BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ROUNDUP § | | MDL - _____ |
| PRODUCTS LIABILITY § | | |
| LITIGATION § | | |

**PLAINTIFFS' MOTION FOR TRANSFER OF ACTIONS TO THE SOUTHERN DISTRICT OF ILLINOIS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Pursuant to 28 U.S.C. § 1407 and Rule 6.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Movants[1] respectfully move the United States Judicial Panel on Multidistrict Litigation (the "Panel") for an Order transferring the currently filed cases identified in the included Schedule of Actions ("Actions"), as well as any cases subsequently filed involving similar facts or claims ("tag-along cases") to the United States District Court for the Southern District of Illinois, and to consolidate and coordinate all cases for pretrial proceedings before the Honorable Nancy J. Rosenstengel or the Honorable David R. Herndon, United States District Judges, Southern District of Illinois.

There are currently at least twenty one (21) actions pending in fourteen (14) different judicial districts in the United States involving Roundup® herbicides and alleging similar wrongful conduct on the part of the named defendants. Each action involves a person who suffered injury in the form of non-Hodgkin's Lymphoma as a result of exposure to Roundup.

Transfer for pretrial consolidation and coordination is proper and necessary for the following reasons:

---

[1] Movants are the Plaintiffs in the following cases: *Hardeman v. Monsanto Co. et al.*, Case No. 3:16-cv-00525 and *Giglio v. Monsanto Co., et al.*, Case No. 3:15-cv-02279.

1

1.     These Actions allege numerous causes of action related to a defective and dangerous type of herbicide, branded as "Roundup", which contains the active ingredient glyphosate in combination with other surfactants, and which is manufactured by the Defendant. The claims include, but are not limited to, failure to warn, design defect, breach of warranty, negligence, and claims associated with conduct that imposes liability associated with the marketing and sales of Roundup®.

2.     There are currently twenty one (21) actions pending in fourteen (14) district courts that assert similar claims.  Cases have been filed in the district courts of California, Florida, Hawaii, Illinois, Kentucky, Louisiana, Massachusetts, Mississippi, Nebraska and Wisconsin.  Upon information and belief, Counsel for Movants anticipates that hundreds of additional complaints will be filed in the near future and that thousands of cases exist.

3.     Each of these Actions arise out of the same or similar nucleus of operative facts, and all arise out of the same or similar alleged wrongful conduct.

4.     Each of these Actions will involve the resolution of the same or similar questions of fact and law, as they all arise from the Defendants' same or similar wrongful conduct.

5.     Discovery conducted in each of these Actions will be substantially similar and will involve many of the same documents and witnesses, because each action arises from the same or similar nucleus of operative facts.

6.     Centralization will eliminate duplicative discovery, prevent inconsistent pretrial rulings, and promote judicial efficiency.  In particular, centralization will allow the parties to coordinate document discovery and to coordinate a single set of depositions of key witnesses.

For the reasons stated above, as well as in more detail in the accompanying Brief in Support, the transfer of the Actions and subsequent tag-along cases to the Southern District of

Illinois for consolidation and coordination will promote the just and efficient administration of the Actions.

WHEREFORE, Movants respectfully request that the actions noted on the accompanying Schedule of Actions be transferred to the Southern District of Illinois for consolidated and coordinated proceedings before the Honorable Nancy J. Rosenstengel or the Honorable David R. Herndon.

**Dated this 27th of July, 2016**  **Respectfully submitted,**

*/s/ Aimee H. Wagstaff*
**ANDRUS WAGSTAFF, P.C.**
Aimee H. Wagstaff, CO. Bar No. 36819
David J. Wool, CO. Bar No. 44614
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (303) 376-6361
aimee.wagstaff@andruswagstaff.com
david.wool@andruswagstaff.com

*Andrus Wagstaff, P.C. is counsel of record for Movants Edwin Hardeman and Emanuel Richard Giglio.*