# BEFORE THE UNITED STATES
## JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ROUNDUP | § | MDL - _____ |
| PRODUCTS LIABILITY | § | |
| LITIGATION | § | |

## STATEMENT REGARDING ORAL ARGUMENT

Counsel for Plaintiffs-Movants Edwin Hardeman and Emanuel Richard Giglio respectfully request oral argument before this panel in regards to the above-referenced matter. Oral argument will assist the panel in understanding the various issues of the litigation, in addition to the positions of the interest parties and why this motion for the multidistrict litigation should be granted.

Specifically, the Judicial Panel will be advised as to how transferring, coordinating and consolidating these matters will enhance judicial efficiency, promote just and efficient prosecution of the matters, streamline discovery, and ultimately serve as a more efficient method of litigation. Therefore, Plaintiffs-Movants respectfully request that this panel grant their request for oral argument.

Dated this 27th of July, 2016                              Respectfully submitted,

/s/ Aimee H. Wagstaff
**ANDRUS WAGSTAFF, P.C.**
Aimee H. Wagstaff, CO. Bar No. 36819
David J. Wool, CO. Bar No. 44614
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (303) 376-6361
aimee.wagstaff@andruswagstaff.com
david.wool@andruswagstaff.com

*Andrus Wagstaff, P.C. is counsel of record for Movants Edwin Hardeman and Emanuel Richard Giglio.*