BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP           §           MDL NO. _____
PRODUCTS LIABILITY       §
LITIGATION               §

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Motion to Transfer, Brief in Support, Schedule of Actions, Oral Argument and Proof of Service were served by Email or First Class Mail on July 27, 2016 to the following:

Clerk of the Court
Central District of California
Eastern Division
George E. Brown, Jr. Federal Building
  & United State Courthouse
3470 Twelfth Street
Riverside, CA 92501

Clerk of the Court
Central District of California
Western Division
United States Courthouse
312 North Spring Street
Los Angeles, California 90012

Clerk of the Court
Eastern District of California
Fresno Division
Roberts E. Coyle Federal Courthouse
2500 Tulare Street, Room 1501
Fresno, California 93721

Clerk of the Court
Northern District of California
San Francisco Division
Phillip Burton Federal Building
  & United States Courthouse
450 Golden Gate Avenue
San Francisco, California 94102

Clerk of the Court
Southern District of California
San Diego Division
James M. Carter and Judith N. Keep
  United States Courthouse
333 West Broadway
San Diego, California 92101

Clerk of the Court
Southern District of Florida
West Palm Beach Division
Paul G. Rogers Federal Building
  & United States Courthouse
701 Clematis Street, Room 202
West Palm Beach, FL 33401

Clerk of the Court
District of Hawaii
300 Ala Moana Boulevard, Room C338
Honolulu, Hawaii 96850

Clerk of the Court
Northern District of Illinois
Everett McKinley Dirksen
 United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Clerk of the Court
Southern District of Illinois
East St. Louis Division
750 Missouri Avenue
East St. Louis, Illinois 62201

Clerk of the Court
Western District of Kentucky
Paducah Division
501 Broadway, Suite 127
Paducah, Kentucky 42001

Clerk of the Court
Eastern District of Louisiana
New Orleans Division
500 Poydras Street, Room C-151
New Orleans, Louisiana 70130

Clerk of the Court
District of Massachusetts
Boston Division
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Clerk of the Court
Northern District of Mississippi
Greenville Division
Federal Building Room 369
911 Jackson Avenue E
Oxford, Mississippi 38655

Clerk of the Court
District of Nebraska
Lincoln Division
Roman L. Hruska Federal Courthouse
111 South 18th Plaza, Suite 1152
Omaha, Nebraska 68102

Clerk of the Panel
United States Judicial Panel
 On Multidistrict Litigation
Thurgood Marshall Federal Judiciary
 Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20544

Clerk of the Court
Western District of Wisconsin
Madison Division
120 N. Henry Street, Room 320
Madison, Wisconsin 53703

**John D. Sanders, *et al* v. Monsanto Company, C. D. California, C.A. 5:16-cv-00726**

<u>Served via E-mail</u>
Christopher Barton Dalbey
Weitz and Luxenberg PC
1880 Century Park East Suite 700
Los Angeles, CA 90067
Tel: 310-247-0921
Fax: 310-786-9927
Email: cdalbey@weitzlux.com
Counsel for Plaintiffs,
   John D. Sanders and Frank Tanner

<u>Served via E-mail</u>
Kristie M. Hightower
Lundy Lundy Soileau and South LLP
501 Broad Street
Lake Charles, LA 70601
Tel: 337-439-0707
Fax: 337-439-1029
Email: khightower@lundylawllp.com
Counsel for Plaintiffs,
   John D. Sanders and Frank Tanner

<u>Served via E-mail</u>
Maja Lukic
Weitz and Luxenberg PC
700 Broadway
New York, NY 10003
Tel: 212-558-5804
Fax: 212-293-7923
Email: mlukic@weitzlux.com
Counsel for Plaintiffs,
   John D. Sanders and Frank Tanner

<u>Served via E-mail</u>
Robin L. Greenwald
Weitz and Luxenberg PC
700 Broadway
New York, NY 10003
Tel: 212-558-5802
Fax: 212-344-5461
Email: rgreenwald@weitzlux.com
Counsel for Plaintiffs,
   John D. Sanders and Frank Tanner

<u>Served via E-mail</u>
Richard A. Clark
Email: rclark@pmcos.com
Steven Robert Platt
Email: splatt@pmcos.com
Parker Milliken Clark O'Hara and Samuelian
555 South Flower Street 30th Floor
Los Angeles, CA 90071
Tel: 213-683-6500
Fax: 213-683-6669
Counsel for Defendant Monsanto Company

<u>Served via E-mail</u>
Eric G. Lasker
Email: elasker@hollingsworthllp.com
Joe G. Hollingsworth
jhollingsworth@hollingsworthllp.com
Katharine R. Latimer
Email: klatimer@hollingsworthllp.com
Hollingsworth LLP
1350 I Street NW 9th Floor
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639
Counsel for Defendant Monsanto Company

**Teri Michelle McCall v. Monsanto Company, C. D. California, C.A. 2:16-cv-01609**

**Served via E-mail**
Kevin J Madonna
Email: kmadonna@kennedymadonna.com
Robert F Kennedy, Jr
Email: rkennedy@kennedymadonna.com
Kennedy and Madonna LLP
48 Dewitt Mills Road
Hurley, NY 12443
Tel: 845−481−2622
Fax: 845−230−3111
Counsel for Plaintiff Teri Michelle McCall

**Served via E-mail**
Richard A. Clark
Email: rclark@pmcos.com
Steven Robert Platt
Email: splatt@pmcos.com
Parker Milliken Clark O'Hara and Samuelian
555 South Flower Street 30th Floor
Los Angeles, CA 90071
Tel: 213-683-6500
Fax: 213-683-6669
Counsel for Defendant Monsanto Company

**Served via E-mail**
Michael Lin Baum
Email: mbaum@baumhedlundlaw.com
Robert Brent Wisner
Email: RBWisner@baumhedlundlaw.com
Baum Hedlund Aristei and Goldman PC
12100 Wilshire Boulevard Suite 950
Los Angeles, CA 90025−7106
Tel: 310−207−3233
Fax: 310−820−7444
Counsel for Plaintiff Teri Michelle McCall

**Served via E-mail**
Eric G. Lasker
Email: elasker@hollingsworthllp.com
Joe G. Hollingsworth
jhollingsworth@hollingsworthllp.com
Katharine R. Latimer
Email: klatimer@hollingsworthllp.com
Hollingsworth LLP
1350 I Street NW 9th Floor
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639
Counsel for Defendant Monsanto Company

**Ines Hernandez, *et al* v. Monsanto Company, C. D. California, C.A. 2:16-cv-01988**

**Served via E-mail**
Robert Brent Wisner
Baum Hedlund Aristei and Goldman PC
12100 Wilshire Boulevard Suite 950
Los Angeles, CA 90025
Tel: 310−207−3233
Fax: 310−820−7444
Email: RBWisner@baumhedlundlaw.com
Counsel for Plaintiffs,
 Ines Hernandez and Maria Hernandez

**Served via E-mail**
Timothy A Litzenburg
Email: tlitzenburg@millerfirmllc.com
Curtis Hoke
Email: choke@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Tel: 540−672−4224
Fax: 540−672−3055
Counsel for Plaintiffs,
 Ines Hernandez and Maria Hernandez

**Served via E-mail**
Richard A. Clark
Email: rclark@pmcos.com
Steven Robert Platt
Email: splatt@pmcos.com
Parker Milliken Clark O'Hara and Samuelian
555 South Flower Street 30th Floor
Los Angeles, CA 90071
Tel: 213-683-6500
Fax: 213-683-6669
Counsel for Defendant Monsanto Company

**Served via E-mail**
Eric G. Lasker
Email: elasker@hollingsworthllp.com
Joe G. Hollingsworth
jhollingsworth@hollingsworthllp.com
Katharine R. Latimer
Email: klatimer@hollingsworthllp.com
Hollingsworth LLP
1350 I Street NW 9th Floor
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639
Counsel for Defendant Monsanto Company

**Peter Johansing v. Monsanto Company, C. D. California, C.A. 2:16-cv-05035**

**Served via E-mail**
Kevin J Madonna
Email: kmadonna@kennedymadonna.com
Robert F Kennedy, Jr
Email: rkennedy@kennedymadonna.com
Kennedy and Madonna LLP
48 Dewitt Mills Road
Hurley, NY 12443
Tel: 845−481−2622
Fax: 845−230−3111
Counsel for Plaintiff Peter Johansing

**Served via E-mail**
Michael Lin Baum
Email: mbaum@baumhedlundlaw.com
Robert Brent Wisner
Email: RBWisner@baumhedlundlaw.com
Baum Hedlund Aristei and Goldman PC
12100 Wilshire Boulevard Suite 950
Los Angeles, CA 90025−7106
Tel: 310−207−3233
Fax: 310−820−7444
Counsel for Plaintiff Peter Johansing

**Yolanda Mendoza v. Monsanto Company, E. D. California, C.A. 1:16-cv-00406**

**Served via E-mail**
Christopher Barton Dalbey
Weitz and Luxenberg PC
1880 Century Park East Suite 700
Los Angeles, CA 90067
Tel: 310-247-0921
Fax: 310-786-9927
Email: cdalbey@weitzlux.com
Counsel for Plaintiff Yolanda Mendoza

**Served via E-mail**
Hunter W. Lundy
Email: hlundy@lundylawllp.com
Kristie M. Hightower
Email: khightower@lundylawllp.com
Matthew Lundy
Email: mlundy@lundylawllp.com
Lundy Lundy Soileau and South LLP
501 Broad Street
Lake Charles, LA 70601
Tel: 337-439-0707
Fax: 337-439-1029
Counsel for Plaintiff Yolanda Mendoza

**Served via E-mail**
Robin L. Greenwald
Email: rgreenwald@weitzlux.com
Maja Lukic
Email: mlukic@weitzlux.com
Weitz and Luxenberg PC
700 Broadway
New York, NY 10003
Tel: 212-558-5804
Fax: 212-293-7923
Counsel for Plaintiffs Yolanda Mendoza

**Served via E-mail**
Richard A. Clark
Email: rclark@pmcos.com
Steven Robert Platt
Email: splatt@pmcos.com
Parker Milliken Clark O'Hara and Samuelian
555 South Flower Street 30th Floor
Los Angeles, CA 90071
Tel: 213-683-6500
Fax: 213-683-6669
Counsel for Defendant Monsanto Company

**Served via E-mail**
Martin C. Calhoun
Email: mcalhoun@hollingsworthllp.com
Eric G. Lasker
Email: elasker@hollingsworthllp.com
Joe G. Hollingsworth
jhollingsworth@hollingsworthllp.com
Katharine R. Latimer
Email: klatimer@hollingsworthllp.com
Hollingsworth LLP
1350 I Street NW 9th Floor
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639
Counsel for Defendant Monsanto Company

**Edwin Hardeman v. Monsanto Company, N. D. California, C.A. 3:16-cv-00525**

**Served via E-mail**
Aimee Wagstaff
Email: aimee.wagstaff@andruswagstaff.com
David Jackson Wool
Email: david.wool@andruswagstaff.com
Vance R. Andrus
Email: vance.andrus@andruswagstaff.com
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Tel: 303-376-6360
Fax: 303−376−6361
Counsel for Plaintiff Edwin Hardeman

**Served via E-mail**
Kathryn Miller Forgie
Andrus Wagstaff, PC
6315 Ascot Drive
Oakland, CA 94611
Tel: 310−339−8214
Fax: 303−376−6361
Email: kathryn.forgie@andruswagstaff.com
Counsel for Plaintiff Edwin Hardeman

**Served via E-mail**
Lori Erin Andrus
Andrus Anderson LLP
155 Montgomery Street
Suite 900
San Francisco, CA 94104
Tel: 415−986−1400
Fax: 415−986−1474
Email: lori@andrusanderson.com
Counsel for Plaintiff Edwin Hardeman

**Served via E-mail**
Curtis George Hoke
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
Tel: 626-379-9484
Email: cghoke@gmail.com
Counsel for Movants,
  Elaine Stevick and Christopher Stevick

**Served via E-mail**
Richard A. Clark
Email: rclark@pmcos.com
Steven Robert Platt
Email: splatt@pmcos.com
Parker Milliken Clark O'Hara and Samuelian
555 South Flower Street 30th Floor
Los Angeles, CA 90071
Tel: 213-683-6500
Fax: 213-683-6669
Counsel for Defendant Monsanto Company

**Served via E-mail**
Eric G. Lasker
Email: elasker@hollingsworthllp.com
Joe G. Hollingsworth
jhollingsworth@hollingsworthllp.com
Katharine R. Latimer
Email: klatimer@hollingsworthllp.com
James Michael Sullivan
Email: jsullivan@hollingsworthllp.com
Rosemary Stewart
Email: rstewart@hollingsworthllp.com
Hollingsworth LLP
1350 I Street NW 9th Floor
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639
Counsel for Defendant Monsanto Company

**Elaine Stevick, *et al* v. Monsanto Company, N. D. California, C.A. 3:16-cv-02341**

<u>**Served via E-mail**</u>
Robert Brent Wisner
Baum Hedlund Aristei and Goldman PC
12100 Wilshire Boulevard Suite 950
Los Angeles, CA 90025
Tel: 310−207−3233
Fax: 310−820−7444
Email: RBWisner@baumhedlundlaw.com
Counsel for Plaintiffs,
   Elaine Stevick and Christopher Stevick

<u>**Served via E-mail**</u>
Timothy A Litzenburg
Email: tlitzenburg@millerfirmllc.com
Curtis Hoke
Email: cghoke@millerfirmllc.com
Michael Miller
Email: mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Tel: 540−672−4224
Fax: 540−672−3055
Counsel for Plaintiffs,
   Elaine Stevick and Christopher Stevick

<u>**Served via E-mail**</u>
Richard A. Clark
Email: rclark@pmcos.com
Steven Robert Platt
Email: splatt@pmcos.com
Parker Milliken Clark O'Hara and Samuelian
555 South Flower Street 30th Floor
Los Angeles, CA 90071
Tel: 213-683-6500
Fax: 213-683-6669
Counsel for Defendant Monsanto Company

<u>**Served via E-mail**</u>
Eric G. Lasker
Email: elasker@hollingsworthllp.com
Hollingsworth LLP
1350 I Street NW 9th Floor
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639
Counsel for Defendant Monsanto Company

**Emanuel Richard Giglio v. Monsanto Company, S. D. California, C.A. 3:15-cv-02279**

**Served via E-mail**
Aimee Wagstaff
Email: aimee.wagstaff@andruswagstaff.com
David Jackson Wool
Email: david.wool@andruswagstaff.com
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Tel: 303-376-6360
Fax: 303−376−6361
Counsel for Plaintiff Emanuel Richard Giglio

**Served via E-mail**
John P. Fiske
Email: fiske@gomeztrialattorneys.com
John H. Gomez
Email: john@thegomezfirm.com
Gomez Trial Attorneys
655 West Broadway
Suite 1700
San Diego, CA 92101
Tel: 619-237-3490
Fax: 619-237-3496
Counsel for Plaintiff Emanuel Richard Giglio

**Served via E-mail**
Richard A. Clark
Email: rclark@pmcos.com
Steven Robert Platt
Email: splatt@pmcos.com
Parker Milliken Clark O'Hara and Samuelian
555 South Flower Street 30th Floor
Los Angeles, CA 90071
Tel: 213-683-6500
Fax: 213-683-6669
Counsel for Defendant Monsanto Company

**Served via E-mail**
Eric G. Lasker
Email: elasker@hollingsworthllp.com
Joe G. Hollingsworth
jhollingsworth@hollingsworthllp.com
Katharine R. Latimer
Email: klatimer@hollingsworthllp.com
Hollingsworth LLP
1350 I Street NW 9th Floor
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639
Counsel for Defendant Monsanto Company

**Enrique Ruiz,** *et al* **v. Monsanto Company, S. D. Florida, C.A. 9:16-cv-80539**

**Served via E-mail**
Bruce Don Burtoff
Email: burtoff809@aol.com
The Miller Firm LLC
105 N. Alfred Street
Alexandria, VA 22314
Tel: 730-519-8080
Fax: 730-519-8084
Counsel for Plaintiffs,
   Enrique Ruiz and Stephanie Ruiz

**Served via E-mail**
Heather Ann Pigman
Email: hpigman@hollingsworthllp.com
Joe G. Hollingsworth
jhollingsworth@hollingsworthllp.com
Hollingsworth LLP
1350 I Street NW 9th Floor
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639
Counsel for Defendant Monsanto Company

**Served via E-mail**
Spencer Hal Silverglate
Clarke Silverglate, P.A.
799 Brickell Plaza
9th Floor
Miami, FL 33131
Tel: 305−377−0700
Fax: 305−377−3001
Email: ssilverglate@cspalaw.com
Counsel for Defendant Monsanto Company

**Christine Sheppard, *et al* v. Monsanto Company, D. Hawaii, C.A. 1:16-cv-00043**

**Served via E-mail**
Brian K. Mackintosh
841 Bishop St., Suite 2201
Honolulu, HI 96813
Tel: 808-521−3336
Fax: 808-566-0347
Email: bmackphd@gmail.com
Counsel for Plaintiffs,
   Christine Sheppard and Kenneth Sheppard

**Served via E-mail**
Timothy A Litzenburg
Email: tlitzenburg@millerfirmllc.com
Michael Miller
Email: mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Tel: 540−672−4224
Fax: 540−672−3055
Counsel for Plaintiffs,
   Christine Sheppard and Kenneth Sheppard

**Served via E-mail**
Eric G. Lasker
Email: elasker@hollingsworthllp.com
Joe G. Hollingsworth
jhollingsworth@hollingsworthllp.com
Katharine R. Latimer
Email: klatimer@hollingsworthllp.com
Rosemary Stewart
Email: rstewart@hollingsworthllp.com
Hollingsworth LLP
1350 I Street NW 9th Floor
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639
Counsel for Defendant Monsanto Company

**Served via E-mail**
Michael F O'Connor
Ogawa, Lau, Nakamura &Jew
600 Ocean View Center
707 Richards Street
Honolulu, HI 96813
Tel: 808-533−3999
Email: mfoconnor@ollon.com
Counsel for Defendant Monsanto Company

**Aaron Johnson v. Monsanto Company, D. Hawaii, C.A. 1:16-cv-00075**

**Served via E-mail**
Brian K. Mackintosh
841 Bishop St., Suite 2201
Honolulu, HI 96813
Tel: 808-521−3336
Fax: 808-566-0347
Email: bmackphd@gmail.com
Counsel for Plaintiffs,
   Christine Sheppard and Kenneth Sheppard

**Served via E-mail**
Timothy A Litzenburg
Email: tlitzenburg@millerfirmllc.com
Michael Miller
Email: mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Tel: 540−672−4224
Fax: 540−672−3055
Counsel for Plaintiffs,
   Christine Sheppard and Kenneth Sheppard

**Served via E-mail**
Eric G. Lasker
Email: elasker@hollingsworthllp.com
Joe G. Hollingsworth
jhollingsworth@hollingsworthllp.com
Katharine R. Latimer
Email: klatimer@hollingsworthllp.com
Rosemary Stewart
Email: rstewart@hollingsworthllp.com
Hollingsworth LLP
1350 I Street NW 9th Floor
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639
Counsel for Defendant Monsanto Company

**Served via E-mail**
Michael F O'Connor
Ogawa, Lau, Nakamura &Jew
600 Ocean View Center
707 Richards Street
Honolulu, HI 96813
Tel: 808-533−3999
Email: mfoconnor@ollon.com
Counsel for Defendant Monsanto Company

**Ricky Gibbs v. Monsanto Company, N.D. Illinois, C.A. 1:16-cv-07588**

**Served via E-mail**
Robin Lynn Greenwald
Weitz And Luxenberg
700 Broadway
New York, NY 10003
Tel: (212) 558−5802
Email: rgreenwald@weitzlux.com
Counsel for Plaintiff Ricky Gibbs


**Charles Bridgeman v. Monsanto, *et al*, S.D. Illinois, C.A. 3:16-cv-00812**

**Served via E-mail**
Edward A. Wallace
Wexler Wallace LLP
55 West Monroe Street
Suite 3300
Chicago, IL 60603
Tel: 312−346−2222
Email: eaw@wexlerwallace.com
Counsel for Plaintiff Charles Bridgeman

**Douglas Harris v. Monsanto Company, *et al*, S.D. Illinois, C.A. 3:16-cv-00823**

**Served via E-mail**
John Backes Prior
Hart McLaughlin &Eldridge, LLC
121 W. Wacker Drive, Suite 1050
Chicago, IL 60601
Tel: 312−955−0545
Fax: 312−645−7711
Email: jprior@hmelegal.com
Counsel for Plaintiff Douglas Harris


**Lynda K. Patterson v. Monsanto Company, S.D. Illinois, C.A. 3:16-cv-00825**

**Served via E-mail**
David M. Hundley , II
Hundley Law Group, P.C.
1620 West Chicago Ave.
Suite 307
Chicago, IL 60622
Tel: 312−212−3343
Fax: 312−724−7766
Email: dmh@hundleylaw.com
Counsel for Plaintiff Lynda K. Patterson


**David Means v. Monsanto Company, W.D. Kentucky, C.A. 5:16-cv-00112**

**Served via E-mail**
Anthony P. Ellis
Dolt, Thompson, Shepherd & Kinney PSC
13800 Lake Point Circle
Louisville, KY 40223
Tel: 502−244−7772
Fax: 502−244−7776
Email: aellis@kytrial.com
Counsel for Plaintiff David Means

**James M. Work v. Monsanto Company, E.D. Louisiana, C.A. 2:16-cv-07491**

**Served via E-mail**
Hunter W. Lundy
Email: hlundy@lundylawllp.com
Kristie M. Hightower
Email: khightower@lundylawllp.com
Matthew Lundy
Email: mlundy@lundylawllp.com
Max E. Guthrie
Email: mguthrie@lundylawllp.com
Rudie Ray Soileau, Jr.
Email: rsoileau@lundylawllp.com
Lundy Lundy Soileau and South LLP
501 Broad Street
Lake Charles, LA 70601
Tel: 337-439-0707
Counsel for Plaintiff James M. Work

**Served via E-mail**
Bradley A. Stevens
Edwards &Associates Law Firm, LLC
102 N. Myrtle Street
Amite, LA 70422
Tel: 985−747−1088
Email: brad@edwardslaw.org
Counsel for Plaintiff James M. Work

**Served via E-mail**
J. E. Cullens, Jr.
Walters, Papillion, Thomas, Cullens, LLC
12345 Perkins Road
Building One
Baton Rouge, LA 70810
Tel: 225−236−3636
Email: cullens@lawbr.net
Counsel for Plaintiff James M. Work

**Served via E-mail**
Kathryn Jean Edwards
Edwards and Stevens Law Firm
102 North Myrtle Street
Amite, LA 70422
Tel: 985−747−1088
Email: kedwards@la−fcca.org
Counsel for Plaintiff James M. Work

**Served via E-mail**
T. Jay Seale, III
Email: tjseale@sealeross.com
Glen Ray Galbraith
Email: galbraith@sealeross.com
Seale & Ross, APLC (Hammond)
200 N. Cate Street
Hammond, LA 70404
Tel: 985-542-8500
Counsel for Defendant Monsanto Company

**Served via E-mail**
Martin C. Calhoun
Email: mcalhoun@hollingsworthllp.com
Joe G. Hollingsworth
jhollingsworth@hollingsworthllp.com
Hollingsworth LLP
1350 I Street NW 9th Floor
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639
Counsel for Defendant Monsanto Company

**Mark Scheffer v. Monsanto Company, D. Massachusetts, C.A. 1:16-cv-11489**

**Served via E-mail**
John J. Roddy
Bailey & Glasser LLP
Suite 304
99 High Street
Boston, MA 02110
Tel: 617−439−6730
Fax: 617−951−3954
Email: jroddy@baileyglasser.com
Counsel for Plaintiff Mark Scheffer

**Lawrence Gary Couey v. Monsanto Company, N.D. Mississippi, C.A. 4:16-cv-00149**

**Served via E-mail**
Hunter W. Lundy
Lundy Lundy Soileau and South LLP
501 Broad Street
Lake Charles, LA 70601
Tel: 337-439-0707
Fax: 337-439-1029
Email: hlundy@lundylawllp.com
Counsel for Plaintiff James M. Work

**Larry E. Domina, *et al* v. Monsanto Company, D. Nebraska, C.A. 4:16-cv-03074**

**Served via E-mail**
Christopher B. Dalbey
Email: cdalbey@weitzlux.com
Robin L. Greenwald
Email: rgreenwald@weitzlux.com
Maja Lukic
Email: mlukic@weitzlux.com
Weitz and Luxenberg PC
700 Broadway
New York, NY 10003
Tel: 212-558-5804
Fax: 212-293-7923
Counsel for Plaintiffs,
   Larry E. Domina, Frank Pollard,
   Robert L. Dickey, Royce D. Janzen

**Served via E-mail**
David A. Domina
DOMINA LAW GROUP
2425 South 144th Street
Omaha, NE 68144−3267
Tel: (402) 493−4100
Fax: (402) 493−9782
Email: ddomina@dominalaw.com
Counsel for Plaintiffs,
   Larry E. Domina, Frank Pollard,
   Robert L. Dickey, Royce D. Janzen

**Served via E-mail**
Martin C. Calhoun
Email: mcalhoun@hollingsworthllp.com
Joe G. Hollingsworth
jhollingsworth@hollingsworthllp.com
Hollingsworth LLP
1350 I Street NW 9th Floor
Washington, DC 20005
Tel: 202-898-5800
Fax: 202-682-1639
Counsel for Defendant Monsanto Company

**Served via E-mail**
Michael K. Huffer
Email: mhuffer@ctagd.com
Ronald F. Krause
Email: rkrause@ctagd.com
CASSEM, TIERNEY LAW FIRM
9290 West Dodge Road
Suite 302
Omaha, NE 68114−3320
Tel: (402) 390−0300
Fax: (402) 390−9676
Counsel for Defendant Monsanto Company

**Vicky Porath v. Monsanto Company, W.D. Wisconsin, C.A. 3:16-cv-00518**

**Served via E-mail**
Robert Brent Wisner
Baum Hedlund Aristei and Goldman PC
12100 Wilshire Boulevard Suite 950
Los Angeles, CA 90025
Tel: 310−207−3233
Fax: 310−820−7444
Email: RBWisner@baumhedlundlaw.com
Counsel for Plaintiff Vicky Porath

DATED: July 27, 2016          Respectfully submitted,

         By:    /s/ *Aimee H. Wagstaff*
               Aimee H. Wagstaff
               David J. Wool
               Andrus Wagstaff, PC
               7171 W. Alaska Drive
               Lakewood, CO 80226
               Tel: (303) 376-6360
               Fax: (303) 376-6361
               aimee.wagstaff@andruswagstaff.com
               david.wool@andruswagstaff.com

*Andrus Wagstaff, P.C. is counsel of record for Movants Edwin Hardeman and Emanuel Richard Giglio.*