**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION
MDL-\_\_\_\_\_- IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**

**AMENDED SCHEDULE OF ACTIONS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| Plaintiff:<br>John D. Sanders, Frank Tanner<br><br>Defendant:<br>Monsanto Company | C.D. California (Eastern – Riverside) | 5:16-cv-00726 | Dolly M. Gee |
| Plaintiffs:<br>Teri Michelle McCall, Individually and as Successor in Interest for the Estate of Anthony Jackson McCall, Deceased<br><br>Defendant:<br>Monsanto Company | C.D. California (Western – Los Angeles) | 2:16-cv-01609 | Dolly M. Gee |
| Plaintiffs:<br>Ines Hernandez, Maria Hernandez<br><br>Defendant:<br>Monsanto Company | C.D. California (Western – Los Angeles) | 2:16-cv-01988 | Dolly M. Gee |
| Plaintiff:<br>Peter Johansing<br><br>Defendant:<br>Monsanto Company | C.D. California (Western – Los Angeles) | 2:16-cv-05035 | Dolly M. Gee |
| Plaintiff:<br>Yolanda Mendoza<br><br>Defendant:<br>Monsanto Company | E.D. California (Fresno) | 1:16-cv-00406 | Dale A. Drozd |

| | | | |
|---|---|---|---|
| Plaintiff:<br>Edwin Hardeman<br><br>Movants:<br>Elaine Stevick, Christopher Stevick<br><br>Defendants:<br>Monsanto Company and John Does 1-50 | N.D. California (San Francisco) | 3:16-cv-00525 | Vince Chhabria |
| Plaintiffs:<br>Elaine Stevick, Christopher Stevick<br><br>Defendant:<br>Monsanto Company | N.D. California (San Francisco) | 3:16-cv-02341 | Vince Chhabria |
| Plaintiff:<br>Emanuel Richard Giglio<br><br>Defendants:<br>Monsanto Company and John Does 1-50 | S.D. California (San Diego) | 3:15-cv-02279 | Barry T. Moskowitz |
| Plaintiffs:<br>Enrique Ruiz, Stephanie Ruiz<br><br>Defendant:<br>Monsanto Company | S.D. Florida (West Palm Beach) | 9:16-cv-80539 | Kenneth A. Marra |
| Plaintiffs:<br>Christine Sheppard, Kenneth Sheppard<br><br>Defendant:<br>Monsanto Company | D. Hawaii | 1:16-cv-00043 | J. Michael Seabright |
| Plaintiff:<br>Aaron Johnson<br><br>Defendant:<br>Monsanto Company | D. Hawaii | 1:16-cv-00075 | J. Michael Seabright |

| Plaintiff:<br>Ricky Gibbs<br><br>Defendant:<br>Monsanto Company | N.D. Illinois<br>(Chicago) | 1:16-cv-07588 | Manish S. Shah |
|---|---|---|---|
| Plaintiff:<br>Charles Bridgeman<br><br>Defendant:<br>Monsanto and John Does 1-50 | S.D. Illinois<br>(East St. Louis) | 3:16-cv-00812 | Nancy J. Rosenstengel |
| Plaintiff:<br>Douglas Harris<br><br>Defendant:<br>Monsanto Company and John Does 1-50 | S.D. Illinois<br>(East St. Louis) | 3:16-cv-00823 | David R. Herndon |
| Plaintiff:<br>Lynda K. Patterson<br><br>Defendant:<br>Monsanto Company | S.D. Illinois<br>(East St. Louis) | 3:16-cv-00825 | Nancy J. Rosenstengel |
| Plaintiff:<br>David Means<br><br>Defendant:<br>Monsanto Company | W.D. Kentucky<br>(Paducah) | 5:16-cv-00112 | Thomas B. Russell |
| Plaintiff:<br>James M. Work<br><br>Defendants:<br>Ragan and Massey, Inc., Monsanto Company, Joint Glyphosate Task Force, LLC | E.D. Louisiana<br>(New Orleans) | 2:16-cv-07491 | Daniel E. Knowles, III |
| Plaintiff:<br>Mark Scheffer<br><br>Defendant:<br>Monsanto Company | D. Massachusetts<br>(Boston) | 1:16-cv-11489 | Jennifer C. Boal |

| Plaintiff:<br>Lawrence Gary Couey<br><br>Defendant:<br>Monsanto Company | N.D. Mississippi (Greenville) | 4:16-cv-00149 | Debra M. Brown |
|---|---|---|---|
| Plaintiffs:<br>Larry E. Domina, Frank Pollard, Robert L. Dickey, Royce D. Janzen<br><br>Defendant:<br>Monsanto Company | D. Nebraska (4 Lincoln) | 4:16-cv-03074 | Richard G. Kopf |
| Plaintiff:<br>Vicky Porath<br><br>Defendant:<br>Monsanto Company | W.D. Wisconsin (Madison) | 3:16-cv-00518 | William M. Conley |