IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ROBERT ITO FARM, INC.; HAWAII FARM BUREAU FEDERATION, MAUI COUNTY; MOLOKAI CHAMBER OF COMMERCE; AGRIGENETICS, INC.; MONSANTO COMPANY; CONCERNED CITIZENS OF MOLOKAI AND MAUI; FRIENDLY ISLE AUTO PARTS & SUPPLIES, INC.; NEW HORIZON ENTERPRISES, INC. dba MAKOA TRUCKING AND SERVICES, and HIKIOLA COOPERATIVE, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF MAUI, <br><br> Defendant. | CIV. NO. 1:14-CV-511 <br><br> MEMORANDUM IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

MEMORANDUM IN SUPPORT OF MOTION FOR TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION

settled science and more than one hundred federal agency expert scientific determinations. Indeed, the Ordinance stands in direct conflict with this Court's recent ruling in *Syngenta Seeds, Inc. v. County of Kaua'i*, No. 14-CV-00014-BMK, 2014 WL 4216022 (D. Haw. Aug. 25, 2014), which holds that only the State and its Department of Agriculture—not individual counties—may regulate in this area. The Ordinance even violates the County's own Charter and associated state law, by *inter alia*, appropriating money despite an explicit limitation on using the initiative power for that purpose, providing penalties far beyond what the Charter allows, imposing improper constraints on the County Council, supplanting the executive power of the Mayor, and assessing an invalid multimillion dollar tax on agricultural interests. The Ordinance should be immediately enjoined from taking effect, and then invalidated.

## BACKGROUND

### A. Seed Industry In The County

There can be no reasonable dispute that the principal purpose of the Ordinance was to drive seed companies out of the County. The seed industry in Hawai'i started on Molokai nearly half a century ago and has grown to become as much as one-quarter of all

Maui County agricultural activity today. *See* Declaration of Paul Brewbaker, PhD ("Brewbaker Decl."), Ex. B, p.13.

The seed industry began operating in Hawai'i in the 1960s and for decades has been the fastest growing agricultural activity in the State. Today it provides 2,800 jobs statewide, with about one-half billion dollars in total economic output (including multiplier effects). It is Hawai'i's single largest agricultural activity.

A combination of temperature, sunlight, predictable weather conditions, skilled workforce, and political stability give certain locations in the County unparalleled capabilities for highly specialized corn plant breeding, soybean breeding, and seed farming. Declaration of Sam Eathington of Plaintiff Monsanto ("Eathington Decl.") ¶¶7, 23; Declaration of Jesse Stiefel of Plaintiff Monsanto ("Stiefel Decl.") ¶8; Declaration of Adolph Helm of Plaintiff Agrigenetics ("Helm Decl.") ¶4. These unique growing conditions permit up to 3-4 growing cycles per year, rather than 1 or 2 in most other places, allowing seed companies to conduct research and breeding that would typically require multiple years all within the same year. Eathington Decl. ¶7; Stiefel Decl. ¶8; Helm Decl. ¶4. In combination with modern breeding techniques, breeders on Maui

and Molokai can efficiently produce specialized seeds with the best genetics for each major growing region, while also maximizing yield, reducing disease, and producing many other benefits for farmers. Eathington Decl. ¶6; Helm Decl. ¶4.

Monsanto owns or leases approximately 784 acres of farmland on Maui island and 2,296 acres of farmland on Molokai island and employs over 365 fulltime employees in the County. Eathington Decl. ¶¶7, 19; Stiefel Decl. ¶¶3-4. Agrigenetics owns and farms over 100 acres on Molokai. Helm Decl. ¶5. Its operations on Molokai employ on average 100 workers per year, including both full and part time employees. Helm Decl. ¶6.

Monsanto and Agrigenetics each have invested *many* millions of dollars in specialized facilities, and their operations in the County are critical parts of their product development processes. Eathington Decl. ¶¶7, 13-26; Stiefel Decl. ¶¶8, 17-18; Helm Decl. ¶4. Both Monsanto and Agrigenetics purchase many of their farming supplies locally and use local contractors for many facets of their operations. Stiefel Decl. ¶10; Helm Decl. ¶6. Together, these Maui County operations are responsible for more than 950 jobs, and comprise as much as one-quarter of all Maui Country

6