## ATTACHMENT A
Notice of Appearance

1. *McCall v. Monsanto Company*, 2:16-cv-01609-DMG-E (C.D. Cal.);
2. *Johansing v. Monsanto Company*, 2:16-cv-05035-FMO-GJS (C.D. Cal.); and
3. *Porath v. Monsanto Company*, 3:16-cv-00518-wmc (W.D. Wis.)