# EXHIBIT A

# BAUM HEDLUND ARISTEI GOLDMAN PC

CONSUMER ATTORNEYS

Indianapolis | New Orleans | Philadelphia | Tallahassee | Washington, D.C.

12100 Wilshire Boulevard, Suite 950
Los Angeles, CA 90025
Office (310) 207-3233
Fax (310) 820-7444
www.baumhedlundlaw.com

March 14, 2016

***Via E-Mail only***

Richard A. Clark
rclark@pmcos.com
Steven R. Platt
splatt@pmcos.com
PARKER, MILLIKEN, CLARK, O'HARA
& SAMUELIAN. P.C.
555 S. Flower Street, 30th Floor
Los Angeles, CA 90071

Joe G. Hollingsworth
jhollingsworth@hollingsworthllp.com
Katharine R. Latimer
klatimer@hollingsworthllp.com
Eric G. Lasker
elasker@hollingsworthllp.com
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005

Re:     *McCall v. Monsanto Company*, 16-cv-01609-DMG-Ex (C.D. Cal.)

Dear Counsel:

On March 9, 2016, Plaintiff Teri M. McCall filed *McCall v. Monsanto Company*, 2:16-cv-01609-DMG-E (C.D. Cal.).  Today, you voluntarily entered a general appearance and filed a Corporate Disclosure Statement and Notice of Interested Parties.  See Dkts. 9-12.  Generally, the entry of a voluntary appearance by a defendant waives any requirement of service.  *See, e.g., Dr. JKL Ltd. v. HPC IT Educ. Ctr.*, 749 F. Supp. 2d 1038, 1047 (N.D. Cal. 2010) (citing *Hays v. United Fireworks Mfg. Co.*, 420 F.2d 836, 844 (9th Cir. 1969)).  That said, we will be mailing you by FedEx a waiver of service package.  I am attaching a digital version of the waiver package to this letter should you prefer to just sign it and email it back.  I am also attaching the standing order issued by the Honorable S. James Otero prior to the case being assigned to the Honorable Dolly M. Gee.

I would like to set up a time for a Rule 26(f) conference.  I am available any time this week or next.   Should Monsanto refuse to cooperate in initiating discovery, then please specify a time within the next ten days for counsel to meet at my office pursuant to Local Rule 37-1.  I propose Monday, March 21, 2016.  Please note that this letter serves as a formal notice under Local Rule 37-1 that failure to cooperate in discovery will result in an appropriate motion, and that Plaintiff hopes that Court intervention can be avoided.  The specific issues to be addressed at the

**BAUM  HEDLUND  ARISTEI  GOLDMAN** PC
——————— C O N S U M E R   A T T O R N E Y S ———————

Richard A. Clark, et al.
March 14, 2016
Page 2

conference will be whether Monsanto will consent to a Rule 26(f) scheduling conference, which will then allow for the commencement of discovery.

Sincerely,

BAUM HEDLUND ARISTEI & GOLDMAN

By:_____
R. Brent Wisner, Esq.

RBW/sj
Enclosures
cc:  Michael Baum
      Cynthia Garber
      Robert F. Kennedy, Jr.
      Kevin J. Madonna