# EXHIBIT B



Eric G. Lasker
dir 202 898 5843
elasker@hollingsworthllp.com

March 18, 2016

**VIA ELECTRONIC MAIL**

R. Brent Wisner
Baum Hedlund Aristei & Goldman P.C.
12100 Wilshire Blvd, Suite 950
Los Angeles, CA 90025

Re: *McCall v. Monsanto Company*, No. 2:16-cv-1609-DMG(Ex)

Dear Mr. Wisner,

I write to respond to your letter of March 14, 2016. We will agree to waive service. I will return the waiver documents to you next week for filing, as I am out of the office and unable to sign them this week.

We are also agreeable with your proposal to set a date for a Rule 26(f) Conference. We proposed scheduling the conference for 28 days after the Court rules on our forthcoming Motion to Dismiss. This is consistent with how the issue is being handled to date by Judge Gee in *Rubio* and also with the Court's order in *Giglio* in the Southern District.

Sincerely,

Eric G. Lasker

cc: Michael Baum; Cynthia Garber; Robert F. Kennedy Jr.; Kevin J. Madonna; Richard A. Clark; Steven R. Platt; Joe G. Hollingsworth; Katharine R. Latimer
(all via e-mail)