# EXHIBIT D

**BAUM HEDLUND ARISTEI GOLDMAN** PC
——— CONSUMER ATTORNEYS ———

Indianapolis | New Orleans | Philadelphia | Tallahassee | Washington, D.C.

12100 Wilshire Boulevard, Suite 950
Los Angeles, CA 90025
Office (310) 207-3233
Fax (310) 820-7444
www.baumhedlundlaw.com

April 20, 2016

<u>*Via E-Mail only*</u>

| | |
|---|---|
| Richard A. Clark | Joe G. Hollingsworth |
| rclark@pmcos.com | jhollingsworth@hollingsworthllp.com |
| Steven R. Platt | Katharine R. Latimer |
| splatt@pmcos.com | klatimer@hollingsworthllp.com |
| PARKER, MILLIKEN, CLARK, O'HARA | Eric G. Lasker |
| & SAMUELIAN. P.C. | elasker@hollingsworthllp.com |
| 555 S. Flower Street, 30th Floor | HOLLINGSWORTH LLP |
| Los Angeles, CA 90071 | 1350 I Street, N.W. |
| | Washington, DC 20005 |

Re: *McCall v. Monsanto Company*, 16-cv-01609-DMG-Ex (C.D. Cal.)

Dear Counsel:

As you know, Monsanto Company ("Monsanto") has refused to engage in a Federal Rule of Civil Procedure 26(f) conference to begin negotiations concerning a discovery plan, electronically stored information ("ESI") protocol, a protective order, etc.

I understand that Monsanto is presently engaged in substantially similar litigation in other cases pending both in federal and state court involving allegations that Roundup played a substantial role in causing various individual's cancer. I also understand, at least with regard to *Hardeman v. Monsanto Company*, 16-CV-525-VC (N.D. Cal.), that discovery has been ordered to commence.

Since we have not been consulted on any discovery issues in this or any other Roundup case, please be advised that any discovery protocols you negotiate with other plaintiffs' counsel in other Roundup cases will not govern here. To be sure, we are willing to cooperate with Monsanto in developing discovery and search protocols. But, we have specific ideas about what is appropriate in an ESI protocol, protective order, search protocol, etc., and we will not be limited to whatever agreements you come to with other attorneys in other cases without our input. In other words, we will not let you limit what we will attempt to do here based on negotiations we are not part of. The fact that some other plaintiffs' counsel may have agreed to a specific search or discovery protocol in another case should not limit the discovery we intend to

**BAUM HEDLUND ARISTEI GOLDMAN** PC
— CONSUMER ATTORNEYS —

Richard A. Clark, et al.
April 20, 2016
Page 2

conduct here, particularly since you negotiated those protocols without involving us and, in fact, have specifically refused to engage in such negotiations as part of a Rule 26(f) conference.

Sincerely,

BAUM HEDLUND ARISTEI & GOLDMAN

By:_____
R. Brent Wisner, Esq.

RBW/sj
cc:  Michael Baum
     Cynthia Garber
     Robert F. Kennedy, Jr.
     Kevin J. Madonna