**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: ROUNDUP  §  | | MDL NO. 2741 |
| PRODUCTS LIABILITY  §  | | |
| LITIGATION  §  | | |

**NOTICE OF RELATED ACTIONS**

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned Plaintiffs' counsel hereby notifies the Panel of the pendency of additional related actions to be considered for transfer under 28 U.S.C. § 1407. These actions are listed in the attached Schedule of Actions. The docket sheets and complaints are also attached.

Dated this 4th day of August, 2016      Respectfully submitted,

/s/ Aimee H. Wagstaff
**ANDRUS WAGSTAFF, P.C.**
Aimee H. Wagstaff, CO. Bar No. 36819
David J. Wool, CO. Bar No. 44614
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (303) 376-6361
aimee.wagstaff@andruswagstaff.com
david.wool@andruswagstaff.com

*Counsel for Plaintiffs Edwin Hardeman (N.D. Cal., 3:16-cv-00525); Emanuel Richard Giglio (S.D. Cal, 3:15-cv-02279); Goldie Christina Perkins (C.D. Cal, 8:16-cv-01410)*