**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | § § § | **MDL NO. 2741** |

## SCHEDULE OF ACTIONS

| | Plaintiffs | Defendants | Court | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Goldie Christina Perkins | Monsanto Company | C.D. California (Southern Division – Santa Ana) | 8:16-cv-01410 | Dolly M. Gee |
| 2. | Linda Jeanne Ricci | Monsanto Company | D. New Jersey (Camden) | 1:16-cv-04583 | Jerome B. Simandle |
| 3. | Gary Mancuso | Monsanto Company | E.D. Pennsylvania (Philadelphia) | 2:16-cv-04096 | Timothy J. Savage |
| 4. | Tonia Turner | Monsanto Company | D. Utah (Central) | 2:16-cv-00836 | Robert J. Shelby |