BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | § § § | MDL NO. 2741 |

## PROOF OF SERVICE

I hereby certify that on August 4, 2016, I electronically filed the foregoing Notice of Related Actions with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which sent notifications to all Counsel of record. Further, I hereby certify that the foregoing Notice of Related Actions was served via Email or First Class Mail on August 4, 2016 to the following:

**Goldie Christina Perkins v. Monsanto Company, C.D. California, C. A. 8:16-cv-01410**

**Served via First Class Mail**
Clerk of the Court
Central District of California
Southern Division
Ronald Reagan Federal Builing
  & United States Courthouse
411 West Fourth Street, Room 1053
Santa Ana, CA 92701

**Served via First Class Mail**
Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
Tel: 314-694-1000
*Defendant's Corporate Headquarters*

**Served via Email**
Kathryn M. Forgie
Andrus Wagstaff, PC
6315 Ascot Drive
Oakland, CA 94611
Tel: 303-376-6360
Email: kathryn.forgie@andruswagstaff.com
*Counsel for Plaintiff,*
  *Goldie Christina Perkins*

**Linda Jeanne Ricci v. Monsanto Company, D. New Jersey, C. A. 1:16-cv-04583**

<u>Served via First Class Mail</u>
Clerk of the Court
USDC District of New Jersey
Camden Division
Mitchell H. Cohen Building
 & United States Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

<u>Served via First Class Mail</u>
Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
Tel: 314-694-1000
*Defendant's Corporate Headquarters*

<u>Served via Email</u>
Brian J. McCormick, Jr.
Ross Feller Casey LLP
1650 Marker Street, Ste 3450
Philadelphia, PA 19103
Tel: 215-574-2000
Fax: 215-574-3080
Email: bmccormick@rossfellercasey.com
*Counsel for Plaintiff Linda Jeanne Ricci*

**Gary Mancuso v. Monsanto Company, E.D. Pennsylvania, C. A. 2:16-cv-04096**

<u>Served via First Class Mail</u>
Clerk of the Court
Eastern District of Pennsylvania
Philadelphia Division
James A. Byrne US Courthouse
601 Market Street
Philadelphia, PA 19106

<u>Served via First Class Mail</u>
Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
Tel: 314-694-1000
*Defendant's Corporate Headquarters*

<u>Served via Email</u>
Brian J. McCormick, Jr.
Ross Feller Casey LLP
1650 Marker Street, Ste 3450
Philadelphia, PA 19103
Tel: 215-574-2000
Fax: 215-574-3080
Email: bmccormick@rossfellercasey.com
*Counsel for Plaintiff Gary Mancuso*

**Tonia Turner v. Monsanto Company, D. Utah, C. A. 2:16-cv-00836**

<u>**Served via First Class Mail**</u>
Clerk of the Court
USDC District of Utah
351 South West Temple, Rm 1.100
Salt Lake City, UT 84101

<u>**Served via Email**</u>
Colin P. King
Email: cking@dkolaw.com
Paul M. Simmons
Email: psimm@dkolaw.com
Dewsnup King & Olsen
36 S State Street, Ste 2400
Salt Lake City, UT 84111
Tel: 801-553-0400
*Counsel for Plaintiff Tonia Turner*

<u>**Served via First Class Mail**</u>
Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
Tel: 314-694-1000
*Defendant's Corporate Headquarters*

**Dated: August 4, 2016**                    /s/ Aimee H. Wagstaff
**ANDRUS WAGSTAFF, P.C.**
Aimee H. Wagstaff, CO. Bar No. 36819
David J. Wool, CO. Bar No. 44614
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (303) 376-6361
aimee.wagstaff@andruswagstaff.com
david.wool@andruswagstaff.com

*Counsel for Plaintiffs Edwin Hardeman (N.D. Cal., 3:16-cv-00525); Emanuel Richard Giglio (S.D. Cal, 3:15-cv-02279); Goldie Christina Perkins (C.D. Cal, 8:16-cv-01410)*