## ATTACHMENT A

**PARTIES REPRESENTED**
Yolanda Mendoza - Plaintiff
John D. Sanders – Plaintiff
Ricky Gibbs - Plaintiff
Frank Tanner - Plaintiff
Larry Domina - Plaintiff
Frank Pollard - Plaintiff
Robert L. Dickey - Plaintiff
Royce D. Janzen - Plaintiff

**SHORT CASE CAPTION**
Mendoza v. Monsanto Co., No. 1:16-cv-00406-DAD-SMS (E.D. Cal.)
Sanders v. Monsanto Co., No. 5:16-cv-00726-DMG-E (C.D. Cal.)
Gibbs v. Monsanto Co., No. 1:16-cv-07588 (N.D. Ill.)
Domina v. Monsanto Co., No. 4:16-cv-03074-RGK-CRZ (D. Neb.)