BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| **IN RE: ROUNDUP** § | | **MDL - 2741** |
| **PRODUCTS LIABILITY** § | | |
| **LITIGATION** § | | |

**PROOF OF SERVICE**

    I, Robin L. Greenwald, hereby certify that on August 8, 2016, a copy of the foregoing Notice of Appearance was electronically transmitted to the Judicial Panel on Multidistrict Litigation using the CM/ECF system. The Panel's ECF system will automatically serve copies of the documents on counsel of record and all registered CM/ECF users.

    /s/ Robin L. Greenwald, Esq.
    Weitz & Luxenberg, P.C.
    700 Broadway
    New York, NY 10003
    Phone: (212)-558-5802
    Fax: (646)-293-4921
    Email: rgreenwald@weitzlux.com