## ATTACHMENT A

**PARTIES REPRESENTED:**
Goldie Christina Perkins – Plaintiff
Edwin Hardeman – Plaintiff
Emanuel Richard Giglio - Plaintiff

**SHORT CASE CAPTION:**
Perkins v. Monsanto Company, C.D. California, C. A. 8:16- 01410
Hardeman v. Monsanto Company, N. D. California, C.A. 3:16- 00525
Giglio v. Monsanto Company, S. D. California, C.A. 3:15- 02279