## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ROUNDUP  PRODUCTS | § | MDL NO. 2741 |
| LIABILITY  LITIGATION | § | |

### PROOF OF SERVICE

I hereby certify that on August 9, 2016, a copy of the foregoing Notice of Appearance was electronically transmitted to the Judicial Panel on Mulitidistrict Litigation using the CM/ECF system. The Panel's ECF system will automatically serve copies of the documents on counsel of record and all registered CM/ECF users. Further, I hereby certify that the foregoing Notice of Appearance was served in the below listed cases via First Class Mail on August 9, 2016 to the following:

Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
Tel: 314-694-1000
*Defendant's Corporate Headquarters*

Cases:
*Johansing v. Monsanto Company, C. D. California, C.A. 2:16-cv-05035, Perkins v. Monsanto Company, C.D. California, C. A. 8:16-cv-01410, Gibbs v. Monsanto Company, N.D. Illinois, C.A. 1:16-cv-07588, Bridgeman v. Monsanto, S.D. Illinois, C.A. 3:16-cv-00812, Harris v. Monsanto Company, S.D. Illinois, C.A. 3:16-cv-00823, Patterson v. Monsanto Company, S.D. Illinois, C.A. 3:16-cv-00825, Means v. Monsanto Company, W.D. Kentucky, C.A. 5:16-cv-00112, Scheffer v. Monsanto Company, D. Massachusetts, C.A. 1:16-cv-11489, Ricci v. Monsanto Company, D. New Jersey, C. A. 1:16-cv-04583, Mancuso v. Monsanto Company, E.D. Pennsylvania, C. A. 2:16-cv-04096, Turner v. Monsanto Company, D. Utah, C. A. 2:16-cv-00836, Porath v. Monsanto Company, W.D. Wisconsin, C.A. 3:16-cv-00518*

**Dated: August 9, 2016**

/s/ Aimee H. Wagstaff
**ANDRUS WAGSTAFF, P.C.**
Aimee H. Wagstaff, CO. Bar No. 36819
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (303) 376-6361
aimee.wagstaff@andruswagstaff.com

*Counsel for Plaintiffs Edwin Hardeman (N.D. Cal., 3:16-cv-00525); Emanuel Richard Giglio (S.D. Cal, 3:15-cv-02279); Goldie Christina Perkins (C.D. Cal, 8:16-cv-01410)*

1