**BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **IN RE: ROUNDUP** § | **MDL - 2741** |
| **PRODUCTS LIABILITY** § | |
| **LITIGATION** § | |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Notice of Appearance and this Proof of Service were electronically filed with the Clerk of the JPML by using the CM/ECF and was served on all counsel or parties via the manner indicated:

**Via First-Class Mail**

Monsanto Company
800 N. Lindbergh Blvd.
St. Louis, MO 63167

Unserved Defendant in *Mancuso v. Monsanto Company*, 2:16-cv-04096 (E.D. Pa.)

Richard A. Clark
Steven Robert Platt
Parker Milliken Clark O'Hara and Samuelian
555 South Flower Street, 30th Floor
Los Angeles, CA 90071

Counsel for Defendant Monsanto Company

Eric G. Lasker
Joe G. Hollingsworth
Katharine R. Latimer
Hollingsworth LLP
1350 I Street NW, 9th Floor
Washington, DC 20005

Counsel for Defendant Monsanto Company

**Via Electronic Mail**

Aimee H. Wagstaff
David J. Wool
ANDRUS WAGSTAFF, P.C.
7171 W. Alaska Drive
Lakewood, CO 80226

Counsel for Plaintiffs in *Hardeman v. Monsanto Co., et al.*, Case No. 3:16-cv-00525 (N.D. Cal.) and *Giglio v. Monsanto Co., et al.,* Case No. 3:15-cv-02279 (S.D. Cal.)

Date: August 9, 2016

/s/ Brian J. McCormick, Jr.
BRIAN J. MCCORMICK, JR.