## ATTACHMENT A

Notice of Appearance

**PARTIES REPRESENTED**
Lawrence Gary Couey - Plaintiff
James M. Work - Plaintiff

**SHORT CASE CAPTION**
*Work v. Ragan & Massey, et al.*, 2:16-cv-07491-CJB-DEL (E.D. La.); and
*Couey v. Monsanto Company*, 4:16-cv-00149-DMB-JMB (N.D. Miss.).