**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| CHAIR: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| **Sarah S. Vance**<br>United States District Court<br>Eastern District of Louisiana | **Marjorie O. Rendell**<br>United States Court of Appeals<br>Third Circuit | **Ellen Segal Huvelle**<br>United States District Court<br>District of District of Columbia | **Jeffery N. Lüthi**<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C.  20544-0005 |
| | **Charles R. Breyer**<br>United States District Court<br>Northern District of California | **R. David Proctor**<br>United States District Court<br>Northern District of Alabama | |
| | **Lewis A. Kaplan**<br>United States District Court<br>Southern District of New York | **Catherine D. Perry**<br>United States District Court<br>Eastern District of Missouri | Telephone:  [202] 502-2800<br>Fax:  [202] 502-2888<br>http://www.jpml.uscourts.gov |

ADVISORY

Counsel appearing for oral argument before the Panel who display a bar identification card or other proof of membership of the bar of the Court of Appeals, District Court, or D.C. Bar may bring in cell phones and laptop computers.  All others who wish to bring in cell phones and laptop computers must email Aaron_Adaway@dcd.uscourts.gov no later than one week prior to the hearing date.  All cell phones must be turned off before entering the courtroom.