BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**CORPORATE DISCLOSURE STATEMENT**

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Ines Hernandez and Maria Hernandez | Monsanto Co. | C.D. California (Western Division – Los Angeles) | 2:16-cv-01988-DMG-E | Dolly M. Gee |
| 2. | Peter Johansing | Monsanto Co. | C.D. California (Western Division – Los Angeles) | 2:16-cv-05035-DMG-E | Dolly M. Gee |
| 3. | Teri Michelle McCall | Monsanto Co. | C.D. California (Western Division – Los Angeles) | 2:16-cv-01609-DMG-E | Dolly M. Gee |
| 4. | Goldie Christina Perkins | Monsanto Co. | C.D. California (Southern Division – Santa Ana) | 8:16-cv-01410-DMG-E | Dolly M. Gee |
| 5. | John D. Sanders and Frank Tanner | Monsanto Co. | C.D. California (Eastern Division – Riverside) | 5:16-cv-00726-DMG-E | Dolly M. Gee |
| 6. | Aaron Johnson | Monsanto Co. | D. Hawaii (Hawaii) | 1:16-cv-00075-JMS-RLP | J. Michael Seabright |

|  | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 7. | Christine Sheppard and Kenneth Sheppard | Monsanto Co. | D. Hawaii (Hawaii) | 1:16-cv-00043-JMS-RLP | J. Michael Seabright |
| 8. | Mark Scheffer | Monsanto Co. | D. Massachusetts (Boston) | 1:16-cv-11489-JCB | Jennifer C. Boal |
| 9. | Larry E. Domina, Frank Pollard, Robert L. Dickey, and Royce D. Janzen | Monsanto Co. | D. Nebraska (4 Lincoln) | 4:16-cv-03074-RGK-CRZ | Richard G. Kopf |
| 10. | Tonia Turner | Monsanto Co. | D. Utah (Central) | 2:16-cv-00836-RJS-EJF | Robert Shelby |
| 11. | Linda Jeanne Ricci | Monsanto Co. | D. New Jersey (Camden) | 1:16-cv-04583-JBS-AMD | Jerome B. Simandle |
| 12. | Yolanda Mendoza | Monsanto Co. | E.D. California (Fresno) | 1:16-cv-00406-DAD-SMS | Dale A. Drozd |
| 13. | James M. Work | Monsanto Co. | E.D. Louisiana (New Orleans) | 2:16-cv-07491-CJB-DEK | Carl Barbier |
| 14. | Gary Mancuso | Monsanto Co. | E.D. Pennsylvania (Philadelphia) | 2:16-cv-04096-TJS | Timothy Savage |
| 15. | Edward Hardeman | Monsanto Co. | N.D. California (San Francisco) | 3:16-cv-00525-VC | Vince Chhabria |
| 16. | Elaine Stevick and Christopher Stevick | Monsanto Co. | N.D. California (San Francisco) | 3:16-cv-02341-VC | Vince Chhabria |
| 17. | Ricky Gibbs | Monsanto Co. | N.D. Illinois (Chicago) | 1:16-cv-07588 | Manish S. Shah |
| 18. | Lawrence Gary Couey | Monsanto Co. | N.D. Mississippi (Greenville Division) | 4:16-cv-00149-SA-JMV | Sharion Aycock |
| 19. | Emanuel Richard Giglio | Monsanto Co. | S.D. California (San Diego) | 3:15-cv-02279-BTM-WVG | Barry Ted Moskowitz |
| 20. | Enrique Ruiz and Stephanie Ruiz | Monsanto Co. | S.D. Florida (West Palm Beach) | 9:16-cv-80539-KAM | Kenneth A. Marra |
| 21. | Charles Bridgeman | Monsanto Co. | S.D. Illinois (East St. Louis) | 3:16-cv-00812-NJR-SCW | Nancy J. Rosenstengel |

|     | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
| --- | --- | --- | --- | --- | --- |
| 22. | Douglas Harris | Monsanto Co. | S.D. Illinois (East St. Louis) | 3:16-cv-00823-DRH-PMF | David R. Herndon |
| 23. | Lynda K. Patterson | Monsanto Co. | S.D. Illinois (East St. Louis) | 3:16-cv-00825-NJR-SCW | Nancy J. Rosenstengel |
| 24. | David Means | Monsanto Co. | W.D. Kentucky (Paducah) | 5:16-cv-00112-TBR | Thomas B. Russell |
| 25. | Vicky Porath | Monsanto Co. | W.D. Wisconsin (Madison) | 3:16-cv-00518-WMC | William M. Conley |