BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2741 |

PROOF OF SERVICE

I, Nicholas R. Rockforte, hereby certify that on August 12, 2016, a copy of the foregoing Notice of Appearance was electronically transmitted to the Judicial Panel on Multidistrict Litigation using the CM/ECF system. The Panel's ECF system will automatically serve copies of the documents on counsel of record and all registered CM/ECF users.

DATED: August 12, 2016                          Respectfully submitted,

/s/ *Nicholas R. Rockforte*
Nicholas R. Rockforte
Christopher L. Coffin
**PENDLEY, BAUDIN & COFFIN, L.L.P.**
24110 Eden Street
Plaquemine, Louisiana
Telephone: (225) 687-6396
Facsimile: (225) 687-6398
Email: nrockforte@pbclawfirm.com

David M. Hundley
Of counsel,
**PENDLEY, BAUDIN & COFFIN, L.L.P.**
Hundley Law Group, P.C.
1620 W. Chicago Ave. Ste. 307
Chicago, IL 60622
Telephone: (312) 212-3343
Email: dhundley@pbclawfirm.com

*Attorneys for Plaintiff Lynda K. Patterson*