BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

---

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL Docket No. 2741

---

### INTERESTED PARTY RESPONSE IN SUPPORT OF MOTION
### TO TRANSFER ACTIONS TO THE SOUTHERN DISTRICT OF ILLINOIS

Lynda Patterson, in *Patterson v. Monsanto Co.*, 16-cv-00825-NJR-SCW (S.D. Ill.), by and through undersigned counsel, hereby submits this Interested Party Response in support of the Motion for Transfer of Actions to the Southern District of Illinois Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings pursuant to JPML Rule 6.2(e):

1. Plaintiff Patterson alleges she developed non-Hodgkin's lymphoma caused by exposure to the herbicide Roundup, a product manufactured and sold by the Defendant. Plaintiff's complaint makes the same allegations and claims as other cases appearing on the Schedule of Actions.

2. When the decision was made to centralize actions in another case with Monsanto as a defendant, in *In re: Monsanto Company Genetically –Engineered Wheat Litigation*, MDL No. 2473 pending in the District of Kansas, the Panel focused on the proximity of Monsanto's headquarters and its operations center to the transferee court, stating:

> This district [District of Kansas] is relatively close to Monsanto's headquarters in St. Louis, Missouri, where the majority of the common evidence is likely to be located, including the witnesses and documents concerning Monsanto's field testing of genetically-engineered wheat.

*In re: Monsanto Company Genetically-Engineered Wheat Litigation*, 978 F. Supp. 2d 1373, 1373-74 (J.P.M.L. 2013)

1

3.   In fact, the Southern District of Illinois sits much closer to St. Louis than the District of Kansas. The Southern District of Illinois is centrally located, is ideally located within subpoena distance of the Defendant, and has a remarkable track record in managing complex litigation involving thousands of injured plaintiffs.

4.   For these reasons, Plaintiff Patterson strongly supports pretrial centralization and consolidation within the United States District Court for the Southern District of Illinois before either the Honorable David R. Herndon or Nancy J. Rosenstengel (who is currently presiding over Plaintiff's case).

DATED: August 12, 2016

Respectfully submitted,

/s/ *Nicholas R. Rockforte*
Nicholas R. Rockforte
Christopher L. Coffin
**PENDLEY, BAUDIN & COFFIN, L.L.P.**
24110 Eden Street
Plaquemine, Louisiana
Telephone: (225) 687-6396
Facsimile: (225) 687-6398
Email: nrockforte@pbclawfirm.com

David M. Hundley
Of counsel,
**PENDLEY, BAUDIN & COFFIN, L.L.P.**
Hundley Law Group, P.C.
1620 W. Chicago Ave. Ste. 307
Chicago, IL 60622
Telephone: (312) 212-3343
Email: dhundley@pbclawfirm.com

*Attorneys for Plaintiff Lynda K. Patterson*