BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2741 |

## PROOF OF SERVICE

I, Nicholas R. Rockforte, hereby certify that on August 12, 2016, a copy of the foregoing Interested Party Response in Support of Motion to Transfer Actions to the Southern District of Illinois was electronically transmitted to the Judicial Panel on Multidistrict Litigation using the CM/ECF system. The Panel's ECF system will automatically serve copies of the documents on counsel of record and all registered CM/ECF users.

DATED: August 12, 2016               Respectfully submitted,

/s/ Nicholas R. Rockforte
Nicholas R. Rockforte
Christopher L. Coffin
**PENDLEY, BAUDIN & COFFIN, L.L.P.**
24110 Eden Street
Plaquemine, Louisiana
Telephone: (225) 687-6396
Facsimile: (225) 687-6398
Email: nrockforte@pbclawfirm.com

David M. Hundley
Of counsel,
**PENDLEY, BAUDIN & COFFIN, L.L.P.**
Hundley Law Group, P.C.
1620 W. Chicago Ave. Ste. 307
Chicago, IL 60622
Telephone: (312) 212-3343
Email: dhundley@pbclawfirm.com

*Attorneys for Plaintiff Lynda K. Patterson*