**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**ERRATA**

The Proofs of Service filed on August 11, 2016 with the Notice of Appearance (Docket No. 23) and Corporate Disclosure Statement (Docket No. 24) inadvertently omitted the following signature block:

>Respectfully submitted,
>
>/s/ Joe G. Hollingsworth
>Joe G. Hollingsworth
>(jhollingsworth@hollingsworthllp.com)
>HOLLINGSWORTH LLP
>1350 I Street NW
>Washington D.C., 20005
>Phone: (202) 898-5800
>Fax: (202) 682-1639
>
>*Attorneys for Defendant
>Monsanto Company*

The above signature block should have appeared at the end of page 5 of both the Proof of Service of Notice of Appearance (Docket No. 23-2) and the Proof of Service of Corporate Disclosure Statement (Docket No. 23-2).

Dated: August 12, 2016

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant Monsanto Company*