BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Errata and this Proof of Service were electronically filed on August 12, 2016 with the Clerk of the JPML using the CM/ECF system and were served by operation of the Panel's ECF system on all counsel of record at the addresses indicated below:

*Hernandez et al. v. Monsanto Co.*,
No. 2:16-cv-01988-DMG-E (C.D. Cal.)

Robert Brent Wisner
RBWisner@baumhedlundlaw.com
Timothy A. Litzenburg
tlitzenburg@millerfirmllc.com
Curtis Hoke
choke@millerfirmllc.com

*Counsel for Plaintiffs*

*Johansing v. Monsanto Co.*,
No. 2:16-cv-05035-DMG-E (C.D. Cal.)

Michael Lin Baum
mbaum@baumhedlundlaw.com
Robert Brent Wisner
RBWisner@baumhedlundlaw.com

*Counsel for Plaintiff*

*McCall v. Monsanto Co.*,
No. 2:16-cv-01609-DMG-E (C.D. Cal.)

Cynthia L Garber
cgarber@rcrsd.com
Kevin J. Madonna
kmadonna@kennedymadonna.com
Michael Lin Baum
mbaum@baumhedlundlaw.com
Robert F. Kennedy, Jr.
rkennedy@kennedymadonna.com
Robert Brent Wisner
RBWisner@baumhedlundlaw.com

*Counsel for Plaintiff*

*Perkins v. Monsanto Co.*,
No. 2:15-cv-07246-DMG-E (C.D. Cal.)

Aimee H. Wagstaff
aimee.wagstaff@andruswagstaff.com
Kathryn M. Forgie
kathryn.forgie@andruswagstaff.com

*Counsel for Plaintiff*

1

*Sanders et al. v. Monsanto Co.*,
No. 5:16-cv-00726-DMG-E (C.D. Cal.)

Christopher Barton Dalbey
cdalbey@weitzlux.com
Kristie M. Hightower
khightower@lundylawllp.com
Maja Lukic
mlukic@weitzlux.com
Robin L. Greenwald
rgreenwald@weitzlux.com

*Counsel for Plaintiffs*

*Johnson v. Monsanto Co.*,
No. 1:16-cv-00075-JMS-RLP (D. Haw.)

Brian K. Mackintosh
bmackphd@gmail.com
Michael J. Miller
mmiller@millerfirmllc.com
Timothy Litzenburg
tlitzenburg@millerfirmllc.com

*Counsel for Plaintiff*

*Sheppard et al. v. Monsanto Co.*,
No. 1:16-cv-00043-JMS-RLP (D. Haw.)

Brian K. Mackintosh
bmackphd@gmail.com
Michael J. Miller
mmiller@millerfirmllc.com
Timothy Litzenburg
tlitzenburg@millerfirmllc.com

*Counsel for Plaintiffs*

*Scheffer v. Monsanto Co.*,
No. 1:16-cv-11489-JCB (D. Mass)

John J. Roddy
jroddy@baileyglasser.com

*Counsel for Plaintiff*

*Domina et al. v. Monsanto Co.*,
No. 4:16-cv-03074-RGK-CRZ (D. Neb.)

Christopher B. Dalbey
cdalbey@weitzlux.com
David A. Domina
ddomina@dominalaw.com
Maja Lukic
mlukic@weitzlux.com
Robin L. Greenwald
rgreenwald@weitzlux.com

*Counsel for Plaintiffs*

*Turner v. Monsanto Co.*,
No. 2:16-cv-00836-RJS-EJF (D. Utah)

Colin P. King
cking@dkolaw.com
Paul M. Simmons
psimm@dkolaw.com

*Counsel for Plaintiff*

*Ricci v. Monsanto Co.*,
**No. 1:16-cv-04583-JBS-AMD (D. N.J.)**

Brian J. McCormick, Jr.
bmccormick@rossfellercasey.com

*Counsel for Plaintiff*

*Mendoza v. Monsanto Co.*,
**No. 1:16-cv-00406-DAD-SMS (E.D. Cal)**

Christopher Barton Dalbey
cdalbey@weitzlux.com
Robin L. Greenwald
rgreenwald@weitzlux.com
Hunter W. Lundy
hlundy@lundylawllp.com
Kristie M. Hightower
khightower@lundylawllp.com
Maja Lukic
mlukic@weitzlux.com
Matthew E. Lundy
mlundy@lundylawllp.com

*Counsel for Plaintiff*

*Porath v. Monsanto Co.*,
**No. 3:16-cv-00518-wmc (W.D. Wisc.)**

Robert Brent Wisner
rbwisner@baumhedlundlaw.com

*Counsel for Plaintiff*

*Mancuso v. Monsanto Co.*,
**No. 2:16-cv-04096-TJS (E.D. Pa.)**

Brian J. McCormick, Jr.
bmccormick@rossfellercasey.com

*Counsel for Plaintiff*

*Hardeman v. Monsanto Co.*,
**No. 3:16-cv-00525-VC (N.D. Cal.)**

Kathryn Miller Forgie
kathryn.forgie@andruswagstaff.com
David Jackson Wool
david.wool@andruswagstaff.com
Lori Erin Andrus
lori@andrusanderson.com
Vance R. Andrus
vance.andrus@andruswagstaff.com
Aimee Wagstaff
aimee.wagstaff@andruswagstaff.com

*Counsel for Plaintiff*

*Stevick et al. v. Monsanto Co.*,
**No. 3:16-cv-02341-VC (N.D. Cal.)**

Robert Brent Wisner
rbwisner@baumhedlundlaw.com
Timothy Andrew Litzenburg
tlitzenburg@millerfirmllc.com
Curtis George Hoke
cghoke@gmail.com
Michael Miller
mmiller@millerfirmllc.com

*Counsel for Plaintiffs*

*Gibbs v. Monsanto Co.*,
No. 1:16-cv-07588 (N.D. Ill.)

Christopher Barton Dalbey
cdalbey@weitzlux.com
Maja Lukic
mlukic@weitzlux.com
Robin Lynn Greenwald
rgreenwald@weitzlux.com

*Counsel for Plaintiff*

*Giglio v. Monsanto Co.*,
No. 3:15-cv-02279-BTM-WVG (S.D. Cal.)

Aimee Hall Wagstaff
aimee.wagstaff@andruswagstaff.com
David J. Wool
david.wool@andruswagstaff.com
John P. Fiske
fiske@gomeztrialattorneys.com
John H. Gomez
john@thegomezfirm.com

*Counsel for Plaintiff*

*Bridgeman v. Monsanto Co.*,
No. 3:16-cv-00812-NJR-SCW (S.D. Ill.)

Yvonne M. Flaherty
ymflaherty@locklaw.com
Edward A. Wallace
eaw@wexlerwallace.com

*Counsel for Plaintiff*

*Patterson v. Monsanto Co.*,
No. 3:16-cv-00825-NJR-SCW (S.D. Ill.)

David M. Hundley, II
dmh@hundleylaw.com

*Counsel for Plaintiff*

*Couey v. Monsanto Co.*,
No. 4:16-cv-00149-SA-JMV (N.D. Miss.)

Hunter William Lundy
hlundy@lundylawllp.com
John H. Daniels, III
jhdiii@suddenlinkmail.com

*Counsel for Plaintiff*

*Ruiz et al. v. Monsanto Co.*,
No. 9:16-cv-80539-KAM (S.D. Fla.)

Bruce Don Burtoff
burtoff809@aol.com

*Counsel for Plaintiffs*

*Harris v. Monsanto Co.*,
No. 3:16-cv-00823-DRH-PMF (S.D. Ill.)

John Backes Prior
jprior@hmelegal.com

*Counsel for Plaintiff*

*Means v. Monsanto Co.*,
No. 5:16-cv-00112- TBR (W.D. Ky.)

Anthony P. Ellis
aellis@ellislawky.com

*Counsel for Plaintiff*

*Work v. Ragan and Massey, Inc. et al.*,
No. 2:16-cv-07491-CJB-DEK (E.D. La.)

Hunter William Lundy
hlundy@lundylawllp.com
Bradley A. Stevens
brad@edwardslaw.org
J.E. Cullens, Jr.
cullens@lawbr.net
Kathryn Jean Edwards
kedwards@la-fcca.org
Kristie M. Hightower
khightower@lundylawllp.com
Matthew Edward Lundy
mlundy@lundylawllp.com
Max E. Guthrie
mguthrie@lundylawllp.com
Rudie Ray Soileau, Jr.
rsoileau@lundylawllp.com

*Counsel for Plaintiff*


Dated: August 12, 2016                     Respectfully submitted,

                                           /s/ Joe G. Hollingsworth
                                           Joe G. Hollingsworth
                                           (jhollingsworth@hollingsworthllp.com)
                                           HOLLINGSWORTH LLP
                                           1350 I Street NW
                                           Washington D.C., 20005
                                           Phone: (202) 898-5800
                                           Fax: (202) 682-1639

                                           *Attorneys for Defendant*
                                           *Monsanto Company*