**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**MARK SCHEFFER'S RESPONSE IN SUPPORT OF MOTION TO TRANSFER FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407**

Dr. Mark Scheffer, the plaintiff in *Scheffer v. Monsanto Co.*, 1:16-cv-11489-JCB (D. Mass.), strongly supports the motion of plaintiffs Hardeman and Giglio (CM/ECF Doc. 1, July 27, 2016) for pretrial consolidation of related Roundup non-Hodgkin's lymphoma cases within the United States District Court for the Southern District of Illinois, before either the Honorable David R. Herndon or Nancy J. Rosenstengel.

Dr. Scheffer alleges that his exposure to Monsanto's Roundup herbicide caused him to develop non-Hodgkin's lymphoma ("NHL"), ending his career as a surgeon and causing him substantial and continuing personal injuries. Dr. Scheffer's allegations and claims are substantially similar to the other cases appearing on the Schedule of Actions. The Southern District of Illinois is centrally located, is ideally located within subpoena distance of Monsanto, and has substantial experience and the resources necessary to manage complex litigation involving thousands of injured plaintiffs.

In the alternative, Dr. Scheffer does not oppose centralization and transfer to either the Central District of California before the Honorable Dolly M. Gee, as plaintiffs McCall, Johansing and Porath suggest (CM/ECF Doc. 7, July 29, 2016), or to the District

of Hawaii, per the Interested Party Response of plaintiffs Stevick, Johnson, Sheppard, Ruiz, and Hernandez (CM/ECF Doc. 5, July 29, 2016).

Dated: August 16, 2016

                        Respectfully submitted,

                        */s/ John Roddy*
                        John Roddy
                        Bailey & Glasser LLP
                        99 High Street, Suite 304
                        Boston, MA 02110
                        (617) 439-6730 (phone)
                        (617) 951-3954 (fax)
                        jroddy@baileyglasser.com

                        *Attorney for Plaintiff Mark Scheffer*

BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

### PROOF OF SERVICE

I hereby certify that a true and correct copy of *Mark Scheffer's Response in Support of Motion to Transfer for Coordinated Or Consolidated Pretrial Proceedings Pursuant to 28 U.S.C. §1407* was electronically filed on August 16, 2016 via the CM/ECF system of the United States Judicial Panel on Multidistrict Litigation and was served on all interested parties electronically via the Panel's CM/ECF system.

DATED: August 16, 2016

Respectfully submitted,

*/s/ John Roddy*
John Roddy
Bailey & Glasser LLP
99 High Street, Suite 304
Boston, MA 02110
(617)439-6730 (phone)
(617)951-3954 (fax)

3