BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

### PROOF OF SERVICE

I, Robin L. Greenwald, hereby certify that on August 17, 2016, a copy of the foregoing Interested Party Response of Plaintiffs in *John D. Sanders and Frank Tanner v. Monsanto Company* to Motion to Transfer was electronically transmitted to the Judicial Panel on Multidistrict Litigation using the CM/ECF system. The Panel's CM/ECF system will automatically serve copies of the documents on counsel of record and all registered CM/ECF users.

/s/ *Robin L. Greenwald*
Robin L. Greenwald, Esq.

Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
Tel.: (212) 558-5802
Fax: (646) 293-4921
Email: rgreenwald@weitzlux.com

Dated: August 17, 2016        WEITZ & LUXENBERG, P.C.

By:      /s/ *Robin L. Greenwald*
            Robin L. Greenwald

Robin L. Greenwald
    rgreenwald@weitzlux.com
Maja Lukic
    mlukic@weitzlux.com
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
Tel.: (212) 558-5802
Fax: (212) 344-5461

Christopher Dalbey
    cdalbey@weitzlux.com
Weitz & Luxenberg, P.C.
1880 Century Park East, Suite 700
Los Angeles, CA 90067
Tel.: (310) 247-0921
Fax: (310) 786-9927

*Counsel for the* Sanders *Plaintiffs*