# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS | § | MDL - 2741 |
| LIABILITY LITIGATION | § | |
| | § | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel, Timothy Litzenburg of the

Miller Firm LLC, hereby withdraws his appearance as counsel of record for the Plaintiff in the

following actions effective August 16, 2016:

> Plaintiffs Elaine and Christopher Stevick (3:16-cv-02341-VC; N.D.Cal.),
> Aaron Johnson (1:16-cv-00075-ACK-RLP; D.Haw.),
> Christine and Kenneth Sheppard (1:16-cv-00043-JMS-RLP; D.Haw.),
> Enrique and Stephanie Ruiz (9:16-cv-80539-KAM; S.D.Fl.)
> Maria and Ines Hernandez (2:16-cv-01988-DMG-E; C.D.Cal.)

**PLEASE TAKE NOTICE** that Michael J. Miller of the Miller Firm shall continue to

serve as counsel for the Plaintiff in the above referenced actions.

**Dated this 16th Day of August, 2016**            **Respectfully submitted,**
                                                   */s/ Timothy Litzenburg*
                                                   Timothy Litzenburg
                                                   The Miller Firm LLC
                                                   108 Railroad Ave
                                                   Orange, VA 22960
                                                   Ph 540 672-4224
                                                   F 540 672-3055
                                                   tlitzenburg@millerfirmllc.com

**PROOF OF SERVICE**

I, Timothy Litzenburg, hereby certify that on August 16, 2016 a copy of the foregoing Notice of Withdrawal of Appearance was electronically transmitted to the Judicial Panel on Multidistrict Litigation using the CM/ECF system. The Panel's ECF system will automatically serve copies of the documents on counsel of record and all registered CM/ECF users.

**Dated this 16th Day of August, 2016**       **Respectfully submitted,**
                                                */s/ Timothy Litzenburg*
                                                Timothy Litzenburg
                                                The Miller Firm LLC
                                                108 Railroad Ave
                                                Orange, VA 22960
                                                Ph 540 672-4224
                                                F 540 672-3055
                                                tlitzenburg@millerfirmllc.com