**PROOF OF SERVICE**

     I, Brian J. McCormick, Jr., hereby certify that on August 18, 2016, a copy of the foregoing INTERESTED PARTY RESPONSE IN SUPPORT OF MOTION FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PROCEEDINGS was electronically transmitted to the Judicial Panel on Multidistrict Litigation using the CM/ECF system. The Panel's ECF system will automatically serve copies of the documents on counsel of record and all registered CM/ECF users.

                                     /s/ Brian McCormick, Jr.
                                     BRIAN J. MCCORMICK, JR.