BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ROUNDUP <br> PRODUCTS LIABILITY <br> LITIGATION | § <br> § <br> § | MDL - 2741 |

PROOF OF SERVICE

I, Hunter W. Lundy, hereby certify that on August 18, 2016, a copy of the foregoing INTERESTED PARTY RESPONSE IN SUPPORT OF MOTION FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS was electronically transmitted to the Judicial Panel on Multidistrict Litigation using the CM/ECF system. The Panel's ECF system will automatically serve copies of the documents on counsel of record and all registered CM/ECF users.

Respectfully submitted,

 /s/ Hunter W. Lundy
HUNTER W. LUNDY (#8938)
**LUNDY, LUNDY, SOILEAU & SOUTH, LLP**
501 Broad Street (70601)
P. O. Box 3010
Lake Charles, LA 70602-3010
Telephone: (337) 439-0707
Facsimile: (337) 439-1029