**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Opposition to Plaintiffs' Motion for Transfer and this Proof of Service were electronically filed on August 18, 2016 with the Clerk of the JPML using the CM/ECF system and were served on all counsel of record and the clerk of each district court where an affected action is pending at the addresses and in the manners indicated below:

**Served via operation of the Panel's CM/ECF system:**

*Hernandez et al. v. Monsanto Co.*,
**No. 2:16-cv-01988-DMG-E (C.D. Cal.)**

Robert Brent Wisner
RBWisner@baumhedlundlaw.com
Timothy A. Litzenburg
tlitzenburg@millerfirmllc.com
Curtis Hoke
choke@millerfirmllc.com

*Counsel for Plaintiffs*

*Johansing v. Monsanto Co.*,
**No. 2:16-cv-05035-DMG-E (C.D. Cal.)**

Michael Lin Baum
mbaum@baumhedlundlaw.com
Robert Brent Wisner
RBWisner@baumhedlundlaw.com

*Counsel for Plaintiff*

*Johnson v. Monsanto Co.*,
**No. 1:16-cv-00075-JMS-RLP (D. Haw.)**

Brian K. Mackintosh
bmackphd@gmail.com
Michael J. Miller
mmiller@millerfirmllc.com
Timothy Litzenburg
tlitzenburg@millerfirmllc.com

*Counsel for Plaintiff*

*Perkins v. Monsanto Co.*,
**No. 2:15-cv-07246-DMG-E (C.D. Cal.)**

Aimee H. Wagstaff
aimee.wagstaff@andruswagstaff.com
Kathryn M. Forgie
kathryn.forgie@andruswagstaff.com

*Counsel for Plaintiff*

1

*Sanders et al.v. Monsanto Co.*,
No. 5:16-cv-00726-DMG-E (C.D. Cal.)

Christopher Barton Dalbey
cdalbey@weitzlux.com
Kristie M. Hightower
khightower@lundylawllp.com
Maja Lukic
mlukic@weitzlux.com
Robin L. Greenwald
rgreenwald@weitzlux.com

*Counsel for Plaintiffs*

*McCall v. Monsanto Co.*,
No. 2:16-cv-01609-DMG-E (C.D. Cal.)

Cynthia L Garber
cgarber@rcrsd.com
Kevin J. Madonna
kmadonna@kennedymadonna.com
Michael Lin Baum
mbaum@baumhedlundlaw.com
Robert F. Kennedy, Jr.
rkennedy@kennedymadonna.com
Robert Brent Wisner
RBWisner@baumhedlundlaw.com

*Counsel for Plaintiff*

*Sheppard et al.v. Monsanto Co.*,
No. 1:16-cv-00043-JMS-RLP (D. Haw.)

Brian K. Mackintosh
bmackphd@gmail.com
Michael J. Miller
mmiller@millerfirmllc.com
Timothy Litzenburg
tlitzenburg@millerfirmllc.com

*Counsel for Plaintiffs*

*Scheffer v. Monsanto Co.*,
No. 1:16-cv-11489-JCB (D. Mass)

John J. Roddy
jroddy@baileyglasser.com

*Counsel for Plaintiff*

*Domina et al.v. Monsanto Co.*,
No. 4:16-cv-03074-RGK-CRZ (D. Neb.)

Christopher B. Dalbey
cdalbey@weitzlux.com
David A. Domina
ddomina@dominalaw.com
Maja Lukic
mlukic@weitzlux.com
Robin L. Greenwald
rgreenwald@weitzlux.com

*Counsel for Plaintiffs*

*Turner v. Monsanto Co.*,
No. 2:16-cv-00836-RJS-EJF (D. Utah)

Colin P. King
cking@dkolaw.com
Paul M. Simmons
psimm@dkolaw.com

*Counsel for Plaintiff*

*Ricci v. Monsanto Co.*,
No. 1:16-cv-04583-JBS-AMD (D. N.J.)

Brian J. McCormick, Jr.
bmccormick@rossfellercasey.com

*Counsel for Plaintiff*

*Mendoza v. Monsanto Co.*,
No. 1:16-cv-00406-DAD-SMS (E.D. Cal)

Christopher Barton Dalbey
cdalbey@weitzlux.com
Robin L. Greenwald
rgreenwald@weitzlux.com
Hunter W. Lundy
hlundy@lundylawllp.com
Kristie M. Hightower
khightower@lundylawllp.com
Maja Lukic
mlukic@weitzlux.com
Matthew E. Lundy
mlundy@lundylawllp.com

*Counsel for Plaintiff*

*Porath v. Monsanto Co.*,
No. 3:16-cv-00518-wmc (W.D. Wisc.)

Robert Brent Wisner
rbwisner@baumhedlundlaw.com

*Counsel for Plaintiff*

*Mancuso v. Monsanto Co.*,
No. 2:16-cv-04096-TJS (E.D. Pa.)

Brian J. McCormick, Jr.
bmccormick@rossfellercasey.com

*Counsel for Plaintiff*

*Hardeman v. Monsanto Co.*,
No. 3:16-cv-00525-VC (N.D. Cal.)

Kathryn Miller Forgie
kathryn.forgie@andruswagstaff.com
David Jackson Wool
david.wool@andruswagstaff.com
Lori Erin Andrus
lori@andrusanderson.com
Vance R. Andrus
vance.andrus@andruswagstaff.com
Aimee Wagstaff
aimee.wagstaff@andruswagstaff.com

*Counsel for Plaintiff*

*Stevick et al. v. Monsanto Co.*,
No. 3:16-cv-02341-VC (N.D. Cal.)

Robert Brent Wisner
rbwisner@baumhedlundlaw.com
Timothy Andrew Litzenburg
tlitzenburg@millerfirmllc.com
Curtis George Hoke
cghoke@gmail.com
Michael Miller
mmiller@millerfirmllc.com

*Counsel for Plaintiffs*

*Gibbs v. Monsanto Co.*,
No. 1:16-cv-07588 (N.D. Ill.)

Christopher Barton Dalbey
cdalbey@weitzlux.com
Kevin J. Conway
kconway@cooneyconway.com
Maja Lukic
mlukic@weitzlux.com
Robin Lynn Greenwald
rgreenwald@weitzlux.com

*Counsel for Plaintiff*

*Couey v. Monsanto Co.*,
No. 4:16-cv-00149-SA-JMV (N.D. Miss.)

Hunter William Lundy
hlundy@lundylawllp.com
John H. Daniels, III
jhdiii@suddenlinkmail.com

*Counsel for Plaintiff*

*Giglio v. Monsanto Co.*,
No. 3:15-cv-02279-BTM-WVG (S.D. Cal.)

Aimee Hall Wagstaff
aimee.wagstaff@andruswagstaff.com
David J. Wool
david.wool@andruswagstaff.com
John P. Fiske
fiske@gomeztrialattorneys.com
John H. Gomez
john@thegomezfirm.com

*Counsel for Plaintiff*

*Bridgeman v. Monsanto Co.*,
No. 3:16-cv-00812-NJR-SCW (S.D. Ill.)

Yvonne M. Flaherty
ymflaherty@locklaw.com
Edward A. Wallace
eaw@wexlerwallace.com

*Counsel for Plaintiff*

*Ruiz et al. v. Monsanto Co.*,
No. 9:16-cv-80539-KAM (S.D. Fla.)

Bruce Don Burtoff
burtoff809@aol.com

*Counsel for Plaintiffs*

*Harris v. Monsanto Co.*,
No. 3:16-cv-00823-DRH-PMF (S.D. Ill.)

John Backes Prior
jprior@hmelegal.com

*Counsel for Plaintiff*

*Patterson v. Monsanto Co.*,
No. 3:16-cv-00825-NJR-SCW (S.D. Ill.)

David M. Hundley, II
dmh@hundleylaw.com

*Counsel for Plaintiff*

*Means v. Monsanto Co.*,
No. 5:16-cv-00112- TBR (W.D. Ky.)

Anthony P. Ellis
aellis@ellislawky.com

*Counsel for Plaintiff*

*Work v. Ragan and Massey, Inc. et al.*,
No. 2:16-cv-07491-CJB-DEK (E.D. La.)

Hunter William Lundy
hlundy@lundylawllp.com
Bradley A. Stevens
brad@edwardslaw.org
J.E. Cullens, Jr.
cullens@lawbr.net
Kathryn Jean Edwards
kedwards@la-fcca.org
Kristie M. Hightower
khightower@lundylawllp.com
Matthew Edward Lundy
mlundy@lundylawllp.com
Max E. Guthrie
mguthrie@lundylawllp.com
Rudie Ray Soileau, Jr.
rsoileau@lundylawllp.com

*Counsel for Plaintiff*

**Served via First Class Mail:**

Clerk of the Court
USDC Central District of California
Western Division
United States Courthouse
312 North Spring Street
Los Angeles, California 90012

Clerk of the Court
USDC Central District of California
Southern Division
Ronald Reagan Federal Building & United States Courthouse
411 West Fourth Street, Room 1053
Santa Ana, CA 92701-4516

Clerk of the Court
USDC Eastern District of Louisiana
New Orleans Division
500 Poydras Street, Room C-151
New Orleans, Louisiana 70130

Clerk of the Court
USDC Eastern District of Pennsylvania
Philadelphia Division
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

Clerk of the Court
USDC Central District of California
Eastern Division
George E. Brown, Jr. Federal Building &
United State Courthouse
3470 Twelfth Street
Riverside, CA 92501

Clerk of the Court
USDC District of Hawaii
300 Ala Moana Boulevard, Room C338
Honolulu, Hawaii 96850

Clerk of the Court
USDC District of Massachusetts
Boston Division
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Clerk of the Court
USDC District of Nebraska
Lincoln Division
Roman L. Hruska Federal Courthouse
111 South 18th Plaza, Suite 1152
Omaha, Nebraska 68102

Clerk of the Court
USDC District of Utah
351 South West Temple, Rm 1.100
Salt Lake City, UT 84101

Clerk of the Court
USDC District of New Jersey
Camden Division
Mitchell H. Cohen Building & United States
Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

Clerk of the Court
USDC Northern District of California
San Francisco Division
Phillip Burton Federal Building & United
States Courthouse
450 Golden Gate Avenue
San Francisco, California 94102

Clerk of the Court
USDC Northern District of Illinois
Everett McKinley Dirksen United States
Courthouse
219 South Dearborn Street
Chicago, IL 60604

Clerk of the Court
USDC Northern District of Mississippi
Greenville Division
Federal Building
911 Jackson Avenue E, Room 369
Oxford, Mississippi 38655

Clerk of the Court
USDC Southern District of California
San Diego Division
James M. Carter and Judith N. Keep United
States Courthouse
333 West Broadway
San Diego, California 92101

Clerk of the Court
USDC Southern District of Florida
West Palm Beach Division
Paul G. Rogers Federal Building & United
States Courthouse
701 Clematis Street, Room 202
West Palm Beach, FL 33401

Clerk of the Court
USDC Southern District of Illinois
East St. Louis Division
750 Missouri Avenue
East St. Louis, Illinois 62201

Clerk of the Court
USDC Eastern District of California
Fresno Division
Roberts E. Coyle Federal Courthouse
2500 Tulare Street, Room 1501
Fresno, California 93721

Dated: August 18, 2016                    Respectfully submitted,

                                                    /s/ Joe G. Hollingsworth
                                                   Joe G. Hollingsworth
                                                   (jhollingsworth@hollingsworthllp.com)
                                                   HOLLINGSWORTH LLP
                                                   1350 I Street NW
                                                   Washington D.C., 20005
                                                   Phone: (202) 898-5800
                                                   Fax: (202) 682-1639

                                                   *Attorneys for Defendant*
                                                   *Monsanto Company*