BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

## NOTICE OF RELATED ACTION

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned Plaintiffs' counsel hereby notifies the Panel of the pendency of an additional related action to be considered for transfer under 28 U.S.C. § 1407. This action is listed in the attached Schedule of Action.

Dated:  August 19, 2016              **BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**

 /s/ R. Brent Wisner
R. Brent Wisner
rbwisner@baumhedlundlaw.com
Michael L. Baum, Esq.
mbaum@baumhedlundlaw.com
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

**KENNEDY & MADONNA, LLP**

Robert F. Kennedy, Jr., Esq.
rkennedy@kennedymadonna.com
Kevin J. Madonna, Esq.
kmadonna@kennedymadonna.com
48 Dewitt Mills Road
Hurley, New York 12443
Telephone:  (845) 481-2622
Facsimile:  (845) 230-3111

*Counsel for Plaintiffs, McCall v. Monsanto Company, 2:16-cv-01609-DMG-E (C.D. Cal.); Johansing v. Monsanto Company, 2:16-cv-05035-FMO-GJS (C.D. Cal.); and Porath v. Monsanto Company, 3:16-cv-00518-wmc (W.D. Wis.)*