**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**SCHEDULE OF ACTIONS**

|    | PLAINTIFFS | DEFENDANTS | COURT | CIVIL ACTION NO. | JUDGE |
| --- | --- | --- | --- | --- | --- |
| 1. | Eric Morris | Monsanto Company | S.D. Florida (Fort Lauderdale Division) | 0:16-cv-61992-JAL | Judge Joan A. Lena |

1