**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL No. 2741** |

## PROOF OF SERVICE

I, Brent Wisner, hereby certify that on August 19, 2016, a copy of the foregoing Notice of Related Action was electronically transmitted to the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system. The Panel's ECF system will automatically serve copies of the documents on counsel of record and all registered CM/ECF users. Further, I hereby certify that the foregoing Notice of Related Actions was served via First Class Mail to the following:

**Served via First Class Mail**
Clerk of the Court
Southern District of Florida
Fort Lauderdale Division
U.S. Federal Building and Courthouse
299 East Broward Boulevard #108
Fort Lauderdale, FL 33301

**Served via First Class Mail**
Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
Tel: 314-694-1000
*Defendant's Corporate Headquarters*

/s/ R. Brent Wisner
R. Brent Wisner
rbwisner@baumhedlundlaw.com
Michael L. Baum
mbaum@baumhedlundlaw.com
BAUM HEDLUND ARISTEI & GOLDMAN, PC
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Phone: (310) 207-3233

*Counsel for Plaintiffs, McCall v. Monsanto Company, 2:16-cv-01609-DMG-E (C.D. Cal.); Johansing v. Monsanto Company, 2:16-cv-05035-FMO-GJS (C.D. Cal.); and Porath v. Monsanto Company, 3:16-cv-00518-wmc (W.D. Wis.)*