BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

## ERRATA

The signature blocks of the Notice of Related Action (Docket No. 34) and the proof of service (Docket No. 34-2) filed on August 19, 2016 inadvertently omitted one other plaintiff (*Morris v. Monsanto*, 0:16-cv-61992-JAL (S.D. Fla.)) that undersigned counsel represents. Below is the corrected signature block.

Dated:  August 22, 2016               **BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**

 /s/ R. Brent Wisner
R. Brent Wisner
rbwisner@baumhedlundlaw.com
Michael L. Baum, Esq.
mbaum@baumhedlundlaw.com
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

**KENNEDY & MADONNA, LLP**

Robert F. Kennedy, Jr., Esq.
rkennedy@kennedymadonna.com
Kevin J. Madonna, Esq.
kmadonna@kennedymadonna.com
48 Dewitt Mills Road
Hurley, New York 12443
Telephone:  (845) 481-2622
Facsimile:  (845) 230-3111

*Counsel for Plaintiffs, Morris v. Monsanto, 0:16-cv-61992-JAL (S.D. Fla.); McCall v. Monsanto Company, 2:16-cv-01609-DMG-E (C.D. Cal.); Johansing v. Monsanto Company, 2:16-cv-05035-FMO-GJS (C.D. Cal.); and Porath v. Monsanto Company, 3:16-cv-00518-wmc (W.D. Wis.)*