BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ROUNDUP § | | MDL - 2741 |
| PRODUCTS LIABILITY § | | |
| LITIGATION § | | |

## AMENDED PROOF OF SERVICE

    I, Robin L. Greenwald, hereby certify that on September 1, 2016, a copy of the foregoing Notice of Presentation or Waiver of Oral Argument was electronically transmitted to the Judicial Panel on Multidistrict Litigation using the CM/ECF system. The Panel's ECF system will automatically serve copies of the documents on counsel of record and all registered CM/ECF users. The following has also been served via First Class Mail to:

Monsanto Company
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

    /s/ Robin L. Greenwald, Esq._____
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
Phone: (212)-558-5802
Fax: (646)-293-4921
Email: rgreenwald@weitzlux.com