BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ROUNDUP | § | MDL NO. 2741 |
| PRODUCTS LIABILITY | § | |
| LITIGATION | § | |

NOTICE OF RELATED ACTIONS

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned Plaintiffs' counsel hereby notifies the Panel of the pendency of additional related actions to be considered for transfer under 28 U.S.C. § 1407. These actions are listed in the attached Schedule of Actions. The docket sheets and complaints are also attached.

**Dated this 1st day of September, 2016**          **Respectfully submitted,**

/s/ Aimee H. Wagstaff
**ANDRUS WAGSTAFF, P.C.**
Aimee H. Wagstaff, CO. Bar No. 36819
David J. Wool, CO. Bar No. 44614
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (303) 376-6361
aimee.wagstaff@andruswagstaff.com
david.wool@andruswagstaff.com

*Counsel for Movants Edwin Hardeman (N.D. Cal., 3:16-cv-00525); Emanuel Richard Giglio (S.D. Cal, 3:15-cv-02279); as well as for plaintiffs Goldie Christina Perkins (C.D. Cal, 8:16-cv-01410); Michael Tamburello (D. Colorado, 1:16-cv-02149); Clayton Janise (W.D. Louisiana, 2:16-cv-01249); Wendy Burdett (D. Mass., 4:16-cv-40125); Linda Jeanne Ricci (D. New Jersey, 1:16-cv-04583); Tonia Turner (D. Utah, 2:16-cv-00836).*