BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | § § § | MDL NO. 2741 |

## SCHEDULE OF ACTIONS

|   | Plaintiffs | Defendants | Court | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Michael Tamburello | Monsanto Company | D. Colorado (Denver) | 1:16-cv-02149 | Michael E. Hegarty (Magistrate) |
| 2. | Clayton Janise | Monsanto Company | W.D. Louisiana (Lake Charles) | 2:16-cv-01249 | Patricia Minaldi |
| 3. | Wendy Burdett | Monsanto Company | D. Massachusetts (Worcester) | 4:16-cv-40125 | *Not yet assigned.* |