BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | § § § | MDL NO. 2741 |

## PROOF OF SERVICE

I hereby certify that on September 1, 2016, I electronically filed the foregoing Notice of Related Actions with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which sent notifications to all Counsel of record. Further, I hereby certify that the foregoing Notice of Related Actions was served via Email or First Class Mail on September 1, 2016 to the following:

**Michael Tamburello v. Monsanto Company, D. Colorado, C. A. 1:16-cv-02149**

**Served via First Class Mail**
Clerk of the Court
USDC District of Colorado
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO 80294

**Served via First Class Mail**
Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
Tel: 314-694-1000
*Defendant's Corporate Headquarters*

**Clayton Janise v. Monsanto Company, W.D. Louisiana, C. A. 2:16-cv-01249**

**Served via First Class Mail**
Clerk of the Court
Western District of Louisiana
Lake Charles Division
Edwin F. Hunter, Jr. U.S. Couthouse
611 Broad Street, Suite 188
Lake Charles, LA 70601

**Served via First Class Mail**
Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
Tel: 314-694-1000
*Defendant's Corporate Headquarters*

**Wendy Burdett v. Monsanto Company, D. Masachusetts, C. A. 4:16-cv-40125**

| <u>Served via First Class Mail</u> | <u>Served via First Class Mail</u> |
|---|---|
| Clerk of the Court | Monsanto Company |
| USDC District of Massachusetts | 800 North Lindbergh Boulevard |
| Worcester Division | St. Louis, MO 63167 |
| 595 Main Street | Tel: 314-694-1000 |
| Worcester, MA 01608 | *Defendant's Corporate Headquarters* |

**Dated: September 1, 2016**   /s/ Aimee H. Wagstaff
**ANDRUS WAGSTAFF, P.C.**
Aimee H. Wagstaff, CO. Bar No. 36819
David J. Wool, CO. Bar No. 44614
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (303) 376-6361
aimee.wagstaff@andruswagstaff.com
david.wool@andruswagstaff.com

*Counsel for Movants Edwin Hardeman (N.D. Cal., 3:16-cv-00525); Emanuel Richard Giglio (S.D. Cal, 3:15-cv-02279); as well as for plaintiffs Goldie Christina Perkins (C.D. Cal, 8:16-cv-01410); Michael Tamburello (D. Colorado, 1:16-cv-02149); Clayton Janise (W.D. Louisiana, 2:16-cv-01249); Wendy Burdett (D. Mass., 4:16-cv-40125); Linda Jeanne Ricci (D. New Jersey, 1:16-cv-04583); Tonia Turner (D. Utah, 2:16-cv-00836).*