# **ATTACHMENT A**

**PARTIES REPRESENTED:**
Goldie Christina Perkins – Plaintiff
Edwin Hardeman – Plaintiff
Emanuel Richard Giglio – Plaintiff
Michael Tamburello - Plaintiff
Clayton Janise - Plaintiff
Wendy Burdett - Plaintiff
Linda Jeanne Ricci - Plaintiff
Tonia Turner - Plaintiff

**SHORT CASE CAPTION:**
Perkins v. Monsanto Company, C.D. California, C.A. 8:16-01410
Hardeman v. Monsanto Company, N.D. California, C.A. 3:16-00525
Giglio v. Monsanto Company, S.D. California, C.A. 3:15-02279
Tamburello v. Monsanto Company, D. Colorado, C.A. 1:16-02149
Janise v. Monsanto Company, W.D. Louisiana, C.A. 2:16-cv-01249
Burdett v. Monsanto Company, D. Massachusetts, C.A. 4:16-40125
Ricci v. Monsanto Company, D. New Jersey, C.A. 1:16-04583
Turner v. Monsanto Company, D. Utah, C.A. 2:16-00836