## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ROUNDUP | § | MDL NO. 2741 |
| PRODUCTS LIABILITY | § | |
| LITIGATION | § | |

### PROOF OF SERVICE

I hereby certify that on September 6, 2016, I electronically filed the foregoing document with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which sent notifications to all Counsel of record and all registered CM/ECF users. Further, I hereby certify that the foregoing document was served via First Class Mail to the following:

**Served via First Class Mail**
Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
Tel: 314-694-1000
*Defendant's Corporate Headquarters*

**Dated: September 6, 2016**

/s/ Aimee H. Wagstaff
**ANDRUS WAGSTAFF, P.C.**
Aimee H. Wagstaff, CO. Bar No. 36819
David J. Wool, CO. Bar No. 44614
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (303) 376-6361
aimee.wagstaff@andruswagstaff.com
david.wool@andruswagstaff.com

*Counsel for Movants Edwin Hardeman (N.D. Cal., 3:16-cv-00525); Emanuel Richard Giglio (S.D. Cal, 3:15-cv-02279); as well as for plaintiffs Goldie Christina Perkins (C.D. Cal, 8:16-cv-01410); Michael Tamburello (D. Colorado, 1:16-cv-02149); Clayton Janise (W.D. Louisiana, 2:16-cv-01249); Wendy Burdett (D. Mass., 4:16-cv-40125); Linda Jeanne Ricci (D. New Jersey, 1:16-cv-04583); Tonia Turner (D. Utah, 2:16-cv-00836).*