BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP § MDL NO. 2741
PRODUCTS LIABILITY § LITIGATION §

**PROOF OF SERVICE**

I hereby certify that on September 7, 2016, I electronically filed the foregoing document with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which sent notifications to all Counsel of record and all registered CM/ECF users. Further, I hereby certify that the foregoing document was served via First Class Mail to the following:

<u>Served via First Class Mail</u>
Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
Tel: 314-694-1000
Defendant's Corporate Headquarters


Dated: September 7, 2016 /s/ Michael J Miller
The Miller Firm LLC
Michael J. Miller
108 Railroad Ave
Orange, VA 22960
540 672 4224
F 540 672-3055
mmiller@millerfirmllc.com

Counsel for Movants Elaine and Christopher Stevick, Aaron Johnson, Christine and Kenneth Sheppard, Enrique and Stephanie Ruiz, and Maria and Ines Hernandez.