Plaintiffs Elaine and Christopher Stevick (3:16-cv-02341-VC; N.D.Cal.), Aaron Johnson (1:16-cv-00075-ACK-RLP; D.Haw.), Christine and Kenneth Sheppard (1:16-cv-00043-JMS-RLP; D.Haw.), Enrique and Stephanie Ruiz (9:16-cv-80539-KAM; S.D.Fl.), and Maria and Ines Hernandez (2:16-cv-01988-DMG-E; C.D.Cal.)("