BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ROUNDUP ) | |
| PRODUCTS LIABILITY ) | MDL No. 2741 |
| LITIGATION ) | |
| _____ ) | |

## NOTICE OF RELATED ACTION

| Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Larry Goodbred | Monsanto Company | N.D. Ill. | 1:16-cv-8736 | Judge Manish S. Shah |

/s/ Richard M. Paul III
Richard M. Paul III
Paul McInnes LLP
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
816-984-8100 Phone
816-984-8101 Fax
paul@paulmcinnes.com