Attachment "A" to Notice of Presentation or Waiver of Oral Argument

R. Brent Wisner, Esq.

Baum Hedlund Aristei & Goldman, P.C.

**PARTIES REPRESENTED:**

Teri Michelle McCall, surviving wife of decedent Anthony Jackson McCall, Plaintiff
Eric Morris, Plaintiff
Peter Johansing, Plaintiff
Vicky Porath, Plaintiff

**SHORT CASE CAPTION:**

*McCall v. Monsanto Company, 2:16-cv-01609-DMG-E (C.D. Cal.);*
*Morris v. Monsanto, 0:16-cv-61992-JAL (S.D. Fla.);*
*Johansing v. Monsanto Company, 2:16-cv-05035-FMO-GJS (C.D. Cal.); and*
*Porath v. Monsanto Company, 3:16-cv-00518-wmc (W.D. Wis.)*