BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

## PROOF OF SERVICE

I hereby certify that on September 8, 2016, I electronically filed the foregoing document with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which sent notifications to all Counsel of record and all registered CM/ECF users. Further, I hereby certify that the foregoing document was served via First Class Mail to the following:

**Served via First Class Mail**
Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
Tel:  (314) 694-1000
*Defendant's Corporate Headquarters*

Dated:  September 8, 2016

**BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**

 /s/ R. Brent Wisner
R. Brent Wisner
rbwisner@baumhedlundlaw.com
Michael L. Baum, Esq.
mbaum@baumhedlundlaw.com
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Telephone:  (310) 207-3233 // Fax:  (310) 820-7444

**KENNEDY & MADONNA, LLP**

Robert F. Kennedy, Jr., Esq.
rkennedy@kennedymadonna.com
Kevin J. Madonna, Esq.
kmadonna@kennedymadonna.com
48 Dewitt Mills Road
Hurley, New York 12443
Telephone:  (845) 481-2622 // Fax:  (845) 230-3111

*Counsel for Plaintiffs, Morris v. Monsanto, 0:16-cv-61992-JAL (S.D. Fla.); McCall v. Monsanto Company, 2:16-cv-01609-DMG-E (C.D. Cal.); Johansing v. Monsanto Company, 2:16-cv-05035-FMO-GJS (C.D. Cal.); and Porath v. Monsanto Company, 3:16-cv-00518-wmc (W.D. Wis.)*