**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **IN RE: ROUNDUP** | § | **MDL - 2741** |
| **PRODUCTS LIABILITY** | § | |
| **LITIGATION** | § | |

**PROOF OF SERVICE**

    I, Hunter W. Lundy, hereby certify that on September 8, 2016, a copy of the foregoing Notice of Presentation or Waiver of Oral Argument was electronically transmitted to the Judicial Panel on Multidistrict Litigation using the CM/ECF system. The Panel's ECF system will automatically serve copies of the documents on counsel of record and all registered CM/ECF users.

    /s/ Hunter W. Lundy
    HUNTER W. LUNDY (#8938)
    **LUNDY, LUNDY, SOILEAU & SOUTH, LLP**
    501 Broad Street (70601)
    P. O. Box 3010
    Lake Charles, LA 70602-3010
    Telephone: (337) 439-0707
    Facsimile: (337) 439-1029
    hlundy@lundylawllp.com