**ATTACHMENT A**

**PARTY REPRESENTED:**

Monsanto Company, Defendant

**SHORT CASE CAPTIONS:**

*Bridgeman v. Monsanto Co.*, No. 3:16-cv-00812-NJR-SCW (S.D. Ill.)
*Burdett v. Monsanto Co.*, No. 4:16-cv-40125 (D. Mass)
*Couey v. Monsanto Co.*, No. 4:16-cv-00149-SA-JMV (N.D. Miss.)
*Domina et al. v. Monsanto Co.*, No. 4:16-cv-03074-RGK-CRZ (D. Neb.)
*Gibbs v. Monsanto Co.*, No. 1:16-cv-07588 (N.D. Ill.)
*Giglio v. Monsanto Co.*, No. 3:15-cv-02279-BTM-WVG (S.D. Cal.)
*Goodbred v. Monsanto Co.*, No. 1:16-cv-08736 (N.D. Ill)
*Hardeman v. Monsanto Co.*, No. 3:16-cv-00525-VC (N.D. Cal.)
*Harris v. Monsanto Co.*, No. 3:16-cv-00823-DRH-PMF (S.D. Ill.)
*Hernandez et al. v. Monsanto Co.*, No. 2:16-cv-01988-DMG-E (C.D. Cal.)
*Janise v. Monsanto Co.*, No. 2:16-cv-01249-PM-KK (W.D. La.)
*Johansing v. Monsanto Co.*, No. 2:16-cv-05035-DMG-E (C.D. Cal.)
*Johnson v. Monsanto Co.*, No. 1:16-cv-00075-JMS-RLP (D. Haw.)
*Mancuso v. Monsanto Co.*, No. 2:16-cv-04096-TJS (E.D. Pa.)
*McCall v. Monsanto Co.*, No. 2:16-cv-01609-DMG-E (C.D. Cal.)
*Means v. Monsanto Co.*, No. 5:16-cv-00112- TBR (W.D. Ky.)
*Mendoza v. Monsanto Co.*, No. 1:16-cv-00406-DAD-SMS (E.D. Cal)
*Morris v. Monsanto Co.*, No. 0:16-cv-61992 (S.D. Fla.)
*Patterson v. Monsanto Co.*, No. 3:16-cv-00825-NJR-SCW (S.D. Ill.)
*Perkins v. Monsanto Co.*, No. 2:15-cv-07246-DMG-E (C.D. Cal.)
*Porath v. Monsanto Co.*, No. 3:16-cv-00518-wmc (W.D. Wis.)
*Ricci v. Monsanto Co.*, No. 1:16-cv-04583-JBS-AMD (D.N.J.)
*Ruiz et al. v. Monsanto Co.*, No. 9:16-cv-80539-KAM (S.D. Fla.)
*Sanders et al. v. Monsanto Co.*, No. 5:16-cv-00726-DMG-E (C.D. Cal.)
*Scheffer v. Monsanto Co.*, No. 1:16-cv-11489-JCB (D. Mass)
*Sheppard et al. v. Monsanto Co.*, No. 1:16-cv-00043-JMS-RLP (D. Haw.)
*Stevick et al. v. Monsanto Co.*, No. 3:16-cv-02341-VC (N.D. Cal.)
*Tamburello v. Monsanto Co.*, No. 1:16-cv-02149-MEH (D. Co.)
*Turner v. Monsanto Co.*, No. 2:16-cv-00836-RJS-EJF (D. Utah)
*Work v. Ragan and Massey, Inc. et al.*, No. 2:16-cv-07491-CJB-DEK (E.D. La.)