**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Presentment of Oral Argument, the attached list of actions, and this Proof of Service were electronically filed on September 12, 2016 with the Clerk of the JPML using the CM/ECF system and were served by operation of the Panel's ECF system on all counsel of record at the addresses indicated below:

*Hernandez et al. v. Monsanto Co.,*
**No. 2:16-cv-01988-DMG-E (C.D. Cal.)**

Robert Brent Wisner
RBWisner@baumhedlundlaw.com
Timothy A. Litzenburg
tlitzenburg@millerfirmllc.com
Curtis Hoke
choke@millerfirmllc.com

*Counsel for Plaintiffs*

*Johansing v. Monsanto Co.,*
**No. 2:16-cv-05035-DMG-E (C.D. Cal.)**

Michael Lin Baum
mbaum@baumhedlundlaw.com
Robert Brent Wisner
RBWisner@baumhedlundlaw.com

*Counsel for Plaintiff*

*Johnson v. Monsanto Co.,*
**No. 1:16-cv-00075-JMS-RLP (D. Haw.)**

Brian K. Mackintosh
bmackphd@gmail.com
Michael J. Miller
mmiller@millerfirmllc.com
Timothy Litzenburg
tlitzenburg@millerfirmllc.com

*Counsel for Plaintiff*

*Perkins v. Monsanto Co.,*
**No. 2:15-cv-07246-DMG-E (C.D. Cal.)**

Aimee H. Wagstaff
aimee.wagstaff@andruswagstaff.com
Kathryn M. Forgie
kathryn.forgie@andruswagstaff.com

*Counsel for Plaintiff*

*Sanders et al. v. Monsanto Co.*,
No. 5:16-cv-00726-DMG-E (C.D. Cal.)

Christopher Barton Dalbey
cdalbey@weitzlux.com
Kristie M. Hightower
khightower@lundylawllp.com
Maja Lukic
mlukic@weitzlux.com
Robin L. Greenwald
rgreenwald@weitzlux.com

*Counsel for Plaintiffs*

*McCall v. Monsanto Co.*,
No. 2:16-cv-01609-DMG-E (C.D. Cal.)

Cynthia L Garber
cgarber@rcrsd.com
Kevin J. Madonna
kmadonna@kennedymadonna.com
Michael Lin Baum
mbaum@baumhedlundlaw.com
Robert F. Kennedy, Jr.
rkennedy@kennedymadonna.com
Robert Brent Wisner
RBWisner@baumhedlundlaw.com

*Counsel for Plaintiff*

*Sheppard et al. v. Monsanto Co.*,
No. 1:16-cv-00043-JMS-RLP (D. Haw.)

Brian K. Mackintosh
bmackphd@gmail.com
Michael J. Miller
mmiller@millerfirmllc.com
Timothy Litzenburg
tlitzenburg@millerfirmllc.com

*Counsel for Plaintiffs*

*Scheffer v. Monsanto Co.*,
No. 1:16-cv-11489-JCB (D. Mass)

John J. Roddy
jroddy@baileyglasser.com

*Counsel for Plaintiff*

*Domina et al. v. Monsanto Co.*,
No. 4:16-cv-03074-RGK-CRZ (D. Neb.)

Christopher B. Dalbey
cdalbey@weitzlux.com
David A. Domina
ddomina@dominalaw.com
Maja Lukic
mlukic@weitzlux.com
Robin L. Greenwald
rgreenwald@weitzlux.com

*Counsel for Plaintiffs*

*Turner v. Monsanto Co.*,
No. 2:16-cv-00836-RJS-EJF (D. Utah)

Colin P. King
cking@dkolaw.com
Paul M. Simmons
psimm@dkolaw.com

*Counsel for Plaintiff*

2

*Ricci v. Monsanto Co.*,
**No. 1:16-cv-04583-JBS-AMD (D. N.J.)**

Brian J. McCormick, Jr.
bmccormick@rossfellercasey.com

*Counsel for Plaintiff*

*Mendoza v. Monsanto Co.*,
**No. 1:16-cv-00406-DAD-SMS (E.D. Cal)**

Christopher Barton Dalbey
cdalbey@weitzlux.com
Robin L. Greenwald
rgreenwald@weitzlux.com
Hunter W. Lundy
hlundy@lundylawllp.com
Kristie M. Hightower
khightower@lundylawllp.com
Maja Lukic
mlukic@weitzlux.com
Matthew E. Lundy
mlundy@lundylawllp.com

*Counsel for Plaintiff*

*Porath v. Monsanto Co.*,
**No. 3:16-cv-00518-wmc (W.D. Wis.)**

Robert Brent Wisner
rbwisner@baumhedlundlaw.com

*Counsel for Plaintiff*

*Mancuso v. Monsanto Co.*,
**No. 2:16-cv-04096-TJS (E.D. Pa.)**

Brian J. McCormick, Jr.
bmccormick@rossfellercasey.com

*Counsel for Plaintiff*

*Hardeman v. Monsanto Co.*,
**No. 3:16-cv-00525-VC (N.D. Cal.)**

Kathryn Miller Forgie
kathryn.forgie@andruswagstaff.com
David Jackson Wool
david.wool@andruswagstaff.com
Lori Erin Andrus
lori@andrusanderson.com
Vance R. Andrus
vance.andrus@andruswagstaff.com
Aimee Wagstaff
aimee.wagstaff@andruswagstaff.com

*Counsel for Plaintiff*

*Stevick et al. v. Monsanto Co.*,
**No. 3:16-cv-02341-VC (N.D. Cal.)**

Robert Brent Wisner
rbwisner@baumhedlundlaw.com
Timothy Andrew Litzenburg
tlitzenburg@millerfirmllc.com
Curtis George Hoke
cghoke@gmail.com
Michael Miller
mmiller@millerfirmllc.com

*Counsel for Plaintiffs*

*Gibbs v. Monsanto Co.*,
No. 1:16-cv-07588 (N.D. Ill.)

Christopher Barton Dalbey
cdalbey@weitzlux.com
Kevin J. Conway
kconway@cooneyconway.com
Maja Lukic
mlukic@weitzlux.com
Robin Lynn Greenwald
rgreenwald@weitzlux.com

*Counsel for Plaintiff*

*Giglio v. Monsanto Co.*,
No. 3:15-cv-02279-BTM-WVG (S.D. Cal.)

Aimee Hall Wagstaff
aimee.wagstaff@andruswagstaff.com
David J. Wool
david.wool@andruswagstaff.com
John P. Fiske
fiske@gomeztrialattorneys.com
John H. Gomez
john@thegomezfirm.com

*Counsel for Plaintiff*

*Ruiz et al. v. Monsanto Co.*,
No. 9:16-cv-80539-KAM (S.D. Fla.)

Bruce Don Burtoff
burtoff809@aol.com

*Counsel for Plaintiffs*

*Patterson v. Monsanto Co.*,
No. 3:16-cv-00825-NJR-SCW (S.D. Ill.)

David M. Hundley, II
dmh@hundleylaw.com

*Counsel for Plaintiff*

*Couey v. Monsanto Co.*,
No. 4:16-cv-00149-SA-JMV (N.D. Miss.)

Hunter William Lundy
hlundy@lundylawllp.com
John H. Daniels, III
jhdiii@suddenlinkmail.com

*Counsel for Plaintiff*

*Bridgeman v. Monsanto Co.*,
No. 3:16-cv-00812-NJR-SCW (S.D. Ill.)

Yvonne M. Flaherty
ymflaherty@locklaw.com
Edward A. Wallace
eaw@wexlerwallace.com

*Counsel for Plaintiff*

*Harris v. Monsanto Co.*,
No. 3:16-cv-00823-DRH-PMF (S.D. Ill.)

John Backes Prior
jprior@hmelegal.com

*Counsel for Plaintiff*

*Means v. Monsanto Co.*,
No. 5:16-cv-00112- TBR (W.D. Ky.)

Anthony P. Ellis
aellis@ellislawky.com

*Counsel for Plaintiff*

*Work v. Ragan and Massey, Inc. et al.*,
No. 2:16-cv-07491-CJB-DEK (E.D. La.)

Hunter William Lundy
hlundy@lundylawllp.com
Bradley A. Stevens
brad@edwardslaw.org
J.E. Cullens, Jr.
cullens@lawbr.net
Kathryn Jean Edwards
kedwards@la-fcca.org
Kristie M. Hightower
khightower@lundylawllp.com
Matthew Edward Lundy
mlundy@lundylawllp.com
Max E. Guthrie
mguthrie@lundylawllp.com
Rudie Ray Soileau, Jr.
rsoileau@lundylawllp.com

*Counsel for Plaintiff*

*Janise v. Monsanto Co.*,
No. 2:16-cv-01249-PM-KK (W.D. La.)

Aimee Hall Wagstaff
aimee.wagstaff@andruswagstaff.com
Vance R. Andrus
vance.andrus@andruswagstaff.com
David Jackson Wool
David.wool@andruswagstaff.com

*Counsel for Plaintiff*

*Tamburello v. Monsanto Co.*,
No. 1:16-cv-02149-MEH (D. Co.)

Aimee Hall Wagstaff
aimee.wagstaff@andruswagstaff.com

*Counsel for Plaintiff*

*Burdett v. Monsanto Co.*,
No. 4:16-cv-40125 (D. Mass)

Aimee Hall Wagstaff
aimee.wagstaff@andruswagstaff.com
Kimberly A Dougherty
kdougherty@MyAdvocates.com
Robert K. Jenner
rjenner@MyAdvocates.com
Lisa S. Lee
llee@MyAdvocates.com
David Jackson Wool
david.wool@andruswagstaff.com

*Counsel for Plaintiff*

*Morris v. Monsanto Co.*,
No. 0:16-cv-61992 (S.D. Fla.)

Robert Brent Wisner
RBWisner@baumhedlundlaw.com
Michael Lin Baum
mbaum@baumhedlundlaw.com

*Counsel for Plaintiff*

*Goodbred v. Monsanto Co.*,
No. 1:16-cv-08736 (N.D. Ill)

Christopher M. Ellis
cellis@brelaw.com

*Counsel for Plaintiff*

5

Dated: September 12, 2016        Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant*
*Monsanto Company*