BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

## INTERESTED PARTY RESPONSE OF PLAINTIFF WENDY BURDETT IN SUPPORT OF MOTION TO TRANSFER

Plaintiff Wendy Burdett respectfully submits this Interested Party Response supporting the Motion for Transfer of Actions to the Southern District of Illinois Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings ("Motion to Transfer") (CM/ECF Doc. 1, July 27, 2016). The criteria for transfer under 28 U.S.C. § 1407 is clearly satisfied and centralization will benefit all parties involved. The undersigned firm of Janet, Jenner and Suggs further agrees with Movants that the Southern District of Illinois is the most logical and practical forum for efficiently resolving the instant litigation.

Dated: September 20, 2016

/s Kimberly A. Dougherty_____
**JANET, JENNER & SUGGS, LLC**
Kimberly A. Dougherty
31 St. James Ave., Suite 365
Boston, MA 02116
Tel: (617) 933-1265
Fax: (410) 653-9030
kdougherty@MyAdvocates.com
www.MyAdvocates.com