UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



# Notice of Related Actions from JPML

**Date Received:  9/21/16**

**JPML has been notified of the attached actions for inclusion in this MDL**

**Number of Actions: 1**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL