BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL DOCKET NO. 2741 |

## NOTICE OF RELATED ACTION

In accordance with Rule 7.1 (a) of the Rules of Procedure for the United States Panel on Multidistrict Litigation, the undersigned counsel for Plaintiff hereby notifies the Panel of related actions recently filed in United States District Court:

- *William White v. Monsanto Company,* Civil No. 3:16-cv-05756-RJB (W.D. Wash).

A schedule of actions, current docket sheet and Complaint are attached.

Dated: September 21, 2016    LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: s/ Yvonne M. Flaherty
Yvonne M. Flaherty (MN #267600)
100 Washington Avenue South, Suite 2200
Minneapolis MN 55401
Telephone: 612-339-6900
Facsimile: 612-339-0981
Email: ymflaherty@locklaw.com

*Counsel for Plaintiff William White*

508166.1