**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION
MDL DOCKET NO. 2741**

**SCHEDULE OF ACTIONS**

| Parties | Court | Case No. | Judge |
|---|---|---|---|
| William White<br><br>v.<br><br>Monsanto Company | United States District Court,<br>Western District of Washington (Tacoma) | 3:16-cv-05756-RJB | Robert J. Bryan |

500599.1