**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 2741** |

**PROOF OF SERVICE**

I hereby certify that on September 21, 2016, I caused a copy of the Notice of Related Action for *William White v. Monsanto Company*, Court File 3:16-cv-05756-RJB (W.D. Wash) to be served upon all counsel of record via ECF Notice of Electronic Filing.

I also served Counsel for Defendant via e-mail and U.S. Mail at the following addresses:

Joe G. Hollingsworth
HOLLINGSWORTH LLP
1350 I Street NW
Washington, DC 20005
jhollingsworth@hollingsworthllp.com
*Attorney for Defendant Monsanto Company*

Dated:  September 21, 2016          LOCKRIDGE GRINDAL NAUEN P.L.L.P.


                                    By:  s/  Yvonne M. Flaherty
                                         Yvonne M. Flaherty (MN #267600)
                                       100 Washington Avenue South, Suite 2200
                                       Minneapolis MN 55401
                                       Telephone:  612-339-6900
                                       Facsimile:   612-339-0981
                                       Email: ymflaherty@locklaw.com

508168.1