BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE:** Roundup Products Liability Litigation					MDL No. 2741

## NOTICE OF RELATED ACTION

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("JPML"), the undersigned counsel hereby notifies the Clerk of the JPML of the action listed on the attached Schedule of Actions (*Walker v. Monsanto Co.*, No. 2:16-cv-14414-KAM (S.D. Fla.)).

Dated:  September 23, 2016			Respectfully submitted

/s/ *Robin L. Greenwald*
Robin L. Greenwald
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*Attorney for Plaintiff Litton M. Walker, Jr.*