**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE:** Roundup Products Liability Litigation                                    MDL No. 2741

**SCHEDULE OF ACTIONS**

| **Plaintiff** | **Defendant** | **Case No.** | **District** | **Judge** |
|---|---|---|---|---|
| Litton M. Walker, Jr. | Monsanto Company | 2:16-cv-14414-KAM | Southern District of Florida | Kenneth A. Marra |