**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE:** Roundup Products Liability Litigation                              MDL No. 2741

## PROOF OF SERVICE

I, Robin L. Greenwald, hereby certify that on September 23, 2016, a copy of the foregoing Notice of Related Action was electronically transmitted to the Judicial Panel on Multidistrict Litigation using the CM/ECF system. The Panel's ECF system will automatically serve copies of the documents on counsel of record and all registered CM/ECF users.  Also on September 23, 2016, I served copies of the documents via First Class Mail on the following counsel:

John Fletcher Romano
Romano Law Group
PO Box 21349
West Palm Beach, FL 33416-1349

/s/ *Robin L. Greenwald*
Robin L. Greenwald
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com