**BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: ROUNDUP § | | MDL - 2741 |
| PRODUCTS LIABILITY § | | |
| LITIGATION § | | |

**AMENDED PROOF OF SERVICE**

    I, Robin L. Greenwald, hereby certify that on September 23, 2016, a copy of the foregoing Notice of Related Action was electronically transmitted to the Judicial Panel on Multidistrict Litigation using the CM/ECF system. The Panel's ECF system will automatically serve copies of the documents on counsel of record and all registered CM/ECF users. The following has also been served via First Class Mail to:

Monsanto Company
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

                                                                     /s/ Robin L. Greenwald, Esq._____
                                                                     Weitz & Luxenberg, P.C.
                                                                      700 Broadway
                                                                      New York, NY 10003
                                                                      Phone: (212)-558-5802
                                                                      Fax: (646)-293-4921
                                                                      Email: rgreenwald@weitzlux.com