BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP § MDL NO. 2741
PRODUCTS LIABILITY §
LITIGATION §

## SCHEDULE OF ACTIONS

|   | Plaintiffs | Defendants | Court | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Jennifer Abila | Monsanto Company | D. Colorado (Denver) | 1:16-cv-02332 | Wiley Y. Daniel |
| 2. | Marvin Carlock | Monsanto Company | D. Colorado (Denver) | 1:16-cv-02334 | Philip A. Brimmer |