## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ROUNDUP § | | MDL NO. 2741 |
| PRODUCTS LIABILITY § | | |
| LITIGATION § | | |

### PROOF OF SERVICE

I hereby certify that on September 26, 2016, I electronically filed the foregoing Notice of Related Actions with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which sent notifications to all Counsel of record. Further, I hereby certify that the foregoing Notice of Related Actions was served via First Class Mail on September 26, 2016 to the following:

Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
Tel: 314-694-1000
*Defendant's Corporate Headquarters*

**Dated: September 26, 2016**              /s/ Aimee H. Wagstaff
                                          **ANDRUS WAGSTAFF, P.C.**
                                          Aimee H. Wagstaff, CO. Bar No. 36819
                                          David J. Wool, CO. Bar No. 44614
                                          7171 W. Alaska Drive
                                          Lakewood, CO 80226
                                          Tel: (303) 376-6360
                                          Fax: (303) 376-6361
                                          aimee.wagstaff@andruswagstaff.com
                                          david.wool@andruswagstaff.com

*Counsel for Movants Edwin Hardeman (N.D. Cal., 3:16-cv-00525); Emanuel Richard Giglio (S.D. Cal, 3:15-cv-02279); as well as for plaintiffs Goldie Christina Perkins (C.D. Cal, 8:16-cv-01410); Michael Tamburello (D. Colorado, 1:16-cv-02149); Jennifer Abila (D. Colorado, 1:16-cv-02332); Marvin Carlock (D. Colorado, 1:16-cv-02334); Clayton Janise (W.D. Louisiana, 2:16-cv-01249); Wendy Burdett (D. Mass., 4:16-cv-40125); Linda Jeanne Ricci (D. New Jersey, 1:16-cv-04583); Tonia Turner (D. Utah, 2:16-cv-00836).*