BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ROUNDUP § | | MDL NO. 2741 |
| PRODUCTS LIABILITY § | | |
| LITIGATION § | | |

NOTICE OF RELATED ACTIONS

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned Plaintiffs' counsel hereby notifies the Panel of the pendency of additional related actions to be considered for transfer under 28 U.S.C. § 1407.

**Dated this 27th day of September, 2016**     Respectfully submitted,

*/s/ Robert J. McLaughlin*
**Hart McLaughlin & Eldridge, LLC**
Robert J. McLaughlin #6272701
John Backes Prior #6306767
Kyle Pozan #6306761
121 West Wacker Drive
Suite 1050
Chicago, IL 60601
(312) 955-0545
rmclaughlin@hmelegal.com
jprior@hmelegal.com
kpozan@hmelegal.com

*Counsel for Plaintiffs*