BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | § § § | MDL NO. 2741 |
|---|---|---|

## SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendants | Court | Civil Action No. | Judge |
|----|------------|------------|-------|------------------|-------|
| 1. | Tina Trimpe | Monsanto Company | C.D. Illinois (Peoria) | 1:16-cv-01350 | James E. Shadid |
| 2. | Mary Ford | Monsanto Company | C.D. Illinois (Peoria) | 1:16-cv-001351 | James E. Shadid |