BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | § § § | MDL NO. 2741 |

## PROOF OF SERVICE

I hereby certify that on September 27, 2016, I electronically filed the foregoing Notice of Related Actions with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which sent notifications to all Counsel of record. Also, on September 27, 2016, I served copies of the documents via First Class Mail on the following:

Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
Tel: 314-694-1000
*Defendant's Corporate Headquarters*

**Dated: September 27, 2016**

*/s/ Robert J. McLaughlin*
**Hart McLaughlin & Eldridge, LLC**
Robert J. McLaughlin #6272701
John Backes Prior #6306767
Kyle Pozan #6306761
121 West Wacker Drive
Suite 1050
Chicago, IL 60601
(312) 955-0545
rmclaughlin@hmelegal.com
jprior@hmelegal.com
kpozan@hmelegal.com