BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | § § § | MDL NO. 2741 |
|---|---|---|

SCHEDULE OF POTENTIAL TAG-ALONG ACTION

|  | Plaintiffs | Defendants | Court | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Matteo Anthony Russo | Monsanto Company | C.D. California (Western Division – Los Angeles) | 2:16-cv-07386 | Dolly M. Gee |