**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE: ROUNDUP PRODUCTS**                         **MDL No. 2741**
**LIABILITY LITIGATION**


**NOTICE OF POTENTIAL TAG-ALONG ACTION**

In accordance with Rule 7.1(a) of the Rules of Procedure for the Judicial Panel on

Multidistrict Litigation undersigned counsel writes to notify you of the potential tag-along

action listed on the attached Schedule of Action. Docket sheet and complaint are attached.


Dated: November 4, 2016                  Respectfully Submitted,



                                          /s/ Aimee H. Wagstaff
                                          Aimee H. Wagstaff
                                          David J. Wool
                                          **Andrus Wagstaff, P.C.**
                                          7171 W. Alaska Drive
                                          Lakewood, CO 80226
                                          Telephone: (720)-208-9414
                                          Facsimile: (303)-376-6361
                                          aimee.wagstaff@andruswagstaff.com
                                          *Counsel for Plaintiff Terry Pindell*