BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

NOTICE OF POTENTIAL TAG-ALONG ACTION

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|----|------------|------------|----------|------------------|-------|
| 1. | Terry Pindell | Monsanto Company | Eastern District of Missouri | 4:16-cv-01717-JAR | Hon. John A. Ross |