BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |

## NOTICE OF RELATED ACTIONS

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation (the "Panel"), Plaintiff MARK PECORELLI, Individually and as Representative of the Estate of his father MICHAEL PECORELLI, deceased, hereby alerts the Panel of the pendency of the following related action to be considered for transfer under 28 U.S.C. § 1407:

*Pecorelli v. Monsanto*, USDC, Northern District of Illinois, Case No. 1:16-cv-10496.

Respectfully submitted this $10^h$ day of November 2016.

MOLL LAW GROUP

By: /s/ Ken Moll
Ken Moll
Illinois Bar No. 6199874
MOLL LAW GROUP
401 N. Michigan Avenue, 12th Floor
Chicago, IL 60611
T: (312) 462-1700
F: (312) 756-0045
kmoll@molllawgroup.com

*Attorneys for Plaintiff*