BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
|---|---|

## SCHEDULE OF ACTIONS

|   | Plaintiffs | Defendants | Court | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Mark Pecorelli | Monsanto Company | Northern District of Illinois | 1:16-cv-10496 | Gary Feinerman |

Respectfully submitted this 10th day of November 2016.

MOLL LAW GROUP

By: /s/ Ken Moll
Ken Moll
Illinois Bar No. 6199874
MOLL LAW GROUP
401 N. Michigan Avenue, 12th Floor
Chicago, IL 60611
T: (312) 462-1700
F: (312) 756-0045
kmoll@molllawgroup.com