**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**IN RE: ROUNDUP
PRODUCTS LIABILITY
LITIGATION**

**MDL Docket No. 2741**

_____ /

## AMENDED PROOF OF SERVICE

I hereby certify that on November 15, 2016, I electronically filed the foregoing Notice of Potential Tag-Along Action with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which sent notifications to all Counsel of record. Also, on November 15, 2016, I served copies of the documents via First Class Mail on the following:

Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
Tel: 314-694-1000
*Defendant's Corporate Headquarters*

**Dated: November 15, 2016**

/s/  Ken Moll
Ken Moll
**MOLL LAW GROUP**
401 N. Michigan Avenue, 12th Floor
Chicago, IL 60611
Phone: (312) 462-1700
Facsimile: (312) 756-0045
kmoll@molllawgroup.com
Attorneys for Plaintiff Patricia Lyons