**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS** <br> **LIABILITY LITIGATION** | **MDL No. 2741** |

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

In accordance with Rule 7.1(a) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation undersigned counsel writes to notify you of the potential tag-along action listed on the attached Schedule of Action. Docket sheet and complaint are attached.

Dated: December 12, 2016          Respectfully Submitted,

                                           /s/ Aimee H. Wagstaff
                                           Aimee H. Wagstaff
                                           David J. Wool
                                           **Andrus Wagstaff, P.C.**
                                           7171 W. Alaska Drive
                                           Lakewood, CO 80226
                                           Telephone: (720)-208-9414
                                           Facsimile: (303)-376-6361
                                           aimee.wagstaff@andruswagstaff.com
                                           *Counsel for Plaintiff Neil Wilson*