BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | § § § | | MDL NO. 2741 | |

NOTICE OF POTENTIAL TAG-ALONG ACTION

| | Plaintiffs | Defendants | Court | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Neil Wilson | Monsanto Company | Eastern District of Missouri (St. Louis) | 4:16-cv-01756 | Henry Edward Autry |