**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE: ROUNDUP PRODUCTS**　　　　　　　　　　**MDL No. 2741**
**LIABILITY LITIGATION**

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

|  | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Michael Dowling | Monsanto Company | Eastern District of Missouri (St. Louis) | 4:16-cv-01935-CAS | Hon. Charles A. Shaw |