1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Case No. 3:16-md-02741-VC |
| This document relates to: <br> ALL ACTIONS | |

**SCHEDULE OF ACTIONS**

| | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Craig R. Butsch | Monsanto Company | Southern District of Ohio | 2:16-cv-01112-EAS-KAJ | Chief Judge Edmund A. Sargus <br><br> Referred to: Magistrate Judge Kimberly A. Jolson |
| 2. | Ron Gebo | Monsanto Company | Middle District of Florida | 2:16-cv-00860-UA-MRM | Unassigned Judge <br><br> Referred to Magistrate Judge Mac R. McCoy |
| 3. | James Mitchell | Monsanto Company | Northern District of Florida | 4:16-cv-00758-RH-CAS | Judge Robert L. Hinkle <br><br> Referred to Magistrate Judge Charles A. Stampelo |

SCHEDULE OF ACTIONS
3:16-md-02741-VC

Error! Unknown doc

1    DATED: December 28, 2016                Respectfully submitted,

2

3                                            /s/   Robin Greenwald
                                             Robin Greenwald
                                             rgreenwald@weitzlux.com
4                                            Weitz & Luxenberg
                                             700 Broadway
5                                            New York NY 10003
                                             Ph 212-558-5500
6                                            F 212-344-5461

7                                            *Co-Lead Counsel for Plaintiffs*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHEDULE OF ACTIONS
3:16-md-02741-VC

Error! Unknown doc