**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax: (646) 293-4921
Email: rgreenwald@weitzlux.com

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br>**CERTIFICATE OF SERVICE OF PLAINTIFFS' NOTICE OF POTENTIAL TAG-ALONG ACTIONS** |
|---|---|

I am employed in the County of New York, State of New York.  I am over the age of 18, and not a party to the within action.  My business address is at WEITZ & LUXENBERG, P.C., 700 Broadway, New York, NY 10003.

On December 28, 2016, I served the foregoing document described as:

NOTICE OF POTENTIAL TAG-ALONG ACTIONS

on all other parties and/or their attorneys of record to this action by operation of the Court's CM/ECF system in accordance with L.R. 5.4(d).  The Court's CM/ECF system sends an e-mail notification of the filings to the parties and counsel of record listed below who are registered with the Court's CM/ECF.

    Richard Alden Clark
    Parker Milliken Clark O'Hara and Samuelian
    555 S. Flower Street, 30th Floor

Los Angeles, CA 90071
213-683-6500
Fax: 213-683-6669
Email: rclark@pmcos.com

Eric Gordon Lasker
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
202-898-5800
Fax: 202-682-1639
Email: elasker@hollingsworthllp.com

James Michael Sullivan
Hollingsworth LLP
1350 I Street, NW
10th Floor
Washington, DC 20005
202-898-5800
Fax: 202-682-1639
Email: jsullivan@hollingsworthllp.com

Joe G. Hollingsworth
Hollingsworth LLP
1350 I Street, N.W.
Washington, DC 20005
202-898-5800
Email: jhollingsworth@hollingsworthllp.com

Katharine R. Latimer
Hollingsworth LLP
1350 I St NW
Washington, DC 20005
202-898-5800
Email: klatimer@hollingsworthllp.com

Rosemary Stewart
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
202-898-5888
Email: rstewart@hollingsworthllp.com

Steven Robert Platt
Parker Milliken, et al.
555 S. Flower Street
30th Floor
Los Angeles, CA 90071

PLAINTIFFS' CERTIFICATE OF SERVICE
3:16-md-02741-VC

1  213-683-6500
   Fax: 213-683-6669
2  Email: splatt@pmcos.com

3  *Attorneys for Defendant*

4

5  I declare under the penalty of perjury laws of the United States of America that the

6  foregoing is true to the best of my knowledge.  I declare that I am a member of this bar of this

7  Court at whose direction the service was made.

8  Executed this 28th day of December, 2016, at New York, New York.

9
10 DATED: December 28, 2016

11             /s/   Robin Greenwald____
               Robin Greenwald
12             rgreenwald@weitzlux.com
               Weitz & Luxenberg
13             700 Broadway
               New York NY 10003
14             Ph 212-558-5500
               F 212-344-5461
15
               *Co-Lead Counsel for Plaintiffs*
16

17

18

19

20

21

22

23

24

25

26

27

28