# BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**IN RE:** Roundup Products Liability Litigation                    MDL No. 2741

## NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the undersigned counsel writes to notify you of the potential tag-along action listed on the attached Schedule of Action. Docket sheet and complaint are attached.

Dated: January 11, 2017                    Respectfully submitted

<u>s/W. Michael Workman</u>
W. Michael Workman NC State Bar No. 23924
Attorney for Plaintiff
Workman Law Firm, PLLC
521 East Blvd.
Charlotte North Carolina 28203
Phone: 704-714-6551
Fax:    980-202-4628
Email: mike@workmanlawfirm.com