BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: Roundup Products Liability Litigation                         MDL No. 2741

SCHEDULE OF ACTION

|    | Plaintiff         | Defendant    | Court                              | Civil Action No. | Judge            |
|----|-------------------|--------------|------------------------------------|------------------|------------------|
| 1. | Randall D. Seidl  | Monsanto Co. | Western District of North Carolina | 3:16-cv-00770    | Max Cogburn, Jr. |

Dated: January 11, 2017                   Respectfully submitted

                                          s/W. Michael Workman
                                          W. Michael Workman NC State Bar No. 23924
                                          Attorney for Plaintiff
                                          Workman Law Firm, PLLC
                                          521 East Blvd.
                                          Charlotte North Carolina 28203
                                          Phone: 704-714-6551
                                          Fax:   980-202-4628
                                          Email: mike@workmanlawfirm.com