BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE:** Roundup Products Liability Litigation          MDL No. 2741

## PROOF OF SERVICE

I, W. Michael Workman, hereby certify that on January 11, 2017, I electronically filed the foregoing Notice of Potential Tag-Along Action with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system which sent notifications to all Counsel of record. Also, on January 11, 2017, I served copies of the documents via First Class Mail on the following:

Clerk of the Court
Western District of North Carolina
United States Courthouse
Charles R. Jonas Federal Building
401 West Trade Street, Room 210
Charlotte, NC  28202

Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO  63167
Tel: 314-694-1000
*Defendant's Corporate Headquarters*

/s/W. Michael Workman
W. Michael Workman NC State Bar No. 23924
Attorney for Plaintiff
Workman Law Firm, PLLC
521 East Blvd.
Charlotte North Carolina 28203
Phone: 704-714-6551
Fax:    980-202-4628
Email: mike@workmanlawfirm.com