BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP § MDL NO. 2741
PRODUCTS LIABILITY §
LITIGATION §

## SCHEDULE OF POTENTIAL TAG-ALONG ACTIONS

|    | Plaintiffs | Defendants | Court | Civil Action No. | Judge |
|----|------------|------------|-------|------------------|-------|
| 1. | John Holm | Monsanto Company | D. of Colorado (Denver) | 1:17-cv-00056 | Kathleen M. Tafoya |
| 2. | Ray Lee | Monsanto Company | Eastern District of Missouri (St. Louis) | 4:16-cv-2153 | John M. Bodenhausen |
| 3. | Christopher Northover | Monsanto Company | Eastern District of Missouri (St. Louis) | 4:16-cv-2166 | Charles A. Shaw |
| 4. | Steven Royce Christensen | Monsanto Company | Eastern District of Missouri (St. Louis) | 4:16-cv-2167 | John M. Bodenhausen |