**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **IN RE: ROUNDUP** | § | **MDL NO. 2741** |
| **PRODUCTS LIABILITY** | § | |
| **LITIGATION** | § | |

## PROOF OF SERVICE

I hereby certify that on January 25, 2017, I electronically filed the foregoing Notice of

Potential Tag-Along Action with the United States Judicial Panel on Multidistrict Litigation

using the CM/ECF system, which sent notifications to all Counsel of record. Also, on January

25, 2017, I served copies of the documents via First Class Mail on the following:

Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
Tel: 314-694-1000
*Defendant's Corporate Headquarters*


Dated: January 25, 2017                                     /s/ Aimee H. Wagstaff
                                                                          *Counsel for Plaintiff*