BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE: ROUNDUP** § MDL NO. 2741
**PRODUCTS LIABILITY** §
**LITIGATION** §

## SCHEDULE OF POTENTIAL TAG-ALONG ACTION

|    | Plaintiffs   | Defendants        | Court                    | Civil Action No. | Judge            |
|----|--------------|-------------------|--------------------------|------------------|------------------|
| 1. | Mark Weddel  | Monsanto Company  | C.D. Illinois (Peoria)   | 1:17-cv-01039    | James E. Shadid  |