**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax: (646) 293-4921
Email: rgreenwald@weitzlux.com

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Co-Lead Counsel for Plaintiffs writes to notify you of the potential tag-along action listed on the attached Schedule of Actions.

Docket sheet and complaint are attached.

DATED: February 6, 2017                    Respectfully submitted,

                                           /s/   Robin Greenwald
                                           Robin Greenwald
                                           rgreenwald@weitzlux.com
                                           Weitz & Luxenberg
                                           700 Broadway
                                           New York NY 10003
                                           Ph 212-558-5500
                                           F 212-344-5461

                                           *Co-Lead Counsel for Plaintiffs*