UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: ALL ACTIONS | |

## SCHEDULE OF ACTIONS

| | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Paul Galvan | Monsanto Company | Eastern District of California | 2:17-cv-00208-TLN-DB | District Judge Troy L. Nunley  Referred to: Magistrate Judge Deborah Barnes |

DATED: February 6, 2017

Respectfully submitted,

/s/ _Robin Greenwald___
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York NY 10003
Ph 212-558-5500
F 212-344-5461

*Co-Lead Counsel for Plaintiffs*