**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: Roundup Products Liability Litigation            MDL No. 2741

**WITHDRAWAL OF NOTICE
OF POTENTIAL TAG-ALONG ACTIONS**

Co-Lead Counsel for Plaintiffs hereby withdraws the Notice of Potential Tag-Along Action and related documents filed, pleading No. 95, via the Court's CM/ECF on February 6, 2017, because the filing includes an incorrect caption.

DATED: February 6, 2017                    Respectfully submitted,

/s/ _Robin Greenwald___
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York NY 10003
Ph 212-558-5500
F 212-344-5461

*Co-Lead Counsel for Plaintiffs*