**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: Roundup Products Liability Litigation                                    MDL No. 2741

**CERTIFICATE OF SERVICE OF PLAINTIFFS' WITHDRAWAL OF NOTICE
OF POTENTIAL TAG-ALONG ACTIONS**

I am employed in the County of New York, State of New York. I am over the age of 18, and not a party to the within action. My business address is at WEITZ & LUXENBERG, P.C., 700 Broadway, New York, NY 10003.

On February 6, 2017, I served the foregoing document described as:
**WITHDRAWAL OF NOTICE
OF POTENTIAL TAG-ALONG ACTIONS**

on all other parties and/or their attorneys of record to this action by operation of the Court's CM/ECF system in accordance with L.R. 5.4(d). The Court's CM/ECF system sends an e-mail notification of the filings to the parties and counsel of record listed below who are registered with the Court's CM/ECF.

Richard Alden Clark
Parker Milliken Clark O'Hara and Samuelian
555 S. Flower Street, 30th Floor
Los Angeles, CA 90071
213-683-6500
Fax: 213-683-6669
Email: rclark@pmcos.com

Eric Gordon Lasker
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
202-898-5800
Fax: 202-682-1639
Email: elasker@hollingsworthllp.com

James Michael Sullivan
Hollingsworth LLP
1350 I Street, NW
10th Floor

- 1 -

PLAINTIFFS' CERTIFICATE OF SERVICE
3:16-md-02741-VC

Washington, DC 20005
202-898-5800
Fax: 202-682-1639
Email: jsullivan@hollingsworthllp.com

Joe G. Hollingsworth
Hollingsworth LLP
1350 I Street, N.W.
Washington, DC 20005
202-898-5800
Email: jhollingsworth@hollingsworthllp.com

Katharine R. Latimer
Hollingsworth LLP
1350 I St NW
Washington, DC 20005
202-898-5800
Email: klatimer@hollingsworthllp.com

Rosemary Stewart
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
202-898-5888
Email: rstewart@hollingsworthllp.com

Steven Robert Platt
Parker Milliken, et al.
555 S. Flower Street
30th Floor
Los Angeles, CA 90071
213-683-6500
Fax: 213-683-6669
Email: splatt@pmcos.com

*Attorneys for Defendant*

I declare under the penalty of perjury laws of the United States of America that the foregoing is true to the best of my knowledge.  I declare that I am a member of this bar of this Court at whose direction the service was made.

Executed this 6th day of February, 2017, at New York, New York.

1  DATED: February 6, 2017

2                                    /s/   Robin Greenwald
                                     Robin Greenwald
3                                    rgreenwald@weitzlux.com
                                     Weitz & Luxenberg
4                                    700 Broadway
                                     New York NY 10003
5                                    Ph 212-558-5500
                                     F 212-344-5461
6
                                     *Co-Lead Counsel for Plaintiffs*

- 3 -
PLAINTIFFS' CERTIFICATE OF SERVICE
3:16-md-02741-VC