**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: Roundup Products Liability Litigation                              MDL No. 2741

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

In accordance with Rule 7.1(a) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Co-Lead Counsel for Plaintiffs writes to notify you of the potential tag-along action listed on the attached Schedule of Actions.

Docket sheet and complaint are attached.

DATED: February 6, 2017                         Respectfully submitted,

/s/ _Robin Greenwald____
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York NY 10003
Ph 212-558-5500
F 212-344-5461

*Co-Lead Counsel for Plaintiffs*