**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: Roundup Products Liability Litigation                                MDL No. 2741

**SCHEDULE OF ACTIONS**

|    | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|----|------------|-----------|----------|------------------|-------|
| 1. | Paul Galvan | Monsanto Company | Eastern District of California | 2:17-cv-00208-TLN-DB | District Judge Troy L. Nunley<br><br>Referred to: Magistrate Judge Deborah Barnes |

DATED: February 6, 2017                         Respectfully submitted,

/s/ _Robin Greenwald____
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York NY 10003
Ph 212-558-5500
F 212-344-5461

*Co-Lead Counsel for Plaintiffs*