UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 2/13/17

**District Court:**  E.D. Louisiana

**Number of Actions:** 1

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL