**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

|  |  |  |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | § § § § § | MDL Docket No. 2741 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the Judicial Panel on Multi District Litigation the undersigned counsel writes to notify you of the potential tag-along action listed on the attached Schedule of Actions. A docket sheet and complaint are attached.

Dated: March 15, 2017         ANDRUS ANDERSON LLP

By: */s/ Lori E. Andrus*
     Lori E. Andrus

Lori E. Andrus
Jennie Lee Anderson
Leland H. Belew
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:  (415) 986-1400
Facsimile:   (415) 986-1474
lori@andrusanderson.com
jennie@andrusanderson.com
leland.belew@andrusanderson.com

Yvonne M Flaherty
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue S, Suite 2200
Minneapolis, MN  55401
Telephone:  (612) 339-6900
Facsimile:   (612) 339-0981
ymflaherty@locklaw.com

*Attorneys for Plaintiffs*