BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | § | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | § § § § | MDL Docket No. 2741 |

## SCHEDULE OF POTENTIAL TAG-ALONG ACTION

| | Plaintiffs | Defendant | District | Case No. | Judge |
|---|---|---|---|---|---|
| 1. | Karen Wooten, Harley Wooten III, and Timothy Wooten, Individually and on Behalf of the Estate of Harley Wooten, Deceased | Monsanto Company | C.D. Cal. | 5:17-cv-477 | TBD |