**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

|  |  |  |
|---|---|---|
| | § | |
| IN RE: ROUNDUP PRODUCTS | § | MDL Docket No. 2741 |
| LIABILITY LITIGATION | § | |
| | § | |
| | § | |

## PROOF OF SERVICE

I hereby certify that on March 15, 2017, I electronically filed the foregoing Notice of Potential Tag-Along Action with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which sent notifications to all Counsel of record.

Copies of the Notice were also served by First Class Mail on the following:

Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO  63167
Telephone:     9314) 694-1000
*Defendant's Corporate Headquarters*

DATE:  March 15, 2017                          */s/ Lori E. Andrus*
                                                                    Lori E. Andrus

                                                                    *Attorneys for Plaintiff*