### UNITED STATES DISTRICT COURT
#### SOUTHERN DISTRICT OF IOWA

JOHN S. COURTER
CLERK OF COURT

COUNCIL BLUFFS
DAVENPORT
DES MOINES

March 27, 2017

Jeffery Luthi,
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judicial Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington DC 20002-8004

*In Re:* MDL 2741 IN RE: Roundup Products Liability Litigation

Dear Mr. Luthi:

Enclosed is a copy of the complaint from the action filed in the Southern District of Iowa, Western Division by plaintiffs Joseph E. Shipley and Margaret Shipley, against defendant Monsanto Company case number1-17-cv-00006-RGE-HCA.

Please forward this complaint to the Panel for review of a Potential Tag-Along Action to the above entitled MDL case.
Should you have any questions, please do not hesitate to contact this office.

Sincerely,
JOHN S. COURTER
CLERK OF COURT

By: /s/ Donnell Vance
Deputy Clerk
515-323-2862