## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS                             MDL No. 2741
LIABILITY LITIGATION

### NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation undersigned counsel writes to notify you of the potential tag-along actions listed on the attached Schedule of Actions. Docket sheets and complaints are attached.

Dated: April 4, 2017            Respectfully Submitted,

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff
David J. Wool
**Andrus Wagstaff, P.C.**
7171 W. Alaska Drive
Lakewood, CO 80226
Telephone: (720)-208-9414
Facsimile: (303)-376-6361
aimee.wagstaff@andruswagstaff.com
*Counsel for Plaintiffs*