**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE: ROUNDUP PRODUCTS**             **MDL No. 2741**
**LIABILITY LITIGATION**

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

|    | **Plaintiffs**   | **Defendants**    | **District**                                   | **Civil Action No.**   | **Judge**             |
|----|------------------|-------------------|------------------------------------------------|------------------------|-----------------------|
| 1. | Linda Crane      | Monsanto Company  | Eastern District of Missouri (St. Louis)       | 4:17-cv-00982-JAR      | Hon. John A. Ross     |
| 2. | Larry Skillestad | Monsanto Company  | Eastern District of Missouri (St. Louis)       | 4:17-cv-00986-HEA      | Hon. Henry E. Autrey  |