**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant Monsanto Company hereby notifies the Clerk of the Panel of the potential tag-along actions listed on the attached Schedule of Actions. Nine of the tag-along actions listed include only plaintiffs making allegations similar to those already in the MDL regarding the development of non-Hodgkin's lymphoma ("NHL"). Four other actions appear to allege other cancers in addition to NHL. Because all tag-along actions involve allegations of NHL, it is Monsanto's position that all plaintiffs' claims in these cases should be transferred into the MDL. The MDL Court will be in the best position to decide whether the non-NHL claims share enough factual similarities with the NHL claims to justify their continued presence in the MDL, or whether those claims should eventually be remanded.

The docket sheets and complaints for these potential tag-along actions are attached.

Dated: April 5, 2017                                    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant*
*Monsanto Company*

2