BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on April 5, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

James T. Corrigan
ONDER AND SHELTON, L.L.C.
110 East Lockwood
St. Louis, MO 63119
Phone: 314-963-9000
Fax: 314-963-1700

    Counsel for Plaintiffs in *Turner v. Monsanto Co.,* No. 4:17-CV-01102 (E.D. Mo.); *Lewis v. Monsanto Co.*, No. 4:17-CV-01103 (E.D. Mo.); *Ward v. Monsanto Co.*, No. 4:17-CV-01104 (E.D. Mo.); *Cobb v. Monsanto Co.*, No. 4:17-CV-01105 (E.D. Mo.); *Harvey v. Monsanto Co.*, No. 4:17-CV-01107 (E.D. Mo.); *Parks v. Monsanto Co.*, No. 4:17-CV-01108 (E.D. Mo.); *Montaigne v. Monsanto Co.*, No. 4:17-CV-01109 (E.D. Mo.); *Robichaud v. Monsanto Co.*, No. 4:17-CV-01110 (E.D. Mo.); *Bates v. Monsanto Co.*, No. 4:17-CV-01111 (E.D. Mo.); *Salvaggio v. Monsanto Co.*. No. 4:17-CV-01113 (E.D. Mo.); *Feranec v. Monsanto Co.*, No. 4:17-CV-01116 (E.D. Mo.); and *Smith v. Monsanto Co.*, No. 4:17-CV-01117 (E.D. Mo.).

Eric D. Holland
Patrick R. Dowd
Randall S. Crompton
HOLLAND LAW FIRM LLC
300 N. Tucker Blvd.
Suite 801
St. Louis, MO 63101
Phone: 314-241-8111
Fax: 314-241-5554

    Counsel for Plaintiffs in *O'Brien v. Monsanto Co.*, No. 4:17-CV-01192 (E.D. Mo.).

Dated: April 5, 2017

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant
Monsanto Company*