BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**AMENDED PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on April 5, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also served via first class mail on the following counsel:

James T. Corrigan
ONDER AND SHELTON, L.L.C.
110 East Lockwood
St. Louis, MO 63119
Phone: 314-963-9000
Fax: 314-963-1700

    Counsel for Plaintiffs in *Turner v. Monsanto Co.,* No. 4:17-CV-01102 (E.D. Mo.); *Lewis v. Monsanto Co.*, No. 4:17-CV-01103 (E.D. Mo.); *Ward v. Monsanto Co.*, No. 4:17-CV-01104 (E.D. Mo.); *Cobb v. Monsanto Co.*, No. 4:17-CV-01105 (E.D. Mo.); *Harvey v. Monsanto Co.*, No. 4:17-CV-01107 (E.D. Mo.); *Parks v. Monsanto Co.*, No. 4:17-CV-01108 (E.D. Mo.); *Montaigne v. Monsanto Co.*, No. 4:17-CV-01109 (E.D. Mo.); *Robichaud v. Monsanto Co.*, No. 4:17-CV-01110 (E.D. Mo.); *Bates v. Monsanto Co.*, No. 4:17-CV-01111 (E.D. Mo.); *Salvaggio v. Monsanto Co.*. No. 4:17-CV-01113 (E.D. Mo.); *Feranec v. Monsanto Co.*, No. 4:17-CV-01116 (E.D. Mo.); and *Smith v. Monsanto Co.*, No. 4:17-CV-01117 (E.D. Mo.).

Eric D. Holland
Patrick R. Dowd
Randall S. Crompton
HOLLAND LAW FIRM LLC
300 N. Tucker Blvd.
Suite 801
St. Louis, MO 63101
Phone: 314-241-8111
Fax: 314-241-5554

    Counsel for Plaintiffs in *O'Brien v. Monsanto Co.*, No. 4:17-CV-01192 (E.D. Mo.).

David G. Ott
John F. Cowling
Scott T. Jansen
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard
Suite 1800
St. Louis, MO 63105
Phone: 314-621-5070
Fax: 314-552-4891

      Counsel for Defendants Osborn & Barr Communications, Inc. and Osborn & Barr Holdings, Inc. in *Turner v. Monsanto Co.,* No. 4:17-CV-01102 (E.D. Mo.); *Lewis v. Monsanto Co.*, No. 4:17-CV-01103 (E.D. Mo.); *Ward v. Monsanto Co.*, No. 4:17-CV-01104 (E.D. Mo.); *Cobb v. Monsanto Co.*, No. 4:17-CV-01105 (E.D. Mo.); *Harvey v. Monsanto Co.*, No. 4:17-CV-01107 (E.D. Mo.); *Parks v. Monsanto Co.*, No. 4:17-CV-01108 (E.D. Mo.); *Montaigne v. Monsanto Co.*, No. 4:17-CV-01109 (E.D. Mo.); *Robichaud v. Monsanto Co.*, No. 4:17-CV-01110 (E.D. Mo.); *Bates v. Monsanto Co.*, No. 4:17-CV-01111 (E.D. Mo.); *Salvaggio v. Monsanto Co.*. No. 4:17-CV-01113 (E.D. Mo.); *Feranec v. Monsanto Co.*, No. 4:17-CV-01116 (E.D. Mo.); and *Smith v. Monsanto Co.*, No. 4:17-CV-01117 (E.D. Mo.).

Dated: April 6, 2017                                      Respectfully submitted,

                                                               /s/ Joe G. Hollingsworth
                                                               Joe G. Hollingsworth
                                                               (jhollingsworth@hollingsworthllp.com)
                                                               HOLLINGSWORTH LLP
                                                               1350 I Street NW
                                                               Washington D.C., 20005
                                                               Phone: (202) 898-5800
                                                               Fax: (202) 682-1639

                                                               *Attorneys for Defendant*
                                                               *Monsanto Company*