BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL 2741 |

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-15)

I represent plaintiffs in the above-captioned action which is included on the Conditional Transfer Order (CTO-15). Plaintiffs submit this Opposition to the Conditional Transfer Order. Plaintiffs' deadline to file this Notice of Opposition to CTO-15 is April 14, 2017.

Plaintiffs file this Notice of Opposition to CTO-15. Plaintiffs respectfully request a briefing schedule and stay until further orders by the JPML.

DATED: April 11, 2017

Respectfully submitted,

**BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.**

 /s/ R. Brent Wisner
R. Brent Wisner, Esq. (CA Bar No. 276023)
rbwisner@baumhedlundlaw.com
Michael L. Baum, Esq. (CA Bar No. 119511)
mbaum@baumhedlundlaw.com
Pedram Esfandiary, Esq. (CA Bar No. 312569)
pesfandiary@baumhedlundlaw.com
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444

**Counsel for Plaintiffs**
*Bates v. Monsanto Co.*, No.4:17-CV-01111 (E.D. Mo.);
*Salvaggio v. Monsanto Co.*, No. 4:17-CV-01113 (E.D. Mo.);
*Feranec v. Monsanto Co.*, No. 4:17-CV-01116 (E.D. Mo.)