**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on April 11, 2017, I caused a true and correct copy of the foregoing Notice of Opposition to Conditional Transfer Order (CTO-15) to be filed electronically through the CM/ECF system, which caused a Notice of Electronic Filing to be served on counsel of record and all registered CM/ECF users.


DATED:  April 11, 2017                    Respectfully submitted,

**BAUM, HEDLUND, ARISTEI &**
**GOLDMAN, P.C.**

 /s/ R. Brent Wisner
R. Brent Wisner, Esq. (CA Bar No. 276023)
rbwisner@baumhedlundlaw.com
Michael L. Baum, Esq. (CA Bar No. 119511)
mbaum@baumhedlundlaw.com
Pedram Esfandiary, Esq. (CA Bar No. 312569)
pesfandiary@baumhedlundlaw.com
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel:  (310) 207-3233
Fax:  (310) 820-7444

**Counsel for Plaintiffs**
*Bates v. Monsanto Co.*, No.4:17-CV-01111
(E.D. Mo.);
*Salvaggio v. Monsanto Co.*, No. 4:17-CV-01113
(E.D. Mo.);
*Feranec v. Monsanto Co.*, No. 4:17-CV-01116
(E.D. Mo.)

1