**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: Roundup Products Liability Litigation                           MDL No. 2741

**PLAINTIFFS' NOTICE OF OPPOSITION TO
CONDITIONAL TRANSFER ORDER (CTO-15)**

I represent plaintiffs in the above-captioned action and the action set forth on the accompany Schedule of Actions, which is included in the Conditional Transfer Order (CTO-15). Plaintiffs submit this Notice of Opposition to CTO-15. Plaintiffs' deadline to file this Notice of Opposition to CTO-15 is April 14, 2017.

Plaintiffs respectfully request a briefing schedule and stay until further orders by the JPML.

DATED: April 12, 2017                           Respectfully submitted,

/s/ _Robin Greenwald___
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York NY 10003
Ph 212-558-5500
F 212-344-5461

*Co-Lead Counsel for Plaintiffs*

- 1 -