**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: Roundup Products Liability Litigation         MDL No. 2741

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Mark O'Brien, et al. | Monsanto Company | Eastern District of Missouri (Eastern Division) | 4:17-cv-01192-CEJ | Assigned to: District Judge Carol E. Jackson |

DATED: April 12, 2017

Respectfully submitted,

/s/   Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York NY 10003
Ph 212-558-5500
F 212-344-5461

*Co-Lead Counsel for Plaintiffs*