BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS        MDL No. 2741
LIABILITY LITIGATION

NOTICE OF POTENTIAL TAG-ALONG ACTION

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|----|------------|------------|----------|------------------|-------|
| 1. | Mikle Cooper | Monsanto Company | Central District of Illinois (Peoria) | 1:17-cv-1144 | Hon. Michael M. Mihm |