LISTING OF ALL PLAINTIFFS

MARK O'BRIEN; STEPHEN ANDERSON; STEVEN F. BELCHER; MARK S. BOEH; JOHNNY BOWEN and SHAWNI BOWEN on behalf of their minor child QUADE BOWEN; BERNARD BROWN; ANN BROWNELL, individually and for decedent JAMES BROWNELL; REBEKAH SUSANNE BRYANT; JASON CAMPBELL, on behalf of JIMME CAMPBELL; MARK S. CAMPBELL; WILLIAM C. CHANDLER; PHILIP CHIERA; PATRICK COLEMAN; KEVIN CUNNINGHAM; JOYCE DOSS; WILLIAM B. DREY; DALE ENGEL; JOSHUA D. FELDMAN; DINO FIORELLO; KENNETH FOREST; PATRICIA L. FRICKE; WILLIAM A. HAIGHT; BRADLEY HERMES; ROBERT HOMOLA; PENKA HRISTOVA; KEVIN HUTTO; JENNIFER JACKSON; PAMELA JEVOTOVSKY; ATLAS JONES; BARBARA R. JONES; MARIE JUAREZ-WOOD; BILLY R. KENDRICKS; MARK KOEHLER; MICHEAL KOSTUK, JR.; JAMES KRAUSER; ELIZABETH R. MASELLI; RICHARD MCCOMBS; JACK E. MCKARSON II; JOAN MEYER; NANCY A. MILLER; DAVID A. MOTL; JOHN MULLIGAN; EDWARD J. PALEY, JR.; JOSE QUINTERO FELIX; MAX RAE; RICHARD ROBERTO; ELENA RODITIS; MILLICENT R. ROYSTON; CURTIS SCHUMACHER; DALE E. SHIPLEY; DENNIS SIEWERT; MARVIN G. SMITH; RENE ST. LAURENT; DOLORES STAHL, on behalf of MARSHALL STAHL; GLENN STANDIFORD; HAROLD STEWART; SHEILA A. THOMPSON NOLAND; SHANIKA TURNER; RUSSELL B. VADER; FREDERICK V. VAUGHN; JOHN A. VICORY; LOUIE B. WEBB, JR.; and JOHNNY L. WIMBERLY,

Plaintiffs,