**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: Roundup Products Liability Litigation                                    MDL No. 2741

**PLAINTIFFS' NOTICE OF OPPOSITION TO
CONDITIONAL TRANSFER ORDER (CTO-15)**

I represent plaintiffs in the above-captioned action and the action set forth on the accompany Schedule of Actions, which is included in the Conditional Transfer Order (CTO-15). Plaintiffs submit this Notice of Opposition to CTO-15. Plaintiffs' deadline to file this Notice of Opposition to CTO-15 is April 14, 2017.

Plaintiffs respectfully request a briefing schedule and stay until further orders by the JPML.

DATED: April 14, 2017                            Respectfully submitted,

/s/ Eric D. Holland
Eric D. Holland
HollandLaw Firm
300 N. Tucker Blvd.
Suite 801
St. Louis, MO 63101
Telephone: 314-241-8111
Facsimile: 314-241-5554
Email: eholland@allfela.com

*Counsel for Plaintiffs*

- 1 -