**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: Roundup Products Liability Litigation                    MDL No. 2741

**SCHEDULE OF ACTIONS**

|  | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Mark O'Brien, et al. | Monsanto Company | Eastern District of Missouri (Eastern Division) | 4:17-cv-01192-CEJ | Assigned to: District Judge Carol E. Jackson |

Respectfully submitted,

DATED: April 14, 2017

/s/   Eric D. Holland
Eric D. Holland
HollandLaw Firm
300 N. Tucker Blvd.
Suite 801
St. Louis, MO 63101
Telephone: 314-241-8111
Facsimile: 314-241-5554
Email: eholland@allfela.com

*Counsel for Plaintiffs*

Error! Unknown doc