**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: Roundup Products Liability Litigation             MDL No. 2741

**CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE**

I am employed in the County of St. Louis City, State of Missouri. I am over the age of 18, and not a party to the within action.  My business address is at HOLLAND LAW FIRM, 300 N. Tucker Blvd., Suite 801, St. Louis, MO 63101.

On April 14, 2017, I served the foregoing document described as:

NOTICE OF APPEARANCE

on all other parties and/or their attorneys of record to this action by operation of the Court's CM/ECF system in accordance with L.R. 5.4(d).  The Court's CM/ECF system sends an e-mail notification of the filings to the parties and counsel of record listed below who are registered with the Court's CM/ECF.

    Richard Alden Clark
    Parker Milliken Clark O'Hara and Samuelian
    555 S. Flower Street, 30th Floor
    Los Angeles, CA 90071
    213-683-6500
    Fax: 213-683-6669
    Email: rclark@pmcos.com

    Eric Gordon Lasker
    Hollingsworth LLP
    1350 I Street NW
    Washington, DC 20005
    202-898-5800
    Fax: 202-682-1639
    Email: elasker@hollingsworthllp.com

    James Michael Sullivan
    Hollingsworth LLP
    1350 I Street, NW
    10th Floor
    Washington, DC 20005
    202-898-5800
    Fax: 202-682-1639
    Email: jsullivan@hollingsworthllp.com

PLAINTIFFS' CERTIFICATE OF SERVICE
MDL No. 2741

Joe G. Hollingsworth
Hollingsworth LLP
1350 I Street, N.W.
Washington, DC 20005
202-898-5800
Email: jhollingsworth@hollingsworthllp.com

Katharine R. Latimer
Hollingsworth LLP
1350 I St NW
Washington, DC 20005
202-898-5800
Email: klatimer@hollingsworthllp.com

Rosemary Stewart
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
202-898-5888
Email: rstewart@hollingsworthllp.com

Steven Robert Platt
Parker Milliken, et al.
555 S. Flower Street
30th Floor
Los Angeles, CA 90071
213-683-6500
Fax: 213-683-6669
Email: splatt@pmcos.com

*Attorneys for Defendant*

I declare under the penalty of perjury laws of the United States of America that the foregoing is true to the best of my knowledge.  I declare that I am a member of this bar of this Court at whose direction the service was made.

Executed this 14th day of April, 2017, at St. Louis, MO.

DATED: April 14, 2017

/s/ Eric D. Holland
Eric D. Holland
Holland Law Firm
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
Telephone: 314-241-8111
Facsimile: 314-241-5554

*Counsel for Plaintiffs*