BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS                         MDL No. 2741
LIABILITY LITIGATION

NOTICE OF POTENTIAL TAG-ALONG ACTION

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|----|------------|------------|----------|------------------|-------|
| 1. | Juanita Maraman | Monsanto Company | Eastern District of Missouri (St. Louis) | 4:17-cv-1326-CDP | Hon. Catherine D. Perry |
| 2. | Michael Naff | Monsanto Company | Eastern District of Missouri (St. Louis) | 4:17-cv-1329 | *Not yet assigned |