BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL 2741 |

Parks, et al. v. Monsanto, Case No. MOE/4:17-cv-01108

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-15)

    I represent plaintiffs in the above-captioned action which is included on the Conditional Transfer Order (CTO-15). Plaintiffs submit this Opposition to the Conditional Transfer Order. Plaintiffs' deadline to file this Notice of Opposition to CTO-15 is April 14, 2017.

    Plaintiffs file this Notice of Opposition to CTO-15. The Defendants' removal of this action to the Eastern District of Missouri is improper.

Dated: April 14, 2017

                                                      Respectfully submitted,

                                                      **ONDER, SHELTON, O'LEARY &PETERSON, LLC**

                                                      */s/ James T. Corrigan*
                                                      James T. Corrigan   #45127MO
                                                      James D. O'Leary   #45964MO
                                                      Michael J. Quillin   #61877MO
                                                      110 E. Lockwood, 2nd Floor
                                                      St. Louis, MO 63119
                                                     corrigan@onderlaw.com
                                                     oleary@onderlaw.com
                                                     quillin@onderlaw.com
                                                     (314) 963-9000 telephone
                                                     (314) 963-1700 facsimile

                                                     *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to Rule 4.1 of the RULES OF PROCEDURE OF THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION, I hereby certify that I the foregoing Notice of Opposition to Conditional Transfer Order (CTO-15) was filed electronically via the Panel's ECF filing system. Notice of this filing will be served on all parties of record by operation of the ECF system's Notice of Electronic Filing (NEF) and the parties may access the filing through the ECF system.