**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: Roundup Products Liability Litigation                                MDL No. 2741

**NOTICE OF WITHDRAWAL OF FILING
OF NOTICE OF OPPOSITION TO CTO-15**

    Co-Lead Counsel for Plaintiffs hereby withdraws the Notice of Opposition to Conditional Transfer Order (CTO-15) [Doc. 125] and related documents [Docs. 125-1, 125-2] filed via the Court's CM/ECF on April 12, 2017.

DATED: April 14, 2017                              Respectfully submitted,

                                           /s/ _Robin Greenwald___
                                           Robin Greenwald
                                           rgreenwald@weitzlux.com
                                           Weitz & Luxenberg
                                           700 Broadway
                                           New York NY 10003
                                           Ph 212-558-5500
                                           F 212-344-5461

                                           *Co-Lead Counsel for Plaintiffs*