**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                                      MDL 2741

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-15)

I represent plaintiffs in the above-captioned action which is included on the Conditional

Transfer Order (CTO-15).  Plaintiffs submit this Opposition to the Conditional Transfer Order.

Plaintiffs' deadline to file this Notice of Opposition to CTO-15 is April 14, 2017.

Plaintiffs file this Notice of Opposition to CTO-15.  Plaintiffs respectfully request a

briefing schedule and stay until further orders by the JPML.

DATED:  April 14, 2017                     Respectfully submitted,

**ONDER, SHELTON, O'LEARY &PETERSON,
LLC**

*/s/ James T. Corrigan*
James T. Corrigan        #45127MO
James D. O'Leary         #45964MO
Michael J. Quillin        #61877MO
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
corrigan@onderlaw.com
oleary@onderlaw.com
quillin@onderlaw.com
(314) 963-9000 telephone
(314) 963-1700 facsimile

**Counsel for Plaintiffs**
*Cobb, et al. v. Monsanto Co.*, No.4:17-CV-01105
(E.D. Mo.);
*Harvey, et al. v. Monsanto Co.*, No. 4:17-CV-01107
(E.D. Mo.);
*Lewis, et al. v. Monsanto Co.*, No. 4:17-CV-01103
(E.D. Mo.)
*Montaigne, et al. v. Monsanto Co.*, No. 4:17-CV-
01109 (E.D. Mo.)

*Parks, et al. v. Monsanto Co.*, No. 4:17-CV-01108 (E.D. Mo.)

*Robichaud, et al. v. Monsanto Co.*, No. 4:17-CV-01110 (E.D. Mo.)

*Turner, et al. v. Monsanto Co.*, No. 4:17-CV-01102 (E.D. Mo.)

*Ward, et al. v. Monsanto Co.*, No. 4:17-CV-01104 (E.D. Mo.)