BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

## SCHEDULE OF ACTIONS

| Case Caption | District | Case No. | Judge |
|---|---|---|---|
| **Plaintiffs:** Phillip Cobb, et al. **Defendant:** Monsanto Company, et al. | E.D. Missouri (Eastern Div.) | 4:17-cv-01105-JMB | Assigned to: Magistrate Judge John M. Bodenhausen |
| **Plaintiffs:** Lonnie Harvey, et al. **Defendant:** Monsanto Company, et al. | E.D. Missouri (Eastern Div.) | 4:17-cv-01107-AGF | Assigned to: District Judge Audrey G. Fleissig |
| **Plaintiffs:** Thelma Lewis, et al. **Defendant:** Monsanto Company, et al. | E.D. Missouri (Eastern Div.) | 4:17-cv-01103-PLC | Assigned to: Magistrate Judge Patricia L. Cohen |
| **Plaintiffs:** Howard and Cheryl Montaigne, et al. **Defendant:** Monsanto Company, et al. | E.D. Missouri (Eastern Div.) | 4:17-cv-01109-CDP | Assigned to: District Judge Catherine D. Perry |
| **Plaintiffs:** Jafurl Parks, et al. **Defendant:** Monsanto Company, et al. | E.D. Missouri (Eastern Div.) | 4:17-cv-01108-CDP | Assigned to: District Judge Catherine D. Perry |
| **Plaintiffs:** Joseph Robichaud, et al. **Defendant:** Monsanto Company, et al. | E.D. Missouri (Eastern Div.) | 4:17-cv-01110-DDN | Assigned to Magistrate Judge David D. Noce |

| Case Caption | District | Case No. | Judge |
|---|---|---|---|
| **Plaintiffs:** Patricia Turner, et al. **Defendant:** Monsanto Company, et al. | E.D. Missouri (Eastern Div.) | 4:17-cv-01102-DDN | Assigned to Magistrate Judge David D. Noce |
| **Plaintiffs:** Sherlene Ward, et al. **Defendant:** Monsanto Company, et al. | E.D. Missouri (Eastern Div.) | 4:17-cv-01104-NAB | Assigned to Chief Magistrate Judge Nannette A. Baker |