### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Roundup Products Liability Litigation, | ) ) ) ) ) ) ) |
| *O'Brien, et al. v. Monsanto Company*, 4:17-cv-01192-CEJ. | MDL Docket No. 2741 |

### PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Plaintiffs move this Panel to vacate Conditional Transfer Order ("CTO-15"), issued in *O'Brien, et al. v. Monsanto Co.*, 4:17-cv-01192, pending in the Eastern District of Missouri, Eastern Division, which conditionally transferred this action to MDL 2741 – In Re: Roundup Products Liability Litigation. In support of this Motion, Plaintiffs attach their Memorandum in Support of Plaintiffs' Motion to Vacate Conditional Transfer Order.

Dated: April 24, 2017

Respectfully submitted,

/s/ Eric D. Holland

ERIC D. HOLLAND
Holland Law Firm
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
TEL: 314-241-8111
FAX: 314-241-5554
Email: eholland@allfela.com

**ATTORNEYS FOR PLAINTIFF**