## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| In re: Roundup Products Liability Litigation, | ) |
|  | )     MDL Docket No. 2741 |
| *O'Brien, et al. v. Monsanto Company*, 4:17-cv-01192-CEJ. | ) ) ) |

## SCHEDULE OF ACTIONS

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Mark O'Brien, et al. | Monsanto Company | Eastern District of Missouri (Eastern Division) | 4:17-cv-01192-CEJ | Assigned to: District Judge Carol E. Jackson |

DATED: April 24, 2017

Respectfully submitted,

/s/ _Eric D. Holland___
Eric D. Holland
HollandLaw Firm
300 N. Tucker Blvd.
Suite 801
St. Louis, MO 63101
Telephone: 314-241-8111
Facsimile: 314-241-5554
Email: eholland@allfela.com

*Counsel for Plaintiffs*