UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>JOSEPH E. SHIPLEY, et al., v. MONSANTO COMPANY, as identified by this Court's case number: Civil Action No. 3:17-cv-651-VC | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>[PROPOSED]<br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Pursuant to the Parties' Stipulation of Voluntary Dismissal Without Prejudice (Doc. 7), *Shipley v. Monsanto Company*, Case No. 3:17-cv-651 is dismissed without prejudice. The Clerk of Court will close the case.

**SO ORDERED.**

April 20, 2017

_____
Hon. Vince Chhabria