UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to: | |
| LARRY J. FASCHINGBAUER v. MONSANTO COMPANY, as identified by this Court's case number:<br>Civil Action No.   3:17-cv-659-VC | [PROPOSED]<br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

Pursuant to the Parties' Stipulation of Voluntary Dismissal Without Prejudice (Doc. 9), *Faschingbauer v. Monsanto Company*, Case No. 3:17-cv-659 is dismissed without prejudice. The Clerk of Court will close the case.

**SO ORDERED.**

April 20, 2017

Hon. Vince Chhabria