**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

## SCHEDULE OF ACTIONS

| Case Caption | District | Case No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Sterling Bates, et al.<br>**Defendant:**<br>Monsanto Company, et al. | E.D. Missouri (Eastern Div.) | 4:17-cv-01111-NAB | Assigned to: Magistrate Judge Nannette A. Baker |
| **Plaintiffs:**<br>Steve Salvaggio, et al.<br>**Defendant:**<br>Monsanto Company, et al. | E.D. Missouri (Eastern Div.) | 4:17-cv-01113-CDP | Assigned to: District Judge Catherine D. Perry |
| **Plaintiffs:**<br>Gerald R. Feranec, et al.<br>**Defendant:**<br>Monsanto Company, et al. | E.D. Missouri (Eastern Div.) | 4:17-cv-01116-CDP | Assigned to: District Judge Catherine D. Perry |

1