**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL-2741 |

**PLAINTIFFS' STERLING BATES, ET AL.; STEVE SALVAGGIO, ET AL.; AND GERALD R. FERANEC, ET AL. MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 15 (CTO-15) AS TO THEIR RESPECTIVE ACTIONS**

Sterling Bates, et al., who are the Plaintiffs in *Sterling Bates, et al. v. Monsanto Company, et al.*, No. 4:17-cv-01111, pending in the United States District Court for the Eastern District of Missouri ("EDMO") ("*Bates*"); Steve Salvaggio, et al., who are the Plaintiffs in *Steve Salvaggio, et al. v. Monsanto Company et al.*, 4:17-cv-01113, pending in the EDMO ("*Salvaggio*"); and Gerald R. Feranec, et al., who are the Plaintiffs in *Gerald R. Feranec, et al. v. Monsanto Company et al.*, 4:17-cv-01116, pending in the EDMO ("*Feranec*"), respectfully move for an order vacating Conditional Transfer Order No. 15, issued April, 7 2017 (Dkt. 121), as it pertains to their respective actions. CTO-15 is due to be vacated with respect to *Bates*; *Salvaggio*; and *Feranec* for the reasons set forth in the memorandum brief the Plaintiffs submit with this Motion.

DATED:  April 25, 2017       Respectfully submitted,

**BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.**

 /s/ Pedram Esfandiary
Pedram Esfandiary, Esq. (CA Bar No. 312569)
pesfandiary@baumhedlundlaw.com
R. Brent Wisner, Esq. (CA Bar No. 276023)
rbwisner@baumhedlundlaw.com
Michael L. Baum, Esq. (CA Bar No. 119511)
mbaum@baumhedlundlaw.com
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025

1

Tel: (310) 207-3233
Fax: (310) 820-7444

**PENDELY, BAUDIN & COFFIN, LLP**
Nicholas R. Rockforte (LA #31305)
nrockforte@pbclawfirm.com
Christopher L. Coffin (LA #27902)
ccoffin@pbclawfirm.com
Jonathan E. Chatwin (LA #36410)
jchatwin@pbclawfirm.com
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone: (504) 355-0086
Facsimile: (504) 523-0699

**ONDER, SHELTON, O'LEARY & PETERSON, LLC**
James T. Corrigan      #45127
James D. O'Leary      #45964
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
corrigan@onderlaw.com
oleary@onderlaw.com
(314) 963-9000 telephone
(314) 963-1700 facsimile

**Counsel for Plaintiffs**
*Bates v. Monsanto Co.*, No.4:17-CV-01111 (E.D. Mo.);
*Salvaggio v. Monsanto Co.*, No. 4:17-CV-01113 E.D. Mo.);
*Feranec v. Monsanto Co.*, No. 4:17-CV-01116 (E.D. Mo.)