**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

---

**JOE G. HOLLINGSWORTH NOTICE OF APPEARANCE**

**SCHEDULE OF ACTIONS**

| | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| **1.** | Patricia Turner, Nadine Zook, Anthony Helderman, John Wiberg, Kathleen Wiberg, Johnny Robert, Emily Dyre, Michael Dyre, Myron Park, Jeffrey Volz, Paul Brisk, Joan Brisk, Jeffrey Suiter, Ralph Sliger, Randy Perkins, Joy Perkins, Lori Larson, Larry Larson, Ronald Hawkins, Donna Hawkins, Alaine Lowell, Peter Bell, Lori Burns, Neven Burns, Steven Taylor, Patricia Taylor, Barry Ford, Allen Burnett, | Monsanto Co., Osborn & Barr Communications, Inc., Osborn & Barr Holdings, Inc. | Eastern District of Missouri – Eastern Division | 4:17-cv-01102 | District Judge Carol E. Jackson |

| Sharon Burnett, Sheila Solari, Brett Beavers, Tina Beavers, Roy Eagleson, Judith Eagleson, Terry Briscoe, Larry Briscoe, Judy Dowell, Frederick Walton, Faye Walton, Holly McCrea, Thomas Gianotti, Lynn Foley, Cindy Foley, James Davidson, Wendell Owens, Thomas Krouse, Donna Krouse, Charles Strumsky, Carole Strumsky, Jerry Rachels, Mieczyslawa Rachels, Cynthia Hubbard, Arthur Hubbard, Lisa Snaza, Ken Snaza, Kevin Bridges, Bernard Farney, Carolyn Farney, Theresa Malo, Vaughn Peak, Edward D'Ettore, Sandra Arbuckle, Samuel Arbuckle, Floyd Anderson, Roger Kane, Judith Kane, Jose Rosas, Laura Rosas, Jim Reilly, Patricia Reilly, Stephen Crane, Donella Crane, Barry Odell, | | | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | Charlene Napierala, Joyce Radokovitch, Ronald Radokovitch, Michael Lapone, Lisa Lapone, Anna O'Rourke, & Patrick O'Rourke | | | | |
| 2. | Thelma Lewis, Linda Schrack, Myron Schrack, Antoine Cade, Victoria Lewis-Smith, Cathy Desomma, Louis Desomma, Paul Simmmons, Ellen Simmmons, Diana Martinez, Jerold Martinez, Michael Breda, Mary Breda, Denis Brogan, Briget Abraham, Patrick Abraham, Cynthia Abrogast, Donald Abrogast, Lori Fulton, Bruce Fulton, Lorena Arzate, Manuel Arzate, Sandra Klinger, William Klinger, Terry Belt, Andrew Bahia, Michael Hughes, Gloria Hughes, Rod Behrens, Cynthia Behrens, Lou Bilotto, Charles Blake, Laura Blake, Lonnie Blalock, Ann Blalock, Stanley Bland, Terry Bostater, Katheen Bostater, | Monsanto Co., Osborn & Barr Communications, Inc., Osborn & Barr Holdings, Inc. | Eastern District of Missouri – Eastern Division | 4:17-cv-01103 | District Judge Carol E. Jackson |

| | | | | |
|---|---|---|---|---|
| Pamela Mallery, Muriel Edwards, Jerry Bourg, Delores Boykin, Laureen McCart, Mary Jean Stephens, George Raney, Gretchen Raney, Warren Jacobs, Randy Brehmer, Claire McChristy, Christopher Breeden, Richard Bridwell, Marlene Brinker, Paul Brinker, Jerry Britton, Candace Britton, Randy Heckert, Dennis Brown, Jeff Kolb, Dennis Kolb, Robert Wright, Teri Wright, Mary Butts, James Farley, Nancy Cimino, Philip Greenwood, Mary Ann Higgins, Jerry Staley, Caroline Staley, Betty Zorn, William Zorn, Michael Capo, Jo Anne Capo, Thomas Carr, Ashanta Cruz, Michelle Cuff, David Villagomez, Rolando Castanada, Yolanda Castanada, Luis Torres-Santiago, Elizabeth Deiters, Richard Ulrich, Jo Lair, Donna Keen, & | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | James Geringer, Jr. | | | | |
| **3.** | Sherlene Ward, James Abbott, Victor Hernandez, Robert Wetz, Kerry G. Watts, Jack Heideman, Susan Higgins, Charles Dixon, Cindi Waynick, Renee I. Gall, David Kelly, Jr., David L. Kelly, Michael Hoeing, Denise Hoeing, Tina Hoerner Alan Goebel, Margaret Goebel, Charles Johnson, Kristin Johnson, Stuart Holiday, Shawn Holiday, Terry L. Smith, Jacqueline Safieh, Tewfic Safieh, Kathi Edward, Raymon Howard, Cheryl Howard, Shirley Hoyla, Lisa Hammock, John W. Hammock, Jr., Sandy Allen Hudson, Premlata Rawat Hudson, Diana Wroblewski, Laurence J. Burns, Kurt Hysen, Adele Hysen, Joanne Iannucci, Patricia Jackson, Wayne James, Catherine James, Debra Jasper, Lonnie Davis, Jacqueline Johnson, | Monsanto Co., Osborn & Barr Communications, Inc., Osborn & Barr Holdings, Inc. | Eastern District of Missouri – Eastern Division | 4:17-cv-01104 | District Judge Carol E. Jackson |

| | | | | | |
|---|---|---|---|---|---|
| | Willie Johnson, Brandon Johnson, Jamaal Johnson, Richard Johnson, Diane Hayne-Johnson, Robert Johnson, Frances Johnson, Sandra Jolly, Ronald Jumper, Evelyn Kastan, Bryan Kenyon, Eunice Kenyon, Majeed Khan, Amy Khan, Michael Klein, Kimberly Klein, Brad Kliewer, Stanko Knezevic, Ray Kolosa, Gerald Kramer, Gwen Kramer, Bruce Law, Ruth Law, Stephen Lee, Sharon Lee, Mary Lee, Warren Lee, Donald Lequieu, Minh Dung Lequieu, Gregory Lewis, Rocky Loggins, Laura Loggins, Paul Loidolt, Allen Lynn, Lois Lynn, Larry Maczko, Susan Maczko, Brook R. Madden, Chad Magstadt, & Jody Magstadt | | | | |
| 4. | Phillip Cobb, Sylvia DiFranco, Theresa Dowd, Michael Mangone, Shannon Downes, | Monsanto Co., Osborn & Barr Communications, Inc., Osborn & Barr Holdings, | Eastern District of Missouri – Eastern Division | 4:17-cv-01105 | District Judge Carol E. Jackson |

| | | | | |
|---|---|---|---|---|
| Leo Duclos, Elva Duclos, Patricia Dunn, Ronnie McGowen, Eva Darnell, James Henderson, Nancy Morgan, Lawrence Morgan, Valerie Ebert, Lois Edelman, Harry Edelman, Heather Rittenberry, Gary Rittenberry, William Edwards, Kelly Ellis, Jacob Elwess, Max Fridman, Humbert Maggiacomo, Loise Maggiacomo, David Evans, Patricia Evans, Scott Falke, Cathleen Falke, Gerald Meyers, Sheila Meyers, Kathy Koll, Donald Woldt, Madonna Woldt, Douglas Farris, Burton Feldman, Noanna Feldman, Donna Leidig, Donald Leidig, Maureen Lentz, Todd Lentz, Lori Broussard, Dean Fish, Timothy Fisher, Mary Fisher, David Stiles, Gail Stiles, William Fleming, Jr., Delbert Lockhart, Betty Lockhart, Thomas Lopez, | Inc. | | | |

| | | | | |
|---|---|---|---|---|
| | Roger Foebar, Darla Foebar, Leslie Foley, Richard Fortner, Susan Fortner, Amanda Minoza, James Murdock, Claudia Murdock, Mavis Franklin, Anthony Franklin, Roger Marti, Marsha Marti, Duane French, Margaret Fitzgerald, Otho Fitzgerald, Michael Lynn, Leann Lynn, David Froome, Donna Froome, Glenn Fuller, Pamela Fuller, Ronald Wilhelms, Kathy Wilhelms, Bryan Futch, Bonnie Bertram, Carl McNeal, Jr., William Mercer, Nancy Mercer, Greg Detweiler, John Detweiler, Larry Schad, David Mohr, & Marina Mohr | | | | |
| 5. | Lonnie Harvey, Donald Raper, Patricia Raper, Ken Eazell, Catrina Eazell, John Chandler, Lorrie Chandler, David Repass, Staci Repass, Iasias Chavez, Ricky Estopinal, Mary Estopinal, Debbie Choate, | Monsanto Co., Osborn & Barr Communications, Inc., Osborn & Barr Holdings, Inc. | Eastern District of Missouri – Eastern Division | 4:17-cv-01107 | District Judge Audrey G. Fleissig |

| | | | | |
|---|---|---|---|---|
| Francis Ellis,<br>Kevin Christian,<br>Janet Christian,<br>Peter Fareri,<br>Mary Ann Clark,<br>Vernon Clements,<br>Veronica Clements,<br>Pattilu Grogg,<br>Ricky Buford,<br>George Hulett,<br>Sylvia Hulett,<br>Christopher Cole,<br>Dana Cole,<br>Katheryn Holland,<br>Lucas Holland,<br>William Collins,<br>Walsh Conmy,<br>Toni Conmy,<br>Armando Garcia,<br>Sharron Garcia,<br>Susan Glaser,<br>Darrel Glaser,<br>Michael Corkery,<br>Edward Cotter,<br>Elaine Cotter,<br>Bob Kippley,<br>Raymond Kippley,<br>Maureen Farr,<br>Linda Peterson,<br>Jerry Greif,<br>Shirley Greif,<br>Larry Crupper,<br>Mardi Crupper,<br>Kelton Boulware,<br>Alfred Boulware,<br>Carol Rosenau,<br>Harold Thornton,<br>Michael Smith,<br>Patrick Vandyke,<br>Harry Davies,<br>Carol Davies,<br>Jeff Davis,<br>Tamela Davis,<br>Nicole Dean,<br>Molly Yuille,<br>Rodney Yuille, | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Albert Dattilo, Roseanne Dattilo, John Demajo, Mary Demajo, Estevan Perez, Carl Vendetti, Angela Vendetti, Monica Sherman, Robert Sherman, Scott Hilyard, Lisa Hoffman, John Dhoogie, Jacquelyn Dhoogie, Patrick Dicicco, Cheryl Klippa, Stephen Digiovanna, Davis Dixon, Ina Dixon, Phillip Dodson, Pauline Dodson, Glenda Hooker, Sharlie Weir, & Avery Weir | | | | |
| 6. | Jafurl Parks, James Kovacs, Mike Kazmierczak, Milton Hayes, Gwenette Hayes, Clara Grimes, Grimes James, Richard Maddamma, Beth Gilmore, William Gilmore, Judith Sturzenbecher, Dean Sturzenbecher, Roel Samaniego, Scott Pease, Monica Harrison, David Arnold, Sandra Strauss, Clifton Palmer, Victoria Gonzalez, Peter White, Mark Warehime Mary Warehime, | Monsanto Co., Osborn & Barr Communications, Inc., Osborn & Barr Holdings, Inc. | Eastern District of Missouri – Eastern Division | 4:17-cv-01108 | District Judge Catherine D. Perry |

| | | | | |
|---|---|---|---|---|
| Dennis Ziesman,<br>Barbara Ziesman,<br>Robert Ziegelmair,<br>Latonya Zakzak,<br>Gene Wyrick,<br>Sharon Williams,<br>Alfred Williams,<br>Shavarsh Grigorian,<br>Siran Grigorian,<br>Vivian Wilburn,<br>Robert Wilburn,<br>Mark Wesel,<br>Jana Wesel,<br>Eduardo Zuniga,<br>Vilma Zuniga,<br>Michael Weir,<br>Mary Weir,<br>Gerhard Wehr,<br>Myron Berney,<br>Colleen Berney<br>Robert Alvarez,<br>Michael Wisnovsky,<br>Myron Park,<br>Mark Supak,<br>Betty Supak,<br>Leslie Wellman,<br>Paul Amore,<br>Lynn Amore,<br>Mazen Charafeddine,<br>Racha Charafeddine,<br>Robin Curry,<br>Ritch Edelstein,<br>Laureen Edelstein,<br>Cherie Finley,<br>Anthony Alessi,<br>Emma Staszel,<br>Donald Staszel,<br>John Szymanski,<br>Mary Szymanski,<br>Monica Webb,<br>Robert Fowler,<br>Gisela Fowler,<br>Ted Galloway,<br>Shawnda Galloway,<br>Jeffery Phillps,<br>Sandra Phillips, | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Ronald Peterson, Martha Peterson, Cory Scott, Alicia Scott, Juanita Gradney, David Moe, Leann Moe, Mark Stopar, Mary Stopar, Phillip Thompson, Stacy Thompson, Susan Burrows, Randy Burrows, Shirley Skorr, Kermit Skorr, Jerralyn Neal, Elisabeth Johnston, James Decourcy, & Roger Craft | | | | |
| 7. | Howard Montaigne, Cheryl Montaigne, Darrell Berger, Earl Hertel, Henry Gavin, Maria Gavin, Katherine Geary, John Reich, Merle Noll, Danny Olson, James Pawling, Kate Pawling, Kay Godby, William Cramer, Ruby Pemberton, Haykoush Kzlgezyan, Aram Aslanyan, George Connolly, Roger Lewis, Catherine Lewis, Mary Chalupsky, Laverne Chalupsky, Clyde Gosnell, Christopher Vining, Adelbert Reagan, Sandra Reagan, | Monsanto Co., Osborn & Barr Communications, Inc., Osborn & Barr Holdings, Inc. | Eastern District of Missouri – Eastern Division | 4:17-cv-01109 | District Judge Catherine D. Perry |

| | | | | |
|---|---|---|---|---|
| Marcia Coulter, Troy Coulter, Robert Barnes, Cristina Barnes, Carol Green, Marvin Green, Victoria Ring, Thomas Greenwood, Connie Greenwood, Edmund Grice, Susan Grice, Robert Barry, Lori Barry, Mark Braswell, Charles Grimes, Darlene Grimes, Sharon Hardy-Mills, Eric Roy, Curtis Heidel, Helen Heidel, Gerald Gross, Nanette Guillory Steven Pitt, Donald Hensley, Linda Hensley Bradley Kusik, Kerry Kusik, Claude Lipscomb, Carole Lipscomb, Catherine Hagemeier, Carlos Smith, Michele Smith, Katherine Smith, Rick Smith, David Prewett, Carla Prewett, Robert Sorin, Sandy Sorin, Larry Hansen, Denise Hansen Dylan Hanson, Linda Soutsas, Peter Soutsas, Theresa Ross, William Wilkinson, | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Mary Tatman, Omar Tatman, Dale Harkins, Richard Harmeyer, Lenore Harmeyer, Cynthia Wilson, Ralph Wilson, Stephen Havis, Carlos Trevino, & Angela Trevino | | | | |
| **8.** | Joseph Robichaud, Ronald Rogers, Mary Rogers, Jill Rolland, Frank Rolland, Michael Rose, Lisa Rose, Frederick Rubik, Annette Rudy, Gary Rudy, Ralph Schmoller, Nancy Schmoller, Janet Schneider, Richard Schoonover, Allyn Schultz, Carolyn Scott, Robert Wayne Scott, Glenn Seifrit, Barbara Seifrit, Anthony Serva, Vicki Serva, Larry Shelton, Thomas Smith, Jeanne Smith, Gary Spaeth, Sandra Spaeth, Robert Spande, Janet Spande, David Stark, Linda Steck, Gary Steck, Cheryl Stensrud, Bradley Stensrud, Brent Stephens, George Stephenson, Eddy Stitt | Monsanto Co., Osborn & Barr Communications, Inc., Osborn & Barr Holdings, Inc. | Eastern District of Missouri – Eastern Division | 4:17-cv-01110 | District Judge Henry E. Autrey |

| | | | | |
|---|---|---|---|---|
| Brenda Stitt, Marilyn Stovall, Philip Strohmaier, Rosemary Strohmaier, Larry Sweatt, Wanda Holland, William Tamargo, Catherine Tamargo, Nancy Taylor, Richard Taylor, Patrick Thompson, Julius Tiarks, Joyce Tiarks, John Traver, Brenda Tyree, Terry Underwood, Tracy Underwood, Arizeder Urreiztieta, Dianne Iauco, Leonard Vanderwiede, Robert Watkins, John Webb, Sr., Cecilia Webb, Robert Otto Colleen Otto, Jeff Hall, Dawn Hall, Darla Hawley, Randall Hawley, Brenda Huerta, James Huerta, Aaron Johnson, James Altman, Julie Altman, Brenda Lage, David Lage, Paul Almeida, Anne Almeida, Sherry Boyd, Kirk Boyd, Frank Boyd, Evelyn Boyd, Marshall Crow, Richard Foster, & | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Brenda Foster |  |  |  |  |
| **9.** | Sterling Bates, Antonio Andrade, Jr., Barton Baron, Joseph R. Bork, Jr., Maude Bradley, Faina Brainin, Warren Curtiss, Richard M. Daley, Joann Delfino Smith, Marilyn Denzine Morris, Geraldine Dimaio, Laurence B. Dittmer, Crystal Lynne Gray, Kurt Farenchak, Dennis L. Federle, Neil J. Hadley, Clifford Hall, Ernest D. Hendricks, Pamela A. Higgenbotham, Susan C. McNair, James M. Muter, David B. Ochab, Leatha J. Orr, Andrew J. Pollastro, Lori Ratzke, Jacob Ratzke, Taylor Ratzke, Ethan Ratzke, Donald G. Richardson, Irene Risner, Mary Ann Rogers, Norma Saltzman, Kyle J. Sanders, James Allen Strubinger, Michael Symons, Madeline Urwin, Robert A. Urwin, Michael J. Urwin, Joshua D. Wright, Lloyd Nelius, James Brown, | Monsanto Co., Osborn & Barr Communications, Inc., Osborn & Barr Holdings, Inc. | Eastern District of Missouri – Eastern Division | 4:17-cv-01111 | District Judge Catherine D. Perry |

| | | | | | |
|---|---|---|---|---|---|
| | Rose Byrne, Brett Everett, Cory Fisher, Beckett Jones, Kurt Knox, Joel MacDonald, Arthur Puckett, Pat Richard, Erwin Sikorski, Dennis Sorensen, Tim Hensley, Helena Jochaniewicz, Jim Moore, Tessie Thompson, Sally Richards, Josephine Ponella, Lisa Chain, & John Webb | | | | |
| 10. | Steve Salvaggio, Valerie Gaither, Marvin L. Alden, Margaret T. Ambrose, John Nagao Aoki, Jeffrey Bailey, John Balaz, Robert R. Behrens, Max D. Berry, Richard J. Bogani, Eloy Brionez, Benjamin J. Carmon, Lawrence F. Clark, Billie Jean Clayton, Donna M. Coker, Lance T. Conner, Robert E. Counselman, Tyler N. Crafton, Brian Crotts, Patricia B. Dover, Carmen K. Ellington, Paul J. Fieber, Hillard Hall, Jr., Dorothia R. Halligan, | Monsanto Co., Osborn & Barr Communications, Inc., Osborn & Barr Holdings, Inc. | Eastern District of Missouri – Eastern Division | 4:17-cv-01113 | District Judge Catherine D. Perry |

| | | | | |
|---|---|---|---|---|
| Rebecca Kidwell-Rowe,<br>Mark G. Larsen,<br>Duane Madsen,<br>Edwin M. Mason,<br>Thomas H. McLaughlin,<br>Steven E. Merritt,<br>Joann M. Meyhoefer,<br>Douglas B. Moore,<br>Lisa M. Pecora,<br>Thomas L. Qualls,<br>David W. Reagan,<br>Kenneth A. Robertson,<br>Edward J. Ruff,<br>Scott Scharf,<br>Gary R. Skeie,<br>Kenneth A. Smith,<br>Ladonna K. Sparks,<br>John M. Struewing,<br>James I. Taylor,<br>Linda M. Verchereau,<br>Carol Young Jones,<br>Paul Acton,<br>John T. Adams,<br>Sandra Adkins,<br>Barbara Baker,<br>Roberto Balderas,<br>Joseph Batiste,<br>William Bloome,<br>Jeffrey Bradley,<br>Rodney Broussard,<br>Tommy Byford,<br>Jeffrey Byram,<br>Wesley Cormican,<br>Joshua Davis,<br>Harold Davis,<br>Jack Dominick,<br>Russell Dunn,<br>Jack Epstein,<br>James Halacheff,<br>Wayne Hardy,<br>Ernest Hebert,<br>Carol Jones, | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Robert Konopa, Beverly Mancini, Kevin McFarland, Stephen Meyer, Donna O'Brien, Beverly Perrin, Charles Rider, Daisy Robinson, Domingo Rodriguez, Robert Rydin, Steve Sabac, Karen Savant, Wayne Schmitz, Geoffrey Smith, Holly Staggs, Susan Tabone, Ronnie W. Walker, Harold Wallace, Steve Weintraub, Eddie Williams, Ruth Guthrie, Jimmy Turner, Janice Baty, Manuel Garcia, Gary Cordell, & Joseph Saurini | | | | |
| **11.** | Gerald R. Feranec, Patricia Crawford, Michael L. Hoskin, Ouida M. Huber, Ryan C. Hudson, Daniel W. Hunnell, Jr., Bruce Inglese, Bernard Jackson, Carl E. James, Terri James, Andrew L. Jordan, Willa I. Kiddy, Doris E. King, James A. Knieling, Dorothy C. Koonce, Keith A Krayer, Patta A. Lane, Vicky Laybourne, Darrell L. Ledford, | Monsanto Co., Osborn & Barr Communications, Inc., Osborn & Barr Holdings, Inc. | Eastern District of Missouri – Eastern Division | 4:17-cv-01116 | District Judge Catherine D. Perry |

| | | | | |
|---|---|---|---|---|
| Jeffrey R. Lubonty, Susan K. Marra, Joseph J. McCarter, Jimmy D. McFarland, Daniel W. Miller, Timothy J. Niemiec, Mark E. Patten, Jan Patters, Diane C. Pellin, Constance L. Perkins, Lilian Ann Perkins, Bradley C. Pfaff, Philip P. Pirani , Mark A Poteat, Alan Dean Randa, Vito F. Russo, Pamela J. Sanders, Derek J. Santoro, Ann E Schiro, Corey A. Schott, Jane A. Simpson, Kenneth G. Smith, Phillip A. Sperl, Dana D Spires, Moyle H Surrette, Jess A. Suter, Douglas E Swenson, Salina L. Tarantino, Samuel L. Thacker, Deborah Tietje, Matthew Tietje, Megan T. Primeau, Molly T. Mallet, Ree L. Tschetter, Troy Van Genderen, Jason Mack Vaughn, Robert S. Vlcek, Darrell N. Vold, Stephen G. Wilson, Elmira Beavers, Flora Noel, Lance Noel, Delecia Scott, Curtis Campbell, | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Beverly Taylor-Adams, Elaine Sasser, Matt Dettlebach, Robert Poindexter, Angela Young, Sandra Watt, Barbara Beabout, Scott Marques, Brenda Smith, David Strenk, Martha Fiese, Janice Demadona, Karl Castille, Judy Castille, Tommy Lawson | | | | |
| 12. | Mark O'Brien, Stephen Anderson, Steven F. Belcher, Mark S. Boeh, Johnny Bowen, Shawni Bowen, Bernard Brown, Ann Brownwell, Rebekah Susanne Bryant, Jason Campbell, Mark S. Campbell, Jimme Campbell, Mark S. Campbell, William C. Chandler, Philip Chiera, Patrick Coleman, Kevin Cunningham, Joyce Doss, William B. Drey, Dale Engel, Joshua D. Feldman, Dino Fiorello, Kenneth Forest, Patricia L. Fricke, William A. Haight, Bradley Hermes, Robert Homola, Penka Hristova, Kevin Hutto, | Monsanto Co. | Eastern District of Missouri – Eastern Division | 4:17-cv-01192 | District Judge Carol E. Jackson |

| Jennifer Jackson, Pamela Jevotovsky, Atlas Jones, Barbara R. Jones, Marie Juarex-Wood, Billy R. Kendricks, Mark Koehler, Micheal Kostuk, Jr., James Krauser, Elizabeth R. Maselli, Richard McCombs, Jack E. McKarson II, Joan Meyer, Nancy A. Miller, David A. Motl, John Mulligan, Edward J. Paley, Jr., Jose Quintero Felix, Max Raw, Richard Roberto, Elena Roditis, Millicent R. Royston, Curtis Schumacher, Dale E. Shipley, Dennis Siewert, Marvin G. Smith, Rene St. Laurent, Dolores Stahl, Glenn Standiford, Harold Stewart, Sheila A. Thompson Noland, Shanika Turner, Russell B. Vader, Frederick V. Vaughn, John A. Vicory, Louie B. Webb, Jr., & Johnny L. Wimberly | | | | |
|---|---|---|---|---|