UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PHILLIP COBB et al., <br><br> Plaintiffs, <br><br> v. <br><br> MONSANTO COMPANY, et al., <br><br> Defendants. | Case No. 4:17-cv-1105 <br><br> **JURY TRIAL DEMANDED** |

| Plaintiffs |
|---|
| Bonnie Bertram, Lori Broussard, Phillip Cobb, Eva Darnell, Greg Detweiler, John Detweiler, Sylvia DiFranco, Theresa Dowd, Shannon Downes, Elva Duclos, Leo Duclos, Patricia Dunn, Valerie Ebert, Harry Edelman, Lois Edelman, William Edwards, Kelly Ellis, Jacob Elwess, David Evans, Patricia Evans, Cathleen Falke, Scott Falke, Douglas Farris, Burton Feldman, Noanna Feldman, Dean Fish, Mary Fisher, Timothy Fisher, Margaret Fitzgerald, Otho Fitzgerald, William Fleming, Jr, Darla Foebar, Roger Foebar, Leslie Foley, Richard Fortner, Susan Fortner, Anthony Franklin, Mavis Franklin, Duane French, Max Fridman, David Froome, Donna Froome, Glenn Fuller, Pamela Fuller, Bryan Futch, James Henderson, Kathy Koll, Donald Leidig, Donna Leidig, Maureen Lentz, Todd Lentz, Betty Lockhart, Delbert Lockhart, Thomas Lopez, Leann Lynn, Michael Lynn, Humbert Maggiacomo, Loise Maggiacomo, Michael Mangone, Marsha Marti, Roger Marti, Ronnie McGowen, Carl McNeal, Jr, Nancy Mercer, William Mercer, Gerald Meyers, Sheila Meyers, Amanda Minoza, David Mohr, Marina Mohr, Lawrence Morgan, Nancy Morgan, Claudia Murdock, James Murdock, Gary Rittenberry, Heather Rittenberry, Larry Schad, David Stiles, Gail Stiles, Kathy Wilhelms, Ronald Wilhelms, Donald Woldt, Madonna Woldt |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LONNIE HARVEY et al., <br><br> Plaintiffs, <br><br> v. <br><br> MONSANTO COMPANY, et al., <br><br> Defendants. | Case No. 4:17-cv-1107 <br><br> **JURY TRIAL DEMANDED** |

| **Plaintiffs** |
|---|
| Alfred Boulware, Kelton Boulware, Ricky Buford, John Chandler, Lorrie Chandler, Iasias Chavez, Debbie Choate, Janet Christian, Kevin Christian, Mary Ann Clark, Vernon Clements, Veronica Clements, Christopher Cole, Dana Cole, William Collins, Toni Conmy, Walsh Conmy, Michael Corkery, Edward Cotter, Elaine Cotter, Larry Crupper, Mardi Crupper, Albert Dattilo, Roseanne Dattilo, Carol Davies, Harry Davies, Jeff Davis, Tamela Davis, Nicole Dean, John Demajo, Mary Demajo, Jacquelyn Dhoogie, John Dhoogie, Patrick Dicicco, Stephen Digiovanna, Davis Dixon, Ina Dixon, Pauline Dodson, Phillip Dodson, Catrina Eazell, Ken Eazell, Francis Ellis, Mary Estopinal, Ricky Estopinal, Peter Fareri, Maureen Farr, Armando Garcia, Sharron Garcia, Darrel Glaser, Susan Glaser, Jerry Greif, Shirley Greif, Pattilu Grogg, Lonnie Harvey, Scott Hilyard, Lisa Hoffman, Katheryn Holland, Lucas Holland, Glenda Hooker, George Hulett, Sylvia Hulett, Bob Kippley, Raymond Kippley, Cheryl Klippa, Estevan Perez, Linda Peterson, Donald Raper, Patricia Raper, David Repass, Staci Repass, Carol Rosenau, Monica Sherman, Robert Sherman, Michael Smith, Harold Thornton, Patrick Vandyke, Angela Vendetti, Carl Vendetti, Avery Weir, Sharlie Weir, Molly Yuille, Rodney Yuille |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THELMA LEWIS et al., <br><br> Plaintiffs, <br><br> v. <br><br> MONSANTO COMPANY, et al., <br><br> Defendants. | Case No. 4:17-cv-1103 <br><br> **JURY TRIAL DEMANDED** |

| **Plaintiffs** |
|---|
| Briget Abraham, Patrick Abraham, Cynthia Abrogast, Donald Abrogast, Lorena Arzate, Manuel Arzate, Andrew Bahia, Cynthia Behrens, Rod Behrens, Terry Belt, Lou Bilotto, Charles Blake, Laura Blake, Ann Blalock, Lonnie Blalock, Stanley Bland, Katheen Bostater, Terry Bostater, Jerry Bourg, Delores Boykin, Mary Breda, Michael Breda, Christopher Breeden, Randy Brehmer, Richard Bridwell, Marlene Brinker, Paul Brinker, Candace Britton, Jerry Britton, Denis Brogan, Dennis Brown, Mary Butts, Antoine Cade, Jo Anne Capo, Michael Capo, Thomas Carr, Rolando Castanada, Yolanda Castanada, Nancy Cimino, Ashanta Cruz, Michelle Cuff, Elizabeth Deiters, Cathy Desomma, Louis Desomma, Muriel Edwards, James Farley, Bruce Fulton, Lori Fulton, James Geringer, Jr, Philip Greenwood, Randy Heckert, Mary Ann Higgins, Gloria Hughes, Michael Hughes, Warren Jacobs, Donna Keen, Sandra Klinger, William Klinger, Dennis Kolb, Jeff Kolb, Jo Lair, Thelma Lewis, Victoria Lewis-Smith, Pamela Mallery, Diana Martinez, Jerold Martinez, Laureen McCart, Claire McChristy, George Raney, Gretchen Raney, Linda Schrack, Myron Schrack, Ellen Simmmons, Paul Simmmons, Caroline Staley, Jerry Staley, Mary Jean Stephens, Luis Torres-Santiago, Richard Ulrich, David Villagomez, Robert Wright, Teri Wright, Betty Zorn, William Zorn |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HOWARD AND CHERYL MONTAIGNE et al., | |
| Plaintiffs, | |
| v. | Case No. 4:17-cv-1109 |
| MONSANTO COMPANY, et al., | **JURY TRIAL DEMANDED** |
| Defendants. | |

| **Plaintiffs** |
|---|
| Aram Aslanyan, Cristina Barnes, Robert Barnes, Lori Barry, Robert Barry, Darrell Berger, Mark Braswell, Laverne Chalupsky, Mary Chalupsky, George Connolly, Marcia Coulter, Troy Coulter, William Cramer, Henry Gavin, Maria Gavin, Katherine Geary, Kay Godby, Clyde Gosnell, Carol Green, Marvin Green, Connie Greenwood, Thomas Greenwood, Edmund Grice, Susan Grice, Charles Grimes, Darlene Grimes, Gerald Gross, Nanette Guillory, Catherine Hagemeier, Denise Hansen, Larry Hansen, Dylan Hanson, Sharon Hardy-Mills, Dale Harkins, Lenore Harmeyer, Richard Harmeyer, Stephen Havis, Curtis Heidel, Helen Heidel, Donald Hensley, Linda Hensley, Earl Hertel, Bradley Kusik, Kerry Kusik, Haykoush Kzlgezyan, Catherine Lewis, Roger Lewis, Carole Lipscomb, Claude Lipscomb, Cheryl Montaigne, Howard Montaigne, Merle Noll, Danny Olson, James Pawling, Kate Pawling, Ruby Pemberton, Steven Pitt, Carla Prewett, David Prewett, Adelbert Reagan, Sandra Reagan, John Reich, Victoria Ring, Theresa Ross, Eric Roy, Carlos Smith, Katherine Smith, Michele Smith, Rick Smith, Robert Sorin, Sandy Sorin, Linda Soutsas, Peter Soutsas, Mary Tatman, Omar Tatman, Angela Trevino, Carlos Trevino, Christopher Vining, William Wilkinson, Cynthia Wilson, Ralph Wilson |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAFURL PARKS et al., <br><br> Plaintiffs, <br><br> v. <br><br> MONSANTO COMPANY, et al., <br><br> Defendants. | Case No. 4:17-cv-1108 <br><br> **JURY TRIAL DEMANDED** |

| **Plaintiffs** |
|---|
| Anthony Alessi, Robert Alvarez, Lynn Amore, Paul Amore, David Arnold, Colleen Berney, Myron Berney, Randy Burrows, Susan Burrows, Mazen Charafeddine, Racha Charafeddine, Roger Craft, Robin Curry, James Decourcy, Laureen Edelstein, Ritch Edelstein, Cherie Finley, Gisela Fowler, Robert Fowler, Shawnda Galloway, Ted Galloway, Beth Gilmore, William Gilmore, Victoria Gonzalez, Juanita Gradney, Shavarsh Grigorian, Siran Grigorian, Clara Grimes, James Grimes, Monica Harrison, Gwenette Hayes, Milton Hayes, Elisabeth Johnston, Mike Kazmierczak, James Kovacs, Richard Maddamma, David Moe, Leann Moe, Jerralyn Neal, Clifton Palmer, Myron Park, Jafurl Parks, Scott Pease, Martha Peterson, Ronald Peterson, Sandra Phillips, Jeffery Phillps, Roel Samaniego, Alicia Scott, Cory Scott, Kermit Skorr, Shirley Skorr, Donald Staszel, Emma Staszel, Mark Stopar, Mary Stopar, Sandra Strauss, Dean Sturzenbecher, Judith Sturzenbecher, Betty Supak, Mark Supak, John Szymanski, Mary Szymanski, Phillip Thompson, Stacy Thompson, Mark Warehime, Mary Warehime, Monica Webb, Gerhard Wehr, Mary Weir, Michael Weir, Leslie Wellman, Jana Wesel, Mark Wesel, Peter White, Robert Wilburn, Vivian Wilburn, Alfred Williams, Sharon Williams, Michael Wisnovsky, Gene Wyrick, Latonya Zakzak, Robert Ziegelmair, Barbara Ziesman, Dennis Ziesman, Eduardo Zuniga, Vilma Zuniga |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JOSEPH ROBICHAUD et al.,

    Plaintiffs,

v.

MONSANTO COMPANY, et al.,

    Defendants.

Case No. 4:17-cv-1110

**JURY TRIAL DEMANDED**

| Plaintiffs |
|---|
| Anne Almeida, Paul Almeida, James Altman, Julie Altman, Evelyn Boyd, Frank Boyd, Kirk Boyd, Sherry Boyd, Marshall Crow, Brenda Foster, Richard Foster, Dawn Hall, Jeff Hall, Darla Hawley, Randall Hawley, Wanda Holland, Brenda Huerta, James Huerta, Dianne Iauco, Aaron Johnson, Brenda Lage, David Lage, Colleen Otto, Robert Otto, Joseph Robichaud, Mary Rogers, Ronald Rogers, Frank Rolland, Jill Rolland, Lisa Rose, Michael Rose, Frederick Rubik, Annette Rudy, Gary Rudy, Nancy Schmoller, Ralph Schmoller, Janet Schneider, Richard Schoonover, Allyn Schultz, Carolyn Scott, Robert Wayne Scott, Barbara Seifrit, Glenn Seifrit, Anthony Serva, Vicki Serva, Larry Shelton, Jeanne Smith, Thomas Smith, Gary Spaeth, Sandra Spaeth, Janet Spande, Robert Spande, David Stark, Gary Steck, Linda Steck, Bradley Stensrud, Cheryl Stensrud, Brent Stephens, George Stephenson, Brenda Stitt, Eddy Stitt, Marilyn Stovall, Philip Strohmaier, Rosemary Strohmaier, Larry Sweatt, Catherine Tamargo, William Tamargo, Nancy Taylor, Richard Taylor, Patrick Thompson, Joyce Tiarks, Julius Tiarks, John Traver, Brenda Tyree, Terry Underwood, Tracy Underwood, Arizeder Urreiztieta, Leonard Vanderwiede, Robert Watkins, Cecilia Webb, John Webb, Sr. |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICIA TURNER et al., <br><br> Plaintiffs, <br><br> v. <br><br> MONSANTO COMPANY, et al., <br><br> Defendants. | Case No. 4:17-cv-1102 <br><br> **JURY TRIAL DEMANDED** |

| **Plaintiffs** |
|---|
| Floyd Anderson, Samuel Arbuckle, Sandra Arbuckle, Brett Beavers, Tina Beavers, Peter Bell, Kevin Bridges, Larry Briscoe, Terry Briscoe, Joan Brisk, Paul Brisk, Allen Burnett, Sharon Burnett, Lori Burns, Neven Burns, Donella Crane, Stephen Crane, Edward D'Ettore, James Davidson, Judy Dowell, Emily Dyre, Michael Dyre, Judith Eagleson, Roy Eagleson, Bernard Farney, Carolyn Farney, Cindy Foley, Lynn Foley, Barry Ford, Thomas Gianotti, Donna Hawkins, Ronald Hawkins, Anthony Helderman, Arthur Hubbard, Cynthia Hubbard, Judith Kane, Roger Kane, Donna Krouse, Thomas Krouse, Lisa Lapone, Michael Lapone, Larry Larson, Lori Larson, Alaine Lowell, Theresa Malo, Holly McCrea, Charlene Napierala, Anna O'Rourke, Patrick O'Rourke, Barry Odell, Wendell Owens, Myron Park, Vaughn Peak, Joy Perkins, Randy Perkins, Jerry Rachels, Mieczyslawa Rachels, Joyce Radokovitch, Ronald Radokovitch, Jim Reilly, Patricia Reilly, Johnny Robert, Jose Rosas, Laura Rosas, Ralph Sliger, Ken Snaza, Lisa Snaza, Sheila Solari, Carole Strumsky, Charles Strumsky, Jeffrey Suiter, Patricia Taylor, Steven Taylor, Patricia Turner, Jeffrey Volz, Faye Walton, Frederick Walton, John Wiberg, Kathleen Wiberg, Nadine Zook |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHERLENE WARD AND JAMES ABBOTT et al., <br><br> Plaintiffs, <br><br> v. <br><br> MONSANTO COMPANY, et al., <br><br> Defendants. | Case No. 4:17-cv-1104 <br><br> **JURY TRIAL DEMANDED** |

| **Plaintiffs** |
|---|
| James Abbott, Laurence J. Burns, Lonnie Davis, Charles Dixon, Kathi Edward, Renee I. Gall, Alan Goebel, Margaret Goebel, Lisa Hammock, John W. Hammock Jr., Diane Hayne-Johnson, Jack Heideman, Victor Hernandez, Susan Higgins, Denise Hoeing, Michael Hoeing, Tina Hoerner, Shawn Holiday, Stuart Holiday, Cheryl Howard, Raymon Howard, Shirley Hoyla, Premlata Rawat Hudson, Sandy Allen Hudson, Adele Hysen, Kurt Hysen, Joanne Iannucci, Patricia Jackson, Catherine James, Wayne James, Debra Jasper, Brandon Johnson, Charles Johnson, Frances Johnson, Jacqueline Johnson, Jamaal Johnson, Kristin Johnson, Richard Johnson, Robert Johnson, Willie Johnson, Sandra Jolly, Ronald Jumper, Evelyn Kastan, David L. Kelly, David Kelly Jr., Bryan Kenyon, Eunice Kenyon, Amy Khan, Majeed Khan, Kimberly Klein, Michael Klein, Brad Kliewer, Stanko Knezevic, Ray Kolosa, Gerald Kramer, Gwen Kramer, Bruce Law, Ruth Law, Mary Lee, Sharon Lee, Stephen Lee, Warren Lee, Donald Lequieu, Minh Dung Lequieu, Gregory Lewis, Laura Loggins, Rocky Loggins, Paul Loidolt, Allen Lynn, Lois Lynn, Larry Maczko, Susan Maczko, Brook R. Madden, Chad Magstadt, Jody Magstadt, Jacqueline Safieh, Tewfic Safieh, Terry L. Smith, Sherlene Ward, Kerry G. Watts, Cindi Waynick, Robert Wetz, Diana Wroblewski |