**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1 (a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Plaintiffs' Cobb, et al.; Harvey, et al.; Lewis, et al.; Montaigne, et al.; Parks, et al.; Robichaud, et al.; Turner, et al.; and Ward, et al. Notice of Appearance for Conditional Transfer Order, No. 15 (CTO-15) on the above-referenced cases and this Proof of Service was electronically filed with the Court of the JPML by using the CM/ECF and was electronically served on all counsel or parties of record.

DATED:  May 1, 2017            Respectfully submitted,

**ONDER, SHELTON, O'LEARY &PETERSON, LLC**

*/s/ James T. Corrigan*
James T. Corrigan     #45127MO
James D. O'Leary      #45964MO
Michael J. Quillin    #61877MO
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
corrigan@onderlaw.com
oleary@onderlaw.com
quillin@onderlaw.com
(314) 963-9000 telephone
(314) 963-1700 facsimile

**Counsel for Plaintiffs**
*Cobb, et al. v. Monsanto Co.*, No.4:17-CV-01105 (E.D. Mo.);
*Harvey, et al. v. Monsanto Co.*, No. 4:17-CV-01107 (E.D. Mo.);
*Lewis, et al. v. Monsanto Co.*, No. 4:17-CV-01103 (E.D. Mo.)
*Montaigne, et al. v. Monsanto Co.*, No. 4:17-CV-01109 (E.D. Mo.)
*Parks, et al. v. Monsanto Co.*, No. 4:17-CV-01108 (E.D. Mo.)

*Robichaud, et al. v. Monsanto Co.*, No. 4:17-CV-01110 (E.D. Mo.)
*Turner, et al. v. Monsanto Co.*, No. 4:17-CV-01102 (E.D. Mo.)
*Ward, et al. v. Monsanto Co.*, No. 4:17-CV-01104 (E.D. Mo.)