**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL 2741 |

**PLAINTIFFS' PHILLIP COBB, ET AL.; LONNIE HARVEY, ET AL.; THELMA LEWIS, ET AL.; HOWARD AND CHERYL MONTAIGNE, ET AL.; JAFURL PARKS, ET AL.; JOSEPH ROBICHAUD, ET AL.; PATRICIA TURNER, ET AL.; AND SHERLENE WARD, ET AL. MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 15 (CTO-15) AS TO THEIR RESPECTIVE ACTIONS**

Phillip Cobb, et al., who are the Plaintiffs in *Phillip Cobb, et al. v. Monsanto Company, et al.*, No. 4:17-cv-01105, pending in the United States District Court for the Eastern District of Missouri ("EDMO") ("Cobb"); Lonnie Harvey, et al., who are the Plaintiffs in *Lonnie Harvey, et al. v. Monsanto Company, et al.*, No. 4:17-cv-01107, pending in the EDMO ("Harvey"); Thelma Lewis, et al., who are the Plaintiffs in *Thelma Lewis, et al. v. Monsanto Company, et al.*, No. 4:17-cv-01103, pending in the EDMO ("Lewis"); Howard and Cheryl Montaigne, et al., who are the Plaintiffs in *Howard and Cheryl Montaigne, et al. v. Monsanto Company, et al.*, pending in the EDMO ("Montaigne"); Jafurl Parks, et al., who are the Plaintiffs in *Jafurl Parks, et al. v. Monsanto Company, et al.*, No. 4:17-cv-01108, pending in the EDMO ("Parks"); Joseph Robichaud, et al., who are the Plaintiffs in *Joseph Robichaud, et al. v. Monsanto Company, et al.*, No. 4:17-cv-1110, pending in the EDMO ("Robichaud"); Patricia Turner, et al., who are the Plaintiffs in *Patricia Turner, et al. v. Monsanto Company, et al.*, No. 4:17-cv-01102, pending in the EDMO ("Turner"); and Sherlene Ward, et al., who are the Plaintiffs in *Sherlene Ward, et al. v. Monsanto Company, et al.*, No. 4:17-cv-01104, pending in the EDMO ("Ward"), respectfully move for an order vacating Conditional Transfer Order No. 15, issued April 7, 2017 (Dkt. 121), as it pertains to their respective actions.  CTO-15 is due to be vacated with respect to *Cobb*;

*Harvey*; Lewis; *Montaigne*; *Parks*; *Robichaud*; *Turner*; and *Ward* for the reasons set forth in the memorandum brief the Plaintiffs submit with this Motion.

DATED: May 1, 2017

Respectfully submitted,

**ONDER, SHELTON, O'LEARY &PETERSON, LLC**

*/s/ James T. Corrigan*
James T. Corrigan     #45127MO
James D. O'Leary      #45964MO
Michael J. Quillin    #61877MO
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
corrigan@onderlaw.com
oleary@onderlaw.com
quillin@onderlaw.com
(314) 963-9000 telephone
(314) 963-1700 facsimile

**Counsel for Plaintiffs**
*Cobb, et al. v. Monsanto Co.*, No.4:17-CV-01105 (E.D. Mo.);
*Harvey, et al. v. Monsanto Co.*, No. 4:17-CV-01107 (E.D. Mo.);
*Lewis, et al. v. Monsanto Co.*, No. 4:17-CV-01103 (E.D. Mo.)
*Montaigne, et al. v. Monsanto Co.*, No. 4:17-CV-01109 (E.D. Mo.)
*Parks, et al. v. Monsanto Co.*, No. 4:17-CV-01108 (E.D. Mo.)
*Robichaud, et al. v. Monsanto Co.*, No. 4:17-CV-01110 (E.D. Mo.)
*Turner, et al. v. Monsanto Co.*, No. 4:17-CV-01102 (E.D. Mo.)
*Ward, et al. v. Monsanto Co.*, No. 4:17-CV-01104 (E.D. Mo.)