BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on May 1, 2017, I caused a true and correct copy of the foregoing Plaintiffs' Cobb, et al.; Harvey, et al.; Lewis, et al.; Montaigne, et al.; Parks, et al.; Robichaud, et al.; Turner, et al.; and Ward, et al. Motion to Vacate Conditional Transfer Order No. 15 (CTO-15) as to their respective actions; Memorandum in Support of Plaintiffs' Motion to Vacate Conditional Transfer Order No. 15 (CTO-15) to be filed electronically through the CM/ECF system, which caused a Notice of Electronic Filing to be served on counsel of record and all registered CM/ECF users.

DATED:  May 1, 2017

Respectfully submitted,

**ONDER, SHELTON, O'LEARY &PETERSON, LLC**

*/s/ James T. Corrigan*
James T. Corrigan     #45127MO
James D. O'Leary      #45964MO
Michael J. Quillin    #61877MO
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
corrigan@onderlaw.com
oleary@onderlaw.com
quillin@onderlaw.com
(314) 963-9000 telephone
(314) 963-1700 facsimile

**Counsel for Plaintiffs**
*Cobb, et al. v. Monsanto Co.*, No.4:17-CV-01105 (E.D. Mo.);
*Harvey, et al. v. Monsanto Co.*, No. 4:17-CV-01107 (E.D. Mo.);
*Lewis, et al. v. Monsanto Co.*, No. 4:17-CV-01103 (E.D. Mo.)
*Montaigne, et al. v. Monsanto Co.*, No. 4:17-CV-

1

01109 (E.D. Mo.)
*Parks, et al. v. Monsanto Co.*, No. 4:17-CV-01108 (E.D. Mo.)
*Robichaud, et al. v. Monsanto Co.*, No. 4:17-CV-01110 (E.D. Mo.)
*Turner, et al. v. Monsanto Co.*, No. 4:17-CV-01102 (E.D. Mo.)
*Ward, et al. v. Monsanto Co.*, No. 4:17-CV-01104 (E.D. Mo.)