# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741

In Re:  Roundup Products Liability Litigation

## ATTACHMENT 1
## TO
## DEF. OSBORN & BARR COMMUNICATIONS, INC.
## CORPORATE DISCLOSURE STATEMENT

**CASE CAPTIONS:**

Turner, et al. v. Monsanto Corp., et al., E.D. Mo., 4:17-01102

Lewis, et al. v. Monsanto Corp., et al., E.D. Mo., 4:17-01103

Ward, et al. v. Monsanto Corp., et al., E.D. Mo., 4:17-01104

Cobb, et al. v. Monsanto Corp., et al., E.D. Mo., 4:17-01105

Harvey, et al. v. Monsanto Corp., et al., E.D. Mo., 4:17-01107

Parks, et al. v. Monsanto Corp., et al., E.D. Mo., 4:17-01108

Montaigne, et al. v. Monsanto Corp., et al., E.D. Mo., 4:17-01109

Robichaud, et al. v. Monsanto Corp., et al., E.D. Mo., 4:17-01110

Bates, et al. v. Monsanto Corp., et al., E.D. Mo., 4:17-01111

Salvaggio, et al. v. Monsanto Corp., et al., E.D. Mo., 4:17-01113

Feranec, et al. v. Monsanto Corp., et al., E.D. Mo., 4:17-01116