# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741

In Re:  Roundup Products Liability Litigation

Case Caption:  See Attachment 1

## CORPORATE DISCLOSURE STATEMENT

      The undersigned counsel for Defendant Osborn & Barr Holdings, Inc., certifies that this party is a non-governmental corporate party and that:

This party's parent corporation is:

      Osborn & Barr Communications, Inc.

No publicly held corporation owns 10% or more of this party's stock.


| /s/ Scott T. Jansen | Armstrong Teasdale LLP |
|---|---|
| Signature of Attorney | Name of Firm |

| 7700 Forsyth Blvd., Suite 1800 | St. Louis, Missouri 63105 |
|---|---|
| Address | City/State/Zip Code |

Date:  May 1, 2017