# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741

In Re:  Roundup Products Liability Litigation

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on May 1, 2017, I caused a true and correct copy of Defendants Osborn & Barr Communications, Inc. and Osborn & Barr Holdings, Inc.'s Notice of Appearance as to Conditional Transfer Order No. 15, and their respective Corporate Disclosure Statements, to be filed electronically through the CM/ECF system, which caused a Notice of Electronic Filing to be served on counsel of record and all registered CM/ECF users.

Dated:  May 2, 2017                         Respectfully submitted,

 

                                       ARMSTRONG TEASDALE LLP

                                       /s/ Scott T. Jansen
                               By:     SCOTT T. JANSEN
                                       (Mo. Bar No. 57393MO)
                                       7700 Forsythe Blvd., Ste. 1800
                                       St. Louis, Missouri 63105
                                       Telephone: (314) 621-5070
                                       Facsimile:  (314) 621-5065

                                       **Attorney for Defendants**
                                       OSBORN & BARR COMMUNICATIONS,
                                       INC. and OSBORN & BARR HOLDINGS,
                                       INC.