# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

---

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on May 4, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also served via first class mail on the following counsel:

Raeann Warner
JACOBS & CRUMPLAR, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899
Phone: (302) 656-5445
Fax: (302) 655-9329

Counsel for Plaintiff in *Ford v. Monsanto Co.*, No. 1:17-cv-00484 (D. Del.); *Platt v. Monsanto Co.*, No. 1:17-cv-00485 (D. Del.); and *Rochman v. Monsanto Co.*, No. 1:17-cv-00486 (D. Del.).

Kelly E. Farnan
Katharine Lester Mowery
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
Suite 600
920 N. King Street
Wilmington, DE 19801
Phone: (302) 651-7700
Fax: (302) 651-7701

Co-counsel for Defendant in *Ford v. Monsanto Co.*, No. 1:17-cv-00484 (D. Del.); *Platt v. Monsanto Co.*, No. 1:17-cv-00485 (D. Del.); and *Rochman v. Monsanto Co.*, No. 1:17-cv-00486 (D. Del.).

Dated: May 4, 2017

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant*
*Monsanto Company*