BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on May 8, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

Raeann Warner
JACOBS & CRUMPLAR, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899
Phone: (302) 656-5445
Fax: (302) 655-9329

Counsel for Plaintiffs in *McLeod v. Monsanto Co.*, Case No. 1:17-cv-00528-UNA (D. Del.); *Louise Stutes v. Monsanto Co.*, Case No. 1:17-cv-00511-UNA (D. Del.); *James and Carol Jernigan v. Monsanto Co.*, Case No. 1:17-cv-00512-UNA (D. Del.); *William and Wanda Curtsinger, Chester and Doris Mills, Dennis and Gina Rowe v. Monsanto Co.*, Case No. 1:17-cv-00513-UNA (D. Del.); *Frederick Curts v. Monsanto Co.*, Case No. 1:17-cv-00516-UNA (D. Del.); *Claire and Gary Van Horn, Donald and Lori Wetzel, and Kevin Kelly v. Monsanto Co.*, Case No. 1:17-cv-00517-UNA (D. Del.); *Leslie and Jacob Shechter v. Monsanto Co.*, Case No. 1:17-cv-00518-UNA (D. Del.); *Boyd and Arlene Hagaman v. Monsanto Co.*, Case No. 1:17-cv-00519-UNA (D. Del.); *Richard Lax v. Monsanto Co.*, Case No. 1:17-cv-00520-UNA (D. Del.); *Rocky and Donna McIntosh v. Monsanto Co.*, Case No. 1:17-cv-00521-UNA (D. Del.); *Jan and Judy Huskey v. Monsanto Co.*, Case No. 1:17-cv-00522-UNA (D. Del.); *Angel and Daniel Sanchez v. Monsanto Co.*, Case No. 1:17-cv-00523-UNA (D. Del.); *Raymond and Gloria Saunders v. Monsanto Co.*, Case No. 1:17-cv-00524-UNA (D. Del.); *Melanie and Patrick Gallagher, Rodney Pfeiffer v. Monsanto Co.*, Case No. 1:17-cv-00525-UNA (D. Del.); *Linda and Lawrence Garvel v. Monsanto Co.*, Case No. 1:17-cv-00526-UNA (D. Del.); *Wayne and Zora Hartman, Johnny and Sandra Lawson v. Monsanto Co.*, Case No. 1:17-cv-00527-UNA (D. Del.); *Randy and Lloyd Roberts v. Monsanto Co.*, Case No. 1:17-cv-00537-UNA (D. Del.); *Gary and Katherine Deutsch, Frederick Gongoll, Daniel and Laura Koller, Harold Mayhew v. Monsanto Co.*, Case No. 1:17-cv-00536-UNA (D.

Del.); *Kenneth and Onita McMillon, Tyrie and Anetra Pickney, Mary Picou, and John and Philippa Tramell v. Monsanto Co.*, Case No. 1:17-cv-00535-UNA (D. Del.); *Sherri Zoller v. Monsanto Co.*, Case No. 1:17-cv-00534-UNA (D. Del.); *Perry and Maria Minando v. Monsanto Co.*, Case No. 1:17-cv-00533-UNA (D. Del.); *Rodney and Deborah Dean v. Monsanto Co.*, Case No. 1:17-cv-00532-UNA (D. Del.); *Virginia and Bobby Freeman v. Monsanto Co.*, Case No. 1:17-cv-00531-UNA (D. Del.); *Keith and Lily Wimberley v. Monsanto Co.*, Case No. 1:17-cv-00530-UNA (D. Del.).


Kelly E. Farnan
Katharine Lester Mowery
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Suite 600
920 N. King Street
Wilmington, DE 19801
Phone: (302) 651-7700
Fax: (302) 651-7701

    Co-counsel for Defendant in *McLeod v. Monsanto Co.*, Case No. 1:17-cv-00528-UNA (D. Del.); *Louise Stutes v. Monsanto Co.*, Case No. 1:17-cv-00511-UNA (D. Del.); *James and Carol Jernigan v. Monsanto Co.*, Case No. 1:17-cv-00512-UNA (D. Del.); *William and Wanda Curtsinger, Chester and Doris Mills, Dennis and Gina Rowe v. Monsanto Co.*, Case No. 1:17-cv-00513-UNA (D. Del.); *Frederick Curts v. Monsanto Co.*, Case No. 1:17-cv-00516-UNA (D. Del.); *Claire and Gary Van Horn, Donald and Lori Wetzel, and Kevin Kelly v. Monsanto Co.*, Case No. 1:17-cv-00517-UNA (D. Del.); *Leslie and Jacob Shechter v. Monsanto Co.*, Case No. 1:17-cv-00518-UNA (D. Del.); *Boyd and Arlene Hagaman v. Monsanto Co.*, Case No. 1:17-cv-00519-UNA (D. Del.); *Richard Lax v. Monsanto Co.*, Case No. 1:17-cv-00520-UNA (D. Del.); *Rocky and Donna McIntosh v. Monsanto Co.*, Case No. 1:17-cv-00521-UNA (D. Del.); *Jan and Judy Huskey v. Monsanto Co.*, Case No. 1:17-cv-00522-UNA (D. Del.); *Angel and Daniel Sanchez v. Monsanto Co.*, Case No. 1:17-cv-00523-UNA (D. Del.); *Raymond and Gloria Saunders v. Monsanto Co.*, Case No. 1:17-cv-00524-UNA (D. Del.); *Melanie and Patrick Gallagher, Rodney Pfeiffer v. Monsanto Co.*, Case No. 1:17-cv-00525-UNA (D. Del.); *Linda and Lawrence Garvel v. Monsanto Co.*, Case No. 1:17-cv-00526-UNA (D. Del.); *Wayne and Zora Hartman, Johnny and Sandra Lawson v. Monsanto Co.*, Case No. 1:17-cv-00527-UNA (D. Del.); *Randy and Lloyd Roberts v. Monsanto Co.*, Case No. 1:17-cv-00537-UNA (D. Del.); *Gary and Katherine Deutsch, Frederick Gongoll, Daniel and Laura Koller, Harold Mayhew v. Monsanto Co.*, Case No. 1:17-cv-00536-UNA (D. Del.); *Kenneth and Onita McMillon, Tyrie and Anetra Pickney, Mary Picou, and John and Philippa Tramell v. Monsanto Co.*, Case No. 1:17-cv-00535-UNA (D. Del.); *Sherri Zoller v. Monsanto Co.*, Case No. 1:17-cv-00534-UNA (D. Del.); *Perry and Maria Minando v. Monsanto Co.*, Case No. 1:17-cv-00533-UNA (D. Del.); *Rodney and Deborah Dean v. Monsanto Co.*, Case No. 1:17-cv-00532-UNA (D. Del.); *Virginia and

*Bobby Freeman v. Monsanto Co.*, Case No. 1:17-cv-00531-UNA (D. Del.); *Keith and Lily Wimberley v. Monsanto Co.*, Case No. 1:17-cv-00530-UNA (D. Del.).

| | |
|---|---|
| Dated: May 8, 2017 | Respectfully submitted, |
| | /s/ Joe G. Hollingsworth |
| | Joe G. Hollingsworth |
| | (jhollingsworth@hollingsworthllp.com) |
| | HOLLINGSWORTH LLP |
| | 1350 I Street NW |
| | Washington D.C., 20005 |
| | Phone: (202) 898-5800 |
| | Fax: (202) 682-1639 |
| | |
| | *Attorneys for Defendant Monsanto Company* |