**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: Roundup Products Liability Litigation                    MDL No. 2741

**PLAINTIFFS' NOTICE OF OPPOSITION TO
CONDITIONAL TRANSFER ORDER (CTO-18)**

I represent plaintiffs in the above-captioned action and the action set forth on the accompany Schedule of Actions, which is included in the Conditional Transfer Order (CTO-18). Plaintiffs submit this Notice of Opposition to CTO-18. Plaintiffs' deadline to file this Notice of Opposition to CTO-18 is May 12, 2017.

Plaintiffs respectfully request a briefing schedule and stay until further orders by the JPML.


Dated: May 8, 2017                       Respectfully Submitted,

                                         /s/ Aimee H. Wagstaff
                                         Aimee H. Wagstaff
                                         David J. Wool
                                         **Andrus Wagstaff, P.C.**
                                         7171 W. Alaska Drive
                                         Lakewood, CO 80226
                                         Telephone: (720)-208-9414
                                         Facsimile: (303)-376-6361
                                         aimee.wagstaff@andruswagstaff.com

                                         *Counsel for Plaintiffs*