BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS                    MDL No. 2741
LIABILITY LITIGATION

SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|----|------------|------------|----------|------------------|-------|
| 1. | Marvin Ford | Monsanto Company | District of Delaware | 1:17-cv-00484 | Hon. Richard G. Andrews |
| 2. | Virginia Platt | Monsanto Company | District of Delaware | 1:17-cv-00485 | Hon. Richard G. Andrews |
| 3. | Steven Rochman | Monsanto Company | District of Delaware | 1:17-cv-00486 | Hon. Richard G. Andrews |