BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: Roundup Products Liability Litigation                    MDL No. 2741

**CERTIFICATE OF SERVICE OF PLAINTIFFS' NOTICE OF
OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-15)**

I am employed in the County of Jefferson, State of Colorado. I am over the age of 18, and not a party to the within action. My business address is at ANDRUS WAGSTAFF, P.C., 7171 W. Alaska Drive, Lakewood, CO, 80226.

On May 8, 2017, I served the foregoing document described as PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-18) on all other parties and/or their attorneys of record to this action by operation of the Court's CM/ECF system in accordance with L.R. 5.4(d). The Court's CM/ECF system sends an e-mail notification of the filings to the parties and counsel of record listed below who are registered with the Court's CM/ECF.

    Richard Alden Clark
    Parker Milliken Clark O'Hara and Samuelian
    555 S. Flower Street, 30th Floor
    Los Angeles, CA 90071
    213-683-6500
    Fax: 213-683-6669
    Email: rclark@pmcos.com

    Eric Gordon Lasker
    Hollingsworth LLP
    1350 I Street NW
    Washington, DC 20005
    202-898-5800
    Fax: 202-682-1639
    Email: elasker@hollingsworthllp.com

    James Michael Sullivan
    Hollingsworth LLP
    1350 I Street, NW

10th Floor
Washington, DC 20005
202-898-5800
Fax: 202-682-1639
Email: jsullivan@hollingsworthllp.com

Joe G. Hollingsworth
Hollingsworth LLP
1350 I Street, N.W.
Washington, DC 20005
202-898-5800
Email: jhollingsworth@hollingsworthllp.com

Katharine R. Latimer
Hollingsworth LLP
1350 I St NW
Washington, DC 20005
202-898-5800
Email: klatimer@hollingsworthllp.com

Rosemary Stewart
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
202-898-5888
Email: rstewart@hollingsworthllp.com

Steven Robert Platt
Parker Milliken, et al.
555 S. Flower Street
30th Floor
Los Angeles, CA 90071
213-683-6500
Fax: 213-683-6669
Email: splatt@pmcos.com

*Attorneys for Defendant*


I declare under the penalty of perjury laws of the United States of America that the foregoing is true to the best of my knowledge.  I declare that I am a member of this bar of this Court at whose direction the service was made.

Executed this 8th day of May, 2017, at Lakewood, Colorado.

Dated: May 8, 2017	Respectfully Submitted,

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff
David J. Wool
**Andrus Wagstaff, P.C.**
7171 W. Alaska Drive
Lakewood, CO 80226
Telephone: (720)-208-9414
Facsimile: (303)-376-6361
aimee.wagstaff@andruswagstaff.com

*Counsel for Plaintiffs*