## **ATTACHMENT A**

**PARTIES REPRESENTED:**
Marvin Ford – Plaintiff
Virginia Platt – Plaintiff
Steven Rochman - Plaintiff

**SHORT CASE CAPTION:**
Ford v. Monsanto Company, District of Delaware, C.A. 1:17-00484
Platt v. Monsanto Company, District of Delaware, C.A. 1:17-00485
Rochman v. Monsanto Company, District of Delaware, C.A. 1:17-00486