BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ROUNDUP § | | MDL NO. 2741 |
| PRODUCTS LIABILITY § | | |
| LITIGATION § | | |

## PROOF OF SERVICE

I hereby certify that on May 9, 2017, I electronically filed the foregoing Notice of Appearance with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system. The Panel's ECF system will automatically serve copies of the documents to all counsel of record and all registered CM/ECF users.

Dated: May 9, 2017
/s/ Aimee H. Wagstaff
Aimee H. Wagstaff
**Andrus Wagstaff, P.C.**
7171 W. Alaska Drive
Lakewood, CO 80226
Telephone: (720)-208-9414
Facsimile: (303)-376-6361
aimee.wagstaff@andruswagstaff.com

*Counsel for Plaintiffs Marvin Ford (D. Del., 1:17-00484); Virginia Platt (D. Del., 1:17-00485); Steven Rochman (D. Del., 1:17-00486)*