BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL 2741 |

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-19)

I, Raeann Warner, Esquire, represent plaintiffs in the above-captioned actions which are included on the attached Schedule Conditional Transfer Order (CTO-19). Plaintiffs submit this Opposition to the Conditional Transfer Order. Plaintiffs' deadline to file this Notice of Opposition to CTO-19 is May 16, 2017.

Plaintiffs respectfully request a briefing schedule and stay until further orders by the JPML.

Dated: May 15, 2017

Respectfully submitted,

**JACOBS & CRUMPLAR, P.A.**

/s/ Raeann Warner
Raeann Warner (Bar Id. 4913)
750 Shipyard Dr., Suite 200
Wilmington, DE 19801
(302) 656-5445
(302) 656-5975 (fax)
Raeann@jcdelaw.com
Attorney for Plaintiffs