**IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**           MDL No. 2741

### SCHEDULE CTO–19 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| DELAWARE | | | |
| DE | 1 | 17–00511 | Stutes v. Monsanto Company |
| DE | 1 | 17–00512 | Jernigan v. Monsanto Company |
| DE | 1 | 17–00513 | Curtsinger, et al., v. Monsanto Company |
| DE | 1 | 17–00516 | Frederick Curts v. Monsanto Company |
| DE | 1 | 17–00517 | Claire Van Horn, et al. v. Monsanto Company |
| DE | 1 | 17–00518 | Shechter v. Monsanto Company |
| DE | 1 | 17–00519 | Hagaman v. Monsanto Company |
| DE | 1 | 17–00520 | Richard Lax v. Monsanto Company |
| DE | 1 | 17–00521 | McIntosh v. Monsanto Company |
| DE | 1 | 17–00522 | Huskey v. Monsanto Company |
| DE | 1 | 17–00523 | Sanchez v. Monsanto Company |
| DE | 1 | 17–00524 | Saunders v. Monsanto Company |
| DE | 1 | 17–00525 | Gallagher v. Monsanto Company |
| DE | 1 | 17–00526 | Garvel v. Monsanto Company |
| DE | 1 | 17–00527 | Hartman, et al. v. Monsanto Company |
| DE | 1 | 17–00528 | McLeod v. Monsanto Company |
| DE | 1 | 17–00530 | Wimberley v. Monsanto Company |
| DE | 1 | 17–00531 | Freeman v. Monsanto Company |
| DE | 1 | 17–00532 | Dean v. Monsanto Company |
| DE | 1 | 17–00533 | Minando v. Monsanto Company |
| DE | 1 | 17–00534 | Zoller v. Monsanto Company |
| DE | 1 | 17–00535 | McMillon, et al. v. Monsanto Company |
| DE | 1 | 17–00536 | Deutsch, et al. v. Monsanto Company |
| DE | 1 | 17–00537 | Roberts v. Monsanto Company |