BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL No. **2741**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Appearance was electronically filed on May 4, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of records.

| | |
|---|---|
| Stutes v. Monsanto Company | D. Delaware, C.A. No. 1:17-00511 |
| Jernigan v. Monsanto Company | D. Delaware, C.A. No. 1:17-00512 |
| Curtsinger, et al., v. Monsanto Company | D. Delaware, C.A. No. 1:17-00513 |
| Frederick Curts v. Monsanto Company | D. Delaware, C.A. No. 1:17-00516 |
| Claire VanHorn, et al. v. Monsanto Company | D. Delaware, C.A. No. 1:17-00517 |
| Shechter v. Monsanto Company | D. Delaware, C.A. No. 1:17-00518 |
| Hagaman v. Monsanto Company | D. Delaware, C.A. No. 1:17-00519 |
| Richard Lax v. Monsanto Company | D. Delaware, C.A. No. 1:17-00520 |
| McIntosh v. Monsanto Company | D. Delaware, C.A. No. 1:17-00521 |
| Huskey v. Monsanto Company | D. Delaware, C.A. No. 1:17-00522 |
| Sanchez v. Monsanto Company | D. Delaware, C.A. No. 1:17-00523 |
| Saunders v. Monsanto Company | D. Delaware, C.A. No. 1:17-00524 |
| Gallagher v. Monsanto Company | D. Delaware, C.A. No. 1:17-00525 |
| Garvel v. Monsanto Company | D. Delaware, C.A. No. 1:17-00526 |
| Hartman, et al. v. Monsanto Company | D. Delaware, C.A. No. 1:17-00527 |
| McLeod v. Monsanto Company | D. Delaware, C.A. No. 1:17-00528 |
| Wimberley v. Monsanto Company | D. Delaware, C.A. No. 1:17-00530 |
| Freeman v. Monsanto Company | D. Delaware, C.A. No. 1:17-00531 |
| Dean v. Monsanto Company | D. Delaware, C.A. No. 1:17-00532 |
| Minando v. Monsanto Company | D. Delaware, C.A. No. 1:17-00533 |
| Zoller v. Monsanto Company | D. Delaware, C.A. No. 1:17-00534 |
| McMillon, et al. v. Monsanto Company | D. Delaware, C.A. No. 1:17-00535 |
| Deutsch, et al. v. Monsanto Company | D. Delaware, C.A. No. 1:17-00536 |
| Roberts v. Monsanto Company | D. Delaware, C.A. No. 1:17-00537 |

Dated:  May 16, 2017								Respectfully submitted,

/s/ Raeann Warner
Raeann Warner (DE# 4931)
(Raeann@jcdelaw.com)
JACOBS & CRUMPLAR, P.A.
750 Shipyard Dr., Suite 200
Wilmington, DE  19801
(302) 656-5445
(302) 656-5875
Attorney for Plaintiffs