BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Opposition to Plaintiffs' Sterling Bates, et al.; Steve Salvaggio, et al.; and Gerald R. Feranec, et al. Motion to Vacate Conditional Transfer Order No. 15 (CTO-15) as to Their Respective Actions was electronically filed on May 16, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

Pedram Esfandiary
Brent Wisner
Michael L. Baum
BAUM, HEDLUND, ARISTEI &
GOLDMAN, P.C.
12100 Wilshire Blvd.
Suite 950
Los Angeles, CA 90025
Phone: 310-207-3233
Fax: 310-820-7444

Nicholas R. Rockforte
Christopher L. Coffin
Jonathan E. Chatwin
PENDLEY, BAUDIN & COFFIN, LLP
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: 504-355-0086
Fax:  504-523-0699

James T. Corrigan
James D. O'Leary
ONDER AND SHELTON, L.L.C.
110 East Lockwood
St. Louis, MO 63119
Phone: 314-963-9000
Fax: 314-963-1700

Counsel for Plaintiffs in *Bates v. Monsanto Co.*, No. 4:17-CV-01111 (E.D. Mo.); *Salvaggio v. Monsanto Co.*. No. 4:17-CV-01113 (E.D. Mo.); and *Feranec v. Monsanto Co.*, No. 4:17-CV-01116 (E.D. Mo.).

1

Scott T. Jansen
David G. Ott
John F. Cowling
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard
Suite 1800
St. Louis, MO 63105
Phone: 314-621-5070
Fax: 314-552-4891

      Counsel for Defendants Osborn & Barr Communications, Inc. and Osborn & Barr Holdings, Inc. in *Bates v. Monsanto Co.*, No. 4:17-CV-01111 (E.D. Mo.); *Salvaggio v. Monsanto Co.*. No. 4:17-CV-01113 (E.D. Mo.); and *Feranec v. Monsanto Co.*, No. 4:17-CV-01116 (E.D. Mo.).


Dated: May 16, 2017                            Respectfully submitted,

                                                   /s/ Joe G. Hollingsworth
                                                   Joe G. Hollingsworth
                                                   (jhollingsworth@hollingsworthllp.com)
                                                   HOLLINGSWORTH LLP
                                                   1350 I Street NW
                                                   Washington D.C., 20005
                                                   Phone: (202) 898-5800
                                                   Fax: (202) 682-1639

                                                   *Attorneys for Defendant*
                                                   *Monsanto Company*