**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Opposition to Plaintiffs' Motion to Vacate Conditional Transfer Order was electronically filed on May 19, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

Eric D. Holland
Patrick R. Dowd
Randall S. Crompton
HOLLAND LAW FIRM LLC
300 N. Tucker Blvd.
Suite 801
St. Louis, MO 63101
Phone: 314-241-8111
Fax: 314-241-5554

Counsel for Plaintiffs in *O'Brien v. Monsanto Co.*, No. 4:17-CV-01192 (E.D. Mo.).

Dated: May 19, 2017

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant
Monsanto Company*

1