**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Opposition to Plaintiffs' Phillip Cobb, et al.; Lonnie Harvey, et al.; Thelma Lewis, et al.; Howard and Cheryl Montaigne, et al.; Jafurl Parks, et al.; Joseph Robichaud, et al.; Patricia Turner, et al.; and Sherlene Ward, et al. Motion to Vacate Conditional Transfer Order No. 15 (CTO-15) as to Their Respective Actions was electronically filed on May 22, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also served via first class mail on the following counsel:


James T. Corrigan
James D. O'Leary
Michael J. Quillin
ONDER AND SHELTON, L.L.C.
110 East Lockwood
St. Louis, MO 63119
Phone: 314-963-9000
Fax: 314-963-1700

Counsel for Plaintiffs in *Turner v. Monsanto Co.,* No. 4:17-CV-01102 (E.D. Mo.); *Lewis v. Monsanto Co.*, No. 4:17-CV-01103 (E.D. Mo.); *Ward v. Monsanto Co.*, No. 4:17-CV-01104 (E.D. Mo.); *Cobb v. Monsanto Co.*, No. 4:17-CV-01105 (E.D. Mo.); *Harvey v. Monsanto Co.*, No. 4:17-CV-01107 (E.D. Mo.); *Parks v. Monsanto Co.*, No. 4:17-CV-01108 (E.D. Mo.); *Montaigne v. Monsanto Co.*, No. 4:17-CV-01109 (E.D. Mo.); and *Robichaud v. Monsanto Co.*, No. 4:17-CV-01110 (E.D. Mo.).

1

David G. Ott
John F. Cowling
Scott T. Jansen
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard
Suite 1800
St. Louis, MO 63105
Phone: 314-621-5070
Fax: 314-552-4891

Counsel for Defendants Osborn & Barr Communications, Inc. and Osborn & Barr Holdings, Inc. in *Turner v. Monsanto Co.,* No. 4:17-CV-01102 (E.D. Mo.); *Lewis v. Monsanto Co.*, No. 4:17-CV-01103 (E.D. Mo.); *Ward v. Monsanto Co.*, No. 4:17-CV-01104 (E.D. Mo.); *Cobb v. Monsanto Co.*, No. 4:17-CV-01105 (E.D. Mo.); *Harvey v. Monsanto Co.*, No. 4:17-CV-01107 (E.D. Mo.); *Parks v. Monsanto Co.*, No. 4:17-CV-01108 (E.D. Mo.); *Montaigne v. Monsanto Co.*, No. 4:17-CV-01109 (E.D. Mo.); and *Robichaud v. Monsanto Co.*, No. 4:17-CV-01110 (E.D. Mo.).

Dated: May 22, 2017                                  Respectfully submitted,

                                                     /s/ Joe G. Hollingsworth
                                                     Joe G. Hollingsworth
                                                     (jhollingsworth@hollingsworthllp.com)
                                                     HOLLINGSWORTH LLP
                                                     1350 I Street NW
                                                     Washington D.C., 20005
                                                     Phone: (202) 898-5800
                                                     Fax: (202) 682-1639

                                                     *Attorneys for Defendant*
                                                     *Monsanto Company*