BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

# MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Linda and Marvin O'Neil | Monsanto Co. | Central District of Illinois (Urbana) | 2:17-cv-02060 | Judge Colin Stirling Bruce |
| 2. | The Estate of Robert Cochran by Misty Hill, its Administrator | Monsanto Co. | Southern District of Illinois (East St. Louis) | 3:17-cv-00293 | Judge David R. Herndon |
| 3. | William and Pamela Setzer | Monsanto Co. | Northern District of Ohio (Cleveland) | 1:17-cv-00577 | Judge Solomon Oliver, Jr. |
| 4. | Larry J. Faschingbauer | Monsanto Co. | Western District of Wisconsin (Madison) | 3:17-cv-00223 | Magistrate Judge Stephen L. Crocker |
| 5. | Anthony and Julie Harris | Monsanto Co. | Southern District of California (San Diego) | 3:16-cv-02275 | Judge Barry Ted Moskowitz |
| 6. | Johnny H. Strickland | Monsanto Co. | Eastern District of North Carolina (Southern Division) | 7:17-cv-00088 | Chief Judge James C. Dever, III |
| 7. | Sabas and Rosa Sanchez | Monsanto Co. | District of Nebraska (Omaha) | 8:17-cv-00088 | Senior Judge Joseph F. Bataillon |