**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on May 23, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

James Griffin O'Brien
ZOLL & KRANZ LLC
6620 West Central Avenue
Suite 100
Toledo, OH 43617
Phone: (419) 841-9623
Fax: (419) 841-9719

      Counsel for Plaintiffs in *O'Neil v. Monsanto Co.*, No. 2:17-cv-02060 (C.D. Ill.); *Estate of Cochran v. Monsanto Co.*, No. 3:17-cv-00293 (S.D. Ill.); *Setzer v. Monsanto Co.*, No. 1:17-cv-00577 (N.D. Ohio); *Faschingbauer v. Monsanto Co.*, No. 3:17-cv-00223 (W.D. Wisc.); and *Sanchez v. Monsanto Co.*, No. 8:17-cv-00088 (D. Neb.).

Jeremy C. Shafer
MILLER LEGAL, LLP
543 Encinitas Boulevard
Suite 111
Encinitas, CA 92024
Phone: (619) 777-1234
Fax: (858) 366-0377

      Counsel for Plaintiffs in *Harris v. Monsanto Co.*, No. 3:16-cv-02275 (S.D. Cal.).

James L. Ward , Jr.
MCGOWAN HOOD & FELDER LLC
321 Wingo Way
Suite 103
Mt. Pleasant, SC 29465
Phone: (843) 388-7202
Fax: (843)388-3194

Counsel for Plaintiff in *Strickland v. Monsanto Co.*, No. 7:17-cv-00088 (E.D.N.C.).

Dated: May 23, 2017                         Respectfully submitted,

                                                     /s/ Joe G. Hollingsworth
                                                   Joe G. Hollingsworth
                                                   (jhollingsworth@hollingsworthllp.com)
                                                   HOLLINGSWORTH LLP
                                                   1350 I Street NW
                                                   Washington D.C., 20005
                                                   Phone: (202) 898-5800
                                                   Fax: (202) 682-1639

                                                   *Attorneys for Defendant*
                                                   *Monsanto Company*