**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

———————————————————————— )
In re: Roundup Products Liability Litigation, )
                              )      MDL Docket No. 2741
                              )
*Ford v. Monsanto Company,* )
1:17-cv-00484 )
*Platt v. Monsanto Company*, )
1:17-cv-00485 )
*Rochman v. Monsanto Company*, )
1:17-cv-00486. )
———————————————————————— )

<u>**PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER**</u>

       Plaintiffs move this Panel to vacate Conditional Transfer Order ("CTO-18"), issued in the

above captioned cases, pending in the District of Delaware, which conditionally transferred this

action to MDL 2741 – In Re: Roundup Products Liability Litigation. In support of this Motion,

Plaintiffs attach their Memorandum in Support of Plaintiffs' Motion to Vacate Conditional

Transfer Order.

Dated: May 23, 2017                     Respectfully submitted,


                                        <u>*/s/ Aimee Wagstaff*</u>

                                        ANDRUS WAGSTAFF, PC
                                        Aimee H. Wagstaff, SBN 278480
                                        aimee.wagstaff@andruswagstaff.com
                                        7171 West Alaska Drive
                                        Lakewood, CO  80226
                                        Telephone:      (303) 376-6360
                                        Facsimile:       (303) 376-6361

                                        **ATTORNEY FOR PLAINTIFFS**