# EXHIBIT 1



File & ServeXpress

**Preferences | Sign Out**

Warner, Raeann | Jacobs & Crumplar PA

Home | Filing & Service | Alerts | Search

Case History | Cases Search | Daily Docket | Transaction Status | Advanced Search

Cases Search > **Results**

**Search**
Jurisdiction: Delaware
Court: DE Superior Court-New Castle County
Case Class: Civil

**Cases Search**
Search Created:
5/22/2017 16:02:38 GMT-0400 (Eastern Daylight Time)

Printable Version

Show 300 ▼ records

1-59 of 59 Cases  <<Prev Page 1 of 1 Next>>

| Case Number | ▲ Case Name | Firm Name • Attorney(s) |
|---|---|---|
| N17C-03-278 VLM | Allen Goeders v. Monsanto Company [View Case History] | Jacobs & Crumplar PA • Warner, Raeann Kent County Levy Court • Kent County, Sheriff New Castle County DE Sheriffs Office • New Castle County, Sheriff Richards Layton & Finger PA-Wilmington • Farnan, Kelly E • Mowery, Katharine L |
| N17C-05-064 VLM | CLOSED Angel Sanchez, et al. v. Monsanto Company [View Case History] | Jacobs & Crumplar PA • Warner, Raeann Kent County Levy Court • Kent County, Sheriff New Castle County DE Sheriffs Office • New Castle County, Sheriff Richards Layton & Finger PA-Wilmington • Farnan, Kelly E • Mowery, Katharine L |
| N17C-05-050 VLM | CLOSED Boyd Hagaman et al v. Monsanto Company [View Case History] | Jacobs & Crumplar PA • Warner, Raeann Kent County Levy Court • Kent County, Sheriff New Castle County DE Sheriffs Office • New Castle County, Sheriff Richards Layton & Finger PA-Wilmington |

File & ServeXpress

| | | |
|---|---|---|
| | | • Farnan, Kelly E |
| | | • Mowery, Katharine L |
| N17C-05-012 VLM | CLOSED Boyd Hagaman, et al. v. Monsanto Company<br>[View Case History] | Firm TBD<br>• No Answer on File<br>Jacobs & Crumplar PA<br>• Warner, Raeann<br>Kent County Levy Court<br>• Kent County, Sheriff<br>New Castle County DE Sheriffs Office<br>• New Castle County, Sheriff |
| N17C-05-017 VLM | CLOSED Claire VanHorn, et al. v. Monsanto Company<br>[View Case History] | Firm TBD<br>• No Answer on File<br>Jacobs & Crumplar PA<br>• Warner, Raeann<br>Kent County Levy Court<br>• Kent County, Sheriff<br>New Castle County DE Sheriffs Office<br>• New Castle County, Sheriff |
| N17C-05-052 VLM | CLOSED Claire VanHorn, et al. v. Monsanto Company<br>[View Case History] | Jacobs & Crumplar PA<br>• Warner, Raeann<br>Kent County Levy Court<br>• Kent County, Sheriff<br>New Castle County DE Sheriffs Office<br>• New Castle County, Sheriff<br>Richards Layton & Finger PA-Wilmington<br>• Farnan, Kelly E<br>• Mowery, Katharine L |
| N17C-05-018 VLM | CLOSED Frederick Curts v. Monsanto Company<br>[View Case History] | Firm TBD<br>• No Answer on File<br>Jacobs & Crumplar PA<br>• Warner, Raeann<br>Kent County Levy Court<br>• Kent County, Sheriff<br>New Castle County DE Sheriffs Office<br>• New Castle County, Sheriff |
| N17C-05-053 VLM | CLOSED Frederick Curts v. Monsanto Company<br>[View Case History] | Jacobs & Crumplar PA<br>• Warner, Raeann<br>Kent County Levy Court<br>• Kent County, Sheriff<br>New Castle County DE Sheriffs Office<br>• New Castle County, Sheriff<br>Richards Layton & Finger PA-Wilmington<br>• Farnan, Kelly E<br>• Mowery, Katharine L |
| N17C-05-046 VLM | CLOSED James Jernigan et al v. Monsanto Company<br>[View Case History] | Jacobs & Crumplar PA<br>• Warner, Raeann<br>Kent County Levy Court<br>• Kent County, Sheriff<br>New Castle County DE Sheriffs Office<br>• New Castle County, Sheriff<br>Richards Layton & Finger PA-Wilmington |

|  |  |  |
|---|---|---|
|  |  | • Farnan, Kelly E |
|  |  | • Mowery, Katharine L |
| [N17C-05-007 VLM](#) | CLOSED James Jernigan, et al. v. Monsanto Company<br>[View Case History] | Jacobs & Crumplar PA |
|  |  | • Warner, Raeann |
|  |  | Kent County Levy Court |
|  |  | • Kent County, Sheriff |
|  |  | New Castle County DE Sheriffs Office |
|  |  | • New Castle County, Sheriff |
|  |  | Richards Layton & Finger PA-Wilmington |
|  |  | • Farnan, Kelly E |
|  |  | • Mowery, Katharine L |
| [N17C-05-013 VLM](#) | CLOSED Jan Huskey, et al. v. Monsanto Company<br>[View Case History] | Firm TBD |
|  |  | • No Answer on File |
|  |  | Jacobs & Crumplar PA |
|  |  | • Warner, Raeann |
|  |  | Kent County Levy Court |
|  |  | • Kent County, Sheriff |
|  |  | New Castle County DE Sheriffs Office |
|  |  | • New Castle County, Sheriff |
| [N17C-05-009 VLM](#) | CLOSED Leslie Shechter, et al. v. Monsanto Company<br>[View Case History] | Firm TBD |
|  |  | • No Answer on File |
|  |  | Jacobs & Crumplar PA |
|  |  | • Warner, Raeann |
|  |  | Kent County Levy Court |
|  |  | • Kent County, Sheriff |
|  |  | New Castle County DE Sheriffs Office |
|  |  | • New Castle County, Sheriff |
| [N17C-05-060 VLM](#) | CLOSED Linda Garvel et al. v. Monsanto Company<br>[View Case History] | Jacobs & Crumplar PA |
|  |  | • Warner, Raeann |
|  |  | Kent County Levy Court |
|  |  | • Kent County, Sheriff |
|  |  | New Castle County DE Sheriffs Office |
|  |  | • New Castle County, Sheriff |
|  |  | Richards Layton & Finger PA-Wilmington |
|  |  | • Farnan, Kelly E |
|  |  | • Mowery, Katharine L |
| [N17C-05-006 VLM](#) | CLOSED Louise Stutes v. Monsanto Company<br>[View Case History] | Jacobs & Crumplar PA |
|  |  | • Warner, Raeann |
|  |  | Kent County Levy Court |
|  |  | • Kent County, Sheriff |
|  |  | New Castle County DE Sheriffs Office |
|  |  | • New Castle County, Sheriff |
|  |  | Richards Layton & Finger PA-Wilmington |
|  |  | • Farnan, Kelly E |
|  |  | • Mowery, Katharine L |
| [N17C-05-043 VLM](#) | CLOSED Louise Stutes v. Monsanto Company<br>[View Case History] | Jacobs & Crumplar PA |
|  |  | • Warner, Raeann |
|  |  | Kent County Levy Court |
|  |  | • Kent County, Sheriff |
|  |  | New Castle County DE Sheriffs Office |
|  |  | • New Castle County, Sheriff |

Richards Layton & Finger PA-Wilmington
• Farnan, Kelly E
• Mowery, Katharine L

N17C-04-244 VLM          CLOSED Marvin Ford v. Monsanto Company                    Jacobs & Crumplar PA
                         [View Case History]                                       • Warner, Raeann
                                                                                   Kent County Levy Court
                                                                                   • Kent County, Sheriff
                                                                                   New Castle County DE Sheriffs Office
                                                                                   • New Castle County, Sheriff
                                                                                   Richards Layton & Finger PA-Wilmington
                                                                                   • Farnan, Kelly E
                                                                                   • Mowery, Katharine L

N17C-05-056 VLM          CLOSED Melanie Gallagher, et al. v. Monsanto Company       Jacobs & Crumplar PA
                         [View Case History]                                       • Warner, Raeann
                                                                                   Kent County Levy Court
                                                                                   • Kent County, Sheriff
                                                                                   New Castle County DE Sheriffs Office
                                                                                   • New Castle County, Sheriff
                                                                                   Richards Layton & Finger PA-Wilmington
                                                                                   • Farnan, Kelly E
                                                                                   • Mowery, Katharine L

N17C-05-063 VLM          CLOSED RAYMOND SAUNDERS, et al. v. MONSANTO COMPANY        Jacobs & Crumplar PA
                         [View Case History]                                       • Warner, Raeann
                                                                                   Kent County Levy Court
                                                                                   • Kent County, Sheriff
                                                                                   New Castle County DE Sheriffs Office
                                                                                   • New Castle County, Sheriff
                                                                                   Richards Layton & Finger PA-Wilmington
                                                                                   • Farnan, Kelly E
                                                                                   • Mowery, Katharine L

N17C-05-010 VLM          CLOSED Richard Lax v. Monsanto Company                     Firm TBD
                         [View Case History]                                       • No Answer on File
                                                                                   Jacobs & Crumplar PA
                                                                                   • Warner, Raeann
                                                                                   Kent County Levy Court
                                                                                   • Kent County, Sheriff
                                                                                   New Castle County DE Sheriffs Office
                                                                                   • New Castle County, Sheriff

N17C-05-049 VLM          CLOSED Richard Lax v. Monsanto Company                     Jacobs & Crumplar PA
                         [View Case History]                                       • Warner, Raeann
                                                                                   Kent County Levy Court
                                                                                   • Kent County, Sheriff
                                                                                   New Castle County DE Sheriffs Office
                                                                                   • New Castle County, Sheriff
                                                                                   Richards Layton & Finger PA-Wilmington
                                                                                   • Farnan, Kelly E
                                                                                   • Mowery, Katharine L

N17C-05-047 VLM          CLOSED Rocky McIntosh et al. v. Monsanto Company           Jacobs & Crumplar PA
                         [View Case History]                                       • Warner, Raeann
                                                                                   Kent County Levy Court
                                                                                   • Kent County, Sheriff

|  |  |  |
|---|---|---|
|  |  | New Castle County DE Sheriffs Office<br>• New Castle County, Sheriff<br>Richards Layton & Finger PA-Wilmington<br>• Farnan, Kelly E<br>• Mowery, Katharine L |
| [N17C-04-242 VLM](#) | CLOSED Steven Rochman v. Monsanto Company, Inc.<br>[View Case History] | Jacobs & Crumplar PA<br>• Warner, Raeann<br>Kent County Levy Court<br>• Kent County, Sheriff<br>New Castle County DE Sheriffs Office<br>• New Castle County, Sheriff<br>Richards Layton & Finger PA-Wilmington<br>• Farnan, Kelly E<br>• Mowery, Katharine L |
| [N17C-04-243 VLM](#) | CLOSED Virginia Platt v. Monsanto Company<br>[View Case History] | Jacobs & Crumplar PA<br>• Warner, Raeann<br>Kent County Levy Court<br>• Kent County, Sheriff<br>New Castle County DE Sheriffs Office<br>• New Castle County, Sheriff<br>Richards Layton & Finger PA-Wilmington<br>• Farnan, Kelly E<br>• Mowery, Katharine L |
| [N17C-05-019 VLM](#) | CLOSED William Curtsinger, et al. v. Monsanto Company<br>[View Case History] | Firm TBD<br>• No Answer on File<br>Jacobs & Crumplar PA<br>• Warner, Raeann<br>Kent County Levy Court<br>• Kent County, Sheriff<br>New Castle County DE Sheriffs Office<br>• New Castle County, Sheriff |
| [N17C-05-059 VLM](#) | CLOSED William McLeod, et al. v. Monsanto Company<br>[View Case History] | Jacobs & Crumplar PA<br>• Warner, Raeann<br>Kent County Levy Court<br>• Kent County, Sheriff<br>New Castle County DE Sheriffs Office<br>• New Castle County, Sheriff<br>Richards Layton & Finger PA-Wilmington<br>• Farnan, Kelly E<br>• Mowery, Katharine L |
| [N17C-05-181 VLM](#) | CLOSED/REMOVED TO DISTRICT COURT David Brame v. Monsanto Company<br>[View Case History] | Jacobs & Crumplar PA<br>• Warner, Raeann<br>Kent County Levy Court<br>• Kent County, Sheriff<br>New Castle County DE Sheriffs Office<br>• New Castle County, Sheriff<br>Richards Layton & Finger PA-Wilmington<br>• Farnan, Kelly E<br>• Mowery, Katharine L |
| [N17C-05-057 VLM](#) | CLOSED/REMOVED TO DISTRICT COURT Gary Deutsch, et al. v. Monsanto Company<br>[View Case History] | Jacobs & Crumplar PA<br>• Warner, Raeann |

File & ServeXpress

|  |  |  |
|---|---|---|
|  |  | Kent County Levy Court |
|  |  | • Kent County, Sheriff |
|  |  | New Castle County DE Sheriffs Office |
|  |  | • New Castle County, Sheriff |
|  |  | Richards Layton & Finger PA-Wilmington |
|  |  | • Farnan, Kelly E |
|  |  | • Mowery, Katharine L |
| N17C-05-065 VLM | CLOSED/REMOVED TO DISTRICT COURT Keith Wimberley et al. v. Monsanto Company<br>[View Case History] | Jacobs & Crumplar PA |
|  |  | • Warner, Raeann |
|  |  | Kent County Levy Court |
|  |  | • Kent County, Sheriff |
|  |  | New Castle County DE Sheriffs Office |
|  |  | • New Castle County, Sheriff |
|  |  | Richards Layton & Finger PA-Wilmington |
|  |  | • Farnan, Kelly E |
|  |  | • Mowery, Katharine L |
| N17C-05-055 VLM | CLOSED/REMOVED TO DISTRICT COURT Kenneth McMillon, et al. v. Monsanto Company<br>[View Case History] | Jacobs & Crumplar PA |
|  |  | • Warner, Raeann |
|  |  | Kent County Levy Court |
|  |  | • Kent County, Sheriff |
|  |  | New Castle County DE Sheriffs Office |
|  |  | • New Castle County, Sheriff |
|  |  | Richards Layton & Finger PA-Wilmington |
|  |  | • Farnan, Kelly E |
|  |  | • Mowery, Katharine L |
| N17C-05-067 VLM | CLOSED/REMOVED TO DISTRICT COURT Randy Roberts, et al. v. Monsanto Company<br>[View Case History] | Jacobs & Crumplar PA |
|  |  | • Warner, Raeann |
|  |  | Kent County Levy Court |
|  |  | • Kent County, Sheriff |
|  |  | New Castle County DE Sheriffs Office |
|  |  | • New Castle County, Sheriff |
|  |  | Richards Layton & Finger PA-Wilmington |
|  |  | • Farnan, Kelly E |
|  |  | • Mowery, Katharine L |
| N17C-05-068 VLM | CLOSED/REMOVED TO DISTRICT COURT RODNEY DEAN, et al. v. MONSANTO COMPANY<br>[View Case History] | Jacobs & Crumplar PA |
|  |  | • Warner, Raeann |
|  |  | Kent County Levy Court |
|  |  | • Kent County, Sheriff |
|  |  | New Castle County DE Sheriffs Office |
|  |  | • New Castle County, Sheriff |
|  |  | Richards Layton & Finger PA-Wilmington |
|  |  | • Farnan, Kelly E |
|  |  | • Mowery, Katharine L |
| N17C-05-061 VLM | CLOSED/REMOVED TO DISTRICT COURT Sherri Zoller v. Monsanto Company<br>[View Case History] | Jacobs & Crumplar PA |
|  |  | • Warner, Raeann |
|  |  | Kent County Levy Court |
|  |  | • Kent County, Sheriff |
|  |  | New Castle County DE Sheriffs Office |
|  |  | • New Castle County, Sheriff |
|  |  | Richards Layton & Finger PA-Wilmington |

- Farnan, Kelly E
- Mowery, Katharine L

N17C-05-066 VLM    CLOSED/REMOVED TO DISTRICT COURT VIRGINIA FREEMAN, et al. v. MONSANTO COMPANY
[View Case History]

Jacobs & Crumplar PA
- Warner, Raeann

Kent County Levy Court
- Kent County, Sheriff

New Castle County DE Sheriffs Office
- New Castle County, Sheriff

Richards Layton & Finger PA-Wilmington
- Farnan, Kelly E
- Mowery, Katharine L

N16C-11-222 VLM    Daniel K. Kowal vs Monsanto Company
[View Case History]

Jacobs & Crumplar PA
- Warner, Raeann

Kent County Levy Court
- Kent County, Sheriff

New Castle County DE Sheriffs Office
- New Castle County, Sheriff

Richards Layton & Finger PA-Wilmington
- Farnan, Kelly E
- Mowery, Katharine L

N17C-03-264 VLM    David Borrowman v. Monsanto Company
[View Case History]

Jacobs & Crumplar PA
- Warner, Raeann

Kent County Levy Court
- Kent County, Sheriff

New Castle County DE Sheriffs Office
- New Castle County, Sheriff

Richards Layton & Finger PA-Wilmington
- Farnan, Kelly E
- Mowery, Katharine L

N17C-04-190 VLM    Elizabeth Dale vs. Monsanto company
[View Case History]

Firm TBD
- No Answer on File

Jacobs & Crumplar PA
- Warner, Raeann

Kent County Levy Court
- Kent County, Sheriff

New Castle County DE Sheriffs Office
- New Castle County, Sheriff

N17C-05-051 VLM    Jan Huskey et al. v. Monsanto Company
[View Case History]

Jacobs & Crumplar PA
- Warner, Raeann

Kent County Levy Court
- Kent County, Sheriff

New Castle County DE Sheriffs Office
- New Castle County, Sheriff

Richards Layton & Finger PA-Wilmington
- Farnan, Kelly E
- Mowery, Katharine L

N17C-04-172 VLM    Jeanne Plagge v. Monsanto Company
[View Case History]

Jacobs & Crumplar PA
- Warner, Raeann

Kent County Levy Court
- Kent County, Sheriff

New Castle County DE Sheriffs Office

File & ServeXpress

- New Castle County, Sheriff

Richards Layton & Finger PA-Wilmington
- Farnan, Kelly E
- Mowery, Katharine L

**N17C-04-171 VLM**    John Malone v. Monsanto Company
[View Case History]

Jacobs & Crumplar PA
- Warner, Raeann

Kent County Levy Court
- Kent County, Sheriff

New Castle County DE Sheriffs Office
- New Castle County, Sheriff

Richards Layton & Finger PA-Wilmington
- Farnan, Kelly E
- Mowery, Katharine L

**N17C-03-140 VLM**    Jon Ortman vs Monsanto Company
[View Case History]

Jacobs & Crumplar PA
- Warner, Raeann

Kent County Levy Court
- Kent County, Sheriff

New Castle County DE Sheriffs Office
- New Castle County, Sheriff

Richards Layton & Finger PA-Wilmington
- Farnan, Kelly E

**N17C-03-266 VLM**    Jorge Gonzalez v. Monsanto Company
[View Case History]

Jacobs & Crumplar PA
- Warner, Raeann

Kent County Levy Court
- Kent County, Sheriff

New Castle County DE Sheriffs Office
- New Castle County, Sheriff

Richards Layton & Finger PA-Wilmington
- Farnan, Kelly E
- Mowery, Katharine L

**N15C-10-118 VLM**    Joselin Barrera, et al. v. Monsanto Company
[View Case History]

Jacobs & Crumplar PA
- Warner, Raeann

Kent County Levy Court
- Kent County, Sheriff

New Castle County DE Sheriffs Office
- New Castle County, Sheriff

Richards Layton & Finger PA-Wilmington
- Farnan, Kelly E
- Mowery, Katharine L

**N17C-05-048 VLM**    Leslie Shechter et al. v. Monsanto Company
[View Case History]

Jacobs & Crumplar PA
- Warner, Raeann

Kent County Levy Court
- Kent County, Sheriff

New Castle County DE Sheriffs Office
- New Castle County, Sheriff

Richards Layton & Finger PA-Wilmington
- Farnan, Kelly E
- Mowery, Katharine L

**N17C-03-259 VLM**    Miguel Aguilar v. Monsanto Company
[View Case History]

Jacobs & Crumplar PA
- Warner, Raeann

Kent County Levy Court

File & ServeXpress

|  |  | • Kent County, Sheriff |
|  |  | New Castle County DE Sheriffs Office |
|  |  | • New Castle County, Sheriff |
|  |  | Richards Layton & Finger PA-Wilmington |
|  |  | • Farnan, Kelly E |
|  |  | • Mowery, Katharine L |
| N16C-11-276 VLM | Mildred Matt, et al. vs. Monsanto Company | Jacobs & Crumplar PA |
|  | [View Case History] | • Warner, Raeann |
|  |  | Kent County Levy Court |
|  |  | • Kent County, Sheriff |
|  |  | New Castle County DE Sheriffs Office |
|  |  | • New Castle County, Sheriff |
|  |  | Richards Layton & Finger PA-Wilmington |
|  |  | • Farnan, Kelly E |
|  |  | • Mowery, Katharine L |
| N17C-05-062 VLM | Perry Minando et al. v. Monsanto Company | Jacobs & Crumplar PA |
|  | [View Case History] | • Warner, Raeann |
|  |  | Kent County Levy Court |
|  |  | • Kent County, Sheriff |
|  |  | New Castle County DE Sheriffs Office |
|  |  | • New Castle County, Sheriff |
|  |  | Richards Layton & Finger PA-Wilmington |
|  |  | • Farnan, Kelly E |
|  |  | • Mowery, Katharine L |
| N17C-03-261 VLM | Richard Aird v. Monsanto Company | Jacobs & Crumplar PA |
|  | [View Case History] | • Warner, Raeann |
|  |  | Kent County Levy Court |
|  |  | • Kent County, Sheriff |
|  |  | New Castle County DE Sheriffs Office |
|  |  | • New Castle County, Sheriff |
|  |  | Richards Layton & Finger PA-Wilmington |
|  |  | • Farnan, Kelly E |
|  |  | • Mowery, Katharine L |
| N17C-05-008 VLM | Rocky McIntosh, et al. v. Monsanto Company | Firm TBD |
|  | [View Case History] | • No Answer on File |
|  |  | Jacobs & Crumplar PA |
|  |  | • Warner, Raeann |
|  |  | Kent County Levy Court |
|  |  | • Kent County, Sheriff |
|  |  | New Castle County DE Sheriffs Office |
|  |  | • New Castle County, Sheriff |
| N16C-04-037 VLM | STAYED Kenneth Panthen v. Monsanto Company | Jacobs & Crumplar PA |
|  | [View Case History] | • Warner, Raeann |
|  |  | Kent County Levy Court |
|  |  | • Kent County, Sheriff |
|  |  | New Castle County DE Sheriffs Office |
|  |  | • New Castle County, Sheriff |
|  |  | Richards Layton & Finger PA-Wilmington |
|  |  | • Farnan, Kelly E |
|  |  | • Mowery, Katharine L |
| N16C-02-242 VLM | STAYED Larry Ashworth v. Monsanto Company | Jacobs & Crumplar PA |

File & ServeXpress

[View Case History]

                                            • Warner, Raeann

Kent County Levy Court
- Kent County, Sheriff

New Castle County DE Sheriffs Office
- New Castle County, Sheriff

Richards Layton & Finger PA-Wilmington
- Farnan, Kelly E
- Mowery, Katharine L

| N17C-03-262 VLM | Stephen Boden v Monsanto Company [View Case History] | | Jacobs & Crumplar PA <br> • Warner, Raeann <br> Kent County Levy Court <br> • Kent County, Sheriff <br> New Castle County DE Sheriffs Office <br> • New Castle County, Sheriff <br> Richards Layton & Finger PA-Wilmington <br> • Farnan, Kelly E <br> • Mowery, Katharine L |

| N17C-03-268 VLM | Tammy Mcintosh v. Monsanto Company [View Case History] | | Jacobs & Crumplar PA <br> • Warner, Raeann <br> Kent County Levy Court <br> • Kent County, Sheriff <br> New Castle County DE Sheriffs Office <br> • New Castle County, Sheriff <br> Richards Layton & Finger PA-Wilmington <br> • Farnan, Kelly E <br> • Mowery, Katharine L |

| N17C-04-143 VLM | Terrance Kadlec vs. Monsanto Company [View Case History] | | Jacobs & Crumplar PA <br> • Warner, Raeann <br> Kent County Levy Court <br> • Kent County, Sheriff <br> New Castle County DE Sheriffs Office <br> • New Castle County, Sheriff <br> Richards Layton & Finger PA-Wilmington <br> • Farnan, Kelly E |

| N17C-03-269 VLM | Theodore Steinhorst v. Monsanto Company [View Case History] | | Jacobs & Crumplar PA <br> • Warner, Raeann <br> Kent County Levy Court <br> • Kent County, Sheriff <br> New Castle County DE Sheriffs Office <br> • New Castle County, Sheriff <br> Richards Layton & Finger PA-Wilmington <br> • Farnan, Kelly E <br> • Mowery, Katharine L |

| N16C-03-159 VLM | Thomas J. Carr, et al. v. Monsanto Company [View Case History] | | Jacobs & Crumplar PA <br> • Warner, Raeann <br> Kent County Levy Court <br> • Kent County, Sheriff <br> New Castle County DE Sheriffs Office <br> • New Castle County, Sheriff <br> New Castle County Law Department-New Castle <br> • Perry, Jordan J |

File & ServeXpress

| | | Richards Layton & Finger PA-Wilmington |
| | | • Farnan, Kelly E |
| | | • Mowery, Katharine L |
| N17C-03-1664 VLM | Thomas Taylor vs Monsanto Company | Jacobs & Crumplar PA |
| | [View Case History] | • Warner, Raeann |
| | | Kent County Levy Court |
| | | • Kent County, Sheriff |
| | | New Castle County DE Sheriffs Office |
| | | • New Castle County, Sheriff |
| | | Richards Layton & Finger PA-Wilmington |
| | | • Farnan, Kelly E |
| | | • Mowery, Katharine L |
| N16C-11-164 VLM | Vernon Davis vs Monsanto Company | Jacobs & Crumplar PA |
| | [View Case History] | • Warner, Raeann |
| | | Kent County Levy Court |
| | | • Kent County, Sheriff |
| | | New Castle County DE Sheriffs Office |
| | | • New Castle County, Sheriff |
| | | Richards Layton & Finger PA-Wilmington |
| | | • Farnan, Kelly E |
| | | • Mowery, Katharine L |
| N17C-05-058 VLM | Wayne Hartman, et al. v. Monsanto Company | Jacobs & Crumplar PA |
| | [View Case History] | • Warner, Raeann |
| | | Kent County Levy Court |
| | | • Kent County, Sheriff |
| | | New Castle County DE Sheriffs Office |
| | | • New Castle County, Sheriff |
| | | Richards Layton & Finger PA-Wilmington |
| | | • Farnan, Kelly E |
| | | • Mowery, Katharine L |
| N17C-05-054 VLM | William Curtsinger, et al. v. Monsanto Company | Jacobs & Crumplar PA |
| | [View Case History] | • Warner, Raeann |
| | | Kent County Levy Court |
| | | • Kent County, Sheriff |
| | | New Castle County DE Sheriffs Office |
| | | • New Castle County, Sheriff |
| | | Richards Layton & Finger PA-Wilmington |
| | | • Farnan, Kelly E |
| | | • Mowery, Katharine L |

1-59 of 59 Cases  <<Prev Page 1 of 1 Next>>



**About File & ServeXpress** | **Resource Center** | **FAQs** | **Terms & Conditions**

| **Privacy**

© 2017 File & ServeXpress, LLC. All rights reserved

**Client Support**

 1-888-529-7587


support@fileandservexpress.com

 Chat Online

File & ServeXpress