BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | § § § | MDL NO. 2741 |

## PROOF OF SERVICE

I hereby certify that on May 23, 2017, I electronically filed the foregoing Plaintiffs' Motion to Vacate CTO-18 and Memorandum in Support of Plaintiffs' Motion to Vacate CTO-18 with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which sent notifications to all Counsel of record.

Dated: May 23, 2017                                   /s/ Aimee H. Wagstaff
                                                      *Counsel for Plaintiffs*

1