**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**JOE G. HOLLINGSWORTH NOTICE OF APPEARANCE**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|----------------|----------------|--------------|----------------------|-----------|
| 1. | Marvin Ford    | Monsanto Co.   | District of Delaware (Wilmington) | 1:17-cv-00484 | Judge Richard G. Andrews |
| 2. | Virginia Platt | Monsanto Co.   | District of Delaware (Wilmington) | 1:17-cv-00485 | Judge Richard G. Andrews |
| 3. | Steven Rochman | Monsanto Co.   | District of Delaware (Wilmington) | 1:17-cv-00486 | Judge Richard G. Andrews |