**IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**                    MDL No. 2741

### SCHEDULE CTO-20 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| DELAWARE | | | |
| DE | 1 | 17-00557 | Brame v. Monsanto Company |