**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Appearance was electronically filed on May 30, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also served via first class mail on the following counsel:

Raeann Warner
JACOBS & CRUMPLAR, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899
Phone: (302) 656-5445
Fax: (302) 655-9329

Counsel for Plaintiffs in *McLeod v. Monsanto Co.*, Case No. 1:17-cv-00528 (D. Del.); *Louise Stutes v. Monsanto Co.*, Case No. 1:17-cv-00511 (D. Del.); *James and Carol Jernigan v. Monsanto Co.*, Case No. 1:17-cv-00512 (D. Del.); *William and Wanda Curtsinger, Chester and Doris Mills, Dennis and Gina Rowe v. Monsanto Co.*, Case No. 1:17-cv-00513 (D. Del.); *Frederick Curts v. Monsanto Co.*, Case No. 1:17-cv-00516 (D. Del.); *Claire and Gary Van Horn, Donald and Lori Wetzel, and Kevin Kelly v. Monsanto Co.*, Case No. 1:17-cv-00517 (D. Del.); *Leslie and Jacob Shechter v. Monsanto Co.*, Case No. 1:17-cv-00518 (D. Del.); *Boyd and Arlene Hagaman v. Monsanto Co.*, Case No. 1:17-cv-00519 (D. Del.); *Richard Lax v. Monsanto Co.*, Case No. 1:17-cv-00520 (D. Del.); *Rocky and Donna McIntosh v. Monsanto Co.*, Case No. 1:17-cv-00521 (D. Del.); *Jan and Judy Huskey v. Monsanto Co.*, Case No. 1:17-cv-00522 (D. Del.); *Angel and Daniel Sanchez v. Monsanto Co.*, Case No. 1:17-cv-00523 (D. Del.); *Raymond and Gloria Saunders v. Monsanto Co.*, Case No. 1:17-cv-00524 (D. Del.); *Melanie and Patrick Gallagher, Rodney Pfeiffer v. Monsanto Co.*, Case No. 1:17-cv-00525 (D. Del.); *Linda and Lawrence Garvel v. Monsanto Co.*, Case No. 1:17-cv-00526 (D. Del.); *Wayne and Zora Hartman, Johnny and Sandra Lawson v. Monsanto Co.*, Case No. 1:17-cv-00527 (D. Del.); *Randy and Lloyd Roberts v. Monsanto Co.*, Case No. 1:17-cv-00537 (D. Del.); *Gary and Katherine Deutsch, Frederick Gongoll, Daniel and Laura Koller, Harold Mayhew v. Monsanto Co.*, Case No. 1:17-cv-00536 (D. Del.); *Kenneth and Onita*

*McMillon, Tyrie and Anetra Pickney, Mary Picou, and John and Philippa Tramell v. Monsanto Co.*, Case No. 1:17-cv-00535 (D. Del.); *Sherri Zoller v. Monsanto Co.*, Case No. 1:17-cv-00534 (D. Del.); *Perry and Maria Minando v. Monsanto Co.*, Case No. 1:17-cv-00533 (D. Del.); *Rodney and Deborah Dean v. Monsanto Co.*, Case No. 1:17-cv-00532 (D. Del.); *Virginia and Bobby Freeman v. Monsanto Co.*, Case No. 1:17-cv-00531 (D. Del.); *Keith and Lily Wimberley v. Monsanto Co.*, Case No. 1:17-cv-00530 (D. Del.).

Kelly E. Farnan
Katharine Lester Mowery
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
Suite 600
920 N. King Street
Wilmington, DE 19801
Phone: (302) 651-7700
Fax: (302) 651-7701

    Co-counsel for Defendant in *McLeod v. Monsanto Co.*, Case No. 1:17-cv-00528 (D. Del.); *Louise Stutes v. Monsanto Co.*, Case No. 1:17-cv-00511 (D. Del.); *James and Carol Jernigan v. Monsanto Co.*, Case No. 1:17-cv-00512 (D. Del.); *William and Wanda Curtsinger, Chester and Doris Mills, Dennis and Gina Rowe v. Monsanto Co.*, Case No. 1:17-cv-00513 (D. Del.); *Frederick Curts v. Monsanto Co.*, Case No. 1:17-cv-00516 (D. Del.); *Claire and Gary Van Horn, Donald and Lori Wetzel, and Kevin Kelly v. Monsanto Co.*, Case No. 1:17-cv-00517 (D. Del.); *Leslie and Jacob Shechter v. Monsanto Co.*, Case No. 1:17-cv-00518 (D. Del.); *Boyd and Arlene Hagaman v. Monsanto Co.*, Case No. 1:17-cv-00519 (D. Del.); *Richard Lax v. Monsanto Co.*, Case No. 1:17-cv-00520 (D. Del.); *Rocky and Donna McIntosh v. Monsanto Co.*, Case No. 1:17-cv-00521 (D. Del.); *Jan and Judy Huskey v. Monsanto Co.*, Case No. 1:17-cv-00522 (D. Del.); *Angel and Daniel Sanchez v. Monsanto Co.*, Case No. 1:17-cv-00523 (D. Del.); *Raymond and Gloria Saunders v. Monsanto Co.*, Case No. 1:17-cv-00524 (D. Del.); *Melanie and Patrick Gallagher, Rodney Pfeiffer v. Monsanto Co.*, Case No. 1:17-cv-00525 (D. Del.); *Linda and Lawrence Garvel v. Monsanto Co.*, Case No. 1:17-cv-00526 (D. Del.); *Wayne and Zora Hartman, Johnny and Sandra Lawson v. Monsanto Co.*, Case No. 1:17-cv-00527 (D. Del.); *Randy and Lloyd Roberts v. Monsanto Co.*, Case No. 1:17-cv-00537 (D. Del.); *Gary and Katherine Deutsch, Frederick Gongoll, Daniel and Laura Koller, Harold Mayhew v. Monsanto Co.*, Case No. 1:17-cv-00536 (D. Del.); *Kenneth and Onita McMillon, Tyrie and Anetra Pickney, Mary Picou, and John and Philippa Tramell v. Monsanto Co.*, Case No. 1:17-cv-00535 (D. Del.); *Sherri Zoller v. Monsanto Co.*, Case No. 1:17-cv-00534 (D. Del.); *Perry and Maria Minando v. Monsanto Co.*, Case No. 1:17-cv-00533 (D. Del.); *Rodney and Deborah Dean v. Monsanto Co.*, Case No. 1:17-cv-00532 (D. Del.); *Virginia and Bobby Freeman v. Monsanto Co.*, Case No. 1:17-cv-00531 (D. Del.); *Keith and Lily Wimberley v. Monsanto Co.*, Case No. 1:17-cv-00530 (D. Del.).

Dated: May 30, 2017                                  Respectfully submitted,

                                              /s/ Joe G. Hollingsworth
                                              Joe G. Hollingsworth
                                              (jhollingsworth@hollingsworthllp.com)
                                              HOLLINGSWORTH LLP
                                              1350 I Street NW
                                              Washington D.C., 20005
                                              Phone: (202) 898-5800
                                              Fax: (202) 682-1639

                                              *Attorneys for Defendant*
                                              *Monsanto Company*