BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

**SCHEDULE OF ACTIONS**

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|----|------------|------------|----------|------------------|-------|
| 1. | William and Michele McLeod | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-00528 | Judge Richard G. Andrews |
| 2. | Louise Stutes | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-00511 | Judge Richard G. Andrews |
| 3. | James and Carol Jernigan | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-00512 | Judge Richard G. Andrews |
| 4. | William and Wanda Curtsinger, Chester and Doris Mills, Dennis and Gina Rowe | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-00513 | Judge Richard G. Andrews |
| 5. | Frederick Curts | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-00516 | Judge Richard G. Andrews |
| 6. | Claire and Gary Van Horn, Donald and Lori Wetzel, and Kevin Kelly | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-00517 | Judge Richard G. Andrews |
| 7. | Leslie and Jacob Shechter | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-00518 | Judge Richard G. Andrews |
| 8. | Boyd and Arlene Hagaman | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-00519 | Judge Richard G. Andrews |

| | | | | | |
|---|---|---|---|---|---|
| 9. | Richard Lax | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-00520 | Judge Richard G. Andrews |
| 10. | Rocky and Donna McIntosh | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-00521 | Judge Richard G. Andrews |
| 11. | Jan and Judy Huskey | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-00522 | Judge Richard G. Andrews |
| 12. | Angel and Daniel Sanchez | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-00523 | Judge Richard G. Andrews |
| 13. | Raymond and Gloria Saunders | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-00524 | Judge Richard G. Andrews |
| 14. | Melanie and Patrick Gallagher, Rodney Pfeiffer | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-00525 | Judge Richard G. Andrews |
| 15. | Linda and Lawrence Garvel | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-00526 | Judge Richard G. Andrews |
| 16. | Wayne and Zora Hartman, Johnny and Sandra Lawson | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-00527 | Judge Richard G. Andrews |
| 17. | Randy and Lloyd Roberts | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-00537 | Judge Richard G. Andrews |
| 18. | Gary and Katherine Deutsch, Frederick Gongoll, Daniel and Laura Koller, Harold Mayhew | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-00536 | Judge Richard G. Andrews |
| 19. | Kenneth and Onita McMillon, Tyrie and Anetra Pickney, Mary Picou, and John and Philippa Tramell | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-00535 | Judge Richard G. Andrews |
| 20. | Sherri Zoller | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-00534 | Judge Richard G. Andrews |
| 21. | Perry and Maria Minando | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-00533 | Judge Richard G. Andrews |
| 22. | Rodney and Deborah Dean | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-00532 | Judge Richard G. Andrews |

| | | | | | |
|---|---|---|---|---|---|
| **23.** | Virginia and Bobby Freeman | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-00531 | Judge Richard G. Andrews |
| **24.** | Keith and Lily Wimberley | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-00530 | Judge Richard G. Andrews |