**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

In accordance with Rule 7.1(a) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation undersigned counsel writes to notify you of the potential tag-along action listed on the attached Schedule of Actions. Docket sheet and complaint are attached.

Dated: June 1, 2017                           Respectfully Submitted,

                                                              /s/ Aimee H. Wagstaff
                                                              Aimee H. Wagstaff
                                                               David J. Wool
                                                               **Andrus Wagstaff, P.C.**
                                                               7171 W. Alaska Drive
                                                               Lakewood, CO 80226
                                                               Telephone: (720)-208-9414
                                                               Facsimile: (303)-376-6361
                                                               aimee.wagstaff@andruswagstaff.com
                                                               *Counsel for Plaintiffs*