BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|----|------------|------------|----------|------------------|-------|
| 1. | Estate of Rosemary Runyan, by and through her representative Ronald Runyan | Monsanto Company | District of Colorado | 1:17-cv-01286 | Magistrate Judge Scott T. Varholak |