**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

# MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

## SCHEDULE OF ACTIONS

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|----------------|--------------|----------------------|-----------|
| **1.** | David Brame | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-00557 | Judge Richard G. Andrews |