## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**MDL No. 2741**

**IN RE: ROUNDUP PRODUCTS**
**LIABILITY LITIGATION**

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Appearance was electronically filed on June 8, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of records.

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| DELAWARE | | | |
| DE | 1 | 17−00557 | Brame v. Monsanto Company |

Dated:  June 8, 2017

Respectfully submitted,

/s/ Raeann Warner_____
Raeann Warner (DE# 4931)
(Raeann@jcdelaw.com)
JACOBS & CRUMPLAR, P.A.
750 Shipyard Dr., Suite 200
Wilmington, DE  19801
(302) 656-5445
(302) 656-5875
Attorney for Plaintiffs