## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|   |   |
|---|---|
| In re: Roundup Products Liability Litigation, ) )  ) *Brame v. Monsanto Company,* ) 1:17-cv-00557 ) | MDL Docket No. 2741 |

### PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Plaintiff moves this Panel to vacate Conditional Transfer Order ("CTO-20"), issued in the above captioned case, pending in the District of Delaware, which conditionally transferred this action to MDL 2741 – In Re: Roundup Products Liability Litigation. In support of this Motion, Plaintiff attachs his Memorandum in Support of Plaintiff's Motion to Vacate Conditional Transfer Order.

Dated: June 8, 2017                                Respectfully submitted,

*/s/ Raeann Warner*

**JACOBS & CRUMPLAR, P.A.**
RAEANN WARNER, (Bar Id. 4913)
750 Shipyard Drive, Suite 200
Wilmington, DE  19801
Raeann@jcdelaw.com
Telephone: (302) 656-5445
Facsimile: (302) 656-5975

**ATTORNEY FOR PLAINTIFF**