# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION

## SCHEDULE OF ACTIONS

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|----------------|----------------|--------------|----------------------|-----------|
| 1. | William Prince | Monsanto Co.   | Eastern District of North Carolina (Southern) | 7:17-cv-00111 | Chief Judge James C. Dever, III |