# UNITED STATES JUDICIAL PANEL
### on
# MULTIDISTRICT LITIGATION

## NOTICE OF HEARING SESSION

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed today, notice is hereby given that a hearing session has been scheduled to consider various matters under 28 U.S.C. § 1407.

DATE OF HEARING SESSION:          **July 27, 2017**

LOCATION OF HEARING SESSION:      United States Courthouse
                                  Courtroom 5B, 5th Floor
                                  350 West 1st Street
                                  Los Angeles, California  90012-4565

TIME OF HEARING SESSION:  In those matters designated for oral argument, counsel presenting oral argument must be present at **8:00 a.m.** in order for the Panel to allocate the amount of time for oral argument.  Oral argument will commence at **9:30 a.m.**

SCHEDULED MATTERS:  Matters scheduled for consideration at this hearing session are listed on the enclosed Hearing Session Order and Schedule of Matters for Hearing Session.

- Section A of this Schedule lists the matters designated for oral argument and includes all actions encompassed by Motion(s) for transfer filed pursuant to Rules 6.1 and 6.2.  Any party waiving oral argument pursuant to Rule 11.1(d) need not attend the Hearing Session.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 11.1(c).  Parties and counsel involved in these matters need not attend the Hearing Session.

ORAL ARGUMENT:
- The Panel carefully considers the positions advocated in filings with the Panel when it allocates time to attorneys presenting oral argument.  The Panel, therefore, expects attorneys to adhere to those positions including those concerning an appropriate transferee district.  Any change in position should be conveyed to Panel staff before the beginning of oral argument.  Where an attorney thereafter advocates a position different from that conveyed to Panel staff, the Panel may reduce the allotted argument time and decline to hear further from that attorney.

- 2 -

- The Panel expects attorneys presenting oral argument to be prepared to discuss what steps they have taken to pursue alternatives to centralization including, but not limited to, engaging in informal coordination of discovery and scheduling, and seeking Section 1404 transfer of one or more of the subject cases.

For those matters listed on Section A of the Schedule, the "Notice of Presentation or Waiver of Oral Argument" must be filed in this office no later than **July 10, 2017.**  The procedures governing Panel oral argument (Panel Rule 11.1) are attached.  The Panel strictly adheres to these procedures.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

cc:  Clerk, United States District for the Central District of California

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**HEARING SESSION ORDER**

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on July 27, 2017, the Panel will convene a hearing session in Los Angeles, California, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 11.1(c).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 11.1(c).  The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 11.1(c), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION

Sarah S. Vance
Chair

| Marjorie O. Rendell | Charles R. Breyer |
| Lewis A. Kaplan | Ellen Segal Huvelle |
| R. David Proctor | Catherine D. Perry |

SCHEDULE OF MATTERS FOR HEARING SESSION
July 27, 2017 -- Los Angeles, California

## SECTION A
## MATTERS DESIGNATED FOR ORAL ARGUMENT

(This schedule contains only those civil actions listed in the Schedule(s) of Actions submitted with the docketed motion(s) for transfer. See Panel Rules 6.1 and 6.2. In the event these dockets are centralized, other actions of which the Panel has been informed may be subject to transfer pursuant to Panel Rule 7.1.)

MDL No. 2785 – **IN RE: EPIPEN (EPINEPHRINE INJECTION, USP) MARKETING, SALES PRACTICES AND ANTITRUST LITIGATION**

Motion of plaintiffs Angie Nordstrum, et al., to transfer the following actions to the United States District Court for the District of New Jersey:

Northern District of Illinois

AGGARWAL v. MYLAN PHARMACEUTICALS INC., ET AL.,
   C.A. No. 1:17-02189

District of Kansas

IN RE: EPIPEN AUTO-INJECTOR LITIGATION, C.A. No. 2:16-02711

District of New Jersey

NORDSTRUM, ET AL. v. MYLAN INC., ET AL., C.A. No. 2:17-02401
SANOFI-AVENTIS U.S. LLC v. MYLAN INC., ET AL., C.A. No. 3:17-02763

Western District of Washington

RAINEY, ET AL. v. MYLAN SPECIALTY L.P., C.A. No. 3:17-05244

MDL No. 2786 – **IN RE: AMERICAN CIVIL LIBERTIES UNION FREEDOM OF INFORMATION ACT (FOIA) REQUESTS REGARDING EXECUTIVE ORDER 13769**

Motion of defendants U.S. Department of Homeland Security and U.S. Customs and Border Protection to transfer the following actions to the United States District Court for the District of Columbia:

<u>District of Arizona</u>

AMERICAN CIVIL LIBERTIES UNION OF ARIZONA v. U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL., C.A. No. 2:17–01083

<u>Central District of California</u>

AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA, ET AL. v. U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL., C.A. No. 2:17–02778

<u>Northern District of California</u>

ACLU OF HAWAI'I, ET AL. v. U.S. DEPARTMENT OF HOMELAND SECURITY, C.A. No. 4:17–01970

<u>Southern District of California</u>

AMERICAN CIVIL LIBERTIES UNION OF SAN DIEGO AND IMPERIAL COUNTIES v. U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL., C.A. No. 3:17–00733

<u>Southern District of Florida</u>

AMERICAN CIVIL LIBERTIES UNION OF FLORIDA v. U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL., C.A. No. 1:17–21382

<u>Northern District of Georgia</u>

AMERICAN CIVIL LIBERTIES UNION OF GEORGIA, INC., ET AL. v. U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL., C.A. No. 1:17–01309

Northern District of Illinois

AMERICAN CIVIL LIBERTIES UNION OF ILLINOIS, ET AL. v. U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL., C.A. No. 1:17‒02768

District of Maine

AMERICAN CIVIL LIBERTIES UNION OF MAINE, ET AL. v. U.S. CUSTOMS AND BORDER PROTECTION, ET AL., C.A. No. 2:17‒00132

Eastern District of Michigan

AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN v. U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL., C.A. No. 5:17‒11149

District of Oregon

AMERICAN CIVIL LIBERTIES UNION OF OREGON, INC., ET AL. v. U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL., C.A. No. 3:17‒00575

Southern District of Texas

ACLU FOUNDATION OF TEXAS, INC. v. U.S. CUSTOMS AND BORDER PROTECTION, ET AL., C.A. No. 4:17‒01128

Eastern District of Virginia

AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA, ET AL. v. U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL., C.A. No. 1:17‒00441

Western District of Washington

AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON, ET AL. v. U.S. DEPARTMENT OF HOMELAND SECURITY, ET AL., C.A. No. 2:17‒00562

MDL No. 2787 – **IN RE: FYRE FESTIVAL LITIGATION**

Motion of plaintiffs Matthew Herlihy, et al., to transfer the following actions to the United States District Court for the Southern District of New York:

<u>Central District of California</u>

JUNG v. MCFARLAND, ET AL., C.A. No. 2:17–03245

<u>Southern District of Florida</u>

REEL, ET AL. v. MCFARLAND, ET AL., C.A. No. 1:17–21683

<u>District of New Jersey</u>

PETROZZIELLO v. FYRE MEDIA, INC., ET AL., C.A. No. 2:17–03018

<u>Southern District of New York</u>

HERLIHY, ET AL. v. FYRE MEDIA, INC., ET AL., C.A. No. 1:17–03296
DALY, ET AL. v. MCFARLAND, ET AL., C.A. No. 1:17–03461
JUTLA v. FYRE MEDIA, INC., ET AL., C.A. No. 1:17–03541

MDL No. 2788 – **IN RE: ATHENA UNIVERSAL LIFE II COST OF INSURANCE INCREASE LITIGATION**

Motion of defendant AXA Equitable Life Insurance Company to transfer the following actions to the United States District Court for the Southern District of New York:

<u>District of Arizona</u>

WENOKUR v. AXA EQUITABLE LIFE INSURANCE COMPANY,
     C.A. No. 2:17–00165

<u>Central District of California</u>

EFG BANK AG, CAYMAN BRANCH v. AXA EQUITABLE LIFE INSURANCE
     COMPANY, C.A. No. 2:16–08103
THE DUFFY 2004 LLC, ET AL. v. AXA EQUITABLE LIFE INSURANCE
     COMPANY, C.A. No. 2:17–00996

Southern District of New York

BRACH FAMILY FOUNDATION, INC. v. AXA EQUITABLE LIFE INSURANCE
   COMPANY, C.A. No. 1:16‑00740

MDL No. 2789 – **IN RE: PROTON‑PUMP INHIBITOR PRODUCTS LIABILITY
   LITIGATION (NO. II)**

Motion of plaintiffs Steven Goodstein, Lakeisha Spratt, Jon Adkins, Gary Savage,
Anita Pierre, Cheryl Aubrey, Diane Gilyard, Zenobia Toney, Vicky Watkins, Susan Stewart,
Clara Graves, Dale Scott, Tony Carruthers, Kimberly Lee, Joseph Wilburn, Deborah Wilkerson,
Laura Layton, Kelly Gutierrez, Misty Hawkins, John Hudson, Freddie Lloyd, Naomi Massengill,
Bernita Garrison, and Deborah Elliott to transfer the following actions to the United States
District Court for the District of New Jersey:

District of Arizona

DAVIS v. TAKEDA PHARMACEUTICALS USA INCORPORATED, ET AL.,
   C.A. No. 2:16‑04485

Eastern District of California

THOMAS v. TAKEDA PHARMACEUTICALS USA, INC., ET AL.,
   C.A. No. 1:16‑01566
COSTAMAGNA, ET AL. v. THE PROCTER & GAMBLE COMPANY, ET AL.,
   C.A. No. 2:17‑00409

Middle District of Florida

LEAR v. ASTRAZENECA PHARMACEUTICALS LP, ET AL., C.A. No. 3:17‑00240

District of Idaho

BUZBEE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
   C.A. No. 3:17‑00174

Central District of Illinois

MULLEN v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
   C.A. No. 1:17‑01220

Northern District of Illinois

WEITER v. TAKEDA PHARMACEUTICALS USA, INC., ET AL.,
    C.A. No. 1:16‒11199
PARKER v. TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL.,
    C.A. No. 1:17‒03764

Southern District of Illinois

COLEMAN, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 3:17‒00130
ROSENSTEEL, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 3:17‒00131
DRAVLAND, JR. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 3:17‒00133
RICHARDSON v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 3:17‒00406
MCGILL, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 3:17‒00461
WINTERS, SR. v. ASTRAZENECA PHARMACEUTICALS, LP, ET AL.,
    C.A. No. 3:17‒00535

District of Kansas

KOON v. ASTRAZENECA PHARMACEUTICALS LP, ET AL., C.A. No. 2:16‒02605
DONECKER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 6:17‒01082

Eastern District of Kentucky

CARPENTER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 0:16‒00159
ROBERTS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 5:17‒00117
LOCKARD, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 6:17‒00125
THACKER, ET AL. v. THE PROCTER & GAMBLE COMPANY, ET AL.,
    C.A. No. 7:17‒00078

Western District of Kentucky

LOWE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL., C.A. No. 5:17‒00078

-6-

     <u>Eastern District of Louisiana</u>

LABICHE, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:16‑15893
JOHNSON, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:16‑16424
TILLMAN v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:16‑17742
BALES v. ASTRAZENECA PHARMACEUTICALS LP, ET AL., C.A. No. 2:16‑17744
SELF v. ASTRAZENECA PHARMACEUTICALS LP, ET AL., C.A. No. 2:16‑17746
LEBLANC v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:16‑17748
EDWARDS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:16‑17750
DONALD v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:16‑17753
MCCOY v. ASTRAZENECA PHARMACEUTICALS, LP, ET AL.,
    C.A. No. 2:16‑17903
ELLIS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:16‑17904
ROGERS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:16‑17906
HARTS, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‑02298
WILLIAMS v. PROCTOR & GAMBLE COMPANY, ET AL., C.A. No. 2:17‑03972
MORRIS v. ASTRAZENECA LP, ET AL., C.A. No. 2:17‑04804
BRUNET v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‑05114

     <u>Middle District of Louisiana</u>

DAVIS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL., C.A. No. 3:16‑00686
SMITH v. ASTRAZENECA PHARMACEUTICALS, LP, ET AL.,
    C.A. No. 3:16‑00696

     <u>Western District of Louisiana</u>

MODICUE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 6:16‑01444
MILLER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 6:16‑01455

CRANDELL v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
      C.A. No. 6:16−01460
CAESAR v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
      C.A. No. 2:17−00198
BUSH v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
      C.A. No. 6:17−00669

      District of Maine

MCGARR v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
      C.A. No. 1:17−00183

      District of Maryland

BURCH v. WYETH PHARMACEUTICALS, INC., ET AL., C.A. No. 8:17−00970

      Eastern District of Missouri

MILLIGAN v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
      C.A. No. 4:17−01546

      Western District of Missouri

FOSTER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
      C.A. No. 4:16−01106
RATSHIDAHO v. ASTRAZENECA LP, ET AL., C.A. No. 6:16−03417
GREGG v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
      C.A. No. 6:17−03101

      District of New Jersey

GOODSTEIN v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
      C.A. No. 2:16−05143
SPRATT v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
      C.A. No. 2:16−05523
BOYD v. ASTRAZENECA LP, ET AL., C.A. No. 2:16−08121
HUNTER v. ASTRAZENECA LP, ET AL., C.A. No. 2:16−08895
ADKINS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
      C.A. No. 2:17−00194
SAVAGE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
      C.A. No. 2:17−00196

PIERRE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17–00198
AUBREY v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17–00201
GILYARD v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17–00202
TONEY v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17–00203
WATKINS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17–00204
STEWART v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17–00206
GRAVES v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17–00207
SCOTT v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17–00208
CARRUTHERS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17–00211
LEE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL., C.A. No. 2:17–00212
WILBURN v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17–00213
WILKERSON v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17–00215
LAYTON v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17–00216
GUTIERREZ v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17–00217
HAWKINS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17–00218
HUDSON v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17–00219
LLOYD v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17–00500
MASSENGILL v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17–00761
GARRISON v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17–01207
ELLIOTT v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17–01413
JAY, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17–01606

MUSE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−01870
JONES v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−02098
DEVITO v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−02465
FOSTER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−02475
LUZZO v. ASTRAZENECA LP, ET AL., C.A. No. 2:17−02567
STARKS v. ASTRAZENECA PHARMACEUTICALS, LP, ET AL.,
    C.A. No. 2:17−02597
PETTIES v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−02700
ROBERTSON v. ASTRAZENECA LP, ET AL., C.A. No. 2:17−02744
PETERSON v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−02999
HENDERSON v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−03056
BOOTHE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−03191
HOLLOWAY v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−03192
VALENTINE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−03193
ALLEN v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−03197
MORRIS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−03200
KELLEY v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−03204
HOUZER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−03207
BOULER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−03209
CARROLL v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−03210
HUNTER−MALONE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−03211
KILIAN v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−03265
LANE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL., C.A. No. 2:17−03302

BOWENS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒03316
STUKES v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒03343
LAURENT v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒03346
ZELLARS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒03364
BREWINGTON v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒03365
CHISLEY v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒03366
BERNARD v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒03461
MITCHELL v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒03467
LYTTLE, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒03562
TACNEAU v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒03591
HOWARD v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒03594
JONES, JR. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒03606

      Eastern District of New York

GAGLIO v. ASTRAZENECA PHARMACEUTICAL LP, ET AL.,
    C.A. No. 1:17‒02383
HOLBECK v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 1:17‒03192

      Northern District of New York

HORNFECK v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 5:16‒01243

      Western District of North Carolina

MOORE v. TAKEDA PHARMACEUTICALS USA, INC., ET AL.,
    C.A. No. 1:16‒00364

Southern District of Ohio

BURNETT v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:16‒00894
GOMEZ, ET AL. v. PROCTER & GAMBLE MANUFACTURING COMPANY,
    ET AL., C.A. No. 1:17‒00340
BUTLER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒00183

Northern District of Oklahoma

BELLAMY v. TAKEDA PHARMACEUTICAL COMPANY LTD., ET AL.,
    C.A. No. 4:17‒00289

Western District of Oklahoma

ROUNDTREE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 5:17‒00432

Eastern District of Pennsylvania

COOPER v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒00050
STOCKTON v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒00051
RUSS, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒00052
BALL, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒00053
GARRITY, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒00054
BROOKINS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒00055
VERTREES, ET AL. v. TAKEDA PHARMACEUTICAL COMPANY LIMITED,
    ET AL., C.A. No. 2:17‒00079
MARTINEZ, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒00080
PACK v. ASTRAZENECA PHARMACEUTICALS LP, ET AL., C.A. No. 2:17‒00081
MALLARD, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒00082
ROBINSON, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒00083

DONALD v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−00084
WILLINGHAM v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−00095
ANSON v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−00096
BURNETT, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−00097
HALL, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−00098
STAFFORD v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−00100
HAMILTON, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−00101
KENNEDY v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−00102
KING, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−00103
BARTLETT, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−00104
MILLER, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−00105
ROMERO, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−00107
CLAXTON v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−00138
SWIFT v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−00139
PERDEW v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−00140
SEGURA v. WYETH, LLC, ET AL., C.A. No. 2:17−00141
KETCHUM, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−00142
VALENTINE v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−00148
JONES v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−00149
GRIGGS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−00150
MCDANIEL v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17−00151

LAPOLLA, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒00152
PARMS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒00153
ADAMS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒00154
RUNYONS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒00155
NEWELL, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒00156
RIGGS, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒00157
WHITAKER, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒00160

      District of South Carolina

ALL, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 1:17‒00968
HARRIS v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 6:17‒01045

      District of Utah

CLARK v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 1:16‒00160

      Southern District of West Virginia

CHURCH, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 1:16‒07910
KREUGER, ET AL. v. ASTRAZENECA PHARMACEUTICALS LP, ET AL.,
    C.A. No. 2:17‒02370

MDL No. 2790 – **IN RE: CONSTRUCTION TRADES ALTERNATIVE EMPLOYMENT PRACTICES LITIGATION**

Motion of plaintiffs Carl Evans, et al., to transfer the following actions to the United States District Court for the Eastern District of New York:

Eastern District of New York

EVANS, ET AL. v. THE PORT AUTHORITY OF NEW YORK & NEW JERSEY, ET AL., C.A. No. 1:15–03942

Southern District of New York

PERCY, ET AL. v. BRENNAN, ET AL., C.A. No. 1:73–04279

**SECTION B**
**MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT**

MDL No. 1720 – **IN RE: PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION**

Opposition of plaintiff Luby's Fuddruckers Restaurants, LLC to transfer of the following action to the United States District Court for the Eastern District of New York:

Southern District of Texas

LUBY'S FUDDRUCKERS RESTAURANTS, LLC v. VISA INC., ET AL.,
     C.A. No. 4:17‒01049

MDL No. 2244 – **IN RE: DEPUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Margarita Pothoulakis, et al., to transfer of the following action to the United States District Court for the Northern District of Texas:

Central District of California

POTHOULAKIS, ET AL. v. DEPUY ORTHOPAEDICS, INC., ET AL.,
     C.A. No. 2:17‒02889

MDL No. 2326 – **IN RE: BOSTON SCIENTIFIC CORP. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Carolyn Turner; Susan Toweson, et al.; Sue Vigen, et al.; Karen Reeves, et al.; Gladys Gathright, et al.; and Valerie Elking, et al., to transfer of their respective following actions to the United States District Court for the Southern District of West Virginia:

Middle District of Florida

TURNER v. BOSTON SCIENTIFIC CORPORATION, ET AL., C.A. No. 6:17‒00338

Eastern District of Missouri

TOWESON, ET AL. v. BOSTON SCIENTIFIC CORP., ET AL., C.A. No. 4:17‒01427
VIGEN, ET AL. v. BOSTON SCIENTIFIC CORP., ET AL., C.A. No. 4:17‒01431
REEVES, ET AL. v. BOSTON SCIENTIFIC CORP., ET AL., C.A. No. 4:17‒01436

GATHRIGHT, ET AL. v. BOSTON SCIENTIFIC CORP., ET AL.,
  C.A. No. 4:17‒01437
ELKING, ET AL. v. BOSTON SCIENTIFIC CORP., ET AL., C.A. No. 4:17‒01466

## MDL No. 2434 ‒ IN RE: MIRENA IUD PRODUCTS LIABILITY LITIGATION

Oppositions of plaintiffs Meisha Jackson, et al., and Kari Roberts, et al., to transfer of their following actions to the United States District Court for the Southern District of New York:

Eastern District of Missouri

JACKSON, ET AL. v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
  C.A. No. 4:17‒01413
ROBERTS, ET AL. v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
  C.A. No. 4:17‒01415

## MDL No. 2493 ‒ IN RE: MONITRONICS INTERNATIONAL, INC., TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION

Motion of defendants Alarm.com Incorporated and Alarm.com Holdings, Inc., to transfer the following action to the United States District Court for the Northern District of West Virginia:

Northern District of California

ABANTE ROOTER AND PLUMBING, INC., ET AL. v. ALARM.COM
  INCORPORATED, ET AL., C.A. No. 4:15‒06314

## MDL No. 2570 ‒ IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Oppositions of plaintiffs Dara Berman-Cheung, et al., and Perry Jewett, et al., and defendants Rapid City Regional Hospital, Inc.; Brian R. Baxter, M.D.; and Radiology Associates Imaging Group, LLC, to transfer of their respective following actions to the United States District Court for the Southern District of Indiana:

Northern District of California

BERMAN‒CHEUNG, ET AL. v. COOK GROUP, INC., ET AL., C.A. No. 5:17‒02564

District of South Dakota

JEWETT, ET AL. v. BAXTER, M.D., ET AL., C.A. No. 5:17−05036

**MDL No. 2591 − IN RE: SYNGENTA AG MIR162 CORN LITIGATION**

Opposition of plaintiffs Michael's Grain Farm, Inc., et al., to transfer of the following action to the United States District Court for the District of Kansas:

Southern District of Illinois

MICHAEL'S GRAIN FARM, INC., ET AL. v. SYNGENTA AG, ET AL.,
    C.A. No. 3:17−00320

**MDL No. 2592 − IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY
        LITIGATION**

Oppositions of plaintiffs Nina Babayan; Naomi Green, et al.; William Marshall, et al.; and Brett Alan Dewitt, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

Central District of California

BABAYAN v. MCKESSON CORPORATION, ET AL., C.A. No. 2:17−02472

Eastern District of Missouri

GREEN, ET AL. v. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.,
    C.A. No. 4:17−01403
MARSHALL, ET AL. v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL.,
    C.A. No. 4:17−01540

Eastern District of Virginia

DEWITT v. MOON, ET AL., C.A. No. 3:17−00328

MDL No. 2627 – **IN RE: LUMBER LIQUIDATORS CHINESE–MANUFACTURED FLOORING PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Bryan Gaus, et al., to transfer of the following action to the United States District Court for the Eastern District of Virginia:

Northern District of West Virginia

GAUS, ET AL. v. LUMBER LIQUIDATORS, INC., ET AL., C.A. No. 5:17–00040

MDL No. 2641 – **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Stephanie N. Barton, et al., to transfer of the following action to the United States District Court for the District of Arizona:

Eastern District of Missouri

BARTON, ET AL. v. C.R. BARD, INC., ET AL., C.A. No. 4:17–00770

MDL No. 2666 – **IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Robert Washington, et al., to transfer of the following action to the United States District Court for the District of Minnesota:

Eastern District of Missouri

WASHINGTON, ET AL. v. 3M COMPANY, ET AL., C.A. No. 4:17–01340

MDL No. 2672 – **IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Gende Law Office, S.C., to transfer of the following action to the United States District Court for the Northern District of California:

Eastern District of Wisconsin

GENDE LAW OFFICE, S.C. v. VOLKSWAGON GROUP OF AMERICA, INC., ET AL., C.A. No. 2:17–00543

MDL No. 2724 – **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**

Opposition of plaintiffs State of Connecticut, et al., to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

<u>District of Connecticut</u>

CONNECTICUT, ET AL. v. AUROBINDO PHARMA USA, INC., ET AL., C.A. No. 3:16‒02056

MDL No. 2738 – **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the District of New Jersey:

<u>Northern District of Illinois</u>

BROWN v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:17‒03052
BENNETT v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:17‒03057
KNIGHT v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:17‒03059
ABBEDUTO, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:17‒03061

<u>Eastern District of Missouri</u>

RICE, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 4:17‒01224
MCNICHOLS, ET AL. v. JOHNSON & JOHNSON, INC., ET AL., C.A. No. 4:17‒01473
MCBEE, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 4:17‒01496

<u>Southern District of New York</u>

GAVIN v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:17‒03308

<u>District of Rhode Island</u>

BECKER v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:17‒00205
CHANTHAPANYA v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:17‒00206
DERRENBACHER v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:17‒00207
DICARLO v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:17‒00208
DIPALERMO v. JOHNSON & JOHNSON, ET AL., C.A. No.1:17‒00209
DONALDSON v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:17‒00210
DUNBAR v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:17‒00211

EWING v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:17‒00212
FEMMINELLA v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:17‒00213
FRANKLIN v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:17‒00215
GUPTILL v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:17‒00216
KINDLEY v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:17‒00217
KLEMETSON v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:17‒00219
MARINACCIO v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:17‒00220
OGLETREE v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:17‒00221
VIENT v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:17‒00222
WHITNEY v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:17‒00223

MDL No. 2741 ‒ **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Northern District of California:

     District of Delaware

FORD v. MONSANTO COMPANY, C.A. No. 1:17‒00484
PLATT v. MONSANTO COMPANY, C.A. No. 1:17‒00485
ROCHMAN v. MONSANTO COMPANY, C.A. No. 1:17‒00486
BRAME v. MONSANTO COMPANY, C.A. No. 1:17‒00557

     Eastern District of Missouri

TURNER, ET AL. v. MONSANTO COMPANY, ET AL., C.A. No. 4:17‒01102
LEWIS, ET AL. v. MONSANTO COMPANY, ET AL., C.A. No. 4:17‒01103
WARD, ET AL. v. MONSANTO COMPANY, ET AL., C.A. No. 4:17‒01104
COBB, ET AL. v. MONSANTO COMPANY, ET AL., C.A. No. 4:17‒01105
HARVEY, ET AL. v. MONSANTO COMPANY, ET AL., C.A. No. 4:17‒01107
PARKS, ET AL. v. MONSANTO COMPANY, ET AL., C.A. No. 4:17‒01108
MONTAIGNE, ET AL. v. MONSANTO COMPANY, ET AL., C.A. No. 4:17‒01109
ROBICHAUD, ET AL. v. MONSANTO COMPANY, ET AL., C.A. No. 4:17‒01110
BATES, ET AL. v. MONSANTO COMPANY, ET AL., C.A. No. 4:17‒01111
SALVAGGIO, ET AL. v. MONSANTO COMPANY, ET AL., C.A. No. 4:17‒01113
FERANEC, ET AL. v. MONSANTO COMPANY, ET AL., C.A. No. 4:17‒01116
O'BRIEN, ET AL. v. MONSANTO COMPANY, C.A. No. 4:17‒01192

MDL No. 2742 ‒ **IN RE: SUNEDISON, INC., SECURITIES LITIGATION**

Opposition of plaintiff Paul J. Gaynor to transfer of the following action to the United States District Court for the Southern District of New York:

     Northern District of California

GAYNOR v. CHATILA, ET AL., C.A. No. 3:16‒06305

MDL No. 2750 – **IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Evangelina Aguirre, et al., to transfer of the following action to the United States District Court for the District of New Jersey:

Southern District of California

AGUIRRE, ET AL. v. JANSSEN PHARMACEUTICALS, INC., C.A. No. 3:17‒00918

MDL No. 2768 – **IN RE: STRYKER LFIT V40 FEMORAL HEAD PRODUCTS LIABILITY LITIGATION**

Oppositions of defendant Howmedica Osteonics Corporation to transfer of the following actions to the United States District Court for the District of Massachusetts:

Southern District of New York

GIDORA v. STRYKER CORP., ET AL., C.A. No. 7:16‒05774

Western District of New York

ADELMAN v. STRYKER CORPORATION, ET AL., C.A. No. 1:17‒00367

RULE 11.1: HEARING SESSIONS AND ORAL ARGUMENT

(a)　　Schedule.  The Panel shall schedule sessions for oral argument and consideration of other matters as desirable or necessary. The Chair shall determine the time, place and agenda for each hearing session. The Clerk of the Panel shall give appropriate notice to counsel for all parties. The Panel may continue its consideration of any scheduled matters.

(b)　　Oral Argument Statement.  Any party affected by a motion may file a separate statement setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard" and shall be limited to 2 pages.

(i)　　The parties affected by a motion to transfer may agree to waive oral argument. The Panel will take this into consideration in determining the need for oral argument.

(c)　　Hearing Session.  The Panel shall not consider transfer or remand of any action pending in a federal district court when any party timely opposes such transfer or remand without first holding a hearing session for the presentation of oral argument. The Panel may dispense with oral argument if it determines that:

(i)　　the dispositive issue(s) have been authoritatively decided; or
(ii)　　the facts and legal arguments are adequately presented and oral argument would not significantly aid the decisional process.

Unless otherwise ordered, the Panel shall consider all other matters, such as a motion for reconsideration, upon the basis of the pleadings.

(d)　　Notification of Oral Argument.  The Panel shall promptly notify counsel of those matters in which oral argument is scheduled, as well as those matters that the Panel will consider on the pleadings. The Clerk of the Panel shall require counsel to file and serve notice of their intent to either make or waive oral argument. Failure to do so shall be deemed a waiver of oral argument. If counsel does not attend oral argument, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision on the basis of the pleadings filed.

(i)　　Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.
(ii)　　The Panel will not receive oral testimony except upon notice, motion and an order expressly providing for it.

(e)　　Duty to Confer.  Counsel in an action set for oral argument shall confer separately prior to that argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing.

(f)　　Time Limit for Oral Argument.  Barring exceptional circumstances, the Panel shall allot a maximum of 20 minutes for oral argument in each matter. The time shall be divided among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.