BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION

## SCHEDULE OF ACTIONS

|    | **Plaintiffs**   | **Defendants** | **District**                         | **Civil Action No.** | **Judge**  |
|----|------------------|----------------|--------------------------------------|----------------------|------------|
| 1. | Donald T. Zilmer | Monsanto Co.   | District of Delaware (Wilmington)    | 1:17-cv-00783        | Unassigned |