BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL No. **2741**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Appearance was electronically filed on June 26, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Zilmer v. Monsanto Company               D. Delaware, C.A. No. 1:17-783

Dated: May 16, 2017               Respectfully submitted,

/s/ Raeann Warner_____
Raeann Warner (DE# 4931)
JACOBS & CRUMPLAR, P.A.
750 Shipyard Dr., Suite 200
Wilmington, DE  19801
(302) 656-5445
(302) 656-5875
(Raeann@jcdelaw.com)
Attorney for Plaintiffs