**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL 2741** |
|---|---|

**CERTIFICATE OF SERVICE OF PLAINTIFFS' NOTICE OF
OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-24)**

I, Raeann Warner, Esquire, am employed in the County of New Castle, State of Delaware. I am over the age of 18, and not a party to the within action. My business address is at JACOBS & CRUMPLAR, P.A., 750 Shipyard Drive, Suite 200, Wilmington, DE 19801.

On June 26, 2017, I served the foregoing document described as PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-24) on all other parties and/or their attorneys of record to this action by operation of the Court's CM/ECF system in accordance with L.R. 5.4(d). The Court's CM/ECF system sends an e-mail notification of the filings to the parties and counsel of record listed below who are registered with the Court's CM/ECF.

**JACOBS & CRUMPLAR, P.A.**

/s/ Raeann Warner
Raeann Warner (Bar Id. 4913)
750 Shipyard Dr., Suite 200
Wilmington, DE 19801
(302) 656-5445
(302) 656-5875
Raeann@jcdelaw.com
Attorney for Plaintiffs

Date:  6/26/17