**BEFORE THE UNITED STATE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION                             MDL 2741

---

**NOTICE OF WITHDRAWAL OF PLAINTIFFS' PHILLIP COBB, ET AL.; LONNIE HARVEY, ET AL.; THELMA LEWIS, ET AL.; HOWARD AND CHERYL MONTAIGNE, ET AL.; JAFURL PARKS, ET AL.; JOSEPH ROBICHAUD, ET AL.; PATRICIA TURNER, ET AL.; AD SHERLENE WARD, ET AL. MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 15 (CTO-15) AS TO THEIR RESPECTIVE ACTIONS**

---

**PLEASE TAKE NOTICE** that Plaintiffs hereby withdraw their Motion to Vacate Conditional Transfer Order No. 15 (Doc. 162), which was filed on May 1, 2017.

DATED:  June 26, 2017         ONDER, SHELTON, O'LEARY & PETERSON, LLC

By: */s/ James T. Corrigan*
James T. Corrigan #45127MO
James D. O'Leary #45964MO
Michael J. Quillin #61877MO
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
Tel.: (314) 963-9000
Fax: (314) 963-1700
corrigan@onderlaw.com
oleary@onderlaw.com
quillin@onderlaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served by mail and via the Court's CM/ECF system on the following on this 26th day of June, 2017.

*/s/ James T. Corrigan*
James T. Corrigan
