**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Larry D. Blakeney | Monsanto Co. | Southern District of Mississippi (Northern (Jackson)) | 3:17-cv-00310-CWR-LRA | District Judge Carlton W. Reeves |
| **2.** | Keith Horn[1] | Monsanto Co. | Middle District of Florida (Ocala) | 5:17-cv-00254-JSM-PRL | District Judge James S. Moody, Jr. |

---

[1] Plaintiff Keith Horn filed his Complaint against Monsanto Company in the Middle District of Florida (Fort Myers Division) on June 2, 2017.  Case No. 2:17-cv-00299-JES-CM.  The plaintiff incorrectly filed the lawsuit in the wrong division, so the case was transferred to the Ocala Division on June 6, 2017, with the transfer finalized on June 9, 2017.  Once the case was transferred to the Ocala Division, the Fort Myers case was closed.  The new case number, currently before U.S. District Judge James S. Moody, Jr., is Case No. 5:17-cv-00254-JSM-PRL.  For purposes of this Notice of Tag-Along Actions, Monsanto only includes docket entries for the active case currently pending in the Ocala Division.