**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 27, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also served via first class mail on the following counsel:

John Raymond Tullos, Esq.
TULLOS, TULLOS & TULLOS
P.O. Box 74
126 Main Street
Raleigh, MS 39153
Phone: (601) 782-4242

      Counsel for Plaintiff in *Larry Donald Blakeney v. Monsanto Co.*, No. 3:17-cv-00310-CWR-LRA (S.D. Miss.).

Francisco Albites, Esq.
PARKER WAICHMAN LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, FL 34134-4316
Phone: (239) 390-1000

      Counsel for Plaintiff in *Keith Horn v. Monsanto Co.*, No. 5:17-cv-00254-JSM-PRL (M.D. Fla.).

Dated: June 27, 2017                              Respectfully submitted,

                                                 /s/ Joe G. Hollingsworth
                                                 Joe G. Hollingsworth
                                                 (jhollingsworth@hollingsworthllp.com)
                                                 HOLLINGSWORTH LLP
                                                 1350 I Street N.W.
                                                 Washington D.C. 20005
                                                 Phone: (202) 898-5800
                                                 Fax: (202) 682-1639

                                               *Attorneys for Defendant Monsanto Company*