BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Robert W. Lewis and Barbara M. Lewis | Monsanto Co. | Middle District of Florida (Tampa) | 8:17-cv-01498-RAL-AEP | District Judge Richard A. Lazzara |
| 2. | Larry G. Curts | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-00860-UNA | Unassigned |
| 3. | Charles Sowell | Monsanto Co. | Southern District of Georgia (Waycross) | 5:17-cv-00063-LGW-RSB | District Judge Lisa G. Wood |
| 4. | Ronnie Turner | Monsanto Co. | Middle District of Georgia (Valdosta) | 7:17-cv-00093-HL | District Judge Hugh Lawson |