**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on July 3, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Raeann Warner
JACOBS & CRUMPLAR, P.A.
750 Shipyard Dr.
Suite 200
Wilmington, DE 19899
Phone: (302) 656-5445
Fax: (302) 655-9329

    Counsel for Plaintiff in *Curts v. Monsanto Co.*, Case No. 1:17-cv-00860-UNA (D. Del.)

Robin L. Greenwald
Maja Lukic
Pearl Robertson
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Phone: (212) 558-5500
Fax: (212) 344-5461

    Co-Counsel for Plaintiff in *Curts v. Monsanto Co.*, Case No. 1:17-cv-00860-UNA (D. Del.)

George T. Williamson
FARR, FARR, EMERICH, HACKETT, CARR & HOLMES, P.A.
99 Nesbit Street
Punta Gorda, FL 33950
Phone: (941) 639-1158

1

Fax: (941) 639-0028

    Counsel for Plaintiffs in *Lewis v. Monsanto Co.*, Case No. 8:17-cv-01498-RAL-AEP (M.D. Fla.)

Eugene C. Brooks, IV
BROOKS LAW FIRM
313 West York Street
Savannah, GA 31401
Phone: (912) 233-9696
Fax:  (912) 232-8620

    Counsel for Plaintiffs in *Sowell v. Monsanto Co.*, Case No. 5:17-cv-00063-LGW-RSB (S.D. Ga.) **and** *Turner v. Monsanto Co.*, Case No. 7:17-cv-00093-HL (M.D. Ga.)

Dated: July 3, 2017                        Respectfully submitted,

                                                   /s/ Joe G. Hollingsworth
                                                  Joe G. Hollingsworth
                                                  (jhollingsworth@hollingsworthllp.com)
                                                  HOLLINGSWORTH LLP
                                                  1350 I Street NW
                                                  Washington D.C., 20005
                                                  Phone: (202) 898-5800
                                                  Fax: (202) 682-1639

                                                  *Attorneys for Defendant Monsanto Company*