**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL-2741 |

**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO VACATE
CONDITIONAL TRANSFER ORDER 15**

Please take notice that Plaintiffs in the above captioned cases hereby withdraw their Motion to Vacate Conditional Transfer Order 15 (CTO-15). Plaintiffs will not make an appearance at the hearing scheduled for July 27, 2017 in Los Angeles, California.

**BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.**

 /s/ Pedram Esfandiary
Pedram Esfandiary, Esq. (CA Bar No. 312569)
pesfandiary@baumhedlundlaw.com
R. Brent Wisner, Esq. (CA Bar No. 276023)
rbwisner@baumhedlundlaw.com
Michael L. Baum, Esq. (CA Bar No. 119511)
mbaum@baumhedlundlaw.com
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel:  (310) 207-3233
Fax:  (310) 820-7444

**PENDELY, BAUDIN & COFFIN, LLP**
Nicholas R. Rockforte (LA #31305)
nrockforte@pbclawfirm.com
Christopher L. Coffin (LA #27902)
ccoffin@pbclawfirm.com
Jonathan E. Chatwin (LA #36410)
jchatwin@pbclawfirm.com
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Telephone: (504) 355-0086
Facsimile:  (504) 523-0699

**ONDER, SHELTON, O'LEARY & PETERSON, LLC**
James T. Corrigan (MO #45127)
James D. O'Leary  (MO #45964)
110 E. Lockwood, 2nd Floor

1

St. Louis, MO 63119
corrigan@onderlaw.com
oleary@onderlaw.com
(314) 963-9000 telephone
(314) 963-1700 facsimile

**Counsel for Plaintiffs**
*Bates v. Monsanto Co.*, No.4:17-CV-01111 (E.D. Mo.);
*Salvaggio v. Monsanto Co.*, No. 4:17-CV-01113(E.D. Mo.);
*Feranec v. Monsanto Co.*, No. 4:17-CV-01116 (E.D. Mo.)