**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on July 5, 2017, I caused a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER 15 to be filed electronically through the CM/ECF system, which caused a Notice of Electronic Filing to be served on counsel of record and all registered CM/ECF users.

DATED: July 5, 2017

Respectfully submitted,

**BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.**

 /s/ Pedram Esfandiary
Pedram Esfandiary, Esq. (CA Bar No. 312569)
pesfandiary@baumhedlundlaw.com
R. Brent Wisner, Esq. (CA Bar No. 276023)
rbwisner@baumhedlundlaw.com
Michael L. Baum, Esq. (CA Bar No. 119511)
mbaum@baumhedlundlaw.com
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444

**Counsel for Plaintiffs**
*Bates v. Monsanto Co.*, No.4:17-CV-01111 (E.D. Mo.);
*Salvaggio v. Monsanto Co.*, No. 4:17-CV-01113 (E.D. Mo.);
*Feranec v. Monsanto Co.*, No. 4:17-CV-01116 (E.D. Mo.)

1