**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

MDL No. <u>2741</u>

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Appearance was electronically filed on July 6, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of records.

Curts v. Monsanto Company        D. Delaware, C.A. No. 1:17-00860

Dated:  July 6, 2017        Respectfully submitted,

        /s/ Raeann Warner
        Raeann Warner (DE# 4931)
        (Raeann@jcdelaw.com)
        JACOBS & CRUMPLAR, P.A.
        750 Shipyard Dr., Suite 200
        Wilmington, DE  19801
        (302) 656-5445
        (302) 656-5875
        Attorney for Plaintiff