**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: Roundup Products Liability Litigation                    MDL No. 2741

**PLAINTIFFS' NOTICE OF OPPOSITION TO
CONDITIONAL TRANSFER ORDER (CTO-24)**

     I, Raeann Warner, Esquire, represent plaintiff in the action, <u>Curts v. Monsanto Company</u> set forth on the accompany Schedule of Actions, which is included in the Conditional Transfer Order (CTO-26).  Plaintiff submits this Notice of Opposition to CTO-26.  Plaintiff's deadline to file this Notice of Opposition to CTO-26 is June 12, 2017.

     Plaintiff respectfully requests a briefing schedule and stay until further orders by the JPML.

DATED: July 6, 2017                    Respectfully submitted,

                                  **JACOBS & CRUMPLAR, P.A.**

                                  */s/Raeann Warner*
                                  RAEANN WARNER (# 4931)
                                  750 Shipyard Drive, Suite 200
                                  Wilmington, DE 19801
                                  (302) 656-5445
                                  Raeann@jcdelaw.com
                                  *Attorney for Plaintiff*