BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

_____
                                                              )
In re: Roundup Products Liability Litigation,  )
                                                              )    MDL Docket No. 2741
*Zilmer v. Monsanto Company*,           )
1:17-00783                                              )
_____  )

**PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER**

Plaintiff moves this Panel to vacate Conditional Transfer Order 24 ("CTO 24"), issued in *Zilmer v. Monsanto Company*, No. 1:17-00783, pending in the District of Delaware, which conditionally transferred this action to MDL 2741 – *In Re: Roundup Products Liability Litigation*. In support of this motion, Plaintiff attaches his Memorandum in Support of Plaintiff's Motion to Vacate Conditional Transfer Order.

Dated: July 11, 2017.

Respectfully submitted,

*/s/ Raeann Warner*

**JACOBS & CRUMPLAR, P.A.**
RAEANN WARNER, (Bar Id. 4913)
750 Shipyard Drive, Suite 200
Wilmington, DE  19801
Raeann@jcdelaw.com
Telephone: (302) 656-5445
Facsimile: (302) 656-5975
ATTORNEY FOR PLAINTIFF