## UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received: 07/14/2017**

**District Court: D. Arizona**

**Number of Actions: 11**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL