# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received: 07/14/2017**

**District Court:** D. Arizona

**Number of Actions:** 12

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL