BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION

SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|----|------------|------------|----------|------------------|-------|
| 1. | Carolyn Doty | Monsanto Co. | Northern District of Texas (Dallas) | 3:17-cv-01881-N | District Judge David C. Godbey |