BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS                           MDL No. 2741
LIABILITY LITIGATION

SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|----|------------|------------|----------|------------------|-------|
| 1. | Marilyn Van Steenberg, Personal Representative of the Estate of John Van Steenberg | Monsanto Company | District of Colorado | 1:17-cv-01438 | Magistrate Judge Scott T. Varholak |
| 2. | Garry Marchman | Monsanto Company | Eastern District of Missouri (St. Louis) | 4:17-cv-01950 | Hon. Audrey G. Fleissig |