BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

JOE G. HOLLINGSWORTH NOTICE OF APPEARANCE

SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|----|------------|------------|----------|------------------|-------|
| 1. | Larry G. Curts | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-00860 | Judge Richard G. Andrews |

1