BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

SCHEDULE OF ACTIONS

|   | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Larry G. Curts | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-00860 | Judge Richard G. Andrews |