BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Corporate Disclosure Statement was electronically filed on July 20, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

| | |
|---|---|
| Raeann Warner<br>JACOBS & CRUMPLAR, P.A.<br>2 East 7th Street<br>P.O. Box 1271<br>Wilmington, DE 19899<br>Phone: (302) 656-5445<br>Fax: (302) 655-9329 | Robin L. Greenwald<br>Maja Lukic<br>Pearl Robertson<br>WEITZ & LUXENBERG, P.C.<br>700 Broadway<br>New York, NY 10003<br>Phone: (212) 558-5500<br>Fax: (212) 344-5461 |

Counsel for Plaintiff in *Curts v. Monsanto Co.*, Case No. 1:17-cv-00860-RGA (D. Del.).

Kelly E. Farnan
Katharine Lester Mowery
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
Suite 600
920 N. King Street
Wilmington, DE 19801
Phone: (302) 651-7700
Fax: (302) 651-7701

Co-counsel for Defendant in *Curts v. Monsanto Co.*, Case No. 1:17-cv-00860-RGA (D. Del.).

Dated: July 20, 2017

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant
Monsanto Company*