BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| In re: Roundup Products Liability Litigation, | ) ) ) | MDL Docket No. 2741 |
| *Curts v. Monsanto Company*, No. 17-860-RGA | ) ) ) |  |

**PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER**

Plaintiff moves this Panel to vacate Conditional Transfer Order 26 ("CTO 26"), issued in *Curts v. Monsanto Company*, No. 17-860-RGA, pending in the District of Delaware, which conditionally transferred this action to MDL 2741 – *In Re: Roundup Products Liability Litigation*. In support of this motion, Plaintiff attaches his Memorandum in Support of Plaintiff's Motion to Vacate Conditional Transfer Order.

Dated: July 20, 2017

Respectfully submitted,

*/s/ Raeann Warner*

**JACOBS & CRUMPLAR, P.A.**
RAEANN WARNER, (Bar Id. 4913)
750 Shipyard Drive, Suite 200
Wilmington, DE  19801
Raeann@jcdelaw.com
Telephone: (302) 656-5445
Facsimile: (302) 656-5975
ATTORNEY FOR PLAINTIFF