BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL No. **2741**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 26 and MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 26 was electronically filed on July 20, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of records.

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| DELAWARE | | | |
| DE | 1 | 17−00860 | Curts v. Monsanto Company |

Dated:  June 20, 2017

Respectfully submitted,

/s/ Raeann Warner_____
Raeann Warner (DE# 4931)
(Raeann@jcdelaw.com)
JACOBS & CRUMPLAR, P.A.
750 Shipyard Dr., Suite 200
Wilmington, DE  19801
(302) 656-5445
(302) 656-5875
Attorney for Plaintiffs