# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received: 07/21/2017**

**District Court:** D. Arizona

**Number of Actions:** 9

Complaints and Docket Sheets are attached.

*CLERK OF THE PANEL*