**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on July 21, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Douglas W. Crandall
Crandall Law Office
Sonna Building
910 W. Main Street, Suite 222
Boise, ID 83702
Phone:     (208) 343-1211
Facsimile: (208) 336-2088
E-mail: crandall_law@msn.com


Michelle R. Points
Points Law, PLLC
910 W. Main Street, Suite 222
Boise, ID 83702
Telephone: (208) 287-3216
Facsimile:  (208) 336-2088
E-mail: mpoints@pointslaw.com

   Counsel for Plaintiff in *Lynda Jean Wolters v. Monsanto Co.*, Case No. 1:17-cv-00078-BLW (D. Idaho)

2

Dated: July 21, 2017							Respectfully submitted,

							/s/ Joe G. Hollingsworth
							Joe G. Hollingsworth
							(jhollingsworth@hollingsworthllp.com)
							HOLLINGSWORTH LLP
							1350 I Street NW
							Washington D.C., 20005
							Phone: (202) 898-5800
							Fax: (202) 682-1639

							*Attorneys for Defendant Monsanto Company*