# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** **07/21/2017**

**District Court:** D. Arizona

**Number of Actions:** 15

Complaints and Docket Sheets are attached.

*CLERK OF THE PANEL*