**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: ROUNDUP PRODUCTS LIABILITY**
**LITIGATION**                                                         MDL No. 2741

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –29)**

On October 3, 2016, the Panel transferred 19 civil action(s) to the United States District Court for
the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to
28 U.S.C. § 1407. *See* 214 F.Supp.3d 1346 (J.P.M.L. 2016). Since that time, 89 additional action(s)
have been transferred to the Northern District of California. With the consent of that court, all such
actions have been assigned to the Honorable Vince Chhabria.

It appears that the action(s) on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Northern District of California and assigned to
Judge Chhabria.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict
Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the
Northern District of California for the reasons stated in the order of October 3, 2016, and, with the
consent of that court, assigned to the Honorable Vince Chhabria.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Northern District of California. The transmittal of this order to said Clerk shall
be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the
Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION**                                                        MDL No. 2741

## SCHEDULE CTO–29 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|----------|----------|-------------|------------------|

**ARIZONA**

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| AZ | 2 | 17–02272 | Brown et al v. Monsanto Company |
| AZ | 2 | 17–02274 | Jones et al v. Monsanto Company |
| AZ | 2 | 17–02275 | Lee v. Monsanto Company |
| AZ | 2 | 17–02276 | Lotz et al v. Monsanto Company |
| AZ | 2 | 17–02277 | McNamara et al v. Monsanto Company |
| AZ | 2 | 17–02278 | Morris et al v. Monsanto Company |
| AZ | 2 | 17–02279 | Nelson et al v. Monsanto Company |
| AZ | 2 | 17–02280 | Otis v. Monsanto Company |
| AZ | 2 | 17–02281 | Packard v. Monsanto Company |
| AZ | 2 | 17–02282 | Peterson v. Monsanto Company |
| AZ | 2 | 17–02283 | Phifer et al v. Monsanto Company |
| AZ | 2 | 17–02284 | Roberts et al v. Monsanto Company |
| AZ | 2 | 17–02311 | Braden v. Monsanto Company |
| AZ | 2 | 17–02312 | Howell et al v. Monsanto Company |
| AZ | 2 | 17–02313 | Navarrete et al v. Monsanto Company |
| AZ | 2 | 17–02314 | Ross v. Monsanto Company |
| AZ | 2 | 17–02316 | Solis et al v. Monsanto Company |
| AZ | 2 | 17–02317 | Wiessner et al v. Monsanto Company |
| AZ | 4 | 17–00326 | Johnson v. Monsanto Company |
| AZ | 4 | 17–00327 | Harris et al v. Monsanto Company |
| AZ | 4 | 17–00328 | Parenti et al v. Monsanto Company |
| AZ | 4 | 17–00329 | Ruelas v. Monsanto Company |
| AZ | 4 | 17–00330 | Workman v. Monsanto Company |
| AZ | 4 | 17–00331 | York et al v. Monsanto Company |

**IDAHO**

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| ID | 1 | 17–00078 | Wolters v. Monsanto Company |