**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF REMAND TO STATE COURT**

In accordance with Rule 7.1(g) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant Monsanto Company hereby notifies the Clerk of the Panel that *O'Brien v. Monsanto Co.*, No. 4:17-CV-01192-CEJ (E.D. Mo.) (see attached schedule of actions), included among the cases for transfer to MDL No. 2741 in Conditional Transfer Order (CTO-15), ECF No. 121, is no longer pending in the Eastern District of Missouri because the case has been remanded to state court. *See* Order, *O'Brien v. Monsanto Co.*, No. 4:17-cv-01192-CEJ (E.D. Mo. Jul. 24, 2017), ECF No. 33 (attached hereto as Exhibit 1). The remand of *O'Brien* to state court moots plaintiffs' Motion to Vacate Conditional Transfer Order, ECF No. 152, which is scheduled for consideration without oral argument at the Panel's July 27, 2017 Hearing Session. *See* Notice of Hearing Session at 24, ECF No. 210.

Dated: July 24, 2017

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant*
*Monsanto Company*