BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

MONSANTO COMPANY'S NOTICE REMAND TO STATE COURT

SCHEDULE OF ACTIONS

|  | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Mark O'Brien, Stephen Anderson, Steven F. Belcher, Mark S. Boeh, Johnny Bowen, Shawni Bowen, Bernard Brown, Ann Brownwell, Rebekah Susanne Bryant, Jason Campbell, Mark S. Campbell, Jimme Campbell, Mark S. Campbell, William C. Chandler, Philip Chiera, Patrick Coleman, Kevin Cunningham, Joyce Doss, William B. Drey, Dale Engel, Joshua D. Feldman, Dino Fiorello, Kenneth Forest, Patricia L. Fricke, William A. Haight, Bradley Hermes, Robert Homola, | Monsanto Co. | Eastern District of Missouri – Eastern Division | 4:17-cv-01192 | District Judge Carol E. Jackson |

| | | | | | |
|---|---|---|---|---|---|
| | Penka Hristova, Kevin Hutto, Jennifer Jackson, Pamela Jevotovsky, Atlas Jones, Barbara R. Jones, Marie Juarex-Wood, Billy R. Kendricks, Mark Koehler, Micheal Kostuk, Jr., James Krauser, Elizabeth R. Maselli, Richard McCombs, Jack E. McKarson II, Joan Meyer, Nancy A. Miller, David A. Motl, John Mulligan, Edward J. Paley, Jr., Jose Quintero Felix, Max Raw, Richard Roberto, Elena Roditis, Millicent R. Royston, Curtis Schumacher, Dale E. Shipley, Dennis Siewert, Marvin G. Smith, Rene St. Laurent, Dolores Stahl, Glenn Standiford, Harold Stewart, Sheila A. Thompson Noland, Shanika Turner, Russell B. Vader, Frederick V. Vaughn, John A. Vicory, Louie B. Webb, Jr., & Johnny L. Wimberly | | | | | |