# Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARK O'BRIEN, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) Case No. 4:17-CV-1192 (CEJ) |
| MONSANTO COMPANY, | ) ) ) |
| Defendant. | ) ) |

### **ORDER**

On March 29, 2017, defendant removed this matter to this Court, invoking jurisdiction pursuant to 28 U.S.C. § 1331 and § 1441(a). On April 10, 2017, the Court granted defendant's motion to stay pending the decision of the Judicial Panel on Multidistrict Litigation regarding transfer of the action to the Northern District of California. On July 5, 2017, the MDL court rejected defendant's "collusion" theory of federal jurisdiction and ordered remand of substantially similar claims removed on the same basis. *See* Remand Order, In re Roundup Products Liab. Litig., MDL No. 2741 (N.D. Cal. July 5, 2017) [Doc. # 31-1]. Defendant concedes that, if this matter were transferred, the MDL court would apply the remand order to the present case. In order to conserve judicial resources and spare the parties unnecessary expense, the parties ask the Court to remand this action to the state court.

Accordingly,

2

**IT IS HEREBY ORDERED** that, in accordance with the parties' joint stipulation, the Clerk of Court shall remand this matter to the Twenty-Second Judicial Circuit Court of Missouri (St. Louis City) from which it was removed.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 24th day of July, 2017.