# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION**

| | | |
|---|---|---|
| O'Brien, et al. v. Monsanto Company, | ) | |
| E.D. Missouri, C.A. No. 4:17-01192 | ) | MDL No. 2741 |

## ORDER VACATING CONDITIONAL TRANSFER ORDER
## AND VACATING THE JULY 27, 2017, HEARING SESSION ORDER

A conditional transfer order was filed in this action (*O'Brien*) on April 7, 2017.  Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *O'Brien* filed a notice of opposition to the proposed transfer.  Plaintiffs later filed a motion and brief to vacate the conditional transfer order.  The Panel has now been advised that *O'Brien* was remanded to the Twenty-Second Judicial Circuit Court of Missouri (St. Louis City) by the Honorable Carol E. Jackson in an order filed on July 24, 2017.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-15" filed on April 7, 2017, is VACATED insofar as it relates to this aciton.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on June 14, 2017, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel