UNITED STATES JUDICIAL PANEL ON
MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: **07/26/2017**

District Court: D. Arizona

Number of Actions: 16

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL