**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS             MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|----|----|----|----|----|
| 1. | Jimmy M. Jones | Monsanto Co. | Western District of Arkansas (Fayetteville) | 5:17-cv-05143-TLB | U.S. District Judge Timothy L. Brooks |