**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on August 1, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Mason L. Boling
Sean T. Keith
KEITH, MILLER, BUTLER, SCHNEIDER & PAWLIK, PLLC
224 South 2nd Street
Rogers, AR 72756
Phone: (479) 621-0006
Fax:    (479) 631-6890
E-mail: mboling@arkattorneys.com
        skeith@arkattorneys.com

Counsel for Plaintiff in *Jimmy M. Jones v. Monsanto Co.*, Case No. 5:17-cv-05143-TLB (W.D. Ark.)

Dated: August 1, 2017

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant Monsanto Company*