**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order was electronically filed on August 1, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also served via first class mail on the following counsel:

Raeann Warner
JACOBS & CRUMPLAR, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899
Phone: (302) 656-5445
Fax: (302) 655-9329

Robin L. Greenwald
Maja Lukic
Pearl Robertson
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Phone: (212) 558-5500
Fax: (212) 344-5461

Counsel for Plaintiff in *Zilmer v. Monsanto Co.*, Case No. 1:17-cv-00783-RGA (D. Del.).

Kelly E. Farnan
Katharine Lester Mowery
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
Suite 600
920 N. King Street
Wilmington, DE 19801
Phone: (302) 651-7700
Fax: (302) 651-7701

Co-counsel for Defendant in *Zilmer v. Monsanto Co.*, Case No. 1:17-cv-00783-RGA (D. Del.).

Dated: August 1, 2017                    Respectfully submitted,

                                         /s/ Joe G. Hollingsworth
                                         Joe G. Hollingsworth
                                         (jhollingsworth@hollingsworthllp.com)
                                         HOLLINGSWORTH LLP
                                         1350 I Street NW
                                         Washington D.C., 20005
                                         Phone: (202) 898-5800
                                         Fax: (202) 682-1639

                                         *Attorneys for Defendant*
                                         *Monsanto Company*