# BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

In re:  ROUNDUP PRODUCTS      )
        LIABILITY LITIGATION    )        MDL Docket No. 2741

## PROOF OF SERVICE

I hereby certify that on August 4, 2017, I electronically filed the Notice of Potential Tag-Along with the Clerk of the Court, using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Jessica L. Richman

**PARKER WAICHMAN LLP**

Jessica L. Richman
6 Harbor Park Drive
Port Washington, NY 11050
Tel. (516) 723-4627
Fax (516) 723-4727
Email: jrichman@yourlawyer.com

*Attorneys for Plaintiff*

1