## PROOF OF SERVICE

I hereby certify that on August 4, 2017, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which sent notification of such filing to all counsel of record.

/s/ Eric D. Holland
_____

### HOLLAND LAW FIRM

ERIC D. HOLLAND #39935-MO
300 North Tucker, Suite 801
St. Louis, MO  63101
Tel. 314-241-8111
Fax 314-241-5554
Email:  eholland@allfela.com

### PARKER WAICHMAN LLP

Jessica L. Richman
Parker Waichman LLP
(*pro hac vice* anticipated)
6 Harbor Park Drive
Port Washington, NY 11050
Tel. (516) 723-4627
Fax (516) 723-4727
Email: jrichman@yourlawyer.com

*Attorneys for Plaintiff*