## BEFORE THE UNITED STATES JUDICIAL PANEL

## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| Patricia Honaker and Charles Honaker v Monsanto Company, Docket No.: 4:17-cv-02170<br><br>Robert King and Carlesa King v Monsanto Company, Docket No.: 4:17-cv-02171<br><br>Alton McLendon and Beverly McLendon v Monsanto Company, Docket No.: 4:17-cv-02172<br><br>Richard Miller v Monsanto Company, Docket No.: 4:17-cv-02173<br><br>Randel White and Peggy White v Monsanto Company, Docket No.: 4:17-cv-02174<br><br>Suzanne Simpson and Roger Simpson v Monsanto Company, Docket No.: 4:17-cv-02175<br><br>William Medlin as Executor of the Estate of Billy Medlin, and Zella Medlin v Monsanto Company, Docket No.: 4:17-cv-02176 | In re:  ROUNDUP PRODUCTS<br>          LIABILITY LITIGATION<br><br>MDL Docket No. 2741 |

## NOTICE OF WITHDRAWAL OF NOTICE OF POTENTIAL TAG ALONG

**PLEASE TAKE NOTICE** that the undersigned counsel, hereby withdraws the Notice of Potential Tag-Along [Document 272] filed via CM/ECF on August 4, 2017.

Dated: August 8, 2017                              Respectfully submitted,

                                                              /s/ Jessica L. Richman

                                                              **PARKER WAICHMAN LLP**

Jessica L. Richman
*(pro hac vice anticipated)*
6 Harbor Park Drive
Port Washington, NY 11050
Tel. (516) 723-4627
Fax (516) 723-4727
Email: jrichman@yourlawyer.com

*Attorneys for Plaintiff*