**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

In re:  ROUNDUP PRODUCTS     )
       LIABILITY LITIGATION    )     MDL Docket No. 2741

**PROOF OF SERVICE**

I hereby certify that on August 8, 2017, I electronically filed the Withdrawal of Notice of Potential Tag-Along with the Clerk of the Court, using the CM/ECF system which sent notification of such filing to all counsel of record, including counsel for defendant, Monsanto Company:

HOLLINGSWORTH LLP
Joe G. Hollingsworth (pro hac vice) Eric G. Lasker (pro hac vice)
1350 I Street, N.W. Washington, DC 20005
Tel: 202-898-5800 Fax: 202-682-1639
Email: jhollingsworth@hollingsworthllp.com ; elasker@hollingsworthllp.com

                                            /s/ Jessica L. Richman

                                   **PARKER WAICHMAN LLP**

                                   Jessica L. Richman
                                   *(pro hac vice anticipated)*
                                   6 Harbor Park Drive
                                   Port Washington, NY 11050
                                   Tel. (516) 723-4627
                                   Fax (516) 723-4727
                                   Email: jrichman@yourlawyer.com

                                   *Attorneys for Plaintiff*