BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re:  ROUNDUP PRODUCTS         )
        LIABILITY LITIGATION     )          MDL Docket No. 2741

## NOTICE OF POTENTIAL TAG-ALONG

Notice is hereby issued of the existence of a potential tag-along actions pending in the United States District Court for the Eastern District of Missouri.

1. Patricia Honaker and Charles Honaker v. Monsanto Company, No. 4:17-cv-02170 (Eastern District of Missouri).

2. Robert King and Carlesa King v Monsanto Company, No. 4:17-cv-02171 (Eastern District of Missouri).

3. Alton McLendon and Beverly McLendon v Monsanto Company, No. 4:17-cv-02172 (Eastern District of Missouri).

4. Richard Miller v Monsanto Company, No. 4:17-cv-02173 (Eastern District of Missouri).

5. Randel White and Peggy White v Monsanto Company, No. 4:17-cv-02174 (Eastern District of Missouri).

6. Suzanne Simpson and Roger Simpson v Monsanto Company, No. 4:17-cv-02175 (Eastern District of Missouri).

7. William Medlin as Executor of the Estate of Billy Medlin, and Zella Medlin v Monsanto Company, No. 4:17-cv-02176 (Eastern District of Missouri).

Plaintiffs assert the same claims arising from the same wrongful pattern of conduct by Monsanto Company, et al., at issue in the group of related actions previously transferred to the Northern District of California pursuant to 28 U.S.C. § 1407. Copies of the currently operative Complaints and docket sheets are attached hereto. Further, the Schedule of Actions and Proof of Service are attached hereto.

Dated: August 8, 2017                    /s/ Jessica L. Richman

                                            **PARKER WAICHMAN LLP**

                                            Jessica L. Richman
*(pro hac vice anticipated)*
6 Harbor Park Drive
Port Washington, NY 11050
Tel. (516) 723-4627
Fax (516) 723-4727
Email: jrichman@yourlawyer.com

*Attorneys for Plaintiff*

2