**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

In re:  ROUNDUP PRODUCTS         )
       LIABILITY LITIGATION     )        MDL Docket No. 2741

## SCHEDULE OF ACTIONS

| Case Caption | Court | Civil Action Number | Judge |
| --- | --- | --- | --- |
| Patricia Honaker and Charles Honaker, -v- Monsanto Company | Eastern District of Missouri | 4:17-cv-02170 | Magistrate Judge Noelle C. Collins |
| Robert King and Carlesa King -v- Monsanto Company | Eastern District of Missouri | 4:17-cv-02171 | District Judge Charles A. Shaw |
| Alton McLendon and Beverly McLendon -v- Monsanto Company | Eastern District of Missouri | 4:17-cv-02172 | District Judge R. Richard Webber |
| Richard Miller -v- Monsanto Company | Eastern District of Missouri | 4:17-cv-02173 | District Judge Audrey G. Fleissig |
| Randel White and Peggy White -v- Monsanto Company | Eastern District of Missouri | 4:17-cv-02174 | Magistrate Judge Patricia L. Cohen |
| Suzanne Simpson and Roger Simpson -v- Monsanto Company | Eastern District of Missouri | 4:17-cv-02175 | District Judge Stephen N. Limbaugh, Jr, |
| William Medlin as Executor of the Estate of Billy Medlin, and Zella Medlin -v- Monsanto Company | Eastern District of Missouri | 4:17-cv-02176 | District Judge Henry Edward Autrey |

/s/ Jessica L. Richman

**PARKER WAICHMAN LLP**

Jessica L. Richman
*(pro hac vice anticipated)*
6 Harbor Park Drive
Port Washington, NY 11050
Tel. (516) 723-4627
Fax (516) 723-4727
Email: jrichman@yourlawyer.com

**HOLLAND LAW FIRM**

ERIC D. HOLLAND #39935-MO
300 North Tucker, Suite 801
St. Louis, MO  63101
Tel. 314-241-8111
Fax 314-241-5554
Email:  eholland@allfela.com

*Attorneys for Plaintiff*