BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re:  ROUNDUP PRODUCTS       )
       LIABILITY LITIGATION      )        MDL Docket No. 2741

**PROOF OF SERVICE**

I hereby certify that on August 8, 2017, I electronically filed the foregoing Schedule of Actions with the Clerk of the Court, using the CM/ECF system which sent notification of such filing to all counsel of record, including counsel for Defendant, Monsanto Company:

HOLLINGSWORTH LLP
Joe G. Hollingsworth (pro hac vice) Eric G. Lasker (pro hac vice)
1350 I Street, N.W. Washington, DC 20005
Tel: 202-898-5800 Fax: 202-682-1639
Email: jhollingsworth@hollingsworthllp.com ; elasker@hollingsworthllp.com

                            /s/ Jessica L. Richman

**PARKER WAICHMAN LLP**

Jessica L. Richman
*(pro hac vice anticipated)*
6 Harbor Park Drive
Port Washington, NY 11050
Tel. (516) 723-4627
Fax (516) 723-4727
Email: jrichman@yourlawyer.com

*Attorneys for Plaintiff*

1