BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on August 9, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Mathew J. Still
Tara Tabatabaie
Katie Griffin
SILL LAW GROUP, PLLC
14005 N. Eastern Avenue
Edmond, OK 73013
Phone: (405) 509-6300
Fax:     (405) 509-6268
E-mail:  matt@sill-law.com
        tara@sill-law.com
        katie@sill-law.com


Simone Fulmer
Harrison C. Lujan
Jacob L. Rowe
Andrea R. Ruse
FULMER GROUP PLLC
P.O. Box 2448
1101 N. Broadway Avenue, Suite 102
Oklahoma City, OK 73103
Phone: (405) 510-0077
E-mail: sfulmer@fulmergrouplaw.com
       hlujan@fulmergrouplaw.com
       jrowe@fulmergrouplaw.com
       andrea.rust@me.com

Counsel for Plaintiffs in *Clarke, et al. v. Monsanto Co.*, Case No. 5:17-cv-00561-R (W.D. Okla.)

Dated: August 9, 2017                                   Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant Monsanto Company*