UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 8/11/17

**District Court:** D. Arizona

**Number of Actions:** 21

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL