BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

SCHEDULE OF ACTIONS

|  | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 2. | Michael Foy | Monsanto Company | Eastern District of Missouri (St. Louis) | 4:17-cv-02230 | Hon. Stephen N. Limbaugh, Jr. |