**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on August 15, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Michael A. Rowe
Michael A. Cancelliere, Jr.
NASS CANCELLIERE BRENNER
1515 Market Street
Suite 2000
Philadelphia, PA 19102
Phone: (215) 546-8200
Fax:    (215) 545-1591
E-mail: marowe@ncblawfirm.com

    Counsel for Plaintiff in *Frederick Johnson v. Monsanto Co.*, Case No. 2:17-cv-03260-TJS (E.D. Pa.).

Dated: August 15, 2017

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant Monsanto Company*

1