**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on August 18, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

James G. O'Brien
David W. Zoll
ZOLL & KRANZ, LLC
6620 W. Central Ave.
Suite 100
Toledo, OH 43617
Phone: (419) 841-9623
Fax:     (419) 841-9719
E-mail: david@toledolaw.com
        jim@toledolaw.com

      Counsel for Plaintiff in *Catherine S. Cryan v. Monsanto Co.*, Case No. 3:17-cv-01721-JGC (N.D. Ohio).

Dated: August 18, 2017

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant Monsanto Company*