**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Tara L. DiVittorio, Individually and on behalf of her minor children, GD and DD | Monsanto Co. | Eastern District of Louisiana (New Orleans) | 2:17-cv-07820-EEF-JCW | U.S. District Judge Eldon E. Fallon |
| 2. | Shirley A. Hayes | Monsanto Co. | Eastern District of Louisiana (New Orleans) | 2:17-cv-07822-NJB-JVM | U.S. District Judge Nannette Jolivette Brown |
| 3. | Mary L. Koehn, individually and on behalf of the estate of Robert B. Koehn | Monsanto Co. | Western District of Louisiana (Lake Charles) | 2:17-cv-00863-JTT-KK | U.S. District Judge James T. Trimble, Jr. |