**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on August 22, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Preston L. Hayes
Ryan P. Monsour
CHEHARDY, SHERMAN, WILLIAMS. MURRAY,
RECILE, STAKELUM & HAYES, L.L.P.
One Galleria Boulevard
Suite 1100
Metairie, LA 70001
Phone: (504) 833-5600
Fax:     (504) 613-4528

>    Counsel for Plaintiff in *Hayes v. Monsanto Co.*, Case No. 2:17-cv-07822-NJB-JVM (E.D. La.) and co-counsel for Plaintiffs in *DiVittorio v. Monsanto Co.*, Case No. 2:17-cv-07820-EEF-JCW (E.D. La.).

Frank J. DiVittorio
CHEHARDY, SHERMAN, WILLIAMS. MURRAY,
RECILE, STAKE (HAMMOND)
111 N. Oak Street
Suite 200
Hammond, LA 70401
Phone: (504) 833-5600
Fax:     (504) 613-4528

>    Co-counsel for Plaintiffs in *DiVittorio v. Monsanto Co.*, Case No. 2:17-cv-07820-EEF-JCW (E.D. La.).

Hunter W. Lundy
Jackey W. South
Kritie M. Hightower
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Post Office Box 1310
Lake Charles, LA 70601
Phone: (337) 439-0707
Fax:    (337) 439-1029

      Counsel for Plaintiffs in *Koehn v. Monsanto Co.*, Case No. 2:17-cv-00863-JTT-KK
(W.D. La.).


Dated: August 22, 2017               Respectfully submitted,

                          /s/ Joe G. Hollingsworth
                          Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant Monsanto Company*