BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|----|-----------|------------|----------|------------------|-------|
| 1. | Thomas Baker and Marcia Baker | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-01254-RGA | U.S. District Judge Richard G. Andrews |
| 2. | Frank Gandolfo | Monsanto Co. | Middle District of Florida (Tampa) | 8:17-cv-01622-RAL-JSS | U.S. District Judge Richard A. Lazzara |
| 3. | Edwin Slominski | Monsanto Co. | District of New Mexico (Albuquerque) | 1:17-cv-00884-SCY-JHR | U.S. District Judge Steven C. Yarbrough |