BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on September 7, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

James D. Heisman
NAPOLI SHKOLNIK, LLC
One 919 North Market Street
Suite 1801
Wilmington, DE 19801
Phone: (302) 330-8025
Fax:    (302) 658-5614

    Counsel for Plaintiffs in *Baker v. Monsanto Co.*, Case No. 1:17-cv-01254-RGA (D. Del.).

Carlos Raul Diez-Arguelles
DIEZ-ARGUELLES & TEJEDOR, PA
505 N. Mills Ave.
Orlando, FL 32803
Phone: (407) 705-2880

    Counsel for Plaintiff in *Gandolfo v. Monsanto Co.*, Case No. 8:17-cv-01622-RAL-JSS (M.D. Fla.).

Albert N. Thiel, Jr.
WILL FERGUSON & ASSOCIATES
1720 Louisiana Blvd NE #100
Albuquerque, NM 87110
Phone: (505) 243-5566
Fax:    (505) 243-5699

1

2

Counsel for Plaintiffs in *Slominski v. Monsanto Co.*, Case No. 1:17-cv-00884-SCY-JHR (D.N.M.).

Dated: September 7, 2017                                    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant Monsanto Company*