BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

## SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|----|------------|------------|----------|------------------|-------|
| 1. | Anthony Pearce | Monsanto Company | Eastern District of Missouri (St. Louis) | 4:17-cv-02355 | Hon. Charles A. Shaw |
| 2. | **Elizabeth Bare,** *Surviving heir of Stephanie Bare-Wheeler on behalf of all legal heirs of Stephanie Bare-Wheeler* <br><br>**Estate of Stephanie Bare-Wheeler,** *By and through her representative Elizabeth Bare* | Monsanto Company | Eastern District of Missouri (St. Louis) | 4:17-cv-02354 | Hon. E. Richard Webber |