# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 9/8/17

District Court:   E.D. Louisiana

Number of Actions: 1

Complaints and Docket Sheets are attached.

_____
CLERK OF THE PANEL