BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS                     MDL No. 2741
LIABILITY LITIGATION

NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation undersigned counsel writes to notify you of the potential tag-along actions listed on the attached Schedule of Actions. Docket sheets and complaints are attached.

Dated: September 12, 2017          Respectfully Submitted,

                                   /s/ Aimee H. Wagstaff
                                   Aimee H. Wagstaff
                                   David J. Wool
                                   **Andrus Wagstaff, P.C.**
                                   7171 W. Alaska Drive
                                   Lakewood, CO 80226
                                   Telephone: (720)-208-9414
                                   Facsimile: (303)-376-6361
                                   aimee.wagstaff@andruswagstaff.com

                                   *Counsel for Plaintiffs*