BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS                    MDL No. 2741
LIABILITY LITIGATION

## SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|----|------------|------------|----------|------------------|-------|
| 1. | **David Kearney** | Monsanto Company | Eastern District of Missouri (St. Louis) | 4:17-cv-02378 | Hon. John A. Ross |
| 2. | **Gerald Priem,** *Surviving spouse of Bonnie E. Priem on behalf of all legal heirs of Bonnie E. Priem* <br><br> **Estate of Bonnie E. Priem,** *By and through her representative Gerald Priem* | Monsanto Company | Eastern District of Missouri (St. Louis) | 4:17-cv-02382 | Hon. Shirley Padmore Mensah |