**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS             MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant Monsanto Company hereby notifies the Clerk of the Panel of the potential tag-along actions listed on the attached Schedule of Actions.

The docket sheets and complaints for these potential tag-along actions are attached.

Dated: September 14, 2017             Respectfully submitted,

             /s/ Joe G. Hollingsworth
             Joe G. Hollingsworth
             (jhollingsworth@hollingsworthllp.com)
             HOLLINGSWORTH LLP
             1350 I Street NW
             Washington D.C., 20005
             Phone: (202) 898-5800
             Fax: (202) 682-1639

             *Attorneys for Defendant Monsanto Company*

1