BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Laurie and Michael Marniella | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:17-cv-01593-HEA | U.S. District Judge Henry Edward Autrey |
| **2.** | Albert and Leslie Angel | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:17-cv-02368-HEA | U.S. District Judge Henry Edward Autrey |

1