**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on September 14, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

James T. Corrigan
ONDER AND SHELTON, L.L.C.
110 East Lockwood
St. Louis, MO 63119
Wilmington, DE 19801
Phone: (314) 963-9000
Fax:    (314) 963-1700

      Counsel for Plaintiffs in *Marniella v. Monsanto Co.*, Case No. 4:17-cv-01593-HEA (E.D. Mo.), and *Angel v. Monsanto Co.*, Case No. 4:17-cv-02368-HEA (E.D. Mo.).

Dated: September 14, 2017

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant Monsanto Company*