BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION     MDL No. 2741

## SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|----|------------|------------|----------|------------------|-------|
| 1. | Reno Votta | Monsanto Company | Eastern District of Missouri (St. Louis) | 4:17-cv-02402 | Hon. David D. Noce |
| 2. | Michael Fair | Monsanto Company | Eastern District of Missouri (St. Louis) | 4:17-cv-02399 | Hon. Catherine D. Perry |