**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | David Ayres | Monsanto Co. | Southern District of Georgia (Savannah) | 4:17-cv-00169-WTM-GRS | U.S. District Judge William T. Moore, Jr. |
| 2. | William Ritchie | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:17-cv-02428-HEA | U.S. District Judge Henry Edward Autrey |
| 3. | James Suding and Cathleen Suding | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:17-cv-02302-NCC | Magistrate Judge Noelle C. Collins |