BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on September 21, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Eugene C. Brooks
BROOKS LAW FIRM
313 West York Street
Savannah, GA 31401
Phone: (912) 233-9696

    Counsel for Plaintiffs in *Ayres v. Monsanto Co.*, Case No. 4:17-cv-00169-WTM-GRS (S.D. Ga)

Eric D. Holland
HOLLAND LAW FIRM
300 North Tucker Blvd.
Suite 801
St. Louis, MO 63101
Phone: (314) 241-8111
Fax:    (314) 241-5554

    Counsel for Plaintiffs in *Ritchie v. Monsanto Co.*, Case No. 4:17-cv-02428-HEA (E.D. Mo.), and *Suding v. Monsanto Co.*, Case No. 4:17-cv-02302-NCC (E.D. Mo.)

Jessica L. Richman
PARKER WAICHMAN LLP
6 Harbor Park Drive
Port Washington, NY 11050
Phone: (516) 723-4627
Fax:    (516) 723-4727

    Counsel for Plaintiffs in *Ritchie v. Monsanto Co.*, Case No. 4:17-cv-02428-HEA (E.D. Mo.), and *Suding v. Monsanto Co.*, Case No. 4:17-cv-02302-NCC (E.D. Mo.)

Dated: September 21, 2017    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant Monsanto Company*