**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS			MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| 1. | Carmen Batch | Monsanto Co. | Middle District of Georgia (Valdosta) | 7:17-cv-00160-HL | U.S. District Judge Hugh Lawson |
| 2. | Lenvil Ramey and Helenka Ramey | Monsanto Co. | Western District of Kentucky (Louisville) | 3:17-cv-00601-DJH | U.S. District Judge David J. Hale |
| 3. | Arthur Sweat | Monsanto Co. | Southern District of Georgia (Waycross) | 5:17-cv-00127-LGW-RSB | U.S. District Judge Lisa G. Wood |