**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on October 3, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Eugene C. Brooks
BROOKS LAW FIRM
313 West York Street
Savannah, GA 31401
Phone: (912) 233-9696
Fax: (912) 232-8620

    Counsel for Plaintiffs in *Batch v. Monsanto Co.*, Case No. 7:17-cv-00160-HL (M.D. Ga.), and *Sweat v. Monsanto Co.*, Case No. 5:17-cv-00127-LGW-RSB (S.D. Ga.)

Philip J. Edwards
Attorney at Law
3 Hawthorne Building
Louisville, KY 40204
Phone: (502) 648-7671

    Counsel for Plaintiffs in *Lenvil Ramey and Helenka Ramey v. Monsanto Co.*, Case No. 3:17-cv-00601-DJH (W.D. Ky.)

2

Dated: October 3, 2017                          Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

2