BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Marlene Pettinati and Henry Pettinati | Monsanto Co. | Eastern District of Pennsylvania (Philadelphia) | 2:17-cv-03365-GJP | U.S. District Judge Gerald J. Pappert |
| **2.** | Gloria Barnard and Robert Barnard | Monsanto Co. | District of Arizona (Tucson) | 4:17-cv-00313-RM | U.S. District Judge Rosemary Marquez |