**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on October 4, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Michael A. Cancelliere, Jr.
Michael A. Rowe
NESS CANCELLIERE BRENNER
1515 Market Street, Suite 2000
Philadelphia, PA  191012
Phone: (215) 546-8200
Fax:    (215) 545-1591
E-mail: macancelliere@hbnpclaw.com
              marowe@ncblawfirm.com

    Counsel for Plaintiffs in *Marlene Pettinati and Henry Pettinati*, Case No. 2:17-cv-03365-GJP (E.D. Pa.)

David J. Diamond
GOLDBERG & OSBORNE
698 E Wetmore Rd., Suite 200
Tucson, AZ  85705
Phone: (520) 879-7168
Fax:    (520) 620-3991
E-mail:  ddiamond@goldbergandosborne.com

    Counsel for Plaintiffs in *Gloria Barnard and Robert Barnard*, Case No. 4:17-cv-00313-RM (D. Ariz.)

Dated: October 4, 2017

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*