# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

JOHN S. COURTER
CLERK OF COURT

COUNCIL BLUFFS
DAVENPORT
DES MOINES

October 13, 2017

Jeffery Luth, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judicial Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington DC 20002-8004

*In Re:* MDL 2741 Monsanto Company

Dear Mr. Luthi:

Enclosed is a copy of the complaint from the action filed in the Southern District of Iowa, Des Moines Division by plaintiff John Bailey, against defendant Monsanto Company please forward this complaint to the panel for review of a Potential Tag-Along Action to the above entitled MDL case.

Should you have any questions, please do not hesitate to contact this office.

Sincerely,
/s/ Donnell Vance
Deputy Clerk
Phone number 515-323-2862
John S. Courter
CLERK OF COURT