BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION

SCHEDULE OF ACTION

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| 1. | Roger Ward | Monsanto Co. | Alabama Middle District (Opelika) | 3:17-cv-00695-WKW-GMB | Chief Judge William Keith Watkins |