BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on November 1, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

James W. Nobles, Jr.
201 Clinton Parkway
Clinton, MS 39056
Phone: (601) 926-1912
Fax: (601) 926-1914

    Co-counsel for Plaintiff in *Woodruff v. Monsanto Co.*, Case No. 3:17-cv-00862-WHB-JCG (S.D. Miss.)

Travis T. Vance, Jr.
914 Grove Street
Vicksburg, MS 39180
Phone: (601) 638-0046
Fax: (601) 638-1673

    Co-counsel for Plaintiff in *Woodruff v. Monsanto Co.*, Case No. 3:17-cv-00862-WHB-JCG (S.D. Miss.)

2

Dated: November 1, 2017                                       Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*