BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS             MDL No. 2741
LIABILITY LITIGATION

NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, undersigned counsel writes to notify you of the potential tag-along action listed on the attached Schedule of Action. Docket sheet and complaint are attached.

Respectfully submitted,

VARNUM LLP
Attorneys for Plaintiff, Robert Frederick Brown, Sr.

Date: November 3, 2017        By:    /s/ Brion B. Doyle
                                     Brion B. Doyle (P67870)
                              Business Address and Telephone:
                                     Bridgewater Place, P.O. Box 352
                                     Grand Rapids, MI 49501-0352
                                     (616) 336-6000

12254124_1.docx