BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION          MDL No. 2741

NOTICE OF POTENTIAL TAG-ALONG ACTION

SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|----|------------|------------|----------|------------------|-------|
| 1. | Robert Brown, Sr. | Monsanto Company | Western District of Michigan | 1:17-cv-632 | Paul L. Maloney |

Respectfully submitted,

V<small>ARNUM</small> LLP
Attorneys for Plaintiff, Robert Frederick Brown, Sr.

Date: November 3, 2017

By:     /s/ Brion B. Doyle
    Brion B. Doyle (P67870)
Business Address and Telephone:
    Bridgewater Place, P.O. Box 352
    Grand Rapids, MI 49501-0352
    (616) 336-6000

12254255_1.docx