BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS         MDL No. 2741
LIABILITY LITIGATION

## PROOF OF SERVICE

I hereby certify that on November 3, 2017, I electronically filed the foregoing Notice of Potential Tag-Along Action with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which sent notifications to all Counsel of record.  Also, on November 3, 2017, I served copies of the documents via First Class Mail on the following:

Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
Tel: 314-694-100
*Defendant's Corporate Headquarters*

                                 Respectfully submitted,

                                 VARNUM LLP
                                 Attorneys for Plaintiff, Robert Frederick Brown, Sr.

Date: November 3, 2017            By:   /s/ Brion B. Doyle
                                           Brion B. Doyle (P67870)
                                 Business Address and Telephone:
                                     Bridgewater Place, P.O. Box 352
                                     Grand Rapids, MI 49501-0352
                                     (616) 336-6000

12254431_1.docx