BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION

## SCHEDULE OF ACTION

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|----|------------|------------|----------|------------------|-------|
| 1. | David Beaudet, Ramon Benacidez, Norman Benacidez, Ronald Brook, Andrea Brook, Dean Brooks, Deborah Brooks, Marie Carlisle (as next of kin for Amanda Conway), Rosalinda Castro, Richard Colasuonno, Dianne Cox, Christopher Dannen, Michael Furnice, Jesus Gastelum, Isabelle Gastelum, Candy Glenn, Mark Golike, Becky Golike, Michael Grasso, Derril Hayes, Cecelia Hines, Sam Hoffman, Martha Hoffman, Dena Jones, Erwin Klaas, Kevin Kraner, Thomas Laguidice, Carol Laguidice, Timm Larson, Leanne Lathrop, Robydee Laumbach, Randy | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:17-cv-02656-CDP | District Judge Catherine D. Perry |

| | | | | | |
|---|---|---|---|---|---|
| | Luff, Jonathan Machtemes, Richard Manegio, James Modisher, Susan Modisher, Jerry Pitman, Kaffle Pitman, Denise Pitts (as next of kin for Kirk Pitts), Rhonda Powell, Jason Powell, Morris Price, Katheleen Price, Juan Rivera, Thomas Sampson, Renae Sampson, Frederick Sands, Timothy Scully, Daniel Shaw, Lewis Smith, III, Irene Springer, Dave Stephens, Barbara Stephens, Frederick Thornton, Fred Vanderlaan, Gary Walker, Rhonda Walker, Donald White, Denise White, Ben Zupan, Laura Zupan | | | | | |