**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on November 6, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

James T. Corrigan, Esq.
O'LEARY AND SHELTON LLC
The University Tower
1034 S. Brentwood Blvd., Penthouse 1-A
St. Louis, MO 63117
Phone: (314) 963-9000
Fax:    (314) 963-1700
Email: corrigan@osclaw.com

      Counsel for Plaintiffs in *Beaudet v. Monsanto Co.*, Case No. 4:17-cv-02656-CDP (E.D. Mo.)

Dated: November 6, 2017                      Respectfully submitted,

                                                              /s/ Joe G. Hollingsworth
                                                            Joe G. Hollingsworth, Esq.
                                                            (jhollingsworth@hollingsworthllp.com)
                                                           HOLLINGSWORTH LLP
                                                           1350 I Street, N.W.
                                                           Washington, D.C., 20005
                                                          Phone: (202) 898-5800
                                                          Fax:    (202) 682-1639

                                                          *Attorneys for Defendant Monsanto Company*