BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

## SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|----|------------|------------|----------|------------------|-------|
| 1. | Beverly Koons | Monsanto Company | Eastern District of Missouri (St. Louis) | 4:17-cv-02685 | Hon. John A. Ross |