**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **IN RE: ROUNDUP** | § | **MDL NO. 2741** |
| **PRODUCTS LIABILITY** | § | |
| **LITIGATION** | § | |

## <u>PROOF OF SERVICE</u>

I hereby certify that on November 8, 2017, I electronically filed the foregoing Notice of

Potential Tag-Along Actions with the United States Judicial Panel on Multidistrict Litigation

using the CM/ECF system, which sent notifications to all Counsel of record. Also on November

8, 2017, I served copies of the documents via First Class Mail on the following:

Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
Tel: 314-694-1000
*Defendant's Corporate Headquarters*


Dated: November 8, 2017                     /s/ Aimee H. Wagstaff
                                            *Counsel for Plaintiffs*