**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on November 13, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Karen H. Beyea-Schroeder
BURNETT LAW FIRM
3737 Buffalo Speedway
Suite 1850
Houston, TX 77098
Phone: (832) 413-4410
Fax:     (832) 900-2120

    Co-counsel for Plaintiffs in *Schroeder v. Monsanto Co.*, Case No. 2:17-cv-08197-MCA-CLW (D.N.J.)

Rachal G. Rojas
JOHNSON LAW GROUP
2925 Richmond Ave.
Suite 1700
Houston, TX 77098
Phone: (713) 626-9336
Fax:     (713) 583-9460

    Co-counsel for Plaintiffs in *Schroeder v. Monsanto Co.*, Case No. 2:17-cv-08197-MCA-CLW (D.N.J.)

Dated: November 13, 2017

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C., 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*