BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation undersigned counsel writes to notify you of the potential tag-along actions listed on the attached Schedule of Actions. Docket sheets and complaints are attached.

Dated: November 17, 2017　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　/s/ Aimee H. Wagstaff
　　　　　　　　　　　　　　　　　　　Aimee H. Wagstaff
　　　　　　　　　　　　　　　　　　　David J. Wool
　　　　　　　　　　　　　　　　　　　**Andrus Wagstaff, P.C.**
　　　　　　　　　　　　　　　　　　　7171 W. Alaska Drive
　　　　　　　　　　　　　　　　　　　Lakewood, CO 80226
　　　　　　　　　　　　　　　　　　　Telephone: (720)-208-9414
　　　　　　　　　　　　　　　　　　　Facsimile: (303)-376-6361
　　　　　　　　　　　　　　　　　　　aimee.wagstaff@andruswagstaff.com

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*