BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION        MDL No. 2741

SCHEDULE OF ACTIONS

| | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Kevin McNew | Monsanto Company | Eastern District of Missouri (St. Louis) | 4:17-cv-02728 | Hon. Catherine D. Perry |