# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 11/27/2017

District Court: M.D. Alabama

Number of Actions: 1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL