BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Philip Boudreau and Viola Boudreau | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:17-cv-02700-JAR | U.S. District Judge John A. Ross |
| 2. | Timothy Roberts | Monsanto Co. | Eastern District of Kentucky (Lexington) | 5:17-cv-00409-JMH | U.S. District Judge Joseph M. Hood |