**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on November 29, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb
BROWN & CROUPPEN,  P.C.
One Metropolitan Square
211 N. Broadway
Suite 1600
St. Louis, MO  63102
Phone: (314) 222-2222
Fax:    (314) 421-0359

Counsel for Plaintiffs in *Boudreau v. Monsanto Co.*, Case No. 4:17-cv-02700-JAR (E.D. Mo.)

Richard W. Schulte
WRIGHT & SCHULTE, LLC
865 S. Dixie Drive
Vandalia, OH  45377
Phone: (937) 435-7500
Fax:    (937) 435-7511

Tad Thomas
THOMAS LAW OFFICES, PLLC
9418 Norton Commons Boulevard
Suite 200
Louisville, KY  40059
Phone: (877) 256-4296
Fax:    (877) 955-7002

Co-counsel for Plaintiffs in *Roberts v. Monsanto Co.*, Case No. 5:17-cv-00409-JMH (E.D. Ky.)

Dated: November 29, 2017

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C.  20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*