**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Angela Matchett | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-01748-UNA | Unassigned |
| **2.** | Wilma L. Williams | Monsanto Co. | District of Delaware (Wilmington) | 1:17-cv-01749-UNA | Unassigned |