**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**AMENDED PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on December 6, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

David T. Crumplar
JACOBS & CRUMPLAR, P.A.
750 Shipyard Drive, Suite 200
Wilmington, DE 19801
Phone: (302) 656-5445

> Counsel for Plaintiffs in *Angela Matchett v. Monsanto Co.*, Case No. 1:17-cv-01748-UNA (D. Del.) and *Wilma L. Williams v. Monsanto Co.*, Case No. 1:17-cv-01749-UNA (D. Del.)

Michael J. Miller
Timothy Litzenburg
THE MILLER FIRM , LLC
108 Railroad Avenue
Orange, VA 22960
Phone: (540) 672-4224

> Counsel for Plaintiff in *Angela Matchett v. Monsanto Co.*, Case No. 1:17-cv-01748-UNA (D. Del.)

1

Robin L. Greenwald
Maja Lukic
Pearl Robertson
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Phone: (212) 558-5500
Fax:    (212) 344-5461

    Counsel for Plaintiff in *Wilma L. Williams v. Monsanto Co.*, Case No. 1:17-cv-01749-UNA (D. Del.)


Dated: December 7, 2017        Respectfully submitted,

        /s/ Joe G. Hollingsworth
        Joe G. Hollingsworth, Esq.
        (jhollingsworth@hollingsworthllp.com)
        HOLLINGSWORTH LLP
        1350 I Street, N.W.
        Washington, D.C.  20005
        Phone: (202) 898-5800
        Fax:    (202) 682-1639

        *Attorneys for Defendant Monsanto Company*