# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** **12/7/2017**

District Court: D. Arizona

Number of Actions: 4

Complaints and Docket Sheets are attached.

_____
CLERK OF THE PANEL