**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| 1. | James F. Brown and Teresa Brown | Monsanto Co. | Northern District of Georgia (Atlanta) | 1:17-cv-04778-CAP | District Judge Charles A. Pannell, Jr. |
| 2. | Denise Mancini | Monsanto Co. | Western District of Pennsylvania (Pittsburgh) | 2:17-cv-01450-DSC | District Judge David S. Cercone |
| 3. | Thomas E. Randall and Lavonne Randall | Monsanto Co. | Northern District of Georgia (Atlanta) | 1:17-cv-04779-WSD | District Judge William S. Duffey, Jr. |
| 4. | Jarvis A. White and Parkeya Andrews | Monsanto Co. | Northern District of Georgia (Atlanta) | 1:17-cv-04781-AT | District Judge Amy Totenberg |