BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on December 11, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Jonathan Wesley Johnson
JONATHAN W. JOHNSON, LLC
2296 Henderson Mill Road
Suite 304
Atlanta, GA 30345
Phone: (404) 298-0795
Fax:    (404) 941-2285

    Counsel for Plaintiffs in *Brown v. Monsanto Co.*, Case No. 1:17-cv-04778-CAP (N.D. Ga.), *Randall v. Monsanto Co.*, Case No. 1:17-cv-04779-WSD (N.D. Ga.), and *White v. Monsanto Co.*, Case No. 1:17-cv-04781-AT (N.D. Ga.)

Jason M. Schiffman
Daniel S. Schiffman
SCHIFFMAN FIRM, LLC
1300 Fifth Avenue
Pittsburgh, PA 15219
Phone: (412) 288-9444
Fax:    (412) 288-9455

    Counsel for Plaintiffs in *Mancini v. Monsanto Co.*, Case No. 2:17-cv-01450-DSC (W.D. Pa.)

Dated: December 11, 2017                    Respectfully submitted,

    /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*