**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Ruben Hernandez and Martha Hernandez | Monsanto Co. | Southern District of California (San Diego) | 3:17-cv-02009-CAB-JLB | District Judge Cathy Ann Bencivengo |
| 2. | Manuel Llamas | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:17-cv-02807-NAB | Magistrate Judge Nannette A. Baker |