BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on December 12, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Deborah S. Kerr
GOLDBERG & OSBORNE LLP
915 West Camelback Road
Phoenix, AZ 85013
Phone: (602) 808-6784
Fax:    (602) 808-6940

    Counsel for Plaintiffs in *Hernandez v. Monsanto Co.*, Case No. 3:17-cv-02009-CAB-JLB (S.D. Cal.)

Kirk J. Goza
GOZA & HONNOLD LLC
11181 Overbrook Road
Suite 200
Leawood, KS 66211
Phone: (913) 451-3433
Fax:    (913) 839-0567

    Counsel for Plaintiff in *Llamas v. Monsanto Co.*, Case No. 4:17-cv-02807-NAB (E.D. Mo.)

Dated: December 12, 2017

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C.  20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*