BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: Roundup Products Liability Litigation					MDL No. 2741

NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiffs, Warren Ahrent and Vicki Ahrent write to notify you of the potential tag along action listed on the attached Schedule of Action.  Plaintiffs respectfully request transfer of the action for coordinated pretrial proceedings in the above-listed MDL.  The action share numerous common issues with those already coordinated in the MDL, and coordination is appropriate here for the same reasons as those set forth in the Panel's initial transfer order of October 4, 2016.

A docket sheet and complaint is attached.

							Sincerely,

							/s/ Thomas V. Ayala

							Thomas V. Ayala, Esquire
							Grant & Eisenhofer, P.A.
							123 Justison Street
							Wilmington, DE  19801
							Telephone: (302) 622-7011
							Email:  Tayala@gelaw.com

							Counsel for Plaintiffs