# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

In re: Roundup Products Liability Litigation                    MDL No. 2741

## NOTICE OF POTENTIAL TAG-ALONG ACTION

|   | Plaintiffs | Defendants | District | Civil Action No | Judge |
|---|---|---|---|---|---|
| 1. | Warren Ahrent and Vicki Ahrent | Monsanto Company | E.D. Tennessee | 2:17-cv-00223 | Judge Pamela L, Reeves |