BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE**: Roundup Products Liability Litigation            MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Potential Tag-Along Action were served through the CM/ECF system, and copies will be sent via electronic mail, to the below:

**MONSANTO COMPANY**
c/o Martin C. Calhoun, Esquire
Hollingsworth LLP
1350 I Street NW
Washington, DC  20005
Email:  Mcalhoun@hollingsworthllp.com

Dated this 14th day of December, 2017

                                             Respectfully Submitted,

                                             /s/ Thomas V. Ayala
                                             Thomas V. Ayala, Esquire
                                             Grant & Eisenhofer,P.A.
                                             123 Justison Street, Suite 700
                                             Wilmington, DE  19801
                                             Telephone:  302-622-7000
                                             Fax:  302-622-7100
                                             Email:  tayala@gelaw.com

                                             **Counsel for Plaintiffs, Warren Ahrent**
                                             **and Vicki Ahrent**