BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| 1. | Myrlon Edwards, Daniel Fink, Christopher Moore, Sara Partee, Ronald McCravey, and Loretta McCravey | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:17-cv-02883-PLC | Magistrate Judge Patricia L. Cohen |
| 2. | John Gray | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:17-cv-02882-HEA | District Judge Henry Edward Autrey |
| 3. | Richard Heinzen and Katerina Heinzen | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:17-cv-02881-CAS | District Judge Charles A. Shaw |

1