BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on December 15, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Andrew S. Williams, Esq.
SIMMONS HANLY CONROY, LLC
231 S. Bemiston Avenue
Suite 525
St. Louis, MO 63105
Phone: (314) 644-6222

Matthew J. Sill, Esq.
FULMER SILL PLLC
1101 N. Broadway Avenue
Suite 102
Oklahoma City, OK 73103
Phone: (405) 509-6300

    Counsel for Plaintiffs in *Edwards v. Monsanto Co.*, Case No. 4:17-cv-02883-PLC (E.D. Mo.)

Sarah Shoemake Doles, Esq.
Jeffrey J. Lowe, Esq.
John F. Garvey, Esq.
CAREY DANIS & LOWE
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105
Phone: (314) 725-7700
Fax:   (314) 721-0905

1

Ellen A. Presby, Esq.
NEMEROFF LAW FIRM
2626 Cole Avenue
Suite 450
Dallas, TX 75204
Phone: (214) 774-2258
Fax:    (214) 393-7897

      Counsel for Plaintiff in *Gray v. Monsanto Co.*, Case No. 4:17-cv-02882-HEA (E.D. Mo.)

William A. Kohlburn, Esq.
SIMMONS HANLY CONROY, LLC
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax:    (618) 259-2251

      Counsel for Plaintiffs in *Heinzen v. Monsanto Co.*, Case No. 4:17-cv-02881-CAS (E.D. Mo.)

Dated: December 15, 2017

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*