BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Patricia Lashock | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:17-cv-02841-DDN | Magistrate Judge David D. Noce |
| 2. | Thomas Martin | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:17-cv-02871-HEA | District Judge Henry Edward Autrey |
| 3. | Leslie Olson, Jr. | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:17-cv-02869-SPM | Magistrate Judge Shirley Padmore Mensah |
| 4. | Phillip Skundrick | Monsanto Co. | District of Oregon (Medford (1)) | 1:17-cv-01887-CL | Magistrate Judge Mark D. Clarke |