BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on December 20, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

D. Todd Mathews, Esq.
GORI JULIAN & ASSOCIATES, P.C.
156 N. Main St.
Edwardsville, IL 62025
Phone: (618) 659-9833
Fax:    (618) 659-9834

Peter A. Miller, Esq.
MILLER DELLAFERA PLC
3420 Pump Rd.
PMB 404
Henrico, VA 23233
Phone: (800) 401-6670
Fax:    (888) 830-1488

    Co-Counsel for Plaintiff in *Lashock v. Monsanto Co.*, Case No. 4:17-cv-02841-DDN (E.D. Mo.)

Kirk J. Goza, Esq.
GOZA & HONNOLD LLC
11181 Overbrook Road
Suite 200
Leawood, KS 66211
Phone: (913) 451-3433
Fax:    (913) 839-0567

    Counsel for Plaintiff in *Martin v. Monsanto Co.*, Case No. 4:17-cv-02871-HEA (E.D. Mo.) and *Olson v. Monsanto Co.*, Case No. 4:17-cv-02869-SPM (E.D. Mo.)

1

Jason Kafoury, Esq.
KAFOURY & MCDOUGAL
411 SW 2nd Ave
Suite 200
Portland, OR 97204
Phone: (503) 224-2647
Fax:     (503) 224-2673

Richard W. Schulte, Esq.
WRIGHT & SCHULTE, LLC
865 S. Dixie Dr.
Vandalia, OH 45377
Phone: (937) 435-7500
Fax:     (937) 435-7511

    Co-Counsel for Plaintiff in *Skundrick v. Monsanto Co.*, Case No. 1:17-cv-01887-CL (D. Or.)

Dated: December 20, 2017

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C.  20005
Phone: (202) 898-5800
Fax:     (202) 682-1639

*Attorneys for Defendant Monsanto Company*