BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| This document relates to the following case: | |
| *John Gray v. Monsanto Company,* Eastern District of Missouri, Civil Action No. 4:17-cv-02882-HEA | |

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER-61

COMES NOW Plaintiff John Gray and files this Notice of Opposition to Conditional Transfer Order No. 61 ("CTO-61"), pursuant to Rule 7.1(f) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and would show the Panel as follows:

1. Plaintiff filed this lawsuit in Missouri state court to recover damages for injuries sustained as a result of using Defendant Monsanto Company's unreasonably dangerous and defective product, Roundup®

2. On December 18, 2017, the Panel entered CTO-61, conditionally ordering the transfer of this case to the United States District Court for the Northern District of California.

3. Plaintiff opposes the transfer of this case to the Northern District of California. Plaintiff therefore files this Notice of Opposition to Conditional Transfer Order No. 61 in accordance with the rules and deadlines prescribed by the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. Plaintiff further intends to file a Motion to Vacate the Conditional Transfer Order within fourteen days of filing this Notice of Opposition.

WHEREFORE, Plaintiff serves this Notice of Opposition to Conditional Transfer Order No. 61 and further expresses Plaintiff's intention to file a Motion to Vacate Conditional Transfer Order No. 61 within fourteen days of the filing of this Notice.

DATED this 26th day of December, 2017        Respectfully submitted,

        **CAREY DANIS & LOWE**

By:   /s/*Jeffrey J. Lowe*_____
Jeffrey J. Lowe, MO Bar #35114
John F. Garvey, MO Bar #35879
Sarah Shoemake Doles, MO Bar #45747
8235 Forsyth Boulevard, Suite 1100
Clayton, Missouri 63105
Phone: (314) 725-7700
Fax: (314) 721-0905
jlowe@careydanis.com
jgarvey@careydanis.com
sdoles@careydanis.com

**NEMEROFF LAW FIRM**

Ellen A. Presby, TX Bar #16249600
2626 Cole Ave., Suite 450
Dallas, TX 75204
Phone: (214) 774-2258
Fax: (214) 393-7897
ellenpresby@nemerofflaw.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 26, 2017, I electronically filed the foregoing document with the Clerk for the Judicial Panel of Multidistrict Litigation pursuant to its electronic filing system (CM/ECF). The ECF sent a "Notice of Electronic Filing" to the attorneys of record who have consented to accepting service via this method.

Christine F. Miller
Gregory J. Minana
Erik L. Hansell
HUSCH BLACKWELL LLP
The Plaza in Clayton
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Phone: (314) 480-1500
Fax: (314) 480-1505
chris.miller@huschblackwell.com
greg.minana@huschblackwell.com
erik.hansell@huschblackwell.com

Joe G. Hollingsworth
HOLLINGSWORTH LLP
1350 I Street N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639
jhollingsworth@hollingsworthllp.com

Mr. James G. Woodward, Clerk of Court
United State District Court
Eastern District of Missouri
Thomas F. Eagleton Courthouse
111 South 10th Street, Suite 3300
St. Louis, MO 63102
Phone: (314) 244-7900
Fax: (314) 244-7909
jim_woodward@moed.uscourts.gov

                                    *s/ Jeffrey J. Lowe*_____
                                    Jeffrey J. Lowe
                                    Counsel for Plaintiff