BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to the following case:<br><br>*John Gray v. Monsanto Company,*<br>Eastern District of Missouri,<br>Civil Action No. 4:17-cv-02882-HEA | **MDL NO. 2741** |

## SCHEDULE OF ACTIONS

Pursuant to Rule 6.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff submits that this document relates to the following case:

*John Gray v. Monsanto Company,* originally filed in the Circuit Court of St. Louis County, Missouri, Cause No. 17SL-CC04425; removed to the United States District Court for the Eastern District of Missouri, *Gray v. Monsanto Company,* Civil Action No. 4:17-cv-02882-HEA