## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 26, 2017, I electronically filed the foregoing document with the Clerk for the Judicial Panel of Multidistrict Litigation pursuant to its electronic filing system (CM/ECF). The ECF sent a "Notice of Electronic Filing" to the attorneys of record who have consented to accepting service via this method.

Christine F. Miller
Gregory J. Minana
Erik L. Hansell
HUSCH BLACKWELL LLP
The Plaza in Clayton
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Phone: (314) 480-1500
Fax: (314) 480-1505
chris.miller@huschblackwell.com
greg.minana@huschblackwell.com
erik.hansell@huschblackwell.com

Joe G. Hollingsworth
HOLLINGSWORTH LLP
1350 I Street N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639
jhollingsworth@hollingsworthllp.com

Mr. James G. Woodward, Clerk of Court
United State District Court
Eastern District of Missouri
Thomas F. Eagleton Courthouse
111 South 10th Street, Suite 3300
St. Louis, MO 63102
Phone: (314) 244-7900
Fax: (314) 244-7909
jim_woodward@moed.uscourts.gov

                                            *s/ Jeffrey J. Lowe*_____
                                            Jeffrey J. Lowe
                                            Counsel for Plaintiff