# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 12/21/17

**District Court:** E.D. Kentucky

**Number of Actions:** 1

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL