BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|----------------|----------------|--------------|----------------------|-----------|
| 1. | Debra McClain | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:17-cv-02931-CDP | District Judge Catherine D. Perry |
| 2. | Linda Rodgers, individually and on behalf of Francis Rodgers | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:17-cv-02941-HEA | District Judge Henry Edward Autrey |

1