BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Jeffrey B. Johnson | Monsanto Co. | Eastern District of Pennsylvania (Philadelphia) | 2:17-cv-05576-MMB | District Judge Michael M. Baylson |
| 2. | Foster Mayo and Patricia Mayo | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:17-cv-02930-AGF | District Judge Audrey G. Fleissig |
| 3. | Neal Nahler and Mary Ann Nahler | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:17-cv-02921-CDP | District Judge Catherine D. Perry |
| 4. | Dorothy Ragland | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:17-cv-02919-JAR | District Judge John A. Ross |