**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on January 8, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Michael A. Cancelliere, Jr., Esq.
Michael A. Rowe, Esq.
NASS CANCELLIERE BRENNER
1515 Market Street
Suite 2000
Philadelphia, PA 19102
Phone: (215) 546-8200
Fax:    (215) 545-1591

      Counsel for Plaintiff in *Johnson v. Monsanto Co.*, Case No. 2:17-cv-05576-MMB (E.D. Pa.)


Seth S. Webb, Esq.
BROWN & CROUPPEN, P.C.
211 North Broadway
Suite 1600
St. Louis, MO 63102
Phone: (314) 222-2222
Fax:    (314) 421-0359

      Counsel for Plaintiffs in *Mayo v. Monsanto Co.*, Case No. 4:17-cv-02930-AGF (E.D. Mo.); *Nahler v. Monsanto Co.*, Case No. 4:17-cv-02921-CDP (E.D. Mo.); and *Ragland v. Monsanto Co.*, Case No. 4:17-cv-02919-JAR (E.D. Mo.)

2

Dated: January 8, 2018 Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant Monsanto Company*

2