BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to the following case:<br><br>*John Gray v. Monsanto Company,*<br>Eastern District of Missouri,<br>Civil Action No. 4:17-cv-02882-HEA | MDL NO. 2741 |

## MOTION TO VACATE CONDITIONAL TRANSFER ORDER ("CTO-61")

COMES NOW Plaintiff John Gray, pursuant to Rule 7.1(f) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and respectfully moves the Panel to vacate the Conditional Transfer Order (CTO-61) entered by the Clerk of the Panel, transferring this action to the United States District Court for the Northern District of California (MDL Docket No. 2741) and any hearing with or without oral argument regarding this motion. In support thereof, Plaintiff avers as follows:

1. Plaintiff filed this lawsuit in state court in St. Louis County, Missouri, to recover damages for injuries sustained as a result of using Defendant Monsanto Company's ("Monsanto") unreasonably dangerous and defective product, Roundup®.

2. This action was removed to federal court despite Monsanto, the only defendant in this action, being a citizen of the State of Missouri. See 28 U.S.C. § 1441(b)(2).

3. Plaintiff filed a Motion to Remand this matter to the Twenty-Second Judicial Circuit, St. Louis County, Missouri, on December 18, 2017.

4. No transfer to this Court can or should be made unless the United States District Court for the Eastern District of Missouri has subject matter jurisdiction over this action, and the

United States District Court for the Eastern District of Missouri is uniquely qualified by its proximity and familiarity with governing law to make that determination.

5. Judicial economy, conservation of resources, and the convenience of the parties would be promoted by the relief sought herein.

6. The United States District Court for the Eastern District of Missouri, based on its familiarity with governing law, should be afforded the opportunity to rule on Plaintiff's Motion to Remand.

7. The United States District Court for the Eastern District of Missouri has scheduled a hearing on Plaintiff's Motion to Remand on January 18, 2018.

8. Plaintiff incorporates by reference his brief in support of the Motion to Vacate Conditional Transfer Order as if fully set forth herein.

WHEREFORE, Plaintiff John Gray prays for an Order vacating CTO-61 and for such other and further relief as may be just and proper.

DATED this 9th day of January, 2018           Respectfully submitted,

                                                **CAREY DANIS & LOWE**

By:    /s/*Jeffrey J. Lowe*_____
        Jeffrey J. Lowe, MO Bar #35114
        John F. Garvey, MO Bar #35879
        Sarah Shoemake Doles, MO Bar #45747
        8235 Forsyth Boulevard, Suite 1100
        Clayton, Missouri 63105
        Phone: (314) 725-7700
        Fax: (314) 721-0905
        jlowe@careydanis.com
        jgarvey@careydanis.com
        sdoles@careydanis.com

**NEMEROFF LAW FIRM**

Ellen A. Presby, TX Bar #16249600
2626 Cole Ave., Suite 450
Dallas, TX 75204
Phone:  (214) 774-2258
Fax:  (214) 393-7897
ellenpresby@nemerofflaw.com

**ATTORNEYS FOR PLAINTIFF**

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to the following case:<br><br>*John Gray v. Monsanto Company,*<br>Eastern District of Missouri,<br>Civil Action No. 4:17-cv-02882-HEA | **MDL NO. 2741** |

## SCHEDULE OF ACTIONS

Pursuant to Rule 6.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff submits that this document relates to the following case:

*John Gray v. Monsanto Company,* originally filed in the Circuit Court of St. Louis County, Missouri, Cause No. 17SL-CC04425; removed to the United States District Court for the Eastern District of Missouri, *Gray v. Monsanto Company,* Civil Action No. 4:17-cv-02882-HEA

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2018, I electronically filed the foregoing document with the Clerk for the Judicial Panel of Multidistrict Litigation pursuant to its electronic filing system (CM/ECF). The ECF sent a "Notice of Electronic Filing" to the attorneys of record who have consented to accepting service via this method.

Christine F. Miller
Gregory J. Minana
Erik L. Hansell
HUSCH BLACKWELL LLP
The Plaza in Clayton
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Phone: (314) 480-1500
Fax: (314) 480-1505
chris.miller@huschblackwell.com
greg.minana@huschblackwell.com
erik.hansell@huschblackwell.com

Joe G. Hollingsworth
HOLLINGSWORTH LLP
1350 I Street N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639
jhollingsworth@hollingsworthllp.com

Mr. James G. Woodward, Clerk of Court
United State District Court
Eastern District of Missouri
Thomas F. Eagleton Courthouse
111 South 10th Street, Suite 3300
St. Louis, MO 63102
Phone: (314) 244-7900
Fax: (314) 244-7909
jim_woodward@moed.uscourts.gov

*s/ Jeffrey J. Lowe*_____
Jeffrey J. Lowe
Counsel for Plaintiff