**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Appearance was electronically filed on January 9, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

| | |
|---|---|
| Jeffrey J. Lowe, Esq.<br>John F. Garvey, Esq.<br>Sarah Shoemake Doles, Esq.<br>CAREY DANIS & LOWE<br>8235 Forsyth Boulevard<br>Suite 1100<br>St. Louis, MO 63105<br>Phone: (314) 725-7700<br>Fax:    (314) 721-0905 | Ellen A. Presby, Esq.<br>NEMEROFF LAW FIRM<br>2626 Cole Avenue<br>Suite 450<br>Dallas, TX 75204<br>Phone: (214) 774-2258<br>Fax:    (214) 393-7897 |

    Co-counsel for Plaintiff in *Gray v. Monsanto Co.*, Case No. 4:17-cv-02882-HEA (E.D. Mo.)

Christine F. Miller
Gregory J. Minana
Erik L. Hansell
HUSCH BLACKWELL, LLP
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105
Phone: (314) 480-1500
Fax: (314) 480-1505

    Co-counsel for Defendant in *Gray v. Monsanto Co.*, Case No. 4:17-cv-02882-HEA (E.D. Mo.)

1

2

Dated: January 9, 2018          Respectfully submitted,

         /s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant*
*Monsanto Company*