**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|----------------|----------------|--------------|----------------------|-----------|
| **1.** | John Gray | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:17-cv-02882-HEA | District Judge Henry Edward Autrey |

1