**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Corporate Disclosure Statement was electronically filed on January 9, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also served via first class mail on the following counsel:

| | |
|---|---|
| Jeffrey J. Lowe, Esq. | Ellen A. Presby, Esq. |
| John F. Garvey, Esq. | NEMEROFF LAW FIRM |
| Sarah Shoemake Doles, Esq. | 2626 Cole Avenue |
| CAREY DANIS & LOWE | Suite 450 |
| 8235 Forsyth Boulevard | Dallas, TX 75204 |
| Suite 1100 | Phone: (214) 774-2258 |
| St. Louis, MO 63105 | Fax:    (214) 393-7897 |
| Phone: (314) 725-7700 | |
| Fax:    (314) 721-0905 | |

Co-counsel for Plaintiff in *Gray v. Monsanto Co.*, Case No. 4:17-cv-02882-HEA (E.D. Mo.)

Christine F. Miller
Gregory J. Minana
Erik L. Hansell
HUSCH BLACKWELL, LLP
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105
Phone: (314) 480-1500
Fax: (314) 480-1505

Co-counsel for Defendant in *Gray v. Monsanto Co.*, Case No. 4:17-cv-02882-HEA (E.D. Mo.)

2

Dated: January 9, 2018	Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant
Monsanto Company*