BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## JOE G. HOLLINGSWORTH NOTICE OF APPEARANCE

## SCHEDULE OF ACTIONS

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|----------------|--------------|----------------------|-----------|
| 1. | Richard Heinzen and Katerina Heinzen | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:17-cv-02881-CAS | District Judge Charles A. Shaw |