# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Appearance was electronically filed on January 10, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

Sarah S. Burns  
William A. Kohlburn  
SIMMONS HANLY CONROY  
One Court Street  
Alton, IL 62002  
Phone: (618) 259-2222  
Fax: (618) 259-2251

    Counsel for Plaintiff in *Heinzen v. Monsanto Co.*, Case No. 4:17-cv-02881-CAS (E.D. Mo.).

Christine F. Miller  
HUSCH BLACKWELL, LLP  
190 Carondelet Plaza  
Suite 600  
St. Louis, MO 63105  
Phone: (314) 480-1500  
Fax: (314) 480-1505

    Co-counsel for Defendant in *Heinzen v. Monsanto Co.*, Case No. 4:17-cv-02881-CAS (E.D. Mo.).

Dated: January 10, 2018        Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant*
*Monsanto Company*