**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

 In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Corporate Disclosure Statement was electronically filed on January 10, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:


Sarah S. Burns
William A. Kohlburn
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2251

 Counsel for Plaintiff in *Heinzen v. Monsanto Co.*, Case No. 4:17-cv-02881-CAS (E.D. Mo.).


Christine F. Miller
HUSCH BLACKWELL, LLP
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105
Phone: (314) 480-1500
Fax: (314) 480-1505

 Co-counsel for Defendant in *Heinzen v. Monsanto Co.*, Case No. 4:17-cv-02881-CAS (E.D. Mo.).

Dated: January 10, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant*
*Monsanto Company*