BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on January 11, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Raeann Warner, Esq.
JACOBS & CRUMPLAR, P.A.
750 Shipyard Dr.
Suite 200
Wilmington, DE 19801
Phone: (302) 656-5445
Fax:    (302) 655-9329


Robin L. Greenwald, Esq.
Maja Lukic, Esq.
Pearl Robertson, Esq.
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Phone: (212) 558-5500
Fax:    (212) 344-5461

    Co-counsel for Plaintiff in *Shible v. Monsanto Co.*, Case No. 1:18-cv-00080-UNA (D. Del.)

2

Dated: January 11, 2018          Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*