# UNITED STATES JUDICIAL PANEL ON MULITIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 1/12/2018

District Court: D. Arizona

Number of Actions: 5

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL