**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION                    MDL NO. 2741

---

**PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION
TO VACATE CONDITIONAL TRANSFER ORDER OUT OF TIME**

RE:

| | | |
|---|---|---|
| RICHARD HEINZEN and | ) | |
| KATERINA HEINZEN, | ) | |
| | ) | |
| Plaintiffs, | ) | Eastern District of Missouri |
| | ) | Case No. 4:17-cv-2881 |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

---

Plaintiffs hereby move for leave to file their *Motion to Vacate Conditional Transfer Order* out of time, and in support thereof state:

(1) The sole defendant and Missouri resident, Monsanto Company, removed this case from Missouri state court to the Eastern District of Missouri on December 14, 2017. A conditional transfer order (CTO-61) was entered for this case on December 18, 2017.

(2) Plaintiffs filed a notice of opposition to transfer on or about December 27, 2017. Plaintiffs filed their motion to remand on January 12, 2018.

(3) Plaintiffs' *Motion to Vacate Conditional Transfer Order* was due on or about January 10, 2018.

(4) Plaintiffs' failure to timely file their *Motion to Vacate Conditional Transfer Order* was due to inadvertence and not for any improper purpose. No one will be prejudiced by allowing Plaintiffs to file said motion out of time.

(5) Plaintiffs are prepared to file said *Motion to Vacate Conditional Transfer Order* this 16th day of January, 2018 or as soon as leave to do so is granted.

WHEREFORE, Plaintiffs hereby pray for leave to file their *Motion to Vacate Conditional Transfer Order* out of time.

January 16, 2018.

Respectfully Submitted,

Richard Heinzen and Katerina Heinzen

**SIMMONS HANLY CONROY**

By: \_/s/ Sarah S. Burns\_\_\_

Sarah S. Burns #56554
William A. Kohlburn #37147
One Court Street
Alton, IL 62002
Phone: 618-259-2222
Fax: 618-259-2251
bkohlburn@simmonsfirm.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 16, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/Sarah S. Burns
Sarah S. Burns