UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION                MDL NO. 2741

---

PLAINTIFFS' MOTION
TO VACATE CONDITIONAL TRANSFER ORDER

RE:

| | | |
|---|---|---|
| RICHARD HEINZEN and KATERINA HEINZEN, | ) ) ) | |
| Plaintiffs, | ) ) | Eastern District of Missouri Case No. 4:17-cv-2881 |
| v. | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Defendant. | ) | |

---

Plaintiffs, pursuant to Rule 7.1(f) of the *Rules of Pro. of U.S. J.P.M.L*, hereby move the Panel to vacate the conditional transfer order (CTO-61) entered on December 18, 2017 in Case No. 4:17-cv-2881, pending in the Eastern District of Missouri for the reason that this case was improperly removed by a Missouri resident defendant in violation of the forum defendant rule, 28 U.S.C. § 1441(b)(2).

Respectfully Submitted,

Richard Heinzen and Katerina Heinzen

**SIMMONS HANLY CONROY**

By:    /s/ Sarah S. Burns
Sarah S. Burns #56554
William A. Kohlburn #37147
One Court Street
Alton, IL 62002
Phone: 618-259-2222
Fax: 618-259-2251
bkohlburn@simmonsfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 16, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/Sarah S. Burns*
Sarah S. Burns