**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION          MDL NO. 2741

---

**SCHEDULE OF ACTIONS**

RE:

| | |
|---|---|
| RICHARD HEINZEN and ) | |
| KATERINA HEINZEN, ) | |
| ) | |
| Plaintiffs, ) | Eastern District of Missouri |
| ) | Case No. 4:17-cv-2881 |
| v. ) | |
| ) | |
| MONSANTO COMPANY, ) | |
| ) | |
| Defendant. ) | |

---

| **Plaintiffs** | **Defendant** | **District** | **Case No.** | **Judge Assigned** |
|---|---|---|---|---|
| Richard Heinzen Katerina Heinzen | Monsanto Co. | Eastern Dist. Missouri | 4:17-cv-2881 | Gloria Clark Reno |

Dated: January 16, 2018

Respectfully Submitted,

Richard Heinzen and Katerina Heinzen

**SIMMONS HANLY CONROY**

By:    /s/ Sarah S. Burns___
Sarah S. Burns #56554
William A. Kohlburn #37147
One Court Street
Alton, IL 62002
Phone: 618-259-2222
Fax: 618-259-2251
bkohlburn@simmonsfirm.com

Case No. 4:17-cv-2881

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 16, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                            */s/Sarah S. Burns*
                                            Sarah S. Burns