UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION                MDL NO. 2741
_____

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF
MOTION TO VACATE CONDITIONAL TRANSFER ORDER**

RE:

| | | |
|---|---|---|
| RICHARD HEINZEN and | ) | |
| KATERINA HEINZEN, | ) | |
| | ) | |
| Plaintiffs, | ) | Eastern District of Missouri |
| | ) | Case No. 4:17-cv-2881 |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on January 16, 2018, I caused a true and correct copy of the foregoing Plaintiffs' Richard Heinzen and Katerina Heinzen v. Monsanto Company, Motion to Vacate Conditional Transfer Order No. 61 (CTO-61) as to their respective actions; Memorandum in Support of Plaintiffs' Motion to Vacate Conditional Transfer Order No. 61 (CTO-61) to be filed electronically through the CM/ECF system, which caused a Notice of Electronic Filing to be served on counsel of record and all registered CM/ECF users.

Case No. 4:17-cv-2881

        Respectfully Submitted,

        Richard Heinzen and Katerina Heinzen

        **SIMMONS HANLY CONROY**

By:     \_/s/ Sarah S. Burns\_\_\_
        Sarah S. Burns #56554
        William A. Kohlburn #37147
        One Court Street
        Alton, IL 62002
        Phone: 618-259-2222
        Fax: 618-259-2251
        bkohlburn@simmonsfirm.com