**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION                    MDL NO. 2741

---

| | |
|---|---|
| RICHARD HEINZEN and ) | |
| KATERINA HEINZEN, ) | |
| ) | |
| Plaintiffs, ) | Eastern District of Missouri |
| ) | Case No. 4:17-cv-2881 |
| v. ) | |
| ) | |
| MONSANTO COMPANY, ) | |
| ) | |
| Defendant. ) | |

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on January 17, 2018, I caused a true and correct copy of the Notice of Appearance of Sarah S. Burns on behalf of Plaintiffs' Richard Heinzen and Katerina Heinzen to be filed electronically through the CM/ECF system, which

caused a Notice of Electronic Filing to be served on counsel of record and all registered CM/ECF users.

    Respectfully Submitted,

    Richard Heinzen and Katerina Heinzen

    **SIMMONS HANLY CONROY**

By:    /s/ *Sarah S. Burns*
    Sarah S. Burns #56554
    William A. Kohlburn #37147
    One Court Street
    Alton, IL 62002
    Phone: 618-259-2222
    Fax: 618-259-2251
    bkohlburn@simmonsfirm.com

Case No. 4:17-cv-2881