**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant Monsanto Company hereby notifies the Clerk of the Panel of the potential tag-along actions listed on the attached Schedule of Actions.

The docket sheets and complaints for these potential tag-along actions are attached.

Dated: January 17, 2018               Respectfully submitted,

                                      /s/ Joe G. Hollingsworth
                                      Joe G. Hollingsworth, Esq.
                                      (jhollingsworth@hollingsworthllp.com)
                                      HOLLINGSWORTH LLP
                                      1350 I Street, N.W.
                                      Washington, D.C.  20005
                                      Phone: (202) 898-5800
                                      Fax:    (202) 682-1639

                                      *Attorneys for Defendant Monsanto Company*