BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS            MDL No. 2741
LIABILITY LITIGATION

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|   | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Ralph A. Applegate | Monsanto Co. | Southern District of Ohio (Columbus) | 2:18-cv-00045-JLG-EPD | District Judge James L. Graham |
| 2. | Ricky Hoskins and Charlene Hoskins, individually and on behalf of their minor child, T.H. | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:17-cv-02945-HEA | District Judge Henry Edward Autrey |