BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on January 17, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following:

Ralph A. Applegate, Plaintiff, Pro Se
1544 Zettler Road
Columbus, OH 43227
Phone: (914) 410-1568

    Plaintiff in *Applegate v. Monsanto Co.*, Case No. 2:18-cv-00045-JLG-EPD (S.D. Ohio)

Seth S. Webb, Esq.
BROWN & CROUPPEN, P.C.
211 North Broadway
Suite 1600
St. Louis, MO 63102
Phone: (314) 222-2222
Fax:    (314) 421-0359

    Counsel for Plaintiffs in *Hoskins, et al. v. Monsanto Co.*, Case No. 4:17-cv-02945-HEA (E.D. Mo.)

Dated: January 17, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C.  20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*