# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 1/18/18

District Court:   D. South Carolina

Number of Actions: 1

Complaints and Docket Sheets are attached.

_____

CLERK OF THE PANEL