BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION

## SCHEDULE OF ACTION

|  | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Anthony Berlin, Donna Berlin, Elizabeth Briggs, Paul Briggs, Todd Cella, Mary Ann Cheesman, George Chillak, Lisa Damerst as next of kin for Douglas Damerst, Richard Dulniak, Robert Finley, Lisa Fortner, Charles Fortner, Deanna L. Gelder, Jonathan Giles, Robert Gould, Ann K. Graham, Daniel Greil, Mark Hanson, Howard Harmon, Karen Harmon, Harold Harris, Rhonda Harris, Leslie Harris, Sarah Hilker as next of kin for Barbara Murks, Katherine Horne, Michael Horton, Debra Jacobsen, Benjamin Jacobsen, Tammy Jacobsen, Wendy Jones, Brian | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00045-NAB | Magistrate Judge Nannette A. Baker |

1

| | | | | | |
|---|---|---|---|---|---|
| | Junge, Richard Kranick, Glenn Laurie, Beverly Laurie, Derek Liddell, Robert Mahoney, Vincent Marsiglia, Jamie Martinez, Elliott Neuman, Phyllis Perry, Steven Perry, Daria Phillipi, Natalie Pieri, John Pieri, William Pointer, Robert Rabbit, Dale Short, Theodore Shuler, and Carla Shuler | | | | |