**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on January 19, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

James T. Corrigan, Esq.
O'LEARY AND SHELTON, LLC
1034 S. Brentwood Blvd.
Penthouse-1A, 23rd Floor
St. Louis, MO 63117
Phone: (314) 405-9000
Fax:    (314) 405-9999

Counsel for Plaintiffs in *Berlin v. Monsanto Co.*, Case No. 4:18-cv-00045-NAB (E.D. Mo.)

Dated: January 19, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

1