BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS           MDL No. 2741
LIABILITY LITIGATION

## SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|----|------------|------------|----------|------------------|-------|
| 1. | **Beverly Rouse**, *Surviving heir of Billy G. Rouse on behalf of all legal heirs of Billy G. Rouse*<br><br>**Estate of Billy G. Rouse**, *By and through his representative Beverly Rouse* | Monsanto Company | Eastern District of Missouri (St. Louis) | 4:18-cv-00059 | Hon. Charles A. Shaw |