**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: Roundup Products Liability Litigation                                          MDL No. 2741

**PLAINTIFF'S' NOTICE OF OPPOSITION TO
CONDITIONAL TRANSFER ORDER (CTO-66)**

I represent plaintiffs in the above-captioned action and the action set forth below, which is included in the Conditional Transfer Order (CTO-66).

**DE 1 18−00080 Shible v. Monsanto Company**

Plaintiff submits this Notice of Opposition to CTO-66. Plaintiff's deadline to file this Notice of Opposition to CTO-66 is January 23, 2018.

Plaintiff respectfully requests a briefing schedule and stay until further orders by the JPML.

DATED: January 23, 2018                               Respectfully submitted,

**JACOBS & CRUMPLAR, P.A.**

*/s/Raeann Warner*
RAEANN WARNER (# 4931)
750 Shipyard Drive, Suite 200
Wilmington, DE 19801
(302) 656-5445
Raeann@jcdelaw.com
*Attorney for Plaintiff*

- 1 -

NOTICE OF OPPOSITION TO CTO-66
MDL No. 2741

Error! Unknown doc