**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: Roundup Products Liability Litigation            MDL No. 2741

**CERTIFICATE OF SERVICE OF PLAINTIFF'S NOTICE OF
OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-66)**

     I am employed in the County of New Castle, State of Delaware. I am over the age of 18, and not a party to the within action. My business address is at JACOBS & CRUMPLAR, P.A.., 750 Shipyard Drive, Suite 200, Wilmington, DE 19801.

     On January 23, 2018, I served the foregoing document described as:

     PLAINTIFF'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-66)

     on all other parties and/or their attorneys of record to this action by operation of the Court's CM/ECF system in accordance with L.R. 5.4(d). The Court's CM/ECF system sends an e-mail notification of the filings to the parties and counsel of record listed below who are registered with the Court's CM/ECF.

     Richard Alden Clark
     Parker Milliken Clark O'Hara and Samuelian
     555 S. Flower Street, 30th Floor
     Los Angeles, CA 90071
     213-683-6500
     Fax: 213-683-6669
     Email: rclark@pmcos.com

     Eric Gordon Lasker
     Hollingsworth LLP
     1350 I Street NW
     Washington, DC 20005
     202-898-5800
     Fax: 202-682-1639
     Email: elasker@hollingsworthllp.com

     James Michael Sullivan
     Hollingsworth LLP
     1350 I Street, NW

PLAINTIFFS' CERTIFICATE OF SERVICE
MDL No. 2741

10th Floor
Washington, DC 20005
202-898-5800
Fax: 202-682-1639
Email: jsullivan@hollingsworthllp.com

Joe G. Hollingsworth
Hollingsworth LLP
1350 I Street, N.W.
Washington, DC 20005
202-898-5800
Email: jhollingsworth@hollingsworthllp.com

Katharine R. Latimer
Hollingsworth LLP
1350 I St NW
Washington, DC 20005
202-898-5800
Email: klatimer@hollingsworthllp.com

Rosemary Stewart
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
202-898-5888
Email: rstewart@hollingsworthllp.com

Steven Robert Platt
Parker Milliken, et al.
555 S. Flower Street
30th Floor
Los Angeles, CA 90071
213-683-6500
Fax: 213-683-6669
Email: splatt@pmcos.com

*Attorneys for Defendant*

I declare under the penalty of perjury laws of the United States of America that the foregoing is true to the best of my knowledge. I declare that I am a member of this bar of this Court at whose direction the service was made.

Executed this 23rd day of January, 2018, at Wilmington, Delaware.

- 2 -
PLAINTIFFS' CERTIFICATE OF SERVICE
MDL No. 2741

DATED: January 23, 2018

**JACOBS & CRUMPLAR, P.A.**

*/s/Raeann Warner*
RAEANN WARNER (# 4931)
750 Shipyard Drive, Suite 200
Wilmington, DE 19801
(302) 656-5445
Raeann@jcdelaw.com
*Attorney for Plaintiff*