**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF OPPOSITION TO CONDITIONAL
TRANSFER ORDER (CTO-66)**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Charles Windle and Patricia Windle | Monsanto Co. | Eastern District of Arkansas (Little Rock) | 4:18-cv-00023-BSM | Chief Judge Brian S. Miller |