## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Opposition to Conditional Transfer Order (CTO-66) was electronically filed on January 23, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also served via first class mail on the following counsel:

Wade A. Williams, Esq.  
THURMAN & FLANAGIN  
P.O. Box 190  
Eureka Springs, AR 72632  
Phone: (479) 253-1234  
Fax: (479) 253-2123  

Thomas V. Ayala, Esq.  
GRANT & EISENHOFER, P.A.  
123 Justison Street  
Wilmington, DE 19801  
Phone: (302) 622-7000  
Fax: (302) 622-7100  

Robin G. Workman, Esq.  
WORKMAN LAW FIRM, PC  
177 Post Street  
Suite 800  
San Francisco, CA 94108  
Phone: (415) 782-3660  
Fax: (415) 788-1028  

      Counsel for Plaintiffs in *Windle v. Monsanto Co.*, Case No. 4:18-cv-00023-BSM (E.D. Ark.).

Dated: January 23, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant*
*Monsanto Company*