**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | |
| This document relates to the following case: | MDL NO. 2741 |
| *John Gray v. Monsanto Company,* Eastern District of Missouri, Civil Action No. 4:17-cv-02882-HEA | |

**NOTICE OF SUPPLEMENTAL INFORMATION**

On January 9, 2018, Plaintiff John Gray filed a Motion to Vacate CTO-61, opposing transfer of his case, which Monsanto removed from state court, as part of any centralized proceeding because his action was not properly pending in federal court (see Doc. 422). On January 19, 2018, the Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri, remanded the action for lack of subject matter jurisdiction. *John Gray v. Monsanto Co.*, No. 4:17-cv-02882-HEA (E.D. Mo. Jan. 19, 2018) (remand order attached hereto as Exhibit A). The federal docket is closed and the file has been returned to the Circuit Court for the Twenty-First Judicial Circuit, St. Louis County, Missouri and is in the process of being reopened by the state court.

Plaintiff files this Notice of Supplemental Information to inform the Judicial Panel on Multidistrict Litigation that Plaintiff's case no longer is pending in federal court and, therefore, is not a related action to this multidistrict litigation docket. See generally Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation 1.1 and 7.1(g); JPML CM/ECF Attorney User's Manual, p. 93.

DATED this 24th day of January, 2018　　　　　Respectfully submitted,

                                          **CAREY DANIS & LOWE**

By:　　/s/*Jeffrey J. Lowe*_____
　　　　Jeffrey J. Lowe, MO Bar #35114
　　　　John F. Garvey, MO Bar #35879
　　　　Sarah Shoemake Doles, MO Bar #45747
　　　　8235 Forsyth Boulevard, Suite 1100
　　　　Clayton, Missouri 63105
　　　　Phone: (314) 725-7700
　　　　Fax: (314) 721-0905
　　　　jlowe@careydanis.com
　　　　jgarvey@careydanis.com
　　　　sdoles@careydanis.com

**NEMEROFF LAW FIRM**

Ellen A. Presby, TX Bar #16249600
2626 Cole Ave., Suite 450
Dallas, TX 75204
Phone: (214) 774-2258
Fax: (214) 393-7897
ellenpresby@nemerofflaw.com

**ATTORNEYS FOR PLAINTIFF**

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION<br><br>This document relates to the following case:<br><br>*John Gray v. Monsanto Company,*<br>Eastern District of Missouri,<br>Civil Action No. 4:17-cv-02882-HEA | **MDL NO. 2741** |

## SCHEDULE OF ACTIONS

Pursuant to Rule 6.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff submits that this document relates to the following case:

*John Gray v. Monsanto Company,* originally filed in the Circuit Court of St. Louis County, Missouri, Cause No. 17SL-CC04425; removed to the United States District Court for the Eastern District of Missouri, *Gray v. Monsanto Company,* Civil Action No. 4:17-cv-02882-HEA

**CERTIFICATE OF SERVICE**

       I hereby certify that on January 24, 2018, I electronically filed the foregoing document with the Clerk for the Judicial Panel of Multidistrict Litigation pursuant to its electronic filing system (CM/ECF). The ECF sent a "Notice of Electronic Filing" to the attorneys of record who have consented to accepting service via this method.

Christine F. Miller
Gregory J. Minana
Erik L. Hansell
HUSCH BLACKWELL LLP
The Plaza in Clayton
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Phone: (314) 480-1500
Fax: (314) 480-1505
chris.miller@huschblackwell.com
greg.minana@huschblackwell.com
erik.hansell@huschblackwell.com

Joe G. Hollingsworth
HOLLINGSWORTH LLP
1350 I Street N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639
jhollingsworth@hollingsworthllp.com

Mr. James G. Woodward, Clerk of Court
United State District Court
Eastern District of Missouri
Thomas F. Eagleton Courthouse
111 South 10th Street, Suite 3300
St. Louis, MO 63102
Phone: (314) 244-7900
Fax: (314) 244-7909
jim_woodward@moed.uscourts.gov

                                                *s/ Jeffrey J. Lowe*_____
                                                Jeffrey J. Lowe
                                                Counsel for Plaintiff