**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Kathleen Burns | Monsanto Co. | District of New Jersey (Newark) | 2:17-cv-13400-WHW-CLW | District Judge William H. Walls |
| **2.** | Elmer Jordan | Monsanto Co. | Northern District of Florida (Tallahassee) | 4:17-cv-00554-MW-CAS | District Judge Mark E. Walker |
| **3.** | Jeduthan McCoy | Monsanto Co. | Southern District of Mississippi (Northern (Jackson)) | 3:17-cv-00956-DPJ-FKB | Chief District Judge Daniel P. Jordan, III |
| **4.** | Robert Simpson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00095-CAS | District Judge Charles A. Shaw |