# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on January 24, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Robert M. Silverman, Esq.
WEITZ & LUXENBERG, P.C.
220 Lake Drive East
Suite 210
Cherry Hill, NJ 08002
Phone: (856) 755-1115
Fax:     (856) 755-1995

    Co-counsel for Plaintiff in *Burns v. Monsanto Co.*, Case No. 2:17-cv-13400-WHW-CLW (D.N.J.)

Robin L. Greenwald, Esq.
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Phone: (212) 558-5500
Fax:     (212) 344-5461

    Co-counsel for Plaintiffs in *Burns v. Monsanto Co.*, Case No. 2:17-cv-13400-WHW-CLW (D.N.J.), *Jordan v. Monsanto Co.*, Case No. 4:17-cv-00554-MW-CAS (N.D. Fla.), and *McCoy v. Monsanto Co.*, Case No. 3:17-cv-00956-DPJ-FKB (S.D. Miss.)

James D. Young, Esq.
Frank Petosa, Esq.
MORGAN & MORGAN

COMPLEX LITIGATION GROUP
201 N. Franklin Street
7th Floor
Tampa, FL 33602
Phone: (813) 223-5505
Fax:     (813) 222-2434

    Co-counsel for Plaintiff in *Jordan v. Monsanto Co.*, Case No. 4:17-cv-00554-MW-CAS (N.D. Fla.)

Patrick S. Wooten, Esq.
SCHWARTZ & ASSOCIATES, PA
P.O. Box 3949
162 E. Amite Street
Jackson, MS 39201
Phone: (601) 988-8888
Fax:     (601) 353-0217

    Co-counsel for Plaintiff in *McCoy v. Monsanto Co.*, Case No. 3:17-cv-00956-DPJ-FKB (S.D. Miss.)

Seth S. Webb, Esq.
BROWN & CROUPPEN, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone: (314) 222-2222
Fax:     (314) 421-0359

    Counsel for Plaintiff in *Simpson v. Monsanto Co.*, Case No. 4:18-cv-00095-CAS (E.D. Mo.)

Dated: January 24, 2018      Respectfully submitted,

    /s/ Joe G. Hollingsworth
    Joe G. Hollingsworth, Esq.
    (jhollingsworth@hollingsworthllp.com)
    HOLLINGSWORTH LLP
    1350 I Street, N.W.
    Washington, D.C.  20005
    Phone: (202) 898-5800
    Fax:     (202) 682-1639

    *Attorneys for Defendant Monsanto Company*