# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION**

Gray v. Monsanto Company,                )

    E.D. Missouri, C.A. No. 4:17-02882    )                MDL No. 2741

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Gray*) on December 18, 2017.  Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Gray* filed a notice of opposition to the proposed transfer.  Plaintiff later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Gray* was remanded to the Circuit Court for the Twenty-First Judicial Circuit, St. Louis County, Missouri, by the Honorable Henry Edward Autrey in an order filed on January 19, 2018.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-61" filed on December 18, 2017, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel