## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS            )            MDL NO. 2741
LIABILITY LITIGATION                       )

### PROOF OF SERVICE

    I hereby certify that on January 25, 2018, a copy of the foregoing Notice of Appearance was electronically transmitted to the Judicial Panel on Multidistrict Litigation using the CM/ECF system. The Panel's ECF system will automatically serve copies of the documents on counsel of record and all registered CM/ECF users. Further, I hereby certify that the foregoing Notice of Appearance was served in below listed cases via First Class on January 25, 2018 to the following:

Monsanto Company
800 North Lindberg Boulevard
St. Louis, MO 63167
Tel: 314-694-1000
Defendant's Corporate Headquarters

Cases:
Charles Windle and Patricia Windle v. Monsanto Company, ARE/4:18-cv-00023 (CMD)

Dated: January 25, 2018.

    /s/ Thomas V. Ayala
    **Grant & Eisenhofer, P.A.**
    Thomas V. Ayala, Esq.
    123 Justison Street
    Wilmington, DE 19801
    Telephone: (302) 622-7112
    Fax: (302) 622-7100
    Email: tayala@gelaw.com