BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | David Beams | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00107-AGF | District Judge Audrey G. Fleissig |
| 2. | Rosetta Boblitz | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00129-DDN | Magistrate Judge David D. Noce |
| 3. | Bobby Coleman | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00106-CAS | District Judge Charles A. Shaw |
| 4. | John Crowe | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00101-JMB | Magistrate Judge John M. Bodenhausen |
| 5. | Keith W. Scott and Rebecca Scott | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00100-PLC | Magistrate Judge Patricia L. Cohen |
| 6. | Lawrence Sullivan | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00109-DDN | Magistrate Judge David D. Noce |
| 7. | Ronald Toyer | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00108-NAB | Magistrate Judge Nannette A. Baker |
| 8. | Andre White and Lisa White | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00126-AGF | District Judge Audrey G. Fleissig |
| 9. | Gwendolyn Wilson and Edward Wilson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00127-CAS | District Judge Charles A. Shaw |