**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on February 1, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb, Esq.
BROWN & CROUPPEN, P.C.
211 North Broadway
Suite 1600
St. Louis, MO 63102
Phone: (314) 222-2222
Fax:    (314) 421-0359

>   Counsel for Plaintiffs in *Beams v. Monsanto Co.*, Case No. 4:18-cv-00107-AGF (E.D. Mo.); *Boblitz v. Monsanto Co.*, Case No. 4:18-cv-00129-DDN (E.D. Mo.); *Coleman v. Monsanto Co.*, Case No. 4:18-cv-00106-CAS (E.D. Mo.); *Crowe v. Monsanto Co.*, Case No. 4:18-cv-00101-JMB (E.D. Mo.); *Scott et al. v. Monsanto Co.*, Case No. 4:18-cv-00100-PLC (E.D. Mo.); *Sullivan v. Monsanto Co.*, Case No. 4:18-cv-00109-DDN (E.D. Mo.); *Toyer v. Monsanto Co.*, Case No. 4:18-cv-00108-NAB (E.D. Mo.); *White et al. v. Monsanto Co.*, Case No. 4:18-cv-00126-AGF (E.D. Mo.); and *Wilson et al. v. Monsanto Co.*, Case No. 4:18-cv-00127-CAS (E.D. Mo.)

Dated: February 1, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C.  20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*