Ralph A. Applegate
    Plaintiff,

Versus

Monsanto Company
    Defendant,

Jeffery N. Luthi
Clerk of Panel
United States Judicial Panel on Multidistrict Litigation
Thurgood MarshallFederal Judiciary Building
One Columbus Circle, NE ,Room G-255 , North Lobby
Washington ,D C 20004-8041

Dear Mr. Luthi :

Notice of Opposition :

    Judge Vince Chhabria , on January 8 , 2018 violated my constitutional rights to speak, in his statement " Ralph A. Applegate's motion for permission for electronic case filing is denied ."

    I ask that Attorney General Jeffery Sessions be asked to represent Plaintiff , there . Plaintiff is afraid of Judge Shhabria.  And , I ask that when and if you are remanded my case number 18-00045 that you forthwith remand it back to Franklin County Ohio Common Pleas Court .I hope I get this there in time as I did not receive it until January 22 , 2018 .

Thank you

Signed -- *Ralph A. Applegate*
Ralph A. Applegate, Plaintiff Pro Se
1544 Zettler Road
Columbus ,Ohio 43227
rapplegate48@gmail.com
914-410-1568

RECEIVED
CLERK'S OFFICE
2018 FEB -5 AM 8:39
JUDICIAL PANEL ON
MULTI DISTRICT
LITIGATION