BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| 1. | Hubert Ballard | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00165-HEA | District Judge Henry Edward Autrey |
| 2. | Dennis Bedenbender | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00077-DDN | Magistrate Judge David D. Noce |
| 3. | Freeman DeHart | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00082-NAB | Magistrate Judge Nannette A. Baker |
| 4. | Neal Dovenmuehle | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00150-AGF | District Judge Audrey G. Fleissig |
| 5. | Charles and Sandra Hartman, Thomas and Cecelia Pentecost, Michele Smolley, Robert M. Stark, Mark Stolzberg as next of kin for Marilyn Stolzberg, William Stone, John Stringer, Jon and Nancy Thornton, Janet Walton as next of kin for Leamon Walton, David and Ellen Webb, Marian and Roger Welker, and Jolene Rhodes as next of kin for Bryan | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00149-CDP | District Judge Catherine D. Perry |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Rhodes |  |  |  |  |
| 6. | Thurman Hudson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00168-SNLJ | District Judge Stephen N. Limbaugh, Jr |
| 7. | Henry Kennedy | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00160-NCC | Magistrate Judge Noelle C. Collins |
| 8. | David Luckey and Carol Luckey | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00133-SNLJ | District Judge Stephen N. Limbaugh, Jr |
| 9. | Edward Martin | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00172-JMB | Magistrate Judge John M. Bodenhausen |
| 10. | Beneda F. Masters, individually and as Administratrix for the Estate of Mark D. Masters | Monsanto Co. | Western District of Kentucky (Louisville) | 3:18-cv-00039-GNS | District Judge Greg N. Stivers |
| 11. | Bertha McRorie | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00173-DDN | Magistrate Judge David D. Noce |
| 12. | Nancy Ristow | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00151-DDN | Magistrate Judge David D. Noce |
| 13. | Joseph Ruffin and Holliday Ruffin | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00083-SNLJ | District Judge Stephen N. Limbaugh, Jr |
| 14. | Henry Schwartz | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00081-NAB | Magistrate Judge Nannette A. Baker |
| 15. | Cecil Williams and Alice Williams | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00136-AGF | District Judge Audrey G. Fleissig |
| 16. | Chirvalarie Wilson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00163-AGF | District Judge Audrey G. Fleissig |
| 17. | Richard Wolfe and Phyllis Wolfe | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00137-AGF | District Judge Audrey G. Fleissig |