**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2741 |

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on February 6, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Kirk J. Goza, Esq.
GOZA & HONNOLD LLC
11181 Overbrook Road
Suite 200
Leawood, KS 66211
Phone: (913) 451-3433
Fax:    (913) 839-0567

> Counsel for Plaintiffs in *Ballard v. Monsanto Co.*, Case No. 4:18-cv-00165-HEA (E.D. Mo.); *Dovenmuehle v. Monsanto Co.*, Case No. 4:18-cv-00150-AGF (E.D. Mo.); *Kennedy v. Monsanto Co.*, Case No. 4:18-cv-00160-NCC (E.D. Mo.); *Martin v. Monsanto Co.*, Case No. 4:18-cv-00172-JMB (E.D. Mo.); *McRorie v. Monsanto Co.*, Case No. 4:18-cv-00173-DDN (E.D. Mo.); *Ristow v. Monsanto Co.*, Case No. 4:18-cv-00151-DDN (E.D. Mo.); and *Wilson v. Monsanto Co.*, Case No. 4:18-cv-00163-AGF (E.D. Mo.).

Seth S. Webb, Esq.
BROWN & CROUPPEN, P.C.
211 North Broadway
Suite 1600
St. Louis, MO 63102
Phone: (314) 222-2222
Fax:    (314) 421-0359

> Counsel for Plaintiffs in *Bedenbender v. Monsanto Co.*, Case No. 4:18-cv-00077-DDN (E.D. Mo.); *DeHart v. Monsanto Co.*, Case No. 4:18-cv-00082-NAB (E.D. Mo.); *Hudson*

*v. Monsanto Co.*, Case No. 4:18-cv-00168-SNLJ (E.D. Mo.); *Luckey v. Monsanto Co.*, Case No. 4:18-cv-00133-SNLJ (E.D. Mo.); *Ruffin v. Monsanto Co.*, Case No. 4:18-cv-00083-SNLJ (E.D. Mo.); *Schwartz v. Monsanto Co.*, Case No. 4:18-cv-00081-NAB (E.D. Mo.); *Williams v. Monsanto Co.*, Case No. 4:18-cv-00136-AGF (E.D. Mo.); and *Wolfe v. Monsanto Co.*, Case No. 4:18-cv-00137-AGF (E.D. Mo.)

James T. Corrigan, Esq.
O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON & QUILLIN, LLC
1034 S. Brentwood Blvd.
Penthouse-1A, 23rd Floor
St. Louis, MO 63117
Phone: (314) 405-9000
Fax:    (314) 405-9999

    Counsel for Plaintiffs in *Hartman v. Monsanto Co.*, Case No. 4:18-cv-00149-CDP (E.D. Mo.)

Alex C. Davis, Esq.
Jasper D. Ward IV, Esq.
JONES WARD PLC
1205 E. Washington Street
Suite 111
Louisville, KY 40206
Phone: (502) 882-6000
Fax:    (502) 587-2007

    Counsel for Plaintiff in *Masters v. Monsanto Co.*, Case No. 3:18-cv-00039-GNS (W.D. Ky.)

Dated: February 6, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*