**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|----------------|----------------|--------------|----------------------|-----------|
| 1. | Joseph Shible | Monsanto Co. | District of Delaware (Wilmington) | 1:18-cv-00080-RGA | District Judge Richard G. Andrews |