**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Corporate Disclosure Statement was electronically filed on February 6, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

| | |
|---|---|
| Raeann Warner, Esq. | Robin L. Greenwald, Esq. |
| JACOBS & CRUMPLAR, P.A. | Maja Lukic, Esq. |
| 750 Shipyard Drive | Pearl Robertson, Esq. |
| Suite 200 | WEITZ & LUXENBERG, P.C. |
| Wilmington, DE 19801 | 700 Broadway |
| Phone: (302) 656-5445 | New York, NY 10003 |
| | Phone: (212) 558-5500 |
| | Fax:    (212) 344-5461 |

Counsel for Plaintiff in *Shible v. Monsanto Co.*, Case No. 1:18-cv-00080-RGA (D. Del.).

Kelly E. Farnan, Esq.
Katharine L. Mowery, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Phone: (302) 651-770

Co-counsel for Defendant in *Shible v. Monsanto Co.*, Case No. 1:18-cv-00080-RGA (D. Del.).

Dated: February 6, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant*
*Monsanto Company*