# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

_____ )
In re: Roundup Products Liability Litigation,)
                                              )       MDL Docket No. 2741
*Shible v. Monsanto Company*,                 )
No. 18-00080-RGA                              )
_____ )

## **PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER**

Plaintiff moves this Panel to vacate Conditional Transfer Order 66 ("CTO 66"), issued in *Shible v. Monsanto Company*, No. No. 18-00080-RGA, pending in the District of Delaware, which conditionally transferred this action to MDL 2741 – *In Re: Roundup Products Liability Litigation*. In support of this motion, Plaintiff attaches his Memorandum in Support of Plaintiff's Motion to Vacate Conditional Transfer Order.

Dated: February 6, 2018

Respectfully submitted,

*/s/ David Crumplar*

**JACOBS & CRUMPLAR, P.A.**
DAVID CRUMPLAR, ESQUIRE, (Bar Id. 5876)
750 Shipyard Drive, Suite 200
Wilmington, DE  19801
Davy@jcdelaw.com
Telephone: (302) 656-5445
Facsimile: (302) 656-5975
ATTORNEY FOR PLAINTIFF