IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                        MDL No. 2741

### SCHEDULE CTO-66 − TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ARIZONA** | | | |
| AZ | 2 | 17-04602 | Palaschak et al v. Monsanto Company |
| AZ | 2 | 17-04603 | Rios et al v. Monsanto Company |
| AZ | 3 | 17-08266 | Bell v. Monsanto Company |
| AZ | 4 | 17-00600 | Lundy et al v. Monsanto Company |
| AZ | 4 | 17-00602 | Winters v. Monsanto Company |
| **ARKANSAS EASTERN** | | | |
| ARE | 4 | 18-00023 | Windle et al v. Monsanto Company |
| **DELAWARE** | | | |
| DE | 1 | 18-00080 | Shible v. Monsanto Company |