BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL No. **2741**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 66 and MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO 66 was electronically filed on February 5, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of records.

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| DELAWARE DE | 1 | 18−00080 | Shible v. Monsanto Company |

Dated: February 6, 2017

Respectfully submitted,

/s/ David Crumplar_____
David Crumplar (DE# 5876)
(Davy@jcdelaw.com)
JACOBS & CRUMPLAR, P.A.
750 Shipyard Dr., Suite 200
Wilmington, DE  19801
(302) 656-5445
(302) 656-5875
Attorney for Plaintiffs