**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**MDL No. 2741**

**IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION**

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Appearance was electronically filed on February 6, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Shible v. Monsanto Company                     D. Delaware, C.A. No. 1:18-00080

Dated:  February 6, 2018                    Respectfully submitted,

/s/ Raeann Warner_____
Raeann Warner (DE# 4931)
JACOBS & CRUMPLAR, P.A.
750 Shipyard Dr., Suite 200
Wilmington, DE  19801
(302) 656-5445
(302) 656-5875
(Raeann@jcdelaw.com)
Attorney for Plaintiffs