BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

JOE G. HOLLINGSWORTH NOTICE OF APPEARANCE

SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|----|------------|------------|----------|------------------|-------|
| 1. | Charles Windle and Patricia Windle | Monsanto Co. | Eastern District of Arkansas (Little Rock) | 4:18-cv-00023-BSM | Chief Judge Brian S. Miller |