**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Corporate Disclosure Statement was electronically filed on February 7, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

| | |
|---|---|
| Robin G. Workman, Esq. | Thomas V. Ayala, Esq. |
| WORKMAN LAW FIRM, PC | GRANT & EISENHOFER, P.A. |
| 177 Post Street | 123 Justison Street |
| Suite 800 | Wilmington, DE 19801 |
| San Francisco, CA 94108 | Phone: (302) 622-7000 |
| Phone: (415) 782-3660 | Fax:   (302) 622-7100 |

Wade A. Williams, Esq.
THURMAN & FLANAGIN
Post Office Drawer 190
Eureka Springs, AR 72632
Phone: (479) 253-1234
Fax:   (479) 253-2123

    Counsel for Plaintiffs in *Windle v. Monsanto Co.*, Case No. 4:18-cv-00023-BSM (E.D. Ark.)

Dated: February 7, 2018 Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant*
*Monsanto Company*