**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S MOTION TO VACATE**
**CONDITIONAL TRANSFER ORDER**

Pursuant to Rule 7.1(f) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Monsanto moves this Panel to vacate Conditional Transfer Order (CTO-66), ECF No. 434, as it relates to *Windle v. Monsanto Co.*, No. 4:18-cv-00023-BSM (E.D. Ark. filed Jan. 20, 2018). In support of this motion, Monsanto attaches its Brief in Support of Monsanto Company's Motion to Vacate Conditional Transfer Order.

Dated: February 7, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant*
*Monsanto Company*

1