**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  　　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S MOTION TO VACATE
CONDITIONAL TRANSFER ORDER**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|----|----|----|----|----|
| 1. | Charles Windle and Patricia Windle | Monsanto Co. | Eastern District of Arkansas (Little Rock) | 4:18-cv-00023-BSM | Chief Judge Brian S. Miller |

1