**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Motion to Vacate Conditional Transfer Order was electronically filed on February 7, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Robin G. Workman, Esq.
WORKMAN LAW FIRM, PC
177 Post Street
Suite 800
San Francisco, CA 94108
Phone: (415) 782-3660

Thomas V. Ayala, Esq.
GRANT & EISENHOFER, P.A.
123 Justison Street
Wilmington, DE 19801
Phone: (302) 622-7000
Fax:    (302) 622-7100

Wade A. Williams, Esq.
THURMAN & FLANAGIN
Post Office Drawer 190
Eureka Springs, AR 72632
Phone: (479) 253-1234
Fax:    (479) 253-2123

Counsel for Plaintiffs in *Windle v. Monsanto Co.*, Case No. 4:18-cv-00023-BSM (E.D. Ark.)

2

Dated: February 7, 2018              Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

2