**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS    MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| 1. | Joyce Brode | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00183-HEA | District Judge Henry Edward Autrey |
| 2. | Richard Dahl | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00182-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 3. | Allan Mehrens | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00187-AGF | District Judge Audrey G. Fleissig |
| 4. | William Nero | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00194-PLC | Magistrate Judge Patricia L. Cohen |
| 5. | Doris Whitlock | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00191-HEA | District Judge Henry Edward Autrey |