**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on February 7, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Kirk J. Goza, Esq.
GOZA & HONNOLD LLC
11181 Overbrook Road
Suite 200
Leawood, KS 66211
Phone: (913) 451-3433
Fax:    (913) 839-0567

    Counsel for Plaintiffs in *Brode v. Monsanto Co.*, Case No. 4:18-cv-00183-HEA (E.D. Mo.); *Dahl v. Monsanto Co.*, Case No. 4:18-cv-00182-SNLJ (E.D. Mo.); *Mehrens v. Monsanto Co.*, Case No. 4:18-cv-00187-AGF (E.D. Mo.); *Nero v. Monsanto Co.*, Case No. 4:18-cv-00194-PLC (E.D. Mo.); and *Whitlock v. Monsanto Co.*, Case No. 4:18-cv-00191-HEA (E.D. Mo.);

Dated: February 7, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*