# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 2/7/18

**District Court:** D. Arizona

**Number of Actions:** 6

**Complaints and Docket Sheets are attached.**

_____

CLERK OF THE PANEL