BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Philip Dean | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00170-JAR | District Judge John A. Ross |
| 2. | Raymond Parker and Virginia Parker | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00186-NAB | Magistrate Judge Nannette A. Baker |

1