**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on February 13, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Jacob A. Flint, Esq.
FLINT LAW FIRM, LLC
222 E. Park St.
Edwardsville, IL 62025
Phone: (618) 205-2017
Fax:     (618) 288-2864

and

Aimee H. Wagstaff, Esq.
ANDRUS WAGSTAFF, P.C.
7171 W. Alaska Drive
Lakewood, CO 80226
Phone: (303) 376-6360
Fax:     (303) 376-6361

      Co-counsel for Plaintiff in *Dean v. Monsanto Co.*, Case No. 4:18-cv-00170-JAR (E.D. Mo.)

Eric D. Holland, Esq.
HOLLAND LAW FIRM
300 North Tucker
Suite 801
St. Louis, MO 63101
Phone: (314) 241-8111
Fax:     (314) 241-5554

Jessica L. Richman, Esq.
PARKER WAICHMAN LLP
6 Harbor Park Drive
Port Washington, NY 11050
Phone: (516) 723-4627
Fax:    (516) 723-4727

    Co-counsel for Plaintiffs in *Parker v. Monsanto Co.*, Case No. 4:18-cv-00186-NAB
    (E.D. Mo.)


Dated: February 13, 2018            Respectfully submitted,

                                           /s/ Joe G. Hollingsworth
                                           Joe G. Hollingsworth, Esq.
                                           (jhollingsworth@hollingsworthllp.com)
                                           HOLLINGSWORTH LLP
                                           1350 I Street, N.W.
                                           Washington, D.C.  20005
                                           Phone: (202) 898-5800
                                           Fax:    (202) 682-1639

                                           *Attorneys for Defendant Monsanto Company*