# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | § § § § § § |
| | MDL No.: 2741 |
| This Document Relates to: | |
| Case No. 4:18-cv-00023-ARE | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND REQUEST TO VACATE CTO-66

In accordance with Rule 7.1(g) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned Plaintiffs' Counsel hereby notify the Panel that all claims in this action have been dismissed without prejudice. *See* Notice of Voluntary Dismissal, attached as Exhibit A. Therefore, Plaintiffs request that the Panel vacate Conditional Transfer Order 66 as to this action because the dismissal of claims renders that transfer issue moot.

Dated: February 16, 2018

Respectfully Submitted,

By:

/s Wade A. Williams  
Wade A. Williams, AR Bar No. 90220  
THURMAN & FLANAGIN  
Attorneys at Law  
P.O. Box 190  
Eureka Springs, AR 72632  
Tel: 479-253-1234  
Fax: 479-253-2123  
wade@ozarkjustice.com

/s Thomas V. Ayala
Thomas V. Ayala, PA Bar No. 93130
GRANT & EISENHOFER, P.A.
123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000
Fax: 302- 622-7100
tayala@gelaw.com


/s Robin G. Workman
Robin G. Workman, CA Bar No. 145810
WORKMAN LAW FIRM, PC
177 Post Street, Suite 800
San Francisco, CA 94108
Tel: 415-782-3660
Fax: 415-788-1028
robin@workmanlawpc.com


*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of February, 2018, I electronically filed the foregoing Notice of Voluntary Dismissal with the United States Judicial Panel on Multidistrict Litigation through the CM/ECF system, which sends notifications to all counsel of record.

Dated:  February 16, 2018         /s/ Thomas V. Ayala
                                  Thomas V. Ayala