IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| CHARLES WINDLE AND PATRICIA WINDLE, <br><br> Plaintiffs, <br><br> v. <br><br> MONSANTO COMPANY, <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § Case No.: 4:18-cv-00023-ARE <br> § <br> § <br> § <br> § |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Take notice that Plaintiffs, Charles and Patricia Windle, by and through the undersigned Counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismiss all claims in this action without prejudice.[1]

Dated: February 16, 2018

Respectfully Submitted,

By: /s Wade A. Williams
Wade A. Williams, AR Bar No. 90220
THURMAN & FLANAGIN
Attorneys at Law
P.O. Box 190
Eureka Springs, AR 72632
Tel: 479-253-1234
Fax: 479-253-2123
wade@ozarkjustice.com

---

[1] "Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The opposing party has served neither an answer nor a motion for summary judgment in this matter.

/s Thomas V. Ayala
Thomas V. Ayala (pro hac vice)
GRANT & EISENHOFER, P.A.
123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000
Fax: 302- 622-7100
tayala@gelaw.com


/s Robin G. Workman
Robin G. Workman (pro hac vice)
WORKMAN LAW FIRM, PC
177 Post Street, Suite 800
San Francisco, CA 94108
Tel: 415-782-3660
Fax: 415-788-1028
robin@workmanlawpc.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of February, 2018, I electronically filed the foregoing Notice of Voluntary Dismissal with the United States District Court for the Eastern District of Arkansas through the CM/ECF system, which sends notifications to all counsel of record.

Dated: February 16, 2018	/s/ Thomas V. Ayala
	Thomas V. Ayala