UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**

| | | |
|---|---|---|
| Windle, et al. v. Monsanto Company, | ) | |
|   E.D. Arkansas, C.A. No. 4:18-00023 | ) | MDL No. 2741 |

**ORDER VACATING CONDITIONAL TRANSFER ORDER
AND VACATING THE MARCH 29, 2018, HEARING SESSION ORDER**

A conditional transfer order was filed in this action (*Windle*) on January 16, 2018. Prior to expiration of that order's 7-day stay of transmittal, defendant in *Windle* filed a notice of opposition to the proposed transfer. Defendant later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Windle* was dismissed without prejudice by the Honorable Brian S. Miller in an order filed on February 20, 2018.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-66" filed on January 16, 2018, is VACATED insofar as it relates to this aciton.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 15, 2018, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel