BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

### SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|----|------------|------------|----------|------------------|-------|
| 1. | Ralph A. Applegate | Monsanto Co. | Southern District of Ohio (Columbus)[1] | 2:18-cv-00045-JLG-EPD | District Judge James L. Graham |

---

[1] Despite the fact that on 2/5/2018, the JPML issued an Order Reinstating Stay of Conditional Transfer Order (CTO-67), this case is currently closed in the Southern District of Ohio. The case is currently reflected as open in the Northern District of California and pending in the MDL, member case number 3:18-cv-00663-VC. This transfer occurred before the JPML issued the 2/5/18 Order reinstating the stay of CTO-67.