**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Corporate Disclosure Statement was electronically filed on February 20, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

Ralph A. Applegate, Plaintiff, Pro Se
1544 Zettler Road
Columbus, OH 43227
Phone: (914) 410-1568

    Plaintiff in *Applegate v. Monsanto Co.*, Case No. 2:18-cv-00045-JLG-EPD (S.D. Ohio).

David P. Strup, Esq.
SHUMAKER, LOOP & KENDRICK, LLP
1000 Jackson Street
Toledo, OH 43604
Phone: (419) 321-1306
Fax:    (419) 241-6894

    Co-counsel for Defendant in *Applegate v. Monsanto Co.*, Case No. 2:18-cv-00045-JLG-EPD (S.D. Ohio).

Dated: February 20, 2018            Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant*
*Monsanto Company*