**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on February 20, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Jeffrey L. Haberman, Esq.
SCHLESINGER LAW OFFICES, P.A.
1212 Southeast Third Avenue
Ft. Lauderdale, FL 33316
Phone: (954) 320-9507
Fax:    (954) 320-9509

Counsel for Plaintiff in *Berenfeld v. Monsanto Co.*, Case No. 0:18-cv-60255-KMW (S.D. Fla.)

Dated: February 20, 2018                Respectfully submitted,

                                        /s/ Joe G. Hollingsworth
                                        Joe G. Hollingsworth, Esq.
                                        (jhollingsworth@hollingsworthllp.com)
                                        HOLLINGSWORTH LLP
                                        1350 I Street, N.W.
                                        Washington, D.C. 20005
                                        Phone: (202) 898-5800
                                        Fax:    (202) 682-1639

                                        *Attorneys for Defendant Monsanto Company*