**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: Roundup Products Liability Litigation                               MDL No. 2741

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|----------------|---------------|--------------|----------------------|-----------|
| 1. | Karen Delorme-Barton | Monsanto Company | Northern District of Illinois | 1:18-cv-01215 | Honorable Ruben Castillo |

DATED: February 21, 2018

Respectfully submitted,

/s/ _Robin Greenwald_____
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York NY 10003
Ph 212-558-5500
F 212-344-5461

*Co-Lead Counsel for Plaintiffs*

- 2 -
SCHEDULE OF ACTIONS