**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax: (646) 293-4921
Email: rgreenwald@weitzlux.com

*Co-Lead Counsel for Plaintiffs*

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: Roundup Products Liability Litigation                    MDL No. 2741

    I am employed in the County of New York, State of New York.  I am over the age of 18, and not a party to the within action.  My business address is at WEITZ & LUXENBERG, P.C., 700 Broadway, New York, NY 10003.

    On February 21, 2018, I served the foregoing document described as:

    NOTICE OF POTENTIAL TAG-ALONG ACTION

    on all other parties and/or their attorneys of record to this action by operation of the Court's CM/ECF system in accordance with L.R. 5.4(d).  The Court's CM/ECF system sends an e-mail notification of the filings to the parties and counsel of record listed below who are registered with the Court's CM/ECF.

    Richard Alden Clark
    Parker Milliken Clark O'Hara and Samuelian
    555 S. Flower Street, 30th Floor
    Los Angeles, CA 90071
    213-683-6500
    Fax: 213-683-6669
    Email: rclark@pmcos.com

    Eric Gordon Lasker
    Hollingsworth LLP
    1350 I Street NW
    Washington, DC 20005
    202-898-5800

PLAINTIFFS' CERTIFICATE OF SERVICE

Fax: 202-682-1639
Email: elasker@hollingsworthllp.com

James Michael Sullivan
Hollingsworth LLP
1350 I Street, NW
10th Floor
Washington, DC 20005
202-898-5800
Fax: 202-682-1639
Email: jsullivan@hollingsworthllp.com

Joe G. Hollingsworth
Hollingsworth LLP
1350 I Street, N.W.
Washington, DC 20005
202-898-5800
Email: jhollingsworth@hollingsworthllp.com

Katharine R. Latimer
Hollingsworth LLP
1350 I St NW
Washington, DC 20005
202-898-5800
Email: klatimer@hollingsworthllp.com

Rosemary Stewart
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
202-898-5888
Email: rstewart@hollingsworthllp.com

Steven Robert Platt
Parker Milliken, et al.
555 S. Flower Street
30th Floor
Los Angeles, CA 90071
213-683-6500
Fax: 213-683-6669
Email: splatt@pmcos.com

*Attorneys for Defendant*

PLAINTIFFS' CERTIFICATE OF SERVICE

1  I declare under the penalty of perjury laws of the United States of America that the
2  foregoing is true to the best of my knowledge.  I declare that I am a member of this bar of this
3  Court at whose direction the service was made.
4  Executed this 21st day of February, 2018, at New York, New York.

DATED: February 21, 2018

/s/   Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York NY 10003
Ph 212-558-5500
F 212-344-5461

*Co-Lead Counsel for Plaintiffs*

- 3 -
PLAINTIFFS' CERTIFICATE OF SERVICE