**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Harry C. Sharp | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00287-HEA | District Judge Henry Edward Autrey |
| 2. | Jerry Tingle, Scott Broomfield, Regina Slugg, Robert Gregg, and Sarah Barnard | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00154-AGF | District Judge Audrey G. Fleissig |

1