# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on February 21, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Kirk J. Goza, Esq.  
GOZA & HONNOLD, LLC  
11181 Overbrook Road  
Suite 200  
Leawood, KS 66211  
Phone: (913) 451-3433  
Fax:    (913) 839-0567

    Counsel for Plaintiff in *Sharp v. Monsanto Co.*, Case No. 4:18-cv-00287-HEA (E.D. Mo.)

D. Todd Matthews  
GORI, JULIAN & ASSOCIATES, P.C.  
156 N. Main St.  
Edwardsville, IL 62025  
Phone: (618) 659-9833  
Fax:    (618) 659-9834

and

Peter A. Miller  
MILLER DELLAFERA PLC  
3420 Pump Rd  
PMB 404  
Henrico, VA 23233

Phone: (800) 401-6670
Fax:    (888) 830-1488

    Co-counsel for Plaintiffs in *Tingle v. Monsanto Co.*, Case No. 4:18-cv-00154-AGF (E.D. Mo.)

Dated: February 21, 2018      Respectfully submitted,

    /s/ Joe G. Hollingsworth
    Joe G. Hollingsworth, Esq.
    (jhollingsworth@hollingsworthllp.com)
    HOLLINGSWORTH LLP
    1350 I Street, N.W.
    Washington, D.C. 20005
    Phone: (202) 898-5800
    Fax:    (202) 682-1639

    *Attorneys for Defendant Monsanto Company*