**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order was electronically filed on February 27, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

David Crumplar, Esq.
JACOBS & CRUMPLAR, P.A.
750 Shipyard Drive
Suite 200
Wilmington, DE 19801
Phone: (302) 656-5445
Fax:    (302) 656-5975

Counsel for Plaintiff in *Shible v. Monsanto Co.*, Case No. 1:18-cv-00080-RGA (D. Del.).

Dated: February 27, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*