Case MDL No. 2741   Document 514   Filed 03/05/18   Page 1 of 2

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| March 5, 2018 1:06:19 PM EST | | 60 | 2 | Received |

## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: _Ralph A. Applegate v. Monsanto Company_ MDL - 2741

_U.S.D.C., S.D. of Ohio, 2:18-CV-00045-JLG-EPD, Doc. #3, and_

Your Case Name, District Court, and Case Number

_Franklin County Court of Common Pleas Case No. 17-CV-12-11000_

### PRO SE PLAINTIFF(S)' MOTION
### TO VACATE CONDITIONAL TRANSFER ORDER

Pursuant to 28 U.S.C. § 1407, Plaintiff(s) in the above captioned action respectfully move(s) this Panel for an Order vacating Conditional Transfer Order No. _CTO-61_

Signed this _24th_ day of _February_, 20_18_.

_Plaintiff found it appears._

Signature: _Ralph A. Applegate_

Mailing Address: _1544 Zettler Road_
_Columbus, Ohio 43227_
_Plaintiff, Pro se_
_rapplegate48@gmail.com_

Phone Number: _914-410-1568_

This is a two-part form. Go to the second page. **YOU MUST COMPLETE BOTH THE MOTION AND THE MEMORANDUM IN SUPPORT.**

Return your completed and signed Motion and Memorandum by U.S. Mail or by Fax.

Mail to:   United States Judicial Panel on Multidistrict Litigation
           One Columbus Circle NE
           Room G-255, North Lobby
           Washington, DC 20544-0005

Fax to:    202-502-2888

Questions? Call 202-502-2800

Note: You must date and sign the Motion and the attached Memorandum, and provide your mailing address and telephone number.

RECEIVED
CLERK'S OFFICE
2018 MAR -5 PM 1:42
JUDICIAL PANEL ON
MULTI DISTRICT
LITIGATION