# MEMORANDUM IN SUPPORT
## OF
## *PRO SE* PLAINTIFF(S)' MOTION
## TO VACATE CONDITIONAL TRANSFER ORDER

IN RE: Ralph A. Applegate v. Monsanto Company. MDL - 2741
U.S.D.C., S.D. of Ohio, 2:18-CV-00045, JLG.-EPD, Doc. #3,
and Franklin County Court of Common Pleas Case No. 17-CV-12-11000.

Your Case Name, District Court, and Case Number
(Provide below an explanation of why your Motion should be granted. If you need additional space, attach additional sheets of paper if necessary.)

The Panel should grant this motion for the following reasons: Plaintiff incorporated in Franklin County Common Pleas Court Complaint that "This Court has personal jurisdiction pursuant to Franklin County Common Pleas Court Rule 33.12." This was a typographical error. It should have been 33.01 and 33.02. Plaintiff demands settlement. These rules set out procedures for settlement which is why Plaintiff selected Franklin County Common Pleas Court. Plaintiff's Due Process Clause Requirements of right of Notice of a hearing and where and when hearing was to be held were denied. Case is to be returned to Franklin County.

Signed this 23rd day of February, 2018.

Signature: Ralph A. Applegate
Mailing Address: 1544 Zettler Road
Columbus, Ohio 43227

rapplegate48@gmail.com
Phone Number: 914-410-1568