**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| 1. | Russell Baxter (decedent); Marquita Baxter | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00329-AGF | District Judge Audrey G. Fleissig |
| 2. | Terry Hodges | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00343-CAS | District Judge Charles A. Shaw |
| 3. | Raymond Hutchison | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00328-JAR | District Judge John A. Ross |
| 4. | David Keeler, Jr. | Monsanto Co. | Middle District of Florida (Tampa) | 8:18-cv-00498-RAL-AAS | District Judge Richard A. Lazzara |
| 5. | Jerry D. Morrison | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00334-HEA | District Judge Henry Edward Autrey |