**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on March 6, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Kirk J. Goza, Esq.
GOZA & HONNOLD, LLC
11181 Overbrook Road
Suite 200
Leawood, KS 66211
Phone: (913) 451-3433
Fax:    (913) 839-0567

>Counsel for Plaintiffs in *Baxter v. Monsanto Co.*, Case No. 4:18-cv-00329-AGF (E.D. Mo.); *Hodges v. Monsanto Co.*, Case No. 4:18-cv-00343-CAS (E.D. Mo.); *Hutchison v. Monsanto Co.*, Case No. 4:18-cv-00328-JAR (E.D. Mo.); and *Morrison v. Monsanto Co.*, Case No. 4:18-cv-00334-HEA (E.D. Mo.)

Steven W. Teppler, Esq.
Brittany R. Ford, Esq.
ABBOTT LAW GROUP, P.A.
2929 Plummer Cove Road
Jacksonville, FL 32223
Phone: (904) 292-1111
Fax:    (904) 292-1220

>Counsel for Plaintiff in *Keeler v. Monsanto Co.*, Case No. 8:18-cv-00498-RAL-AAS (M.D. Fla.)

Dated: March 6, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C.  20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*