**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| **1.** | Gregory Brickey and Nina Brickey | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00333-AGF | District Judge Audrey G. Fleissig |
| **2.** | James T. Conley and Margaret Conley | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00322-JMB | Magistrate Judge John M. Bodenhausen |
| **3.** | Beverly Holstrom and Charles Holstrom | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00336-NCC | Magistrate Judge Noelle C. Collins |
| **4.** | Ricky Hymas and Carol Hymas | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00330-JAR | District Judge John A. Ross |
| **5.** | Cliffton Pertuit and Doreen Pertuit | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00332-HEA | District Judge Henry Edward Autrey |
| **6.** | Joseph Pica | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00318-CDP | District Judge Catherine D. Perry |
| **7.** | Matthew T. Rasey | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00320-DDN | Magistrate Judge David D. Noce |
| **8.** | Amy Schmidt and Allen L. Schmidt | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00324-JMB | Magistrate Judge John M. Bodenhausen |
| **9.** | Marilyn Upshaw and James Upshaw | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00323-NAB | Magistrate Judge Nannette A. Baker |