**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on March 8, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb, Esq.
BROWN & CROUPPEN, P.C.
211 North Broadway
Suite 1600
St. Louis, MO 63102
Phone: (314) 222-2222
Fax:    (314) 421-0359

Counsel for Plaintiffs in *Brickey v. Monsanto Co.*, Case No. 4:18-cv-00333-AGF (E.D. Mo.); *Conley v. Monsanto Co.*, Case No. 4:18-cv-00322-JMB (E.D. Mo.); *Holstrom v. Monsanto Co.*, Case No. 4:18-cv-00336-NCC (E.D. Mo.); *Hymas v. Monsanto Co.*, Case No. 4:18-cv-00330-JAR (E.D. Mo.); *Pertuit v. Monsanto Co.*, Case No. 4:18-cv-00332-HEA (E.D. Mo.); *Pica v. Monsanto Co.*, Case No. 4:18-cv-00318-CDP (E.D. Mo.); *Rasey v. Monsanto Co.*, Case No. 4:18-cv-00320-DDN (E.D. Mo.); *Schmidt v. Monsanto Co.*, Case No. 4:18-cv-00324-JMB (E.D. Mo.); and *Upshaw v. Monsanto Co.*, Case No. 4:18-cv-00323-NAB (E.D. Mo.)

| | |
|---|---|
| Dated: March 8, 2018 | Respectfully submitted, |
| | /s/ Joe G. Hollingsworth |
| | Joe G. Hollingsworth, Esq. |
| | (jhollingsworth@hollingsworthllp.com) |
| | HOLLINGSWORTH LLP |
| | 1350 I Street, N.W. |
| | Washington, D.C.  20005 |
| | Phone: (202) 898-5800 |
| | Fax:    (202) 682-1639 |
| | |
| | *Attorneys for Defendant Monsanto Company* |