**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

|  | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Donna Laster, Roland Levesque, Alonzo Alford, Perry Wright, Tonya Coker, John Kouril, Constance Critelli, individually, and as personal representative of the Estate of Joseph Critelli, deceased, and Lynette Ludwig | Monsanto Co.; Osborn & Barr Communications, Inc.; Osborn & Barr Holdings, Inc. | Eastern District of Missouri (St. Louis) | 4:18-cv-00397-CAS | District Judge Charles A. Shaw |

1