**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**AMENDED PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on March 12, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on March 12, 2018, as to Plaintiffs' counsel:

John J. Driscoll, Esq.
Paul W. Johnson, Esq.
THE DRISCOLL FIRM, P.C.
211 North Broadway, 40th Floor
St. Louis, MO 63102
Phone: (314) 932-3232
Fax:     (314) 932-3233

      Counsel for Plaintiffs in *Laster v. Monsanto Co.*, No. 4:18-cv-00397-CAS (E.D. Mo.)

      Copies of the foregoing were also served via electronic mail on March 12, 2018, as to counsel for Defendants Osborn & Barr Communications, Inc. and Osborn & Barr Holdings, Inc.:

David G. Ott, Esq.
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO  63105
Phone: (314) 621-5070
Fax:     (314) 621-5065
E-mail: dott@armstrongteasdale.com

      Counsel for Defendants Osborn & Barr Communications, Inc. and Osborn & Barr Holdings, Inc., in *Laster v. Monsanto Co.*, No. 4:18-cv-00397-CAS (E.D. Mo.)

Dated: March 13, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C.  20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*