**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

|   | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Brenda Acosta, Brian Anderson, Leif Arvidson, Kenny Beddington, Danny Binkley, Emery Bridgers, Matthew Brown, Deborah Buss, Chris Daniels, Michael Doyle, Patricia Ermeloff, Robert Esler, Laura Faraschuk, Jesse Gates, Ronald Gleysteen, Marvin Greenleaf, Richard Hansen, Richard Hendrickson, Norman Henson, Anthony Hoisington, Maureen Hubert, Lilian Humphries, Ken Irish, Michael Jackson, George Jennings, Linda Johnson, Lawrence Karns, Maxine Kelly, Boris Kofman, Lewis Lane, David Largent, Marcia Larson, Gary Lenna, Richard Lewis, Eugene Locken, Robert Marson, Michael Mason, Richard Mayes, Mitch Meunier, Timothy Miskinis, David Murray, Earnestine Nicholson, Jeffrey Olsen, Betty Peay, DeAnn Pinter, Robert Pruitt, Jason Ratliff, Arlie Raynor, Scott Reed, Joan Salogar, Barbara Schiltz, Peggy Sellers, | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00407-AGF | District Judge Audrey G. Fleissig |

| | | | | |
|---|---|---|---|---|
| Morgan Seymour, Betty Shadeck, Joseph Smith, Jennie Son, Lynn Soule, Winfred Spain, Clyde Stansell, Robert Stellflug, Norman Sundstrom, John Tanner, Darrell Tarte, Bill Theys, John Thompson, Cheryl Trowbridge, Eduardo Vazquez, Lucinda Whitley, Loren Wilhelm, Barry Willis, Thomas Zupa, Joe Coleman, by and through his representative Brenda Coleman, Brenda Coleman, surviving spouse of Joe Coleman, on behalf of all legal heirs of Joe Coleman, Judith Keehn, by and through her representative Kelly Allen, Kelly Allen, next of kin of Judith Keehn on behalf of all legal heirs of Judith Keehn, Claude Smithhart, by and through his representative Patricia Woods-Smithhart, Patricia Woods-Smithhart, surviving spouse of Claude Smithhart on behalf of all legal heirs of Claude Smithhart | | | | |