BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Estate of Joyce Carter, by and through her Representative Edmond Carter, and Edmond Carter, Surviving Spouse of Joyce Carter on Behalf of all legal heirs of Joyce Carter | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00413-DDN | Magistrate Judge David D. Noce |
| 2. | Estate of Riley Roosevelt, by and through his surviving Spouse, Jenia Roosevelt, on behalf of all legal heirs of Riley Roosevelt | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00417-AGF | District Judge Audrey G. Fleissig |