**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on December 15, 2017 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Kirk J. Goza, Esq.
Goza & Honnold, LLC.
11181 Overbrook Road, Suite 2000
Leawood, KS 66211
Phone: (913) 451-3433
Fax:    (913) 839-0567

    Counsel for Plaintiffs in *Carter v. Monsanto Co.*, Case No. 4:18-cv-00413-DDN
    (E.D. Mo.) and *Roosevelt v. Monsanto Co.*, Case No. 4:18-cv-00417-AGF (E.D. Mo.)

Dated: March 19, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C.  20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*