UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION
    Heinzen, et al. v. Monsanto Company,  )
        E.D. Missouri, C.A. No. 4:17-02881  )  MDL No. 2741

ORDER VACATING CONDITIONAL TRANSFER ORDER
AND VACATING THE MARCH 29, 2018, HEARING SESSION ORDER

A conditional transfer order was filed in this action (*Heinzen*) on December 18, 2017. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in Heinzen filed a notice of opposition to the proposed transfer. Plaintiffs later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Heinzen* was remanded to the Circuit Court of St.Louis County, State of Missouri, by the Honorable Charles A. Shaw in an order filed on March 20, 2018.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-61" filed on December 18, 2017, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 15, 2018, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel