BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**In re: Roundup Products**
**Liability Litigation**                                    **MDL No. 2741**

This Document Relates to:
*Donna Laster, et al. v. Monsanto Company, et al.;*
*Eastern District of Missouri; Case No.: 4:18-cv-00397-CAS*

**NOTICE OF OPPOSITION TO CTO-78**

I represent the Plaintiffs in the above action that are included in Conditional Transfer Order 78 (CTO-78). Plaintiffs submit this opposition to the Conditional Transfer Order. I understand that the Motion to Vacate and Brief in Support are due in 14 days.

Dated: March 21, 2018                     Respectfully Submitted,

                                         **THE DRISCOLL FIRM, P.C.**

                                         BY:   /s/ John J. Driscoll
                                         JOHN J. DRISCOLL, IL # 6276464
                                         211 North Broadway, Suite 4050
                                         St. Louis, Missouri 63012
                                         Telephone No. (314) 932-3232
                                         Fax No. (314) 932-3233
                                         john@thedriscollfirm.com