BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**In re: Roundup Products
Liability Litigation**  MDL No. 2741

This Document Relates to:
*Donna Laster, et al. v. Monsanto Company, et al.;
Eastern District of Missouri; Case No.: 4:18-cv-00397-CAS*

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on March 21, 2018, copies of the Notice of Opposition to CTO-78 was served via the Court's CM/ECF electronic filing system to attorneys for Defendant Monsanto Company:

Joe G. Hollingsworth, Esq.
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639
Email: jhollingsworth@hollingsworthllp.com
*Attorneys for Defendant Monsanto Company*

Copies of the foregoing were also served via electronic and First-Class mail on March 21, 2018, as to counsel for Defendants Osborn & Barr Communications, Inc. and Osborn & Barr Holdings, Inc.:

David G. Ott, Esq.
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Phone: (314) 621-5070
Fax: (314) 621-5065
E-mail: dott@armstrongteasdale.com
*Counsel for Defendants Osborn & Barr
Communications, Inc. and Osborn & Barr
Holdings, Inc., in Laster v. Monsanto Co.,
No. 4:18-cv-00397-CAS (E.D. Mo.)*

Dated: March 21, 2018                           Respectfully Submitted,

**THE DRISCOLL FIRM, P.C.**

BY:   /s/ John J. Driscoll
JOHN J. DRISCOLL, IL # 6276464
211 North Broadway, Suite 4050
St. Louis, Missouri 63012
Telephone No. (314) 932-3232
Fax No. (314) 932-3233
john@thedriscollfirm.com