**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Kerry L. Pfleigier | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00432-DDN | Magistrate Judge David D. Noce |
| 2. | Walter J. Watson | Monsanto Co. | Western District of Tennessee (Memphis) | 2:18-cv-02128-SHL-dkv | District Judge Sheryl H. Lipman |

1