BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on March 26, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb, Esq.
BROWN & CROUPPEN, P.C.
211 North Broadway
Suite 1600
St. Louis, MO 63102
Phone: (314) 222-2222
Fax:     (314) 421-0359

    Counsel for Plaintiff in *Pfleigier v. Monsanto Co.*, Case No. 4:18-cv-00432-DDN (E.D. Mo.)

Michael P. McGartland, Esq.
MCGARTLAND LAW FIRM, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, TX 76107
Phone: (817) 332-9300
Fax:     (817) 332-9301

and

Nicholas R. Rockforte, Esq.
Christopher L. Coffin, Esq.
Evan P. Fontenot, Esq.
PENDLEY, BAUDIN & COFFIN, L.L.P.
P.O. Drawer 71
24110 Eden Street

Plaquemine, LA 70765
Phone: (225) 687-6396
Fax:    (225) 687-6398

      Co-counsel for Plaintiff in *Watson v. Monsanto Co.*, Case No. 2:18-cv-02128-SHL-dkv (W.D. Tenn.)

Dated: March 26, 2018        Respectfully submitted,

      /s/ Joe G. Hollingsworth
      Joe G. Hollingsworth, Esq.
      (jhollingsworth@hollingsworthllp.com)
      HOLLINGSWORTH LLP
      1350 I Street, N.W.
      Washington, D.C. 20005
      Phone: (202) 898-5800
      Fax:    (202) 682-1639

      *Attorneys for Defendant Monsanto Company*