# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION**

| | | |
|---|---|---|
| Laster, et al. v. Monsanto Company, et al., | ) | |
| E.D. Missouri, C.A. No. 4:18-00397 | ) | MDL No. 2741 |

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Laster*) on March 14, 2018.  Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Laster* filed a notice of opposition to the proposed transfer.  The Panel has now been advised that *Laster* was remanded to the Circuit Court of the City of St. Louis, Missouri, by the Honorable Charles A. Shaw in an order filed on March 30, 2018.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-78" filed on March 14, 2018, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel