**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Faisal Abedeljalil and Tammy Abedeljalil | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00481-CDP | District Judge Catherine D. Perry |
| 2. | Guy Andriola | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00471-CDP | District Judge Catherine D. Perry |
| 3. | Betty L. Bolyard | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00469-DDN | Magistrate Judge David D. Noce |
| 4. | Larry Robbins | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00470-CDP | District Judge Catherine D. Perry |