**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on April 6, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Eric D. Holland, Esq.
HOLLAND LAW FIRM
300 North Tucker, Suite 801
St. Louis, MO 63101
Phone: (314) 241-8111
Fax:    (314) 241-5554

and

Jessica L. Richman, Esq.
PARKER WAICHMAN LLP
6 Harbor Park Drive
Port Washington, NY 11050
Phone: (516) 723-4627
Fax:    (516) 723-4727

Counsel for Plaintiffs in *Abedeljalil v. Monsanto Co.*, Case No. 4:18-cv-00481-CDP (E.D. Mo.)

Seth S. Webb, Esq.
BROWN & CROUPPEN, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone: (314) 222-2222
Fax:    (314) 421-0359

Counsel for Plaintiffs in *Andriola v. Monsanto Co.*, Case No. 4:18-cv-00471-CDP (E.D. Mo.); *Bolyard v. Monsanto Co.*, Case No. 4:18-cv-00469-DDN (E.D. Mo.); and *Robbins v. Monsanto Co.*, Case No. 4:18-cv-00470-CDP (E.D. Mo.).

Dated: April 6, 2018                                    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C.  20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*