**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2741 |

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant Monsanto Company hereby notifies the Clerk of the Panel of the potential tag-along actions listed on the attached Schedule of Action.

The docket sheets and complaints for these potential tag-along actions are attached.

|  |  |
|---|---|
| Dated: April 11, 2018 | Respectfully submitted, |
|  | /s/ Joe G. Hollingsworth |
|  | Joe G. Hollingsworth<br>(jhollingsworth@hollingsworthllp.com)<br>HOLLINGSWORTH LLP<br>1350 I Street, N.W.<br>Washington, D.C.  20005<br>Phone: (202) 898-5800<br>Fax:    (202) 682-1639 |
|  | *Attorneys for Defendant Monsanto Company* |