**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|----------------|----------------|--------------|----------------------|-----------|
| 1. | Gary Burton | Monsanto Co. | Western District of Kentucky (Bowling Green) | 1:18-cv-00037-GNS | District Judge Greg N. Stivers |
| 2. | Patrick Litter | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00473-NCC | Magistrate Judge Noelle C. Collins |
| 3. | William R. Malin | Monsanto Co. | Central District of California (Eastern Division – Riverside) | 5:18-cv-00052-JGB-SP | District Judge Jesus G. Bernal |
| 4. | Debra Schreibeis and Neal Schreibeis | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00476-JMB | Magistrate Judge John M. Bodenhausen |