BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions were electronically filed on April 11, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Lawrence L. Jones II, Esq.
Christina T. Natale, Esq.
JONES WARD PLC
1205 E. Washington St., Suite 111
Louisville, KY 40206
Phone: (502) 882-6000
Fax:    (502) 887-2007

Douglas A. Dellacio, Jr., Esq.
J. Curt Tanner, Esq.
R. Andrew Jones, Esq.
CORY WATSON, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
Phone: (205) 328-2200
Fax:    (205) 324-7896

  Co-counsel for Plaintiff in *Burton v. Monsanto Co.*, Case No. 1:18-cv-00037-GNS (W.D. Ky.)

Seth S. Webb, Esq.
BROWN AND CROUPPEN, P.C.
One Metropolitan Square
211 N. Broadway, Suite 1600
St. Louis, MO 63102
Phone: (314) 222-2222
Fax:    (314) 421-0359

1

Counsel for Plaintiffs in *Litter v. Monsanto Co.*, Case No. 4:18-cv-00473-NCC (E.D. Mo.), and *Schreibeis v. Monsanto Co.*, Case No. 4:18-cv-00476-JMB (E.D. Mo.)

Deborah S. Kerr, Esq.
GOLDBERG AND OSBORNE LLP
915 West Camelback Road
Phoenix, AZ 85013
Phone: (602) 808-6784
Fax:    (602) 808-6799

Counsel for Plaintiff in *Malin v. Monsanto Co.*, Case No. 5:18-cv-00052-JGB-SP (C.D. Cal.)

Dated: April 11, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*