BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION    MDL No. 2741

## SCHEDULE OF ACTIONS

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|----------------|----------------|--------------|----------------------|-----------|
| 1. | Stephen DiBeneditto, Personal Representative of the Estate of Mary DiBeneditto | Monsanto Company | Eastern District of Missouri (St. Louis) | 4:18-cv-00602 | *Not yet assigned.* |