Jeffery N. Luthi, Clerk of Panel
United States Judicial Panel on Multidistrict Litigation
Washington, D.C. 20004-8041

RALPH A. APPLEGATE
    Plaintiff,

Versus                    Cases No .2:18-CV-00045-JLG-EPD
                                 and MDL-2741

MONSANTO COMPANY
    Defendant,

PLAINTIFF'S CASE LAW WITH RESPECT to PLEADINGS

1. Case law was found by an anonymous researcher for Plaintiff. Judge James L. Graham has stated on April 9, 2018 " Issue of whether to vacate transfer order is currently pending before MDL Panel .

"A presumption in favor of remand is necessary because if a federal court reaches merits of a pending motion in a removed case where subject matter jurisdiction may be lacking it deprives a state court of its right under Constitution to --------------- ". University of Southern Alabama v. American Tobacco Company, 168 F.3d at 411 . Case law encourages federal judges to remand a case to state court -where it may always be heard- rather than risk erroneously exercising jurisdiction and having an appellate court vacate all of their decisions ."

2.. Plaintiff has a very well plead complaint, and sufficient to prove that Roundup particularly causes other Non Hodgkins Lymphoma, and Plaintiff's Waldenstrom's

RECEIVED
CLERK'S OFFICE
2018 APR 17 AM 8:28
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

Macroglobulinemia because when exposed to Roundup , Plaintiff's immunoglobulin m(IgM) , and others , increases beyond 30-306 mg/dl . It is claimed that on March 14, 2018 that California judge Chhabria criticized Plaintiff's MDL-2741 expert witnesses as " shaky "on their claim about Roundup. Link Between Roundup and Cancer is Shaky. Reporter Carla Bayles ,Internet , March 14 , 2018 . Plaintiff objected in his complaint of Decembr, 14, 2017 to MDL-2741 Plaintiff's claim that glyphosate causes NHL , and Plaintiff still objects . A repetition !

3. State Courts may decide Motions for Default Judgment.

4. State Courts may decide Motions for Temporary Restraining Order .

5. State Courts may decide Motions for Directed Verdict on Pleadings.

|  |  |
|---|---|
| Defendant Attorney<br>David P. Strup<br>Shoemaker, Loop, & Kendrick , L.L.P.<br>1000 Jackson Street<br>Toledo, Ohio 43604<br>419-321-1306<br>dstrup@slk-law.com | Respectfully submitted<br>/s/ Ralph A. Applegate<br>Ralph A. Applegate<br>Plaintiff Pro Se<br>1544 Zettler Road<br>914-410-1568<br>rapplegate48@gmail.com |

CERTIFICATE of SERVICE

Plaintiff certifies that on April 10 , 2018 that a true and correct copy of foregoing was regular mailed to MDL Panel , for efiling , and one copy was regular mailed to Defendants Attorney .

p.2

[Page appears rotated 180° and is largely illegible. Visible fragments include signature block:]

RALPH A. APPLEGATE
Plaintiff

Jeffery N. Lüthi, Clerk of the Panel
United States Judicial Panel on Multidistrict Litigation
Washington, D.C. 20004-2541