**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Timothy Butler and Cathy Butler | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00327-PLC | Magistrate Judge Patricia L. Cohen |
| 2. | John Gibson | Monsanto Co. | Middle District of Florida (Tampa) | 8:18-cv-00492-CEH-CPT | District Judge Charlene Edwards Honeywell |