## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on April 24, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb, Esq.
BROWN AND CROUPPEN P.C.
One Metropolitan Square
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone: (314) 222-2222
Fax:     (314) 421-0359

Counsel for Plaintiffs in *Butler v. Monsanto Co.*, Case No. 4:18-cv-00327-PLC (E.D. Mo.)

Frank Petosa, Esq.
MORGAN & MORGAN COMPLEX LITIGATION GROUP
600 North Pine Island Road, Suite 400
Plantation, FL 33324
Phone: (813) 223-5505
Fax:     (813) 222-2434

and

Robin L. Greenwald
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Phone: (212) 558-5500
Fax:     (212) 344-5461

1

Counsel for Plaintiff in *Gibson v. Monsanto Co.*, Case No. 8:18-cv-00492-CEH-CPT (M.D. Fla.).

Dated: April 24, 2018                    Respectfully submitted,

                                         /s/ Joe G. Hollingsworth
                                         Joe G. Hollingsworth, Esq.
                                         (jhollingsworth@hollingsworthllp.com)
                                         HOLLINGSWORTH LLP
                                         1350 I Street, N.W.
                                         Washington, D.C.  20005
                                         Phone: (202) 898-5800
                                         Fax:    (202) 682-1639

                                         *Attorneys for Defendant Monsanto Company*