**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

|   | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|------------|------------|----------|------------------|-------|
| **1.** | Billy Worth and Alicia Worth | Monsanto Co. | Northern District of Iowa (Eastern Waterloo) | 6:18-cv-02028-MWB | District Judge Mark W. Bennett |