# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on April 30, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Larry F. Woods, Esq.  
LAW OFFICE OF LARRY F. WOODS  
24 North Fredrick Avenue  
Oelwein, IA 50662  
Phone: (319) 283-3204  
Fax:    (319) 283-9193  

and

Anthony J. Nemo, Esq.  
Andrew L. Davick, Esq.  
Ashleigh E. Raso, Esq.  
MESHBESHER & SPENCE, LTD.  
1616 Park Avenue  
Minneapolis, MN 55404  
Phone: (612) 339-9121  
Fax:    (612) 339-9188  

  Co-counsel for Plaintiffs in *Worth v. Monsanto Co.*, Case No. 6:18-cv-02028-MWB (N.D. Iowa.)

1

| | |
|---|---|
| Dated: April 30, 2018 | Respectfully submitted, |
| | /s/ Joe G. Hollingsworth |
| | Joe G. Hollingsworth, Esq.<br>(jhollingsworth@hollingsworthllp.com)<br>HOLLINGSWORTH LLP<br>1350 I Street, N.W.<br>Washington, D.C. 20005<br>Phone: (202) 898-5800<br>Fax:    (202) 682-1639 |
| | *Attorneys for Defendant Monsanto Company* |