**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Bert Bazert | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00685-JAR | District Judge John A. Ross |
| **2.** | Philip Caminiti | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00678-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| **3.** | Harvey T. Curtis | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00684-HEA | District Judge Henry Edward Autrey |
| **4.** | Shirley Lee | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00688-AGF | District Judge Audrey G. Fleissig |
| **5.** | Linda Montgomery | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00683-SNLJ | District Judge Stephen N. Limbaugh, Jr |
| **6.** | Debra Torres | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00689-AGF | District Judge Audrey G. Fleissig |