# BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on May 3, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Kirk J. Goza, Esq.
GOZA & HONNOLD LLC
11181 Overbrook Road, Suite 200
Leawood, KS 66211
Phone: (913) 451-3433
Fax:    (913) 839-0567

Counsel for plaintiffs in *Bazert v. Monsanto Co.*, Case No. 4:18-cv-00685-JAR (E.D. Mo.); *Caminiti v. Monsanto Co.*, Case No. 4:18-cv-00678-SNLJ (E.D. Mo.); *Curtis v. Monsanto Co.*, Case No. 4:18-cv-00684-HEA (E.D. Mo.); *Lee v. Monsanto Co.*, Case No. 4:18-cv-00688-AGF (E.D. Mo.); *Montgomery v. Monsanto Co.*, Case No. 4:18-cv-00683-SNLJ (E.D. Mo.); and *Torres v. Monsanto Co.*, Case No. 4:18-cv-00689-AGF (E.D. Mo.).

Dated: May 3, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C.  20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

1