# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 5/4/18

**District Court:**   W.D. New York

**Number of Actions:** 1

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL