UNITED STATED JUDICIAL PANEL
On MULTIDISTRICT LITIGATION
One Columbus Circle NE
Room G-255, North Lobby
Washington, DC 20544-0005

RALPH A. APPLEGATE
    Plaintiff,

Versus            Case No .2:18-CV-00045-JLG-EPD

MONSANTO COMPANY
    Defendant,

PLAINTIFF'S MOTION to STRIKE CHICAGO HEARING

and HOLD HEARING in UNITED STATES DISTRICT

COURT, SOUTHERN DISTRICT of OHIO, EASTERN

DIVISION, COLUMBUS, OHIO 43215

    Plaintiff objects. Plaintiff has not yet received any Notice as of April 30, 2018. Had plaintiff received, originally, after January 16, 2018, when defendant moved to remand, missed Notice, that Notice would have identified U. S. District Court, Southern District of Ohio, Eastern Division, Columbus, Ohio, where plaintiff resides, and where it should be located.

    Plaintiff requests that this hearing be returned to Columbus, Ohio where Judge James L. Graham has almost all pleadings, and is currently analyzing " Addition to Plaintiff's Request for Reconsideration, April, 20, 2018."

    MEMORANDUM of LAW in SUPPORT of PLAINTIFF RALPH

p.1

A. APPLEGATE"S MOTION to STRIKE CHICAGO HEARING

and to HOLD HEARING in UNITED STATES DISTRICT COURT,

SOUTHERN DISTRICT of OHIO, EASTERN DIVISION,

COLUMBUS, OHIO 43215

Now comes plaintiff Ralph A, Applegate, 86 year old, Pro Se, former UNITED STATES AIR FORCE aide to a General in Iceland, (Served December, 1952 -September, 1956), currently fighting Waldenstrom's Macroglobulinemia sustained by defendant's Roundup, respectfully requests this Honorable Judicial Panel to grant plaintiff's foregoing Motion to Strike Chicago Hearing and to Hold Hearing in United States District Court for Southern District of Ohio, Eastern Division, because Chicago hearing would deprive plaintiff's protection of DUE PROCESS of FIFTH and FOURTEENTH AMENDMENTS to U. S. CONSTITUTION as stated in this Memorandum of Law herein:

Fundamental requisite of due process of law is that opportunity to be heard. SEE GRANNIS V. ORDEAN, 234 U.S. 385, 394 (1914). Hearing must be at a meaningful time and in a meaningful manner. SEE ARMSTRONG V. MANZO, 380 U. S. 545, 380 U. S. 552, (1965) In this present context, foregoing principles do not apply to plaintiff, for a hearing in Chicago, who has not received a timely and adequate notice detailing any reason, whatsoever, that would require plaintiff, with

p.2

poor health to travel by bus 9 hours to Chicago without any written notice detailing any reason(s) for holding a hearing in Chicago. Three hundred and 55 miles for a round trip ticket to Chicago would cost $67.00 against plaintiff's $527.00 Social Security check, under federal poverty guidelines thereby imposing an unnecessary financial hardship for basic necessities of life that may include food, clothing and medical care upon plaintiff without due process of law. This panel would travel 699 miles from Washington, D. C. to go to Chicago, and 401 miles to conduct a hearing in Columbus, Ohio, that shorter mileage that meets that MDL law claim that MDL process is more efficient.

Plaintiff calls UNITED STATES JUDICIAL PANEL attention to GOLDBERG V. KELLY, 393 U.S. 254, a case that supports this motion at bar to hold a hearing in Columbus, Ohio U.S. DISTRICT COURT for SOUTHERN DISTRICT of OHIO, EASTERN DIVISION, Due Process of Law mandates no other.

UNITED STATES SUPREME COURT in GOLDBERG V. KELLY ruled that Due Process Clause of Fourteenth Amendment requires an evidentiary hearing before a recipient of certain government welfare benefits can be deprived of such benefits. This case by U.S. SUPREME COURT states that a hearing need not take form of a judicial or a quasi-judicial trial, but the recipient must be provided with timely and adequate notice.

PLAINTIFF, former U. S. AIRMAN 1st CLASS that had TOP SECRET SECURITY CLEARANCE, as of mailing of this motion has never been provided with a timely or adequate notice regarding any hearing by this JUDICIAL PANEL. It must be further noted by this Panel that plaintiff's financial status is a reason to have a hearing at Federal court in Columbus, Ohio, but his entire complaint should be conducted and tried in U.S. DISTRICT COURT for SOUTHERN DISTRICT of OHIO DUE PROCESS of LAW, after all, defendant brought this instant action out of State court into Federal court in Columbus, Ohio, on January 16, 2018.

Defendant Attorney
David P. Strup
Shoemaker, Loop, & Kendrick, L.L.P.
1000 Jackson Street
Toledo, Ohio 43604

419-321-1306
dstrup@slk-law.com

*Ralph A. Applegate*
Respectfully submitted
Ralph A. Applegate
Plaintiff Pro Se
1544 Zettler Road
Columbus, Ohio 43227
914-410-1568
rapplegate48@gmail.com

CERTIFICATE of SERVICE

Plaintiff certifies that on May 1, 2018 this Motion to Strike Chicago Hearing and to Hold Hearing in United States District Court, Southern District of Ohio, Eastern Division was certified mailed, return receipt requested, to United States Judicial Panel on Multidistrict Litigation, and that a true and correct copy of foregoing was regular mailed to defendants Attorney.

p.4

RECEIVED
CLERK'S OFFICE
2018 MAY -8 AM 8:29
JUDICIAL PANEL ON
MULTI DISTRICT
LITIGATION