BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| 1. | Dorothy J. Swisher | Monsanto Co. | Eastern District of Pennsylvania (Philadelphia) | 2:18-cv-01906-MAK | District Judge Mark A. Kearney |
| 2. | Michael Tevis | Monsanto Co. | Eastern District of Pennsylvania (Philadelphia) | 2:18-cv-01905-JHS | District Judge Joel H. Slomsky |