# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on May 9, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Brian J. McCormick, Jr., Esq.
Robert Ross, Esq.
Joel J. Feller, Esq.
Matthew A. Casey, Esq.
Mark A. Hoffman, Esq.
Dena R. Young, Esq.
Scott S. Berger, Jr. Esq.
ROSS FELLER CASEY, LLP
One Liberty Place
1650 Market St., 34th Floor
Philadelphia, PA 19103
Phone: (215) 574-2000
Fax:    (215) 574-3080

Counsel for Plaintiff in *Swisher v. Monsanto Co.*, Case No. 2:18-cv-01906-MAK (E.D. Pa.), and *Tevis v. Monsanto Co.*, Case No. 2:18-cv-01905-JHS (E.D. Pa.).

Dated: May 9, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C.  20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*