BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|   | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Carl Bradley | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00664-JAR | District Judge John A. Ross |
| 2. | John Brooks, Gene Magwire, Betty Nolan, Mary Fitch, Beth Campbell, and Teresea Anderson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00682-SPM | Magistrate Judge Shirley Padmore Mensah |
| 3. | Laura Frank and William Frank | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00668-NCC | Magistrate Judge Noelle C. Collins |
| 4. | Barry Harley and Kelly Harley | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00667-JMB | Magistrate Judge John M. Bodenhausen |
| 5. | Ludie Johnson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00673-JAR | District Judge John A. Ross |
| 6. | Gilbert Torres and Belinola Torres | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00661-PLC | Magistrate Judge Patricia L. Cohen |
| 7. | Larry Tosi and A. Dana Dunne | Monsanto Co. | District of Massachusetts (Boston) | 1:18-cv-10381-DPW | Judge Douglas P. Woodlock |