**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on May 14, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb, Esq.
BROWN & CROUPPEN, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone: (314) 222-2222
Fax:    (314) 421-0359

    Counsel for Plaintiffs in *Bradley v. Monsanto Co.*, Case No. 4:18-cv-00664-JAR (E.D. Mo.), *Frank v. Monsanto Co.*, Case No. 4:18-cv-00668-NCC (E.D. Mo.), *Harley v. Monsanto Co.*, Case No. 4:18-cv-00667-JMB (E.D. Mo.), *Johnson v. Monsanto Co.*, Case No. 4:18-cv-00673-JAR (E.D. Mo.), *Torres v. Monsanto Co.*, Case No. 4:18-cv-00661-PLC (E.D. Mo.)

D. Todd Mathews, Esq.
GORI, JULIAN & ASSOCIATES, P.C.
156 N. Main St.
Edwardsville, IL 62025
Phone: (618) 659-9833
Fax:    (618) 659-9834

Peter Miller, Esq.
MILLER DELLAFERA PLC
3420 Pump Rd., PMB 404
Henrico, VA 23233
Phone: (800) 401-6670
Fax:    (888) 830-1488

1

      Co-counsel for Plaintiffs in *Brooks v. Monsanto Co.*, Case No. 4:18-cv-00682-SPM (E.D. Mo.)

David C. Strouss
Jotham Kinder
THORNTON LAW FIRM LLP
100 Summer St., 30th Floor
Boston, MA 02110
Phone: (617) 720-1333
Fax:    (617) 720-2445

      Counsel for Plaintiffs in *Tosi v. Monsanto Co.*, Case No. 1:18-cv-10381-DPW (D. Mass.)

Dated: May 14, 2018　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Joe G. Hollingsworth
　　　　　　　　　　　　　　　　　　　　　　Joe G. Hollingsworth, Esq.
　　　　　　　　　　　　　　　　　　　　　　(jhollingsworth@hollingsworthllp.com)
　　　　　　　　　　　　　　　　　　　　　　HOLLINGSWORTH LLP
　　　　　　　　　　　　　　　　　　　　　　1350 I Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20005
　　　　　　　　　　　　　　　　　　　　　　Phone: (202) 898-5800
　　　　　　　　　　　　　　　　　　　　　　Fax:　　(202) 682-1639

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Monsanto Company*