# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 5/18/18

**District Court:** D. South Carolina

Number of Actions: 1

**Complaints and Docket Sheets are attached.**

*[signature]*
_____
CLERK OF THE PANEL