*Exhibit 1*

# The James



**THE OHIO STATE UNIVERSITY**
**WEXNER MEDICAL CENTER**

Arthur G. James Cancer Hospital and
Richard J. Solove Research Institute
James Ambulatory Services
James Patient Access
PO Box 183109
Columbus, OH 43218-3109

Visit Date: 5/11/2018
MRN: 960075235
Patient Name: Ralph A Applegate
Date of Birth: 3/2/1932

To whom it may concern:

Ralph A. Applegate is currently under my care for Waldenstrom's Macroglobulinemia. Due to his illness he can not safely travel. Please contact me with any further questions or concerns.

Sincerely,

Dr. Beth Christian

Page 1
Ralph A Applegate
960075235