*Exhibit 3*

| | | |
|---|---|---|
| | | Associated Cases: MDL No. 2741, OHS/2:18-cv-00045 (dld) Modified on 5/8/2018 (dld). ADDED MDL LINK (Entered: 05/08/2018) |
| 05/08/2018 | 574 | ***TEXT ONLY ENTRY***<br><br>MINUTE ORDER (re: pldg. ( 573 in MDL No. 2741, 14 in OHS/2:18-cv-00045) )<br><br>Pro Se Plaintiff has filed a motion for miscellaneous relief to move the Panel's hearing from Chicago, Illinois to the U.S. District Court for the Southern District of Ohio. Although plaintiff contends he has not received notice of the hearing, the Hearing Order was issued on April 16, 2018, a copy of which was mailed to plaintiff. The plaintiff is reminded that his motion has been listed on the non-argument calendar and will be decided on the written pleadings filed with the Panel. Thus, there is no reason for him to travel to Chicago.<br><br>Pro Se Plaintiff's motion miscellaneous relief is **DENIED**.<br><br>Signed by Clerk of the Panel Jeffery N. Luthi on 5/8/2018.<br><br>Associated Cases: MDL No. 2741, OHS/2:18-cv-00045 (JN) (Entered: 05/08/2018) |