# CERTIFICATE OF SERVICE

Plaintiff hereby certifies that a copy of the MEMORANDIM OF LAW IN SUPPORT OF OPPOSITION OF PLAINTIFF RALPH A. APPLEGATE TRANSFER OF THE FOREGOING ACTION TO THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA was mailed

Postage prepaid this 17th day of May, 2018 to defendant's Attorney JOE G. HOLLINGSWORTH, 1350 I Street, N.W. WASHINGTON, D.C.. 20005.

*Ralph A. Applegate*

RALPH A. APPLEGATE, PRO SE