BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|----------------|----------------|--------------|----------------------|-----------|
| 1. | Tommy Lovett and Valetta Lovett | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00727-JMB | Magistrate Judge John M. Bodenhausen |
| 2. | Anthony Moceri | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00754-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 3. | Donovan Darroh | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00739-AGF | District Judge Audrey G. Fleissig |
| 4. | Estate of Donald W. Wood, by and through his Executor Debra Wood, and Debra Wood, surviving spouse of Donald W. Wood on behalf of all legal heirs of Donald W. Wood | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00789-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 5. | George D. Smith | Monsanto Co. | Eastern District of Louisiana (New Orleans) | 2:18-cv-05205-LMA-MBN | District Judge Lance M. Africk |
| 6. | Estate of Carl Foster, by and through Dorine Foster, surviving spouse of Carl Foster, on behalf of all legal heirs of Carl Foster | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00742-PLC | Magistrate Judge Patricia L. Cohen |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| **7.** | Virginia Freeman | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00746-HEA | District Judge Henry Edward Autrey |
| **8.** | Joseph McMillion | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00741-JMB | Magistrate Judge John M. Bodenhausen |
| **9.** | Carl Overton | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00748-AGF | District Judge Audrey G. Fleissig |
| **10.** | Peggy Deese | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00752-CDP | District Judge Catherine D. Perry |
| **11.** | Ricardo Alaniz | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00755-CDP | District Judge Catherine D. Perry |
| **12.** | Melissa Richardson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00749-CDP | District Judge Catherine D. Perry |
| **13.** | Isaiah D. Wilson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00750-SPM | Magistrate Judge Shirley Padmore Mensah |