BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on May 29, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Eric D. Holland, Esq.
HOLLAND LAW FIRM
300 North Tucker, Suite 801
St. Louis, MO 63101
Phone: (314) 241-8111
Fax:     (314) 241-5554

    Counsel for plaintiffs in *Lovett v. Monsanto Co.*, No. 4:18-cv-00727-JMB (E.D. Mo.)

Kirk J. Goza, Esq.
GOZA HONNOLD TRIAL LAWYERS
11181 Overbrook Road, Suite 200
Leawood, KS 66211
Phone: (913) 451-3433
Fax:     (913) 839-0567

    Counsel for plaintiffs in *Moceri v. Monsanto Co.*, No. 4:18-cv-00754-SNLJ (E.D. Mo.); *Darroh v. Monsanto Co.*, No. 4:18-cv-00739-AGF (E.D. Mo.); *Estate of Donald W. Wood v. Monsanto Co.*, No. 4:18-cv-00789-SNLJ (E.D. Mo.); *Estate of Carl Foster v. Monsanto Co.*, No. 4:18-cv-00742-PLC (E.D. Mo.); *Freeman v. Monsanto Co.*, No. 4:18-cv-00746-HEA (E.D. Mo.); *McMillion v. Monsanto Co.*, No. 4:18-cv-00741-JMB (E.D. Mo.); *Overton v. Monsanto Co.*, No. 4:18-cv-00748-AGF (E.D. Mo.); *Deese v. Monsanto Co.*, No. 4:18-cv-00752-CDP (E.D. Mo.); *Alaniz v. Monsanto Co.*, No. 4:18-cv-00755-CDP (E.D. Mo.); *Richardson v. Monsanto Co.*, No. 4:18-cv-00749-CDP (E.D. Mo.); *Wilson v. Monsanto Co.*, No. 4:18-cv-00750-SPM (E.D. Mo.)

Nicholas Ryan Rockforte, Esq.
PENDLEY, BAUDIN & COFFIN, LLP
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: (504) 355-0086
Fax:    (504) 523-0699

    Counsel for plaintiff in *Smith v. Monsanto Co.*, No. 2:18-cv-05205-LMA-MBN (E.D. La.)

Dated: May 29, 2018                     Respectfully submitted,

    /s/ Joe G. Hollingsworth
    Joe G. Hollingsworth, Esq.
    (jhollingsworth@hollingsworthllp.com)
    HOLLINGSWORTH LLP
    1350 I Street, N.W.
    Washington, D.C. 20005
    Phone: (202) 898-5800
    Fax:    (202) 682-1639

    *Attorneys for Defendant Monsanto Company*