# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 5/24/18

**District Court:** D. Arizona

**Number of Actions:** 5

**Complaints and Docket Sheets are attached.**

_____

CLERK OF THE PANEL