**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|----------------|--------------|---------------------|-----------|
| 1. | Thelma Rowlee | Monsanto Co. | Western District of Wisconsin (Madison) | 3:18-cv-00192-JDP | District Judge James D. Peterson |
| 2. | William Terry | Monsanto Co. | Northern District of Mississippi (Oxford Division) | 3:18-cv-00064-NBB-JMV | Senior Judge Neal B. Biggers |

1