**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on May 31, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Jay A. Urban, Esq.
URBAN & TAYLOR S.C.
4701 N. Port Washington Road
Milwaukee, WI 53212
Phone: (414) 906-1700
Fax:    (414) 906-5333

    Counsel for plaintiff in *Rowlee v. Monsanto Co.*, No. 3:18-cv-00192-JDP (W.D. Wis.).

Trevor Bruce Rockstad, Esq.
DAVIS & CRUMP
P.O. Drawer 6829
Gulfport, MS 39506
Phone: (228) 863-6000
Fax:    (228) 864-0907

    Counsel for plaintiff in *Terry v. Monsanto Co.*, No. 3:18-cv-00064-NBB-JMV (N.D. Miss.).

Dated: May 31, 2018                        Respectfully submitted,

                                                      /s/ Joe G. Hollingsworth
                                                      Joe G. Hollingsworth, Esq.
                                                      (jhollingsworth@hollingsworthllp.com)
                                                      HOLLINGSWORTH LLP
                                                      1350 I Street, N.W.
                                                      Washington, D.C. 20005

Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*