## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received: 6/4/18**

**District Court:   E.D. Arkansas**

**Number of Actions: 1**

**Complaints and Docket Sheets are attached.**

_____

CLERK OF THE PANEL