BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | | | | |
|---|---|---|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | | | | | MDL No. 2741 |

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Kimberly K. Clark | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00820-CAS | District Judge Charles A. Shaw |
| 2. | Jean Kapolnek, Independent Administrator of the Estate of Ronald G. Kapolnek, Deceased | Monsanto Co. | Northern District of Illinois (Chicago) | 1:18-cv-04035 | Unassigned Judge |
| 3. | Lawrence Killmeier and Linda Killmeier | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00801-NAB | Magistrate Judge Nannette A. Baker |
| 4. | Kenneth Leckvold and Joan Leckvold | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00810-HEA | District Judge Henry Edward Autrey |
| 5. | Jerry Luellen and Louisa Luellen | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00809-SPM | Magistrate Judge Shirley Padmore Mensah |
| 6. | Bruce Moore and Delores Moore | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00818-SPM | Magistrate Judge Shirley Padmore Mensah |
| 7. | Wayne Nelson and Arlene Nelson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00794-HEA | District Judge Henry Edward Autrey |
| 8. | Donald Nickerson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00371-CAS | District Judge Charles A. Shaw |
| 9. | Aida O'Brien | Monsanto Co. | Eastern District of Missouri ( St. Louis) | 4:18-cv-00795-JAR | District Judge John A. Ross |

| | | | | | |
|---|---|---|---|---|---|
| **10.** | Billy Rievley and Judith Rievley | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00817-SPM | Magistrate Judge Shirley Padmore Mensah |
| **11.** | John R. Simmons and Elizabeth Simmons | Monsanto Co. | Northern District of Georgia (Atlanta) | 1:18-cv-02781-ELR | District Judge Eleanor L. Ross |
| **12.** | Janine C. Tyson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00815-JMB | Magistrate Judge John M. Bodenhausen |