BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on June 12, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb, Esq.
BROWN & CROUPPEN, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone: (314) 222-2222
Fax:    (314) 421-0359

>Counsel for Plaintiffs in *Clark v. Monsanto Co.*, No. 4:18-cv-00820-CAS (E.D. Mo.); *Killmeier v. Monsanto Co.*, No. 4:18-cv-00801-NAB (E.D. Mo.); *Leckvold v. Monsanto Co.*, No. 4:18-cv-00810-HEA (E.D. Mo.); *Luellen v. Monsanto Co.*, No. 4:18-cv-00809-SPM (E.D. Mo.); *Moore v. Monsanto Co.*, No. 4:18-cv-00818-SPM (E.D. Mo.); *Nelson v. Monsanto Co.*, No. 4:18-cv-00794-HEA (E.D. Mo.); *O'Brien v. Monsanto Co.*, No. 4:18-cv-00795-JAR (E.D. Mo.); *Rievley v. Monsanto Co.*, No. 4:18-cv-00817-SPM (E.D. Mo.); and *Tyson v. Monsanto Co.*, No. 4:18-cv-00815-JMB (E.D. Mo.).

Kenneth T. Lumb, Esq.
CORBOY & DEMETRIO, P.C.
33 North Dearborn Street, 21st Floor
Chicago, IL 60602
Phone: (312) 346-3191

>Counsel for Plaintiff in *Kapolnek v. Monsanto Co.*, No. 1:18-cv-04035 (N.D. Ill.).

Kirk J. Goza, Esq.
GOZA & HONNOLD LLC
11181 Overbrook Road, Suite 200
Leawood, KS 66211
Phone: (913) 451-3433
Fax:     (913) 839-0567

    Counsel for Plaintiff in *Nickerson v. Monsanto Co.*, No. 4:18-cv-00371-CAS (E.D. Mo.)

Jonathan W. Johnson, Esq.
JONATHAN W. JOHNSON, LLC
2296 Henderson Mill Road, Suite 304
Atlanta, GA 30345
Phone: (404) 298-0795
Fax:     (404) 941-2285

    Counsel for Plaintiffs in *Simmons v. Monsanto Co.*, No. 1:18-cv-02781-ELR (N.D. Ga.)

Dated: June 12, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:     (202) 682-1639

*Attorneys for Defendant Monsanto Company*