BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION

## SCHEDULE OF ACTION

| | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Brenda Ashton, Nancy Balcom *as Next of Kin for Robert Balcom*, Kenneth Barker, Kari Barker, Angie Berberian, Ramro Castillo Torres, Olga Castro, Alejandro Castro, Rafael Castro, Richard Cohn, Tina Follett, Patrick Follett, Dina Gehring, Lyle Gehring, Mason Geisinger, Amy Jennings, as *Next of Kin for Jim Voffee Smoot*, Tiffany Kay, *as Next of Kin for Madelyne Kay-Moore*, Pamela G. Kles, Jo Kles, Kathleen Kofler, Kevin Kofler, Tina Lawrence, *as Next of Kin for John Lawrence*, Bev Lindsay, Margaret Mallard-Agbo, *Next of Kin for Dora* | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:17-cv-02162-AGF | District Judge Audrey G. Fleissig |

| | | | | |
|---|---|---|---|---|
| *Mallard*, Samuel Mendoza, Joanne Miller, Nancy Malloy, Douglas Nahale, Jip Nahale, David Polanco, Carol Evans, Daniel Ramirez, Michael Randall, Susan Rustan, John Sanders, Laurence Simmons, Susanne Simmons, Joseph Smith, Kenneth Smith, Sandra Smith, Ulises Spanbauer, Janelle Spanbauer, Jane Swartz, Michael Terry, Benita Trujillo, Pete Castillo, Frank Veloz, Rael Zaritsky, and Eric Brown | | | | |