**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on June 18, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

James T. Corrigan, Esq.
O'LEARY, SHELTON, CORRIGAN, PETERSON, DALTON, & QUILIN, LLC
The University Tower
1034 S. Brentwood Blvd.
23rd Floor Penthouse-1A
St. Louis, MO 63117
Phone: (314) 963-9000
Fax:    (314) 963-1700

     Counsel for Plaintiffs in *Ashton v. Monsanto Co.*, Case No. 4:17-cv-02162-AGF (E.D. Mo.)


Dated: June 18, 2018                        Respectfully submitted,

                                                     /s/ Joe G. Hollingsworth
                                                     Joe G. Hollingsworth, Esq.
                                                     (jhollingsworth@hollingsworthllp.com)
                                                   HOLLINGSWORTH LLP
                                                   1350 I Street, N.W.
                                                   Washington, D.C. 20005
                                                   Phone: (202) 898-5800
                                                   Fax:    (202) 682-1639

                                                   *Attorneys for Defendant Monsanto Company*