**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS    MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Alfred Carroll | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01093-JMB | Magistrate Judge John M. Bodenhausen |
| **2.** | Steven B. Coley | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:18-cv-00819-BJD-JRK | District Judge Brian J. Davis |
| **3.** | James O. King, III and Cara M. King | Monsanto Co. | Western District of Kentucky (Louisville) | 3:18-cv-00416-CHB | District Judge Claria Horn Boom |