**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on July 10, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Kirk J. Goza, Esq.
GOZA & HONNOLD LLC
11181 Overbrook Road, Suite 200
Leawood, KS 66211
Phone: (913) 451-3433
Fax:    (913) 839-0567

Counsel for Plaintiff in *Carroll v. Monsanto Co.*, No. 4:18-cv-01093-JMB (E.D. Mo.)

Steven W. Teppler, Esq.
Brittany R. Ford, Esq.
ABBOTT LAW GROUP, P.A.
2929 Plummer Cove Road
Jacksonville, FL 32223
Phone: (904) 292-1111
Fax:    (904) 292-1220

Counsel for Plaintiff in *Coley v. Monsanto Co.*, No. 3:18-cv-00819-BJD-JRK (M.D. Fla.)

Ashton Rose Smith, Esq.
Jennifer A. Moore, Esq.
GROSSMAN & MOORE, PLLC
One Riverfront Plaza
401 West Main Street, Suite 1810
Louisville, KY 40202
Phone: (502) 657-7100
Fax:    (502) 657-7111

1

Counsel for Plaintiff in *King v. Monsanto Co.*, No. 3:18-cv-00416-CHB (W.D. Ky.)


Dated: July 10, 2018                              Respectfully submitted,

                                                  /s/ Joe G. Hollingsworth
                                                  Joe G. Hollingsworth, Esq.
                                                  (jhollingsworth@hollingsworthllp.com)
                                                  HOLLINGSWORTH LLP
                                                  1350 I Street, N.W.
                                                  Washington, D.C. 20005
                                                  Phone: (202) 898-5800
                                                  Fax:    (202) 682-1639

                                                  *Attorneys for Defendant Monsanto Company*