# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 7/6/18

**District Court:** E.D. Washington

**Number of Actions:** 1

**Complaints and Docket Sheets are attached.**

_____
CLERK OF THE PANEL