# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 7/16/18

**District Court:** W.D. Arkansas

**Number of Actions:** 1

**Complaints and Docket Sheets are attached.**

_____

CLERK OF THE PANEL