BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Dorothy Mitchell, Bonnie Parrish, Mary Ann Yagy, Ronnie Stevenson, Drew Ballow, Herbert Zeman, Valerie Rump, Loretta Buckingham, *individually and as Administrator of the Estate of Kendle Barnett*, Chantel Grant, James Hardy, and Glenn Fogel | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01044-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 2. | Leo Noble | Monsanto Co. | Eastern District of Pennsylvania (Allentown) | 5:18-cv-02819-JLS | District Judge Jeffrey L. Schmehl |
| 3. | Gary O'Bryant | Monsanto Co. | Southern District of Texas (Houston) | 4:18-cv-02396 | Judge Sim Lake |
| 4. | Armando Vargas Chavez | Monsanto Co. | Central District of California (Western Division – Los Angeles) | 2:18-cv-05970-FMO-E | Judge Fernando M. Olguin |

1