BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on July 23, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

D. Todd Mathews, Esq.
GORI, JULIAN & ASSOCIATES, P.C.
156 N. Main St.
Edwardsville, IL 62025
Phone: (618) 659-9833
Fax:    (618) 659-9834

Peter A. Miller, Esq.
MILLER DELLAFERA PLC
3420 Pump Rd., PMB 404
Henrico, VA 23233
Phone: (800) 401-6670
Fax:    (888) 830-1488

    Counsel for Plaintiffs in *Mitchell et al. v. Monsanto Co.*, No. 4:18-cv-01044-SNLJ (E.D. Mo.).

Brian J. McCormick, Jr., Esq.
ROSS FELLER CASEY, LLP
One Liberty Place
1650 Market St., Suite 34th Floor
Philadelphia, PA 19103
Phone: (215) 574-2000
Fax:    (215) 574-3080

Dennis C. Reich, Esq.
Melissa Binstock-Ephron, Esq.
REICH & BINSTOCK, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: (713) 622-7271
Fax:    (713) 623-8724

    Counsel for Plaintiffs in *Noble v. Monsanto Co.*, No. 5:18-cv-02819-JLS (E.D. Pa.).


Robert E. Shuttlesworth
Jordan C. Roberts
SHRADER & ASSOCIATES, LLP
3900 Essex Lane, Suite 390
Houston, TX 77027
Phone: (713) 782-0000
Fax:    (713) 571-9605

Douglas A. Dellaccio, Jr.
J. Curt Tanner
R. Andrew Jones
CORY WATSON, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
Phone: (205) 328-2200

    Counsel for Plaintiff in *O'Bryant v. Monsanto Co.*, No. 4:18-cv-02396 (S.D. Tex.)


Jonathan L. Nielsen
Kirt J. Peterson
Tanner R. Nielsen
NIELSEN PETERSON AND NIELSON LLP
4015 Mission Oaks Boulevard Suite B
Camarillo, CA 93012
Phone: (805) 639-8600
Fax:    (805) 228-4669

    Counsel for Plaintiff in *Chavez v. Monsanto Co.*, No. 2:18-cv-05970-FMO-E (C.D. Cal.)

Dated: July 23, 2018									Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*