**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Kenneth Askew, *on behalf of the Estate of Sandra Askew* | Monsanto Co. | Eastern District of Michigan (Detroit) | 2:18-cv-12186-LJM-DRG | District Judge Laurie J. Michelson |
| 2. | Earnest Bolden | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01118-HEA | District Judge Henry Edward Autrey |
| 3. | Jerry Bonham | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01127-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 4. | Kenneth D. Braasch and Teresa Braasch | Monsanto Co. | Western District of Washington (Tacoma) | 3:18-cv-05538-RBL | District Judge Ronald B. Leighton |
| 5. | David Burman | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01126-JAR | District Judge John A. Ross |
| 6. | David Carr | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01124-AGF | District Judge Audrey G. Fleissig |
| 7. | Bartholomew V. Cesaro and Katie Cesaro | Monsanto Co. | District of Montana (Missoula) | 9:18-cv-00129-DLC | District Judge Dana L. Christensen |
| 8. | Cynthia Cramer, *on behalf of the Estate of Roger D. Cramer* | Monsanto Co. | Eastern District of Michigan (Detroit) | 2:18-cv-12188-DPH-EAS | District Judge Denise Page Hood |
| 9. | Estate of Vernon Dunston, *by and through his surviving spouse,* Ruth Dunston, *on behalf of all legal heirs of* | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01140-AGF | District Judge Audrey G. Fleissig |

1

| | | | | | |
|---|---|---|---|---|---|
| | *Vernon Dunston* | | | | |
| 10. | George Gajdzik | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01138-AGF | District Judge Audrey G. Fleissig |
| 11. | Caitlyn Loftis | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01128-JAR | District Judge John A. Ross |
| 12. | Gordon A. Monten, Jr. *on behalf of the estate of Susan Monten* | Monsanto Co. | Western District of Washington (Tacoma) | 3:18-cv-05539-JRC | District Judge J. Richard Creatura |
| 13. | Andrew Moreau and Stephanie Moreau | Monsanto Co. | Eastern District of Michigan (Detroit) | 2:18-cv-12182-BAF-RSW | District Judge Bernard A. Friedman |
| 14. | Kenneth Pool | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01123-AGF | District Judge Audrey G. Fleissig |
| 15. | Patricka Poythress | Monsanto Co. | District of Montana (Great Falls) | 4:18-cv-00099-BMM | District Judge Brian Morris |
| 16. | Sally J. Sobrepena and Robert R.Sobrepena | Monsanto Co. | District of Montana (Butte) | 2:18-cv-00027-BMM | District Judge Brian Morris |
| 17. | Herbert Strunk, III, *by and through his representative Nanci Strunk*, *and* Nanci Strunk, *surviving spouse of Herbert Strunk III on behalf of all legal heirs of Herbert Strunk III* | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01134-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 18. | Greg Vanderlip | Monsanto Co. | Eastern District of Michigan (Detroit) | 2:18-cv-12175-MAG-MKM | District Judge Mark A. Goldsmith |
| 19. | Izetta White | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01142-AGF | District Judge Audrey G. Fleissig |