**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on July 25, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Kirk J. Goza, Esq.
GOZA & HONNOLD LLC
9500 Nall Ave., Suite 400
Overland Park, KS 66207
Phone: (913) 451-3433
Fax:     (913) 839-0567

    Counsel for Plaintiffs in *Bolden v. Monsanto Co.*, No. 4:18-cv-01118-HEA (E.D. Mo.); *Bonham v. Monsanto Co.*, No. 4:18-cv-01127-SNLJ (E.D. Mo.); *Burman v. Monsanto Co.*, No. 4:18-cv-01126-JAR (E.D. Mo.); *Carr v. Monsanto Co.*, No. 4:18-cv-01124-AGF (E.D. Mo.); *Estate of Dunston v. Monsanto Co.*, No. 4:18-cv-01140-AGF (E.D. Mo.); *Gajdzik v. Monsanto Co.*, No. 4:18-cv-01138-AGF (E.D. Mo.); *Loftis v. Monsanto Co.*, No. 4:18-cv-01128-JAR (E.D. Mo.); *Pool v. Monsanto Co.*, No. 4:18-cv-01123-AGF (E.D. Mo.); *Strunk v. Monsanto Co.*, No. 4:18-cv-01134-SNLJ (E.D. Mo.); and *White v. Monsanto Co.*, No. 4:18-cv-01142-AGF (E.D. Mo.).

Alyson Oliver, Esq.
OLIVER LAW GROUP P.C.
1647 W. Big Beaver Road
Troy, MI 48084
Phone: (248) 581-9502
Fax:     (248) 436-3385

    Counsel for Plaintiffs in *Askew v. Monsanto Co.*, No. 2:18-cv-12186-LJM-DRG

(E.D. Mich.); *Cramer v. Monsanto Co.*, No. 2:18-cv-12188-DPH-EAS (E.D. Mich.); *Moreau v. Monsanto Co.*, No. 2:18-cv-12182-BAF-RSW (E.D. Mich.); *Vanderlip v. Monsanto Co.*, No. 2:18-cv-12175-MAG-MKM (E.D. Mich.).

Beth E. Terrell, Esq.
TERRELL MARSHALL LAW GROUP PLLC
936 N. 34th Street, Suite 300
Seattle, WA 98103
Phone: (206) 816-6603
Fax:     (206) 350-3528

    Counsel for Plaintiffs in *Braasch v. Monsanto Co.*, No. 3:18-cv-05538-RBL (W.D. Wash.); *Monten v. Monsanto Co.*, No. 3:18-cv-05539-JRC (W.D. Wash.).

Ann L. Moderie, Esq.
MODERIE LAW FIRM, PLLC
105 First Street East
P.O. Box 1180
Polson, MT 59860
Phone: (406) 883-2332
Fax:     (888) 454-5939

    Counsel for Plaintiffs in *Poythress v. Monsanto Co.*, No. 4:18-cv-00099-BMM (D. Mont.); *Sobrepena v. Monsanto Co.*, No. 2:18-cv-00027-BMM (D. Mont.).

Dated: July 25, 2018

Respectfully submitted,

   /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:     (202) 682-1639

*Attorneys for Defendant Monsanto Company*