# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 7/27/18

**District Court:** D. South Carolina

**Number of Actions:** 1

**Complaints and Docket Sheets are attached.**

*[signature]*

CLERK OF THE PANEL