BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION                     MDL No. 2741

MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Clifford Barnes | Monsanto Co., Bayer AG, and Bayer Corp. | Eastern District of Missouri (St. Louis) | 4:18-cv-01065-AGF | District Judge Audrey G. Fleissig |
| 2. | Carol Bookout and Donnie Bookout | Monsanto Co., Bayer A.G., and Bayer Corp. | Eastern District of Missouri (St. Louis) | 4:18-cv-01073-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 3. | Steve Boudreaux and Debra Boudreaux | Monsanto Co., Bayer A.G., and Bayer Corp. | Eastern District of Missouri (St. Louis) | 4:18-cv-01066-JMB | Magistrate Judge John M. Bodenhausen |
| 4. | Richard A. Carroll and Pauletta S. Carroll | Monsanto Co., Bayer A.G., and Bayer Corp. | Eastern District of Missouri (St. Louis) | 4:18-cv-01061-HEA | District Judge Henry Edward Autrey |
| 5. | Brenda Dutton-Smith | Monsanto Co., Bayer A.G., and Bayer Corp. | Eastern District of Missouri (St. Louis) | 4:18-cv-01072-AGF | District Judge Audrey G. Fleissig |
| 6. | Jake Hachmeister | Monsanto Co., Bayer A.G., and Bayer Corp. | Eastern District of Missouri (St. Louis) | 4:18-cv-01064-HEA | District Judge Henry Edward Autrey |
| 7. | William Hurst | Monsanto Co., Bayer A.G., and Bayer Corp. | Eastern District of Missouri (St. Louis) | 4:18-cv-01070-JMB | Magistrate Judge John M. Bodenhausen |
| 8. | Alphonse Leonard and Kathy Leonard | Monsanto Co., Bayer | Eastern District of Missouri | 4:18-cv-01069-DDN | Magistrate Judge David D. Noce |

|  |  | A.G., and Bayer Corp. | (St. Louis) |  |  |
|---|---|---|---|---|---|
| 9. | Roger C. Medlin | Monsanto Co., Bayer A.G., and Bayer Corp. | Eastern District of Missouri (St. Louis) | 4:18-cv-01099-JAR | District Judge John A. Ross |
| 10. | Alvin F. Morrison, Sr. | Monsanto Co., Bayer A.G., and Bayer Corp. | Eastern District of Missouri (St. Louis) | 4:18-cv-01097-JMB | Magistrate Judge John M. Bodenhausen |
| 11. | Agnes Osborne, individually and on behalf of Walter R. Osborne (deceased) | Monsanto Co., Bayer A.G., and Bayer Corp. | Eastern District of Missouri (St. Louis) | 4:18-cv-01075-PLC | Magistrate Judge Patricia L. Cohen |
| 12. | Debra E. Vertz and Randall J. Vertz | Monsanto Co., Bayer A.G., and Bayer Corp. | Eastern District of Missouri (St. Louis) | 4:18-cv-01063-JAR | District Judge John A. Ross |