**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on July 30, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb, Esq.
BROWN & CROUPPEN, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone: (314) 222-2222
Fax:    (314) 421-0359

Counsel for Plaintiff in *Barnes v. Monsanto Co.*, No. 4:18-cv-01065-AGF (E.D. Mo.); *Bookout v. Monsanto Co.*, No. 4:18-cv-01073-SNLJ (E.D. Mo.); *Boudreaux v. Monsanto Co.*, No. 4:18-cv-01066-JMB (E.D. Mo.); *Carroll v. Monsanto Co.*, No. 4:18-cv-01061-HEA (E.D. Mo.); *Dutton-Smith v. Monsanto Co.*, No. 4:18-cv-01072-AGF (E.D. Mo.); *Hachmeister v. Monsanto Co.*, No. 4:18-cv-01064-HEA (E.D. Mo.); *Hurst v. Monsanto Co.*, No. 4:18-cv-01070-JMB (E.D. Mo.); *Leonard v. Monsanto Co.*, No. 4:18-cv-01069-DDN (E.D. Mo.); *Medlin v. Monsanto Co.*, No. 4:18-cv-01099-JAR (E.D. Mo.); *Morrison v. Monsanto Co.*, No. 4:18-cv-01097-JMB (E.D. Mo.); *Osborne v. Monsanto Co.*, No. 4:18-cv-01075-PLC (E.D. Mo.); and *Vertz v. Monsanto Co.*, No. 4:18-cv-01063-JAR (E.D. Mo.).
.

Dated: July 30, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*