UNITED STATES COURT OF APPEALS
FOR the SIXTH CIRCUIT
100 East Fifth Street ,Room 540
Cincinnati, Ohio 45202-3988

RALPH A. APPLEGATE ,
Plaintiff ,Appellant ,

Case No. 18-3551

vs .

MONSANTO COMPANY,
Defendant ,Appellee ,

LAW RELATIVE to 6th CIRCUIT COURT of APPEAL JURISDICTION

1 . Judge Chhabria knew nothing , whatsoever , of Appellant , on July 5 , 2017 .

2 . On July 5, 2017 , it had not been revealed to media until recently , Judge Vince Chhabria , chief judge in MDL-02741-VC , in Loretta I. Pennie v. Monsanto , Case No. 3:17-CV-01711(40/41 plaintiff's of Alameda County), Carolyn McCray was from St. Louis ,Ordered that " Monsanto's removal of this state court case based on federal question jurisdiction is ' baseless .' "

3 . Appellee knew , that is , on July 5 , 2017, months before Appellant Applegate filed his claim on December 14 , 2017 that Judge Chhabria had found , on July 5, 2017 , that Appellees claims about jurisdiction were " baseless ". Inter alia : Judge Chhabria scolded FDA and Monsanto , and stated that Pennie v. Monsanto concerned only California state law claims .

4. On July 25, 2017, Monsanto appealed to 9th Circuit Court of Appeals. Information on result of Appellees 9th Circuit appeal is not known.

5. Judge Chhabria ruled, July 10, 2018, against Appellee Emboet Summary Judgment Motion, and [illegible] Judge Chhabria [illegible]

[illegible]

[illegible] exposure appellants immunoglobulin M(IgM) was effected and astronomically increased to 6980 mg/dL, causing Waldenstrom Macroglobulinemia, Fever, Cough. This cause and effect is obvious, and/or so easy to prove that no intelligent person would continue [illegible] be clearly and [illegible] absurd [illegible] Chhabria Court is [illegible].

[illegible]

(If any) are not excessive -- Considerably more supervisory authority than Supreme Court has over decisions of highest courts of a state under Due Process Clause.

RECEIVED CLERK'S OFFICE 2018 JUL 31 AM 8:50 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

4 . On July 25 ,2017 , Monsanto appealed to 9th Circuit Court of Appeals . Information on result of Appellees 9th Circuit appeal is not known .

5 . Judge Chhabria ruled , July 10, 2018 , against Appellee Daubert Summary Judgment Motion , and Ordered a trial. Because of this ruling Judge Chhabria is required by MDL1407 to remand cases , because pretrial is complete . .

6 . Appellant has no copy of July 5 ,2017 Order nor no copy of July 10 , 2018 . Appellant has been refused access to Pacer . Appeal Case No. 18-3551 , and Appellee Case No. 9th Circuit are likely " Moot "

7 . Appellant repeats his cause and effect facts ." Appellant was exposed to full strength Roundup for 7 consecutive days in October , 2008 , and because of that exposure appellants Immunoglobulin M(IgM)was effected and astronomically increased to 8980 mg./dL, causing Waldenstrom Macroglobulinemia ,"even though this " cause and effect " is obvious , and/or so easy to prove that no intelligent person would contradict it , and to require proof of every fact would be utterly and absolutely absurd . Trial in Chhabria Court is unnecessary .

8. Appellant requests this Court to permit a 1st amendment to Appellant's claim as there are a few technical details to further Appellant's claim . It would have been more appropriate for Appellant to have filed in Federal Court as will be seen . " Federal Courts have supervisory authority to ensure that punitive-damages (If any ) are not excessive –'considerably more supervisory authority than Supreme Court has over decisions of highest courts of a state ' " under Due Process Clause .

Limits on federal punitive damage verdicts , by Eugene Volkh, June 11, 2014 .

9 . Appellant requests 6th Circuit Court of Appeals to remand Case No. 18-3551 to United States District Court ,Southern District of Ohio , Eastern Division .

Respectfully submitted

Signed Ralph A. Applegate

Ralph A. Applegate , Appellant ,Pro Se
1544 Zettler Road
Columbus ,Ohio 43227
rapplegate48@gmail.com
914-410-1568

Appellees Attorneys
David P.Strup
Shoemaker ,Loop & Kendrick, L.L.P.
1000 Jackson Street
491-241-9000
Toledo , Ohio 43604
dstrup@slk-law.com

Heather Pigman
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
202-898-5800
hpigman@hollingswortllp.com

CERTIFICATE of SERVICE

Appellant serves this Law Relative to 6th Circuit Court of Appeals Jurisdiction by regular mail to one appellee attorney , Heather Pigman . Appellant also serves this by now regular mail ,on July26, 2018 to Clerk of this Court so that this Clerk may efile as is done in other Federal Courts and in to 6th Circuit Court of Appeal judges .