BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION

## SCHEDULE OF ACTION

| | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Jill L. Bourgeoris, Steven Bussard, Arthur Mac Clements, William Hambright, Willie Hill, Marla Rachel Hughes, L. Marie Jackson, Emily Dale Hasty Jones, Gloria J. McRaney, Linda J. Munn, Phyllis E. Parker, Gregory Watts Simms (deceased), *by and through his widow*, Anita Dolando McArthur Simms, Timothy M. Smith (deceased), *by and through his widow,* Elaine Gordon Smith, Cecil Taylor, and Judy Elaine W. Wright (deceased), *by and through her widower*, Hershel Wright | Monsanto Co. | Southern District of Mississippi (Northern (Jackson)) | 3:18-cv-00450-DPJ-FKB | Chief District Judge Daniel P. Jordan, III |

1