**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**AMENDED PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a Notice of Potential Tag-along Actions was electronically filed on July 30, 2018 for three lawsuits – *Bookout v. Monsanto Co.*, No. 4:18-cv-01073-SNLJ (E.D. Mo.); *Leonard v. Monsanto Co.*, No. 4:18-cv-01069-DDN (E.D. Mo.); *Medlin v. Monsanto Co.*, No. 4:18-cv-01099-JAR (E.D. Mo.) – with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

One of the defendants in those lawsuits – Bayer AG – was not served, and was not required to be served, with the Notice of Potential Tag-along Actions because: (a) Bayer AG has not been served with a summons and Complaint in those three lawsuits: (b) Bayer AG has not entered an appearance in those lawsuits; and (c) plaintiffs dismissed all claims against Bayer AG by filing stipulations of dismissal regarding those claims in those lawsuits – that went into effect upon filing without the need for a court order, *see* Fed. R. Civ. P. 41(a)(1)(A)(i).

Copies of the afore-mentioned Notice of Potential Tag-along Actions were also caused to be served via first class mail on the following counsel:

Seth S. Webb, Esq.
BROWN & CROUPPEN, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone: (314) 222-2222
Fax:     (314) 421-0359

> Counsel for Plaintiff in *Bookout v. Monsanto Co.*, No. 4:18-cv-01073-SNLJ (E.D. Mo.); *Leonard v. Monsanto Co.*, No. 4:18-cv-01069-DDN (E.D. Mo.); and *Medlin v. Monsanto Co.*, No. 4:18-cv-01099-JAR (E.D. Mo.).

.

Dated: August 2, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*