# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 7/30/18

District Court:   E.D. Arkansas

Number of Actions: 1

Complaints and Docket Sheets are attached.

_____

CLERK OF THE PANEL