**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Addie Banks | Monsanto Co. | Northern District of Mississippi (Greenville) | 4:18-cv-00158-MPM-JMV | District Judge Michael P. Mills |
| 2. | Lillie Covington | Monsanto Co. | Northern District of Mississippi (Greenville) | 4:18-cv-00159-DMB-JMV | District Judge Debra M. Brown |
| 3. | Tracy Green | Monsanto Co. | Eastern District of North Carolina (New Bern) | 4:18-cv-00129-FL | District Judge Louise Wood Flanagan |
| 4. | Jerry Logan | Monsanto Co. | Western District of North Carolina (Asheville) | 1:18-cv-00212-MR-DLH | District Judge Martin Reidinger |