BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on August 9, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Trevor B. Rockstad
Davis & Crump, P.C.
2601 14th Street
Gulfport, MS 39501

 Counsel for Plaintiffs in *Addie Banks v. Monsanto Co.*, No. 4:18-cv-00158-MPM-JMV (N.D. Miss.); *Covington v. Monsanto Co.*, No. 4:18-cv-00159-DMB-JMV (N.D. Miss.)

Douglas A. Dellacio, Jr.
Cory Watson, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205

 Co-counsel for Plaintiffs in *Addie Banks v. Monsanto Co.*, No. 4:18-cv-00158-MPM-JMV (N.D. Miss.); *Covington v. Monsanto Co.*, No. 4:18-cv-00159-DMB-JMV (N.D. Miss.); *Green v. Monsanto Co.*, No. 4:18-cv-00129-FL (E.D.N.C.); and *Logan v. Monsanto Co.*, No. 1:18-cv-00212-MR-DLH (W.D. N.C.).

Brian L. Kinsley
Crumley Roberts, LLP
2400 Freeman Mill Road, Ste. 200
Greensboro, NC 27406

 Counsel for Plaintiffs in *Green v. Monsanto Co.*, No. 4:18-cv-00129-FL (E.D.N.C.); *Logan v. Monsanto Co.*, No. 1:18-cv-00212-MR-DLH (W.D. N.C.).

Dated: August 9, 2018                                  Respectfully submitted,

                                            /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:     (202) 682-1639

*Attorneys for Defendant Monsanto Company*