**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Philip Chierici | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00861-NAB | Magistrate Judge Nannette A. Baker |
| 2. | Helen Green | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00868-NAB | Magistrate Judge Nannette A. Baker |
| 3. | Mae Latimer | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00859-SPM | Magistrate Judge Shirley Padmore Mensah |
| 4. | Edgar McGee | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-00864-HEA | District Judge Henry Edward Autrey |