**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on August 13, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Kirk J. Goza
Goza & Honnold LLC.
9500 Nall Ave., Suite 400
Overland Park, KS 66207-2950

> Counsel for Plaintiffs in *Green v. Monsanto Co.*, No. 4:18-cv-00868-NAB (E.D. Mo.); *Chierici v. Monsanto Co.*, No. 4:18-cv-00861-NAB (E.D. Mo.); *Latimer v. Monsanto Co.*, No. 4:18-cv-00859-SPM (E.D. Mo.); *McGee v. Monsanto Co.*, No. 4:18-cv-00864-HEA (E.D. Mo.).

Dated: August 14, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*