BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Jorge Ruiz | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01311-CAS | District Judge Charles A. Shaw |
| 2. | Ruth Stump | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01310-JAR | District Judge John A. Ross |