BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS                                       MDL No. 2741
LIABILITY LITIGATION

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION

## SCHEDULE OF ACTION

|   | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Timothy Ray Billingsley (deceased), *by and through his mother,* Sue Billingsley, Timothy Lee Enis, Kristin Leigh Heath, Michael Jamison, Edna Dianne Jenkins (deceased), *by and through her widower,* Charles Jenkins, Tommy Jones (deceased), *by and through his daughter,* Dianne Jones Morris, Stacy Allen King, John Franklin Lumsden (deceased), *by and through his daughter,* Lisa Holloway, Terry Dean Moore, Marsha Mundinger, Norman Mundinger, Debra Ann Pharr, Margaret H. Ricks, Danny Threet (deceased), *by and through his widow,* Lisa Threet, | Monsanto Co. | Northern District of Mississippi (Aberdeen) | 1:18-cv-00135-SA-RP | District Judge Sharion Aycock |

| | Paul Daniel Warren, Ruth Ann Amanda Weaver, Mary Kathryn Keene Williams, Michael R. Williams, and Bobby Joe Wooten | | | | |
|---|---|---|---|---|---|