# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 8/13/18, 8/14/18

**District Court:**   D. Arizona and E.D. Louisiana

**Number of Actions:** 12

**Complaints and Docket Sheets are attached.**

_____

CLERK OF THE PANEL