# United States District Court

Middle District of North Carolina
324 W. Market Street
Greensboro, North Carolina 27401-2544

John S. Brubaker, Clerk                                    TELEPHONE: 336.332.6000

August 3, 2018

Mr. Jeffrey N. Lüthi, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Re: MDL 2741; In Re: *MONSANTO COMPANY*

Dear Mr. Lüthi:

For your consideration as a potential "tag-along" action, we have enclosed copies of the docket sheet and complaint for the following case filed 08/03/2018 in the Middle District of North Carolina:

    Case No.:    1:18CV678
    Case Name:    *Gatson v. Monsanto Company*

Sincerely,

John S. Brubaker, Clerk

By:  /s/ Michelle L. Coyne
        Deputy Clerk

JSB/mlc

Enclosures

RECEIVED CLERK'S OFFICE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION 2018 AUG 13 AM 7:29