BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|----|------------|-----------|----------|------------------|-------|
| 1. | Norman L. Boelter | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01244-CDP | District Judge Catherine D. Perry |
| 2. | Stanley Czaplicki | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01245-DDN | Magistrate Judge David N. Noce |
| 3. | Brian E. Schade | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01250-SPM | Magistrate Judge Shirley Padmore Mensah |
| 4. | Larry A. Smith and Judy Smith | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01247-JMB | Magistrate Judge John M. Bodenhausen |
| 5. | Frankie R. Manes | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01251-JMB | Magistrate Judge John M. Bodenhausen |
| 6. | Chad A. Mullins and Lora D. Mullins | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01252-CDP | District Judge Catherine D. Perry |
| 7. | Larry E. Hyman and Mary C. Hyman | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01249-DDN | Magistrate Judge David N. Noce |
| 8. | John Edwards and Lynda Edwards | Monsanto Co. | Eastern District (St. Louis) | 4:18-cv-01248-CAS | District Judge Charles A. Shaw |