# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

## PROOF OF SERVICE

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on August 16, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Eric D. Holland
Holland Law Firm
300 North Tucker, Suite 801
St. Louis, MO 63101

Counsel for Plaintiffs in *Boelter v. Monsanto Co.*, No. 4:18-cv-01244-CDP (E.D. Mo.); *Czaplicki v. Monsanto Co.*, No. 4:18-cv-01245-DDN (E.D. Mo.); *Schade v. Monsanto Co.*, No. 4:18-cv-01250-SPM (E.D. Mo.); *Smith v. Monsanto Co.*, No. 4:18-cv-01247-JMB (E.D. Mo.); *Manes v. Monsanto Co.*, No. 4:18-cv-01251-JMB (E.D. Mo.); *Mullins v. Monsanto Co.*, No. 4:18-cv-01252-CDP (E.D. Mo.); *Hyman v. Monsanto Co.*, No. 4:18-cv-01249-DDN (E.D. Mo.); *Edwards v. Monsanto Co.*, No. 4:18-cv-01248-CAS (E.D. Mo.).

Jessica L. Richman
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, NY 11050

Co-counsel for Plaintiffs in *Boelter v. Monsanto Co.*, No. 4:18-cv-01244-CDP (E.D. Mo.); *Czaplicki v. Monsanto Co.*, No. 4:18-cv-01245-DDN (E.D. Mo.); *Schade v. Monsanto Co.*, No. 4:18-cv-01250-SPM (E.D. Mo.); *Smith v. Monsanto Co.*, No. 4:18-cv-01247-JMB (E.D. Mo.); *Manes v. Monsanto Co.*, No. 4:18-cv-01251-JMB (E.D. Mo.); *Mullins v. Monsanto Co.*, No. 4:18-cv-01252-CDP (E.D. Mo.); *Hyman v. Monsanto Co.*, No. 4:18-cv-01249-DDN (E.D. Mo.); *Edwards v. Monsanto Co.*, No. 4:18-cv-01248-CAS (E.D. Mo.).

2

Dated: August 16, 2018                                       Respectfully submitted,

      /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*