# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 8/16/18

District Court:   D. Maine

Number of Actions: 1

Complaints and Docket Sheets are attached.

_____
CLERK OF THE PANEL