BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

| | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Eddie Landry, Jr. and Maxine Landry | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01270-SPM | Magistrate Judge Shirley Padmore Mensah |
| 2. | Rick Naranjo | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01261-NCC | Magistrate Judge Noelle C. Collins |
| 3. | Dennis Ransom | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01264-HEA | District Judge Henry Edward Autrey |
| 4. | George Sparkman and Hyo Sparkman | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01269-SPM | Magistrate Judge Shirley Padmore Mensah |
| 5. | George R. Sumner and Monica Sumner | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01263-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 6. | Patricia Wiseman | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01265-AGF | District Judge Audrey G. Fleissig |