## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on August 21, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102

Counsel for Plaintiffs in *Landry v. Monsanto Co.*, No. 4:18-cv-01270-SPM (E.D. Mo.); *Naranjo v. Monsanto Co.*, No. 4:18-cv-01261-NCC (E.D. Mo.); *Ransom v. Monsanto Co.*, No. 4:18-cv-01264-HEA (E.D. Mo.); *Sparkman v. Monsanto Co.*, No. 4:18-cv-01269-SPM (E.D. Mo.); *Sumner v. Monsanto Co.*, No. 4:18-cv-01263-SNLJ (E.D. Mo.); *Wiseman v. Monsanto Co.*, No. 4:18-cv-01265-AGF (E.D. Mo.).

Dated: August 21, 2018                    Respectfully submitted,


                                          /s/ Joe G. Hollingsworth
                                          Joe G. Hollingsworth, Esq.
                                          (jhollingsworth@hollingsworthllp.com)
                                          HOLLINGSWORTH LLP
                                          1350 I Street, N.W.
                                          Washington, D.C. 20005
                                          Phone: (202) 898-5800
                                          Fax:     (202) 682-1639

                                          *Attorneys for Defendant Monsanto Company*