**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

|   | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Richard Ira Ray, *Individually and as Administrator of the Estate of* Daniel Edward Ray | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01242-AGF | District Judge Audrey G. Fleissig |

1