BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Opposition to Conditional Transfer Order (CTO-99) was electronically filed on August 24, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

Kevin M. Noonan
MCTEAGUE, HIGBEE, CASE, COHEN, WHITNEY
& TOKER, PA
Four Union Park – P.O. Box 5000
Topsham, ME 04086-5000
Phone: (207) 725-5581
Fax: (207) 725-1090

Dennis C. Reich
Melissa Binstock-Ephron
REICH & BINSTOCK, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Phone: (713) 622-7271
Fax: (713) 623-8727

    Counsel for Plaintiff in *Poulin v. Monsanto Co.*, Case No. 1:18-cv-00318-JDL (D. Me.)

David J. Diamond
GOLDBERG AND OSBORNE
698 E. Wetmore Road, Suite 200
Tucson, Arizona 85705
Phone: (520) 620-3975
Fax: (520) 620-3991

    Counsel for Plaintiff in *Lopez v. Monsanto Co.*, Case No. 4:18-cv-00360-JAS (D. Ariz.)

2

Dated: August 24, 2018          Respectfully submitted,

         /s/ Joe G. Hollingsworth
         Joe G. Hollingsworth
         (jhollingsworth@hollingsworthllp.com)
         HOLLINGSWORTH LLP
         1350 I Street NW
         Washington D.C., 20005
         Phone: (202) 898-5800
         Fax: (202) 682-1639

*Attorneys for Defendant Monsanto Company*