**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

|  | MDL No. 2741 |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION |  |

**PROOF OF SERVICE**

  In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on August 28, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Ashton Rose Smith
Jennifer A. Moore
Grossman & Moore, PLLC
One Riverfront Plaza
401 West Main Steret, Suite 1810
Louisville, KY 40202

Counsel for Plaintiffs in *Hayden v. Monsanto Co.*, No. 5:18-cv-00128-TBR (W.D. Ky.).

Dated: August 28, 2018	Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

2