**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION
MDL DOCKET NO. 2741**

**SCHEDULE OF ACTIONS**

| Parties | Court | Case No. | Judge |
|---|---|---|---|
| Jerald Carriere, <br><br> v. <br><br> Monsanto Company | United States District Court, Central District of California (Western Division- Los Angeles) | 2:18-cv-07604-GW-E | George H. Wu |

526257.1