# BEFORE THE
# UNITED STATES JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2741 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Potential Tag-Along Action, Schedule of Action, and docket sheet and Complaint were served electronically via CM/ECF on September 5, 2018.

I also served Counsel for Plaintiffs and Defendants via e-mail and U.S. Mail at the following addresses:

| | |
|---|---|
| Joe G. Hollingsworth, Esq.<br>Hollingsworth LLP<br>1350 I Street NW<br>Washington, DC 20005<br>jhollingsworth@hollingsworthllp.com | Karen Barth Menzies<br>Gibbs Law Group LLP<br>6701 Center Drive West, 14th Fl.<br>Los Angeles, CA 90045<br>kbm@classlawgroup.com |
| ***Counsel for Defendant Monsanto Company*** | ***Plaintiffs' Counsel*** |

516230.1

Dated:  September 5, 2018	LOCKRIDGE GRINDAL NAUEN P.L.L.P.


By:  s/  Yvonne M. Flaherty
	Yvonne M. Flaherty (MN #267600)
100 Washington Avenue South, Suite 2200
Minneapolis MN 55401
Telephone:  612-339-6900
Facsimile:  612-339-0981
Email: ymflaherty@locklaw.com
*Counsel for Plaintiff Jerald Carriere*

516230.1