**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Craig Griffeth and Trina Gunnoe | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01439-JMB | Magistrate Judge John M. Bodenhausen |