BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on September 7, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

D. Todd Mathews
Gori, Julian & Associates, P.C.
156 N. Main St.
Edwardsville, IL 62025

Peter A. Miller
Miller Dellafera PLC
3420 Pump Rd., PMB 404
Henrico, VA 23233

Counsel for Plaintiffs in *Griffeth et al v. Monsanto Co.*, No. 4:18-cv-01439-JMB (E.D. Mo.).

2

Dated: September 7, 2018                                   Respectfully submitted,

          /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:     (202) 682-1639

*Attorneys for Defendant Monsanto Company*