BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## JOE G. HOLLINGSWORTH NOTICE OF APPEARANCE

## SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|----|------------|------------|----------|------------------|-------|
| 1. | Carlos Lopez | Monsanto Co. | District of Arizona (Tucson) | 4:18-cv-00360-JAS | Judge James A. Soto |
| 2. | Michael Poulin | Monsanto Co. | District of Maine (Bangor) | 1:18-cv-00318-JDL | Judge Jon D. Levy |

1