**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Appearance was electronically filed on September 10, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

Kevin M. Noonan
MCTEAGUE, HIGBEE, CASE, COHEN, WHITNEY
& TOKER, PA
Four Union Park – P.O. Box 5000
Topsham, ME 04086-5000
Phone: (207) 725-5581
Fax: (207) 725-1090

Dennis C. Reich
Melissa Binstock-Ephron
REICH & BINSTOCK, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Phone: (713) 622-7271
Fax: (713) 623-8727

      Counsel for Plaintiff in *Poulin v. Monsanto Co.*, Case No. 1:18-cv-00318-JDL (D. Me.)

David J. Diamond
GOLDBERG AND OSBORNE
698 E. Wetmore Road, Suite 200
Tucson, Arizona 85705
Phone: (520) 620-3975
Fax: (520) 620-3991

      Counsel for Plaintiff in *Lopez v. Monsanto Co.*, Case No. 4:18-cv-00360-JAS (D. Ariz.)

1

Dated: September 10, 2018                    Respectfully submitted,

                                              /s/ Joe G. Hollingsworth
                                              Joe G. Hollingsworth
                                              (jhollingsworth@hollingsworthllp.com)
                                              HOLLINGSWORTH LLP
                                              1350 I Street NW
                                              Washington D.C., 20005
                                              Phone: (202) 898-5800
                                              Fax: (202) 682-1639

                                              *Attorneys for Defendant*
                                              *Monsanto Company*