**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|----------------|----------------|--------------|----------------------|-----------|
| 1. | Carlos Lopez | Monsanto Co. | District of Arizona (Tucson) | 4:18-cv-00360-JAS | Judge James A. Soto |
| 2. | Michael Poulin | Monsanto Co. | District of Maine (Bangor) | 1:18-cv-00318-JDL | Judge Jon D. Levy |

1