BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Corporate Disclosure Statement was electronically filed on September 10, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also served via first class mail on the following counsel:

Kevin M. Noonan
MCTEAGUE, HIGBEE, CASE, COHEN, WHITNEY
& TOKER, PA
Four Union Park – P.O. Box 5000
Topsham, ME 04086-5000
Phone: (207) 725-5581
Fax: (207) 725-1090

Dennis C. Reich
Melissa Binstock-Ephron
REICH & BINSTOCK, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Phone: (713) 622-7271
Fax: (713) 623-8727

      Counsel for Plaintiff in *Poulin v. Monsanto Co.*, Case No. 1:18-cv-00318-JDL (D. Me.)

David J. Diamond
GOLDBERG AND OSBORNE
698 E. Wetmore Road, Suite 200
Tucson, Arizona 85705
Phone: (520) 620-3975
Fax: (520) 620-3991

      Counsel for Plaintiff in *Lopez v. Monsanto Co.*, Case No. 4:18-cv-00360-JAS (D. Ariz.)

Dated: September 10, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant
Monsanto Company*