**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**BRIEF IN SUPPORT OF MONSANTO COMPANY'S**
**MOTION TO VACATE CONDITIONAL TRANSFER ORDER**

Upon creating MDL No. 2741, this Panel noted that the then-existing cases "share common factual questions arising out of allegations that Monsanto's Roundup herbicide, particularly its active ingredient, glyphosate, causes non-Hodgkin's lymphoma ["NHL"]." *See* Transfer Order at 2, ECF No. 57.  The purpose of MDL No. 2741 is to ensure coordinated or consolidated pretrial proceedings for cases in which a plaintiff alleges that exposure to Monsanto's glyphosate-based herbicide Roundup® products resulted in the development of NHL.

That is not the case in *Poulin v. Monsanto Co.*, Case No. 1:18-cv-00318-JDL (D. Me. filed August 16, 2018) and *Lopez v. Monsanto Co.*, Case No. 4:18-cv-00360-JAS (D. Ariz. filed July 24, 2018).  Instead, plaintiff Michael Poulin alleges that he developed multiple myeloma as a result of exposure to Roundup® products, *see* Notice of Tag-Along from District Court, Complaint ¶ 2, ECF No. 647-1, and plaintiff Carlos Lopez allegedly developed acute lymphoblastic leukemia as a result of exposure to Roundup® products.[1]  Because plaintiffs allege different injuries than the injury that MDL No. 2741 is explicitly addressing, these two lawsuits do not share sufficient common questions of fact with the lawsuits already centralized in MDL

---

[1] The *Lopez* complaint alleges lymphoblastic leukemia.  *See* Notice of Tag-Along from District Court, Complaint ¶ 14, ECF No. 643-1.  Plaintiff's law firm recently informed Monsanto's counsel by e-mail that plaintiff was diagnosed with acute lymphoblastic leukemia.  *See* August 21, 2018 E-mail from Kathy Hampton to Martin Calhoun (attached as Exhibit 1).

1

No. 2741, and transfer of these two actions will not serve "the convenience of parties and witnesses" or "promote the just and efficient conduct of such actions," 28 U.S.C. § 1407. Monsanto therefore requests that the Panel vacate CTO-99 as it relates to the *Poulin* and *Lopez* cases.[2]

## I.   ARGUMENT

In creating MDL No. 2741, this Panel found that "[r]egardless of the particular formulation of Roundup at issue (all of which employ glyphosate as the active ingredient), or the nature of plaintiff's exposure to glyphosate, all the actions entail an overarching query—whether glyphosate causes non-Hodgkin's lymphoma in persons exposed to it while using Roundup." *See* Transfer Order at 1-2, ECF No. 57.  Similarly, the MDL Court bifurcated discovery to first address the general causation question of "whether there is sufficient admissible evidence that glyphosate and/or Roundup is capable of causing cancer (specifically, Non-Hodgkin's Lymphoma) in humans."  Pretrial Order No. 15: Third-Party Discovery and Pending Motions to Seal at 1, *In re Roundup Prods. Liab. Litig.*, No. 3:16-md-02741-VC (N.D. Cal. Mar. 3, 2017), ECF No. 186; *see also* Order re Bifurcation and Agenda for First Case Management Conference at 1, *In re Roundup Prods. Liab. Litig.*, No. 3:16-md-02741-VC (N.D. Cal. Nov. 14, 2016), ECF No. 25.  This general causation phase culminated with an evidentiary hearing and oral argument on the parties' *Daubert* motions and motions for summary judgment in early March 2018, and a ruling by the MDL court.  *See* Pretrial Order No. 34: Modifying Schedule, *In re Roundup Prods. Liab. Litig.*, No. 3:16-md-02741-VC (N.D. Cal. Nov. 17, 2017), ECF No. 761; Pretrial Order No.

---

[2] Both of these cases were tagged for transfer by the district courts in which the cases were filed. *See* Notice of Tag-Along from District Court, ECF No. 643; Notice of Tag-Along from District Court, ECF No. 647.

45: Summary Judgment and *Daubert* Motions, No. 3:16-md-02741-VC (N.D. Cal. July 10, 2018), ECF No. 1596.

The "overarching query" identified by this Panel and the MDL Court is not present in *Poulin* or *Lopez*.

***First***, the disease at issue in *Poulin*, multiple myeloma, is formed by malignant plasma cells in the bone marrow.  *See* American Cancer Society, *What is Multiple Myeloma?*, https://www.cancer.org/cancer/multiple-myeloma/about/what-is-multiple-myeloma.html.  In contrast, NHL is a cancer formed in white blood cells called lymphocytes.  *See* American Cancer Society, *What Is Non-Hodgkin Lymphoma?*, https://www.cancer.org/cancer/non-hodgkin-lymphoma/about/what-is-non-hodgkin-lymphoma.html.[3]

There is a split in the scientific literature regarding whether NHL and multiple myeloma share any connection.  At least one group classifies multiple myeloma as a subtype of NHL, but others, including the American Cancer Society, continue to treat them as distinct diseases.  The epidemiology studies that were at issue in the general causation phase of MDL No. 2741 also differ on the question of whether to report multiple myeloma as a NHL subtype or a distinct disease.  Although all of these studies consistently find that exposure to Roundup® products poses no cancer risk of any type when controlled for other exposures, the question of which classification is appropriate for multiple myeloma is not one for this Panel to decide.

***Second***, the disease at issue in *Lopez* – acute lymphoblastic leukemia, also known as

---

[3] Notably, this litigation was triggered by an opinion from a subgroup within the World Health Organization that explicitly distinguished NHL from multiple myeloma, finding limited human evidence of an association with NHL but no human evidence of an association with multiple myeloma.  *See* IARC, *Monograph Vol. 112 on the Evaluation of Carcinogenic Risks to Humans*, *Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos* at 75-76 (2015) (Glyphosate Section), http://monographs.iarc.fr/ENG/Monographs/vol112/mono112-10.pdf.

acute lymphocytic leukemia ("ALL") – is a cancer that mainly affects the bone marrow and the blood, but lymphomas like NHL mainly affect the lymph nodes or other organs.  *See* American Cancer Society, *What is Acute Lymphocytic Leukemia?*, https://www.cancer.org/cancer/acute-lymphocytic-leukemia/about/what-is-all.html.  The American Cancer Society considers NHL and ALL to be distinct diseases.  *See* American Cancer Society, *Types of B-cell Lymphoma*, https://www.cancer.org/cancer/non-hodgkin-lymphoma/about/b-cell-lymphoma.html (classifying chronic lymphocytic leukemia, but not ALL, as an NHL subtype); *see also* American Cancer Society, *Types of T-cell Lymphoma*, https://www.cancer.org/cancer/non-hodgkin-lymphoma/about/t-cell-lymphoma.html (classifying T-lymphoblastic lymphoma/leukemia, but not ALL, as an NHL subtype).

Because Mr. Poulin's and Mr. Lopez's alleged injuries differ from the injuries claimed by plaintiffs in MDL No. 2741 on the face of their complaints, transfer of their cases will not "serve the convenience of the parties and witnesses or further the just and efficient conduct of this litigation."  *In re Welding Fume Prods. Liab. Litig.*, 560 F. Supp. 2d 1356, 1357 (J.P.M.L. 2008) (granting motion to vacate MDL transfer for plaintiff claiming different injury than plaintiffs in MDL); *see also In re Nexium (Esomeprazole) Prods. Liab. Litig.*, 908 F. Supp. 2d 1362, 1364 (J.P.M.L. 2012) (excluding plaintiff with differing injuries from those claimed by plaintiffs seeking consolidation as "not fall[ing] within the scope of this MDL").  Therefore, these cases can and should proceed most efficiently in the district courts in which they were filed, *Poulin* in the District of Maine and *Lopez* in the District of Arizona.

## II.  CONCLUSION

For these reasons, Monsanto requests that the Panel vacate Conditional Transfer Order (CTO-99), ECF No. 648, as it relates to *Poulin v. Monsanto Co.*, Case No. 1:18-cv-00318-JDL

(D. Me. filed August 16, 2018) and *Lopez v. Monsanto Co.*, Case No. 4:18-cv-00360-JAS (D. Ariz. filed July 24, 2018).

Dated: September 10, 2018 Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant*
*Monsanto Company*