BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| **1.** | Carlos Lopez | Monsanto Co. | District of Arizona (Tucson) | 4:18-cv-00360-JAS | Judge James A. Soto |
| **2.** | Michael Poulin | Monsanto Co. | District of Maine (Bangor) | 1:18-cv-00318-JDL | Judge Jon D. Levy |

1