# EXHIBIT 1

## Calhoun, Martin

| | |
|---|---|
| **From:** | Kathy Hampton <khampton@1800theeagle.com> |
| **Sent:** | Tuesday, August 21, 2018 2:00 PM |
| **To:** | Calhoun, Martin |
| **Cc:** | David Diamond |
| **Subject:** | Carlos Lopez v. Monsanto (4:18-cv-00360) |

Hi Martin,

Per our telephone conversation a few minutes ago, I went to Mr. Lopez's medical records and he was diagnosed with Acute Lymphoblastic Leukemia.

Please let me know if you need anything further.

**Kathy Hampton | Litigation Assistant / Client Care Advocate**
**GOLDBERG & OSBORNE LLP**
Direct (520) 620-3985 | Office (520) 620-3975 | Fax (520) 620-3991
698 E Wetmore Rd, Ste 200, Tucson, AZ 85705
khampton@1800theeagle.com | www.1800theeagle.com

THE INFORMATION CONTAINED IN THIS EMAIL COMMUNICATION IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT NAMED ABOVE. This message may be an Attorney-Client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that your review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please destroy this transmission and notify us immediately by telephone and/or reply email.