**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Motion to Vacate Conditional Transfer Order was electronically filed on September 10, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

Kevin M. Noonan
McTeague, Higbee, Case, Cohen, Whitney
& Toker, PA
Four Union Park – P.O. Box 5000
Topsham, ME 04086-5000
Phone: (207) 725-5581
Fax: (207) 725-1090

Dennis C. Reich
Melissa Binstock-Ephron
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, Texas 77027
Phone: (713) 622-7271
Fax: (713) 623-8727

  Counsel for Plaintiff in *Poulin v. Monsanto Co.*, Case No. 1:18-cv-00318-JDL (D. Me.)

David J. Diamond
Goldberg and Osborne
698 E. Wetmore Road, Suite 200
Tucson, Arizona 85705
Phone: (520) 620-3975
Fax: (520) 620-3991

  Counsel for Plaintiff in *Lopez v. Monsanto Co.*, Case No. 4:18-cv-00360-JAS (D. Ariz.)

Dated: September 10, 2018                          Respectfully submitted,

                                                    /s/ Joe G. Hollingsworth
                                                   Joe G. Hollingsworth
                                                   (jhollingsworth@hollingsworthllp.com)
                                                   HOLLINGSWORTH LLP
                                                   1350 I Street NW
                                                   Washington D.C., 20005
                                                   Phone: (202) 898-5800
                                                   Fax: (202) 682-1639

                                                   *Attorneys for Defendant*
                                                   *Monsanto Company*