BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Michael Thomas | Monsanto Co. | Eastern District of Michigan (Detroit) | 2:18-cv-12498-BAF-RSW | District Judge Bernard A. Friedman |
| 2. | June Hightower | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01449-CDP | District Judge Catherine D. Perry |
| 3. | Mack Johnson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01450-CDP | District Judge Catherine D. Perry |
| 4. | Amos L. Smith Jr. and Ruby Smith | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01470-JAR | District Judge John A. Ross |
| 5. | Kimberly B. Thompson individually and on behalf of Joyce C. Thompson (deceased) | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01465-PLC | Magistrate Judge Patricia L. Cohen |

1