BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on September 14, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

David M. Zack
Blevins Sanborn Jezdimir Zack PLC
1842 Michigan Ave.
Detroit, MI 48216

Counsel for Plaintiff in *Thomas v. Monsanto Co.*, No. 2:18-cv-12498-BAF-RSW (E.D. Mich.).

Seth S. Webb
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102

Counsel for Plaintiffs in *Hightower v. Monsanto Co.*, No. 4:18-cv-01449-CDP (E.D. Mo.); *Johnson v. Monsanto Co.*, No. 4:18-cv-01450-CDP (E.D. Mo.); *Smith v. Monsanto Co.*, No. 4:18-cv-01470-JAR (E.D. Mo.); *Thompson v. Monsanto Co.*, No. 4:18-cv-01465-PLC (E.D. Mo.).

2

Dated: September 14, 2018                             Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*