**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Jan Stevens and Marjorie Stevens | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01451-DDN | Magistrate Judge David D. Noce |
| 2. | Stacey Lasseigne | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01459-CAS | District Judge Charles A. Shaw |
| 3. | Angel Ocasio | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01058-PLC | Magistrate Judge Patricia L. Cohen |