**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Faye Miller and Carl Merriett | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01454-CAS | District Judge Charles A. Shaw |
| 2. | Andrew Achary and Barbara Achary | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01455-PLC | Magistrate Judge Patricia L. Cohen |
| 3. | John Belew and Marilyn Belew | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01458-JAR | District Judge John A. Ross |
| 4. | Dean C. Johnson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01616-CDP | District Judge Catherine D. Perry |