BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|----|------------|-----------|----------|------------------|-------|
| 1. | Vickie L. Awad and Samir Awad | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01627-PLC | Magistrate Judge Patricia L. Cohen |
| 2. | Brenda Dotson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01624-CDP | District Judge Catherine D. Perry |
| 3. | Victoria Elfer and Warren Elfer | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01628-PLC | Magistrate Judge Patricia L. Cohen |
| 4. | Rose M. Rice | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01625-CAS | District Judge Charles A. Shaw |
| 5. | Governor Walker and Sonda Walker | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01626-PLC | Magistrate Judge Patricia L. Cohen |
| 6. | Christopher L. Roberts | Monsanto Co. | Eastern District of Louisiana (New Orleans) | 2:18-cv-08962-JCZ-JCW | Judge Jay C. Zainey |