BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on September 27, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102

Counsel for Plaintiffs in *Awad v. Monsanto Co.*, No. 4:18-cv-01627-PLC (E.D. Mo.); *Dotson v. Monsanto Co.*, No. 4:18-cv-01624-CDP (E.D. Mo.); *Elfer v. Monsanto Co.*, No. 4:18-cv-01628-PLC (E.D. Mo.); *Rice v. Monsanto Co.*, No. 4:18-cv-01625-CAS (E.D. Mo.); *Walker v. Monsanto Co.*, No. 4:18-cv-01626-PLC (E.D. Mo.).

Julie U. Quinn
Justin E. Alsterberg
Quinn Alsterberg LLC
855 Baronne St.
New Orleans, LA 70113

Counsel for Plaintiff in *Roberts v. Monsanto Co.*, No. 2:18-cv-08962-JCZ-JCW (E.D. La.).

Joseph M. Bruno
Bruno & Bruno
855 Baronne St.
3rd Floor
New Orleans, LA 70113

Co-counsel for Plaintiff in *Roberts v. Monsanto Co.*, No. 2:18-cv-08962-JCZ-JCW (E.D. La.).

1

Dated: September 27, 2018                         Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*
