**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Wayne J. Karnis | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01634-HEA | District Judge Henry Edward Autrey |
| 2. | Shelia Sonnier | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01633-SPM | Magistrate Judge Shirley Padmore Mensah |