**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**PLAINTIFF CARLOS LOPEZ'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MONSANTO COMPANY'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER**

Plaintiff Carlos Lopez, by and through undersigned counsel, respectfully requests an extension of time within which to file a Response to Monsanto Company's Motion to Vacate Conditional Transfer Order (CTO-99).

Counsel is currently investigating the issues contained in Monsanto Company's Motion and believes a Response could be filed within two weeks.

Dated this 1st day of October, 2018.

Respectfully Submitted,

GOLDBERG & OSBORNE LLP

/s/ David J. Diamond
David J. Diamond
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
Telephone: (520) 620-3985
Facsimile: (520) 620-3991
ddiamond@goldbergandosborne.com

*Counsel for Plaintiff Carlos Lopez*