**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Unopposed Motion for Extension of Time to File Response to Monsanto Company's Motion to Vacate Conditional Transfer Order was electronically filed on October 1, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Dated this 1st day of October, 2018.

Respectfully Submitted,

GOLDBERG & OSBORNE LLP

 /s/ David J. Diamond
David J. Diamond
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
Telephone: (520) 620-3985
Facsimile: (520) 620-3991
ddiamond@goldbergandosborne.com

*Counsel for Plaintiff Carlos Lopez*