**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

**ORDER**

This Panel, hereby approves Plaintiff Carlos Lopez's Motion for Extension of Time to File Response to Monsanto Company's Motion to Vacate Conditional Transfer Order (CTO-99). The new deadline to file a response is October 15, 2018.

Dated this _____ day of October, 2018.

_____
Clerk of the Panel