BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS      MDL No. 2741
LIABILITY LITIGATION

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|----|------------|-----------|----------|------------------|-------|
| 1. | John C. Davis | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01651-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 2. | Galen Noe | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01475-JAR | District Judge John A. Ross |
| 3. | Adrianne Martinez | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01645-AGF | District Judge Audrey G. Fleissig |
| 4. | Gayle Russ | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01473-SNLJ | District Judge Stephen N. Limbaugh, Jr. |