BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|----------------|---------------|--------------|----------------------|-----------|
| 1. | William A. Lamb and Sarah E. Lamb | Monsanto Co. | Eastern District of Kentucky (Lexington) | 5:18-cv-00552-KKC | Judge Karen K. Caldwell |
| 2. | Lisa Wiley, Gary Barnett, Gary Grunwald, Mary Arven, Barbara Goldstein, *individually and as Executor of the Estate of Richard Goldstein, deceased*, John Johnson, Jr., and Kimberly Hummer | Monsanto Co. | Western District of Missouri (Kansas City) | 4:18-cv-00801-ODS | District Judge Ortrie D. Smith |