BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on October 12, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Ashton Rose Smith
Jennifer A. Moore
Grossman & Moore, PLLC
One Riverfront Plaza
401 West Main Street, Suite 1810
Louisville, KY 40202

Counsel for Plaintiffs in *Lamb v. Monsanto Co.*, No. 5:18-cv-00552-KKC (E.D. Ky.).

D. Todd Mathews
Gori, Julian & Associates, P.C.
156 N. Main St.
Edwardsville, IL 62025

Counsel for Plaintiffs in *Wiley v. Monsanto Co.*, No. 4:18-cv-0080-ODS (W.D. Mo.).

1

| | |
|---|---|
| Dated: October 12, 2018 | Respectfully submitted, |
| | /s/ Joe G. Hollingsworth |
| | Joe G. Hollingsworth, Esq.<br>(jhollingsworth@hollingsworthllp.com)<br>HOLLINGSWORTH LLP<br>1350 I Street, N.W.<br>Washington, D.C. 20005<br>Phone: (202) 898-5800<br>Fax:    (202) 682-1639 |
| | *Attorneys for Defendant Monsanto Company* |