BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|     | Plaintiffs | Defendant | District | Civil Action No. | Judge |
| --- | --- | --- | --- | --- | --- |
| 1. | David Sterling | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01421-HEA | District Judge Henry Edward Autrey |
| 2. | Edward Holmes | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01420-HEA | District Judge Henry Edward Autrey |
| 3. | Mildred Coats | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01403-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 4. | Mark Gossman | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01419-JAR | District Judge John A. Ross |
| 5. | Marvin Kennedy | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01424-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 6. | Robert Steadman | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01404-AGF | District Judge Audrey G. Fleissig |
| 7. | Tim Sinka | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01422-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 8. | Alexander Schlink | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01412-SPM | Magistrate Judge Shirley Padmore Mensah |
| 9. | Barbara Bizal | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01411-AGF | District Judge Audrey G. Fleissig |
| 10. | Dave Flynn | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01423-NCC | Magistrate Judge Noelle C. Collins |