BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on October 12, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Kirk J. Goza
Goza & Honnold LLC
9500 Nall Ave. Suite 400
Overland Park, KS 66207

Counsel for Plaintiffs in *Sterling v. Monsanto Co.*, No. 4:18-cv-01421-HEA (E.D. Mo.); *Holmes v. Monsanto Co.*, No. 4:18-cv-01420-HEA (E.D. Mo.); *Coats v. Monsanto Co.*, No. 4:18-cv-01403-SNLJ (E.D. Mo.); *Gossman v. Monsanto Co.*, No. 4:18-cv-01419-JAR (E.D. Mo.); *Kennedy v. Monsanto Co.*, No. 4:18-cv-01424-SNLJ (E.D. Mo.); *Steadman v. Monsanto Co.*, No. 4:18-cv-01404-AGF (E.D. Mo.); *Sinka v. Monsanto Co.*, No. 4:18-cv-01422-SNLJ (E.D. Mo.); *Schlink v. Monsanto Co.*, No. 4:18-cv-01412-SPM (E.D. Mo.); *Bizal v. Monsanto Co.*, No. 4:18-cv-01411-AGF (E.D. Mo.); *Flynn v. Monsanto Co.*, No. 4:18-cv-01423-NCC (E.D. Mo.).

Dated: October 12, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:     (202) 682-1639

*Attorneys for Defendant Monsanto Company*

1