**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PLAINTIFF CARLOS LOPEZ'S RESPONSE TO MONSANTO COMPANY'S
MOTION TO VACATE CONDITIONAL TRANSFER ORDER**

COMES NOW Plaintiff Carlos Lopez (4:18-cv-00360-JAS; D.AZ), and states the following:

From the outset of this MDL the commonality of issues that justify the creation of the MDL has been noted. See 10/4/16 Transfer Order. Mr. Lopez was exposed to Roundup and contradicted a blood cancer. His diagnosis of acute lymphoblastic leukemia is similar in many respects to NHL. Because the primary reason for the MDL is to address the common issues of fact regarding the use of Roundup and cancer, the MDL is an appropriate place for Mr. Lopez to pursue his case. Moreover, discovery has not been completed and the relative demands on the parties justifies keeping Mr. Lopez' case in the MDL - at the very least for the time being.

Dated this 15th day of October, 2018.

Respectfully Submitted,

GOLDBERG & OSBORNE LLP

 /s/ David J. Diamond
David J. Diamond
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
Telephone: (520) 620-3985
Facsimile: (520) 620-3991
ddiamond@goldbergandosborne.com

*Counsel for Plaintiff Carlos Lopez*