# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PLAINTIFF CARLOS LOPEZ'S MOTION FOR LEAVE
## TO FILE RESPONSE TO MONSANTO COMPANY'S MOTION TO VACATE
## CONDITIONAL TRANSFER ORDER

Plaintiff Carlos Lopez (4:18-cv-00360-JAS; D.AZ), by and through undersigned counsel, respectfully seeks leave of the panel to file his Response to Monsanto Company's Motion to Vacate Conditional Transfer Order (CTO-99).

On October 1, 2018, after a meet and confer with Martin Calhoun, attorney for Defendant Monsanto Company, Plaintiff filed an Unopposed Motion for Extension of Time to File Response to Monsanto Company's Motion to Vacate Conditional Transfer Order with the JPML. Plaintiff was seeking a two week extension while counsel continued to investigate the issues brought up in Defendant's Motion to Vacate CTO-99, and counsel for Defendant agreed to this extension.

Not having received any further notification, counsel for Plaintiff filed the Response on October 15, 2018, within the two week timeframe requested.

Today, counsel received an email from Crystal Dorsey, with the JPML, informing Plaintiff that the Response was due on or before October 9, 2018, and that a Motion for Leave to file the Response, along with Proof of Service, would need to be filed today. Counsel's litigation assistant, Kathy Hampton, contacted Crystal and learned that notice was sent out via the JPML ECF on October 2, 2018 (Doc 685), which stated that Plaintiff's Motion for Extension of Time

was granted in part, and set a deadline of October 9, 2018.  Crystal informed counsel that the email was sent to David Diamond and Kathy Hampton.  After further investigation, David and Kathy both confirm that the JPML ECF email was never received and can only conclude that there was an internal glitch with either side's servers.

Plaintiff, therefore, requests leave to file his Response to Monsanto Company's Motion to Vacate Conditional Transfer Order (CTO-99), as filed on October 15, 2018, as there was no way of knowing the deadline was not the agreed upon deadline without having received notice from the panel.

Dated this 16th day of October, 2018.

Respectfully Submitted,

GOLDBERG & OSBORNE LLP

/s/ David J. Diamond
David J. Diamond
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
Telephone:  (520) 620-3985
Facsimile:  (520) 620-3991
ddiamond@goldbergandosborne.com

*Counsel for Plaintiff Carlos Lopez*