**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Motion for Leave to File Response to Monsanto Company's Motion to Vacate Conditional Transfer Order was electronically filed on October 16, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Dated this 16th day of October, 2018.

Respectfully Submitted,

GOLDBERG & OSBORNE LLP

 /s/ David J. Diamond
David J. Diamond
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
Telephone:  (520) 620-3985
Facsimile:  (520) 620-3991
ddiamond@goldbergandosborne.com

*Counsel for Plaintiff Carlos Lopez*