**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on October 23, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Kenneth Thomas Lumb
Corboy & Demetrio
33 North Dearborn Street
Suite 2100
Chicago, IL 60602

Counsel for Plaintiff in *Underwood v. Monsanto Co.*, No. 1:18-cv-06733 (N.D. Ill.).

Dated: October 23, 2018                  Respectfully submitted,

                                                 /s/ Joe G. Hollingsworth
                                                 Joe G. Hollingsworth, Esq.
                                                 (jhollingsworth@hollingsworthllp.com)
                                                 HOLLINGSWORTH LLP
                                                 1350 I Street, N.W.
                                                 Washington, D.C. 20005
                                                 Phone: (202) 898-5800
                                                 Fax:     (202) 682-1639

                                                 *Attorneys for Defendant Monsanto Company*