BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |

## NOTICE OF WITHDRAWAL

Plaintiff ARNOLD BORRESON ("Plaintiff"), hereby writes to notify you of the mistaken filing of Plaintiff's Notice of Related Action, and to request that it be withdrawn from the court's docket. Plaintiff will file today a replacement in the form of a Notice of Potential Tag-Along Action as advised by the Judicial Panel.

*Borreson v. Monsanto,* USDC, District of Idaho, Case No. 1:18-cv-00442.

Respectfully submitted this 24th day of October 2018.

*Attorneys for Plaintiff*

MOLL LAW GROUP

By: /s/ Ken Moll
Ken Moll
Illinois Bar No. 6199874
MOLL LAW GROUP
70 W Madison St, 14th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
kmoll@molllawgroup.com

Stephen Cady
Illinois Bar No. 6326659
MOLL LAW GROUP
70 W Madison St, 14th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
scady@molllawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2018, I electronically filed the foregoing document with the Clerk of the Court for the Judicial Panel on Multidistrict Litigation using the CM/ECF system, and furnished a copy by mail to the following parties of record:

Monsanto Company
c/o Corporation Service Company, Registered Agent
12550 W. Explorer Drive, Suite 100
Boise, ID 83713

*Attorneys for Plaintiff*

MOLL LAW GROUP

By: /s/ Ken Moll
Ken Moll
Illinois Bar No. 6199874
MOLL LAW GROUP
70 W Madison St, 14th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
kmoll@molllawgroup.com

Stephen Cady
Illinois Bar No. 6326659
MOLL LAW GROUP
70 W Madison St, 14th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
scady@molllawgroup.com