**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**REPLY BRIEF IN SUPPORT OF MONSANTO COMPANY'S**
**MOTION TO VACATE CONDITIONAL TRANSFER ORDER**

In his response to Monsanto's motion to vacate Conditional Transfer Order 99, plaintiff Carlos Lopez claims – without any support – that acute lymphoblastic leukemia, the type of cancer he allegedly developed, is "similar" to non-Hodgkin's lymphoma ("NHL"). He also glosses over the fact that when creating this MDL, this Panel focused on allegations of NHL as the centerpiece of its determination that commonality existed among plaintiffs' claims. *See, e.g.*, Transfer Order at 2, ECF No. 57 (noting cases "share common factual questions arising out of allegations that Monsanto's Roundup herbicide, particularly its active ingredient, glyphosate, causes **non-Hodgkin's lymphoma**.") (emphasis added). That focus has been shared by the MDL Court, which has supervised general causation discovery, resolved certain motions, and has now set a trial date regarding allegations that glyphosate-based herbicides cause NHL. *See, e.g.*, Pretrial Order No. 45: Summary Judgment and *Daubert* Motions, No. 3:16-md-02741-VC (N.D. Cal. July 10, 2018), ECF No. 1596 ("The question at this early phase in the proceedings – the 'general causation' phase – is whether a reasonable jury could conclude that glyphosate, a commonly used herbicide, can cause [NHL] at exposure levels people realistically may have experienced."); Monsanto's Brief in Support of Monsanto's Motion to Vacate Conditional Transfer Order with Brief In Support at 2, ECF No. 667-1 ("Monsanto's Brief") (providing additional citations).

1

As this Panel has held, an action should not be transferred into an existing MDL where the alleged injuries differ and therefore the claims do not share sufficient common questions of fact. *See* Monsanto's Brief at 3 (citing cases). Plaintiff Lopez offers no legal or factual basis to support a different outcome here. In fact, there are approximately five other cases pending in federal courts in which plaintiffs allege that exposure to Monsanto's Roundup®-branded products caused various injuries, including other types of cancer, that are distinct from NHL. These cases are proceeding apace, with relevant discovery (if any) from the MDL being shared to avoid duplicative efforts. Mr. Lopez's non-NHL-related claims should proceed separately as well.

For these reasons, and the reasons set forth in Monsanto's Brief, Monsanto requests that the Panel vacate Conditional Transfer Order 99, ECF No. 648, as it relates to *Lopez v. Monsanto Co.*, Case No. 4:18-cv-00360-JAS (D. Ariz. filed July 24, 2018).

Dated: October 24, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant*
*Monsanto Company*