# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Reply Brief in Support of Monsanto Company's Motion to Vacate Conditional Transfer Order was electronically filed on October 24, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

David J. Diamond  
GOLDBERG AND OSBORNE  
698 E. Wetmore Road, Suite 200  
Tucson, Arizona 85705  
Phone: (520) 620-3975  
Fax: (520) 620-3991  

Counsel for Plaintiff in *Lopez v. Monsanto Co.*, Case No. 4:18-cv-00360-JAS (D. Ariz.)

Dated: October 24, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth  
Joe G. Hollingsworth  
(jhollingsworth@hollingsworthllp.com)  
HOLLINGSWORTH LLP  
1350 I Street NW  
Washington D.C., 20005  
Phone: (202) 898-5800  
Fax: (202) 682-1639  

*Attorneys for Defendant*  
*Monsanto Company*