**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | George Bouzeanes, Michael Campbell, Olivier Durand, Johanne Durand, Hans Elmer, Kay Elmes, Steven Ezell, Angela Ezell, Warren Garnier, Richard Ham, Frank Lattimore, Daphnie Lattimore, Frank Morton, Charlotte Morton, Steve Vitale, Edward Zabolotny, Denton Bray, Frederick Forward, Donald Hurt, Freddie Martin, William Pelicot, Robert Rauh, Richard Richards, George Yaekle, Danny White and Melissa White | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01806-SPM | Magistrate Judge Shirley Padmore Mensah |
| **2.** | Joni H. Freel | Monsanto Co. | Northern District of Texas (Fort Worth) | 4:18-cv-00314-Y | Senior Judge Terry R. Means |

1