BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on October 26, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

James T. Corrigan
James D. O'Leary
O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin, LLC
1034 S. Brentwood Blvd., 23rd Fl.
PH 1-A, St. Louis, MO 63117

Counsel for Plaintiffs in *Bouzeanes v. Monsanto Co.*, No. 4:18-cv-01806-SPM (E.D. Mo.).

Terry W. Yates
Terry W. Yates & Associates
6750 West Loop South, Suite 845
Bellaire, Texas 77401

Counsel for Plaintiff in *Freel v. Monsanto Co.*, No. 4:18-cv-00314-Y (N.D. Tex.).

2

Dated: October 26, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

2