**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS                                    MDL No. 2741
LIABILITY LITIGATION

---

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| **1.** | Martha Hogan | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01822-AGF | District Judge Audrey G. Fleissig |
| **2.** | Dan L. Sixbury | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01821-NAB | Magistrate Judge Nannette A. Baker |
| **3.** | William E. Jarrett | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01823-JMB | Magistrate Judge John M. Bodenhausen |