**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on October 30, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb
Brown & Crouppen P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102

Counsel for Plaintiffs in *Hogan v. Monsanto Co.*, No. 4:18-cv-01822-AGF (E.D. Mo.); *Sixbury v. Monsanto Co.*, No. 4:18-cv-01821-NAB (E.D. Mo.); *Jarrett v. Monsanto Co.*, No. 4:18-cv-01823-JMB (E.D. Mo.).

Dated: October 30, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

1