**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                           MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| **1.** | Annette A. Bindon | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01854-JMB | Magistrate Judge John M. Bodenhausen |
| **2.** | Kathryn L. Hill | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01852-HEA | District Judge Henry Edward Autrey |
| **3.** | Julie Mabus | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01845-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| **4.** | Donna W. Musso | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01856-PLC | Magistrate Judge Patricia L. Cohen |
| **5.** | Jerry D. Newton | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01842-JMB | Magistrate Judge John M. Bodenhausen |