BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Sarah C. Brunson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01843-CDP | District Judge Catherine D. Perry |
| 2. | Gary E. Purdy | Monsanto Co. | Eastern District of Tennessee (Knoxville) | 3:18-cv-00392-TRM-HBG | District Judge Travis R. McDonough |
| 3. | Nikita Simmons | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01844-NCC | Magistrate Judge Noelle C. Collins |
| 4. | Mary B. Singletary | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01851-NAB | Magistrate Judge Nannette A. Baker |
| 5. | John H. Wooley | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01840-NAB | Magistrate Judge Nannette A. Baker |