BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on November 6, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102

Counsel for Plaintiffs in *Brunson v. Monsanto Co.*, No. 4:18-cv-01843-CDP (E.D. Mo); *Simmons v. Monsanto Co.*, No. 4:18-cv-01844-NCC (E.D. Mo.); *Singletary v. Monsanto Co.*, No. 4:18-cv-01851-NAB (E.D. Mo.); *Wooley v. Monsanto Co.*, No. 4:18-cv-01840-NAB (E.D. Mo.).

Russell W. Lewis, IV
Johnson Law Group
1019 16th Avenue South
Nashville, TN 37212

Counsel for Plaintiff in *Purdy v. Monsanto Co.*, No. 3:18-cv-00392-TRM-HBG (E.D. Tenn.).

Dated: November 6, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*