BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGAITON | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Bouzeanes et al v. Monsanto Company*  E.D. Missouri 4:18-cv-01806-SPM | |

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-108)

Pursuant to Rule 7.1 of the RULES OF PROCEDURE OF THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION, Plaintiffs in the above-captioned case, *Bouzeanes et al v. Monsanto Company.* 4:18-cv-01806 by and through their counsel of record, The Miller Firm, LLC, submit this Notice of Opposition to Conditional Transfer Order (CTO-108), issued by this panel on October 31, 2018, which includes the above captioned action. Plaintiffs will file and serve their Motion to Vacate the Conditional Transfer Order within the time allowed by Rule 7.1 (f)-i.e., within 14 days of the date of this Notice.

This 6st day of November, 2018.

**The Miller Firm, LLC**

*/s/ Michael Miller*
Michael J. Miller, Esq.
THE MILLER FIRM, LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960
mmiller@millerfirmllc.com

**CERTIFICATE OF SERVICE**

Pursuant to Rule 4.1 of the RULES OF PROCEDURE OF THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION, I, Michael Miller, hereby certify that I the foregoing Notice of Opposition to Conditional Transfer Order (CTO-108) was filed electronically via the Panel's ECF filing system.  Notice of this filing will be served on all parties of record by operation of the ECF system's Notice of Electronic Filing (NEF) and the parties may access the filing through the ECF system.

/s/ Michael J. Miller