BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |

## **NOTICE OF POTENTIAL TAG-ALONG ACTION**

In accordance with Rule 7.5(C) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation (the "Panel"), Plaintiff, JAMES PETERSON, hereby writes to notify you of the potential tag-along action listed here below, and on the attached Schedule of Actions.

*James Peterson v. Monsanto,* USDC, Northern District of Illinois, Case No. l:18-cv-07190. Respectfully submitted this 8th day of November 2018.

*Attorneys for Plaintiff*

MOLL LAW GROUP

By: /s/ Ken Moll
Ken Moll
Illinois Bar No. 6199874
MOLL LAW GROUP
70 W Madison St, 14th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
kmoll@molllawgroup.com

Stephen Cady
Illinois Bar No. 6326659
MOLL LAW GROUP
70 W Madison St, 14th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
scady@molllawgroup.com

BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |

**SCHEDULE OF ACTIONS**

| Plaintiff | Defendants | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| James Peterson | Monsanto Company | Northern District of Illinois | 1:18-cv-07190 | |

Respectfully submitted this 8th day of November 2018.

*Attorneys for Plaintiff*

MOLL LAW GROUP

By: /s/ Ken Moll
Ken Moll
Illinois Bar No. 6199874
MOLL LAW GROUP
70 W Madison St, 14th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
moll@molllawgroup.com

Stephen Cady
Illinois Bar No. 6326659
MOLL LAW GROUP
70 W Madison St, 14th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
scady@molllawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8th, 2018, I electronically filed the foregoing document with the Clerk of the Court for the Judicial Panel on Multidistrict Litigation using the CM/ECF system, and furnished a copy by mail to the following parties of record:

Joe G. Hollingsworth (pro hac vice)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (pro hac vice)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
Attorneys for Defendant
MONSANTO COMPANY

*Attorneys for Plaintiff*

MOLL LAW GROUP

By: /s/ Ken Moll
Ken Moll
Illinois Bar No. 6199874
MOLL LAW GROUP
70 W Madison St, 14th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
kmoll@molllawgroup.com

Stephen Cady
Illinois Bar No. 6326659
MOLL LAW GROUP
70 W Madison St, 14th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
scady@molllawgroup.com