COLE,MIDP

# United States District Court
## Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:18–cv–07190

Peterson v. Monsanto Company
Assigned to: Honorable Manish S. Shah
Demand: $75,000
Cause: 28:1332 Diversity–Product Liability

Date Filed: 10/26/2018
Jury Demand: Plaintiff
Nature of Suit: 367 Personal Injury: Health
Care/Pharmaceutical Personal Injury
Product Liability
Jurisdiction: Diversity

**Plaintiff**

**James Peterson**

represented by **Kenneth Brian Moll**
Moll Law Group
70 W. Madison St
14th Floor
Chicago, IL 60602
(312)462.1700
Email: info@molllawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Monsanto Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/26/2018 | 1 | COMPLAINT filed by James Peterson; Jury Demand. Filing fee $ 400, receipt number 0752–15112850.(Moll, Kenneth) (Entered: 10/26/2018) |
| 10/29/2018 | 2 | CIVIL Cover Sheet (Moll, Kenneth) (Entered: 10/29/2018) |
| 10/29/2018 | 3 | ATTORNEY Appearance for Plaintiff James Peterson by Kenneth Brian Moll (Moll, Kenneth) (Entered: 10/29/2018) |
| 10/29/2018 | | CASE ASSIGNED to the Honorable Manish S. Shah. Designated as Magistrate Judge the Honorable Jeffrey Cole. Case assignment: Random assignment. (rc, ) (Entered: 10/29/2018) |
| 10/29/2018 | 4 | NOTICE TO THE PARTIES – The Court is participating in the Mandatory Initial Discovery Pilot (MIDP). The key features and deadlines are set forth in this Notice which includes a link to the (MIDP) Standing Order and a Checklist for use by the parties. In cases subject to the pilot, all parties must respond to the mandatory initial discovery requests set forth in the Standing Order before initiating any further discovery in this case. Please note: The discovery obligations in the Standing Order supersede the disclosures required by Rule 26(a)(1). Any party seeking affirmative relief must serve a copy of the following documents (Notice of Mandatory Initial Discovery and the Standing Order) on each new party when the Complaint, Counterclaim, Crossclaim, or Third–Party Complaint is served. (bg, ) (Entered: 10/29/2018) |