**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                    MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|     | Plaintiffs | Defendant | District | Civil Action No. | Judge |
| --- | --- | --- | --- | --- | --- |
| **1.** | Brenda Anderson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01827-AGF | District Judge Audrey G. Fleissig |
| **2.** | Dennis Calkins and Mary Calkins | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01828-PLC | Magistrate Judge Patricia L. Cohen |
| **3.** | Alexander Kruppa and Dinah Kruppa | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01825-CAS | District Judge Charles A. Shaw |
| **4.** | Marie Strong | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01824-NCC | Magistrate Judge Noelle C. Collins |
| **5.** | Robert Hooks, Douglas Damkroger, Cynthia Luce, Steven Sanders by and through his representative, Janis Sanders, Janis Sanders on behalf of all living heirs of Steven Sanders, James Morris, Ronald Vallieres, John Marshall, Nancy Creamer, Vincent Ballarino, Lisa Edwards, Warren Campbell, Donald O'Dell, and Vaughn Clark | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01897-HEA | District Judge Henry Edward Autrey |

1