**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|----------------|---------------|--------------|----------------------|-----------|
| 1. | Ray D. Harry | Monsanto Co. | Northern District of Iowa (Western Division) | 5:18-cv-04072-CJW-MAR | Magistrate Judge Mark A. Roberts |
| 2. | Alfred Monares | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01865-CDP | District Judge Catherine D. Perry |
| 3. | William Barbour | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01871-CDP | District Judge Catherine D. Perry |