**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on November 9, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Brian P. Galligan
Galligan Law, P.C.
300 Walnut Street, Suite 5
Des Moines, IA 50309-2239

Counsel for Plaintiff in *Harry v. Monsanto Co.*, No. 5:18-cv-04072-CJW-MAR (N.D. Iowa).

D. Todd Mathews
Joseph B. Carnduff
Gori Julian & Associates, P.C.
156 N. Main St.
Edwardsville, IL 62025

Counsel for Plaintiffs in *Monares v. Monsanto Co.*, No. 4:18-cv-01865-CDP (E.D. Mo.); *Barbour v. Monsanto Co.*, No. 4:18-cv-01871-CDP (E.D. Mo.).

2

Dated: November 9, 2018　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Joe G. Hollingsworth
　　　　　　　　　　　　　　　　　　　　　Joe G. Hollingsworth, Esq.
　　　　　　　　　　　　　　　　　　　　　(jhollingsworth@hollingsworthllp.com)
　　　　　　　　　　　　　　　　　　　　　HOLLINGSWORTH LLP
　　　　　　　　　　　　　　　　　　　　　1350 I Street, N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　　Phone: (202) 898-5800
　　　　　　　　　　　　　　　　　　　　　Fax:　 (202) 682-1639

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Monsanto Company*