BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on November 16, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Eric D. Holland
Holland Law Firm
300 North Tucker, Suite 801
St. Louis, MO 63101

Counsel for Plaintiff in *Hiatt v. Monsanto Co.*, No. 4:18-cv-01879-HEA (E.D. Mo.).

Jessica L. Richman
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, NY 11050

Co-counsel for Plaintiff in *Hiatt v. Monsanto Co.*, No. 4:18-cv-01879-HEA (E.D. Mo.).

2

Dated: November 16, 2018 — Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*