**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| **1.** | William Bullins, Roger Heisterman, Gizelle Pettingill, Gary Wood, Thomas Leonard, John Taylor, Thomas Rowe, Bobby Steele by and through his representative, Elizabeth Steele, Elizabeth Steele on behalf of all living heirs of Bobby Steele, Chester "Butch" McKinley by and through his representative, Donna McKinley, and Donna McKinley on behalf of all living heirs of Chester "Butch" McKinley | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01946-JAR | District Judge John A. Ross |