BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

JOE G. HOLLINGSWORTH NOTICE OF APPEARANCE

SCHEDULE OF ACTIONS

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | George Bouzeanes, Michael Campbell, Olivier Durand, Johanne Durand, Hans Elmer, Kay Elmes, Steven Ezell, Angela Ezell, Warren Garnier, Richard Ham, Frank Lattimore, Daphnie Lattimore, Frank Morton, Charlotte Morton, Steve Vitale, Edward Zabolotny, Denton Bray, Frederick Forward, Donald Hurt, Freddie Martin, William Pelicot, Robert Rauh, Richard Richards, George Yaekle, Danny White and Melissa White | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01806-CDP | District Judge Catherine D. Perry |

1