**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Appearance was electronically filed on November 21, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

James T. Corrigan, Esq.
James D. O'Leary, Esq.
O'Leary, Shelton, Corrigan, Peterson, Dalton,
& Quillin, LLC
The University Tower
1034 S. Brentwood Blvd.
23rd Floor Penthouse – 1A
St. Louis, MO 63117
Phone: (314) 405-9000
Fax: (314) 405-9999
E-mail:  corrigan@osclaw.com
         oleary@osclaw.com

Counsel for Plaintiffs in *Bouzeanes v. Monsanto Co.*, No. 4:18-cv-01806-CDP (E.D. Mo.)

Dated: November 21, 2018               Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant*
*Monsanto Company*