# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGAITON | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Bouzeanes et al v. Monsanto Company*  E.D. Missouri 4:18-cv-01806-SPM | |

## PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-108)

Bouzeanes, et al., who are Plaintiffs in *Bouzeanes et al v. Monsanto Company.* 4:18-cv-01806-SPM (E.D.MO.) ("*Bouzeanes*"), pending in the Eastern District of Missouri, respectfully move for an order vacating Conditional Transfer Order No. 108, filed October 31, 2018 (Docket No. 1), as it pertains to their lawsuit. CTO-108 is due to be vacated with respect to *Bouzeanes* for the reasons set forth in the Memorandum brief Plaintiffs submit with this Motion. This 21st day of November, 2018.

The Miller Firm, LLC

*/s/ Michael Miller*
Michael J. Miller, Esq.
THE MILLER FIRM, LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960
mmiller@millerfirmllc.com

**CERTIFICATE OF SERVICE**

Pursuant to Rule 4.1 of the RULES OF PROCEDURE OF THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION, I, Michael Miller, hereby certify that I the foregoing Motion to Vacate Conditional Transfer Order (CTO-108) was filed electronically via the Panel's ECF filing system.  Notice of this filing will be served on all parties of record by operation of the ECF system's Notice of Electronic Filing (NEF) and the parties may access the filing through the ECF system.

/s/ Michael J. Miller