BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGAITON | MDL No. 2741 |
|---|---|

**SCHEDULE OF ACTIONS**

| Case Caption | Court | Case Number | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>1. George Bouzeanes<br>2. Michael Campbell<br>3. Olivier Durand and Johanne Durand<br>4. Hans Elmer<br>5. Kay Elmes<br>6. Steven Ezell and Angela Ezell<br>7. Warren Garnier<br>8. Richard Ham<br>9. Frank Lattimore and Daphnie Lattimore<br>10. Frank Morton and Charlotte Morton<br>11. Steve Vitale<br>12. Edward Zabolotny<br>13. Denton Bray<br>14. Frederick Forward<br>15. Donald Hurt<br>16. Freddie Martin | Eastern District of Missouri | 4:18-cv-01806-SPM | Honorable Shirley P. Mensah |

| | | | |
|---|---|---|---|
| 17. William Pelicot<br>18. Robert Rauh<br>19. Richard Richards<br>20. George Yaekle<br>21. Danny White and Melissa White<br>**Defendants:**<br>Monsanto Company | | | |