BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGAITON | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Bouzeanes et al v. Monsanto Company*  E.D. Missouri 4:18-cv-01806-SPM | |

## NOTICE OF APPEARANCE

Pursuant to Rule 4.1(c) of the RULES OF PROCEDURE OF THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION, Plaintiffs in the above-captioned case, *Bouzeanes et al v. Monsanto Company.*  4:18-cv-01806 by and through their counsel of record, The Miller Firm, LLC, submit this list of parties represented:

1. George Bouzeanes
2. Michael Campbell
3. Olivier Durand and Johanne Durand
4. Hans Elmer
5. Kay Elmes
6. Steven Ezell and Angela Ezell
7. Warren Garnier
8. Richard Ham
9. Frank Lattimore and Daphnie Lattimore
10. Frank Morton and Charlotte Morton

11. Steve Vitale

12. Edward Zabolotny

13. Denton Bray

14. Frederick Forward

15. Donald Hurt

16. Freddie Martin

17. William Pelicot

18. Robert Rauh

19. Richard Richards

20. George Yaekle

21. Danny White and Melissa White

This 21st day of November, 2018.

                                         **The Miller Firm, LLC**

                                         */s/ Michael Miller*
Michael J. Miller, Esq.
THE MILLER FIRM, LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960
mmiller@millerfirmllc.com

### CERTIFICATE OF SERVICE

Pursuant to Rule 4.1 of the RULES OF PROCEDURE OF THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION, I, Michael Miller, hereby certify that I the foregoing Notice of Appearance was filed electronically via the Panel's ECF filing system. Notice of this filing

will be served on all parties of record by operation of the ECF system's Notice of Electronic Filing (NEF) and the parties may access the filing through the ECF system.

/s/ Michael J. Miller