**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGAITON | MDL No. 2741 |
|---|---|

## PROOF OF SERVICE

I, Michael J. Miller, hereby certify that on November 21, 2018, in compliance with Rule 4.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, that I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE** and **NOTICE OF APPEARANCE LIST** to be electronically submitted to the Judicial Panel on Multidistrict Litigation using the CM/ECF system. The Panel's electronic case filing system will automatically serve copies of the above document on all registered CM/ECF users.

Dated: November 21, 2018

*/s/ Michael J. Miller*
Michael J. Miller

## SERVICE LIST

Joe Hollingsworth  *Attorneys for Monsanto*
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639