BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to the following case:<br><br>*Robert Hooks, et al. v. Monsanto Company,*<br>Eastern District of Missouri,<br>Civil Action No. 4:18-cv-01897 | MDL NO. 2741 |

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER ("CTO-110")

COME NOW Plaintiffs Robert Hooks, Douglas Damkroger, Cynthia Luce, Steven Sanders by and through his representative, Janis Sanders, Janis Sanders on behalf of all living heirs of Steven Sanders, James Morris, Ronald Vallieres, John Marshall, Nancy Creamer, Vincent Ballarino, Lisa Edwards, Warren Campbell, Donald O'Dell, and Vaughn Clark, in the above-captioned case, *Robert Hooks, et al., v. Monsanto Company,* 4:18-cv-01897, by and through their counsel of record, and pursuant to Rule 7.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, respectfully submit this Notice of Opposition to the Conditional Transfer Order (CTO-110) entered by the Clerk of the Panel on November 15, 2018. Plaintiffs will file and serve their Motion to Vacate the Conditional Transfer Order within the time allowed by Rule 7.1(f); i.e., within 14 days of this Notice.

**DATED**:  November 26, 2018

                                                       Respectfully submitted,

                                                       */s/ Aimee H. Wagstaff*
                                                       Aimee H. Wagstaff #70821
                                                       Joseph R. Riegerix #66372MO
                                                       ANDRUS WAGSTAFF, PC
                                                       7171 W. Alaska Drive

Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (888) 875-2889
joseph.riegerix@andruswagstaff.com

Riley L. Burnett, Jr.*
Karen Beyea-Schroeder*
BURNETT LAW FIRM
3737 Buffalo Speedway, 18th Floor
Houston, Texas 77098
Telephone: (832) 413-4410
Facsimile: (832) 900-2120
RBurnett@rburnettlaw.com
Karen.Schroeder@rburnettlaw.com
*To be admitted Pro Hac Vice

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to Rule 4.1 of the Rules of Procedure of the Judicial Panel of Multidistrict Litigation, I hereby certify that on November 26, 2018, I electronically filed the foregoing document with the Clerk for the Judicial Panel of Multidistrict Litigation pursuant to its electronic filing system (CM/ECF). The ECF sent a "Notice of Electronic Filing" to the attorneys of record who have consented to accepting service via this method.

Christine F. Miller
Gregory J. Minana
Erik L. Hansell
HUSCH BLACKWELL LLP
The Plaza in Clayton
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Phone: (314) 480-1500
Fax: (314) 480-1505
chris.miller@huschblackwell.com
greg.minana@huschblackwell.com
erik.hansell@huschblackwell.com

Joe G. Hollingsworth
HOLLINGSWORTH LLP
1350 I Street N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639
jhollingsworth@hollingsworthllp.com

Mr. James G. Woodward, Clerk of Court
United State District Court
Eastern District of Missouri
Thomas F. Eagleton Courthouse
111 South 10th Street, Suite 3300
St. Louis, MO 63102
Phone: (314) 244-7900
Fax: (314) 244-7909
jim_woodward@moed.uscourts.gov

/s/ *Joseph R. Riegerix*_____
Joseph R. Riegerix
Counsel for Plaintiffs