**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Ronald Klock, *by and through his representative, Jean Klock*, Jean Klock*, surviving spouse of Ronald Klock, on behalf of all legal heirs of Ronald Klock*, Ronnie Ard, *by and through his representative, Sandi Ard*, Sandi Ard, *surviving spouse of Ronnie Ard, on behalf of all legal heirs of Ronnie Ard*, Henry Clark, *by and through his representative, Patricia Clark*, Patricia Clark, *surviving spouse of Henry Clark, on behalf of all legal heirs of Henry Clark*, Melvin Harvell, *by and through his representative, Sue Harvell*, Sue Harvell, *surviving spouse of Melvin Harvell, on behalf of all legal heirs of Melvin Harvell*, Sally Geise, *by and through* | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01966-JAR | District Judge John A. Ross |

| | | | | |
|---|---|---|---|---|
| *her representative, Gary Geise*, Gary Geise, *surviving spouse of Sally Geise on behalf of all legal heirs of Sally Geise*, James Bingham, Anita Bouck, Jeffrey Breeden, Nelson Britten, Bruce Butterfield, Rhenita Clay, Gail Coilton, Barbara Corcoran, James Cross, Richard Dallin, Rodney Damon, Frances Deans, Carl Denham, Normal Des Lauriers, Richard Dirksen, Christie Douglass, Steve Elliot, Troy Fields, Alexander Roman, Jr., Danielle Fontenot-O'Toole, Bill Gewalt, Bobby Goad, Thomas Gordon, John Gorney, Edwin Hansen, Linda Harvill, Dave Hummi, Priscilla Johnson, Kerry Jones, Alfred Kilbourne, Robert Kun, Richard Merna, Troy Mihalinac, Nancy Mucha, Robin Neal, Barbara Nichter, Paula Peck, Edward Perry, Carl Piazza, William Porta, Rose Powell, Mark Radominkski, Chris Remley, Allan Rickards, Deseri Roper, Marie Rynearson, Tim Sagarsee, Alisa Sharp, Earlynn Sheehan, Murtell Sligh, Lois Smith, Ernest Snyder, Robert Spada, Robert | | | | |

|    |                                                                                                                                                             |              |                                           |                      |                                       |
|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------|-------------------------------------------|----------------------|---------------------------------------|
|    | Sterling, Russel Tollefson, Sherman Trout, William Turner, Jr., Thomas Vanfossen, Israel Vega, Stephen Wayshak, Cathleen Wilk, and Gerald Wybranski          |              |                                           |                      |                                       |
| 2. | William Lis                                                                                                                                                 | Monsanto Co. | Eastern District of Missouri (St. Louis)  | 4:18-cv-01920-NCC    | Magistrate Judge Noelle C. Collins    |
| 3. | Vickie Riordan                                                                                                                                              | Monsanto Co. | Eastern District of Missouri (St. Louis)  | 4:18-cv-01918-CAS    | District Judge Charles A. Shaw        |