BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on November 27, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Kirk J. Goza
Goza & Honnold LLC
9500 Nall Ave., Suite 400
Overland Park, KS 66207-2950

Counsel for Plaintiffs in *Lis v. Monsanto Co.*, No. 4:18-cv-01920-NCC (E.D. Mo.); *Riordan v. Monsanto Co.*, No. 4:18-cv-01918-CAS (E.D. Mo.).

Wilson Sikes
Napoli Shkolnik PLLC
Mark Twain Plaza III
105 West Vandalia Street, Suite 475
Edwardsville, IL 62025

Counsel for Plaintiffs in *Klock v. Monsanto Co.*, No. 4:18-cv-01966-JAR (E.D. Mo.).

1

2

Dated: November 27, 2018									Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:     (202) 682-1639

*Attorneys for Defendant Monsanto Company*

2