**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| 1. | Virgilio Eduardo Nurquez | Monsanto Co. | Southern District of Florida (Miami) | 1:18-cv-24807-DLG | Senior Judge Donald L. Graham |
| 2. | Jajuane Muller | Monsanto Co. | Middle District of Alabama (Opelika) | 3:18-cv-00969-WC | Judge Wallace Capel, Jr. |

1