BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on November 28, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Sagi Shaked
Shaked Law Firm, P.A.
2875 N.E. 191st Street, Suite 905
Aventura, FL 33180

Counsel for Plaintiff in *Nurquez v. Monsanto Co.*, No. 1:18-cv-24807-DLG (S.D. Fla.).

Rhon E. Jones
John E. Tomlinson
Grant M. Cofer
Beasley Allen Crow Methvin Portis & Miles, P.C.
218 Commerce Street
Montgomery, AL 36104

Counsel for Plaintiff in *Muller v. Monsanto Co.*, No. 3:18-cv-00969-WC (M.D. Ala.).

Daniel C. Burke
Bernstein Liebhard LLP
10 East 40th Street
New York, NY 10016

Co-counsel for Plaintiff in *Muller v. Monsanto Co.*, No. 3:18-cv-00969-WC (M.D. Ala.).

Dated: November 28, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*