**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Thomas Blue, Freddy Finley, Elizabeth Hastings, Robert Hamilton, Gordon Johnson, David Llewellyn, John Manseau, Thomas Reid, Jr., Claire Rosendahl, and Matthew Votodian | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01992-AGF | District Judge Audrey G. Fleissig |

1