**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Charles Friedman | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01982-JMB | Magistrate Judge John M. Bodenhausen |
| **2.** | Karen Evans, *Individually and as Surviving Spouse of Decedent Cecil J. Evans* | Monsanto Co. | Northern District of Oklahoma (Tulsa) | 4:18-cv-00513-CVE-FHM | Judge Claire V. Eagan |
| **3.** | John Coviello | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01984-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| **4.** | Arthur Capo | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01990-CDP | District Judge Catherine D. Perry |
| **5.** | William Perry | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01983-CDP | District Judge Catherine D. Perry |