BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on December 3, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

D. Todd Mathews
Joseph B. Carnduff
Gori, Julian & Associates, P.C.
156 N. Main St.
Edwardsville, IL 62025

Counsel for Plaintiffs in *Friedman v. Monsanto Co.*, No. 4:18-cv-01982-JMB (E.D. Mo.); *Coviello v. Monsanto Co.*, No. 4:18-cv-01984-SNLJ (E.D. Mo.); *Capo v. Monsanto Co.*, No. 4:18-cv-01990-CDP (E.D. Mo.); *Perry v. Monsanto Co.*, No. 4:18-cv-01983-CDP (E.D. Mo.).

Matthew J. Sill
Katie Griffin
Tara Tabatabaie
Sill Law Group, PLLC
1101 N. Broadway Ave., Suite 102
Oklahoma City, OK 73103

Counsel for Plaintiffs in *Evans v. Monsanto Co.*, No. 4:18-cv-00513-CVE-FHM (N.D. Okla.).

2

Dated: December 3, 2018                              Respectfully submitted,

           /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*