UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

November 29, 2018

Arthur Johnston
CLERK

Mailing Address:
501 E. Court St., Suite 2.500
Jackson, MS 39201

TELEPHONE:
(601) 608-4000

DIVISIONS
SOUTHERN at Gulfport
2012 15th Street, Suite 403
Zip 39501

EASTERN at Hattiesburg
701 N. Main St., Suite 200 Zip 39401

NORTHERN & WESTERN at Jackson
501 E. Court St., Suite 2.500
Zip 39201


Mr. Jeffery N. Luthi, Clerk
Judicial Panel on Multidistrict Litigation
1 Columbus Circle, N. E.  #G-255
Washington, DC   20002-8000


Re:   Aden Vs. Monsanto Company
       Civil Action No. 1:18cv377HSO-JCG

Dear Mr. Luthi:

It has come to the attention of the clerk's office that the captioned litigation may involve issues related to Roundup Products Liability Litigation.  If so, this litigation may be subject to the jurisdiction of the Multidistrict Litigation Panel, MDL Panel 2741.

According to the directive of your office, we enclose a copy of the docket sheet, as well as a copy of the complaint and/or notice of removal which has been filed in this cause.  Attorneys for the parties of this action are being notified by NEF.

If we can provide any additional or more specific information concerning the status of this case, we will be pleased to promptly do so.

Yours very truly,

Arthur Johnston, Clerk


By:_S/W. Duggan_____
     Deputy Clerk


cc:   Counsel by NEF