**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|----------------|---------------|--------------|----------------------|-----------|
| 1. | Delbert Lee Brooks | Monsanto Co. | District of Colorado (Denver) | 1:18-cv-02980-MSK | Chief Judge Marcia S. Krieger |
| 2. | Leslie A. Goodson and Wanda M. Goodson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01991-JAR | District Judge John A. Ross |
| 3. | Lindsay R. Hildebrand and Zachary Hildebrand | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02003-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 4. | Johnny W. Griffith and Sandra R. Griffith | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01997-AGF | District Judge Audrey G. Fleissig |
| 5. | John J. Dailey, Jr. | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01994-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 6. | Dorothy A. Neville | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02005-CDP | District Judge Catherine D. Perry |