BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on December 4, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102

Counsel for Plaintiffs in *Goodson v. Monsanto Co.*, No. 4:18-cv-01991-JAR (E.D. Mo.); *Hildebrand v. Monsanto Co.*, No. 4:18-cv-02003-SNLJ (E.D. Mo.); *Griffith v. Monsanto Co.*, No. 4:18-cv-01997-AGF (E.D. Mo.); *Dailey v. Monsanto Co.*, No. 4:18-cv-01994-SNLJ (E.D. Mo.); *Neville v. Monsanto Co.*, No. 4:18-cv-02005-CDP (E.D. Mo.).

Aimee H. Wagstaff
Andrus Wagstaff, P.C.
7171 West Alaska Drive
Lakewood, CO 80226

Counsel for Plaintiff in *Brooks v. Monsanto Co.*, No. 1:18-cv-02980-MSK (D. Colo.).

Dated: December 4, 2018                            Respectfully submitted,

    /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*