BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to the following case:<br><br>*William Bullins, et al. v. Monsanto Company,*<br>Eastern District of Missouri,<br>Civil Action No. 4:18-cv-01946 | **MDL NO. 2741** |

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER ("CTO-112")

COME NOW Plaintiffs William Bullins, Roger Heisterman, Gizelle Pettingill, Gary Wood, Thomas Leonard, John Taylor, Thomas Rowe, Bobby Steele by and through his representative, Elizabeth Steele, Elizabeth Steele on behalf of all living heirs of Bobby Steele, Chester "Butch" McKinley by and through his representative, Donna McKinley, and Donna McKinley on behalf of all living heirs of Chester "Butch" McKinley, in the above-captioned case, *William Bullins,, et al., v. Monsanto Company,* 4:18-cv-01946, by and through their counsel of record, and pursuant to Rule 7.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, respectfully submit this Notice of Opposition to the Conditional Transfer Order (CTO-112) entered by the Clerk of the Panel on November 28, 2018. Plaintiffs will file and serve their Motion to Vacate the Conditional Transfer Order within the time allowed by Rule 7.1(f); i.e., within 14 days of this Notice.

**DATED**:  December 4, 2018

                    Respectfully submitted,

                    */s/ Aimee H. Wagstaff*
                    Aimee H. Wagstaff #70821
                    Joseph R. Riegerix #66372MO

ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (888) 875-2889
joseph.riegerix@andruswagstaff.com

Riley L. Burnett, Jr.*
Karen Beyea-Schroeder*
BURNETT LAW FIRM
3737 Buffalo Speedway, 18th Floor
Houston, Texas 77098
Telephone: (832) 413-4410
Facsimile: (832) 900-2120
RBurnett@rburnettlaw.com
Karen.Schroeder@rburnettlaw.com
*To be admitted Pro Hac Vice


*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to Rule 4.1 of the Rules of Procedure of the Judicial Panel of Multidistrict Litigation, I hereby certify that on December 4, 2018, I electronically filed the foregoing document with the Clerk for the Judicial Panel of Multidistrict Litigation pursuant to its electronic filing system (CM/ECF). The ECF sent a "Notice of Electronic Filing" to the attorneys of record who have consented to accepting service via this method.

Christine F. Miller
Gregory J. Minana
Erik L. Hansell
HUSCH BLACKWELL LLP
The Plaza in Clayton
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Phone: (314) 480-1500
Fax: (314) 480-1505
chris.miller@huschblackwell.com
greg.minana@huschblackwell.com
erik.hansell@huschblackwell.com

Joe G. Hollingsworth
HOLLINGSWORTH LLP
1350 I Street N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639
jhollingsworth@hollingsworthllp.com

Mr. James G. Woodward, Clerk of Court
United State District Court
Eastern District of Missouri
Thomas F. Eagleton Courthouse
111 South 10th Street, Suite 3300
St. Louis, MO 63102
Phone: (314) 244-7900
Fax: (314) 244-7909
jim_woodward@moed.uscourts.gov

/s/ Joseph R. Riegerix_____
Joseph R. Riegerix
Counsel for Plaintiffs