**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|----|------------|-----------|----------|------------------|-------|
| 1. | Sheryl Antol, on behalf of the Estate of Donald Antol | Monsanto Co. | District of Arizona (Phoenix) | 2:18-cv-02688-SPL | District Judge Steven P Logan |
| 2. | James Edward Gardner and Cynthia L. Gardner | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:18-cv-01283-HES-MCR | District Judge Monte C. Richardson |