**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on December 5, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

David J Diamond
Goldberg & Osborne − Tucson
698 E Wetmore Rd., Ste. 200
Tucson, AZ 85705
520−620−3975
Fax: 520−620−3991

    Counsel for Plaintiff in *Antol v. Monsanto Co.*, No. 2:18-cv-02688 (D. Ariz.).

Christopher Nemat Shakib
Terrell Hogan, PA
8th Floor
233 E Bay St
Jacksonville, FL 32202
904/632−2424
Fax: 904/632−2027

    Counsel for Plaintiff in *Gardner et al v. Monsanto Co.*, No. 3:18−cv−01283 (M.D. Fla.).

Dated: December 5, 2018                            Respectfully submitted,

                                                          /s/ Joe G. Hollingsworth
                                                          Joe G. Hollingsworth
                                                          (jhollingsworth@hollingsworthllp.com)
                                                          HOLLINGSWORTH LLP
                                                          1350 I Street NW

2

Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant
Monsanto Company*

2