**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**JOE G. HOLLINGSWORTH NOTICE OF APPEARANCE**

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Robert Hooks, Douglas Damkroger, Cynthia Luce, Steven Sanders by and through his representative, Janis Sanders, Janis Sanders on behalf of all living heirs of Steven Sanders, James Morris, Ronald Vallieres, John Marshall, Nancy Creamer, Vincent Ballarino, Lisa Edwards, Warren Campbell, Donald O'Dell, and Vaughn Clark | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01897-HEA | District Judge Henry Edward Autrey |