**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Appearance was electronically filed on December 11, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

Aimee H. Wagstaff
Joseph Riegerix
Andrus Wagstaff, PC
7171 W. Alaska Drive
Lakewood, CO 80226

Counsel for Plaintiffs in *Hooks v. Monsanto Co.*, No. 4:18-cv-01897-HEA (E.D. Mo.)

Riley L. Burnett, Jr.
Karen Beyea-Schroeder
Burnett Law Firm
3737 Buffalo Speedway, 18th Floor
Houston, TX 77098

Co-counsel for Plaintiffs in *Hooks v. Monsanto Co.*, No. 4:18-cv-01897-HEA (E.D. Mo.)

Dated: December 11, 2018                    Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant*
*Monsanto Company*