BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

**PROOF OF SERVICE**

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Corporate Disclosure Statement was electronically filed on December 11, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also served via first class mail on the following counsel:

Aimee H. Wagstaff
Joseph Riegerix
Andrus Wagstaff, PC
7171 W. Alaska Drive
Lakewood, CO 80226

Counsel for Plaintiffs in *Hooks v. Monsanto Co.*, No. 4:18-cv-01897-HEA (E.D. Mo.)

Riley L. Burnett, Jr.
Karen Beyea-Schroeder
Burnett Law Firm
3737 Buffalo Speedway, 18th Floor
Houston, TX 77098

Co-counsel for Plaintiffs in *Hooks v. Monsanto Co.*, No. 4:18-cv-01897-HEA (E.D. Mo.)

Dated: December 11, 2018                    Respectfully submitted,

   /s/ Joe G. Hollingsworth
   Joe G. Hollingsworth
   (jhollingsworth@hollingsworthllp.com)
   HOLLINGSWORTH LLP
   1350 I Street NW
   Washington D.C., 20005
   Phone: (202) 898-5800
   Fax: (202) 682-1639

*Attorneys for Defendant
Monsanto Company*