BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|----|------------|-----------|----------|------------------|-------|
| 1. | Theresa Dugger, *individually and on behalf of Ulice Dugger (deceased)* | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01998-SPM | Magistrate Judge Shirley Padmore Mensah |
| 2. | Jeffrey B. Shapiro and Debora Shapiro | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02030-HEA | District Judge Henry Edward Autrey |