BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| This document relates to the following case:<br><br>*Robert Hooks, et al. v. Monsanto Company,*<br>Eastern District of Missouri,<br>Civil Action No. 4:18-cv-01897 | |

## NOTICE OF APPEARANCE

Pursuant to Rule 4.1(c) of the Rules of Procedure of the Judicial Panel of Multidistrict Litigation, Plaintiffs in the above-captioned case, *Hooks, et al. v. Monsanto Company*, No. 4:18-cv-01897, submit the following list of parties represented:

1. Robert Hooks
2. Douglas Damkroger
3. Cynthia Luce
4. Steven Sanders by and through his representative, Janis Sanders
5. Janis Sanders on behalf of all living heirs of Steven Sanders
6. James Morris
7. Ronald Vallieres
8. John Marshall
9. Nancy Creamer
10. Vincent Ballarino
11. Lisa Edwards
12. Warren Campbell
13. Donald O'Dell

14. Vaughn Clark

DATED: December 11, 2018

                                                      Respectfully submitted,

*/s/ Joseph R. Riegerix*
Joseph Riegerix #66372MO
Aimee H. Wagstaff #70821
ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (888) 875-2889
joseph.riegerix@andruswagstaff.com