### BEFORE THE UNITED STATES JUDICIAL PANEL
### ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| This document relates to the following case: | |
| *Robert Hooks, et al. v. Monsanto Company,* Eastern District of Missouri, Civil Action No. 4:18-cv-01897 | |

### NOTICE OF WITHDRAWAL

COME NOW Plaintiffs, Robert Hooks, et al., by and through counsel, and, for purposes of compliance with instructions received from the Clerk of the Judicial Panel on Multidistrict Litigation, hereby withdraw their Motion to Vacate CTO-110 (Doc. #764) and Notice of Appearance (Doc. #765), including all attachments and exhibits thereto. The sole purpose of this withdrawal is to comply with the Clerk's instructions to file these documents under the CM/ECF account for the signing attorney, Joseph R. Riegerix. The Clerk confirmed that Doc. #764 and Doc. #765 were timely filed in compliance with the relevant Briefing Schedule (Doc. #731), and, as re-filed, these documents will also be treated as in compliance.

DATED: December 12, 2018

Respectfully submitted,

*/s/ Joseph R. Riegerix*
Joseph Riegerix #66372MO
Aimee H. Wagstaff #70821
ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (888) 875-2889
joseph.riegerix@andruswagstaff.com

## CERTIFICATE OF SERVICE

Pursuant to Rule 4.1 of the RULES OF PROCEDURE OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, I hereby certify that the foregoing NOTICE OF WITHDRAWAL was filed electronically via the Panel's CM/ECF filing system. Notice of this filing will be served on all parties of record by operation of the CM/ECF system's Notice of Electronic Filing (NEF) and the parties may access the filing through the CM/ECF system.

*/s/ Joseph R. Riegerix*
Joseph Riegerix #66372MO