BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to the following case:<br><br>*Robert Hooks, et al. v. Monsanto Company,*<br>Eastern District of Missouri,<br>Civil Action No. 4:18-cv-01897 | MDL NO. 2741 |

**MOTION TO VACATE CONDITIONAL TRANSFER ORDER ("CTO-110")**

COME NOW Plaintiffs Robert Hooks, Douglas Damkroger, Cynthia Luce, Steven Sanders by and through his representative, Janis Sanders, Janis Sanders on behalf of all living heirs of Steven Sanders, James Morris, Ronald Vallieres, John Marshall, Nancy Creamer, Vincent Ballarino, Lisa Edwards, Warren Campbell, Donald O'Dell, and Vaughn Clark, pursuant to Rule 7.1(f) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and respectfully moves the Panel to vacate the Conditional Transfer Order (CTO-110) entered by the Clerk of the Panel transferring this action to the United States District Court for the Northern District of California (MDL Docket No. 2741), and any hearing with or without oral argument regarding this motion. In support thereof, Plaintiffs aver as follows:

1. Plaintiffs filed this lawsuit in state court in St. Louis County, Missouri, to recover damages for injuries sustained as a result of using Defendant Monsanto Company's ("Monsanto") unreasonably dangerous and defective product, Roundup®.

2. This action was removed to federal court despite Monsanto, the only defendant in this action, being a citizen of the State of Missouri. See 28 U.S.C. § 1441(b)(2).

3. Plaintiffs filed a Motion to Remand this matter to the Twenty-First Judicial Circuit, St. Louis County, Missouri, on November 14, 2018.

4. No transfer to this Court can or should be made unless the United States District Court for the Eastern District of Missouri has subject matter jurisdiction over this action. The United States District Court for the Eastern District of Missouri is uniquely qualified by its proximity and familiarity with governing law to make that determination.

5. Judicial economy, conservation of resources, and the convenience of the parties would be promoted by the relief sought herein.

6. The United States District Court for the Eastern District of Missouri, based on its familiarity with governing law, should be afforded the opportunity to rule on Plaintiffs' Motion to Remand.

7. Plaintiffs' Motion to Remand is fully briefed and pending before The United States District Court for the Eastern District of Missouri.  The United States District Court for the Eastern District of Missouri has not yet set a hearing date for Plaintiffs' Motion to Remand.

8. Plaintiffs incorporate by reference their brief in support of the Motion to Vacate Conditional Transfer Order as if fully set forth herein.

WHEREFORE, Plaintiffs pray for an Order vacating CTO-110 and for such other and further relief as may be just and proper.

DATED:  December 11, 2018

Respectfully submitted,

*/s/ Joseph R. Riegerix*
Joseph R. Riegerix #66372MO
Aimee H. Wagstaff #70821
ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360

Fax: (888) 875-2889
joseph.riegerix@andruswagstaff.com

Riley L. Burnett, Jr.*
Karen Beyea-Schroeder*
BURNETT LAW FIRM
3737 Buffalo Speedway, 18th Floor
Houston, Texas 77098
Telephone: (832) 413-4410
Facsimile: (832) 900-2120
RBurnett@rburnettlaw.com
Karen.Schroeder@rburnettlaw.com
*To be admitted Pro Hac Vice

*Attorneys for Plaintiffs*