BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
|---|---|
| This document relates to the following case: *Robert Hooks, et al. v. Monsanto Company*, Eastern District of Missouri, Civil Action No. 4:18-cv-01897 | |

## SCHEDULE OF ACTIONS

| Case Caption | Court | Case Number | Judge |
|---|---|---|---|
| **Plaintiffs**:<br>1. Robert Hooks<br>2. Douglas Damkroger<br>3. Cynthia Luce<br>4. Steven Sanders by and through his representative, Janis Sanders<br>5. Janis Sanders on behalf of all living heirs of Steven Sanders<br>6. James Morris<br>7. Ronald Vallieres<br>8. John Marshall<br>9. Nancy Creamer<br>10. Vincent Ballarino<br>11. Lisa Edwards<br>12. Warren Campbell<br>13. Donald O'Dell<br>14. Vaughn Clark<br><br>**Defendants**:<br>Monsanto Company | Eastern District of Missouri | 4:18-cv-01897-HEA | Henry Edward Autrey |