BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGAITON | MDL No. 2741 |
| | Case No. 16-md-02741-VC |

This document relates to:

*Blue, et al. v. Monsanto Company*, E.D. Missouri
4:18-cv-01992-AGF

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-113)**

Pursuant to Rule 7.1 of the RULES OF PROCEDURE OF THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION, Plaintiffs in the above-captioned case, *Blue, et al. v. Monsanto Company*, 4:18-cv-01992, by and through their counsel of record, Miller DellaFera PLC, submit this Notice of Opposition to Conditional Transfer Order (CTO-113), issued by this panel on December 6, 2018, which includes the above captioned action. Plaintiffs will file and serve their Motion to Vacate the Conditional Transfer Order within the time allowed by Rule 7.1 (f)-i.e., within 14 days of the date of this Notice.

This 13th day of December, 2018.

**Miller DellaFera PLC**

*/s/ Thomas F DellaFera Jr.*
Thomas F DellaFera Jr., Esq.
MILLER DELLAFERA PLC
3420 Pump Road | PMB 404
Henrico, VA 23233
tdellafera@millerdellafera.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

Pursuant to Rule 4.1 of the RULES OF PROCEDURE OF THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION, I, Thomas F. DellaFera, Jr., hereby certify that I the foregoing Notice of Opposition to Conditional Transfer Order (CTO-113) was filed electronically via the Panel's ECF filing system. Notice of this filing will be served on all parties of record by operation of the ECF system's Notice of Electronic Filing (NEF) and the parties may access the filing through the ECF system.

/s/ *Thomas F DellaFera Jr.*