BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that my Notice of Appearance, Doc 3 in MOE/4:18-cv-01992 and Doc 763 in MDL 2741, was electronically filed on December 11, 2018 with the Clerk of the JPML using the CM/ECF system, which sends notifications to all counsel of record.

This 13th day of December, 2018.

**Miller DellaFera PLC**

*/s/ Thomas F DellaFera Jr.*
Thomas F DellaFera Jr., Esq.
MILLER DELLAFERA PLC
3420 Pump Road | PMB 404
Henrico, VA 23233
tdellafera@millerdellafera.org

*Attorneys for Plaintiffs*