**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Opposition to Plaintiffs' Motion to Vacate Conditional Transfer Order (CTO-108) was electronically filed on December 13, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

James T. Corrigan, Esq.
James D. O'Leary, Esq.
O'Leary, Shelton, Corrigan, Peterson, Dalton,
& Quillin, LLC
The University Tower
1034 S. Brentwood Blvd.
23rd Floor Penthouse – 1A
St. Louis, MO 63117
Phone: (314) 405-9000
Fax: (314) 405-9999
E-mail: corrigan@osclaw.com
         oleary@osclaw.com

Counsel for Plaintiffs in *Bouzeanes v. Monsanto Co.*, No. 4:18-cv-01806-CDP (E.D. Mo.)

Dated: December 13, 2018                Respectfully submitted,

                                        /s/ Joe G. Hollingsworth
                                        Joe G. Hollingsworth, Esq.
                                        (jhollingsworth@hollingsworthllp.com)
                                        HOLLINGSWORTH LLP
                                        1350 I Street, N.W.
                                        Washington, D.C. 20005

1

2

Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

2