**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| 1. | Charles Allen and Sheryl Allen | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02006-NCC | Magistrate Judge Noelle C. Collins |
| 2. | Susan Conn and Todd Conn | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02008-SPM | Magistrate Judge Shirley Padmore Mensah |
| 3. | Gregory Triplett | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02009-NAB | Magistrate Judge Nannette A. Baker |
| 4. | Michael Ploof | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02029-JMB | Magistrate Judge John M. Bodenhausen |