# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 2741

NOTICE OF OPPOSITION TO (CTO)-113

<u>Via Email:</u>
helpdesk@jpml.uscourts.gov

Re:  *Aubrey R. Aden v. Monsanto Company;*
MDL No. 2741
Civil Action Number: 1:18-cv-00377 HSO-JCG
Notice of Opposition to CTO pursuant to Rule 7.1(c) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation.</u>

Dear Clerk of the Panel:

Please note this is my notice of opposition to the Conditional Transfer Order (CTO)-113 pursuant to Rule 7.1(c) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u> Aubrey Aden submits this opposition to conditional transfer order CTO-113 as it relates to the following case.

*Aubrey R. Aden v. Monsanto Company, 1:18-cv-00377 HSO-JCG*

Sincerely,

*/s/Aubrey R. Aden*
Aubrey R. Aden
108 Aubrey Aden Road
Carriere, Ms. 39426
Pro Se Litigant

RECEIVED
CLERK'S OFFICE
2018 DEC 14   AM 8: 22
JUDICIAL PANEL ON
MULTI DISTRICT
LITIGATION