**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | | | MDL No. 2741 | |

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Richard Garrison | Monsanto Co. | Southern District of Ohio (Cincinnati) | 1:18-cv-00752-MRB | Judge Michael R. Barrett |

1