**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on December 15, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Richard W. Schulte
Wright & Schulte, LLC
865 S. Dixie Dr.
Vandalia, OH 45377

Counsel for Plaintiff in *Garrison v. Monsanto Co.*, No. 1:18-cv-00752-MRB (S.D. Ohio).

Dated: December 15, 2018             Respectfully submitted,

                                                   /s/ Joe G. Hollingsworth
                                                Joe G. Hollingsworth, Esq.
                                                (jhollingsworth@hollingsworthllp.com)
                                                HOLLINGSWORTH LLP
                                                1350 I Street, N.W.
                                                Washington, D.C. 20005
                                                Phone: (202) 898-5800
                                                Fax:    (202) 682-1639

                                                *Attorneys for Defendant Monsanto Company*