**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Stephen Stanley Nash-Boulden | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02028-CDP | District Judge Catherine D. Perry |
| **2.** | Jeribeth Subers, *personal representative of the estate of Raymond Subers, deceased* | Monsanto Co. | Eastern District of Pennsylvania (Philadelphia) | 2:18-cv-05274-CMR | Judge Cynthia M. Rufe |
| **3.** | Samuel Vacante | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02079-HEA | District Judge Henry Edward Autrey |
| **4.** | Nina Ottinger | Monsanto Co. | Middle District of Tennessee (Nashville) | 3:18-cv-01370 | District Judge Eli J. Richardson |