BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on December 18, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Dena R. Young
Brian J. McCormick, Jr.
Ross Feller Casey, LLP
One Liberty Place
1650 Market St., 34th Floor
Philadelphia, PA 19103

Counsel for Plaintiff in *Subers v. Monsanto Co.*, No. 2:18-cv-05274-CMR (E.D. Pa.).

D. Todd Mathews
Joseph B. Carnduff
Gori, Julian & Associates, P.C.
156 N. Main St.
Edwardsville, IL 62025

Counsel for Plaintiffs in *Nash-Boulden v. Monsanto Co.*, No. 4:18-cv-02028-CDP (E.D. Mo.); *Vacante v. Monsanto Co.*, No. 4:18-cv-02079-HEA (E.D. Mo.).

Russell W. Lewis, IV
Johnson Law Group
1019 16th Avenue South
Nashville, TN 37212

Kori Westbrook
Johnson Law Group
2925 Richmond Ave.
Suite 1700
Houston, TX 77098

Counsel for Plaintiff in *Ottinger v. Monsanto Co.*, No. 3:18-cv-01370 (M.D. Tenn.).


Dated: December 18, 2018                    Respectfully submitted,


                                            /s/ Joe G. Hollingsworth
                                            Joe G. Hollingsworth, Esq.
                                            (jhollingsworth@hollingsworthllp.com)
                                            HOLLINGSWORTH LLP
                                            1350 I Street, N.W.
                                            Washington, D.C. 20005
                                            Phone: (202) 898-5800
                                            Fax:    (202) 682-1639

                                            *Attorneys for Defendant Monsanto Company*