**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Sally Adelson | Monsanto Co. | Western District of Texas (Austin) | 1:17-cv-01095-RP | Judge Robert Pitman |
| 2. | J.T. Cash | Monsanto Co. | Western District of Washington (Seattle) | 2:18-cv-01000-JCC | District Judge John C. Coughenour |
| 3. | Wayne Walker | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02080-AGF | District Judge Audrey G. Fleissig |