**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on December 19, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Terry W. Yates
Terry W. Yates & Associates
6750 West Loop South, Suite 845
Bellaire, TX 77401

Counsel for Plaintiff in *Adelson v. Monsanto Co.*, No. 1:17-cv-01095-RP (W.D. Tex.).

Beth E. Terrell
Terrell Marshall Law Group PLLC
936 N. 34th Street, Suite 300
Seattle, WA 98103

Counsel for Plaintiff in *Cash v. Monsanto Co.*, No. 2:18-cv-01000-JCC (W.D. Wash.).

D. Todd Mathews
Joseph B. Carnduff
Gori, Julian & Associates, P.C.
156 N. Main St.
Edwardsville, IL 62025

Counsel for Plaintiff in *Walker v. Monsanto Co.*, No. 4:18-cv-02080-AGF (E.D. Mo.).

2

Dated: December 19, 2018					Respectfully submitted,


							/s/ Joe G. Hollingsworth
							Joe G. Hollingsworth, Esq.
							(jhollingsworth@hollingsworthllp.com)
							HOLLINGSWORTH LLP
							1350 I Street, N.W.
							Washington, D.C. 20005
							Phone: (202) 898-5800
							Fax:    (202) 682-1639

							*Attorneys for Defendant Monsanto Company*

2