**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

**SCHEDULE OF ACTIONS**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | William Bullins, Roger Heisterman, Gizelle Pettingill, Gary Wood, Thomas Leonard, John Taylor, Thomas Rowe, Bobby Steele by and through his representative, Elizabeth Steele, Elizabeth Steele on behalf of all living heirs of Bobby Steele, Chester "Butch" McKinley by and through his representative, Donna McKinley, and Donna McKinley on behalf of all living heirs of Chester "Butch" McKinley | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01946-JAR | District Judge John A. Ross |

1