BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Corporate Disclosure Statement was electronically filed on December 20, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

Joseph Riegerix
Aimee H. Wagstaff
Andrus Wagstaff, PC
7171 W. Alaska Drive
Lakewood, CO 80226

Counsel for Plaintiffs in *Bullins v. Monsanto Co.*, No. 4:18-cv-01946-JAR (E.D. Mo.).

Riley L. Burnett, Jr.
Karen Beyea-Schroeder
Burnett Law Firm
3737 Buffalo Speedway, 18th Floor
Houston, Texas 77098

Co-counsel for Plaintiffs in *Bullins v. Monsanto Co.*, No. 4:18-cv-01946-JAR (E.D. Mo.).

Dated: December 20, 2018

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant*
*Monsanto Company*