**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on December 20, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Tim Bowden
Law Offices of Tim Bowden
306 Northcreek Blvd.
Suite 200
Goodlettsville, TN 37072

Counsel for Plaintiffs in *Petty v. Monsanto Co.*, No. 1:18-cv-00293-PLR-SKL (E.D. Tenn.).


Dated: December 20, 2018                    Respectfully submitted,

                                                  /s/ Joe G. Hollingsworth
                                                  Joe G. Hollingsworth, Esq.
                                                  (jhollingsworth@hollingsworthllp.com)
                                                  HOLLINGSWORTH LLP
                                                  1350 I Street, N.W.
                                                  Washington, D.C. 20005
                                                  Phone: (202) 898-5800
                                                  Fax:    (202) 682-1639

                                                  *Attorneys for Defendant Monsanto Company*