BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to the following case:<br><br>*William Bullins, et al. v. Monsanto Company,*<br>Eastern District of Missouri,<br>Civil Action No. 4:18-cv-01946 | MDL NO. 2741 |

## MOTION TO VACATE CONDITIONAL TRANSFER ORDER ("CTO-112")

COME NOW Plaintiffs William Bullins, Roger Heisterman, Gizelle Pettingill, Gary Wood, Thomas Leonard, John Taylor, Thomas Rowe, Bobby Steele by and through his representative, Elizabeth Steele, Elizabeth Steele on behalf of all living heirs of Bobby Steele, Chester "Butch" McKinley by and through his representative, Donna McKinley, and Donna McKinley on behalf of all living heirs of Chester "Butch" McKinley, pursuant to Rule 7.1(f) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and respectfully moves the Panel to vacate the Conditional Transfer Order (CTO-112) entered by the Clerk of the Panel transferring this action to the United States District Court for the Northern District of California (MDL Docket No. 2741), and any hearing with or without oral argument regarding this motion. In support thereof, Plaintiffs aver as follows:

1.  Plaintiffs filed this lawsuit in state court in St. Louis County, Missouri, to recover damages for injuries sustained as a result of using Defendant Monsanto Company's ("Monsanto") unreasonably dangerous and defective product, Roundup®.

2.  This action was removed to federal court despite Monsanto, the only defendant in this action, being a citizen of the State of Missouri. See 28 U.S.C. § 1441(b)(2).

3. Plaintiffs filed a Motion to Remand this matter to the Twenty-First Judicial Circuit, St. Louis County, Missouri, on November 26, 2018.

4. No transfer to this Court can or should be made unless the United States District Court for the Eastern District of Missouri has subject matter jurisdiction over this action. The United States District Court for the Eastern District of Missouri is uniquely qualified by its proximity and familiarity with governing law to make that determination.

5. Judicial economy, conservation of resources, and the convenience of the parties would be promoted by the relief sought herein.

6. The United States District Court for the Eastern District of Missouri, based on its familiarity with governing law, should be afforded the opportunity to rule on Plaintiffs' Motion to Remand.

7. Plaintiffs' Motion to Remand is fully briefed and pending before The United States District Court for the Eastern District of Missouri.  The United States District Court for the Eastern District of Missouri has not yet set a hearing date for Plaintiffs' Motion to Remand.

8. Plaintiffs incorporate by reference their brief in support of the Motion to Vacate Conditional Transfer Order as if fully set forth herein.

WHEREFORE, Plaintiffs pray for an Order vacating CTO-112 and for such other and further relief as may be just and proper.


DATED:  December 20, 2018

>Respectfully submitted,
>
>*/s/ Joseph R. Riegerix*
>Joseph R. Riegerix #66372MO
>Aimee H. Wagstaff #70821

ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (888) 875-2889
joseph.riegerix@andruswagstaff.com

Riley L. Burnett, Jr.*
Karen Beyea-Schroeder*
BURNETT LAW FIRM
3737 Buffalo Speedway, 18th Floor
Houston, Texas 77098
Telephone: (832) 413-4410
Facsimile: (832) 900-2120
RBurnett@rburnettlaw.com
Karen.Schroeder@rburnettlaw.com
*To be admitted Pro Hac Vice

*Attorneys for Plaintiffs*