BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
|---|---|
| This document relates to the following case: *William Bullins, et al. v. Monsanto Company,* Eastern District of Missouri, Civil Action No. 4:18-cv-01946 | |

**SCHEDULE OF ACTIONS**

| Case Caption | Court | Case Number | Judge |
|---|---|---|---|
| **Plaintiffs**: <br> 1. William Bullins <br> 2. Roger Heisterman <br> 3. Gizelle Pettingill <br> 4. Gary Wood <br> 5. Thomas Leonard <br> 6. John Taylor <br> 7. Thomas Rowe <br> 8. Bobby Steele by and through his representative, Elizabeth Steele <br> 9. Elizabeth Steele on behalf of all living heirs Of Bobby Steele <br> 10.    Chester "Butch" McKinley by and through his representative, Donna McKinley <br> 11.    Donna McKinley on behalf of all living heirs of Chester "Butch" | Eastern District of Missouri | 4:18-cv-01946-JAR | John A. Ross |

| | | | |
|---|---|---|---|
| McKinley.<br>**Defendants**:<br>Monsanto Company | | | |