BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to the following case:<br><br>*William Bullins, et al. v. Monsanto Company,*<br>Eastern District of Missouri,<br>Civil Action No. 4:18-cv-01946 | MDL NO. 2741 |

## NOTICE OF APPEARANCE

Pursuant to Rule 4.1(c) of the Rules of Procedure of the Judicial Panel of Multidistrict Litigation, Plaintiffs in the above-captioned case, *Bullins, et al. v. Monsanto Company*, No. 4:18-cv-01946, submit the following list of parties represented:

1. William Bullins
2. Roger Heisterman
3. Gizelle Pettingill
4. Gary Wood
5. Thomas Leonard
6. John Taylor
7. Thomas Rowe
8. Bobby Steele by and through his representative, Elizabeth Steele
9. Elizabeth Steele on behalf of all living heirs Of Bobby Steele
10. Chester "Butch" McKinley by and through his representative, Donna McKinley
11. Donna McKinley on behalf of all living heirs of Chester "Butch" McKinley.

DATED: December 20, 2018

Respectfully submitted,

*/s/ Joseph R. Riegerix*
Joseph Riegerix #66372MO
Aimee H. Wagstaff #70821
ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (888) 875-2889
joseph.riegerix@andruswagstaff.com