BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to the following case:<br><br>*William Bullins, et al. v. Monsanto Company,* Eastern District of Missouri, Civil Action No. 4:18-cv-01946 | **MDL NO. 2741** |

## SCHEDULE OF ACTIONS

| Case Caption | Court | Case Number | Judge |
|---|---|---|---|
| **Plaintiffs**:<br><br>1. William Bullins<br>2. Roger Heisterman<br>3. Gizelle Pettingill<br>4. Gary Wood<br>5. Thomas Leonard<br>6. John Taylor<br>7. Thomas Rowe<br>8. Bobby Steele by and through his representative, Elizabeth Steele<br>9. Elizabeth Steele on behalf of all living heirs Of Bobby Steele<br>10.   Chester "Butch" McKinley by and through his representative, Donna McKinley<br>11.   Donna McKinley on behalf of all living heirs of Chester "Butch" | Eastern District of Missouri | 4:18-cv-01946-JAR | John A. Ross |

| | | | |
|---|---|---|---|
| McKinley.<br>**Defendants**:<br>Monsanto Company | | | |