BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to the following case:<br><br>*William Bullins, et al. v. Monsanto Company,*<br>Eastern District of Missouri,<br>Civil Action No. 4:18-cv-01946 | MDL NO. 2741 |

### PROOF OF SERVICE

I hereby certify that on December 20, 2018, in compliance with Rule 4.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I electronically filed a true and correct copy of the foregoing Notice of Appearance with the Clerk for the Judicial Panel of Multidistrict Litigation pursuant to its electronic filing system (CM/ECF). The CM/ECF system sent a "Notice of Electronic Filing" to the attorneys of record, listed on the following page, who have consented to accepting service via this method.

> */s/ Joseph R. Riegerix*
> Joseph Riegerix #66372MO
> Aimee H. Wagstaff #70821
> ANDRUS WAGSTAFF, PC
> 7171 W. Alaska Drive
> Lakewood, CO 80226
> Tel: (303) 376-6360
> Fax: (888) 875-2889
> joseph.riegerix@andruswagstaff.com

**SERVICE LIST**

Erik L. Hansell
Christine F. Miller
Gregory J. Minana
HUSCH BLACKWELL LLP
The Plaza in Clayton
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Phone: (314) 480-1500
Fax: (314) 480-1505
chris.miller@huschblackwell.com
greg.minana@huschblackwell.com
erik.hansell@huschblackwell.com
*Counsel for Defendant Monsanto Company*

Joe G. Hollingsworth
HOLLINGSWORTH LLP
1350 I Street N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639
jhollingsworth@hollingsworthllp.com
*Counsel for Defendant Monsanto Company*

Mr. James G. Woodward, Clerk of Court
United State District Court
Eastern District of Missouri
Thomas F. Eagleton Courthouse
111 South 10th Street, Suite 3300
St. Louis, MO 63102
Phone: (314) 244-7900
Fax: (314) 244-7909
jim_woodward@moed.uscourts.gov