BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**AMENDED PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Amended Notice of Potential Tag-along Action was electronically filed on December 21, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Richard W. Schulte
Wright & Schulte, LLC
865 S. Dixie Dr.
Vandalia, OH 45377
Counsel for Plaintiff in *Garrison v. Monsanto Co.*, No. 1:18-cv-00752-MRB (S.D. Ohio)

Copies of the foregoing were also caused to be served via first class mail on Defendant Bayer Corporation as follows:

> Bayer Corporation
> Attn: General Counsel
> 100 Bayer Blvd.
> Whippany, NJ 07981

Copies of the foregoing were also caused to be served via Fed-Ex on Defendant Bayer AG (which has not been served with the summons or complaint in *Garrison v. Monsanto Co.*, No. 1:18-cv-00752-MRB (S.D. Ohio)), as follows:

> Bayer AG
> Attn: General Counsel
> Law, Patents & Compliance
> Building Q 26, 1.008
> 51368 Leverkusen, Germany

Dated: December 21, 2018                     Respectfully submitted,

    /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*