BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION

## SCHEDULE OF ACTION

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Teresa Benton, Jim Bewley, Sandra Boone, Gwendolyn Bullard, Greg Davis, James Featherston, Donnie Fulmer, Jerry Groves, Robert Harris | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02119-NCC | Magistrate Judge Noelle C. Collins |
| 2. | Larry Davis, Randall Dougan, Curtis Grider, Emanuel Jones, Donald Munn, Gloria Tucker, Jim Wood, Lester Harris, Lewis Finley, Brian Veazey | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02112-SPM | Magistrate Judge Shirley Padmore Mensah |
| 3. | Peter Galosi, Norma Galosi | Monsanto Co. | District of New Jersey (Camden) | 1:18-cv-17391-JBS-AMD | Judge Jerome B. Simandale<br><br>Magistrate Judge Anne Marie Donio |
| 4. | Jimmy Roberts, Dora Rodgers, Donald Owens, Rick Naylor, Michael Owney, James Pendergrass, Thomas Sanders, Johnnie Stone | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02116-CDP | District Judge Catherine D. Perry |
| 5. | Sherrie Scott | Monsanto Co. | Eastern District of Tennessee (Knoxville) | 3:18-cv-00522-TRM-HBG | District Judge Travis R. McDonough<br><br>Magistrate Judge H. Bruce Guyton |