# BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on December 21, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Grant L. Davis
Davis and Bethune
1100 Main Street
2930 City Center Square
Kansas City, MO 64105

Counsel for Plaintiffs in *Roberts et al. v. Monsanto Co.*, No. 4:18-cv-02116-CDP (E.D. Mo.); *Benton et al. v. Monsanto Co.*, No. 4:18-cv-02119-NCC (E.D. Mo.); *Davis et al. v. Monsanto Co.*, No. 4:18-cv-02122-SPM (E.D. Mo.).

Brian J. McCormick, Jr.
Dena Rachel Young
Ross Feller Casey, LLP
One Liberty Place
1650 Market Street, Suite 3450
Philadelphia, PA 19103

Counsel for Plaintiffs in *Galosi et al. v. Monsanto Co.*, No. 1:18-cv-17391-JBS-AMD (D.N.J.).

Russell W. Lewis, IV
Johnson Law Group
1019 16th Avenue South
Nashville, TN 37212

Counsel for Plaintiffs in *Scott v. Monsanto Co.*, No. 3:18-cv-00522-TRM-HBG (E.D. Tenn.).

1

Dated: December 21, 2018

Respectfully submitted,


/s/ Joe G. Hollingsworth

Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*