<div style="text-align:center">

BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

</div>

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGAITON | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Blue, et al. v. Monsanto Company*, E.D. Missouri 4:18-cv-01992-AGF | |

**PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-113)**

Blue, et al., who are Plaintiffs in *Blue, et al v. Monsanto Company*, 4:18-cv-01992-AGF (E.D.MO.) ("*Blue*"), pending in the Eastern District of Missouri, respectfully move for an order vacating Conditional Transfer Order No. 113, filed December 6, 2018 (Docket No. 1), as it pertains to their lawsuit. CTO-113 is due to be vacated with respect to *Blue* for the reasons set forth in the Memorandum brief Plaintiffs submit with this Motion.

This 27th day of December, 2018.

<div style="margin-left:50%">

**Miller DellaFera PLC**

*/s/ Thomas F DellaFera Jr.*
Thomas F DellaFera Jr., Esq.
MILLER DELLAFERA PLC
3420 Pump Road | PMB 404
Henrico, VA 23233
tdellafera@millerdellafera.org

*Attorneys for Plaintiffs*

</div>

**CERTIFICATE OF SERVICE**

Pursuant to Rule 4.1 of the RULES OF PROCEDURE OF THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION, I, Thomas DellaFera, hereby certify that I the foregoing Motion to Vacate Conditional Transfer Order (CTO-113) was filed electronically via the Panel's ECF filing system. Notice of this filing will be served on all parties of record by operation of the ECF system's Notice of Electronic Filing (NEF) and the parties may access the filing through the ECF system.

*/s/ Thomas F DellaFera Jr.*