**BEFORE THE UNITED STATES JUDICIAL PANEL**

**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGAITON | MDL No. 2741 <br><br> Case No. 16-md-02741-VC |
| This document relates to: <br><br> *Blue, et al. v. Monsanto Company*, <br> Eastern District of Missouri, <br> Civil Action No. 4:18-cv-01992-AGF | |

**SCHEDULE OF ACTIONS**

      Pursuant to Rule 6.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff submits that this document relates to the following case:

*Blue et al v. Monsanto Company*, originally filed by in the 21st Circuit Court of St. Louis County in the State of Missouri by Plaintiffs Thomas Blue, Freddy Finley, Elizabeth Hastings, Robert Hamilton, Gordon Johnson, David Llewellyn, John Manseau, Thomas Reid Jr., Clair Rosendahl, and Matthew Votodian, Case No. 18SL-CC04450; removed to the United States District Court for the Eastern District of Missouri, *Blue et al v. Monsanto Company*, Civil Action No. 4:18-cv-01992-AGF before United States District Judge Audrey G. Fleissig.