BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGAITON | MDL No. 2741 <br><br> Case No. 16-md-02741-VC |
| This document relates to: <br><br> *Blue, et al. v. Monsanto Company*, <br> Eastern District of Missouri, <br> Civil Action No. 4:18-cv-01992-AGF | |

## PROOF OF SERVICE

I, Thomas F. DellaFera Jr., hereby certify that on December 27, 2018, in compliance with Rule 4.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, that I caused a true and correct copy of the **foregoing MOTION TO VACATE CTO-113, BRIEF IN SUPPORT OF MOTION TO VACATE CTO-113, EXHIBITS A-E, and SCHEDULE OF ACTIONS** to be electronically submitted to the Judicial Panel on Multidistrict Litigation using the CM/ECF system. The Panel's electronic case filing system will automatically serve copies of the above document on all registered CM/ECF users.

Dated: December 27, 2018

                                              */s/ Thomas F. DellaFera Jr.*
                                              Thomas F. DellaFera Jr.

## SERVICE LIST

Joe Gregory Hollingsworth  *Attorneys for Monsanto*
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005-7204
Telephone: 202-898-5800
Fax: 202-682-1639
Email: jhollingsworth@hollingsworthllp.com

Erik L. Hansell  *Attorneys for Monsanto*
HUSCH BLACKWELL, LLP
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105
Telephone: 314-480-1500
Fax: 314-480-1505
Email: erik.hansell@huschblackwell.com