# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**MDL NO. 2741**

## MOTION FOR EXTENSION OF TIME TO FILE MEMORANDUM IN SUPPORT OF PLAINTIFF'S OPPOTION TO CTO-113

On motion of, pro se litigant, and on suggesting to the Court that the undersigned has just received said notice of deadline in the mail for filing his Memorandum in Support of his Opposition to CTO-113 and, respectfully requests that an extension of time be granted within which time Plaintiff will file his Memorandum in Support of Opposition to CTO-113 and that said Memorandum will be faxed and mailed on or before January 4, 2019.

Respectfully submitted:

*/s/Aubrey R. Aden*
Aubrey R. Aden
108 Aubrey Aden Road
Carriere, Ms. 39426
Pro Se Litigant