BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|   | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Guadencio Chavez and Barbara Carter | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02143-PLC | Magistrate Judge Patricia L. Cohen |
| 2. | Delores Healy, Liza Hubbard, Linda Johnston, Charles Keathley, Edward Kolaczewski, Patricia Lehne, Charles Lane, Leah Larsen, Vickie Minick, and Sandra Raper | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02147-CDP | District Judge Catherine D. Perry |
| 3. | Billy Mize, Larry Mize, Orlando Moore, James Moreland, Ronald Painter, David Patterson, Tommie Robertson, Todd Zettie, Don Walker, and Dana Wolford | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02146-CAS | District Judge Charles A. Shaw |