BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on December 28, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Eric D. Holland
Holland Law Firm
300 N. Tucker Blvd., Ste. 801
Saint Louis, MO 63101

Counsel for Plaintiffs in *Chavez v. Monsanto Co.*, No. 4:18-cv-02143-PLC (E.D. Mo.).

Jessica L. Richman
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, NY 11050

Co-counsel for Plaintiffs in *Chavez v. Monsanto Co.*, No. 4:18-cv-02143-PLC (E.D. Mo.).

Grant L. Davis
Thomas C. Jones
Timothy C. Gaarder
Thomas E. Ruzicka
John S. Carroll
Davis, Bethune & Jones, LLC
1100 Main Street, Ste. 2930
City Center Square
Kansas City, MO 64105

Counsel for Plaintiffs in *Healy v. Monsanto Co.*, No. 4:18-cv-02147-CDP (E.D. Mo.); *Mize v. Monsanto Co.*, No. 4:18-cv-02146-CAS (E.D. Mo.).

Steven J. Stolze
Eric D. Holland
Holland Law Firm
300 N. Tucker Blvd., Ste. 801
Saint Louis, MO 63101

Co-counsel for Plaintiffs in *Healy v. Monsanto Co.*, No. 4:18-cv-02147-CDP (E.D. Mo.); *Mize v. Monsanto Co.*, No. 4:18-cv-02146-CAS (E.D. Mo.).

Dated: December 28, 2018                              Respectfully submitted,

                                                      /s/ Joe G. Hollingsworth
                                                      Joe G. Hollingsworth, Esq.
                                                      (jhollingsworth@hollingsworthllp.com)
                                                      HOLLINGSWORTH LLP
                                                      1350 I Street, N.W.
                                                      Washington, D.C. 20005
                                                      Phone: (202) 898-5800
                                                      Fax:    (202) 682-1639

                                                      *Attorneys for Defendant Monsanto Company*