BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## JOE G. HOLLINGSWORTH NOTICE OF APPEARANCE

## SCHEDULE OF ACTIONS

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Aubrey R. Aden | Monsanto Co. | Southern District of Mississippi (Southern Division) | 1:18-cv-00377-HSO-JCG | District Judge Halil S. Ozerden |
| **2.** | Thomas Blue, Freddy Finley, Elizabeth Hastings, Robert Hamilton, Gordon Johnson, David Llewellyn, John Manseau, Thomas Reid, Jr., Claire Rosendahl, and Matthew Votodian | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01992-AGF | District Judge Audrey G. Fleissig |

1