**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

**SCHEDULE OF ACTIONS**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Aubrey R. Aden | Monsanto Co. | Southern District of Mississippi (Southern Division) | 1:18-cv-00377-HSO-JCG | District Judge Halil S. Ozerden |
| **2.** | Thomas Blue, Freddy Finley, Elizabeth Hastings, Robert Hamilton, Gordon Johnson, David Llewellyn, John Manseau, Thomas Reid, Jr., Claire Rosendahl, and Matthew Votodian | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-01992-AGF | District Judge Audrey G. Fleissig |

1