**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Corporate Disclosure Statement was electronically filed on December 28, 2018 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following:

Aubrey R. Aden
108 Aubrey Aden Road
Carriere, MS 39426

*Pro se* plaintiff in *Aden v. Monsanto Co.*, No. 1:18-cv-00377-HSO-JCG (S.D. Miss.)

D. Todd Mathews
Gori, Julian & Associates, P.C.
156 N. Main St.
Edwardsville, IL 62025

Counsel for Plaintiffs in *Blue v. Monsanto Co.*, No. 4:18-cv-01992-AGF (E.D. Mo.).

2

Dated: December 28, 2018                                 Respectfully submitted,

                                                          /s/ Joe G. Hollingsworth
                                                          Joe G. Hollingsworth
                                                          (jhollingsworth@hollingsworthllp.com)
                                                          HOLLINGSWORTH LLP
                                                          1350 I Street NW
                                                          Washington D.C., 20005
                                                          Phone: (202) 898-5800
                                                          Fax: (202) 682-1639

                                                          *Attorneys for Defendant*
                                                          *Monsanto Company*