BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Jerry Keith Haney, Virgenna Saunders, *Individually and as Surviving Heir of Frank Johnson, Jr., Deceased,* Ray Moore, Allowishes Dula Scott, Larry Singleton, Beverly Bray, Richard Garrott, Dennis Lindstrom, Dennis Ferris, Walter Holden, William Johnson, II, Darrel Mosely, Delbert Kazee, Michael Pettit, Mark Waligura, Cynthia Banks, and Oliver McCain | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02075-HEA | District Judge Henry Edward Autrey |