## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on January 2, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Emily J. Kirk
Kristy M. Arevalo
McCune Wright Arevalo, LLP
3281 East Guasti Road, Suite 100
Ontario, CA 91761

Counsel for Plaintiffs in *Haney v. Monsanto Co.,* No. 4:18-cv-02075-HEA (E.D. Mo.).

Daniel R. Weltin
The Law Offices of Daniel R. Weltin
14895 E. 14th Street, Suite 350
San Leandro, CA 94578-2988

Co-counsel for Plaintiffs in *Haney v. Monsanto Co.,* No. 4:18-cv-02075-HEA (E.D. Mo.).

2

Dated: January 2, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*