**UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**



# Notice of Tag-Along from District Court

**Date Received: 1/2/19**

**District Court:   D. South Carolina**

**Number of Actions: 1**

**Complaints and Docket Sheets are attached.**

_____

CLERK OF THE PANEL