BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION           MDL No. 2741

---

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|----------------|---------------|--------------|----------------------|-----------|
| 1. | Terry Anglin and Mary Jo Anglin | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02060-JMB | Magistrate Judge John M. Bodenhausen |
| 2. | Paul Bargy and Debra Bargy | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02076-SPM | Magistrate Judge Shirley Padmore Mensah |
| 3. | Harriet Belsome and Karen Belsome, *Attorney-in-Fact* | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02077-SPM | Magistrate Judge Shirley Padmore Mensah |
| 4. | Mary Bernard *individually and on behalf of* Terry Bernard | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02117-NAB | Magistrate Judge Nannette A. Baker |
| 5. | James Hatmaker and Levenda Hatmaker | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02062-NAB | Magistrate Judge Nannette A. Baker |
| 6. | Janet A. Hetherington and George Hetherington | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02107-PLC | Magistrate Judge Patricia L. Cohen |
| 7. | Martha James and Bobby James | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02061-CAS | District Judge Charles A. Shaw |
| 8. | Charles A. Larke and Mary Jo Larke | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02128-JAR | District Judge John A. Ross |
| 9. | Patricia McDaniel | Monsanto Co. | Eastern District of Missouri (St. Louis | 4:18-cv-02059-NAB | Magistrate Judge Nannette A. Baker |

1

| | | | | | |
|---|---|---|---|---|---|
| 10. | Luz E. Richardson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02103-PLC | Magistrate Judge Patricia L. Cohen |
| 11. | Graciela Samaniego | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02018-HEA | District Judge Henry Edward Autrey |
| 12. | David E. Sawyer and Sandra Sawyer | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02129-JAR | District Judge John A. Ross |
| 13. | Robert A. Shobe | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02106-PLC | Magistrate Judge Patricia L. Cohen |
| 14. | Ray F. Weaver and Joyce E. Weaver | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02110-HEA | District Judge Henry Edward Autrey |
| 15. | Jerry Whitmire, *as Executor of the Estate of Brenda Whitmire, Deceased*, and Brenda Whitmire, *Deceased* | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02063-HEA | District Judge Henry Edward Autrey |