**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on January 4, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102

Counsel for Plaintiffs in *Anglin v. Monsanto Co.*, No. 4:18-cv-02060-JMB (E.D. Mo.); *Bargy v. Monsanto Co.*, No. 4:18-cv-02076-SPM (E.D. Mo.); *Belsome v. Monsanto Co.*, 4:18-cv-02077-SPM (E.D. Mo.); *Bernard v. Monsanto Co.*, No. 4:18-cv-02117-NAB (E.D. Mo.); *Hatmaker v. Monsanto Co.*, No. 4:18-cv-02062-NAB (E.D. Mo.); *Hetherington v. Monsanto Co.*, No. 4:18-cv-02107-PLC (E.D. Mo.); *James v. Monsanto Co.*, No. 4:18-cv-02061-CAS (E.D. Mo.); *Larke v. Monsanto Co.*, No. 4:18-cv-02128-JAR (E.D. Mo.); *McDaniel v. Monsanto Co.*, No. 4:18-cv-02059-NAB (E.D. Mo.); *Richardson v. Monsanto Co.*, No. 4:18-cv-02103-PLC (E.D. Mo.); *Samaniego v. Monsanto Co.*, No. 4:18-cv-02018-HEA (E.D. Mo.); *Sawyer v. Monsanto Co.*, No. 4:18-cv-02129-JAR (E.D. Mo.); *Shobe v. Monsanto Co.*, No. 4:18-cv-02106-PLC (E.D. Mo.); *Weaver v. Monsanto Co.*, No. 4:18-cv-02110-HEA (E.D. Mo.); *Whitmire v. Monsanto Co.*, No. 4:18-cv-02063-HEA (E.D. Mo.).

2

Dated: January 4, 2019    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*