**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Elizabeth Hatfield and Robert L. Hatfield | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02113-AGF | District Judge Audrey G. Fleissig |
| 2. | Martin Manning and Sandra Manning | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02115-JAR | District Judge John A. Ross |
| 3. | Marylou Weatherspoon | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02130-JMB | Magistrate Judge John M. Bodenhausen |