BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

---

GRANT L. DAVIS NOTICE OF APPEARANCE

PARTIES REPRESENTED

**PLAINTIFFS**
1. Teresa Benton
2. Jim Bewley
3. Sandra Boone
4. Gwendolyn Bullard
5. Greg Davis
6. James Featherstone
7. Donnie Fulmer
8. Jerry Groves
9. Robert Harris
10. Larry Davis
11. Randall Dougan
12. Curtis Grider
13. Emanuel Jones
14. Donald Munn
15. Gloria Tucker
16. Jim Wood
17. Lester Harris
18. Lewis Finely
19. Billey Veazey
20. Delores Healy
21. Liza Hubbard
22. Linda Johnston
23. Charles Keathley
24. Edward Kolaczewski
25. Patricia Lehne
26. Charles Lane
27. Leah Larsen
28. Vickie Minick
29. Sandra Raper
30. Billy Mize
31. Larry Mize

32. Orlando Moore
33. James Moreland
34. Ronald Painter
35. David Patterson
36. Tommie Robertson
37. Todd Zettie
38. Don Walker
39. Dana Wolford
40. Jimmy Roberts
41. Dora Rodgers
42. Donald Owens
43. Rick Naylor
44. Michael Owney
45. James Pendergrass
46. Thomas Sanders
47. Johnnie Stone