

1100 MAIN ST #2930, KANSAS CITY, MISSOURI 64105   P 816.421.1600   W DBJLAW.NET

January 9, 2019

United States Judicial Panel
On Multidistrict Litigation

    Re:    Withdrawal of Filings

To Whom It May Concern:

    Please withdraw Document Nos. 814, 815, 816, 817, 818 and 819.

    Very truly yours,

    Grant L. Davis