BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS      MDL No. 2741
LIABILITY LITIGATION

## WITHDRAWAL OF FILINGS

Please withdraw Document Nos. 814, 815, 816, 817, 818 and 819 which were filed in error on this 9th day of January, 2019.

Dated: January 9, 2019

Respectfully submitted,
DAVIS, BETHUNE & JONES, LLC

/s/ *Grant L. Davis*
GRANT L. DAVIS     #34799
THOMAS C. JONES     #38499
TIMOTHY C. GAARDER     #56595
THOMAS E. RUZICKA     #63584
JOHN S. CARROLL     #69031
2930 City Center Square
1100 Main Street
Kansas City, MO 64105
(816) 421-1600
(816) 472-5972 Fax
gdavis@dbjlaw.net
tjones@dbjlaw.net
tgaarder@dbjlaw.net
truzicka@dbjlaw.net
jcarroll@dbjlaw.net

and

HOLLAND LAW FIRM, LLC
Steven J. Stolze, MO #39795
Eric Holland, MO #39935
300 N. Tucker, Suite 801
St. Louis, MO 63101
Telephone (314) 640-7550
stevenstolze@yahoo.com
eholland@allfela.com
***ATTORNEYS FOR PLAINTIFFS***