BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

IN RE: ROUNDUP PRODUCTS         MDL No. 2741
LIABILITY LITIGATION

---

## GRANT L. DAVIS NOTICE OF APPEARANCE

## SCHEDULE OF ACTIONS

|   | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Teresa Benton, Jim Bewley, Sandra Boone, Gwendolyn Bullard, Greg Davis, James Featherstone, Donnie Fulmer, Jerry Groves and Robert Harris | Monsanto Company | Eastern District of Missouri (St. Louis) | 4:18-cv-02119 | District Judge Charles Shaw |
| 2. | Larry Davis, Randall Dougan, Curtis Grider, Emanuel Jones, Donald Munn, Gloria Tucker, Jim Wood, Lester Harris, Lewis Finley and Billy Veazey | Monsanto Company | Eastern District of Missouri (St. Louis) | 4:18-cv-02122 | District Judge Audrey G. Fleissig |
| 3. | Delores Healy, Liza Hubbard, Linda Johnston, Charles Keathley, Edward Kolaczewski, Patricia Lehne, Charles Lane, Leah Larsen, Vickie Minick and Sandra Raper | Monsanto Company | Eastern District of Missouri (St. Louis) | 4:18-cv-02147 | District Judge Catherine D. Perry |
| 4. | Billy Mize, Larry Mize, Orlando Moore, James Moreland, Ronald Painter, David | Monsanto Company | Eastern District of Missouri (St. Louis) | 4:18-cv-02146 | District Judge Charles Shaw |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   | Patterson, Tommie Robertson, Todd Zettie, Don Walker and Dana Wolford |   |   |   |   |
| 5. | Jimmy Roberts, Dora Rodgers, Donald Owens, Rick Naylor, Michael Owney, James Pendergrass, Thomas Sanders and Johnnie Stone | Monsanto Company | Eastern District of Missouri (St. Louis) | 4:18-cv-02116 | District Judge Catherine D. Perry |