BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Appearance was electronically filed on December 9, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Dated: January 9, 2019.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　DAVIS, BETHUNE & JONES, LLC

　　　　　　　　　　　　　　　　　　/s/ *Grant L. Davis*
　　　　　　　　　　　　　　　　　　GRANT L. DAVIS　　　#34799
　　　　　　　　　　　　　　　　　　THOMAS C. JONES　　 #38499
　　　　　　　　　　　　　　　　　　TIMOTHY C. GAARDER　#56595
　　　　　　　　　　　　　　　　　　THOMAS E. RUZICKA　 #63584
　　　　　　　　　　　　　　　　　　JOHN S. CARROLL　　 #69031
　　　　　　　　　　　　　　　　　　2930 City Center Square
　　　　　　　　　　　　　　　　　　1100 Main Street
　　　　　　　　　　　　　　　　　　Kansas City, MO  64105
　　　　　　　　　　　　　　　　　　(816) 421-1600
　　　　　　　　　　　　　　　　　　(816) 472-5972 Fax
　　　　　　　　　　　　　　　　　　gdavis@dbjlaw.net
　　　　　　　　　　　　　　　　　　tjones@dbjlaw.net
　　　　　　　　　　　　　　　　　　tgaarder@dbjlaw.net
　　　　　　　　　　　　　　　　　　truzicka@dbjlaw.net
　　　　　　　　　　　　　　　　　　jcarroll@dbjlaw.net

　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　HOLLAND LAW FIRM, LLC
　　　　　　　　　　　　　　　　　　Steven J. Stolze, MO #39795
　　　　　　　　　　　　　　　　　　Eric Holland, MO #39935
　　　　　　　　　　　　　　　　　　300 N. Tucker, Suite 801

St. Louis, MO  63101
Telephone (314) 640-7550
stevenstolze@yahoo.com
eholland@allfela.com
***ATTORNEYS FOR PLAINTIFFS***