BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:   ROUNDUP PRODUCTS        )
         LIABILITY LITIGATION    )     MDL NO. 2741

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 116

Pursuant to Rule 7.1 of the RULES OF PROCEDURE OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, Plaintiffs in the above captioned case, Jimmy Roberts, et al. v. Monsanto Company, 4:18-CV-02116, by and through their counsel of records, Davis, Bethune & Jones, LLC, submit this Notice of Opposition to Conditional Transfer Order (CTO – 116), issued by this panel on January 4, 2018, which includes the above-captioned action.  Plaintiffs will file and serve their Motion to Vacate the Conditional Transfer Order within the time allowed by Rule 7.1(f) – i.e., within fourteen (14) days of the date of this Notice.

This 9th day of January, 2019.

Respectfully submitted,

DAVIS, BETHUNE & JONES, LLC

/s/ *Grant L. Davis*
GRANT L. DAVIS        #34799
THOMAS C. JONES       #38499
TIMOTHY C. GAARDER    #56595
THOMAS E. RUZICKA     #63584
JOHN S. CARROLL       #69031
2930 City Center Square
1100 Main Street
Kansas City, MO  64105
(816) 421-1600
(816) 472-5972 Fax
gdavis@dbjlaw.net
tjones@dbjlaw.net
tgaarder@dbjlaw.net
truzicka@dbjlaw.net

jcarroll@dbjlaw.net

and

HOLLAND LAW FIRM, LLC
Steven J. Stolze, MO #39795
Eric Holland, MO #39935
300 N. Tucker, Suite 801
St. Louis, MO  63101
Telephone (314) 640-7550
stevenstolze@yahoo.com
eholland@allfela.com
***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 9, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Grant L. Davis*