BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE:   ROUNDUP PRODUCTS | ) | |
|         LIABILITY LITIGATION | ) | MDL NO. 2741 |

| | |
|---|---|
| **Gaudencio Chavez and** | **Proceeding in the United States** |
| **Barbara Carter v.** | **District Court for the Eastern** |
| **Monsanto Company** | **District of Missouri** |
| **Case No. 4:18-CV-02143** | |

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 116

Pursuant to Rule 7.1 of the RULES OF PROCEDURE OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, Plaintiffs in the above captioned case, Gaudencio Chavez and Barbara Carter v. Monsanto Company, 4:18-CV-02143, by and through their counsel of record, Holland Law Firm and Parker Waichman LLP, submit this Notice of Opposition to Conditional Transfer Order (CTO-116), issued by this panel on January 4, 2018, which includes the above-captioned action. Plaintiffs will file and serve their Motion to Vacate the Conditional Transfer Order within the time allowed by Rule 7.1(f) – i.e., within fourteen (14) days of the date of this Notice.

This 9th day of January, 2019.

Respectfully submitted,

*/s/ Jessica L. Richman*

**PARKER WAICHMAN LLP**
Jessica L. Richman
6 Harbor Park Drive
Port Washington, NY 11050
Tel: (516) 466-6500
Fax: (516) 466-6665
jrichman@yourlawyer.com

*and*

Eric D. Holland – Bar #39935  
**HOLLAND LAW FIRM**  
300 N. Tucker Blvd., Ste. 801  
Saint Louis, MO 63101  
Tel: (314) 241-8111  
Fax: (314) 241-5554  
eholland@allfela.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via the Court's CM/ECF filing system, this 9th day of January, 2019, to all counsel of record.

/s/ Jessica L. Richman