# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**MOTION TO VACATE CTO -113 ORDER**

On Motion of Pro Se Litigant respectfully moves this panel for a motion to vacate the CTO-113 for reasons set forth in his Motion to Vacate CTO-113 brief.

Respectfully submitted:

___/S/Aubrey Aden_____
Aubrey Aden
108 Aubrey Aden Road
Carriere, Ms. 39426
Pro Se Litigant