**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|----------------|---------------|--------------|----------------------|-----------|
| 1. | Gabriel Hernandez, Lacadiette Cohen, Jeffery Van Camp, Sr., John Stenger, Thomas McAnally, and Frank Lerner | Monsanto Co. and Wal-Mart Stores East, LP | Southern District of Florida (Miami) | 1:19-cv-20166-JLK | Senior Judge James Lawrence King |
| 2. | Dwight Wilkinson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00034-JMB | Magistrate Judge John M. Bodenhausen |