BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on January 14, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Andrew S. Ramos
Roman Balaban
Balaban Law LLC
1325 S. Colorado Blvd.
Suite B-506
Denver, Colorado 80222

Counsel for plaintiffs in *Hernandez v. Wal-Mart Stores East, LP*, No. 1:19-cv-20166-JLK (S.D. Fla.).

Stanley G. Swiderski
Stanley G. Swiderski, P.A.
1930 Tyler Street
Hollywood, Florida 33020

Co-counsel for plaintiffs in *Hernandez v. Wal-Mart Stores East, LP*, No. 1:19-cv-20166-JLK (S.D. Fla.).

Reginald J. Clyne, Esq.
Omari S. Ruddock, Esq.
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
9300 S. Dadeland Blvd., 4th Floor
Miami, FL 33156

Counsel for defendant Wal-Mart Stores East, LP in *Hernandez v. Wal-Mart Stores East, LP*, No. 1:19-cv-20166-JLK (S.D. Fla.).

D. Todd Mathews
Joseph B. Carnduff
Gori, Julian & Associates, P.C.
156 N. Main St.
Edwardsville, IL 62025

Counsel for plaintiff in *Wilkinson v. Monsanto Co.*, No. 4:19-cv-00034-JMB (E.D. Mo.).

Dated: January 14, 2019                                  Respectfully submitted,

                                                         /s/ Joe G. Hollingsworth
                                                         Joe G. Hollingsworth, Esq.
                                                         (jhollingsworth@hollingsworthllp.com)
                                                         HOLLINGSWORTH LLP
                                                         1350 I Street, N.W.
                                                         Washington, D.C. 20005
                                                         Phone: (202) 898-5800
                                                         Fax:    (202) 682-1639

                                                         *Attorneys for Defendant Monsanto Company*