BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on January 15, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Eric D. Holland
R. Seth Crompton
Patrick R. Dowd
Holland Law Firm, LLC
300 N. Tucker, Suite 801
St. Louis, MO 63101

Counsel for Plaintiffs in *Bromley v. Monsanto Co.*, No. 4:19-cv-00044-AGF (E.D. Mo.).

Jack W. South
Lundy, Lundy, Soileau & South, LLP
501 Broad Street
Lake Charles, LA 70602

Co-counsel for Plaintiffs in *Bromley v. Monsanto Co.*, No. 4:19-cv-00044-AGF (E.D. Mo.).

Dated: January 15, 2019                           Respectfully submitted,

                                                       /s/ Joe G. Hollingsworth
                                                      Joe G. Hollingsworth, Esq.
                                                      (jhollingsworth@hollingsworthllp.com)
                                                      HOLLINGSWORTH LLP
                                                      1350 I Street, N.W.
                                                      Washington, D.C. 20005
                                                      Phone: (202) 898-5800
                                                      Fax:    (202) 682-1639

                                                      *Attorneys for Defendant Monsanto Company*