# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 1/10/19, 1/15/19

**District Court:** D. Arizona & E.D. Louisiana

**Number of Actions:** 13

**Complaints and Docket Sheets are attached.**

_____

CLERK OF THE PANEL