**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|----------------|---------------|--------------|----------------------|-----------|
| 1. | Kenneth Ray Booker and Tammy Booker | Monsanto Co. | Western District of Kentucky (Louisville) | 3:19-cv-00033-DJH | Judge David J. Hale |
| 2. | Anthony L. Gallimore | Monsanto Co. | Western District of Kentucky (Louisville) | 3:19-cv-00034-CRS | Senior Judge Charles R. Simpson, III |
| 3. | Joe Duncan | Monsanto Co. | Western District of Louisiana (Alexandria) | 1:19-cv-00001-DDD-JPM | Judge Dee D. Drell |
| 4. | Judy Theriot | Monsanto Co. | Western District of Louisiana (Lafayette) | 6:19-cv-00002-MJJ-CBW | Judge Michael J. Juneau |
| 5. | Raymond G. Jones | Monsanto Co. | Western District of Louisiana (Shreveport) | 5:18-cv-01336-TAD-KLH | Judge Terry A. Doughty |
| 6. | David Campbell | Monsanto Co. | Middle District of Tennessee (Nashville) | 3:19-cv-00084 | Chief Judge Waverly D. Crenshaw, Jr. |