**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on January 22, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Jennifer A. Moore
Ashton Rose Smith
Moore Law Group, PLLC
One Riverfront Plaza
401 West Main Street, Suite 1810
Louisville, KY 40202

Counsel for Plaintiffs in *Booker v. Monsanto Co.*, No. 3:19-cv-00033-DJH (W.D. Ky.); *Gallimore v. Monsanto Co.*, No. 3:19-cv-00034-CRS (W.D. Ky.).

J. Burton LeBlanc, IV
S. Ann Saucer
Baron & Budd, P.C.
2600 CitiPlace, Ste. 400
Baton Rouge, LA 70808

Counsel for Plaintiffs in *Duncan v. Monsanto Co.*, No. 1:19-cv-00001-DDD-JPM (W.D. La.); *Theriot v. Monsanto Co.*, No. 6:19-cv-00002-MJJ-CBW (W.D. La.); *Jones v. Monsanto Co.*, No. 5:18-cv-01336-TAD-KLH (W.D. La.).

1

Russell W. Lewis, IV
Johnson Law Group
1019 16th Avenue South
Nashville, TN 37212

Kori Westbrook
Johnson Law Group
2925 Richmond Ave.
Suite 1700
Houston, TX 77098

Counsel for Plaintiff in *Campbell v. Monsanto Co.*, No. 3:19-cv-00084 (M.D. Tenn.).

Dated: January 22, 2019                         Respectfully submitted,

                                                                          /s/ Joe G. Hollingsworth
                                                                          Joe G. Hollingsworth, Esq.
                                                                          (jhollingsworth@hollingsworthllp.com)
                                                                          HOLLINGSWORTH LLP
                                                                          1350 I Street, N.W.
                                                                          Washington, D.C. 20005
                                                                          Phone: (202) 898-5800
                                                                          Fax:     (202) 682-1639

                                                                          *Attorneys for Defendant Monsanto Company*