# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 1/16/19, 1/18/19

**District Court:**   E.D. Kentucky and D. Arizona

**Number of Actions: 13**

**Complaints and Docket Sheets are attached.**

_____

CLERK OF THE PANEL