BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## JOE G. HOLLINGSWORTH NOTICE OF APPEARANCE

## SCHEDULE OF ACTIONS

|   | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Teresa Benton, Jim Bewley, Sandra Boone, Gwendolyn Bullard, Greg Davis, James Featherston, Donnie Fulmer, Jerry Groves, Robert Harris | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02119-CAS | District Judge Charles A. Shaw |
| 2. | Gaudencio Chavez, Barbara Carter | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02143-JAR | District Judge John A. Ross |
| 3. | Larry Davis, Randall Dougan, Curtis Grider, Emanual Jones, Donald Munn, Gloria Tucker, Jim Wood, Lester Harris, Lewis Finley, Billy Veazey | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02122-AGF | District Judge Audrey G. Fleissig |
| 4. | Dolores Healy, Liza Hubbard, Linda Johnston, Charles Keathley, Edward Kolaczewski, Patricia Lehne, Charles Lane, Leah Larsen, Vickie Minick, Sandra Raper | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02147-CDP | District Judge Catherine D. Perry |
| 5. | Billy Mize, Larry Mize, Orlando Moore, James Moreland, Ronald Painter, David Patterson, Tommie | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02146-CAS | District Judge Charles A. Shaw |

|   | | | | |
|---|---|---|---|---|
|   | Robertson, Todd Zettie, Don Walker, Dana Woloford | | | | |
| 6. | Jimmy Roberts, Dora Rodgers, Donald Owens, Rick Naylor, Michael Owney, James Pendergrass, Thomas Sanders, Johnnie Stone | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02116-CDP | District Judge Catherine D. Perry |