BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

## SCHEDULE OF ACTIONS

| | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Teresa Benton, Jim Bewley, Sandra Boone, Gwendolyn Bullard, Greg Davis, James Featherston, Donnie Fulmer, Jerry Groves, Robert Harris | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02119-CAS | District Judge Charles A. Shaw |
| **2.** | Gaudencio Chavez, Barbara Carter | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02143-JAR | District Judge John A. Ross |
| **3.** | Larry Davis, Randall Dougan, Curtis Grider, Emanual Jones, Donald Munn, Gloria Tucker, Jim Wood, Lester Harris, Lewis Finley, Billy Veazey | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02122-AGF | District Judge Audrey G. Fleissig |
| **4.** | Dolores Healy, Liza Hubbard, Linda Johnston, Charles Keathley, Edward Kolaczewski, Patricia Lehne, Charles Lane, Leah Larsen, Vickie Minick, Sandra Raper | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02147-CDP | District Judge Catherine D. Perry |
| **5.** | Billy Mize, Larry Mize, Orlando Moore, James Moreland, Ronald Painter, David Patterson, Tommie | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02146-CAS | District Judge Charles A. Shaw |

| | | | | | |
|---|---|---|---|---|---|
| | Robertson, Todd Zettie, Don Walker, Dana Woloford | | | | |
| 6. | Jimmy Roberts, Dora Rodgers, Donald Owens, Rick Naylor, Michael Owney, James Pendergrass, Thomas Sanders, Johnnie Stone | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:18-cv-02116-CDP | District Judge Catherine D. Perry |