BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Appearance was electronically filed on January 24, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also served via first class mail on the following counsel:

Grant L. Davis
Davis and Bethune
1100 Main Street
2930 City Center Square
Kansas City, MO 64105

Counsel for Plaintiffs in *Benton et al. v. Monsanto Co.,* No. 4:18-cv-02119-CAS (E.D. Mo.); *Davis et al. v. Monsanto Co.,* No. 4:18-cv-02122-AGF (E.D. Mo.); *Healy v. Monsanto Co.,* No. 4:18-cv-01247-CDP (E.D. Mo.); *Mize v. Monsanto Co.,* No. 4:18-cv-02146-CAS (E.D. Mo.); *Roberts et al. v. Monsanto Co.,* No. 4:18-cv-02116-CDP (E.D. Mo.).

Eric D. Holland
Holland Law Firm LLC
300 N. Tucker Blvd.
Suite 801
St. Louis, MO 63101

Counsel for Plaintiffs in *Chavez et al. v. Monsanto Co.,* No. 4:18-cv-02143-JAR (E.D. Mo.).

2

Dated: January 24, 2019                    Respectfully submitted,

                                             /s/ Joe G. Hollingsworth
                                             Joe G. Hollingsworth
                                             (jhollingsworth@hollingsworthllp.com)
                                             HOLLINGSWORTH LLP
                                             1350 I Street NW
                                             Washington D.C., 20005
                                             Phone: (202) 898-5800
                                             Fax: (202) 682-1639

                                             *Attorneys for Defendant*
                                             *Monsanto Company*