BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: | ROUNDUP PRODUCTS ) | |
| | LIABILITY LITIGATION ) | MDL NO. 2741 |

Relates to:

**Gaudencio Chavez and
Barbara Carter v.
Monsanto Company
Case No. 4:18-CV-02143**

**Proceeding in the United States
District Court for the Eastern
District of Missouri**

## PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 116

Pursuant to Rule 7.1(f) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiffs, Gaudencio Chavez and Barbara Carter, by and through their counsel of record, Parker Waichman LLP and Holland Law Firm, hereby file this Motion to Vacate Conditional Transfer Order No. 116 ("CTO-116") issued by the Judicial Panel on Multidistrict Litigation on January 4, 2018, which included the above-captioned action. Plaintiffs respectfully move to vacate CTO-116 with respect to their individual action (4:18-CV-02143). This motion is based on the accompanying brief and exhibits being filed concurrently herewith.

This 24th day of January, 2019.

Respectfully submitted,

*/s/ Jessica L. Richman*

**PARKER WAICHMAN LLP**
Jessica L. Richman
6 Harbor Park Drive
Port Washington, NY 11050
Tel: (516) 466-6500
Fax: (516) 466-6665
jrichman@yourlawyer.com

*and*

**HOLLAND LAW FIRM**
Eric D. Holland
300 N. Tucker Blvd., Ste. 801
Saint Louis, MO 63101
Tel: (314) 241-8111
Fax: (314) 241-5554
eholland@allfela.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via the Court's CM/ECF filing system, this 24th day of January, 2019, to all counsel of record.

/s/ Jessica L. Richman