**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

**SCHEDULE OF ACTIONS**

|   | **Short Case Caption** | **Court** | **Civil Action No.** | **Defendants Represented** |
|---|---|---|---|---|
| 1. | Chavez, et al. v. Monsanto Company, et al. | U.S.D.C. Eastern District of Missouri | 4:18-cv-02143 | Monsanto Company |