## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served

via the Court's CM/ECF filing system, this 24th day of January, 2019, to all counsel of record.


/s/ Jessica L. Richman