BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:     ROUNDUP PRODUCTS     ) \
            LIABILITY LITIGATION      )     MDL NO. 2741

## PLAINTIFFS' MOTION TO VACATE
## CONDITIONAL TRANSFER ORDER NO. 116 (CTO-116) AS TO THEIR LAWSUIT

Plaintiffs listed in the attached Schedule of Actions, pending in the U.S.D.C. for the Eastern District of Missouri (MOE), respectfully move for an order vacating Conditional Transfer Order No. 116, issued January 4, 2019 (Dkt. 810), as it pertains to their lawsuit. CTO-116 is due to be vacated with respect to the Plaintiffs in the attached Schedule of Actions for the reasons set forth in the memorandum brief the Plaintiffs submit with this Motion. The movants also submit Exhibits A - D in support of the Motion.

Respectfully submitted,

DAVIS, BETHUNE & JONES, LLC

/s/ *Grant L. Davis*

| | |
|---|---|
| GRANT L. DAVIS | #34799 |
| THOMAS C. JONES | #38499 |
| TIMOTHY C. GAARDER | #56595 |
| THOMAS E. RUZICKA | #63584 |
| JOHN S. CARROLL | #69031 |

2930 City Center Square \
1100 Main Street \
Kansas City, MO  64105 \
(816) 421-1600 \
(816) 472-5972 Fax \
gdavis@dbjlaw.net \
tjones@dbjlaw.net \
tgaarder@dbjlaw.net \
truzicka@dbjlaw.net \
jcarroll@dbjlaw.net

and

HOLLAND LAW FIRM, LLC
Steven J. Stolze, MO #39795
Eric Holland, MO #39935
300 N. Tucker, Suite 801
St. Louis, MO 63101
Telephone (314) 640-7550
stevenstolze@yahoo.com
eholland@allfela.com
***ATTORNEYS FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 24, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Grant L. Davis