BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Plaintiffs Motion to Vacate Conditional Transfer Order No. 116 (CTO-116) As To Their Lawsuit and Plaintiffs Memorandum Brief in Support of Their Motion to Vacation Conditional Transfer Order No. 116 (CTO-116) As To Their Lawsuit was electronically filed on January 24, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Dated: January 24, 2019.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　DAVIS, BETHUNE & JONES, LLC

　　　　　　　　　　　　　　　　　　/s/ *Grant L. Davis*
　　　　　　　　　　　　　　　　　　GRANT L. DAVIS　　　#34799
　　　　　　　　　　　　　　　　　　THOMAS C. JONES　　#38499
　　　　　　　　　　　　　　　　　　TIMOTHY C. GAARDER　#56595
　　　　　　　　　　　　　　　　　　THOMAS E. RUZICKA　#63584
　　　　　　　　　　　　　　　　　　JOHN S. CARROLL　　 #69031
　　　　　　　　　　　　　　　　　　2930 City Center Square
　　　　　　　　　　　　　　　　　　1100 Main Street
　　　　　　　　　　　　　　　　　　Kansas City, MO  64105
　　　　　　　　　　　　　　　　　　(816) 421-1600
　　　　　　　　　　　　　　　　　　(816) 472-5972 Fax
　　　　　　　　　　　　　　　　　　gdavis@dbjlaw.net
　　　　　　　　　　　　　　　　　　tjones@dbjlaw.net
　　　　　　　　　　　　　　　　　　tgaarder@dbjlaw.net
　　　　　　　　　　　　　　　　　　truzicka@dbjlaw.net
　　　　　　　　　　　　　　　　　　jcarroll@dbjlaw.net

　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　HOLLAND LAW FIRM, LLC
　　　　　　　　　　　　　　　　　　Steven J. Stolze, MO #39795

Eric Holland, MO #39935  
300 N. Tucker, Suite 801  
St. Louis, MO 63101  
Telephone (314) 640-7550  
stevenstolze@yahoo.com  
eholland@allfela.com  
***ATTORNEYS FOR PLAINTIFFS***