## **PARTIES REPRESENTED**

PLAINTIFFS:

RONALD BERNARD BROMLEY;

BRUCE WANYE BUDROW;

SAMUEL LOUIS CRACCHIOLA;

NATHAN LEE DAVIS;

MICHAEL WALTER DEVEREUAX;

KATHLEEN ANN DICKENSON;

MARIA MARGARETE HOWARD;

WENDY JEAN ISBELL;

SABRINA LYNN KEENE;

WALTER HENRY LEE;

ROBERT MENARD LYNCH;

MICHAEL JOSPEH MCALOON;

TRON CHRISTOPHER PAGE; AND

ERNEST LEROY SHARPE