**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**MDL No. 2741
IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via the Court's CM/ECF filing system, this 24th day of January, 2019, to all counsel of record.

        */s/ Eric D. Holland*_____
        Eric D. Holland (Mo. Bar # 39935)
        **HOLLAND LAW FIRM**
        300 N. Tucker Blvd., Suite 801
        St. Louis, MO 63101
        Tel: 314-241-8111
        Fax: 314-241-5554
        Email: eholland@allfela.com

        *Attorneys for Plaintiffs*