BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                                                          MDL No. 2741

*Bromley, et al. v. Monsanto Company*, E.D. Missouri, Cause No. 4:19-cv-00044

### MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 3

Plaintiffs move this Panel to vacate Conditional Transfer Order No. 118 ("CTO-118"), issued in *Bromley, et al. v. Monsanto Company*, Cause No. 4:16-cv-00044, pending in the Eastern District of Missouri, Eastern Division, which conditionally transferred this action to MDL 2741 – In Re: Roundup Products Liability Litigation. In support of this Motion, Plaintiffs attach their Memorandum in Support of Motion to Vacate Conditional Transfer Order No. 118.

Dated: January 24, 2019                                          Respectfully submitted,

/s/ Eric D. Holland
ERIC D. HOLLAND
Holland Law Firm
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
TEL: 314-241-8111
FAX: 314-241-5554
Email: eholland@allfela.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2019, I served *Plaintiffs' Motion to Vacate Conditional Transfer Order No. 118* on all counsel of record using the CM/ECF System which will send notification of such filing to all counsel of record, in accordance with the Federal Rules of Civil Procedure.

/s/ Eric D. Holland
ERIC D. HOLLAND
Holland Law Firm
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
TEL: 314-241-8111
FAX: 314-241-5554
Email: eholland@allfela.com