BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                                MDL No. 2741

*Bromley, et al. v. Monsanto Company*, E.D. Missouri, Cause No. 4:16-cv-00044

## SCHEDULE OF ACTIONS

| Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Ronald Bernard Bromley, Bruce Wayne Budrow, Samuel Louis Cracchiola, Nathan Lee Davis, Michael Walter Devereuax, Kathleen Ann Dickenson, Maria Margarete Howard, Wendy Jean Isbell, Sabrina Lynn Keene, Walter Henry Lee, Robert Menard Lynch, Michael Jospeh Mcaloon, Tron Christopher Page, and Ernest Leroy Sharpe | Monsanto Company | Eastern District of Missouri | 4:19-cv-00044 | Audrey G. Fleissig |

Dated: January 24, 2019                    Respectfully submitted,

/s/ Eric D. Holland
ERIC D. HOLLAND
Holland Law Firm
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
TEL: 314-241-8111
FAX: 314-241-5554
Email: eholland@allfela.com

**ATTORNEYS FOR PLAINTIFF**