**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**MDL No. 2741
IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**

**PROOF OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served

via the Court's CM/ECF filing system, this 24th day of January, 2019, to all counsel of record.

*/s/ Eric D. Holland*
Eric D. Holland (Mo. Bar # 39935)
**HOLLAND LAW FIRM**
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
Tel: 314-241-8111
Fax: 314-241-5554
Email: eholland@allfela.com

*Attorneys for Plaintiffs*