# EXHIBIT 3

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS          )
LIABILITY LITIGATION             )          MDL No. 2741

**RONALD BERNARD BROMLEY, BRUCE WAYNE BUDROW, SAMUEL LOUIS CRACCHIOLA, NATHAN LEE DAVIS, MICHAEL WALTER DEVEREAUX, KATHLEEN ANN DICKENSON, MARIA MARGERETE HOWARD, WENDY JEAN ISBELL, SABRINA LYNN KEENE, WALTER HENRY LEE, ROBERT MENARD LYNCH, MICHAEL JOSEPH MCALOON, TRON CHRISTOPHER PAGE, and ERNEST LEROY SHARPE,**

v.

**MONSANTO COMPANY**

**4:19-cv-00044**

**Proceeding in the United States District Court for the Eastern District of Missouri.**

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO – 118)

Pursuant to Rule 7.1 of the Rules of Procedure in the Judicial Panel on Multidistrict Litigation, Plaintiffs in the above referenced case submit this Notice of Opposition to Conditional Transfer Order (CTO – 118), issued by this panel on January 17, 2019.  Plaintiffs will file and serve their Motion to Vacate the Conditional Transfer Order within the time allowed by Rule 7.1(f); within fourteen (14) days of the date of this Notice.

Dated: January 18, 2019           /s/ Eric D. Holland
                                  ERIC D. HOLLAND – Bar #MO39935
                                  Holland Law Firm
                                  300 N. Tucker Blvd., Suite 801
                                  St. Louis, MO 63101
                                  TEL: 314-241-8111
                                  FAX: 314-241-5554
                                  Email: eholland@allfela.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

Pursuant to Rule 4.1 of the RULES OF PROCEDURE OF THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION, I, Eric D. Holland, hereby certify that I served a true and correct copy of this Notice of Opposition to CTO 118 upon the Judicial Panel of Multidistrict Litigation and upon all counsel of record in this case via CM/ECF on this 18th day of January, 2019.

/s/ Eric D. Holland
ERIC D. HOLLAND
Holland Law Firm
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
TEL: 314-241-8111
FAX: 314-241-5554
Email: eholland@allfela.com