**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION          MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|----|------------|-----------|----------|------------------|-------|
| 1. | Robert Cloutier | Monsanto Co. | Southern District of Florida (Ft. Pierce) | 2:19-cv-14024-DMM | Judge Donald M. Middlebrooks |
| 2. | Homero Muzquiz | Monsanto Co. | Southern District of Texas (Houston) | 4:18-cv-04467 | Chief Judge Lee H. Rosenthal |
| 3. | Arturo Raygoza and Charlene Raygoza | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00088-DDN | Magistrate Judge David D. Noce |
| 4. | Phyllis Salamone | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00058-AGF | District Judge Audrey G. Fleissig |