**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on January 28, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Francisco A. Albites
Parker Waichman LLP
27300 Riverview Center Blvd., Suite 103
Bonita Springs, FL 34134

Jessica L. Richman
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, NY 11050

Counsel for Plaintiff in *Cloutier v. Monsanto Co.*, No. 2:19-cv-14024-DMM (S.D. Fla.).

Vincent J. Moccio
Bennerotte & Associates, PA
3085 Justice Way, Suite 200
Eagan, MN 55121

Counsel for Plaintiff in *Muzquiz v. Monsanto Co.*, No. 4:18-cv-04467 (S.D. Tex.).

Seth S. Webb
Brown & Crouppen P.C.
211 North BRoawdway, Suite 1600
St. Louis, MO 63102

Counsel for Plaintiffs in *Raygoza v. Monsanto Co.*, No. 4:19-cv-00088-DDN (E.D. Mo.); *Salamone v. Monsanto Co.*, No. 4:19-cv-00058-AGF (E.D. Mo.).

2

Dated: January 28, 2019                           Respectfully submitted,

    /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:     (202) 682-1639

*Attorneys for Defendant Monsanto Company*