**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Opposition to Plaintiff's Motion to Vacate CTO-113 was electronically filed on January 31, 2019 with the Clerk of the JPML using the CM/ECF system. Copies of the foregoing were also served via first class mail on the following:

Aubrey R. Aden
108 Aubrey Aden Road
Carriere, MS 39426

*Pro se* plaintiff in *Aden v. Monsanto Co.*, No. 1:18-cv-00377-HSO-JCG (S.D. Miss.)

Dated: January 31, 2019                    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant*
*Monsanto Company*