**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Patricia Godsey | Monsanto Co. | Southern District of Texas (Corpus Christi) | 2:18-cv-00266 | Judge Hilda G. Tagle |
| 2. | Alex McCrae and Diane McCrae | Monsanto Co. | Northern District of Illinois (Chicago) | 1:19-cv-00409 | Judge Joan H. Lefkow |