**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on January 31, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Matthew R. McCarley
Fears Nachawati, PLLC
4925 Greenville Avenue, Suite 715
Dallas, TX 75206
Phone: (214) 890-0711
Email:  mccarley@fnlawfirm.com

Counsel for Plaintiff in *Godsey v. Monsanto Co.*, No. 2:18-cv-00266 (S.D. Tex.).

Shannon M. McNulty
Clifford Law Offices, PC
120 N. LaSalle Street, 31st Floor
Chicago, IL 60602
Phone: (312) 899-9090
Email:  smm@cliffordlaw.com

Counsel for Plaintiffs in *McCrae v. Monsanto Co.*, No. 1:19-cv-00409 (N.D. Ill.).

Dated: January 31, 2019                              Respectfully submitted,


                                                     /s/ Joe G. Hollingsworth
                                                     Joe G. Hollingsworth, Esq.
                                                     (jhollingsworth@hollingsworthllp.com)
                                                     HOLLINGSWORTH LLP
                                                     1350 I Street, N.W.
                                                     Washington, D.C. 20005
                                                     Phone: (202) 898-5800
                                                     Fax:     (202) 682-1639

                                                     *Attorneys for Defendant Monsanto Company*