**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

**SCHEDULE OF ACTIONS**

| | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Ronald Bernard Bromley, Bruce Wayne Budrow, Nathan Lee Davis, Michael Walter Devereaux, Kathleen Ann Dickenson, Maria Margarete Howard, Wendy Jean Isbell, Sabrina Lynn Keene, Walter Henry Lee, Robert Menard Lynch, Michael Joseph McAloon, Tron Christopher Page, Ernest Leroy Sharpe, and Samuel Louis Cracchiola | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00044-AGF | District Judge Audrey G. Fleissig |

1