**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Appearance was electronically filed on February 1, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

Eric D. Holland
R. Seth Crompton
Patrick R. Dowd
Holland Law Firm, LLC
300 N. Tucker, Suite 801
St. Louis, MO 63101

Counsel for Plaintiffs in *Bromley v. Monsanto Co.*, No. 4:19-cv-00044-AGF (E.D. Mo.).

Jack W. South
Lundy, Lundy, Soileau & South, LLP
501 Broad Street
Lake Charles, LA 70602

Co-counsel for Plaintiffs in *Bromley v. Monsanto Co.*, No. 4:19-cv-00044-AGF (E.D. Mo.)

Dated: February 1, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant
Monsanto Company*