BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | William Stewart | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00060-AGF | District Judge Audrey G. Fleissig |
| **2.** | Oscar Bingham and Carolyn Bingham | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00059-CDP | District Judge Catherine D. Perry |
| **3.** | Alonzo Martinez | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00150-JMB | Magistrate Judge John M. Bodenhausen |
| **4.** | James T. Aldison, III and Kathy Aldison | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00121-HEA | District Judge Henry Edward Autrey |
| **5.** | Dwight Alexy | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00149-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| **6.** | George W. Hans and Margaret P. Hans | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00127-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| **7.** | Jimmy Lombard | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00139-NAB | Magistrate Judge Nannette A. Baker |
| **8.** | Dennis W. Smith | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00138-CAS | District Judge Charles A. Shaw |
| **9.** | Frank Susak and Jennifer Susak | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00140-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| **10.** | Martha Matlock, *individually and on behalf of the Estate of Gregory Dean Matlock* | Monsanto Co. | Northern District of Texas (Dallas) | 3:19-cv-00110-B | Judge Jane J. Boyle |

| 11. | Juanita Battles | Monsanto Co. | Northern District of Georgia (Rome) | 4:19-cv-00004-HLM | Judge Harold L. Murphy |
| --- | --- | --- | --- | --- | --- |
| 12. | Christopher Lewis and Karen Lewis | Monsanto Co. | Northern District of Georgia (Atlanta) | 1:19-cv-00179-ELR | Judge Eleanor L. Ross |
| 13. | Paul Palmer and Patricia Palmer | Monsanto Co. | Northern District of Georgia (Atlanta) | 1:19-cv-00180-MLB | Judge Michael L. Brown |
| 14. | Herb Peavy and Vicki Peavy | Monsanto Co. | Northern District of Georgia (Atlanta) | 1:19-cv-00181-CAP | Judge Charles A. Pannell, Jr. |