**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on February 5, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Eric D. Holland
Holland Law Firm
300 North Tucker, Suite 801
St. Louis, MO 63101
Phone: (314) 241-8111
Email: eholland@allfela.com

Counsel for Plaintiffs in *Stewart v. Monsanto Co.*, No. 4:19-cv-00060-AGF (E.D. Mo.); *Bingham v. Monsanto Co.*, No. 4:19-cv-00059-CDP (E.D. Mo.).

Kirk J. Goza
Goza & Honnold, LLC.
9500 Nall Ave., Suite 400
Overland Park, KS 66207-2950
Phone: (913) 451-3433
Email: kgoza@gohonlaw.com

Counsel for Plaintiffs in *Martinez v. Monsanto Co.*, No. 4:19-cv-00150-JMB (E.D. Mo.); *Alexy v. Monsanto Co.*, No. 4:19-cv-00149-SNLJ (E.D. Mo.).

Seth S. Webb
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone: (314) 222-2222
Email: sethw@getbc.com

Counsel for Plaintiffs in *Aldison v. Monsanto Co.*, No. 4:19-cv-00121-HEA (E.D. Mo.); *Hans v. Monsanto Co.*, No. 4:19-cv-00127-SNLJ (E.D. Mo.); *Lombard v. Monsanto Co.*, No. 4:19-cv-00139-NAB (E.D. Mo.); *Smith v. Monsanto Co.*, No. 4:19-cv-00138-CAS (E.D. Mo.); *Susak v. Monsanto Co.*, No. 4:19-cv-00140-SNLJ (E.D. Mo.).

Andrew Gardner
Kori Westbrook
Johnson Law Group
2925 Richmond Ave.
Suite 1700
Houston, TX 77098
Phone: (713) 626-9336
Email: agardner@johnsonlawgroup.com
Email: kwestbrook@johnsonlawgroup.com

Counsel for Plaintiff in *Matlock v. Monsanto Co.*, No. 3:19-cv-00110-B (N.D. Tex.).

Jonathan W. Johnson
Jonathan W. Johnson, LLC
2296 Henderson Mill Road, Suite 304
Atlanta, GA 30345
Phone: (404) 298-0795
Email: jwj@jonathanjohnsonatlantalawyer.com

Counsel for Plaintiffs in *Battles v. Monsanto Co.*, No. 4:19-cv-00004-HLM (N.D. Ga.); *Lewis v. Monsanto Co.*, No. 1:19-cv-00179-ELR (N.D. Ga.); *Palmer v. Monsanto Co.*, No. 1:19-cv-00180-MLB (N.D. Ga.); *Peavy v. Monsanto Co.*, No. 1:19-cv-00181-CAP (N.D. Ga.).


Dated: February 5, 2019                    Respectfully submitted,


                                           /s/ Joe G. Hollingsworth
                                           Joe G. Hollingsworth, Esq.
                                           (jhollingsworth@hollingsworthllp.com)
                                           HOLLINGSWORTH LLP
                                           1350 I Street, N.W.
                                           Washington, D.C. 20005
                                           Phone: (202) 898-5800
                                           Fax:    (202) 682-1639

                                           *Attorneys for Defendant Monsanto Company*