**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant Monsanto Company hereby notifies the Clerk of the Panel of the potential tag-along actions listed on the attached Schedule of Actions.

The docket sheets and complaints for the potential tag-along actions are attached.

Dated: February 5, 2019 Respectfully submitted,

 /s/ Joe G. Hollingsworth
 Joe G. Hollingsworth
 (jhollingsworth@hollingsworthllp.com)
 HOLLINGSWORTH LLP
 1350 I Street, N.W.
 Washington, D.C.  20005
 Phone: (202) 898-5800
 Fax:    (202) 682-1639

 *Attorneys for Defendant Monsanto Company*