BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS                                   MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|     | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
| --- | --- | --- | --- | --- | --- |
| 1.  | David Anthony and Mary M. Anthony | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00124-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 2.  | William Bordeaux | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00160-DDN | Magistrate Judge David D. Noce |
| 3.  | Paul Allen Brown | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00130-SPM | Magistrate Judge Shirley Padmore Mensah |
| 4.  | Thomas Colombara and Cynthia Colombara | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00132-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 5.  | Chad Coulter | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00161-JAR | District Judge John A. Ross |
| 6.  | Neil Kirsch | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00159-CAS | District Judge Charles A. Shaw |
| 7.  | Wendell P. Martin | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00133-SPM | Magistrate Judge Shirley Padmore Mensah |
| 8.  | Lewis Nash | Monsanto Co. | Eastern District of Pennsylvania (Philadelphia) | 2:19-cv-00269-RK | Judge Robert F. Kelly |
| 9.  | Jerry Nettles | Monsanto Co. | Eastern District of Louisiana (New Orleans) | 2:19-cv-00860-JCZ-JVM | Judge Jay C. Zainey |
| 10. | James M. Outlaw and Karen Outlaw | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00128-PLC | Magistrate Judge Patricia L. Cohen |

| | | | | | |
|---|---|---|---|---|---|
| **11.** | Charles I. Peetz and Linda G. Peetz | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00129-HEA | District Judge Henry Edward Autrey |
| **12.** | Gordon Rice | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00158-PLC | Magistrate Judge Patricia L. Cohen |