**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on February 5, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

D. Todd Matthews
Joseph B. Carnduff
Gori, Julian & Associates, P.C.
156 N. Main St.
Edwardsville, IL 62025
Phone:  (618) 659-9833
Email:   todd@gorijulianlaw.com
Email:   jcarnduff@gorijulianlaw.com

Counsel for Plaintiffs in *Bordeaux v. Monsanto Co.*, No. 4:19-cv-00160-DDN (E.D. Mo.); *Coulter v. Monsanto Co.*, No. 4:19-cv-00161-JAR (E.D. Mo.); *Kirsch v. Monsanto Co.*, No. 4:19-cv-00159-CAS (E.D. Mo.); *Rice v. Monsanto Co.*, No. 4:19-cv-00158-PLC (E.D. Mo.).

Seth S. Webb
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone:  (314) 222-2222
Email:   sethw@getbc.com

Counsel for Plaintiffs in *Anthony v. Monsanto Co.*, No. 4:19-cv-00124-SNLJ (E.D. Mo.); *Brown v. Monsanto Co.*, No. 4:19-cv-00130-SPM (E.D. Mo.); *Colombara v. Monsanto Co.*, No. 4:19-cv-00132-SNLJ (E.D. Mo.); *Martin v. Monsanto Co.*, No. 4:19-cv-00133-SPM (E.D. Mo.); *Outlaw v. Monsanto Co.*, No. 4:19-cv-00128-PLC (E.D. Mo.); *Peetz v. Monsanto Co.*, No. 4:19-cv-00129-HEA (E.D. Mo.).

Heather K. D'Onofrio
The D'Onofrio Firm, LLC
10 Beatty Road, Suite 200
Media, PA 19063
Phone: (484) 443-8922
Email: hdonofrio@donofriofirm.com

Counsel for Plaintiff in *Nash v. Monsanto Co.*, No. 2:19-cv-00269-RK (E.D. Pa.).

Kori Westbrook
Johnson Law Group
2925 Richmond Ave.
Suite 1700
Houston, TX 77098
Phone: (713) 626-9336
Email: kwestbrook@johnsonlawgroup.com

Co-counsel for Plaintiff in *Nash v. Monsanto Co.*, No. 2:19-cv-00269-RK (E.D. Pa.).

Walter J. Leger, Jr.
Walter J. Leger, III
Brigid Collins
Leger & Shaw
935 Gravier Street, Suite 2150
New Orleans, LA 70112
Phone: (504) 588-9043
Email: wleger@legershaw.com
Email: wleger3@legershaw.com
Email: bcollins@legershaw.com

Counsel for Plaintiff in *Nettles v. Monsanto Co.*, No. 2:19-cv-00860-JCZ-JVM (E.D. La.).

Marcus A. Green
The Green Law Firm
931 Westwood Drive, Suite B
Marrero, LA 70072
Phone: (504) 328-3990
Email: mag@greenlawfirmla.com

Co-counsel for Plaintiff in *Nettles v. Monsanto Co.*, No. 2:19-cv-00860-JCZ-JVM (E.D. La.).

Dated: February 5, 2019			Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*