BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                              MDL No. 2741

*Bromley, et al. v. Monsanto Company*, E.D. Missouri, Cause No. 4:19-cv-00044-AGF

## SCHEDULE OF ACTIONS

| Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Ronald Bernard **Bromley**, Bruce Wayne Budrow, Samuel Louis Cracchiola, Nathan Lee Davis, Michael Walter Devereuax, Kathleen Ann Dickenson, Maria Margarete Howard, Wendy Jean Isbell, Sabrina Lynn Keene, Walter Henry Lee, Robert Menard Lynch, Michael Jospeh Mcaloon, Tron Christopher Page, and Ernest Leroy Sharpe | Monsanto Company | Eastern District of Missouri | 4:19-cv-00044 | Audrey G. Fleissig |

Dated: February 6, 2019　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Eric D. Holland
　　　　　　　　　　　　　　　　　　ERIC D. HOLLAND
　　　　　　　　　　　　　　　　　　Holland Law Firm
　　　　　　　　　　　　　　　　　　300 N. Tucker Blvd., Suite 801
　　　　　　　　　　　　　　　　　　St. Louis, MO 63101
　　　　　　　　　　　　　　　　　　TEL: 314-241-8111
　　　　　　　　　　　　　　　　　　FAX: 314-241-5554
　　　　　　　　　　　　　　　　　　Email: eholland@allfela.com


**ATTORNEYS FOR PLAINTIFF**