**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**MDL No. 2741**
**IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**

**PROOF OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via the Court's CM/ECF filing system, this 6th day of February, 2019, to all counsel of record.

                                      */s/ Eric D. Holland*_____
                                      Eric D. Holland (Mo. Bar # 39935)
                                      **HOLLAND LAW FIRM**
                                      300 N. Tucker Blvd., Suite 801
                                      St. Louis, MO 63101
                                      Tel: 314-241-8111
                                      Fax: 314-241-5554
                                      Email: eholland@allfela.com

                                      *Attorneys for Plaintiffs*