**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION**                                                    **MDL No. 2741**

*Acosta, et al. v. Monsanto Company*, E.D. Missouri, Cause No. 4:18-cv-00407

## NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO REMAND

Plaintiffs, by and through undersigned counsel, hereby submit as Exhibit A the attached Order entered in the Roundup Products Liability multidistrict litigation on February 1, 2019, rejecting Monsanto's position that the federal statute permits removal before service of process and granting the plaintiffs' motion to remand. As stated, the Order governs all pending and future cases in this multidistrict litigation proceeding. This removal before service of process is the sole ground for Monsanto's removal in this underlying case. Therefore, Plaintiffs request that its motion for removal be granted.

Dated: February 6, 2019                        Respectfully submitted,

                                               /s/ Eric D. Holland
                                               _____
                                               ERIC D. HOLLAND
                                               Holland Law Firm
                                               300 N. Tucker Blvd., Suite 801
                                               St. Louis, MO 63101
                                               TEL: 314-241-8111
                                               FAX: 314-241-5554
                                               Email: eholland@allfela.com

                                               **ATTORNEYS FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 6th day of February, 2019, I served *Plaintiffs' Notice of Supplemental Authority in Support of Motion to Remand* on all counsel of record using the CM/ECF System which will send notification of such filing to all counsel of record, in accordance with the Federal Rules of Civil Procedure.

/s/ Eric D. Holland
ERIC D. HOLLAND
Holland Law Firm
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
TEL: 314-241-8111
FAX: 314-241-5554
Email: eholland@allfela.com