BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                                 MDL No. 2741

*Acosta, et al. v Monsanto Company*, E.D. Missouri, Cause No. 4:18-cv-00407-AGF

## SCHEDULE OF ACTIONS

| Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Brenda **Acosta**, Brian Anderson, Leif Arvidson, Kenny Beddington, Danny Binkley, Emery Bridgers, Matthew Brown, Deborah Buss, Chris Daniels, Michael Doyle, Patricia Ermeloff, Robert Esler, Laura Faraschuk, Jesse Gates, Ronald Gleysteen, Marvin Greenleaf, Richard Hansen, Richard Hendrickson, Norman Henson, Anthony Hoisington, Maureen Hubert, Lilian Humphries, Ken Irish, Michael Jackson, George Jennings, Linda Johnson, Lawrence Karns, | Monsanto Company | Eastern District of Missouri | 4:18-cv-00407 | Audrey G. Fleissig |

| Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Maxine Kelly, Boris Kofman, Lewis Lane, David Largent, Marcia Larson, Gary Lenna, Richard Lewis, Eugene Locken, Robert Marson, Michael Mason, Richard Mayes, Mitch Meunier, Timothy Miskinis, David Murray, Earnestine Nicholson, Jeffrey Olsen, Betty Peay, Deann Pinter, Robert Pruitt, Jason Ratliff, Arlie Raynor, Scott Reed, Joan Salogar, Barbara Schiltz, Peggy Sellers, Morgan Seymour, Betty Shadeck, Joseph Smith, Jennie Son, Lynn Soule, Winfred Spain, Clyde Stansell, Robert Stellflug, Norman Sundstrom, John Tanner, Darrell Tarte, Bill Theys, John Thompson, Cheryl Trowbridge, Eduardo | | | | |

| Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Vazquez, Lucinda Whitley, Loren Wilhelm, Barry Willis, Thomas Zupan, Joe Coleman, By And Through His Representative Brenda Coleman, Brenda Coleman, Surviving Spouse Of Joe Coleman, On Behalf Of All Legal Heirs Of Joe Coleman, Judith Keehn, By And Through Her Representative Kelly Allen, Kelly Allen, Next Of Kin Of Judith Keehn On Behalf Of All Legal Heirs Of Judith Keehn, Claude Smithhart, By And Through His Representative Patricia Woods-Smithhart, Patricia Woods-Smithhart, Surviving Spouse Of Claude | | | | |

| Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Smithhart On Behalf Of All Legal Heirs Of Claude Smithhart | | | | |

Dated: February 6, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Eric D. Holland
　　　　　　　　　　　　　　　　　　　　ERIC D. HOLLAND
　　　　　　　　　　　　　　　　　　　　Holland Law Firm
　　　　　　　　　　　　　　　　　　　　300 N. Tucker Blvd., Suite 801
　　　　　　　　　　　　　　　　　　　　St. Louis, MO 63101
　　　　　　　　　　　　　　　　　　　　TEL: 314-241-8111
　　　　　　　　　　　　　　　　　　　　FAX: 314-241-5554
　　　　　　　　　　　　　　　　　　　　Email: eholland@allfela.com


**ATTORNEYS FOR PLAINTIFF**