**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION**                                                **MDL No. 2741**

*Chavez, Gaudencio, et al. v. Monsanto Company*, E.D. Missouri, Cause No. 4:18-cv-02143

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
MOTION TO REMAND**

Plaintiffs, by and through undersigned counsel, hereby submit as Exhibit A the attached

Order entered in the Roundup Products Liability multidistrict litigation on February 1, 2019,

rejecting Monsanto's position that the federal statute permits removal before service of process

and granting the plaintiffs' motion to remand.  As stated, the Order governs all pending and future

cases in this multidistrict litigation proceeding.  This removal before service of process is the sole

ground for Monsanto's removal in this underlying case.  Therefore, Plaintiffs request that its

motion for removal be granted.

Dated: February 6, 2019                     Respectfully submitted,

                                            /s/ Eric D. Holland
                                            ERIC D. HOLLAND
                                            Holland Law Firm
                                            300 N. Tucker Blvd., Suite 801
                                            St. Louis, MO 63101
                                            TEL: 314-241-8111
                                            FAX: 314-241-5554
                                            Email: eholland@allfela.com

                                    **ATTORNEYS FOR PLAINTIFF**

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2019, I served *Plaintiffs' Notice of Supplemental Authority in Support of Motion to Remand* on all counsel of record using the CM/ECF System which will send notification of such filing to all counsel of record, in accordance with the Federal Rules of Civil Procedure.

/s/ Eric D. Holland

ERIC D. HOLLAND
Holland Law Firm
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
TEL: 314-241-8111
FAX: 314-241-5554
Email: eholland@allfela.com