BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                                                   MDL No. 2741

*Chavez, et al. v. Monsanto Company*, E.D. Missouri, Cause No. 4:18-cv-02143-JAR

## SCHEDULE OF ACTIONS

| Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Gaudencio **Chavez** and Barbara Carter | Monsanto Company | Eastern District of Missouri | 4:18-cv-02143 | John A. Ross |

Dated: February 6, 2019

Respectfully submitted,

/s/ Eric D. Holland

ERIC D. HOLLAND
Holland Law Firm
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
TEL: 314-241-8111
FAX: 314-241-5554
Email: eholland@allfela.com

**ATTORNEYS FOR PLAINTIFF**