**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                                          MDL No. 2741

*Acosta, et al. v Monsanto Company*, E.D. Missouri, Cause No. 4:18-cv-00407-AGF

### NOTICE OF WITHDRAWAL OF NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO REMAND

Plaintiffs, by and through undersigned counsel, hereby withdraw their Notice of Supplemental Authority in Support of Motion to Remand and Exhibit A (Document 866 – Filed on 2/6/2019) as this case is no longer in the Judicial Panel of Multidistrict Litigation but rather in the MDL in the Norther District of California.

Dated: February 8, 2019                                    Respectfully submitted,

                                                                              /s/ Eric D. Holland
                                                                              ERIC D. HOLLAND
                                                                              Holland Law Firm
                                                                              300 N. Tucker Blvd., Suite 801
                                                                              St. Louis, MO 63101
                                                                              TEL: 314-241-8111
                                                                              FAX: 314-241-5554
                                                                              Email: eholland@allfela.com


                                                                       **ATTORNEYS FOR PLAINTIFF**

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2019, I served *Plaintiffs' Notice of Withdrawal of Notice of Supplemental Authority in Support of Motion to Remand* on all counsel of record using the CM/ECF System which will send notification of such filing to all counsel of record, in accordance with the Federal Rules of Civil Procedure.

    /s/ Eric D. Holland
ERIC D. HOLLAND
Holland Law Firm
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
TEL: 314-241-8111
FAX: 314-241-5554
Email: eholland@allfela.com