**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**MDL No. 2741
IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**

## PROOF OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via the Court's CM/ECF filing system, this 8th day of February, 2019, to all counsel of record.

>  /s/ Eric D. Holland_____
> Eric D. Holland (Mo. Bar # 39935)
> **HOLLAND LAW FIRM**
> 300 N. Tucker Blvd., Suite 801
> St. Louis, MO 63101
> Tel: 314-241-8111
> Fax: 314-241-5554
> Email: eholland@allfela.com
>
> *Attorneys for Plaintiffs*