# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on February 11, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Tad Thomas  
John Abaray  
Thomas Law Offices  
9418 Norton Commons Blvd  
Suite 200  
Louisville, KY 40059  
Phone:  (877) 256-4296  
Email:   tad@thomaslawoffices.com  
Email:   john.abaray@thomaslawoffices.com

Counsel for Plaintiffs in *Barnes v. Monsanto Co.*, No. 3:18-cv-00838-RGJ (W.D. Ky.).

Richard W. Schulte  
Wright & Schulte, LLC  
865 S. Dixie Dr.  
Vandalia, OH 45377  
Phone:  (937) 435-7500  
Email:   rschulte@yourlegalhelp.com

Co-counsel for Plaintiffs in *Barnes v. Monsanto Co.*, No. 3:18-cv-00838-RGJ (W.D. Ky.).

2

Dated: February 11, 2019								Respectfully submitted,

									/s/ Joe G. Hollingsworth
									Joe G. Hollingsworth, Esq.
									(jhollingsworth@hollingsworthllp.com)
									HOLLINGSWORTH LLP
									1350 I Street, N.W.
									Washington, D.C. 20005
									Phone: (202) 898-5800
									Fax:    (202) 682-1639

									*Attorneys for Defendant Monsanto Company*

2