

# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Michael L. McConnell**  Telephone: 225-389-3500
**Clerk of Court**  Facsimile: 225-389-3501

February 11, 2019

Jeffery N. Luthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobb
Washington, D.C. 20002-8004

Re: Civil Action 3:19-00089-SDD-RLB
    Berthelot v. Monsanto Company

Dear Sir:

    Enclosed please find a docket sheet, civil cover sheet and a copy of the Complaint filed in the above captioned case. This is a potential multi-district litigation case.

        Sincerely,
        Michael L. McConnell
        Clerk of Court

By: *Nicole' L. Toups*
Deputy Clerk

Enclosure
Docket Sheet
Civil Cover Sheet
Complaint