BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:   ROUNDUP PRODUCTS       )
         LIABILITY LITIGATION    )     MDL NO. 2741

Relates to:

Gaudencio Chavez and
Barbara Carter v.
Monsanto Company
Case No. 4:18-CV-02143

Proceeding in the United States
District Court for the Eastern
District of Missouri

### NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIEFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 116

Plaintiffs, by and through undersigned counsel, hereby submit as Exhibit A the attached Order entered in the Roundup Products Liability multidistrict litigation on February 1, 2019, rejecting Monsanto's position that the federal statute permits removal before service of process, and granting the plaintiffs' motion to remand. As stated, the Order governs all pending and future cases in the multidistrict litigation proceeding.

In the above-captioned Plaintiffs' case, the removal before service process is the sole ground for Monsanto's removal of this action from the Circuit Court of the County of St. Louis, State of Missouri to the United States District Court for the Eastern District of Missouri, Eastern Division, and the impetus for this court's CTO-116 entered with respect to the above-captioned Plaintiffs. Therefore, Plaintiffs request that their motion to vacate CTO-116 be granted. Plaintiffs have filed a corresponding Notice of Supplemental Authority in support of their Motion for Remand in the Eastern District of Missouri action concurrently with this notice.

This 13th day of February, 2019.

                                                Respectfully submitted,

                                                */s/ Jessica L. Richman*

**PARKER WAICHMAN LLP**
Jessica L. Richman
6 Harbor Park Drive
Port Washington, NY 11050
Tel: (516) 466-6500
Fax: (516) 466-6665
jrichman@yourlawyer.com

*and*

**HOLLAND LAW FIRM**
Eric D. Holland
300 N. Tucker Blvd., Ste. 801
Saint Louis, MO 63101
Tel: (314) 241-8111
Fax: (314) 241-5554
eholland@allfela.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via the Court's CM/ECF filing system, this 8th day of February, 2019, to all counsel of record.

/s/ Jessica L. Richman