**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**NOTICE OF MONSANTO COMPANY'S CONCURRENCE TO PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-116)**

Monsanto Company ("Monsanto") hereby notifies this Panel under Rule 7.1(g) that the District Court for the Eastern District of Missouri has remanded the following matters to state court and neither the transferor court nor the Panel has jurisdiction over the cases below:

- *Teresa Benton et al v. Monsanto Co.*, No. 4:18-cv-02119-NCC (E.D. Mo.)
- *Larry Davis et al v. Monsanto Co.*, No. 4:18-cv-02122-SPM (E.D. Mo.)
- *Delores Healy et al v. Monsanto Co.*, No. 4:18-cv-02147-CDP (E.D. Mo.)
- *Jimmy Roberts et al v. Monsanto Co.*, No. 4:18-cv-02116-CDP (E.D. Mo.)
- *Guadencio Chavez et al v. Monsanto Co.*, No. 4:18-cv-02143-PLC (E.D. Mo.)

Monsanto therefore does not oppose plaintiffs' Motions to Vacate the Conditional Transfer Order in these circumstances.

Dated: February 14, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant
Monsanto Company*