**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| **1.** | Barbara Mosley | Monsanto Co. | Southern District of Georgia (Statesboro) | 6:19-cv-00006-JRH-CLR | Chief Judge J. Randal Hall |
| **2.** | Steven Burchfield | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00205-CAS | District Judge Charles A. Shaw |

1