**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on February 15, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Eugene C. Brooks, IV
Brooks Law Firm
313 West York Street
Savannah, GA 31401
Phone: (912) 233-9696
Email: gbrooks@brooks-law.com

Counsel for Plainitff in *Mosley v. Monsanto Co.*, No. 6:19-cv-00006-JRH-CLR (S.D. Ga.).

D. Todd Mathews
Joseph B. Carnduff
Gori, Julian & Associates, P.C.
156 N. Main St.
Edwardsville, IL 62025
Phone: (618) 659-9833
Email: todd@gorijulianlaw.com
Email: jcarnduff@gorijulianlaw.com

Counsel for Plaintiff in *Burchfield v. Monsanto Co.*, No. 4:19-cv-00205-CAS (E.D. Mo.).

Dated: February 15, 2019                                 Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*