# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DELORES HEALY, LIZA HUBBARD, LINDA JOHNSTON, CHARLES KEATHLEY, EDWARD KOLACZEWSKI, PATRICIA LEHNE, CHARLES LANE, LEAH LARSEN, VICKIE MINICK, and SANDRA RAPER,<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | Case No. 4:18 CV 2147 CDP |

## ORDER TO REMAND CASE TO STATE COURT

Before this Court is Defendant Monsanto Company's Consent to Remand to State Court. Having reviewed the Consent, and finding good cause, the Court HEREBY ORDERS that this lawsuit is remanded to the Twenty-First Judicial Circuit Court for St. Louis County, Missouri, with the parties to bear their own fees and costs.

SO ORDERED this 14th day of February, 2019.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JIMMY ROBERTS, DORA RODGERS, DONALD OWENS, RICK NAYLOR, MICHAEL OWNEY, JAMES PENDERGRASS, THOMAS SANDERS, and JOHNNIE STONE,<br><br>   Plaintiffs,<br><br>  v.<br><br>MONSANTO COMPANY,<br><br>   Defendant. | Case No. 4:18 CV 2116 CDP |

## ORDER TO REMAND CASE TO STATE COURT

Before this Court is Defendant Monsanto Company's Consent to Remand to State Court. Having reviewed the Consent, and finding good cause, the Court HEREBY ORDERS that this lawsuit is remanded to the Twenty-First Judicial Circuit Court for St. Louis County, Missouri, with the parties to bear their own fees and costs.

SO ORDERED this 14th day of February, 2019.

*[signature]*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE