UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GAUDENCIO CHAVEZ, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | )    Case No. 4:18-cv-02143-JAR |
| | ) |
| MONSANTO COMPANY, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**ORDER**

This matter is before the Court on Plaintiffs' Motion to Remand Case to State Court. (Doc. 8.) Defendant initially opposed remand and Plaintiffs sought expediting briefing on the matter. (Doc. 10.) Following a ruling in a related case in the Northern District of California, now consents to remand. (Doc. 18.)

In light of Defendant's consent,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Remand (Doc. 8), is **GRANTED.**

**IT IS FURTHER ORDERED** that this matter is **REMANDED** to the Circuit Court for the Twenty-First Judicial Circuit Court, St. Louis County, State of Missouri.

**IT IS FINALLY ORDERED** that Plaintiff's Motion to Expedite Briefing and Ruling on Plaintiffs' Motion to Remand (Doc. 10), is **DISMISSED as moot.**

Dated this 14th Day of February, 2019.

                                        _____
                                        JOHN A. ROSS
                                        UNITED STATES DISTRICT JUDGE