# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| RONALD BERNARD BROMLEY, BRUCE WAYNE BUDROW, SAMUEL LOUIS CRACCHIOLA, NATHAN LEE DAVIS, MICHAEL WALTER DEVEREAUX, KATHLEEN ANN DICKENSON, MARIA MARGARETE HOWARD, WENDY JEAN ISBELL, SABRINA LYNN KEENE, WALTER HENRY LEE, ROBERT MENARD LYNCH, MICHAEL JOSEPH MCALOON, TRON CHRISTOPHER PAGE, and ERNEST LEROY SHARPE,<br><br>    Plaintiffs,<br><br>  v.<br><br>MONSANTO COMPANY,<br><br>    Defendant. | Case No. 4:19-cv-00044-AGF |

## ORDER TO REMAND CASE TO STATE COURT

Before this Court is Defendant Monsanto Company's Consent to Remand to State Court. ECF No. 13. Having reviewed the Consent, and finding good cause, the Court HEREBY ORDERS that this lawsuit is remanded to the Twenty-First Judicial Circuit Court for St. Louis County, Missouri, with the parties to bear their own fees and costs.

SO ORDERED this 14th day of February, 2019.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LARRY DAVIS, RANDALL DOUGAN, CURTIS GRIDER, EMANUEL JONES, DONALD MUNN, GLORIA TUCKER, JIM WOOD, LESTER HARRIS, LEWIS FINLEY, and BILLY VEAZEY,<br><br>        Plaintiffs,<br><br>    v.<br><br>MONSANTO COMPANY,<br><br>        Defendant. | Case No. 4:18-cv-02122-AGF |

**ORDER TO REMAND CASE TO STATE COURT**

Before this Court is Defendant Monsanto Company's Consent to Remand to State Court. ECF No. 14. Having reviewed the Consent, and finding good cause, the Court HEREBY ORDERS that this lawsuit is remanded to the Twenty-First Judicial Circuit Court for St. Louis County, Missouri, with the parties to bear their own fees and costs.

SO ORDERED this 14th day of February, 2019.

                                              */s/ Audrey G. Fleissig*
                                              AUDREY G. FLEISSIG
                                              UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TERESA BENTON, JIM BEWLEY, SANDRA BOONE, GWENDOLYN BULLARD, GREG DAVIS, JAMES FEATHERSTON, DONNIE FULMER, JERRY GROVES, and ROBERT HARRIS,<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | Case No. 4:18-cv-02119-AGF |

## ORDER TO REMAND CASE TO STATE COURT

Before this Court is Defendant Monsanto Company's Consent to Remand to State Court. ECF No. 19. Having reviewed the Consent, and finding good cause, the Court HEREBY ORDERS that this lawsuit is remanded to the Twenty-First Judicial Circuit Court for St. Louis County, Missouri, with the parties to bear their own fees and costs.

SO ORDERED this 14th day of February, 2019.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| THOMAS BLUE, FREDDY FINLEY, ELIZABETH HASTINGS, ROBERT HAMILTON, GORDON JOHNSON, DAVID LLEWELLYN, JOHN MANSEAU, THOMAS REID, JR., CLAIRE ROSENDAHL, and MATTHEW VOTODIAN, <br><br>        Plaintiffs, <br><br>v. <br><br>MONSANTO COMPANY, <br><br>        Defendant. | Case No. 4:18-cv-01992-AGF |

## ORDER TO REMAND CASE TO STATE COURT

Before this Court is Defendant Monsanto Company's Consent to Remand to State Court. ECF No. 14. Having reviewed the Consent, and finding good cause, the Court HEREBY ORDERS that this lawsuit is remanded to the Twenty-First Judicial Circuit Court for St. Louis County, Missouri, with the parties to bear their own fees and costs.

SO ORDERED this 14th day of February, 2019.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE