UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                              MDL No. 2741

(SEE ATTACHED SCHEDULE)

ORDER VACATING CONDITIONAL TRANSFER ORDERS
AND VACATING THE MARCH 28, 2019, HEARING SESSION ORDER

Conditional transfer orders were filed in the actions on the attached schedule on December 6, 2018, January 4, 2019, and January 17, 2019, respectively. Prior to expiration of those orders' 7-day stay of transmittal, plaintiffs filed notices of opposition to the proposed transfer. Plaintiffs later filed motions and briefs to vacate the conditional transfer orders. The Panel has now been advised that these actions have been remanded to the Twenty-First Judicial Circuit Court for St. Louis, County, Missouri.

IT IS THEREFORE ORDERED that the Panel's conditional transfer orders designated as "CTO-113, 116 and 118" filed on December 6, 2018, January 4, 2019, and January 17, 2019, respectively, are VACATED insofar as they relate to these actions.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 13, 2019, are VACATED insofar as they relate to these actions.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

**IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**  MDL No. 2741

### SCHEDULE A

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| MISSOURI EASTERN | | | |
| MOE | 4 | 18−01992 | Blue et al v. Monsanto Company |
| MOE | 4 | 18−02116 | Roberts et al v. Monsanto Company |
| MOE | 4 | 18−02119 | Benton et al v. Monsanto Company |
| MOE | 4 | 18−02122 | Davis et al v. Monsanto Company |
| MOE | 4 | 18−02143 | Chavez et al v. Monsanto Company |
| MOE | 4 | 18−02147 | Healy et al v. Monsanto Company |
| MOE | 4 | 19−00044 | Bromley et al v. Monsanto Company |