OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Christa K. Berry, Clerk**

Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, Maine 04101
(207) 780-3356



Margaret Chase Smith Federal
Building and U.S. Courthouse
202 Harlow Street
Bangor, Maine 04401
(207) 945-0575

February 15, 2019

Jeffrey N. Lűthie
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary
Building, Room G-255 North
One Columbus Circle, N.E.
Washington, D.C. 20002-8004

RE: In re: Roundup Products Liability Litigation
<u>MDL Litigation No. 2741</u>

Dear Mr. Lűthie:

    I understand that the In re: Roundup Products Liability Litigation is the subject of a motion to transfer presently before the Panel. The above-captioned matter was filed on February 15, 2019. Attached please find a copy of the docket sheet and the complaint for whatever action you deem appropriate.

Sincerely,

CHRISTA K. BERRY, CLERK

BY:  /s/ Robert Allen
      Robert Allen
      Case Manager

Enc.

cc:    Kevin M. Noonan, Paul M. Dominguez (via ECF)