**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|----------------|---------------|--------------|----------------------|-----------|
| **1.** | Andrew W. Agney and Amy S. Agney | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00231-NAB | Magistrate Judge Nannette A. Baker |
| **2.** | Gloria L. Barnes and Edward Barnes | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00232-JMB | Magistrate Judge John M. Bodenhausen |
| **3.** | Leslie Bates, III | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00234-AGF | District Judge Audrey G. Fleissig |
| **4.** | Terri J. Bever and Bruce A. Bever | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00236-NAB | Magistrate Judge Nannette A. Baker |