**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION                MDL No. 2741

---

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION

## SCHEDULE OF ACTION

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| **1.** | Ceceilia Ayon, as Personal Representative of the Estate of John Troy Ayon | Monsanto Co., Bayer Corp., and Bayer AG | Western District of Washington (Seattle) | 2:19-cv-00187-RAJ | Judge Richard A. Jones |