# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM BULLINS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:18-CV-01946 JAR |
| ) | |
| MONSANTO COMPANY, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF REMAND

This matter is before the Court on Plaintiffs' Motion to Remand. (Doc. No. 7). Monsanto initially opposed remand and Plaintiffs sought expediting briefing on the matter. (Doc. No. 9). Following a ruling in a related case in the Northern District of California, Monsanto now consents to remand. (Doc. No. 15).

In light of Monsanto's consent,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Remand [7] is **GRANTED.**

**IT IS FURTHER ORDERED** that this matter is **REMANDED** to the Circuit Court for the Twenty-First Judicial Circuit Court, St. Louis County, State of Missouri.

**IT IS FINALLY ORDERED** that Plaintiffs' Motion to Expedite Briefing and Ruling on Plaintiffs' Motion to Remand [9] is **DENIED as moot.**

Dated this 20th day of February, 2019.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

1