# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**

Bullins, et al. v. Monsanto Company,      )
      E.D. Missouri, C.A. No. 4:18-01946    )            MDL No. 2741

## ORDER VACATING CONDITIONAL TRANSFER ORDER
## AND VACATING THE MARCH 28, 2019, HEARING SESSION ORDER

A conditional transfer order was filed in this action (*Bullins*) on November 28, 2018.  Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Bullins* filed a notice of opposition to the proposed transfer.  Plaintiffs later filed a motion and brief to vacate the conditional transfer order.  The Panel has now been advised that *Bullins* was remanded to the Circuit Court for the Twenty-First Judicial Circuit Court, St. Louis County, State of Missouri, by the Honorable John A. Ross, in an order filed on February 20, 2019.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-112" filed on November 28, 2018 is VACATED insofar as it related to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on February 13, 2019, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel