**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Gary L. Bonzo and Melissa Bonzo | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00241-DDN | Magistrate Judge David D. Noce |
| **2.** | Melvin Johnson and Kathy Johnson | Monsanto Co. | Eastern District of Pennsylvania (Philadelphia) | 2:19-cv-00426-MMB | Judge Michael M. Baylson |