**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on February 25, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone:  (314) 222-2222
Email:   sethw@getbc.com

Counsel for Plaintiffs in *Bonzo v. Monsanto Co.*, No. 4:19-cv-00241-DDN (E.D. Mo.).

Michael A. Cancelliere, Jr.
Michael A. Rowe
Nass Cancelliere
1515 Market Street, Suite 2000
Philadelphia, PA 19102
Phone:  (215) 546-8200
Email:   macancelliere@nasscancelliere.com
Email:   marowe@ncblawfirm.com

Counsel for Plaintiffs in *Johnson v. Monsanto Co.*, No. 2:19-cv-00426-MMB (E.D. Pa.).

Dated: February 25, 2019						Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*