BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION (MDL 2741) | MDL Docket No. 2741 |

## NOTICE OF POTENTIAL TAG-ALONG

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation (the "Panel"), plaintiff Brandy Rhodes writes to notify you of the potential tag along actions listed on the attached Schedule of Actions.

A docket sheet and complaint is attached.

Respectfully submitted this 26th day of February, 2019.

*s/ Jeffrey A. Bowersox*_____
Jeffrey A. Bowersox, Esq.
Oregon Bar # 81442
3 Centerpointe Drive, Suite 190
Lake Oswego, OR 97035
Telephone: (503) 452-5858
Facsimile: (503) 345-6893
E-mail:  Jeffrey@bowersoxlaw.com

Kevin Coluccio
kc@coluccio.com
Coluccio Law
2025 First Avenue, Suite 1130
Seattle, WA 98121
Telephone:  (206) 826-8200
Facsimile: (206) 673-8286
*Attorneys for Plaintiffs*

Page 1 – NOTICE OF POTENTIAL TAG-ALONG

# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff**:<br>Brandy Rhodes<br>**Defendants**:<br>MONSANTO COMPANY | District of Washington, Tacoma Division | 3:19-cv-05128 | Honorable Ronald B. Leighton |

Page 2 – NOTICE OF POTENTIAL TAG-ALONG

Bowersox Law Firm, P.C.
3 Centerpointe Drive, Suite 190, Lake Oswego, OR 97035
Ph: (503) 452-5858   Fax: (503) 345-6893
Jeffrey@bowersoxlaw.com   www.BowersoxLaw.com