BEFORE THE JUDICIAL PANEL ON

MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION (MDL 2741) | MDL Docket No. 2741 |

### SCHEDULE OF ACTIONS FOR NOTICE OF POTENTIAL TAG-ALONG ACTION

*Brandy Rhodes v. Monsanto Company*, United States District Court, Western District of Washington, Tacoma Division, Case No. 3:19-cv-05128 (Honorable Ronald B. Leighton) (filed February 15, 2019).

DATED: February 26, 2019.

    Respectfully submitted,
    __/s/ Jeffrey A. Bowersox_____
    Jeffrey A. Bowersox
    Jeffrey@bowersoxlaw.com
    Bowersox Law Firm, P.C.
    3 Centerpointe Drive, Suite 190
    Lake Oswego, OR 97035
    Telephone: (503) 452-5858
    Facsimile: (503) 345-6893

    Kevin Coluccio
    kc@coluccio.com
    Coluccio Law
    2025 First Avenue, Suite 1130
    Seattle, WA 98121
    Telephone: (206) 826-8200
    Facsimile: (206) 673-8286

    *Plaintiff's Counsel*