**BEFORE THE JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION (MDL 2741)** | MDL Docket No. 2741 |

**PROOF OF SERVICE VIA ECF AND E-MAIL**

I certify that on February 26, 2019, a copy of the foregoing:

    **1.**    **NOTICE OF POTENTIAL TAG-ALONG ACTION;**
    **2.**    **SCHEDULE OF ACTIONS FOR NOTICE OF POTENTIAL TAG-ALONG ACTION;**
    **3.**    **DOCKET AND COMPLAINT OF TAG-ALONG ACTION; and this**
    **4.**    **PROOF OF SERVICE VIA ECF & E-MAIL.**

was electronically mailed and delivered via ECF to the following:

| | |
|---|---|
| Joe G. Hollingsworth<br>Hollingsworth LLP<br>1350 I Street, N.W.<br>Washington, DC 20005<br>Phone: 202.898.5800<br>Fax: 202.682.1639<br>Email: jhollingsworth@hollingsworthllp.com<br>*DEFENDANT'S LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*[Defendant MONSANTO COMPANY]* | |

| | |
|---|---|
| Robin L. Greenwald<br>Weitz & Luxenberg, PC<br>700 Broadway<br>New York, NY 10003<br>Phone: 212.558.5500<br>Fax: 212.344.5461<br>Email: rgreenwald@weitzlux.com<br>PLAINTIFFS' CO-LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | |
| Michael Miller<br>The Miller Law Firm, LLC<br>The Sherman Building<br>108 Railroad Avenue<br>Orange, VA 22960<br>Phone: 540.672.4224<br>Fax: 540.672.3055<br>Email: mmiller@millerfirmllc.com<br>PLAINTIFFS' CO-LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | |
| Aimee Wagstaff<br>Andrus Wagstaff, PC<br>1999 Broadway, Suite 4150<br>Denver, CO 80202<br>Phone: 303.376.6360<br>Fax: 303.376.6361<br>Email: aimee.wagstaff@andruswagstaff.com<br>PLAINTIFFS' CO-LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | |

I declare under penalty of perjury that the foregoing is true and correct. Executed in Lake Oswego, Oregon, February 26, 2019.

                                                 */s/ Jeffrey A. Bowersox*
                                                 Jeffrey A. Bowersox, Esq.
                                                 Oregon Bar # 81442
                                                 3 Centerpointe Drive, Suite 190
                                                 Lake Oswego, OR 97035
                                                 Telephone: (503) 452-5858
                                                 Facsimile: (503) 345-6893
                                                 E-mail:  Jeffrey@bowersoxlaw.com

950792.1