**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Robert Hayes, Jr. and Ann Hayes | Monsanto Co. | District of New Jersey (Trenton) | 3:19-cv-06453-AET-TJB | Judge Anne E. Thompson |
| **2.** | Robert Leas | Monsanto Co. | Southern District of Indiana (Indianapolis) | 1:19-cv-00257-TWP-MPB | Judge Tanya Walton Pratt |