**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on February 26, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Dena R. Young
Brian J. McCormick, Jr.
Ross Feller Casey, LLP
One Liberty Place
1650 Market St., 34th Floor
Philadelphia, PA 19103
Phone:  (215) 574-2000
Email:   dyoung@rossfellercasey.com
Email:   bmccormick@rossfellercasey.com

Counsel for Plaintiffs in *Hayes v. Monsanto Co.*, No. 3:19-cv-06453-AET-TJB (D.N.J.).

Laura M. Coker
Stone Crosby, P.C.
8820 US Highway 90
Daphne, AL 36526
Phone:  (251) 626-6696
Email:   lcoker@stonecrosby.com

Counsel for Plaintiff in *Leas v. Monsanto Co.*, No. 1:19-cv-00257-TWP-MPB (S.D. Ind.).

Dated: February 26, 2019                                     Respectfully submitted,

                                               /s/ Joe G. Hollingsworth
                                               Joe G. Hollingsworth, Esq.
                                               (jhollingsworth@hollingsworthllp.com)
                                             HOLLINGSWORTH LLP
                                             1350 I Street, N.W.
                                             Washington, D.C. 20005
                                             Phone: (202) 898-5800
                                             Fax:    (202) 682-1639

                                             *Attorneys for Defendant Monsanto Company*