**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| 1. | Nathan Bayless | Monsanto Co. | Northern District of Texas (Fort Worth) | 4:19-cv-00130-A | Senior Judge John McBryde |
| 2. | Linda Campbell | Monsanto Co. | Northern District of Texas (Fort Worth) | 4:19-cv-00128-A | Senior Judge John McBryde |
| 3. | Tommy Pendergrass | Monsanto Co. | Northern District of Texas (Fort Worth) | 4:19-cv-00129-A | Senior Judge John McBryde |