**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on February 27, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Michael A. Simpson
Kim Jones Penepacker
Simpson, Simpson & Penepacker
1119 Halsell Street
Bridgeport, TX 76426
Phone:  (940) 683-4098
Email:   msimpson@simpsontriallawyers.com
Email:   kjones@simpsontriallawyers.com

Counsel for Plaintiffs in *Bayless v. Monsanto Co.*, No. 4:19-cv-00130-A (N.D. Tex.); *Campbell v. Monsanto Co.*, No. 4:19-cv-00128-A (N.D. Tex.); *Pendergrass v. Monsanto Co.*, No. 4:19-cv-00129-A (N.D. Tex.).

Micah Dortch
Maryssa Simpson
Potts Law Firm
2911 Turtle Creek Blvd., Suite 1000
Dallas, TX 75219
Phone:  (214) 396-9427
Email:   mdortch@potts-law.com
Email:   msimpson@potts-law.com

Co-counsel for Plaintiffs in *Bayless v. Monsanto Co.*, No. 4:19-cv-00130-A (N.D. Tex.); *Campbell v. Monsanto Co.*, No. 4:19-cv-00128-A (N.D. Tex.); *Pendergrass v. Monsanto Co.*, No. 4:19-cv-00129-A (N.D. Tex.).

Tom Carse
Carse Law Firm
6220 Campbell Road, Suite 401
Dallas, TX 75248
Phone: (972) 503-6338
Email: tom@carselaw.com

Co-counsel for Plaintiffs in *Bayless v. Monsanto Co.*, No. 4:19-cv-00130-A (N.D. Tex.); *Campbell v. Monsanto Co.*, No. 4:19-cv-00128-A (N.D. Tex.); *Pendergrass v. Monsanto Co.*, No. 4:19-cv-00129-A (N.D. Tex.).

Dated: February 27, 2019                                    Respectfully submitted,

                                                                         /s/ Joe G. Hollingsworth
                                                                          Joe G. Hollingsworth, Esq.
                                                                          (jhollingsworth@hollingsworthllp.com)
                                                                          HOLLINGSWORTH LLP
                                                                          1350 I Street, N.W.
                                                                          Washington, D.C. 20005
                                                                          Phone: (202) 898-5800
                                                                          Fax:    (202) 682-1639

                                                                        *Attorneys for Defendant Monsanto Company*