**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| 1. | William Boyd Tomlinson | Monsanto Co. | Southern District of Florida (Ft. Pierce) | 2:19-cv-14067-JEM | Judge Jose E. Martinez |
| 2. | James C. Campau and Yumei Meng | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00243-JMB | Magistrate Judge John M. Bodenhausen |
| 3. | Malcolm C. Castleberry and Katheryn R. Castleberry | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00244-SPM | Magistrate Judge Shirley Padmore Mensah |
| 4. | Melonease Clark and James Clark | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00245-PLC | Magistrate Judge Patricia L. Cohen |
| 5. | Jackie L. Corbett | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00247-JAR | District Judge John A. Ross |
| 6. | Charles J. Dangel and Cheryl Dangel | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00250-AGF | District Judge Audrey G. Fleissig |
| 7. | Gerhard Jung | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00302-SPM | Magistrate Judge Shirley Padmore Mensah |