**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on March 1, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

T. David Hoyle
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Phone:  (843) 216-9000
Email:  dhoyle@motleyrice.com

Counsel for Plaintiff in *Tomlinson v. Monsanto Co.*, No. 2:19-cv-14067-JEM (S.D. Fla.).

Seth S. Webb
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone:  (314) 222-2222
Email:  sethw@getbc.com

Counsel for Plaintiffs in *Campau v. Monsanto Co.,* No. 4:19-cv-00243-JMB (E.D. Mo.); *Castleberry v. Monsanto Co.*, No. 4:19-cv-00244-SPM (E.D. Mo.); *Clark v. Monsanto Co.*, No. 4:19-cv-00245-PLC (E.D. Mo.); *Corbett v. Monsanto Co.*, No. 4:19-cv-00247-JAR (E.D. Mo.); *Dangel v. Monsanto Co.*, No. 4:19-cv-00250-AGF (E.D. Mo.); *Jung v. Monsanto Co.*, No. 4:19-cv-00302-SPM (E.D. Mo.).

2

Dated: March 1, 2019	Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*