BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IIN RE: ROUNDUP PRODUCTS | ) | MDL NO. 2741 |
| LIABILITY LITIGATION | ) | |
| | ) | |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned Plaintiff's counsel hereby notifies the Panel of the potential tag along action listed on the attached Schedule of Action. The docket sheet and complaint are also attached as Exhibit 1.

Dated this 4th day of March 2019           Respectfully submitted,

*/s/ C. Moze Cowper*
C. MOZE COWPER, ESQ.
New Jersey Bar No. 004542001
Texas Bar No. 24095180
Washington D.C. No. 1048045
**COWPER LAW LLP**
10880 Wilshire Boulevard
Suite 1840
Los Angeles, CA 90024
Telephone: (877) 529-3707
Facsimile: (877) 284-0980
Email: mcowper@cowperlaw.com

*/s/ Marcus J. Susen*
MARCUS J. SUSEN, ESQ.
Fla. State Bar No.: 70789
**KOCH PARAFINCZUK WOLF SUSEN**
110 East Broward Boulevard
Suite 1630
Fort Lauderdale, FL 33301
Telephone: (954) 462-6700
Facsimile: (954) 462-6567
Email: Susen@kpwlaw.com

*Attorneys for Plaintiffs*