BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS ) MDL NO. 2741
    LIABILITY LITIGATION )
                                          )

## SCHEDULE OF POTENTIAL TAG-ALONG ACTION

|   | Plaintiffs | Defendants | Court | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Manuel Tsakrios and Andrea Tsakrios | Monsanto Company | M.D. Florida | 8:19-cv-00501-VMC-JSS | Assigned to: Judge Virginia M. Hernandez Covington<br><br>Referred to: Magistrate Judge Julie S. Sneed |