BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IIN RE: ROUNDUP PRODUCTS | ) | MDL NO. 2741 |
| LIABILITY LITIGATION | ) | |
| | ) | |

**PROOF OF SERVICE**

I hereby certify that on March 4, 2019, I electronically filed the foregoing Notice of Potential Tag-Along with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which sent notifications to all Counsel of record.  Also, on March 4, 2019, I served copies of the documents via First Class Mail on the following:

Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
Tel:  (314) 694-1000
*Defendant's Corporate Headquarters*

Dated:  March 4, 2019

/s/ *C. Moze Cowper*
C. MOZE COWPER, ESQ.
New Jersey Bar No. 004542001
Texas Bar No. 24095180
Washington D.C. No. 1048045
**COWPER LAW LLP**
10880 Wilshire Boulevard
Suite 1840
Los Angeles, CA 90024
Telephone:  (877) 529-3707
Facsimile:  (877) 284-0980
Email:  mcowper@cowperlaw.com

*Attorney for Plaintiffs,*
*Manuel and Andrea Tsakrios*