**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Eddie Ingle | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00311-AGF | District Judge Audrey G. Fleissig |
| **2.** | Earlynn Sheehan | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00313-DDN | Magistrate Judge David D. Noce |
| **3.** | Todd Sears | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00312-JAR | District Judge John A. Ross |