**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on March 4, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

D. Todd Mathews
Megan Myers Arvola
Gori, Julian & Associates, P.C.
156 N. Main St.
Edwardsville, IL 62025
Phone:  (618) 659-9833
Email:  todd@gorijulianlaw.com
Email:  marvola@gorijulianlaw.com

Counsel for Plaintiffs in *Ingle v. Monsanto Co.*, No. 4:19-cv-00311-AGF (E.D. Mo.); *Sheehan v. Monsanto Co.*, No. 4:19-cv-00313-DDN (E.D. Mo.); *Sears v. Monsanto Co.*, No. 4:19-cv-00312-JAR (E.D. Mo.).

Dated: March 4, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

1