# UNITED STATES DISTRICT COURT
## Southern District of Iowa

U.S. Courthouse  
123 East Walnut Street  
Des Moines, Iowa 50309

Des Moines  
Davenport  
Council Bluffs

Clerk of Court's Office  
www.iasd.uscourts.gov

o: 515-284-6248  
f : 515-284-6418



March 7, 2019

Jeffery Luth, Clerk of the Panel  
Judicial Panel on Multidistrict Litigation  
Thurgood Marshall Federal Judicial Building  
One Columbus Circle, NE  
Room G-255, North Lobby  
Washington DC 20002-8004

*In Re:* MDL 2741 Roundup Products Liability Litigation

Dear Mr. Luthi:

Enclosed is a copy of the complaint from the action filed in the Southern District of Iowa, Davenport Division by plaintiffs Carl and Anna Loyd, against defendant Monsanto Company, Inc. please forward this complaint to the panel for review of a Potential Tag-Along Action to the above entitled MDL case.

Should you have any questions, please do not hesitate to contact this office.

Sincerely,  
/s/ Kellie Watson  
Deputy Clerk  
Phone number 515-284-6163  
John S. Courter  
CLERK OF COURT