**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Richard C. Lumpkin and Muriel E. Lumpkin | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00277-SPM | Magistrate Judge Shirley Padmore Mensah |
| **2.** | David C. Lubben and Esther Lubben | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00275-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| **3.** | Richard W. Kunz and Mary J. Kunz | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00272-DDN | Magistrate Judge David D. Noce |