**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on March 11, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Jason Edward Ochs
Ochs Law Firm, PC
690 US 89, Ste. 206
Jackson, WY 83001
Phone: (307) 739-3959
Email: Jason@ochslawfirm.com

Counsel for Plaintiff in *Florquist v. Monsanto Co.*, No. 1:19-cv-00030-SWS (D. Wyo.).

Dated: March 11, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:   (202) 682-1639

*Attorneys for Defendant Monsanto Company*