**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on March 12, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Laura V. Yaeger
Yaeger Law, PLLC
834 3rd Avenue South
Tierre Verde, FL 33715
Phone:  (727) 202-5015
Email:   laura@yourlegalcounsel.net

Jennifer A. Moore
Ashton Rose Smith
Moore Law Group, PLLC
1473 S. Fourth Street
Louisville, KY 40208
Phone:  (502) 717-4080
Email:   jennifer@moorelawgroup.com
Email:   ashton@moorelawgroup.com

Counsel for Plaintiff in *Crisovan v. Monsanto Co.*, No. 0:19-cv-60594-KMM (S.D. Fla.).

1

2

Dated: March 12, 2019                                  Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*