BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|----|------------|-----------|----------|------------------|-------|
| 1. | Richard A. Carriger | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00254-JMB | Magistrate Judge John M. Bodenhausen |
| 2. | Bruce D. Doty and Wendy Doty | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00248-CDP | District Judge Catherine D. Perry |
| 3. | Sidney C. Drew, Jr. and Narumol Drew | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00251-JAR | District Judge John A. Ross |
| 4. | Jason T. Elmer | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00260-HEA | District Judge Henry Edward Autrey |
| 5. | James E. Evans and Janet Evans | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00261-CDP | District Judge Catherine D. Perry |
| 6. | Willie M. Everett | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00263-AGF | District Judge Audrey G. Fleissig |
| 7. | David W. Furnas | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00266-JAR | District Judge John A. Ross |
| 8. | Tommy J. Gunn and Shari L. Gunn | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00267-HEA | District Judge Henry Edward Autrey |
| 9. | John W. Howard | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00264-JAR | District Judge John A. Ross |

| | | | | | |
|---|---|---|---|---|---|
| 10. | Robert F. Jett and Becky R. Jett | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00268-CAS | District Judge Charles A. Shaw |
| 11. | Gary C. Kempf and Mary C. Kempf | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00271-PLC | Magistrate Judge Patricia L. Cohen |
| 12. | Estate of Mary Hazel, by and through her representative Rhonda Romines, on behalf of all legal heirs of Mary Hazel | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00018-CDP | District Judge Catherine D. Perry |
| 13. | Ronald Ledvina | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00048-PLC | Magistrate Judge Patricia L. Cohen |
| 14. | Curt Bickford | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00032-HEA | District Judge Henry Edward Autrey |
| 15. | James Garner | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00051-HEA | District Judge Henry Edward Autrey |
| 16. | Michael Herr | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00056-SPM | Magistrate Judge Shirley Padmore Mensah |
| 17. | Peggie Whaley | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00101-JAR | District Judge John A. Ross |
| 18. | Richard Somerlott | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00103-CDP | District Judge Catherine D. Perry |