**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on March 13, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone: (314) 222-2222
Email: sethw@getbc.com

Counsel for Plaintiffs in *Carriger v. Monsanto Co.*, No. 4:19-cv-00254-JMB (E.D. Mo.); *Doty v. Monsanto Co.*, No. 4:19-cv-00248-CDP (E.D. Mo.); *Drew v. Monsanto Co.*, No. 4:19-cv-00251-JAR (E.D. Mo.); *Elmer v. Monsanto Co.*, No. 4:19-cv-00260-HEA (E.D. Mo.); *Evans v. Monsanto Co.*, No. 4:19-cv-00261-CDP (E.D. Mo.); *Everett v. Monsanto Co.*, No. 4:19-cv-00263-AGF (E.D. Mo.); *Furnas v. Monsanto Co.*, No. 4:19-cv-00266-JAR (E.D. Mo.); *Gunn v. Monsanto Co.*, No. 4:19-cv-00267-HEA (E.D. Mo.); *Howard v. Monsanto Co.*, No. 4:19-cv-00264-JAR (E.D. Mo); *Jett v. Monsanto Co.*, No. 4:19-cv-00268-CAS (E.D. Mo.); *Kempf v. Monsanto Co.*, No. 4:19-cv-00271-PLC (E.D. Mo.).

Kirk J. Goza
Goza & Honnold, LLC
9500 Nall Ave., Suite 400
Overland Park, KS 66207
Phone: (913) 451-3433
Email: kgoza@gohonlaw.com

Counsel for Plaintiffs in *Hazel v. Monsanto Co.*, No. 4:19-cv-00018-CDP (E.D. Mo.); *Ledvina v. Monsanto Co.*, No. 4:19-cv-00048-PLC (E.D. Mo.); *Bickford v. Monsanto Co.*, No. 4:19-cv-00032-HEA (E.D. Mo.); *Garner v. Monsanto Co.*, No. 4:19-cv-00051 (E.D. Mo.); *Herr v. Monsanto Co.*, No. 4:19-cv-00056-SPM (E.D. Mo.); *Whaley v. Monsanto Co.*, No. 4:19-cv-00101-JAR (E.D. Mo.); *Somerlott v. Monsanto Co.*, No. 4:19-cv-00103-CDP (E.D. Mo.).

Dated: March 13, 2019                                  Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*