BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

| | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Lawrence Schmitt and Laura Schmitt | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00364-JMB | Magistrate Judge John M. Bodenhausen |
| 2. | Jonathan Supinski | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00347-AGF | District Judge Audrey G. Fleissig |
| 3. | Kathy S. Webb | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00327-PLC | Magistrate Judge Patricia L. Cohen |
| 4. | Buffel Wingfield | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00363-CDP | District Judge Catherine D. Perry |
| 5. | Dennis N. Wright and Kathleen Wright | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00369-JAR | District Judge John A. Ross |
| 6. | Kimberly Dillard | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00356-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 7. | Roy Emeterio and Delores Emeterio | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00348-CAS | District Judge Charles A. Shaw |
| 8. | Joni Fellows | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00365-JAR | District Judge John A. Ross |
| 9. | Kathleen Gattuccio | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00370-SNLJ | District Judge Stephen N. Limbaugh, Jr. |

| 10. | Barry Holmes and Patricia Holmes | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00353-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| --- | --- | --- | --- | --- | --- |
| 11. | Susan Irvin and Perry Irvin | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00360-HEA | District Judge Henry Edward Autrey |
| 12. | Bruce Jackson and Catalina Jackson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00334-JMB | Magistrate Judge John M. Bodenhausen |
| 13. | Christopher W. Lewis and Carrie Lewis | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00344-PLC | Magistrate Judge Patricia L. Cohen |
| 14. | John Lundy and Vonzella Lundy | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00342-JAR | District Judge John A. Ross |
| 15. | Edward Lutz and Laura Lutz | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00336-CDP | District Judge Catherine D. Perry |
| 16. | Clifford Maestas | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00361-JAR | District Judge John A. Ross |
| 17. | Alexis Manresa and Lissette Garcia | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00388-DDN | Magistrate Judge David D. Noce |