**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on March 18, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone:  (314) 222-2222
Email:   sethw@getbc.com

Counsel for Plaintiffs in *Schmitt v. Monsanto Co.*, No. 4:19-cv-00364-JMB (E.D. Mo.); *Supinski v. Monsanto Co.*, No. 4:19-cv-00347-AGF (E.D. Mo.); *Webb v. Monsanto Co.*, No. 4:19-cv-00327-PLC (E.D. Mo.); *Wingfield v. Monsanto Co.*, No. 4:19-cv-00363-CDP (E.D. Mo.); *Wright v. Monsanto Co.*, No. 4:19-cv-00369-JAR (E.D. Mo.); *Dillard v. Monsanto Co.*, No. 4:19-cv-00356-SNLJ (E.D. Mo.); *Emeterio v. Monsanto Co.*, No. 4:19-cv-00348-CAS (E.D. Mo.); *Fellows v. Monsanto Co.*, No. 4:19-cv-00365-JAR (E.D. Mo.); *Gattuccio v. Monsanto Co.*, No. 4:19-cv-00370-SNLJ (E.D. Mo); *Holmes v. Monsanto Co.*, No. 4:19-cv-00353-SNLJ (E.D. Mo.); *Irvin v. Monsanto Co.*, No. 4:19-cv-00360-HEA (E.D. Mo.); *Jackson v. Monsanto Co.*, No. 4:19-cv-00334-JMB (E.D. Mo.); *Lewis v. Monsanto Co.*, No. 4:19-cv-00344-PLC (E.D. Mo.); *Lundy v. Monsanto Co.*, No. 4:19-cv-00342-JAR (E.D. Mo.); *Lutz v. Monsanto Co.*, No. 4:19-cv-00336-CDP (E.D. Mo.); *Maestas v. Monsanto Co.*, No. 4:19-cv-00361-JAR (E.D. Mo.); *Manresa v. Monsanto Co.*, No. 4:19-cv-00388-DDN (E.D. Mo.).

Dated: March 18, 2019                                   Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*