BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | James Aldridge and Kimberly Aldridge | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00378-PLC | Magistrate Judge Patricia L. Cohen |
| 2. | Billy H. Allen | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00330-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 3. | Richard Arriola and Patricia Arriola | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00368-NAB | Magistrate Judge Nannette A. Baker |
| 4. | Ronald Baggett | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00381-HEA | District Judge Henry Edward Autrey |
| 5. | Priscilla Baucom and Earnest Baucom | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00380-AGF | District Judge Audrey G. Fleissig |
| 6. | Joseph Beasley | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00383-CDP | District Judge Catherine D. Perry |
| 7. | Brenda Brown and Johnny Brown | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00350-DDN | Magistrate Judge David D. Noce |
| 8. | Derick M. Brown | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00339-DDN | Magistrate Judge David D. Noce |
| 9. | Charlotte Bryant | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00382-SPM | Magistrate Judge Shirley Padmore Mensah |

| | | | | | |
|---|---|---|---|---|---|
| 10. | Candelario Cantu and Feleitas Cantu | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00331-JAR | District Judge John A. Ross |
| 11. | Michael A. Capps | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00329-JMB | Magistrate Judge John M. Bodenhausen |
| 12. | Dennis E. Carter | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00362-HEA | District Judge Henry Edward Autrey |
| 13. | Barbara Christian | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00366-HEA | District Judge Henry Edward Autrey |
| 14. | Eileen Collins and Edward Collins | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00352-JAR | District Judge John A. Ross |
| 15. | Henry Davis and Virginia Davis | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00355-CAS | District Judge Charles A. Shaw |
| 16. | Colleen T. Driscoll | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00335-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 17. | Paul D. McCoy | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00357-AGF | District Judge Audrey G. Fleissig |
| 18. | Stanley W. Morris and RoseMarie Morris | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00341-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 19. | Robert J. Moul | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00337-CDP | District Judge Catherine D. Perry |
| 20. | Jose Navarro | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00358-HEA | District Judge Henry Edward Autrey |
| 21. | Taneal Pickett | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00367-SPM | Magistrate Judge Shirley Padmore Mensah |
| 22. | Walter Pippin | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00325-CAS | District Judge Charles A. Shaw |
| 23. | Thomas Reed and Lynn Reed | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00324-NAB | Magistrate Judge Nannette A. Baker |
| 24. | Herbert Rice, Personal Representative of Lori Clay-Rice, deceased | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00384-SNLJ | District Judge Stephen N. Limbaugh, Jr. |

| | | | | | |
|---|---|---|---|---|---|
| **25.** | Mark Ridner | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00351-JAR | District Judge John A. Ross |
| **26.** | David J. Robbins | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00338-AGF | District Judge Audrey G. Fleissig |
| **27.** | Gail Rowell | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00354-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| **28.** | Edward Sander, Sr. and Rita Sander | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00387-AGF | District Judge Audrey G. Fleissig |
| **29.** | Richard Seeger | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00385-CAS | District Judge Charles A. Shaw |
| **30.** | Frances M. Walker and Russell Walker | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00328-DDN | Magistrate Judge David D. Noce |
| **31.** | Timothy Schwartz | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00406-SPM | Magistrate Judge Shirley Padmore Mensah |