**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on March 19, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone: (314) 222-2222
Email: sethw@getbc.com

Counsel for Plaintiffs in *Aldridge v. Monsanto Co.*, No. 4:19-cv-00378-PLC (E.D. Mo.); *Allen v. Monsanto Co.*, No. 4:19-cv-00330-SNLJ (E.D. Mo.); *Arriola v. Monsanto Co.*, No. 4:19-cv-00368-NAB (E.D. Mo.); *Baggett v. Monsanto Co.*, No. 4:19-cv-00381-HEA (E.D. Mo.); *Baucom v. Monsanto Co.*, No. 4:19-cv-00380-AGF (E.D. Mo.); *Beasley v. Monsanto Co.*, No. 4:19-cv-00383-CDP (E.D. Mo.); *Brown v. Monsanto Co.*, No. 4:19-cv-00350-DDN (E.D. Mo.); *Brown v. Monsanto Co.*, No. 4:19-cv-00339-DDN (E.D. Mo.); *Bryant v. Monsanto Co.*, No. 4:19-cv-00382-SPM (E.D. Mo.); *Cantu v. Monsanto Co.*, No. 4:19-cv-00331-JAR (E.D. Mo.); *Capps v. Monsanto Co.*, No. 4:19-cv-00329-JMB (E.D. Mo.); *Carter v. Monsanto Co.*, No. 4:19-cv-00362-HEA (E.D. Mo.); *Christian v. Monsanto Co.*, No. 4:19-cv-00366-HEA (E.D. Mo.); *Collins v. Monsanto Co.*, No. 4:19-cv-00352-JAR (E.D. Mo.); *Davis v. Monsanto Co.*, No. 4:19-cv-00355-CAS (E.D. Mo.); *Driscoll v. Monsanto Co.*, No. 4:19-cv-00335-SNLJ (E.D. Mo.); *McCoy v. Monsanto Co.*, No. 4:19-cv-00357-AGF (E.D. Mo.); *Morris v. Monsanto Co.*, No. 4:19-cv-00341-SNLJ (E.D. Mo.); *Moul v. Monsanto Co.*, No. 4:19-cv-00337-CDP (E.D. Mo.); *Navarro v. Monsanto Co.*, No. 4:19-cv-00358-HEA (E.D. Mo.); *Pickett v. Monsanto Co.*, No. 4:19-cv-00367-SPM (E.D. Mo.); *Pippin v. Monsanto Co.*, No. 4:19-cv-00325-CAS (E.D. Mo.); *Reed v. Monsanto Co.*, No. 4:19-cv-00324-NAB (E.D. Mo.); *Rice v. Monsanto Co.*, No. 4:19-cv-00384-SNLJ (E.D. Mo.); *Ridner v. Monsanto Co.*, No. 4:19-cv-00351-JAR (E.D. Mo.); *Robbins v. Monsanto Co.*, No. 4:19-cv-00338-AGF (E.D. Mo.); *Rowell v. Monsanto Co.*, No. 4:19-cv-00354-SNLJ (E.D. Mo.); *Sander v. Monsanto Co.*, No. 4:19-cv-00387-AGF (E.D. Mo.); *Seeger v. Monsanto Co.*, No. 4:19-cv-00385-CAS (E.D. Mo.); *Walker v. Monsanto Co.*, No. 4:19-cv-00328-DDN (E.D. Mo.).

D. Todd Mathews
Megan Myers Arvola
Gori, Julian & Associates, P.C.
156 N. Main St.
Edwardsville, IL 62025
Phone: (618) 659-9833
Email: todd@gorijulianlaw.com
Email: marvola@gorijulianlaw.com

Counsel for Plaintiff in *Schwartz v. Monsanto Co.*, No. 4:19-cv-00406-SPM (E.D. Mo.).

Dated: March 19, 2019                           Respectfully submitted,

                                                              /s/ Joe G. Hollingsworth
                                                              Joe G. Hollingsworth, Esq.
                                                              (jhollingsworth@hollingsworthllp.com)
                                                              HOLLINGSWORTH LLP
                                                              1350 I Street, N.W.
                                                              Washington, D.C. 20005
                                                              Phone: (202) 898-5800
                                                              Fax:    (202) 682-1639

                                                              *Attorneys for Defendant Monsanto Company*