BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation (the "Panel"), Plaintiff, LORRAINE REHAK, hereby writes to notify you of the potential tag-along action listed here below, and on the attached Schedule of Action.

*Lorraine Rehak v. Monsanto Company,* United States District Court, Northern District of Illinois, Case No. 1:19-cv-01898.

Respectfully submitted, this 20th day of March, 2019,

MOLL LAW GROUP

By: /s/ Stephen Cady
Stephen Cady
Illinois Bar No. 6326659
MOLL LAW GROUP
22 W Washington Street
15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
scady@molllawgroup.com

Ken Moll
Illinois Bar No. 6199874
MOLL LAW GROUP
22 W Washington Street
15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
kmoll@molllawgroup.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on March 20th, 2019, I electronically filed the foregoing document with the Clerk of the Court for the Judicial Panel on Multidistrict Litigation using the CM/ECF system, and furnished a copy by electronic mail to the following parties:

Joe G. Hollingsworth
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
jhollingsworth@hollingsworthllp.com
**Attorneys for Defendant**
**MONSANTO COMPANY**

        MOLL LAW GROUP

        By: /s/ Stephen Cady
        Stephen Cady
        Illinois Bar No. 6326659
        MOLL LAW GROUP
        22 W Washington Street,
        15th Floor
        Chicago, IL 60602
        T: (312) 462-1700
        F: (312) 756-0045
        scady@molllawgroup.com

        Ken Moll
        Illinois Bar No. 6199874
        MOLL LAW GROUP
        22 W Washington Street,
        15th Floor
        Chicago, IL 60602
        T: (312) 462-1700
        F: (312) 756-0045
        kmoll@molllawgroup.com
        **ATTORNEYS FOR PLAINTIFF**