BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
|---|---|

## SCHEDULE OF ACTIONS

| Plaintiff | Defendants | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| Lorraine Rehak | Monsanto Company | Northern District of Illinois | 1:19-cv-01898 | Robert Gettleman |

Respectfully submitted this 20th Day of March, 2019,

MOLL LAW GROUP

By: /s/ Stephen Cady
Stephen Cady
Illinois Bar No. 6326659
MOLL LAW GROUP
22 W Washington Street,
15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
scady@molllawgroup.com

Ken Moll
Illinois Bar No. 6199874
MOLL LAW GROUP
22 W Washington Street,
15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
kmoll@molllawgroup.com

**ATTORNEYS FOR PLAINTIFF**