**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | David Culbertson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00449-CAS | District Judge Charles A. Shaw |
| 2. | David Ribar | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00447-AGF | District Judge Audrey G. Fleissig |
| 3. | Edward Kennedy | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00448-CAS | District Judge Charles A. Shaw |
| 4. | William McRight | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00407-CAS | District Judge Charles A. Shaw |
| 5. | Cindy Clark, on behalf of Stephen A. Clark, Deceased | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00450-JAR | District Judge John A. Ross |
| 6. | Jonathan Welch | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00442-CAS | District Judge Charles A. Shaw |
| 7. | Roy D. Johnson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00269-PLC | Magistrate Judge Patricia L. Cohen |