## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

---

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on March 20, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Kirk J. Goza
Goza & Honnold LLC
9500 Nall Ave. Suite 400
Overland Park, KS 66207
Phone:  (913) 451-3433
Email:   kgoza@gohonlaw.com

Counsel for Plaintiffs in *Culbertson v. Monsanto Co.*, No. 4:19-cv-00449-CAS (E.D. Mo.); *Ribar v. Monsanto Co.*, No. 4:19-cv-00447-AGF (E.D. Mo.); *Kennedy v. Monsanto Co.*, No. 4:19-cv-00448-CAS (E.D. Mo.); *McRight v. Monsanto Co.*, No. 4:19-cv-00407-CAS (E.D. Mo.); *Clark v. Monsanto Co.*, No. 4:19-cv-00450-JAR (E.D. Mo.).

Seth S. Webb
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone:  (314) 222-2222
Email:   sethw@getbc.com

Counsel for Plaintiffs in *Welch v. Monsanto Co.*, No. 4:19-cv-00442-CAS (E.D. Mo.); *Johnson v. Monsanto Co.*, No. 4:19-cv-00269-PLC (E.D. Mo.).

Dated: March 20, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*