**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

|   | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Lester Liggins and Alexandra Kahnda Liggins, Husband and Wife | Monsanto Co., Bayer Corp., and Bayer AG | Western District of Washington (Seattle) | 2:19-cv-00264-RSL | Judge Robert S. Lasnik |