**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on March 22, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Sims Weymuller
Elizabeth McLafferty
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Email: sims@sgb-law.com
Email: mclafferty@sgb-law.com

Counsel for Plaintiffs in *Liggins v. Monsanto Co.*, No. 2:19-cv-00264-RSL (W.D. Wash.).

Copies of the foregoing were also caused to be served via first class mail on Defendant Bayer Corporation as follows:

   Bayer Corporation
   Attn: General Counsel
   100 Bayer Blvd.
   Whippany, NJ 07981

Copies of the foregoing were also caused to be served via Fed-Ex on Defendant Bayer AG (which has not been served with the summons or complaint in *Liggins v. Monsanto Co.*, No. 2:19-cv-00264-RSL (W.D. Wash.)), as follows:

   Bayer AG
   Attn: General Counsel
   Law, Patents & Compliance
   Building Q 26, 1.008
   51368 Leverkusen, Germany

Dated: March 22, 2019 Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*