BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION

## SCHEDULE OF ACTION

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Patrick Leonard Tierney and Christy Anna Tierney, husband and wife and their marital community comprised thereof | Monsanto Co., Bayer Corp., and Bayer AG | Western District of Washington (Seattle) | 2:19-cv-00245-TSZ | Judge Thomas S. Zilly |