BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on March 26, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Corrie J. Yackulic
Corrie Yackulic Law Firm, PLLC
705 Second Avenue, #1300
Seattle, WA 98104
Phone:  (206) 787-1915
Email:  Corrie@cjylaw.com

Counsel for Plaintiffs in *Tierney v. Monsanto Co.*, No. 2:19-cv-00245-TSZ (W.D. Wash.).

Darrin E. Bailey
Bailey Onsager, P.C.
600 University St. Ste. 1020
Seattle, WA 98101
Phone:  (206) 623-9900
Email:  dbailey@baileyonsager.com

Co-counsel for Plaintiffs in *Tierney v. Monsanto Co.*, No. 2:19-cv-00245-TSZ (W.D. Wash.).

Copies of the foregoing were also caused to be served via first class mail on Defendant Bayer Corporation (which has not been served with the summons or complaint in *Tierney v. Monsanto Co.*, No. 2:19-cv-00245-TSZ (W.D. Wash.)), as follows:

    Bayer Corporation
    Attn: General Counsel
    100 Bayer Blvd.
    Whippany, NJ 07981

Copies of the foregoing were also caused to be served via Fed-Ex on Defendant Bayer AG (which has not been served with the summons or complaint in *Tierney v. Monsanto Co.*, No. 2:19-cv-00245-TSZ (W.D. Wash.)), as follows:

    Bayer AG
    Attn: General Counsel
    Law, Patents & Compliance
    Building Q 26, 1.008
    51368 Leverkusen, Germany

Dated: March 26, 2019    Respectfully submitted,

    /s/ Joe G. Hollingsworth
    Joe G. Hollingsworth, Esq.
    (jhollingsworth@hollingsworthllp.com)
    HOLLINGSWORTH LLP
    1350 I Street, N.W.
    Washington, D.C. 20005
    Phone: (202) 898-5800
    Fax:    (202) 682-1639

    *Attorneys for Defendant Monsanto Company*