BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS             MDL No. 2741
LIABILITY LITIGATION

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, undersigned counsel writes to notify you of the potential tag-along action listed on the attached Schedule of Action. The docket sheet and complaint are attached.

         **VARNUM, LLP**
         Attorneys for Plaintiffs, Sjoerd Bruinsma and Brook Bruinsma

Dated: March 28, 2019          By: /s/*Brion B. Doyle*
         Adam J. Brody (P62035)
         Brion B. Doyle (P67870)
         Seth B. Arthur (P82033)
         Business Address, Telephone, and E-mail:
         Bridgewater Place, P.O. Box 352
         Grand Rapids, MI 49501-0352
         (616) 336-6000
         ajbrody@varnumlaw.com
         bbdoyle@varnumlaw.com
         sbarthur@varnumlaw.com

14729273_1.docx