BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS          MDL No. 2741
LIABILITY LITIGATION

## NOTICE OF POTENTIAL TAG-ALONG ACTION

### SCHEDULE OF ACTIONS

| | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Sjoerd Bruinsma and Brook Bruinsma | Monsanto Company | Western District of Michigan | 1:19-cv-00217 | Paul L. Maloney |

**VARNUM, LLP**
Attorneys for Plaintiffs, Sjoerd Bruinsma and Brook Bruinsma

Dated: March 28, 2019

By: /s/*Brion B. Doyle*
     Adam J. Brody (P62035)
     Brion B. Doyle (P67870)
     Seth B. Arthur (P82033)
Business Address, Telephone, and E-mail:
     Bridgewater Place, P.O. Box 352
     Grand Rapids, MI 49501-0352
     (616) 336-6000
     ajbrody@varnumlaw.com
     bbdoyle@varnumlaw.com
     sbarthur@varnumlaw.com

14729276_1.docx