BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS          MDL No. 2741
LIABILITY LITIGATION

## PROOF OF SERVICE

I hereby certify that on March 28, 2019, I electronically filed the foregoing Notice of Potential Tag-Along Action with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which will send notification to all counsel of record. I also served, on March 28, 2019, copies of the documents via First Class Mail, on the following:

Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
*Defendant's Corporate Headquarters*

                         **VARNUM, LLP**
                         Attorneys for Plaintiffs, Sjoerd Bruinsma and Brook Bruinsma

Dated: March 28, 2019          By: /s/*Brion B. Doyle*
                                           Adam J. Brody (P62035)
                                           Brion B. Doyle (P67870)
                                           Seth B. Arthur (P82033)
                         Business Address, Telephone, and E-mail:
                                           Bridgewater Place, P.O. Box 352
                                           Grand Rapids, MI 49501-0352
                                           (616) 336-6000
                                           ajbrody@varnumlaw.com
                                           bbdoyle@varnumlaw.com
                                           sbarthur@varnumlaw.com

14729282_1.docx