**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS             MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Shaun Graef and Janelle Pitchford | Monsanto Co. and Azusa Pac. Univ. | Central District of California (Western Division – Los Angeles) | 2:19-cv-02290-DMG-SK | Judge Dolly M. Gee |