**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on March 28, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Thomas V. Girardi
Christopher T. Aumais
Ashkahn Mohamadi
Girardi Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017
Phone:  (213) 977-0211
Email:   tigirardi@girardikeese.com
Email:   caumais@girardikeese.com
Email:   amohamadi@girardikeese.com

Counsel for plaintiffs in *Graef v. Monsanto Co.*, No. 2:19-cv-02290-DMG-SK (C.D. Cal.).

Copies of the foregoing were also caused to be served via first class mail on Defendant Azusa Pacific University (which has not yet entered an appearance in *Graef v. Monsanto Co. et al.*), as follows:

    Chris Jennings
    Azusa Pacific University, Office of General Counsel
    777 East Acosta Avenue
    Azusa, CA 91072

| | |
|---|---|
| Dated: March 28, 2019 | Respectfully submitted, |

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*