# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

| | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| **1.** | Melissa Browning and Greg Browning | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00606-PLC | Magistrate Judge Patricia L. Cohen |
| **2.** | Anthony Albert | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00608-NAB | Magistrate Judge Nannette A. Baker |
| **3.** | Roger Cupp | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00647-SPM | Magistrate Judge Shirley Padmore Mensah |
| **4.** | Harold Lawary | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00634-JMB | Magistrate Judge John M. Bodenhausen |
| **5.** | Rita L. Oliver and Kevin Oliver | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00321-JMB | Magistrate Judge John M. Bodenhausen |
| **6.** | Norman Fohne and Rhonda Fohne | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00649-JMB | Magistrate Judge John M. Bodenhausen |
| **7.** | Anna Brand | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00628-NAB | Magistrate Judge Nannette A. Baker |
| **8.** | Doris Tebay and Rodney Tebay | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00452-PLC | Magistrate Judge Patricia L. Cohen |
| **9.** | Ronald L. Neill and Connie Neill | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00322-SNLJ | District Judge Stephen N. Limbaugh, Jr. |

| 10. | Marjorie Moore | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00279-PLC | Magistrate Judge Patricia L. Cohen |
|-----|----------------|--------------|-------------------------------------------|-------------------|-------------------------------------|
| 11. | Peggy Simmons, individually and on behalf of James Simmons, deceased | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00644-JAR | District Judge John A. Ross |
| 12. | Pamela Musselman and Gary Musselman | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00643-CAS | District Judge Charles A. Shaw |
| 13. | Phillip Mansfield and Scharlene Mansfield | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00332-JMB | Magistrate Judge John M. Bodenhausen |
| 14. | David Bellanger and Bernadette Bellanger | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00547-JMB | Magistrate Judge John M. Bodenhausen |
| 15. | Barbara Baehr, individually and on behalf of Wayne Baehr, deceased | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00597-JAR | District Judge John A. Ross |
| 16. | James Ott | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00601-CDP | District Judge Catherine D. Perry |
| 17. | Debra Mincks, Executrix on behalf of the Estate of Larry Mincks, deceased | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00648-AGF | District Judge Audrey G. Fleissig |
| 18. | Arthur Verdugo | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00623-JMB | Magistrate Judge John M. Bodenhausen |
| 19. | David Fruits and Laura Fruits | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00646-HEA | District Judge Henry Edward Autrey |
| 20. | Joseph Hignett and Faith Hignett | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00619-PLC | Magistrate Judge Patricia L. Cohen |
| 21. | Hardy Pettway | Monsanto Co. | Northern District of Alabama (Southern) | 2:19-cv-00093-JEO | Magistrate Judge John E. Ott |