**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on March 29, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone:  (314) 222-2222
Email:   sethw@getbc.com

Counsel for Plaintiffs in *Browning v. Monsanto Co.*, No. 4:19-cv-00606-PLC (E.D. Mo.); *Albert v. Monsanto Co.*, No. 4:19-cv-00608-NAB (E.D. Mo.); *Cupp v. Monsanto Co.*, 4:19-cv-00647-SPM (E.D. Mo.); *Lawary v. Monsanto Co.*, No. 4:19-cv-00634-JMB (E.D. Mo.); *Oliver v. Monsanto Co.*, No. 4:19-cv-00321-JMB (E.D. Mo.); *Fohne v. Monsanto Co.*, No. 4:19-cv-00649-JMB (E.D. Mo.); *Brand v. Monsanto Co.*, No. 4:19-cv-00628-NAB (E.D. Mo.); *Tebay v. Monsanto Co.*, No. 4:19-cv-00452-PLC (E.D. Mo.); *Neill v. Monsanto Co.*, No. 4:19-cv-00322-SNLJ (E.D. Mo.); *Moore v. Monsanto Co.*, No. 4:19-cv-00279-PLC (E.D. Mo.); *Simmons v. Monsanto Co.*, No. 4:19-cv-00644-JAR (E.D. Mo.); *Musselman v. Monsanto Co.*, No. 4:19-cv-00643-CAS (E.D. Mo.); *Mansfield v. Monsanto Co.*, No. 4:19-cv-00332-JMB (E.D. Mo.); *Bellanger v. Monsanto Co.*, No. 4:19-cv-00547-JMB (E.D. Mo.); *Baehr v. Monsanto Co.*, No. 4:19-cv-00597-JAR (E.D. Mo.); *Ott v. Monsanto Co.*, No. 4:19-cv-00601-CDP (E.D. Mo.); *Mincks v. Monsanto Co.*, No. 4:19-cv-00648-AGF (E.D. Mo.); *Verdugo v. Monsanto Co.*, No. 4:19-cv-00623-JMB (E.D. Mo.); *Fruits v. Monsanto Co.*, No. 4:19-cv-00646-HEA (E.D. Mo.); *Hignett v. Monsanto Co.*, No. 4:19-cv-00619-PLC (E.D. Mo.).

Joel L. DiLorenzo
The DiLorenzo Law Firm, LLC
The Financial Center
505 20th Street North — Ste. 1275
Birmingham, AL 35203
Phone: (205) 212-9988
Email: joel@dilorenzo-law.com

Counsel for Plaintiff in *Pettway v. Monsanto Co.*, No. 2:19-cv-00093-JEO (N.D. Ala.).

Dated: March 29, 2019                    Respectfully submitted,

                                           /s/ Joe G. Hollingsworth
                                           Joe G. Hollingsworth, Esq.
                                           (jhollingsworth@hollingsworthllp.com)
                                           HOLLINGSWORTH LLP
                                           1350 I Street, N.W.
                                           Washington, D.C. 20005
                                           Phone: (202) 898-5800
                                           Fax:    (202) 682-1639

                                           *Attorneys for Defendant Monsanto Company*