**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Robert Barnett | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00672-SPM | Magistrate Judge Shirley Padmore Mensah |
| **2.** | David Kirby | Monsanto Co. | Western District of Kentucky (Bowling Green) | 1:19-cv-00038-GNS | Chief Judge Greg N. Stivers |