**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on April 2, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone:  (314) 222-2222
Email:   sethw@getbc.com

Counsel for Plaintiff in *Barnett v. Monsanto Co.*, No. 4:19-cv-00672-SPM (E.D. Mo.).

Lee L. Coleman
Hughes & Coleman Injury Lawyers, PLLC
1256 Campbell Lane, Suite 201
Bowling Green, KY 42104
Phone:  (270) 782-6000
Email:   lcoleman@hughesandcoleman.com

Counsel for Plaintiff in *Kirby v. Monsanto Co.*, No. 1:19-cv-00038-GNS (W.D. Ky.).

Rhon E. Jones
John E. Tomlinson
Beasley Allen Crow Methvin Portis & Miles, P.C.
218 Commerce Street
Montgomery, AL 36104
Phone:  (334) 269-2343
Email:   Rhon.Jones@BeasleyAllen.com
Email:   John.Tomlinson@BeasleyAllen.com

Co-counsel for Plaintiff in *Kirby v. Monsanto Co.*, No. 1:19-cv-00038-GNS (W.D. Ky.).

Dated: April 2, 2019                              Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*