BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION                MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|----------------|---------------|--------------|----------------------|-----------|
| 1. | Laurent Delsuc and Carol Leann Delsuc | Monsanto Co. | Western District of Washington (Seattle) | 2:19-cv-00461-RSM | Judge Ricardo S. Martinez |
| 2. | Kenneth J. Parsons | Monsanto Co. | Western District of Washington (Seattle) | 2:19-cv-00462-BJR | Judge Barbara J. Rothstein |
| 3. | David Robert Cohen | Monsanto Co. | Western District of Washington (Seattle) | 2:19-cv-00459-RAJ | Judge Richard A. Jones |
| 4. | Geneva Frady | Monsanto Co. | Western District of North Carolina (Asheville) | 1:19-cv-00027-MR-WCM | District Judge Martin Reidinger |