**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on April 3, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Corrie J. Yackulic
Corrie Yackulic Law Firm, PLLC
705 Second Avenue, #1300
Seattle, WA 98104
Phone: (206) 787-1915
Email: Corrie@cjylaw.com

Counsel for Plaintiffs in *Delsuc v. Monsanto Co.*, No. 2:19-cv-00461-RSM (W.D. Wash.); *Parsons v. Monsanto Co.*, No. 2:19-cv-00462-BJR (W.D. Wash.); *Cohen v. Monsanto Co.*, No. 2:19-cv-00459-RAJ (W.D. Wash.).

Doug Purcell
Purcell Legal & Mediation Services, PLLC
7127 196th St. SW
Suite 201
Lynnwood, WA 98036
Phone: (425) 774-0444
Email: dpurcell@purcelllegal.com

Co-counsel for Plaintiff in *Parsons v. Monsanto Co.*, No. 2:19-cv-00462-BJR (W.D. Wash.).

Matthew M. Villmer
Bo Caudill
Weaver, Bennett & Bland, P.A.
196 N. Trade St.
Matthews, NC 28105
Phone: (704) 844-1400
Email: mvillmer@wbbatty.com
Email: bcaudill@wbbatty.com

Counsel for Plaintiff in *Frady v. Monsanto Co.*, No. 1:19-cv-00027-MR-WCM (W.D.N.C.).

Kori Westbrook
Johnson Law Group
2925 Richmond Ave.
Suite 1700
Houston, TX 77098
Phone: (713) 626-9336
Email: kwestbrook@johnsonlawgroup.com

Co-counsel for Plaintiff in *Frady v. Monsanto Co.*, No. 1:19-cv-00027-MR-WCM (W.D.N.C.).

Dated: April 3, 2019                                  Respectfully submitted,


                                                      /s/ Joe G. Hollingsworth
                                                      Joe G. Hollingsworth, Esq.
                                                      (jhollingsworth@hollingsworthllp.com)
                                                      HOLLINGSWORTH LLP
                                                      1350 I Street, N.W.
                                                      Washington, D.C. 20005
                                                      Phone: (202) 898-5800
                                                      Fax:    (202) 682-1639

                                                      *Attorneys for Defendant Monsanto Company*