**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Ruth Gurley, individually and as Administrator of the Estate of Douglas N. Gurley | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00192-JAR | District Judge John A. Ross |
| **2.** | Peter Ludovicy and Mary J. Ludovicy | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00195-AGF | District Judge Audrey G. Fleissig |
| **3.** | Marek Lopacinski | Monsanto Co. | Western District of Texas (Waco) | 6:19-cv-00233-ADA-JCM | Judge Alan D. Albright |

1