**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on April 4, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Eric D. Holland
Holland Law Firm
300 North Tucker, Suite 801
St. Louis, MO 63101
Phone: (314) 241-8111
Email: eholland@allfela.com

Counsel for Plaintiffs in *Gurley v. Monsanto Co.*, No. 4:19-cv-00192-JAR (E.D. Mo.); *Ludovicy v. Monsanto Co.*, No. 4:19-cv-00195-AGF (E.D. Mo.).

Jessica L. Richman
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, NY 11050
Phone: (516) 723-4627
Email: jrichman@yourlawyer.com

Co-counsel for Plaintiffs in *Gurley v. Monsanto Co.*, No. 4:19-cv-00192-JAR (E.D. Mo.); *Ludovicy v. Monsanto Co.*, No. 4:19-cv-00195-AGF (E.D. Mo.).

Michael A. Simpson
Simpson, Simpson & Penepacker
1119 Halsell Street
Bridgeport, TX 76426
Phone:  (940) 683-4098
Email:   msimpson@simpsontriallawyers.com

Counsel for Plaintiff in *Lopacinski v. Monsanto Co.*, No. 6:19-cv-00233-ADA-JCM (W.D. Tex.).

Micah Dortch
Maryssa Simpson
Potts Law Firm
2911 Turtle Creek Blvd.
Suite 1000
Dallas, TX 75219
Phone:  (214) 396-9427
Email:   Mdortch@potts-law.com
Email:   Msimpson@potts-law.com

Co-counsel for Plaintiff in *Lopacinski v. Monsanto Co.*, No. 6:19-cv-00233-ADA-JCM (W.D. Tex.).

Dated: April 4, 2019                                          Respectfully submitted,


                                                              /s/ Joe G. Hollingsworth
                                                              Joe G. Hollingsworth, Esq.
                                                              (jhollingsworth@hollingsworthllp.com)
                                                              HOLLINGSWORTH LLP
                                                              1350 I Street, N.W.
                                                              Washington, D.C. 20005
                                                              Phone: (202) 898-5800
                                                              Fax:     (202) 682-1639

                                                              *Attorneys for Defendant Monsanto Company*