UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                                                          MDL No. 2741

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −128)**

On October 3, 2016, the Panel transferred 19 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 214 F.Supp.3d 1346 (J.P.M.L. 2016). Since that time, 861 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Vince Chhabria.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Chhabria.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 3, 2016, and, with the consent of that court, assigned to the Honorable Vince Chhabria.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                                                 MDL No. 2741

### SCHEDULE CTO−128 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 2 | 19−00093 | Pettway v. Monsanto Company |
| KENTUCKY WESTERN | | | |
| KYW | 1 | 19−00038 | Kirby v. Monsanto Company |
| MISSOURI EASTERN | | | |
| MOE | 4 | 19−00192 | Ruth Gurley v. Monsanto Company et al |
| MOE | 4 | 19−00195 | Ludovicy et al v. Monsanto Company et al |
| MOE | 4 | 19−00279 | Moore v. Monsanto Company |
| MOE | 4 | 19−00321 | Oliver et al v. Monsanto Company |
| MOE | 4 | 19−00322 | Neill et al v. Monsanto Company |
| MOE | 4 | 19−00332 | Mansfield et al v. Monsanto Company |
| MOE | 4 | 19−00452 | Tebay et al v. Monsanto Company |
| MOE | 4 | 19−00547 | Bellanger et al v. Monsanto Company |
| MOE | 4 | 19−00597 | Baehr v. Monsanto Company |
| MOE | 4 | 19−00601 | Ott v. Monsanto Company |
| MOE | 4 | 19−00606 | Browning et al v. Monsanto Company |
| MOE | 4 | 19−00608 | Albert v. Monsanto Company |
| MOE | 4 | 19−00619 | Hignett et al v. Monsanto Company |
| MOE | 4 | 19−00623 | Verdugo v. Monsanto Company |
| MOE | 4 | 19−00628 | Brand v. Monsanto Company |
| MOE | 4 | 19−00634 | Lawary v. Monsanto Company |
| MOE | 4 | 19−00643 | Musselman et al v. Monsanto Company |
| MOE | 4 | 19−00644 | Simmons et al v. Monsanto Company |
| MOE | 4 | 19−00646 | Fruits et al v. Monsanto Company |
| MOE | 4 | 19−00647 | Cupp v. Monsanto Company |
| MOE | 4 | 19−00648 | Mincks v. Monsanto Company |
| MOE | 4 | 19−00649 | Fohne et al v. Monsanto Company |
| MOE | 4 | 19−00672 | Barnett v. Monsanto Company |
| NORTH CAROLINA WESTERN | | | |

| | | | |
|---|---|---|---|
| NCW | 1 | 19−00027 | Frady v. Monsanto Company |

TEXAS WESTERN

| | | | |
|---|---|---|---|
| TXW | 6 | 19−00233 | Lopacinski v. Monsanto Company |

WASHINGTON WESTERN

| | | | |
|---|---|---|---|
| WAW | 2 | 19−00459 | Cohen v. Monsanto Company |
| WAW | 2 | 19−00461 | Delsuc et al v. Monsanto Company |
| WAW | 2 | 19−00462 | Parsons v. Monsanto Company |