BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |

## **NOTICE OF POTENTIAL TAG-ALONG ACTION**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation (the "Panel"), Moll Law Group hereby writes to notify you of the potential tag-along actions for the plaintiffs listed on the attached Schedule of Action.

Respectfully submitted, this 8th day of April, 2019,

                                                MOLL LAW GROUP

                                                By:  /s/ Stephen Cady
                                                Stephen Cady
                                                Illinois Bar No. 6326659
                                                MOLL LAW GROUP
                                                22 W Washington Street
                                                15th Floor
                                                Chicago, IL 60602
                                                T: (312) 462-1700
                                                F: (312) 756-0045
                                                scady@molllawgroup.com

                                                Ken Moll
                                                Illinois Bar No. 6199874
                                                MOLL LAW GROUP
                                                22 W Washington Street
                                                15th Floor
                                                Chicago, IL 60602
                                                T: (312) 462-1700
                                                F: (312) 756-0045
                                                kmoll@molllawgroup.com

                                                **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2019, I electronically filed the foregoing document with the Clerk of the Court for the Judicial Panel on Multidistrict Litigation using the CM/ECF system, and furnished a copy by electronic mail to the following parties:

Joe G. Hollingsworth
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
jhollingsworth@hollingsworthllp.com
**Attorneys for Defendant
MONSANTO COMPANY**

        MOLL LAW GROUP

        By: /s/ Stephen Cady
        Stephen Cady
        Illinois Bar No. 6326659
        MOLL LAW GROUP
        22 W Washington Street,
        15th Floor
        Chicago, IL 60602
        T: (312) 462-1700
        F: (312) 756-0045
        scady@molllawgroup.com

        Ken Moll
        Illinois Bar No. 6199874
        MOLL LAW GROUP
        22 W Washington Street,
        15th Floor
        Chicago, IL 60602
        T: (312) 462-1700
        F: (312) 756-0045
        kmoll@molllawgroup.com
        **ATTORNEYS FOR PLAINTIFF**