BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION | MDL NO: 2741 |
|---|---|

## SCHEDULE OF ACTIONS

| Plaintiff | Defendant | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| James Erb | Monsanto Company | Northern District of Illinois | 1:19-cv-02282 | Jorge Alonso |
| Garland Batherson | Monsanto Company | Northern District of Illinois | 1:19-cv-02285 | Sara Ellis |
| Ricky Smith | Monsanto Company | Northern District of Illinois | 1:19-cv-02289 | Charles Norgle, Sr. |
| John Schafer | Monsanto Company | Northern District of Illinois | 1:19-cv-02292 | Robert Dow, Jr. |
| Nichole Shultz | Monsanto Company | Northern District of Illinois | 1:19-cv-02304 | Robert Dow, Jr. |
| Janeil Chatman | Monsanto Company | Northern District of Illinois | 1:19-cv-02293 | Virginia Kendall |

Respectfully submitted, this April 8, 2019

MOLL LAW GROUP

By: */s/ Stephen Cady*
Stephen Cady
Illinois Bar No. 6326659
MOLL LAW GROUP
22 W Washington Street, 15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
scady@molllawgroup.com

Ken Moll
Illinois Bar No. 6199874
MOLL LAW GROUP
22 W Washington Street, 15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
kmoll@molllawgroup.com
**COUNSEL FOR PLAINTIFF**