**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| 1. | Thomas L. Allen and Stephanie Allen | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00659-AGF | District Judge Audrey G. Fleissig |
| 2. | Raymond Brode and Deborah Brode | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00651-JAR | District Judge John A. Ross |
| 3. | David Butkovich and Candice Butkovich | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00653-HEA | District Judge Henry Edward Autrey |
| 4. | Robert E. Collins | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00657-JAR | District Judge John A. Ross |
| 5. | Dudley Fishburn and Belinda Fishburn | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00656-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 6. | Neil A. Grant and Donna Grant | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00664-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 7. | Brent A. Heisch and Tricia Heisch | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00517-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 8. | David V. Jones and Sabrina Jones | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00654-PLC | Magistrate Judge Patricia L. Cohen |
| 9. | Thomas L. Madigan and Norma Madigan | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00658-AGF | District Judge Audrey G. Fleissig |

|     |                                                   |              |                                           |                          |                                         |
|-----|---------------------------------------------------|--------------|-------------------------------------------|--------------------------|-----------------------------------------|
| 10. | Alexander P. Malandrinos and Eleni Malandrinos    | Monsanto Co. | Eastern District of Missouri (St. Louis)  | 4:19-cv-00655-DDN        | Magistrate Judge David D. Noce          |
| 11. | Craig R. Murphy and Donna Murphy                  | Monsanto Co. | Eastern District of Missouri (St. Louis)  | 4:19-cv-00665-AGF        | District Judge Audrey G. Fleissig       |
| 12. | Betty J. Nolan                                    | Monsanto Co. | Eastern District of Missouri (St. Louis)  | 4:19-cv-00650-PLC        | Magistrate Judge Patricia L. Cohen      |
| 13. | Loretta J. Oldham and Larry Oldham                | Monsanto Co. | Eastern District of Missouri (St. Louis)  | 4:19-cv-00675-JMB        | Magistrate Judge John M. Bodenhausen    |
| 14. | Maxine F. Page and Donald Page                    | Monsanto Co. | Eastern District of Missouri (St. Louis)  | 4:19-cv-00652-JMB        | Magistrate Judge John M. Bodenhausen    |
| 15. | Jean L. Reed                                      | Monsanto Co. | Eastern District of Missouri (St. Louis)  | 4:19-cv-00663-CDP        | District Judge Catherine D. Perry       |
| 16. | Robert T. Ruby                                    | Monsanto Co. | Eastern District of Missouri (St. Louis)  | 4:19-cv-00662-CAS        | District Judge Charles A. Shaw          |
| 17. | Patricia A. Swanson and Dale E. Swanson           | Monsanto Co. | Eastern District of Missouri (St. Louis)  | 4:19-cv-00674-AGF        | District Judge Audrey G. Fleissig       |
| 18. | Bobby Winterringer                                | Monsanto Co. | Eastern District of Missouri (St. Louis)  | 4:19-cv-00661-CDP        | District Judge Catherine D. Perry       |