**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on April 9, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone:  (314) 222-2222
Email:   sethw@getbc.com

Counsel for Plaintiffs in *Allen v. Monsanto Co.*, No. 4:19-cv-00659-AGF (E.D. Mo.); *Brode v. Monsanto Co.*, No. 4:19-cv-00651-JAR (E.D. Mo.); *Butkovich v. Monsanto Co.*, No. 4:19-cv-00653-HEA (E.D. Mo.); *Collins v. Monsanto Co.*, No. 4:19-cv-00657-JAR (E.D. Mo.); *Fishburn v. Monsanto Co.*, No. 4:16-cv-00656-SNLJ (E.D. Mo.); *Grant v. Monsanto Co.*, No. 4:19-cv-00664-SNLJ (E.D. Mo.); *Heisch v. Monsanto Co.*, No. 4:19-cv-00517-SNLJ (E.D. Mo.); *Jones v. Monsanto Co.*, No. 4:19-cv-00654-PLC (E.D. Mo.); *Madigan v. Monsanto Co.*, No. 4:19-cv-00658-AGF (E.D. Mo.); *Malandrinos v. Monsanto Co.*, No. 4:19-cv-00655-DDN (E.D. Mo.); *Murphy v. Monsanto Co.*, No. 4:19-cv-00665-AGF (E.D. Mo.); *Nolan v. Monsanto Co.*, No. 4:19-cv-00650-PLC (E.D. Mo.); *Oldham v. Monsanto Co.*, No. 4:19-cv-00675-JMB (E.D. Mo.); *Page v. Monsanto Co.*, No. 4:19-cv-00652-JMB (E.D. Mo.); *Reed v. Monsanto Co.*, No. 4:19-cv-00663-CDP (E.D. Mo.); *Ruby v. Monsanto Co.*, No. 4:19-cv-00662-CAS (E.D. Mo.); *Swanson v. Monsanto Co.*, No. 4:19-cv-00674-AGF (E.D. Mo.); *Winterringer v. Monsanto Co.*, No. 4:19-cv-00661-CDP (E.D. Mo.).

Dated: April 9, 2019                                         Respectfully submitted,

                                              /s/ Joe G. Hollingsworth
                                              Joe G. Hollingsworth, Esq.
                                              (jhollingsworth@hollingsworthllp.com)
                                              HOLLINGSWORTH LLP
                                              1350 I Street, N.W.
                                              Washington, D.C. 20005
                                              Phone: (202) 898-5800
                                              Fax:    (202) 682-1639

                                              *Attorneys for Defendant Monsanto Company*