## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

| | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | John H. Brewster and Judith M. Brewster | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00376-CDP | District Judge Catherine D. Perry |
| 2. | Barbara L. Perry | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00281-SPM | Magistrate Judge Shirley Padmore Mensah |
| 3. | Susan C. Pippi and Augustine Pippi, Jr. | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00285-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 4. | Alvin F. Rieger and Carol M. Rieger | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00287-JAR | District Judge John A. Ross |
| 5. | Paul H. Ross and Judith Ross | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00289-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 6. | Wilson K. Seibert and Diane Seibert | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00290-NAB | Magistrate Judge Nannette A. Baker |
| 7. | Edgar W. Snyder and Barbara L. Snyder | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00291-AGF | District Judge Audrey G. Fleissig |
| 8. | Gary D. Swain and Shannon Swain | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00294-HEA | District Judge Henry Edward Autrey |
| 9. | Michael H. Todd and Janice C. Todd | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00317-HEA | District Judge Henry Edward Autrey |

| | | | | | |
|---|---|---|---|---|---|
| **10.** | Keith E. Walter | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00296-HEA | District Judge Henry Edward Autrey |
| **11.** | Randall E. Watters and Lisa Watters | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00297-HEA | District Judge Henry Edward Autrey |
| **12.** | Ronald D. Wilkening and Melva J. Wilkening | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00298-AGF | District Judge Audrey G. Fleissig |
| **13.** | Virginia R. Williams | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00299-JAR | District Judge John A. Ross |
| **14.** | Wallace M. Wooderson and Loretta Wooderson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00377-HEA | District Judge Henry Edward Autrey |
| **15.** | Raymond J. Yeager | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00286-AGF | District Audrey G. Fleissig |