**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on April 11, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone:  (314) 222-2222
Email:   sethw@getbc.com

Counsel for Plaintiffs in *Brewster v. Monsanto Co.*, No. 4:19-cv-00376-CDP (E.D. Mo.); *Perry v. Monsanto Co.*, No. 4:19-cv-00281-SPM (E.D. Mo.); *Pippi v. Monsanto Co.*, No. 4:19-cv-00285-SNLJ (E.D. Mo.); *Rieger v. Monsanto Co.*, No. 4:19-cv-00287-JAR (E.D. Mo.); *Ross v. Monsanto Co.*, No. 4:19-cv-00289-SNLJ (E.D. Mo.); *Seibert v. Monsanto Co.*, No. 4:19-cv-00290-NAB (E.D. Mo.); *Snyder v. Monsanto Co.*, No. 4:19-cv-00291-AGF (E.D. Mo.); *Swain v. Monsanto Co.*, No. 4:19-cv-00294-HEA (E.D. Mo.); *Todd v. Monsanto Co.*, No. 4:19-cv-00317-HEA (E.D. Mo.); *Walter v. Monsanto Co.*, No. 4:19-cv-00296-HEA (E.D. Mo.); *Watters v. Monsanto Co.*, No. 4:19-cv-00297-HEA (E.D. Mo.); *Wilkening v. Monsanto Co.*, No. 4:19-cv-00298-AGF (E.D. Mo.); *Williams v. Monsanto Co.*, No. 4:19-cv-00299-JAR (E.D. Mo.); *Wooderson v. Monsanto Co.*, No. 4:19-cv-00377-HEA (E.D. Mo.); *Yeager v. Monsanto Co.*, No. 4:19-cv-00286-AGF (E.D. Mo.).

Dated: April 11, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*