## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS                          MDL No. 2741
LIABILITY LITIGATION

### MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Ronald Smith | Monsanto Co., Helena Agri-Enterprises, LLC, and South Carolina Department of Transportation | District of South Carolina (Florence) | 4:19-cv-01103-MDL | Unassigned |
| 2. | Keith Cichy | Bayer Corp., Monsanto Co., Northwestern Memorial Hospital, Northwestern Medical Faculty Foundation, and Olga Frankfurt, M.D. | Northern District of Illinois (Chicago) | 1:19-cv-02548 | Judge Jorge L. Alonso |
| 3. | Francis J. Cossentino and Diana Lynn Cossentino | Monsanto Co. | Southern District of Ohio (Cincinnati) | 1:19-cv-00210-TSB | Judge Timothy S. Black |