**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on April 16, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following:

Eric M. Poulin
Roy T. Willey, IV
Matthew L. Nall
Lane D. Jefferies
Kenneth T. David
Anastopoulo Law Firm, LLC
32 Ann Street
Charleston, SC 29418
Phone:  (843) 614-8888
Email:  eric@akimlawfirm.com
Email:  roy@akimlawfirm.com
Email:  matt@akimlawfirm.com
Email:  lane@akimlawfirm.com
Email:  kenneth@akimlawfirm.com

Counsel for Plaintiff in *Smith v. Monsanto Co.*, No. 4:19-cv-01103-MDL (D.S.C.).

Ronald K. Wray, II
James A. Bradshaw
Gallivan, White & Boyd, P.A.
55 Beattie Place, Suite 1200
Greenville, SC 29603
Phone:  (864) 271-9580
Email:  rwray@gwblawfirm.com
Email:  dbradshaw@gwblawfirm.com

Counsel for Defendant Helena Agri-Enterprises, LLC in *Smith v. Monsanto Co.*, No. 4:19-cv-01103-MDL (D.S.C.).

Lisa A. Thomas
Thompson & Henry, P.A.
1300 Second Avenue, Third Floor (29526)
Conway, SC 29529
Phone: (843) 248-5741
Email: lthomas@thompsonlaw.com

Counsel for Defendant South Carolina Department of Transportation in *Smith v. Monsanto Co.*, No. 4:19-cv-01103-MDL (D.S.C.).

Copies of the foregoing were not served on Defendant Monsanto Enviro-Chem Systems, Inc., Defendant Monsanto Production Supply LLC, and Defendant Naturchem, Inc., all of which have been dismissed in the case prior to removal.

David J. Gallagher
Motherway & Napleton, LLP
140 S. Dearborn, Suite 1500
Chicago, IL 60603
Phone: (312) 726-2699
Email: dgallagher@mnlawoffice.com

Counsel for Plaintiff in *Cichy v. Monsanto Co.*, No. 1:19-cv-02548 (N.D. Ill.).

Dominique Savinelli
James P. O'Shea II
HUSCH BLACKWELL LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606-3912
Phone: (312) 655-1500
Email: Dominique.Savinelli@huschblackwell.com
Email: James.Oshea@huschblackwell.com

Counsel for Defendant Bayer Corporation in *Cichy v. Monsanto Co.*, No. 1:19-cv-02548 (N.D. Ill.).

Copies of the foregoing were also caused to be served via first class mail on Defendant Northwestern Memorial Hospital (which has not yet entered an appearance in *Cichy v. Monsanto Co. et al.*), as follows:

> Danae K. Prousis
> Registered Agent for Northwestern Memorial Hospital
> 211 East Ontario St. Suite 1800
> Chicago, IL 60611

Copies of the foregoing were also caused to be served via first class mail on Defendant Northwestern Medical Faculty Foundation (which has not yet entered an appearance in *Cichy v. Monsanto Co. et al.*), as follows:

>   Danae K. Prousis
>   Registered Agent for Northwestern Medical Faculty Foundation
>   211 East Ontario St. Suite 1800
>   Chicago, IL 60611

Copies of the foregoing were also caused to be served via first class mail on Defendant Olga Frankfurt, M.D. (who has not yet entered an appearance in *Cichy v. Monsanto Co. et al.*), as follows:

>   Olga Frankfurt, M.D.
>   Northwestern Memorial Hospital
>   Arkes Family Pavilion, Suite 850
>   676 N. Saint Clair St.
>   Chicago IL 60611

Damon B. Willis
EWING & WILLIS
6009 Brownsboro Park Blvd., Suite B
Louisville, KY 40207
Phone:  (502) 585-5800
Email:  damonwillislawyer@yahoo.com

Counsel for Plaintiff in *Cossentino v. Monsanto Co.*, No. 1:19-cv-00210-TSB (S.D. Ohio).

Jennifer A. Moore
Ashton Rose Smith
MOORE LAW GROUP, PLLC
1473 S. Fourth Street
Louisville, KY 40208
Phone:  (502) 717-4080
Email:  jennifer@moorelawgroup.com
Email:  ashton@moorelawgroup.com

Co-counsel for Plaintiff in *Cossentino v. Monsanto Co.*, No. 1:19-cv-00210-TSB (S.D. Ohio).

Dated: April 16, 2019                                  Respectfully submitted,

                /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*