BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Joseph D. Billings | Monsanto Co. | Northern District of Alabama (Western) | 7:19-cv-00509-RDP | Judge R. David Proctor |
| 2. | Wesley A. Smith | Monsanto Co. | Eastern District of Kentucky (Lexington) | 5:19-cv-00157-JMH | Judge Joseph M. Hood |
| 3. | Kendall M. Adams and Sheila Adams | Monsanto Co. | Eastern District of Kentucky (Lexington) | 5:19-cv-00158-DCR | Judge Danny C. Reeves |