BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on April 18, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Joel L. DiLorenzo
The DiLorenzo Law Firm, LLC
The Financial Center
505 20th Street North, Ste. 1275
Birmingham, AL 35203
Phone: (205) 212-9988
Email: joel@dilorenzo-law.com

Counsel for Plaintiff in *Billings v. Monsanto Co.*, No. 7:19-cv-00509-RDP (N.D. Ala.).

Ashton Rose Smith
Jennifer A. Moore
Moore Law Group, PLLC
1473 South 4th Street
Louisville, KY 40208
Phone: (502) 717-4080
Email: ashton@moorelawgroup.com
Email: jennifer@moorelawgroup.com

Counsel for Plaintiffs in *Smith v. Monsanto Co.*, No.5:19-cv-00157-JMH (E.D. Ky.); *Adams v. Monsanto Co.*, No. 5:19-cv-00158-DCR (E.D. Ky.).

Dated: April 18, 2019                                  Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*