UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                          MDL No. 2741

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −130)**

On October 3, 2016, the Panel transferred 19 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 214 F.Supp.3d 1346 (J.P.M.L. 2016). Since that time, 895 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Vince Chhabria.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Chhabria.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 3, 2016, and, with the consent of that court, assigned to the Honorable Vince Chhabria.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                              MDL No. 2741

### SCHEDULE CTO−130 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 7 | 19−00509 | Billings v. Monsanto Company |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 19−02548 | Cichy v. Bayer Corporation et al |
| KENTUCKY EASTERN | | | |
| KYE | 5 | 19−00157 | Smith v. Monsanto Company |
| KYE | 5 | 19−00158 | Adams et al v. Monsanto Company |
| KYE | 5 | 19−00160 | Lewis v. Monsanto Company |
| MISSOURI EASTERN | | | |
| MOE | 4 | 19−00281 | Perry v. Monsanto Company |
| MOE | 4 | 19−00285 | Pippi et al v. Monsanto Company |
| MOE | 4 | 19−00286 | Yeager v. Monsanto Company |
| MOE | 4 | 19−00287 | Rieger et al v. Monsanto Company |
| MOE | 4 | 19−00289 | Ross et al v. Monsanto Company |
| MOE | 4 | 19−00290 | Seibert et al v. Monsanto Company |
| MOE | 4 | 19−00291 | Snyder et al v. Monsanto Company |
| MOE | 4 | 19−00294 | Swain et al v. Monsanto Company |
| MOE | 4 | 19−00296 | Walter v. Monsanto Company |
| MOE | 4 | 19−00297 | Watters et al v. Monsanto Company |
| MOE | 4 | 19−00298 | Wilkening et al v. Monsanto Company |
| MOE | 4 | 19−00299 | Williams v. Monsanto Company |
| MOE | 4 | 19−00317 | Todd et al v. Monsanto Company |
| MOE | 4 | 19−00376 | Brewster et al v. Monsanto Company |
| MOE | 4 | 19−00377 | Wooderson et al v. Monsanto Company |
| OHIO SOUTHERN | | | |
| OHS | 1 | 19−00210 | Cossentino et al. v. Monsanto Company |

SOUTH CAROLINA

    SC        4        19−01103        Smith v. Monsanto Company et al

WASHINGTON WESTERN

    WAW      2        19−00504        Mazzeo v. Monsanto Company