**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                    MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Larry E. Harter and Delores Harter | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00375-AGF | District Judge Audrey G. Fleissig |
| 2. | Peter Kiko and Joan Kiko | Monsanto Co. | Northern District of Ohio (Akron) | 5:19-cv-00256-SL | Judge Sara Lioi |
| 3. | Eugenio Payes, Diane Rivera, individually and as surviving heir of Jimmie Cisneros, deceased, Robert Lacey, Betty Zimmer, individually and as surviving heir of Frieda Giannone, deceased, Daniel Munch, William Mead, Justin Goik, Steven Livermore, Arlen Swartz, individually and as surviving heir of Patricia Swartz, deceased, Francis Wilcome, Henry Hoefer, Ralph Vitale, David Baldwin, Jeffrey Crooks, Charleen Trefry, William Rice, Rodney Arceneaux, Karmen Tucker, | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00916-DDN | Magistrate Judge David D. Noce |

| | Deborah Miller, individually and as surviving heir of Gideon Miller, deceased, Evelyn Morse, and Terry Benson | | | | |
|---|---|---|---|---|---|