**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on April 22, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following:

Seth S. Webb
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone:  (314) 222-2222
Email:   sethw@getbc.com

Counsel for Plaintiffs in *Harter v. Monsanto Co.*, No. 4:19-cv-00375-AGF (E.D. Mo.).

Margaret M. Murray
Murray & Murray Co., LPA
111 East Shoreline Drive
Sandusky, OH 44870
Phone:  (419) 624-3000
Email:   mmm@murrayandmurray.com

Counsel for Plaintiffs in *Kiko v. Monsanto Co.*, No. 5:19-cv-00256-SL (N.D. Ohio).

Michael S. Gruber
Jason N. Bing
Gruber, Thomas & Co.
6370 Mt. Pleasant Street, NW
North Canton, OH 44720
Phone:  (330) 497-2886
Email:   mgrub@gruberthomas.com
Email:   jbing@gruberthomas.com

Co-counsel for Plaintiffs in *Kiko v. Monsanto Co.*, No. 5:19-cv-00256-SL (N.D. Ohio).

1

Emily J. Kirk
Kristy M. Arevalo
McCune Wright Arevalo, LLP
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Phone: (909) 557-1250
Email: ejk@mccunewright.com
Email: kma@mccunewright.com

Counsel for Plaintiffs in *Payes v. Monsanto Co.*, No. 4:19-cv-00916-DDN (E.D. Mo.).

Daniel R. Weltin
The Law Offices of Daniel R. Weltin, P.C.
14895 E. 14th Street, Suite 350
San Leandro, CA 94578-2988
Phone: (510) 856-4421
Email: daniel@danielweltin.com

Co-counsel for Plaintiffs in *Payes v. Monsanto Co.*, No. 4:19-cv-00916-DDN (E.D. Mo.).

Dated: April 22, 2019                     Respectfully submitted,

                                          /s/ Joe G. Hollingsworth
                                          Joe G. Hollingsworth, Esq.
                                          (jhollingsworth@hollingsworthllp.com)
                                          HOLLINGSWORTH LLP
                                          1350 I Street, N.W.
                                          Washington, D.C. 20005
                                          Phone: (202) 898-5800
                                          Fax:    (202) 682-1639

                                          *Attorneys for Defendant Monsanto Company*