BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | David Paul Garthwaite | Monsanto Co. | Southern District of California (San Diego) | 3:19-cv-00133-AJB-JLB | Judge Anthony J. Battaglia |
| **2.** | Scott Rawls | Monsanto Co. | Northern District of Georgia (Atlanta) | 1:19-cv-01630-MHC | Judge Mark H. Cohen |