**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on April 24, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Deborah S. Kerr
Goldberg & Osborne LLP
915 W. Camelback Road
Phoenix, AZ 85013
Phone:  (602) 808-6784
Email:   dkerr@1800theeagle.com

Counsel for Plaintiff in *Garthwaite v. Monsanto Co.*, No. 3:19-cv-00133-AJB-JLB (S.D. Cal.).

Jason Edward Ochs
Ochs Law Firm, PC
690 US 89, Ste. 206
Jackson, WY 83001
Phone:  (307) 739-3959
Email:  Jason@ochslawfirm.com

Counsel for Plaintiff in *Rawls v. Monsanto Co.*, No. 1:19-cv-01630-MHC (N.D. Ga.).

Justyn D. Alioto
Mills & Hoopes, LLC
1550 N. Brown Road
Suite 130
Lawrenceville, GA 30043
Phone:  (770) 513-8111
Email:   justyn@millshoopeslaw.com

Co-counsel for Plaintiff in *Rawls v. Monsanto Co.*, No. 1:19-cv-01630-MHC (N.D. Ga.).

Dated: April 24, 2019 Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*