# BEFORE THE UNITED STATES JUDICIAL PANEL ON

# MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation | MDL Docket No. 2741 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation plaintiff Robert Ramirez writes to notify you of the potential tag along action listed on the attached Schedule of Action. A docket sheet and complaint is attached.

Respectuflly Submitted.

Dated this April 24, 2019            s/ William M. Audet

William M. Audet
waudet@audetlaw.com
AUDET & PARTNERS, LLP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
(415) -568-2555

*Attorney for Plaintiff Robert Ramirez*