# BEFORE THE UNITED STATES JUDICIAL PANEL ON

# MULTIDISTRICT LITIGATION

| IN RE: Roundup Products Liability Litigation | MDL Docket No. 2741 |

## SCHEDULE OF ACTIONS

| ACTION | PLAINTIFF | DISTRICT | JUDGE |
| --- | --- | --- | --- |
| *Ramirez v. Monsanto Company*<br><br>19-cv-02224-DMR | Robert Ramirez | Northern District of California | Magistrate Judge Donna M. Ryu |

Respectuflly Submitted.

Dated this April 24, 2019

    s/ William M. Audet

William M. Audet
waudet@audetlaw.com
AUDET & PARTNERS, LLP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
(415) -568-2555

*Attorney for Plaintiff Robert Ramirez*

1       Case No.: MDL Docket No. 2741
Schedule of Tag-Along Action