BEFORE THE UNITED STATES JUDICIAL PANEL ON

MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: Roundup Products Liability Litigation | MDL Docket No. 2741 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I, William M. Audet, *Attorney for Plaintiff Robert Ramirez*, hereby certifiy that copies of a Notice of a Potenial Tag-Along Action, <u>Robert Ramirez v. Monsanto Company</u>, Case No. 19-cv-02224-DMR, (N.D. Cal.), was served on all parties in the following case electronically via the ECF system on April 24, 2019, or by First Class Mail as indicated below:

Copies of the foregoing were also caused to be served via first class mail on Defendant Monsanto Company, who have not been served with the summons or complaint in <u>Robert Ramirez v. Monsanto Company</u>, Case No. 19-cv-02224-DMR, (N.D. Cal.), as indicated below:

| BAYER CORPORATION<br>Attn: General Counsel<br>100 Bayer Blvd.<br>Whippany, New Jersey 07981 | MONSANTO COMPANY<br>800 N. Lindbergh Blvd<br>Saint Louis Missouri 63167 | MONSANTO COMPANY<br>c/o CSC - Lawyers Incorporating Service<br>2710 GATEWAY OAKS DRIVE<br>SUITE 150N,<br>SACRAMENTO,<br>California 95833 |
|---|---|---|

> Chambers Copies of the foregoing were also caused to be served via hand delivery to the Honorable District Judge Vince Chhabria:
>
> In re: Roundup Products Liability Litigation
> (MDL No. 2741) Case No. 16-MD-2741-VC
> c/o Kristen Melen, Courtroom Deputy to Judge Chhabira
> San Francisco Courthouse, Courtroom 4 - 17th Floor
> 450 Golden Gate Avenue, San Francisco, CA 94102

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated this April 24, 2019            s/ William M. Audet

                                           William M. Audet
                                           waudet@audetlaw.com
                                           AUDET & PARTNERS, LLP
                                           711 Van Ness Avenue, Suite 500
                                           San Francisco, CA 94102
                                           (415) -568-2555

                                           *Attorney for Plaintiff Robert Ramirez*