BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL No. 2741 – In re ROUNDUP PRODUCTS LIABILITY LITIGATION

Keith Cichy v. Bayer Corp., et al. N.D. Illinois C.A. No. 1:19-cv-02548

NOTICE OF OPPOSITION TO CTO-130

I represent plaintiff Keith Cichy in the above captioned action which is included on the conditional transfer order (CTO-130). Plaintiff Keith Cichy submits this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

Sincerely,

|x| David J. Gallagher

Motherway & Napleton, LLP.
140 S. Dearborn Street, Suite 1500
Chicago, Illinois 60603
Ph: (312) 726-2699
Fax: (312) 726-6851
Dgallagher@mnlawoffice.com

Counsel for Keith Cichy