**CERTIFICATE OF SERVICE BY MAIL**

      I, David J. Gallagher, hereby certify that on this 25th day of April, 2019, I mailed a copy of the Notice of Opposition to CTO-130 to the following named individuals. I declare under penalty of perjury that the foregoing is true and correct.

Northwestern Medical Faculty Foundation
c/o Marie K. Lynch
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611

Northwestern Memorial Hospital
c/o Marie K. Lynch
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611

Olga Frankfurt, M.D.
c/o Marie K. Lynch
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611

    /s/ David J. Gallagher
    MOTHERWAY & NAPLETON, LLP
    140 S. Dearborn St. Suite 1500
    Chicago, IL  60603
    (312) 726-2699
    (312) 726-6851 Fax
    dgallagher@mnlawoffice.com
    *Attorney for Plaintiff Keith Cichy*