# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received: 4/24/19**

**District Court: E.D. Louisana**

Number of Actions: 1

**Complaints and Docket Sheets are attached.**

_____
CLERK OF THE PANEL