**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|----------------|---------------|--------------|----------------------|-----------|
| 1. | Roberto Munoz | Monsanto Co. | District of Kansas (Wichita) | 6:19-cv-01084-JWB-TJJ | District Judge John W. Broomes |
| 2. | Kevin Bullock | Monsanto Co. | Northern District of Illinois (Chicago) | 1:19-cv-02418 | Judge Manish S. Shah |
| 3. | Jason Laurianti | Monsanto Co. | Western District of Pennsylvania (Erie) | 1:19-cv-00107-CB | Judge Cathy Bissoon |