**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on April 29, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Andrew W. Hutton
Daniel K. Back
Hutton & Hutton Law Firm, L.L.C.
8100 E 22nd Street North, Suite 1200
Wichita, KS 67226
Phone:  (316) 688-1166
Email:  andrew.hutton@huttonlaw.com
Email:  daniel.back@huttonlaw.com

Counsel for Plaintiff in *Munoz v. Monsanto Co.*, No. 6:19-cv-01084-JWB-TJJ (D. Kan.).

Kenneth Brennan
TorHoerman Law LLC
227 W. Monroe Street, Suite 2650
Chicago, IL 60606
Phone:  (312) 313-2273
Email:  Kbrennan@thlawyer.com

Counsel for Plaintiff in *Bullock v. Monsanto Co.*, No. 1:19-cv-02418 (N.D. Ill.).

Jason Edward Ochs
Ochs Law Firm, PC
690 US 89, Suite 206
Jackson, WY 83001
Phone:  (307) 739-3959
Email:  Jason@ochslawfirm.com

Co-counsel for Plaintiff in *Bullock v. Monsanto Co.*, No. 1:19-cv-02418 (N.D. Ill.).

1

Eric T. Chaffin
Roopal P. Luhana
Chaffin Luhana, LLP
600 3rd Avenue, 12th Floor
New York, NY 10016
Phone:  (888) 480-1123
Email:  chaffin@chaffinluhana.com
Email:  luhana@chaffinluhana.com

Counsel for Plaintiff in *Laurianti v. Monsanto Co.*, No. 1:19-cv-00107-CB (W.D. Pa.).

Brittany R. Ford
Abbott Law Group, P.A.
2929 Plummer Cove Road
Jacksonville, FL 32223
Phone:  (904) 292-1111
Email:  bford@abbottlawpa.com

Co-counsel for Plaintiff in *Laurianti v. Monsanto Co.*, No. 1:19-cv-00107-CB (W.D. Pa.).


Dated: April 29, 2019                          Respectfully submitted,


                                               /s/ Joe G. Hollingsworth
                                               Joe G. Hollingsworth, Esq.
                                               (jhollingsworth@hollingsworthllp.com)
                                               HOLLINGSWORTH LLP
                                               1350 I Street, N.W.
                                               Washington, D.C. 20005
                                               Phone: (202) 898-5800
                                               Fax:    (202) 682-1639

                                               *Attorneys for Defendant Monsanto Company*