**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Jeffrey Denson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00975-NAB | Magistrate Judge Nannette A. Baker |
| **2.** | Victor J. Dubourg, Sr. and Carol M. Dubourg | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00265-AGF | District Judge Audrey G. Fleissig |