**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| **1.** | Estate of Stanley Wiley, by and through his personal representative Janice Wiley, and Janice Wiley, surviving spouse of Stanley Wiley on behalf of all legal heirs of Stanley Wiley | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01001-JMB | Magistrate Judge John M. Bodenhausen |
| **2.** | Judith Benge, individually and as executor of the estate of Bruce Kiel Benge, deceased | Monsanto Co. | Northern District of Georgia (Rome) | 4:19-cv-00077-HLM | Judge Harold L. Murphy |

1