**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on May 1, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

E. Elliot Adler
Brittany S. Zummer
Adler Law Group, APLC
402 W. Broadway, Ste. 860
San Diego, CA 92101
Phone: (619) 531-8700
Email: eadler@theadlerfirm.com
Email: bzummer@theadlerfirm.com

Counsel for Plaintiffs in *Estate of Stanley Wiley v. Monsanto Co.*, No. 4:19-cv-01001-JMB (E.D. Mo.).

William R. Johnson
John L. Skelton, Jr.
Moore Ingram Johnson & Steele, LLP
326 Roswell Street, Suite 100
Marietta, GA 30060
Phone: (770) 429-1499
Email: wrj@mijs.com
Email: jlskelton@mijs.com

Counsel for Plaintiffs in *Benge v. Monsanto Co.*, No. 4:19-cv-00077-HLM (N.D. Ga.).

Rhon E. Jones
John E. Tomlinson
Beasley Allen Crow Methvin Portis & Miles, P.C.
218 Commerce Street
Montgomery, AL 36104
Phone:  (334) 269 2343
Email:  rhon.jones@beasleyallen.com
Email:  john.tomlinson@beasleyallen.com

Co-counsel for Plaintiffs in *Benge v. Monsanto Co.*, No. 4:19-cv-00077-HLM (N.D. Ga.).

Dated: May 1, 2019                                          Respectfully submitted,

                                                        /s/ Joe G. Hollingsworth
                                                        Joe G. Hollingsworth, Esq.
                                                        (jhollingsworth@hollingsworthllp.com)
                                                        HOLLINGSWORTH LLP
                                                        1350 I Street, N.W.
                                                        Washington, D.C. 20005
                                                        Phone: (202) 898-5800
                                                        Fax:    (202) 682-1639

                                                        *Attorneys for Defendant Monsanto Company*