# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on May 2, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Kenneth T. Lumb
Corboy & Demetrio, P.C.
33 North Dearborn Street, 21st Floor
Chicago, IL 60602
Phone:  (312) 346-3191
Email:  ktl@corboydemetrio.com
Email:  ccfiling@corboydemetrio.com

Counsel for Plaintiff in *Panichi v. Monsanto Co.*, No. 1:19-cv-02943 (N.D. Ill.).


Dated: May 2, 2019

Respectfully submitted,


/s/ Joe G. Hollingsworth

Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*