**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|     | Plaintiffs | Defendant | District | Civil Action No. | Judge |
| --- | --- | --- | --- | --- | --- |
| **1.** | Alois Lednicky | Monsanto Co. | Southern District of Texas (Houston) | 4:19-cv-00955 | District Judge Andrew S. Hanen |
| **2.** | Terry Belcher | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00985-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| **3.** | Lisa Brown | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00978-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| **4.** | Angela Combs | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00995-CDP | District Judge Catherine D. Perry |
| **5.** | Allan Crump and Patricia Crump | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00962-HEA | District Judge Henry Edward Autrey |
| **6.** | Quentin Gillson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01026-JMB | Magistrate Judge John M. Bodenhausen |
| **7.** | Larry Ibrom and Lorraine Ibrom | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00993-SPM | Magistrate Judge Shirley Padmore Mensah |
| **8.** | Linda Peterson and Ronald Peterson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00979-NCC | Magistrate Judge Noelle C. Collins |
| **9.** | Steven Puckett | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01030-SNLJ | District Judge Stephen N. Limbaugh, Jr. |

| | | | | | |
|---|---|---|---|---|---|
| **10.** | David Somers and Bonnie Somers | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01028-HEA | District Judge Henry Edward Autrey |
| **11.** | Roger Thompson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00991-SPM | Magistrate Judge Shirley Padmore Mensah |
| **12.** | Richard Young | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01029-DDN | Magistrate Judge David D. Noce |
| **13.** | Monica Young-Beverly | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00981-JAR | District Judge John A. Ross |