**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on May 2, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Laura J. Baughman
Baron & Budd, P.C.
3102 Oak Lawn Ave
Suite 1100
Dallas, TX 75219
Phone:  (214) 521-3605
Email:   lbaughman@baronbudd.com

Counsel for Plaintiff in *Lednicky v. Monsanto Co.*, No. 4:19-cv-00955 (S.D. Tex.).

Seth S. Webb
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone:  (314) 222-2222
Email:   sethw@getbc.com

Counsel for Plaintiffs in *Belcher v. Monsanto Co.*, No. 4:19-cv-00985-SNLJ (E.D. Mo.); *Brown v. Monsanto Co.*, No. 4:19-cv-00978-SNLJ (E.D. Mo.); *Combs v. Monsanto Co.*, No. 4:19-cv-00995-CDP (E.D. Mo.); *Crump v. Monsanto Co.*, No. 4:19-cv-00962-HEA (E.D. Mo.); *Gillson v. Monsanto Co.*, No. 4:19-cv-01026-JMB (E.D. Mo.); *Ibrom v. Monsanto Co.*, No. 4:19-cv-00993-SPM (E.D. Mo.); *Peterson v. Monsanto Co.*, No. 4:19-cv-00979-NCC (E.D. Mo.); *Puckett v. Monsanto Co.*, No. 4:19-cv-01030-SNLJ (E.D. Mo.); *Somers v. Monsanto Co.*, No. 4:19-cv-01028-HEA (E.D. Mo.); *Thompson v. Monsanto Co.*, No. 4:19-cv-00991-SPM (E.D. Mo.); *Young v. Monsanto Co.*, No. 4:19-cv-01029-DDN (E.D. Mo.); *Young-Beverly v. Monsanto Co.*, No. 4:19-cv-00981-JAR (E.D. Mo.).

Dated: May 2, 2019                                                  Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:     (202) 682-1639

*Attorneys for Defendant Monsanto Company*