**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|----|------------|-----------|----------|------------------|-------|
| 1. | Linda Caldwell and Vaughn Caldwell | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00996-HEA | District Judge Henry Edward Autrey |
| 2. | Nora Griffin | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00982-JAR | District Judge John A. Ross |
| 3. | Terry Holeman | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00986-JAR | District Judge John A. Ross |
| 4. | Michael Pease | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00984-HEA | District Judge Henry Edward Autrey |
| 5. | Diane Smith and F. Allen Smith | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00980-HEA | District Judge Henry Edward Autrey |
| 6. | Mark Hall | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00943-JMB | Magistrate Judge John M. Bodenhausen |
| 7. | Juanita Newble | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00944-SPM | Magistrate Judge Shirley Padmore Mensah |