**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on May 3, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone: (314) 222-2222
Email: sethw@getbc.com

Counsel for Plaintiffs in *Caldwell v. Monsanto Co.*, No. 4:19-cv-00996-HEA (E.D. Mo.); *Griffin v. Monsanto Co.*, No. 4:19-cv-00982-JAR (E.D. Mo.); *Holeman v. Monsanto Co.*, No. 4:19-cv-00986-JAR (E.D. Mo.); *Pease v. Monsanto Co.*, No. 4:19-cv-00984-HEA (E.D. Mo.); *Smith v. Monsanto Co.*, No. 4:19-cv-00980-HEA (E.D. Mo.).

Joe McGreevy
Kuhlman & Lucas, LLC
1100 Main Street, Suite 2550
Kansas City, MO 64104
Phone: (816) 548-3187
Email: joe@kuhlmanlucas.com

Counsel for Plaintiffs in *Hall v. Monsanto Co.*, No. 4:19-cv-00943-JMB (E.D. Mo.); *Newble v. Monsanto Co.*, No. 4:19-cv-00944-SPM (E.D. Mo.).

Dated: May 3, 2019                 Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*