BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

| | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Janet B. Hudson, individually and as anticipated representative of the Estate of Benjamin E. Hudson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00983-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 2. | Donna Sutliff, Executor of the Estate of Timothy Sutliff, deceased, Robert Tignor, and Ronnie Wynne | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01129-NCC | Magistrate Judge Noelle C. Collins |
| 3. | O.D. Dyes, Jr. | Monsanto Co. | Southern District of New York (Foley Square) | 1:19-cv-03189-ALC | District Judge Andrew L. Carter, Jr. |
| 4. | Robert R. Bauman | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00682-CAS | District Judge Charles A. Shaw |
| 5. | Thomas C. Bernt | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00683-HEA | District Judge Henry Edward Autrey |
| 6. | Lavelle Cocheran and Wiley Cocheran | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00966-NAB | Magistrate Judge Nannette A. Baker |
| 7. | Patricia Slinkard and Dale Slinkard | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00968-JAR | District Judge John A. Ross |
| 8. | Brian Tubbesing and Sara Tubbesing | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00965-JMB | Magistrate Judge John M. Bodenhausen |

| | | | | | |
|---|---|---|---|---|---|
| 9. | Thomas F. Walsh and Karen Walsh | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00961-NAB | Magistrate Judge Nannette A. Baker |
| 10. | Mary H. Alonzo | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00955-NCC | Magistrate Judge Noelle C. Collins |
| 11. | Erline S. Balentine and Kenneth B. Balentine | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00678-NAB | Magistrate Judge Nannette A. Baker |
| 12. | Claude B. Basher and Betty L. Basher | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00679-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 13. | Nicholas Brunner | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00954-JAR | District Judge John A. Ross |
| 14. | Charles L. Burns and Rose Burns | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00956-PLC | Magistrate Judge Patricia L. Cohen |
| 15. | Joseph P. Carollo | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00685-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 16. | George E. Chalk and Marian F. Chalk | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00686-NAB | Magistrate Judge Nannette A. Baker |
| 17. | Edmund L. Delesline | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00963-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 18. | Dorotha O'Neal | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00959-HEA | District Judge Henry Edward Autrey |
| 19. | Michon D. Ryce | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00958-JMB | Magistrate Judge John M. Bodenhausen |
| 20. | Charlotte C. Stoker and Shawn Stoker | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00967-HEA | District Judge Henry Edward Autrey |
| 21. | Allen C. Sutton and Masayo Sutton | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00964-NCC | Magistrate Judge Noelle C. Collins |
| 22. | Gerald Wauters | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00957-HEA | District Judge Henry Edward Autrey |
| 23. | James Whitaker and Gayle Whitaker | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00960-PLC | Magistrate Judge Patricia L. Cohen |

| 24. | David Pearlson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00899-NAB | Magistrate Judge Nannette A. Baker |