**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on May 6, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Eric D. Holland
Holland Law Firm
300 N. Tucker, Suite 801
St. Louis, MO 63101
Phone: (314) 241-8111
Email: eholland@allfela.com

Counsel for Plaintiffs in *Hudson v. Monsanto Co.*, No. 4:19-cv-00983-SNLJ (E.D. Mo.); *Pearlson v. Monsanto Co.*, No. 4:19-cv-00899-NAB (E.D. Mo.).

Michael S. Werner
Raymond C. Silverman
Melanie H. Muhlstock
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, NY 11050
Phone: (516) 723-4631
Email: mwerner@yourlawyer.com
Email: rsilverman@yourlawyer.com
Email: mmuhlstock@yourlawyer.com

Co-counsel for Plaintiffs in *Hudson v. Monsanto Co.*, No. 4:19-cv-00983-SNLJ (E.D. Mo.); *Pearlson v. Monsanto Co.*, No. 4:19-cv-00899-NAB (E.D. Mo.).

James T. Corrigan
O'Leary, Shelton, Corrigan, Peterson, Dalton & Quillin, LLC
1034 S. Brentwood Blvd.
23rd Floor Penthouse – 1A
St. Louis, MO 63117
Phone:  (314) 405-9000
Email:  corrigan@osclaw.com

Counsel for Plaintiffs in *Sutliff v. Monsanto Co.*, No. 4:19-cv-01129-NCC (E.D. Mo.).

Paul D. Rheingold
Rheingold Giuffra Ruffo & Plotkin LLP
551 Fifth Avenue, 29th Floor
New York, NY 10176
Phone:  (212) 684-1880
Email:  prheingold@rheingoldlaw.com

Counsel for Plaintiffs in *Dyes v. Monsanto Co.,* No. 1:19-cv-03189-ALC (S.D.N.Y.).

Seth S. Webb
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone:  (314) 222-2222
Email:  sethw@getbc.com

Counsel for Plaintiffs in *Bauman v. Monsanto Co.*, No. 4:19-cv-00682-CAS (E.D. Mo.); *Bernt v. Monsanto Co.*, No. 4:19-cv-00683-HEA (E.D. Mo.); *Cocheran v. Monsanto Co.*, No. 4:19-cv-00966-NAB (E.D. Mo.); *Slinkard v. Monsanto Co.*, No. 4:19-cv-00968-JAR (E.D. Mo.); *Tubbesing v. Monsanto Co.*, No. 4:19-cv-00965-JMB (E.D. Mo.); *Walsh v. Monsanto Co.*, No. 4:19-cv-00961-NAB (E.D. Mo.); *Alonzo v. Monsanto Co.*, No. 4:19-cv-00955-NCC (E.D. Mo.); *Balentine v. Monsanto Co.*, No. 4:19-cv-00678-NAB (E.D. Mo.); *Basher v. Monsanto Co.*, No. 4:19-cv-00679-SNLJ (E.D. Mo.); *Brunner v. Monsanto Co.*, No. 4:19-cv-00954-JAR (E.D. Mo.); *Burns v. Monsanto Co.*, No. 4:19-cv-00956-PLC (E.D. Mo.); *Carollo v. Monsanto Co.*, No. 4:19-cv-00685-SNLJ (E.D. Mo.); *Chalk v. Monsanto Co.*, No. 4:19-cv-00686-NAB (E.D. Mo.); *Delesline v. Monsanto Co.*, No. 4:19-cv-00963-SNLJ (E.D. Mo.); *O'Neal v. Monsanto Co.*, No. 4:19-cv-00959-HEA (E.D. Mo.); *Ryce v. Monsanto Co.*, No. 4:19-cv-00958-JMB (E.D. Mo.); *Stoker v. Monsanto Co.*, No. 4:19-cv-0967-HEA (E.D. Mo.); *Sutton v. Monsanto Co.*, No. 4:19-cv-00964-NCC (E.D. Mo.); *Wauters v. Monsanto Co.*, No. 4:19-cv-00957-HEA (E.D. Mo.); *Whitaker v. Monsanto Co.*, No. 4:19-cv-00960-PLC (E.D. Mo.); *Pearlson v. Monsanto Co.*, No. 4:19-cv-00899-NAB (E.D. Mo.).

Dated: May 6, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*