**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**MDL No. 2741 – In re ROUNDUP PRODUCTS LIABILITY LITIGATION**

**Keith Cichy v. Bayer Corp., et al. N.D. Illinois C.A. No. 1:19-cv-02548**

**MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 130**

Pursuant to Rule 7.1(f) of the Rules of the Judicial Panel on Multidistrict Litigation, Keith Cichy ("Plaintiff"), respectfully moves the Panel to vacate its Conditional Transfer Order No. 130 transferring Cichy v. Bayer Corporation, et al., N.D. Illinois, 1:19-cv-02548, from the Norther District of Illinois to the Northern District of California for inclusion in the In re: Roundup Products Liability litigation ("MDL No. 2741").

As set forth in the Plaintiff's memorandum of law in support of his motion to vacate conditional transfer order, which is incorporated herein by reference, the transfer of Keith Cichy's case to MDL No. 2741 would be inefficient. Transfer of Plaintiff's state-law claims against non-removing Illinois defendants to an out of state federal court while a motion to remand is pending would unduly delay the Plaintiff's prosecution of his claims. Transfer in these circumstances would also prejudice the Illinois defendants who are not already party to MDL No. 2741. Accordingly, the Plaintiff respectfully requests that the Panel vacate Conditional Transfer Order (CTO-130) as to Keith Cichy's action.

Dated: May 08, 2019

Respectfully submitted,
/s/ David J. Gallagher
Attorney for Plaintiff

DAVID J. GALLAGHER
MOTHERWAY & NAPLETON, LLP
140 S. Dearborn, Suite 1500
Chicago, IL  60603
(312) 726-2699
ARDC#:  6294250
Dgallagher@mnlawoffice.com