# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Keith Cichy

                        Plaintiff,

v.                                              Case No.: 1:19−cv−02548
                                                   Honorable Jorge L. Alonso

Bayer Corporation, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 7, 2019:

      MINUTE entry before the Honorable Jorge L. Alonso: Motion hearing held. For the reasons stated on the record, Defendant Monsanto Company's motion to stay proceedings [18] is denied. Plaintiff's motion to remand [14] is taken under advisement. Defendant's response shall be filed by 5/28/19. Plaintiff's reply in support shall be filed by 6/4/19. Motion hearing date of 5/9/19 is stricken. Initial status hearing previously set for 6/5/19 is stricken. The court will rule electronically and set further dates in the ruling. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

# EXHIBIT 2