## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

Dominique Savinelli
James P. O'Shea
Husch Blackwell LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
    Phone: (312) 655-1500
    Fax: (312) 655-1501
    Email: HBService@huschblackwell.com; Dominique.Savinelli@huschblackwell.com; James.Oshea@huschblackwell.com
    **Attorneys for defendants, Monsanto Company and Bayer Corporation**

Daniel M. Meyers
Arnold & Porter Kaye Scholer LLP
70 W. Madison Street, Suite 4200
Chicago, IL 60602
    Phone: (312) 583-2300
    Fax: (312) 583-2360
    Email: daniel.meyers@apks.com
    **Attorney for defendant, Monsanto Company**

Thomas J. Dammrich, II
Shook, Hardy & Bacon, LLP
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
    Phone: (312) 704-7700
    Fax: (312) 558-1195
    Email: tdammrich@shb.com
    **Attorney for defendant, Monsanto Company**

Marie K. Lynch
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
    Phone: (312) 321-9100
    Fax: (312) 321-0990
    Email: mlynch@smbtrials.com
    **Attorney for defendants, Northwestern Memorial Hospital, Northwestern Medical Faculty Foundation and Olga Frankfurt, M.D.**

/s/ David J. Gallagher
MOTHERWAY & NAPLETON, LLP
140 S. Dearborn St. Suite 1500
Chicago, IL  60603
(312) 726-2699
(312) 726-6851 Fax
dgallagher@mnlawoffice.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE BY EMAIL**

      I, David J. Gallagher, hereby certify that on this 8th day of May, 2019, I emailed a copy of the foregoing to the following named individuals. I declare under penalty of perjury that the foregoing is true and correct.

Northwestern Medical Faculty Foundation
c/o Marie K. Lynch
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611

Northwestern Memorial Hospital
c/o Marie K. Lynch
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611

Olga Frankfurt, M.D.
c/o Marie K. Lynch
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611

                                                      /s/ David J. Gallagher
                                                      MOTHERWAY & NAPLETON, LLP
                                                      140 S. Dearborn St. Suite 1500
                                                      Chicago, IL  60603
                                                      (312) 726-2699
                                                      (312) 726-6851 Fax
                                                      dgallagher@mnlawoffice.com
                                                      *Attorney for Plaintiff Keith Cichy*