**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION                           MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|----------------|---------------|--------------|----------------------|-----------|
| 1. | Mike W. Thomas, administrator of the Estate of Norma Thomas, deceased, individually and on behalf of the heirs-at-law of the Estate of Norma Thomas, deceased | Monsanto Co. | District of Kansas (Wichita) | 6:19-cv-01108-JTM-GEB | District Judge J. Thomas Marten |
| 2. | Gerard Cervantes | Monsanto Co. | Northern District of Illinois (Chicago) | 1:19-cv-02865 | District Judge John Z. Lee |

1