# BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on May 8, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Andrew W. Hutton  
Daniel K. Back  
Hutton & Hutton Law Firm, L.L.C.  
8100 E 22nd Street North, Suite 1200  
Wichita, KS 67226  
Phone:  (316) 688-1166  
Email:   andrew.hutton@huttonlaw.com  
Email:   daniel.back@huttonlaw.com  

Counsel for Plaintiffs in *Thomas v. Monsanto Co.*, No. 6:19-cv-01108-JTM-GEB (D. Kan.).

Daniel Alholm  
The Vrdolyak Law Group, LLC  
9618 S. Commercial Ave.  
Chicago, IL 60654  
Phone:  (773) 731-3311  
Email:   dalholm@vrdolyak.com  

Counsel for Plaintiff in *Cervantes v. Monsanto Co.*, No. 1:19-cv-02865 (N.D. Ill.).

2

Dated: May 8, 2019	Respectfully submitted,

	/s/ Joe G. Hollingsworth
	Joe G. Hollingsworth, Esq.
	(jhollingsworth@hollingsworthllp.com)
	HOLLINGSWORTH LLP
	1350 I Street, N.W.
	Washington, D.C. 20005
	Phone: (202) 898-5800
	Fax:    (202) 682-1639

	*Attorneys for Defendant Monsanto Company*