BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

SCHEDULE OF ACTIONS

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Keith Cichy | Monsanto Company and Bayer AG | Northern District of Illinois (Chicago) | 1:19-cv-02548 | District Judge Jorge L. Alonso |

1