BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Michael L. Holliday | Monsanto Co. | Northern District of Ohio (Toledo) | 3:19-cv-00891-JGC | District Judge James G. Carr |
| 2. | Alison Brower Lomax | Monsanto Co. | District of Utah (Central) | 2:19-cv-00301-DB | District Judge Dee Benson |
| 3. | Felicia Y. Carter, individually and on behalf of Daryus De Shawn Brezial, deceased | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00804-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 4. | Eric M. Chasco and Kristina Chasco | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00688-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 5. | Cary J. Courtier and Derorah L. Courtier | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00689-AGF | District Judge Audrey G. Fleissig |
| 6. | Lillian Drexler | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00691-HEA | District Judge Henry Edward Autrey |
| 7. | Thomas E. Feehan and Vicki Feehan | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00692-CDP | District Judge Catherine D. Perry |
| 8. | Rosemarlyn Gibson and Alvin Gibson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00702-JAR | District Judge John A. Ross |
| 9. | Roy Glassman and Thelma M. Glassman | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00708-PLC | Magistrate Judge Patricia L. Cohen |

| | | | | | |
|---|---|---|---|---|---|
| 10. | Richard H. Hawkins | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00742-JAR | District Judge John A. Ross |
| 11. | Dennis D. Jennings and Jo Anne Jennings | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00745-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 12. | Robert E. Jones and Barbara S. Jones | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00746-NAB | Magistrate Judge Nannette A. Baker |