**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on May 10, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Margaret M. Murray
Murray & Murray Co., L.P.A.
111 East Shoreline Drive
Sandusky, OH 44870
Phone: (419) 624-3000
Email: mmm@murrayandmurray.com

Counsel for Plaintiff in *Holliday v. Monsanto Co.*, No. 3:19-cv-00891-JGC (N.D. Ohio).

J. Bryan Quesenberry
903 East 430 South
Salem, UT 84653
Phone: (801) 473-9951
Email: jbq.esq@gmail.com

Counsel for Plaintiff in *Lomax v. Monsanto Co.*, No. 2:19-cv-00301-DB (D. Utah).

Rand P. Nolen
Fleming, Nolen & Jez, LLP
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056-6109
Phone: (713) 621-7944
Email: rand_nolen@fleming-law.com

Co-counsel for Plaintiff in *Lomax v. Monsanto Co.*, No. 2:19-cv-00301-DB (D. Utah).

Seth S. Webb
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone: (314) 222-2222
Email: sethw@getbc.com

Counsel for Plaintiffs in *Carter v. Monsanto Co.*, No. 4:19-cv-00804-SNLJ (E.D. Mo.); *Chasco v. Monsanto Co.*, No. 4:19-cv-00688-SNLJ (E.D. Mo.); *Courtier v. Monsanto Co.*, No. 4:19-cv-00689-AGF (E.D. Mo.); *Drexler v. Monsanto Co.*, No. 4:19-cv-00691-HEA (E.D. Mo.); *Feehan v. Monsanto Co.,* No. 4:19-cv-00692-CDP (E.D. Mo.); *Gibson v. Monsanto Co.*, No. 4:19-cv-00702-JAR (E.D. Mo.); *Glassman v. Monsanto Co.*, No. 4:19-cv-00708-PLC (E.D. Mo.); *Hawkins v. Monsanto Co.*, No. 4:19-cv-00742-JAR (E.D. Mo.); *Jennings v. Monsanto Co.*, No. 4:19-cv-00745-SNLJ (E.D. Mo.); *Jones v. Monsanto Co.*, No. 4:19-cv-00746-NAB (E.D. Mo.).

Dated: May 10, 2019                                   Respectfully submitted,

                                                /s/ Joe G. Hollingsworth
                                                Joe G. Hollingsworth, Esq.
                                                (jhollingsworth@hollingsworthllp.com)
                                                HOLLINGSWORTH LLP
                                                1350 I Street, N.W.
                                                Washington, D.C. 20005
                                                Phone: (202) 898-5800
                                                Fax:    (202) 682-1639

                                                *Attorneys for Defendant Monsanto Company*