**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S AND BAYER CORPORATION'S
NOTICE OF FILING REVISED NOTICE OF APPEARANCE**

Please take notice that Monsanto Company and Bayer Corporation hereby file the attached Revised Notice of Appearance.

Dated: May 13, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorney for Defendants Monsanto Company
and Bayer Corporation*