**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S AND BAYER CORPORATION'S NOTICE OF FILING
REVISED NOTICE OF APPEARANCE**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| 1. | Keith Cichy | Bayer Corp., Monsanto Co., Northwestern Memorial Hospital, Northwestern Medical Faculty Foundation and Olga Frankfurt, M.D. | Northern District of Illinois (Chicago) | 1:19-cv-02548 | District Judge Jorge L. Alonso |

1