**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Monsanto Company's and Bayer Corporation's Notice of Filing Revised Notice of Appearance was electronically filed on May 13, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

David J. Gallagher
MOTHERWAY & NAPLETON, LLP
140 S. Dearborn, Suite 1500
Chicago, IL 60603
(312) 726-2699
Dgallagher@mnlawoffice.com

Counsel for Plaintiff in *Cichy v. Bayer Corp., et al.*, No. 1:19-cv-02548 (N.D. Ill.)

Daniel M. Meyers
Arnold & Porter Kaye Scholer LLP
70 West Madison Street
Suite 4200
Chicago, IL 60602
(312) 583-2393
daniel.meyers@arnoldporter.com

Counsel for Defendants Monsanto Company and Bayer Corporation in *Cichy v. Bayer Corp., et al.*, No. 1:19-cv-02548 (N.D. Ill.)

Dominique Savinelli
Husch Blackwell LLP
120 South Riverside Plaza
Suite 2200
Chicago, IL 60606-3912
(312) 526-1518
Dominique.Savinelli@huschblackwell.com

Counsel for Defendants Monsanto Company and Bayer Corporation in *Cichy v. Bayer Corp., et al.*, No. 1:19-cv-02548 (N.D. Ill.)


James Patrick O'Shea
Husch Blackwell
120 South Riverside Plaza
Ste. 2200
Chicago, IL 60606
(312) 655-1500
James.OShea@huschblackwell.com

Counsel for Defendants Monsanto Company and Bayer Corporation in *Cichy v. Bayer Corp., et al.*, No. 1:19-cv-02548 (N.D. Ill.)


Thomas Joseph Dammrich, II
Shook, Hardy & Bacon LLP
111 South Wacker Drive
Suite 4700
Chicago, IL 60606
312 704 7721
docket@shb.com

Counsel for Defendant Monsanto Company in *Cichy v. Bayer Corp., et al.*, No. 1:19-cv-02548 (N.D. Ill.)


Marie Kathleen Lynch
Swanson, Martin & Bell, LLP
330 N. Wabash Ave
Suite 3300
Chicago, IL 60611
(312) 321-9100
mlynch@smbtrials.com

Counsel for Defendants Northwestern Memorial Hospital, Northwestern Medical Faculty Foundation, and Olga Frankfurt in *Cichy v. Bayer Corp., et al.*, No. 1:19-cv-02548 (N.D. Ill.)

Dated: May 13, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorney for Defendants Monsanto Company and Bayer Corporation*