**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Monsanto Company's Notice of Filing Revised Corporate Disclosure Statement was electronically filed on May 13, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

David J. Gallagher
MOTHERWAY & NAPLETON, LLP
140 S. Dearborn, Suite 1500
Chicago, IL 60603
(312) 726-2699
Dgallagher@mnlawoffice.com

Counsel for Plaintiff in *Cichy v. Bayer Corp., et al.*, No. 1:19-cv-02548 (N.D. Ill.)


Daniel M. Meyers
Arnold & Porter Kaye Scholer LLP
70 West Madison Street
Suite 4200
Chicago, IL 60602
(312) 583-2393
daniel.meyers@arnoldporter.com

Counsel for Defendants Monsanto Company and Bayer Corporation in *Cichy v. Bayer Corp., et al.*, No. 1:19-cv-02548 (N.D. Ill.)

Dominique Savinelli
Husch Blackwell LLP
120 South Riverside Plaza
Suite 2200
Chicago, IL 60606-3912
(312) 526-1518
Dominique.Savinelli@huschblackwell.com

Counsel for Defendants Monsanto Company and Bayer Corporation in *Cichy v. Bayer Corp., et al.*, No. 1:19-cv-02548 (N.D. Ill.)


James Patrick O'Shea
Husch Blackwell
120 South Riverside Plaza
Ste. 2200
Chicago, IL 60606
(312) 655-1500
James.OShea@huschblackwell.co

Counsel for Defendants Monsanto Company and Bayer Corporation in *Cichy v. Bayer Corp., et al.*, No. 1:19-cv-02548 (N.D. Ill.)


Thomas Joseph Dammrich, II
Shook, Hardy & Bacon LLP
111 South Wacker Drive
Suite 4700
Chicago, IL 60606
312 704 7721
docket@shb.com

Counsel for Defendant Monsanto Company in *Cichy v. Bayer Corp., et al.*, No. 1:19-cv-02548 (N.D. Ill.)


Marie Kathleen Lynch
Swanson, Martin & Bell, LLP
330 N. Wabash Ave
Suite 3300
Chicago, IL 60611
(312) 321-9100
mlynch@smbtrials.com

Counsel for Defendants Northwestern Memorial Hospital, Northwestern Medical Faculty Foundation, and Olga Frankfurt in *Cichy v. Bayer Corp., et al.*, No. 1:19-cv-02548 (N.D. Ill.)

Dated: May 13, 2019						Respectfully submitted,

  /s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorney for Defendant*
*Monsanto Company*