BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**BAYER CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

**SCHEDULE OF ACTIONS**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Keith Cichy | Bayer Corp., Monsanto Co., Northwestern Memorial Hospital, Northwestern Medical Faculty Foundation, and Olga Frankfurt, M.D. | Northern District of Illinois (Chicago) | 1:19-cv-02548 | District Judge Jorge L. Alonso |