**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| **1.** | Terry Knox and Carolyn "Coke" Knox | Monsanto Co. | District of Montana (Great Falls) | 4:19-cv-00036-BMM | District Judge Brian Morris |