**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on May 14, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

A. Clifford Edwards
Triel D. Culver
A. Christopher Edwards
John W. Edwards
Edwards, Frickle & Culver
1648 Poly Drive, Suite 206
Billings, MT 59102
Phone: (406) 256-8155
Email: jenny@edwardslawfirm.org
Email: triel@edwardslawfirm.org
Email: chris@edwardslawfirm.org
Email: john.edwards@edwardslawfirm.org

Counsel for Plaintiffs in *Knox v. Monsanto Co. et al.*, No. 4:19-cv-00036-BMM (D. Mont.).

Copies of the foregoing were also caused to be served via first class mail on Defendant Kerry Yates (who has not yet entered an appearance in *Knox v. Monsanto Co. et al.*), as follows:

    Kerry Yates
    44 Pheasant Lane
    Great Falls, MT 59404

Dated: May 14, 2019                                             Respectfully submitted,

        /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:     (202) 682-1639

*Attorneys for Defendant Monsanto Company*