## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| **In re: Roundup** | : | MDL NO. 2741 |
| **Products Liability** | : | |
| **Litigation** | : | |

### NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiffs, HARLEY R. BRADLEY and BETTY BRADLEY (h.w), LENA G. BRADSHAW and ROBERT E. BRADSHAW (h/w), HUGH C. BROWN, MELANIE L. CLAWSON-ROBERTS and JOHN E. ROBERTS (h/w), MARK CLINKER and B. GAYLE CLINKER (h/w), MITCHELL B. COOPER and ADRIEN LAVOIE (h/h), MIKE R. FROST, KENNETH W. JOHNSON and CHRISTINA JOHNSON (h/w), RANDY E. MAY and DEANNA MAY (h/w), JAMES S. OLSEN and ROBIN OLSEN (h/w), LILLIAN J. RADANOVICH and behalf of the estate of DANIEL RADANOVICH, BARBARA SIPICH and DAVID SIPICH (h/w), RONALD W. STEEN and JOAN STEEN (h/w), CARL B. TANNER and LILLIAN J. TANNER (h/w), and GLENN YETTER and NICOLE YETTER (h/w), write to notify you of the potential tag along action listed on the attached Schedule of Action.  Plaintiffs respectfully request transfer of the action for coordinated pretrial proceedings in the above-listed MDL.  The action share numerous common issues with those already coordinated in the MDL, and coordination is appropriate here for the same reasons as those set forth in the Panel's initial transfer order of October 4, 2016.  A docket sheet and complaint is attached.

Dated: May 14, 2019

**Respectfully submitted,**

/s/ Thomas V. Ayala
Thomas V. Ayala, Esquire
**Grant & Eisenhofer, P.A.**
123 Justison Street
Wilmington, DE  19801
Tel: 302-622-7000
Fax: 302-622-7100
 tayala@gelaw.com

Counsel for Plaintiffs
Plaintiffs, HARLEY R. BRADLEY and BETTY BRADLEY (h.w), LENA G. BRADSHAW and

ROBERT E. BRADSHAW (h/w), HUGH C. BROWN, MELANIE L. CLAWSON-ROBERTS and JOHN E. ROBERTS (h/w), MARK CLINKER and B. GAYLE CLINKER (h/w), MITCHELL B. COOPER and ADRIEN LAVOIE (h/h), MIKE R. FROST, KENNETH W. JOHNSON and CHRISTINA JOHNSON (h/w), RANDY E. MAY and DEANNA MAY (h/w), JAMES S. OLSEN and ROBIN OLSEN (h/w), LILLIAN J. RADANOVICH and behalf of the estate of DANIEL RADANOVICH, BARBARA SIPICH and DAVID SIPICH (h/w), RONALD W. STEEN and JOAN STEEN (h/w), CARL B. TANNER and LILLIAN J. TANNER (h/w), and GLENN YETTER and NICOLE YETTER (h/w),