# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| **In re: Roundup** | : | **MDL NO. 2741** |
| **Products Liability** | : | |
| **Litigation** | : | |

## SCHEDULE OF ACTIONS

| **Plaintiffs** | **Defendants** | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|
| HARLEY R. BRADLEY and BETTY BRADLEY (h.w), LENA G. BRADSHAW and ROBERT E. BRADSHAW (h/w), HUGH C. BROWN, MELANIE L. CLAWSON-ROBERTS and JOHN E. ROBERTS (h/w), MARK CLINKER and B. GAYLE CLINKER (h/w), MITCHELL B. COOPER and ADRIEN LAVOIE (h/h), MIKE R. FROST, KENNETH W. JOHNSON and CHRISTINA JOHNSON (h/w), RANDY E. MAY and DEANNA MAY (h/w), JAMES S. OLSEN and ROBIN OLSEN (h/w), LILLIAN J. RADANOVICH and behalf of the estate of DANIEL RADANOVICH, BARBARA SIPICH and DAVID SIPICH (h/w), RONALD W. STEEN and JOAN STEEN (h/w), CARL B. TANNER and LILLIAN J. TANNER (h/w), and GLENN YETTER and NICOLE YETTER (h/w) | MONSANTO COMPANY | E.D. Missouri | 4:19-cv-00989 | John M. Bodenhausen |

Dated: May 14, 2019

**Respectfully submitted,**

/s/ Thomas V. Ayala
Thomas V. Ayala, Esquire
**Grant & Eisenhofer, P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000
Fax: 302-622-7100
tayala@gelaw.com

Counsel for Plaintiffs
Plaintiffs, HARLEY R. BRADLEY and BETTY BRADLEY (h.w), LENA G. BRADSHAW and ROBERT E. BRADSHAW (h/w), HUGH C. BROWN, MELANIE L. CLAWSON-ROBERTS and JOHN E. ROBERTS (h/w), MARK CLINKER and B.

GAYLE CLINKER (h/w), MITCHELL B. COOPER and ADRIEN LAVOIE (h/h), MIKE R. FROST, KENNETH W. JOHNSON and CHRISTINA JOHNSON (h/w), RANDY E. MAY and DEANNA MAY (h/w), JAMES S. OLSEN and ROBIN OLSEN (h/w), LILLIAN J. RADANOVICH and behalf of the estate of DANIEL RADANOVICH, BARBARA SIPICH and DAVID SIPICH (h/w), RONALD W. STEEN and JOAN STEEN (h/w), CARL B. TANNER and LILLIAN J. TANNER (h/w), and GLENN YETTER and NICOLE YETTER (h/w)