## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **IN RE: ROUNDUP** | : | **MDL NO. 2741** |
| **PRODUCT LIABILITY LITIGATION** | : | |

### PROOF OF SERVICE

In compliance with Rule 4.l(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Potential Tag-Along Action was served through the CM/ECF system, and copies will be sent via electronic mail, to the below:

**MONSANTO COMPANY**
c/o Martin C. Calhoun, Esquire Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
Email: Mcalhoun@hollingsworthllp.com

Dated: <u>May 14, 2019</u>        Respectfully Submitted,

<u>/s/ Thomas V. Ayala</u>
Thomas V. Ayala, Esquire
**Grant & Eisenhofer, P.A.**
123 Justison Street, Suite 700
Wilmington, DE 19801
Telephone: 302-622-7000
Fax: 302-622-7100
Email: tayala@gelaw.com

**Counsel for Plaintiffs**
HARLEY R. BRADLEY and BETTY BRADLEY (h.w), LENA G. BRADSHAW and ROBERT E. BRADSHAW (h/w), HUGH C. BROWN, MELANIE L. CLAWSON-ROBERTS and JOHN E. ROBERTS (h/w), MARK CLINKER and B. GAYLE CLINKER (h/w), MITCHELL B. COOPER and ADRIEN LAVOIE (h/h), MIKE R. FROST, KENNETH W. JOHNSON and CHRISTINA JOHNSON (h/w), RANDY E. MAY and DEANNA MAY (h/w), JAMES S. OLSEN and ROBIN OLSEN (h/w), LILLIAN J. RADANOVICH and behalf of the estate of DANIEL RADANOVICH, BARBARA SIPICH and DAVID SIPICH

(h/w), RONALD W. STEEN and JOAN STEEN (h/w), CARL B. TANNER and LILLIAN J. TANNER (h/w), and GLENN YETTER and NICOLE YETTER (h/w)