**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

|    | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|----|------------|-----------|----------|------------------|-------|
| 1. | Ronald D. Brumbaugh and Charity Brumbaugh | Monsanto Co. | District of Nebraska (Omaha) | 8:19-cv-00215-MDN | Magistrate Judge Michael D. Nelson |