BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS          MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Kevin T. Matlock and Kathy G. Matlock | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00756-DDN | Magistrate Judge David D. Noce |
| 2. | Marshall C. McDade | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00783-PLC | Magistrate Judge Patricia L. Cohen |
| 3. | Robert E. Nightingale, III | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00784-HEA | District Judge Henry Edward Autrey |
| 4. | Yaser M. Salah and Sumar Salah | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00785-HEA | District Judge Henry Edward Autrey |
| 5. | Leroy Shockey and Barbara J. Shockey | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00788-SPM | Magistrate Judge Shirley Padmore Mensah |
| 6. | Wayne A. Smetana | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00792-JAR | District Judge John A. Ross |
| 7. | Donald L. Kinser | Monsanto Co. | Middle District of Tennessee (Nashville) | 3:19-cv-00343 | District Judge Eli J. Richardson |
| 8. | Keith Clayton and Candace Clayton | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00196-AGF | District Judge Audrey G. Fleissig |

1