BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on May 16, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone: (314) 222-2222
Email: sethw@getbc.com

Counsel for Plaintiffs in *Matlock v. Monsanto Co.*, No. 4:19-cv-00756-DDN (E.D. Mo.); *McDade v. Monsanto Co.*, No. 4:19-cv-00783-PLC (E.D. Mo.); *Nightingale v. Monsanto Co.*, No. 4:19-cv-00784-HEA (E.D. Mo.); *Salah v. Monsanto Co.*, No. 4:19-cv-00785-HEA (E.D. Mo.); *Shockey v. Monsanto Co.*, No. 4:19-cv-00788-SPM (E.D. Mo.); *Smetana v. Monsanto Co.*, No. 4:19-cv-00792-JAR (E.D. Mo.).

Perry A. Craft
Law Office of Perry A. Craft, PLLC
402 BNA Drive, Building 100, Suite 202
Nashville, TN 37217
Phone: (615) 953-3808
Email: perrycraft@craftlegal.com

Counsel for Plaintiff in *Kinser v. Monsanto Co.*, No. 3:19-cv-00343 (M.D. Tenn.).

Eric D. Holland
Holland Law Firm
300 N. Tucker, Suite 801
St. Louis, MO 63101
Phone:  (314) 241-8111
Email:  eholland@allfela.com

Counsel for Plaintiffs in *Clayton v. Monsanto Co.*, No. 4:19-cv-00196-AGF (E.D. Mo.).

Melanie Muhlstock
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, NY 11050
Phone:  (516) 723-4627
Email:   mmuhlstock@yourlawyer.com

Co-counsel for Plaintiffs in *Clayton v. Monsanto Co.*, No. 4:19-cv-00196-AGF (E.D. Mo.).

Dated: May 16, 2019                                  Respectfully submitted,

 

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*