# BEFORE THE UNITED STATED JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**IN Re: ROUNDUP PRODUCTS LIABILITY
LITIGATION**                                              **MDL No. 2741**

## PLAINTIFFS' NOTICE OF OPPOSITION TO CTO-133

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiffs Terry Knox and Carolyn "Coke" Knox submit this opposition to conditional transfer order (CTO-133) as it relates to the following case:

**Knox, et al. v. Monsanto Company, et al.; G.F.D. Montana, 4:19-36-BMM**

By:   /s/ A.  Christopher Edwards

A. Christopher Edwards, Esq.
EDWARDS, FRICKLE & CULVER
1648 Poly Drive, Suite 206
Billings, MT 59102
Telephone: (406) 256-8155
Facsimile: (406) 256-8159
Email: chris@edwardslawfirm.org
Counsel for Plaintiffs Terry Knox and
Carolyn "Coke" Knox