BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:  Roundup Products Liability Litigation                                          MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the Plaintiffs' Notice of Opposition to CTO-133 was served on all parties in the following case electronically via ECF, on May 21, 2019.

**Knox, et al. v. Monsanto Company, et al.; G.F.D. Montana, C.A. No. 4:19-36**

**Randy J. Cox**
BOONE KARLBERG, PC
201 West Main, Suite 300
P.O. Box 9199
Missoula, MT  59807-9199
Tel:  (406) 543-6646
Fax:  (406) 549-6804
Email: rcox@boonekarlberg.com
*Counsel for Defendant Monsanto Company*

**Robert E. Johnston**
**Marchello D. Gray**
HOLLINGSWORTH, LLP
1350 I Street, NW
Washington, DC 20005
Tel:  (202) 898-5800
Fax:  (202) 682-1639
Email: rjohnston@hollingsworthllp.com
Email: mgray@hollingsworthllp.com
*Counsel for Defendant Monsanto Company*

DATED this 21st day of May, 2019.

*Respectfully Submitted,*

/s/ A. Christopher Edwards
A. Christopher Edwards, Esq.
EDWARDS, FRICKLE & CULVER
1648 Poly Drive, Suite 206
Billings, MT 59102
Telephone: (406) 256-8155
Facsimile: (406) 256-8159
Email: chris@edwardslawfirm.org
**Counsel for Plaintiffs Terry Knox
and Carolyn "Coke" Knox**