BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS    MDL No. 2741
LIABILITY LITIGATION

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Thomas Pinson, individually and on behalf of Susan Stroia, deceased | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01237-PLC | Magistrate Judge Patricia L. Cohen |
| 2. | Walter L. Treadway and Jean C. Treadway | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00794-NCC | Magistrate Judge Noelle C. Collins |
| 3. | Richard L. Wheeler and Norma G. Wheeler | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00795-HEA | District Judge Henry Edward Autrey |
| 4. | Martin Gonzalez | Monsanto Co. | Eastern District of Virginia (Alexandria) | 1:19-cv-00220-TSE-JFA | District Judge T.S. Ellis, III |
| 5. | Donald Bahl | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01007-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 6. | Lori Cashdollar | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00551-NAB | Magistrate Judge Nannette A. Baker |
| 7. | Lanny Choate | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01005-HEA | District Judge Henry Edward Autrey |
| 8. | Robert Frickson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00800-CAS | District Judge Charles A. Shaw |
| 9. | Larry Harper | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00799-NAB | Magistrate Judge Nannette A. Baker |

| | | | | | |
|---|---|---|---|---|---|
| 10. | Ann Kennedy | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00796-JAR | District Judge John A. Ross |
| 11. | Richard McGary | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00803-CDP | District Judge Catherine D. Perry |
| 12. | Carolyn Reid | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01006-HEA | District Judge Henry Edward Autrey |
| 13. | Stan Short | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01004-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 14. | Mark Webb | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-00801-SPM | Magistrate Judge Shirley Padmore Mensah |
| 15. | Judith B. Rogers, as the Personal Representative of the Estate of Joseph N. Rogers, Sr., deceased | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:19-cv-00551-MMH-PDB | District Judge Marcia Morales Howard |