**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on May 21, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone: (314) 222-2222
Email: sethw@getbc.com

Counsel for Plaintiffs in *Pinson v. Monsanto Co.*, No. 4:19-cv-01237-PLC (E.D. Mo.); *Treadway v. Monsanto Co.*, No. 4:19-cv-00794-NCC (E.D. Mo.); *Wheeler v. Monsanto Co.*, No. 4:19-cv-00795-HEA (E.D. Mo.).

David Bruce Vermont
The Kane Law Group
12560 Lt. Nichols Road
Fairfax, VA 22033
Phone: (703) 472-6927
Email: dvermont@thekanelawgroup.com

Counsel for Plaintiff in *Gonzalez v. Monsanto Co.*, No. 1:19-cv-00220-TSE-JFA (E.D. Va.).

Matthew R. McCarley
Fears Nachawati, PLLC
5473 Blair Road
Dallas, TX 75231
Phone: (214) 890-0711
Email: mccarley@fnlawfirm.com

Co-counsel for Plaintiff in *Gonzalez v. Monsanto Co.*, No. 1:19-cv-00220-TSE-JFA (E.D. Va.).

1

Kirk J. Goza
Goza & Honnold LLC
9500 Nall Ave. Suite 400
Overland Park, KS 66207
Phone: (913) 451-3433
Email: kgoza@gohonlaw.com

Counsel for Plaintiffs in *Bahl v. Monsanto Co.*, No. 4:19-cv-01007-SNLJ (E.D. Mo.); *Cashdollar v. Monsanto Co.*, No. 4:19-cv-00551-NAB (E.D. Mo.); *Choate v. Monsanto Co.*, No. 4:19-cv-01005-HEA (E.D. Mo.); *Frickson v. Monsanto Co.*, No. 4:19-cv-00800-CAS (E.D. Mo.); *Harper v. Monsanto Co.*, No. 4:19-cv-00799-NAB (E.D. Mo.); *Kennedy v. Monsanto Co.*, No. 4:19-cv-00796-JAR (E.D. Mo.); *McGary v. Monsanto Co.*, No. 4:19-cv-00803-CDP (E.D. Mo.); *Reid v. Monsanto Co.*, No. 4:19-cv-01006-HEA (E.D. Mo.); *Short v. Monsanto Co.*, No. 4:19-cv-01004-SNLJ (E.D. Mo.); *Webb v. Monsanto Co.*, No. 4:19-cv-00801-SPM (E.D. Mo.).

Christopher Shakib
Terrell Hogan & Yegelwel, P.A.
233 East Bay Street, 8th Floor
Jacksonville, Florida 32202
Phone: (904) 632-2424
Email: shakib@terrellhogan.com

Counsel for Plaintiff in *Rogers v. Monsanto Co.*, No. 3:19-cv-00551-MMH-PDB (M.D. Fla.).


Dated: May 21, 2019                                Respectfully submitted,


                                                   /s/ Joe G. Hollingsworth
                                                   Joe G. Hollingsworth, Esq.
                                                   (jhollingsworth@hollingsworthllp.com)
                                                   HOLLINGSWORTH LLP
                                                   1350 I Street, N.W.
                                                   Washington, D.C. 20005
                                                   Phone: (202) 898-5800
                                                   Fax:    (202) 682-1639

                                                   *Attorneys for Defendant Monsanto Company*