**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on May 22, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Craig M. Silverman
SULLIVAN PAPAIN BLOCK McGRATH & CANNAVO P.C.
120 Broadway – 18th Floor
New York, New York 10271
Phone: (212) 732-9000
Email: csilverman@triallaw1.com

Counsel for Plaintiffs in *Scotto v. Monsanto Co.*, No. 2:19-cv-03004 (E.D.N.Y.).

Dated: May 22, 2019                                    Respectfully submitted,

                                                          /s/ Joe G. Hollingsworth
                                                         Joe G. Hollingsworth, Esq.
                                                         (jhollingsworth@hollingsworthllp.com)
                                                         HOLLINGSWORTH LLP
                                                         1350 I Street, N.W.
                                                         Washington, D.C. 20005
                                                         Phone: (202) 898-5800
                                                         Fax:   (202) 682-1639

                                                         *Attorneys for Defendant Monsanto Company*