

# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Michael L. McConnell**  
**Clerk of Court**

Telephone: 225-389-3500  
Facsimile: 225-389-3501

May 17, 2019

John W. Nichols  
Clerk of the Panel  
One Columbus Circle, NE  
Thurgood Marshall Federal Judiciary Building  
Room G-255, North Lobb  
Washington, D.C. 20002-8004

Re:   Civil Action 3:19-315-JWD-EWD  
    Kendrick v. Monsanto Company

Dear Sir:

   Enclosed please find a docket sheet, civil cover sheet and a copy of the Notice of Removal filed in the above captioned case. This is a potential multi-district litigation case.

Sincerely,  
Michael L. McConnell  
Clerk of Court

By: *Nicole' L. Toups*  
Deputy Clerk

Enclosure  
Docket Sheet  
Civil Cover Sheet  
Notice of Removal