

# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Michael L. McConnell**　　　　　　　　　　　　　　　　　　　Telephone: 225-389-3500
**Clerk of Court**　　　　　　　　　　　　　　　　　　　　　　Facsimile: 225-389-3501

May 21, 2019

John W. Nichols
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobb
Washington, D.C. 20002-8004

Re:　　Civil Action 3:19-321-BAJ-EWD
　　　　Bourgeois et al v. Monsanto Company

Dear Sir:

　　　Enclosed please find a docket sheet, civil cover sheet and a copy of the Notice of Removal filed in the above captioned case. This is a potential multi-district litigation case.

　　　　　　　　　　　　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　　　　　　　　　　　　Michael L. McConnell
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　By: _Kylie Hebert_____
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Enclosure
Docket Sheet
Civil Cover Sheet
Notice of Removal