# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 5/20/19

**District Court:** E.D. Louisiana

Number of Actions: 1

**Complaints and Docket Sheets are attached.**

_____
CLERK OF THE PANEL