**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Annett Brizendine | Monsanto Co. | Western District of Kentucky (Paducah) | 5:19-cv-00070-TBR | Senior District Judge Thomas B. Russell |
| **2.** | James R. Martin | Monsanto Co. | Western District of Kentucky (Paducah) | 5:19-cv-00071-TBR | Senior District Judge Thomas B. Russell |