**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on May 24, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Emily Ward Roark
Mark P. Bryant
Bryant Law Center, PSC
601 Washington St.
Paducah, KY 42002-1876
Phone:  (270) 442-1422
Email:  emily.roark@bryantpsc.com
Email:  mark.bryant@bryantpsc.com

Counsel for Plaintiffs in *Brizendine v. Monsanto Co.*, No. 5:19-cv-00070-TBR (W.D. Ky.); *Martin v. Monsanto Co.*, No. 5:19-cv-00071-TBR (W.D. Ky.).

Dated: May 24, 2019                                         Respectfully submitted,

                                                            /s/ Joe G. Hollingsworth
                                                            Joe G. Hollingsworth, Esq.
                                                            (jhollingsworth@hollingsworthllp.com)
                                                            HOLLINGSWORTH LLP
                                                            1350 I Street, N.W.
                                                            Washington, D.C. 20005
                                                            Phone: (202) 898-5800
                                                            Fax:    (202) 682-1639

                                                            *Attorneys for Defendant Monsanto Company*