BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION            MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | John Reis and Charlene Reis | Monsanto Co. | Northern District of Georgia (Gainesville) | 2:19-cv-00099-RWS | District Judge Richard W. Story |
| 2. | Estate of Jimmie Ellington, by and through Timothy Ellington, as Executor | Monsanto Co. | Western District of Kentucky (Paducah) | 5:19-cv-00072-TBR | Senior District Judge Thomas B. Russell |
| 3. | Thomas Jay Benzel and Tracy Ann Benzel | Monsanto Co. | Eastern District of Washington (Spokane) | 2:19-cv-00174-SMJ | District Judge Salvador Mendoza, Jr. |
| 4. | Randolph J. Merchant | Monsanto Co. | Western District of Washington (Tacoma) | 3:19-cv-05447-BAT | Magistrate Judge Brian A. Tsuchida |
| 5. | Perry L. Walters and Laura J. Walters | Monsanto Co. | District of Kansas (Wichita) | 6:19-cv-01128-JWB-GEB | District Judge John W. Broomes |