**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on May 28, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Matthew S. Harman
Eric Fredrickson
Harman Law Firm LLC
3575 Piedmont Road NE
Building 15, Suite 1040
Atlanta, GA 30326
Phone: (404) 554-0777
Email: mharman@harmanlaw.com
Email: efredrickson@harmanlaw.com

Counsel for Plaintiffs in *Reis v. Monsanto Co.*, No. 2:19-cv-00099-RWS (N.D. Ga.).

Brian J. McCormick, Jr.
Dena R. Young
Ross Feller Casey, LLP
One Liberty Place, LLP
1650 Market Street, 34th Floor
Philadelphia, PA 19103
Phone: (215) 574-2000
Email: bmccormick@rossfellercasey.com
Email: dyoung@rossfellercasey.com

Co-counsel for Plaintiffs in *Reis v. Monsanto Co.*, No. 2:19-cv-00099-RWS (N.D. Ga.).

Emily Ward Roark
Mark P. Bryant
Bryant Law Center, PSC
601 Washington St.
Paducah, KY 42002-1876
Phone:  (270) 442-1422
Email:  emily.roark@bryantpsc.com
Email:  mark.bryant@bryantpsc.com

Counsel for Plaintiffs in *Ellington v. Monsanto Co.*, No. 5:19-cv-00072-TBR (W.D. Ky.).

Corrie J. Yackulic
Corrie Yackulic Law Firm PLLC
110 Prefontaine Place South, Suite 304
Seattle, WA 98104
Phone:  (206) 787-1915
Email:  corrie@cjylaw.com

Counsel for Plaintiffs in *Benzel v. Monsanto Co.*, No. 2:19-cv-00174-SMJ (E.D. Wash.); *Merchant v. Monsanto Co.*, No. 3:19-cv-05447-BAT (W.D. Wash.).

Andrew W. Hutton
Daniel K. Back
Hutton & Hutton Law Firm, LLC
8100 E 22nd Street North, Suite 1200
Wichita, KS 67226
Phone:  (316) 688-1166
Email:  andrew.hutton@huttonlaw.com
Email:  daniel.back@huttonlaw.com

Counsel for Plaintiffs in *Walters v. Monsanto Co.*, No. 6:19-cv-01128-JWB-GEB (D. Kan.).

Dated: May 28, 2019                              Respectfully submitted,


                                                 /s/ Joe G. Hollingsworth
                                                 Joe G. Hollingsworth, Esq.
                                                 (jhollingsworth@hollingsworthllp.com)
                                                 HOLLINGSWORTH LLP
                                                 1350 I Street, N.W.
                                                 Washington, D.C. 20005
                                                 Phone: (202) 898-5800
                                                 Fax:    (202) 682-1639

                                                 *Attorneys for Defendant Monsanto Company*