## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on May 29, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb  
Brown & Crouppen, P.C.  
211 North Broadway, Suite 1600  
St. Louis, MO 63102  
Phone: (314) 222-2222  
Email: sethw@getbc.com

Counsel for Plaintiffs in *Terhune v. Monsanto Co.*, No. 4:19-cv-01419-SPM (E.D. Mo.).

Dated: May 29, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth  
Joe G. Hollingsworth, Esq.  
(jhollingsworth@hollingsworthllp.com)  
HOLLINGSWORTH LLP  
1350 I Street, N.W.  
Washington, D.C. 20005  
Phone: (202) 898-5800  
Fax: (202) 682-1639

*Attorneys for Defendant Monsanto Company*