# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 5/23/19

**District Court:** D. Arizona

**Number of Actions:** 24

**Complaints and Docket Sheets are attached.**

_____
CLERK OF THE PANEL