BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:  Roundup Products Liability
Litigation                                                                               MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing, Notice of Appearance, was served on all parties in the following case electronically via ECF, on May 30, 2019.

**Knox, et al. v. Monsanto Company, et al.; G.F.D. Montana, C.A. No. 4:19-36**

**Randy J. Cox**
BOONE KARLBERG, PC
201 West Main, Suite 300
P.O. Box 9199
Missoula, MT  59807-9199
Tel:  (406) 543-6646
Fax:  (406) 549-6804
Email: rcox@boonekarlberg.com
*Counsel for Defendant Monsanto Company*

**Robert E. Johnston**
**Marchello D. Gray**
HOLLINGSWORTH, LLP
1350 I Street, NW
Washington, DC 20005
Tel:  (202) 898-5800
Fax:  (202) 682-1639
Email: rjohnston@hollingsworthllp.com
Email: mgray@hollingsworthllp.com
*Counsel for Defendant Monsanto Company*

DATED this 30th day of May, 2019.

          *Respectfully Submitted,*

          /s/ A. Christopher Edwards
          A. Christopher Edwards, Esq.
          EDWARDS, FRICKLE & CULVER
          1648 Poly Drive, Suite 206
          Billings, MT 59102
          Telephone: (406) 256-8155
          Facsimile: (406) 256-8159
          Email: chris@edwardslawfirm.org
          **Counsel for Plaintiffs Terry Knox**
          **and Carolyn "Coke" Knox**