UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received: 5/23/19**

**District Court:  D. Arizona**

Number of Actions: 1

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 5/29/19

**District Court:** D. Minnesota

**Number of Actions:** 3

**Complaints and Docket Sheets are attached.**

_____
CLERK OF THE PANEL