# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Response in Opposition to Plaintiff's Motion to Vacate CTO-130 was electronically filed on May 31, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

David J. Gallagher  
MOTHERWAY & NAPLETON, LLP  
140 S. Dearborn, Suite 1500 Chicago, IL 60603  
(312) 726-2699  
Dgallagher@mnlawoffice.com

Counsel for Plaintiff in *Cichy v. Bayer Corp., et al.*, No. 1:19-cv-02548 (N.D. Ill.)

Daniel M. Meyers  
Arnold & Porter Kaye Scholer LLP  
70 West Madison Street  
Suite 4200  
Chicago, IL 60602  
(312) 583-2393  
daniel.meyers@arnoldporter.com

Counsel for Defendants Monsanto Company and Bayer Corporation in *Cichy v. Bayer Corp., et al.*, No. 1:19-cv-02548 (N.D. Ill.)

Dominique Savinelli
Husch Blackwell LLP
120 South Riverside Plaza
Suite 2200
Chicago, IL 60606-3912
(312) 526-1518
Dominique.Savinelli@huschblackwell.com

Counsel for Defendants Monsanto Company and Bayer Corporation in *Cichy v. Bayer Corp., et al.*, No. 1:19-cv-02548 (N.D. Ill.)


James Patrick O'Shea
Husch Blackwell
120 South Riverside Plaza
Suite 2200
Chicago, IL 60606
(312) 655-1500
James.OShea@huschblackwell.com

Counsel for Defendants Monsanto Company and Bayer Corporation in *Cichy v. Bayer Corp., et al.*, No. 1:19-cv-02548 (N.D. Ill.)


Thomas Joseph Dammrich, II
Shook, Hardy & Bacon LLP
111 South Wacker Drive
Suite 4700
Chicago, IL 60606
(312) 704-7721
docket@shb.com

Counsel for Defendant Monsanto Company in *Cichy v. Bayer Corp., et al.*, No. 1:19-cv-02548 (N.D. Ill.)


Marie Kathleen Lynch Swanson
Martin & Bell, LLP
330 N. Wabash Ave
Suite 3300
Chicago, IL 60611
(312) 321-9100
mlynch@smbtrials.com

Counsel for Defendants Northwestern Memorial Hospital, Northwestern Medical Faculty Foundation, and Olga Frankfurt in *Cichy v. Bayer Corp., et al.*, No. 1:19-cv-02548 (N.D. Ill.)

Dated: May 31, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*