**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Mark Wollfarth | Monsanto Co. | Eastern District of Louisiana (New Orleans) | 2:19-cv-02087-SSV-JCW | District Judge Sarah S. Vance |
| 2. | Caitlin Jones-Basler, Johnny Quinonez, and Vanessa Moore | Monsanto Co. | Eastern District of California (Sacramento) | 2:19-cv-00953-TLN-EFB | District Judge Troy L. Nunley |
| 3. | Janet McDiffett | Monsanto Co. | District of Kansas (Kansas City) | 2:19-cv-02213-JWL-TJJ | District Judge John W. Lungstrum |
| 4. | Loretta Oleyar | Monsanto Co. | Eastern District of Tennessee (Knoxville) | 3:19-cv-00133-TRM-DCP | District Judge Travis R. McDonough |
| 5. | Richard Graves and Lois E. Graves | Monsanto Co. | Eastern District of Tennessee (Chattanooga) | 1:19-cv-00107-TRM-CHS | District Judge Travis R. McDonough |
| 6. | Ricky Chambers | Monsanto Co. | Central District of California (Los Angeles) | 2:19-cv-04081-GW-KS | District Judge George H. Wu |
| 7. | Robert Lloyd | Monsanto Co. | District of Connecticut (New Haven) | 3:19-cv-00708-JBA | District Judge Janet Bond Arterton |
| 8. | Robert Payne | Monsanto Co. and Bayer AG | Northern District of Texas (Fort Worth) | 4:19-cv-00400-A | Senior District Judge John McBryde |
| 9. | Wendy Scherrer | Monsanto Co. | Western District of Washington (Seattle) | 2:19-cv-00663-BJR | District Judge Barbara J. Rothstein |