BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on June 3, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

C. Mark Whitehead, III
The Whitehead Law Firm, L.L.C.
3639 Ambassador Caffery Pkwy, #303
Lafayette, LA 70503-5107
Phone:  (337) 740-6006
Email:   cmw@whiteheadfirm.com

Counsel for Plaintiff in *Wollfarth v. Monsanto Co.*, No. 2:19-cv-02087-SSV-JCW (E.D. La.).

Gerald Blaine Singleton
Singleton Law Firm, APC
450 A Street
5th Floor
San Diego, CA 92101
Phone:  (619) 771-3473
Email:  gerald@geraldsingleton.com

Counsel for Plaintiffs in *Jones-Basler v. Monsanto Co.*, No. 2:19-cv-00953-TLN-EFB (E.D. Cal.).

Jason Edward Ochs
Ochs Law Firm, PC
690 US 89, Suite 206
Jackson, WY 83001
Phone:  (307) 739-3959
Email:   Jason@ochslawfirm.com

1

Counsel for Plaintiffs in *McDiffett v. Monsanto Co.*, No. 2:19-cv-02213-JWL-TJJ (D. Kan.); *Oleyar v. Monsanto Co.*, No. 3:19-cv-00133-TRM-DCP (E.D. Tenn.); *Graves v. Monsanto Co.*, No. 1:19-cv-00107-TRM-CHS (E.D. Tenn.); *Chambers v. Monsanto Co.*, No. 2:19-cv-04081-GW-KS (C.D. Cal.); *Lloyd v. Monsanto Co.*, No. 3:19-cv-00708-JBA (D. Conn.).

Daniel V. Parish
Wolff Ardis, P.C.
5810 Shelby Oaks Drive
Memphis, TN 38134
Phone:  (901) 763-3336
Email:  dparish@wolffardis.com

Co-counsel for Plaintiffs in *Oleyar v. Monsanto Co.*, No. 3:19-cv-00133-TRM-DCP (E.D. Tenn.); *Graves v. Monsanto Co.*, No. 1:19-cv-00107-TRM-CHS (E.D. Tenn.).

J. Craig Smith
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
Phone:  (203) 336-4421
Email:  csmith@koskoff.com

Co-counsel for Plaintiff in *Lloyd v. Monsanto Co.*, No. 3:19-cv-00708-JBA (D. Conn.).

Michael A. Simpson
Kim Jones Penepacker
Simpson, Simpson & Penepacker
1119 Halsell Street
Bridgeport, TX 76426
Phone:  (940) 683-4098
Email:  msimpson@simpsontriallawyers.com
Email:  kjones@simpsontriallawyers.com

Counsel for Plaintiff in *Payne v. Monsanto Co.*, No. 4:19-cv-00400-A (N.D. Tex.).

Maryssa Simpson
Micah Dortch
Potts Law Firm
2911 Turtle Creek Blvd.
Suite 1000
Dallas, Texas 75219
Phone:  (214) 396-9427
Email:  msimpson@potts-law.com
Email:  mdortch@potts-law.com

Co-counsel for Plaintiff in *Payne v. Monsanto Co.*, No. 4:19-cv-00400-A (N.D. Tex.).

Tom Carse
Carse Law Firm
6220 Campbell Road
Suite 401
Dallas, Texas 75248
Phone:  (972) 503-6338
Email:  tom@carselaw.com

Co-counsel for Plaintiff in *Payne v. Monsanto Co.*, No. 4:19-cv-00400-A (N.D. Tex.).

Copies of the foregoing were also caused to be served via Fed-Ex on Defendant Bayer AG (which has not been served with the summons or complaint in *Payne v. Monsanto Co.*, No. 4:19-cv-00400-A (N.D. Tex.)), as follows:

>Bayer AG
>Attn: General Counsel
>Law, Patents & Compliance
>Building Q 26, 1.008
>51368 Leverkusen, Germany


Sims G. Weymuller
Elizabeth McLafferty
Schroeter Goldmark & Bender
810 3rd Ave, Suite 500
Seattle, WA 98104
Phone:  (206) 622-8000
Email:  sims@sgb-law.com
Email:  mclafferty@sgb-law.com

Counsel for Plaintiff in *Scherrer v. Monsanto Co.*, No. 2:19-cv-00663-BJR (W.D. Wash.).

Dated: June 3, 2019                                  Respectfully submitted,


                                                     /s/ Joe G. Hollingsworth
                                                     Joe G. Hollingsworth, Esq.
                                                     (jhollingsworth@hollingsworthllp.com)
                                                     HOLLINGSWORTH LLP
                                                     1350 I Street, N.W.
                                                     Washington, D.C. 20005
                                                     Phone: (202) 898-5800
                                                     Fax:    (202) 682-1639

                                                     *Attorneys for Defendant Monsanto Company*