**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Corporate Disclosure Statement was electronically filed on June 4, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

Christopher Edwards
A. Clifford Edwards
Triel D. Culver
Edwards Frickle & Culver
1648 Poly Drive
Suite 206
Billings, MT 59102
Phone: (406)-256-8157
Emails: chris@edwardslawfirm.org
        jenny@edwardslawfirm.org
        triel@edwardslawfirm.org

Counsel for Plaintiffs in *Knox, et al. v. Monsanto Co.,* No. 4:19-cv-00036-BMM (D. Mont.)

Dated: June 4, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant*
*Monsanto Company*

1