BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|   | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Brenda J. Austin and Gary W. Austin | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01034-PLC | Magistrate Judge Patricia L. Cohen |
| 2. | Frank E. Ball, Jr. | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01037-HEA | District Judge Henry Edward Autrey |
| 3. | Robert L. Banker, Sr. | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01039-CDP | District Judge Catherine D. Perry |
| 4. | Kenneth Buchert | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01507-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 5. | Elizabeth E. Clay and Louis Clay, Jr. | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01042-DDN | Magistrate Judge David D. Noce |
| 6. | Dennis W. Clifton | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01043-NAB | Magistrate Judge Nannette A. Baker |
| 7. | Sean R. Culp and Ashley Culp | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01044-NCC | Magistrate Judge Noelle C. Collins |
| 8. | William E. George and Robyn S. Maloney-George | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01047-CAS | District Judge Charles A. Shaw |
| 9. | Stephen Herring and Janet Herring | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01523-CAS | District Judge Charles A. Shaw |

| | | | | | |
|---|---|---|---|---|---|
| 10. | Leon Kilburn and Dorothy Kilburn | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01508-HEA | District Judge Henry Edward Autrey |
| 11. | Sharron Kuhlman | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01465-JAR | District Judge John A. Ross |
| 12. | Elizabeth Mason | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01421-JMB | Magistrate Judge John M. Bodenhausen |
| 13. | Jerald Maudlin and Linda Maudlin | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01505-JMB | Magistrate Judge John M. Bodenhausen |
| 14. | Joann Novak and John Novak | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01524-NAB | Magistrate Judge Nannette A. Baker |
| 15. | Vickie Pritchett and Patricia Pritchett | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01460-HEA | District Judge Henry Edward Autrey |
| 16. | James Shelton and Jeanette Shelton | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01506-SPM | Magistrate Judge Shirley Padmore Mensah |
| 17. | Lisa Shelton and Kenneth Shelton | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01521-HEA | District Judge Henry Edward Autrey |
| 18. | Roy H. Smith and Rebecca Smith | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:19-cv-00616-MMH-PDB | District Judge Marcia Morales Howard |
| 19. | Benjamin L. Perry, Jr. and Teresa Lee Perry | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:19-cv-00615-BJD-PDB | District Judge Brian J. Davis |