**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on June 4, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone: (314) 222-2222
Email: sethw@getbc.com

Counsel for Plaintiffs in *Austin v. Monsanto Co.,* No. 4:19-cv-01034-PLC (E.D. Mo.); *Ball v. Monsanto Co.,* No. 4:19-cv-01037-HEA (E.D. Mo.); *Banker v. Monsanto Co.,* No. 4:19-cv-01039-CDP (E.D. Mo.); *Buchert v. Monsanto Co.,* No. 4:19-cv-01507-SNLJ (E.D. Mo.); *Clay v. Monsanto Co.,* No. 4:19-cv-01042-DDN (E.D. Mo.); *Clifton v. Monsanto Co.,* No. 4:19-cv-01043-NAB (E.D. Mo.); *Culp v. Monsanto Co.,* No. 4:19-cv-01044-NCC (E.D. Mo.); *George v. Monsanto Co.,* No. 4:19-cv-01047-CAS (E.D. Mo.); *Herring v. Monsanto Co.,* No. 4:19-cv-01523-CAS (E.D. Mo.); *Kilburn v. Monsanto Co.,* No. 4:19-cv-01508-HEA (E.D. Mo.); *Kuhlman v. Monsanto Co.,* No. 4:19-cv-01465-JAR (E.D. Mo.); *Mason v. Monsanto Co.,* No. 4:19-cv-01421-JMB (E.D. Mo.); *Maudlin v. Monsanto Co.,* No. 4:19-cv-01505-JMB (E.D. Mo.); *Novak v. Monsanto Co.,* No. 4:19-cv-01524-NAB (E.D. Mo.); *Pritchett v. Monsanto Co.,* No. 4:19-cv-01460-HEA (E.D. Mo.); *Shelton v. Monsanto Co.,* No. 4:19-cv-01506-SPM (E.D. Mo.); *Shelton v. Monsanto Co.,* No. 4:19-cv-01521-HEA (E.D. Mo.).

Christopher Shakib
Terrell Hogan & Yegelwel, P.A.
233 East Bay Street, 8th Floor
Jacksonville, Florida 32202
Phone: (904) 632-2424
Email: shakib@terrellhogan.com

Counsel for Plaintiffs in *Perry v. Monsanto Co.,* No. 3:19-cv-00615-BJD-PDB (M.D. Fla.); *Smith v. Monsanto Co.,* No. 3:19-cv-00616-MMH-PDB (M.D. Fla.).

Dated: June 4, 2019                                                        Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*