BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN Re: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                                                         MDL No. 2741

_____

*Terry Knox and Carolyn "Coke" Knox, vs. Monsanto Company and Kerry Yates*,
D. Mont., Great Falls Division, No. 4:19-cv-00036

## PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 133

COME NOW Plaintiffs, Terry and Carolyn Knox, and pursuant to Rule 7.1(f) of the Rules of the Judicial Panel on Multidistrict Litigation, respectfully move the Panel to vacate its Conditional Transfer Order No. 133 on the grounds that transfer of the above referenced action to the Northern District of California for inclusion in the In re: Roundup Products Liability litigation ("MDL No. 2741") is improper.

As set forth in Plaintiffs' memorandum of law in support of their motion to vacate conditional transfer order, which is incorporated herein by reference, the transfer of the above reference case to MDL No. 2741 would be inefficient and improper because the U.S. District Court does not properly have jurisdiction over Plaintiffs' claims, and the case must be remanded to Montana state court. Accordingly, Plaintiffs respectfully request that the Panel vacate Conditional Transfer Order (CTO-133) as to Terry and Carolyn Knox's action.

DATED this 4th day of June, 2019.

By:      /s/ A. Christopher Edwards
            A. Christopher Edwards
            EDWARDS, FRICKLE & CULVER
            1648 Poly Drive, Suite 206
            Billings, MT 59102
            Tel: 406-256-8155/Fax: 406-256-8159
            Email: chris@edwardslawfirm.org

            Counsel for Plaintiffs