BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:  Roundup Products Liability
Litigation

MDL No. 2741

## PLAINTIFFS' MOTION TO VACATE CTO-133

## SCHEDULE OF ACTION

|   | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Terry Knox and Caroline "Coke" Knox | Monsanto Co., Kerry Yates | District of Montana – Great Falls Division | 4:19-cv-00036-BMM | U.S. Dist. Court Judge Brian Morris |