**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|----|------------|-----------|----------|------------------|-------|
| 1. | Curtis A. Prins and Althea A. Prins | Monsanto Co. | Eastern District of Virginia (Alexandria) | 1:19-cv-00648-LO-MSN | District Judge Liam O'Grady |
| 2. | Matthew McCaskill | Monsanto Co. | Northern District of Mississippi (Greenville) | 4:19-cv-00082-DMB-JMV | District Judge Debra M. Brown |
| 3. | Larry Ponzini | Monsanto Co. and Bayer U.S. LLC | Northern District of Alabama (Northeastern) | 5:19-cv-00747-AKK | District Judge Abdul K. Kallon |

1