**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on June 5, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Willard J. Moody, Jr.
Jonathan A. Hogins
The Moody Law Firm
500 Crawford Street, Suite 200
Portsmouth, VA 23704
Phone:  (757) 393-6020
Email:  will@moodyrrlaw.com
Email:  jhogins@moodyrrlaw.com

Counsel for Plaintiffs in *Prins v. Monsanto Co.*, No. 1:19-cv-00648-LO-MSN (E.D. Va.).

Ashton Rose Smith
Jennifer A. Moore
Moore Law Group, PLLC
1473 South 4th Street
Louisville, KY 40208
Phone:  (502) 717-4080
Email:  ashton@moorelawgroup.com
Email:  jennifer@moorelawgroup.com

Co-counsel for Plaintiffs in *Prins v. Monsanto Co.*, No. 1:19-cv-00648-LO-MSN (E.D. Va.).

Jason L. Nabors
Nabors Law Firm
735 Avignon Drive, Suite 3
Ridgeland, MS 39157
Phone:  (601) 790-7270
Email:  jason@naborslawfirm.com

Counsel for Plaintiff in *McCaskill v. Monsanto Co.*, No. 4:19-cv-00082-DMB-JMV (N.D. Miss.).

Robert A. Malouf
601 Crescent Blvd., Suite 402
Ridgeland, MS 39158
Phone:  (601) 856-7392
Email:  ramalo@aol.com

Co-counsel for Plaintiff in *McCaskill v. Monsanto Co.*, No. 4:19-cv-00082-DMB-JMV (N.D. Miss.).

John Calvin Patterson
Wesley D. Ehrhardt
Patterson & Ehrhardt, PLLC
213 Main Street
Como, MS 38619
Phone:  (662) 526-1992
Email:  jcp@pattersonehrhardt.com
Email:  wde@pattersonehrhardt.com

Co-counsel for Plaintiff in *McCaskill v. Monsanto Co.*, No. 4:19-cv-00082-DMB-JMV (N.D. Miss.).

Eric J. Artrip
Mastando & Artrip, LLC
301 Washington Street, Suite 302
Huntsville, AL 35801
Phone:  (256) 532-2222
Email:  artrip@mastandoartrip.com

Counsel for Plaintiff in *Ponzini v. Monsanto Co.*, No. 5:19-cv-00747-AKK (N.D. Ala.).

Copies of the foregoing were also caused to be served via first class mail on Defendant Bayer U.S. LLC (which has not been served with the summons or complaint in *Ponzini v. Monsanto Co.*, No. 5:19-cv-00747-AKK (N.D. Ala.)), as follows:

>Bayer U.S. LLC
>100 Bayer Road
>Pittsburgh, PA 15205

Dated: June 5, 2019                                                            Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*