## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received: 5/31/19**

**District Court: E.D. Kentucky**

**Number of Actions 1**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL

# UNITED STATES DISTRICT COURT
## Southern District of Iowa



| | |
|---|---|
| U.S. Courthouse | Des Moines |
| 123 East Walnut Street | Davenport |
| Des Moines, Iowa 50309 | Council Bluffs |
| | |
| Clerk of Court's Office | o: 515-284-6248 |
| www.iasd.uscourts.gov | f : 515-284-6418 |

May 31, 2019

Jeffery Luth, Clerk of the Panel

Judicial Panel on Multidistrict Litigation

Thurgood Marshall Federal Judicial Building

One Columbus Circle, NE

Room G-255, North Lobby

Washington DC 20002-8004

*In Re:* MDL 2741 Roundup Products Liability Litigation

Dear Mr. Luthi:

Enclosed is a copy of the complaint from the action filed in the Southern District of Iowa, Central Division by plaintiff Thomas N. Williams, against defendant Monsanto Company please forward this complaint to the panel for review of a Potential Tag-Along Action to the above entitled MDL case.

Should you have any questions, please do not hesitate to contact this office.

Sincerely,
/s/ Kellie Watson
Deputy Clerk
Phone number 515-284-6163
John S. Courter
CLERK OF COURT