**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Donald Bittinger, Jr., Delmer Blankenship, Timothy Bodnar, Albert Bretz, Martin Brooks, Clyde Bruce, Cynthia Freeman, Individually And on Behalf of Rosalie Brumfield, Paul Burkhart, Jr., Patricia Cermak, Individually and on Behalf of John Cermak, Linda Cheslow, Donald Cicconi, Jody Clouse, Steven Coleman, Manuel Colon, Sherry Contrell, Ruth Danielson, Individually and on Behalf of Henry Danielson, Scott Austin, Individually and on Behalf of Arthur Davis, Shaquona Davis, Fred Deister, | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01559-CDP | District Judge Catherine D. Perry |

| | | | | |
|---|---|---|---|---|
| William Dutton, Reid Fauntleroy, John Felder, Charles Fenner, Jr., Individually and on Behalf of Wanda Fenner, Wilbur Galbraith, Jase Geary, George Gibb, Harry Goss, Kenneth Gregory, Peggy Griffey, Eric Hegrenes, Phillip Hovencamp, Judith Hughes, Individually and on Behalf of John Hughes, Curt Hughlett, Steven Isaacson, Florence Jensen, Individually and on Behalf of Robert Jensen, John Johnson, Judith Johnson, Billy Keyes, John Kinney, Jr., Kyle Kreienbrink, Cecilia Kreplak, John Kuemper, Matthew Kuglin, Brenda Langgin, Debra Lastoff, Linus Litowsky, Andrew Loguercio, Everett Maldonado, Travis Mallory, Lee Mazza, Ruby Mcfarland, Kimberly Mcintos, Douglas Mcintosh, William Moore, Andrew Namoski, Tilden Natkin, Bruce Oakley, Michael Payne, | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Gloria Peppers, Scott Peters, Michael Pickett, James Ross, Michael Rowe, Richard Sanders, Kim Scott, Individually and on Behalf of Lugene Sco, Debra Shields, Eric Sittner, Suzanne Strauss, Kenneth Stuckey, Timothy Todd, Frank Todrick, John Tresher, Barbara Vale, Joyce Viviano, Donna Webster, Individually and on Behalf of Michael Webster, Shirley Andrews, Individually and on Behalf of Paul Wells, Gregory Welp, Walter Whittington, Herbert Williams, Bobbie Willis, and Ann Higingbotham, Individually and On Behalf of Johnny Higingbotham |  |  |  |  |
| 2. | Robert Kargen | Monsanto Co. | Eastern District of Pennsylvania (Philadelphia) | 2:19-cv-02248-CMR | District Judge Cynthia M. Rufe |

3