BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on June 6, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Mark R. Niemeyer
Michael S. Kruse
Niemeyer, Grebel & Kruse LLC
10 S. Broadway
Suite 1125
St. Louis, MO 63102
Phone:  (314) 241-1919
Email:   niemeyer@ngklawfirm.com
Email:   kruse@ngklawfirm.com

Counsel for Plaintiffs in *Bittinger v. Monsanto Co.*, No. 4:19-cv-01559-CDP (E.D. Mo.).

Brian J. McCormick, Jr.
Dena R. Young
Ross Feller Casey, LLP
One Liberty Place
1650 Market Street, 34th Floor
Philadelphia, PA 19103
Phone:  (215) 574-2000
Email:   bmccormick@rossfellercasey.com
Email:   dyoung@rossfellercasey.com

Counsel for Plaintiff in *Kargen v. Monsanto Co.*, No. 2:19-cv-02248-CMR (E.D. Pa.).

Dated: June 6, 2019    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*