**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of June, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

Dominique Savinelli
James P. O'Shea
Husch Blackwell LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
Phone: (312) 655-1500
Fax: (312) 655-1501
Email: HBService@huschblackwell.com; Dominique.Savinelli@huschblackwell.com; James.Oshea@huschblackwell.com
**Attorneys for defendants, Monsanto Company and Bayer Corporation**

Daniel M. Meyers
Arnold & Porter Kaye Scholer LLP
70 W. Madison Street, Suite 4200
Chicago, IL 60602
Phone: (312) 583-2300
Fax: (312) 583-2360
Email: daniel.meyers@apks.com
**Attorney for defendant, Monsanto Company**

Thomas J. Dammrich, II
Shook, Hardy & Bacon, LLP
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
Phone: (312) 704-7700
Fax: (312) 558-1195
Email: tdammrich@shb.com
**Attorney for defendant, Monsanto Company**

Marie K. Lynch
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
Phone: (312) 321-9100
Fax: (312) 321-0990
Email: mlynch@smbtrials.com
**Attorney for defendants, Northwestern Memorial Hospital, Northwestern Medical Faculty Foundation and Olga Frankfurt, M.D.**

/s/ David J. Gallagher
MOTHERWAY & NAPLETON, LLP
140 S. Dearborn St. Suite 1500
Chicago, IL 60603
(312) 726-2699
(312) 726-6851 Fax
dgallagher@mnlawoffice.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE BY EMAIL**

I, David J. Gallagher, hereby certify that on this 7th day of June, 2019, I emailed a copy of the foregoing to the following named individuals. I declare under penalty of perjury that the foregoing is true and correct.

Northwestern Medical Faculty Foundation
c/o Marie K. Lynch
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611

Northwestern Memorial Hospital
c/o Marie K. Lynch
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611

Olga Frankfurt, M.D.
c/o Marie K. Lynch
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611

/s/ David J. Gallagher
MOTHERWAY & NAPLETON, LLP
140 S. Dearborn St. Suite 1500
Chicago, IL 60603
(312) 726-2699
(312) 726-6851 Fax
dgallagher@mnlawoffice.com
*Attorney for Plaintiff Keith Cichy*