**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| **1.** | Jeffrey G. Freepons | Monsanto Co. | Western District of Washington (Seattle) | 2:19-cv-00779-BJR | District Judge Barbara J. Rothstein |
| **2.** | Steven Madsen and Diana Madsen | Monsanto Co. | Western District of Washington (Seattle) | 2:19-cv-00723-BJR | District Judge Barbara J. Rothstein |
| **3.** | David White and Sylvia White | Monsanto Co. | Western District of Washington (Seattle) | 2:19-cv-00757-MJP | District Judge Marsha J. Pechman |
| **4.** | Michael Zech and Dawn Zech | Monsanto Co. | Western District of Washington (Tacoma) | 3:19-cv-05459-BHS | District Judge Benjamin H. Settle |