**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on June 7, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Sims G. Weymuller
Elizabeth McLafferty
Schroeter Goldmark & Bender
810 3rd Ave, Suite 500
Seattle, WA 98104
Phone:  (206) 622-8000
Email:  sims@sgb-law.com
Email:  mclafferty@sgb-law.com

Counsel for Plaintiffs in *Freepons v. Monsanto Co.*, No. 2:19-cv-00779-BJR (W.D. Wash.); *Madsen v. Monsanto Co.*, No. 2:19-cv-00723-BJR (W.D. Wash.); *White v. Monsanto Co.*, No. 2:19-cv-00757-MJP (W.D. Wash.); *Zech v. Monsanto Co.*, No. 3:19-cv-05459 (W.D. Wash.).

Dated: June 7, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*