# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received: 6/6/19**

**District Court: D. Minnesota**

Number of Actions: 1

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL