**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on June 10, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Andres Rivero, Esq.
Jorge A. Mestre, Esq.
Alan H. Rolnick, Esq.
Charles E. Whorton, Esq.
David L. DaPonte, Esq.
RIVERO MESTRE LLP
2525 Ponce de Leon Blvd., Suite 1000
Miami, FL 33134
Phone:  (305) 445-2500
Email:  arivero@riveromestre.com
Email:  jmestre@riveromestre.com
Email:  arolnick@riveromestre.com
Email:  cwhorton@riveromestre.com
Email:  ddaponte@riveromestre.com

Counsel for Plaintiff in *Turnoff v. Monsanto Co.*, No. 1:19-cv-22291-FAM (S.D. Fla.).

Dated: June 10, 2019                                      Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*