**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on June 12, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Michael A. Cancelliere, Jr., Esq.
Michael A. Rowe, Esq.
NASS CANCELLIERE BRENNER
1515 Market Street, Suite 2000
Philadelphia, PA 19102
Phone:  (215) 546-8200
Email:   macancelliere@hbnpclaw.com
Email:   marowe@ncblawfirm.com

Counsel for Plaintiffs in *Manuel v. Monsanto Co.*, No. 2:19-cv-02200-AB (E.D. Pa.).

Dated: June 12, 2019                                 Respectfully submitted,

                                                     /s/ Joe G. Hollingsworth
                                                     Joe G. Hollingsworth, Esq.
                                                     (jhollingsworth@hollingsworthllp.com)
                                                     HOLLINGSWORTH LLP
                                                     1350 I Street, N.W.
                                                     Washington, D.C. 20005
                                                     Phone: (202) 898-5800
                                                     Fax:    (202) 682-1639

                                                     *Attorneys for Defendant Monsanto Company*