**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Roland Joseph Trosclair, Jr. | Monsanto Co., Monsanto Co. Manufacturing Facility, XL Bermuda, Ltd., Catlin Insurance Services, Inc., T.H.E. Insurance Co., 3M Cattle, LLC, and Randy Jacobs | Eastern District of Louisiana (New Orleans) | 2:19-cv-10689-CJB-MBN | District Judge Carl Barbier |
| 2. | Felton Boston | Monsanto Co. | District of South Carolina (Rock Hill) | 0:19-cv-01674-MDL | Not yet assigned |
| 3. | Debbie L. Nelson-Scheffler and Steven Scheffler | Monsanto Co. | District of Minnesota (DMN) | 0:19-cv-01538-ECT-SER | District Judge Eric C. Tostrud |
| 4. | Mario J. Putzrath and Barbara K. Putzrath | Monsanto Co. | Western District of North Carolina (Charlotte) | 3:19-cv-00265-RJC-DCK | District Judge Robert J. Conrad, Jr. |