**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on June 13, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Rachel M. Noorthoek, Esq.
CAMPBELL & ASSOCIATES
717 East Blvd
Charlotte, NC 28203
Phone:  (704) 333-0885
Email:   rachel@injuryhelp.org

T. Roe Frazer, II, Esq.
Patrick D. McMurtray, Esq.
Thomas Roe Frazer, III, Esq.
W. Matthew Pettit, Esq.
FRAZER PLC
30 Burton Hills Blvd, Suite 450
Nashville, TN 37215
Phone:  (615) 647-6464
Email:   roe@frazer.law
Email:   patrick@frazer.law
Email:   trey@frazer.law
Email:   mpettit@frazer.law

Co-counsel for Plaintiff in *Boston v. Monsanto Co.*, No. 0:19-cv-01674-MDL (D.S.C.).

Morris Bart, III, Esq.
Betsy J. Barnes, Esq.
John C. Enochs, Esq.
Richard L. Root, Esq.
MORRIS BART, LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Phone:  (504) 599-3308
Email:   morrisbart@morrisbart.com
Email:   bbarnes@morrisbart.com
Email:   jenochs@morrisbart.com
Email:   rroot@morrisbart.com

Hunter W. Lundy, Esq.
Matthew E. Lundy, Esq.
Rudie R. Soileau, Jr., Esq.
Kristie M. Hightower, Esq.
Jackey W. South, Esq.
LUNDY, LUNDY, SOILEAU & SOUTH, LLP
501 Broad Street
Lake Charles, LA 70602-3010
Phone:  (337) 439-0707
Email:   hlundy@lundylawllp.com
Email:   mlundy@lundylawllp.com
Email:   rsoileau@lundylawllp.com
Email:   khightower@lundylawllp.com
Email:   jsouth@lundylawllp.com

Co-counsel for Plaintiff in *Trosclair v. Monsanto Co.*, No. 2:19-cv-10689-CJB-MBN (E.D. La.).


Edwin G. Preis, Jr., Esq.
PREIS PLC
Versailles Centre
102 Versailles Blvd., Suite 400
Lafayette, LA 70501
Phone:  (337) 237-6062
Email:   epreis@preisplc.com

Counsel for Defendant XL Bermuda, Ltd. in *Trosclair v. Monsanto Co.*, No. 2:19-cv-10689-CJB-MBN (E.D. La.).

Corey M. Oubre, Esq.
LAW OFFICES OF COREY M. OUBRE, LLC
732 Paul Maillard Road
Luling, LA 70070
Phone: (985) 785-6620
Email: cmoubre@oubrelaw.com

Counsel for Defendant 3M Cattle, LLC in *Trosclair v. Monsanto Co.*, No. 2:19-cv-10689-CJB-MBN (E.D. La.).

Paula M. Wellons, Esq.
TAYLOR, WELLONS, POLITZ & DUHE, APLC
1515 Poydras Street, Suite 1900
New Orleans, LA 70112
Phone: (504) 525-9888
Email: pwellons@twpdlaw.com

Counsel for Defendants Catlin Insurance Services, Inc. and T.H.E. Insurance Co. in *Trosclair v. Monsanto Co.*, No. 2:19-cv-10689-CJB-MBN (E.D. La.).

Andrew L. Davick, Esq.
Anthony J. Nemo, Esq.
Ashleigh E. Raso, Esq.
MESHBESHER & SPENCE, LTD.
2519 Commerce Drive, NW, Suite 230
Rochester, MN 55901
Phone: (612) 339-9121
Email: adavick@meshbesher.com
Email: tnemo@meshbesher.com
Email: araso@meshbesher.com

Counsel for Plaintiffs in *Nelson-Scheffler v. Monsanto Co.*, No. 0:19-cv-01538-ECT-SER (D. Minn.).

W. Hugh McAngus, Jr., Esq.
Graham L. Newman, Esq.
CHAPPELL, SMITH & ARDEN, P.A.
2801 Devine Street, Suite 300
Columbia, SC 29205
Phone: (803) 929-3600
Email: hugh@csa-law.com
Email: gnewman@csa-law.com

Counsel for Plaintiffs in *Putzrath v. Monsanto Co.*, No. 3:19-cv-00265-RJC-DCK (W.D.N.C.).

Dated: June 13, 2019 Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendants Monsanto Company, Monsanto Company Manufacturing Facility, and Randy Jacobs*