# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 6/6/19, 6/10/19, 6/13/19

**District Courts:** FLM, AZ, WAE

**Number of Actions:** 4

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL