**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on June 14, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Brian J. McCormick, Jr., Esq.
Dena R. Young, Esq.
ROSS FELLER CASEY, LLP
One Liberty Place
1650 Market Street, 34th Floor
Philadelphia, PA 19103
Phone:  (215) 574-2000
Email:   bmccormick@rossfellercasey.com
Email:   dyoung@rossfellercasey.com

Counsel for Plaintiffs in *Yobs v. Monsanto Co.*, No. 2:19-cv-02362-GJP (E.D. Pa.).

Dated: June 14, 2019

                                          Respectfully submitted,

                                          /s/ Joe G. Hollingsworth
                                          Joe G. Hollingsworth, Esq.
                                          (jhollingsworth@hollingsworthllp.com)
                                          HOLLINGSWORTH LLP
                                          1350 I Street, N.W.
                                          Washington, D.C. 20005
                                          Phone: (202) 898-5800
                                          Fax:    (202) 682-1639

                                          *Attorneys for Defendant Monsanto Company*