**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on June 17, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Thomas W. Kielty, Esq.
THOMAS W. KIELTY, ATTORNEY AT LAW
2447 Pacific Coast Highway, Suite 100
Hermosa Beach, CA 90254-2760
Phone:  (310) 393-0515
Email:   tomkielty@twk-law.com

Counsel for Plaintiff in *Sassoon v. Monsanto Co.*, No. 2:19-cv-05212 (C.D. Cal.).

Dated: June 17, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*