**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

**NOTICE OF HEARING SESSION**

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed today, notice is hereby given that a hearing session has been scheduled to consider various matters under 28 U.S.C. § 1407.

DATE OF HEARING SESSION:	**July 25, 2019**

LOCATION OF HEARING SESSION:	Mark O. Hatfield United States Courthouse
Courtroom 16, 16th Floor
1000 Southwest Third Avenue
Portland, Oregon  97204

TIME OF HEARING SESSION:  In those matters designated for oral argument, counsel presenting oral argument must be present at **8:00 a.m.** in order for the Panel to allocate the amount of time for oral argument.  Oral argument will commence at **9:30 a.m.**

SCHEDULED MATTERS:  Matters scheduled for consideration at this hearing session are listed on the enclosed Hearing Session Order and Schedule of Matters for Hearing Session.

- Section A of this Schedule lists the matters designated for oral argument and includes all actions encompassed by Motion(s) for transfer filed pursuant to Rules 6.1 and 6.2.  Any party waiving oral argument pursuant to Rule 11.1(d) need not attend the Hearing Session.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 11.1(c).  Parties and counsel involved in these matters need not attend the Hearing Session.

ORAL ARGUMENT:

- The Panel carefully considers the positions advocated in filings with the Panel when it allocates time to attorneys presenting oral argument.  The Panel, therefore, expects attorneys to adhere to those positions including those concerning an appropriate transferee district.  Any change in position should be conveyed to Panel staff before the beginning of oral argument.  Where an attorney thereafter advocates a position different from that conveyed to Panel staff, the Panel may reduce the allotted argument time and decline to hear further from that attorney.

- 2 -

- The Panel expects attorneys presenting oral argument to be prepared to discuss what steps they have taken to pursue alternatives to centralization including, but not limited to, engaging in informal coordination of discovery and scheduling, and seeking Section 1404 transfer of one or more of the subject cases.

For those matters listed on Section A of the Schedule, the "Notice of Presentation or Waiver of Oral Argument" must be filed in this office no later than **July 8, 2019.** The procedures governing Panel oral argument (Panel Rule 11.1) are attached. The Panel strictly adheres to these procedures.

                                              FOR THE PANEL:

                                              John W. Nichols
                                              Clerk of the Panel

cc: Clerk, United States District Court for the District of Oregon

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**HEARING SESSION ORDER**

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on July 25, 2019, the Panel will convene a hearing session in Portland, Oregon, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 11.1(c).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 11.1(c). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 11.1(b), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION

_____
Sarah S. Vance
Chair

Lewis A. Kaplan          Ellen Segal Huvelle
R. David Proctor         Catherine D. Perry
Karen K. Caldwell        Nathaniel M. Gorton

SCHEDULE OF MATTERS FOR HEARING SESSION
July 25, 2019 -- Portland, Oregon

# SECTION A
# MATTERS DESIGNATED FOR ORAL ARGUMENT

(This schedule contains only those civil actions listed in the Schedule(s) of Actions submitted with the docketed motion(s) for transfer. See Panel Rules 6.1 and 6.2. In the event these dockets are centralized, other actions of which the Panel has been informed may be subject to transfer pursuant to Panel Rule 7.1.)

### MDL No. 2895 -- **IN RE: SENSIPAR (CINACALCET HYDROCHLORIDE TABLETS) ANTITRUST LITIGATION**

Motion of plaintiff KPH Healthcare Services, Inc., to transfer the following actions to the United States District Court for the Eastern District of Pennsylvania and motion of plaintiff UFCW Local 1500 Welfare Fund to transfer the following actions to the United States District Court for the District of Delaware:

District of Delaware

CIPLA LTD., ET AL. v. AMGEN INC., C.A. No. 1:19-00044
UFCW LOCAL 1500 WELFARE FUND v. AMGEN, INC., ET AL.,
    C.A. No. 1:19-00369
CESAR CASTILLO, INC. v. AMGEN INC., ET AL., C.A. No. 1:19-00396

District of New Jersey

TEAMSTERS LOCAL 237 WELFARE FUND, ET AL. v. AMGEN, INC., ET AL.,
    C.A. No. 2:19-08561

Eastern District of Pennsylvania

KPH HEALTHCARE SERVICES, INC. v. AMGEN, INC., ET AL.,
    C.A. No. 2:19-01510

MDL No. 2896 – **IN RE: AURYXIA (FERRIC CITRATE) PATENT LITIGATION**

    Motion of plaintiffs Keryx Biopharmaceuticals, Inc., et al., to transfer the following actions to the United States District Court for the District of Delaware:

    District of Delaware

KERYX BIOPHARMACEUTICALS, INC., ET AL. v. LUPIN LTD., ET AL.,
  C.A. No. 1:18‒01968
KERYX BIOPHARMACEUTICALS, INC., ET AL. v. TEVA PHARMACEUTICALS
  USA, INC., C.A. No. 1:18‒02012
KERYX BIOPHARMACEUTICALS, INC., ET AL. v. CHEMO RESEARCH S.L.,
  ET AL., C.A. No. 1:19‒00220

    Northern District of West Virginia

KERYX BIOPHARMACEUTICALS, INC., ET AL. v. MYLAN
  PHARMACEUTICALS INC., C.A. No. 1:19‒00040

MDL No. 2897 – **IN RE: BERNZOMATIC AND WORTHINGTON BRANDED HANDHELD TORCH PRODUCTS LIABILITY LITIGATION (NO. II)**

    Motion of plaintiffs Jason Lou Peralta, Jacob Robert Avery, and Kurtis M. Bailey to transfer the following actions to the United States District Court for the Central District of California:

    District of Arizona

PERALTA v. WORTHINGTON INDUSTRIES INCORPORATED, ET AL.,
  C.A. No. 2:17‒03195

    Central District of California

AVERY v. BERNZOMATIC, ET AL., C.A. No. 2:19‒02856

    Northern District of Illinois

BAILEY v. BERNZOMATIC, ET AL., C.A. No. 1:16‒07548

MDL No. 2898 – **IN RE: HYUNDAI AND KIA GDI ENGINE MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

 Motion of plaintiffs Rick Musgrave, et al., to transfer the following actions to the United States District Court for the Central District of California:

  Central District of California

 SMOLEK v. HYUNDAI MOTOR AMERICA, ET AL., C.A. No. 2:18–05255
 IN RE: KIA ENGINE LITIGATION, C.A. No. 8:17–00838
 STANCZAK, ET AL. v. KIA MOTORS AMERICA, INC., C.A. No. 8:17–01365
 COATS, ET AL. v. HYUNDAI MOTOR COMPANY, LTD., ET AL.,
  C.A. No. 8:17–02208
 BROGAN v. HYUNDAI MOTOR AMERICA, ET AL., C.A. No. 8:18–00622
 FLAHERTY, ET AL. v. HYUNDAI MOTOR COMPANY, ET AL.,
  C.A. No. 8:18–02223
 CHIECO, ET AL. v. KIA MOTORS AMERICA, INC., ET AL., C.A. No. 8:19–00854

  Northern District of California

 MUSGRAVE, ET AL. v. HYUNDAI MOTOR AMERICA, INC., ET AL.,
  C.A. No. 4:18–07313

  Middle District of Florida

 ADAMS, ET AL. v. KIA MOTORS AMERICA, INC., ET AL., C.A. No. 6:19–00250

  Western District of Washington

 SHORT, ET AL. v. HYUNDAI MOTOR AMERICA, INC., ET AL.,
  C.A. No. 2:19–00318

MDL No. 2899 – **IN RE: SLB ENTERPRISE RICO LITIGATION**

 Motion of plaintiff ASI, Inc., to transfer the following actions to the United States District Court for the Southern District of Iowa:

  Southern District of Iowa

 RENNENGER v. AQUAWOOD, LLC, ET AL., C.A. No. 4:19–00123
 ROUSH v. AQUAWOOD, LLC, ET AL., C.A. No. 4:19–00131
 DRAKE v. AQUAWOOD, LLC, ET AL., C.A. No. 4:19–00132

MILLER v. AQUAWOOD, LLC, ET AL., C.A. No. 4:19−00134
ACKELSON v. AQUAWOOD, LLC, ET AL., C.A. No. 4:19−00135

District of Minnesota

ASI, INC. v. AQUAWOOD, LLC, ET AL., C.A. No. 0:19−00763

MDL No. 2900 − **IN RE: TRUECAR, INC., SHAREHOLDER DERIVATIVE LITIGATION**

Motion of defendants Victor (Chip) Perry, Michael Guthrie, John Pierantoni, Abhishek Agrawal, Robert Buce, Christopher Claus, Steven Dietz, John Krafcik, Erin Lantz, Wesley Nichols, Ion Yadigaroglu, John Mendel, and TrueCar, Inc., to transfer the following actions to the United States District Court for the District of Delaware:

Central District of California

DEAN DRULIAS v. MICHAEL GUTHRIE, ET AL., C.A. No. 2:19−01636

District of Delaware

IN RE TRUECAR, INC. SHAREHOLDER DERIVATIVE LITIGATION, C.A. No. 1:19−00617

MDL No. 2901 − **IN RE: FORD MOTOR CO. F-150 AND RANGER TRUCK FUEL ECONOMY MARKETING AND SALES PRACTICES LITIGATION**

Motion of plaintiffs William Don Cook and Ryan Hubert to transfer the following actions to the United States District Court for the Eastern District of Michigan:

Middle District of Alabama

COOK v. FORD MOTOR COMPANY, C.A. No. 2:19−00335

Central District of Illinois

HUBERT v. FORD MOTOR COMPANY, C.A. No. 2:19−02125

Eastern District of Michigan

LLOYD v. FORD MOTOR COMPANY, C.A. No. 3:19−11319

MDL No. 2902 – **IN RE: SITAGLIPTIN PHOSPHATE ('708 & '921) PATENT LITIGATION**

Motion of plaintiff Merck Sharp & Dohme Corp., to transfer the following actions to the United States District Court for the District of Delaware:

<u>District of Delaware</u>

MERCK SHARP & DOHME CORP. v. ALVOGEN PINE BROOK LLC, ET AL., C.A. No. 1:19‒00310
MERCK SHARP & DOHME CORP. v. ANCHEN PHARMACEUTICALS, INC., ET AL., C.A. No. 1:19‒00311
MERCK SHARP & DOHME CORP. v. SANDOZ INC., C.A. No. 1:19‒00312
MERCK SHARP & DOHME CORP. v. APOTEX INC., ET AL., C.A. No. 1:19‒00313
MERCK SHARP & DOHME CORP. v. ZYDUS PHARMACEUTICALS (USA) INC., ET AL., C.A. No. 1:19‒00314
MERCK SHARP & DOHME CORP. v. MACLEODS PHARMACEUTICALS LIMITED, ET AL., C.A. No. 1:19‒00316
MERCK SHARP & DOHME CORP. v. WATSON LABORATORIES, INC., ET AL., C.A. No. 1:19‒00317
MERCK SHARP & DOHME CORP. v. TEVA PHARMACEUTICALS USA, INC., C.A. No. 1:19‒00318
MERCK SHARP & DOHME CORP. v. SUN PHARMA GLOBAL FZE, ET AL., C.A. No. 1:19‒00319
MERCK SHARP & DOHME CORP. v. TORRENT PHARMACEUTICALS LIMITED, ET AL., C.A. No. 1:19‒00320
MERCK SHARP & DOHME CORP. v. WOCKHARDT BIO AG, ET AL., C.A. No. 1:19‒00321
MERCK SHARP & DOHME CORP. v. LUPIN LIMITED, ET AL., C.A. No. 1:19‒00347
MERCK SHARP & DOHME CORP. v. TORRENT PHARMACEUTICALS LIMITED, ET AL., C.A. No. 1:19‒00872

<u>Northern District of West Virginia</u>

MERCK SHARP & DOHME CORP. v. MYLAN PHARMACEUTICALS, INC., ET AL., C.A. No. 1:19‒00101

MDL No. 2903 – **IN RE: FISHER-PRICE ROCK 'N PLAY SLEEPER MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

 Motion, as amended, of defendants Fisher-Price, Inc., and Mattel, Inc., to transfer the following actions to the United States District Court for the Central District of California:

  Central District of California

  BLACK v. MATTEL, INC., ET AL., C.A. No. 2:19−03209
  FLORES v. FISHER−PRICE, INC., C.A. No. 8:19−01073

  District of Colorado

  WRAY v. FISHER PRICE, ET AL., C.A. No. 1:19−01603

  Western District of New York

  DROVER-MUNDY, ET AL. v. FISHER−PRICE, INC., ET AL., C.A. No. 1:19−00512
  MULVEY v. FISHER−PRICE, INC., ET AL., C.A. No. 1:19−00518
  SHAFFER v. MATTEL, INC., ET AL., C.A. No. 1:19−00667
  NABONG v. MATTEL, INC., ET AL., C.A. No. 1:19−00668
  BARTON v. MATTEL, INC., ET AL., C.A. No. 1:19−00670
  KIMMEL v. FISHER−PRICE, INC., ET AL., C.A. No. 1:19−00695

  Northern District of Oklahoma

  FIEKER v. FISHER−PRICE, INC., ET AL., C.A. No. 4:19−00295

MDL No. 2904 – **IN RE: AMERICAN MEDICAL COLLECTION AGENCY, INC., CUSTOMER DATA SECURITY BREACH LITIGATION**

 Motion of plaintiff Paula Worthey to transfer the following actions to the United States District Court for the Southern District of New York and motion of plaintiffs Jorge M. Fernandez, Jr., and Hector Valdes to transfer the following actions to the United States District Court for the District of New Jersey:

  Central District of California

  MAYER v. QUEST DIAGNOSTICS, INC., ET AL., C.A. No. 5:19−01029
  MARLER v. QUEST DIAGNOSTICS, INC., ET AL., C.A. No. 8:19−01091

Northern District of California

GRAUBERGER v. QUEST DIAGNOSTICS INCORPORATED, ET AL.,
  C.A. No. 3:19−03102

District of New Jersey

VIEYRA v. QUEST DIAGNOSTICS, INC., ET AL., C.A. No. 2:19−13396
FERNANDEZ v. AMERICAN MEDICAL COLLECTION AGENCY, INC., ET AL.,
  C.A. No. 2:19−13398
JULIN v. QUEST DIAGNOSTICS INCORPORATED, ET AL., C.A. No. 2:19−13446
CARBONNEAU v. QUEST DIAGNOSTICS INCORPORATED, ET AL.,
  C.A. No. 2:19−13472

Southern District of New York

WORTHEY v. AMERICAN MEDICAL COLLECTION AGENCY, INC., ET AL.,
  C.A. No. 7:19−05210
GUTIERREZ v. AMERICAN MEDICAL COLLECTION AGENCY, INC., ET AL.,
  C.A. No. 7:19−05212
LANOUETTE, ET AL. v. RETRIEVAL−MASTERS CREDITORS BUREAU, INC.,
  ET AL., C.A. No. 7:19−05216

MDL No. 2905 − **IN RE: ZF-TRW AIRBAG CONTROL UNITS PRODUCTS LIABILITY LITIGATION**

   Motion of plaintiffs Mark D. Altier, et al., and Gary E. Samouris, et al., to transfer the following actions to the United States District Court for the Central District of California or, in the alternative, the United States District Court for the Eastern District of Michigan:

Central District of California

CROFT, ET AL. v. ZF FRIEDRICHSHAFEN AG, ET AL., C.A. No. 2:19−04256
HERNANDEZ, ET AL. v. HYUNDAI MOTOR AMERICA, INC., ET AL.,
   C.A. No. 8:19−00782
ALTIER, ET AL. v. ZF−TRW AUTOMOTIVE HOLDINGS CORP., ET AL.,
   C.A. No. 8:19−00846
BELL, ET AL. v. ZF FRIEDRICHSHAFEN AG, ET AL., C.A. No. 8:19−00963
BLISS, ET AL. v. ZF FRIEDRICHSHAFEN AG, ET AL., C.A. No. 8:19−00970

<u>Southern District of Florida</u>

SANTOS, ET AL. v. ZF FRIEDRICHSHAFEN AG, ET AL., C.A. No. 0:19-61174
PAYNE, ET AL. v. ZF FRIEDRICHSHAFEN AG, ET AL., C.A. No. 1:19-21681

<u>Eastern District of Michigan</u>

ALTIER, ET AL. v. ZF-TRW AUTOMOTIVE HOLDINGS CORPORATION, ET AL.,
   C.A. No. 2:19-11215
RUBIO, ET AL. v. ZF-TRW AUTOMOTIVE HOLDINGS, CORP., ET AL.,
   C.A. No. 2:19-11295
HEILMAN-RYAN, ET AL. v. ZF TRW AUTOMOTIVE HOLDINGS CORP., ET AL.,
   C.A. No. 4:19-11464

<u>Eastern District of New York</u>

RADI, ET AL. v. FCA US LLC, ET AL., C.A. No. 1:19-02769

<u>Western District of Washington</u>

COPLEY, ET AL. v. ZF TRW AUTOMOTIVE HOLDINGS CORP., ET AL.,
   C.A. No. 2:19-00707

SECTION B
MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT


MDL No. 2179 – **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

Opposition of plaintiff Brian J. Donovan to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

Middle District of Florida

DONOVAN v. HERMAN, C.A. No. 8:19–00623

MDL No. 2243 – **IN RE: FOSAMAX (ALENDRONATE SODIUM) PRODUCTS LIABILITY LITIGATION (NO. II)**

Opposition of plaintiff Nina Hodge to transfer of the following action to the United States District Court for the District of New Jersey:

Western District of Tennessee

HODGE v. MERCK SHARP & DOHME CORP., C.A. No. 2:19–02185

MDL No. 2244 – **IN RE: DEPUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

Motion of plaintiff Richard Mugnolo for remand, pursuant to 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Northern District of California:

Northern District of Texas

MUGNOLO v. DEPUY ORTHOPAEDICS, INC., ET AL., C.A. No. 3:18–03347
    (N.D. California, C.A. No. 4:15–02314)

MDL No. 2545 – **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION**

Motion of defendant AbbVie Inc., to transfer the following action to the United States District Court for the Northern District of Illinois:

<u>Southern District of Florida</u>

UNGLEICH v. ABBVIE INC., C.A. No. 0:19−61144

MDL No. 2551 – **IN RE: NATIONAL HOCKEY LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**

Opposition of defendant National Hockey League to transfer of the following action to the United States District Court for the District of Minnesota:

<u>Central District of California</u>

EWEN v. NATIONAL HOCKEY LEAGUE, ET AL., C.A. No. 2:19−03656

MDL No. 2626 – **IN RE: DISPOSABLE CONTACT LENS ANTITRUST LITIGATION**

Opposition of MDL No. 2626 plaintiffs Rachel Berg, et al., to transfer of the following action to the United States District Court for the Middle District of Florida:

<u>Eastern District of New York</u>

ALCON VISION, LLC. v. ALLIED VISION GROUP, INC., ET AL., C.A. No. 1:18−02486

MDL No. 2666 – **IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Deborah Kolb, et al., and Douglas Tye, et al., to transfer of their respective following actions to the United States District Court for the District of Minnesota:

<u>Eastern District of Missouri</u>

KOLB, ET AL. v. MCCLARY, ET AL., C.A. No. 4:19−00889

<u>Western District of Missouri</u>

TYE, ET AL. v. ST. LUKE'S EAST ANESTHESIA SERVICES, PC, ET AL., C.A. No. 4:19‒00294

MDL No. 2738 ‒ **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the District of New Jersey:

<u>Northern District of Illinois</u>

FOX, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:19‒02001

<u>Eastern District of Louisiana</u>

EISENHARDT v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:19‒09553
LANDRY v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:19‒09554
BACCHUS v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:19‒09666
STARK v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:19‒09667
HUDSON v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:19‒09710
LEA v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:19‒09716
HURLEY v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:19‒09718
MCBRIDE v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:19‒09796
JACKSON v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:19‒09983

<u>Middle District of Louisiana</u>

VITTER v. JOHNSON & JOHNSON, ET AL., C.A. No. 3:19‒00230
CORTEZ v. JOHNSON & JOHNSON, ET AL., C.A. No. 3:19‒00232
HUFFMAN v. JOHNSON & JOHNSON, ET AL., C.A. No. 3:19‒00233
AUTIN v. JOHNSON & JOHNSON, ET AL., C.A. No. 3:19‒00234
BROUSSARD v. JOHNSON & JOHNSON, ET AL., C.A. No. 3:19‒00240
FALGOUT, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 3:19‒00242
JONES v. JOHNSON & JOHNSON, ET AL., C.A. No. 3:19‒00255

<u>Eastern District of Missouri</u>

BATHON, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 4:19‒00923

MDL No. 2741 – **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Keith Cichy and Terry Knox, et al., to transfer of their respective following actions to the United States District Court for the Northern District of California:

    Northern District of Illinois

CICHY v. BAYER CORPORATION, ET AL., C.A. No. 1:19‒02548

    District of Montana

KNOX, ET AL. v. MONSANTO COMPANY, ET AL., C.A. No. 4:19‒00036

MDL No. 2800 – **IN RE: EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION**

Opposition of plaintiff Brett Joshpe to transfer of the following action to the United States District Court for the Northern District of Georgia:

    Southern District of New York

JOSHPE v. EQUIFAX INFORMATION SERVICES LLC, C.A. No. 1:19‒03146

MDL No. 2804 – **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Northern District of Ohio:

    Central District of California

CITY OF EL MONTE, ET AL. v. PURDUE PHARMA L.P., ET AL.,
  C.A. No. 2:19‒03588
UNITED HEALTHCARE SERVICES, INC. v. INSYS THERAPEUTICS, INC.,
  C.A. No. 8:19‒00545

    Eastern District of California

COUNTY OF KERN, ET AL. v. PURDUE PHARMA L.P., ET AL.,
  C.A. No. 1:19‒00557

    Northern District of California

COUNTY OF ALAMEDA, CALIFORNIA, ET AL. v. PURDUE PHARMA L.P.,
  ET AL., C.A. No. 3:19‒02307
CITY OF COSTA MESA, ET AL. v. PURDUE PHARMA L.P., ET AL.,
  C.A. No. 3:19‒02320

CITY OF FULLERTON, ET AL. v. PURDUE PHARMA L.P., ET AL.,
   C.A. No. 3:19−02321
CITY OF IRVINE, ET AL. v. PURDUE PHARMA L.P., ET AL., C.A. No. 3:19−02323
CITY OF SANTA ANA, ET AL. v. PURDUE PHARMA L.P., ET AL.,
   C.A. No. 3:19−02324
CITY OF WESTMINSTER, ET AL. v. PURDUE PHARMA L.P., ET AL.,
   C.A. No. 3:19−02325
CITY OF SAN CLEMENTE, ET AL. v. PURDUE PHARMA L.P., ET AL.,
   C.A. No. 3:19−02326

　　　　Northern District of Illinois

ILLINOIS PUBLIC RISK FUND v. PURDUE PHARMA L.P., ET AL.,
   C.A. No. 1:19−03210

　　　　District of Maryland

THE CITY OF ANNAPOLIS, MARYLAND v. PURDUE PHARMA L.P., ET AL.,
   C.A. No. 1:19−01162

　　　　District of New Hampshire

STRAFFORD COUNTY v. PURDUE PHARMA L.P., ET AL., C.A. No. 1:19−00325
BELKNAP COUNTY v. PURDUE PHARMA L.P., ET AL., C.A. No. 1:19−00326
CHESHIRE COUNTY v. PURDUE PHARMA L.P., ET AL., C.A. No. 1:19−00328
TOWN OF BELMONT, NH, v. PURDUE PHARMA L.P., ET AL.,
   C.A. No. 1:19−00329
CITY OF CLAREMONT, NH, v. PURDUE PHARMA L.P., ET AL.,
   C.A. No. 1:19−00331
GRAFTON COUNTY v. PURDUE PHARMA L.P., ET AL., C.A. No. 1:19−00332
ROCKINGHAM COUNTY v. PURDUE PHARMA L.P., ET AL., C.A. No. 1:19−00333
SULLIVAN COUNTY v. PURDUE PHARMA L.P., ET AL., C.A. No. 1:19−00334

　　　　Eastern District of Oklahoma

PITTSBURG COUNTY BOARD OF COUNTY COMMISSIONERS v. PURDUE
   PHARMA, LP, ET AL., C.A. No. 6:19−00100

　　　　Northern District of Oklahoma

CITY OF OWASSO v. PURDUE PHARMA L.P., ET AL., C.A. No. 4:19−00171

　　　　Western District of Oklahoma

CITY OF YUKON v. PURDUE PHARMA LP, ET AL., C.A. No. 5:19−00280
CITY OF MUSTANG v. PURDUE PHARMA LP, ET AL., C.A. No. 5:19−00339

CITY OF MIDWEST CITY v. PURDUE PHARMA LP, ET AL., C.A. No. 5:19−00345
CITY OF ENID v. PURDUE PHARMA LP, ET AL., C.A. No. 5:19−00351

    Southern District of Texas

JOHNSON COUNTY, TEXAS v. CVS HEALTH CORPORATION, ET AL.,
   C.A. No. 4:19−01637
COUNTY OF WALKER v. OPTUMRX, INC., ET AL., C.A. No. 4:19−01767

    Eastern District of Virginia

FAUQUIER COUNTY, VIRGINIA v. MALLINCKRODT LLC, ET AL.,
   C.A. No. 1:19−00364
BOARD OF SUPERVISORS, PRINCE WILLIAM COUNTY v. PURDUE PHARMA
   L.P., ET AL., C.A. No. 1:19−00365
FAIRFAX COUNTY BOARD OF SUPERVISORS v. PURDUE PHARMA, L.P.,
   ET AL., C.A. No. 1:19−00544
CITY OF CHESAPEAKE, VIRGINIA v. ACTAVIS, LLC, ET AL.,
   C.A. No. 2:19−00183
ACCOMACK COUNTY, VIRGINIA v. PURDUE PHARMA, L.P., ET AL.,
   C.A. No. 2:19−00184
DINWIDDIE COUNTY, VIRGINIA v. PURDUE PHARMA, L.P., ET AL.,
   C.A. No. 3:19−00242
NORTHUMBERLAND COUNTY, VIRGINIA v. PURDUE PHARMA L.P., ET AL.,
   C.A. No. 3:19−00246

    Western District of Virginia

CITY OF BRISTOL, VIRGINIA v. PURDUE PHARMA L.P., ET AL.,
   C.A. No. 1:19−00011
LOUISA COUNTY, VIRGINIA v. PURDUE PHARMA L.P., ET AL.,
   C.A. No. 3:19−00027
MADISON COUNTY, VIRGINIA v. PURDUE PHARMA L.P., ET AL.,
   C.A. No. 3:19−00028
HALIFAX COUNTY, VIRGINIA v. PURDUE PHARMA, L.P., ET AL.,
   C.A. No. 4:19−00021
CITY OF LEXINGTON, VIRGINIA v. PURDUE PHARMA L.P., ET AL.,
   C.A. No. 6:19−00021
ROCKBRIDGE COUNTY, VIRGINIA v. PURDUE PHARMA, L.P., ET AL.,
   C.A. No. 6:19−00025
ROANOKE COUNTY, VIRGINIA v. PURDUE PHARMA L.P., ET AL.,
   C.A. No. 7:19−00271
CITY OF ROANOKE, VIRGINIA v. PURDUE PHARMA L.P., ET AL.,
   C.A. No. 7:19−00272
CITY OF SALEM, VIRGINIA v. PURDUE PHARMA L.P., ET AL.,
   C.A. No. 7:19−00273

ALLEGHANY COUNTY, VIRGINIA v. PURDUE PHARMA L.P., ET AL.,
 C.A. No. 7:19‒00275
FRANKLIN COUNTY, VIRGINIA v. PURDUE PHARMA L.P., ET AL.,
 C.A. No. 7:19‒00302
FLOYD COUNTY, VIRGINIA v. PURDUE PHARMA L.P., ET AL.,
 C.A. No. 7:19‒00371
CITY OF COVINGTON, VIRGINIA v. PURDUE PHARMA L.P., ET AL.,
 C.A. No. 7:19‒00372

MDL No. 2873 ‒ **IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Security Water District, et al., and Ridgewood Water to transfer of their respective following actions to the United States District Court for the District of South Carolina:

District of Colorado

SECURITY WATER DISTRICT, ET AL. v. United States of America,
 C.A. No. 1:19‒00649

District of New Jersey

RIDGEWOOD WATER v. 3M COMPANY, ET AL., C.A. No. 2:19‒09651

MDL No. 2875 ‒ **IN RE: VALSARTAN PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiff Carrie Collins to transfer of the following actions to the United States District Court for the District of New Jersey:

Southern District of California

COLLINS v. PRINSTON PHARMACEUTICAL, INC., ET AL., C.A. No. 3:19‒00415
COLLINS v. AUROBINDO PHARMA USA, INC., ET AL., C.A. No. 3:19‒00688

RULE 11.1: HEARING SESSIONS AND ORAL ARGUMENT

(a) <u>Schedule</u>.  The Panel shall schedule sessions for oral argument and consideration of other matters as desirable or necessary. The Chair shall determine the time, place and agenda for each hearing session. The Clerk of the Panel shall give appropriate notice to counsel for all parties. The Panel may continue its consideration of any scheduled matters.

(b) <u>Oral Argument Statement</u>.  Any party affected by a motion may file a separate statement setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard" and shall be limited to 2 pages.

    (i) The parties affected by a motion to transfer may agree to waive oral argument. The Panel will take this into consideration in determining the need for oral argument.

(c) <u>Hearing Session</u>.  The Panel shall not consider transfer or remand of any action pending in a federal district court when any party timely opposes such transfer or remand without first holding a hearing session for the presentation of oral argument. The Panel may dispense with oral argument if it determines that:

    (i) the dispositive issue(s) have been authoritatively decided; or
    (ii) the facts and legal arguments are adequately presented and oral argument would not significantly aid the decisional process.

Unless otherwise ordered, the Panel shall consider all other matters, such as a motion for reconsideration, upon the basis of the pleadings.

(d) <u>Notification of Oral Argument</u>.  The Panel shall promptly notify counsel of those matters in which oral argument is scheduled, as well as those matters that the Panel will consider on the pleadings. The Clerk of the Panel shall require counsel to file and serve notice of their intent to either make or waive oral argument. Failure to do so shall be deemed a waiver of oral argument. If counsel does not attend oral argument, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision on the basis of the pleadings filed.

    (i) Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.
    (ii) The Panel will not receive oral testimony except upon notice, motion and an order expressly providing for it.

(e) <u>Duty to Confer</u>.  Counsel in an action set for oral argument shall confer separately prior to that argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing.

(f) <u>Time Limit for Oral Argument</u>.  Barring exceptional circumstances, the Panel shall allot a maximum of 20 minutes for oral argument in each matter. The time shall be divided among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.