BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

| | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Beverly Antley and Charles Antley | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01512-JAR | District Judge John A. Ross |
| 2. | Michael Coleman and Ruby Coleman | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01684-JAR | District Judge John A. Ross |
| 3. | Frank E. Cricchio | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01517-JAR | District Judge John A. Ross |
| 4. | John E. Foster | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01518-DDN | Magistrate Judge David D. Noce |
| 5. | Beverly Fox, Individually and On Behalf of Timothy F. Fox (deceased) | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01511-CAS | District Judge Charles A. Shaw |
| 6. | Eduardo Franco and Eluira Franco | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01515-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 7. | Nancy Franklin and John Franklin | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01513-JMB | Magistrate Judge John M. Bodenhausen |
| 8. | Virgil R. Hampton | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01056-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 9. | Jack L. Holt and Gwendolyn Holt | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01063-SPM | Magistrate Judge Shirley Padmore Mensah |

|     | | | | | |
|-----|--------------------------------------------|--------------|--------------------------------------|------------------------|----------------------------------------|
| 10. | Charles W. Lazenby and Kathryn E. Lazenby  | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01065-CAS  | District Judge Charles A. Shaw         |
| 11. | Judith M. Mason                            | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01519-DDN  | Magistrate Judge David D. Noce         |
| 12. | Elizabeth L. Miller                        | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01516-NCC  | Magistrate Judge Noelle C. Collins     |
| 13. | Eric Netemeyer and Cynthia Netemeyer       | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01514-DDN  | Magistrate Judge David D. Noce         |
| 14. | Wilma Plake                                | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01510-SNLJ | District Judge Stephen N. Limbaugh, Jr.|
| 15. | David Trostel and Valerie Trostel          | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01520-PLC  | Magistrate Judge Patricia L. Cohen     |