**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on June 18, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb, Esq.
BROWN & CROUPPEN, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone:  (314) 222-2222
Email:   sethw@getbc.com

Counsel for Plaintiffs in *Antley v. Monsanto Co.*, No. 4:19-cv-01512-JAR (E.D. Mo.); *Coleman v. Monsanto Co.*, No. 4:19-cv-01684-JAR (E.D. Mo.); *Cricchio v. Monsanto Co.*, No. 4:19-cv-01517-JAR (E.D. Mo.); *Foster v. Monsanto Co.*, No. 4:19-cv-01518-DDN (E.D. Mo.); *Fox v. Monsanto Co.*, No. 4:19-cv-01511-CAS (E.D. Mo.); *Franco v. Monsanto Co.*, No. 4:19-cv-01515-SNLJ (E.D. Mo.); *Franklin v. Monsanto Co.*, No. 4:19-cv-01513-JMB (E.D. Mo.); *Hampton v. Monsanto Co.*, No. 4:19-cv-01056-SNLJ (E.D. Mo.); *Holt v. Monsanto Co.*, No. 4:19-cv-01063-SPM (E.D. Mo.); *Lazenby v. Monsanto Co.*, No. 4:19-cv-01065-CAS (E.D. Mo.); *Mason v. Monsanto Co.*, No. 4:19-cv-01519-DDN (E.D. Mo.); *Miller v. Monsanto Co.*, No. 4:19-cv-01516-NCC (E.D. Mo.); *Netemeyer v. Monsanto Co.*, No. 4:19-cv-01514-DDN (E.D. Mo.); *Plake v. Monsanto Co.*, *No.* 4:19-cv-01510-SNLJ (E.D. Mo.); *Trostel v. Monsanto Co.*, No. 4:19-cv-01520-PLC (E.D. Mo.).

| | |
|---|---|
| Dated: June 18, 2019 | Respectfully submitted, |

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*