**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) )   MDL Docket No. 2741 ) |
| *Trosclair v. Monsanto Company, et al.* LAE/2:19-cv-10689-CJB-MBN | ) ) ) ) |

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-138)**

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Roland Trosclair, Jr. e-submits this Notice of Opposition to Conditional Transfer Order (CTO-138) as it relates to the following case:

*Trosclair v. Monsanto Company, et al.*, **E.D. Louisiana, 2:19-cv-10689**

On June 18, 2019, the United States Judicial Panel on Multidistrict Litigation ("Panel") issued Conditional Transfer Order – 138 in MDL No. 2741. The case, styled as *Trosclair v. Monsanto Company, et al.*, E.D. Louisiana, Cause No. 2:19-cv-10689, is listed as a "tag-along" action on "Schedule CTO – 138 – Tag-Along Actions." Plaintiff's deadline to file a Notice of Opposition is July 25, 2019.

Plaintiff files this Notice of Opposition to CTO – 138. Defendant's removal of this action to the Eastern District of Louisiana is improper. Subject-matter jurisdiction does not exist for federal courts to hear this action. Furthermore, this matter lacks complete diversity. By filing this Notice on June 19, 2019, Plaintiff understands his deadline to file a Motion to Vacate and a Memorandum in support thereof is July 3, 2019.

Dated: June 19, 2019                     Respectfully submitted,

**LUNDY, LUNDY, SOILEAU & SOUTH, LLP**

s/ Matthew E. Lundy
MATTHEW E. LUNDY (#18988)
HUNTER W. LUNDY (#8938)
RUDIE R. SOILEAU, JR. (#2119)
JACKEY W. SOUTH (#21125)
KRISTIE M. HIGHTOWER  (#31782)
501 Broad Street
Lake Charles, Louisiana 70601
Telephone: (337) 439-0707
Fax No. (337) 439-1029
mlundy@lundylawllp.com
hlundy@lundylawllp.com
rudiesoileau@gmail.com
jsouth@lundylawllp.com
khightower@lundylawllp.com

**MORRIS BART, LLC**
MORRIS BART III (#2788)
BETSY J. BARNES (#19473)
JOHN C. ENOCHS (#22774)
RICHARD L. ROOT (#19988)
601 Poydras Street, 24th Floor
New Orleans, LA  70130
Telephone: (504) 599-3308
Facsimile: (833) 277-4214

*Attorneys for Plaintiff, Roland Trosclair, Jr.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Opposition to Conditional Transfer Order (CTO-143) will be filed into the record, thereby effecting service on counsel of record *via* the Court's ECF electronic filing system, and will also be served on opposing counsel *via* e-mail, this 19th day of June, 2019.

Judy Barrasso (*Monsanto Co. AND Randy Jacobs*)
Celest R. Coco-Ewing
Shaun P. McFall
Barrasso Usdin Kupperman Freeman & Sarver, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Telephone: 504-589-9700
Fax: 504-589-9701
jbarrasso@barrassousdin.com
ccoco-ewing@barrassousdin.com
smcfall@barrassousdin.com

Gregory Scott Chernack (*Monsanto Co.*)
Hollingsworth LLP
1350 I Street
NW Washington, DC 20005
Telephone: 202-898-5815
Fax: 202-682-1639
gchernack@hollingsworthllp.com

Mina Matin (*XL Bermuda Ltd.*)
Norton Rose Fulbright US L.L.P.
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: 212-318-3000
Mina.matin@nortonrosefulbright.com

Edwin G. Preis, Jr. (*XL Bermuda Ltd.*)
Preis PLC
102 Versailles Blvd., Ste. 400
Post Office Drawer 95-C
Lafayette, Louisiana 70509
Telephone: 337-237-6062
Fax: 337-237-9129
epreis@preisplc.com

Corey M. Oubre (*3M Cattle Company, LLC*)
Law Offices of Corey M. Oubre, LLC
732 Paul Maillard Road
Luling, Louisiana 70070
Telephone: 985-785-6620
Fax: 985-785-6628
cmoubre@oubrelaw.com


                                              /s/ Matthew E. Lundy
                                              MATTHEW E. LUNDY