

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Michael L. McConnell**              Telephone: 225-389-3500
**Clerk of Court**                  Facsimile: 225-389-3501

June 20, 2019

John W. Nichols
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobb
Washington, D.C. 20002-8004

Re:   Civil Action 3:19-cv-00404-JWD-EWD
      Lane v. Monsanto Company

Dear Sir:

      Enclosed please find a docket sheet, civil cover sheet and a copy of the Complaint filed in the above captioned case. This is a potential multi-district litigation case.

                          Sincerely,
                          Michael L. McConnell
                          Clerk of Court

                          By: _Karri Wilcox_
                          Deputy Clerk

Enclosure
Docket Sheet
Civil Cover Sheet
Complaint

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received: 6/19/19, 6/21/19**

**District Court: E.D. Louisiana**

Number of Actions: 3

**Complaints and Docket Sheets are attached.**

*————————————*
CLERK OF THE PANEL