**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS            )            MDL NO. 2741
LIABILITY LITIGATION                      )

## SCHEDULE OF ACTIONS

|    | **Short Case Caption** | **Court** | **Civil Action No.** | **Plaintiffs Represented** | **Judge** |
|----|------------------------|-----------|----------------------|----------------------------|-----------|
| 1. | *Ronald Edward Phillips v. Monsanto Company* | M.D. Tenn. | 3:19-cv-00538 | Ronald Edward Phillips | Chief Judge Waverly D. Crenshaw, Jr. Magistrate Judge Joe Brown |

DATED this 28th of June, 2019.

                    Respectfully submitted,

                    */s/ T. Roe Frazer II*
                    _____

T. Roe Frazer II
Patrick McMurtray
Thomas Roe Frazer III
W. Matthew Pettit
FRAZER PLC
30 Burton Hills Blvd., Ste. 450
Nashville, TN 37208
Phone: (615) 647-6464
Fax: (866) 314-2466
roe@frazer.law
patrick@frazer.law
trey@frazer.law
mpettit@frazer.law

*Attorneys for Plaintiff Ronald Phillip*