### BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS            )        MDL NO. 2741
LIABILITY LITIGATION                      )

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on this the 28th day of June 2019, a true and correct copy of Plaintiff Ronald Edward Phillips' Notice of Potential Tag-Along Action was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

Respectfully submitted,

*/s/ T. Roe Frazer II*

T. Roe Frazer II
Patrick McMurtray
Thomas Roe Frazer III
W. Matthew Pettit
FRAZER PLC
30 Burton Hills Blvd., Ste. 450
Nashville, TN 37208
Phone: (615) 647-6464
Fax: (866) 314-2466
roe@frazer.law
patrick@frazer.law
trey@frazer.law
mpettit@frazer.law

*Attorneys for Plaintiff Ronald Phillip*