UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

June 24, 2019

Arthur Johnston
CLERK

*Mailing Address:*
501 E. Court St., Suite 2.500
Jackson, MS  39201

TELEPHONE:
(601) 608-4000

*DIVISIONS*
SOUTHERN at Gulfport
2012 15th Street, Suite 403
Zip 39501

EASTERN at Hattiesburg
701 N. Main St., Suite 200 Zip 39401

NORTHERN & WESTERN at Jackson
501 E. Court St.,  Suite 2.500
Zip 39201

Mr. John W. Nichols, Clerk
Judicial Panel on Multidistrict Litigation
1 Columbus Circle, N. E.  #G-255
Washington, DC   20002-8000

Re:   Robbins vs. Monsanto Company
      Civil Action No. 1:19cv338 LG-RHW

Dear Mr. Nichols:

It has come to the attention of the clerk's office that the captioned litigation may involve issues related to Roundup Products Liability Litigation. If so, this litigation may be subject to the jurisdiction of the Multidistrict Litigation Panel, MDL Panel 2741.

According to the directive of your office, we enclose a copy of the docket sheet, as well as a copy of the complaint and/or notice of removal which has been filed in this cause. Attorneys for the parties of this action are being notified by NEF.

If we can provide any additional or more specific information concerning the status of this case, we will be pleased to promptly do so.

Yours very truly,

Arthur Johnston, Clerk


By:  s/J. Hough
     Deputy Clerk

cc:   Counsel by NEF



# United States District Court
### MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Michael L. McConnell**  
**Clerk of Court**

**Telephone: 225-389-3500**  
**Facsimile: 225-389-3501**

June 24, 2019

John W. Nichols  
Clerk of the Panel  
One Columbus Circle, NE  
Thurgood Marshall Federal Judiciary Building  
Room G-255, North Lobb  
Washington, D.C. 20002-8004

Re:   Civil Action 3:19-cv-00410-SDD-EWD  
      Daigle v. Monsanto Company

Dear Sir:

    Enclosed please find a docket sheet, civil cover sheet and a copy of the Complaint filed in the above captioned case. This is a potential multi-district litigation case.

                           Sincerely,  
                           Michael L. McConnell  
                           Clerk of Court

                           By: *Elisa Clement*  
                           Deputy Clerk

Enclosure  
Docket Sheet  
Civil Cover Sheet  
Complaint

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received: 6/25/19, 6/26/19, 6/27/19**

**District Court: E.D. Louisiana and D. Minnesota**

**Number of Actions: 4**

**Complaints and Docket Sheets are attached.**

_____
CLERK OF THE PANEL