# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS            )        MDL NO. 2741
LIABILITY LITIGATION                )

## AMENDED PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on this the 28th day of June 2019, a true and correct copy of Plaintiff Ronald Edward Phillips' Notice of Potential Tag-Along Action, Schedule of Actions, Proof of Service, and Docket Sheet and Complaint were electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record. I further hereby certify that on June 28, 2019, a true and correct copy of Plaintiff Ronald Edward Phillips' Notice of Potential Tag-Along Action, Schedule of Actions, Proof of Service, and Docket Sheet and Complaint were served via First Class Mail on the following:

> Adam S. Buddenbohn
> HUSCH BLACKWELL LLP (Chattanooga)
> 736 Georgia Avenue
> Suite 300
> Chattanooga, TN 37402
> T: (423) 266-5500
> F: (423) 266-5499
> Adam.buddenbohn@huschblackwell.com
>
> Mark A. Smith
> HUSCH BLACKWELL LLP (Chattanooga)
> 736 Georgia Avenue
> Suite 300
> Chattanooga, TN 37402
> T: (423) 266-5500
> F: (423) 266-5499
> Mark.smith@huschblackwell.com

*Attorneys for Defendant*

Respectfully submitted,

/s/ *T. Roe Frazer II*
_____

T. Roe Frazer II
Patrick McMurtray
Thomas Roe Frazer III
W. Matthew Pettit
FRAZER PLC
30 Burton Hills Blvd., Ste. 450
Nashville, TN 37208
Phone: (615) 647-6464
Fax: (866) 314-2466
roe@frazer.law
patrick@frazer.law
trey@frazer.law
mpettit@frazer.law

*Attorneys for Plaintiff Ronald Phillip*