**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| 1. | Danielle Tini and Nino Tini | Monsanto Co. | District of New Jersey (Camden) | 1:19-cv-14212-RBK-AMD | District Judge Robert B. Kugler |
| 2. | Kayla Reed | Monsanto Co. | Western District of Louisiana (Alexandria) | 1:19-cv-00632-DDD-JPM | District Judge Dee D. Drell |