**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on June 28, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Brian J. McCormick, Jr., Esq.
Dena R. Young, Esq.
ROSS FELLER CASEY, LLP
One Liberty Place
1650 Market Street, 34th Floor
Philadelphia, PA 19103
Phone:  (215) 574-2000
Email:  bmccormick@rossfellercasey.com
Email:  dyoung@rossfellercasey.com

Counsel for Plaintiffs in *Tini v. Monsanto Co.*, No. 1:19-cv-14212-RBK-AMD (D.N.J.).

Betsy Barnes, Esq.
Richard L. Root, Esq.
Lauren E. Godshall, Esq.
MORRIS BART LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Phone: (504) 525-8000
Email: bbarnes@morrisbart.com
Email: rroot@morrisbart.com
Email: lgodshall@morrisbart.com

Counsel for Plaintiff in *Reed v. Monsanto Co.*, No. 1:19-cv-00632-DDD-JPM (W.D. La.).

2

Dated: June 28, 2019					Respectfully submitted,

					/s/ Joe G. Hollingsworth
					Joe G. Hollingsworth, Esq.
					(jhollingsworth@hollingsworthllp.com)
					HOLLINGSWORTH LLP
					1350 I Street, N.W.
					Washington, D.C. 20005
					Phone: (202) 898-5800
					Fax:    (202) 682-1639

					*Attorneys for Defendant Monsanto Company*