BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION          MDL No. 2741

## PROOF OF SERVICE

I hereby certify that on July 1, 2019, I electronically filed the foregoing Notice of Potential Tag-Along Action with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which will send notification to all counsel of record. I also served, on July 1, 2019, copies of the documents via First Class Mail, on the following:

Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
*Defendant's Corporate Headquarters*

**VARNUM, LLP**
Attorneys for Plaintiffs Donald Moody and Rebecca Moody

Dated: July 1, 2019

By: /s/*Brion B. Doyle*
Adam J. Brody (P62035)
Brion B. Doyle (P67870)
Seth B. Arthur (P82033)
Business Address, Telephone, and E-mail:
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
ajbrody@varnumlaw.com
bbdoyle@varnumlaw.com
sbarthur@varnumlaw.com

15092604_1.docx