# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) | MDL NO. 2741 |

## PLAINTIFF LENA FAYE TOLBERT'S NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Lena Faye Tolbert hereby notifies the Clerk of the Panel of the potential tag-along action listed on the attached Schedule of Action. The docket sheet and complaint for the potential tag-along action are attached.

Dated: July 1, 2019.

Respectfully submitted,

/s/ T. Roe Frazer II

T. Roe Frazer II
Patrick McMurtray
Thomas Roe Frazer III
W. Matthew Pettit
FRAZER PLC
30 Burton Hills Blvd., Ste. 450
Nashville, TN 37208
Phone: (615) 647-6464
Fax: (866) 314-2466
roe@frazer.law
patrick@frazer.law
trey@frazer.law
mpettit@frazer.law

*Attorneys for Plaintiff Lena Faye Tolbert*