**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS            )            MDL NO. 2741
LIABILITY LITIGATION                )

## SCHEDULE OF ACTIONS

|    | Short Case Caption | Court | Civil Action No. | Plaintiffs Represented | Judge |
|----|--------------------|-------|------------------|------------------------|-------|
| 1. | *Lena Faye Tolbert v. Monsanto Company* | M.D. Tenn. | 3:19-cv-00537 | Lena Faye Tolbert | District Judge Eli J. Richardson Magistrate Judge Barbara D. Holmes |

DATED this 1st of July, 2019.

                                                Respectfully submitted,

                                      */s/ T. Roe Frazer II*

                                        T. Roe Frazer II
                                        Patrick McMurtray
                                        Thomas Roe Frazer III
                                        W. Matthew Pettit
                                        FRAZER PLC
                                        30 Burton Hills Blvd., Ste. 450
                                        Nashville, TN 37208
                                        Phone: (615) 647-6464
                                        Fax: (866) 314-2466
                                        roe@frazer.law
                                        patrick@frazer.law
                                        trey@frazer.law
                                        mpettit@frazer.law

                                        *Attorneys for Plaintiff Lena Faye Tolbert*