BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS      )         MDL NO. 2741
LIABILITY LITIGATION                    )

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on this the 1st day of July 2019, a true and correct copy of Plaintiff Lena Faye Tolbert's Notice of Potential Tag-Along Action, Schedule of Actions, Proof of Service, and Docket Sheet and Complaint were electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record. I further hereby certify that on July 1, 2019, a true and correct copy of Plaintiff Lena Faye Tolbert's Notice of Potential Tag-Along Action, Schedule of Actions, Proof of Service, and Docket Sheet and Complaint were served via First Class Mail on the following:

Adam S. Buddenbohn
HUSCH BLACKWELL LLP (Chattanooga)
736 Georgia Avenue
Suite 300 Chattanooga, TN 37402
T: (423) 266-5500
F: (423) 266-5499
Adam.buddenbohn@huschblackwell.com

Mark A. Smith
HUSCH BLACKWELL LLP (Chattanooga)
736 Georgia Avenue
Suite 300 Chattanooga, TN 37402
T: (423) 266-5500
F: (423) 266-5499
Mark.smith@huschblackwell.com

*Attorneys for Defendant*

                                              Respectfully submitted,

                                              */s/ T. Roe Frazer II*

                                              T. Roe Frazer II

Patrick McMurtray
Thomas Roe Frazer III
W. Matthew Pettit
FRAZER PLC
30 Burton Hills Blvd., Ste. 450
Nashville, TN 37208
Phone: (615) 647-6464
Fax: (866) 314-2466
roe@frazer.law
patrick@frazer.law
trey@frazer.law
mpettit@frazer.law

*Attorneys for Plaintiff Lena Faye Tolbert*