BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

SCHEDULE OF ACTIONS

|  | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Christopher Michael Hogue, as Executor of the Estate of Terry Hogue | Monsanto Co. | Western District of North Carolina (Charlotte) | 3:19-cv-00200-RJC-DSC | District Judge Robert J. Conrad, Jr. |
| 2. | Irene M. Smith and David B. Smith | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01175-JAR | District Judge John A. Ross |
| 3. | Paula Gould | Monsanto Co. | District of New Jersey (Camden) | 1:19-cv-14028-NLH-KMW | District Judge Noel L. Hillman |
| 4. | Dea Anna Schumacher, Individually and as Surviving Heir of George Schumacher, Deceased, Carrie Dula, Nina Stewart, Mary Ellyn Negley, Individually and as Surviving Heir of Ralph Negley, Deceased, Dale Williams, Doyle Wilson, Susan Voke, Elizabeth Schuch, Gerald Acuff, | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01650-NAB | Magistrate Judge Nannette A. Baker |

| | | | | | |
|---|---|---|---|---|---|
| | Individually and as Surviving Heir of Phyllis Acuff, Deceased, John Howell, Charlene Carli, Individually and as Surviving Heir of James Carli, Deceased, Nathan Kuehn, Mary Girardi, Individually and as Surviving Heir of Harry Sober, Deceased, and Loretta Collins | | | | |
| 5. | Terrill J. Munkres, Individually and as Anticipated Executor of the Estate of Billy G. Munkres | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01174-PLC | Magistrate Judge Patricia L. Cohen |
| 6. | Matthew Stewart | Monsanto Co. and Bayer U.S., LLC | Northern District of Georgia (Atlanta) | 1:19-cv-02925-AT | District Judge Amy Totenberg |
| 7. | Edward L. Lamkay and Arthur Novell | Monsanto Co. | Southern District of New York (Foley Square) | 1:19-cv-05518-KPF | District Judge Katherine Polk Failla |
| 8. | Aurie Hazel Thompson | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-01169-VMC-SPF | District Judge Virginia M. Hernandez Covington |