**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on July 2, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following:

Christopher M. Hogue, *pro se*
Executor of the Estate of Terry Hogue
1214 W. Alice Ave.
Spokane, WA 99205
Phone: (704) 309-6219
Email: chrishogue@outlook.com

Plaintiff in *Hogue v. Monsanto Co.*, No. 3:19-cv-00200-RJC-DSC (W.D.N.C.).

Eric D. Holland, Esq.
HOLLAND LAW FIRM
300 N. Tucker, Suite 801
St. Louis, MO 63101
Phone: (314) 241-8111
Email: eholland@allfela.com

Melanie H. Muhlstock, Esq.
PARKER WAICHMAN LLP
6 Harbor Park Drive
Port Washington, NY 11050
Phone: (516) 723-4627
Email: mmuhlstock@yourlawyer.com

Co-counsel for Plaintiffs in *Smith v. Monsanto Co.*, No. 4:19-cv-01175-JAR (E.D. Mo.); *Munkres v. Monsanto Co.*, No. 4:19-cv-01174-PLC (E.D. Mo.).

Brian J. McCormick, Jr., Esq.
Dena R. Young, Esq.
ROSS FELLER CASEY LLP
One Liberty Place
1650 Market Street, 34th Floor
Philadelphia, PA 19103
Phone:  (215) 574-2000
Email:  bmccormick@rossfellercasey.com
Email:  dyoung@rossfellercasey.com

Counsel for Plaintiff in *Gould v. Monsanto Co.*, No. 1:19-cv-14028-NLH-KMW (D.N.J.).

Emily J. Kirk, Esq.
Kristy M. Arevalo, Esq.
MCCUNE WRIGHT AREVALO, LLP
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Phone:  (909) 557-1250
Email:  ejk@mccunewright.com
Email:  kma@mccunewright.com

Daniel R. Weltin, Esq.
THE LAW OFFICES OF DANIEL R. WELTIN, P.C.
14895 E. 14th Street, Suite 350
San Leandro, CA 94578-2988
Phone:  (510) 856-4421
Email:   daniel@danielweltin.com

Co-counsel for Plaintiffs in *Schumacher v. Monsanto Co.*, No. 4:19-cv-01650-NAB (E.D. Mo.).

Gary Bunch, Esq.
GARY BUNCH, P.C.
208 Corporate Drive
Carrollton, GA 30117
Phone:  (770) 836-0405
Email:   pc257@bellsouth.net

Counsel for Plaintiff in *Stewart v. Monsanto Co.*, No. 1:19-cv-02925-AT (N.D. Ga.).

Copies of the foregoing were also caused to be served via first class mail on Defendant Bayer U.S., LLC (which has not entered an appearance in *Stewart v. Monsanto Co.*, No. 1:19-cv-02925-AT (N.D. Ga.)), as follows:

>   Bayer U.S., LLC
>   100 Bayer Road
>   Pittsburgh, PA 15205

George T. Williamson, Esq.
FARR, FARR, EMERICH, HACKETT, CARR & HOLMES, P.A.
99 Nesbit Street
Punta Gorda, FL 33950
Phone:  (941) 639-1158
Email:  gwilliamson@farr.com

Counsel for Plaintiff in *Thompson v. Monsanto Co.*, No. 8:19-cv-01169-VMC-SPF (M.D. Fla.).

Paul D. Rheingold, Esq.
RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP
551 Fifth Avenue, 29th Floor
New York, NY 10176
Phone:  (212) 684-1880
Email:  prheingold@rheingoldlaw.com

Counsel for Plaintiffs in *Lamkay v. Monsanto Co.*, No. 1:19-cv-05518-KPF (S.D.N.Y.).

Dated: July 2, 2019                             Respectfully submitted,

                                            /s/ Joe G. Hollingsworth
                                            Joe G. Hollingsworth, Esq.
                                            (jhollingsworth@hollingsworthllp.com)
                                            HOLLINGSWORTH LLP
                                            1350 I Street, N.W.
                                            Washington, D.C. 20005
                                            Phone: (202) 898-5800
                                            Fax:    (202) 682-1639

                                            *Attorneys for Defendant Monsanto Company*