BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:  Roundup Products Liability Litigation

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing, Plaintiffs' Reply to Defendant Monsanto's Opposition to Plaintiffs' Motion to Vacate Conditional Transfer Order 133, was served on all parties in the following case electronically via ECF, on July 2, 2019.

**Knox, et al. v. Monsanto Company, et al.; G.F.D. Montana, C.A. No. 4:19-36**

**Randy J. Cox**
BOONE KARLBERG, PC
201 West Main, Suite 300
P.O. Box 9199
Missoula, MT  59807-9199
Tel:  (406) 543-6646
Fax:  (406) 549-6804
Email: rcox@boonekarlberg.com
*Counsel for Defendant Monsanto Company*

**Robert E. Johnston**
**Marchello D. Gray**
HOLLINGSWORTH, LLP
1350 I Street, NW
Washington, DC 20005
Tel:  (202) 898-5800
Fax:  (202) 682-1639
Email: rjohnston@hollingsworthllp.com
Email: mgray@hollingsworthllp.com
*Counsel for Defendant Monsanto Company*

DATED this 2nd day of July, 2019.

        *Respectfully Submitted,*

/s/ A. Christopher Edwards
A. Christopher Edwards, Esq.
EDWARDS, FRICKLE & CULVER
1648 Poly Drive, Suite 206
Billings, MT 59102
Telephone: (406) 256-8155
Facsimile: (406) 256-8159
Email: chris@edwardslawfirm.org
**Counsel for Plaintiffs Terry Knox and Carolyn "Coke" Knox**