**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**JOE G. HOLLINGSWORTH NOTICE OF APPEARANCE**

**SCHEDULE OF ACTIONS**

|   | **Plaintiff** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Roland Joseph Trosclair, Jr. | Monsanto Co., Randy Jacobs | Eastern District of Louisiana (New Orleans) | 2:19-cv-10689-CJB | Judge Carl Barbier |

1