## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Corporate Disclosure Statement was electronically filed on July 3, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also served via first class mail on the following counsel:

**LUNDY LUNDY SOILEAU & SOUTH, LLP**
Matthew E. Lundy
Hunter W. Lundy
Rudie R. Soileau, Jr.
Jackey W. South
Kristie M. Hightower
501 Broad Street
Lake Charles, Louisiana 70601
Telephone: (337) 439-0707
E-mails: mlundy@lundylawllp.com
         hlundy@lundylawllp.com
         rudiesoileau@gmail.com
         jsouth@lundylawllp.com
         khightower@lundylawllp.com

**MORRIS BART, LLC**
Morris Bart III
Betsy J. Barnes
John C. Enochs
Richard L. Root
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: (504) 599-3308
E-mails: morrisbart@morrisbart.com
         bbarnes@morrisbart.com
         jenochs@morrisbart.com

Counsel for Plaintiffs in *Trosclair v. Monsanto Co., et al.*, 2:19-cv-10689-CJB (E.D. La.)

**PREIS, PLC**
Edwin G. Preis, Jr.
Versailles Centre
102 Versailles Blvd.
Suite 400
Lafayette, LA 70501
Telephone: (337) 237-6062
E-mail: epreis@preisplc.com

Counsel for Defendant XL Bermuda Ltd. in *Trosclair v. Monsanto Co., et al.*, 2:19-cv-10689-CJB (E.D. La.)

**LAW OFFICES OF COREY M. OUBRE, LCC**
Corey M. Oubre
732 Paul Maillard Rd.
Luling, LA 70070
Telephone: (985) 785-6620
E-mail: cmoubre@oubrelaw.com

Counsel for Defendant 3M Cattle, LLC in *Trosclair v. Monsanto Co., et al.*, 2:19-cv-10689-CJB (E.D. La.)

**BARRASSO, USDIN, KUPPERMAN, FREEMAN & SARVER, LLC**
Judy Y. Barrasso
Celeste R. Coco-Ewing
Shaun P. McFall
LL&E Tower
909 Polydras St.
Suite 2350
New Orleans, LA 70112
Telephone: (504) 589-9700
E-mails: jbarrasso@barrassousdin.com
         ccoco-ewing@barrassousdin.com
         smcfall@barrassousdin.com

Co-counsel for Defendants Monsanto Company and Randy Jacobs in *Trosclair v. Monsanto Co., et al.*, 2:19-cv-10689-CJB (E.D. La.)

Dated: July 3, 2019                                         Respectfully submitted,

                                                           /s/ Joe G. Hollingsworth
                                                           Joe G. Hollingsworth
                                                           (jhollingsworth@hollingsworthllp.com)
                                                           HOLLINGSWORTH LLP
                                                           1350 I Street NW
                                                           Washington D.C., 20005
                                                           Phone: (202) 898-5800
                                                           Fax: (202) 682-1639

                                                           *Attorneys for Defendant*
                                                           *Monsanto Company*