## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Roundup Products Liability Litigation<br><br>*Trosclair v. Monsanto Company, et al.*<br>2:19-cv-10689-CBJ-MBN | MDL Docket No. 2741 |

## PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER

Plaintiff moves this Panel to vacate Conditional Transfer Order ("CTO-143), issued in *Trosclair v. Monsanto Company, et al.*, 2:19-cv-10689-CBJ-MDN, pending in the Eastern District of Louisiana, which conditionally transferred this action to MDL 2741 – In Re: Roundup Products Liability Litigation. In support of this motion, Plaintiffs attach their Memorandum in Support of Plaintiffs' Motion to Vacate Conditional Transfer Order.

Dated: July 05, 2019                              Respectfully submitted,

 

                                                     **LUNDY LUNDY SOILEAU & SOUTH, LLP**

                                                        s/ Matthew E. Lundy
MATTHEW E. LUNDY (#18988)
501 Broad Street
Lake Charles, Louisiana 70601
Telephone: (337) 439-0707
Fax No. (337) 439-1029
E-Mail: mlundy@lundylawllp.com

## CERTIFICATE OF SERVICE

I Hereby Certify that a PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER on behalf of Plaintiff Roland Trosclair, Jr. was filed into the record July 05, 2019, thereby effecting service on counsel of record *via* the Court's ECF electronic filing system, and will also be served on opposing counsel *via* e-mail, this 5th day of July, 2019.

Judy Barrasso
Celest R. Coco-Ewing
Shaun P. McFall
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Telephone: 504-589-9700
Fax: 504-589-9701
jbarrasso@barrassousdin.com
ccoco-ewing@barrassousdin.com
smcfall@barrassousdin.com
*Counsel for Monsanto Company. AND Randy Jacobs*

Gregory Scott Chernack
Hollingsworth llp
1350 I Street
NW Washington, DC 20005
Telephone: 202-898-5815
Fax: 202-682-1639
gchernack@hollingsworthllp.com
*Counsel for Monsanto Co.*

Mina Matin
Norton Rose Fulbright US llp
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: 212-318-3000
Mina.matin@nortonrosefulbright.com
*Counsel for XL Bermuda Ltd.*

Edwin G. Preis, Jr.
PREIS PLC
102 Versailles Blvd., Ste. 400
Post Office Drawer 95-C
Lafayette, Louisiana 70509
Telephone: 337-237-6062
Fax: 337-237-9129
epreis@preisplc.com
*Counsel for XL Bermuda Ltd.*


Corey M. Oubre (*3M Cattle Company, LLC*)
LAW OFFICES OF COREY M. OUBRE, LLC
732 Paul Maillard Road
Luling, Louisiana 70070
Telephone: 985-785-6620
Fax: 985-785-6628
cmoubre@oubrelaw.com

                                           /s/ Matthew E. Lundy
                                           MATTHEW E. LUNDY