# EXHIBIT A

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Roundup Products Liability Litigation<br><br>*Trosclair v. Monsanto Company, et al.*<br>2:19-cv-10689-CBJ-MBN | MDL Docket No. 2741 |

### NUMBERED SCHEDULE

A. *Roland Joseph Trosclair, Jr., v. Monsanto Company; Monsanto Company Manufacturing Facility; XL Bermuda, Ltd.; Catlin Insurance Company; 3M. Cattle Company, LLC; and Randy Jacobs*

B. Pending before United States District Court for the Eastern District of Louisiana

C. Civil Action No.: 2:19-CV-10689

D. District Judge Greg G. Guidry