**CERTIFICATE OF SERVICE**

I Hereby Certify that a MOTION TO VACATE CONDITIONAL TRANSFER ORDER and supporting documents on behalf of Plaintiff Roland Trosclair, Jr. was filed into the record July 05, 2019, thereby effecting service on counsel of record *via* the Court's ECF electronic filing system, and courtesy copies mailed to the JPML and the transferring district court on this day, July 05, 2019.

Judy Barrasso
Celest R. Coco-Ewing
Shaun P. McFall
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Telephone: 504-589-9700
Fax: 504-589-9701
jbarrasso@barrassousdin.com
ccoco-ewing@barrassousdin.com
smcfall@barrassousdin.com
*Counsel for Monsanto Company. AND Randy Jacobs*

Gregory Scott Chernack
Hollingsworth LLP
1350 I Street
NW Washington, DC 20005
Telephone: 202-898-5815
Fax: 202-682-1639
gchernack@hollingsworthllp.com
*Counsel for Monsanto Co.*

Mina Matin
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: 212-318-3000
Mina.matin@nortonrosefulbright.com
*Counsel for XL Bermuda Ltd.*

Edwin G. Preis, Jr.
PREIS PLC
102 Versailles Blvd., Ste. 400
Post Office Drawer 95-C
Lafayette, Louisiana 70509
Telephone: 337-237-6062
Fax: 337-237-9129
epreis@preisplc.com
*Counsel for XL Bermuda Ltd.*


Corey M. Oubre (*3M Cattle Company, LLC*)
LAW OFFICES OF COREY M. OUBRE, LLC
732 Paul Maillard Road
Luling, Louisiana 70070
Telephone: 985-785-6620
Fax: 985-785-6628
cmoubre@oubrelaw.com

                                                  /s/ Matthew E. Lundy
                                                  MATTHEW E. LUNDY