UNITED STA TES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROLAND JOSEPH TROSCLAIR, JR. | * | CIVIL ACTION NO.: 2:19-cv-10689 |
| | * | CJB-MBN |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | JUDGE:  CARL BARBIER |
| | * | |
| MONSANTO COMPANY; MONSANTO | * | |
| COMPANY MANUFACTURING | * | |
| FACILITY; XL BERMUDA, LTD.; | * | MAGISTRATE JUDGE: |
| CATLIN INSURANCE SERVICES, INC.; | * | MICHAEL NORTH |
| T.H.E. INSURANCE COMPANY, 3M | * | |
| CATTLE, LLC; and RANDY JACOBS, | * | |
| | * | |
| Defendants. | * | **MDL NO. 2741** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2019, I electronically filed the foregoing Notice of Appearance on behalf of Catlin Insurance Services, Inc. and T.H.E. Insurance Company with the Clerk of Court by using the CM/ECF systems which will send a notice of electronic filing to all CM/ECF participants.

*s/PAULA M. WELLONS*_____
**PAULA M. WELLONS**