## UNITED STATES JUDICIAL PANEL

## MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| **MDL NO: 2741** | * | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION |
| **PARTIES REPRESENTED:** | * | CATLIN INSURANCE SERVICES, INC. and T.H.E. INSURANCE COMPANY |
| **CASE CAPTION** | * | Trosclair v. Monsanto Company, et al; USDC, Eastern District 2:19-cv-10689 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2019, I electronically filed the foregoing Notice of Appearance on behalf of Catlin Insurance Services, Inc. and T.H.E. Insurance Company with the Clerk of Court by using the CM/ECF systems which will send a notice of electronic filing to all CM/ECF participants.

*s/PAULA M. WELLONS*_____
**PAULA M. WELLONS**