**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| 1. | Richard Canning and Shirley Canning | Monsanto Co. | District of Massachusetts (Boston) | 1:19-cv-11397-MPK | Magistrate Judge M. Page Kelley |
| 2. | Frank S. Gibbs | Monsanto Co. | Northern District of Iowa (Eastern Dubuque) | 2:19-cv-01014-KEM | Magistrate Judge Kelly K.E. Mahoney |
| 3. | Rita Gualtieri | Monsanto Co. | Central District of California (Western Division – Los Angeles) | 2:19-cv-02296-GW-FFM | District Judge George H. Wu |
| 4. | Carole A. Hillen-Bescos | Monsanto Co. | Central District of California (Eastern Division – Riverside) | 5:19-cv-00543-DMG-SHK | District Judge Dolly M. Gee |