**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on July 8, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Matthew J. Ilacqua, Esq.
Francis J. Lynch, III, Esq.
Peter E. Heppner, Esq.
LYNCH & LYNCH
45 Bristol Drive
South Easton, MA 02375
Phone:  (508) 230-2500
Email:  milacqua@lynchlynch.com
Email:  jlynch@lynchlynch.com
Email:  pheppner@lynchlynch.com

Counsel for Plaintiffs in *Canning v. Monsanto Co.*, No. 1:19-cv-11397-MPK (D. Mass.).

Chad A. Swanson, Esq.
DUTTON, BRAUN, STAACK & HELLMAN, PLC
3151 Brockway Road
Waterloo, IA 50704
Phone:  (319) 234-4471
Email:  swansonc@wloolaw.com

Counsel for Plaintiff in *Gibbs v. Monsanto Co.*, No. 2:19-cv-01014-KEM (N.D. Iowa).

Debora S. Kerr, Esq.
GOLDBERG AND OSBORNE LLP
915 W. Camelback Road
Phoenix, AZ 85013
Phone: (602) 808-6784
Email: dkerr@1800theeagle.com

Counsel for Plaintiffs in *Gualtieri v. Monsanto Co.*, No. 2:19-cv-02296-GW-FFM (C.D. Cal.); *Hillen-Bescos v. Monsanto Co.*, No. 5:19-cv-00543-DMG-SHK (C.D. Cal.).

Dated: July 8, 2019                                  Respectfully submitted,

                                                     /s/ Joe G. Hollingsworth
                                                     Joe G. Hollingsworth, Esq.
                                                     (jhollingsworth@hollingsworthllp.com)
                                                     HOLLINGSWORTH LLP
                                                     1350 I Street, N.W.
                                                     Washington, D.C. 20005
                                                     Phone: (202) 898-5800
                                                     Fax:    (202) 682-1639

                                                     *Attorneys for Defendant Monsanto Company*