BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| **1.** | Edward K. Okamoto and Joanne F. Okamoto | Monsanto Co. | District of Hawaii (Hawaii) | 1:19-cv-00330-JMS-KJM | Chief District Judge J. Michael Seabright |
| **2.** | Richard D. Mayer and Rosily P. Mayer | Monsanto Co. | District of Hawaii (Hawaii) | 1:19-cv-00331-LEK-KJM | District Judge Leslie E. Kobayashi |
| **3.** | Daniel Miller Darst and Amy Jean Kutchen Darst | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01640-JAR | District Judge John A. Ross |