**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on July 10, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Brian K. Mackintosh, Esq.
LAW OFFICE OF BRIAN K. MACKINTOSH, LTD.
1003 Bishop Street, Suite 1990
Honolulu, HI 96813
Phone:  (808) 781-7229
Email:  brian@bkmlaw.com

Counsel for Plaintiffs in *Okamoto v. Monsanto Co.*, No. 1:19-cv-00330-JMS-KJM (D. Haw.); *Mayer v. Monsanto Co.*, No. 1:19-cv-00331-LEK-KJM (D. Haw.).

David A. Domina, Esq.
DOMINA LAW GROUP PC LLO
2425 S. 144th St.
Omaha, NE 68144-3267
Phone:  (402) 493-4100
Email:  ddomina@dominalaw.com

Counsel for Plaintiffs in *Darst v. Monsanto Co.*, No. 4:19-cv-01640-JAR (E.D. Mo.)

Dated: July 10, 2019                              Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:     (202) 682-1639

*Attorneys for Defendant Monsanto Company*