**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL NO. 2741

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

   In accordance with Rule 7.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiff writes to notify the Clerk of the Panel of the related action listed in the attached Schedule of Action. The action referred to therein involves common questions of fact and law with the actions previously transferred by the Panel to the United States District Court for the Northern District of California pursuant to 28 U.S.C.§ 1407.

Dated: July 12, 2019      Respectfully submitted,

              /s/ Thomas M. Sims
              Thomas M. Sims (CA SBN 264174)
              BARON & BUDD, P.C.
              3102 Oak Lawn Avenue, Suite 1100
              Dallas, Texas 75219
              Phone: (214) 521-3605
              Fax: (214) 520-1181
              tsims@baronbudd.com

              *Counsel for Barbara Watson*