**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL NO. 2741

**SCHEDULE OF ACTION**

| | **Case Caption** | **Case No.** | **Court** | **Judge** |
|---|---|---|---|---|
| 1. | **Plaintiff(s):** Barbara Watson, Individually and on behalf of the Estate of Clifford T. Watson<br>**Defendant(s):** Monsanto Company | 2:19-cv-2180 | Central District of Illinois | Hon. Eric I. Long |

Dated: July 12, 2019

Respectfully submitted,

/s/ Thomas M. Sims
Thomas M. Sims (CA SBN 264174)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
tsims@baronbudd.com

*Counsel for Barbara Watson*

1