BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL NO. 2741

**PROOF OF SERVICE**

I hereby certify that on July 12, 2019, I caused a true and correct copy of the foregoing

**NOTICE OF POTENTIAL TAG-ALONG ACTIONS** for:

*Barbara Watson, individually and on behalf of the Estate of Clifford T. Wilson v. Monsanto Company*
Civil Action No. 2:19-cv-02180-CSB-EIL (copy of the FIRST AMENDED COMPLAINT and docket sheet attached as Exhibit 1)

to be served upon counsel of record via the Multidistrict Litigation CM/ECF Notice of Electronic Filing system.

I also served the following Counsel on the attached service list via e-mail if an email address is indicated or U.S. Mail if no e-mail address is indicated.

Dated: July 12, 2019

/s/ Thomas M. Sims
Thomas M. Sims (CA SBN 264174)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
tsims@baronbudd.com

*Counsel for Barbara Watson*

1

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL NO. 2741

## SERVICE LIST

**Service via JPML CM/ECF Notification <u>and</u> Email or U.S. Mail, as indicated, to the following:**

| | |
|---|---|
| **HOLLINGSWORTH LLP**<br>Joe G. Hollingsworth<br>1350 I Street, N.W.<br>Washington, D.C.  20005<br>Phone: (202) 898-5800<br>Fax:    (202) 682-1639<br>*Attorneys for Defendant Monsanto Company* | jhollingsworth@hollingsworthllp.com |