BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|     | Plaintiffs | Defendant | District | Civil Action No. | Judge |
| --- | --- | --- | --- | --- | --- |
| 1.  | Gloria Bailey | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01010-CDP | District Judge Catherine D. Perry |
| 2.  | Bruce Becker | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01057-JAR | District Judge John A. Ross |
| 3.  | Daniel Castillo | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01021-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 4.  | Bard Chafin | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01061-JAR | District Judge John A. Ross |
| 5.  | Gregory Combs | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01015-JAR | District Judge John A. Ross |
| 6.  | Christine Dailey | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01014-CAS | District Judge Charles A. Shaw |
| 7.  | Arthur Dedrick | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01011-AGF | District Judge Audrey G. Fleissig |
| 8.  | Dennis Ehrhardt | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01549-JAR | District Judge John A. Ross |
| 9.  | Donald Frey | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01168-PLC | Magistrate Judge Patricia L. Cohen |
| 10. | Gerald Gusler | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01554-SNLJ | District Judge Stephen N. Limbaugh, Jr. |

| | | | | | |
|---|---|---|---|---|---|
| **11.** | Florentina Guzman | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01642-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| **12.** | Christine Harrison | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01013-CDP | District Judge Catherine D. Perry |
| **13.** | Brenda Johnson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01553-NCC | Magistrate Judge Noelle C. Collins |
| **14.** | Estate of Edward Lockwood, by and through his representative Barbara Lockwood, and Barbara Lockwood, surviving spouse of Edward Lockwood on behalf of all legal heirs of Edward Lockwood | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01685-AGF | District Judge Audrey G. Fleissig |
| **15.** | Genevieve Lucas | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01120-SPM | Magistrate Judge Shirley Padmore Mensah |
| **16.** | Estate of Charles Patterson, by and through his representative Lorraine Patterson, and Lorraine Patterson, surviving spouse of Charles Patterson on behalf of all legal heirs of Charles Patterson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01171-HEA | District Judge Henry Edward Autrey |
| **17.** | Debbie Reger | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01555-NAB | Magistrate Judge Nannette A. Baker |
| **18.** | David Riordan | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01194-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| **19.** | Claude Rosier | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01060-SNLJ | District Judge Stephen N. Limbaugh, Jr. |

| 20. | Debbie Rotramel | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01055-CAS | District Judge Charles A. Shaw |
| --- | --- | --- | --- | --- | --- |
| 21. | Charles Wayne Sanders | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01053-JAR | District Judge John A. Ross |
| 22. | Floyd Stohler | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01012-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 23. | Abraham Williams | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01147-HEA | District Judge Henry Edward Autrey |