**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on July 12, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Kirk J. Goza, Esq.
GOZA & HONNOLD LLC
9500 Nall Ave. Suite 400
Overland Park, KS 66207
Phone:  (913) 451-3433
Email:  kgoza@gohonlaw.com

Counsel for Plaintiffs in *Bailey v. Monsanto Co.*, No. 4:19-cv-01010-CDP (E.D. Mo.); *Becker v. Monsanto Co.*, No. 4:19-cv-01057-CDP (E.D. Mo.); *Castillo v. Monsanto Co.*, No. 4:19-cv-01021-SNLJ (E.D. Mo.); *Chafin v. Monsanto Co.*, No. 4:19-cv-01061-JAR (E.D. Mo.); *Combs v. Monsanto Co.*, No. 4:19-cv-01015-JAR (E.D. Mo.); *Dailey v. Monsanto Co.*, No. 4:19-cv-01014-CAS (E.D. Mo.); *Dedrick v. Monsanto Co.*, No. 4:19-cv-01011-AGF (E.D. Mo.); *Ehrhardt v. Monsanto Co.*, No. 4:19-01549-JAR (E.D. Mo.); *Frey v. Monsanto Co.*, No. 4:19-cv-01168-PLC (E.D. Mo.); *Gusler v. Monsanto Co.*, No. 4:19-cv-01554-SNLJ (E.D. Mo.); *Guzman v. Monsanto Co.*, No. 4:19-cv-01642-SNLJ (E.D. Mo.); *Harrison v. Monsanto Co.*, No. 4:19-cv-01013-CDP (E.D. Mo.); *Johnson v. Monsanto Co.*, No. 4:19-cv-01553-NCC (E.D. Mo.); *Lockwood v. Monsanto Co.*, No. 4:19-cv-01685-AGF (E.D. Mo.); *Lucas v. Monsanto Co.*, No. 4:19-cv-01120-SPM (E.D. Mo.); *Patterson v. Monsanto Co.*, No. 4:19-cv-01171-HEA (E.D. Mo.); *Reger v. Monsanto Co.*, No. 4:19-cv-01555-NAB (E.D. Mo.); *Riordan v. Monsanto Co.*, No. 4:19-cv-01194-SNLJ (E.D. Mo.); *Rosier v. Monsanto Co.*, No. 4:19-cv-01060-SNLJ (E.D. Mo.); *Rotramel v. Monsanto Co.*, No. 4:19-cv-01055-CAS (E.D. Mo.); *Sanders v. Monsanto Co.*, No. 4:19-cv-01053-JAR (E.D. Mo.); *Stohler v. Monsanto Co.*, No. 4:19-cv-01012-SNLJ (E.D. Mo.); *Williams v. Monsanto Co.*, No. 4:19-cv-01147-HEA (E.D. Mo).

Dated: July 12, 2019                    Respectfully submitted,


/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*