**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on July 12, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Gary F. Franke, Esq.
Michael D. O'Neill, Esq.
GARY F. FRANKE CO., L.P.A.
120 E Fourth Street, Suite 1040
Cincinnati, OH 45202
Phone: (513) 564-9222
Email: gff@garyfrankelaw.com
Email: mdo@garyfrankelaw.com

Counsel for Plaintiff in *Indelicato v. Monsanto Co.*, No. 1:19-cv-00363-TSB (S.D. Ohio).

Copies of the foregoing were also caused to be served via first class mail on Defendant Bayer Corporation (which has not entered an appearance in *Indelicato v. Monsanto Co.*, No. 1:19-cv-00363-TSB (S.D. Ohio)) as follows:

    Bayer Corporation
    Attn: General Counsel
    100 Bayer Blvd.
    Whippany, NJ 07981

Copies of the foregoing were also caused to be served via Fed-Ex on Defendant Bayer AG (which has not been served with the summons or complaint in *Indelicato v. Monsanto Co.*, No. 1:19-cv-00363-TSB (S.D. Ohio)), as follows:

> Bayer AG
> Attn: General Counsel
> Law, Patents & Compliance
> Building Q 26, 1.008
> 51368 Leverkusen, Germany

Dated: July 12, 2019                                 Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*