BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS            MDL No. 2741
LIABILITY LITIGATION

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Helen Ashley | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01025-HEA | District Judge Henry Edward Autrey |
| 2. | John Barr | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01551-SPM | Magistrate Judge Shirley Padmore Mensah |
| 3. | John Bichler | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01550-JAR | District Judge John A. Ross |
| 4. | Harold Binneboese | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01018-JAR | District Judge John A. Ross |
| 5. | Janet Carpenter | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01016-JAR | District Judge John A. Ross |
| 6. | James Clifton | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01165-JAR | District Judge John A. Ross |
| 7. | Kathleen Colbert | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01038-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 8. | Jeremy Hobbs | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01052-HEA | District Judge Henry Edward Autrey |
| 9. | Johnnie Johnson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01141-JMB | Magistrate Judge John M. Bodenhausen |
| 10. | Gwendolyn McMillian | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01017-CDP | District Judge Catherine D. Perry |

| | | | | | |
|---|---|---|---|---|---|
| 11. | Jean Miceli | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01111-JMB | Magistrate Judge John M. Bodenhausen |
| 12. | James Mikels, Sr. | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01031-CDP | District Judge Catherine D. Perry |
| 13. | Judy Mitchell | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01064-HEA | District Judge Henry Edward Autrey |
| 14. | Estate of Larry Moore, by and through his representative Sheila Moore, and Sheila Moore, surviving spouse of Larry Moore on behalf of all legal heirs of Larry Moore | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01062-PLC | Magistrate Judge Patricia L. Cohen |
| 15. | Gary Payne | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01033-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 16. | Linda Ross | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01008-HEA | District Judge Henry Edward Autrey |
| 17. | Estate of John George Ruth, by and through his representative David Ruth, and David Ruth, surviving spouse of John George Ruth on behalf of all legal heirs of John George Ruth | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01536-JAR | District Judge John A. Ross |
| 18. | John Seitz | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01023-JAR | District Judge John A. Ross |
| 19. | Helen Shuler | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01020-HEA | District Judge Henry Edward Autrey |
| 20. | Glen Snell | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01544-SPM | Magistrate Judge Shirley Padmore Mensah |

| | | | | | |
|---|---|---|---|---|---|
| **21.** | John Stone | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01159-HEA | District Judge Henry Edward Autrey |
| **22.** | Kenneth Taylor | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01162-NAB | Magistrate Judge Nannette A. Baker |
| **23.** | George Van Hortman | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01166-CDP | District Judge Catherine D. Perry |