**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on July 15, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Kirk J. Goza, Esq.
GOZA & HONNOLD LLC
9500 Nall Ave. Suite 400
Overland Park, KS 66207
Phone:  (913) 451-3433
Email:  kgoza@gohonlaw.com

Counsel for Plaintiffs in *Ashley v. Monsanto Co.*, No. 4:19-cv-01025-HEA (E.D. Mo.); *Barr v. Monsanto Co.*, No. 4:19-cv-01551-SPM (E.D. Mo.); *Bichler v. Monsanto Co.*, No. 4:19-cv-01550-JAR (E.D. Mo.); *Binneboese v. Monsanto Co.*, No. 4:19-cv-01018-JAR (E.D. Mo.); *Carpenter v. Monsanto Co.*, No. 4:19-cv-01016-JAR (E.D. Mo.); *Clifton v. Monsanto Co.*, No. 4:19-cv-01165-JAR (E.D. Mo.); *Colbert v. Monsanto Co.*, No. 4:19-cv-01038-SNLJ (E.D. Mo.); *Hobbs v. Monsanto Co.*, No. 4:19-cv-01052-HEA (E.D. Mo.); *Johnson v. Monsanto Co.*, No. 4:19-cv-01141-JMB (E.D. Mo.); *McMillian v. Monsanto Co.*, No. 4:19-cv-01017-CDP (E.D. Mo.); *Miceli v. Monsanto Co.*, No. 4:19-cv-01111-JMB (E.D. Mo.); *Mikels v. Monsanto Co.*, No. 4:19-cv-01031-CDP (E.D. Mo.); *Mitchell v. Monsanto Co.*, No. 4:19-cv-01064-HEA (E.D. Mo.); *Moore v. Monsanto Co.*, No. 4:19-cv-01062-PLC (E.D. Mo.); *Payne v. Monsanto Co.*, No. 4:19-cv-01033-SNLJ (E.D. Mo.); *Ross v. Monsanto Co.*, No. 4:19-cv-01008-HEA (E.D. Mo.); *Ruth v. Monsanto Co.*, No. 4:19-cv-01536-JAR (E.D. Mo.); *Seitz v. Monsanto Co.*, No. 4:19-cv-01023-JAR (E.D. Mo.); *Shuler v. Monsanto Co.*, No. 4:19-cv-01020-HEA (E.D. Mo.); *Snell v. Monsanto Co.*, No. 4:19-cv-01544-SPM (E.D. Mo.); *Stone v. Monsanto Co.*, No. 4:19-cv-01159-HEA (E.D. Mo.); *Taylor v. Monsanto Co.*, No. 4:19-cv-01162-NAB (E.D. Mo.); *Van Hortman v. Monsanto Co.*, No. 4:19-cv-01166-CDP (E.D. Mo.).

2

Dated: July 15, 2019                              Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

2