BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Larry Serna | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01058-SPM | Magistrate Judge Shirley Padmore Mensah |
| 2. | Lucille Wallace | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01167-HEA | District Judge Henry Edward Autrey |
| 3. | Marvin Armstrong | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01172-HEA | District Judge Henry Edward Autrey |
| 4. | Michael Bartley | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01084-NCC | Magistrate Judge Noelle C. Collins |
| 5. | Michelle Dokken | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01078-JAR | District Judge John A. Ross |
| 6. | Mike Forrest | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01066-HEA | District Judge Henry Edward Autrey |
| 7. | Marvin Long | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01556-CAS | District Judge Charles A. Shaw |
| 8. | Michael Walker | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01173-JAR | District Judge John A. Ross |
| 9. | Nelma Hix | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01163-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 10. | Philip Myers | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01035-SNLJ | District Judge Stephen N. Limbaugh, Jr. |

| | | | | | |
|---|---|---|---|---|---|
| 11. | Randy Brunton | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01533-HEA | District Judge Henry Edward Autrey |
| 12. | Robert Downes | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01552-CDP | District Judge Catherine D. Perry |
| 13. | Randy Ferkel | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01009-CAS | District Judge Charles A. Shaw |
| 14. | Robert Humphrey | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01155-JAR | District Judge John A. Ross |
| 15. | Robert Ladd | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01543-JAR | District Judge John A. Ross |
| 16. | Rosa Obregon | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01157-CDP | District Judge Catherine D. Perry |
| 17. | Russell Scott | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01019-CAS | District Judge Charles A. Shaw |
| 18. | Samuel Brown | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01036-JAR | District Judge John A. Ross |
| 19. | Shirley Ruffner | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01040-JAR | District Judge John A. Ross |
| 20. | Sharon Staples | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01164-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 21. | Torrie Masko | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01548-HEA | District Judge Henry Edward Autrey |
| 22. | Thomas McGue | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01158-HEA | District Judge Henry Edward Autrey |
| 23. | Virginia Vejil | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01546-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 24. | William Mullahy | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01022-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 25. | Wendall Young | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01641-NAB | Magistrate Judge Nannette A. Baker |