**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on July 17, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Kirk J. Goza, Esq.
GOZA & HONNOLD LLC
9500 Nall Ave. Suite 400
Overland Park, KS 66207
Phone:  (913) 451-3433
Email:  kgoza@gohonlaw.com

Counsel for Plaintiffs in *Serna v. Monsanto Co.,* No. 4:19-cv-01058-SPM (E.D. Mo.); *Wallace v. Monsanto Co.,* No. 4:19-cv-01167-HEA (E.D. Mo.); *Armstrong v. Monsanto Co.,* No. 4:19-cv-01172-HEA (E.D. Mo.);  *Bartley v. Monsanto Co.,* No. 4:19-cv-01084-NCC (E.D. Mo.); *Dokken v. Monsanto Co.,* No. 4:19-cv-01078-JAR (E.D. Mo.); *Forrest v. Monsanto Co.,* No. 4:19-cv-01066-HEA (E.D. Mo.); *Long v. Monsanto Co.,* No. 4:19-cv-01556-CAS (E.D. Mo.); *Walker v. Monsanto Co.,* No. 4:19-cv-01173-JAR (E.D. Mo.); *Hix v. Monsanto Co.,* No. 4:19-cv-01163-SNLJ (E.D. Mo.). *Myers v. Monsanto Co.,* No. 4:19-cv-01035-SNLJ (E.D. Mo.); *Brunton v. Monsanto Co.,* No. 4:19-cv-01533-HEA (E.D. Mo.); *Downes v. Monsanto Co.,* No. 4:19-cv-01552-CDP (E.D. Mo.); *Ferkel v. Monsanto Co.,* No. 4:19-cv-01009-CAS (E.D. Mo.); *Humphrey v. Monsanto Co.,* No. 4:19-cv-01155-JAR (E.D. Mo.); *Ladd v. Monsanto Co.,* No. 4:19-cv-01543-JAR (E.D. Mo.); *Obregon v. Monsanto Co.,* No. 4:19-cv-01157-CDP (E.D. Mo.); *Scott v. Monsanto Co.,* No. 4:19-cv-01019-CAS (E.D. Mo.); *Brown v. Monsanto Co.,* No. 4:19-cv-01036-JAR (E.D. Mo.); *Ruffner v. Monsanto Co.,* No. 4:19-cv-01040-JAR (E.D. Mo.); *Staples v. Monsanto Co.,* No. 4:19-cv-01164-SNLJ (E.D. Mo.); *Masko v. Monsanto Co.,* No. 4:19-cv-01548-HEA (E.D. Mo.); *McGue v. Monsanto Co.,* 4:19-cv-01158-HEA (E.D. Mo.); *Vejil v. Monsanto Co.,* No. 4:19-cv-01546-SNLJ (E.D. Mo.); *Mullahy v. Monsanto Co.,* No. 4:19-cv-01022-SNLJ (E.D. Mo.); *Young v. Monsanto Co.,* No. 4:19-cv-01641-NAB (E.D. Mo.).

Dated: July 17, 2019                                 Respectfully submitted,

                                            /s/ Joe G. Hollingsworth
                                            Joe G. Hollingsworth, Esq.
                                            (jhollingsworth@hollingsworthllp.com)
                                            HOLLINGSWORTH LLP
                                            1350 I Street, N.W.
                                            Washington, D.C. 20005
                                            Phone: (202) 898-5800
                                            Fax:    (202) 682-1639

                                            *Attorneys for Defendant Monsanto Company*