BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|     | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
| --- | --- | --- | --- | --- | --- |
| 1. | Jack Armstrong and Jaretta Armstrong | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01826-JMB | Magistrate Judge John M. Bodenhausen |
| 2. | Jerry Ballantine and Deborah Ballantine | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01825-SPM | Magistrate Judge Shirley Padmore Mensah |
| 3. | John Banks and Michele Banks | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01777-JMB | Magistrate Judge John M. Bodenhausen |
| 4. | Thomas F. Breyley | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01822-PLC | Magistrate Judge Patricia L. Cohen |
| 5. | James Carter and Elaine Carter | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01843-JMB | Magistrate Judge John M. Bodenhausen |
| 6. | Nick Francis and Kathleen Francis | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01769-SPM | Magistrate Judge Shirley Padmore Mensah |
| 7. | Steven Garred | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01766-JAR | District Judge John A. Ross |
| 8. | John Gutierrez and Linda Gutierrez | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01775-JAR | District Judge John A. Ross |
| 9. | Pamela J. Hosey | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01832-CDP | District Judge Catherine D. Perry |
| 10. | Eileen Lindsley | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01067-JAR | District Judge John A. Ross |

| | | | | | |
|---|---|---|---|---|---|
| 11. | Lewis C. Long, Sr. and Patsy Long | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01068-DDN | Magistrate Judge David D. Noce |
| 12. | Randy S. Lovelace | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01070-CDP | District Judge Catherine D. Perry |
| 13. | William Nolan and Kathleen Nolan | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01828-CAS | District Judge Charles A. Shaw |
| 14. | Linda J. Perales and Pete Perales, Jr. | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01071-CDP | District Judge Catherine D. Perry |
| 15. | Edward Pridemore and Jane Pridemore | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01823-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 16. | Gregory Pritsker and Elena Pritsker | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01824-JAR | District Judge John A. Ross |
| 17. | Horace Pye | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01770-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 18. | Edward J. Ruff, Sr. | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01073-PLC | Magistrate Judge Patricia L. Cohen |
| 19. | Shirley A. Sanders and James Sanders | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01089-HEA | District Judge Henry Edward Autrey |
| 20. | Kevin D. Schwab and Christine D. Schwab | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01122-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 21. | Susie Wesley | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01774-NAB | Magistrate Judge Nannette A. Baker |
| 22. | Shelia Williams | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01834-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 23. | Billie Woodward, individually and on behalf of David L. Woodward, deceased | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01156-HEA | District Judge Henry Edward Autrey |
| 24. | John M. Wright and Stacy Culver | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01074-CDP | District Judge Catherine D. Perry |