**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on July 17, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb, Esq.
BROWN & CROUPPEN, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone:  (314) 222-2222
Email:   sethw@getbc.com

Counsel for Plaintiffs in *Armstrong v. Monsanto Co.*, No. 4:19-cv-01826-JMB (E.D. Mo.); *Ballantine v. Monsanto Co.*, No. 4:19-cv-01825-SPM (E.D. Mo.); *Banks v. Monsanto Co.*, 4:19-cv-01777-JMB (E.D. Mo.); *Breyley v. Monsanto Co.*, No. 4:19-cv-01822-PLC (E.D. Mo.); *Carter v. Monsanto Co.*, No. 4:19-cv-01843-JMB (E.D. Mo.); *Francis v. Monsanto Co.*, No. 4:19-cv-01769-SPM (E.D. Mo.); *Garred v. Monsanto Co.*, No. 4:19-cv-01766-JAR (E.D. Mo.); *Gutierrez v. Monsanto Co.*, No. 4:19-cv-01775-JAR (E.D. Mo.); *Hosey v. Monsanto Co.*, No. 4:19-cv-01832-CDP (E.D. Mo.); *Lindsley v. Monsanto Co.*, No. 4:19-cv-01067-JAR (E.D. Mo.); *Long v. Monsanto Co.*, No. 4:19-cv-01068-DDN (E.D. Mo.); *Lovelace v. Monsanto Co.*, No. 4:19-cv-01070-CDP (E.D. Mo.); *Nolan v. Monsanto Co.*, No. 4:19-cv-01828-CAS (E.D. Mo.); *Perales v. Monsanto Co.*, No. 4:19-cv-01071-CDP (E.D. Mo.); *Pridemore v. Monsanto Co.*, No. 4:19-cv-01823-SNLJ (E.D. Mo); *Pritsker v. Monsanto Co.*, No. 4:19-cv-01824-JAR (E.D. Mo.); *Pye v. Monsanto Co.*, No. 4:19-cv-01770-SNLJ (E.D. Mo.); *Ruff v. Monsanto Co.*, No. 4:19-cv-01073-PLC (E.D. Mo.); *Sanders v. Monsanto Co.*, No. 4:19-cv-01089-HEA (E.D. Mo.); *Schwab v. Monsanto Co.*, No. 4:19-cv-01122-SNLJ (E.D. Mo.); *Wesley v. Monsanto Co.*, No. 4:19-cv-01774-NAB (E.D. Mo.); *Williams v. Monsanto Co.*, No. 4:19-cv-01834-SNLJ (E.D. Mo.); *Woodward v. Monsanto Co.*, No. 4:19-cv-01156-HEA (E.D. Mo); *Wright v. Monsanto Co.*, No. 4:19-cv-01074-CDP (E.D. Mo.).

2

Dated: July 17, 2019                                  Respectfully submitted,

                                                      /s/ Joe G. Hollingsworth
                                                      Joe G. Hollingsworth, Esq.
                                                      (jhollingsworth@hollingsworthllp.com)
                                                      HOLLINGSWORTH LLP
                                                      1350 I Street, N.W.
                                                      Washington, D.C. 20005
                                                      Phone: (202) 898-5800
                                                      Fax:    (202) 682-1639

                                                      *Attorneys for Defendant Monsanto Company*