## BEFORE THE UNITED STATED JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN Re: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                                                   MDL No. 2741

*Knox, et al. v. Monsanto Company, et al.,* D. Mont., No. 4:19-cv-00036

### NOTICE OF ORDER OF REMAND

Plaintiffs Terry Knox and Carolyn "Coke" Knox hereby give notice to the United States Judicial Panel on Multidistrict Litigation of the U.S. District Court for the District of Montana Judge Brian M. Morris' Order, dated July 17, 2019, granting Plaintiffs' Motion to Remand to the Montana Eighth Judicial District Court, Cascade County, and denying Defendant Kerry Yates' Motion for Judgment on the Pleadings.  Doc. 26.  The Order is attached hereto as Exhibit A.

Plaintiffs' Terry Knox and Carolyn "Coke" Knox's case was filed in Montana's Eighth Judicial District Court, Cascade County on April 4, 2019; was removed to U.S. District Court Montana, Great Falls Division, on May 13, 2019; and subsequently transferred, on May 15, 2019, under Conditional Transfer Order 133, to MDL No. 2741 in the U.S. District Court for the Northern District of California.  Doc. 1000.  On May 21, 2019, Plaintiffs timely filed an objection to CTO-133.  Doc. 1007.  On June 4, 2019, Plaintiffs filed a Motion to Vacate CTO-133, Doc. 1035, which is fully briefed and presently scheduled for hearing without

oral argument before the JPML on July 25, 2019.  Doc. 1054.  Since the case has been remanded, CTO-133 should be vacated insofar as it relates to this action.

By: /s/ A. Christopher Edwards
A. Christopher Edwards, Esq.
EDWARDS, FRICKLE & CULVER
1648 Poly Drive, Suite 206
Billings, MT 59102
Telephone: (406) 256-8155
Facsimile: (406) 256-8159
Email: chris@edwardslawfirm.org
Counsel for Plaintiffs Terry Knox and
Carolyn "Coke" Knox
