BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:  Roundup Products Liability
Litigation                                                                                          MDL No. 2741

## NOTICE OF ORDER OF REMAND

## SCHEDULE OF ACTION

|   | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Terry Knox and Caroline "Coke" Knox | Monsanto Co., Kerry Yates | District of Montana – Great Falls Division | 4:19-cv-00036-BMM | U.S. Dist. Court Judge Brian Morris |

1