**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| --- | --- |

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | Plaintiffs | Defendant | District | Civil Action No. | Judge |
| --- | --- | --- | --- | --- | --- |
| 1. | Mike Bronzini, Howard Bulmer, Jerry Burke, Fred Burmeister, Melinda Cloud, Charles Crutcher, Michael DeRobbio, Jeffrey Driscoll, Penny Baker, individually and on behalf of decedent Christine Eichenauer, Tim Eschbach, Anthony Evans, Carroll Fowler, Gregory Gordon, Matthew Jacobson, Kenneth Lemler, Diane Niemi, Jarrett Papuneau, Ronald Otis Petty, Diane B. Pesce, Mary Rank, Robert Rudolph, David Simmons, Jerry Skeem, and Robert Thackwray | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02026 | Not yet assigned |
| 2. | Hamilton Tory | Monsanto Co. | Southern District of Mississippi (Western) | 5:19-cv-00057-DCB-MTP | District Judge David C. Bramlette, III |

| 3. | Marisol Del-Sol Auten | Monsanto Co. | Southern District of Texas (Houston) | 4:19-cv-02497 | Chief District Judge Lee H. Rosenthal |
|---|---|---|---|---|---|
| 4. | Dale Cyphers | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01852-DDN | Magistrate Judge David D. Noce |
| 5. | Thomas Gaj | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01854-JAR | District Judge John A. Ross |
| 6. | Nick Geich | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01529-JAR | District Judge John A. Ross |
| 7. | Gerald Nelson and Lynne Nelson | Monsanto Co. | District of Massachusetts (Boston) | 1:19-cv-11423-DJC | District Judge Denise J. Casper |
| 8. | David Plummer and Joan S. Plummer | Monsanto Co. | District of New Hampshire (Concord) | 1:19-cv-00698-PB | District Judge Paul J. Barbadoro |
| 9. | Alton Ray Weaver | Monsanto Co. | Southern District of Alabama (Mobile) | 1:19-cv-00324-N | Magistrate Judge Katherine P. Nelson |