**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on July 18, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Eric D. Holland, Esq.
Patrick R. Dowd, Esq.
R. Seth Crompton, Esq.
HOLLAND LAW FIRM, LLC
300 N. Tucker, Suite 801
St. Louis, MO 63101
Phone:  (315) 241-8111
Email:  eholland@allfela.com
Email:  pdowd@allfela.com
Email:  scrompton@allfela.com

Counsel for Plaintiffs in *Bronzini v. Monsanto Co.*, No. 4:19-cv-02026 (E.D. Mo.).

John C. Enochs, Esq.
Richard L. Root, Esq.
Betsy Barnes, Esq.
MORRIS BART LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Phone:  (504) 525-8000
Email:  jenochs@morrisbart.com
Email:  rroot@morrisbart.com
Email:  bbarnes@morrisbart.com

Counsel for Plaintiff in *Tory v. Monsanto Co.*, No. 5:19-cv-00057-DCB-MTP (S.D. Miss.).

Michael A. Simpson, Esq.
Kim Jones Penepacker, Esq.
SIMPSON, SIMPSON & PENEPACKER
1119 Halsell Street
Bridgeport, TX 76426
Phone:  (940) 683-4098
Email:  msimpson@simpsontriallawyers.com
Email:  kjones@simpsontriallawyers.com

Counsel for Plaintiff in *Del-Sol Auten v. Monsanto Co.*, No. 4:19-cv-02497 (S.D. Tex.).

Seth S. Webb, Esq.
BROWN & CROUPPEN, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone:  (314) 222-2222
Email:  sethw@getbc.com

Counsel for Plaintiffs in *Cyphers v. Monsanto Co.*, No. 4:19-cv-01852-DDN (E.D. Mo.); *Gaj v. Monsanto Co.*, No. 4:19-cv-01854-JAR (E.D. Mo.).

Charles W. Miller, Esq.
HEYGOOD, ORR & PEARSON
6363 N. State Highway 161, Suite 450
Irving, TX 75038
Phone:  (214) 237-9001
Email:  charles@hop-law.com

Counsel for Plaintiffs in *Geich v. Monsanto Co.*, No. 4:19-cv-01529-JAR (E.D. Mo.).

Michael P. Thornton, Esq.
David C. Strouss, Esq.
Evan R. Hoffman, Esq.
Jasmine M. Howard, Esq.
THORNTON LAW FIRM, LLP
One Lincoln Street
Boston, MA 02111
Phone:  (617) 720-1333
Email:  mthornton@tenlaw.com
Email:  dstrouss@tenlaw.com
Email:  ehoffman@tenlaw.com
Email:  jhoward@tenlaw.com

Counsel for Plaintiffs in *Nelson v. Monsanto Co.*, No. 1:19-cv-11423-DJC (D. Mass.); *Plummer v. Monsanto Co.*, No. 1:19-cv-00698-PB (D.N.H.).

Shawn T. Alves, Esq.
Laura M. Coker, Esq.
STONE CROSBY, P.C.
8820 US Highway 90
Daphne, AL 36526
Phone:  (251) 626-6696
Email:  salves@stonecrosby.com
Email:  lcoker@stonecrosby.com

Counsel for Plaintiff in *Weaver v. Monsanto Co.*, No. 1:19-cv-00324-N (S.D. Ala.).


Dated: July 18, 2019                              Respectfully submitted,


                                                     /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*