**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Frank Allen | Monsanto Co. | District of New Hampshire (Concord) | 1:19-cv-00690-SM | District Judge Steven J. McAuliffe |
| **2.** | Merril Hoge | Monsanto Co. | District of Idaho (Pocatello – Eastern) | 4:19-cv-00252-REB | Chief Magistrate Judge Ronald E. Bush |
| **3.** | Tracie E. Weeder | Monsanto Co. | District of Oregon (Portland) | 3:19-cv-01078-YY | Magistrate Judge Youlee Yim You |