BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on July 19, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

D. Michael Noonan, Esq.
SHAHEEN & GORDON, P.A.
353 Central Avenue
Dover, NH 03821-0977
Phone:  (603) 749-5000
Email:  mnoonan@shaheengordon.com

Counsel for Plaintiff in *Allen v. Monsanto Co.*, No. 1:19-cv-00690-SM (D.N.H.).

Robert K. Beck, Esq.
ROBERT K. BECK & ASSOCIATES
3456 East 17th Street, Suite 215
Idaho Falls, ID 83406
Phone:  (208) 524-2664
Email:  robert@robertkbeck.com

Joseph A. Osborne, Esq.
J. Robert Bell, III, Esq.
OSBORNE & FRANCIS
433 Plaza Real, Suite 271
Boca Raton, FL 33432
Phone:  (561) 293-2600
Email:  josborne@realtoughlawyers.com
Email:  rbell@realtoughlawyers.com

Co-counsel for Plaintiff in *Hoge v. Monsanto Co.*, No. 4:19-cv-00252-REB (D. Idaho).

Leslie W. O'Leary, Esq.
JOHNSON JOHNSON LUCAS & MIDDLETON, P.C.
975 Oak Street, Suite 1050
Eugene, OR 97401
Phone:  (541) 484-2434
Email:   loleary@justicelawyers.com

Counsel for Plaintiff in *Weeder v. Monsanto Co.*, No. 3:19-cv-01078-YY (D. Or.).

Dated: July 19, 2019                                    Respectfully submitted,

                                           /s/ Joe G. Hollingsworth
                                           Joe G. Hollingsworth, Esq.
                                           (jhollingsworth@hollingsworthllp.com)
                                           HOLLINGSWORTH LLP
                                           1350 I Street, N.W.
                                           Washington, D.C. 20005
                                           Phone: (202) 898-5800
                                           Fax:     (202) 682-1639

                                           *Attorneys for Defendant Monsanto Company*