BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |

### NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation (the "Panel"), Moll Law Group hereby writes to notify you of the potential tag-along actions for the plaintiffs listed on the attached Schedule of Action.

Respectfully submitted, this 19th day of July, 2019,

MOLL LAW GROUP

By: /s/ Stephen Cady
Stephen Cady
MOLL LAW GROUP
22 W Washington Street
15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
scady@molllawgroup.com

Ken Moll
MOLL LAW GROUP
22 W Washington Street
15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
kmoll@molllawgroup.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2019, I electronically filed the foregoing document with the Clerk of the Court for the Judicial Panel on Multidistrict Litigation using the CM/ECF system, and furnished a copy by electronic mail to the following parties:

Joe G. Hollingsworth
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
jhollingsworth@hollingsworthllp.com
**Attorneys for Defendant
MONSANTO COMPANY**

MOLL LAW GROUP

By: /s/ Stephen Cady
Stephen Cady
MOLL LAW GROUP
22 W Washington Street,
15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
scady@molllawgroup.com

Ken Moll
MOLL LAW GROUP
22 W Washington Street,
15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
kmoll@molllawgroup.com
**ATTORNEYS FOR PLAINTIFF**