BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION | MDL NO: 2741 |
|---|---|

**SCHEDULE OF ACTIONS**

| Plaintiff | Defendant | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| Michael Baisden | Monsanto Company | Eastern District of Missouri | 4:19-cv-02035 | Not Assigned Yet |
| Steven Dietz | Monsanto Company | Eastern District of Missouri | 4:19-cv-02036 | Not Assigned Yet |
| Scott Ellis | Monsanto Company | Eastern District of Missouri | 4:19-cv-02038 | Not Assigned Yet |
| Harry Butler | Monsanto Company | Eastern District of Missouri | 4:19-cv-02040 | Not Assigned Yet |

Respectfully submitted, this July 19, 2019

MOLL LAW GROUP

By: */s/ Stephen Cady*
Stephen Cady
MOLL LAW GROUP
22 W Washington Street, 15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
scady@molllawgroup.com

Ken Moll
MOLL LAW GROUP
22 W Washington Street, 15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
kmoll@molllawgroup.com
**COUNSEL FOR PLAINTIFF**