BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Allen Boatright hereby notifies the Clerk of the Panel of the potential tag-along action listed on the attached Schedule of Action.

The docket sheet and complaint for the potential tag-along action are attached.

Dated:  July 22, 2019                     Respectfully submitted,

                                          */s/ Matthew P. Weinshall*
                                          Matthew P. Weinshall, Esq.
                                          **Podhurst Orseck, P.A.**
                                          One S.E. Third Avenue, Suite 2300
                                          Miami, FL  33131
                                          Phone: (305) 358-2800
                                          Email mweinshall@podhurst.com

                                          Counsel for Plaintiff in *Boatright v. Monsanto Co.,* 4:19-cv-00208-RH-CAS (N.D. Florida)