BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

## PROOF OF SERVICE

In Compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on July 22, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Copies of the foregoing were also caused to be served via first class mail on Defendant Monsanto Company (which has not entered an appearance in *Boatright v. Monsanto Co.,* No. 4:19-cv-00208-RH-CAS (N.D. Florida)) as follows:

Joe G. Hollingsworth, Esq.
Hollingsworth LLP
1350 I Street, N.W.
Washington, D.C. 20005
Email:  Jhollingsworth@hollingsworthllp.com

Copies of the foregoing were also caused to be served via first class mail on Defendant Bayer Corporation (which has not entered an appearance in *Boatright v. Monsanto Co.,* No. 4:19-cv-00208-RH-CAS (N.D. Florida)) as follows:

Bayer Corporation
Attn:  General Counsel
100 Bayer Blvd.
Whippany, NY  07981

Copies of the foregoing were also caused to be served via Fed-Ex on Defendant Bayer AG (which has not been served with the summons or complaint in *Boatright v. Monsanto Co.,* No. 4:19-cv-00208-RH-CAS (N.D. Florida)) as follows:

Bayer AG
Attn: General Counsel
Law, Patents & Compliance
Building Q 26 1.008
51368 Leverkusen, Germany

Dated:  July 22, 2019                                                          Respectfully submitted,


                                                        */s/ Matthew P. Weinshall*
Matthew P. Weinshall, Esq.
**Podhurst Orseck, P.A.**
One S.E. Third Avenue, Suite 2300
Miami, FL  33131
Phone: (305) 358-2800
Email: mweinshall@podhurst.com

Counsel for Plaintiff in *Boatright v. Monsanto Co.,* 4:19-cv-00208-RH-CAS (N.D. Florida)