**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Robert Joseph | Monsanto Co. | District of New Hampshire (Concord) | 1:19-cv-00689-LM | Chief District Judge Landya B. McCafferty |
| 2. | Barry K. Christopherson, individually and as Personal Representative of the Estate of Ellen L. Shea, and on behalf of all legal heirs to Ellen L. Shea | Monsanto Co. | District of Colorado (Denver) | 1:19-cv-02080-KLM | Magistrate Judge Kristen L. Mix |
| 3. | Ellen R. Rosenberg | Monsanto Co. | North Carolina Middle District (NCMD) | 1:19-cv-00612-UA-JEP | Not yet assigned |
| 4. | Vernon Rounds | Monsanto Co. | District of New Hampshire (Concord) | 1:19-cv-00691-JL | District Judge Joseph N. Laplante |