BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on July 22, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

D. Michael Noonan, Esq.
SHAHEEN & GORDON, P.A.
353 Central Avenue
Dover, NH 03821-0977
Phone:  (603) 749-5000
Email:  mnoonan@shaheengordon.com

Counsel for Plaintiffs in *Joseph v. Monsanto Co.*, No. 1:19-cv-00689-LM (D.N.H.); *Rounds v. Monsanto Co.*, No. 1:19-cv-00691-JL (D.N.H.).

C.J. Cuneo, Esq.
Aimee H. Wagstaff, Esq.
ANDRUS WAGSTAFF, P.C.
7171 W. Alaska Drive
Lakewood, CO 80226
Phone:  (303) 376-6360
Email:  cj.cuneo@andruswagstaff.com
Email:  aimee.wagstaff@andruswagstaff.com

Rachel Abrams, Esq.
LEVIN ABRAMS SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, CA 94111
Phone:  (415) 426-3000
Email:  rabrams@levinsimes.com

Co-counsel for Plaintiffs in *Christopherson v. Monsanto Co.*, No. 1:19-cv-02080-KLM (D. Colo.).

Lynne M. Holtkamp, Esq.
HOLTKAMP LAW FIRM, PLLC
127 West King Street
Hillsborough, NC 27278
Phone:  (919) 960-6840
Email:  lholtkamp@holtkamplawfirm.com

Paul D. Rheingold, Esq.
RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP
551 Fifth Avenue, 29th Floor
New York, NY 10176
Phone:  (212) 684-1880
Email:  prheingold@rheingoldlaw.com

Co-counsel for Plaintiff in *Rosenberg v. Monsanto Co.*, No. 1:19-cv-00612-UA-JEP (M.D.N.C.).

Dated: July 22, 2019                                 Respectfully submitted,

                                                                        /s/ Joe G. Hollingsworth
                                                                        Joe G. Hollingsworth, Esq.
                                                                        (jhollingsworth@hollingsworthllp.com)
                                                                        HOLLINGSWORTH LLP
                                                                        1350 I Street, N.W.
                                                                        Washington, D.C. 20005
                                                                        Phone: (202) 898-5800
                                                                        Fax:     (202) 682-1639

                                                                        *Attorneys for Defendant Monsanto Company*