**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**MDL 2741 - IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**

**NOTICE OF OPPOSITION TO CTO-142**

I represent Plaintiffs Edward and Joanne Okamoto and Plaintiffs Richard and Rosily Mayer in the below-captioned action which are included on the Conditional Transfer Order (CTO-142). Plaintiff submits this opposition to the Conditional Transfer Order. I understand that the motion and brief to vacate are due in 14 days.

*Okamoto et al v. Monsanto Company,* Hawaii, Civil Action No: 19-cv-00330
*Mayer et al v. Monsanto Company,* Hawaii, Civil Action No: 19-cv-00331

Respectfully submitted,

s/ Michael J. Miller
MICHAEL J. MILLER, ESQ. MD Bar # 33280
Attorneys for Plaintiff
THE MILLER FIRM LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com