**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**MDL 2741 - IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**

*Okamoto et al v. Monsanto Company,* Hawaii, Civil Action No: 19-cv-00330
*Mayer et al v. Monsanto Company,* Hawaii, Civil Action No: 19-cv-00331

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2019, Plaintiffs' Notice of Opposition to Conditional Transfer Order 142 was filed electronically via the Panel's ECF filing system. Notice of this filing will be served on all parties of record by operation of the ECF system.

/s/ Michael J. Miller
THE MILLER FIRM, LLC
Michael J. Miller, Esq. MD Bar # 33280
108 Railroad Ave.
Orange, VA 22960
Phone: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com