# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 7/18/19, 7/24/19

**District Court:** M.D. Florida & E.D. Arkansas

**Number of Actions:** 2

**Complaints and Docket Sheets are attached.**

_____
CLERK OF THE PANEL