**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS    MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| **1.** | Ann Marie Howard, individually, and as Executor of the Estate on behalf of Patricia A. Shanklin | Monsanto Co. | Southern District of Ohio (Cincinnati) | 1:19-cv-00565-SJD-KLL | District Judge Susan J. Dlott |
| **2.** | David Holmen, individually, and as Executor of the Estate of Philip Holmen, deceased, and Jeannine Holmen | Monsanto Co. | Eastern District of Pennsylvania (Philadelphia) | 2:19-cv-02463-JS | Chief District Judge Juan R. Sanchez |