**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on July 25, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

W.B. Markovits, Esq.
Terence R. Coates, Esq.
Justin C. Walker, Esq.
MARKOVITS, STOCK & DEMARCO LLC
3825 Edwards Road, Suite 650
Cincinnati, OH 45209
Phone: (513) 665-0200
Email: bmarkovits@msdlegal.com
Email: tcoates@msdlegal.com
Email: jwalker@msdlegal.com

Counsel for Plaintiffs in *Howard v. Monsanto Co.*, No. 1:19-cv-00565-SJD-KLL (S.D. Ohio).

Robert W. Sink, Esq.
LAW OFFICES OF ROBERT W. SINK
1800 J.F.K. Blvd., Suite 1402
Philadelphia, PA 19103
Phone: (215) 995-1000
Email: rsink@sinklawoffices.com

Counsel for Plaintiffs in *Holmen v. Monsanto Co.*, No. 2:19-cv-02463-JS (E.D. Pa.).

Dated: July 25, 2019				Respectfully submitted,

							/s/ Joe G. Hollingsworth
							Joe G. Hollingsworth, Esq.
							(jhollingsworth@hollingsworthllp.com)
							HOLLINGSWORTH LLP
							1350 I Street, N.W.
							Washington, D.C. 20005
							Phone: (202) 898-5800
							Fax:    (202) 682-1639

							*Attorneys for Defendant Monsanto Company*