**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: Roundup Products Liability Litigation, *Bronzini et al. v. Monsanto Company* Cause No. 4:19-cv-02026-DDN | MDL Docket No. 2741 |

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-144)

Plaintiff in the above referenced case submits this Notice of Opposition to Conditional Transfer Order (CTO-144), and shows the following:

On July 25, 2019, the United States Judicial Panel on Multidistrict Litigation ("Panel") issued Conditional Transfer Order – 144 in MDL No. 2741. The case, styled as *Bronzini et al. v. Monsanto Company*, E.D. Missouri, Eastern Division, Cause No. 4:19-cv-02026, is listed as a "tag-along" action on "Schedule CTO – 144 – Tag-Along Actions." Plaintiff's deadline to file a Notice of Opposition is August 1, 2019.

Plaintiff files this Notice of Opposition to CTO – 144. The Defendants removal of this action to the Eastern District of Missouri is improper. Subject-matter jurisdiction does not exist for federal courts to hear this action. Furthermore, this matter is filed in the Defendant's home forum. By filing this Notice on July 26, 2019, Plaintiffs understand their deadline to file a Motion to Vacate and a Memorandum in support thereof is August 12, 2019.

Dated: July 26, 2019                                  Respectfully submitted,

                                                      */s/ Eric D. Holland*
                                                      Eric D. Holland– MO Bar #: 39935
                                                      Holland Law Firm
                                                      300 N. Tucker Blvd., Suite 801
                                                      St. Louis, MO 63101
                                                      Tel: 314-241-8111
                                                      Fax: 314-241-5554
                                                      Email: eholland@allfela.com

                                                      *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via the Court's CM/ECF filing system this 26th day of July, 2019, to counsel of record listed below:

Gregory Scott Chernack (*Monsanto Co.*)
Hollingsworth LLP
1350 I Street
NW Washington, DC 20005
Telephone: 202-898-5815
Fax: 202-682-1639
gchernack@hollingsworthllp.com

                                                      */s/ Eric D. Holland*
                                                      Eric D. Holland– MO Bar #: 39935
                                                      Holland Law Firm
                                                      300 N. Tucker Blvd., Suite 801
                                                      St. Louis, MO 63101
                                                      Tel: 314-241-8111
                                                      Fax: 314-241-5554
                                                      Email: eholland@allfela.com

                                                      *Attorney for Plaintiffs*