**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Patsy Boyer on Behalf of the Wrongful Death Beneficiaries of James Allen Boyer | Monsanto Co. | Northern District of Mississippi (Oxford Division) | 3:19-cv-00160-NBB-RP | Senior District Judge Neal B. Biggers |