BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION 　　　　MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Joseph L. Washington | Monsanto Co., Bayer Corp., and Bayer AG | Western District of Pennsylvania (Pittsburgh) | 2:19-cv-00767-CB | District Judge Cathy Bissoon |
| 2. | Ronald P. Bourgeois and Toni M. Bourgeois | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01407-SPM | Magistrate Judge Shirley Padmore Mensah |
| 3. | Brian Brenan and Suzanne E. Brenan | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01409-NAB | Magistrate Judge Nannette A. Baker |
| 4. | Donovan K. Bunn | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01411-CDP | District Judge Catherine D. Perry |
| 5. | Donald F. Jones and Linda Jones | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01412-JMB | Magistrate Judge John M. Bodenhausen |
| 6. | Jerome C. Payadue and Cheryl C. Payadue | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01413-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 7. | Laura Wade and James K. Wade | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01416-NAB | Magistrate Judge Nannette A. Baker |