BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on July 29, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb, Esq.
BROWN & CROUPPEN, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone: (314) 222-2222
Email: sethw@getbc.com

Counsel for Plaintiffs in *Bourgeois v. Monsanto Co.*, No. 4:19-cv-01407-SPM (E.D. Mo.); *Brenan v. Monsanto Co.*, No. 4:19-cv-01409-NAB (E.D. Mo.); *Bunn v. Monsanto Co.*, No. 4:19-cv-01411-CDP (E.D. Mo.); *Jones v. Monsanto Co.*, No. 4:19-cv-01412-JMB (E.D. Mo.); *Payadue v. Monsanto Co.*, No. 4:19-cv-01413-SNLJ (E.D. Mo.); *Wade v. Monsanto Co.*, No. 4:19-cv-01416-NAB (E.D. Mo.).

Jonathan M. Stewart, Esq.
Patrick W. Murray, Esq.
STEWART, MURRAY & ASSOCIATES LAW GROUP L.L.C.
437 Grant Street, Suite 600
Pittsburgh, PA 15219
Phone: (412) 765-3345
Email: jstewart@smalawgroup.com
Email: pmurray@smalawgroup.com

Counsel for Plaintiff in *Washington v. Monsanto Co.*, No. 2:19-cv-00767-CB (W.D. Pa.)

Copies of the foregoing were not served on Defendant Bayer Corporation and Defendant Bayer AG, both of which have been dismissed prior to service of process in *Washington v. Monsanto Co.*, No. 2:19-cv-00767-CB (W.D. Pa.).

Dated: July 29, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*