# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 7/26/19

**District Court:** M.D. Pennsylvania

**Number of Actions:** 5

**Complaints and Docket Sheets are attached.**

---
C<small>LERK OF THE</small> P<small>ANEL</small>