UNITED STATES DISTRICT COURT
Southern District of Iowa



U.S. Courthouse
123 East Walnut Street
Des Moines, Iowa  50309

Clerk of Court's Office
www.iasd.uscourts.gov

Des Moines
Davenport
Council Bluffs

o: 515-284-6248
f : 515-284-6418

July 24, 2019

Jeffery Luth, Clerk of the Panel

Judicial Panel on Multidistrict Litigation

Thurgood Marshall Federal Judicial Building

One Columbus Circle, NE

Room G-255, North Lobby

Washington DC 20002-8004

*In Re:* MDL 2741 Roundup Products Liability Litigation

Dear Mr. Luthi:

Enclosed is a copy of the complaint from the action filed in the Southern District of Iowa, Des Moines Division by plaintiff Levi C. Utecht, against defendant Monsanto Company, Inc. please forward this complaint to the panel for review of a Potential Tag-Along Action to the above entitled MDL case.

Should you have any questions, please do not hesitate to contact this office.

Sincerely,
/s/ Kellie Watson
Deputy Clerk
Phone number 515-284-6163
John S. Courter
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## Southern District of Iowa

U.S. Courthouse  
123 East Walnut Street  
Des Moines, Iowa  50309

Clerk of Court's Office  
www.iasd.uscourts.gov



Des Moines  
Davenport  
Council Bluffs

o: 515-284-6248  
f : 515-284-6418

July 29, 2019

Jeffery Luth, Clerk of the Panel

Judicial Panel on Multidistrict Litigation

Thurgood Marshall Federal Judicial Building

One Columbus Circle, NE

Room G-255, North Lobby

Washington DC 20002-8004

*In Re:* MDL2741 Roundup Products Liability Litigation

Dear Mr. Luthi:

Enclosed is a copy of the complaint from the action filed in the Southern District of Iowa, Des Moines Division by plaintiff Laurie Huess, against defendant Monsanto Compnay please forward this complaint to the panel for review of a Potential Tag-Along Action to the above entitled MDL case.

Should you have any questions, please do not hesitate to contact this office.

Sincerely,  
/s/ Kellie Watson  
Deputy Clerk  
Phone number 515-284-6163  
John S. Courter  
CLERK OF COURT