# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 7/30/19

District Court: M.D. Pennsylvania

Number of Actions: 1

Complaints and Docket Sheets are attached.

_____
CLERK OF THE PANEL