BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|   | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | David B. DeRooy | Monsanto Co. | Western District of Washington (Tacoma) | 3:19-cv-05523-BHS | District Judge Benjamin H. Settle |
| 2. | Jesse Aversa and Jamie Aversa | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02061-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 3. | Denis Brogan | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02062-DDN | Magistrate Judge David D. Noce |
| 4. | Lewis Case | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02069-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 5. | Jessie Clark | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02141-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 6. | Beverly D'Heur | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02075-SRC | District Judge Stephen R. Clark |
| 7. | Raymond Hitchens | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02119-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 8. | Ellyn Myers and Arthur Myers | Monsanto Co. | Eastern District of New York (Central Islip) | 2:19-cv-04033-AMD-VMS | District Judge Ann M. Donnelly |
| 9. | James Osborne | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02127-CDP | District Judge Catherine D. Perry |

1

| | | | | | |
|---|---|---|---|---|---|
| 10. | Mateo Solis and Aurora Solis | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02129-JAR | District Judge John A. Ross |
| 11. | Jessie Thomas and Nortoria Thomas | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02130-PLC | Magistrate Judge Patricia L. Cohen |
| 12. | Randel Young and Josephine Young | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02131-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 13. | John T. Brown and Mary Ann Brown | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02067-AGF | District Judge Audrey G. Fleissig |
| 14. | Jed H. Gazaleh and Theresa M. Gazaleh | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:19-cv-00635-MMH-PDB | District Judge Marcia Morales Howard |
| 15. | Edith Hines and Alvin Hines | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02080-SRC | District Judge Stephen R. Clark |
| 16. | Brian Huang and Stacey Johnson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02120-JMB | Magistrate Judge John M. Bodenhausen |
| 17. | Aton Mitchell and Denise Cox Mitchell | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02121-SRC | District Judge Stephen R. Clark |
| 18. | Charles Price and Angelique Price | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02128-SRC | District Judge Stephen R. Clark |
| 19. | Dean Rowland and Kelly Rowland | Monsanto Co. | Northern District of Ohio (Toledo) | 3:19-cv-01025-JGC | District Judge James G. Carr |
| 20. | Janet Westrich and Andrew Westrich | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02118-AGF | District Judge Audrey G. Fleissig |