**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on July 31, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Elizabeth McLafferty, Esq.
Sims G. Weymuller, Esq.
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone:  (206) 622-8000
Email: mclafferty@sgb-law.com
Email: sims@sgb-law.com

Counsel for Plaintiff in *DeRooy v. Monsanto Co.*, No. 3:19-cv-05523-BHS (W.D. Wash.).

Seth S. Webb, Esq.
BROWN & CROUPPEN, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone:  (314) 222-2222
Email:  sethw@getbc.com

Counsel for Plaintiffs in *Aversa v. Monsanto Co.*, No. 4:19-cv-02061-SNLJ (E.D. Mo.); *Brogan v. Monsanto Co.*, No. 4:19-cv-02062-DDN (E.D. Mo.); *Case v. Monsanto Co.*, No. 4:19-cv-02069-SNLJ (E.D. Mo.); *Clark v. Monsanto Co.*, No. 4:19-cv-02141-SNLJ (E.D. Mo.); *D'Heur v. Monsanto Co.*, No. 4:19-cv-02075-SRC (E.D. Mo.); *Hitchens v. Monsanto Co.*, No. 4:19-cv-02119-SNLJ (E.D. Mo.); *Osborne v. Monsanto Co.*, No. 4:19-cv-02127-CDP (E.D. Mo.); *Solis v. Monsanto Co.*, No. 4:19-cv-02129-JAR (E.D. Mo.); *Thomas v. Monsanto Co.*, No. 4:19-cv-02130-PLC (E.D. Mo.); *Young v. Monsanto Co.*, No. 4:19-cv-02131-SNLJ (E.D. Mo.); *Brown v. Monsanto Co.*, No. 4:19-cv-02067-AGF (E.D. Mo.); *Hines v. Monsanto Co.*, No. 4:19-cv-02080-SRC (E.D. Mo.); *Huang v. Monsanto Co.*, No. 4:19-cv-02120-JMB (E.D. Mo.); *Mitchell v.*

*Monsanto Co.*, No. 4:19-cv-02121-SRC (E.D. Mo.); *Price v. Monsanto Co.*, No. 4:19-cv-02128-SRC (E.D. Mo.); *Westrich v. Monsanto Co.*, No. 4:19-cv-02118-AGF (E.D. Mo.).

Wendy R. Fleishman, Esq.
Kelly McNabb, Esq.
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Phone:  (212) 355-9500
Email:  wfleishman@lchb.com
Email:  kmcnabb@lchb.com

Jennifer A. Moore, Esq.
Ashton Rose Smith, Esq.
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY 40208
Phone:  (502) 717-4080
Email:  jennifer@moorelawgroup.com
Email:  ashton@moorelawgroup.com

Co-counsel for Plaintiffs in *Myers v. Monsanto Co.*, No. 2:19-cv-04033-AMD-VMS (E.D.N.Y.).

Christopher Shakib, Esq.
TERRELL HOGAN & YEGELWEL, P.A.
233 East Bay Street, 8th Floor
Jacksonville, FL 32202
Phone:  (904) 632-2424
Email:  shakib@terrellhogan.com

Counsel for Plaintiffs in *Gazaleh v. Monsanto Co.*, No. 3:19-cv-00635-MMH-PDB (M.D. Ga.).

James G. O'Brien, Esq.
O'BRIEN LAW, LLC
3763 Sulphur Spring Road
Toledo, OH 43606
Phone:  (419) 930-6401
Email:  jim@obrien.law

Counsel for Plaintiffs in *Rowland v. Monsanto Co.*, No. 3:19-cv-01025-JGC (N.D. Ohio).

Dated: July 31, 2019                                    Respectfully submitted,

  /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*