UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Vet C. Beyeler and Patricia J. Beyeler, | File No. 19-cv-01946 (ECT/DTS) |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| Monsanto Company, | |
| Defendant. | |

_____

Pursuant to the Notice of Voluntary Dismissal without Prejudice [ECF No. 6] filed by Plaintiffs, **IT IS HEREBY ORDERED** that the above-captioned action is hereby DISMISSED without prejudice in its entirety with each party to bear its own costs and attorney fees in connection with such claims.

Dated: July 30, 2019            /s/ Eric C. Tostrud
                                Eric C. Tostrud
                                United States District Court