**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: Roundup Products Liability Litigation<br><br>*Trosclair v. Monsanto Company, et al.*<br>2:19-cv-10689-CBJ-MBN | MDL Docket No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing REPLY TO MONSANTO COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-138) was electronically filed into the record August 1, 2019, on behalf of Plaintiff Roland Trosclair, Jr., thereby effecting service on counsel of record *via* the Court's ECF electronic filing system

Judy Barrasso
Celest R. Coco-Ewing
Shaun P. McFall
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, LLC
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Telephone: 504-589-9700
Fax: 504-589-9701
jbarrasso@barrassousdin.com
ccoco-ewing@barrassousdin.com
smcfall@barrassousdin.com
*Counsel for Monsanto Company. AND Randy Jacobs*

Gregory Scott Chernack
HOLLINGSWORTH LLP
1350 I Street
NW Washington, DC 20005
Telephone: 202-898-5815
Fax: 202-682-1639
gchernack@hollingsworthllp.com
*Counsel for Monsanto Co.*

Mina Matin
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: 212-318-3000
Mina.matin@nortonrosefulbright.com
*Counsel for XL Bermuda Ltd.*


Edwin G. Preis, Jr.
PREIS PLC
102 Versailles Blvd., Ste. 400
Post Office Drawer 95-C
Lafayette, Louisiana 70509
Telephone: 337-237-6062
Fax: 337-237-9129
epreis@preisplc.com
*Counsel for XL Bermuda Ltd.*



Corey M. Oubre (*3M Cattle Company, LLC*)
LAW OFFICES OF COREY M. OUBRE, LLC
732 Paul Maillard Road
Luling, Louisiana 70070
Telephone: 985-785-6620
Fax: 985-785-6628
cmoubre@oubrelaw.com


                                        /s/ Matthew E. Lundy
                                        MATTHEW E. LUNDY