**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Thomas A. Davis | Monsanto Co. | District of South Carolina (Anderson/Greenwood) | 8:19-cv-02030-MDL | Not yet assigned |
| **2.** | Leif E. Horton | Monsanto Co. | Northern District of Iowa (Eastern Waterloo) | 6:19-cv-02047-KEM | Magistrate Judge Kelly K.E. Mahoney |
| **3.** | Christine Kluver, individually and on behalf of the Estate of Arlan Kluver | Monsanto Co. | Northern District of Iowa (Western Division) | 5:19-cv-04034-KEM | Magistrate Judge Kelly K.E. Mahoney |
| **4.** | John Randolph Tinnell | Monsanto Co. | District of South Carolina (Charleston) | 2:19-cv-02027-MDL | Not yet assigned |
| **5.** | Charles Wapner | Monsanto Co. | District of South Carolina (Charleston) | 2:19-cv-02014-MDL | Not yet assigned |