**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on August 2, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

T. David Hoyle, Esq.
W. Taylor Lacy, Esq.
MOTLEY RICE, LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Phone:  (843) 216-9000
Email: dhoyle@motleyrice.com
Email: wlacy@motleyrice.com

Counsel for Plaintiffs in *Davis v. Monsanto Co.*, No. 8:19-cv-02030-MDL (D.S.C.); *Wapner v. Monsanto Co.*, No. 2:19-cv-02014-MDL (D.S.C.); *Tinnell v. Monsanto Co.*, No. 2:19-cv-02027-MDL (D.S.C.).

Thomas E. Hite, III, Esq.
HITE & STONE, ATTORNEYS AT LAW
100 East Pickens
Abbeville, SC 29620
Phone:  (864) 366-5400
Email:  t3@hiteandstone.com

Co-counsel for Plaintiff in *Davis v. Monsanto Co.*, No. 8:19-cv-02030-MDL (D.S.C.).

Paul R. Thurmond, Esq.
THURMOND KIRCHNER & TIMBES, P.A.
15 Middle Atlantic Wharf
Charleston, SC 29401
Phone:  (843) 937-8000
Email:  paul@tktlawyers.com

Co-counsel for Plaintiff in *Tinnell v. Monsanto Co.*, No. 2:19-cv-02027-MDL (D.S.C.).

William Baresel, Esq.
PRICHARD LAW OFFICE, P.C.
103 N. Main Street
Charles City, IA 50616
Phone:  (641) 228-4500
Email:  william@prichardlawoffice.com

Thomas Sims, Esq.
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone:  (214) 521-3605
Email:  tsims@baronbudd.com

Co-counsel for Plaintiffs in *Horton v. Monsanto Co.*, No. 6:19-cv-02047-KEM (N.D. Iowa); *Kluver v. Monsanto Co.*, No. 5:19-cv-04034-KEM (N.D. Iowa).

Dated: August 2, 2019                                  Respectfully submitted,


   /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*