**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**AMENDED PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on July 31, 2019 for 20 lawsuits – *Gazaleh v. Monsanto Co.*, No. 3:19-cv-00635-MMH-PDB (M.D. Fla.); *DeRooy v. Monsanto Co.*, No. 3:19-cv-05523-BHS (W.D. Wash.); *Aversa v. Monsanto Co.*, No. 4:19-cv-02061-SNLJ (E.D. Mo.); *Brogan v. Monsanto Co.*, No. 4:19-cv-02062-DDN (E.D. Mo.); *Case v. Monsanto Co.*, No. 4:19-cv02069-SNLJ (E.D. Mo.); *Clark v. Monsanto Co.*, No. 4:19-cv-02141-SNLJ (E.D. Mo.); *D'Heur v. Monsanto Co.*, No. 4:19-cv-02075-SRC (E.D. Mo.); *Hitchens v. Monsanto Co.*, No. 4:19-cv02119-SNLJ (E.D. Mo.); *Osborne v. Monsanto Co.*, No. 4:19-cv-02127-CDP (E.D. Mo.); *Solis v. Monsanto Co.*, No. 4:19-cv-02129-JAR (E.D. Mo.); *Thomas v. Monsanto Co.*, No. 4:19-cv02130-PLC (E.D. Mo.); *Young v. Monsanto Co.*, No. 4:19-cv-02131-SNLJ (E.D. Mo.); *Brown v. Monsanto Co.*, No. 4:19-cv-02067-AGF (E.D. Mo.); *Hines v. Monsanto Co.*, No. 4:19-cv-02080- SRC (E.D. Mo.); *Huang v. Monsanto Co.*, No. 4:19-cv-02120-JMB (E.D. Mo.); *Mitchell v. Monsanto Co.*, No. 4:19-cv-02121-SRC (E.D. Mo.); *Price v. Monsanto Co.*, No. 4:19-cv-02128- SRC (E.D. Mo.); *Westrich v. Monsanto Co.*, No. 4:19-cv-02118-AGF (E.D. Mo.); *Myers v. Monsanto Co.*, No. 2:19-cv-04033-AMD-VMS (E.D.N.Y.); *Rowland v. Monsanto Co.*, No. 3:19-cv-01025-JGC (N.D. Ohio) – with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

The wrong federal district court for *Gazaleh v. Monsanto Co.*, No. 3:19-cv-00635-MMH-PDB (M.D. Fla.), was inadvertently stated in the original Proof of Service and that information is hereby amended to reflect the correct federal district court.

Copies of the afore-mentioned Notice of Potential Tag-along Actions were also caused to be served via first class mail on the following counsel:

Christopher Shakib, Esq.
TERRELL HOGAN & YEGELWEL, P.A.
233 East Bay Street, 8th Floor
Jacksonville, FL 32202
Phone:  (904) 632-2424
Email:   shakib@terrellhogan.com

Counsel for Plaintiffs in *Gazaleh v. Monsanto Co.*, No. 3:19-cv-00635-MMH-PDB (M.D. Fla.).

Dated: August 5, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*