# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 8/2/19

District Court: E.D. Kentucky

Number of Actions: 1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL