BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Gerald Wade Benton | Monsanto Co. | Northern District of Alabama (Middle) | 4:19-cv-00976-KOB | Chief District Judge Karon O. Bowdre |
| 2. | Brenda Joyce Brasfield | Monsanto Co. | Northern District of Alabama (Western) | 7:19-cv-00974-RDP | District Judge R. David Proctor |
| 3. | John Breitbach | Monsanto Co. | Northern District of Iowa (Cedar Rapids) | 1:19-cv-00075-LRR-KEM | Magistrate Judge Kelly K.E. Mahoney |
| 4. | Lisa Abbott and Matthew Abbott | Monsanto Co. | Northern District of Georgia (Atlanta) | 1:19-cv-03301-LMM | District Judge Leigh Martin May |
| 5. | Robert Golden and Royce Golden | Monsanto Co. | Northern District of Georgia (Atlanta) | 1:19-cv-03304-MLB | District Judge Michael L. Brown |
| 6. | Gheorghe Puha and Hyesil Kim | Monsanto Co. | Northern District of Georgia (Atlanta) | 1:19-cv-03305-ODE | District Judge Orinda D. Evans |
| 7. | Petro Beacham and Charlene Beacham | Monsanto Co. | Northern District of Georgia (Atlanta) | 1:19-cv-03302-ELR | District Judge Eleanor L. Ross |
| 8. | Joel Crawford | Monsanto Co. | Northern District of Georgia (Atlanta) | 1:19-cv-03183-WMR | District Judge William M. Ray, II |
| 9. | Debra Gutierrez and Juan Gutierrez | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01926-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 10. | Joyce Long, individually and independently as | Monsanto Co. | District of Kansas (Kansas City) | 2:19-cv-02302-CM-GEB | District Judge Carlos Murguia |

|    |                                                                          |              |                                                        |                            |                                                  |
|----|--------------------------------------------------------------------------|--------------|--------------------------------------------------------|----------------------------|--------------------------------------------------|
|    | personal representative of the Estate of Marvin Long                     |              |                                                        |                            |                                                  |
| 11.| Timothy R. McCall                                                        | Monsanto Co. | Northern District of Alabama (Southern)                | 2:19-cv-00982-KOB          | Chief District Judge Karon O. Bowdre             |
| 12.| Roderick Burrell Metcalf                                                 | Monsanto Co. | Northern District of Alabama (Northwestern)            | 3:19-cv-00980-LCB          | District Judge Liles C. Burke                    |
| 13.| Raleigh Lehane Myers                                                     | Monsanto Co. | Western District of Louisiana (Shreveport)             | 5:19-cv-00785-SMH-MLH      | Chief District Judge S. Maurice Hicks, Jr.       |
| 14.| Jerry Neff                                                               | Monsanto Co. | Eastern District of Missouri (St. Louis)               | 4:19-cv-02041-JAR          | District Judge John A. Ross                      |
| 15.| John L. Scruggs                                                          | Monsanto Co. | Northern District of Alabama (Southern)                | 2:19-cv-00977-SGC          | Magistrate Judge Staci G. Cornelius              |
| 16.| Patricia Diane Shirah                                                    | Monsanto Co. | Alabama Middle District (Dothan)                       | 1:19-cv-00451-ALB-SRW      | District Judge Andrew L. Brasher                 |
| 17.| Reed Nelson Spaulding, III                                               | Monsanto Co. | Western District of Kentucky (Louisville)              | 3:19-cv-00500-CRS          | Senior District Judge Charles R. Simpson, III    |
| 18.| Michael Sterner                                                          | Monsanto Co. | Eastern District of Missouri (St. Louis)               | 4:19-cv-02123-PLC          | Magistrate Judge Patricia L. Cohen               |
| 19.| Yafreisi Vitale and James Vitale                                         | Monsanto Co. | Eastern District of New York (Brooklyn)                | 1:19-cv-04313-CBA-SJB      | District Judge Carol Bagley Amon                 |