**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on August 6, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Christine C. Brandt, Esq.
Richard L. Root, Esq.
Betsy Barnes, Esq.
MORRIS BART LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Phone:  (504) 525-8000
Email:  cbrandt@morrisbart.com
Email:  bbarnes@morrisbart.com
Email:  rroot@morrisbart.com

Counsel for Plaintiffs in *Benton v. Monsanto Co.,* No. 4:19-cv-00976-KOB (N.D. Ala.); *Brasfield v. Monsanto Co.,* No. 7:19-cv-00974-RDP (N.D. Ala.); *McCall v. Monsanto Co.,* No. 2:19-cv-00982-KOB (N.D. Ala.); *Metcalf v. Monsanto Co.,* No. 3:19-cv-00980-LCB (N.D. Ala.); *Myers v. Monsanto Co.,* No. 5:19-cv-00785-SMH-MLH (W.D. La.); *Scruggs v. Monsanto Co.,* No. 2:19-cv-00977-SGC (N.D. Ala.); *Shirah v. Monsanto Co.,* No. 1:19-cv-00451-ALB-SRW (M.D. Ala.).

Jonathan W. Johnson, Esq.
JONATHAN W. JOHNSON, LLC
2296 Henderson Mill Road, Suite 406
Atlanta, GA 30345
Phone:  (404) 298-0795
Email:  jwj@jonathanjohnsonatlantalawyer.com

Counsel for Plaintiffs in *Abbott v. Monsanto Co.,* No. 1:19-cv-03301-LMM (N.D. Ga.); *Golden v. Monsanto Co.,* No. 1:19-cv-03304-MLB (N.D. Ga.); *Puha v. Monsanto Co.,* No. 1:19-cv-03305-ODE (N.D. Ga.); *Beacham v. Monsanto Co.,* No. 1:19-cv-03302-ELR (N.D. Ga.).

Sharon J. Zinns, Esq.
BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
4200 Northside Pkwy, NW
Building Fourteen, Suite 100
Atlanta, GA 30327
Phone:  (404) 751-1162
Email:  sharon.zinns@beasleyallen.com

Douglas A. Dellaccio, Jr., Esq.
J. Curt Tanner, Esq.
R. Andrew Jones, Esq.
CORY WATSON, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
Phone:  (205) 328-2200
Email:  ddellaccio@corywatson.com
Email:  ctanner@corywatson.com
Email:  ajones@corywatson.com

Co-counsel for Plaintiff in *Crawford v. Monsanto Co.,* No. 1:19-cv-03183-WMR (N.D. Ga.).

Joe McGreevy, Esq.
KUHLMAN & LUCAS, LLC
1100 Main Street, Suite 2550
Kansas City, MO 64104
Phone:  (816) 548-3187
Email:   joe@kuhlmanlucas.com

Counsel for Plaintiffs in *Gutierrez v. Monsanto Co.,* No. 4:19-cv-01926-SNLJ (E.D. Mo.).

Nathaniel K. Scearcy, Esq.
Timothy L. Sifers, Esq.
THE POTTS LAW FIRM, LLC
1901 W. 47th Place, Suite 210
Westwood, KS 66205
Phone:  (816) 931-2230
Email:  nscearcy@potts-law.com
Email:  tsifers@potts-law.com

Counsel for Plaintiffs in *Long v. Monsanto Co.,* No. 2:19-cv-02302-CM-GEB (D. Kan.).

Emily J. Kirk, Esq.
Kristy M. Arevalo, Esq.
MCCUNE WRIGHT AREVALO, LLP
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Phone:  (909) 557-1250
Email:  ejk@mccunewright.com
Email:  kma@mccunewright.com

Counsel for Plaintiff in *Neff v. Monsanto Co.,* No. 4:19-cv-02041-JAR (E.D. Mo.).

William H. Mapes, Esq.
Alex C. Davis, Esq.
Jasper Ward, IV, Esq.
JONES WARD PLC
1205 E. Washington Street, Suite 111
Louisville, KY 40206
Phone:  (502) 882-6000
Email:  will@jonesward.com
Email:  alex@jonesward.com
Email:  jasper@jonesedward.com

Counsel for Plaintiff in *Spaulding v. Monsanto Co.,* No. 3:19-cv-00500-CRS (W.D. Ky.).

Daniel R. Seidman, Esq.
SEIDMAN MARGUIS & FAIRMAN, LLP
10805 Sunset Office Dr., Ste. 300
Sunset Hills, MO 63127
Phone:  (314) 238-1342
Email:  dseidman@seidmanlaw.net

Counsel for Plaintiff in *Sterner v. Monsanto Co.,* No. 4:19-cv-02123-PLC (E.D. Mo.).

Andres F. Alonso, Esq.
ALONSO KRANGLE LLP
445 Broadhollow Road
Suite 205
Melville, NY 11747
Phone:  (516) 350-5555
Email:  aalonso@alonsokrangle.com

Brian J. McCormick, Jr., Esq.
Dena R. Young, Esq.
ROSS FELLER CASEY, LLP
1650 Market Street, Floor 34
Philadelphia, PA 19103
Phone: (215) 574-2000
Email: bmccormick@rossfellercasey.com
Email: dyoung@rossfellercasey.com

Co-counsel for Plaintiffs in *Vitale v. Monsanto Co.,* No. 1:19-cv-04313-CBA-SJB (E.D.N.Y.).

Larry D. Helvey, Esq.
LARRY HELVEY LAW FIRM
2735 1st Avenue SE, Suite 101
Cedar Rapids, Iowa 52402
Phone: (319) 362-0421
Email: lhelvey@helveylaw.com

Counsel for Plaintiff in *Breitbach v. Monsanto Co.,* No. 1:19-cv-00075-LRR-KEM (N.D. Iowa).

Dated: August 6, 2019                      Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*