**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**JOE G. HOLLINGSWORTH NOTICE OF APPEARANCE**

**SCHEDULE OF ACTIONS**

|    | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|----|------------|-----------|----------|------------------|-------|
| 1. | Richard D. Mayer and Rosily P. Mayer | Monsanto Co. | District of Hawaii | 1:19-cv-00331-LEK-KJM | Judge Leslie E. Kobayashi |
| 2. | Edward K. Okamoto and Joanne F. Okamoto | Monsanto Co. | District of Hawaii | 1:19-cv-00330-JMS-KJM | Chief Judge J. Michael Seabright |

1