# BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Appearance was electronically filed on August 6, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

**Law Office of Brian K. Mackintosh, Ltd.**
Brian Keith Mackintosh
1003 Bishop Street, Suite 1990
Honolulu, HI 96813
808-781-7229
Fax: 888-627-6507
Email: brian@bkmlaw.com

Counsel for Plaintiffs in *Mayer et al. v. Monsanto Co.*, 1:19-cv-00331-LEK-KJM (D. Haw.) and *Okamoto et al. v. Monsanto Co.*, 1:19-cv-00330-JMS-KJM (D. Haw.)

Dated: August 6, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant*
*Monsanto Company*