**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

**SCHEDULE OF ACTIONS**

|   | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Richard D. Mayer and Rosily P. Mayer | Monsanto Co. | District of Hawaii | 1:19-cv-00331-LEK-KJM | Judge Leslie E. Kobayashi |
| 2. | Edward K. Okamoto and Joanne F. Okamoto | Monsanto Co. | District of Hawaii | 1:19-cv-00330-JMS-KJM | Chief Judge J. Michael Seabright |

1