## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL NO. 2741

### SCHEDULE OF ACTIONS

| | Case Caption | Case No. | Court | Judge |
|---|---|---|---|---|
| 1. | **Plaintiff(s):** Pamalla Ulrich<br>**Defendant(s):** Monsanto Company | 5:19-cv-01689 | Northern District of Ohio | Hon. Saran Lioi |

Dated: August 6, 2019                     Respectfully submitted,


/s/ Thomas M. Sims
Thomas M. Sims (CA SBN 264174)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
tsims@baronbudd.com

*Counsel for Plaintiffs*