**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL NO. 2741

**PROOF OF SERVICE**

I hereby certify that on August 6, 2019, I caused a true and correct copy of the foregoing

**NOTICE OF POTENTIAL TAG-ALONG ACTIONS** for:

*Pamalla Ulrich v. Monsanto Company*
Civil Action No. 5:19-cv-01689-SL (copy of the COMPLAINT and docket sheet attached as <u>Exhibit 1</u>)

to be served upon counsel of record via the Multidistrict Litigation CM/ECF Notice of Electronic Filing system.

I also served the following Counsel on the attached service list via e-mail if an email address is indicated or U.S. Mail if no e-mail address is indicated.

Dated: August 6, 2019                    <u>/s/ Thomas M. Sims       </u>
                                         Thomas M. Sims (CA SBN 264174)
                                         BARON & BUDD, P.C.
                                         3102 Oak Lawn Avenue, Suite 1100
                                         Dallas, Texas 75219
                                         Phone: (214) 521-3605
                                         Fax: (214) 520-1181
                                         tsims@baronbudd.com

                                         *Counsel for Plaintiff*

1

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL NO. 2741

**SERVICE LIST**

**Service via JPML CM/ECF Notification <u>and</u> Email or U.S. Mail, as indicated, to the following:**

| | |
|---|---|
| **HOLLINGSWORTH LLP**<br>Joe G. Hollingsworth<br>1350 I Street, N.W.<br>Washington, D.C.  20005<br>Phone: (202) 898-5800<br>Fax:    (202) 682-1639<br>*Attorneys for Defendant Monsanto Company* | jhollingsworth@hollingsworthllp.com |