# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL 2741 |

This Filing Relates To The Following Cases Only:

*Okamoto et al v. Monsanto Company,* Hawaii, Civil Action No: 19-cv-00330

*Mayer et al v. Monsanto Company,* Hawaii, Civil Action No: 19-cv-00331

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, Plaintiffs' Notice of Appearance was filed electronically via the Panel's ECF filing system. Notice of this filing will be served on all parties of record by operation of the ECF system.

          Respectfully submitted,

          /s/ Michael J. Miller
          Michael J. Miller, Esq.
          The Miller Firm, LLC
          108 Railroad Avenue
          Orange, VA 22960
          Tel: (540) 672-4224
          Fax: (540) 672-3055

Date: August 6, 2019