BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL 2741 |

**Schedule of Actions and Short Case Captions**

On Behalf of Plaintiffs in the below captioned cases:

*Okamoto et al v. Monsanto Company, Hawaii, Civil Action No: 19-cv-00330*

*Mayer et al v. Monsanto Company, Hawaii, Civil Action No: 19-cv-00331*