**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL 2741 |

This Filing Relates To The Following Cases Only:

*Okamoto et al v. Monsanto Company,* Hawaii, Civil Action No: 19-cv-00330

*Mayer et al v. Monsanto Company,* Hawaii, Civil Action No: 19-cv-00331

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 6, 2019, Plaintiffs' Motion to Vacate Conditional Transfer Order 142 and memorandum in support was filed electronically via the Panel's ECF filing system. Notice of this filing will be served on all parties of record by operation of the ECF system.

                                       Respectfully submitted,

                                       /s/ Michael J. Miller
                                       Michael J. Miller, Esq.
                                       The Miller Firm, LLC
                                       108 Railroad Avenue
                                       Orange, VA 22960
                                       Tel: (540) 672-4224
                                       Fax: (540) 672-3055

Date: August 6, 2019