**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Nancy Bihm on Behalf of Minor Guidry 1 and Minor Guidry 2, Individually, and on Behalf of Courtney Guidry, Deceased | Monsanto Co. | Western District of Louisiana (Lafayette) | 6:19-cv-00684-MJJ-CBW | District Judge Michael J. Juneau |
| 2. | Debra Fennell, a Statutory Plaintiff on Behalf of Herself and All Statutory Beneficiaries of Darrell Fennell, Deceased | Monsanto Co. | District of Arizona (Prescott Division) | 3:19-cv-08228-ESW | Magistrate Judge Eileen S. Willett |
| 3. | Cindy Weathers and Lawson Weathers | Monsanto Co. | Central District of California (Western Division – Los Angeles) | 2:19-cv-06241-SVW-JC | District Judge Stephen V. Wilson |
| 4. | Patricia A. Casale | Monsanto Co. | Southern District of Florida (Ft. Lauderdale) | 0:19-cv-61959-RKA | District Judge Roy K. Altman |