**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on August 6, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Merritt Cunningham, Esq.
STAG LIUZZA, LLC
365 Canal St., Suite 2850
New Orleans, LA 70130
Phone: (504) 593-9600
Email: mcunningham@stagliuzza.com

Counsel for Plaintiff in *Bihm v. Monsanto Co.*, No. 6:19-cv-00684-MJJ-CBW (W.D. La.).

Ashley Crowell, Esq.
Paul L. Stoller, Esq.
DALIMONTE RUEB STOLLER, LLP
2425 E Camelback Rd., Suite 500
Phoenix, AZ 85016
Phone: (602) 888-2807
Email: ashley@drlawllp.com
Email: paul@drlawllp.com

Ben C. Martin, Esq.
Laura J. Baughman, Esq.
MARTIN BAUGHMAN, PLLC
3710 Rawlins St., Suite 1230
Dallas, TX 75219
Phone: (214) 761-6614
Email: bmartin@martinbaughman.com
Email: lbaughman@martinbaughman.com

Co-counsel for Plaintiff in *Fennell v. Monsanto Co.*, No. 3:19-cv-08228-ESW (D. Ariz.).

Jennifer A. Moore, Esq.
Moore Law Group, PLLC
1473 South 4th St.
Louisville, KY 40208
Phone: (502) 717-4080
Email:  jennifer@moorelawgroup.com

Andrew T. Kagan, Esq.
KAGAN LEGAL GROUP
295 Palmas Inn Way, Suite 6 Palmanova Plaza
Humacao, Puerto Rico 00791
Phone: (939) 220-2424
Email: andrew@kaganlegalgroup.com

Elizabeth P. Kagan, Esq.
KAGAN LAW FIRM
8191 College Pkwy., Suite 303
Fort Myers, FL 33919
Phone: (239) 466-1161
Email:  liz@kagan-law.com

Co-counsel for Plaintiffs in *Weathers v. Monsanto Co.*, No. 2:19-cv-06241-SVW-JC (C.D. Cal.).

Loreen Ida Kreizinger, Esq.
LOREEN I. KREIZINGER, P.A.
Crexent Business Center, Suite 315
2881 East Oakland Park Boulevard
Fort Lauderdale, FL 33306
Phone:  (954) 766-8875
Email:   kreizingerlaw@aol.com

Counsel for Plaintiff in *Casale v. Monsanto Co.*, No. 0:19-cv-61959-RKA (S.D. Fla.).

Dated: August 6, 2019    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*