**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Ira Vosper and Andrea Vosper | Monsanto Co. | Eastern District of Pennsylvania (Philadelphia) | 2:19-cv-03291-PBT | District Judge Petrese B. Tucker |
| 2. | Teresa Kelly | Monsanto Co. | Southern District of Mississippi (Western) | 5:19-cv-00065-KS-MTP | District Judge Keith Starrett |

1