**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on August 8, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Christian P. LaBletta, Esq.
Mark J. Walters, Esq.
LABLETTA & WALTERS LLC
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Phone:  (610) 828-3339
Email:  clabletta@lablettawalters.com
Email:  mwalters@lablettawalters.com

Counsel for Plaintiffs in *Vosper v. Monsanto Co.*, No. 2:19-cv-03291-PBT (E.D. Pa.).

Joseph Kelly, Esq.
JOSEPH KELLY, ATTORNEY AT LAW
210 Main Street
Liberty, MS 39645
Phone:  (601) 657-1115
Email:  joek@jkellylaw.net

Jason L. Nabors, Esq.
NABORS LAW FIRM
735 Avignon Drive, Suite 3
Ridgeland, MS 39157
Phone:  (601) 790-7270
Email:  jason@naborslawfirm.com

1

Robert A. Malouf, Esq.
601 Crescent Blvd., Suite 402
Ridgeland, MS 39158
Phone: (601) 856-7392
Email: ramalo@aol.com

John Calvin Patterson, Esq.
Wesley D. Ehrhardt, Esq.
PATTERSON & EHRHARDT PLLC
213 Main Street
Como, MS 38619
Phone: (662) 526-1992
Email: jcp@pattersonehrhardt.com
Email: wde@pattersonehrhardt.com

Co-counsel for Plaintiff in *Kelly v. Monsanto Co.*, No. 5:19-cv-00065-KS-MTP (S.D. Miss.).

Dated: August 8, 2019                               Respectfully submitted,

                                                    /s/ Joe G. Hollingsworth
                                                    Joe G. Hollingsworth, Esq.
                                                    (jhollingsworth@hollingsworthllp.com)
                                                    HOLLINGSWORTH LLP
                                                    1350 I Street, N.W.
                                                    Washington, D.C. 20005
                                                    Phone: (202) 898-5800
                                                    Fax:    (202) 682-1639

                                                    *Attorneys for Defendant Monsanto Company*