**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Appearance was electronically filed on August 9, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also served via first class mail on the following counsel:

**HOLLAND LAW FIRM LLC**
Eric D. Holland
Patrick R Dowd
Randall S. Crompton
300 N. Tucker Blvd.
Suite 801
St. Louis, MO 63101
314-241-8111
314-244-2005
Fax: 314-241-5554
Emails: eholland@allfela.com
       pdowd@allfela.com
       scrompton@allfela.com

Counsel for Plaintiffs in *Bronzini et al. v. Monsanto Co.*, 4:19-cv-02026-DDN (E.D. Mo.)

**HUSCH BLACKWELL, LLP**
Christine F. Miller
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105
314-480-1500
Fax: 314-480-1505
Email: chris.miller@huschblackwell.com

Co-counsel for Defendant Monsanto Company in *Bronzini et al. v. Monsanto Co.*, 4:19-cv-02026-DDN (E.D. Mo.)

2

Dated: August 9, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant
Monsanto Company*

2