BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

## SCHEDULE OF ACTIONS

| | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Mike Bronzini, Howard Bulmer, Jerry Burke, Fred Burmeister, Melinda Cloud, Charles Crutcher, Michael DeRobbio, Jeffrey Driscoll, Penny Baker, individually and on behalf of decedent Christine Eichenauer, Tim Eschbach, Anthony Evans, Carroll Fowler, Gregory Gordon, Matthew Jacobson, Kenneth Lemler, Diane Niemi, Jarrett Papuneau, Ronald Otis Petty, Diane B. Pesce, Mary Rank, Robert Rudolph, David Simmons, Jerry Skeem, and Robert Thackwray | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02026-DDN | Magistrate Judge David D. Noce |