BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION                MDL No. 2741

*Bronzini, et al v. Monsanto*, 4:19-cv-02026-DDN (E.D. Missouri).

ERIC D. HOLLAND NOTICE OF APPEARANCE

## SCHEDULE OF ACTIONS

| Plaintiffs | Defendants | Div./City | Civil Action No. | Judge |
|---|---|---|---|---|
| Mike Bronzini, Howard Bulmer, Jerry Burke, Fred Burmeister, Melinda Cloud, Charles Crutcher, Michael DeRobbio, Jeffrey Driscoll, Penny Baker, individually and on behalf of decedent Christine Eichenauer, Tim Eschbach, Anthony Evans, Carroll Fowler, Gregory Gordon, Matthew Jacobson, Kenneth Lemler, Diane Niemi, Jarrett Papuneau, Ronald Otis Petty, Diane B. Pesce, Mary Rank, Robert Rudolph, David Simmons, Jerry Skeem, and Robert Thackwray | Monsanto Co. | Eastern District of Missouri | 4:19-cv-02026-DDN | Magistrate Judge David D. Noce |

Dated: August 8, 2019                                   Respectfully submitted,

/s/ Eric D. Holland

ERIC D. HOLLAND
Holland Law Firm
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
TEL: 314-241-8111
FAX: 314-241-5554
Email:
eholland@hollandtriallawyers.com

**ATTORNEYS FOR PLAINTIFFS**