**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                                                    MDL No. 2741

*Bronzini, et al v. Monsanto*, **4:19-cv-02026-DDN (E.D. Missouri).**

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United State Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Appearance was electronically filed on August 9, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

| | |
|---|---|
| Dated: August 8, 2019 | Respectfully submitted, |
| | /s/ Eric D. Holland |
| | ERIC D. HOLLAND |
| | Holland Law Firm |
| | 300 N. Tucker Blvd., Suite 801 |
| | St. Louis, MO 63101 |
| | TEL: 314-241-8111 |
| | FAX: 314-241-5554 |
| | Email: eholland@hollandtriallawyers.com |

**ATTORNEYS FOR PLAINTIFFS**