**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

In re: Roundup Products Liability Litigation,

*Bronzini et al. v. Monsanto Company*
Cause No. 4:19-cv-02026-DDN

MDL Docket No. 2741

**NOTICE OF WITHDRAWAL OF OPPOSITION TO CONDITIONAL
TRANSFER ORDER (CTO-144)**

Plaintiffs in the above referenced claim, by and through counsel, hereby withdraw their

Notice of Opposition to Conditional Transfer Order (CTO-144), filed on July 26, 2019 [Doc. No.

4].

Dated: August 8, 2019                    Respectfully submitted,

/s/ Eric D. Holland

ERIC D. HOLLAND
Holland Law Firm
300 N. Tucker Blvd., Suite 801
St. Louis, MO 63101
TEL: 314-241-8111
FAX: 314-241-5554
Email:
eholland@hollandtriallawyers.com

**ATTORNEYS FOR PLAINTIFFS**