**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION**                                          **MDL No. 2741**

***Bronzini, et al v. Monsanto*, 4:19-cv-02026-DDN (E.D. Missouri).**

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United State Judicial

Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Withdrawal of

Opposition to Conditional Transfer Order (CTO-144) was electronically filed on August 9, 2019

with the Clerk of the JPML using the CM/ECF system, which will send notifications to all

counsel of record.

Dated: August 8, 2019                          Respectfully submitted,

                                               /s/ Eric D. Holland
                                               _____
                                               ERIC D. HOLLAND
                                               Holland Law Firm
                                               300 N. Tucker Blvd., Suite 801
                                               St. Louis, MO 63101
                                               TEL: 314-241-8111
                                               FAX: 314-241-5554
                                               Email:
                                               eholland@hollandtriallawyers.com

                                               **ATTORNEYS FOR PLAINTIFFS**