BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|----------------|---------------|--------------|----------------------|-----------|
| 1. | Amy Lee Bryan | Monsanto Co. | Southern District of Alabama (Mobile) | 1:19-cv-00314-N | Magistrate Judge Katherine P. Nelson |
| 2. | Kimberly A. Caminiti | Monsanto Co. | Northern District of Alabama (Southern) | 2:19-cv-00979-SGC | Magistrate Judge Staci G. Cornelius |
| 3. | Joseph Schieber and Kimberly Schieber | Monsanto Co. | Middle District of Pennsylvania (Scranton) | 3:19-cv-01245-ARC | District Judge A. Richard Caputo |
| 4. | Kimberly J. Sims | Monsanto Co. | Eastern District of Tennessee (Knoxville) | 3:19-cv-00282-TRM-DCP | District Judge Travis R. McDonough |
| 5. | Sidney L. Thibodeaux and Heather Thibodeaux | Monsanto Co. | Western District of Louisiana (Lafayette) | 6:19-cv-00989-RRS-PJH | District Judge Robert R. Summerhays |
| 6. | Shelley K. Winfrey and Clifford S. Winfrey | Monsanto Co. | Eastern District of Washington (Yakima) | 1:19-cv-03175-SMJ | District Judge Salvador Mendoza, Jr. |