**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on August 9, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Christine C. Brandt, Esq.
Richard L. Root, Esq.
Betsy Barnes, Esq.
MORRIS BART LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Phone:  (504) 525-8000
Email:  cbrandt@morrisbart.com
Email:  bbarnes@morrisbart.com
Email:  rroot@morrisbart.com

Counsel for Plaintiff in *Bryan v. Monsanto Co.*, No. 1:19-cv-00314-N (S.D. Ala.); *Caminiti v. Monsanto Co.*, No. 2:19-cv-00979-SGC (N.D. Ala.).

Jordan A. Marzzacco, Esq.
HANDLER, HENNING & ROSENBERG, LLC
1300 Linglestown Road, Suite 2
Harrisburg, PA 17110
Phone: (717) 238-2000
Email:  marzzacco@hhrlaw.com

Counsel for Plaintiffs in *Schieber v. Monsanto Co*., No. 3:19-cv-01245-ARC (M.D. Pa.).

Timothy A. Housholder, Esq.
HAGOOD MOODY HODGE, PLC
900 South Gay Street
Riverview Tower, Suite 2100
Knoxville, TN 37902
Phone: (865) 525-7313
Email:  tim@hagoodmoodyhodge.com

Counsel for Plaintiff in *Sims v. Monsanto Co*., No. 3:19-cv-00282-TRM-DCP (E.D. Tenn.).

Joseph C. Peiffer, Esq.
PEIFFER WOLF CARR & KANE
201 St. Charles Ave., Suite 4314
New Orleans, LA 70170
Phone: (504) 523-2434
Email: jpeiffer@pwcklegal.com

Rachel Abrams, Esq.
LEVIN SIMES ABRAMS LLP
1700 Montgomery Street, Suite 250
San Francisco, CA 94111
Phone: (415) 426-3000
Email: rabrams@levinsimes.com

Co-counsel for Plaintiffs in *Thibodeaux v. Monsanto Co.*, No. 6:19-cv-00989-RRS-PJH (W.D. La.).

Alexandra B. Caggiano, Esq.
Brian D. Weinstein, Esq.
WEINSTEIN CAGGIANO, PLLC
601 Union Street, Suite 2420
Seattle, WA 98101
Phone: (206) 508-7070
Email: alex@weinsteincaggiano.com
Email: brian@weinsteincaggiano.com

Counsel for Plaintiffs in *Winfrey v. Monsanto Co.*, No. 1:19-cv-03175-SMJ (E.D. Wash.).

Dated: August 9, 2019                          Respectfully submitted,


/s/ Joe G. Hollingsworth

Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*