**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL No. 2741** |

**NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

In accordance with Rule 7.1(a) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation undersigned counsel writes to notify you of the potential tag-along actions listed on the attached Schedule of Actions. Docket sheets and complaints are attached.

Dated: August 9, 2019    Respectfully Submitted,

/s/ Joseph Riegerix
Joseph Riegerix, Esq.
**Andrus Wagstaff, P.C.**
7171 W. Alaska Drive
Lakewood, CO 80226
Telephone: (720)-208-9414
Facsimile: (303)-376-6361
Joseph.Riegerix@andruswagstaff.com

*Counsel for Plaintiffs*