BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

## SCHEDULE OF ACTIONS

|    | Plaintiff | Defendants | District | Civil Action No. | Judge |
|----|-----------|------------|----------|------------------|-------|
| 1. | **James Fehling** | Monsanto Company | Eastern District of Missouri (St. Louis) | 4:19-cv-01762 | Hon. Noelle C. Collins |