BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | § § § | MDL NO. 2741 |

## PROOF OF SERVICE

I hereby certify that on August 9, 2019, I electronically filed the foregoing Notice of Potential Tag-Along Actions with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which sent notifications to all Counsel of record. Also on August 9, 2019, I served copies of the documents via First Class Mail on the following:

Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
Tel: 314-694-1000
*Defendant's Corporate Headquarters*

Dated: August 9, 2019                          /s/ Joseph Riegerix
                                               *Counsel for Plaintiffs*