UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:**   8/7/19, 8/9/19

**District Court: D. Arizona, E.D. Washington & D. Minnesota**

**Number of Actions: 8**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL