# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**                                                              **Leslie M. Friedmann**
Clerk of Court                                                                    Fort Myers Division Manager
                                                                                           (239)461-2000

August 8, 2019

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:         Wotitzky v. Monsanto Company
Case No.    2:19-cv-561-FtM-38MRM

Dear Clerk:

   Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

                                        Sincerely,

                                        ELIZABETH M. WARREN, CLERK

                                        By: /s/ D. Nipper, Deputy Clerk

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
Daniel J. Lynch, Clerk of Court　　　　　　　　　　　　　　Telephone: 603-225-1423
Tracy A. Uhrin, Chief Deputy Clerk　　　　　　　　　　　　Web: www.nhd.uscourts.gov

August 9, 2019

**MDL – Notice of Filing**

Clerk, Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle NE, Rm #G-255, North Lobby
Washington, D.C. 20002-8004

Dear Sir or Madam:

　　RE:　**Notice of Potential MDL Tag-Along Case Filing**
　　　　　MDL 3:16-md-2741, Roundup Products Liability Litigation
　　　　　NH Case Sheehan v. Monsanto Company, 1:19-cv-826-AJ

　　The referenced case has been identified as a potential tag along case that might be appropriate for inclusion with the above-referenced MDL.

　　For your review, I have attached a copy of the complaint with attachments and docket sheet.

　　If you have any further questions, please feel free to contact this office.

　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　DANIEL J. LYNCH, CLERK


　　　　　　　　　　　　　　　　　　　　　/s/ Erica Jordan
　　　　　　　　　　　　　　　　　　　　　Erica Jordan
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk


Enclosures

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

Daniel J. Lynch, Clerk of Court　　　　　　　　　　　　　　Telephone: 603-225-1423
Tracy A. Uhrin, Chief Deputy Clerk　　　　　　　　　　　　Web: www.nhd.uscourts.gov

August 9, 2019

**MDL – Notice of Filing**

Clerk, Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle NE, Rm #G-255, North Lobby
Washington, D.C. 20002-8004

Dear Sir or Madam:

　　RE:　**Notice of Potential MDL Tag-Along Case Filing**
　　　　　MDL 3:16-md-2741, Roundup Products Liability Litigation
　　　　　NH Case Parkhurst v. Monsanto Company, 1:19-cv-827-LM

　　The referenced case has been identified as a potential tag along case that might be appropriate for inclusion with the above-referenced MDL.

　　For your review, I have attached a copy of the complaint with attachments and docket sheet.

　　If you have any further questions, please feel free to contact this office.

　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　DANIEL J. LYNCH, CLERK

　　　　　　　　　　　　　　　　　　　　　*/s/ Megan Cahill*
　　　　　　　　　　　　　　　　　　　　　Megan Cahill
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Enclosures