**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| 1. | Michal Pizl, Individually, and as the Surviving Spouse of Sherin McClure, Deceased | Monsanto Co. | District of Hawaii (Hawaii) | 1:19-cv-00397-JMS-KJM | Chief District Judge J. Michael Seabright |
| 2. | Carolina B. Garces | Monsanto Co. | Northern District of Texas (Lubbock) | 5:19-cv-00157-H | District Judge James Wesley Hendrix |