**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on August 13, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Brian K. Mackintosh, Esq.
LAW OFFICE OF BRIAN K. MACKINTOSH, LTD.
1003 Bishop Street
Pauahi Tower, Suite 1990
Honolulu, HI 96813
Phone:  (888) 781-7229
Email:  brian@bkmlaw.com

Michael J. Miller, Esq.
Jeffrey A. Travers, Esq.
THE MILLER FIRM, LLC
108 Railroad Ave.
Orange, VA 22960
Phone:  (540) 672-4224
Email:  mmiller@millerfirmllc.com
Email:  jtravers@millerfirmllc.com

Co-counsel for Plaintiffs in *Pizl v. Monsanto Co.*, No. 1:19-cv-00397-JMS-KJM (D. Haw.).

Rand P. Nolen, Esq.
FLEMING, NOLEN & JEZ, LLP
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056-6109
Phone:  (713) 621-7944
Email:  rand_nolen@fleming-law.com

Counsel for Plaintiff in *Garces v. Monsanto Co.*, No. 5:19-cv-00157-H (N.D. Tex.).

Dated: August 13, 2019     Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant Monsanto Company*