**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Brenda Baker | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02297-AGF | District Judge Audrey G. Fleissig |
| **2.** | Jerry Daniels and Martha Daniels | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02295-SRC | District Judge Stephen R. Clark |
| **3.** | Edwin Hernandez | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02296-JAR | District Judge John A. Ross |
| **4.** | Pamela J. Sutton, Ph.D. | Monsanto Co. | District of Nebraska (Lincoln) | 4:19-cv-03082-CRZ | Magistrate Judge Cheryl R. Zwart |