**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on August 15, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Charles W. Miller, Esq.
HEYGOOD, ORR & PEARSON
6363 N. State Highway 161, Suite 450
Irving, TX 75038
Phone:  (214) 237-9001
Email:  charles@hop-law.com

Counsel for Plaintiffs in *Baker v. Monsanto Co.*, No. 4:19-cv-02297-AGF (E.D. Mo.); *Daniels v. Monsanto Co.*, No. 4:19-cv-02295-SRC (E.D. Mo.); *Hernandez v. Monsanto Co.*, No. 4:19-cv-02296-JAR (E.D. Mo.).

David A. Domina, Esq.
DOMINA LAW GROUP PC LLO
2425 S. 144th Street
Omaha, NE 68144
Phone:  (402) 493-4100
Email:  ddomina@dominalaw.com

Counsel for Plaintiff in *Sutton v. Monsanto Co.*, No. 4:19-cv-03082-CRZ (D. Neb.).

1

Dated: August 15, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*