# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received: 8/12/19, 8/13/19 & 8/14/19**

**District Court: MN**

**Number of Actions: 7**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL