# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 8/15/19

**District Court:** LAE, MN

**Number of Actions:** 2

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL