# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**　　　　　　　　　　　　　　　　　　　　　　　**Leslie M. Friedmann**
　Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　　Fort Myers Division Manager
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(239)461-2000

August 15, 2019

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:　　　　Clifford Lingsch v. Monsanto Company
Case No.　　2:19-cv-573-FtM-38NPM

Dear Clerk:

　　Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　ELIZABETH M. WARREN
　　　　　　　　　　　　　　　　　　　CLERK


　　　　　　　　　　　　　　　　　　　By: /s/ Dianne Nipper, Deputy Clerk