**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

|   | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Peggy Bumpus, Executrix of the Estate of Bobby C. Bumpus | Monsanto Co. | Western District of Kentucky (Bowling Green) | 1:19-cv-00087-GNS | Chief District Judge Greg N. Stivers |

1