BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|----------------|---------------|--------------|----------------------|-----------|
| 1. | Homer A. Bland, Jr. and Janis E. Bland | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01833-JAR | District Judge John A. Ross |
| 2. | Bobby Blue and Tammy Blue | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02218-SRC | District Judge Stephen R. Clark |
| 3. | Clinton Blyth | Monsanto Co. and Poudre Valley Co-Operative Association, Inc. | District of Colorado (Denver) | 1:19-cv-02347-KLM | Magistrate Judge Kristen L. Mix |
| 4. | Russell Brisson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02255-NAB | Magistrate Judge Nannette A. Baker |
| 5. | Paula Harrington | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02256-JMB | Magistrate Judge John M. Bodenhausen |
| 6. | Michal Kowalski and Jolanta Kowalski | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02257-HEA | District Judge Henry Edward Autrey |
| 7. | Felicia Maiden | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02258-CAS | District Judge Charles A. Shaw |
| 8. | Patrick Mann and Stamatia Mann | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02220-SRC | District Judge Stephen R. Clark |
| 9. | Jon Meadows and Sharon Meadows | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02259-SRC | District Judge Stephen R. Clark |

| 10. | Johnnie M. Melton | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01835-PLC | Magistrate Judge Patricia L. Cohen |
| --- | --- | --- | --- | --- | --- |
| 11. | James D. Orr and Leslie Orr | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-01836-CDP | District Judge Catherine D. Perry |
| 12. | Wesley Shoemaker | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02214-PLC | Magistrate Judge Patricia L. Cohen |