**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on August 20, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb, Esq.
BROWN & CROUPPEN, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone: (314) 222-2222
Email: sethw@getbc.com

Counsel for Plaintiffs in *Bland v. Monsanto Co*., No. 4:19-cv-01833-JAR (E.D. Mo.); *Blue v. Monsanto Co.*, No. 4:19-cv-02218-SRC (E.D. Mo.); *Brisson v. Monsanto Co.*, No. 4:19-cv-02255-NAB (E.D. Mo.); *Harrington v. Monsanto Co.*, No. 4:19-cv-02256-JMB (E.D. Mo.); *Kowalski v. Monsanto Co.*, No. 4:19-cv-02257-HEA (E.D. Mo.); *Maiden v. Monsanto Co.*, No. 4:19-cv-02258-CAS (E.D. Mo.); *Mann v. Monsanto Co.*, No. 4:19-cv-02220-SRC (E.D. Mo.); *Meadows v. Monsanto Co.*, No. 4:19-cv-02259-SRC (E.D. Mo.); *Melton v. Monsanto Co.*, No. 4:19-cv-01835-PLC (E.D. Mo.); *Orr v. Monsanto Co.*, No. 4:19-cv-01836-CDP (E.D. Mo.); *Shoemaker v. Monsanto Co.*, No. 4:19-cv-02214-PLC (E.D. Mo.).

Roman Balaban, Esq.
Andrew S. Ramos, Esq.
BALABAN LAW LLC
8055 East Tufts Avenue, Suite 325
Denver, CO 80237
Phone: (303) 377-3474
Email: balaban@denverfirm.com
Email: ramos@denverfirm.com

Counsel for Plaintiff in *Blyth v. Monsanto Co.*, No. 1:19-cv-02347-KLM (D. Colo.).

1

Jeff A. Massey, Esq.
Margaret N. Masters, Esq.
STINNETT MASTERS & MASSEY LLP
2 N. Cascade Avenue, Suite 1400
Colorado Springs, CO 80903
Phone:  (719) 999-5121
Email:  jmassey@stmmlaw.com
Email:  mmasters@stmmlaw.com

Counsel for defendant Poudre Valley Co-Operative Association, Inc. in *Blyth v. Monsanto Co.*, No. 1:19-cv-02347-KLM (D. Colo.).


Dated: August 20, 2019                     Respectfully submitted,


  /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*