BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Terry Bozeman and Lisa Bozeman | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02254-PLC | Magistrate Judge Patricia L. Cohen |
| 2. | Geoffrey Brown | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02265-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 3. | Charlotte Cobb | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:19-cv-00897-BJD-JRK | District Judge Brian J. Davis |
| 4. | Stephen Curtis | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02264-AGF | District Judge Audrey G. Fleissig |
| 5. | Thomas Gayton | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02263-JAR | District Judge John A. Ross |
| 6. | Ricky Hart and Jana Hart | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02189-JAR | District Judge John A. Ross |
| 7. | Terry Huenink and Rhonda Huenink | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02197-CAS | District Judge Charles A. Shaw |
| 8. | Curtis Johnson and Tasha Johnson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02261-NCC | Magistrate Judge Noelle C. Collins |
| 9. | Roy Locher | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02276-CDP | District Judge Catherine D. Perry |
| 10. | Ricky J. Lusti and Patricia Lusti | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02193-PLC | Magistrate Judge Patricia L. Cohen |

2

| 11. | Robert Spradley | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02262-AGF | District Judge Audrey G. Fleissig |
|---|---|---|---|---|---|
| 12. | William White, Jr. | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02260-JAR | District Judge John A. Ross |