**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on August 21, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:


Seth S. Webb, Esq.
BROWN & CROUPPEN, P.C.
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone:  (314) 222-2222
Email:  sethw@getbc.com

Counsel for Plaintiffs in *Bozeman v. Monsanto Co.*, No. 4:19-cv-02254-PLC (E.D. Mo.); *Brown v. Monsanto Co.*, No. 4:19-cv-02265-SNLJ (E.D. Mo.); *Curtis v. Monsanto Co.*, No. 4:19-cv-02264-AGF (E.D. Mo.); *Gayton v. Monsanto Co.*, No. 4:19-cv-02263-JAR (E.D. Mo.); *Hart v. Monsanto Co.*, No. 4:19-cv-02189-JAR (E.D. Mo.); *Huenink v. Monsanto Co.*, No. 4:19-cv-02197-CAS (E.D. Mo.); *Johnson v. Monsanto Co.*, No. 4:19-cv-02261-NCC (E.D. Mo.); *Locher v. Monsanto Co.*, No. 4:19-cv-02276-CDP (E.D. Mo.); *Lusti v. Monsanto Co.*, No. 4:19-cv-02193-PLC (E.D. Mo.); *Spradley v. Monsanto Co.*, No. 4:19-cv-02262-AGF (E.D. Mo.); *White v. Monsanto Co.*, No. 4:19-cv-02260-JAR (E.D. Mo.).


Kevin P. Sullivan, Esq.
THE SULLIVAN LAW FIRM
701 Fifth Avenue, Suite 4600
Seattle, WA 98104
Phone:  (206) 682-9500
Email:  p.sullivan@sullivanlawfirm.org

1

Thomas N. Petersen, Esq.
BLACK, CHAPMAN, PETERSEN & STEVENS
221 Stewart Avenue, Suite 209
Medford, OR 97501
Phone: (541) 772-9850
Email: petersen@blackchapman.com

Christopher N. Shakib, Esq.
TERRELL HOGAN, PA
233 East Bay Street, 8th Floor
Jacksonville, FL 32202-3452
Phone: (904) 632-2424
Email: shakib@terrellhogan.com

Co-counsel for Plaintiff in *Cobb v. Monsanto Co.*, No. 3:19-cv-00897-BJD-JRK (M.D. Fla.).

Dated: August 21, 2019                     Respectfully submitted,

                                           /s/ Joe G. Hollingsworth
                                           Joe G. Hollingsworth, Esq.
                                           (jhollingsworth@hollingsworthllp.com)
                                           HOLLINGSWORTH LLP
                                           1350 I Street, N.W.
                                           Washington, D.C. 20005
                                           Phone: (202) 898-5800
                                           Fax:    (202) 682-1639

                                           *Attorneys for Defendant Monsanto Company*