# UNITED  STATES  DISTRICT  COURT
# MIDDLE  DISTRICT  OF  FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**                                                               **Leslie M. Friedmann**
Clerk of Court                                                                   Fort Myers Division Manager
(239)461-2000


August 16, 2019


Clerk of the Panel
Judicial Panel on Multidistrict  Litigation
One Columbus  Circle, Northeast
Federal Judiciary  Building
Room G-255, North Lobby
Washington, DC 20002


Re:          Kevin Myers and Tauni Myers v Monsanto  Company
Case No.     2:19-cv-576-FtM-38NPM


Dear Clerk:

        Please see the attached copies of the docket sheet and complaint  in the above referenced case for your
review.

                                                  Sincerely,

                                                  ELIZABETH M. WARREN
                                                  CLERK


                                   By:  _____   Michele  Stress  _____

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**                                            **Leslie M. Friedmann**
Clerk of Court                                            Fort Myers Division Manager
                                                              (239)461-2000

August 16, 2019

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:            Donald Getz vs. Monsanto Company
Case No.      2:19-cv-578-FtM-38NPM

Dear Clerk:

    Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

                                        Sincerely,

                                        ELIZABETH M. WARREN
                                                        CLERK

                                        By: _____ Micki Janczewski _____

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**
Clerk of Court

**Leslie M. Friedmann**
Fort Myers Division Manager
(239)461-2000

August 19, 2019

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:       Milton Hernandez v. Monsanto Company
Case No.    2:19-cv-581-FtM-60NPM

Dear Clerk:

     Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

Sincerely,

ELIZABETH M. WARREN
CLERK

By: /s/ Dianne Nipper, Deputy Clerk

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**                                              **Leslie M. Friedmann**
Clerk of Court                                                    Fort Myers Division Manager
                                                                   (239)461-2000

August 19, 2019

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:            Joseph G. Valerio v Monsanto Company
Case No.       2:19-cv-585-FtM-38NPM

Dear Clerk:

        Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

                                        Sincerely,

                                        ELIZABETH M. WARREN
                                            CLERK

                                        By: _____ Michele Stress _____

Case MDL No. 2741 Document 1185 Filed 08/22/19 Page 5 of 7

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**                                                                          **Leslie M. Friedmann**
Clerk of Court                                                                            Fort Myers Division Manager
                                                                                              (239)461-2000


August 21, 2019


Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002


Re:            Dennis Wible v Monsanto Company
Case No.       2:19-cv-594-FtM-60NPM


Dear Clerk:

        Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

                                                        Sincerely,

                                                        ELIZABETH M. WARREN
                                                        CLERK


                                                        By: _____ Michele Stress _____

Case MDL No. 2741 Document 1185 Filed 08/22/19 Page 6 of 7

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**
Clerk of Court

**Leslie M. Friedmann**
Fort Myers Division Manager
(239)461-2000

August 21, 2019

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:          Cory Mueller v. Monsanto Company
Case No.     2:19-cv-591-FtM-38MRM

Dear Clerk:

     Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

                                     Sincerely,

                                     ELIZABETH M. WARREN
                                     CLERK

                                     By:  /s/ Dianne Nipper, Deputy Clerk

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**                                                                                **Leslie M. Friedmann**
Clerk of Court                                                                                  Fort Myers Division Manager
(239)461-2000

August 21, 2019

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:             Charles Jeffrey Cox v. Monsanto Company
Case No.     2:19-cv-592-FtM-38MRM

Dear Clerk:

        Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

                                         Sincerely,

                                         ELIZABETH M. WARREN
                                         CLERK

                                         By:  /s/ Dianne Nipper, Deputy Clerk