## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received: 8/19/19, 8/21/19, 8/22/19**

**District Court: TXN & MN**

**Number of Actions: 3**

**Complaints and Docket Sheets are attached.**

_John Kru_

CLERK OF THE PANEL