**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: ROUND UP PRODUCTS LIABILITY
LITIGATION                                                                    MDL No. 2741

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff, Kip Link, individually, and on behalf of his minor child, ML, writes to notify you of the potential tag along action listed on the attached Schedule of Actions.

A docket sheet and complaint are attached.

Respectfully submitted:

LAW OFFICES OF KENNETH W. DEJEAN

/s/ Kenneth W. DeJean
Kenneth W. DeJean (La. Bar No. 4817)
Adam R. Credeur (La. Bar No. 35095)
Natalie M. DeJean (La. Bar No. 32423)
417 W. University Avenue (70506)
Post Office Box 4325
Lafayette, LA 70502
Phone: (337) 235-5294
Facsimile: (337) 235-1095
kwdejean@kwdejean.com
adam@kwdejean.com
natalie@kwdejean.com
COUNSEL FOR PLAINTIFFS