BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUND UP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

## SCHEDULE OF ACTIONS

|  | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Kip Link, individually, and on behalf of his minor child, ML | Monsanto Company | United States District Court for the Western District of Louisiana | 6:19-cv-00597 | Judge Michael J. Juneau |