BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUND UP PRODUCTS LIABILITY
LITIGATION                                                                                                 MDL No. 2741

## CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a), I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on August 23, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via e-mail on the following counsel:

| **Monsanto Company** |
|---|
| Joe G. Hollingsworth |
| Hollingsworth, LLP |
| 1350 I Street, N.W. |
| Washington, D.C. 20005 |
| Phone: (202) 898-5800 |
| Email: jhollingsworth@hollingsworthllp.com |

Dated: August 23, 2019

                                                Respectfully submitted:

                                                LAW OFFICES OF KENNETH W. DEJEAN

                                                /s/ Kenneth W. DeJean
                                                Kenneth W. DeJean (La. Bar No. 4817)
                                                417 W. University Avenue (70506)
                                                Post Office Box 4325
                                                Lafayette, LA 70502
                                                Phone: (337) 235-5294
                                                Facsimile: (337) 235-1095
                                                kwdejean@kwdejean.com
                                                COUNSEL FOR PLAINTIFFS