BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUND UP PRODUCTS LIABILITY
LITIGATION                                                                    MDL No. 2741

## AMENDED CERTIFICATE OF SERVICE

In compliance with Rule 4.1(a), I hereby certify that on August 23, 2019, I served the foregoing Notice of Potential Tag-Along Action on all counsel of record via email as follows:

| **Monsanto Company** |
|---|
| Judy Y. Barrasso |
| Celeste R. Coco-Ewing |
| Shaun P. McFall |
| Barrasso Usdin, et al (NO) |
| 909 Poydras Street, Suite 2400 |
| New Orleans, Louisiana 70112 |
| Phone: (504) 589-9700 |
| Email: jbarrasso@barrassousdin.com |
|            ccoco-ewing@barrassousdin.com |
|            smcfall@barrassousdin.com |

Dated: August 23, 2019

Respectfully submitted:

LAW OFFICES OF KENNETH W. DEJEAN

/s/ Kenneth W. DeJean
Kenneth W. DeJean (La. Bar No. 4817)
417 W. University Avenue (70506)
Post Office Box 4325
Lafayette, LA 70502
Phone: (337) 235-5294
Facsimile: (337) 235-1095
kwdejean@kwdejean.com
COUNSEL FOR PLAINTIFFS