BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION	MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Kerrigan D. Taylor | Monsanto Co. | Northern District of Alabama (Southern) | 2:19-cv-00992-RDP | District Judge R. David Proctor |
| 2. | Clyde P. Roy, Sr. and Phyllis A. Roy | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02315-NAB | Magistrate Judge Nannette A. Baker |
| 3. | Jerome Barkum | Monsanto Co. | Eastern District of New York (Central Islip) | 2:19-cv-04636-JMA-AKT | District Judge Joan M. Azrack |
| 4. | Jason C. Rhuland and Carrie Rhuland | Monsanto Co. | Northern District of Ohio (Toledo) | 3:19-cv-01823-JZ | District Judge Jack Zouhary |
| 5. | Barbara Concannon, individually and as Executrix of the Estate of James Concannon | Monsanto Co. | District of New Hampshire (Concord) | 1:19-cv-00828-PB | District Judge Paul J. Barbadoro |
| 6. | Olivia G. Mutelet | Monsanto Co. | Southern District of Florida (West Palm Beach) | 9:19-cv-81028-RLR | District Judge Robin L. Rosenberg |
| 7. | Habib Akrawi | Monsanto Co. | Eastern District of Michigan (Detroit) | 2:19-cv-12140-DPH-APP | District Judge Denise Page Hood |
| 8. | Patrick S. Haggerty and Phyllis N. Haggerty | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02287-CAS | District Judge Charles A. Shaw |
| 9. | Neal Allen Hayden and Robin D. Hayden | Monsanto Co. | Western District of Washington (Tacoma) | 3:19-cv-05739-BHS | District Judge Benjamin H. Settle |

| 10. | Margaret Rae Piesik, individually and as Personal Representative of the Estate of Gary Herbert Piesik, deceased | Monsanto Co. | Western District of Washington (Seattle) | 2:19-cv-01255-JLR | District Judge James L. Robart |