**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on August 23, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Christine C. Brandt, Esq.
Richard L. Root, Esq.
Betsy Barnes, Esq.
MORRIS BART LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Phone: (504) 525-8000
Email: cbrandt@morrisbart.com
Email: bbarnes@morrisbart.com
Email: rroot@morrisbart.com

Counsel for Plaintiff in *Taylor v. Monsanto Co.*, No. 2:19-cv-00992-RDP (N.D. Ala.).

E. Elliot Adler, Esq.
Ellen N. Adler, Esq.
Amanda J. Wiesner, Esq.
ADLER LAW GROUP, APLC
402 W. Broadway, Suite 860
San Diego, CA 92101
Phone: (619) 531-8700
Email: eadler@theadlerfirm.com
Email: enadler@theadlerfirm.com
Email: awiesner@theadlerfirm.com

Counsel for Plaintiffs in *Roy v. Monsanto Co.*, No. 4:19-cv-02315-NAB (E.D. Mo.).

1

Wendy R. Fleishman, Esq.
Kelly K. McNabb, Esq.
Bruce W. Leppla, Esq.
Fabrice N. Vincent, Esq.
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Phone: (212) 355-9500
Email: wfleishman@lchb.com
Email: kmcnabb@lchb.com
Email: bleppla@lchb.com
Email: fvincent@lchb.com

Counsel for Plaintiff in *Barkum v. Monsanto Co.*, No. 2:19-cv-04636-JMA-AKT (E.D.N.Y.).

James G. O'Brienm Esq.
O'BRIEN LAW, LLC
3763 Sulphur Spring Road
Toledo, OH 43606
Phone: (419) 930-6401
Email:  jim@obrien.law

Counsel for Plaintiffs in *Rhuland v. Monsanto Co.*, No. 3:19-cv-01823-JZ (N.D. Ohio).

D. Michael Noonan, Esq.
SHAHEEN & GORDON, P.A.
353 Central Avenue
Dover, NH 03821-0977
Phone: (603) 749-5000
Email: mnoonan@shaheengordon.com

Counsel for Plaintiffs in *Concannon v. Monsanto Co.*, No. 1:19-cv-00828-PB (D.N.H.).


Andrew T. Kagan, Esq.
KAGAN LEGAL GROUP
295 Palmas Inn Way
Suite 6 Palmanova Plaza
Humacao, Puerto Rico 00791
Phone: (939) 220-2424
Email: andrew@kaganlegalgroup.com

Jennifer A. Moore
MOORE LAW GROUP, PLLC
1473 S. Fourth Street
Louisville, KY 40208
Phone: (502) 717-4080
Email: jennifer@moorelawgroup.com

Co-counsel for Plaintiff in *Mutelet v. Monsanto Co.*, No. 9:19-cv-81028-RLR (S.D. Fla.).

David Q. Houbeck, Esq.
VANDEVEER GARZIA, P.C.
840 West Long Lake Road, Suite 600
Troy, MI 48098
Phone: (248) 312-2800
Email: dhoubeck@vgpclaw.com

Counsel for Plaintiff in *Akrawi v. Monsanto Co.*, No. 2:19-cv-12140-DPH-APP (E.D. Mich.).

David A. Domina, Esq.
DOMINA LAW GROUP PC LLO
2425 South 144th St.
Omaha, NE 68144-3267
Phone: (402) 493-4100
Email: ddomina@dominalaw.com

Counsel for Plaintiffs in *Haggerty v. Monsanto Co.*, No. 4:19-cv-02287-CAS (E.D. Mo.).

Corrie J. Yackulic, Esq.
CORRIE YACKULIC LAW FIRM PLLC
110 Prefontaine Place South, Suite 304
Seattle, WA 98104
Phone:  (206) 787-1915
Email:  corrie@cjylaw.com

Counsel for Plaintiffs in *Hayden v. Monsanto Co.*, No. 3:19-cv-05739-BHS (W.D. Wash.); *Piesik v. Monsanto Co.*, No. 2:19-cv-01255-JLR (W.D. Wash.).

Dated: August 23, 2019									Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*