# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 8/23/19

**District Court: W.D. Arkansas**

Number of Actions: 1

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**
Clerk of Court

**Leslie M. Friedmann**
Fort Myers Division Manager
(239)461-2000

August 23, 2019

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:        Leonard Mlejnek v. Monsanto Company
Case No.   2:19-cv-604-FtM-38NPM

Dear Clerk:

     Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

                                       Sincerely,

                                       ELIZABETH M. WARREN
                                       CLERK

                                       By: /s/ Dianne Nipper, Deputy Clerk