BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION  MDL No. 2741

## NOTICE OF OPPOSITION (CTO-148)

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Michal Pizl, Individually and as the Surviving Spouse of Sherin McClure, Deceased hereby submits this Opposition to conditional transfer order (CTO-148) as it relates to the following case:

**Pizl v. Monsanto Company**, D. HI, 19-cv-00397

Respectfully submitted,

/s/ Michael J. Miller
Michael J. Miller, Esq.
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
Email: mmiller@millerfirmllc.com

*Attorney for Plaintiffs*

1

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION         MDL No. 2741

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Civil Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Opposition (CTO-148) were served on all parties in the following case electronically via ECF on August 26, 2019.

**Pizl v. Monsanto Company**, D. HI, 19-cv-00397

Respectfully submitted,

/s/ Michael J. Miller
Michael J. Miller, Esq.
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
Email: mmiller@millerfirmllc.com

*Attorney for Plaintiffs*