**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Charles Stephenson Payne | Monsanto Co. | Northern District of Alabama (Southern) | 2:19-cv-00975-KOB | Chief District Judge Karon O. Bowdre |
| **2.** | Jessie Brooks | Monsanto Co. | Northern District of Mississippi (Greenville) | 4:19-cv-00098-DMB-JMV | District Judge Debra M. Brown |
| **3.** | Henrietta Woods | Monsanto Co. | Northern District of Alabama (Southern) | 2:19-cv-01020-RDP | District Judge R. David Proctor |
| **4.** | Miya McKim | Monsanto Co. | Eastern District of California (Sacramento) | 2:19-cv-01562-MCE-EFB | District Judge Morrison C. England, Jr. |
| **5.** | Christie Silva, individually and on behalf of the Estate of Richard Silva, Sr. | Monsanto Co. | Eastern District of California (Fresno) | 1:19-cv-01095-DAD-BAM | District Judge Dale A. Drozd |
| **6.** | Dorothy Anderson-Cahill, as personal representative of the Estate of Thomas J. Cahill, III | Monsanto Co., Bayer Corporation, and Bayer CropScience LP | Southern District of Florida (Fort Lauderdale) | 0:19-cv-61980-BB | District Judge Beth Bloom |

1