**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on August 26, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Christine C. Brandt, Esq.
Richard L. Root, Esq.
Betsy Barnes, Esq.
John C. Enochs, Esq.
MORRIS BART LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Phone: (504) 525-8000
Email: cbrandt@morrisbart.com
Email: rroot@morrisbart.com
Email: bbarnes@morrisbart.com
Email: jenochs@morrisbart.com

Counsel for Plaintiffs in *Payne v. Monsanto Co.*, No. 2:19-cv-00975-KOB (N.D. Ala.); *Brooks v. Monsanto Co.*, No. 4:19-cv-00098-DMB-JMV (N.D. Miss.).

Antonio D. Spurling, Esq.
SPURLING LAW FIRM, LLC
406 19th Street, Suite 100
Birmingham, AL 35218
Phone: (205) 788-7006
Email:  aspurling.esq@gmail.com

Counsel for Plaintiff in *Woods v. Monsanto Co.*, No. 2:19-cv-01020-RDP (N.D. Ala.).

Thomas Sims, Esq.
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Email:  tsims@baronbudd.com

Counsel for Plaintiffs in *McKim v. Monsanto Co.*, No. 2:19-cv-01562-MCE-EFB (E.D. Cal.); *Silva v. Monsanto Co.*, No. 1:19-cv-01095-DAD-BAM (E.D. Cal.).

Joshua Christensen, Esq.
Nicolas Lampariello, Esq.
LAMPARIELLO LAW GROUP, LLP
4760 W. Commercial Blvd.
Tamarac, FL 33319
Phone: (954) 628-3579
Email: josh@lawllg.com
Email: nic@lawllg.com

Counsel for Plaintiff in *Anderson-Cahill v. Monsanto Co.*, No. 0:19-cv-61980-BB (S.D. Fla.).

Anthony N. Upshaw, Esq.
MCDERMOTT WILL & EMERY LLP
333 Avenue of the Americas, Suite 4500
Miami, FL 33131
Phone:  (305) 358-3500
Email:  aupshaw@mwe.com

Counsel for Defendant Bayer Corporation and Defendant Bayer CropScience LP in *Anderson-Cahill v. Monsanto Co.*, No. 0:19-cv-61980-BB (S.D. Fla.).

Dated: August 26, 2019                                  Respectfully submitted,

                                                        /s/ Joe G. Hollingsworth
                                                        Joe G. Hollingsworth, Esq.
                                                        (jhollingsworth@hollingsworthllp.com)
                                                        HOLLINGSWORTH LLP
                                                        1350 I Street, N.W.
                                                        Washington, D.C. 20005
                                                        Phone: (202) 898-5800
                                                        Fax:    (202) 682-1639

                                                        *Attorneys for Defendant Monsanto Company*