# Exhibit 1

Pedram Esfandiary, Esq. (SBN: 312569)
pesfandiary@baumhedlundlaw.com
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com
**BAUM HEDLUND, ARISTEI, & GOLDMAN, P.C.**
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 2741<br><br>**PLAINTIFFS' SECOND SET OF REQUESTS FOR ADMISSION**<br><br>Hon. Vince Chhabria |

**PLAINTIFFS' SECOND SET OF REQUESTS FOR ADMISSION**

**PLEASE TAKE NOTICE** that Plaintiffs, through undersigned counsel, propound the following Requests for Admission upon Defendant Monsanto Company (hereinafter "Monsanto") pursuant to Rule 36 of the Federal Rules of Civil Procedure ("FRCP"), said Requests to be responded to within the time specified therein.

**INSTRUCTIONS**

Pursuant to FRCP 36(a)(1), you are asked to admit for the purposes of this litigation, the truth of the following statements of fact, the application of laws to fact, opinions about either, and/or the genuineness of described (or attached) documents.  Pursuant to FRCP 36(a)(4), you may not assert lack of knowledge or information in failing to admit or deny a matter, unless you have made, and confirm that you have made, a reasonable inquiry and unless you specify the information readily ascertainable by You in this regard.  In responding to a properly stated request, you are hereby required to make reasonable inquiry or information known or readily obtainable.  You shall not provide as a response, "lack of information or knowledge" as a reason for failure to admit or deny, unless you have made such inquiry and certify such with contemporaneous documentary evidence regarding the same.  For each and every request that is denied, you are asked to fully explain the denial and produce any and all papers, books, and/or documents in support thereof.  You are hereby advised that you are under a duty to seasonably amend your answers if you obtain information upon the basis of which:

1. You know that the answer was incorrect when made; and/or
2. You know that the answer, though correct when made, is no longer true and the circumstances are such that a failure to amend the answer is in substance a knowing concealment or misrepresentation.

## DEFINITIONS

A.      The terms "YOU," "YOUR," "DEFENDANT," or "MONSANTO" refers to Monsanto Company, and/or its assignees, trustees, partners, joint ventures, co-ventures, subsidiaries, affiliates, agents, attorneys, accountants, employees, representatives, and/or any other person or entity acting or purporting to act on its behalf or under its control, including but not limited to, any other individual(s) named as Defendant(s) in the complaint.

B.	The terms "Fleischman"; or "FH" refer to the public relations firm Fleischman-Hillard, and/or its assignees, trustees, partners, joint ventures, co-ventures, subsidiaries, affiliates, agents, attorneys, accountants, employees, representatives, and/or any other person or entity acting or purporting to act on its behalf or under its control, including but not limited to, any other Defendant(s) in the complaint.

C.	The singular should be deemed to include the plural, and the masculine gender to include the feminine or neuter, where the context or circumstances so require or permit. The past tense includes the present tense where the clear meaning is not distorted by change of tense.

D.	The words "AND" and "OR" shall, where the circumstances so permit, be construed either conjunctively or disjunctively to bring within the scope of these document requests any information which might otherwise be construed to be outside their scope.

E.	"Glyphosate-Based Formulations" ("GBFs") refers to the chemical glyphosate and all formulations of Monsanto's Roundup products that contain glyphosate, surfactants, adjuvants, and inert ingredients, including, but not limited to, Roundup Concentrate Poison Ivy and Tough Brush Killer 1, Roundup Custom Herbicide, Roundup D-Pak herbicide, Roundup Dry Concentrate, Roundup Export Herbicide, Roundup Fence & Hard Edger 1, Roundup Garden Foam Weed & Grass Killer, Roundup Grass and Weed Killer, Roundup Herbicide, Roundup Original 2k herbicide, Roundup Original II Herbicide, Roundup Pro Concentrate, Roundup Prodry Herbicide, Roundup Promax, Roundup Quik Stik Grass and Weed Killer, Roundup Quikpro Herbicide, Roundup Rainfast Concentrate Weed & Grass Killer, Roundup Rainfast Super Concentrate Weed & Grass Killer, Roundup Ready-to- Use Extended Control Weed & Grass Killer 1 Plus Weed Preventer, Roundup Ready-to-Use Weed & Grass Killer, Roundup Ready-to-Use Weed and Grass Killer 2, Roundup Ultra Dry, Roundup Ultra Herbicide, Roundup Ultramax, Roundup VM Herbicide, Roundup Weed & Grass Killer Concentrate, Roundup Weed & Grass Killer Concentrate Plus, Roundup Weed & Grass killer Ready-to-Use Plus, Roundup Weed & Grass Killer Super Concentrate, Roundup Weed & Grass Killer1 Ready-to-Use, Roundup WSD Water Soluble Dry Herbicide Deploy Dry Herbicide, or any

other glyphosate-based formulations developed, designed, distributed, licensed, manufactured, marketed or sold by Monsanto Company.

**REQUESTS FOR ADMISSION**

**REQUEST NO. 1:** Admit that Monsanto hired Fleischman to, in part, identify negative public opinions regarding GBFs.

**REQUEST NO. 2:** Admit that Fleischman assisted Monsanto with influencing the public opinion on GBFs during the 2016-217 European re-authorization of GBFs.

**REQUEST NO. 3:** Admit that Monsanto commissioned a project involving "lists of supportive and critical stakeholders drawn up by Monsanto" for which Bayer apologized in a May 12, 2019 press release.[1]

**REQUEST NO. 4:** Admit that Monsanto maintains and/or has access to a 2016 document, containing the identities of approximately 200 individuals and organizations and their respective opinions on GBFs ("2016 Monsanto File"), that was the subject of a May 9, 2019 article in Le Monde titled: "'Monsanto File': dozens of people classified illegally according to their position on the glyphosate" ("2019 Le Monde Article").[2]

**REQUEST NO. 5:** Admit that in 2019, Bayer's Senior Vice President for Global Public & Government Affairs, Matthias Berninger, described Monsanto's participation in the public discussion on GBFs as: "There have been a number of cases where – as they would say in football – not the ball was played but the man, or woman, was tackled."

---

[1] *See Bayer commissions external law firm to investigate Monsanto's stakeholder mapping project and reaffirms its commitment to transparency and fair dealings with all stakeholders* (Bayer, May 12, 2019), available at: https://media.bayer.com/baynews/baynews.nsf/id/Bayer-commissions-external-investigate-Monsantos-stakeholder-mapping-project-reaffirms-commitment.

[2] Original French title: "Fichier Monsanto: des dizaines de personnalités classées illégalement selon leur position sur le glyphosate" (Le Monde, May 9, 2019), available at: https://www.lemonde.fr/planete/article/2019/05/09/fichier-monsanto-des-dizaines-de-personnalites-classees-illegalement-selon-leur-position-sur-le-glyphosate_5460190_3244.html?utm_campaign=Lehuit&utm_medium=Social&utm_source=Twitter

**REQUEST NO. 6:** Admit that in 2019, Bayer's Senior Vice President for Global Public & Government Affairs, Matthias Berninger, stated that Monsanto had collected "non-publically available data about individuals" in order to keep track of the public opinion on GBFs.

DATED: June 5, 2019.                              Respectfully submitted,

                                              By: /s/ Pedram Esfandiary
                                              Pedram Esfandiary, Esq. (SBN: 312569)
                                              pesfandiary@baumhedlundlaw.com
                                              BAUM, HEDLUND, ARISTEI, &GOLDMAN, P.C.
                                              10940 Wilshire Boulevard, 17th Floor
                                              Los Angeles, CA 90024
                                              Telephone: (310) 207-3233
                                              Facsimile: (310) 820-7444

## CERTIFICATE OF SERVICE

I, certify that I have served a copy of the foregoing REQUESTS FOR ADMISSION upon all opposing counsel of record by electronic mail and/or by placing a copy of same in the U.S. Mail, first class, postage prepaid, this 5th day of June, 2019.

/s/ Pedram Esfandiary
Pedram Esfandiary