**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| **1.** | Lawrence D. Dixon and Anne C. Dixon | Monsanto Co. | District of Hawaii (Hawaii) | 1:19-cv-00426-LEK-KJM | District Judge Leslie E. Kobayashi |
| **2.** | John Dillon and Catherine Dillon | Monsanto Co. | Eastern District of Michigan (Detroit) | 2:19-cv-12410-GCS-RSW | District Judge George Caram Steeh |
| **3.** | James R. Kinman | Monsanto Co. | Northern District of Alabama (Southern) | 2:19-cv-01281-KOB | Chief District Judge Karon O. Bowdre |