**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on August 28, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Michael Jay Green, Esq.
Denise M. Hevicon, Esq.
Maria F. Penn, Esq.
LAW OFFICE OF MARIA F. PENN
841 Bishop Street, Suite 2201
Honolulu, HI 96813
Phone: (808) 523-5751
Email: dmheviconlaw@hawaii.rr.com
Email: michaeljgreen@hawaii.rr.com
Email: mfpenn@hawaii.rr.com

Counsel for Plaintiffs in *Dixon v. Monsanto Co.*, 1:19-cv-00426-LEK-KJM (D. Haw.).

David B. Timmis, Esq.
David Q. Houbeck, Esq.
VANDEVEER GARZIA, P.C.
840 West Long Lake Road, Suite 600
Troy, MI 48098
Phone:  (248) 312-2800
Email:  dtimmis@vgpclaw.com
Email:  dhoubeck@vgpclaw.com

Counsel for Plaintiffs in *Dillon v. Monsanto Co.*, No. 2:19-cv-12410-GCS-RSW (E.D. Mich.).

1

Joel L. DiLorenzo, Esq.
THE DILORENZO LAW FIRM, LLC
The Financial Center
505 20th Street North, Ste. 1275
Birmingham, AL 35203
Phone: (205) 212-9988
Email: joel@dilorenzo-law.com

Counsel for Plaintiff in *Kinman v. Monsanto Co.*, No. 2:19-cv-01281-KOB (N.D. Ala.).

Dated: August 28, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*