# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| **In re: Roundup** | : | MDL NO. 2741 |
| **Products Liability** | : | |
| **Litigation** | : | |

## SCHEDULE OF ACTIONS

| **Plaintiffs** | **Defendants** | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|
| ARLAN L. BERN and TAMI A. BERN (h/w), ALISTAIR K. BOSTROM, ROBERT W. BOWLES, ROSEMARY CHALUKIAN on behalf of the estate of WILLIAM J. SCRIBNER, deceased, CURTIS S. COLEMAN, FRANK M. CUDEYRO, ROBERT J. DELAIR, KENNETH J. DEROMEDI and TRACY DEROMEDI (h.w), LOUIS DIMARE JR. and LOREN S. DIMARE (h/w), MICHAEL L. DUFFY, PATRICIA FERRICK, DEBORAH GILLESPIE-KERR, OMARIA GULKIS and AL GULKIS (w/h), JEFFERY E. HERSHEY, MONICA IRELAND on behalf of the estate of ALBERT IRELAND, deceased, PAUL M. JOHNSON, JOHN KONIECZNY and CAROL KONIECZNY (h/w), DAVID LABONNE, DANETTE D. LAMPKIN, RALPH LUCK, JOHN LYNN and CONSTANCE LYNN(h/w), MARK MACHEN, LINDA G. MAJOR and STEVEN MAJOR (h/w), JOSEPH T. MALAK, JAMES MALLETT, CHRISTINA L. MARTIN and ADAM MARTIN (w/h), CESAR MARTINEZ and PATSY MARTINEZ (h/w), HATTIE MAYS, MELINDA MCCUAN, NOI NONG and NHIEW NHUYEN NONG (h/w), LEA OLIVER, ANNA PASQUALE on behalf of the estate of NICHOLAS PASQUALE, deceased, JACK F. PFIEFER, TROY RAIA and CELIA RAIA (h/w), TERESA REEVES, THOMAS SANTOS and ANNA MARIA SANTOS (h/w), KYLE R. SCHNEIDER, CURTIS SCHWARTZ and NANCY SCHWARTZ (h/w), MICHAEL S. SPENCER and LORI SPENCER (h/w), JOAN TALLEY-BADALMENTI, AND DEBORAH F. WOOLLEY and MICHAEL WOOLLEY (w/h) | MONSANTO COMPANY | E.D. Missouri | 4:19-cv-02342 | John M. Bodenhausen |

Dated:  August 28, 2019          **Respectfully submitted,**

/s/ Thomas V. Ayala
Thomas V. Ayala, Esquire
**Grant & Eisenhofer, P.A.**
123 Justison Street
Wilmington, DE  19801
Tel: 302-622-7000
Fax: 302-622-7100
tayala@gelaw.com

Counsel for Plaintiffs