## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP                           :         MDL NO. 2741
PRODUCT LIABILITY LITIGATION             :

## PROOF OF SERVICE

In compliance with Rule 4.l(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Potential Tag-Along Action was served through the CM/ECF system, and copies will be sent via electronic mail, to the below:

**MONSANTO COMPANY**
c/o Martin C. Calhoun, Esquire Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
Email: Mcalhoun@hollingsworthllp.com

Dated: August 28, 2019                    Respectfully Submitted,

/s/ Thomas V. Ayala
Thomas V. Ayala, Esquire
**Grant & Eisenhofer, P.A.**
123 Justison Street, Suite 700
Wilmington, DE 19801
Telephone: 302-622-7000
Fax: 302-622-7100
Email: tayala@gelaw.com

Counsel for Plaintiffs