# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**  
Clerk of Court

**Leslie M. Friedmann**  
Fort Myers Division Manager  
(239)461-2000

August 26, 2019

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:        George Bostick v. Monsanto Company
Case No.   2:19-cv-612-FtM-38NPM

Dear Clerk:

   Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

                    Sincerely,

                    ELIZABETH M. WARREN
                    CLERK

                    /s/ Dianne Nipper, Deputy Clerk

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**
Clerk of Court

**Leslie M. Friedmann**
Fort Myers Division Manager
(239)461-2000

August 26, 2019

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re: Michael Fedczak
Case No. 2:19-cv-600-FtM-60NPM

Dear Clerk:

   Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

Sincerely,

ELIZABETH M. WARREN
CLERK

By: _____Regina Thompson_____

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**　　　　　　　　　　　　　　　　　　　　　　　　**Leslie M. Friedmann**
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　　　　Fort Myers Division Manager
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(239)461-2000

August 27, 2019

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:　　　　Russell Ford et al v. Monsanto Company
Case No.　　2:19-cv-618-FtM-38NPM

Dear Clerk:

　　　Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　ELIZABETH M. WARREN
　　　　　　　　　　　　　　　　　　　　　CLERK


　　　　　　　　　　　　　　　　　　　　　By: /s/ Dianne Nipper, Deputy Clerk

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**　　　　　　　　　　　　　　　　　　　　　　　　　　**Leslie M. Friedmann**
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　　　　Fort Myers Division Manager
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(239)461-2000

August 27, 2019

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:　　　Carmen Williams v. Monsanto Company
Case No.　　2:19-cv-623-FtM-60MRM

Dear Clerk:

　　Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH M. WARREN
　　　　　　　　　　　　　　　　　　　　　　　　CLERK

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Dianne Nipper, Deputy Clerk

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**
Clerk of Court

**Leslie M. Friedmann**
Fort Myers Division Manager
(239)461-2000

August 28, 2019

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:      Reyff v. Monsanto Company
Case No.    2:19-cv-00614-FTM-SPC-NPM

Dear Clerk:

    Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

Sincerely,

ELIZABETH M. WARREN
CLERK

By: _____Samantha Blake_____

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**　　　　　　　　　　　　　　　　　　　　　　　**Leslie M. Friedmann**
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fort Myers Division Manager
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(239)461-2000

August 28, 2019

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:　　　　Otho Ruben Cooper et al v. Monsanto Company
Case No.　　2:19-cv-622-FtM-60NPM

Dear Clerk:

　　Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH M. WARREN
　　　　　　　　　　　　　　　　　　　　　　　CLERK

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Dianne Nipper, Deputy Clerk

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**
Clerk of Court

**Leslie M. Friedmann**
Fort Myers Division Manager
(239) 461-2000

August 28, 2019

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:     Woodruff, et al. v. Monsanto Company
Case No.    2:19-cv-615-FtM-38MRM

Dear Clerk:

    Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

Sincerely,

ELIZABETH M. WARREN
CLERK

By: _____Libby Figgers_____