# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| **1.** | Bradley Ray Poiriez | Monsanto Co. | Southern District of California (San Diego) | 3:19-cv-01043-JAH-LL | Senior District Judge John A. Houston |
| **2.** | Dallan Taylor | Monsanto Co. | District of Idaho (Boise - Southern) | 1:19-cv-00319-REB | Chief Magistrate Judge Ronald E. Bush |