BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on September 3, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Gerald Singleton, Esq.
Mark F. Fleming, Esq.
John C. Lemon, Esq.
Erika L. Vasquez, Esq.
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Phone: (619) 771-3473
Email: gerald@slffirm.com
Email: mark@slffirm.com
Email: john@slffirm.com
Email: erika@slffirm.com

Timothy A. Scott, Esq.
Nicolas O. Jimenez, Esq.
SCOTT TRIAL LAWYERS, APC
1350 Columbia Street, Suite 600
San Diego, CA 92101
Phone: (619) 794-0451
Email: tas@scotttriallawyers.com
Email: noj@scotttriallawyers.com

Co-counsel for Plaintiff in *Poiriez v. Monsanto Co.*, No. 3:19-cv-01043-JAH-LL (S.D. Cal.).

1

Douglas W. Crandall, Esq.
CRANDALL LAW OFFICE
910 W. Main Street, Suite 222
Boise, ID 83702
Phone: (208) 343-1211
Email: crandall_law@msn.com

Michelle R. Points, Esq.
POINTS LAW, PLLC
190 S. Capitol Blvd., Suite 200
Boise, ID 83702
Phone: (208) 287-3216
Email: mpoints@pointslaw.com

Co-counsel for Plaintiff in *Taylor v. Monsanto Co.*, No. 1:19-cv-00319-REB (D. Idaho).

Dated: September 3, 2019               Respectfully submitted,

                                       /s/ Joe G. Hollingsworth
                                       Joe G. Hollingsworth, Esq.
                                       (jhollingsworth@hollingsworthllp.com)
                                       HOLLINGSWORTH LLP
                                       1350 I Street, N.W.
                                       Washington, D.C. 20005
                                       Phone: (202) 898-5800
                                       Fax:    (202) 682-1639

                                       *Attorneys for Defendant Monsanto Company*