# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**
Clerk of Court

**Leslie M. Friedmann**
Fort Myers Division Manager
(239)461-2000

September 3, 2019

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:       Brenda Hacker v. Monsanto Company
Case No.  2:19-cv-611-FtM-38MRM

Dear Clerk:

     Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

                     Sincerely,

                     ELIZABETH M. WARREN
                     CLERK

                     By: /s/ Dianne Nipper, Deputy Clerk

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**　　　　　　　　　　　　　　　　　　　**Leslie M. Friedmann**
　Clerk of Court　　　　　　　　　　　　　　　　　　　　Fort Myers Division Manager
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(239)461-2000

September 3, 2019

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:　　　　Mark Schaible v. Monsanto Company
Case No.　　2:19-cv-633-FtM-38NPM

Dear Clerk:

　　Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　ELIZABETH M. WARREN
　　　　　　　　　　　　　　　　CLERK

　　　　　　　　　　　　　　　　By: /s/ Dianne Nipper, Deputy Clerk

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Golden-Collum Memorial Federal Building & U.S. Courthouse
Office of the Clerk
207 N.W. Second Street
Ocala, FL 34475
(352) 369-4860
www.flmd.uscourts.gov

Elizabeth M. Warren  
Clerk of Court

Lisa Fannin  
Operations Supervisor

August 29, 2019

Jeff Luthi, Clerk  
Judicial Panel on Multidistrict Litigation  
Thurgood Marshall Federal Judiciary Building  
Suite G-255 North  
One Columbus Circle, N.E.  
Washington, DC 20002-8041

**RE: MDL No. 2741, In re: In Re: Roundup Products Liability Litigation**

Dear Mr. Luthi:

Enclosed please find a copy of the docket sheet and complaint for the case listed below. These items are forwarded to you so that this case may be considered as a potential tag-along case in the above referenced litigation.

**Case # 5:19-cv-408-Oc-30PRL    Franzo v. Monsanto Company**

If I may be of further assistance, please let me know.

Sincerely,

s/L. Burget  
Deputy Clerk

enclosures (as stated)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Golden-Collum Memorial Federal Building & U.S. Courthouse
Office of the Clerk
207 N.W. Second Street
Ocala, FL 34475
(352) 369-4860
www.flmd.uscourts.gov

Elizabeth M. Warren  
Clerk of Court

Lisa Fannin  
Operations Supervisor

August 29, 2019

Jeff Luthi, Clerk  
Judicial Panel on Multidistrict Litigation  
Thurgood Marshall Federal Judiciary Building  
Suite G-255 North  
One Columbus Circle, N.E.  
Washington, DC 20002-8041

**RE: MDL No. 2741, In re: In Re: Roundup Products Liability Litigation**

Dear Mr. Luthi:

Enclosed please find a copy of the docket sheet and complaint for the case listed below. These items are forwarded to you so that this case may be considered as a potential tag-along case in the above referenced litigation.

**Case # 5:19-cv-400-Oc-30PRL    Hoff v. Monsanto Company**

If I may be of further assistance, please let me know.

Sincerely,

s/L. Burget  
Deputy Clerk

enclosures (as stated)

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Golden-Collum Memorial Federal Building & U.S. Courthouse
Office of the Clerk
207 N.W. Second Street
Ocala, FL 34475
(352) 369-4860
www.flmd.uscourts.gov

| | |
|---|---|
| Elizabeth M. Warren<br>Clerk of Court | Lisa Fannin<br>Operations Supervisor |

August 29, 2019

Jeff Luthi, Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, N.E.
Washington, DC 20002-8041

**RE: MDL No. 2741, In re: In Re: Roundup Products Liability Litigation**

Dear Mr. Luthi:

Enclosed please find a copy of the docket sheet and complaint for the case listed below. These items are forwarded to you so that this case may be considered as a potential tag-along case in the above referenced litigation.

**Case # 5:19-cv-405-Oc-30PRL**     Ferguson  v.  Monsanto Company

If I may be of further assistance, please let me know.

Sincerely,

s/L. Burget
Deputy Clerk

enclosures (as stated)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Golden-Collum Memorial Federal Building & U.S. Courthouse
Office of the Clerk
207 N.W. Second Street
Ocala, FL 34475
(352) 369-4860
www.flmd.uscourts.gov

Elizabeth M. Warren  
Clerk of Court

Lisa Fannin  
Operations Supervisor

August 29, 2019

Jeff Luthi, Clerk  
Judicial Panel on Multidistrict Litigation  
Thurgood Marshall Federal Judiciary Building  
Suite G-255 North  
One Columbus Circle, N.E.  
Washington, DC 20002-8041

**RE: MDL No. 2741, In re: In Re:  Roundup Products Liability Litigation**

Dear Mr. Luthi:

Enclosed please find a copy of the docket sheet and complaint for the case listed below. These items are forwarded to you so that this case may be considered as a potential tag-along case in the above referenced litigation.

**Case # 5:19-cv-421-Oc-30PRL**     **Jilnicki v. Monsanto Company**

If I may be of further assistance, please let me know.

Sincerely,

s/L. Burget  
Deputy Clerk

enclosures (as stated)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**
Clerk of Court

**Leslie M. Friedmann**
Fort Myers Division Manager
(239)461-2000

August 29, 2019

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re: John P. McDonagh v Monsanto Company
Case No. 2:19-cv-624-FtM-38NPM

Dear Clerk:

    Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

Sincerely,

ELIZABETH M. WARREN
CLERK

By: Michele Stress

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Golden-Collum Memorial Federal Building & U.S. Courthouse
Office of the Clerk
207 N.W. Second Street
Ocala, FL 34475
(352) 369-4860
www.flmd.uscourts.gov

| | |
|---|---|
| Elizabeth M. Warren<br>Clerk of Court | Lisa Fannin<br>Operations Supervisor |

August 29, 2019

Jeff Luthi, Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, N.E.
Washington, DC 20002-8041

**RE: MDL No. 2741, In re: In Re: Roundup Products Liability Litigation**

Dear Mr. Luthi:

Enclosed please find a copy of the docket sheet and complaint for the case listed below. These items are forwarded to you so that this case may be considered as a potential tag-along case in the above referenced litigation.

    **Case # 5:19-cv-424-Oc-30PRL**    Somach v. Monsanto Company

If I may be of further assistance, please let me know.

Sincerely,

s/L. Burget
Deputy Clerk

enclosures (as stated)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Golden-Collum Memorial Federal Building & U.S. Courthouse
Office of the Clerk
207 N.W. Second Street
Ocala, FL 34475
(352) 369-4860
www.flmd.uscourts.gov

| | |
|---|---|
| Elizabeth M. Warren | Lisa Fannin |
| Clerk of Court | Operations Supervisor |

August 29, 2019

Jeff Luthi, Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, N.E.
Washington, DC 20002-8041

**RE: MDL No. 2741, In re: In Re: Roundup Products Liability Litigation**

Dear Mr. Luthi:

Enclosed please find a copy of the docket sheet and complaint for the case listed below. These items are forwarded to you so that this case may be considered as a potential tag-along case in the above referenced litigation.

    **Case # 5:19-cv-389-Oc-30PRL**    **Baird v. Monsanto Company**

If I may be of further assistance, please let me know.

    Sincerely,

    s/L. Burget
    Deputy Clerk

enclosures (as stated)

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Golden-Collum Memorial Federal Building & U.S. Courthouse
Office of the Clerk
207 N.W. Second Street
Ocala, FL 34475
(352) 369-4860
www.flmd.uscourts.gov

Elizabeth M. Warren
Clerk of Court

Lisa Fannin
Operations Supervisor

August 29, 2019

Jeff Luthi, Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, N.E.
Washington, DC 20002-8041

**RE: MDL No. 2741, In re: In Re: Roundup Products Liability Litigation**

Dear Mr. Luthi:

Enclosed please find a copy of the docket sheet and complaint for the case listed below. These items are forwarded to you so that this case may be considered as a potential tag-along case in the above referenced litigation.

**Case # 5:19-cv-397-Oc-30PRL**     **Castro v. Monsanto Company**

If I may be of further assistance, please let me know.

Sincerely,

s/L. Burget
Deputy Clerk

enclosures (as stated)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Golden-Collum Memorial Federal Building & U.S. Courthouse
Office of the Clerk
207 N.W. Second Street
Ocala, FL 34475
(352) 369-4860
www.flmd.uscourts.gov

Elizabeth M. Warren  
Clerk of Court

Lisa Fannin  
Operations Supervisor

August 29, 2019

Jeff Luthi, Clerk  
Judicial Panel on Multidistrict Litigation  
Thurgood Marshall Federal Judiciary Building  
Suite G-255 North  
One Columbus Circle, N.E.  
Washington, DC 20002-8041

**RE: MDL No. 2741, In re: In Re: Roundup Products Liability Litigation**

Dear Mr. Luthi:

Enclosed please find a copy of the docket sheet and complaint for the case listed below. These items are forwarded to you so that this case may be considered as a potential tag-along case in the above referenced litigation.

**Case # 5:19-cv-420-Oc-30PRL     Estrella v. Monsanto Company**

If I may be of further assistance, please let me know.

Sincerely,

s/L. Burget  
Deputy Clerk

enclosures (as stated)

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Golden-Collum Memorial Federal Building & U.S. Courthouse
Office of the Clerk
207 N.W. Second Street
Ocala, FL 34475
(352) 369-4860
www.flmd.uscourts.gov

Elizabeth M. Warren  
Clerk of Court

Lisa Fannin  
Operations Supervisor

August 29, 2019

Jeff Luthi, Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, N.E.
Washington, DC 20002-8041

**RE: MDL No. 2741, In re: In Re: Roundup Products Liability Litigation**

Dear Mr. Luthi:

  Enclosed please find a copy of the docket sheet and complaint for the case listed below. These items are forwarded to you so that this case may be considered as a potential tag-along case in the above referenced litigation.

  **Case # 5:19-cv-421-Oc-30PRL  Schott v. Monsanto Company**

If I may be of further assistance, please let me know.

        Sincerely,

        s/L. Burget
        Deputy Clerk

enclosures (as stated)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Golden-Collum Memorial Federal Building & U.S. Courthouse
Office of the Clerk
207 N.W. Second Street
Ocala, FL 34475
(352) 369-4860
www.flmd.uscourts.gov

Elizabeth M. Warren                                                                                   Lisa Fannin
Clerk of Court                                                                                Operations Supervisor

August 29, 2019

Jeff Luthi, Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, N.E.
Washington, DC 20002-8041

**RE: MDL No. 2741, In re: In Re: Roundup Products Liability Litigation**

Dear Mr. Luthi:

Enclosed please find a copy of the docket sheet and complaint for the case listed below. These items are forwarded to you so that this case may be considered as a potential tag-along case in the above referenced litigation.

**Case # 5:19-cv-425-Oc-30PRL          Southerland v.  Monsanto Company**

If I may be of further assistance, please let me know.

Sincerely,

s/L. Burget
Deputy Clerk

enclosures (as stated)

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
Golden-Collum Memorial Federal Building & U.S. Courthouse
Office of the Clerk
207 N.W. Second Street
Ocala, FL 34475
(352) 369-4860
www.flmd.uscourts.gov

| | |
|---|---|
| Elizabeth M. Warren | Lisa Fannin |
| Clerk of Court | Operations Supervisor |

August 29, 2019

Jeff Luthi, Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, N.E.
Washington, DC 20002-8041

**RE: MDL No. 2741, In re: In Re: Roundup Products Liability Litigation**

Dear Mr. Luthi:

Enclosed please find a copy of the docket sheet and complaint for the case listed below. These items are forwarded to you so that this case may be considered as a potential tag-along case in the above referenced litigation.

  **Case # 5:19-cv-396-Oc-30PRL  Bickerton v. Monsanto Company**

If I may be of further assistance, please let me know.

        Sincerely,

        s/L. Burget
        Deputy Clerk

enclosures (as stated)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Golden-Collum Memorial Federal Building & U.S. Courthouse
Office of the Clerk
207 N.W. Second Street
Ocala, FL 34475
(352) 369-4860
www.flmd.uscourts.gov

Elizabeth M. Warren  
Clerk of Court

Lisa Fannin  
Operations Supervisor

August 29, 2019

Jeff Luthi, Clerk  
Judicial Panel on Multidistrict Litigation  
Thurgood Marshall Federal Judiciary Building  
Suite G-255 North  
One Columbus Circle, N.E.  
Washington, DC 20002-8041

**RE: MDL No. 2741, In re: In Re: Roundup Products Liability Litigation**

Dear Mr. Luthi:

Enclosed please find a copy of the docket sheet and complaint for the case listed below. These items are forwarded to you so that this case may be considered as a potential tag-along case in the above referenced litigation.

    **Case # 5:19-cv-398-Oc-30PRL**    Coleman v. Monsanto Company

If I may be of further assistance, please let me know.

Sincerely,

s/L. Burget  
Deputy Clerk

enclosures (as stated)