UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION
    Valerio v. Monsanto Company,    )
        M.D. Florida, C.A. No. 2:19-00585    )    MDL No. 2741

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in this action (*Valerio*) on August 27, 2019. The Panel has now been advised that, pursuant to a notice of voluntary dismissal without prejudice, that *Valerio*, was dismissed by the Honorable Sheri Polster Chappell, in an order filed on September 3, 2019.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-149" filed on August 27, 2019, is VACATED insofar as it relates to this action.

                                                   FOR THE PANEL:

                                                   John W. Nichols
                                                   Clerk of the Panel