BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Kenneth Piotrkowski | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02415-HEA | District Judge Henry Edward Autrey |
| 2. | Frederick Boudreaux | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02418-SRC | District Judge Stephen R. Clark |
| 3. | Howard Freije and Mary Freije | Monsanto Co. | Eastern District of Missouri (St. Louis | 4:19-cv-02425-AGF | District Judge Audrey G. Fleissig |
| 4. | Manuel Garcia and Arlene Garcia | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02427-HEA | District Judge Henry Edward Autrey |
| 5. | Gail Grimmer | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02419-JAR | District Judge John A. Ross |
| 6. | Carla Hardesty | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02420-DDN | Magistrate Judge David D. Noce |
| 7. | Beverly James and Zarren James | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02428-NCC | Magistrate Judge Noelle C. Collins |
| 8. | Keith Pankratz and Jan Pankratz | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02429-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 9. | Mary J. Sluhocki | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02279-DDN | Magistrate Judge David D. Noce |
| 10. | Hubert Carter, Sr. | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02270-SRC | District Judge Stephen R. Clark |

|     |                              |              |                                       |                          |                                                  |
| --- | ---------------------------- | ------------ | ------------------------------------- | ------------------------ | ------------------------------------------------ |
| 11. | James Guillory and Sandra Guillory | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02277-NAB | Magistrate Judge Nannette A. Baker |
| 12. | James D. Fountain            | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02274-SRC | District Judge Stephen R. Clark |
| 13. | Ronnie Brand                 | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02252-NCC | Magistrate Judge Noelle C. Collins |
| 14. | Edwin Fox and Susie Fox      | Monsanto Co. | Middle District of Florida (Tampa)    | 8:19-cv-02155-VMC-AAS | District Judge Virginia M. Hernandez Covington |