**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on September 4, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb, Esq.
BROWN & CROUPPEN, PC
One Metropolitan Square
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone: (877) 448-5415
Email: sethw@getbc.com

Counsel for Plaintiffs in *Piotrkowski v. Monsanto Co.*, No. 4:19-cv-02415-HEA (E.D. Mo.); *Boudreaux v. Monsanto Co.*, No. 4:19-cv-02418-SRC (E.D. Mo.); *Freije v. Monsanto Co.*, No. 4:19-cv-02425-AGF (E.D. Mo.); *Garcia v. Monsanto Co.*, No. 4:19-cv-02427-HEA (E.D. Mo.); *Grimmer v. Monsanto Co.*, No. 4:19-cv-02419-JAR; *Hardesty v. Monsanto Co.*, No. 4:19-cv-02420-DDN (E.D. Mo.); *James v. Monsanto Co.*, No. 4:19-cv-02428-NCC (E.D. Mo.); *Pankratz v. Monsanto Co.*, No. 4:19-cv-02429-SNLJ (E.D. Mo.); *Sluhocki v. Monsanto Co.*, No. 4:19-cv-02279-DDN (E.D. Mo.); *Carter v. Monsanto Co.*, No. 4:19-cv-02270-SRC (E.D. Mo.); *Guillory v. Monsanto Co.*, No. 4:19-cv-02277-NAB (E.D. Mo.); *Fountain v. Monsanto Co.*, No. 4:19-cv-02274-SRC (E.D. Mo.); *Brand v. Monsanto Co.*, No. 4:19-cv-02252-NCC (E.D. Mo.).

Eric D. Roslansky, Esq.
Austin Johnson Grinder, Esq.
THE RUTH LAW TEAM
8600 4th St N
PO Box 16847
St. Petersburg, FL 33733-6847
Phone: (727) 327-3222
Email: eroslansky@getjustice.com
Email: agrinder@getjustice.com

Counsel for Plaintiffs in *Fox v. Monsanto Co.*, No. 8:19-cv-02155-VMC-AAS (M.D. Fla.).

Dated: September 4, 2019                    Respectfully submitted,

                                            /s/ Joe G. Hollingsworth
                                            Joe G. Hollingsworth, Esq.
                                            (jhollingsworth@hollingsworthllp.com)
                                            HOLLINGSWORTH LLP
                                            1350 I Street, N.W.
                                            Washington, D.C. 20005
                                            Phone: (202) 898-5800
                                            Fax:    (202) 682-1639

                                            *Attorneys for Defendant Monsanto Company*