**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax: (646) 293-4921
Email: rgreenwald@weitzlux.com

*Co-Lead Counsel for Plaintiffs*

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: Roundup Products Liability Litigation                                       MDL No. 2741

**NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

In accordance with Rule 7.1(a) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Co-Lead Counsel for Plaintiffs writes to notify you of the potential tag-along actions listed on the attached Schedule of Actions.

Docket sheets and complaints are attached.

| | | |
|---|---|---|
| 1 | DATED: September 4, 2019 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ Robin Greenwald<br>Robin Greenwald |
| 4 | | rgreenwald@weitzlux.com<br>Weitz & Luxenberg |
| 5 | | 700 Broadway<br>New York NY 10003 |
| 6 | | Ph 212-558-5802<br>F 212-344-5461 |
| 7 | | *Co-Lead Counsel for Plaintiffs* |

- 2 -
NOTICE OF TAG-ALONG ACTIONS