**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: Roundup Products Liability Litigation                    MDL No. 2741

**SCHEDULE OF ACTIONS**

|     | Plaintiffs | Defendant | District | Civil Action No. | Judge |
| --- | --- | --- | --- | --- | --- |
| 1.  | Rob O. Abreu | Monsanto Company | Central District of California | 2:19-cv-07490-CJC-AFM | Honorable Cormac J. Carney |
| 2.  | Gary Archambault | Monsanto Company | Central District of California | 5:19-cv-01653-CAS-SP | Honorable R. Gary Klausner |
| 3.  | Jeffrey Baum | Monsanto Company | Central District of California | 5:19-cv-01654-DDP-SP | Honorable Dean D. Pregerson |
| 4.  | Todd Chandler | Monsanto Company | Central District of California | 2:19-cv-07494-JAK-PJW | Honorable John A. Kronstadt |
| 5.  | Darlene David | Monsanto Company | Central District of California | 5:19-cv-01657-SVW-SP | Honorable Stephen V. Wilson |
| 6.  | Jimmie Fulcher | Monsanto Company | Central District of California | 2:19-cv-07499-PSG-AGR | Honorable Philip S. Gutierrez |
| 7.  | Dawn Lowrey | Monsanto Company | Central District of California | 8:19-cv-01664-JLS-ADS | Honorable Josephine L. Staton |
| 8.  | Terrence O'Neill | Monsanto Company | Central District of California | 2:19-cv-07542-AS | Magistrate Judge Alka Sagar |
| 9.  | Jesus Rodriguez Murillo | Monsanto Company | Central District of California | 2:19-cv-07543 | Honorable Jesus G. Bernal |
| 10. | Lacy Stormes | Monsanto Company | Central District of California | 2:19-cv-07544-KS | Magistrate Judge Karen L. Stevenson |
| 11. | Lisa Vale-Lang | Monsanto Company | Central District of California | 2:19-cv-07545 | Magistrate Judge Rozella A. Oliver |
| 12. | Mimia W. Conyers | Monsanto Company | Eastern District of California | 2:19-cv-01699-TLN-AC | Honorable Troy L. Nunley |

SCHEDULE OF ACTIONS

| | | | | | |
|---|---|---|---|---|---|
| 13. | Keith Davie | Monsanto Company | Eastern District of California | 2:19-cv-01700-KJM-AC | Honorable Kimberly J. Mueller |
| 14. | Kathryn Dufore | Monsanto Company | Eastern District of California | 2:19-cv-01703-JAM-CKD | Honorable John A. Mendez |
| 15. | Kenneth Gill | Monsanto Company | Eastern District of California | 2:19-cv-01704-JAM-AC | Honorable John A. Mendez |
| 16. | Marie Guzman | Monsanto Company | Eastern District of California | 2:19-cv-01705-WBS-DB | Honorable William B. Shubb |
| 17. | John Kalfayan | Monsanto Company | Eastern District of California | 2:19-cv-01707-TLN-AC | Honorable Troy L. Nunley |
| 18. | Lorna Kidwell | Monsanto Company | Eastern District of California | 2:19-cv-01709-JAM-CKD | Honorable John A. Mendez |
| 19. | James Eric Nelson | Monsanto Company | Eastern District of California | 2:19-cv-01710-TLN-EFB | Honorable Troy L. Nunley |
| 20. | Chandra Ruano | Monsanto Company | Eastern District of California | 2:19-cv-01711-JAM-EFB | Honorable John A. Mendez |
| 21. | Sidney E. Whitehouse | Monsanto Company | Eastern District of California | 2:19-cv-01706-KJM-EFB | Honorable Kimberly J. Mueller |
| 22. | Michael D. Winch, Jr. | Monsanto Company | Eastern District of California | 2:19-cv-01698-MCE-DB | Honorable Morrison C. England, Jr. |
| 23. | Renee Franklin | Monsanto Company | Northern District of California | 3:19-cv-05455-VC | Honorable Vince Chhabria |
| 24. | Kenneth Grisler | Monsanto Company | Northern District of California | 3:19-cv-05456 | Honorable Vince Chhabria |
| 25. | Lee A. Rosichan | Monsanto Company | Northern District of California | 3:19-cv-05457 | Honorable Vince Chhabria |
| 26. | Brynda Dunbar | Monsanto Company | Southern District of California | 3:19-cv-01644-BEN-AHG | Honorable Roger T. Benitez |
| 27. | Lawrence Krupinski | Monsanto Company | Southern District of California | 3:19-cv-01646-JM-BLM | Honorable Jeffrey T. Miller |
| 28. | Richard Pena | Monsanto Company | Southern District of California | 3:19-cv-01648-W-KSC | Honorable Thomas J. Whelan |
| 29. | Anita Richardson | Monsanto Company | Southern District of California | 3:19-cv-01649-CAB-WVG | Honorable Cathy Ann Bencivengo |

SCHEDULE OF ACTIONS

| | | |
|---|---|---|
| 1 | DATED: September 4, 2019 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ Robin Greenwald<br>Robin Greenwald |
| 4 | | rgreenwald@weitzlux.com<br>Weitz & Luxenberg |
| 5 | | 700 Broadway<br>New York NY 10003 |
| 6 | | Ph 212-558-5802<br>F 212-344-5461 |
| 7 | | *Co-Lead Counsel for Plaintiffs* |

SCHEDULE OF ACTIONS