**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax: (646) 293-4921
Email: rgreenwald@weitzlux.com

*Co-Lead Counsel for Plaintiffs*

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: Roundup Products Liability Litigation                          MDL No. 2741

    I am employed in the County of New York, State of New York.  I am over the age of 18, and not a party to the within action.  My business address is at WEITZ & LUXENBERG, P.C., 700 Broadway, New York, NY 10003.

    On September 4, 2019, I served the foregoing document described as:

    NOTICE OF POTENTIAL TAG-ALONG ACTIONS

    on all other parties and/or their attorneys of record to this action by operation of the Court's CM/ECF system in accordance with L.R. 5.4(d).  The Court's CM/ECF system sends an e-mail notification of the filings to the parties and counsel of record listed below who are registered with the Court's CM/ECF.

    Eric G. Lasker
    Hollingsworth LLP
    1350 I Street, N.W.
    Washington, D.C. 20005
    Tel: (202) 898-5800
    elasker@hollingsworthllp.com

    Martin C Calhoun
    Hollingsworth LLP
    1350 I Street NW
    Washington, DC 20005
    202-898-5867
    mcalhoun@hollingsworthllp.com

PLAINTIFFS' CERTIFICATE OF SERVICE

- 2 -

Gregory J. Minana
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Tel: (314) 480-1865
Greg.minana@huschblackwell.com

Christine F. Miller
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Tel: (314) 480-1500
chris.miller@huschblackwell.com

Anthony Rey Martinez
Shook, Hardy and Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550
amartinez@shb.com

Barbara R Light
Shook Hardy Bacon LLP
600 Travis Street, Suite 3400
Houston, TX 77002
Tel: (713) 546-5636
blight@shb.com

*Attorneys for Defendant*

I declare under the penalty of perjury laws of the United States of America that the foregoing is true to the best of my knowledge.  I declare that I am a member of this bar of this Court at whose direction the service was made.

Executed this 4th day of September, 2019, at New York, New York.

DATED: September 4, 2019

/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York NY 10003
Ph 212-558-5802
F 212-344-5461

*Co-Lead Counsel for Plaintiffs*

- 3 -
PLAINTIFFS' CERTIFICATE OF SERVICE