**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax: (646) 293-4921
Email: rgreenwald@weitzlux.com

*Co-Lead Counsel for Plaintiffs*

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: Roundup Products Liability Litigation            MDL No. 2741

**<u>NOTICE OF POTENTIAL TAG-ALONG ACTION</u>**

In accordance with Rule 7.1(a) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Co-Lead Counsel for Plaintiffs writes to notify you of the potential tag-along action listed on the attached Schedule of Actions.

Docket sheet and complaint are attached.

| | |
|---|---|
| DATED: September 5, 2019 | Respectfully submitted, |
| | /s/ Robin Greenwald |
| | Robin Greenwald |
| | rgreenwald@weitzlux.com |
| | Weitz & Luxenberg |
| | 700 Broadway |
| | New York NY 10003 |
| | Ph 212-558-5802 |
| | F 212-344-5461 |
| | |
| | *Co-Lead Counsel for Plaintiffs* |