**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: Roundup Products Liability Litigation                              MDL No. 2741

**SCHEDULE OF ACTIONS**

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|----------------|---------------|--------------|----------------------|-----------|
| 1. | Jesus Rodriguez Murillo | Monsanto Company | Central District of California | 5:19-cv-01676-JGB-SHK | Honorable Jesus G. Bernal |

SCHEDULE OF ACTIONS

DATED: September 5, 2019

Respectfully submitted,

/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York NY 10003
Ph 212-558-5802
F 212-344-5461

*Co-Lead Counsel for Plaintiffs*

SCHEDULE OF ACTIONS