**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax: (646) 293-4921
Email: rgreenwald@weitzlux.com

*Co-Lead Counsel for Plaintiffs*

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: Roundup Products Liability Litigation                MDL No. 2741

I am employed in the County of New York, State of New York.  I am over the age of

18, and not a party to the within action.  My business address is at WEITZ & LUXENBERG,

P.C., 700 Broadway, New York, NY 10003.

On September 5, 2019, I served the foregoing document described as:

NOTICE OF POTENTIAL TAG-ALONG ACTION

on all other parties and/or their attorneys of record to this action by operation of the

Court's CM/ECF system in accordance with L.R. 5.4(d).  The Court's CM/ECF system sends

an e-mail notification of the filings to the parties and counsel of record listed below who are

registered with the Court's CM/ECF.

Eric G. Lasker
Hollingsworth LLP
1350 I Street, N.W.
Washington, D.C. 20005
Tel: (202) 898-5800
elasker@hollingsworthllp.com

Martin C Calhoun
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
202-898-5867
mcalhoun@hollingsworthllp.com

PLAINTIFFS' CERTIFICATE OF SERVICE

Gregory J. Minana
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Tel: (314) 480-1865
Greg.minana@huschblackwell.com

Christine F. Miller
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Tel: (314) 480-1500
chris.miller@huschblackwell.com

Anthony Rey Martinez
Shook, Hardy and Bacon L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550
amartinez@shb.com

Barbara R Light
Shook Hardy Bacon LLP
600 Travis Street, Suite 3400
Houston, TX 77002
Tel: (713) 546-5636
blight@shb.com

*Attorneys for Defendant*

I declare under the penalty of perjury laws of the United States of America that the foregoing is true to the best of my knowledge.  I declare that I am a member of this bar of this Court at whose direction the service was made.

Executed this 5th day of September, 2019, at New York, New York.

PLAINTIFFS' CERTIFICATE OF SERVICE

DATED: September 5, 2019

/s/  Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York NY 10003
Ph 212-558-5802
F 212-344-5461

*Co-Lead Counsel for Plaintiffs*

PLAINTIFFS' CERTIFICATE OF SERVICE