# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL NO. 2741

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiff writes to notify the Clerk of the Panel of the related action listed in the attached Schedule of Action. The action referred to therein involves common questions of fact and law with the action previously transferred by the Panel to the United States District Court for the Northern District of California pursuant to 28 U.S.C.§ 1407.

Dated: September 5, 2019                                  Respectfully submitted,

**BRENT COON & ASSOCIATES**
300 Fannin, Suite 200
Houston, Texas 77002
713-225-1682 Telephone
713-225-1785 Facsimile

By: */s/Matthew R. Willis*
        MATTHEW R. WILLIS
        Texas State Bar No. 21648600
        Email: matt.willis@bcoonlaw.com

**ATTORNEYS FOR PLAINTIFFS**

1