**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL NO. 2741

**SCHEDULE OF ACTIONS**

|   | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Beth Weikerth, Saleem Bhatti, Mikayla Faulkner, Nita Foret, John Maggio, Joshua Marshall, Marcia Millard and Gary Miller | Monsanto | Southern District of Texas, Houston Division | 4:19-cv-03296 | Lynn N. Hughes |

Dated: September 5, 2019             Respectfully submitted,

                                                **BRENT COON & ASSOCIATES**
                                                300 Fannin, Suite 200
                                                Houston, Texas 77002
                                                713-225-1682 Telephone
                                                713-225-1785 Facsimile

                                   By: */s/Matthew R. Willis*
                                                MATTHEW R. WILLIS
                                                Texas State Bar No. 21648600
                                                Email: matt.willis@bcoonlaw.com

**ATTORNEYS FOR PLAINTIFFS**