**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL NO. 2741

**PROOF OF SERVICE**

I hereby certify that on September 5, 2019, I caused a true and correct copy of the foregoing

**NOTICE OF POTENTIAL TAG-ALONG ACTIONS** for:

*Beth Weikerth, et al v. Monsanto Company*
Civil Action No. 4:19-cv-03296 (copy of the COMPLAINT and docket sheet attached as Exhibit 1)

to be served upon counsel of record via the Multidistrict Litigation CM/ECF Notice of Electronic Filing system.

I also served the following Counsel on the attached service list via e-mail if an email address is indicated or U.S. Mail if no e-mail address is indicated.

Dated: September 5, 2019            Respectfully submitted,

**BRENT COON & ASSOCIATES**
300 Fannin, Suite 200
Houston, Texas 77002
713-225-1682 Telephone
713-225-1785 Facsimile

By:  */s/Matthew R. Willis*
     MATTHEW R. WILLIS
     Texas State Bar No. 21648600
     Email: matt.willis@bcoonlaw.com

**ATTORNEYS FOR PLAINTIFFS**

## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL NO. 2741

### SERVICE LIST

**Service via JPML CM/ECF Notification <u>and</u> Email or U.S. Mail, as indicated, to the following:**

| | |
|---|---|
| **HOLLINGSWORTH LLP**<br>Joe G. Hollingsworth<br>1350 I Street, N.W.<br>Washington, D.C.  20005<br>Phone: (202) 898-5800<br>Fax:    (202) 682-1639<br>*Attorneys for Defendant Monsanto Company* | jhollingsworth@hollingsworthllp.com |