BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION | MDL NO: 2741 |

## SCHEDULE OF ACTIONS

| Plaintiff | Defendant | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| Brenda Nelson | Monsanto Company | Eastern District of Missouri | 4:19-cv-2499 | Not Assigned Yet |
| Edward Pianovski | Monsanto Company | Eastern District of Missouri | 4:19-cv-2500 | Not Assigned Yet |
| Beverly Bailey | Monsanto Company | Eastern District of Missouri | 4:19-cv-2501 | Not Assigned Yet |
| Jeffrey Weiner | Monsanto Company | Eastern District of Missouri | 4:19-cv-2502 | Not Assigned Yet |
| Mark Schmitt | Monsanto Company | Eastern District of Missouri | 4:19-cv-2503 | Not Assigned Yet |
| Yvette Dewispelaere | Monsanto Company | Eastern District of Missouri | 4:19-cv-2505 | John A. Ross |
| David Hudson | Monsanto Company | Eastern District of Missouri | 4:19-cv-2507 | Judge Stephen R. Clark |
| Robert Romano | Monsanto Company | Eastern District of Missouri | 4:19-cv-2508 | Not Assigned Yet |
| Duanita Scott | Monsanto Company | Eastern District of Missouri | 4:19-cv-2509 | Not Assigned Yet |

Respectfully submitted, this September 6, 2019

MOLL LAW GROUP

By: */s/ Stephen Cady*
Stephen Cady
Ken Moll
MOLL LAW GROUP
22 W Washington Street, 15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
scady@molllawgroup.com