BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Terri P. Delp | Monsanto Co. | Southern District of Florida (West Palm Beach) | 9:19-cv-81183-RKA | District Judge Roy K. Altman |
| 2. | Neil B. Hunt and Patricia J. Hunt | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02115-JSM-SPF | District Judge James S. Moody, Jr. |
| 3. | Carolyn Noel and Gary Noel | Monsanto Co. | Middle District of Florida (Orlando) | 6:19-cv-01625-PGB-EJK | District Judge Paul G. Byron |
| 4. | Terry H. Jones and Michelle M. Jones | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02116-JSM-TGW | District Judge James S. Moody, Jr. |
| 5. | Jeffrey Jackness and Allison Jackness | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02107-SDM-AEP | District Judge Steven D. Merryday |
| 6. | Andres Decamps and Endora Decamps | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02093-CEH-AAS | District Judge Charlene Edwards Honeywell |
| 7. | Jeffrey Glackin and Deborah Glackin | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02100-WFJ-SPF | District Judge William F. Jung |
| 8. | James Deloach and Linda Rae Deloach | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:19-cv-00981-TJC-PDB | District Judge Timothy J. Corrigan |
| 9. | Jan Kopas and Cheryl Kopas | Monsanto Co. | District of Massachusetts (Worcester) | 4:19-cv-40105-DHH | Magistrate Judge David H. Hennessy |
| 10. | Robert Bellinger | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02438-SRC | District Judge Stephen R. Clark |