**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on September 6, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Andrew Thomas Kagan, Esq.
KAGAN LEGAL GROUP
295 Palmas Inn Way
Suite 6 Palmanova Plaza
Humacao, PR 00791
Phone: (939) 220-2424
Email: andrew@kaganlegalgroup.com

Jennifer A. Moore, Esq.
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY 40208
Phone: (502) 717-4080
Email: jennifer@moorelawgroup.com

Co-counsel for Plaintiffs in *Delp v. Monsanto Co.*, 9:19-cv-81183-RKA (S.D. Fla.); *Hunt v. Monsanto Co.*, 8:19-cv-02115-JSM-SPF (M.D. Fla.); *Noel v. Monsanto Co.*, 6:19-cv-01625-PGB-EJK (M.D. Fla.); *Jones v. Monsanto Co.*, 8:19-cv-02116-JSM-TGW (M.D. Fla.); *Jackness v. Monsanto Co.*, 8:19-cv-02107-SDM-AEP (M.D. Fla.); *Decamps v. Monsanto Co.*, 8:19-cv-02093-CEH-AAS (M.D. Fla.); *Glackin v. Monsanto Co.*, 8:19-cv-02100-WFJ-SPF (M.D. Fla.); *Deloach v. Monsanto Co.*, 3:19-cv-00981-TJC-PDB (M.D. Fla.).

Erika A. O'Donnell, Esq.
SHEPARD LAW, PC
160 Federal Street, 13th Floor
Boston, MA 02110
Phone: (617) 451-9191
Email: eodonnell@shepardlawfirm.com

Counsel for Plaintiffs in *Kopas v. Monsanto Co.*, 4:19-cv-40105-DHH (D. Mass.).

Enrique Elliot Adler, Esq.
ADLER LAW GROUP, APLC
402 W. Broadway
Suite 860
San Diego, CA 92101
Phone: (619) 531-8700
Email: eadler@theadlerfirm.com

Counsel for Plaintiff in *Bellinger v. Monsanto Co.*, 4:19-cv-02438-SRC (E.D. Mo.).

Dated: September 6, 2019                    Respectfully submitted,

                                            /s/ Joe G. Hollingsworth
                                            Joe G. Hollingsworth, Esq.
                                            (jhollingsworth@hollingsworthllp.com)
                                            HOLLINGSWORTH LLP
                                            1350 I Street, N.W.
                                            Washington, D.C. 20005
                                            Phone: (202) 898-5800
                                            Fax:    (202) 682-1639

                                            *Attorneys for Defendant Monsanto Company*