BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL 2741 |

This Filing Relates To The Following Cases Only:

*Pizl et al v. Monsanto Company, Hawaii, Civil Action No:1:19-cv-00397*

## PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER 148

Plaintiff moves to vacate Conditional Transfer Order No. 148 ("CTO 148"), issued in the above captioned case currently pending in the United States Northern District of California, by this Judicial Panel on Multidistrict Litigation ("Panel") which conditionally transferred this action to MDL 2741, *In Re: ROUNDUP PRODUCTS LIABILITY LITIGATION* . The transfer of this action will not promote efficiency in this litigation as general discovery and a bellwether trial have been completed. Because CTO-148 will not promote efficiency, nor conserve judicial resources, Plaintiffs ask the Panel to vacate CTO-148 and in support file the attached brief.

Respectfully submitted,

/s/ Michael J. Miller
Michael J. Miller, Esq.
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055

Date: September 10, 2019

1