BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Pamela Allen and Curtis Allen | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02456-HEA | District Judge Henry Edward Autrey |
| 2. | Stanley Byquist | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02457-PLC | Magistrate Judge Patricia L. Cohen |
| 3. | Catherine Dolson and Joseph J. DeJean | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02454-HEA | District Judge Henry Edward Autrey |
| 4. | Belinda Wallace | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02455-JMB | Magistrate Judge John M. Bodenhausen |
| 5. | Scott Van Der Zanden and Susie Van Der Zanden | Monsanto Co. | District of Oregon (Portland) | 3:19-cv-01382-BR | District Judge Anna J. Brown |
| 6. | Kevin Reardon | Monsanto Co. | District of Connecticut (New Haven) | 3:19-cv-01316-JCH | District Judge Janet C. Hall |
| 7. | Timothy Ellis and Johanna Ellis | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02167-TPB-TGW | District Judge Thomas P. Barber |
| 8. | Paul Finley | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02158-VMC-AAS | District Judge Virginia M. Hernandez Covington |
| 9. | Michael Anderson | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02168-VMC-JSS | District Judge Virginia M. Hernandez Covington |
| 10. | John M. Frymire | Monsanto Co. | Western District of Kentucky (Louisville) | 3:19-cv-00605-DJH | District Judge David J. Hale |

| 11. | Anne Ricke and William Ricke | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02159-CEH-TGW | District Judge Charlene Edwards Honeywell |
| 12. | Marlin Warner | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02382-NCC | Magistrate Judge Noelle C. Collins |