**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 10, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Seth S. Webb, Esq.
BROWN & CROUPPEN, P.C.
One Metropolitan Square
211 North Broadway, Suite 1600
St. Louis, MO 63102
Phone:  (314) 222-2222
Email: sethw@getbc.com

Counsel for Plaintiffs in *Allen v. Monsanto Co.*, 4:19-cv-02456-HEA (E.D. Mo.); *Byquist v. Monsanto Co.*, 4:19-cv-02457-PLC (E.D. Mo.); *Dolson v. Monsanto Co.*, 4:19-cv-02454-HEA (E.D. Mo.); *Wallace v. Monsanto Co.*, 4:19-cv-02455-JMB (E.D. Mo.).

Thomas C. Patton, Esq.
LAW OFFICES OF THOMAS C. PATTON
8 North State Street, Suite 301
Lake Oswego, OR 97234
Phone: (503) 546-3357
Email: tomp@tompattonlaw.com

Counsel for Plaintiffs in *Van Der Zanden v. Monsanto Co.*, 3:19-cv-01382-BR (D. Or.).

Robert I. Reardon, Jr., Esq.
THE REARDON LAW FIRM
160 Hempstead St., PO Drawer 1430
New London, CT 06320
Phone: (860) 442-0444
Email: rreardon@reardonlaw.com

Counsel for Plaintiffs in *Reardon v. Monsanto Co.*, 3:19-cv-01316-JCH (D. Conn.).

Eric D. Roslansky, Esq.
Austin Johnson Grinder, Esq.
THE RUTH LAW TEAM
8600 4th St N
PO Box 16847
St Petersburg, FL 33733−6847
Phone: (727) 327-3222
Email: eroslansky@getjustice.com
Email: agrinder@getjustice.com

Counsel for Plaintiffs in *Ellis v. Monsanto Co.*, 8:19-cv-02167-TPB-TGW (M.D. Fla.); *Finley v. Monsanto Co.*, 8:19-cv-02158-VMC-AAS (M.D. Fla.); *Anderson v. Monsanto Co.*, 8:19-cv-02168-VMC-JSS (M.D. Fla.); *Ricke v. Monsanto Co.*, 8:19-cv-02159-CEH-TGW (M.D. Fla.).

Jennifer A. Moore, Esq.
Ashton R. Smith, Esq.
MOORE LAW GROUP, PLLC
401 W. Main Street, Suite 1810
Louisville, KY 40202
Phone: (502) 717-4080
Email: jennifer@moorelawgroup.com
Email: ashton@moorelawgroup.com

Counsel for Plaintiff in *Frymire v. Monsanto Co.*, 3:19-cv-00605-DJH (W.D. Ky.).

Enrique Elliot Adler, Esq.
ADLER LAW GROUP APLC
402 W. Broadway
Suite 860
San Diego, CA 92101
Phone: (619) 531-8700
Email: eadler@theadlerfirm.com

Counsel for Plaintiff in *Warner v. Monsanto Co.*, 4:19-cv-02382-NCC (E.D. Mo.).

Dated: September 10, 2019                    Respectfully submitted,


/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*