BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

JOE G. HOLLINGSWORTH NOTICE OF APPEARANCE

SCHEDULE OF ACTIONS

| | Plaintiff | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Michael Pizl, individually and as the surviving spouse of Sherin McClure, and Sherin McClure (deceased) | Monsanto Co. | District of Hawaii (D. Haw.) | 1:19-cv-00397 | Judge J. Michael Seabright |