**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Appearance was electronically filed on September 10, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

**LAW OFFICE OF BRIAN K. MACKINTOSH, LTD.**
Brian Keith Mackintosh
1003 Bishop Street, Suite 1990
Honolulu, HI 96813
Tel: (808) 781-7229
Fax: (888) 627-6507
Email: brian@bkmlaw.com

Counsel for Plaintiffs in *Pizl, et al. v. Monsanto Co.,* 1:19-cv-00397 (D. Haw.)

**THE MILLER FIRM LLC**
Michael J. Miller, Esq.
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
Email: mmiller@millerfirmllc.com

Counsel for Plaintiffs in *Pizl, et al. v. Monsanto Co.,* 1:19-cv-00397 (D. Haw.)

**DENTONS US LLP**
John-Anderson L. Meyer
Paul Alston
1001 Bishop Street 18th Floor
Honolulu, HI 96813

Tel: (808) 524-1800
Fax: (808) 524-4591
Emails: john-anderson.meyer@dentons.com
         paul.alston@dentons.com

Co-counsel for Defendant Monsanto Company in *Pizl, et al. v. Monsanto Co.,* 1:19-cv-00397 (D. Haw.)

| | |
|---|---|
| Dated: Sept. 10, 2019 | Respectfully submitted, |
| | /s/ Joe G. Hollingsworth |
| | Joe G. Hollingsworth |
| | (jhollingsworth@hollingsworthllp.com) |
| | HOLLINGSWORTH LLP |
| | 1350 I Street NW |
| | Washington D.C., 20005 |
| | Phone: (202) 898-5800 |
| | Fax: (202) 682-1639 |
| | |
| | *Attorneys for Defendant* |
| | *Monsanto Company* |