# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**
Clerk of Court

**Leslie M. Friedmann**
Fort Myers Division Manager
(239)461-2000

September 9, 2019

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re: Bryan Soule, et al v. Monsanto Company
Case No. 2:19-cv-656-FtM-60NPM

Dear Clerk:

    Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

Sincerely,

ELIZABETH M. WARREN
CLERK

By: _____ Michele Stress

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**  **Leslie M. Friedmann**
Clerk of Court  Fort Myers Division Manager
 (239)461-2000

September 9, 2019

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re: John Kneifer v. Monsanto Company
Case No. 2:19-cv-652-FtM-38NPM

Dear Clerk:

 Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

 Sincerely,

 ELIZABETH M. WARREN

 By: /s/ Dianne Nipper, Deputy Clerk

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**
Clerk of Court

**Leslie M. Friedmann**
Fort Myers Division Manager
(239)461-2000

September 9, 2019

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:      Eric Poirier vs. Monsanto Company
Case No.    2:19-cv-659-FtM-38NPM

Dear Clerk:

    Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

Sincerely,

ELIZABETH M. WARREN, CLERK

By: _____Micki Janczewski_____

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**  **Leslie M. Friedmann**
Clerk of Court  Fort Myers Division Manager
 (239)461-2000

September 10, 2019

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re: Valeriu Crisovan, et al vs. Monsanto Company
Case No. 2:19-cv-667-FtM-29NPM

Dear Clerk:

 Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

 Sincerely,

 ELIZABETH M. WARREN, CLERK

 By: <u>Micki Janczewski</u>

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**
Clerk of Court

**Leslie M. Friedmann**
Fort Myers Division Manager
(239)461-2000

September 10, 2019

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:        Mario Leno v. Monsanto Company
Case No.   2:19-cv-653-FtM-38MRM

Dear Clerk:

    Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

        Sincerely,

        ELIZABETH M. WARREN
        CLERK

        By: /s/ D. Nipper, Deputy Clerk