# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 9/6/19, 9/9/19

**District Court:** D. Minnesota & E.D. Kentucky

**Number of Actions:** 4

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL