UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                              MDL No. 2741

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −152)

On October 3, 2016, the Panel transferred 19 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 214 F.Supp.3d 1346 (J.P.M.L. 2016). Since that time, 1,578 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Vince Chhabria.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Chhabria.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 3, 2016, and, with the consent of that court, assigned to the Honorable Vince Chhabria.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                              MDL No. 2741

### SCHEDULE CTO−152 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CONNECTICUT** | | | |
| CT | 3 | 19−01316 | Reardon v. Monsanto Company |
| **FLORIDA MIDDLE** | | | |
| FLM | 2 | 19−00652 | Kneifer v. Monsanto Company |
| FLM | 2 | 19−00653 | Leno v. Monsanto Company |
| FLM | 2 | 19−00656 | Soule et al v. Monsanto Company |
| FLM | 2 | 19−00659 | Poirier v. Monsanto Company |
| FLM | 2 | 19−00667 | Crisovan et al v. Monsanto Company |
| FLM | 3 | 19−00981 | Deloach et al v. Monsanto Company |
| FLM | 6 | 19−01625 | Noel et al v. Monsanto Company |
| FLM | 8 | 19−02093 | Decamps et al v. Monsanto Company |
| FLM | 8 | 19−02100 | Glackin et al v. Monsanto Company |
| FLM | 8 | 19−02107 | Jackness et al v. Monsanto Company |
| FLM | 8 | 19−02115 | Hunt et al v. Monsanto Company |
| FLM | 8 | 19−02116 | Jones et al v. Monsanto Company |
| FLM | 8 | 19−02158 | Finley v. Monsanto Company |
| FLM | 8 | 19−02159 | Ricke et al v. Monsanto Company |
| FLM | 8 | 19−02167 | Ellis et al v. Monsanto Company |
| FLM | 8 | 19−02168 | Anderson v. Monsanto Company |
| **FLORIDA SOUTHERN** | | | |
| FLS | 9 | 19−81183 | Delp v. Monsanto Company |
| **KENTUCKY EASTERN** | | | |
| KYE | 5 | 19−00355 | Elmore v. Monsanto Company |
| **KENTUCKY WESTERN** | | | |
| KYW | 3 | 19−00605 | Frymire v. Monsanto Company |
| **MASSACHUSETTS** | | | |

| | | | |
|---|---|---|---|
| MA | 4 | 19−40105 | Kopas et al v. Monsanto Company |

MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 19−02453 | Lindstrom v. Monsanto Company |
| MN | 0 | 19−02455 | Tschetter v. Monsanto Company |
| MN | 0 | 19−02459 | Jasper v. Monsanto Company |

MISSOURI EASTERN

| | | | |
|---|---|---|---|
| MOE | 4 | 19−02382 | Warner v. Monsanto Company |
| MOE | 4 | 19−02438 | Bellinger v. Monsanto Company |
| MOE | 4 | 19−02454 | Dolson et al v. Monsanto Company |
| MOE | 4 | 19−02455 | Wallace v. Monsanto Company |
| MOE | 4 | 19−02456 | Allen et al v. Monsanto Company |
| MOE | 4 | 19−02457 | Byquist v. Monsanto Company |
| MOE | 4 | 19−02499 | Nelson v. Monsanto Company |
| MOE | 4 | 19−02500 | Pianovski v. Monsanto Company |
| MOE | 4 | 19−02501 | Bailey v. Monsanto Company |
| MOE | 4 | 19−02502 | Weiner v. Monsanto Company |
| MOE | 4 | 19−02503 | Schmitt v. Monsanto Company |
| MOE | 4 | 19−02505 | Dewispelaere v. Monsanto Company |
| MOE | 4 | 19−02507 | Hudson v. Monsanto Company |
| MOE | 4 | 19−02508 | Romano v. Monsanto Company |
| MOE | 4 | 19−02509 | Scott v. Monsanto Company |

OREGON

| | | | |
|---|---|---|---|
| OR | 3 | 19−01382 | Van Der Zanden et al v. Monsanto Company, Inc |