**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Charlotte Bishelli | Monsanto Co. | District of Colorado (Denver) | 1:19-cv-02356-WJM-NRN | District Judge William J. Martinez |
| **2.** | Dennis Kennedy and Rebecca Kennedy | Monsanto Co. | District of Maryland (Baltimore) | 1:19-cv-02496-JKB | Chief Judge James K. Bredar |
| **3.** | Susan McAllister | Monsanto Co. | District of Maryland (Baltimore) | 1:19-cv-02229-CCB | District Judge Catherine C. Blake |
| **4.** | Donald V. Scott and LaWanda Yvette Earl-Scott | Monsanto Co. | District of Columbia (Washington, DC) | 1:19-cv-02498-TNM | District Judge Trevor N. McFadden |