**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 11, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Jason Edward Ochs, Esq.
OCHS LAW FIRM
323 South David Street
Casper, WY 82601
Phone: (307) 234-3239
Email: jason@ochslawfirm.com

Counsel for Plaintiff in *Bishelli v. Monsanto Co.*, No. 1:19-cv-02356-WJM-NRN (D. Colo.).

Jay Dante Miller, Esq.
Thomas W. Keilty, III, Esq.
LAW OFFICES OF PETER G. ANGELOS, P.C.
100 North Charles Street
22nd Floor
Baltimore, MD 21201
Phone: (410) 649-2000
Email: jmiller@lawpga.com
Email: tkeilty@lawpga.com

Counsel for Plaintiffs in *Kennedy v. Monsanto Co.*, No. 1:19-cv-02496-JKB (D. Md.); *McAllister v. Monsanto Co.*, No. 1:19-cv-02229-CCB (D. Md.).

Wendy R. Fleishman, Esq.
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street
8th Floor
New York, NY 10013
Phone: (212) 355-9500
Email: wfleishman@lchb.com

Karen Elizabeth Evans, Esq.
THE COCHRAN FIRM
1100 New York Avenue, NW
West Tower, Suite 340
Washington, DC 20005
Phone: (202) 682-5800
Email: kevans@cochranfirm.com

Co-counsel for Plaintiffs in *Scott v. Monsanto Co.*, No. 1:19-cv-02498-TNM (D.D.C.).


Dated: September 11, 2019            Respectfully submitted,


                                     /s/ Joe G. Hollingsworth
                                     Joe G. Hollingsworth, Esq.
                                     (jhollingsworth@hollingsworthllp.com)
                                     HOLLINGSWORTH LLP
                                     1350 I Street, N.W.
                                     Washington, D.C. 20005
                                     Phone: (202) 898-5800
                                     Fax:    (202) 682-1639

                                     *Attorneys for Defendant Monsanto Company*