**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | James Avery and Peggy Avery | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02483-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| **2.** | Susan Moore and Terry Moore | Monsanto Co. | Southern District of Ohio (Columbus) | 2:19-cv-03744-GCS-EPD | District Judge George C. Smith |
| **3.** | Paul Troutman and Brenda Troutman | Monsanto Co. | Middle District of Pennsylvania (Harrisburg) | 1:19-cv-01238-JEJ | District Judge John E. Jones, III |