**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on September 12, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Enrique Elliot Adler, Esq.
ADLER LAW GROUP, APLC
402 W. Broadway
Suite 860
San Diego, CA 92101
Phone: (619) 531-8700
Email: eadler@theadlerfirm.com

Counsel for Plaintiffs in *Avery v. Monsanto Co.*, No. 4:19-cv-02483-SNLJ (E.D. Mo.).

Gregory M. Travalio, Esq.
Shawn Kincade Judge, Esq.
Mark H. Troutman, Esq.
ISAAC WILES BURKHOLDER & TEETOR, LLC
Two Miranova Place
Suite 700
Columbus, OH 43215
Phone: (614) 221-2121
Email: gtravalio@isaacwiles.com
Email: sjudge@isaacwiles.com
Email: mtroutman@isaacwiles.com

Counsel for Plaintiffs in *Moore v. Monsanto Co.*, No. 2:19-cv-03744-GCS-EPD (S.D. Ohio).

Jordan A. Marzzacco, Esq.
HANDLER, HENNING & ROSENBERG, LLP
1300 Linglestown Road
Suite 2
Harrisburg, PA 17110
Phone: (717) 238-2000
Email: marzzacco@hhrlaw.com

Counsel for Plaintiffs in *Troutman v. Monsanto Co.*, No. 1:19-cv-01238-JEJ (M.D. Pa.).

Dated: September 12, 2019                Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*