# UNITED STATES DISTRICT COURT
## Southern District of Iowa



| | |
|---|---|
| U.S. Courthouse | Des Moines |
| 123 East Walnut Street | Davenport |
| Des Moines, Iowa 50309 | Council Bluffs |
| | |
| Clerk of Court's Office | o: 515-284-6248 |
| www.iasd.uscourts.gov | f : 515-284-6418 |

September 11, 2019


Jeffery Luth, Clerk of the Panel

Judicial Panel on Multidistrict Litigation

Thurgood Marshall Federal Judicial Building

One Columbus Circle, NE

Room G-255, North Lobby

Washington DC 20002-8004


*In Re:* MDL 2741 Monsanto Company (Roundup).


Dear Mr. Luthi:


Enclosed is a copy of the complaint from the action filed in the Southern District of Iowa, Western Division by plaintiff Brett Carlson, against defendant Monsanto Company please forward this complaint to the panel for review of a Potential Tag-Along Action to the above entitled MDL case.


Should you have any questions, please do not hesitate to contact this office.


Sincerely,
/s/ Donnell Vance
Court Operations Specialist
Phone number 515-323-2862
John S. Courter
CLERK OF COURT