**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on September 13, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

David J. Gallagher, Esq.
MOTHERWAY & NAPLETON, LLP
140 S. Dearborn Street
Suite 1500
Chicago, IL 60603
Phone: (312) 726-2699
Email: dgallagher@mnlawoffice.com

Counsel for Plaintiff in *Rawson v. Bayer Corp.* (*et al.*), No. 1:19-cv-06040 (N.D. Il.).

Thomas Joseph Dammrich, II, Esq.
Peter Francis O'Neill, Esq.
SHOOK, HARDY & BACON LLP
111 South Wacker Drive
Suite 4700
Chicago, IL 60606
Phone: (312) 704-7721
Email: docket@shb.com
Email: pfoneill@shb.com

Counsel for defendant Duke's Hardware, Inc. in *Rawson v. Bayer Corp.* (*et al.*), No. 1:19-cv-06040 (N.D. Il.).

Copies of the foregoing were not served on defendant Bayer Corporation, which has been dismissed in this case prior to removal.

Dated: September 13, 2019                    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*