# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 9/13/19, 9/16/19

**District Court:** D. Minnesota & D. North Dakota

**Number of Actions:** 6

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL