GERALD SINGLETON, SBN 208783
MARK F. FLEMING, SBN 165770
JOHN C. LEMON, SBN 175847
ERIKA L. VASQUEZ, SBN 268205
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel: (619) 771-3473
Fax: (619) 255-1515
Email: gerald@slffirm.com
       mark@slffirm.com
       john@slffirm.com
       erika@slffirm.com

TIMOTHY A. SCOTT, SBN 215074
NICOLAS O. JIMENEZ, SBN 295057
SCOTT TRIAL LAWYERS, APC
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 652-9964
Email: tas@scotttriallawyers.com
       noj@scotttriallawyers.com

Attorneys for Plaintiff BRADLEY RAY POIRIEZ

**SOUTHERN DISTRICT OF CALIFORNIA**

**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| BRADLEY RAY POIRIEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>MONSANTO COMPANY, a Delaware Corporation,<br><br>        Defendant. | Case No: 19cv1043-BEN-LL<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>[Fed.R.Civ.P. Rule 41(a)(1)] |

1  NOTICE IS HEREBY GIVEN that, Pursuant to Federal Rules of Civil Procedure 41(a),
2  Plaintiff Bradley Ray Poiriez, voluntarily dismisses the above-captioned case without prejudice.
3  This notice of dismissal is being filed with the court before service by Defendant of either an
4  answer or a motion for summary judgment.

6  Dated: September 12, 2019             SINGLETON LAW FIRM, APC

                                         By:   *s/ Gerald Singleton*
                                               GERALD SINGLETON
                                               MARK F. FLEMING
                                               JOHN C. LEMON
                                               TIMOTHY A. SCOTT
                                               ERIKA L. VASQUEZ
                                         Attorneys for Plaintiff POIRIEZ