UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION
    Poiriez v. Monsanto Company,    )
        S.D. California, C.A. No. 3:19-01043    )    MDL No. 2741

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Poiriez*) on September 6, 2019. The Panel has now been advised that, pursuant to a notice of voluntary dismissal without prejudice, that *Poiriez*, was dismissed in the Southern District of California on September 12, 2019.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-151" filed on September 6, 2019, is VACATED insofar as it relates to this action.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel