**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Charles Trobona and Debbie Trobona | Monsanto Co., Bayer Corp., and Bayer AG | Eastern District of Louisiana (New Orleans) | 2:19-cv-12294-WBV-DMD | District Judge Wendy B. Vitter |