**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on September 16, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

George W. Healy, IV, Esq.
GEORGE W. HEALY, IV & ASSOCIATES
1323 28th Avenue
Suite A
Gulfport, MS 39501
Phone: (228) 575-4005
Email: gwhealyiv@aol.com

Counsel for Plaintiffs in *Trobona v. Monsanto Co.*, No. 2:19-cv-12294-WBV-DMD (E.D. La.).

Copies of the foregoing were also caused to be served via first class mail on Defendant Bayer Corporation as follows:

> Bayer Corporation
> Attn: General Counsel
> 100 Bayer Blvd.
> Whippany, NJ 07981

Copies of the foregoing were also caused to be served via Fed-Ex on Defendant Bayer AG (which has not been served with the summons or complaint in *Trobona v. Monsanto Co.*, No. 2:19-cv-12294-WBV-DMD (E.D. La.)), as follows:

> Bayer AG
> Attn: General Counsel
> Law, Patents & Compliance
> Building Q 26, 1.008
> 51368 Leverkusen, Germany

2

Dated: September 16, 2019                                  Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*