**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**MDL 2741 - IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**

**NOTICE OF OPPOSITION TO CTO-152**

      I represent Plaintiff Scott Van Der Zandern in the below-captioned action which are included on the Conditional Transfer Order (CTO-152). Plaintiff submits this opposition to the Conditional Transfer Order. I understand that the motion and brief to vacate are due in 14 days.

*Van Der Zanden et al v. Monsanto Company,* Oregon, Civil Action No: 19-cv-01382

      Respectfully submitted,

s/ Michael J. Miller
MICHAEL J. MILLER, ESQ. MD Bar # 33280
Attorneys for Plaintiff
THE MILLER FIRM LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## MDL 2741 - IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

*Van Der Zanden et al v. Monsanto Company,* Oregon, Civil Action No: 19-cv-01382

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2019, Plaintiffs' Notice of Opposition to Conditional Transfer Order 152 was filed electronically via the Panel's ECF filing system. Notice of this filing will be served on all parties of record by operation of the ECF system.

/s/ Michael J. Miller
THE MILLER FIRM, LLC
Michael J. Miller, Esq. MD Bar # 33280
108 Railroad Ave.
Orange, VA 22960
Phone: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com