BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL 2741 |

This Filing Relates To The Following Cases Only:

*Van Der Zanden et al v. Monsanto Company,* Oregon, Civil Action No: 19-cv-01382

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2019, Plaintiffs' Notice of Appearance was filed electronically via the Panel's ECF filing system. Notice of this filing will be served on all parties of record by operation of the ECF system.

Respectfully submitted,

/s/ Michael J. Miller
Michael J. Miller, Esq.
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055