**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**MDL No. 2741 – IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**

**Robert Rawson v. Bayer Corp., et al. N.D. Illinois C.A. No. 1:19-cv-06040**

<u>**NOTICE OF OPPOSITION TO CTO-153**</u>

I represent Plaintiff, ROBERT RAWSON, in the above-captioned action which is included on the conditional transfer order (CTO-153). Plaintiff, ROBERT RAWSON, submits this opposition to the conditional transfer order. I understand that the motion and brief to vacate are due in 14 days.

Sincerely,

*/s/ David J. Gallagher*
Motherway & Napleton, LLP
140 S. Dearborn Street, Suite 1500
Chicago, Illinois 60603
Ph: (312) 726-2699
Fax: (312) 726-6851
dgallagher@mnlawoffice.com

Counsel for Plaintiff, ROBERT RAWSON