BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Dale A. Brunts | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02461-HEA | District Judge Henry Edward Autrey |
| 2. | Douglas G. Jones and Christy A. Jones | Monsanto Co. | Western District of Washington (Tacoma) | 3:19-cv-05806-TLF | Magistrate Judge Theresa L. Fricke |
| 3. | Roger Johnson | Monsanto Co. | Eastern District of Texas (Tyler) | 6:19-cv-00387-JCB | District Judge J. Campbell Barker |
| 4. | Santo Trufolo | Monsanto Co., Bayer AG, and John Does 1-50 | District of New Jersey (Trenton) | 3:19-cv-16839-AET-TJB | Senior District Judge Anne E. Thompson |
| 5. | Kevin Kearns | Monsanto Co. | Eastern District of New York (Central Islip) | 2:19-cv-04984-FB-VMS | District Judge Frederic Block |
| 6. | John Coulter | Monsanto Co. | District of Connecticut (New Haven) | 3:19-cv-01403-KAD | District Judge Kari A. Dooley |
| 7. | Michael Lahote | Monsanto Co. | Eastern District of Michigan (Detroit) | 2:19-cv-12570-DPH-RSW | District Judge Denise Page Hood |
| 8. | Joan Elizabeth Toyer and Ronald Victor Toyer | Monsanto Co. | Western District of Washington (Tacoma) | 3:19-cv-05803-MLP | District Judge Michelle L. Peterson |
| 9. | Carol Ann Huntley | Monsanto Co. | Western District of Washington (Tacoma) | 3:19-cv-05805-RBL | District Judge Ronald B. Leighton |

| | | | | | |
|---|---|---|---|---|---|
| 10. | Barbara Zellers Culler and Timothy Alan Culler | Monsanto Co. | Western District of Washington (Seattle) | 2:19-cv-01369-JCC | District Judge John C. Coughenour |
| 11. | Lance Dylan Mercer | Monsanto Co. | Western District of Washington (Seattle) | 2:19-cv-01373-DWC | Magistrate Judge David W. Christel |
| 12. | Maynard Russell Axelson, individually and as personal representative of the estate of Kathleen Ann Axelson | Monsanto Co. | Western District of Washington (Seattle) | 2:19-cv-01368-BJR | Senior District Judge Barbara J. Rothstein |
| 13. | Leslie A. Ostermeier and Clinton G. Slater | Monsanto Co. | Western District of Washington (Tacoma) | 3:19-cv-05738-BHS | District Judge Benjamin H. Settle |
| 14. | Dick Chapman | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02160-JSM-AEP | District Judge James S. Moody, Jr. |
| 15. | Daniel Richard Mythen | Monsanto Co. | Western District of Washington (Seattle) | 2:19-cv-01372-MAT | Magistrate Judge Mary Alice Theiler |
| 16. | Nicholas C. Jones | Monsanto Co. | Western District of Washington (Tacoma) | 3:19-cv-05804-RBL | Senior District Judge Ronald B. Leighton |
| 17. | Estate of Michael Eugene Schoepper, by and through Susan Watson, as personal representative | Monsanto Co. | District of Oregon (Eugene) | 6:19-cv-01347-AA | District Judge Ann L. Aiken |
| 18. | Deborah Shantzek | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02514-DDN | Magistrate Judge David D. Noce |
| 19. | Alexandre Balaci and Lisa Balaci | Monsanto Co. | Eastern District of Pennsylvania (Allentown) | 5:19-cv-03911-JLS | District Judge Jeffrey L. Schmehl |
| 20. | Karen M. Shields and Scott F. Shields | Monsanto Co. | District of Nevada (Reno) | 3:19-cv-00419-MMD-WGC | Chief Judge Miranda M. Du |
| 21. | Lamar Hancock and Sandra Hancock | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02496-CAS | District Judge Charles A. Shaw |

| 22. | Roger Fenton and Lori Fenton | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02495-CDP | District Judge Catherine D. Perry |
| 23. | Gary Mowles and Gladys Mowles | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02497-JAR | District Judge John A. Ross |
| 24. | Thomas Mark Landgrave | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02486-AGF | District Judge Audrey G. Fleissig |