BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 17, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Richard K. Dowd, Esq.
DOWD AND DOWD, P.C.
211 North Broadway
Suite 4050
St. Louis, MO 63102
Phone: (314) 621-2500
Email: rdowd@dowdlaw.net

Counsel for Plaintiff in *Brunts v. Monsanto Co.*, No. 4:19-cv-02461-HEA (E.D. Mo.).

Corrie Johnson Yackulic, Esq.
CORRIE YACKULIC LAW FIRM, PLLC
110 Prefontaine Place South
Suite 304
Seattle, WA 98104
Phone: (206) 787-1915
Email: corrie@cjylaw.com

Counsel for Plaintiffs in *Douglas G. Jones v. Monsanto Co.*, No. 3:19-cv-05806-TLF (W.D. Wash.); *Nicholas C. Jones v. Monsanto Co.*, No. 3:19-cv-05804-RBL (W.D. Wash.); *Toyer v. Monsanto Co.*, No. 3:19-cv-05803-MLP (W.D. Wash.); *Huntley v. Monsanto Co.*, No. 3:19-cv-05805-RBL (W.D. Wash.); *Culler v. Monsanto Co.*, No. 2:19-cv-01369-JCC (W.D. Wash.); *Mercer v. Monsanto Co.*, No. 2:19-cv-01373-DWC (W.D. Wash.); *Axelson v. Monsanto Co.*, No. 2:19-cv-01368-BJR (W.D. Wash.); *Ostermeier v. Monsanto Co.*, No. 3:19-cv-05738-BHS (W.D. Wash.); *Mythen v. Monsanto Co.*, No. 2:19-cv-01372-MAT (W.D. Wash.).

Brittany Lauren Stewart Clark, Esq.
BARON & BUDD, PC - DALLAS
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Email: bclark@baronbudd.com

Counsel for Plaintiff in *Johnson v. Monsanto Co.*, No. 6:19-cv-00387-JCB (E.D. Tex.).

Derek Scott Fanciullo, Esq.
MATSIKOUDIS & FANCIULLO, LLC
128 Monticello Avenue
Jersey City, NJ 07304
Phone: (201) 915-0407
Email: dfanciullo@mf-legal.com

Counsel for Plaintiff in *Trufolo v. Monsanto Co.*, No. 3:19-cv-16839-AET-TJB (D.N.J.).

Kelly Kristine McNabb, Esq.
Wendy Fleishman, Esq.
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street
8th Floor
New York, NY 10013
Phone: (212) 355-9500
Email: kmcnabb@lchb.com
Email: wfleishman@lchb.com

Counsel for Plaintiff in *Kearns v. Monsanto Co.*, No. 2:19-cv-04984-FB-VMS (E.D.N.Y.).

Kelly E. Reardon, Esq.
THE REARDON LAW FIRM, P.C.
160 Hempstead Street
New London, CT 06320
Phone: (860) 442-0444
Email: kreardon@reardonlaw.com

Counsel for Plaintiff in *Coulter v. Monsanto Co.*, No. 3:19-cv-01403-KAD (D. Conn.).

Wesley D. Merillat, Esq.
CHARLES E. BOYK LAW OFFICES, LLC
405 Madison Avenue
Suite 1200
Toledo, OH 43604
Phone: (419) 241-1395
Email: wmerillat@charlesboyk−law.com

Counsel for Plaintiff in *Lahote v. Monsanto Co.*, No. 2:19-cv-12570-DPH-RSW (E.D. Mich.).

Eric D. Roslansky, Esq.
Austin Johnson Grinder, Esq.
THE RUTH LAW TEAM
8600 4th Street North
PO Box 16847
St. Petersburg, FL 33733
Phone: (727) 327-3222
Email: eroslansky@getjustice.com
Email: agrinder@getjustice.com

Counsel for Plaintiff in *Chapman v. Monsanto Co.*, No. 8:19-cv-02160-JSM-AEP (M.D. Fla.).

Leslie W. O'Leary, Esq.
JOHNSON JOHNSON LUCAS & MIDDLETON, P.C.
975 Oak Street
Suite 1050
Eugene, OR 97401
Phone: (541) 484-2434
Email: loleary@justicelawyers.com

Counsel for Plaintiffs in *Schoepper v. Monsanto Co.*, No. 6:19-cv-01347-AA (D. Or.).

Enrique Elliot Adler, Esq.
ADLER LAW GROUP, APLC
402 West Broadway
Suite 860
San Diego, CA 92101
Phone: (619) 531-8700
Email: eadler@theadlerfirm.com

Counsel for Plaintiffs in *Shantzek v. Monsanto Co.*, No. 4:19-cv-02514-DDN (E.D. Mo.); *Mowles v. Monsanto Co.*, No. 4:19-cv-02497-JAR (E.D. Mo.); *Hancock v. Monsanto Co.*, No. 4:19-cv-02496-CAS (E.D. Mo.); *Fenton v. Monsanto Co.*, No. 4:19-cv-02495-CDP (E.D. Mo.).

Dena Young, Esq.
ROSS FELLER CASEY, LLP
One Liberty Place
1650 Market Street
Suite 3450
Philadelphia, PA 19103
Phone: (215) 574-2000
Email: dyoung@rossfellercasey.com

Counsel for Plaintiffs in *Balaci v. Monsanto Co.*, No. 5:19-cv-03911-JLS (E.D. Pa.).

Jennifer A. Moore, Esq.
MOORE LAW GROUP, LLP
1473 South 4th Street
Louisville, KY 40208
Phone: (502) 717-4080
Email: jennifer@moorelawgroup.com

Co-counsel for Plaintiffs in *Shields v. Monsanto Co.*, No. 3:19-cv-00419-MMD-WGC (D. Nev.).

Terry W. Riedy, Esq.
CANEPA RIEDY ABELE
851 South Rampart Blvd.
Suite 160
Las Vegas, NV 89145
Phone: (702) 304-2335
Email: triedy@canepariedy.com

Co-counsel for Plaintiffs in *Shields v. Monsanto Co.*, No. 3:19-cv-00419-MMD-WGC (D. Nev.).

Kevin R. Duck, Esq.
DUCK LAW FIRM, LLC
5040 Ambassador Caffery Parkway
Suite 200
Lafayette, LA 70508
Phone: (337) 406-1144
Email: krd@ducklawfirm.com

Counsel for Plaintiff in *Landgrave v. Monsanto Co.*, No. 4:19-cv-02486-AGF (E.D. Mo.).

Dated: September 17, 2019                Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*