**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                                                     Benjamin C. Wynn
Clerk of Court                                                                                       Orlando Division Manager

September 16, 2019

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle
District of Florida, to be added as a possible tag along action:

> 6:19-cv-1742-Orl-40GJK                      Filed: 9/6/19

If you should have questions or need additional information, please call me at (407) 835-4200.

ELIZABETH M. WARREN, CLERK

By:        s/M.P., Deputy Clerk

Enclosure

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                    Benjamin C. Wynn
Clerk of Court                                                  Orlando Division Manager


September 16, 2019


Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle
District of Florida, to be added as a possible tag along action:

      6:19-cv-1746-Orl-40EJK        Filed: 9/6/19

If you should have questions or need additional information, please call me at (407) 835-4200.


                ELIZABETH M. WARREN, CLERK

                By:    s/M.P., Deputy Clerk


Enclosure

Case MDL No 2741 Document 1250  Filed 09/18/19  Page 3 of 32

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                              Benjamin C. Wynn
Clerk of Court                                                              Orlando Division Manager

September 16, 2019

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle District of Florida, to be added as a possible tag along action:

      6:19-cv-1748-Orl-78EJK        Filed: 9/9/19

If you should have questions or need additional information, please call me at (407) 835-4200.

                         ELIZABETH M. WARREN, CLERK

                         By:      s/M.P., Deputy Clerk

Enclosure

Case 6:19-cv-01749-Orl-78LRH  Document 1-250  Filed 09/18/19  Page 4 of 32

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                                    Benjamin C. Wynn
Clerk of Court                                                                         Orlando Division Manager


                                    September 16, 2019


Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle
District of Florida, to be added as a possible tag along action:

        6:19-cv-1749-Orl-78LRH              Filed: 9/9/19

If you should have questions or need additional information, please call me at (407) 835-4200.


                              ELIZABETH M. WARREN, CLERK

                              By:      s/M.P., Deputy Clerk


Enclosure

Case MDL No 2741 Document 1250 Filed 09/18/19 Page 5 of 32

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                    Benjamin C. Wynn
Clerk of Court                                    Orlando Division Manager

September 16, 2019

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle District of Florida, to be added as a possible tag along action:

    6:19-cv-1754-Orl-41EJK              Filed: 9/9/19

If you should have questions or need additional information, please call me at (407) 835-4200.

                    ELIZABETH M. WARREN, CLERK

                    By:      s/M.P., Deputy Clerk

Enclosure

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                    Benjamin C. Wynn
Clerk of Court                                                    Orlando Division Manager

September 16, 2019


Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle
District of Florida, to be added as a possible tag along action:

    6:19-cv-1687-Orl-78LRH          Filed: 8/28/19

If you should have questions or need additional information, please call me at (407) 835-4200.


                    ELIZABETH M. WARREN, CLERK

                    By:      s/M.P., Deputy Clerk

Enclosure

Case MDL No 2741 Document 1250 Filed 09/18/19 Page 7 of 32

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                                     Benjamin C. Wynn
Clerk of Court                                                                  Orlando Division Manager

September 16, 2019

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle District of Florida, to be added as a possible tag along action:

     6:19-cv-1684-Orl-41GJK       Filed: 8/28/19

If you should have questions or need additional information, please call me at (407) 835-4200.

               ELIZABETH M. WARREN, CLERK

               By:     s/M.P., Deputy Clerk

Enclosure

Case MDL No. 2741   Document 1250   Filed 09/18/19   Page 8 of 32

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                    Benjamin C. Wynn
Clerk of Court                                                 Orlando Division Manager

September 16, 2019


Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle District of Florida, to be added as a possible tag along action:

    6:19-cv-1674-Orl-78GJK       Filed: 8/27/19

If you should have questions or need additional information, please call me at (407) 835-4200.


             ELIZABETH M. WARREN, CLERK

             By:     s/M.P., Deputy Clerk

Enclosure

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                                     Benjamin C. Wynn
Clerk of Court                                                                    Orlando Division Manager

September 16, 2019

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle
District of Florida, to be added as a possible tag along action:

      6:19-cv-1664-Orl-37LRH        Filed: 8/26/19

If you should have questions or need additional information, please call me at (407) 835-4200.

                ELIZABETH M. WARREN, CLERK

                By:     s/M.P., Deputy Clerk

Enclosure

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                     Benjamin C. Wynn
Clerk of Court                                     Orlando Division Manager

September 16, 2019

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle District of Florida, to be added as a possible tag along action:

      6:19-cv-1661-Orl-41LRH          Filed: 8/26/19

If you should have questions or need additional information, please call me at (407) 835-4200.

      ELIZABETH M. WARREN, CLERK

      By:     s/M.P., Deputy Clerk

Enclosure

Case MDL No. 2741   Document 1250   Filed 09/18/19   Page 11 of 32

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                   Benjamin C. Wynn
Clerk of Court                                                 Orlando Division Manager


September 16, 2019


Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle District of Florida, to be added as a possible tag along action:

        6:19-cv-1660-Orl-40GJK              Filed: 8/26/19

If you should have questions or need additional information, please call me at (407) 835-4200.


                        ELIZABETH M. WARREN, CLERK

                        By:      s/M.P., Deputy Clerk


Enclosure

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                                              Benjamin C. Wynn
Clerk of Court                                                                              Orlando Division Manager

September 16, 2019

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle
District of Florida, to be added as a possible tag along action:

       6:19-cv-1641-Orl-41GJK              Filed: 8/22/19

If you should have questions or need additional information, please call me at (407) 835-4200.


                ELIZABETH M. WARREN, CLERK

                By:     s/M.P., Deputy Clerk

Enclosure

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                    Benjamin C. Wynn
Clerk of Court                                                 Orlando Division Manager

September 16, 2019

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle District of Florida, to be added as a possible tag along action:

      6:19-cv-1640-Orl-41EJK        Filed: 8/22/19

If you should have questions or need additional information, please call me at (407) 835-4200.

                ELIZABETH M. WARREN, CLERK

                By:      s/M.P., Deputy Clerk

Enclosure

Case MDL No. 2741   Document 1250   Filed 09/18/19   Page 14 of 32

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                                 Benjamin C. Wynn
Clerk of Court                                                                  Orlando Division Manager


September 16, 2019


Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle District of Florida, to be added as a possible tag along action:

> 6:19-cv-1632-Orl-37LRH            Filed: 8/22/19

If you should have questions or need additional information, please call me at (407) 835-4200.


ELIZABETH M. WARREN, CLERK

By:       s/M.P., Deputy Clerk


Enclosure

Case MDL No. 2741   Document 1250   Filed 09/16/19   Page 1 of 1

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                         Benjamin C. Wynn
Clerk of Court                                                        Orlando Division Manager

September 16, 2019


Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle
District of Florida, to be added as a possible tag along action:

      6:19-cv-1629-Orl-78LRH          Filed: 8/22/19

If you should have questions or need additional information, please call me at (407) 835-4200.


                  ELIZABETH M. WARREN, CLERK

                  By:     s/M.P., Deputy Clerk

Enclosure

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                                                    Benjamin C. Wynn
Clerk of Court                                                                                   Orlando Division Manager

September 16, 2019

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC 20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle
District of Florida, to be added as a possible tag along action:

   6:19-cv-1589-Orl-40LRH    Filed: 8/21/19

If you should have questions or need additional information, please call me at (407) 835-4200.

       ELIZABETH M. WARREN, CLERK

       By:  s/M.P., Deputy Clerk

Enclosure

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                     Benjamin C. Wynn
Clerk of Court                                                    Orlando Division Manager

September 16, 2019


Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle
District of Florida, to be added as a possible tag along action:

>       6:19-cv-1587-Orl-40EJK              Filed: 8/21/19

If you should have questions or need additional information, please call me at (407) 835-4200.


>                     ELIZABETH M. WARREN, CLERK

>                     By:      s/M.P., Deputy Clerk

Enclosure

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                               Benjamin C. Wynn
Clerk of Court                                               Orlando Division Manager

September 16, 2019

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle District of Florida, to be added as a possible tag along action:

        6:19-cv-1586-Orl-78DCI          Filed: 8/21/19

If you should have questions or need additional information, please call me at (407) 835-4200.

                        ELIZABETH M. WARREN, CLERK

                        By:      s/M.P., Deputy Clerk

Enclosure

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                                    Benjamin C. Wynn
Clerk of Court                                                                    Orlando Division Manager

September 16, 2019

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle
District of Florida, to be added as a possible tag along action:

        6:19-cv-1585-Orl-78GJK                        Filed: 8/21/19

If you should have questions or need additional information, please call me at (407) 835-4200.


                                ELIZABETH M. WARREN, CLERK

                                By:        s/M.P., Deputy Clerk


Enclosure

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                                    Benjamin C. Wynn
Clerk of Court                                                                   Orlando Division Manager

September 16, 2019

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle
District of Florida, to be added as a possible tag along action:

      6:19-cv-1584-Orl-37DCI        Filed: 8/21/19

If you should have questions or need additional information, please call me at (407) 835-4200.

                    ELIZABETH M. WARREN, CLERK

                    By:     s/M.P., Deputy Clerk

Enclosure

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                          Benjamin C. Wynn
Clerk of Court                                                          Orlando Division Manager

September 16, 2019

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle
District of Florida, to be added as a possible tag along action:

   6:19-cv-1582-Orl-78GJK   Filed: 8/21/19

If you should have questions or need additional information, please call me at (407) 835-4200.

       ELIZABETH M. WARREN, CLERK

       By:  s/M.P., Deputy Clerk

Enclosure

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                          Benjamin C. Wynn
Clerk of Court                                          Orlando Division Manager

September 16, 2019


Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle
District of Florida, to be added as a possible tag along action:

        6:19-cv-1581-Orl-37LRH             Filed: 8/21/19

If you should have questions or need additional information, please call me at (407) 835-4200.


                        ELIZABETH M. WARREN, CLERK

                        By:      s/M.P., Deputy Clerk


Enclosure

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                                 Benjamin C. Wynn
Clerk of Court                                                              Orlando Division Manager


September 16, 2019


Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle District of Florida, to be added as a possible tag along action:

    6:19-cv-1580-Orl-40LRH              Filed: 8/20/19

If you should have questions or need additional information, please call me at (407) 835-4200.


                    ELIZABETH M. WARREN, CLERK

                    By:      s/M.P., Deputy Clerk


Enclosure

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                    Benjamin C. Wynn
Clerk of Court                                              Orlando Division Manager


September 16, 2019


Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle
District of Florida, to be added as a possible tag along action:

>      6:19-cv-1579-Orl-41GJK            Filed: 8/20/19

If you should have questions or need additional information, please call me at (407) 835-4200.


                              ELIZABETH M. WARREN, CLERK

                              By:      s/M.P., Deputy Clerk


Enclosure

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                         Benjamin C. Wynn
Clerk of Court                                                         Orlando Division Manager

September 16, 2019


Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle District of Florida, to be added as a possible tag along action:

>        6:19-cv-1578-Orl-40DCI                Filed: 8/20/19

If you should have questions or need additional information, please call me at (407) 835-4200.


>                ELIZABETH M. WARREN, CLERK

>                By:        s/M.P., Deputy Clerk


Enclosure

Case MDL No. 2741 Document 1350 Filed 09/16/19 Page 26 of 32

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                                    Benjamin C. Wynn
Clerk of Court                                                                      Orlando Division Manager

September 16, 2019

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle District of Florida, to be added as a possible tag along action:

      6:19-cv-1538-Orl-78EJK         Filed: 8/19/19

If you should have questions or need additional information, please call me at (407) 835-4200.

                ELIZABETH M. WARREN, CLERK

                By:     s/M.P., Deputy Clerk

Enclosure

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                    Benjamin C. Wynn
Clerk of Court                                                Orlando Division Manager

September 16, 2019

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle District of Florida, to be added as a possible tag along action:

      6:19-cv-1537-Orl-41DCI        Filed: 8/19/19

If you should have questions or need additional information, please call me at (407) 835-4200.

                ELIZABETH M. WARREN, CLERK

                By:     s/M.P., Deputy Clerk

Enclosure

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                        Benjamin C. Wynn
Clerk of Court                                                      Orlando Division Manager

September 16, 2019

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle District of Florida, to be added as a possible tag along action:

        6:19-cv-1536-Orl-78EJK              Filed: 8/19/19

If you should have questions or need additional information, please call me at (407) 835-4200.

                        ELIZABETH M. WARREN, CLERK

                        By:      s/M.P., Deputy Clerk

Enclosure

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                             Benjamin C. Wynn
Clerk of Court                                          Orlando Division Manager


September 16, 2019


Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle
District of Florida, to be added as a possible tag along action:

    6:19-cv-1535-Orl-41GJK              Filed: 8/19/19

If you should have questions or need additional information, please call me at (407) 835-4200.


                    ELIZABETH M. WARREN, CLERK

                    By:      s/M.P., Deputy Clerk


Enclosure

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                                                    Benjamin C. Wynn
Clerk of Court                                                                                  Orlando Division Manager


September 16, 2019


Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle
District of Florida, to be added as a possible tag along action:

      6:19-cv-1534-Orl-41EJK          Filed: 8/19/19

If you should have questions or need additional information, please call me at (407) 835-4200.


                ELIZABETH M. WARREN, CLERK

                By:     s/M.P., Deputy Clerk

Enclosure

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                      Benjamin C. Wynn
Clerk of Court                                    Orlando Division Manager

September 16, 2019


Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle
District of Florida, to be added as a possible tag along action:

        6:19-cv-1533-Orl-37EJK           Filed: 8/19/19

If you should have questions or need additional information, please call me at (407) 835-4200.


                        ELIZABETH M. WARREN, CLERK

                        By:      s/M.P., Deputy Clerk


Enclosure

Case MDL No. 2741 Document 1250 Filed 09/18/19 Page 32 of 32

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                              Benjamin C. Wynn
Clerk of Court                                                              Orlando Division Manager

September 16, 2019

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle District of Florida, to be added as a possible tag along action:

6:19-cv-1522-Orl-37LRH                    Filed: 8/16/19

If you should have questions or need additional information, please call me at (407) 835-4200.

ELIZABETH M. WARREN, CLERK

By:       s/M.P., Deputy Clerk

Enclosure