# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received:** 9/16/19, 9/17/19, 9/18/19

**District Court:** W.D. New York, M.D. Alabama & E.D. Louisiana

Number of Actions: 3

**Complaints and Docket Sheets are attached.**

_____
CLERK OF THE PANEL