**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Grant Sterling | Monsanto Co. and John Does 1 through 100 inclusive | Eastern District of Missouri (St. Louis) | 4:19-cv-02447-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| **2.** | Kenneth Jilk | Monsanto Co. and John Does 1 through 100 inclusive | Eastern District of Missouri (St. Louis) | 4:19-cv-02443-SPM | Magistrate Judge Shirley Padmore Mensah |