**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                      MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| **1.** | Mark E. Wiggins | Monsanto Co. | Western District of Louisiana (Shreveport) | 5:19-cv-01079-SMH-KLH | Chief Judge S. Maurice Hicks, Jr. |
| **2.** | William V. Massey | Monsanto Co. | Western District of Louisiana (Monroe) | 3:19-cv-00786-TAD-KLH | District Judge Terry A. Doughty |
| **3.** | Steven Hilsrenrath | Monsanto Co. | District of New Jersey (Newark) | 2:19-cv-17003-SDW-LDW | District Judge Susan D. Wigenton |
| **4.** | Wayne Bondy | Monsanto Co. | Eastern District of Michigan (Detroit) | 2:19-cv-12468-LJM-EAS | District Judge Laurie J. Michelson |
| **5.** | Robert L. Sells and Barbara J. Sells | Monsanto Co. | Northern District of Iowa (Eastern Waterloo) | 6:19-cv-02057-LRR-KEM | District Judge Linda R. Reade |