## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on September 19, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Richard Lee Root, Esq.
Betsy J. Barnes, Esq.
MORRIS BART, LLC
601 Poydras Street
Suite 2400
New Orleans, LA 70130
Phone: (504) 525-8000
Email: rroot@morrisbart.com
Email: bbarnes@morrisbart.com

Counsel for Plaintiffs in *Wiggins v. Monsanto Co.*, No. 5:19-cv-01079-SMH-KLH (W.D. La.); *Massey v. Monsanto Co.*, No. 3:19-cv-00786-TAD-KLH (W.D. La.).

Christine Cara McIntyre, Esq.
35 Love Lane
Netcong, NJ 07857
Phone: (973) 271-1789
Email: mcichri@gmail.com

Counsel for Plaintiff in *Hilsrenrath v. Monsanto Co.*, No. 2:19-cv-17003-SDW-LDW (D.N.J.).

Olivia Kaitlin Vizachero, Esq.
FLOOD LAW, PLLC
401 North Main Street
Royal Oak, MI 48067
Phone: (248) 547-1032
Email: ovizachero@floodlaw.com

Counsel for Plaintiff in *Bondy v. Monsanto Co.*, No. 2:19-cv-12468-LJM-EAS (E.D. Mich.).

Larry F. Woods, Esq.
LARRY F. WOODS LAW OFFICE
24 North Frederick Ave
Oelwein, IA 50662
Phone: (319) 283-3204
Email: lfwoods@trxinc.com

Counsel for Plaintiffs in *Sells v. Monsanto Co.*, No. 6:19-cv-02057-LRR-KEM (N.D. Iowa).

Dated: September 19, 2019                     Respectfully submitted,

                                              /s/ Joe G. Hollingsworth
                                              Joe G. Hollingsworth, Esq.
                                              (jhollingsworth@hollingsworthllp.com)
                                              HOLLINGSWORTH LLP
                                              1350 I Street, N.W.
                                              Washington, D.C. 20005
                                              Phone: (202) 898-5800
                                              Fax:    (202) 682-1639

                                              *Attorneys for Defendant Monsanto Company*