**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| | Roger Bryant and Judy Bryant | Monsanto Co., Monsanto Management Club-Nitro Plant, Flexsys America Ltd., and Does 1-50 | Southern District of West Virginia (Huntington) | 3:19-cv-00602 | District Judge Robert C. Chambers |