**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on September 19, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Aimee H. Wagstaff, Esq.
ANDRUS & WAGSTAFF
7171 West Alaska Drive
Lakewood, CO 80226
Phone: (303) 376-6360
Email: aimee.wagstaff@ahw-law.com

Kelly Elswick-Hall, Esq.
Marvin W. Masters, Esq.
THE MASTERS LAW FIRM
181 Summers Street
Charleston, WV 25301
Phone: (304) 342-3106
Email: keh@themasterslawfirm.com
Email: mwm@themasterslawfirm.com

Co-counsel for Plaintiffs in *Bryant v. Monsanto Co.* (*et al.*), No. 3:19-cv-00602 (S.D.W. Va.).

Charles M. Love, III, Esq.
Floyd E. Boone, Jr., Esq.
William Montgomery Lorensen, Esq.
BOWLES RICE
600 Quarrier Street
Charleston, WV 25301
Phone: (304) 347-1100
Email: clove@bowlesrice.com
Email: fboone@bowlesrice.com
Email: wlorensen@bowlesrice.com

Counsel for co-defendant Flexsys America, L.P. (erroneously named in the Complaint as Flexsys America Limited) in *Bryant v. Monsanto Co.* (*et al.*), No. 3:19-cv-00602 (S.D.W. Va.).

Co-defendant Monsanto Management Club-Nitro Plant is not being served because it has not entered an appearance in the *Bryant* lawsuit; it is a defunct entity that is no longer in existence; and it does not have a registered agent or anybody else authorized to accept service of process on its behalf.

Dated: September 19, 2019                Respectfully submitted,

                                         /s/ Joe G. Hollingsworth
                                         Joe G. Hollingsworth, Esq.
                                         (jhollingsworth@hollingsworthllp.com)
                                         HOLLINGSWORTH LLP
                                         1350 I Street, N.W.
                                         Washington, D.C. 20005
                                         Phone: (202) 898-5800
                                         Fax:    (202) 682-1639

                                         *Attorneys for Defendant Monsanto Company*