**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on September 20, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Michael C. McKay, Esq.
MCKAY LAW, LLC
5635 N. Scottsdale Road
Suite 170
Scottsdale, AZ 85250
Phone: (480) 681-7000
Email: mmckay@mckaylaw.us

Counsel for Plaintiff in *Gordon v. Monsanto Co.*, No. 2:19-cv-05200-DLR (D. Ariz.).

Copies of the foregoing were also caused to be served via first class mail on co-defendant Bayer Corporation as follows:

    Bayer Corporation
    Attn: General Counsel
    100 Bayer Blvd.
    Whippany, NJ 07981

Dated: September 20, 2019    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*