BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

SCHEDULE OF ACTIONS

|  | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Thomas Swider and Christine Swider | Monsanto Co. | District of New Jersey (Camden) | 1:19-cv-17808-NLH-KMW | District Judge Noel L. Hillman |
| 2. | Robin Galison | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:19-cv-00949-TJC-JRK | District Judge Timothy J. Corrigan |
| 3. | Phillip Alan Lipman | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02060-WFJ-AAS | District Judge William F. Jung |
| 4. | Doreen Manger | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02043-WFJ-AEP | District Judge William F. Jung |
| 5. | Robert Winchester Leonard | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:19-cv-00956-BJD-JBT | District Judge Brian J. Davis |
| 6. | Marco Lezcano | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02059-WFJ-AAS | District Judge William F. Jung |
| 7. | Jack LaPadula | Monsanto Co. | Southern District of Florida (Ft. Pierce) | 2:19-cv-14294-JEM | District Judge Jose E. Martinez |
| 8. | Daniel Farber | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02055-JSM-AEP | District Judge James S. Moody, Jr. |
| 9. | Alan Chipperfield | Monsanto Co. | Middle District of Florida (Ft. Myers) | 2:19-cv-00580-SPC-NPM | District Judge Sheri Polster Chappell |
| 10. | Dunlap Gary | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02040-MSS-SPF | District Judge Mary S. Scriven |

| 11. | Blair Younker, Sr. | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02050-JSM-AAS | District Judge James S. Moody, Jr. |
| --- | --- | --- | --- | --- | --- |
| 12. | Charles Williams | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:19-cv-00955-BJD-JRK | District Judge Brian J. Davis |
| 13. | Gregory Walski | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:19-cv-00954-BJD-PDB | District Judge Brian J. Davis |
| 14. | James Slezak | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:19-cv-00952-MMH-JBT | District Judge Marcia Morales Howard |
| 15. | Judy Turner and Bruce Turner | Monsanto Co. | District of Delaware (Wilmington) | 1:19-cv-01722-MN | District Judge Maryellen Noreika |
| 16. | Alfred Jones and Faye Jones | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02092-JSM-SPF | District Judge James S. Moody, Jr. |
| 17. | Arnold Burtney | Monsanto Co. | Eastern District of Michigan (Detroit) | 2:19-cv-12569-SJM-SDD | District Judge Stephen J. Murphy, III |