**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 20, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Brian J. McCormick, Jr., Esq.
ROSS FELLER CASEY LLP
1650 Market Street
Suite 3450
Philadelphia, PA 19103
Phone: (215) 574-2000
Email: bmccormick@rossfellercasey.com

Counsel for Plaintiffs in *Swider v. Monsanto Co.*, No. 1:19-cv-17808-NLH-KMW (D.N.J.).

T. Michael Morgan, Esq.
G. Katherine Chambers, Esq.
Frank Michael Petosa, Esq.
MORGAN & MORGAN, PA
201 North Franklin Street
7th Floor
Tampa, FL 33602
Phone: (813) 223-5505
Email: mmorgan@forthepeople.com
Email: kathychambers@forthepeople.com
Email: fpetosa@forthepeople.com

Counsel for Plaintiffs in *Galison v. Monsanto Co.*, No. 3:19-cv-00949-TJC-JRK (M.D. Fla.); *Lipman v. Monsanto Co.*, No. 8:19-cv-02060-WFJ-AAS (M.D. Fla.); *Manger v. Monsanto Co.*, No. 8:19-cv-02043-WFJ-AEP (M.D. Fla.); *Leonard v. Monsanto Co.*, No. 3:19-cv-00956-BJD-JBT (M.D. Fla.); *Lezcano v. Monsanto Co.*, No. 8:19-cv-02059-WFJ-AAS (M.D. Fla.); *LaPadula v. Monsanto Co.*, No. 2:19-cv-14294-JEM (S.D. Fla.); *Farber v. Monsanto Co.*, No. 8:19-cv-02055-JSM-AEP (M.D. Fla.); *Chipperfield v. Monsanto Co.*, No. 2:19-cv-00580-SPC-

NPM (M.D. Fla.); *Gary v. Monsanto Co.*, No. 8:19-cv-02040-MSS-SPF (M.D. Fla.); *Younker v. Monsanto Co.*, No. 8:19-cv-02050-JSM-AAS (M.D. Fla.); *Williams v. Monsanto Co.*, No. 3:19-cv-00955-BJD-JRK (M.D. Fla.); *Walski v. Monsanto Co.*, No. 3:19-cv-00954-BJD-PDB (M.D. Fla.); *Slezak v. Monsanto Co.*, No. 3:19-cv-00952-MMH-JBT (M.D. Fla.).

Ian Connor Bifferato, Esq.
THE BIFFERATO FIRM, P.A.
1007 North Orange Street
4th Floor
Wilmington, DE 19801
Phone: (302) 225-7600
Email: cbifferato@tbf.legal

Counsel for Plaintiffs in *Turner v. Monsanto Co.*, No. 1:19-cv-01722-MN (D. Del.).

Jennifer A. Moore, Esq.
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY 40208
Phone: (502) 717-4080
Email: jennifer@moorelawgroup.com

Andrew T. Kagan, Esq.
KAGAN LEGAL GROUP
295 Palmas Inn Way
Suite 6 Palmanova Plaza
Humacao, PR 00791
Phone: (939) 220-2424
Email: Andrew@kaganlegalgroup.com

Co-counsel for Plaintiffs in *Jones v. Monsanto Co.*, No. 8:19-cv-02092-JSM-SPF (M.D. Fla.).

Wesley D. Merillat, Esq.
CHARLES E. BOYK LAW OFFICES, LLC
405 Madison Avenue
Suite 1200
Toledo, OH 43604
Phone: (419) 241-1395
Email: wmerillat@charlesboyk-law.com

Counsel for Plaintiff in *Burtney v. Monsanto Co.*, No. 2:19-cv-12569-SJM-SDD (E.D. Mich.).

Dated: September 20, 2019                    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*