**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                              MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Debra Cardillo | Monsanto Co. | Eastern District of New York (Central Islip) | 2:19-cv-04483-MKB-CLP | District Judge Margo K. Brodie |
| **2.** | Howard Paul and Mary Paul | Monsanto Co. | Western District of Wisconsin (Madison) | 3:19-cv-00622-JDP | District Judge James D. Peterson |
| **3.** | Jennifer Doherty | Monsanto Co. | Western District of Oklahoma (Oklahoma City) | 5:19-cv-00702-HE | Senior District Judge Joe Heaton |
| **4.** | Gregory Robertson | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02045-JSM-CPT | Senior District Judge James S. Moody, Jr. |
| **5.** | Carl Meyers | Monsanto Co. | Middle District of Florida (Ft. Myers) | 2:19-cv-00582-SPC-NPM | District Judge Sheri Polster Chappell |
| **6.** | Robert Mitchell, Sr. | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02038-MSS-AEP | District Judge Mary S. Scriven |
| **7.** | Peter Moscovita | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02046-WFJ-JSS | District Judge William F. Jung |
| **8.** | Anthony Norman | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02042-MSS-SPF | District Judge Mary S. Scriven |
| **9.** | Paul Simonetti | Monsanto Co. | District of New Jersey (Newark) | 2:19-cv-17801-KM-ESK | District Judge Kevin McNulty |
| **10.** | James David Sherrill | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02061-CEH-AAS | District Judge Charlene Edwards Honeywell |

| 11. | Patricia Raymond | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02032-CEH-SPF | District Judge Charlene Edwards Honeywell |
|-----|------------------|--------------|-----------------------------------|-----------------------|------------------------------------------|
| 12. | Alice May O'Connor | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:19-cv-00947-BJD-MCR | District Judge Brian J. Davis |
| 13. | Russell Shaw | Monsanto Co. | Western District of Washington (Seattle) | 2:19-cv-01355-DWC | Magistrate Judge David W. Christel |
| 14. | Thomas Jensen and Marilee Jensen | Monsanto Co. | Western District of Washington (Tacoma) | 3:19-cv-05729-MAT | Magistrate Judge Mary Alice Theiler |
| 15. | Susan Adlman | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:19-cv-00966-BJD-MCR | District Judge Brian J. Davis |
| 16. | Donald Blevins | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02074-MSS-TGW | District Judge Mary S. Scriven |
| 17. | Mark K. Blakeman | Monsanto Co. | Middle District of Florida (Ft. Myers) | 2:19-cv-00597-TPB-NPM | District Judge Thomas P. Barber |