# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 23, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Renee Himmel, Esq.
LAW OFFICES OF RENEE HIMMEL
20 Driftwood Drive
Port Washington, NY 11050
Phone: (516) 356-0614
Email: rrhimmel@aol.com

Counsel for Plaintiff in *Cardillo v. Monsanto Co.*, No. 2:19-cv-04483-MKB-CLP (E.D.N.Y.).

Eric J. Haag, Esq.
ATTERBURY, KAMMER & HAAG, S.C.
8500 Greenway Boulevard
Suite 103
Middleton, WI 53562
Phone: (608) 821-4600
Email: ehaag@wiscinjurylawyers.com

Counsel for Plaintiffs in *Paul v. Monsanto Co.*, No. 3:19-cv-00622-JDP (W.D. Wis.).

E. Diane Hinkle, Esq.
414 SE Washington Boulevard
Private Mail Box 334
Bartlesville, OK 74006
Phone: (918) 335-3859
Email: diane.hinkle@reagan.com

Counsel for Plaintiff in *Doherty v. Monsanto Co.*, No. 5:19-cv-00702-HE (W.D. Okla.).

T. Michael Morgan, Esq.
G. Katherine Chambers, Esq.
Frank Michael Petosa, Esq.
MORGAN & MORGAN, PA
201 North Franklin Street
7th Floor
Tampa, FL 33602
Phone: (813) 223-5505
Email: mmorgan@forthepeople.com
Email: kathychambers@forthepeople.com
Email: fpetosa@forthepeople.com

Counsel for Plaintiffs in *Robertson v. Monsanto Co.*, No. 8:19-cv-02045-JSM-CPT (M.D. Fla.); *Meyers v. Monsanto Co.*, No. 2:19-cv-00582-SPC-NPM (M.D. Fla.); *Mitchell v. Monsanto Co.*, No. 8:19-cv-02038-MSS-AEP (M.D. Fla.); *Moscavita v. Monsanto Co.*, No. 8:19-cv-02046-WFJ-JSS (M.D. Fla.); *Norman v. Monsanto Co.*, No. 8:19-cv-02042-MSS-SPF (M.D. Fla.); *Sherrill v. Monsanto Co.*, No. 8:19-cv-02061-CEH-AAS (M.D. Fla.); *Raymond v. Monsanto Co.*, No. 8:19-cv-02032-CEH-SPF (M.D. Fla.); *O'Connor v. Monsanto Co.*, No. 3:19-cv-00947-BJD-MCR (M.D. Fla.); *Adlman v. Monsanto Co.*, No. 3:19-cv-00966-BJD-MCR (M.D. Fla.); *Blevins v. Monsanto Co.*, No. 8:19-cv-02074-MSS-TGW (M.D. Fla.); *Blakeman v. Monsanto Co.*, No. 2:19-cv-00597-TPB-NPM (M.D. Fla.).

Sindhu Susan Daniel, Esq.
BARON & BUDD PC
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Phone: (214) 523-6615
Email: sdaniel@baronbudd.com

Counsel for Plaintiff in *Simonetti v. Monsanto Co.*, No. 2:19-cv-17801-KM-ESK (D.N.J.).

Sims G. Weymuller, Esq.
Elizabeth Jean McLafferty, Esq.
SCHROETER GOLDMARK & BENDER
810 3rd Avenue
Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Email: Sims@sgb-law.com
Email: mclafferty@sgb-law.com

Counsel for Plaintiffs in *Shaw v. Monsanto Co.*, No. 2:19-cv-01355-DWC (W.D. Wash.); *Jensen v. Monsanto Co.*, No. 3:19-cv-05729-MAT (W.D. Wash.).

Dated: September 23, 2019                              Respectfully submitted,

                                                    /s/ Joe G. Hollingsworth
                                                  Joe G. Hollingsworth, Esq.
                                                  (jhollingsworth@hollingsworthllp.com)
                                                  HOLLINGSWORTH LLP
                                                  1350 I Street, N.W.
                                                  Washington, D.C. 20005
                                                  Phone: (202) 898-5800
                                                  Fax:    (202) 682-1639

                                                  *Attorneys for Defendant Monsanto Company*