**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**AMENDED PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on September 17, 2019 for 24 lawsuits – *Brunts v. Monsanto Co.*, No. 4:19-cv-02461-HEA (E.D. Mo.); *Douglas G. Jones v. Monsanto Co.*, No. 3:19-cv-05806-TLF (W.D. Wash.); *Nicholas C. Jones v. Monsanto Co.*, No. 3:19-cv-05804-RBL (W.D. Wash.); *Toyer v. Monsanto Co.*, No. 3:19-cv-05803-MLP (W.D. Wash.); *Huntley v. Monsanto Co.*, No. 3:19-cv-05805-RBL (W.D. Wash.); *Culler v. Monsanto Co.*, No. 2:19-cv-01369-JCC (W.D. Wash.); *Mercer v. Monsanto Co.*, No. 2:19-cv-01373-DWC (W.D. Wash.); *Axelson v. Monsanto Co.*, No. 2:19-cv-01368-BJR (W.D. Wash.); *Ostermeier v. Monsanto Co.*, No. 3:19-cv-05738-BHS (W.D. Wash.); *Mythen v. Monsanto Co.*, No. 2:19-cv-01372-MAT (W.D. Wash.); *Johnson v. Monsanto Co.*, No. 6:19-cv-00387-JCB (E.D. Tex.); *Trufolo v. Monsanto Co.*, No. 3:19-cv-16839-AET-TJB (D.N.J.); *Kearns v. Monsanto Co.*, No. 2:19-cv-04984-FB-VMS (E.D.N.Y); *Coulter v. Monsanto Co.*, No. 3:19-cv-01403-KAD (D. Conn.); *Lahote v. Monsanto Co.*, No. 2:19-cv-12570-DPH-RSW (E.D. Mich.); *Chapman v. Monsanto Co.*, No. 8:19-cv-02160-JSM-AEP (M.D. Fla.); *Schoepper v. Monsanto Co.*, No. 6:19-cv-01347-AA (D. Or.); *Shantzek v. Monsanto Co.*, No. 4:19-cv-02514-DDN (E.D. Mo.); *Mowles v. Monsanto Co.*, No. 4:19-cv-02497-JAR (E.D. Mo.); *Hancock v. Monsanto Co.*, No. 4:19-cv-02496-CAS (E.D. Mo.); *Fenton v. Monsanto Co.*, No. 4:19-cv-02495-CDP (E.D. Mo.); *Balaci v. Monsanto Co.*, No. 5:19-cv-03911-JLS (E.D. Pa.); *Shields v. Monsanto Co.*, No. 3:19-cv-00419-MMD-WGC (D. Nev.); *Landgrave v. Monsanto Co.*, No. 4:19-cv-02486-AGF (E.D. Mo.) – with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Bayer AG, a co-defendant in *Trufolo v. Monsanto Co.*, No. 3:19-cv-16839-AET-TJB (D.N.J.), was inadvertently omitted in the original Proof of Service which is hereby amended as follows.

Copies of the foregoing were also caused to be served via Fed-Ex on co-defendant Bayer AG (which has not been served with the summons or complaint in *Trufolo v. Monsanto Co.*, No. 3:19-cv-16839-AET-TJB (D.N.J.)), as follows:

>Bayer AG
>Attn: General Counsel
>Law, Patents & Compliance
>Building Q 26, 1.008
>51368 Leverkusen, Germany

Dated: September 24, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*