# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 9/19/19, 9/23/19

**District Court:** E.D. Louisiana & E.D. Arkansas

Number of Actions: 2

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL