BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　MDL No. 2741
LIABILITY LITIGATION

## NOTICE OF POTENTIAL TAG-ALONG ACTION

### SCHEDULE OF ACTIONS

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|----------------|---------------|--------------|----------------------|-----------|
| 1. | Vonta Mae Palframan and David Palframan | Monsanto Company | Western District of Michigan | 1:19-cv-00750-PLM-RSK | Paul L. Maloney |

**VARNUM, LLP**
Attorneys for Plaintiffs Vonta Mae Palframan and David Palframan

Dated:  September 25, 2019

By: /s/*Brion B. Doyle*
　　　Adam J. Brody (P62035)
　　　Brion B. Doyle (P67870)
　　　Seth B. Arthur (P82033)
Business Address, Telephone, and E-mail:
　　　Bridgewater Place, P.O. Box 352
　　　Grand Rapids, MI 49501-0352
　　　(616) 336-6000
　　　ajbrody@varnumlaw.com
　　　bbdoyle@varnumlaw.com
　　　sbarthur@varnumlaw.com

15389368_1.docx