UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                                             MDL No. 2741

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −155)

On October 3, 2016, the Panel transferred 19 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 214 F.Supp.3d 1346 (J.P.M.L. 2016). Since that time, 1,698 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Vince Chhabria.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Chhabria.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 3, 2016, and, with the consent of that court, assigned to the Honorable Vince Chhabria.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                          MDL No. 2741

### SCHEDULE CTO−155 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| ARIZONA | | | |
| AZ | 2 | 19−05200 | Gordon v. Monsanto Company et al |
| CONNECTICUT | | | |
| CT | 3 | 19−01403 | Coulter v. Monsanto Company |
| DELAWARE | | | |
| DE | 1 | 19−01722 | Turner et al v. Monsanto Company |
| FLORIDA MIDDLE | | | |
| FLM | 2 | 19−00580 | Chipperfield v. Monsanto Company |
| FLM | 2 | 19−00692 | Moxlow−Harris et al v. Monsanto Company |
| FLM | 3 | 19−00949 | Galison v. Monsanto Company |
| FLM | 3 | 19−00952 | Slezak v. Monsanto Company |
| FLM | 3 | 19−00954 | Walski v. Monsanto Company |
| FLM | 3 | 19−00955 | Williams v. Monsanto Company |
| FLM | 3 | 19−00956 | Leonard v. Monsanto Company |
| FLM | 8 | 19−02040 | Gary v. Monsanto Company |
| FLM | 8 | 19−02043 | Manger v. Monsanto Company |
| FLM | 8 | 19−02050 | Younker v. Monsanto Company |
| FLM | 8 | 19−02055 | Farber v. Monsanto Company |
| FLM | 8 | 19−02059 | Lezcano v. Monsanto Company |
| FLM | 8 | 19−02060 | Lipman v. Monsanto Company |
| FLM | 8 | 19−02092 | Jones et al v. Monsanto Company |
| FLM | 8 | 19−02160 | Chapman v. Monsanto Company |
| FLORIDA SOUTHERN | | | |
| FLS | 2 | 19−14294 | LaPadula v. Monsanto Company |
| IOWA NORTHERN | | | |

| | | | |
|---|---|---|---|
| IAN | 6 | 19−02057 | Sells et al v. Monsanto Company |

**LOUISIANA EASTERN**

| | | | |
|---|---|---|---|
| LAE | 2 | 19−12661 | Blanchard v. Monsanto Company |

**LOUISIANA WESTERN**

| | | | |
|---|---|---|---|
| LAW | 3 | 19−00786 | Massey v. Monsanto Co |
| LAW | 5 | 19−01079 | Wiggins v. Monsanto Company |

**MICHIGAN EASTERN**

| | | | |
|---|---|---|---|
| MIE | 2 | 19−12468 | Bondy v. Monsanto Company |
| MIE | 2 | 19−12569 | Burtney v. Monsanto Company |
| MIE | 2 | 19−12570 | Lahote v. Monsanto Company |

**MISSOURI EASTERN**

| | | | |
|---|---|---|---|
| MOE | 4 | 19−02443 | Jilk v. Monsanto Company et al |
| MOE | 4 | 19−02447 | Sterling v. Monsanto Company et al |
| MOE | 4 | 19−02461 | Brunts v. Monsanto Company |
| MOE | 4 | 19−02486 | Landgrave v. Monsanto Company |
| MOE | 4 | 19−02495 | Fenton et al v. Monsanto Company |
| MOE | 4 | 19−02496 | Hancock et al v. Monsanto Company |
| MOE | 4 | 19−02497 | Mowles et al v. Monsanto Company |
| MOE | 4 | 19−02514 | Shantzek v. Monsanto Company |

**NEVADA**

| | | | |
|---|---|---|---|
| NV | 3 | 19−00419 | Shields et al v. Monsanto Company |

**NEW JERSEY**

| | | | |
|---|---|---|---|
| NJ | 1 | 19−17808 | SWIDER et al v. MONSANTO COMPANY |
| NJ | 2 | 19−17003 | HILSRENRATH v. MONTSANTO COMPANY |
| NJ | 3 | 19−16839 | TRUFOLO v. MONSANTO CO et al |

**NEW YORK EASTERN**

| | | | |
|---|---|---|---|
| NYE | 2 | 19−04984 | Kearns v. Monsanto Company |

**OREGON**

| | | | |
|---|---|---|---|
| OR | 6 | 19−01347 | Estate of Michael Eugene Schoepper v. Monsanto Company |

**PENNSYLVANIA EASTERN**

| | | | |
|---|---|---|---|
| PAE | 5 | 19−03911 | BALACI et al v. MONSANTO COMPANY |

**TEXAS EASTERN**

| | | | |
|---|---|---|---|
| TXE | 6 | 19−00387 | Johnson v. Monsanto Company |

WASHINGTON WESTERN

| | | | |
|---|---|---|---|
| WAW | 2 | 19−01368 | Axelson et al v. Monsanto Company |
| WAW | 2 | 19−01369 | Culler et al v. Monsanto Company |
| WAW | 2 | 19−01372 | Mythen v. Monsanto Company |
| WAW | 2 | 19−01373 | Mercer v. Monsanto Company |
| WAW | 3 | 19−05738 | Ostermeier et al v. Monsanto Company |
| WAW | 3 | 19−05803 | Toyer et al v. Monsanto Company |
| WAW | 3 | 19−05804 | Jones v. Monsanto Company |
| WAW | 3 | 19−05805 | Huntley v. Monsanto Company |
| WAW | 3 | 19−05806 | Jones et al v. Monsanto Company |

WEST VIRGINIA SOUTHERN

| | | | |
|---|---|---|---|
| WVS | 3 | 19−00602 | Bryant et al v. Monsanto Company et al |