**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| | Plaintiff | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| | John Thomas Moore, Jr. | Monsanto Co., Cent. Ala. Farmers Coop., Inc., and Helena Agri-Enters., LLC | Southern District of Alabama (Selma) | 2:19-cv-00707-KD-N | Chief District Judge Kristi K. DuBose |