**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on September 26, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

John Everett Tomlinson, Esq.
Jere L. Beasley, Esq.
LaBarron N. Boone, Esq.
Rhon E. Jones, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Phone: (334) 269-2343
Email: john.tomlinson@beasleyallen.com
Email: kathy.eckermann@beasleyallen.com
Email: labarron.boone@beasleyallen.com
Email: rhon.jones@beasleyallen.com

Counsel for Plaintiff in *Moore v. Monsanto Co.*, *et al.*, No. 2:19-cv-00707-KD-N (S.D. Ala.).

Jana Russell Garner, Esq.
JRG LAW OFFICES, LLC PO
310 Broad Street
Trustmark Bank Building, 2nd Floor
Suite 200
Selma, AL 36701
Phone: (334) 407-9603
Email: jana@janagarner.com

Counsel for co-defendant Helena Agri-Enterprises, LLC in *Moore v. Monsanto Co.*, *et al.*, No. 2:19-cv-00707-KD-N (S.D. Ala.).

Stanley Dagnal Rowe, Jr., Esq.
Lawrence C. Weaver, Esq.
WILMER & LEE, P.A.
100 Washington Street
Suite 200
Huntsville, Alabama 35801
Phone: (256) 533-0202
Email: drowejr@wilmerlee.com
Email: lweaver@wilmerlee.com

Counsel for co-defendant Central Alabama Farmers Cooperative, Inc. in *Moore v. Monsanto Co.*, *et al*., No. 2:19-cv-00707-KD-N (S.D. Ala.).


Dated: September 26, 2019                    Respectfully submitted,


                                             /s/ Joe G. Hollingsworth
                                             Joe G. Hollingsworth, Esq.
                                             (jhollingsworth@hollingsworthllp.com)
                                             HOLLINGSWORTH LLP
                                             1350 I Street, N.W.
                                             Washington, D.C. 20005
                                             Phone: (202) 898-5800
                                             Fax:    (202) 682-1639

                                             *Attorneys for Defendant Monsanto Company*