**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**BAYER AG'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant Bayer AG hereby notifies the Clerk of the Panel of the potential tag-along action listed on the attached Schedule of Action.

The docket sheet and complaint for the potential tag-along action are attached.

Bayer AG does not waive any legal defenses and expressly reserves its right to raise any and all legal defenses in subsequent proceedings, including but not limited to improper service of process and lack of personal jurisdiction.

Dated: September 26, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Bayer AG*

1