# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on September 26, 2019 with the Clerk of the JPML using the CM/ECF system.  Copies of the foregoing were also caused to be served via first class mail upon plaintiff:

Ralph A. Applegate  
1544 Zettler Road  
Columbus, OH 43227

Plaintiff, *pro se*, in *Applegate v. Bayer AG*, No. 2:19-cv-04264-GCS-EPD (S.D. Ohio).

Dated: September 26, 2019              Respectfully submitted,

/s/ Joe G. Hollingsworth  
Joe G. Hollingsworth, Esq.  
(jhollingsworth@hollingsworthllp.com)  
HOLLINGSWORTH LLP  
1350 I Street, N.W.  
Washington, D.C. 20005  
Phone: (202) 898-5800  
Fax:    (202) 682-1639

*Attorneys for Defendant Bayer AG*

1