JURY

# U.S. District Court
# Southern District of Ohio (Columbus)
# CIVIL DOCKET FOR CASE #: 2:19-cv-04264-GCS-EPD

Applegate v. Bayer AG  
Assigned to: Judge George C. Smith  
Referred to: Magistrate Judge Elizabeth Preston Deavers  
Demand: $75,000  
Case in other court: Franklin County Court of Common Pleas, 19CV-08-06825  
Cause: 28:1332 Diversity-Product Liability

Date Filed: 09/24/2019  
Jury Demand: Plaintiff  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

**Plaintiff**

**Ralph A. Applegate**     represented by **Ralph A. Applegate**  
1544 Zettler Road  
Columbus, OH 43227  
614-432-3964  
PRO SE

V.

**Defendant**

**Bayer AG**     represented by **David P Strup**  
Shumaker, Loop & Kendrick, LLP  
1000 Jackson Street  
Toledo, OH 43604  
419-321-1306  
Fax: 419-241-6894  
Email: dstrup@slk-law.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/24/2019 | 1 | NOTICE OF REMOVAL from Franklin County Court of Common Pleas, case number 19CV-08-6825 ( Filing fee $ 400 paid – receipt number: 0648-7123416), filed by Bayer AG. (Attachments: # 1 Exhibit Summons and Complaint for State Court Action, # 2 Exhibit Complaint in Applegate v. Monsanto, # 3 Exhibit Notice of Filing Notice of Removal, # 4 Civil Cover Sheet) (Strup, David) (Entered: 09/24/2019) |
| 09/24/2019 | 2 | COMPLAINT with JURY DEMAND against Bayer AG filed in the Franklin County Court of Common Pleas as Case No. 19CV006825 on 08/22/19 filed by Ralph A. Applegate. (mdr) (Entered: 09/25/2019) |
| 09/25/2019 | | Set/Reset Deadlines: Bayer AG answer due 10/1/2019. (mdr) (Entered: 09/25/2019) |

Case: 2:19-cv-04216-ALC-SDA Document 1-2 Filed: 09/24/19 Page: 1 of 42 PAGEID #: 67
Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Aug 22 11:56 AM-19CV006825
0E808 - V55

IN FRANKLIN COUNTY COURT of COMMON PLEAS
CIVIL DIVISION
373 SOUTH HIGH STREET
COLUMBUS ,OHIO43215

RALPH A. APPLEGATE
1544 ZETTLER ROAD
COLUMBUS ,OHIO 43227
PLAINTIFF,

vs

BAYERAG
100 BAYER ROAD
PITTSBURGH ,PA. 15205
DEFENDANT,

CASE NO:
JUDGE:

PLAINTIFF PRO SE APPLEGATE"S COMPLAINT for
FRAUDULENT CONCEALMENT

1. Complaint is precisely all about defendant BayerAG bad faith towards settlement in which BayerAG has a duty to Pro Se Applegate . Plaintiff Pro Se Applegate is now age 87 , no longer a gardener, and very hard of hearing .

2. Pro Se Applegate's original demand was for settlement only. "Decisions whether to settle a civil matter, must also be made by clients ". American Bar Association, Settlement offers: client is always right. March,

p.1

Case: 2:19-cv-04216-ALM-EPD Doc #: 1-17 Filed: 09/24/19 Page: 3 of 43 PAGEID #: 68
Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Aug 22 11:56 AM-19CV006825
0E808 - V56

2016, Peter Geraghty .Ninety five(95) percent of cases settle before trial.

3. Pro Se Applegate has four(4) proofs that Roundup causes Non Hodgkins Lymphoma, Cause and Effect, ChromiumVI , Arsenic, and Roundup .

4. After May 20,2015, under agreement, Scott's Miracle -Gro Co., Marysville, Ohio, will have paid Monsanto Co., a one -time upfront payment of $300 million for a Roundup brand license, extended agency and technology agreement. Scott's may be manufacturing Roundup now. Scott's, knowingly, had been and still is continuing to distribute and market Roundup, and continues to conceal fact from American public that Roundup contains five(5)known heavy metals, including Chromium, and Arsenic, which Pro Se Applegate has proven by Dimensional Analysis, inter alia, that Chromium and Arsenic cause Non Hodgkins Lymphoma's. Arsenic was a known liver, lung and other cancer cause before 1974. No Glyphosate chelation by urine record is found .

5. On, or before December 25, 2017, it appears that Nicholaus DeFarge, Gilles Seralini's partner, Pro Se Applegate is not absolutely certain of date, by mass spectrometry ,"Identified arsenic, chromium,

Case: 2:19-cv-04216-ALM-CMV Doc #: 1-7 Filed: 09/24/19 Page: 3 of 4 PAGEID #: 69
Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Aug 22 11:56 AM-19CV006825
0E808 - V57

cobalt, lead, and nickel in Roundup ". DeFarge also proved that Glyphosate was not a major toxic compound in Roundup ". Meaning, contrarily, even though Glyphosate percentage in Roundup was as high as 48 percent , it could not be possible to prove that Glyphosate caused NHL's. DeFarge also proved that " There is no instance in which Glyphosate reaches toxicity of any formulant , either in formulations or alone ." Gilles Seralini report, p. 17 of 31, 2nd paragraph, sentences 3,4, and 5, which Pro Se Applegate did not receive until August 6, 2019, at 2:18 p.m.

6. Effective June 29, 2018, or about, BayerAG bought Monsanto Co.

7. On December 22, 2018 at 10:44 p.m., Pro Se Applegate e-mailed BayerAG at email "info@bayer.com ,there was still no good faith communication by BayerAG with respect to settlement with Pro Se Applegate , even though BayerAG owned Monsanto Co. since June 29, 2018, for six(6) months ?

8 . Pro Se Applegate, at no time, whatsoever, in 2018, recollects Joe Hollingsworth/ Heather Pigman, attorneys for

p.3

Case: 2:19-cv-04126-ALC-EPD Doc #: 1-17 Filed: 09/24/19 Page: 4 of 5 PAGEID #: 70
Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Aug 22 11:56 AM-19CV006825
0E808 - V58

Monsanto Co./ BayerAg acting at any time in good faith settlement with Pro Se Applegate, period.

9. December 25, 2018, 11:31 p.m., was Pro Se Applegate's last e-mail settlement message with Heather Pigman.

10. Sometime between December 26, 2018, and before Saturday, January19, 2019, BayerAG unexpectedly e-mailed Pro Se Applegate, apparently in good faith, their e-mail, "project-team@bayer.com", why is not known, Pro Se Applegate had returned their e-mail, but, has never heard from BayerAG, again. Pro Se Applegate likely misfiled it.

11. On January 20, 2019, 4:55 p.m., Pro Se Applegate in an e-mail to BayerAG at e-mail " project -team@bayer.com , that which BayerAG 1st time e-mailed earlier to Pro Se Applegate with instructions, Pro Se Applegate said " I have asked this before, will you agree, Werner Bauman, to anything regarding cause of NHL, that I have found ? One admitting will begin it .

12. There was no BayerAG good faith answer.

JURISDICTION

p.4

Case: 2:19-cv-04026-ALM-EPD Doc #: 1-2 Filed: 09/24/19 Page: 5 of 46 PAGEID #: 71
Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Aug 22 11:56 AM-19CV006825
0E808 - V59

13. This Court has subject matter jurisdiction pursuant to 28 U.S.C. Chapter 1332, Americans With Disabilities Act, ~~~~~~~~~~ and Franklin County Ohio Common Pleas Court Settlement Rule 33.02. Plaintiff seeks damages far in excess of $75,000.

14. This court has personal jurisdiction over BayerAG who has historically been authorized to conduct business in and from state of Ohio, by way of sale of Bayer aspirin, maintains and carries on systematic and continuous contacts at least by way of Scott's Lawn and Garden, Marysville, Ohio, and Lowe's, regularly transacts business within this judicial district, and regularly avails itself of benefits of this judicial district, as well as all other states of our United States.,

15. BayerAG by way of purchase of Monsanto Co., on June 29, 2018 accepts duty and responsibility for Monsanto Co. who caused tortious injury by acts and omissions in this judicial district and caused tortious injury in this district by acts and omissions outside this district while regularly doing and soliciting business, engaging in a persistent course of conduct, and deriving substantial revenue from goods used or

Case: 2:19-cv-04016-ALM-EPD Doc #: 1-7 Filed: 09/24/19 Page: 6 of 47 PAGEID #: 72
Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Aug 22 11:56 AM-19CV006825
0E808 - V60

consumed and services rendered in this judicial district. BayerAg consents to negotiate settlements and to be sued in Ohio.

## VENUE

16. Venue is proper before this Court pursuant to 28 U.S.C. Chapter 1391, Rule 33.02 is relevant, because a substantial part of events or omissions giving rise to this claim, including manufacture, distribution, and sale of Roundup, occurred in this district.

17. Plaintiff, residing at 1544 Zettler Road, Columbus, Ohio, 43227, 1st used, and was 1st exposed at that address and injured by wrongful acts and wrongful conduct by Monsanto Co., now owned by defendant BayerAg.

## STATUE of LIMITATIONS

18. Nevertheless, Pro Se Applegate agrees that December 25, 2017 began Pro Se Applegate's six(6)year statute of limitations for Fraudulent concealment. "Doctrine of Fraudulent Concealment Postpones a Limitation Period ." R. Trevor Todd, February 17, 2013

## FRAUDULENT CONCEALMENT

19. In a 1st element, defendant BayerAG, now owner of

p.6

Monsanto Co., who originally represented where there was a duty to disclose, a concealment of fact that Chromium and Arsenic were ingredients in Roundup. Defendant BayerAG continues to conceal facts that Chromium and Arsenic were and still are ingredients in Roundup, and that those ingredients cause Roundup to cause NHL's.

20. 2nd element, continuing concealment of facts by defendant BayerAG, that Chromium and Arsenic are ingredients in Roundup are material in nature to this lawsuit.

21. 3rd element, defendant BayerAG's continuing concealment of facts that Arsenic and Chromium were ingredients in Roundup was made falsely with knowledge of its falsity or with utter disregard or recklessness as to whether it is true or false that knowledge may be inferred.

22. 4th element, defendant BayerAG's continuing concealment of facts that Arsenic and Chromium were ingredients in Roundup were made with intent of misleading another to rely upon said misrepresentation or concealment.

Case: 2:19-cv-04016-ALG-CMV Doc #: 1-17 Filed: 09/24/19 Page: 8 of 9 PAGEID #: 74
Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Aug 22 11:56 AM-19CV006825
0E808 - V62

23. 5th element, defendant BayerAG's continuing concealment of facts that Arsenic and Chromium were ingredients in Roundup resulted in Pro Se Applegate justifiably relying upon that representation or concealment.

24. 6th element, defendant BayerAG's continuing concealment of facts that Arsenic and Chromium were ingredients in Roundup proximately caused serious injury to Pro Se Applegate .

## PUNITIVE DAMAGES

25. Plaintiff Pro Se waives punitive damages because defendant BayerAg can not eventually pay them, even if ordered to pay $147 billion in damages because Australian plaintiff's are now suing!

## JURY TRIAL DEMAND

26. Plaintiff Pro Se waves a jury trial on all triable questions within unless defendant BayerAG continues to act in bad faith in settlement negotiations .

## RELIEF REQUESTED

27. Wherefore, because judge of this Court has discretion to order defendant BayerAG conduct settlement negotiations with Pro Se

p.8

Case: 2:19-cv-02264-EPD Doc #: 12 Filed: 09/24/19 Page: 4 of 4 PAGEID #: 75
Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Aug 22 11:56 AM-19CV006825
0E808 - V63

Applegate , pursuant to Rule 33.02, Pro Se requests judge of this Court to so order towards settlement :

    a. $3,000,000. in medical expenses .

    b. $7,000,000. in anguish and pain .

    c. $2,000,000. in future expenses

    d. $4,000,000. in research expenses to prepare pleadings .

Respectfully submitted

Signed _Ralph A. Applegate_
Ralph A. Applegate, Plaintiff , Pro Se
1544 Zettler Road
Columbus, Ohio 43227
rapplegate48@gmail.com
914-410-1568