BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|     | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|-----|---------------|---------------|--------------|----------------------|-----------|
| 1.  | Paula Friesen | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02112-WFJ-AAS | District Judge William F. Jung |
| 2.  | Michael Herzek | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02079-JSM-AEP | Senior District Judge James S. Moody, Jr. |
| 3.  | Michael Catalano | Monsanto Co. | Southern District of Florida (Ft. Pierce) | 2:19-cv-14298-RLR | District Judge Robin L. Rosenberg |
| 4.  | Santiago Gallegos | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02102-TPB-AEP | District Judge Thomas P. Barber |
| 5.  | Donna Winn | Monsanto Co. | Southern District of Florida (Key West) | 4:19-cv-10137-JEM | District Judge Jose E. Martinez |
| 6.  | Charles Jenkins | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02099-TPB-AAS | District Judge Thomas P. Barber |
| 7.  | Linda LaCount | Monsanto Co. | Southern District of Florida (Ft. Pierce) | 2:19-cv-14299-RLR | District Judge Robin L. Rosenberg |
| 8.  | Rodney Fields | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02077-SDM-SPF | Chief District Judge Steven D. Merryday |
| 9.  | Theresa Lawrence | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02087-MSS-AAS | District Judge Mary S. Scriven |
| 10. | Gary Lewis | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:19-cv-00968-MMH-JBT | District Judge Marcia Morales Howard |

| | | | | | |
|---|---|---|---|---|---|
| 11. | Maxie Hardison | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02081-WFJ-AAS | District Judge William F. Jung |
| 12. | Suzi Aytim | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02450-AGF | District Judge Audrey G. Fleissig |
| 13. | Floyd Sharpe and Kimberly Sharpe | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02451-SPM | Magistrate Judge Shirley Padmore Mensah |
| 14. | Guy Harris and Elizabeth Harris | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02452-JMB | Magistrate Judge John M. Bodenhausen |
| 15. | Gerald Quintrell and Theresia Quintrell | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02441-PLC | Magistrate Judge Patricia L. Cohen |
| 16. | Valinda Singleton | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02442-NCC | Magistrate Judge Noelle C. Collins |
| 17. | Onyl Santiago and Caryn Santiago | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02444-JAR | District Judge John A. Ross |
| 18. | James Seigler and Donna Seigler | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02445-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 19. | Rosie L. Green | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02449-NAB | Chief Magistrate Judge Nannette A. Baker |
| 20. | Shirley J. Planche | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02448-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 21. | Raymond R. Murawski | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02131-CEH-AEP | District Judge Charlene Edwards Honeywell |
| 22. | Donald Passaro | Monsanto Co. | Middle District of Florida (Ft. Myers) | 2:19-cv-00595-TPB-MRM | District Judge Thomas P. Barber |
| 23. | Efrain Torres | Monsanto Co. | Southern District of Florida (Ft. Lauderdale) | 0:19-cv-62093-RS | District Judge Rodney Smith |
| 24. | Steven Weinhouse | Monsanto Co. | Southern District of Florida (West Palm Beach) | 9:19-cv-81182-WPD | District Judge William P. Dimitrouleas |
| 25. | Bertram Sieger | Monsanto Co. | Southern District of Florida (Ft. Lauderdale) | 0:19-cv-62122-WPD | District Judge William P. Dimitrouleas |

| | | | | | |
|---|---|---|---|---|---|
| **26.** | Richard Saichek | Monsanto Co. | Southern District of Florida (West Palm Beach) | 9:19-cv-81169-RS | District Judge Rodney Smith |
| **27.** | Marc Ruddy | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02098-WFJ-AEP | District Judge William F. Jung |
| **28.** | Jack Newmark | Monsanto Co. | Southern District of Florida (West Palm Beach) | 9:19-cv-81175-RLR | District Judge Robin L. Rosenberg |
| **29.** | Simeon Cajina | Monsanto Co. | Southern District of Florida (Miami) | 1:19-cv-23505-DPG | District Judge Darrin P. Gayles |
| **30.** | Hiram Carriere | Monsanto Co. | Southern District of Texas (Houston) | 4:19-cv-03304 | District Judge Vanessa D. Gilmore |
| **31.** | Lisa Paoletti | Monsanto Co. | Middle District of Florida (Ft. Myers) | 2:19-cv-00593-SPC-NPM | District Judge Sheri Polster Chappell |
| **32.** | James Stanton | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:19-cv-00971-MMH-PDB | District Judge Marcia Morales Howard |
| **33.** | Wilbur Staber | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02085-MSS-CPT | District Judge Mary S. Scriven |
| **34.** | Patrick Watson | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:19-cv-00994-MMH-JRK | District Judge Marcia Morales Howard |
| **35.** | Miriam Perez and Pedro Perez | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02234-MSS-JSS | District Judge Mary S. Scriven |
| **36.** | Sharon Ackerman, Individually and as Personal Representative of the Estate of Wayne Ackerman | Monsanto Co. | Middle District of Florida (Ocala) | 5:19-cv-00418-JSM-PRL | Chief District Judge James S. Moody, Jr. |
| **37.** | Violet Redd | Monsanto Co. | Northern District of Florida (Pensacola) | 3:19-cv-03382-MCR-EMT | District Judge M. Casey Rodgers |
| **38.** | William A. Durrance | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02171-MSS-JSS | District Judge Mary S. Scriven |
| **39.** | Kenyatta Crosby | Monsanto Co. | Northern District of Florida (Pensacola) | 3:19-cv-03319-RV-EMT | Senior Judge Roger Vinson |