**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 27, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

T. Michael Morgan, Esq.
G. Katherine Chambers, Esq.
Frank Michael Petosa, Esq.
MORGAN & MORGAN, PA
201 North Franklin Street
7th Floor
Tampa, FL 33602
Phone: (813) 223-5505
Email: mmorgan@forthepeople.com
Email: kathychambers@forthepeople.com
Email: fpetosa@forthepeople.com

Counsel for Plaintiffs in *Friesen v. Monsanto Co.*, No. 8:19-cv-02112-WFJ-AAS (M.D. Fla.); *Herzek v. Monsanto Co.*, No. 8:19-cv-02079-JSM-AEP (M.D. Fla.); *Catalano v. Monsanto Co.*, No. 2:19-cv-14298-RLR (S.D. Fla.); *Gallegos v. Monsanto Co.*, No. 8:19-cv-02102-TPB-AEP (M.D. Fla.); *Winn v. Monsanto Co.*, No. 4:19-cv-10137-JEM (S.D. Fla.); *Jenkins v. Monsanto Co.*, No. 8:19-cv-02099-TPB-AAS (M.D. Fla.); *LaCount v. Monsanto Co.*, No. 2:19-cv-14299-RLR (S.D. Fla.); *Fields v. Monsanto Co.*, No. 8:19-cv-02077-SDM-SPF (M.D. Fla.); *Lawrence v. Monsanto Co.*, No. 8:19-cv-02087-MSS-AAS (M.D. Fla.); *Lewis v. Monsanto Co.*, No. 3:19-cv-00968-MMH-JBT (M.D. Fla.); *Hardison v. Monsanto Co.*, No. 8:19-cv-02081-WFJ-AAS (M.D. Fla.); *Passaro v. Monsanto Co.*, No. 2:19-cv-00595-TPB-MRM (M.D. Fla.); *Torres v. Monsanto Co.*, No. 0:19-cv-62093-RS (S.D. Fla.); *Weinhouse v. Monsanto Co.*, No. 9:19-cv-81182-WPD (S.D. Fla.); *Sieger v. Monsanto Co.*, No. 0:19-cv-62122-WPD (S.D. Fla.); *Saichek v. Monsanto Co.*, No. 9:19-cv-81169-RS (S.D. Fla.); *Ruddy v. Monsanto Co.*, No. 8:19-cv-02098-WFJ-AEP (M.D. Fla.); *Newmark v. Monsanto Co.*, No. 9:19-cv-81175-RLR (S.D. Fla.); *Cajina v. Monsanto Co.*, No. 1:19-cv-23505-DPG (S.D. Fla.); *Paoletti v. Monsanto Co.*, No.

2:19-cv-00593-SPC-NPM (M.D. Fla.); *Stanton v. Monsanto Co.*, No. 3:19-cv-00971-MMH-PDB (M.D. Fla.); *Staber v. Monsanto Co.*, No. 8:19-cv-02085-MSS-CPT (M.D. Fla.).

Seth S. Webb, Esq.
BROWN & CROUPPEN, PC
211 North Broadway
Suite 1600
St. Louis, MO 63102
Phone:  (314) 222-2222
Email: sethw@getbc.com

Counsel for Plaintiffs in *Aytim v. Monsanto Co.*, No. 4:19-cv-02450-AGF (E.D. Mo.); *Sharpe v. Monsanto Co.*, No. 4:19-cv-02451-SPM (E.D. Mo.); *Harris v. Monsanto Co.*, No. 4:19-cv-02452-JMB (E.D. Mo.); *Quintrell v. Monsanto Co.*, No. 4:19-cv-02441-PLC (E.D. Mo.); *Singleton v. Monsanto Co.*, No. 4:19-cv-02442-NCC (E.D. Mo.); *Santiago v. Monsanto Co.*, No. 4:19-cv-02444-JAR (E.D. Mo.); *Seigler v. Monsanto Co.*, No. 4:19-cv-02445-SNLJ (E.D. Mo.); *Green v. Monsanto Co.*, No. 4:19-cv-02449-NAB (E.D. Mo.); *Planche v. Monsanto Co.*, No. 4:19-cv-02448-SNLJ (E.D. Mo.).

Ashton Rose Smith, Esq.
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY 40208
Phone: (502) 717-4080
Email: ashton@moorelawgroup.com

Jennifer A. Moore, Esq.
GROSSMAN & MOORE
401 West Main St
Suite 1810
Louisville, KY 40202
Phone: (502) 657-7100
Email: jmoore@gminjurylaw.com

Andrew T. Kagan, Esq.
KAGAN LEGAL GROUP
295 Palmas Inn Way
Suite 6 Palmanova Plaza
Humacao, PR 00791
Phone: (939) 220-2424
Email: Andrew@kaganlegalgroup.com

Co-counsel for Plaintiffs in *Murawski v. Monsanto Co.*, No. 8:19-cv-02131-CEH-AEP (M.D. Fla.); *Watson v. Monsanto Co.*, No. 3:19-cv-00994-MMH-JRK (M.D. Fla.); *Perez v. Monsanto Co.*, No. 8:19-cv-02234-MSS-JSS (M.D. Fla.); *Ackerman v. Monsanto Co.*, No. 5:19-cv-00418-JSM-PRL (M.D. Fla.); *Redd v. Monsanto Co.*, No. 3:19-cv-03382-MCR-EMT (N.D. Fla.);

*Durrance v. Monsanto Co.*, No. 8:19-cv-02171-MSS-JSS (M.D. Fla.); *Crosby v. Monsanto Co.*, No. 3:19-cv-03319-RV-EMT (N.D. Fla.).

William David Carter, Esq.
MERCY CARTER TIDWELL LLP
1724 Galleria Oaks Drive
Texarkana, TX 75503
Phone: (903) 794-9419
Email: wdcarter@texarkanalawyers.com

Counsel for Plaintiff in *Carriere v. Monsanto Co.*, No. 4:19-cv-03304 (S.D. Tex.).

Dated: September 27, 2019   Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*