BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|---------------------|-----------|
| 1. | Yolanda Shannon, individually, and as Personal Representative of the estate of Michael J. Shannon | Monsanto Co. | District of New Mexico (Albuquerque) | 1:19-cv-00829-SCY-KK | Magistrate Judge Steven C. Yarbough |
| 2. | John K. Homsey and Amy Homsey | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02256-WFJ-TGW | District Judge William F. Jung |
| 3. | James Sumlin and Patsy Ann Sumlin | Monsanto Co. | Northern District of Florida (Pensacola) | 3:19-cv-03421-TKW-HTC | District Judge T. Kent Wetherell II |
| 4. | Judith Ann Willis and Albert Lee McIntire | Monsanto Co. | Southern District of Florida (Ft. Pierce) | 2:19-cv-14335-JEM | District Judge Jose E. Martinez |
| 5. | Jack Lewis | Monsanto Co. | Northern District of Ohio (Akron) | 5:19-cv-02085-JRA | District Judge John R. Adams |
| 6. | Keith A. Savidge | Monsanto Co. | District of South Carolina (Beaufort) | 9:19-cv-02427-MDL | Unassigned |