**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on September 30, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Albert N. Thiel, Jr., Esq.
WILL FERGUSON & ASSOCIATES
1720 Louisana Boulevard Northeast
 Suite 100
Albuquerque, NM 97110
Phone: (505) 243-5566
Email: al@fergusonlaw.com

Counsel for Plaintiffs in *Shannon v. Monsanto Co.*, No. 1:19-cv-00829-SCY-KK (D.N.M.).

Andrew T. Kagan, Esq.
KAGAN LEGAL GROUP
295 Palmas Inn Way
Suite 6 Palmanova Plaza
Humacao, PR 00791
Phone: (939) 220-2424
Email: Andrew@kaganlegalgroup.com

Jennifer A. Moore, Esq.
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY 40208
Phone: (502) 717-4080
Email: Jennifer@moorelawgroup.com

Co-Counsel for Plaintiffs in *Homsey v. Monsanto Co.*, No. 8:19-cv-02256-WFJ-TGW (M.D. Fla.); *Sumlin v. Monsanto Co.*, No. 3:19-cv-03421-TKW-HTC (N.D. Fla.); *Willis v. Monsanto Co.*, No. 2:19-cv-14335-JEM (S.D. Fla.).

Peter H. Weinberger, Esq.
SPANGENBERG, SHIBLEY & LIBER
1001 Lakeside Avenue, East
Suite 1700
Cleveland, OH 44114
Phone: (216) 696-3232
Email: pweinberger@spanglaw.com

Counsel for Plaintiff in *Lewis v. Monsanto Co.*, No. 5:19-cv-02085-JRA (N.D. Ohio).

Thomas David Hoyle, Esq.
William Taylor Carpentier Lacy, Esq.
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Phone: (843) 216-9136
Email: dhoyle@motleyrice.com
Email: wlacy@motleyrice.com

Counsel for Plaintiff in *Savidge v. Monsanto Co.*, No. 9:19-cv-02427-MDL (D.S.C.).

Dated: September 30, 2019                     Respectfully submitted,


/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*