BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Todd Wolfenbarger | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:19-cv-01065-TJC-JRK | District Judge Timothy J. Corrigan |
| **2.** | Sally J. Snyder | Monsanto Co. | District of Idaho (Boise - Southern) | 1:19-cv-00346-DCN | Chief Judge David C. Nye |
| **3.** | Leslie Adamson | Monsanto Co. | District of Idaho (Boise - Southern) | 1:19-cv-00350-DCN | Chief Judge David C. Nye |
| **4.** | Garland Bucklin on behalf of the estate of Rik Bucklin, deceased | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02273-SNLJ | District Judge Stephen N. Limbaugh, Jr. |