**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on September 30, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Brittany R. Ford, Esq.
ABBOTT LAW GROUP, PA
2929 Plummer Cove Road
Jacksonville, FL 32223-6672
Phone: (904) 292-1111
Email: bford@abbottlawpa.com

Counsel for Plaintiff in *Wolfenbarger v. Monsanto Co.*, No. 3:19-cv-01065-TJC-JRK (M.D. Fla.).

Michelle R. Points, Esq.
POINTS LAW, PLLC
420 W. Main
Suite 206
Boise, ID 83702
Phone: (208) 287-3216
Email: mpoints@pointslaw.com

Counsel for Plaintiffs in *Snyder v. Monsanto Co.*, No. 1:19-cv-00346-DCN (D. Idaho); *Adamson v. Monsanto Co.*, No. 1:19-cv-00350-DCN (D. Idaho).

Kirk J. Goza, Esq.
GOZA AND HONNOLD LLC
9500 Nail Avenue
Suite 400
Overland Park KS 66207-2950
Phone: (913) 451-3433
Email: kgoza@gohonlaw.com

2

Counsel for Plaintiff in *Bucklin v. Monsanto Co.*, No. 4:19-cv-02273-SNLJ (E.D. Mo.).

Dated: September 30, 2019                    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*