BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL 2741 |

This Filing Relates To The Following Cases Only:

*Van Der Zanden et al v. Monsanto Company,* Oregon, Civil Action No: 19-cv-01382

**PLAINTIFFS' MOTION TO VACATE CONDITIONAL TRANSFER ORDER 152**

Plaintiff moves to vacate Conditional Transfer Order No. 152 ("CTO 152"), issued in the above captioned case currently pending in the United States Northern District of California, by this Judicial Panel on Multidistrict Litigation ("Panel") which conditionally transferred this action to MDL 2741, *In Re: ROUNDUP PRODUCTS LIABILITY LITIGATION* . The transfer of this action will not promote efficiency in this litigation as general discovery and a bellwether trial have been completed. Because CTO-152 will not promote efficiency, nor conserve judicial resources, Plaintiffs ask the Panel to vacate CTO-152 and in support file the attached brief.

Respectfully submitted,

/s/ Michael J. Miller
Michael J. Miller, Esq.
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055

Date: October 1, 2019