**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION

MDL 2741

**Schedule of Actions and Short Case Captions**

On Behalf of Plaintiffs in the below captioned cases:

Van Der Zanden et al v. Monsanto Company, Oregon, Civil Action No: 19-cv-01382