Exhibit A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | **PRETRIAL ORDER NO. 150: SCHEDULING ORDER FOR REMAND WAVES 1 AND 2** |

The Court will prepare the cases in the MDL for transfer back to their home districts in waves grouped by governing state law. The first two waves will each consist of the cases filed in one state selected by the plaintiffs and one state selected by Monsanto. For the first wave, those states are California (the plaintiffs' choice) and Nebraska (Monsanto's choice). For the second wave, those states are Illinois (the plaintiffs' choice) and North Carolina (Monsanto's choice).[1] Cases filed in other states that may be governed by the law of one of these four states will be adjudicated in a later wave, as will cases from these four states that have not yet been transferred to the MDL. The timeline and cases for the first two waves are listed below. The Court will issue a separate order discussing the timeline and procedure for severing multi-plaintiff cases.

---

[1] As noted in the timeline below, if there are any disputes over the governing state law for a particular case, the parties should file a joint letter brief explaining the dispute. Cases that are governed by the law of a state other than the state where they were filed will be moved to a later wave.

Wave 1 Timeline:

| Event | Date |
|---|---|
| Plaintiff Fact Sheets (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | 10 days from entry of this order |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | 10 days from entry of this order |
| Deficiency letter(s) sent. | 4 business days from receipt of Plaintiff Fact Sheet |
| Deadline to cure Plaintiff Fact Sheet deficiencies; the parties may file a consolidated letter brief regarding any disputes about whether a deficiency exists. | 7 days from receipt of deficiency letter |
| Close of fact discovery. | August 16, 2019 |
| Plaintiffs' expert reports due. | August 20, 2019 |
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 1 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | August 30, 2019 |
| Monsanto's expert reports due. | September 3, 2019 |
| Close of expert discovery. | October 1, 2019 |
| Monsanto's *Daubert* and summary judgment briefs due. | October 7, 2019 |
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | October 21, 2019 |
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | November 4, 2019 |
| Plaintiffs' replies re: *Daubert* and summary judgment due. | November 18, 2019 |
| *Daubert* hearing (if necessary). | December 4, 2019 |

Wave 1 Cases:

*Cases transferred to the MDL from California district courts*:

| Plaintiff Name(s) | Member Case Name | Member Case Number | Transferor Court |
|---|---|---|---|
| Carriere, Jerald | Carriere | 3:18-cv-05778 | CA Central District |
| Chavez, Armando Vargas | Chavez | 3:18-cv-04855 | CA Central District |
| Graef, Shaun | Graef | 3:19-cv-02316 | CA Central District |
| Hernandez, Ines | Hernandez | 3:16-cv-05750 | CA Central District |
| Johansing, Peter | Johansing | 3:16-cv-05751 | CA Central District |
| McCall, Teri (individually and as successor in interest for the estate of Anthony McCall); David McCall; Paul McCall; Maggie McCall; Alicia Suarez | McCall | 3:16-cv-05749 | CA Central District |

| Russo, Matteo Anthony | Russo | 3:16-cv-06024 | CA Central District |
| Sanders, John D. | Sanders | 3:16-cv-05752 | CA Central District |
| Tanner, Frank | Sanders | 3:16-cv-05752 | CA Central District |
| Wooten, Karen; Harley Wooten III; Timothy Wooten, individually and on behalf of the Estate of Harley Wooten | Wooten | 3:17-cv-01735 | CA Central District |
| Galvan, Paul | Galvan | 3:17-cv-00781 | CA Eastern District |
| Mendoza, Yolanda | Mendoza | 3:16-cv-06046 | CA Eastern District |
| Calderon, Jamie Alvarez | Calderon | 3:19-cv-01630 | CA Northern District |
| Ramirez, Robert | Ramirez | 3:19-cv-02224 | CA Northern District |
| Giglio, Emanuel | Giglio | 3:16-cv-05658 | CA Southern District |
| Harris, Anthony | Harris | 3:17-cv-03199 | CA Southern District |
| Hernandez, Ruben | Hernandez | 3:17-cv-07364 | CA Southern District |

*Cases transferred to the MDL from the District of Nebraska:*

| Plaintiff Name(s) | Member Case Name | Member Case Number | Transferor Court |
|---|---|---|---|
| Dickey, Robert L. | Domina | 3:16-cv-05887 | District of Nebraska |
| Domina, Larry E. | Domina | 3:16-cv-05887 | District of Nebraska |
| Janzen, Royce D. | Domina | 3:16-cv-05887 | District of Nebraska |
| Pollard, Frank | Domina | 3:16-cv-05887 | District of Nebraska |
| Sanchez, Sabas | Sanchez | 3:17-cv-03377 | District of Nebraska |

Wave 2 Timeline:

| Event | Date |
|---|---|
| Plaintiff Fact Sheets (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | 21 days from entry of this order |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | 21 days from entry of this order |
| Deficiency letter(s) sent. | 4 business days from receipt of Plaintiff Fact Sheet |
| Deadline to cure Plaintiff Fact Sheet deficiencies. The parties may file a consolidated letter brief regarding any disputes about whether a deficiency exists. | 7 days from receipt of deficiency letter |
| Close of fact discovery. | February 10, 2020 |
| Plaintiffs' expert reports due. | February 17, 2020 |
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 2 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | February 24, 2020 |
| Monsanto's expert reports due. | March 2, 2020 |
| Close of expert discovery. | March 26, 2020 |

| | |
|---|---|
| Monsanto's *Daubert* and summary judgment briefs due. | April 17, 2020 |
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | May 8, 2020 |
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | May 22, 2020 |
| Plaintiffs' replies re: *Daubert* and summary judgment due. | June 5, 2020 |
| *Daubert* hearing (if necessary). | June 24, 2020 |

Wave 2 Cases:

*Cases transferred to the MDL from North Carolina district courts:*

| Plaintiff Name(s) | Member Case Name | Member Case Number | Transferor Court |
|---|---|---|---|
| Green, Tracy | Green | 3:18-cv-05238 | NC Eastern District |
| Prince, William | Prince | 3:17-cv-04737 | NC Eastern District |
| Strickland, Johnny | Strickland | 3:17-cv-03201 | NC Eastern District |
| Gatson, Darryl | Gatson | 3:18-cv-05317 | NC Middle District |
| Frady, Geneva | Frady | 3:19-cv-2076 | NC Western District |
| Logan, Jerry | Logan | 3:18-cv-05239 | NC Western District |
| Seidl, Randall Dean | Seidl | 3:17-cv-00519 | NC Western District |

*Cases transferred to the MDL from Illinois district courts:*

| Plaintiff Name(s) | Member Case Name | Member Case Number | Transferor Court |
|---|---|---|---|
| Cushman, Josh | Cushman | 3:16-cv-06018 | Ill. Southern District |
| Bridgeman, Charles | Bridgeman | 3:16-cv-05785 | Ill. Southern District |
| Harris, Douglas | Harris | 3:16-cv-05786 | Ill. Southern District |
| Patterson, Lynda K. | Patterson | 3:16-cv-05787 | Ill. Southern District |
| Estate of Robert Cochran by Misty Hill, its Administrator | Estate of Robert Cochran | 3:17-cv-03200 | Ill. Southern District |
| O'Neil, Linda; O'Neil, Marvin | O'Neil | 3:17-cv-03378 | Ill. Central District |
| Weddel, Mark | Weddel | 3:17-cv-00783 | Ill. Central District |
| Cooper, Mikle | Cooper | 3:17-cv-02212 | Ill. Central District |
| Ford, Mary | Ford | 3:16-cv-06030 | Ill. Central District |
| Trimpe, Tina | Trimpe | 3:16-cv-06032 | Ill. Central District |
| Pecorelli, Mark | Pecorelli | 3:16-cv-06936 | Ill. Northern District |
| Goodbred, Larry | Goodbred | 3:16-cv-06010 | Ill. Northern District |
| Gibbs, Ricky | Gibbs | 3:16-cv-05652k | Ill. Northern District |
| Delmore-Barton, Karen | Delmore-Barton | 3:18-cv-01427 | Ill. Northern District |
| Martino, Jenni; Martino, Justin | Martino | 3:18-cv-03626 | Ill. Northern District |
| Kapolnek, Jean | Kapolnek | 3:18-cv-04014 | Ill. Northern District |
| Underwood, Louisa | Underwood | 3:18-cv-06805 | Ill. Northern District |
| Peterson, James | Peterson | 3:18-cv-07271 | Ill. Northern District |
| McCrae, Alex; McCrae, Diane | McCrae | 3:19-cv-00925 | Ill. Northern District |

| Karman, Christine | Karman | 3:19-cv-01183 | Ill. Northern District |
| Rehak, Lorraine | Rehak | 3:19-cv-01719 | Ill. Northern District |
| Erb, James | Erb | 3:19-cv-02166 | Ill. Northern District |
| Batherson, Garland | Batherson | 3:19-cv-02167 | Ill. Northern District |
| Smith, Ricky | Smith | 3:19-cv-02168 | Ill. Northern District |
| Schafer, John | Schafer | 3:19-cv-02169 | Ill. Northern District |
| Chatman, Janeil | Chatman | 3:19-cv-02170 | Ill. Northern District |
| Shultz, Nichole | Shultz | 3:19-cv-02190 | Ill. Northern District |
| Bullock, Kevin | Bullock | 3:19-cv-02575 | Ill. Northern District |
| Panichi, Thomas | Panichi | 3:19-cv-02763 | Ill. Northern District |
| Cervantes, Gerard | Cervantes | 3:19-cv-03015 | Ill. Northern District |

**IT IS SO ORDERED.**

Date:   June 14, 2019

Honorable Vince Chhabria
United States District Court