# Exhibit 2

**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: 303-376-6360

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*ALL ACTIONS* | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PLAINTIFFS' AMENDED NOTICE OF TAKING VIDEOTAPED ORAL DEPOSITION OF CORPORATE DESIGNEE**<br><br>Deposition Date: Friday, August 9, 2019<br>Time: 9:00 A.M. ET<br>Location: Hollingsworth, LLP<br>1350 I St. NW,<br>Washington, DC 20005 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to the Federal rules the following deposition shall be taken before a certified court reporter and videographer:

DEPONENT:                Corporate Designee

DATE AND TIME:       Friday, August 9, 2019
                                      Starting at 9:00am and continuing day to day until completed

PLACE OF DEPOSITION: Hollingsworth, LLP
                                      1350 I St. NW,
                                      Washington, D.C. 20005

CASE NO. 3:16-MD-02741-VC

Please take further notice that pursuant to Federal Rules, Monsanto must present one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf as to the following matters listed at Exhibit A.

Dated: July 30, 2019

Respectfully submitted,

By: /s/ Aimee H. Wagstaff
Aimee H. Wagstaff, Esq.
**ANDRUS WAGSTAFF, PC**
7171 W. Alaska Dr.
Lakewood, CO 80226
Phone: (866) 795-9529
Aimee.wagstaff@andruswagstaff.com

CASE NO. 3:16-MD-02741-VC

## **DEFINITIONS**

A. The term "DOCUMENT" shall have the broadest meaning possible under Missouri law and includes all originals and drafts, in any and all languages, of any nature whatsoever, in your possession, custody or control, regardless of where located, and include, but are not limited to, letters, correspondence, logs, drafts, contracts, prospective contracts, agreements, reports, records, studies, surveys, resolutions, tabulations, notes, summaries, memoranda, Electronically Stored Information ("ESI"), electronic mail ("email" whether in draft, inbox, outbox or sent folders), calendar or diary entries, handwritten notes, working papers, work sheets, spread sheets, diagrams, minutes of meetings, agendas, bulletins, periodicals, circulars, advertisements, notices, announcements, invoices, statements, checks (front and back), bank statements, ledgers, orders, vouchers, instructions, drawings, charts, graphs, manuals, brochures, pamphlets, schedules, telegrams, teletypes, photographs, audio tapes, voice-mail messages, videotapes, electronic recordings, facsimile transmissions, and information of whatever kind either stored on computers, including computer disks, hard drives and other media, or contained in any computer or information retrieval devices.

B. The terms "YOU," "YOUR," "DEFENDANT," or "MONSANTO" refers to Monsanto Company, and/or its assignees, trustees, partners, joint ventures, co-ventures, subsidiaries, affiliates, agents, attorneys, accountants, employees, representatives, and/or any other person or entity acting or purporting to act on its behalf or under its control, including but not limited to, any other individual(s) named as Defendant(s) in the complaint.

C. The terms "Fleischman"; or "FH" refer to the public relations firm Fleischman- Hillard, and/or its assignees, trustees, partners, joint ventures, co-ventures, subsidiaries, affiliates, agents, attorneys, accountants, employees, representatives, and/or any other person or entity acting or purporting to act on its behalf or under its control, including but not limited to, any other Defendant(s) in the complaint.

D. The term "Publicis" refers to the public relations firm Publicis Consultants and/or Publicis Worldwide, and/or its assignees, trustees, partners, joint ventures, co-ventures, subsidiaries, affiliates, agents, attorneys, accountants, employees, representatives, and/or any other person or entity acting or purporting to act on its behalf or under its control, including but not limited to, any other

Defendant(s) in the complaint.

E.   The term "Hakluyt" refers to the British strategic intelligence and advisory firm Hakluyt & Company, also known as Holdingham Group Limited and/or Pelorus Research, and/or its assignees, trustees, partners, joint ventures, co-ventures, subsidiaries, affiliates, agents, attorneys, accountants, employees, representatives, and/or any other person or entity acting or purporting to act on its behalf or under its control, including but not limited to, any other Defendant(s) in the complaint.

F.   "ALL" means "any and all" and the word "any" means "any and all."

G.   The terms "CONCERNING," "RELATING," and/or "REGARDING" mean containing, alluding to, responding to, commenting upon, discussing, explaining, mentioning, analyzing, constituting, memorializing, comprising, repeating, incorporating, confirming, listing, evidencing, setting forth, summarizing, or characterizing, either directly or indirectly, in whole or in part.

H.   The term "INCLUDING" means "including, but not limited to."

I.   The term "COMMUNICATION" means and refers to every method and manner of transmitting or receiving data, opinions, thoughts, inquiries, representations and other information, whether orally, in writing, electronically, or otherwise, between two or more persons or entities. Communications include drafts and other written information intended for communicating to another person, even if not ultimately transmitted to or received by another person.

J.   If not expressly stated, "CONTROL" means in your possession, custody, or control and under your direction, and includes in the possession, custody or control of those under the direction of your employee(s), subordinate(s), counsel, accountant(s), consultant(s), expert(s), parent(s) or affiliated corporation(s), and any person(s) purporting to act on your behalf.

K.   The singular should be deemed to include the plural, and the masculine gender to include the feminine or neuter, where the context or circumstances so require or permit. The past tense includes the present tense where the clear meaning is not distorted by change of tense.

L.   The term "PRESENT DATE" should be deemed the date of producing the requested DOCUMENT.

M.   "RELEVANT TIME PERIOD" unless otherwise indicated is January 1976 to the

PRESENT DATE and applies to all identified DOCUMENT requests.

N. The words "AND" and "OR" shall, where the circumstances so permit, be construed either conjunctively or disjunctively to bring within the scope of these document requests any information which might otherwise be construed to be outside their scope.

O. "Glyphosate-Based Formulations" ("GBFs") refers to the chemical glyphosate and all formulations of Monsanto's Roundup products that contain glyphosate, surfactants, adjuvants, and inert ingredients, including, but not limited to, Roundup Concentrate Poison Ivy and Tough Brush Killer 1, Roundup Custom Herbicide, Roundup D-Pak herbicide, Roundup Dry Concentrate, Roundup Export Herbicide, Roundup Fence & Hard Edger 1, Roundup Garden Foam Weed & Grass Killer, Roundup Grass and Weed Killer, Roundup Herbicide, Roundup Original 2k herbicide, Roundup Original II Herbicide, Roundup Pro Concentrate, Roundup Prodry Herbicide, Roundup Promax, Roundup Quik Stik Grass and Weed Killer, Roundup Quikpro Herbicide, Roundup Rainfast Concentrate Weed & Grass Killer, Roundup Rainfast Super Concentrate Weed & Grass Killer, Roundup Ready-to- Use Extended Control Weed & Grass Killer 1 Plus Weed Preventer, Roundup Ready-to-Use Weed & Grass Killer, Roundup Ready-to-Use Weed and Grass Killer 2, Roundup Ultra Dry, Roundup Ultra Herbicide, Roundup Ultramax, Roundup VM Herbicide, Roundup Weed & Grass Killer Concentrate, Roundup Weed & Grass Killer Concentrate Plus, Roundup Weed & Grass killer Ready-to-Use Plus, Roundup Weed & Grass Killer Super Concentrate, Roundup Weed & Grass Killer1 Ready-to-Use, Roundup WSD Water Soluble Dry Herbicide Deploy Dry Herbicide, or any other glyphosate-based formulations developed, designed, distributed, licensed, manufactured, marketed or sold by Monsanto Company.

# **EXHIBIT A**

Pursuant to Federal Rules, Monsanto shall designate and produce for deposition one or more of its officers, directors, managing agents, or other persons who consent to testify on its behalf concerning the following subject matters:

1. Monsanto's knowledge, positions, and conduct, during the RELEVANT TIME PERIOD, related to the "project Monsanto commissioned" involving "lists of supportive and critical stakeholders drawn up by Monsanto" for which Bayer apologized in a May 12, 2019 press release.

2. Monsanto's knowledge, positions, and conduct, during the RELEVANT TIME PERIOD, related to the 2016 document, containing the identities of approximately 200 individuals and organizations and their respective opinions on GBFs ("2016 Monsanto File"), that was the subject of a May 9, 2019 article in Le Monde titled: "'Monsanto File': dozens of people classified illegally according to their position on the glyphosate" ("2019 Le Monde Article");

3. Monsanto's knowledge, positions, and conduct related to the work performed by Fleischman for Monsanto relative to GBFs during the RELEVANT TIME PERIOD to identify and respond to negative public opinion on the safety of GBFs;

4. Monsanto's knowledge, positions, and conduct related to the work that Publicis performed for Monsanto related to GBFs during the RELEVANT TIME PERIOD to identify and respond to negative public opinion on the safety of GBFs.

# **CERTIFICATE OF SERVICE**

I certify that I have served a copy of the foregoing PLAINTIFFS' AMENDED NOTICE OF TAKING VIDEOTAPED ORAL DEPOSITION OF CORPORATE DESIGNEE and EXHIBIT A upon opposing counsel of record by electronic mail this 30th day of July, 2019.

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff, Esq. (SBN 278480)
ANDRUS WAGSTAFF, P.C.
Aimee.Wagstaff@andruswagstaff.com