**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Response to Plaintiff's Motion to Vacate CTO-148 was electronically filed on October 1, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

**LAW OFFICE OF BRIAN K. MACKINTOSH, LTD.**
Brian Keith Mackintosh
1003 Bishop Street, Suite 1990
Honolulu, HI 96813
Tel: (808) 781-7229
Fax: (888) 627-6507
Email: brian@bkmlaw.com

Counsel for Plaintiff in *Pizl, et al. v. Monsanto Co.,* 1:19-cv-00397 (D. Haw.)

**THE MILLER FIRM LLC**
Michael J. Miller, Esq.
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
Email: mmiller@millerfirmllc.com

Counsel for Plaintiff in *Pizl, et al. v. Monsanto Co.,* 1:19-cv-00397 (D. Haw.)

**DENTONS US LLP**
John-Anderson L. Meyer
Paul Alston
1001 Bishop Street 18th Floor
Honolulu, HI 96813

Tel: (808) 524-1800
Fax: (808) 524-4591
Emails: john-anderson.meyer@dentons.com
       paul.alston@dentons.com

Co-counsel for Defendant Monsanto Company in *Pizl, et al. v. Monsanto Co.,* 1:19-cv-00397 (D. Haw.)

Dated: October 1, 2019        Respectfully submitted,

       /s/ Joe G. Hollingsworth
       Joe G. Hollingsworth
       (jhollingsworth@hollingsworthllp.com)
       HOLLINGSWORTH LLP
       1350 I Street NW
       Washington D.C., 20005
       Phone: (202) 898-5800
       Fax: (202) 682-1639

       *Attorneys for Defendant*
       *Monsanto Company*