BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Jonathan Boudreaux | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02034-VMC-SPF | District Judge Virginia M. Hernandez Covington |
| 2. | Edward Brown | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02072-VMC-TGW | District Judge Virginia M. Hernandez Covington |
| 3. | David J. Buffington | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02421-JAR | District Judge John A. Ross |
| 4. | Harry Callahan, Sr. | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02035-VMC-AAS | District Judge Virginia M. Hernandez Covington |
| 5. | Betsy Floyd | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02075-VMC-SPF | District Judge Virginia M. Hernandez Covington |
| 6. | Clement Gibbens | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02086-VMC-JSS | District Judge Virginia M. Hernandez Covington |
| 7. | Eric C. Hubbard | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02426-JAR | District Judge John A. Ross |
| 8. | Nancy Insalaco | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02083-VMC-AEP | District Judge Virginia M. Hernandez Covington |
| 9. | Christian A. Lloyd and Phyllis D. Lloyd | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02432-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 10. | Jeanne Rahe and Stephen Rahe | Monsanto Co. | Northern District of Iowa (Eastern Waterloo) | 6:19-cv-02061-LRR-KEM | Senior District Judge Linda Rae Reade |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| **11.** | Jerry W. Rouse and Janice Rouse | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02435-SRC | District Judge Stephen R. Clark |
| **12.** | Derwin Shields | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02037-VMC-CPT | District Judge Virginia M. Hernandez Covington |
| **13.** | Peggy S. Weaver and Ronny Weaver | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02430-SRC | District Judge Stephen R. Clark |