**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 2, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

T. Michael Morgan, Esq.
G. Katherine Chambers, Esq.
Frank Michael Petosa, Esq.
MORGAN & MORGAN, PA
7th Floor
201 North Franklin Street
Tampa, FL 33602
Phone: (813) 223-5505
Email: mmorgan@forthepeople.com
Email: kathychambers@forthepeople.com
Email: fpetosa@forthepeople.com

Counsel for Plaintiffs in *Boudreaux v. Monsanto Co.*, 8:19-cv-02034-VMC-SPF (M.D. Fla.); *Brown v. Monsanto Co.*, 8:19-cv-02072-VMC-TGW (M.D. Fla.); *Callahan v. Monsanto Co.*, 8:19-cv-02035-VMC-AAS (M.D. Fla.); *Floyd v. Monsanto Co.*, 8:19-cv-02075-VMC-SPF (M.D. Fla.); *Gibbens v. Monsanto Co.*, 8:19-cv-02086-VMC-JSS (M.D. Fla.); *Insalaco v. Monsanto Co.*, 8:19-cv-02083-VMC-AEP (M.D. Fla.); *Shields v. Monsanto Co.*, 8:19-cv-02037-VMC-CPT (M.D. Fla.).

Seth S. Webb, Esq.
BROWN AND CROUPPEN, P.C.
One Metropolitan Square
211 North Broadway
Suite 1600
St. Louis, MO 63102
Phone: (314) 222-2222
Email: sethw@getbc.com

Counsel for Plaintiffs in *Buffington v. Monsanto Co.*, 4:19-cv-02421-JAR (E.D. Mo.); *Hubbard v. Monsanto Co.*, 4:19-cv-02426-JAR (E.D. Mo.); *Lloyd, et al. v. Monsanto Co.*, 4:19-cv-02432-SNLJ (E.D. Mo.); *Rouse, et al. v. Monsanto Co.*, 4:19-cv-02435-SRC (E.D. Mo.); *Weaver, et al. v. Monsanto Co.*, 4:19-cv-02430-SRC (E.D. Mo.).

Chad Andrew Swanson, Esq.
DUTTON DANIELS HINES KALKHOFF COOK & SWANSON, PLC
3151 Brockway Road
Waterloo, IA 50704
Phone: (319) 234-4471
Email: swansonc@wloolaw.com

Counsel for Plaintiffs in *Rahe, et al. v. Monsanto Co.*, 6:19-cv-02061-LRR-KEM (N.D. Iowa).

Dated: October 2, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*