# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 9/27/19, 9/30/19

District Court: E.D. Arkansas, W.D. Arkansas

Number of Actions: 3

Complaints and Docket Sheets are attached.

_____
CLERK OF THE PANEL