**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

Daniel J. Lynch, Clerk of Court  Telephone: 603-225-1423
Tracy A. Uhrin, Chief Deputy Clerk  Web: www.nhd.uscourts.gov

September 30, 2019

**MDL – Notice of Filing**

Clerk, Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle NE, Rm #G-255, North Lobby
Washington, D.C. 20002-8004

Dear Sir or Madam:

    RE: **Notice of Potential MDL Tag-Along Case Filing**
            MDL 3:16-md-2741, Roundup Products Liability Litigation
            NH Case Becker v. Monsanto Company;, 1:19-cv-1021-LM

    The referenced case has been identified as a potential tag along case that might be appropriate for inclusion with the above-referenced MDL.

    For your review, I have attached a copy of the complaint with attachments and docket sheet.

    If you have any further questions, please feel free to contact this office.

Very truly yours,

DANIEL J. LYNCH, CLERK

*/s/ Megan Cahill*
Megan Cahill
Deputy Clerk

Enclosures