# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Appearance was electronically filed on October 2, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

**LAW OFFICES OF THOMAS C. PATTON**
Thomas C. Patton
8 North State Street, Suite 300
Lake Oswego, OR 97234
(503) 546-3357
tomp@tompattonlaw.com

Counsel for Plaintiff in *Van Der Zanden, et al. v. Monsanto Co.*, No. 3:19-cv-01382 (D. Or.)

**THE MILLER FIRM LLC**
Michael J. Miller, Esq.
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
Email: mmiller@millerfirmllc.com

Counsel for Plaintiff in *Van Der Zanden, et al. v. Monsanto Co.*, No. 3:19-cv-01382 (D. Or.)

Dated: October 2, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP

1

1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant*
*Monsanto Company*