**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|----------------|--------------|----------------------|-----------|
| 1. | Scott Van Der Zanden | Monsanto Co. | District of Oregon (D. Or.) | 3:19-cv-01382 | Judge Anna J. Brown |