# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Corporate Disclosure Statement was electronically filed on October 2, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also served via first class mail on the following counsel:

**LAW OFFICES OF THOMAS C. PATTON**  
Thomas C. Patton  
8 North State Street, Suite 300  
Lake Oswego, OR 97234  
(503) 546-3357  
tomp@tompattonlaw.com

Counsel for Plaintiff in *Van Der Zanden, et al. v. Monsanto Co.*, No. 3:19-cv-01382 (D. Or.)

**THE MILLER FIRM LLC**  
Michael J. Miller, Esq.  
108 Railroad Avenue  
Orange, VA 22960  
Tel: (540) 672-4224  
Fax: (540) 672-3055  
Email: mmiller@millerfirmllc.com

Counsel for Plaintiff in *Van Der Zanden, et al. v. Monsanto Co.*, No. 3:19-cv-01382 (D. Or.)

Dated: October 2, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth  
Joe G. Hollingsworth  
(jhollingsworth@hollingsworthllp.com)  
HOLLINGSWORTH LLP

2

        1350 I Street NW
        Washington D.C., 20005
        Phone: (202) 898-5800
        Fax: (202) 682-1639

*Attorneys for Defendant
Monsanto Company*

2