**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**MDL No. 2741 – In re ROUNDUP PRODUCTS LIABILITY LITIGATION**

**Robert Rawson v. Bayer Corporation, et al. N.D. Illinois C.A. No. 1:19-cv-06040**

### MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 153

Pursuant to Rule 7.1(f) of the Rules of the Judicial Panel on Multidistrict Litigation, Robert Rawson ("Plaintiff"), respectfully moves the Panel to vacate its Conditional Transfer Order No. 153 transferring Rawson v. Bayer Corporation, et al., N.D. Illinois, 1:19-cv-06040, from the Norther District of Illinois to the Northern District of California for inclusion in the In re: Roundup Products Liability litigation ("MDL No. 2741").

As set forth in the Plaintiff's memorandum of law in support of his motion to vacate conditional transfer order, which is incorporated herein by reference, the transfer of Plaintiff's case to MDL No. 2741 would be inefficient. Transfer of Plaintiff's state-law claims against a non-removing Illinois defendant to an out of state federal court while a motion to remand is pending would unduly delay the Plaintiff's prosecution of his claims. Transfer in these circumstances would also prejudice the Illinois defendant who is not already party to MDL No. 2741. Accordingly, the Plaintiff respectfully requests that the Panel vacate Conditional Transfer Order (CTO-153) as to Robert Rawson's action.

Dated: October 2, 2019

                                                  Respectfully submitted,
                                                  /s/ David J. Gallagher
                                                  Attorney for Plaintiff

DAVID J. GALLAGHER
MOTHERWAY & NAPLETON, LLP
140 S. Dearborn, Suite 1500
Chicago, IL  60603
(312) 726-2699
ARDC#:  6294250
Dgallagher@mnlawoffice.com

1