

📍 **Gordon's Ace Hdw-Orleans LLC - Chicago, IL**   Open until 8:00 PM

Store Info / Directions ⌄        Services / Brands ⌄



Set as My Store

**Duke's Ace Hardware**
7610 W 111th St
Palos Hills, IL 60465
Phone: (708) 974-9300

**EXHIBIT 3**

Mon - Fri 8:00 am - 8:00 pm
Sat 8:00 am - 5:00 pm
Sun 9:00 am - 5:00 pm

**Don't miss out on local deals.**
Shop our ad today!

Shop Our Ad

Store Participates In:



Join Now



Camp Bullfrog Lake    Moraine Valley

Google    Map data ©2019

Get Directions    Expand Map View

# Meet Our Staff



AL
Owner

# About This Store

Back in 1947 on April 7th after several years in the army W.A. Gniadek or "Duke" as he is known to his multitude of friends, made his home in this area and organized his original hardware store in a two car garage at 5642 W. 87th St. Duke and his wife worked together for more than two years and then moved into a larger building at 5634 W. 87th Street, where they worked five more years before purchasing the property alongside. They worked long hour☐s even staying open late on Sunday. Duke became known for his ready smile and ability to help others with their problems. The store grew and prospered until that fateful day March 12th 1965 when fire destroyed the entire structure with everything it contained. It was a rough blow but to a man like Duke, this was overcome in time. Trailers were stocked and Duke's continued on until the new building was erected. Today Al and Doug Gniadek continue the family business and operate two Duke's Ace Hardware locations in the Chicagoland area.

# Store Services

Acrylic Sheet Cutting

Assembly

Auto Key Programming & Cutting

Blade Sharpening

Carpet Cleaning Machine Rental

Delivery

Gift Card

Glass Cutting

Glass Repair

In-Store Lock Servicing

Key Cutting

Paint Color Matching

Pipe Cutting & Threading

Propane

Screen Repair

## Store Departments

Automotive

Cleaning Supplies

Craftsman

Electrical

Hand and Power Tools

Hardware

Housewares

Lawn and Garden

Paint and Sundries

Outdoor Living

Plumbing

## Featured Brands

    

## Store Events

COOKING FOR KIDS 10/5/19 - Saturday, Oct 5th, 2019

## Community Outreach

ACE & Children's Miracle Network Supporter

American Flag Disposal Drop Off

| More Ways to Shop | Customer Service | About Ace | Resources |
|---|---|---|---|

**Need Help?  Have a question or comment?**

  1-888-827-4223

  Email Us

   

Terms of Use    Privacy Policy    Interest Based Ads    For U.S. Residents Only

© 2019 Ace Hardware. Ace Hardware and the Ace Hardware logo are registered trademarks of Ace Hardware Corporation. All rights reserved.

For screen reader problems with this website, please call 1-888-827-4223 or email CareCenter@acehardware.com.

Prices, promotions, styles, and availability may vary. Prices and availability of products and services are subject to change without notice.



Office of the Secretary of State Jesse White
CYBERDRIVEILLINOIS.COM

# Corporation/LLC Search/Certificate of Good Standing

## Corporation File Detail Report

| | |
|---|---|
| File Number | 37026441 |
| Entity Name | DUKE'S HARDWARE, INC. |
| Status | ACTIVE |

### Entity Information

**Entity Type**
CORPORATION

**Type of Corp**
DOMESTIC BCA

**Incorporation Date (Domestic)**
Tuesday, 11 June 1957

**State**
ILLINOIS

**Duration Date**
PERPETUAL

### Agent Information

**Name**
WALTER A GNIADEK

**Address**

5634 W 87TH ST
BURBANK, IL 60459

Change Date
00/00/0000

## Annual Report

Filing Date
Tuesday, 14 May 2019

For Year
2019

## Officers

President
Name & Address
DOUGLAS J GNIADEK 13136 MEADOWLARK DR ORLAND PARK 60462

Secretary
Name & Address
RUSSELL GNIADEK 14651 SHETLAND DR HOMER GLEN IL 60491

Return to Search

File Annual Report
Adopting Assumed Name
Articles of Amendment Effecting A Name Change
Change of Registered Agent and/or Registered Office

(One Certificate per Transaction)

This information was printed from www.cyberdriveillinois.com, the official website of the Illinois Secretary of State's Office.   Wed Oct 02 2019