**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

# JOE G. HOLLINGSWORTH NOTICE OF APPEARANCE

## SCHEDULE OF ACTIONS

| | **Plaintiff** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Robert Rawson | Monsanto Co., Bayer Corp., and Duke's Hardware, Inc. | Northern District of Illinois (N.D. Ill.) | 1:19-cv-06040 | Judge Harry D. Leinenweber |