# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Appearance was electronically filed on October 2, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also served via first class mail on the following counsel:

**MOTHERWAY & NAPLETON, LLP**
David J. Gallagher
140 S. Dearborn, Suite 1500
Chicago, IL 60603
(312) 726-2699
Dgallagher@mnlawoffice.com

Counsel for Plaintiff in *Rawson v. Bayer Corp., et al.*, No. 1:19-cv-06040 (N.D. Ill.)

**SHOOK, HARDY & BACON LLP**
Thomas Joseph Dammrich, II
Peter Francis O'Neill
111 South Wacker Drive
Suite 4700
Chicago, IL 60606
(312) 704-7721
docket@shb.com
pfoneill@shb.com

Counsel for Monsanto Company, Bayer Corporation, and Duke's Hardware, Inc. in *Rawson v. Bayer Corp., et al.*, No. 1:19-cv-06040 (N.D. Ill.)

Dated: October 2, 2019                                    Respectfully submitted,

                                                          /s/ Joe G. Hollingsworth

2

    Joe G. Hollingsworth
    (jhollingsworth@hollingsworthllp.com)
    HOLLINGSWORTH LLP
    1350 I Street NW
    Washington D.C., 20005
    Phone: (202) 898-5800
    Fax: (202) 682-1639

    *Attorneys for Defendant*
    *Monsanto Company*