**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|----------------|--------------|----------------------|-----------|
| 1. | Robert Rawson | Monsanto Co., Bayer Corp., and Duke's Hardware, Inc. | Northern District of Illinois (N.D. Ill.) | 1:19-cv-06040 | Judge Harry D. Leinenweber |