## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

### MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|  | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| **1.** | James A. Burton | Monsanto Co. | District of South Carolina (Anderson/ Greenwood) | 8:19-cv-02605-MDL | Unassigned |
| **2.** | Victor Camara | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02261-JSM-SPF | Senior District Judge James S. Moody, Jr. |
| **3.** | Elena DiMaggio | Monsanto Co. | Southern District of Florida (Key West) | 4:19-cv-10155-JEM | District Judge Jose E. Martinez |
| **4.** | Dennis Murphy | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02610-SRC | District Judge Stephen Robert Clark, Sr. |
| **5.** | Scott Torvik | Monsanto Co. | Northern District of Illinois (Chicago) | 1:19-cv-06313 | District Judge Jorge L. Alonso |
| **6.** | Glenda G. Stanford | Monsanto Co. and Bayer Corp. | Western District of Louisiana (Lafayette) | 6:19-cv-01276-MJJ-PJH | District Judge Michael J. Juneau |