**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 2, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Patrick N. Keegan, Esq.
KEEGAN AND BAKER, LLP
2292 Faraday Avenue
Suite 100
Carlsbad, CA 92009
Phone: (760) 929-9303
Email: pkeegan@keeganbaker.com

Counsel for Plaintiff in *Murphy v. Monsanto Co.*, 4:19-cv-02610-SRC (E.D. Mo.).

Bryce Thomas Hensley, Esq.
ROMANUCCI & BLANDIN, LLC
321 North Clark Street
Suite 900
Chicago, IL 60654
Phone: (312) 458-1000
Email: bhensley@rblaw.net

Counsel for Plaintiff in *Torvik v. Monsanto Co.*, 1:19-cv-06313 (N.D. Ill.).

Thomas David Hoyle, Esq.
William Taylor Carpentier Lacy, Esq.
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Phone: (843) 216-9136
Email: dhoyle@motleyrice.com
Email: wlacy@motleyrice.com
Heather Hite Stone, Esq.

Thomas Erskine Hite III, Esq.
HITE & STONE
100 East Pickens Street
Abbeville, SC 29620
Phone: (864) 366-5400
Email: heatherstone@wctel.net
Email: t3@hiteandstone.com

Co-counsel for Plaintiff in *Burton v. Monsanto Co.*, 8:19-cv-02605-MDL (D.S.C.).

Jennifer A. Moore, Esq.
Ashton Rose Smith, Esq.
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY 40208
Phone: (502) 717-4080
Email: Jennifer@moorelawgroup.com
Email: Ashton@moorelawgroup.com

Andrew T. Kagan, Esq.
KAGAN LEGAL GROUP
295 Palmas Inn Way
Suite 6 Palmanova Plaza
Humacao, PR 00791
Phone: (939) 220-2424
Email: Andrew@kaganlegalgroup.com

Co-counsel for Plaintiffs in *Camara v. Monsanto Co*., 8:19-cv-02261-JSM-SPF (M.D. Fla.); *DiMaggio v. Monsanto Co*., 4:19-cv-10155-JEM (S.D. Fla.).

Kevin R. Duck, Esq.
DUCK LAW FIRM
5040 Ambassador Caffery Parkway
Suite 200
Lafayette, LA 70508
Phone: (337) 406-1144
Email: krd@ducklawfirm.com

Counsel for Plaintiff in *Stanford v. Monsanto Co*., *et al*., 6:19-cv-01276-MJJ-PJH (W.D. La.).

Judy Y. Barrasso, Esq.
Celeste R. Coco-Ewing, Esq.
Shaun P. McFall, Esq.
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, LLC
909 Poydras Street
Suite 2400
New Orleans, LA 70112
Phone: (504) 589-9700
Email: jbarrasso@barrassousdin.com
Email: ccoco-ewing@barrassousdin.com
Email: smcfall@barrassousdin.com

Counsel for defendant Bayer Corporation in *Stanford v. Monsanto Co.*, *et al.*, 6:19-cv-01276-MJJ-PJH (W.D. La.).

Dated: October 2, 2019                                  Respectfully submitted,

                                                        /s/ Joe G. Hollingsworth
                                                        Joe G. Hollingsworth, Esq.
                                                        (jhollingsworth@hollingsworthllp.com)
                                                        HOLLINGSWORTH LLP
                                                        1350 I Street, N.W.
                                                        Washington, D.C. 20005
                                                        Phone: (202) 898-5800
                                                        Fax:    (202) 682-1639

                                                        *Attorneys for Defendant Monsanto Company*