**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| David Walter | Monsanto Co., Kimberly McKinnon, Nicholas Zoretic, Northwestern Mem'l Healthcare d/b/a Northwestern Med., and Bayer AG | Northern District of Illinois (Chicago) | 1:19-cv-06482 | District Judge Sharon Johnson Coleman |