**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on October 3, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Clifford Wolf Horwitz, Esq.
Jay Richard Luchsinger, Esq.
Michael Matthew Cannon, Esq.
Thomas Aquinas Kelliher, Esq.
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington Street
Suite 900
Chicago, IL 60602
Phone: (312) 372-8822
Email: cliff@horwitzlaw.com
Email: office@horwitzlaw.com
Email: matt@horwitzlaw.com
Email: tom@horwitzlaw.com

Counsel for Plaintiff in *Walter v. Monsanto Co., et al.*, 1:19-cv-06482 (N.D. Ill.).

Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Stetson F. Atwood, Esq.
Ashley E. Dus, Esq.
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 South Dearborn Street
Suite 800
Chicago, IL 60603
Phone: (312) 422-0900
Email: atwood@dbmslaw.com
Email: dus@dbmslaw.com

Counsel for defendants Nicholas Zoretic, D.O. and Northwestern Memorial Healthcare in *Walter v. Monsanto Co.*, *et al.*, 1:19-cv-06482 (N.D. Ill.).

Ruth V. Enright, Esq.
BAKER & ENRIGHT
33 West Jackson Boulevard
3rd Floor
Chicago, IL 60604
Phone: (312) 663-9600
Email: enright@bakerandenright.com

Counsel for defendant Kimberly McKinnon, D.O. in *Walter v. Monsanto Co.*, *et al.*, 1:19-cv-06482 (N.D. Ill.).

Copies of the foregoing were also caused to be served via Fed-Ex on defendant Bayer AG (which has not been served with the summons or complaint in *Walter v. Monsanto Co.*, *et al.*, 1:19-cv-06482 (N.D. Ill.)) as follows:

>   Bayer AG
>   Attn: General Counsel
>   Law, Patents & Compliance
>   Building Q 26, 1.008
>   51368 Leverkusen, Germany

Dated: October 3, 2019                    Respectfully submitted,

                                           /s/ Joe G. Hollingsworth
                                           Joe G. Hollingsworth, Esq.
                                           (jhollingsworth@hollingsworthllp.com)
                                           HOLLINGSWORTH LLP
                                           1350 I Street, N.W.
                                           Washington, D.C. 20005
                                           Phone: (202) 898-5800
                                           Fax:    (202) 682-1639

                                           *Attorneys for Defendant Monsanto Company*