BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS         MDL No. 2741
LIABILITY LITIGATION

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Anthony Cocozza | Monsanto Co. | Southern District of New York (White Plains) | 7:19-cv-08776-VB | District Judge Vincent L. Briccetti |
| 2. | Connie Lamdin and Jay M. Lamdin | Monsanto Co. and John Does 1-50 | District of Colorado (Denver) | 1:19-cv-02339-KMT | Magistrate Judge Kathleen M. Tafoya |
| 3. | Jonathan Dismuke | Monsanto Co. and John Does 1-50 | District of Colorado (Denver) | 1:19-cv-02689-SKC | Magistrate Judge S. Kato Crews |
| 4. | Howard L. Ruble, Jr. | Monsanto Co. | District of South Carolina (Spartanburg) | 7:19-cv-02581-MDL | Unassigned |