**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 3, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Roopal Premchand Luhana, Esq.
CHAFFIN LUHANA, LLP
600 Third Avenue
12th Floor
New York, NY 10016
Phone: (347) 269-4472
Email: luhana@chaffinluhana.com

Counsel for Plaintiff in *Cocozza v. Monsanto Co.*, 7:19-cv-08776-VB (S.D.N.Y.).

Jerrold Seth Parker, Esq.
PARKER WAICHMAN, LLP
6 Harbor Park Drive
Port Washington, NY 11050
Phone: 516-466-6500
Email: jerry@yourlawyer.com

Counsel for Plaintiffs in *Lamdin, et al. v. Monsanto Co., et al.,* 1:19-cv-02339-KMT (D. Colo.); *Dismuke v. Monsanto Co., et al.*, 1:19-cv-02689-SKC (D. Colo.).

Thomas David Hoyle, Esq.
William Taylor Carpentier Lacy, Esq.
MOTLEY RICE, LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Phone: (843) 216-9136
Email: dhoyle@motleyrice.com
Email: wlacy@motleyrice.com

John Belton White, Jr., Esq.
Rebecca Griffin Littlejohn Lynch, Esq.
HARRISON WHITE SMITH & COGGINS, PC
178 West Main Street
Spartanburg, SC 29306
Phone: (8640 585-5100
Email: jwhite@spartanlaw.com
Email: glynch@spartanlaw.com

Co-counsel for Plaintiff in *Ruble, Jr. v. Monsanto Co.*, 7:19-cv-02581-MDL (D.S.C.).

Dated: October 3, 2019                    Respectfully submitted,

                                                  /s/ Joe G. Hollingsworth
                                                  Joe G. Hollingsworth, Esq.
                                                   (jhollingsworth@hollingsworthllp.com)
                                                   HOLLINGSWORTH LLP
                                                   1350 I Street, N.W.
                                                   Washington, D.C. 20005
                                                   Phone: (202) 898-5800
                                                   Fax:    (202) 682-1639

                                                 *Attorneys for Defendant Monsanto Company*