**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTSMDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| | Vincent Bonanni and Paola Bonanni | Monsanto Co., Bayer AG, and Lowe's Home Centers, LLC | Western District of Pennsylvania (Pittsburgh) | 2:19-cv-01234-NR | District Judge J. Nicholas Ranjan |

1