**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on October 4, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Clark A. Mitchell, Esq.
17 South College Street
Washington, PA 15301
Phone: (724) 229-9500
Email: cmaesq@yahoo.com

Kelly L. Enders, Esq.
CAROSELLI, BEACHLER, MCTIERNAN & CONBOY
20 Stanwix Street
7th Floor
Pittsburgh, PA 15222
Phone: (412) 391-9860
Email: kenders@cbmclaw.com

Co-counsel for Plaintiffs in *Bonanni v. Monsanto Co.*, *et al.*, 2:19-cv-01234-NR (W.D. Pa.).

Copies of the foregoing were also caused to be served via first class mail on Lowe's Home Centers, LLC (which has not entered an appearance in the *Bonanni* lawsuit) as follows:

Paul W. Lombardi, Esq.
Corporate Counsel
Lowe's Companies, Inc.
1000 Lowe's Blvd.
NBLGL
Mooresville, NC 28117

Copies of the foregoing were not served on defendant Bayer AG, which did not enter an appearance in the *Bonanni* lawsuit and was dismissed before the lawsuit was removed to federal court.

Dated: October 4, 2019                    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*