**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | John Beck | Monsanto Co. | Middle District of Florida | 2:19-cv-00608-SPC-MRM | District Judge Sheri Polster Chappell |
| 2. | Patricia Brock | Monsanto Co. | Middle District of Florida | 3:19-cv-00976-BJD-PDB | District Judge Brian J. David |
| 3. | Samuel Callis | Monsanto Co. | Southern District of Florida | 1:19-cv-23715-KMW | District Judge Kathleen M. Williams |
| 4. | Jeff Cargle | Monsanto Co. | Northern District of Georgia | 4:19-cv-00194-MHC | District Judge Mark H. Cohen |