**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on October 4, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel:

T. Michael Morgan, Esq.
MORGAN & MORGAN
20 N. Orange Avenue, Suite 1600
Orlando, Florida 32801
Phone: (407) 420-1414
Email: mmorgan@forthepeople.com

Frank Petosa, Esq.
MORGAN & MORGAN
8151 Peters Road, 4th Floor
Plantation, Florida 33324
Phone: (813) 223-5505
Email: fpetosa@forthepeople.com

Counsel for Plaintiffs in *Beck v. Monsanto Co.*, No. 2:19-cv-00608-SPC-MRM (M.D. Fla.); *Brock v. Monsanto Co.*, No. 3:19-cv-00976-BJD-PDB (M.D. Fla.); *Callis v. Monsanto Co.*, No. 1:19-cv-23715-KMW (S.D. Fla.)

Dylan J. Hooper, Esq.
MORGAN AND MORGAN ATLANTA, PLLC
191 Peachtree Street Northeast, Suite 4200
Atlanta, GA 30343-1007
Phone: (404) 965-8811
Email: DHooper@Forthepeople.com

Counsel for Plaintiffs in *Cargle v. Monsanto Co.*, No. 4:19-cv-00194-MHC (N.D. Ga.)

Dated: October 4, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*