# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**
Clerk of Court

**Leslie M. Friedmann**
Fort Myers Division Manager
(239)461-2000

October 7, 2019

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:        Lamatrice v. Monsanto Company
Case No.   2:19-c-721-FtM-38NPM

Dear Clerk:

    Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

    Sincerely,

    ELIZABETH M. WARREN
    CLERK

    By: /s/ D. Nipper, Deputy Clerk