# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on October 7, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Margaret M. Murray, Esq.
MURRAY & MURRAY
111 East Shoreline Drive
Sandusky, OH 44870
Phone: (419) 624-3000
Email: mmm@murrayandmurray.com

Counsel for Plaintiff in *Missler v. Monsanto Co*., 3:19-cv-01833-JZ (N.D. Ohio.).

Dated: October 7, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

1