BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS                              MDL No. 2741
LIABILITY LITIGATION

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Terry Anstett | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:19-cv-01009-TJC-PDB | District Judge Timothy J. Corrigan |
| 2. | Donald Jerry Bartley | Monsanto Co. | Southern District of Florida (Ft. Pierce) | 2:19-cv-14330-RLR | District Judge Robin L. Rosenberg |
| 3. | Richard Batson | Monsanto Co. | Southern District of Florida (Ft. Lauderdale) | 0:19-cv-62126-KMW | District Judge Kathleen M. Williams |
| 4. | Charles Carter | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:19-cv-00991-TJC-MCR | District Judge Timothy J. Corrigan |
| 5. | Alan Clock | Monsanto Co. | Northern District of Georgia (Atlanta) | 1:19-cv-03943-CAP | Senior District Judge Charles A. Pannell, Jr. |
| 6. | Gary D. Colvin | Monsanto Co. | Western District of Kentucky (Louisville) | 3:19-cv-00646-RGJ | District Judge Rebecca Grady Jennings |
| 7. | Kevin Cooksey | Monsanto Co. | Middle District of Florida (Ft. Meyers) | 2:19-cv-00629-SPC-MRM | District Judge Sheri Polster Chappell |
| 8. | Larry Corbett | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:19-cv-01024-TJC-JBT | District Judge Timothy J. Corrigan |
| 9. | Leonard Crouch | Monsanto Co. | Northern District of Florida (Pensacola) | 3:19-cv-03359-TKW-MJF | District Judge Kent Wetherell, II |
| 10. | John J. Dougherty | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02126-CEH-TGW | District Judge Charlene Edwards Honeywell |

| | | | | | |
|---|---|---|---|---|---|
| **11.** | Douglas Drover | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:19-cv-01056-MMH-JRK | District Judge Marcia Morales Howard |
| **12.** | Curtis Dwyer | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02134-CEH-CPT | District Judge Charlene Edwards Honeywell |
| **13.** | George Edelstein | Monsanto Co. | Northern District of Georgia (Atlanta) | 1:19-cv-03944-TWT | Chief District Judge Thomas W. Thrash, Jr. |
| **14.** | Howard Ferguson | Monsanto Co. | Northern District of Florida (Pensacola) | 3:19-cv-03339-RV-EMT | Senior District Judge Roger Vinson |
| **15.** | Roy Forward | Monsanto Co. | Middle District of Georgia (Athens) | 3:19-cv-00079-CAR | District Judge C. Ashley Royal |
| **16.** | Wade Wolfe | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02231-VMC-JSS | District Judge Virginia M. Hernandez Covington |
| **17.** | Gregory Woodcock | Monsanto Co. | Southern District of Georgia (Brunswick) | 2:19-cv-00103-LGW-BWC | District Judge Lisa G. Wood |