# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on October 8, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

T. Michael Morgan, Esq.
Frank Michael Petosa, Esq.
G. Katherine Chambers, Esq.
MORGAN & MORGAN – TAMPA, ORLANDO
201 North Franklin Street
7th Floor
Tampa, FL 33602
Phone: (813) 223-5505
Email: mmorgan@forthepeople.com
Email: fpetosa@forthepeople.com
Email: kathychambers@forthepeople.com

Counsel for Plaintiffs in *Anstett v. Monsanto Co.*, No. 3:19-cv-01009-TJC-PDB (M.D. Fla.); *Bartley v. Monsanto Co.*, No. 2:19-cv-14330-RLR (S.D. Fla.); *Batson v. Monsanto Co.*, No. 0:19-cv-62126-KMW (S.D. Fla.); *Carter v. Monsanto Co.*, No. 3:19-cv-00991-TJC-MCR (M.D. Fla.); *Cooksey v. Monsanto Co.*, No. 2:19-cv-00629-SPC-MRM (M.D. Fla.); *Corbett v. Monsanto Co.*, No. 3:19-cv-01024-TJC-JBT (M.D. Fla.); *Crouch v. Monsanto Co.*, No. 3:19-cv-03359-TKW-MJF (N.D. Fla.); *Dougherty v. Monsanto Co.*, No. 8:19-cv-02126-CEH-TGW (M.D. Fla.); *Drover v. Monsanto Co.*, No. 3:19-cv-01056-MMH-JRK (M.D. Fla.); *Dwyer v. Monsanto Co.*, No. 8:19-cv-02134-CEH-CPT (M.D. Fla.); *Ferguson v. Monsanto Co.*, No. 3:19-cv-03339-RV-EMT (N.D. Fla.); *Wolfe v. Monsanto Co.*, No. 8:19-cv-02231-VMC-JSS (M.D. Fla.).

Dylan James Hooper, Esq.
R. Walker Garrett, Esq.
Seth M. Diamond, Esq.
MORGAN & MORGAN – ATLANTA
191 Peachtree Street Northeast
Suite 4200
Atlanta, GA 30306
Phone: (404) 496-7286
Email: dhooper@forthepeople.com
Email: wgarrett@forthepeople.com
Email: sdiamond@forthepeople.com

Counsel for Plaintiffs in *Clock v. Monsanto Co.*, No. 1:19-cv-03943-CAP (N.D. Ga.); *Edelstein v. Monsanto Co.*, No. 1:19-cv-03944-TWT (N.D. Ga.); *Forward v. Monsanto Co.*, No. 3:19-cv-00079-CAR (M.D. Ga.); *Woodcock v. Monsanto Co.*, No. 2:19-cv-00103-LGW-BWC (S.D. Ga.).

Shea W. Conley, Esq.
MORGAN & MORGAN – LEXINGTON
33 West Vine Street
Suite 1200
Lexington, KY 40507
Phone: (859) 286-8364
Email: sconley@forthepeople.com

Counsel for Plaintiff in *Colvin v. Monsanto Co.*, No. 3:19-cv-00646-RGJ (W.D. Ky.).

Dated: October 8, 2019                    Respectfully submitted,


                                          /s/ Joe G. Hollingsworth
                                          Joe G. Hollingsworth, Esq.
                                          (jhollingsworth@hollingsworthllp.com)
                                          HOLLINGSWORTH LLP
                                          1350 I Street, N.W.
                                          Washington, D.C. 20005
                                          Phone: (202) 898-5800
                                          Fax:    (202) 682-1639

                                          *Attorneys for Defendant Monsanto Company*