BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION       MDL No. 2741

### NOTICE OF OPPOSITION (CTO-156)

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff John T. Moore submits this opposition to Conditional Transfer Order (CTO –156) as it relates to the following case:

*John Thomas Moore, Jr. v. Monsanto Company,* **et al.,** **Alabama Southern, Case No. 2:19-cv-00707**

Dated: October 8, 2019

Respectfully submitted,

*/s/ John E. Tomlinson*
John E. Tomlinson
Jere L. Beasley
Rhon E. Jones
LaBarron N. Boone
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS AND MILES, P.C.**
Post Office Box 4160
218 Commerce Street
Montgomery, Alabama 36103
Phone: (334) 269-2343
Fax:    (334) 954-7555
john.tomlinson@beasleyallen.com
jere.beasley@beasleyallen.com
rhon.jones@beasleyallen.com
labarron.boone@beasleyallen.com

OF COUNSEL:

Jamie A. Johnston (JOH164)
Jamie A. Johnston, P.C.
509 Cloverdale Road
Suite 101
Montgomery, Alabama 36106
Telephone: 334.202.9228

Facsimile:   334.265.8789
jamie@jjohnstonpc.com

*Attorneys for Plaintiff John T. Moore*