BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION     MDL No. 2741

*John Thomas Moore, Jr. v. Monsanto Company,* et al., Alabama Southern, Case No. 2:19-cv-00707

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on the 8th day of October, 2019, Plaintiff's Notice of Opposition (CTO-156) was filed with the Clerk of the Court by using the Court's electronic filing system, which sends an electronic filing copy to all attorneys of record.

*Counsel for Monsanto Company*
Marchello D. Gray
Brett S. Covington
Eric G. Lasker
Hollingsworth LLP
1350 I Street NW, Suite 900
Washington, DC 20036
Telephone: 202-898-5835
Email: mgray@hollingsworthllp.com
bcovington@hollingsworthllp.com
elasker@hollingsworthllp.com

Michael W. Hogue
Eric A. Paine
Nelson, Mullins, Riley &
Scarborough, LLP
1320 Main Street
Columbia, SC 29201
Telephone: 803-799-2000
Email: michael.hogue@nelsonmullins.com
eric.paine@nelsonmullins.com

Halron W. Turner (TUR012)
Turner, Onderdonk, Kimbrough,
Howell, Huggins & Bradley, PA
13212 West Central Avenue
Post Office Drawer 1389

Chatom, Alabama 36518
Telephone: 251-847-2237
Facsimile:  251-847-3115
Email: hwt@tokh.com

*Counsel for Helena Agri-Enterprises, LLC*
Lawrence C. Weaver (WEA013)
S. Dagnal Rowe, Jr.
WILMER & LEE, PA
Suite 201AB
Post Office Box 1429
Decatur, Alabama 35062
Email:  lweaver@wilmerlee.com
drowejr@wilmerlee.com

*Counsel for Central Alabama Farmers Cooperative, Inc.*
Charles R. Diard, Jr.
Clerk of Court
United States District Court
Southern District of Alabama
155 St. Joseph Street
Mobile, Alabama 36602
Facsimile: 251-694-4297


Dated:  October 8, 2019                                           Respectfully submitted,

*/s/ John E. Tomlinson*
John E. Tomlinson
Jere L. Beasley
Rhon E. Jones
LaBarron N. Boone
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS AND MILES, P.C.**
Post Office Box 4160
218 Commerce Street
Montgomery, Alabama  36103
Phone: (334) 269-2343
Fax:     (334) 954-7555
 john.tomlinson@beasleyallen.com
 jere.beasley@beasleyallen.com
 rhon.jones@beasleyallen.com
 labarron.boone@beasleyallen.com

OF COUNSEL:

Jamie A. Johnston (JOH164)
Jamie A. Johnston, P.C.
509 Cloverdale Road
Suite 101
Montgomery, Alabama 36106
Telephone:  334.202.9228
Facsimile:   334.265.8789
jamie@jjohnstonpc.com

*Attorneys for Plaintiff John T. Moore*