BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Guido Messina | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:19-cv-01002-TJC-PDB | District Judge Timothy J. Corrigan |
| **2.** | Robert Miller | Monsanto Co. | Northern District of Ohio (Akron) | 5:19-cv-02128-SL | District Judge Sara Lioi |
| **3.** | Linda Musfeldt | Monsanto Co. | Southern District of Florida (Ft. Pierce) | 2:19-cv-14307-RLR | District Judge Robin L. Rosenberg |
| **4.** | Darlene Oldfield | Monsanto Co. | Middle District of Florida (Ocala) | 5:19-cv-00410-JSM-PRL | Senior District Judge James S. Moody, Jr. |
| **5.** | J.W. Payne | Monsanto Co. | Northern District of Georgia (Gainesville) | 2:19-cv-00196-RWS | Senior District Judge Richard W. Story |
| **6.** | Harvey Perry | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02132-CEH-CPT | District Judge Charlene Edwards Honeywell |
| **7.** | Lydia Carolyn Phillips | Monsanto Co. | Northern District of Florida (Panama City) | 5:19-cv-00307-RH-MJF | Senior District Judge Robert L. Hinkle |
| **8.** | Vincent J. Ploplis | Monsanto Co. | Southern District of Florida (Ft. Lauderdale) | 0:19-cv-62148-WPD | District Judge William P. Dimitrouleas |
| **9.** | Christopher J. Rung | Monsanto Co. | Southern District of New York (Foley Square) | 1:19-cv-08422-ER | District Judge Edgardo Ramos |
| **10.** | Dylan Sampsel | Monsanto Co. | Central District of California (Easter Division – Riverside) | 5:19-cv-01811-AB-SP | District Judge Andre Birotte, Jr. |

| | | | | | |
|---|---|---|---|---|---|
| **11.** | Barbara Scroggs | Monsanto Co. | Northern District of Georgia (Atlanta) | 1:19-cv-03957-LMM | District Judge Leigh Martin May |
| **12.** | Jeanne Selby | Monsanto Co. | Northern District of Georgia (Atlanta) | 1:19-cv-03958-LMM | District Judge Leigh Martin May |
| **13.** | Claire Sigwart and Francis Sigwart | Monsanto Co. | District of Maryland (Baltimore) | 1:19-cv-02440-ELH | District Judge Ellen L. Hollander |
| **14.** | Wilbur Stockland | Monsanto Co. | Northern District of Florida (Pensacola) | 3:19-cv-03321-TKW-HTC | District Judge Thomas Kent Wetherell II |