**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on October 8, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

T. Michael Morgan, Esq.
Frank Michael Petosa, Esq.
MORGAN & MORGAN – TAMPA, ORLANDO, PLANTATION
201 North Franklin Street
7th Floor
Tampa, FL 33602
Phone: (813) 223-5505
Email: mmorgan@forthepeople.com
Email: fpetosa@forthepeople.com

Counsel for Plaintiffs in *Messina v. Monsanto Co.*, No. 3:19-cv-01002-TJC-PDB (M.D. Fla.); *Musfeldt v. Monsanto Co.*, No. 2:19-cv-14307-RLR (S.D. Fla.); *Oldfield v. Monsanto Co.*, No. 5:19-cv-00410-JSM-PRL (M.D. Fla.); *Perry v. Monsanto Co.*, No. 8:19-cv-02132-CEH-CPT (M.D. Fla.); *Phillips v. Monsanto Co.*, No. 5:19-cv-00307-RH-MJF (N.D. Fla.); *Ploplis v. Monsanto Co.*, No. 0:19-cv-62148-WPD (S.D. Fla.); *Stockland v. Monsanto Co.*, No. 3:19-cv-03321-TKW-HTC (N.D. Fla.).

Dylan James Hooper, Esq.
MORGAN & MORGAN – ATLANTA
191 Peachtree Street Northeast
Suite 4200
Atlanta, GA 30306
Phone: (404) 496-7286
Email: dhooper@forthepeople.com

Counsel for Plaintiffs in *Payne v. Monsanto Co.*, No. 2:19-cv-00196-RWS (N.D. Ga.); *Scroggs v. Monsanto Co.*, No. 1:19-cv-03957-LMM (N.D. Ga.); *Selby v. Monsanto Co.*, No. 1:19-cv-03958-LMM (N.D. Ga.).

J. Corey Asay, Esq.
MORGAN & MORGAN – LEXINGTON
33 West Vine Street
Suite 1200
Lexington, KY 40507
Phone: (859) 286-8364
Email: casay@forthepeople.com

Counsel for Plaintiff in *Miller v. Monsanto Co.*, No. 5:19-cv-02128-SL (N.D. Ohio).

Paul D. Rheingold, Esq.
RHEINGOLD, VALET, RHEINGOLD, MCCARTNEY & GIUFFRA, LLP
113 East 37th Street
New York, NY 10016
Phone: (212) 684-1880
Email: slevin@rheingoldlaw.com

Counsel for Plaintiff in *Rung v. Monsanto Co.*, No. 1:19-cv-08422-ER (S.D.N.Y.).

Jennifer A. Moore, Esq.
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY 40208
Phone: (502) 717-4080
Email: jennifer@moorelawgroup.com

Counsel for Plaintiff in *Sampsel v. Monsanto Co.*, No. 5:19-cv-01811-AB-SP (C.D. Cal.).

Justin Anthony Browne, Esq.
KETTERER, BROWNE & ANDERSON, LLC
336 South Main Street
Bel Air, MD 21014
Phone: (410) 420-0184
Email: Justin@KBAattorneys.com

Counsel for Plaintiffs in *Sigwart v. Monsanto Co.*, No. 1:19-cv-02440-ELH (D. Md.).

Dated: October 8, 2019                    Respectfully submitted,

  /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*