# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ESTATE OF MICHAEL J. SHANNON, by and through his proposed Personal representative, YOLANDA SHANNON, and YOLANDA SHANNON, individually,

        Plaintiffs,

v.                                                  Civil Case No.: 1:19-cv-00829

MONSANTO COMPANY,

        Defendant.

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff by and through counsel Will Ferguson & Associates (Albert N. Thiel, Jr.) and gives notice of dismissal of this claim without prejudice.

1. No answer or other responsive pleadings have been filed.

2. This matter is the subject of two almost identical complaints filed on the same day by two different law firms. The other lawsuit against Monsanto contains the same Plaintiff and subject matter and is captioned *Yolanda Shannon, Individually, and as Administratrix of the Estate of Michael Shannon, Deceased vs. Monsanto Co.* case number 19SL–CC04019 filed in Missouri Circuit Court 21st Judicial Circuit St. Louis County.

3. Notice has been given to Counsel for Monsanto, Martin Calhoun of Hollingsworth LLC and he concurs that this dismissal is without prejudice to the pursuit of the Missouri filing.

        Respectfully Submitted,

        WILL FERGUSON & ASSOCIATES

        */s/ Albert N. Thiel, Jr.*
        ALBERT N. THIEL, JR.
        *Attorney for Plaintiff*
        1720 Louisiana Blvd., NE, Suite 100
        Albuquerque, NM 87110
        T 505-243-5566 / F 505-243-5699

I HEREBY CERTIFY on October 4, 2019, a true copy of the foregoing pleading was emailed to the following:

Martin Calhoun: mcalhoun@hollingsworthllp.com
*Joe G. Hollingsworth*: *jhollingsworth@hollingsworthllp.com*;
*ecfmonsanto@hollingsworthllp.com*

*/s/ Albert N. Thiel, Jr.*
ALBERT N. THIEL, JR.