UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE:
ROUNDUP PRODUCTS LIABILITY LITIGATION                     MDL No. 2741

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ESTATE OF MICHAEL J. SHANNON, by and through his proposed Personal representative, YOLANDA SHANNON, and YOLANDA SHANNON, individually,

      Plaintiffs,

v.                                                                                              Civil Case No.: 1:19-cv-00829
                                                                                                          MDL No. 2741

MONSANTO COMPANY,

      Defendant.

---

**AMENDED OPPOSITION TO TRANSFER ORDER (CTO-157) AND SUPPLEMENTAL INFORMATION**

COMES NOW counsel for the Estate of Michael J. Shannon, by and through his proposed Personal Representative, Yolanda Shannon, and Yolanda Shannon, individually and hereby opposes transfer of this case to the MDL and in support thereof informs the panel:

1. This case was dismissed without prejudice by Plaintiff on October 4, 2019 as there was a duplicate filing in the State of Missouri.

2. A copy of the notice of dismissal is attached.

3. By agreement with counsel for Monsanto, the dismissal is without prejudice.

4. There is no purpose in transferring this dismissed case.

Respectfully Submitted,

WILL FERGUSON & ASSOCIATES

/s/ Albert N. Thiel, Jr.
ALBERT N. THIEL, JR.
*Attorney for Plaintiff*
1720 Louisiana Blvd., NE, Suite 100
Albuquerque, NM 87110
T 505-243-5566 / F 505-243-5699
al@fergusonlaw.com

I HEREBY CERTIFY on October 08, 2019, a true copy of the foregoing pleading was emailed to the following:

Martin Calhoun: mcalhoun@hollingsworthllp.com
*Joe G. Hollingsworth:* jhollingsworth@hollingsworthllp.com; ecfmonsanto@hollingsworthllp.com

/s/ Albert N. Thiel, Jr.