

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
## OFFICE OF THE CLERK

**Michael L. McConnell**  
**Clerk of Court**

**Telephone:** 225-389-3500  
**Facsimile:** 225-389-3501

October 8, 2019

John W. Nichols  
Clerk of the Panel  
One Columbus Circle, NE  
Thurgood Marshall Federal Judiciary Building  
Room G-255, North Lobb  
Washington, D.C. 20002-8004

Re:   Civil Action 3:19-cv-00686-SDD-EWD  
         Laurent v. Monsanto Company

Dear Sir:

   Enclosed please find a docket sheet, civil cover sheet and a copy of the Complaint filed in the above captioned case. This is a potential multi-district litigation case.

                                                            Sincerely,  
                                                            Michael L. McConnell  
                                                            Clerk of Court

                                                            By: _Elisa Clement_____  
                                                            Deputy Clerk

Enclosure  
Docket Sheet  
Civil Cover Sheet  
Removal