## UNITED STATES DISTRICT COURT
### Southern District of Iowa

U.S. Courthouse  
123 East Walnut Street  
Des Moines, Iowa  50309

Clerk of Court's Office  
www.iasd.uscourts.gov

Des Moines  
Davenport  
Council Bluffs

o: 515-284-6248  
f : 515-284-6418



October 8, 2019

Mr. John W. Nichols

Judicial Panel on Multidistrict Litigation

Thurgood Marshall Federal Judicial Building

One Columbus Circle, NE

Room G-255, North Lobby

Washington DC 20002-8004

*In Re:* MDL 2741 Monsanto Company (Roundup). 4-19-cv-00325 Iowa Southern District

Dear Mr. Nichols:

Enclosed is a copy of the complaint from the action filed in the Southern District of Iowa, Central Division by plaintiff Ted Charles Rasmusson, against defendant Monsanto Company please forward this complaint to the panel for review of a Potential Tag-Along Action to the above entitled MDL case.

Should you have any questions, please do not hesitate to contact this office.

Sincerely,  
/s/ Donnell Vance  
Court Operations Specialist  
Phone number 515-323-2862  
John S. Courter  
CLERK OF COURT

UNITED STATES DISTRICT COURT
Southern District of Iowa

| | | |
|---|---|---|
| U.S. Courthouse<br>123 East Walnut Street<br>Des Moines, Iowa  50309 |  | Des Moines<br>Davenport<br>Council Bluffs |
| Clerk of Court's Office<br>www.iasd.uscourts.gov | | o: 515-284-6248<br>f : 515-284-6418 |

October 8, 2019

Mr. John W. Nichols

Judicial Panel on Multidistrict Litigation

Thurgood Marshall Federal Judicial Building

One Columbus Circle, NE

Room G-255, North Lobby

Washington DC 20002-8004

*In Re:* MDL 2741 Monsanto Company (Roundup). 4-19-cv-00327 Iowa Southern District

Dear Mr. Nichols:

Enclosed is a copy of the complaint from the action filed in the Southern District of Iowa, Central Division by plaintiff Neil Edward Rasmusson, against defendant Monsanto Company please forward this complaint to the panel for review of a Potential Tag-Along Action to the above entitled MDL case.

Should you have any questions, please do not hesitate to contact this office.

Sincerely,
/s/ Donnell Vance
Court Operations Specialist
Phone number 515-323-2862
John S. Courter
CLERK OF COURT