# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ROUNDUP PRODUCTS LIABILITY**
**LITIGATION**

| | | |
|---|---|---|
| Shannon v. Monsanto Company, | ) | |
| D. New Mexico, C.A. No. 1:19-00829 | ) | MDL No. 2741 |

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Shannon*) on October 4, 2019.  The Panel has now been advised that, pursuant to a notice of dismissal without prejudice, *Shannon* was dismissed in the District of New Mexico on October 4, 2019.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-157" filed on October 4, 2019, is VACATED insofar as it relates to this action.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel