**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on October 10, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Jennifer A. Moore, Esq.
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY 40208
Phone: (502) 717-4080
Email: Jennifer@moorelawgroup.com

Andrew T. Kagan, Esq.
KAGAN LEGAL GROUP
295 Palmas Inn Way
Suite 6 Palmanova Plaza
Humacao, PR 00791
Phone: (939) 220-2424
Email: Andrew@kaganlegalgroup.com

Co-counsel for Plaintiffs in *Murphy, et al. v. Monsanto Co.*, 8:19-cv-02240-WFJ-SPF (M.D. Fla.).

| | |
|---|---|
| Dated: October 10, 2019 | Respectfully submitted, |

      /s/ Joe G. Hollingsworth
      Joe G. Hollingsworth, Esq.
      (jhollingsworth@hollingsworthllp.com)
      HOLLINGSWORTH LLP
      1350 I Street, N.W.
      Washington, D.C. 20005
      Phone: (202) 898-5800
      Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*