# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 10/10/19

District Court:   M.D. Florida

Number of Actions:  1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL