# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

| | |
|---|---|
| Elizabeth M. Warren<br>Clerk of Court | Benjamin C. Wynn<br>Orlando Division Manager |

October 11, 2019

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle District of Florida, to be added as a possible tag along action:

    6:19-cv-1939-Orl-28LRH       Filed: 10/10/19

If you should have questions or need additional information, please call me at (407) 835-4200.

                ELIZABETH M. WARREN, CLERK

                By:    s/D.A., Deputy Clerk

Enclosure