BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|     | Plaintiff | Defendant | District | Civil Action No. | Judge |
| --- | --- | --- | --- | --- | --- |
| 1.  | Linda Taylor | Monsanto Co. | Northern District of Georgia (Gainesville) | 2:19-cv-00197-RWS | Senior District Judge Richard W. Story |
| 2.  | Henry Spires | Monsanto Co. | Middle District of Georgia (Macon) | 5:19-cv-00348-MTT | District Judge Marc Thomas Treadwell |
| 3.  | Albert Smith | Monsanto Co. | Southern District of Georgia (Brunswick) | 2:19-cv-00102-LGW-BWC | District Judge Lisa G. Wood |
| 4.  | Steve Hiers | Monsanto Co. | Southern District of Georgia (Waycross) | 5:19-cv-00070-LGW-BWC | District Judge Lisa G. Wood |
| 5.  | Angela Bradley | Monsanto Co. | Southern District of Georgia (Dublin) | 3:19-cv-00062-DHB-BKE | Senior District Judge Dudley H. Bowen |
| 6.  | Horace Clark Keen | Monsanto Co. | Middle District of Georgia (Albany) | 1:19-cv-00147-LAG | District Judge Leslie Abrams Gardner |
| 7.  | Patricia McNally | Monsanto Co. | Northern District of Georgia (Gainesville) | 2:19-cv-00195-RWS | Senior District Judge Richard W. Story |
| 8.  | Carolyn McGruder | Monsanto Co. | Middle District of Georgia (Columbus) | 4:19-cv-00145-CDL | Chief District Judge Clay D. Land |
| 9.  | Nellie Holden | Monsanto Co. | Middle District of Georgia (Columbus) | 4:19-cv-00144-CDL | Chief District Judge Clay D. Land |
| 10. | Michael Jackson | Monsanto Co. | Northern District of Georgia (Atlanta) | 1:19-cv-03945-TCB | District Judge Timothy C. Batten, Sr. |

| **11.** | Donna Martin | Monsanto Co. | Northern District of Georgia (Rome) | 4:19-cv-00195-MLB | District Judge Michael L. Brown |