**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 11, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Dylan James Hooper, Esq.
MORGAN & MORGAN, PLLC – ATLANTA
191 Peachtree Street, Northeast
Suite 4200
Atlanta, GA 30306
Phone: (404) 496-7286
Email: dhooper@forthepeople.com

Counsel for Plaintiffs in *Taylor v. Monsanto Co.*, 2:19-cv-00197-RWS (N.D. Ga.); *McNally v. Monsanto Co.*, 2:19-cv-00195-RWS (N.D. Ga.); *Jackson v. Monsanto Co.*, 1:19-cv-03945-TCB (N.D. Ga.); *Martin v. Monsanto Co.*, 4:19-cv-00195-MLB (N.D. Ga.).

R. Walker Garrett, Esq.
MORGAN & MORGAN, PLLC – COLUMBUS
408 12th Street
Suite 200
Columbus, GA 31901
Phone: (706) 478-1907
Email: wgarrett@forthepeople.com

Counsel for Plaintiffs in *Spires v. Monsanto Co.*, 5:19-cv-00348-MTT (M.D. Ga.); *Keen v. Monsanto Co.*, 1:19-cv-00147-LAG (M.D. Ga.); *McGruder v. Monsanto Co.*, 4:19-cv-00145-CDL (M.D. Ga.); *Holden v. Monsanto Co.*, 4:19-cv-00144-CDL (M.D. Ga.).

Seth M. Diamond, Esq.
MORGAN & MORGAN, PLLC – SAVANNAH
25 Bull Street
Suite 400
Savannah, GA 31401
Phone: (912) 443-1012
Email: sdiamond@forthepeople.com

Counsel for Plaintiff in *Smith v. Monsanto Co*., 2:19-cv-00102-LGW-BWC (S.D. Ga.).

Douglas Lamar Gibson, Esq.
GIBSON & ASSOCIATES, P.C.
117 Albany Avenue
Waycross, GA 31501
Phone: (912) 283-3858
Email: doug.gibson@gibsonlawpc.com

Paul Michael Scott, Esq.
BROWN, READDICK, BUMGARTNER, CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue
Brunswick, GA 31520
Phone: (912) 264-8544
Email: pscott@brbcsw.com

Co-counsel for Plaintiff in *Hiers v. Monsanto Co*., 5:19-cv-00070-LGW-BWC (S.D. Ga.).

Paul Michael Scott, Esq.
BROWN, READDICK, BUMGARTNER, CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue
Brunswick, GA 31520
Phone: (912) 264-8544
Email: pscott@brbcsw.com

Counsel for Plaintiff in *Bradley v. Monsanto Co*., 3:19-cv-00062-DHB-BKE (S.D. Ga.).

Dated: October 11, 2019    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*