UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 158 (CTO – 158)**

Pursuant to Rule 7.1 of the Judicial Panel on Multidistrict Litigation, Plaintiff David Walter respectfully notices its opposition to Conditional Transfer Order (CTO – 158) as it pertains to David Walter v. Monsanto Company, et al., N.D. Illinois, 1:19-cv-06482. Plaintiff David Walter opposes the transfer and will file a motion to vacate Conditional Transfer Order 158 (CTO – 158), as to the foregoing action, in accordance with JPML 7.1.

_Thomas Kelliher_
Thomas A. Kelliher
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL 60602
Office: (312) 372-8822
Email: tom@horwitzlaw.com