UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| IN RE ROUNDU PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

| DAVID WALTER,<br><br>　　　　　　　　　Plaintiff<br><br>　　v.<br><br>BAYER AG<br><br>　　　　　　　　　Defendant. | No. 19-cv-6482<br><br>Hon. Sharon Johnson Coleman<br>Magistrate Maria Valdez |
|---|---|

### CERTIFICATE OF SERVICE

I, Thomas A. Kelliher, the undersigned, being first duly sworn on oath, deposes and states that on the 15th day of October, 2019, I served the foregoing Notice Of Opposition To Conditional Transfer Order 158 (CTO-158) documents via electronic mail to the following parties at the service list below:

Dated: October 15, 2019　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　By:　*s:/ Thomas A. Kelliher*
　　　　　　　　　　　　　　　　　　**Horwitz, Horwitz, and Associates, LTD.**
　　　　　　　　　　　　　　　　　　25 E. Washington, Suite 900
　　　　　　　　　　　　　　　　　　Chicago, IL  60602
　　　　　　　　　　　　　　　　　　Office: (312) 372-8822
　　　　　　　　　　　　　　　　　　Email: tom@horwitzlaw.com


　　　　　　　　　　　　　　　　　　**Attorneys for David Walter**

**SERVICE LIST**

To: Stetson Atwood, Esq.
Donohue, Brown, Mathewson & Smyth
Attorney for Nicholas Zoretic
140 So. Dearborn, Suite 800
Chicago, IL  60603
email:  atwood@dbmslaw.com
(30132)

To: Patrick Vezino, Esq. / Ruth Enright, Esq.
Baker Enright
Attorney for Kimberly McKinnon
33 W. Jackson Blvd., 3rd Floor
Chicago, IL  60604
email:  vezino@bakerandenright.com
email:  enright@bakerandenright.com
(30132)

To: Stetson Atwood, Esq.
Donohue, Brown, Mathewson & Smyth
Attorney for Northwestern Memorial Healthcare d/b/a Northwestern Medicine
140 So. Dearborn, Suite 800
Chicago, IL  60603
email:  atwood@dbmslaw.com
(30132)

To: Thomas Dammrich II, Esq. / Peter O'Neill, Esq.
Shook Hardy & Bacon L.L.P.
Attorney for Monsanto Company
111 S. Wacker Dr., Suite 4700
Chicago, IL  60606
email:  tdammrich@shb.com
email: pfoneill@shb.com
(30132)