**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| **1.** | Kecia Kelly individually and on behalf of Shonderrick Kelly | Monsanto Co. | Western District of Louisiana (Monroe) | 3:19-cv-01078-TAD-KLH | District Judge Terry A. Doughty |
| **2.** | David Bussell | Monsanto Co. | Western District of Louisiana (Shreveport) | 5:19-cv-01077-SMH-MLH | Chief District Judge S. Maurice Hicks, Jr. |
| **3.** | Joseph Terriaca as Administrator of the Estate of Lucy Terriaca (Deceased) | Monsanto Co. and John Does 1-50 | Eastern District of New York (Central Islip) | 2:19-cv-04766-RRM-RML | District Judge Roslynn R. Mauskopf |