## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 15, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Richard Lee Root, Esq.
Betsy J. Barnes, Esq.
MORRIS BART, LLC
601 Poydras Street
Suite 2400
New Orleans, LA 70130
Phone: (504) 525-8000
Email: rroot@morrisbart.com
Email: bbarnes@morrisbart.com

Counsel for Plaintiffs in *Kelly, et al. v. Monsanto Co.*, 3:19-cv-01078-TAD-KLH (W.D. La.).

Lawrence J. Centola III, Esq.
MARTZELL & BICKFORD
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Email: lcentola@mbfirm.com

Counsel for Plaintiff in *Bussell v. Monsanto Co.*, 5:19-cv-01077-SMH-MLH (W.D. La.).

1

Brian A. Goldstein, Esq.
CELLINO & BARNES, PC
2500 Main Place Tower
350 Main Street
Buffalo, NY 14202
Phone: (716) 888-8888
Email: brian.goldstein@cellinoandbarnes.com

Counsel for Plaintiff in *Terriaca v. Monsanto Co., et al.*, 2:19-cv-04766-RRM-RML (E.D.N.Y.).


Dated: October 15, 2019                     Respectfully submitted,


  /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:     (202) 682-1639

*Attorneys for Defendant Monsanto Company*