BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Rickey Ray Campbell | Monsanto Co. | District of South Carolina (Greenville) | 6:19-cv-02811-MDL | Unassigned |
| 2. | Sherry M. Blackwood | Monsanto Co. | District of South Carolina (Charleston) | 2:19-cv-02734-MDL | Unassigned |
| 3. | William Howard Babcock | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02595-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 4. | Larry R. Cochran | Monsanto Co. | Northern District of Alabama (Southern) | 2:19-cv-01572-JEO | Magistrate Judge John E. Ott |
| 5. | Allen W. Rubin and Harriet S. Rubin | Monsanto Co. | Southern District of New York (Foley Square) | 1:19-cv-08709-LAK | Senior District Judge Lewis A. Kaplan |
| 6. | Ted Sarager and Patti Sarager | Monsanto Co. | District of Arizona (Phoenix) | 2:19-cv-05304-DWL | District Judge Dominic W. Lanza |
| 7. | Tina S. Bureau and John Bureau | Monsanto Co. | Northern District of New York (Albany) | 1:19-cv-01185-BKS-CFH | District Judge Brenda K. Sannes |
| 8. | Richard Walker | Monsanto Co. | Southern District of Florida (Ft. Pierce) | 2:19-cv-14314-JEM | District Judge Jose E. Martinez |
| 9. | William Villella | Monsanto Co. | Southern District of Florida (West Palm Beach) | 9:19-cv-81195-RAR | District Judge Rodolfo A. Ruiz |
| 10. | Sherry Troyano | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02148-MSS-TGW | District Judge Mary S. Scriven |

| | | | | | |
|---|---|---|---|---|---|
| **11.** | Efren Moises Tio | Monsanto Co. | Southern District of Florida (Miami) | 1:19-cv-23716-JLK | Senior District Judge James Lawrence King |
| **12.** | Phillip Terry | Monsanto Co. | Northern District of Florida (Pensacola) | 3:19-cv-03320-MCR-EMT | District Judge M. Casey Rodgers |
| **13.** | Wanda Silver | Monsanto Co. | Northern District of Florida (Gainesville) | 1:19-cv-00169-AW-GRJ | District Judge Allen C. Winsor |
| **14.** | Francis Shaffer | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02230-CEH-SPF | District Judge Charlene Edwards Honeywell |
| **15.** | Linda Willets | Monsanto Co. | Middle District of Florida (Ocala) | 5:19-cv-00415-JSM-PRL | Senior District Judge James S. Moody, Jr. |
| **16.** | Joellen Krumrine | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:19-cv-00995-MMH-JBT | District Judge Marcia Morales Howard |
| **17.** | Jon Haydon | Monsanto Co. | Middle District of Florida (Ocala) | 5:19-cv-00409-JSM-PRL | Senior District Judge James S. Moody, Jr. |
| **18.** | Phillip V. McCoy | Monsanto Co. | Northern District of Florida (Pensacola) | 3:19-cv-03377-MCR-EMT | District Judge M. Casey Rodgers |
| **19.** | William Keith MacKenn | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02149-TPB-TGW | District Judge Thomas P. Barber |
| **20.** | Cynthia Greenberg | Monsanto Co. | Middle District of Florida (Ft. Myers) | 2:19-cv-00609-SPC-NPM | District Judge Sheri Polster Chappell |