**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 15, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Thomas David Hoyle, Esq.
William Taylor Carpentier Lacy, Esq.
MOTLEY RICE, LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Email: dhoyle@motleyrice.com
Email: wlacy@motleyrice.com

Counsel for Plaintiffs in *Campbell v. Monsanto Co.*, No. 6:19-cv-02811-MDL (D.S.C.);
*Blackwood v. Monsanto Co.*, No. 2:19-cv-02734-MDL (D.S.C.).

Emily Jo Kirk, Esq.
MCCUNE WRIGHT, LLP
3281 East Guasti Road
Suite 100
Ontario, CA 91761
Phone: (909) 557-1250
Email: ejk@mccunewright.com

Counsel for Plaintiff in *Babcock v. Monsanto Co.*, No. 4:19-cv-02595-SNLJ (E.D. Mo.).

Joel Lee DiLorenzo, Esq.
THE DiLORENZO LAW FIRM, LLC
505 20th Street North
Suite 1275
Birmingham, AL 35203
Phone: (205) 212-9988
Email: joel@dilorenzo-law.com

Counsel for Plaintiff in *Cochran v. Monsanto Co.*, No. 2:19-cv-01572-JEO (N.D. Al.).

Paul D. Rheingold, Esq.
RHEINGOLD, VALET, RHEINGOLD, McCARTNEY & GIUFFRA, LLP
113 East 37th Street
New York, NY 10016
Phone: (212) 685-1880
Email: slevin@rheingoldlaw.com

Counsel for Plaintiffs in *Rubin v. Monsanto Co.*, No. 1:19-cv-08709-LAK (S.D.N.Y.).

Aaron Richard Clouse, Esq.
Aaron M. Finter, Esq.
John Call Sarager, Esq.
Michael A. Schern, Esq.
SCHERN RICHARDSON FINTER DECKER, PLC
1640 South Stapley Drive
Suite 132
Mesa, AZ 85204
Phone: (480) 632-1929
Email: aclouse@srfdlaw.com
Email: aaron@srfdlaw.com
Email: jcs@srflawfirm.com
Email: mike@srfdlaw.com

Counsel for Plaintiffs in *Sarager v. Monsanto Co.*, No. 2:19-cv-05304-DWL (D. Ariz.).

Rosemarie Riddell Bogdan, Esq.
MARTIN HARDING & MAZZOTTI, LLP
111 Washington Avenue
Suite 750
Albany, NY 12210
Phone: (518) 529-1010
Email: rosemarie.bogdan@1800law1010.com

Counsel for Plaintiffs in *Bureau v. Monsanto Co.*, No. 1:19-cv-01185-BKS-CFJ (N.D.N.Y.).

T. Michael Morgan, Esq.
Frank Michael Petosa, Esq.
G. Katherine Chambers, Esq.
MORGAN & MORGAN, PA
20 North Orange Avenue
Suite 1600
Orlando, FL 32801
Phone: (407) 314-3320
Email: mmorgan@forthepeople.com
Email: fpetosa@forthepeople.com
Email: kathychambers@forthepeople.com

Counsel for Plaintiffs in *Walker v. Monsanto Co.*, No. 2:19-cv-14314-JEM (S.D. Fla.); *Villella v. Monsanto Co.*, No. 9:19-cv-81195-RAR (S.D. Fla.); *Troyano v. Monsanto Co.*, No. 8:19-cv-02148-MSS-TGW (M.D. Fla.); *Tio v. Monsanto Co.*, No. 1:19-cv-23716-JLK (S.D. Fla.); *Terry v. Monsanto Co.*, No. 3:19-cv-03320-MCR-EMT (N.D. Fla.); *Silver v. Monsanto Co.*, No. 1:19-cv-00169-AW-GRJ (N.D. Fla.); *Shaffer v. Monsanto Co.*, No. 8:19-cv-02230-CEH-SPF (M.D. Fla.); *Willets v. Monsanto Co.*, No. 5:19-cv-00415-JSM-PRL (M.D. Fla.); *Krumrine v. Monsanto Co.*, No. 3:19-cv-00995-MMH-JBT (M.D. Fla.); *Haydon v. Monsanto Co.*, No. 5:19-cv-00409-JSM-PRL (M.D. Fla.); *McCoy v. Monsanto Co.*, No. 3:19-cv-03377-MCR-EMT (N.D. Fla.); *MacKenn v. Monsanto Co.*, No. 8:19-cv-02149-TPB-TGW (M.D. Fla.); *Greenberg v. Monsanto Co.*, No. 2:19-cv-00609-SPC-NPM (M.D. Fla.).

Dated: October 15, 2019                    Respectfully submitted,


                                           /s/ Joe G. Hollingsworth
                                           Joe G. Hollingsworth, Esq.
                                           (jhollingsworth@hollingsworthllp.com)
                                           HOLLINGSWORTH LLP
                                           1350 I Street, N.W.
                                           Washington, D.C. 20005
                                           Phone: (202) 898-5800
                                           Fax:    (202) 682-1639

                                           *Attorneys for Defendant Monsanto Company*