**BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, undersigned counsel hereby writes to notify you of the potential tag-along action listed on the attached Schedule of Actions. The docket sheet and complaint for the potential tag-along action is attached.

Respectfully submitted this 16th day of October 2019.

Respectfully Submitted,

ROSEN INJURY LAWYERS

By: /s/ Joseph J. Fantini
Joseph J. Fantini, Esquire
Rosen Injury Lawyers
Pennsylvania Bar No.: 307833
101 Greenwood Ave., Suite 440
Jenkintown, PA 19046
Phone: 215-310-9730
Fax: 267-627-3127
jfantini@roseninjurylawyers.com

*Attorneys for Plaintiffs*