BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

## SCHEDULE OF ACTIONS

| Plaintiffs | Defendants | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| Mary Anne Merchant & Louis Merchant, Sr. | Monsanto Company | Eastern District of Pennsylvania | 2:19-cv-04043 | Timothy J. Savage |

Respectfully submitted this 16th day of October 2019.

Respectfully Submitted,

ROSEN INJURY LAWYERS

By: /s/ Joseph J. Fantini
Joseph J. Fantini, Esquire
Rosen Injury Lawyers
Pennsylvania Bar No.: 307833
101 Greenwood Ave., Suite 440
Jenkintown, PA 19046
Phone: 215-310-9730
Fax: 267-627-3127
jfantini@roseninjurylawyers.com

*Attorneys for Plaintiffs*