## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2019, I electronically filed the foregoing document with the Clerk of the Court for the Judicial Panel on Multidistrict Litigation using the CM/ECF system, and furnished a copy by electronic mail to the following parties of record:

Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
*Attorneys for Defendant*
MONSANTO COMPANY

                          Respectfully Submitted,

                          ROSEN INJURY LAWYERS

                          By: /s/ Joseph J. Fantini
                              Joseph J. Fantini, Esquire
                              Rosen Injury Lawyers
                              Pennsylvania Bar No.: 307833
                              101 Greenwood Ave., Suite 440
                              Jenkintown, PA 19046
                              Phone: 215-310-9730
                              Fax: 267-627-3127
                              jfantini@roseninjurylawyers.com

                          *Attorneys for Plaintiffs*