# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JEANNE SELBY,<br><br>   *Plaintiff*,<br><br>  v.<br><br>MONSANTO COMPANY,<br><br>   *Defendant*. | Case No. 1:19-cv-3958<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Jeanne Selby and her counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant Monsanto Company.

Date: October 15, 2019

   Atlanta, Georgia

            */s/ Dylan J. Hooper, Esq.*
            Dylan J Hooper, Esq.
            Attorney for Plaintiff
            Georgia Bar No.: 194606
            Morgan and Morgan Atlanta, PLLC
            191 Peachtree Street NE, Suite 4200
            P.O. Box 57007
            Atlanta, GA  30343-1007
            Phone:  (404) 965-8811
            Fax:  (404) 965-8812
            DHooper@Forthepeople.com

            *Attorneys for Plaintiff*