**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on October 17, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Jason L. Nabors, Esq.
NABORS LAW FIRM
735 Avignon Drive
Ridgeland, MS 3915
Phone: (601) 690-7270
Email: jason@naborslawfirm.com

Counsel for Plaintiff in *Dancy v. Monsanto Co., et al.*, 3:19-cv-00167-MPM-RP (N.D. Miss.).

Dated: October 17, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*