**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
 Daniel J. Lynch, Clerk of Court  Telephone: 603-225-1423
 Tracy A. Uhrin, Chief Deputy Clerk  Web: www.nhd.uscourts.gov

October 15, 2019

**MDL – Notice of Filing**

Clerk, Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle NE, Rm #G-255, North Lobby
Washington, D.C. 20002-8004

Dear Sir or Madam:

 RE: **Notice of Potential MDL Tag-Along Case Filing**
  MDL 3:16-md-2741, Roundup Products Liability Litigation
  NH Case Hallisey v. Monsanto Company; 1:19-cv-1067-JD

 The referenced case has been identified as a potential tag along case that might be appropriate for inclusion with the above-referenced MDL.

 For your review, I have attached a copy of the complaint with attachments and docket sheet.

 If you have any further questions, please feel free to contact this office.

 Very truly yours,

 DANIEL J. LYNCH, CLERK

 */s/ Megan Cahill*
 Megan Cahill
 Deputy Clerk

Enclosures