**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on October 21, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Michael Jay Green, Esq.
Denise M. Hevicon, Esq.
Maria F. Penn, Esq.
LAW OFFICE OF MARIA F. PENN, AAL, ALC
841 Bishop Street
Suite 2201
Honolulu, HI 96813
Phone: (808) 521-3336
Email: michaeljgreen@hawaii.rr.com
Email: dmheviconlaw@hawaii.rr.com
Email: mfpenn@hawaii.rr.com

Counsel for Plaintiffs in *Pullen v. Monsanto Co.,* 1:19-cv-00510-WRP (D. Haw.).

Dated: October 21, 2019                    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*