BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE:** ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, undersigned counsel hereby writes to notify you of the potential tag-along action listed on the attached Schedule of Actions.

A docket sheet and complaint are attached.

Respectfully Submitted,

CHARLES E. BOYK LAW OFFICES, LLC

/s/     Wesley D. Merillat
Wesley D. Merillat (0080253; OH)
CHARLES E. BOYK LAW OFFICES, LLC
405 Madison Avenue, Suite 1200
Toledo, Ohio 43604
Telephone: (419) 241-1395
Facsimile: (419) 241-8731
wmerillat@charlesboyk-law.com

*Attorney for Plaintiff Donna Schlaak*