BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE:** ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

## NOTICE OF POTENTIAL TAG-ALONG ACTION

| Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Donna Schlaak | Monsanto Company | District of Colorado | 1:19-cv-02487 | Judge Kathleen M. Tafoya |

Respectfully Submitted,

CHARLES E. BOYK LAW OFFICES, LLC

/s/     Wesley D. Merillat
Wesley D. Merillat (0080253; OH)
CHARLES E. BOYK LAW OFFICES, LLC
405 Madison Avenue, Suite 1200
Toledo, Ohio 43604
Telephone: (419) 241-1395
Facsimile: (419) 241-8731
wmerillat@charlesboyk-law.com

*Attorney for Plaintiff Donna Schlaak*