## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2019, I electronically filed the foregoing document with the Clerk of the Court for the Judicial Panel on Multidistrict Litigation using the CM/ECF system, and furnished a copy by electronic mail to the following parties of record:

Joe G. Hollingsworth
jhollingsworth@hollingsworthllp.com
Martin C. Calhoun
mcalhoun@hollingsworthllp.com
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
*Attorneys for Defendant*
MONSANTO COMPANY

                                        Respectfully Submitted,

                                        CHARLES E. BOYK LAW OFFICES, LLC

                                        /s/       Wesley D. Merillat
                                        Wesley D. Merillat (0080253; OH)
                                        CHARLES E. BOYK LAW OFFICES, LLC
                                        405 Madison Avenue, Suite 1200
                                        Toledo, Ohio 43604
                                        Telephone: (419) 241-1395
                                        Facsimile: (419) 241-8731
                                        wmerillat@charlesboyk-law.com

                                        *Attorney for Plaintiff Donna Schlaak*