**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Patricia Grimm | Monsanto Co. | Eastern District of New York (Central Islip) | 2:19-cv-05460-JS-GRB | Senior District Judge Joanna Seybert |
| **2.** | Richard Baker and K. Louise Baker | Monsanto Co. | Eastern District of Pennsylvania (Allentown) | 5:19-cv-03883-CFK | District Judge Chad F. Kenney, Sr. |
| **3.** | Peter Savvis and Debra Savvis | Monsanto Co. | District of New Jersey (Trenton) | 3:19-cv-17754-AET-TJB | Senior District Judge Anne E. Thompson |

1