BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 21, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Innessa Melamed Huot, Esq.
FARUQI & FARUQI, LLP
685 Third Avenue
26th Floor
New York, NY 10017
Phone: (212) 983-9330
Email: ihuot@faruqilaw.com

Counsel for Plaintiff in *Grimm v. Monsanto Co.*, 2:19-cv-05460-JS-GRB (E.D.N.Y.).

Jordan Marzzacco, Esq.
HANDLER HENNING & ROSENBERG
1300 Linglestown Road
Suite 2
Harrisburg, PA 17110
Phone: (717) 238-2000
Email: Marzzacco@hhrlaw.com

Counsel for Plaintiffs in *Baker v. Monsanto Co.*, 5:19-cv-03883-CFK (E.D. Pa.).

Robert A. Solomon, Esq.
FRICKE & SOLOMON, P.C.
91 Pacific Street
Newark, NJ 07105
Phone: (973) 344-6587
Email: Rsolomon@metrolaw.com

Counsel for Plaintiffs in *Savvis v. Monsanto Co.*, 3:19-cv-17754-AET-TJB (D.N.J.).

1

2

Dated: October 21, 2019                                Respectfully submitted,

   /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*