**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**JOE G. HOLLINGSWORTH NOTICE OF APPEARANCE**

**SCHEDULE OF ACTIONS**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | John Thomas Moore, Jr. | Monsanto Co. | Southern District of Alabama (S.D. Ala.) | 2:19-cv-00707 | Judge Kristi K. DuBose |