**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY** | * |
| | *   **MDL No. 2741** |
| **LITIGATION** | * |

*John Thomas Moore, Jr., v. Monsanto Company, et al.,
Alabama Southern, Case No. 2:19-cv-00707*

## NOTICE OF APPEARANCE

In accordance with Rule 4.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendant Helena Agri-Enterprises, LLC, states the following designated attorney is authorized to receive services of all pleadings, notices, orders, and other papers related to practice before the United States Judicial Panel on Multidistrict Litigation:

Jana Russell Garner, JRG Law Offices, LLC, mailing address Post Office Box 364, Selma, Alabama 36702; physical address of Trustmark Bank Building, 2nd Floor, 310 Broad Street, Selma, Alabama 36701; and, electronic mail address jana@janagarner.com .

Dated: October 22, 2019

                                            Respectfully submitted,

                                            *//s// Jacqueline "Jana" Russell Garner*
                                            Jacqueline "Jana" Russell Garner
                                            Attorney for Defendant
                                            Helena Agri-Enterprises, LLC

JRG Law Offices, LLC
Post Office Box 364
Selma, Alabama 36702
Telephone: 334-407-9603
Fax: 334-460-1454
Email:  jana@janagarner.com