BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY  *
                                                                      *   MDL No. 2741
LITIGATION                               *

*John Thomas Moore, Jr. v. Monsanto Company, et al.,*
*Alabama Southern, Case No.2:19-cv-00707*

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on the 22nd day of October, 2019, Defendant Helena Agri-Enterprises, LLC's Notice of Appearance was filed with the Clerk of the Court by using the Court's electronic filing system, which sends an electronic filing copy to all attorneys of record.

***Counsel for Plaintiff***
John E. Tomlinson
Jere L. Beasley
Rhon E. Jones
LaBarron N. Boone
Beasley, Allen, Crow, Methvin,
Portis and Miles, P.C.
Post Office Box 4160
218 Commerce Street
Montgomery, AL  36103
Telephone: 334-269-2343
Facsimile: 334-954-7555
Email: john.tomlinson@beasleyallen.com
       jere.beasley@beasleyallen.com
       rhon.jones@beasleyallen.com
       labarron.boone@beasleyallen.com
Jamie A. Johnston
Jamie A. Johnston, P.C.
509 Cloverdale Road
Suite 101
Montgomery, AL  36106
Telephone: 334-202-9228
Email: jamie@jjohnstonpc.com

*Counsel for Monsanto Company*
Marchello D. Gray
Brett S. Covington
Eric G. Lasker
Hollingsworth LLP
1350 I Street NW, Suite 900
Washington, DC  20036
Telephone: 202-898-5835
Email: mgray@hollingworthllp.com
bcovington@holllingsworthllp.com
elasker@hollingsworthllp.com

Michael W. Hogue
Eric A. Paine
Nelson, Mullins, Riley &
Scarborough, LLP
1320 Main Street
Columbia, SC  29201
Telephone: 803-799-2000
Email: Michael.hogue@nelsonmullins.com
eric.paine@nelsonmullins.com

Halron W. Turner
Turner, Onderdonk, Kimbrough,
Howell, Huggins & Bradley, PA
13212  West Central Avenue
Post Office Box 1389
Chatom, Alabama 36518
Telephone: 251-847-2237
Facsimile: 251-847-3115
Email: hwt@tokh.com

*Counsel for Central Alabama Farmers Cooperative, Inc.*
Lawrence C. Weaver
Wilmer & Lee, PA
Suite 201AB
Post Office Box 1429
Decatur, Alabama 35062
Telephone: 256-350-1109
Email: lweaver@wilmerlee.com

S. Dagnal Rowe, Jr.
Wilmer & Lee, PA
100 Washington Street Northeast
Huntsville, AL  35801
Telephone: 256-533-0202

2

Email: drowejr@wilmerlee.com
Charles R. Diard, Jr.
Clerk of Court
United States District Court
Southern District of Alabama
155 St. Joseph Street
Mobile, AL  36602
Facsimile: 251-694-4297


Dated: October 22, 2019

                                   Respectfully submitted,

                                   *//s// Jacqueline "Jana" Russell Garner*
                                   Jacqueline "Jana" Russell Garner
                                   Attorney for Defendant
                                   Helena Agri-Enterprises, LLC

JRG Law Offices, LLC
Post Office Box 364
Selma, Alabama 36702
Telephone: 334-407-9603
Fax: 334-460-1454
Email:  jana@janagarner.com