**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY** | * |
| | *   **MDL No. 2741** |
| **LITIGATION** | * |

*John Thomas Moore, Jr. v Monsanto Company, et al.,
Alabama Southern, Case No.2:19-cv-00707*

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Rule 5.1 of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Defendant Helena Agri-Enterprises, LLC, states:

1.  Helena Agri-Enterprises, LLC is a Delaware limited liability company with its principal place of business in the State of Tennessee.

2.  The parent corporation of Helena Agri-Enterprises, LLC is Marubeni America Corporation which owns 100% of the membership interests of Helena Agri-Enterprises, LLC.

3.  Marubeni America Corporation is a corporation incorporated under the laws of the State of New York, with its principal place of business in the State of New York.

Dated: October 22, 2019

                                                     Respectfully submitted,

                                                   *//s// Jacqueline "Jana" Russell Garner*
                                                   Jana Russell Garner
                                                   Attorney for Defendant
                                                   Helena Agri-Enterprises, LLC
                                                   JRG Law Offices, LLC

Post Office Box 364
Selma, Alabama 36702
Telephone: 334-407-9603
Fax: 334-460-1454
Email: jana@janagarner.com