BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

This Filing Relates To The Following Case Only:

*John Thomas Moore, Jr. v. Monsanto Company, et al., Alabama Southern, Case No. 2:19-cv-00707*

## **PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER 156**

COMES NOW Plaintiff, John Thomas Moore, and pursuant to Rule 7.1 (f) of the Rules of the Judicial Panel on Multidistrict Litigation, respectfully moves the Panel to vacate Conditional Transfer Order No. 156 ("CTO 156"), on the grounds that transfer of the above-referenced action to the United States Northern District of California in the MDL No. 2741, *In Re: ROUNDUP PRODUCTS LIABILITY LITIGATION* is not proper.

As set forth in Plaintiff's Memorandum of Law in support of his Motion to Vacate Conditional Transfer Order, which is incorporated herein by reference, the transfer of the above reference case to MDL No. 2741 would be inefficient and improper because the U.S. District Court does not properly have jurisdiction over Plaintiff's claims. Additionally, the transfer of this action will not promote efficiency in this litigation as general discovery and a bellwether trial have been completed in the MDL. Because CTO-156 is improper and will not promote efficiency, nor conserve judicial resources, Plaintiff respectfully requests the Panel to vacate CTO-156 and remand this case to Alabama state court.

Dated: October 22, 2019

Respectfully submitted,

*/s/ John E. Tomlinson*
John E. Tomlinson
Jere L. Beasley
Rhon E. Jones
LaBarron N. Boone

**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS AND MILES, P.C.**
Post Office Box 4160
218 Commerce Street
Montgomery, Alabama  36103
Phone: (334) 269-2343
Fax:     (334) 954-7555
john.tomlinson@beasleyallen.com
jere.beasley@beasleyallen.com
rhon.jones@beasleyallen.com
labarron.boone@beasleyallen.com

OF COUNSEL:

Jamie A. Johnston (JOH164)
Jamie A. Johnston, P.C.
509 Cloverdale Road
Suite 101
Montgomery, Alabama 36106
Telephone:  334.202.9228
Facsimile:   334.265.8789
jamie@jjohnstonpc.com

*Attorneys for Plaintiff John T. Moore*