BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION     MDL No. 2741

*John Thomas Moore, Jr. v. Monsanto Company,* et al., Alabama Southern, Case No. 2:19-cv-00707

## PROOF OF SERVICE

I hereby certify that on the 22nd day of October, 2019, Plaintiff's Motion to Vacate Conditional Transfer Order 156 and memorandum in support was electronically filed with the Panel's electronic filing system, which sends an electronic filing copy to all attorneys of record.

Dated: October 22, 2019

Respectfully submitted,

*/s/ John E. Tomlinson*
John E. Tomlinson
Jere L. Beasley
Rhon E. Jones
LaBarron N. Boone
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS AND MILES, P.C.**
Post Office Box 4160
218 Commerce Street
Montgomery, Alabama 36103
Phone: (334) 269-2343
Fax: (334) 954-7555
john.tomlinson@beasleyallen.com
jere.beasley@beasleyallen.com
rhon.jones@beasleyallen.com
labarron.boone@beasleyallen.com

OF COUNSEL:

Jamie A. Johnston (JOH164)
Jamie A. Johnston, P.C.
509 Cloverdale Road
Suite 101
Montgomery, Alabama 36106
Telephone: 334.202.9228

Facsimile:   334.265.8789
jamie@jjohnstonpc.com

*Attorneys for Plaintiff John T. Moore*