BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE:** ROUNDUP PRODUCTS LIABILITY LITIGATION                               MDL No. 2741

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, undersigned counsel hereby writes to notify you of the potential tag-along actions listed on the attached Schedule of Actions.

Docket sheets and complaints are attached.

Respectfully Submitted,

CHARLES E. BOYK LAW OFFICES, LLC

/s/     Wesley D. Merillat
Wesley D. Merillat (0080253; OH)
CHARLES E. BOYK LAW OFFICES, LLC
405 Madison Avenue, Suite 1200
Toledo, Ohio 43604
Telephone: (419) 241-1395
Facsimile: (419) 241-8731
wmerillat@charlesboyk-law.com

*Attorney for Plaintiffs Richard Deneve, George Sisco, Raymond Jackson, Michael Lowery, Lesley Mitchell, Emma Eley, Edward Danecki, Jennie Bosh, Charles Riepenhoff, Teresa Thorpe, James Vollmar, Branko Mijajlovic, Arnold Elzey, Charles Wirtz, Michael Vlasatik, Linda Smith, Adam Mendivil, Estree Palmore, and Manuel Cobian.*