BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE:** ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

| Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Richard Deneve | Monsanto Company | Northern District of Iowa | 1:19-cv-00091 | Judge Linda R. Reade |
| George Sisco | Monsanto Company | Northern District of Indiana | 2:19-cv-00321 | Judge Philip P. Simon |
| Raymond Jackson | Monsanto Company | Eastern District of North Carolina | 5:19-cv-00408 | Judge Louise W. Flanagan |
| Michael Lowery | Monsanto Company | Western District of Texas | 1:19-cv-00856 | Judge James R. Nowlin |
| Lesley Mitchell | Monsanto Company | Southern District of Illinois | 3:19-cv-00949 | Judge Nancy J. Rosenstengel |
| Emma Eley | Monsanto Company | Eastern District of Virginia | 1:19-cv-01123 | Judge Liam O'Grady |
| Edward Danecki | Monsanto Company | Eastern District of Wisconsin | 2:19-cv-01255 | Judge J. P. Stadtmueller |
| Jennie Bosh | Monsanto Company | Northern District of Ohio | 3:19-cv-02006 | Judge Jeffrey J. Helmick |
| Charles Riepenhoff | Monsanto Company | Northern District of Ohio | 3:19-cv-02009 | Judge James G. Carr |
| Teresa Thorpe | Monsanto Company | Northern District of Ohio | 3:19-cv-02011 | Judge Jack Zouhary |
| James Vollmar | Monsanto Company | Northern District of Ohio | 3:19-cv-02012 | Judge Jeffrey J. Helmick |
| Branko Mijajlovic | Monsanto Company | Northern District of Ohio | 1:19-cv-02013 | Judge Solomon Oliver, Jr. |
| Arnold Elzey | Monsanto Company | Northern District of Ohio | 3:19-cv-02014 | Judge Jeffrey J. Helmick |
| Charles Wirtz | Monsanto Company | Northern District of Iowa | 3:19-cv-03043 | Judge Linda R. Reade |
| Michael Vlasatik | Monsanto Company | Southern District of Texas | 4:19-cv-03305 | Judge David Hittner |
| Linda Smith | Monsanto Company | Southern District of Ohio | 2:19-cv-03800 | Judge Edmund A. Sargus |

| Adam Mendivil | Monsanto Company | Northern District of California | 3:19-cv-05482 | Judge Vince Chhabria |
| Estree Palmore | Monsanto Company | Northern District of Illinois | 1:19-cv-05873 | Judge Andrea R. Wood |
| Manuel Cobian | Monsanto Company | Central District of California | 2:19-cv-07588 | Judge Philip S. Gutierrez |

Respectfully Submitted,

CHARLES E. BOYK LAW OFFICES, LLC

/s/   Wesley D. Merillat
Wesley D. Merillat (0080253; OH)
CHARLES E. BOYK LAW OFFICES, LLC
405 Madison Avenue, Suite 1200
Toledo, Ohio 43604
Telephone: (419) 241-1395
Facsimile: (419) 241-8731
wmerillat@charlesboyk-law.com

*Attorney for Plaintiffs Richard Deneve, George Sisco, Raymond Jackson, Michael Lowery, Lesley Mitchell, Emma Eley, Edward Danecki, Jennie Bosh, Charles Riepenhoff, Teresa Thorpe, James Vollmar, Branko Mijajlovic, Arnold Elzey, Charles Wirtz, Michael Vlasatik, Linda Smith, Adam Mendivil, Estree Palmore, and Manuel Cobian.*