## **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2019, I electronically filed the foregoing document with the Clerk of the Court for the Judicial Panel on Multidistrict Litigation using the CM/ECF system, and furnished a copy by electronic mail to the following parties of record:

Joe G. Hollingsworth
jhollingsworth@hollingsworthllp.com
Martin C. Calhoun
mcalhoun@hollingsworthllp.com
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
*Attorneys for Defendant*
MONSANTO COMPANY

    Respectfully Submitted,

    CHARLES E. BOYK LAW OFFICES, LLC

    /s/     Wesley D. Merillat
    Wesley D. Merillat (0080253; OH)
    CHARLES E. BOYK LAW OFFICES, LLC
    405 Madison Avenue, Suite 1200
    Toledo, Ohio 43604
    Telephone: (419) 241-1395
    Facsimile: (419) 241-8731
    wmerillat@charlesboyk-law.com

    *Attorney for Plaintiffs Richard Deneve, George Sisco, Raymond Jackson, Michael Lowery, Lesley Mitchell, Emma Eley, Edward Danecki, Jennie Bosh, Charles Riepenhoff, Teresa Thorpe, James Vollmar, Branko Mijajlovic, Arnold Elzey, Charles Wirtz, Michael Vlasatik, Linda Smith, Adam Mendivil, Estree Palmore, and Manuel Cobian.*