BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION     MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Amani Karamichalakos | Monsanto Co. | Eastern District of Pennsylvania (Philadelphia) | 2:19-cv-04379-JD | Senior District Judge Jan E. DuBois |
| 2. | Bethany Anne Butler and Jonathan Sims | Monsanto Co. | Southern District of Ohio (Cincinnati) | 1:19-cv-00760-TSB | District Judge Timothy S. Black |
| 3. | Billy Sams and Alice Carrol Sams | Monsanto Co. | Western District of Kentucky (Louisville) | 3:19-cv-00706-RGJ | District Judge Rebecca Grady Jennings |
| 4. | Carol Fatla | Monsanto Co. | District of Minnesota (DMN) | 0:19-cv-02456-DSD-HB | Senior District Judge David S. Doty |
| 5. | Cynthia Vavara and Richard S. Vavara | Monsanto Co. | Eastern District of New York (Brooklyn) | 1:19-cv-04963-FB-SMG | Senior District Judge Frederic Block |
| 6. | David Barnes | Monsanto Co. | Northern District of Alabama (Southern) | 2:19-cv-01605-JEO | Chief Magistrate Judge John E. Ott |
| 7. | Dennis Galapon | Monsanto Co. | Eastern District of California (Sacramento) | 2:19-cv-01642-KJM-KJN | District Judge Kimberly J. Mueller |
| 8. | Edwin Wright | Monsanto Co. | Southern District of Florida (Ft. Pierce) | 2:19-cv-14317-RLR | District Judge Robin L. Rosenberg |
| 9. | Emily Wirtjes | Monsanto Co. | Northern District of Iowa (Cedar Rapids) | 1:19-cv-00096-LRR-KEM | Senior District Judge Linda R. Reade |
| 10. | Gerald Kubena | Monsanto Co. | District of Wyoming (Casper) | 1:19-cv-00185-KHR | Chief Magistrate Judge Kelly H. Rankin |

| | | | | | |
|---|---|---|---|---|---|
| **11.** | Gilberto P. Cantu and Maria O. Cantu | Monsanto Co. | Southern District of Texas (Corpus Christi) | 2:19-cv-00281 | District Judge David S. Morales |
| **12.** | Judy Cross and George Cross | Monsanto Co. | Western District of Pennsylvania (Pittsburgh) | 2:19-cv-01048-JFC | Senior District Judge Joy Flowers Conti |
| **13.** | Evon Niesporek | Monsanto Co. | Central District of Illinois (Springfield) | 3:19-cv-03231-SEM-TSH | District Judge Sue E. Myerscough |
| **14.** | Lawrence Oberheim | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02242-WFJ-JSS | District Judge William F. Jung |
| **15.** | The Estate of Stanley Beverly and Odessa Beverly | Monsanto Co. | District of Maryland (Greenbelt) | 8:19-cv-02847-PWG | District Judge Paul W. Grimm |
| **16.** | Robert Pizzimenti | Monsanto Co. | Eastern District of Virginia (Alexandria) | 1:19-cv-01262-TSE-TCB | Senior District Judge T.S. Ellis, III |
| **17.** | Stephen Landry | Monsanto Co. | Western District of Louisiana (Lafayette) | 6:19-cv-01228-MJJ-PJH | District Judge Michael J. Juneau |
| **18.** | Timothy L. Harmeling | Monsanto Co. | Eastern District of Kentucky (Covington) | 2:19-cv-00134-DLB-CJS | District Judge David L. Bunning |
| **19.** | Jared Meis | Monsanto Co. | District of Minnesota (DMN) | 0:19-cv-02370-SRN-ECW | District Judge Susan Richard Nelson |