**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 22, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Lane R. Jubb, Jr., Esq.
Louis Tumolo, Esq.
THE BEASLEY FIRM, LLC
1125 Walnut Street
Philadelphia, PA 19107
Phone: (215) 592-1000
Email: lane.jubb@beasleyfirm.com
Email: tumolo.louis@gmail.com

Counsel for Plaintiff in *Karamichalakos v. Monsanto Co.*, 2:19-cv-04379-JD (E.D. Pa.).

Justin Charles Walker, Esq.
Wilbert Benjamin Markovits, Esq.
Zachary C. Schaengold, Esq.
MARKOVITS, STOCK & DEMARCO, LLC
3825 Edwards Road
Suite 650
Cincinnati, OH 45209
Phone: (513) 665-0205
Email: jwalker@msdlegal.com
Email: bmarkovits@msdlegal.com
Email: zschaengold@msdlegal.com

Counsel for Plaintiffs in *Butler v. Monsanto Co.*, 1:19-cv-00760-TSB (S.D. Ohio).

Ashton R. Smith, Esq.
Jennifer A. Moore, Esq.
MOORE LAW GROUP, PLLC
401 West Main Street
Suite 1810
Louisville, KY 40202
Phone: (502) 657-7100
Email: ashton@moorelawgroup.com
Email: jennifer@moorelawgroup.com

Counsel for Plaintiffs in *Sams v. Monsanto Co.*, 3:19-cv-00706-RGJ (W.D. Ky.); *Harmeling v. Monsanto Co.*, 2:19-cv-00134-DLB-CJS (E.D. Ky.).

Charles H. Johnson, Esq.
LAW OFFICES OF CHARLES H. JOHNSON, PA
2599 Mississippi Street
New Brighton, MN 55112
Phone: (651) 633−5685
Email: bdehkes@charleshjohnsonlaw.com

Counsel for Plaintiffs in *Fatla v. Monsanto Co.*, 0:19-cv-02456-DSD-HB (D. Minn.); *Meis v. Monsanto Co.*, 0:19-cv-02370-SRN-ECW (D. Minn.).

Brian A. Goldstein, Esq.
CELLINO & BARNES, PC
2500 Main Place Tower
350 Main Street
Buffalo, NY 14202-3725
Phone: (716) 888-8888
Email: brian.goldstein@cellinoandbarnes.com

Counsel for Plaintiffs in *Vavara v. Monsanto Co.*, 1:19-cv-04963-FB-SMG (E.D.N.Y.).

Douglas A. Dellaccio, Jr., Esq.
James Curtis Tanner, Esq.
Robert Andrew Jones, Esq.
CORY WATSON, PC
2131 Magnolia Avenue South
Suite 200
Birmingham, AL 35255−5972
Phone: (205) 328−2200
Email: ddellaccio@corywatson.com
Email: ctanner@corywatson.com
Email: ajones@corywatson.com

Counsel for Plaintiff in *Barnes v. Monsanto Co.*, 2:19-cv-01605-JEO (N.D. Ala.).

Joshua Seth Parilman, Esq.
PARILMAN & ASSOCIATES
16427 North Scottsdale Road
Suite 410
Scottsdale, AZ 85254
Phone: (602) 757−7175
Email: josh@parilmanlaw.com

Counsel for Plaintiff in *Galapon v. Monsanto Co.*, 2:19-cv-01642-KJM-KJN (E.D. Cal.).

Jason Edward Ochs, Esq.
OCHS LAW FIRM, PC
4305 Balsam Lane
Suite 200
Jackson, WY 83001
Phone: (307) 234−3239
Email: jason@ochslawfirm.com

Rinky S. Parwani, Esq.
PARWANI LAW, PA
9905 Alambra Avenue
Tampa, FL 33619
United States
Phone: (813) 514−8280
Email: rinky@parwanilaw.com

Counsel for Plaintiffs in *Wright v. Monsanto Co.*, 2:19-cv-14317-RLR (S.D. Fla.); *Kubena v. Monsanto Co.*¸1:19-cv-00185-KHR (D. Wyo.); *Oberheim v. Monsanto Co.*, 8:19-cv-02242-WFJ-JSS (M.D. Fla.).

Chad Andrew Swanson, Esq.
DUTTON DANIELS HINES KALKHOFF COOK & SWANSON, PLC
3151 Brockway Road
Waterloo, IA 50704
Phone: (319) 234−4471
Email: swansonc@wloolaw.com

Counsel for Plaintiff in *Wirtjes v. Monsanto Co.*, 1:19-cv-00096-LRR-KEM (N.D. Iowa).

John Timblin Flood, Esq.
FLOOD & FLOOD
802 North Carancahua
Suite 900
Corpus Christi, TX 78401
Phone: (361) 654−8877
Email: john@floodandflood.com

Counsel for Plaintiffs in *Cantu v. Monsanto Co.*, 2:19-cv-00281 (S.D. Tex.).

David L. Lutz, Esq.
HANDLER, HENNING & ROSENBERG, LLC
1300 Linglestown Road
Suite 2
Harrisburg, PA 17110
Phone: (717) 222−2222
Email: lutz@hhrlaw.com

Counsel for Plaintiffs in *Cross v. Monsanto Co.*, 2:19-cv-01048-JFC (W.D. Pa.).

John Stephen Sawin, Esq.
SAWIN LAW FIRM, LTD
55 West Wacker Drive
Suite 900
Chicago, IL 60601
Phone: (312) 853−2490
Email: jsawin@sawinlawyers.com

Counsel for Plaintiff in *Niesporek v. Monsanto Co.*, 3:19-cv-03231-SEM-TSH (C.D. Ill.).

Christopher Vincent Tisi, Esq.
LEVIN PAPANTONIO THOMAS MITCHELL PROCTOR & RAFFERTY, PA
316 South Baylen Street
Suite 600
Pensacola, FL 32502
Phone: (850) 435−7067
Email: ctisi@levinlaw.com

Counsel for Plaintiffs in *Beverly v. Monsanto Co.*, 8:19-cv-02847-PWG (D. Md.).

Michelle Adrien Parfitt, Esq.
ASHCRAFT & GEREL, LLP
4900 Seminary Road
Suite 650
Alexandria, VA 22311
Phone: (703) 931−5500
Email: mparfitt@ashcraftlaw.com

Counsel for Plaintiff in *Pizzimenti v. Monsanto Co.*, 1:19-cv-01262-TSE-TCB (E.D. Va.).

Aaron W. Guidry, Esq.
PORTER & GUIDRY
100 Rue Iberville
Suite 100
Lafayette, LA 70508
Phone: (337) 289−0626
Email: aaronguidry@cox−internet.com

Counsel for Plaintiff in *Landry v. Monsanto Co.*, 6:19-cv-01228-MJJ-PJH (W.D. La.).

                                         Respectfully submitted,

Dated: October 22, 2019              /s/ Joe G. Hollingsworth
                                              Joe G. Hollingsworth, Esq.
                                              (jhollingsworth@hollingsworthllp.com)
                                              HOLLINGSWORTH LLP
                                              1350 I Street, N.W.
                                              Washington, D.C. 20005
                                              Phone: (202) 898-5800
                                              Fax:    (202) 682-1639

                                              *Attorneys for Defendant Monsanto Company*