**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on October 23, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Thomas David Hoyle, Esq.
William Taylor Carpentier Lacy, Esq.
MOTLEY RICE, LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Phone: (843) 216-9136
Email: dhoyle@motleyrice.com
Email: wlacy@motleyrice.com

Counsel for Plaintiff in *Stephens v. Monsanto Co.,* 7:19-cv-02735-MDL (D.S.C.).

Dated: October 23, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*