UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                                                               MDL No. 2741

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −163)

On October 3, 2016, the Panel transferred 19 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 214 F.Supp.3d 1346 (J.P.M.L. 2016). Since that time, 1,948 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Vince Chhabria.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Chhabria.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 3, 2016, and, with the consent of that court, assigned to the Honorable Vince Chhabria.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION   MDL No. 2741

### SCHEDULE CTO−163 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

ALABAMA NORTHERN

| ALN | 2 | 19−01605 | Barnes v. Monsanto Company |

CALIFORNIA CENTRAL

| CAC | 2 | 19−07588 | Manuel Cobian v. Monsanto Company |

CALIFORNIA EASTERN

| CAE | 2 | 19−01642 | Galapon v. Monsanto Company |

COLORADO

| CO | 1 | 19−02487 | Schlaak v. Monsanto Company |

FLORIDA MIDDLE

| FLM | 8 | 19−02242 | Oberheim v. Monsanto Company |

FLORIDA SOUTHERN

| FLS | 2 | 19−14317 | Wright v. Monsanto Company |

HAWAII

| HI | 1 | 19−00510 | Pullen et al v. Monsanto Company |

ILLINOIS CENTRAL

| ILC | 3 | 19−03231 | Niesporek v. Monsanto Company |

ILLINOIS NORTHERN

| ILN | 1 | 19−05873 | Palmore v. Monsanto Company |

INDIANA NORTHERN

| | | | |
|---|---|---|---|
| INN | 2 | 19−00321 | Sisco v. Mansanto Company |

IOWA NORTHERN

| | | | |
|---|---|---|---|
| IAN | 1 | 19−00091 | Deneve v. Monsanto Company |
| IAN | 1 | 19−00096 | Wirtjes v. Monsanto Company |
| IAN | 3 | 19−03043 | Wirtz v. Monsanto Company |

KENTUCKY EASTERN

| | | | |
|---|---|---|---|
| KYE | 2 | 19−00134 | Harmeling v. Monsanto Company |

KENTUCKY WESTERN

| | | | |
|---|---|---|---|
| KYW | 3 | 19−00706 | Sams et al v. Monsanto Company |

LOUISIANA WESTERN

| | | | |
|---|---|---|---|
| LAW | 6 | 19−01228 | Landry v. Monsanto Co |

MARYLAND

| | | | |
|---|---|---|---|
| MD | 8 | 19−02847 | The Estate of Stanley Beverly et al v. Monsanto Company |

MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 19−02370 | Meis v. Monsanto Company |
| MN | 0 | 19−02456 | Fatla v. Monsanto Company |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 3 | 19−17754 | SAVVIS et al v. MONSANTO COMPANY |

NEW YORK EASTERN

| | | | |
|---|---|---|---|
| NYE | 1 | 19−04963 | Vavara et al v. Monsanto Company et al |
| NYE | 2 | 19−05460 | Grimm v. Monsanto Company |

NORTH CAROLINA EASTERN

| | | | |
|---|---|---|---|
| NCE | 5 | 19−00408 | Jackson v. Monsanto Company |

OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 1 | 19−02013 | Mijajlovic v. Monsanto Company |
| OHN | 3 | 19−02006 | Bosh v. Monsanto Company |
| OHN | 3 | 19−02009 | Riepenhoff v. Monsanto Company |
| OHN | 3 | 19−02011 | Thorpe v. Monsanto Company |
| OHN | 3 | 19−02012 | Vollmar v. Monsanto Company |
| OHN | 3 | 19−02014 | Elzey v. Monsanto Company |

OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 1 | 19−00760 | Butler et al v. Monsanto Company |
| OHS | 2 | 19−03800 | Smith v. Monsanto Company |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 19−04379 | KARAMICHALAKOS v. MONSANTO COMPANY |
| PAE | 5 | 19−03883 | BAKER et al v. MONSANTO COMPANY |

PENNSYLVANIA WESTERN

| | | | |
|---|---|---|---|
| PAW | 2 | 19−01048 | CROSS et al v. MONSANTO COMPANY |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 2 | 19−00281 | Cantu et al v. Monsanto Company |
| TXS | 4 | 19−03305 | Vlasatik v. Monsanto Company |

TEXAS WESTERN

| | | | |
|---|---|---|---|
| TXW | 1 | 19−00856 | Lowery v. Monsanto Company |

VIRGINIA EASTERN

| | | | |
|---|---|---|---|
| VAE | 1 | 19−01123 | Eley v. Monsanto Company |
| VAE | 1 | 19−01262 | Pizzimenti v. Monsanto Company |

WISCONSIN EASTERN

| | | | |
|---|---|---|---|
| WIE | 2 | 19−01255 | Danecki v. Monsanto Company |

WYOMING

| | | | |
|---|---|---|---|
| WY | 1 | 19−00185 | Kubena v. Monsanto Company |