BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Bernice Farkas | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02253-SNLJ | District Judge Stephen N. Limbaugh, Jr |
| 2. | Jay Brokaw | Monsanto Co. | District of Delaware (Wilmington) | 1:19-cv-01769-LPS | Chief District Judge Leonard P. Stark |
| 3. | Pamela Hays Davis as the wrongful death personal representative of William Donald Hays, deceased | Monsanto Co. | District of New Mexico (Las Cruces) | 2:19-cv-00970-SMV-CG | Magistrate Judge Stephan M. Vidmar |
| 4. | Mike Derifield as personal representative of the heirs and the estate of David R. Derifield | Monsanto Co. | Southern District of Ohio (Cincinnati) | 1:19-cv-00839-MRB | Senior District Judge Michael R. Barrett |
| 5. | Dava Long | Monsanto Co. | Western District of Louisiana (Monroe) | 3:19-cv-01346-TAD-KLH | District Judge Terry A. Doughty |
| 6. | Marc Miller and Heather Miller | Monsanto Co. | District of Delaware (Wilmington) | 1:19-cv-01760-CFC | District Judge Colm F. Connolly |
| 7. | Susan Miller and Charles Miller | Monsanto Co. | District of Delaware (Wilmington) | 1:19-cv-01768-RGA | District Judge Richard G. Andrews |
| 8. | Gregory G. Minson and Margeliza Minson | Monsanto Co. | Eastern District of California (Fresno) | 1:19-cv-01458-DAD-SAB | District Judge Dale A. Drozd |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| **9.** | Harry Thal | Monsanto Co. | Southern District of Florida (Miami) | 1:19-cv-24070-BB | District Judge Beth Bloom |
| **10.** | Katherine A Tostenrude as personal representative of the estate of Kirk A Tostenrude | Monsanto Co. | Western District of Washington (Seattle) | 2:19-cv-01573-RSM | Chief District Judge Ricardo S. Martinez |
| **11.** | Duane Wittkamper | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02486-CEH-CPT | District Judge Charlene Edwards Honeywell |
| **12.** | Bobbie Riley | Monsanto Co. | Northern District of Ohio (Youngstown) | 4:19-cv-02347-BYP | District Judge Benita Y. Pearson |
| **13.** | Tomas Gonzalez | Monsanto Co. | Northern District of Illinois (Chicago) | 1:19-cv-06420 | District Judge John Robert Blakey |
| **14.** | Eric Miller and Donna Miller | Monsanto Co. | District of South Carolina (Charleston) | 2:19-cv-02791-MDL | Unassigned |
| **15.** | Robert Dean Swedlund | Monsanto Co. | Western District of North Carolina (Statesville) | 5:19-cv-00127-KDB-DCK | District Judge Kenneth D. Bell, Sr. |