**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 25, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Martin D. Crump, Esq.
DAVIS & CRUMP, PC
2601 14th Street
Gulfport, MS 39501
Phone: (228) 863-6000
Email: martin.crump@daviscrump.com

Counsel for Plaintiff in *Farkas v. Monsanto Co.,* 4:19-cv-02253-SNLJ (E.D. Mo.).

Ian Connor Bifferato, Esq.
THE BIFFERATO FIRM, PA
1007 North Orange Street
Fourth Floor
Wilmington, DE 19801
Phone: (302) 225-7600
Email: cbifferato@tbf.legal

Counsel for Plaintiffs in *Brokaw v. Monsanto Co.*, 1:19-cv-01769-LPS (D. Del.); *Marc Miller, et al. v. Monsanto Co.*, 1:19-cv-01760-CFC (D. Del.); *Susan Miller, et al. v. Monsanto Co.*, 1:19-cv-01768-RGA (D. Del.).

William Rieder, Esq.
THE DOWNS LAW GROUP
3250 Mary Street
Suite 307
Coconut Grove, FL 33133
Phone: (305) 444-8226
Email: wrieder@downslawgroup.com

Michael T. Garrett, Esq.
GARRETT LAW FIRM, PA
920 North Main Street
Clovis, NM 88101
Phone: (575) 762-4545
Email: cgarrett1941@gmail.com

Co-counsel for Plaintiff in *Davis v. Monsanto Co.*, 2:19-cv-00970-SMV-CG (D.N.M.).

Drew T. Legando, Esq.
Thomas Merriman, Esq.
MERRIMAN LEGANDO WILLIAMS & KLANG, LLC
1360 West Ninth Street
Suite 200
Cleveland, OH 44113
Phone: (216) 522-9000
Email: tom@merrimanlegal.com
Email: drew@merrimanlegal.com

Counsel for Plaintiff in *Derifield v Monsanto Co.*, 1:19-cv-00839-MRB (S.D. Ohio).

Burton LeBlanc, IV, Esq.
BARON & BUDD, PC
2600 CitiPlace Drive
Suite 400
Baton Rouge, LA 70810
Phone: (225) 927−5449
Email: bleblanc@baronbudd.com

Counsel for Plaintiff in *Long v. Monsanto Co.*, 3:19-cv-01346-TAD-KLH (W.D. La.).

Laurence Matthew Rosen, Esq.
THE ROSEN LAW FIRM
275 Madison Avenue
34th Floor
New York, NY 10016
Phone: (212) 686-1060
Email: lrosen@rosenlegal.com

Counsel for Plaintiffs in *Minson v. Monsanto Co.*, 1:19-cv-01458-DAD-SAB (E.D. Cal.).

Joseph Jerome Kalbac, Jr., Esq.
Francisco Raul Maderal, Esq.
COLSON HICKS EIDSON
255 Alhambra Circle
Penthouse
Coral Gables, FL 33134-2351
Phone: (305) 476-7400
Email: jkalbac@colson.com
Email: frank@colson.com

Counsel for Plaintiff in *Thal v. Monsanto Co.*, 1:19-cv-24070-BB (S.D. Fla.).

Timothy Rolland Tesh, Esq.
RESSLER & TESH
821 Second Avenue
Suite 2200
Seattle, WA 98104
Phone: (206) 388-0333
Email: tim@resslertesh.com

Counsel for Plaintiff in *Tostenrude v. Monsanto Co.*, 2:19-cv-01573-RSM (W.D. Wash.).

Jennifer A. Moore, Esq.
MOORE LAW GROUP, PLLC
1473 South Fourth Street
Louisville, KY 40208
Phone: (502) 717-4080
Email: jennifer@moorelawgroup.com

Andrew T. Kagan, Esq.
KAGAN LEGAL GROUP
295 Palmas Inn Way
Suite 6 Palmanova Plaza
Humacao, Puerto Rico 00791
Phone: (939) 220-2424
Email: andrew@kaganlegalgroup.com

Co-counsel for Plaintiff in *Wittkamper v. Monsanto Co.*, 8:19-cv-02486-CEH-CPT (M.D. Fla.).

Peter H. Weinberger, Esq.
SPANGENBERG, SHIBLEY & LIBER
1001 Lakeside Avenue, East
Suite 1700
Cleveland, OH 44114
Phone: (216) 696-3232
Email: pweinberger@spanglaw.com

Counsel for Plaintiff in *Riley v. Monsanto Co.*, 4:19-cv-02347-BYP (N.D. Ohio).

Bryce Thomas Hensley, Esq.
ROMANUCCI & BLANDIN, LLC
321 North Clark Street
Suite 900
Chicago, IL 60654
Phone: (312) 458-1000
Email: bhensley@rblaw.net

Counsel for Plaintiff in *Gonzalez v. Monsanto Co.*, 1:19-cv-06420 (N.D. Ill.).

Graham Lee Newman, Esq.
CHAPPELL SMITH & ARDEN, PA
2801 Devine Street
Suite 300
Columbia, SC 29205
Phone: (803) 929-3600
Email: gnewman@csa-law.com

Counsel for Plaintiffs in *Eric Miller, et al. v. Monsanto Co.*, 2:19-cv-02791-MDL (D.S.C.).

Jean S. Martin, Esq.
LAW OFFICE OF JEAN SUTTON MARTIN
2018 Eastwood Road
Suite 225
Wilmington, NC 28403
Phone: (910) 292-6676
Email: jean@jsmlawoffice.com

Counsel for Plaintiff in *Swedlund v. Monsanto Co.*, 5:19-cv-00127-KDB-DCK (W.D.N.C.).

                                  Respectfully submitted,

Dated: October 25, 2019               /s/ Joe G. Hollingsworth
                                  Joe G. Hollingsworth, Esq.
                                  (jhollingsworth@hollingsworthllp.com)
                                  HOLLINGSWORTH LLP
                                  1350 I Street, N.W.
                                  Washington, D.C. 20005
                                  Phone: (202) 898-5800
                                  Fax:    (202) 682-1639

                                  *Attorneys for Defendant Monsanto Company*