**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
Daniel J. Lynch, Clerk of Court                                        Telephone: 603-225-1423
Tracy A. Uhrin, Chief Deputy Clerk                                    Web: www.nhd.uscourts.gov

October 25, 2019

**MDL – Notice of Filing**

Clerk, Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle NE, Rm #G-255, North Lobby
Washington, D.C. 20002-8004

Dear Sir or Madam:

     RE:    **Notice of Potential MDL Tag-Along Case Filing**
               MDL 3:16-md-2741, Roundup Products Liability Litigation
               NH Case Nichols v. Monsanto Company, 1:19-cv-1110-SM

     The referenced case has been identified as a potential tag along case that might be appropriate for inclusion with the above-referenced MDL.

     For your review, I have attached a copy of the complaint with attachments and docket sheet.

     If you have any further questions, please feel free to contact this office.

                                        Very truly yours,

                                        DANIEL J. LYNCH, CLERK

                                        */s/ Erica DiFabio*
                                        Erica DiFabio
                                        Deputy Clerk

Enclosures

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

Daniel J. Lynch, Clerk of Court  Telephone: 603-225-1423
Tracy A. Uhrin, Chief Deputy Clerk  Web: www.nhd.uscourts.gov

October 25, 2019

**MDL – Notice of Filing**

Clerk, Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle NE, Rm #G-255, North Lobby
Washington, D.C. 20002-8004

Dear Sir or Madam:

RE: **Notice of Potential MDL Tag-Along Case Filing**
MDL 3:16-md-2741, Roundup Products Liability Litigation
NH Case: Desmarais v. Monsanto Company, 1:19-cv-1111-JD

The referenced case has been identified as a potential tag along case that might be appropriate for inclusion with the above-referenced MDL.

For your review, I have attached a copy of the complaint with attachments and docket sheet.

If you have any further questions, please feel free to contact this office.

Very truly yours,

DANIEL J. LYNCH, CLERK

*/s/ Megan Cahill*
Megan Cahill
Deputy Clerk

Enclosures