BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Seliane Baldree | Monsanto Co. | Middle District of Georgia (Valdosta) | 7:19-cv-00175-HL | Senior District Judge Roger Hugh Lawson, Jr. |
| 2. | Lloyd Williams | Monsanto Co. | Northern District of Georgia (Gainesville) | 2:19-cv-00227-RWS | Senior District Judge Richard W. Story |
| 3. | Robert W. Thuss and Lucy Thuss | Monsanto Co. | Northern District of Georgia (Atlanta) | 1:19-cv-04472-WMR | District Judge William M. Ray, II |
| 4. | Verna Pearson | Monsanto Co. | Western District of Washington (Seattle) | 2:19-cv-01642-TLF | Magistrate Judge Theresa L. Fricke |
| 5. | James D. Stejskal and Laurie T. Stejskal, husband and wife and their marital community | Monsanto Co. | Western District of Washington (Seattle) | 2:19-cv-01643-RSM | Chief District Judge Ricardo S. Martinez |