## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 29, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Kevin R. Dean, Esq.
MOTLEY RICE, LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Phone: (843) 216-9000
Email: kdean@motleyrice.com

Counsel for Plaintiffs in *Baldree v. Monsanto Co.*, 7:19-cv-00175-HL (M.D. Ga.); *Williams v. Monsanto Co.*, 2:19-cv-00227-RWS (N.D. Ga.).

John Richard Neville, Esq.
NEVILLE & CUNAT, LLP
285 Elm Street
Suite 302
Cumming, GA 30040
Phone: (770) 889-6262
Email: rich@nevillecunat.com

Counsel for Plaintiffs in *Thuss v. Monsanto Co.*, 1:19-cv-04472-WMR (N.D. Ga.).

Corrie Johnson Yackulic, Esq.
CORRIE YACKULIC LAW FIRM, PLLC
110 Prefontaine Place South
Suite 304
Seattle, WA 98104
Phone: (206) 787-1915
Email: corrie@cjylaw.com

Counsel for Plaintiffs in *Pearson v. Monsanto Co.*, 2:19-cv-01642-TLF (W.D. Wash.); *Stejskal v. Monsanto Co.*, 2:19-cv-01643-RSM (W.D. Wash.).

                                                    Respectfully submitted,

Dated: October 29, 2019                    /s/ Joe G. Hollingsworth
                                                    Joe G. Hollingsworth, Esq.
                                                    (jhollingsworth@hollingsworthllp.com)
                                                    HOLLINGSWORTH LLP
                                                    1350 I Street, N.W.
                                                    Washington, D.C. 20005
                                                    Phone: (202) 898-5800
                                                    Fax:    (202) 682-1639

                                                    *Attorneys for Defendant Monsanto Company*