BEFORE THE UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE ROUNDUP PRODUCTS LIABILITY
LITIGATION

MDL No. 2741

**PLAINTIFF'S BRIEF IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER 158 (CTO – 158)**

**CERTIFICATE OF SERVICE**

I, Thomas A. Kelliher, the undersigned, being first duly sworn on oath, deposes and states that on the 29th day of October, 2019, I served the foregoing Notice Of Appearance For Thomas A. Kelliher documents via electronic mail to the following parties at the addresses below:

Dated: October 29, 2019

Respectfully Submitted,

By:   S:/ Thomas A. Kelliher
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL  60602
Office: (312) 372-8822
email: tom@horwitzlaw.com
          clmail@horwitzlaw.com
          sung@horwitzlaw.com

**Attorney for David Walter**

**SERVICE LIST**

To:  Stetson Atwood, Esq.
Donohue, Brown, Mathewson & Smyth
Attorney for Nicholas Zoretic
140 So. Dearborn, Suite 800
Chicago, IL  60603
email:  atwood@dbmslaw.com
(30132)

To:  Patrick Vezino, Esq. / Ruth Enright, Esq.
Baker Enright
Attorney for Kimberly McKinnon
33 W. Jackson Blvd., 3rd Floor
Chicago, IL  60604
email:  vezino@bakerandenright.com
email:  enright@bakerandenright.com
(30132)

To:  Stetson Atwood, Esq.
Donohue, Brown, Mathewson & Smyth
Attorney for Northwestern Memorial Healthcare d/b/a Northwestern Medicine
140 So. Dearborn, Suite 800
Chicago, IL  60603
email:  atwood@dbmslaw.com
(30132)

To:  Thomas Dammrich II, Esq. / Peter O'Neill, Esq.
Shook Hardy & Bacon L.L.P.
Attorney for Monsanto Company
111 S. Wacker Dr., Suite 4700
Chicago, IL  60606
email:  tdammrich@shb.com
email:  pfoneill@shb.com
(30132)