BEFORE THE UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE ROUNDUP PRODUCTS LIABILITY
LITIGATION                                          MDL No. 2741

### PLAINTIFF'S NOTICE OF APPEARANCE FOR THOMAS A. KELLIHER (CTO – 158)

### CERTIFICATE OF SERVICE

I, Thomas A. Kelliher, the undersigned, being first duly sworn on oath, deposes and states that on the 29th day of October, 2019, I served the foregoing Notice Of Appearance For Thomas A. Kelliher documents via electronic mail to the following parties at the addresses below:

Dated:  October 29, 2019              Respectfully Submitted,

                                      By:   S:/ Thomas A. Kelliher
                                            **Horwitz, Horwitz, and Associates, LTD.**
                                            25 E. Washington, Suite 900
                                            Chicago, IL  60602
                                            Office: (312) 372-8822
                                            email: tom@horwitzlaw.com
                                                   clmail@horwitzlaw.com
                                                   sung@horwitzlaw.com

                                            **Attorney for David Walter**

**SERVICE LIST**

To: Stetson Atwood, Esq.
 Donohue, Brown, Mathewson & Smyth
 Attorney for Nicholas Zoretic
 140 So. Dearborn, Suite 800
 Chicago, IL 60603
 email: atwood@dbmslaw.com
 (30132)

To: Patrick Vezino, Esq. / Ruth Enright, Esq.
 Baker Enright
 Attorney for Kimberly McKinnon
 33 W. Jackson Blvd., 3rd Floor
 Chicago, IL 60604
 email: vezino@bakerandenright.com
 email: enright@bakerandenright.com
 (30132)

To: Stetson Atwood, Esq.
 Donohue, Brown, Mathewson & Smyth
 Attorney for Northwestern Memorial Healthcare d/b/a Northwestern Medicine
 140 So. Dearborn, Suite 800
 Chicago, IL 60603
 email: atwood@dbmslaw.com
 (30132)

To: Thomas Dammrich II, Esq. / Peter O'Neill, Esq.
 Shook Hardy & Bacon L.L.P.
 Attorney for Monsanto Company
 111 S. Wacker Dr., Suite 4700
 Chicago, IL 60606
 email: tdammrich@shb.com
 email: pfoneill@shb.com
 (30132)