BEFORE THE UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE ROUNDUP PRODUCTS LIABILITY
LITIGATION                                              MDL No. 2741

## PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER 158 (CTO – 158)

Pursuant to Rule 7.1 of the Judicial Panel on Multidistrict Litigation, Plaintiff David Walter respectfully makes this motion to vacate Conditional Transfer Order (CTO – 158) as it pertains to David Walter v. Monsanto Company, et al., N.D. Illinois, 1:19-cv-06482, stating:

1. The subject action here is Plaintiff David Walter v. Defendants Northwestern Memoral Healthcare, Kimberly McKinnon, Nicholas Zoretic, Monsanto Company, and Bayer AG, case no. 1:19-cv-06482, pending before the Honorable Sharon Johnson Coleman in the Northern District of Illinois, Eastern Division.

2. Pursuant to 28 U.S.C. § 1407(a), the conditional transfer of the subject action should be vacated as the conditional transfer will not result in convenience for the parties and witnesses and will not promote the just and efficient conduct of such action.

3. For the reasons more fully stated in Plaintiff's accompanying Brief in Support of Motion to Vacate, Plaintiff's motion to vacate should be granted.

WHEREFORE, Plaintiff respectfully requests that this Court grant this motion to vacate.

/s/ Thomas A. Kelliher
**Thomas A. Kelliher**
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL  60602
Office:     (312) 372-8822
email:      clmail@horwitzlaw.com
email:      tom@horwitzlaw.com