**BEFORE THE UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                    MDL No. 2741

<u>**CERTIFICATE OF SERVICE**</u>

To:  See attached service list

I, the undersigned certify and state that on the 30th day of October, 2019, I served the foregoing Plaintiff's Motion to Vacate Conditional Transfer Order 158 (CTO-158) and documents by electronic mailing a copy to each person to whom it is directed.

Date:  <u>October 30, 2019</u>            By:    <u>/s/ Thomas A. Kelliher_____</u>
                                               Thomas A. Kelliher
                                               **Horwitz, Horwitz, and Associates, LTD.**
                                               25 E. Washington, Suite 900
                                               Chicago, IL  60602
                                               Office: (312) 372-8822
                                               Email:  <u>tom@horwitzlaw.com</u>
                                                            <u>clmail@horwitzlaw.com</u>
                                                            <u>sung@horwitzlaw.com</u>

## SERVICE LIST

Stetson Atwood
Donohue, Brown, Mathewson & Smyth
140 So. Dearborn, Suite 800
Chicago, IL  60603
Office:    (312)422-0900
Fax:       (312)422-0909
Email:     atwood@dbmslaw.com
***Attorney for Defendant Zoretic & Northwestern Memorial Healthcare d/b/a Northwestern Medicine***

Patrick Vezino
Baker Enright
33 W. Jackson Blvd., 3rd Floor
Chicago, IL  60604
Office:    3126639600
Fax:       312-663-9647
Email:     vezino@bakerandenright.com
***Attorney for Defendant McKinnon***

Thomas Dammrich II
Shook Hardy & Bacon L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL  60606
Office:    3127047700
Fax:       312-558-1195
Email:     tdammrich@shb.com
***Attorney for Defendant Monsanto Company***