BEFORE THE UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE ROUNDUP PRODUCTS LIABILITY
LITIGATION

MDL No. 2741

### CERTIFICATE OF SERVICE

To:  See attached service list

I, the undersigned certify and state that on the 30th day of October, 2019, I served the foregoing Plaintiff's Brief in Support of Motion to Vacate Conditional Transfer Order 158 (CTO-158) and documents by electronic mailing a copy to each person to whom it is directed.

Date: October 30, 2019           By:  /s/ Thomas A. Kelliher
                                      Thomas A. Kelliher
                                      **Horwitz, Horwitz, and Associates, LTD.**
                                      25 E. Washington, Suite 900
                                      Chicago, IL  60602
                                      Office: (312) 372-8822
                                      Email:  tom@horwitzlaw.com
                                              clmail@horwitzlaw.com
                                              sung@horwitzlaw.com

**SERVICE LIST**

    Stetson Atwood
    Donohue, Brown, Mathewson & Smyth
    140 So. Dearborn, Suite 800
    Chicago, IL  60603
    Office:   (312)422-0900
    Fax:      (312)422-0909
    Email:   atwood@dbmslaw.com
    ***Attorney for Defendant Zoretic & Northwestern Memorial Healthcare d/b/a Northwestern Medicine***

    Patrick Vezino
    Baker Enright
    33 W. Jackson Blvd., 3rd Floor
    Chicago, IL  60604
    Office:   3126639600
    Fax:      312-663-9647
    Email:   vezino@bakerandenright.com
    ***Attorney for Defendant McKinnon***

    Thomas Dammrich II
    Shook Hardy & Bacon L.L.P.
    111 S. Wacker Dr., Suite 4700
    Chicago, IL  60606
    Office:   3127047700
    Fax:      312-558-1195
    Email:   tdammrich@shb.com
    ***Attorney for Defendant Monsanto Company***