BEFORE THE UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                          MDL No. 2741

ORAL ARGUMENT STATEMENT
FOR PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER
158 (CTO – 158)

Pursuant to Rule 11.1(b) of the Judicial Panel on Multidistrict Litigation, Plaintiff David Walter respectfully provides this statement setting forth reasons why oral argument should be heard for Plaintiff's Motion to Vacate Conditional Transfer Order 158 (CTO – 158) as it pertains to David Walter v. Monsanto Company, et al., N.D. Illinois, 1:19-cv-06482, stating as follows.

1. Defendant Monsanto has improperly removed the subject action from Illinois state court. As a result, Plaintiff is now being forced to contest the subject CTO – 158.

2. The subject conditional transfer order resulted purely from an improper removal lacking foundation—and not based upon any good faith application of the facts or law. To require Plaintiff and the Illinois Defendants to contest this transfer and litigate this case in California, over 2,000 miles away, is profoundly unfair and unjust. Indeed, it cannot be reasonably argued that transfer to this Court, based upon improper removal, with no federal jurisdiction, promotes the "just and efficient conduct" of this action for Plaintiff David Walter or the Illinois Defendants Northwestern Memorial Healthcare, Kimberly McKinnon, and Nicholas Zoretic. *See* § 28 U.S.C. 1407(a).

3. For these reasons, Plaintiff requests oral argument.

   /s/Thomas A. Kelliher
Thomas Kelliher
**Horwitz, Horwitz, and Associates, LTD.**
**Attorneys for Plaintiff**
25 E. Washington, Suite 900
Chicago, IL  60602
Phone: (312) 372-8822
Fax: (312) 372-1673
Email: tom@horwitzlaw.com