BEFORE THE UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                      MDL No. 2741

**CERTIFICATE OF SERVICE**

To:  See attached service list

I, the undersigned certify and state that on the 30th day of October, 2019, I served the foregoing Oral Argument Statement for Plaintiff's Motion to Vacate Conditional Transfer Order 158 (CTO-158) and documents by electronic mailing a copy to each person to whom it is directed.

Date: October 30, 2019            By:   /s/ Thomas A. Kelliher
                                        Thomas A. Kelliher
                                        **Horwitz, Horwitz, and Associates, LTD.**
                                        25 E. Washington, Suite 900
                                        Chicago, IL  60602
                                        Office: (312) 372-8822
                                        Email:  tom@horwitzlaw.com
                                                clmail@horwitzlaw.com
                                                sung@horwitzlaw.com

**SERVICE LIST**

    Stetson Atwood
    Donohue, Brown, Mathewson & Smyth
    140 So. Dearborn, Suite 800
    Chicago, IL  60603
    Office:    (312)422-0900
    Fax:       (312)422-0909
    Email:     atwood@dbmslaw.com
    ***Attorney for Defendant Zoretic & Northwestern Memorial Healthcare d/b/a Northwestern Medicine***

    Patrick Vezino
    Baker Enright
    33 W. Jackson Blvd., 3rd Floor
    Chicago, IL  60604
    Office:    3126639600
    Fax:       312-663-9647
    Email:     vezino@bakerandenright.com
    ***Attorney for Defendant McKinnon***

    Thomas Dammrich II
    Shook Hardy & Bacon L.L.P.
    111 S. Wacker Dr., Suite 4700
    Chicago, IL  60606
    Office:    3127047700
    Fax:       312-558-1195
    Email:     tdammrich@shb.com
    ***Attorney for Defendant Monsanto Company***