## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Appearance was electronically filed on October 29, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Dated: October 29, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth  
Joe G. Hollingsworth  
(jhollingsworth@hollingsworthllp.com)  
HOLLINGSWORTH LLP  
1350 I Street NW  
Washington D.C., 20005  
Phone: (202) 898-5800  
Fax: (202) 682-1639

*Attorneys for Defendant*  
*Monsanto Company*

1