**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|----------------|--------------|----------------------|-----------|
| 1. | David Walter  | Monsanto Co.   | Northern District of Illinois (N.D. Ill.) | 1:19-cv-06482 | Judge Sharon Johnson Coleman |