BEFORE THE UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE ROUNDUP PRODUCTS LIABILITY
LITIGATION

MDL No. 2741

## PLAINTIFF'S NOTICE OF APPEARANCE FOR THOMAS A. KELLIHER (CTO – 158)

## CERTIFICATE OF SERVICE

I, Thomas A. Kelliher, the undersigned, being first duly sworn on oath, deposes and states that on the 30th day of October, 2019, I served the foregoing Notice Of Appearance For Thomas A. Kelliher documents via electronic mail to the following parties at the addresses below:

Dated: October 30, 2019

Respectfully Submitted,

By: *S:/ Thomas A. Kelliher*
**Horwitz, Horwitz, and Associates, LTD.**
25 E. Washington, Suite 900
Chicago, IL  60602
Office: (312) 372-8822
email: tom@horwitzlaw.com
clmail@horwitzlaw.com
sung@horwitzlaw.com

**Attorney for David Walter**

**SERVICE LIST**

To: Stetson Atwood, Esq.
    Donohue, Brown, Mathewson & Smyth
    Attorney for Nicholas Zoretic
    140 So. Dearborn, Suite 800
    Chicago, IL 60603
    email: atwood@dbmslaw.com
    (30132)

To: Patrick Vezino, Esq. / Ruth Enright, Esq.
    Baker Enright
    Attorney for Kimberly McKinnon
    33 W. Jackson Blvd., 3rd Floor
    Chicago, IL 60604
    email: vezino@bakerandenright.com
    email: enright@bakerandenright.com
    (30132)

To: Stetson Atwood, Esq.
    Donohue, Brown, Mathewson & Smyth
    Attorney for Northwestern Memorial Healthcare d/b/a Northwestern Medicine
    140 So. Dearborn, Suite 800
    Chicago, IL 60603
    email: atwood@dbmslaw.com
    (30132)

To: Thomas Dammrich II, Esq. / Peter O'Neill, Esq.
    Shook Hardy & Bacon L.L.P.
    Attorney for Monsanto Company
    111 S. Wacker Dr., Suite 4700
    Chicago, IL 60606
    email: tdammrich@shb.com
    email: pfoneill@shb.com
    (30132)