## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2019, I electronically filed the foregoing, **PLAINTIFF'S REPLY TO DEFENDANT MONSANTO'S OPPOSITION TO PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-153)**, with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

Dominique Savinelli
James P. O'Shea
Husch Blackwell LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
    Phone: (312) 655-1500
    Fax: (312) 655-1501
    Email: HBService@huschblackwell.com; Dominique.Savinelli@huschblackwell.com; James.Oshea@huschblackwell.com
    **Attorneys for defendants, Monsanto Company, Bayer Corporation and Duke's Hardware, Inc.**

Thomas J. Dammrich II
Peter F. O'Neill
Shook, Hardy & Bacon LLP
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
    Phone: (312) 704-7700
    Fax: (312) 558-1195
    Email: docket@shb.com; tdammrich@shb.com; pfoneill@shb.com; dbrehmer@shb.com
    **Attorney for defendants, Monsanto Company and Bayer Corporation**

 

                                                */s/ David J. Gallagher*
                                                MOTHERWAY & NAPLETON, LLP
                                                140 S. Dearborn Street, Suite 1500
                                                Chicago, IL  60603
                                                (312) 726-2699
                                                (312) 726-6851 Fax
                                                dgallagher@mnlawoffice.com
                                                ***Attorney for Plaintiff, ROBERT RAWSON***