**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant Monsanto Company, hereby notifies the Clerk of the Panel of the potential tag-along action listed on the attached Schedule of Action.

The docket sheet and complaint for the potential tag-along action are attached.

Dated: October 30, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C.  20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

1