**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| | Derrick Martin and Laura Martin | Monsanto Co., Bayer AG, Home Depot, and Does 1-40 | Southern District of California (San Diego) | 3:19-cv-02067-W-MSB | Senior District Judge Thomas J. Whelan |

1