**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on October 30, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Brian Lee Burchett, Esq.
THE BURCHETT LAW FIRM, PC
605 C Street
Suite 300
San Diego, CA 92101
Phone: (619) 230-8431
Email: brian@theburchettlawfirm.com

Counsel for Plaintiffs in *Martin, et al. v. Monsanto Co., et al.*, 3:19-cv-02067-W-MSB (S.D. Cal.).

Joshua S. Goodman, Esq.
Ruta Paskevicius, Esq.
GOODMAN NEUMAN HAMILTON, LLP
417 Montgomery Street
San Francisco, CA 94104
Phone: (415) 705-0400
Email: jgoodman@gnhllp.com
Email: rpaskevicius@gnhllp.com

Counsel for defendant Home Depot in *Martin, et al. v. Monsanto Co., et al.*, 3:19-cv-02067-W-MSB (S.D. Cal.).

Copies of the foregoing were also caused to be served via Fed-Ex on defendant Bayer AG (which has not been served with the summons or complaint in *Martin, et al. v. Monsanto Co., et al.*, 3:19-cv-02067-W-MSB (S.D. Cal.)), as follows:

> Bayer AG
> Attn: General Counsel
> Law, Patents & Compliance
> Building Q 26, 1.008
> 51368 Leverkusen, Germany

Dated: October 30, 2019                    Respectfully submitted,


                                           /s/ Joe G. Hollingsworth
                                           Joe G. Hollingsworth, Esq.
                                           (jhollingsworth@hollingsworthllp.com)
                                           HOLLINGSWORTH LLP
                                           1350 I Street, N.W.
                                           Washington, D.C. 20005
                                           Phone: (202) 898-5800
                                           Fax:    (202) 682-1639

                                           *Attorneys for Defendant Monsanto Company*