**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| | David Schaffner, Jr. and Theresa Sue Schaffner | Monsanto Co. | Western District of Pennsylvania (Pittsburgh) | 2:19-cv-01270-CRE | Magistrate Judge Cynthia Reed Eddy |

1