BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on October 30, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Adrian N. Roe, Esq.
ROE & SIMON, LLC
428 Boulevard of the Allies
First Floor
Pittsburgh, PA 15219
Phone: (412) 434-8187
Email: aroe@roelawoffice.com

James K. Paulick, Esq.
LAW OFFICE OF JAMES K. PAULICK
1569 McFarland Road
Pittsburgh, PA 15216
Phone: (412) 353-9454
Email: jamespaulicklaw@gmail.com

Co-counsel for Plaintiffs in *Schaffner, et al. v. Monsanto Co.,* 2:19-cv-01270-CRE (W.D. Pa.).

2

Dated: October 30, 2019                                  Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*