### UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received: 10/30/19**

**District Court: D. South Carolina**

**Number of Actions: 1**

**Complaints and Docket Sheets are attached.**

_____

CLERK OF THE PANEL