**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION     MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Patricia Woodruff, Individually and on Behalf of the Estate and Other Wrongful Death Heirs of Rodney A. Woodruff, Deceased | Monsanto Co. and Does 1-10 | Northern District of Mississippi (Greenville) | 4:19-cv-00157-MPM-JMV | District Judge Michael P. Mills |
| **2.** | Richard Perilman | Monsanto Co. | Northern District of Ohio (Akron) | 5:19-cv-02269-JRA | District Judge John R. Adams |