**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 31, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

C. Victor Welsh, III, Esq.
PITTMAN, GERMANY, ROBERTS & WELSH
410 South President Street
Jackson, MS 39225
Phone: (601) 948-6200
Email: cvw@pgrwlaw.com

Counsel for Plaintiffs in *Woodruff, et al. v. Monsanto Co.,* 4:19-cv-00157-MPM-JMV (N.D. Miss.).

James Polivka, Esq.
Robert K. Jenner, Esq.
JENNER LAW
1829 Reisterstown Road
Suite 350
Baltimore, MD 21208
Phone: (410) 413-2155
Email: jpolivka@jennerlawfirm.com
Email: rjenner@medlawlegalteam.com

Joel D. Bieber, Esq.
THE JOEL BIEBER FIRM
6806 Paragon Place
Suite 100
Richmond, VA 23230
Phone: (804) 800-8000
Email: jbieber@joelbieber.com

Ronald E. Johnson, Jr., Esq.
HENDY JOHNSON VAUGHN EMERY
909 Wright's Summit Parkway
Suite 210
Fort Wright, KY 41011
Phone: (859) 578-4444
Email: rjohnson@justicestartshere.com

Co-counsel for Plaintiff in *Perilman v. Monsanto Co.*, 5:19-cv-02269-JRA (N.D. Ohio).

                                  Respectfully submitted,

Dated: October 31, 2019                /s/ Joe G. Hollingsworth
                                  Joe G. Hollingsworth, Esq.
                                  (jhollingsworth@hollingsworthllp.com)
                                  HOLLINGSWORTH LLP
                                  1350 I Street, N.W.
                                  Washington, D.C. 20005
                                  Phone: (202) 898-5800
                                  Fax:    (202) 682-1639

                                  *Attorneys for Defendant Monsanto Company*