**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| | Meghan Caruso, Independent Executor of the Estate of John Caruso, deceased | Monsanto Co. and Russo Hardware, Inc. | Northern District of Illinois (Chicago) | 1:19-cv-07121 | District Judge Virginia M. Kendall |