**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on October 31, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Bryce Thomas Hensley, Esq.
Bruno Marasso, Esq.
ROMANUCCI & BLANDIN, LLC
321 North Clark Street
Suite 900
Chicago, IL 60654
Phone: (312) 458-1000
Email: bhensley@rblaw.net
Email: bmarasso@rblaw.net

Counsel for Plaintiffs in *Caruso, et al. v. Monsanto Co., et al.*, 1:19-cv-07121 (N.D. Ill.).

Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Bruce Lyon, Esq.
Leah Fuessel, Esq.
LABARGE CAMPBELL & LYON, LLC
200 West Jackson Street
Suite 2050
Chicago, IL 60606
Phone: (312) 580-9010
Email: blyon@lcllaw.com
Email: lfuessel@lcllaw.com

Counsel for defendant Russo Hardware, Inc. in *Caruso, et al. v. Monsanto Co., et al.*, 1:19-cv-07121 (N.D. Ill.).

1

Brad A. Antonacci, Esq.
HEYL, ROYSTER, VOELKER & ALLEN, PC
33 North Dearborn Street
7th Floor
Chicago, IL 60602
Phone: (312) 853-8700
Email: bantonacci@heylroyster.com

Counsel for intervener University of Illinois-Chicago in *Caruso, et al. v. Monsanto Co., et al.*, 1:19-cv-07121 (N.D. Ill.).

Dated: October 31, 2019                                  Respectfully submitted,

                                                            /s/ Joe G. Hollingsworth
                                                            Joe G. Hollingsworth, Esq.
                                                            (jhollingsworth@hollingsworthllp.com)
                                                           HOLLINGSWORTH LLP
                                                           1350 I Street, N.W.
                                                           Washington, D.C. 20005
                                                           Phone: (202) 898-5800
                                                           Fax:    (202) 682-1639

                                                           *Attorneys for Defendant Monsanto Company*