# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE:** Roundup Products Liability Litigation

MDL No. 2741

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff David Rittenhouse writes to notify you of the potential tag along action listed on the attached Schedule of Action.

A docket sheet and complaint is attached.

Sincerely,

/s/ T. Matthew Leckman
T. MATT LECKMAN, ESQ.
(PA ID 92241)
**LECKMAN LAW, LLC**
527 Bethan Rd.
Elkins Park, PA 1902 7
T: (215) 635-0584
F: (215) 635-0584
matt@leckmanlaw.com

*Counsel for Plaintiff David Rittenhouse*

## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE:** Roundup Products Liability Litigation

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Potential Tag-Along Action and attachments were served on all parties in the following cases electronically via ECF, or as indicated below, on October 21st, 2019.

**David Rittenhouse v. Monsanto Company, E.D. of Pennsylvania, C.A. No. 2:19-cv-04221**

**Served via Email**
Aaron H Levine: aaron.levine@arnoldporter.com
Andrew K. Solow: andrew.solow@arnoldporter.com
Bert L. Slonim: bert.slonim@arnoldporter.com
Julie B du Pont: Julie.duPont@arnoldporter.com
**Arnold Porter Kaye Scholer LLP**
250 West 55th Street
New York, NY 10019
212-836-7586

MATTHEW J. JUNK: mjunk@dmvlawfirm.com
**DEASEY, MAHONEY, VALENTINI, NORTH LTD.**
1601 MARKET STREET
SUITE 3400
PHILADELPHIA, PA 19103
215-587-9400
**Counsel for Defendant Monsanto Company**

Dated this 1st Day of November 2019

*Respectfully Submitted,*

/s/ T. Matthew Leckman
T. MATT LECKMAN, ESQ.
(PA ID 92241)
**LECKMAN LAW, LLC**
527 Bethan Rd.
Elkins Park, PA 1902 7
T: (215) 635-0584
F: (215) 635-0584
matt@leckmanlaw.com

*Counsel for Plaintiff David Rittenhouse*