# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE:** Roundup Products Liability Litigation

MDL No. 2741

## NOTICE OF POTENTIAL TAG-ALONG ACTION

|    | Plaintiffs | Defendants | District | Civil Action No. | Judges |
|----|------------|------------|----------|------------------|--------|
| 1. | David Rittenhouse | Monsanto Company | E.D. Pennsylvania | 2:19-cv-4221 | Judge Anita B. Brody |

## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE:** Roundup Products Liability Litigation

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Potential Tag-Along Action and attachments were served on all parties in the following cases electronically via ECF, or as indicated below, on October 21st, 2019.

**David Rittenhouse v. Monsanto Company, E.D. of Pennsylvania, C.A. No. 2:19-cv-04221**

**Served via Email**
Aaron H Levine: aaron.levine@arnoldporter.com
Andrew K. Solow: andrew.solow@arnoldporter.com
Bert L. Slonim: bert.slonim@arnoldporter.com
Julie B du Pont: Julie.duPont@arnoldporter.com
**Arnold Porter Kaye Scholer LLP**
250 West 55th Street
New York, NY 10019
212-836-7586

MATTHEW J. JUNK: mjunk@dmvlawfirm.com
**DEASEY, MAHONEY, VALENTINI, NORTH LTD.**
1601 MARKET STREET
SUITE 3400
PHILADELPHIA, PA 19103
215-587-9400
**Counsel for Defendant Monsanto Company**

**Dated this 1ˢᵗ Day of November 2019**

*Respectfully Submitted,*

/s/ T. Matthew Leckman
T. MATT LECKMAN, ESQ.
(PA ID 92241)
**LECKMAN LAW, LLC**
527 Bethan Rd.
Elkins Park, PA 1902 7
T: (215) 635-0584
F: (215) 635-0584
matt@leckmanlaw.com

*Counsel for Plaintiff David Rittenhouse*