# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on November 1, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

David A. Domina, Esq.  
DOMINA LAW GROUP  
2425 South 144th Street  
Omaha, NE 68144  
Phone: (402) 493-4100  
Email: ddomina@dominalaw.com

Counsel for Plaintiffs in *Moon, et al. v. Monsanto Co.,* 8:19-cv-00480-JFB-SMB (D. Neb.).

Dated: November 1, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth  
Joe G. Hollingsworth, Esq.  
(jhollingsworth@hollingsworthllp.com)  
HOLLINGSWORTH LLP  
1350 I Street, N.W.  
Washington, D.C. 20005  
Phone: (202) 898-5800  
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*