**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Frederick C. Johnson and Carolyn Johnson | Monsanto Co. | District of Nebraska (Omaha) | 8:19-cv-03108-JFB-SMB | Senior District Judge Joseph F. Bataillon |
| **2.** | Randy Bodiford | Monsanto Co., Helena Agri-Enterprises LLC d/b/a Helena Chemical Co., and Browning Farms, Inc. | District of South Carolina (Aiken) | 1:19-cv-03133-MDL | Unassigned |