BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 5, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

David A. Domina, Esq.
DOMINA LAW GROUP
2425 South 144th Street
Omaha, NE 68144
Phone: (402) 493−4100
Email: ddomina@dominalaw.com

Counsel for Plaintiffs in *Johnson, et al. v. Monsanto Co.*, 8:19-cv-03108-JFB-SMB (D. Neb).

Neil Edward Alger, Esq.
PETERS MURDAUGH PARKER ELTZROTH DETRICK, PA
101 Mulberry Street East
Hampton, SC 29924
Phone: (803) 943-2111
Email: nalger@pmped.com

William Hunter Alexander, Esq.
LAW OFFICE OF WILL H. ALEXANDER
222 Main Street
Barnwell, SC 29812
Phone: (803) 571-0039
Email: wil@whalawoffice.com

1

Rhon E. Jones, Esq.
John E. Tomlinson, Esq.
Andrew F. Banks, Esq.
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Phone: (800) 898-2034
Email: rhon.jones@beasleyallen.com
Email: john.tomlinson@beasleyallen.com
Email: andrew.banks@beasleyallen.com

Co-counsel for Plaintiff in *Bodiford v. Monsanto, et al.*, 1:19-cv-03133-MDL (D.S.C.).

Sterling G. Davies, Esq.
Brett H. Bayne, Esq.
MCANGUS GOUDELOCK & COURIE, LLC
1320 Main Street
10th Floor
Columbia, SC 29201
Phone: (803) 779-2300
Email: sdavies@mgclaw.com
Email: brett.bayne@mgclaw.com

Counsel for defendant Browning Farms, Inc. in *Bodiford v. Monsanto, et al*., 1:19-cv-03133-MDL (D.S.C.).

James Andrew Bradshaw, Esq.
Ronald K. Wray, II, Esq.
Gallivan White and Boyd
55 Beattie Place
Suite 1200
Greenville, SC 29601
Phone: (864) 241−7003
Email: dbradshaw@gwblawfirm.com
Email: rwray@gwblawfirm.com

Counsel for defendant Helena Agri-Enterprises LLC d/b/a Helena Chemical Co. in *Bodiford v. Monsanto, et al.*, 1:19-cv-03133-MDL (D.S.C.).

Respectfully submitted,

Dated: November 5, 2019 /s/ Joe G. Hollingsworth

Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant Monsanto Company*