**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| **1.** | Kevin Havlovic and Denise Havlovic | Monsanto Co. | District of Nebraska (Omaha) | 8:19-cv-00465-LSC-SMB | Senior District Judge Laurie Smith Camp |
| **2.** | Mary E. Starr and David H. Starr | Monsanto Co. | Southern District of New York (Foley Square) | 1:19-cv-09142-NRB | Senior District Judge Naomi Reice Buchwald |
| **3.** | Michael Whitehair and Karla Whitehair | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02516-JSM-JSS | Senior District Judge James S. Moody, Jr. |
| **4.** | Barbara Lindjord and Stephen Lindjord | Monsanto Co. | Western District of Washington (Seattle) | 2:19-cv-01562-JLR | Senior District Judge James L. Robart |
| **5.** | Brian Caton and Jean Caton | Monsanto Co. | Western District of Tennessee (Jackson) | 1:19-cv-01233-STA-JAY | Chief District Judge Stanley Thomas Anderson |