**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 7, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Christopher P. Welsh, Esq.
WELSH WELSH LAW FIRM
9290 West Dodge Road
Suite 204
Omaha, NE 68114
Phone: (402) 384-8211
Email: cwelsh@welsh-law.com

Counsel for Plaintiffs in *Havlovic, et al. v. Monsanto Co.,* 8:19-cv-00465-LSC-SMB (D. Neb.).

Paul D. Rheingold, Esq.
RHEINGOLD, VALET, RHEINGOLD, MCCARTNEY & GIUFFRA, LLP
113 East 37th Street
New York, NY 10016
Phone: (212) 684-1880
Email: slevin@rheingoldlaw.com

Counsel for Plaintiffs in *Starr, et al. v. Monsanto Co.*, 1:19-cv-09142-NRB (S.D.N.Y.).

Jennifer A. Moore, Esq.
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY 40208
Phone: (502) 717-4080
Email: jennifer@moorelawgroup.com

Andrew T. Kagan, Esq.
KAGAN LEGAL GROUP
295 Palmas Inn Way
Suite 6
Humacao, PR 00791
Phone: (939) 220-2424
Email: andrew@kaganlegalgroup.com

Co-Counsel for Plaintiffs in *Whitehair, et al. v. Monsanto Co.,* 8:19-cv-02516-JSM-JSS (M.D. Fla.).


Sims G. Weymuller, Esq.
Elizabeth Jean McLafferty, Esq.
SCHROETER GOLDMARK & BENDER
810 Third Avenue
Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Email: sims@sgb-law.com
Email: mclaffert@sgb-law.com

Counsel for Plaintiffs in *Lindjord, et al. v. Monsanto Co.*, 2:19-cv-01562-JLR (W.D. Wash.).


David Randolph Smith, Esq.
LAW OFFICE OF DAVID RANDOLPH SMITH & EDMUND J. SCHMIDT, III
1913 21st Avenue South
Nashville, TN 37212
Phone: (615) 742-1775
Email: drs@drslawfirm.com

Counsel for Plaintiffs in *Caton, et al. v. Monsanto Co.,* 1:19-cv-01233-STA-JAY (W.D. Tenn.).

Dated: November 7, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*