**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                          MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| 1. | Joseph Matthew Blair and Tiara Smith Blair | Monsanto Co., Bayer Corporation, and Bayer, AG | Eastern District of Texas (Marshall) | 2:19-cv-00284-JRG | Chief District Judge Rodney Gilstrap |