BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on November 7, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served on the following counsel:

J. Marshall Jones, Jr., Esq.
JONES & ODOM, LLP
2124 Fairfield Avenue
Shreveport, LA 71104
Phone:  (318) 221-1600
Email:  marshall.jones@jodplaw.com

Counsel for Plaintiffs in *Blair, et al. v. Monsanto Co., et al.*, No. 2:19-cv-00284-JRG (E.D. Tex.).

Copies of the foregoing were also caused to be served via first class mail on defendant Bayer Corporation as follows:

> Bayer Corporation
> Attn: General Counsel
> 100 Bayer Blvd.
> Whippany, NJ 07981

Copies of the foregoing were also caused to be served via Fed-Ex on defendant Bayer AG (which has not been served with the summons or complaint in *Blair, et al. v. Monsanto Co., et al.*, No. 2:19-cv-00284-JRG (E.D. Tex.)) as follows:

> Bayer AG
> Attn: General Counsel
> Law, Patents & Compliance
> Building Q 26, 1.008
> 51368 Leverkusen, Germany

2

Dated: November 7, 2019                                   Respectfully submitted,

                                                  /s/ Joe G. Hollingsworth
                                                  Joe G. Hollingsworth, Esq.
                                                  (jhollingsworth@hollingsworthllp.com)
                                                  HOLLINGSWORTH LLP
                                                  1350 I Street, N.W.
                                                  Washington, D.C. 20005
                                                  Phone: (202) 898-5800
                                                  Fax:    (202) 682-1639

                                                  *Attorneys for Defendant Monsanto Company*