**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| **1.** | Roy McMahan, individually and as Executor of the Estate of Judy E. McMahan | Monsanto Co. and Bayer AG | Northern District of Alabama (Northeastern) | 5:19-cv-01722-MHH | District Judge Madeline Hughes Haikala |