BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on November 11, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served on the following counsel:

Donald P. McKenna, Jr., Esq.
HARE WYNN NEWELL & NEWTON LLP
2025 Third Avenue North
Suite 800
Birmingham, AL 35203
Phone:  (205) 328-5330
Email:  don@hwnn.com

Counsel for Plaintiff in *McMahan v. Monsanto Co., et al.*, No. 5:19-cv-01722-MHH (N.D. Ala.).

Copies of the foregoing were also caused to be served via Fed-Ex on defendant Bayer AG (which has not been properly served with the summons or complaint in *McMahan v. Monsanto Co., et al.*, No. 5:19-cv-01722-MHH (N.D. Ala.)) as follows:

    Bayer AG
    Attn: General Counsel
    Law, Patents & Compliance
    Building Q 26, 1.008
    51368 Leverkusen, Germany

Dated: November 11, 2019                              Respectfully submitted,

    /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*