**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2741 |

**AMENDED PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on October 31, 2019 for the lawsuit – *Caruso, et al. v. Monsanto Co., et al.,* 1:19-cv-07121 (N.D. Ill.) – with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Home Depot USA, Inc., Menard, Inc., Mac Restoration Contracting, Inc., and Archer Pines Landscaping, Inc. are respondents in discovery – not parties to this lawsuit – and therefore were omitted in the original Proof of Service, which is hereby amended as follows:

Copies of the foregoing were not caused to be served on Home Depot USA, Inc., Menard, Inc., Mac Restoration Contracting, Inc., and Archer Pines Landscaping, Inc., which were respondents in discovery prior to the removal to federal court. A "respondent in discovery" is the "creature of a special provision of Illinois law that permits a plaintiff to seek no relief other than the possible provision of information relevant to plaintiff's underlying substantive claims." *Wisniewski v. City of Chicago*, 1998 WL 895746, *1 n.1 (N.D. Ill. 1998). "As such, those respondents are purely nominal defendants for federal purposes. . . ." *Id*. Accordingly, as far as federal courts are concerned, a "respondent in discovery" is not a party to a lawsuit and does not require service.

Dated: November 11, 2019

                                            Respectfully submitted,

                                            /s/ Joe G. Hollingsworth
                                            Joe G. Hollingsworth, Esq.
                                            (jhollingsworth@hollingsworthllp.com)
                                            HOLLINGSWORTH LLP
                                            1350 I Street, N.W.
                                            Washington, D.C. 20005
                                            Phone: (202) 898-5800
                                            Fax:    (202) 682-1639

                                            *Attorneys for Defendant Monsanto Company*