**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY | * |
| | *   MDL No. 2741 |
| LITIGATION | * |

*John Thomas Moore, Jr., v. Monsanto Company, et al.,
Alabama Southern, Case No. 2-19-cv-00707*

**HELENA AGRI ENTERPRISES, LLC'S JOINDER IN
MONSANTO COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION
TO VACATE CONDITIONAL TRANSFER ORDER**

Comes now Helena Agri Enterprises, LLC, and joins in Monsanto Company's opposition to Plaintiff's Motion to Vacate Conditional Transfer Order. Helena Agri Enterprises, LLC adopts as if set out in its entirety Monsanto Company's Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order previously filed with this Court and realleges all factual allegations and legal arguments applicable to Helena Agri Enterprises, LLC.

Dated: November 12, 2019

                                                    Respectfully submitted,

                                                    *//s// Jacqueline "Jana" Russell Garner*
                                                    Jacqueline "Jana" Russell Garner
                                                    Attorney for Defendant
                                                    Helena Agri-Enterprises, LLC

JRG Law Offices, LLC
Post Office Box 364
Selma, Alabama 36702
Telephone: 334-407-9603
Fax : 334-460-1454
Email:  jana@janagarner.com