BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY     \*

                                                   \*    **MDL No. 2741**

**LITIGATION**                                \*

*John Thomas Moore, Jr. v. Monsanto Company*, et al.,
*Alabama Southern, Case No. 2:19-cv-00707*

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Response to Plaintiff's Motion to Vacate CTO-156 was electronically filed with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Dated: November 12, 2019

                                                           Respectfully submitted,

                                                           *//s// Jacqueline "Jana" Russell Garner*
                                                           Jacqueline "Jana" Russell Garner
                                                           Attorney for Defendant
                                                           Helena Agri-Enterprises, LLC

JRG Law Offices, LLC
Post Office Box 364
Selma, Alabama 36702
Telephone: 334-407-9603
Fax: 334-460-1454
Email:  jana@janagarner.com