BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | John J. Shahady | Monsanto Co. | Southern District of Florida (Ft. Lauderdale) | 0:19-cv-62710-RS | District Judge Rodney Smith |
| 2. | Joseph Barnes | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02947-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 3. | Odine B. Devers and David L. Devers | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02945-SPM | Magistrate Judge Shirley Padmore Mensah |
| 4. | Susan Lewis | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02946-NCC | Magistrate Judge Noelle C. Collins |
| 5. | Roger L. Dormaier | Monsanto Co. | Western District of Washington (Seattle) | 2:19-cv-01763-RAJ | District Judge Richard A. Jones |
| 6. | Rosemarie Sievers | Monsanto Co. | Eastern District of New York (Central Islip) | 2:19-cv-06157-JMA-GRB | District Judge Joan M. Azrack |
| 7. | Chris Vander Groef and Sally Vander Groef | Monsanto Co. | District of New Jersey (Newark) | 2:19-cv-19588-ES-MAH | District Judge Esther Salas |
| 8. | Maurice Wigglesworth | Monsanto Co. | Eastern District of Pennsylvania (Philadelphia) | 2:19-cv-04897-GEKP | District Judge Gene E.K. Pratter |
| 9. | Kent Gardner and Kathleen Gardner | Monsanto Co. | Eastern District of Pennsylvania (Allentown) | 5:19-cv-05043-JMY | District Judge John M. Younge |

| | | | | | |
|---|---|---|---|---|---|
| 10. | Steven Junge | Monsanto Co. | Northern District of Iowa (Cedar Rapids) | 1:19-cv-00110-LRR-KEM | Senior District Judge Linda R. Reade |
| 11. | Weldon Frazier | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02440-AGF | District Judge Audrey G. Fleissig |
| 12. | Dan Jarvis | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02624-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 13. | Keith Redwine | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02349-SRC | District Judge Stephen R. Clark |
| 14. | Deborah Asbey | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02646-AGF | District Judge Audrey G. Fleissig |
| 15. | Tony R. Bush | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02325-HEA | District Judge Henry Edward Autrey |
| 16. | Larry Hooks | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02023-SRC | District Judge Stephen R. Clark |
| 17. | Harry J. Mitchell | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02348-JAR | District Judge John A. Ross |
| 18. | Mary R. Long | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02709-SRC | District Judge Stephen R. Clark |
| 19. | Michael Poe | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02706-CDP | Senior District Judge Catherine D. Perry |
| 20. | Rose Hartweck, as Independent Administrator of the estate of Glen Hartweck, deceased | Monsanto Co. | Northern District of Illinois (Chicago) | 1:19-cv-06737 | District Judge Manish S. Shah |
| 21. | Delbert Anderson | Monsanto Co. | Northern District of Alabama (Northeastern) | 5:19-cv-01612-LCB | District Judge Liles C. Burke |
| 22. | William J. Meyer, III | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02403-NAB | Chief Magistrate Judge Nannette A. Baker |
| 23. | Galen Dodson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02413-SRC | District Judge Stephen R. Clark |

| | | | | | |
|---|---|---|---|---|---|
| **24.** | Sandra Davidson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02405-SPM | Magistrate Judge Shirley Padmore Mensah |
| **25.** | Ed Clark, Jr. | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02406-SRC | District Judge Stephen R. Clark |
| **26.** | Lawrence Wright | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02407-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| **27.** | Patricia A. Payton | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02408-AGF | District Judge Audrey G. Fleissig |
| **28.** | Pasquale Dabbraccio | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02409-DDN | Magistrate Judge David D. Noce |
| **29.** | Cecilia McAteer | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02410-NCC | Magistrate Judge Noelle C. Collins |
| **30.** | Walter Hodge | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02411-HEA | District Judge Henry E. Autrey |
| **31.** | Shannon Oliver | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02412-JAR | District Judge John A. Ross |
| **32.** | Estate of Larry Sharpe, by and through his representative Maggie Sharpe, and Maggie Sharpe, surviving spouse of Larry Sharpe on behalf of all legal heirs of Larry Sharpe | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02369-NAB | Chief Magistrate Judge Nannette A. Baker |
| **33.** | Allen Holden | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02387-HEA | District Judge Henry E. Autrey |
| **34.** | Thomas Schumm | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02389-SRC | District Judge Stephen R. Clark |
| **35.** | Mark Paul | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02397-SPM | Magistrate Judge Shirley Padmore Mensah |

| 36. | Stanley Senack, Sr. | Monsanto Co. | District of Minnesota (DMN) | 0:19-cv-02637-DWF-ECW | Senior District Judge Donovan W. Frank |
| --- | --- | --- | --- | --- | --- |
| 37. | Frank Holzer, Jr. | Monsanto Co. | District of Minnesota (DMN) | 0:19-cv-02636-DSD-DTS | Senior District Judge David S. Doty |
| 38. | Emma Ronay | Monsanto Co. | Eastern District of Texas (Lufkin) | 9:19-cv-00199-RC-ZJH | Senior District Judge Ron Clark |
| 39. | Thomas Purdy and Tina Purdy | Monsanto Co. | Western District of Kentucky (Owensboro) | 4:19-cv-00147-JHM-HBB | Senior District Judge Joseph H. McKinley, Jr. |
| 40. | Brian Rosenblatt | Monsanto Co. | District of New Jersey (Trenton) | 3:19-cv-19582-AET-TJB | Senior District Judge Anne E. Thompson |