**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 12, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Marc Andrew Chandler, Esq.
CHANDLER TRIAL LAW
151 North Nob Hill Road
Suite 358
Plantation, FL 33324
Phone: (954) 462-9400
Email: marc.chandler@chandlertriallaw.com

Counsel for Plaintiff in *Shahady v. Monsanto Co.,* 0:19-cv-62710-RS (S.D. Fla.).

Enrique Elliot Adler, Esq.
ADLER LAW GROUP APLC
402 West Broadway
Suite 860
San Diego, CA 92101
Phone: (619) 531-8700
Email: eadler@theadlerfirm.com

Counsel for Plaintiffs in *Barnes v. Monsanto Co.,* 4:19-cv-02947-SNLJ (E.D. Mo.); *Devers, et al. v. Monsanto Co.*, 4:19-cv-02945-SPM (E.D. Mo.); *Lewis v. Monsanto Co.*, 4:19-cv-02946-NCC (E.D. Mo.).

Michael Woerner, Esq.
KELLER ROHRBACK
1201 Third Avenue
Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900
Email: mwoerner@kellerrohrback.com

Counsel for Plaintiff in *Dormaier v. Monsanto Co.,* 2:19-cv-01763-RAJ (W.D. Wash.).

Eric T. Chaffin, Esq.
Roopal Premchand Luhana, Esq.
CHAFFIN LUHANA LLP
600 Third Avenue
12th Floor
New York, NY 10016
Phone: (888) 480-1123
Email: chaffin@chaffinluana.com
Email: luhana@chaffinluana.com

Counsel for Plaintiff in *Sievers v. Monsanto Co.*, 2:19-cv-06157-JMA-GRB (E.D.N.Y.).

Christian P. Labletta, Esq.
LABLETTA & WALTERS LLC
200 Barr Harbor Court
Suite 400
Conshohocken, PA 19428
Phone: (610) 828-3339
Email: clabletta@lablettawalters.com

Counsel for Plaintiffs in *Vander Groef, et al. v. Monsanto Co.,* 2:19-cv-19588-ES-MAH (D.N.J.).

Samuel A. Anyan, Jr., Esq.
WAPNER NEWMAN WIGRIZER BRECHER & MILLER
2000 Market Street
Suite 2750
Philadelphia, PA 19103
Phone: (215) 569-0900
Email: anyans@wnwlaw.com

Counsel for Plaintiff in *Wigglesworth v. Monsanto Co.*, 2:19-cv-04897-GEKP (E.D. Pa.).

Brian J. McCormick, Jr., Esq.
ROSS FELLER CASEY LLP
1650 Market Street
Suite 3450
Philadelphia, PA 19103
Phone: (215) 231-3740
Email: bmccormick@rossfellercasey.com

Counsel for Plaintiffs in *Gardner, et al. v. Monsanto Co.*, 5:19-cv-05043-JMY (E.D. Pa.).

Larry D. Helvey, Esq.
LARRY HELVEY LAW FIRM
2735 First Avenue Southeast
Suite 101
Cedar Rapids, IA 52402
Phone: (319) 362-0421
Email: lhelvey@helveylaw.com

Counsel for Plaintiff in *Junge v. Monsanto Co.*, 1:19-cv-00110-LRR-KEM (N.D. Iowa).

Martin Daniel Crump, Esq.
DAVIS AND CRUMP PC
2601 14th Street
Gulfport, MS 39501
Phone: (228) 863-6000
Email: martin.crump@daviscrump.com

Counsel for Plaintiffs in *Frazier v. Monsanto Co.*, 4:19-cv-02440-AGF (E.D. Mo.); *Jarvis v. Monsanto Co.*, 4:19-cv-02624-SNLJ (E.D. Mo.); *Redwine v. Monsanto Co.*, 4:19-cv-02349-SRC (E.D. Mo.); *Asbey v. Monsanto Co.*, 4:19-cv-02646-AGF (E.D. Mo.); *Bush v. Monsanto Co.*, 4:19-cv-02325-HEA (E.D. Mo.); *Hooks v. Monsanto Co.*, 4:19-cv-02023-SRC (E.D. Mo.); *Mitchell v. Monsanto Co.*, 4:19-cv-02348-JAR (E.D. Mo.); *Long v. Monsanto Co.*, 4:19-cv-02709-SRC (E.D. Mo.); *Poe v. Monsanto Co.*, 4:19-cv-02706-CDP (E.D. Mo.).

Daniel Robert Seidman, Esq.
SEIDMAN MARGULIS & FAIRMAN LLP
10805 Sunset Office Drive
Suite 300
Sunset Hills, MO 63127
Phone: (314) 238-1342
Email: dseidman@seidmanlaw.net

Counsel for Plaintiff in *Hartweck v. Monsanto Co.*, 1:19-cv-06737 (N.D. Ill.).

Andrea Leigh Sapone, Esq.
Annesley H. DeGaris, Esq.
DEGARIS WRIGHT & MCCALL LLC
Two North Twentieth Street
Suite 1030
Birmingham, AL 35203
Phone: (205) 218-2452
Email: asapone@degarislaw.com
Email: adegaris@degarislaw.com

Counsel for Plaintiff in *Anderson v. Monsanto Co.*, 5:19-cv-01612-LCB (N.D. Ala.).

Kirk J. Goza, Esq.
GOZA AND HONNOLD LLC
9500 Nail Avenue
Suite 400
Overland Park, KS 666207
Phone: (913) 451-3433
Email: kgoza@gohonlaw.com

Counsel for Plaintiffs in *Meyer v. Monsanto Co.*, 4:19-cv-02403-NAB (E.D. Mo.); *Dodson v. Monsanto Co.*, 4:19-cv-02413-SRC (E.D. Mo.); *Davidson v. Monsanto Co.*, 4:19-cv-02405-SPM (E.D. Mo.); *Clark v. Monsanto Co.*, 4:19-cv-02406-SRC (E.D. Mo.); *Wright v. Monsanto Co.*, 4:19-cv-02407-SNLJ (E.D. Mo.); *Payton v. Monsanto Co.*, 4:19-cv-02408-AGF (E.D. Mo.); *Dabbraccio v. Monsanto Co.*, 4:19-cv-02409-DDN (E.D. Mo.); *McAteer v. Monsanto Co.,* 4:19-cv-02410-NCC (E.D. Mo.); *Hodge v. Monsanto Co.,* 4:19-cv-02411-HEA (E.D. Mo.); *Oliver v. Monsanto Co.,* 4:19-cv-02412-JAR (E.D. Mo.); *Estate of Larry Sharpe*, et al. v. Monsanto Co.,* 4:19-cv-02369-NAB (E.D. Mo.); *Holden v. Monsanto Co.,* 4:19-cv-02387-HEA (E.D. Mo.); *Schumm v. Monsanto Co.,* 4:19-cv-02389-SRC (E.D. Mo.); *Paul v. Monsanto Co.,* 4:19-cv-02397-SPM (E.D. Mo.).

Charles H. Johnson, Esq.
LAW OFFICES OF CHARLES H. JOHNSON PA
2599 Mississippi Street
New Brighton, MN 55112
Phone: (651) 633-5685
Email: bdehkes@charlesjohnsonlaw.com

Counsel for Plaintiffs in S*enack, Sr. v. Monsanto Co.,* 0:19-cv-02637-DWF-ECW (D. Minn.); *Holzer, Jr. v. Monsanto Co.,* 0:19-cv-02636-DSD-DTS (D. Minn.).

Robert Jay Binstock, Esq.
REICH & BINSTOCK
4265 San Felipe Street
Suite 1000
Houston, TX 77027
Phone: (713) 622-7271
Email: bbinstock@reichandbinstock.com

Counsel for Plaintiff in *Ronay v. Monsanto Co.,* 9:19-cv-00199-RC-ZJH (E.D. Tex.).

Ashton R. Smith, Esq.
Jennifer A. Moore, Esq.
MOORE LAW GROUP PLLC
1473 South 4th Street
Louisville, KY 40208
(502) 657-7100
Email: ashton@moorelawgroup.com
Email: jennifer@moorelawgroup.com

Counsel for Plaintiffs in *Purdy, et al. v. Monsanto Co.,* 4:19-cv-00147-JHM-HBB (W.D. Ky.).

Robert Michael Silverman
WEITZ & LUXENBERG
200 Lake Drive East
Suite 205
Cherry Hill, NJ 08002
(856) 755-1115
Email: rsilverman@weitzlux.com

Counsel for Plaintiff in *Rosenblatt v. Monsanto Co*., 3:19-cv-19582-AET-TJB (D.N.J.).

Dated: November 12, 2019                                   Respectfully submitted,

                                                           /s/ Joe G. Hollingsworth
                                                           Joe G. Hollingsworth, Esq.
                                                           (jhollingsworth@hollingsworthllp.com)
                                                           HOLLINGSWORTH LLP
                                                           1350 I Street, N.W.
                                                           Washington, D.C. 20005
                                                           Phone: (202) 898-5800
                                                           Fax:    (202) 682-1639

                                                           *Attorneys for Defendant Monsanto Company*