**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| | Yvette A. D'Aunoy | Monsanto Co., Harry's Hardware Inc., and Ohio Security Insurance Co. | Eastern District of Louisiana (New Orleans) | 2:19-cv-13594-BWA-DMD | District Judge Barry W. Ashe |