**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Action was electronically filed on November 14, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel (which have not entered an appearance in *D'Aunoy v. Monsanto Co., et al.*, 2:19-cv-13594-BWA-DMD (E.D. La.)):

Mickey P. Landry, Esq.
Frank J. Swarr, Esq.
Philip Hoffman, Esq.
Matthew Clark, Esq.
LANDRY & SWARR, LLC
1010 Common Street
Suite 2050
New Orleans, Louisiana 70112
Phone: (504) 299-1214
Email: mlandry@landryswarr.com
Email: fswarr@landryswarr.com
Email: phoffman@landryswarr.com

Counsel for Plaintiff in *D'Aunoy v. Monsanto Co., et al.*, 2:19-cv-13594-BWA-DMD (E.D. La.).

Robert E. Kerrigan, Esq.
DEUTSCH KERRIGAN LLP
755 Magazine Street
New Orleans, LA 70130
Phone: (504) 593-0619
Email: rkerrigan@deutchkerrigan.com

Counsel for defendant Harry's Hardware, Inc. in *D'Aunoy v. Monsanto Co., et al.,* 2:19-cv-13594-BWA-DMD (E.D. La.).

Andrew D. Weinstock, Esq.
Christian B. Bogart, Esq.
Joseph E. Bearden, III, Esq.
DUPLASS, ZWAIN, BOURGEOIS, PFISTER, WEINSTOCK & BOGART
3838 North Causeway Boulevard
Suite 2900
Metairie, LA 70002
Phone: (504) 832-3700
Email: androidw@duplass.com
Email: cbogart@duplass.com
Email: jbearden@duplass.com

Counsel for defendant Ohio Security Insurance Company in *D'Aunoy v. Monsanto Co., et al.*, 2:19-cv-13594-BWA-DMD (E.D. La.).

Dated: November 14, 2019            Respectfully submitted,

                                    /s/ Joe G. Hollingsworth
                                    Joe G. Hollingsworth, Esq.
                                    (jhollingsworth@hollingsworthllp.com)
                                    HOLLINGSWORTH LLP
                                    1350 I Street, N.W.
                                    Washington, D.C. 20005
                                    Phone: (202) 898-5800
                                    Fax:   (202) 682-1639

                                    *Attorneys for Defendant Monsanto Company*