BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Jennie Parrott, Executor of the Estate of Robert Leonard Parrott, deceased | Monsanto Co. | Eastern District of Tennessee (Knoxville) | 3:19-cv-00431-DCLC-HBG | District Judge Clifton L. Corker |
| 2. | Christie Petty Blakeney | Monsanto Co. | Eastern District of Texas (Tyler) | 6:19-cv-00463-JDK | District Judge Jeremy D. Kernodle |
| 3. | Amanda Gauthier | Monsanto Co. and John Does 1-50 | District of Colorado (Denver) | 1:19-cv-03131-NYW | Magistrate Judge Nina Y. Wang |
| 4. | Jesus Pimentel Lopez and Juana Vega Lopez | Monsanto Co. | Eastern District of California (Fresno) | 1:19-cv-01524-AWI-JLT | Senior District Judge Anthony W. Ishii |
| 5. | Michael V. McClellan | Monsanto Co. | District of Utah (Central) | 2:19-cv-00818-JNP | District Judge Jill N. Parrish |