# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 14, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

J. Stephen Hurst, Esq.
ROGERS & HURST
210 West Central Avenue
Lafollette, TN 37766
Phone: (423) 562-2656
Email: attorney@rogers-hurst.com

W. Holt Smith, Esq.
LAW OFFICE OF W. HOLT SMITH
209 Tellico Street
Madisonville, TN 37354
Phone: (423) 442-4012
Email: whs4849@bellsouth.net

Co-Counsel for Plaintiff in *Parrott v. Monsanto Co.,* 3:19-cv-00431-DCLC-HBG (E.D. Tenn.).

Brittany Lauren Stewart Clark, Esq.
BARON & BUDD PC
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Email: bclark@baronbudd.com

Counsel for Plaintiff in *Blakeney v. Monsanto Co.,* 6:19-cv-00463-JDK (E.D. Tex.).

Stephen C. Peters, Esq.
PETERS LAW FIRM LLC
1800 15th Street
Suite 101
Denver, CO 80202
Phone: (303) 393-1704
Email: speters@peterslaw.net

Counsel for Plaintiff in *Gauthier v. Monsanto Co., et al.,* 1:19-cv-03131-NYW (D. Colo.).

Deborah S. Kerr, Esq.
GOLDBERG & OSBORNE LLP
915 West Camelback Road
Phoenix, AZ 85013
Phone: (602) 808-6784
Email: dkerr@1800theeagle.com

Counsel for Plaintiffs in *Lopez, et al. v. Monsanto Co.,* 1:19-cv-01524-AWI-JLT (E.D. Cal.).

Steven A. Christensen, Esq.
CHRISTENSEN YOUNG & ASSOCIATES PLLC
9980 South 300 West
Suite 200
Sandy, UT 84070
Phone: (801) 676-6447
Email: stevenchristen@gmail.com

Cameron Steven Christensen, Esq.
SUMSION BUSINESS LAW
3651 Norther 100 East
Suite 300
Provo, UT 84604
Phone: (801) 375-2830
Email: cameron@businesslawutah.com

Co-Counsel for Plaintiff in *McClellan v. Monsanto Co.,* 2:19-cv-00818-JNP (D. Utah).

Dated: November 14, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:     (202) 682-1639

*Attorneys for Defendant Monsanto Company*