# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 11/8/19, 11/12/19

**District Court: E.D. Louisiana & D. Minnesota**

**Number of Actions: 4**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL