BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2741 |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2019, I caused a true and correct copy of the Notice of Opposition to Conditional Transfer Order (CTO-167) to be served on all parties of record in this proceeding as follows:

1. By electronically filing the Notice of Opposition to Conditional Transfer Order (CTO-167) using the CM-ECF system of the United States Judicial Panel on Multidistrict Litigation, which will send notification of this filing to all parties' counsel of record; and

2. By causing a true and correct copy of the Notice of Opposition to Conditional Transfer Order (CTO-167) to be served via electronic mail on the following parties on the attached Service List.

Dated: November 15, 2019

Respectfully submitted,

/s/    Bryce T. Hensley
*Attorney for Plaintiff*

Bryce T. Hensley
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
bhensley@rblaw.net

## SERVICE LIST

Ignacio Sofo (nacho.sofo@bartlitbeck.com)
William Gohl (will.gohl@bartlitbeck.com)
Bartlit Beck LLP
54 W. Hubbard Street, #300
Chicago, IL 60654

Dominique Savinelli (dominique.savinelli@huschblackwell.com)
James O'Shea (james.oshea@huschblackwell.com)
Husch Blackwell, LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606

Thomas Dammrich (tdammrich@shb.com)
Peter O'Neill (pfoneill@shb.com)
Shook, Hardy & Bacon, L.L.P.
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606

Joe Gregory Hollingsworth (jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005-7204

*Attorneys for Defendant Monsanto Company*

Bruce Lyon (blyon@lcllaw.com)
Leah Fuessel (lfuessel@lcllaw.com)
LaBarge Campbell & Lyon, LLC
200 W. Jackson, Ste. #2050
Chicago, IL 60606

*Attorneys for Defendant Russo Hardware, Inc.*

Brad A. Antonacci (Bantonacci@heylroyster.com)
Heyl Royster Voelker and Allen
33 North Dearborne Street, 7th Floor
Chicago, IL 60602

*Attorneys for Intervenor University of Illinois-Chicago*