**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| | Joseph Fazio | Monsanto Co., Island Garden Center of Marco Island, Inc., and SiteOne Landscape Supply, LLC | Middle District of Florida (Fort Myers) | 2:19-cv-00826-JES-NPM | Senior District Judge John E. Steele |