# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on November 15, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.  Copies of the foregoing were also caused to be served via first class mail on the following counsel:

Stanley G. Swiderski, Esq.  
STANLEY G. SWIDERSKI, PA  
1930 Tyler Street  
Hollywood, FL 33020  
Phone: (954) 966-0700  
Email: swidski@aol.com

Andrew S. Ramos, Esq.  
Roman Balaban, Esq.  
BALABAN LAW, LLC  
8055 East Tufts Avenue  
Suite 325  
Denver, CO 80237  
Phone: (303) 377-3474  
Email: ramos@denverfirm.com  
Email: roman@denverfirm.com

Co-counsel for Plaintiff in *Fazio v. Monsanto Co., et al.*, 2:19-cv-00826-JES-NPM (M.D. Fla.).

Anthony Nolan Upshaw, Esq.
MCDERMOTT, WILL & EMERY, LLP
333 Southeast 2nd Avenue
Suite 4500
Miami, FL 33131
Phone: (305) 347-6500
Email: aupshaw@mwe.com

Counsel for defendant SiteOne Landscape Supply, LLC in *Fazio v. Monsanto Co., et al.*, 2:19-cv-00826-JES-NPM (M.D. Fla.).

Ralph L. Marchbank, Jr., Esq.
DICKINSON & GIBBONS, PA
401 North Cattlemen Road
Suite 300
Sarasota, FL 34232
Phone: (941) 366-4680
Email: rmarchbank@dglawyers.com

Counsel for defendant Island Garden Center of Marco Island, Inc. in *Fazio v. Monsanto Co., et al.*, 2:19-cv-00826-JES-NPM (M.D. Fla.).

Dated: November 15, 2019                    Respectfully submitted,

                                            /s/ Joe G. Hollingsworth
                                            Joe G. Hollingsworth, Esq.
                                            (jhollingsworth@hollingsworthllp.com)
                                            HOLLINGSWORTH LLP
                                            1350 I Street, N.W.
                                            Washington, D.C. 20005
                                            Phone: (202) 898-5800
                                            Fax:    (202) 682-1639

                                            *Attorneys for Defendant Monsanto Company*