# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION          MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Raleigh Hugh Burns | Monsanto Co., Bayer Corporation, and Bayer, AG | Northern District of Georgia (Atlanta) | 1:19-cv-04877-LMM | District Judge Leigh Martin May |
| 2. | Gary Kneller and Donna Kneller | Monsanto Co., Bayer Corporation, and Bayer, AG | Northern District of Georgia (Atlanta) | 1:19-cv-04875-AT | District Judge Amy Totenberg |
| 3. | Nicholas Lanza and Susan Lanza | Monsanto Co., Bayer Corporation, and Bayer, AG | Northern District of Georgia (Atlanta) | 1:19-cv-04876-SCJ | District Judge Steve C. Jones |