**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 15, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Caroline Gray McGlamry, Esq.
Joshua Adam Karr, Esq.
Michael Lee McGlamry, Esq.
N. Kirkland Pope, Esq.
POPE MCGLAMRY PC
3391 Peachtree Road Northeast
Atlanta, GA 31126
Phone:  (404) 523-7706
Email:  carolinemcglamry@pmkm.com
Email:  joshkarr@pmkm.com
Email:  efile@pmkm.com
Email:  kirkpope@popemcglamry.com

Counsel for Plaintiffs in *Burns v. Monsanto Co., et al.*, 1:19-cv-04877-LMM (N.D. Ga.); *Kneller, et al. v. Monsanto Co., et al.*, 1:19-cv-04875-AT (N.D. Ga.); *Lanza, et al. v. Monsanto Co., et al.*, 1:19-cv-04876-SCJ (N.D. Ga.).

Copies of the foregoing were also caused to be served via first class mail on defendant Bayer Corporation (which has not been served with the summons or complaint in *Burns v. Monsanto Co., et al.*, 1:19-cv-04877-LMM (N.D. Ga.); *Kneller, et al. v. Monsanto Co., et al.*, 1:19-cv-04875-AT (N.D. Ga.); *Lanza, et al. v. Monsanto Co., et al.*, 1:19-cv-04876-SCJ (N.D. Ga.)) as follows:

    Bayer Corporation
    Attn: General Counsel
    100 Bayer Blvd.
    Whippany, NJ 07981

Copies of the foregoing were also caused to be served via Fed-Ex on defendant Bayer AG (which has not been served with the summons or complaint in *Burns v. Monsanto Co., et al.*, 1:19-cv-04877-LMM (N.D. Ga.); *Kneller, et al. v. Monsanto Co., et al.*, 1:19-cv-04875-AT (N.D. Ga.); *Lanza, et al. v. Monsanto Co., et al.*, 1:19-cv-04876-SCJ (N.D. Ga.)) as follows:

    Bayer AG
    Attn: General Counsel
    Law, Patents & Compliance
    Building Q 26, 1.008
    51368 Leverkusen, Germany

Dated: November 15, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:   (202) 682-1639

*Attorneys for Defendant Monsanto Company*