**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION                      MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | James T. McVey | Monsanto Co. | Southern District of Ohio (Cincinnati) | 1:19-cv-00844-TSB | District Judge Timothy S. Black |
| 2. | Richard Martin | Monsanto Co. | Northern District of Illinois (Chicago) | 1:19-cv-06779 | District Judge John Z. Lee |

1