BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 15, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

William Henry Blessing, Esq.
THE BLESSING LAW FIRM
119 East Court Street
Suite 500
Cincinnati, OH 45202
Phone: (513) 621-9191
Email: bill@blessing-attorneys.com

Counsel for Plaintiff in *McVey v. Monsanto Co.*, 1:19-cv-00844-TSB (S.D. Ohio).

Bryce Thomas Hensley, Esq.
ROMANUCCI & BLANDIN LLC
321 North Clark Street
Suite 900
Chicago, Illinois 60654
Phone: (312) 458-1000
Email: bhensley@rblaw.et

Counsel for Plaintiff in *Martin v. Monsanto Co.,* 1:19-cv-06779 (N.D. Ill.).

2

Dated: November 15, 2019 Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*