# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren  
Clerk of Court

Benjamin C. Wynn  
Orlando Division Manager

November 13, 2019

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle District of Florida, to be added as a possible tag along action:

    6:19-cv-2152-Orl-40GJK    Filed: 11/11/19

If you should have questions or need additional information, please call me at (407) 835-4200.

    ELIZABETH M. WARREN, CLERK

    By:    s/RO, Deputy Clerk

Enclosure

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**
www.ned.uscourts.gov

**Denise M. Lucks**
**Clerk of Court**

Gabriela Acosta
Chief Deputy Clerk

November 14, 2019

MDL Judicial Panel
Thurgood Marshall Federal Judiciary Building
1 Columbus Circle, NE
Room G255
Washington, DC 20544-0005

Re: 8:19CV497
Brohimer v. Monsanto Company
MDL 2741

Dear Sir/Madam:

We are sending you a copy of the complaint and docket sheet in this case via e-mail. This is an action regarding Roundup Products Liability Litigation.

Sincerely,

By: s/ Lindsey Olson
Deputy Clerk

cc: Counsel of Record (without enclosures)

Approved 12/22/14

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 | Fax: (402) 661-7387 | Toll Free: (866) 220-4381
Lincoln: (402) 437-1900 | Fax: (402) 437-1911 | Toll Free: (866) 220-4379