BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION

## SCHEDULE OF ACTION

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| | Aaron Sheller, individually and on behalf of all others similarly situated | Monsanto Co. and Bayer AG | Southern District of Indiana (Indianapolis) | 1:19-cv-04063-TWP-DML | District Judge Tanya Walton Pratt |