BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on November 18, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Anne Medlin Lowe, Esq.
William N. Riley, Esq.
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue
Suite 300
Indianapolis, IN 46204
Phone: (317) 633-5270
Email: alowe@rwp-law.com
Email: wriley@rwp-law.com

Elizabeth A. Fegan, Esq.
FEGAN SCOTT, LLC
150 South Wacker Drive
24th Floor
Chicago, IL 60606
Phone: (312) 741-1019
Email: beth@hbsslaw.com

Jessica H. Meeder, Esq.
FEGAN SCOTT, LLC
1200 G Street Northwest
Suite 800
Washington, DC 20005
Phone: (202) 434-8992
Email: jessica@feganscott.com

1

Russel B. Cate, Esq.
CATE TERRY & GOOKINS, LLC
301 East Carmel Drive
Suite C-300
Carmel, IN 46032
Phone:  (317) 564-0016
Email:  rcate@ctglaw.com

Co-counsel for Plaintiff in *Sheller v. Bayer AG, et al.*, 1:19-cv-04063-TWP-DML (S.D. Ind.).

Copies of the foregoing were also caused to be served via Fed-Ex on defendant Bayer AG (which has not been served with the summons or complaint in *Sheller v. Bayer AG, et al.*, 1:19-cv-04063-TWP-DML (S.D. Ind.)) as follows:

>    Bayer AG
>    Attn: General Counsel
>    Law, Patents & Compliance
>    Building Q 26, 1.008
>    51368 Leverkusen, Germany

Dated: November 18, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*