**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| | Helen Grace Banks, Individually and as Personal Representative for the Estate of Ralph B. Banks and The Estate of Ralph B. Banks | Monsanto Company, Bayer Corporation, and Bayer, AG | Eastern District of North Carolina (Eastern Division) | 4:19-cv-00158-BO | Chief District Judge Terrence W. Boyle |

1