**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on November 18, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Joshua A. Karr, Esq.
Michael L. McGlamry, Esq.
POPE MCGLAMRY PC
3391 Peachtree Road Northeast
Suite 300
Atlanta, GA 30326
Phone:  (404) 523-7706
Email:  joshkarr@pmkm.com
Email:  mmcglamry@pmkm.com

Lynwood P. Evans, Esq.
WARD AND SMITH PA
751 Corporate Center Drive
Suite 300
Raleigh, NC 27607
Phone:  (252) 215-4022
Email:  lpe@wardandsmith.com

Christopher S. Edwards, Esq.
WARD AND SMITH PA
127 Racine Drive
Wilmington, NC 28403
Phone:  (910) 794-4877
Email:  csedwards@wardandsmith.com

Co-counsel for Plaintiffs in *Banks, et al. v. Monsanto Co., et al.*, 4:19-cv-00158-BO (E.D.N.C.).

Copies of the foregoing were also caused to be served via first class mail on defendant Bayer Corporation as follows:

>Bayer Corporation
>Attn: General Counsel
>100 Bayer Blvd.
>Whippany, NJ 07981

Copies of the foregoing were also caused to be served via Fed-Ex on defendant Bayer AG (which has not been served with the summons or complaint in *Banks, et al. v. Monsanto Co., et al.*, 4:19-cv-00158-BO (E.D.N.C.)) as follows:

>Bayer AG
>Attn: General Counsel
>Law, Patents & Compliance
>Building Q 26, 1.008
>51368 Leverkusen, Germany

Dated: November 18, 2019                            Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*