**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | James E. Johnson | Monsanto Co. | District of South Carolina (Anderson/Greenwood) | 8:19-cv-03016 | Unassigned |
| 2. | Diane Kelly and Charles Kelly | Monsanto Co. | Eastern District of Pennsylvania (Philadelphia) | 2:19-cv-04942-JDW | District Judge Joshua D. Wolson |
| 3. | Eugene D. Wolken and Paula Wolken | Monsanto Co. | District of Nebraska (Omaha) | 8:19-cv-00500-BCB-MDN | District Judge Brian C. Buescher |