## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 18, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Thomas David Hoyle, Esq.
William Taylor Carpentier Lacy, Esq.
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Phone: (843) 216-9136
Email: dhoyle@motleyrice.com
Email: wlacy@motleyrice.com

Counsel for Plaintiff in *Johnson v. Monsanto Co.*, 8:19-cv-03016 (D.S.C.).

Michael A. Cancelliere, Jr., Esq.
Michael A. Rowe, Esq.
NASS CANCELLIERE BRENNER
1515 Market Street
Suite 2000
Philadelphia, PA 19102
Phone: (215) 546-8200
Email: macanelliere@nasscancelliere.com
Email: marowe@ncblawfirm.com

Counsel for Plaintiffs in *Kelly, et al. v. Monsanto Co.,* 2:19-cv-04942-JDW (E.D. Pa.).

David A. Domina, Esq.
DOMINA LAW GROUP
2425 South 144th Street
Omaha, NE 68144
Phone: (402) 493-4100
Email: ddomina@dominalaw.com

Counsel for Plaintiffs in *Wolken, et al. v. Monsanto Co.,* 8:19-cv-00500-BCB-MDN (D. Neb.).

Dated: November 18, 2019                Respectfully submitted,

                                                        /s/ Joe G. Hollingsworth
                                                  Joe G. Hollingsworth, Esq.
                                                  (jhollingsworth@hollingsworthllp.com)
                                                  HOLLINGSWORTH LLP
                                                  1350 I Street, N.W.
                                                  Washington, D.C. 20005
                                                  Phone: (202) 898-5800
                                                  Fax:    (202) 682-1639

                                                  *Attorneys for Defendant Monsanto Company*