BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Aimee Morein Fontenot | Monsanto Co. | Western District of Louisiana (Lafayette) | 6:19-cv-01233-RRS-CBW | District Judge Robert R. Summerhays |
| 2. | Wayne Furnival and Donna Furnival | Monsanto Co. | District of New Jersey (Camden) | 1:19-cv-20005-JHR-JS | Senior District Judge Joseph H. Rodriguez |
| 3. | Cindy S. Helton | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03072-DDN | Magistrate Judge David D. Noce |
| 4. | Richard E. Mullin | Monsanto Co. | District of South Carolina (Charleston) | 2:19-cv-03097-MDL | Unassigned |
| 5. | Gary Stratton | Monsanto Co. | Northern District of Texas (Dallas) | 3:19-cv-02509-X | District Judge Brantley Starr |
| 6. | Corin Tegen and Sarah Tegen | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03075-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 7. | Emma Valverde and Jose Valverde | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03076-NAB | Chief Magistrate Judge Nannette A. Baker |
| 8. | William C. Buck | Monsanto Co. | Southern District of Ohio (Columbus) | 2:19-cv-04860-JLG-CMV | Senior District Judge James L. Graham |
| 9. | Mary Ellen Kelly and Robert M. Kelly, Jr. | Monsanto Co. | District of Connecticut (New Haven) | 3:19-cv-01645-VLB | District Judge Vanessa L. Bryant |

1

| 10. | Gilbert Gingerich and Sandra Gingerich | Monsanto Co. | Northern District of Iowa (Cedar Rapids) | 1:19-cv-00123-LLR-KEM | Senior District Judge Linda R. Reade |