**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 19, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Derrick Glenn Earles, Esq.
David C. Laborde, Esq.
Madeleine Renee Brumley, Esq.
LABORDE EARLES LAW FIRM
1901 Kaliste Saloom Road
Lafayette, LA 70508
Phone: (337) 261-2617
Email: digger@onmyside.com
Email: david@onmyside.com
Email: madeleine@onmyside.com

Counsel for Plaintiff in *Fontenot v. Monsanto Co.*, 6:19-cv-01233-RRS-CBW (W.D. La.).

Brian J. McCormick, Jr., Esq.
ROSS FELLER CASEY LLP
1650 Market Street
Suite 3450
Philadelphia, PA 19103
Phone: (215) 574-2000
Email: bmccormick@rossfellercasey.com

Counsel for Plaintiffs in *Furnival, et al. v. Monsanto Co.,* 1:19-cv-20005-JHR-JS (D.N.J.).

Enrique Elliot Adler, Esq.
ADLER LAW GROUP APLC
402 West Broadway
Suite 860
San Diego, CA 92101
Phone: (619) 531-8700
Email: eadler@theadlerfirm.com

Counsel for Plaintiffs in *Helton v. Monsanto Co.,* 4:19-cv-03072-DDN (E.D. Mo.); *Tegen, et al. v. Monsanto Co.*, 4:19-cv-03075-SNLJ (E.D. Mo.); *Valverde, et al. v. Monsanto Co.*, 4:19-cv-03076-NAB (E.D. Mo.).

Thomas David Hoyle, Esq.
William Taylor Carpentier Lacy, Esq.
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Phone: (843) 216-9136
Email: dhoyle@motleyrice.com
Email: wlacy@motleyrice.com

Counsel for Plaintiff in *Mullin v. Monsanto Co.,* 2:19-cv-03097-MDL (D.S.C.).

Brittany Lauren Clark, Esq.
BARON & BUDD
3102 Oak Lawn Avenue
Dallas, TX 75219
Phone: (214) 521-3605
Email: bclark@baronbudd.com

Counsel for Plaintiff in *Stratton v. Monsanto Co.,* 3:19-cv-02509-X (N.D. Tex.).

Robert P. Miller, Esq.
ROURKE AND BLUMENTHAL
495 South High Street
Suite 450
Columbus, OH 43215
Phone: (614) 220-9200
Email: rmiller@randbllp.com

Counsel for Plaintiff in *Buck v. Monsanto Co.,* 2:19-cv-04860-JLG-CMV (S.D. Ohio).

Douglas Ian Cuthbertson, Esq.
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
250 Hudson Street
8th Floor
New York, NY 10013
Phone: (212) 355-9500
Email: dcuthbertson@lchb.com

Counsel for Plaintiffs in *Kelly, et al. v. Monsanto Co.,* 3:19-cv-01645-VLB (D. Conn.).

Caitlin Leah Slessor, Esq.
Samuel E. Jones, Esq.
SHUTTLEWORTH & INGERSOLL PLC
115 Third Street Southeast
Suite 500
Cedar Rapids, IA 52406
Phone: (319) 365-9461
Email: cls@shuttleworthlaw.com
Email: sej@shuttleworthlaw.com

Counsel for Plaintiffs in *Gingerich, et al. v. Monsanto Co.,* 1:19-cv-00123-LLR-KEM (N.D. Iowa).

Dated: November 19, 2019     Respectfully submitted,

      /s/ Joe G. Hollingsworth
      Joe G. Hollingsworth, Esq.
      (jhollingsworth@hollingsworthllp.com)
      HOLLINGSWORTH LLP
      1350 I Street, N.W.
      Washington, D.C. 20005
      Phone: (202) 898-5800
      Fax:   (202) 682-1639

      *Attorneys for Defendant Monsanto Company*