BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION           MDL No. 2741

### NOTICE OF OPPOSITION (CTO-166)

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Randy Bodiford submits this opposition to Conditional Transfer Order (CTO –166) as it relates to the following case:

*Randy Bodiford v. Monsanto Company,* **et al.,** South Carolina, Case No. 1:19-cv-03133

| | |
|---|---|
| Dated:  November 20, 2019 | Respectfully submitted, |
| | */s/ John E. Tomlinson* |
| | John E. Tomlinson |
| | Rhon E. Jones |
| | **BEASLEY, ALLEN, CROW, METHVIN, PORTIS AND MILES, P.C.** |
| | Post Office Box 4160 |
| | 218 Commerce Street |
| | Montgomery, Alabama  36103 |
| | Phone: (334) 269-2343 |
| | Fax:     (334) 954-7555 |
| | john.tomlinson@beasleyallen.com |
| | rhon.jones@beasleyallen.com |

OF COUNSEL:

Mark D. Ball, Esq. (Fed ID# 5122)
Neil E. Alger, Esq. (Fed ID# 11903)
Peters Murdaugh Parker Eltzroth & Detrick, PA
101 Mulberry Street East
Post Office Box 457
Hampton, South Carolina  29924
Phone:  (803) 943-2111
Fax:  (803) 943-3943
nalger@pmped.com

*Attorneys for Plaintiff Randy Bodiford*