BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:  ROUNDUP PRODUCTS LIABILITY       MDL No. 2741
LITIGATION

*Randy Bodiford v. Monsanto Company,* et al., South Carolina, Case No. 1:19-cv-03133

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on the 20th day of November, 2019, Plaintiff's Notice of Opposition (CTO-166) was filed with the Clerk of the Court by using the Court's electronic filing system, which sends an electronic filing copy to all attorneys of record.

*Counsel for Monsanto Company and*
*Helena Agri-Enterprises, LLC*
Ronald K. Wray, II
James A. Bradshaw
Gallivan White & Boyd, PA
Post Office Box 10589
Greenville, South Carolina 29603
Email: rwray@gwblawfirm.com
dbradshaw@gwblawfirm.com

*Counsel for Browning Farms, Inc.*
Sterling G. Davies
Brett H. Bayne
McAngus, Goudelock & Courie, LLC
Post Office Box 12519
1320 Main Street, 10th Floor (29201)
Columbia, South Carolina 29211
sdavies@mgclaw.com
brett.bayne@mgclaw.com


Dated: November 20, 2019                    Respectfully submitted,

                                            */s/ John E. Tomlinson*
                                            John E. Tomlinson
                                            Rhon E. Jones

        **BEASLEY, ALLEN, CROW,**
        **METHVIN, PORTIS AND MILES, P.C.**
        Post Office Box 4160
        218 Commerce Street
        Montgomery, Alabama  36103
        Phone: (334) 269-2343
        Fax:     (334) 954-7555
        john.tomlinson@beasleyallen.com
        rhon.jones@beasleyallen.com

OF COUNSEL:

Mark D. Ball, Esq. (Fed ID# 5122)
Neil E. Alger, Esq. (Fed ID# 11903)
Peters Murdaugh Parker Eltzroth & Detrick, PA
101 Mulberry Street East
Post Office Box 457
Hampton, South Carolina  29924
Phone:  (803) 943-2111
Fax:  (803) 943-3943
nalger@pmped.com

*Attorneys for Plaintiff Randy Bodiford*