**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Gary L. Stiver and Marilyn Stiver | Monsanto Co. | District of Nebraska (Omaha) | 8:19-cv-00510-RFR-CRZ | District Judge Robert F. Rossiter, Jr. |
| 2. | Jack Wengerd and Gina Wengerd | Monsanto Co. | Northern District of Iowa (Cedar Rapids) | 1:19-cv-00124-LRR-KEM | Senior District Judge Linda R. Reade |
| 3. | Gary Anderson and Mary Anderson | Monsanto Co. | District of Montana (Missoula) | 9:19-cv-00156-DLC | Chief District Judge Dana L. Christensen |
| 4. | Larry Christian and Holly Christian | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03071-HEA | District Judge Henry Edward Autrey |