**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 20, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

David A. Domina, Esq.
DOMINA LAW GROUP
2425 South 144th Street
Omaha, NE 68144
Phone: (402) 493-4100
Email: ddomina@dominalaw.com

Counsel for Plaintiffs in *Stiver, et al. v. Monsanto Co.*, 8:19-cv-00510-RFR-CRZ (D. Neb.).

Caitlin Leah Slessor, Esq.
Dana L. Oxley, Esq.
Samuel E. Jones, Esq.
SHUTTLEWORTH & INGERSOLL PLC
115 Third Street Southeast
Suite 500
Cedar Rapids, Iowa 52406
Phone: (319) 365-9461
Email: cls@shuttleworthlaw.com
Email: dlo@shuttleworthlaw.com
Email: sej@shuttleworthlaw.com

Counsel for Plaintiffs in *Wengerd, et al. v. Monsanto Co.*, 1:19-cv-00124-LRR-KEM (N.D. Iowa).

Joseph Ray Casillas, Esq.
Nathan G. Wagner, Esq.
Terance P. Perry, Esq.
DATSOPOULOS MACDONALD & LIND
201 West Main
Suite 201
Missoula, MT 59802
Phone: (406) 728-0810
Email: jrcasillas@dmllaw.com
Email: nwagner@dmllaw.com
Email: tperry@dmllaw.com

Counsel for Plaintiffs in *Anderson, et al. v. Monsanto Co.*, 9:19-cv-00156-DLC (D. Mont.).

Enrique Elliot Adler, Esq.
ADLER LAW GROUP APLC
402 West Broadway Street
Suite 860
San Diego, CA 92101
Phone: (619) 531-8700
Email: eadler@theadlerfirm.com

Counsel for Plaintiffs in *Christian, et al. v. Monsanto Co.,* 4:19-cv-03071-HEA (E.D. Mo.).

Dated: November 20, 2019                   Respectfully submitted,

 

                                        /s/ Joe G. Hollingsworth
                                        Joe G. Hollingsworth, Esq.
                                        (jhollingsworth@hollingsworthllp.com)
                                        HOLLINGSWORTH LLP
                                        1350 I Street, N.W.
                                        Washington, D.C. 20005
                                        Phone: (202) 898-5800
                                        Fax:    (202) 682-1639

                                        *Attorneys for Defendant Monsanto Company*