OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Christa K. Berry, Clerk**

Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, Maine 04101
(207) 780-3356



Margaret Chase Smith Federal
Building and U.S. Courthouse
202 Harlow Street
Bangor, Maine 04401
(207) 945-0575

November 18, 2019

John W. Nichols
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary
Building, Room G-255 North
One Columbus Circle, N.E.
Washington, D.C. 20002-8004

RE: Christine Mank, et al v. Monsanto Company
Civil No. 2:19-cv-00524-JDL
MDL Litigation No. 2741

Dear Mr. Nichols:

I understand that the In re: Roundup Products Liability Litigation is the subject of a motion to transfer presently before the Panel. The above-captioned matter was filed on November 15, 2019. Attached please find a copy of the docket sheet and the complaint for whatever action you deem appropriate.

    Sincerely,

    CHRISTA K. BERRY, CLERK

    BY:   /s/ Robert Allen
           Robert Allen
           Case Manager

Enc.

cc:    Kevin M. Fitzgerald (via ECF)

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Christa K. Berry, Clerk**

Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, Maine 04101
(207) 780-3356



Margaret Chase Smith Federal
Building and U.S. Courthouse
202 Harlow Street
Bangor, Maine 04401
(207) 945-0575

November 18, 2019

John W. Nichols
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary
Building, Room G-255 North
One Columbus Circle, N.E.
Washington, D.C. 20002-8004

RE: Kevin Hoffman v. Monsanto Company
Civil No. 2:19-cv-00526-JDL
MDL Litigation No. 2741

Dear Mr. Nichols:

I understand that the In re: Roundup Products Liability Litigation is the subject of a motion to transfer presently before the Panel. The above-captioned matter was filed on November 15, 2019. Attached please find a copy of the docket sheet and the complaint for whatever action you deem appropriate.

        Sincerely,

        CHRISTA K. BERRY, CLERK

    BY: /s/ Robert Allen
      Robert Allen
      Case Manager

Enc.

cc: Kevin M. Fitzgerald (via ECF)

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Christa K. Berry, Clerk**

Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, Maine 04101
(207) 780-3356



Margaret Chase Smith Federal
Building and U.S. Courthouse
202 Harlow Street
Bangor, Maine 04401
(207) 945-0575

November 18, 2019

John W. Nichols
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary
Building, Room G-255 North
One Columbus Circle, N.E.
Washington, D.C. 20002-8004

RE: Raymond Anderson v. Monsanto Company
Civil No. 2:19-cv-00525-JDL
MDL Litigation No. 2741

Dear Mr. Nichols:

I understand that the In re: Roundup Products Liability Litigation is the subject of a motion to transfer presently before the Panel. The above-captioned matter was filed on November 15, 2019. Attached please find a copy of the docket sheet and the complaint for whatever action you deem appropriate.

Sincerely,

CHRISTA K. BERRY, CLERK

BY: /s/ Robert Allen
Robert Allen
Case Manager

Enc.

cc: Kevin M. Fitzgerald (via ECF)