# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 11/19/19

**District Court:** D. Minnesota

**Number of Actions:** 3

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL