UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                                  MDL No. 2741

_____/

## NOTICE OF OPPOSITION OF CONDITIONAL TRANSFER ORDER (CTO-169)

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel of Multidistrict Litigation Plaintiff Joseph Fazio submits his opposition to the conditional transfer order (CTO-169) as it relates to the following case:

**FAZIO V. MONSANTO COMPNAY ET AL, Florida Middle District: FLM 2 19-00826**

| | |
|---|---|
| **Balaban Law LLC** | **Stanley G. Swiderski, P.A.** |
| **Attorneys for Plaintiffs** | **Co-Counsel for Plaintiffs** |
| *s/Andrew Ramos* | s/Stanley Swiderski |
| Andrew S. Ramos, Esq. | Stanley G. Swiderski, Esq., |
| FBN: 118867 | FBN: 377473 |
| Ramos@denverfirm.com | 1930 Tyler Street |
| Roman Balaban, Esq. | Hollywood, Florida, 33020 |
| Roman@denverfirm.com | Tel: 954-966-0700 |
| 8055 East Tufts Avenue, Suite 325 | Fax 954-965-8087 |
| Denver, Colorado 80237 | Swidski@aol.com |
| | Paralegal.sgs@gmail.com |
| Tel:303-377-347433020 | |
| Fax: 303-377-3576 | |

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on November 21, 2019, we served this document via CM/ECF which was electronically delivered to the following parties on the service list:

Anthony N. Upshaw, Esq.
Florida Bar No. 861091
McDERMOTT WILL & EMERY LLP
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131
aupshaw@mwe.com
Tel: 305-329-4431
Fax: 305-675-8031
*Counsel for Monsanto Company and Siteone Landscape Supply, LLC*

Ralph Marchbank Jr., Esq.
Florida Bar No. 305571
Dickinson & Gibbons, P.A., 401
North Cattlemen Road, Suite 300,
Sarasota, FL 34232
Rmarchbank@dglawyers.com
*Counsel for Island Garden Center of Marco Island, Inc*