## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| YVETTER A. D'AUNOY, 13594 | * | Civil Action No. 2:19-CV- |
| | * | |
| Plaintiff, | * | |
| Versus | * | Judge: Barry W. Ashe |
| | * | |
| MONSTANTO COMPANY, et al., | * | |
| Defendants. | * | Magistrate: |
| | * | |

**************************************************************************

*Pertains to:*   MDL-2741 – In re Roundup Products Liability Litigation
CONDITIONAL TRANSFER ORDER 169 (CTO-169)
Schedule CTO-169 - Tag-Along Action

**************************************************************************

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on the 22nd day of November, 2019, Plaintiff's Notice of Opposition (CTO-169) was filed with the Clerk of the Court by using the Court's electronic filing system, which sends an electronic filing copy to all attorneys of record.

Celeste R. Coco-Ewing, (LA 25002)
Shaun P. McFall, (LA 37225)
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Telephone: 504-589-9700
Facsimile: 504-589-9701
Attorneys for Defendant Monsanto Company

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister,
Weinstock & Bogart
Three Lakeway Center
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002
504-832-3700
Attorney for Harry's Hardware and Ohio Security Insurance

                                          **LANDRY & SWARR, L.L.C.**

                                          /s/ *Philip Hoffman*
                                        PHILIP C. HOFFMAN (#32277)
                                        FRANK J. SWARR (#23322)
                                        MICKEY P. LANDRY (#22817)
                                        MATTHEW CLARK (#31102)
                                        1100 Poydras Street, Suite 2000
                                        New Orleans, Louisiana 70163
                                        Telephone:  (504) 299-1214
                                        Facsimile:  (504) 299-1215
                                        COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify by my signature that on this 22nd day of November 2019, a copy of the foregoing has been filed with the Clerk of Court using CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                          s/ *Philip C. Hoffman*