**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Anne Simonds and Chester Simonds | Monsanto Co. | Eastern District of Pennsylvania (Philadelphia) | 2:19-cv-05151-ER | Senior District Judge Eduardo C. Robreno |
| **2.** | Timothy M. Corbett and Barbara Corbett | Monsanto Co. | District of Nebraska (Omaha) | 8:19-cv-00513-RFR-SMB | District Judge Robert F. Rossiter, Jr. |

1