# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 22, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Michael A. Cancelliere, Jr., Esq.
Michael A. Rowe, Esq.
NASS CANCELLIERE BRENNER
Suite 2000
Philadelphia, PA 19102
Phone: (215) 546-8200
Email: macancelliere@nasscancelliere.com
Email: marowe@ncblawfirm.com

Counsel for Plaintiffs in *Simonds, et al. v. Monsanto Co.,* 2:19-cv-05151-ER (E.D. Pa.).

David A. Domina, Esq.
DOMINA LAW GROUP
2425 South 144th Street
Omaha, NE 68144
Phone: (402) 493-4100
Email: ddomina@dominalaw.com

Counsel for Plaintiffs in *Corbett, et al. v. Monsanto Co.,* 8:19-cv-00513-RFR-SMB (D. Neb.)

1

Dated: November 22, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant Monsanto Company*