UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

*Pertains to:*   MDL-2741 – In re Roundup Products Liability Litigation
CONDITIONAL TRANSFER ORDER 169 (CTO-169)

NOTICE OF OPPOSITION

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Yvette D'Aunoy submits this opposition to the conditional Transfer Order (CTO –169) as it relates to the following case:

*D'Aunoy v. Monsanto Company, Et Al, Eastern District of Louisiana,* **Case No. 1:19-cv-13594**

**LANDRY & SWARR, L.L.C.**

/s/ *PHILIP C. HOFFMAN*
PHILIP C. HOFFMAN (#32277)
FRANK J. SWARR (#23322)
MICKEY P. LANDRY (#22817)
MATTHEW CLARK (#31102)
1100 Poydras Street, Suite 2000
New Orleans, Louisiana 70163
Telephone:  (504) 299-1214
Facsimile:  (504) 299-1215
COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify by my signature that on this 25th day of November 2019, a copy of the foregoing has been filed with the Clerk of Court using CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

s/ *Philip C. Hoffman*