UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

*Pertains to:*   MDL-2741 – In re Roundup Products Liability Litigation
CONDITIONAL TRANSFER ORDER 169 (CTO-169)

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on the 25th day of November, 2019, Plaintiff's Notice of Opposition (CTO-169) was filed with the Clerk of the Court by using the Court's electronic filing system, which sends an electronic filing copy to all attorneys of record.

Celeste R. Coco-Ewing, (LA 25002)
Shaun P. McFall, (LA 37225)
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Telephone: 504-589-9700
Facsimile: 504-589-9701
Attorneys for Defendant Monsanto Company
Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister,
Weinstock & Bogart
Three Lakeway Center
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002
504-832-3700
Attorney for Harry's Hardware and Ohio Security Insurance

1

**LANDRY & SWARR, L.L.C.**

/s/ *Philip Hoffman*
PHILIP C. HOFFMAN (#32277)
FRANK J. SWARR (#23322)
MICKEY P. LANDRY (#22817)
MATTHEW CLARK (#31102)
1100 Poydras Street, Suite 2000
New Orleans, Louisiana 70163
Telephone: (504) 299-1214
Facsimile: (504) 299-1215
COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify by my signature that on this 25th day of November 2019, a copy of the foregoing has been filed with the Clerk of Court using CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

s/ *Philip C. Hoffman*