BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION        MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Jeffrey M. Anderson | Monsanto Co. | Southern District of Florida (Miami) | 1:19-cv-24721-UU | District Judge Ursula Ungaro |
| 2. | Martin Denny Reed | Monsanto Co. and John Does 1-100 | Eastern District of Missouri (St. Louis) | 4:19-cv-03090-JAR | District Judge John A. Ross |
| 3. | Palmer Dew and Joyce Dew | Monsanto Co. | District of Delaware (Wilmington) | 1:19-cv-01759-RGA | District Judge Richard G. Andrews |