**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 25, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Cory D. Lapin, Esq.
MANNING GROSS & MASSENBURG, LLP
600 Brickwell Avenue
Suite 1400
Miami, Florida 33131
Phone: (305) 815-2977
Email: clapin@mgmlawfirm.com

Sagi Shaked, Esq.
SHAKED LAW FIRM, P.A.
2875 N.E. 191st Street
Suite 905
Aventura, Florida 33180
Phone: (305) 937-0191
Email: sagi@miamiattys.com

Counsel for Plaintiff in *Anderson v. Monsanto Co.,* 1:19-cv-24721-UU (S.D. Fla.).

Emily Jo Kirk, Esq.
MCCUNE WRIGHT, LLP
3281 East Guasti Road
Suite 100
Ontario, California 91761
Phone: (909) 557-1250
Email: ejk@mccunewright.com

Counsel for Plaintiff in *Reed v. Monsanto Co., et al.,* 4:19-cv-3090-JAR (E.D. Mo.).

1

Ian Connor Bifferato, Esq.
THE BIFFERATO FIRM, P.A.
1007 North Orange Street
4th Floor
Wilmington, Delaware 19801
Phone: (302) 225-7600
Email: cbifferato@tbflegal.com


Counsel for Plaintiffs in *Palmer, et al. v. Monsanto Co.,* 1:19-cv-01759-RGA (D. Del.).


Dated: November 25, 2019                    Respectfully submitted,


/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant Monsanto Company*