BEFORE THE UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                                    MDL No. 2741

**CERTIFICATE OF SERVICE**

To:  See attached service list

I, the undersigned certify and state that on the 26th day of November, 2019, I served the foregoing Oral Argument Statement for Plaintiff's Reply in Support of Motion to Vacate Conditional Transfer Order 158 (CTO-158) and documents by electronic mailing a copy to each person to whom it is directed.

| | | |
|---|---|---|
| Date:  October 30, 2019 | By: | /s/ Thomas A. Kelliher_____ |
| | | Thomas A. Kelliher |
| | | **Horwitz, Horwitz, and Associates, LTD.** |
| | | 25 E. Washington, Suite 900 |
| | | Chicago, IL  60602 |
| | | Office: (312) 372-8822 |
| | | Email:   tom@horwitzlaw.com |
| | |                clmail@horwitzlaw.com |
| | |                sung@horwitzlaw.com |

**SERVICE LIST**

Stetson Atwood
Donohue, Brown, Mathewson & Smyth
140 So. Dearborn, Suite 800
Chicago, IL  60603
Office:	(312)422-0900
Fax:	(312)422-0909
Email:	atwood@dbmslaw.com
***Attorney for Defendant Zoretic & Northwestern Memorial Healthcare d/b/a Northwestern Medicine***

Patrick Vezino
Baker Enright
33 W. Jackson Blvd., 3rd Floor
Chicago, IL  60604
Office:	3126639600
Fax:	312-663-9647
Email:	vezino@bakerandenright.com
***Attorney for Defendant McKinnon***

Thomas Dammrich II
Shook Hardy & Bacon L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL  60606
Office:	3127047700
Fax:	312-558-1195
Email:	tdammrich@shb.com
***Attorney for Defendant Monsanto Company***