UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION
    Junge v. Monsanto Company, Inc.,        )
        N.D. Iowa, C.A. No. 1:19-00110        )        MDL No. 2741

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in this action (*Junge*) on November 18, 2019.  The Panel has now been advised that *Junge* was dismissed without prejudice, by the Honorable Linda R. Reade in an order filed on November 21, 2019.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-168" filed on November 18, 2019, is VACATED insofar as it relates to this action.

        FOR THE PANEL:

        John W. Nichols
        Clerk of the Panel