BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Jason Gannon | Monsanto Co. | Eastern District of Washington (Spokane) | 2:19-cv-00408-SMJ | District Judge Salvador Mendoza, Jr. |
| 2. | Dawn L. Schlingman | Monsanto Co. | District of Nebraska (Omaha) | 8:19-cv-00516-RFR-MDN | District Judge Robert F. Rossiter, Jr. |
| 3. | Rita Inman | Monsanto Co. | District of Massachusetts (Boston) | 1:19-cv-11980-LTS | District Judge Leo T. Sorokin |
| 4. | Antonino Diogo and Denise Diogo | Monsanto Co. | District of Massachusetts (Boston) | 1:19-cv-11979-IT | District Judge Indira Talwani |
| 5. | Jeffrey King and Lori King | Monsanto Co. | District of Delaware (Wilmington) | 1:19-cv-01724-CFC | District Judge Colm F. Connolly |
| 6. | Bernadean M. Marr | Monsanto Co. | District of Nebraska (Omaha) | 8:19-cv-00517-JFB-CRZ | Senior District Judge Joseph F. Bataillon |
| 7. | Angela Mayfield as the Proposed Executor of The Estate of Plaintiff/Decedent Darrius Strickland | Monsanto Co. | Northern District of Georgia (Rome) | 4:19-cv-00273-TWT | Chief District Judge Thomas W. Thrash, Jr. |