**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 26, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Christopher Michael Hogue, Esq.
HOGUE LAW FIRM
1106 North Washington Street
Suite B
Spokane, WA 99201
Phone: (509) 252-5058
Email: chris@spokaneadvocate.com

Marshall W. Casey, Esq.
M. CASEY LAW PLLC
1106 North Washington Street
Suite B
Spokane, WA 99201
Phone: (509) 368-9284
Email: marshall@spokanelawcenter.com

Co-counsel for Plaintiff in *Gannon v. Monsanto Co.*, 2:19-cv-00408-SMJ (E.D. Wash.).

David A. Domina, Esq.
DOMINA LAW GROUP
2425 South 144th Street
Omaha, NE 68144
Phone: (402) 493-9782
Email: ddomina@dominalaw.com

Counsel for Plaintiffs in *Schlingman v. Monsanto Co.*, 8:19-cv-00516-RFR-MDN (D. Neb.); *Marr v. Monsanto Co.*, 8:19-cv-00517-JFB-CRZ (D. Neb.).

David C. Strouss, Esq.
Jasmine M. Howard, Esq.
THORNTON LAW FIRM LLP
One Lincoln Street
Boston, MA 02111
Phone: (617) 720-1333
Email: dstrouss@tenlaw.com
Email: jhoward@tenlaw.com

Counsel for Plaintiffs in *Inman v. Monsanto Co.*, 1:19-cv-11980-LTS (D. Mass.); *Diogo, et al. v. Monsanto Co.*, 1:19-cv-11979-IT (D. Mass.).

Ian Connor Bifferato, Esq.
THE BIFFERATO FIRM PA
1007 North Orange Street
Fourth Floor
Wilmington, DE 19801
Phone: (302) 225-7600
Email: cbifferato@tbf.legal

Counsel for Plaintiffs in *King, et al. v. Monsanto Co.*, 1:19-cv-01724-CFC (D. Del.).

Eric T. Chaffin, Esq.
Roopal P. Luhana, Esq.
CHAFFIN LUHANA LLP
600 Third Avenue
Twelfth Floor
New York, NY 10016
Phone: (888) 480-1123
Email: chaffin@chaffinluhana.com
Email: luhana@chaffinluhana.com

Michael Brandon Smith, Esq.
CHILDERS, SCHLUETER & SMITH LLC
1932 North Druid Hills Road
Suite 100
Atlanta, GA 30319
Phone: (404) 419-9500
Email: bsmith@cssfirm.com

Co-counsel for Plaintiff in *Mayfield v. Monsanto Co.*, 4:19-cv-00273-TWT (N.D. Ga.).

David C. Strouss, Esq.
Jasmine M. Howard, Esq.
THORNTON LAW FIRM LLP
One Lincoln Street
Boston, MA 02111
Phone: (617) 720-1333
Email: dstrouss@tenlaw.com
Email: jhoward@tenlaw.com

Counsel for Plaintiffs in *Inman v. Monsanto Co.*, 1:19-cv-11980-LTS (D. Mass.); *Diogo, et al. v. Monsanto Co.*, 1:19-cv-11979-IT (D. Mass.).

Ian Connor Bifferato, Esq.
THE BIFFERATO FIRM PA
1007 North Orange Street
Fourth Floor
Wilmington, DE 19801
Phone: (302) 225-7600
Email: cbifferato@tbf.legal

Counsel for Plaintiffs in *King, et al. v. Monsanto Co.*, 1:19-cv-01724-CFC (D. Del.).

Eric T. Chaffin, Esq.
Roopal P. Luhana, Esq.
CHAFFIN LUHANA LLP
600 Third Avenue
Twelfth Floor
New York, NY 10016
Phone: (888) 480-1123
Email: chaffin@chaffinluhana.com
Email: luhana@chaffinluhana.com

Michael Brandon Smith, Esq.
CHILDERS, SCHLUETER & SMITH LLC
1932 North Druid Hills Road
Suite 100
Atlanta, GA 30319
Phone: (404) 419-9500
Email: bsmith@cssfirm.com

Co-counsel for Plaintiff in *Mayfield v. Monsanto Co.*, 4:19-cv-00273-TWT (N.D. Ga.).

Dated: November 26, 2019					Respectfully submitted,

  /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:     (202) 682-1639

*Attorneys for Defendant Monsanto Company*