# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**
Clerk of Court

**Leslie M. Friedmann**
Fort Myers Division Manager
(239)461-2000

November 21, 2019

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:        Peter Seager et al v. Monsanto Company
Case No.   2:19-cv-831-FtM-38NPM

Dear Clerk:

     Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

                                    Sincerely,

                                    ELIZABETH M. WARREN
                                    CLERK

                                    By: /s/ D. Nipper, Deputy Clerk

# United States District Court

Middle District of North Carolina
324 W. Market Street, Suite 401
Greensboro, North Carolina 27401-2544

John S. Brubaker, Clerk             November 22, 2019             TELEPHONE:
                                                                  ADMIN. (336) 332-6000

Mr. Jeffrey N. Lüthi, Clerk
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Dear Mr. Lüthi:

<u>Re: MDL No. 2741; In Re: Roundup Products Liability Litigation</u>

For your consideration as a potential "tag-along" action, we have enclosed copies of the docket sheet and complaint for the following case filed on November 22, 2019 in the Middle District of North Carolina:

<u>NCMD Case 1:19CV1153</u>

<u>AMAJ COCKERHAM et al, v. MONSANTO COMPANY, et al.</u>

Sincerely,

JOHN S. BRUBAKER, CLERK

By: /s/ Jamie L. Sheets
    Deputy Clerk

JSB/jls
Enclosures

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**　　　　　　　　　　　　　　　　　　　　**Leslie M. Friedmann**
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　Fort Myers Division Manager
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(239)461-2000

November 22, 2019

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:　　　　Robert D'zugen et al v Monsanto Company
Case No.　　2:19-cv-837-FtM-38NPM

Dear Clerk:

　　Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

　　　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH M. WARREN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK

　　　　　　　　　　　　　　　　　　　　　　　　By: _____Michele Stress_____

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**
Clerk of Court

**Leslie M. Friedmann**
Fort Myers Division Manager
(239)461-2000

November 22, 2019

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:      Richard Byron Weightman III et al v Monsanto Company
Case No.   2:19-cv-836-FtM-38MRM

Dear Clerk:

    Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

Sincerely,

ELIZABETH M. WARREN
CLERK

By: _____Michele Stress_____

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 11/26/19

District Court: E.D. Louisiana

Number of Actions: 1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL