**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on November 27, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

David A. Domina, Esq.
DOMINA LAW GROUP
2425 South 144th Street
Omaha, NE 68144
Phone: (402) 493-9782
Email: ddomina@dominalaw.com

Counsel for Plaintiff in *Kean v. Monsanto Co.*, 8:19-cv-00522-LSC-CRZ (D. Neb.).

Dated: November 27, 2019           Respectfully submitted,

                                          /s/ Joe G. Hollingsworth
                                          Joe G. Hollingsworth, Esq.
                                          (jhollingsworth@hollingsworthllp.com)
                                          HOLLINGSWORTH LLP
                                          1350 I Street, N.W.
                                          Washington, D.C. 20005
                                          Phone: (202) 898-5800
                                          Fax:   (202) 682-1639

                                          *Attorneys for Defendant Monsanto Company*