# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION

## SCHEDULE OF ACTION

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| | Edilia Gonzalez, Laura Balbuena Gonzalez, Caesar Manuel Balbuena Gonzalez, and Amayrani Balbuena Gonzalez | Monsanto Co., Terracotta Landscapes, Inc., and Does 1-1000 | Central District of California (Western Division – Los Angeles) | 2:19-cv-10105 | Unassigned |