**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on November 27, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record. Copies of the foregoing were also caused to be served via first class mail on the following counsel (which have not entered an appearance in *Gonzalez, et al. v. Monsanto Co.*, et al., 2:19-cv-10105 (C.D. Cal.)):

Thomas V. Girardi, Esq.
Christopher T. Aumais, Esq.
Ashkahn Mohamadi, Esq.
GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
Phone: (213) 977-0211
Email: tgirardi@girardikeese.com
Email: caumais@girardikeese.com
Email: amohamadi@girardikeese.com

Counsel for Plaintiffs in *Gonzalez, et al. v. Monsanto Co.*, et al., 2:19-cv-10105 (C.D. Cal.).

Copies of the foregoing were also caused to be served via first class mail on defendant Terracotta Landscapes, Inc. (which has not entered an appearance in *Gonzalez, et al. v. Monsanto Co.*, et al., 2:19-cv-10105 (C.D. Cal.)) as follows:

      Katie Downs, Registered Agent
      Terracotta Landscapes, Inc.
      417 West De La Guerra Street
      Santa Barbara, CA 93101

2

Dated: November 27, 2019                                Respectfully submitted,

    /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*