## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 11/27/19, 12/2/19

**District Court: E.D. Washington, D. Minnesota & M.D. Alabama**

**Number of Actions: 3**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL