**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**In re: Roundup Products Liability Litigation**                                                      MDL No. 2741

**Schedule of Actions**

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:** Trina Allen, Individually, and on Behalf of the Estate of Connie Watts, Ronald Fowler, Individually, and on Behalf of the Estate of Barbara M. Fowler, Michael Hewett, Individually, and on Behalf of the Estate of Bill Hewett, Helen Elizabeth Baumgartner, Christal Buckley, Marilyn Caraballo, Migdalia Crutchfield, Barbara Dettore, Brenda Dunn, Faithe Frank, Robert Hamill, Ellie Horse, William Hutzel, Bobby Jimenez, Gerald Joyce, Charlie Lackey, Roxana Leal, Carol E Mozena, Patricia Mullally, Doris Porter, Rita Postlethwait, Kalleen Slind, Charlene Spencer, Gary Stastny, Mildred Tester, Robert Williams, Nancy Wilson, Ricky Wriden, Bob Yelton, John Young<br><br>**Defendant:** Monsanto Company | District of Delaware | 1:19-cv-2211 | Not yet assigned |
| **Plaintiffs:** Loretta Anne Barcus, Individually, and on Behalf of the Estate of James Barcus Sr., Rosemary Bolling, Individually, and on Behalf of the Estate of Jeffrey Wayne Bolling, Cathy Flanders, Individually, and on Behalf of the Estate of Steven Andrew Flanders, Tammi Perry, Individually, and on Behalf of the Estate of Jack Randal Perry, Zita Tutor, Individually, and on Behalf of the Estate of Jeffrey Adams, Daniel M. Blanzy, Terrell Brown, Brent D. Carter, Ivy Castleton, Benjamin Chadsey, April Clarence, Charles Daniels, Heidi DeSesa, Joyce Farrow, Kathleen Fieser, Artis Francies, Renee Gordon, Bryan Harris, Tajammal Hayat, Jennifer J Leonard, Brian Phillips, Adrian Read, Joseph Ritzke, Escolastico Romero, Ronald Roy, Chrystel Tankersley, Donald Tucker, Virginia Steele , Philip Theodorou, Nannette Vega, Bryan White , Ronald Wise<br><br>**Defendant:** Monsanto Company | District of Delaware | 19-2212 | Not yet assigned |