**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**In re: Roundup Products Liability Litigation**     **MDL No. 2741**

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing nce was electronically filed on December 2, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Copies of the foregoing were also served via first class mail on the following counsel:

Thomas V. Girardi, Esq.
Christopher T. Aumais, Esq.
Ashkahn Mohamadi, Esq.
GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
Phone: (213) 977-0211
Email: tgirardi@girardikeese.com
Email: caumais@girardikeese.com
Email: amohamadi@girardikeese.com

  s/ Robert C. Hilliard
Robert C. Hilliard
HILLIARD MARTINEZ GONZALES LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Tel: (361) 882-1612
Fax: (361) 882-3015
Email:  bobh@hmglawfirm.com