## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741 & TITLE-IN RE: Roundup Products Liability Litigation

Case Caption:
Randy Bodiford vs. Monsanto Company, et al; 1:19-cv-03133
District of South Carolina, Aiken Division

_____

### PROOF OF SERVICE

    I hereby certify that I have this 2nd day of December, 2019 served a copy of a Notice of Appearance by serving all known counsel of record by the CM/ECF System.

                        *s/ Sterling G. Davies*
                        McAngus, Goudelock and Courie, LLC
                        1320 Main Street, 10th Floor
                        Columbia, South Carolina  29211
                        (803) 779-2300
                        sdavies@mgclaw.com

                        Attorney for Browning Farms, Inc.