# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741 & TITLE-IN RE: Roundup Products Liability Litigation

Case Caption:
Randy Bodiford vs. Monsanto Company, et al; 1:19-cv-03133
District of South Carolina, Aiken Division

_____

## PROOF OF SERVICE

I hereby certify that I have this 2nd day of December, 2019 served a copy of a Corporate Disclosure Statement by serving all known counsel of record by the CM/ECF System.

> *s/ Sterling G. Davies*
> McAngus, Goudelock and Courie, LLC
> 1320 Main Street, 10th Floor
> Columbia, South Carolina  29211
> (803) 779-2300
> sdavies@mgclaw.com
>
> Attorney for Browning Farms, Inc.