BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2741 |

PLAINTIFF'S MOTION TO
VACATE CONDITIONAL TRANSFER ORDER (CTO-167)

NOW COMES the Plaintiff, Meghan Caruso, by and through her attorneys, pursuant to Rule 7.1(f) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, and moves this Court to vacate the November 15, 2019 Conditional Transfer Order (CTO-167) entered in this case, *Caruso, et al. v. Russo Hardware, Inc., et al.*, No. 19-cv-7121 (N.D. Ill.), in the above-captioned MDL.

If, however, the Panel is inclined to transfer the action to the transferee court, it should nevertheless stay that transfer pending a ruling on Plaintiff's Motion to Remand the case to the Circuit Court of Cook County, which is pending before the Honorable Virginia M. Kendall of the Northern District of Illinois.

A Memorandum of Support is attached and incorporated by reference.

Dated: December 2, 2019

Respectfully submitted,

/s/     Bryce T. Hensley
*Attorney for Plaintiff*

Bryce T. Hensley
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
bhensley@rblaw.net