BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2741 |
|---|---|

SCHEDULE OF ACTIONS

|  | Plaintiff | Defendants | District Court | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Meghan Caruso | Russo Hardware, Inc.; Monsanto Co. | Northern District of Illinois (N.D. Ill.) | 1:19-cv-07121 | Judge Virginia M. Kendall |

Dated: December 2, 2019

Respectfully submitted,

/s/   Bryce T. Hensley
*Attorney for Plaintiff*

Bryce T. Hensley
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
bhensley@rblaw.net