**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Malcolm J. Galletta and Adelaide C. Galletta | Monsanto Co. | Eastern District of New York (Central Islip) | 2:19-cv-06389-WFK-SMG | District Judge William F. Kuntz, II |
| **2.** | Andrew G. Kopelwitz and Joretta A. Kopelwitz | Monsanto Co. | Southern District of New York (Foley Square) | 1:19-cv-10374-LAK | Senior District Judge Lewis A. Kaplan |

1