**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 3, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Paul D. Rheingold, Esq.
RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP
551 Fifth Avenue
29th Floor
New York, NY 10017
Phone: (212) 684-1880
Email: prheingold@rheingoldlaw.com

Counsel for Plaintiffs in *Galletta, et al. v. Monsanto Co.*, 2:19-cv-06389-WFK-SMG (E.D.N.Y.); *Kopelwitz, et al. v. Monsanto Co.*, 1:19-cv-10374-LAK (S.D.N.Y.).

Dated: December 3, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:     (202) 682-1639

*Attorneys for Defendant Monsanto Company*