**BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **IN RE: ROUNDUP PRODUCTS** ) | | **MDL - 2741** |
| **LIABILITY LITIGATION** ) | | |

**PROOF OF SERVICE**

    I, Samuel E. Jones, hereby certify that on December 3, 2019, a copy of the foregoing Notice of Appearance was electronically transmitted to the Judicial Panel on Multidistrict Litigation using the CM/ECF system.  The Panel's ECF system will automatically serve copies of the documents on counsel of record and all registered CM/ECF users.

    /s/ Samuel E. Jones
    SAMUEL E. JONES
    SHUTTLEWORTH & INGERSOLL, PLC
    115 3rd Street SE, Suite 500
    P.O. Box 2107
    Cedar Rapids, IA  52406-2107
    Phone:    319-365-9461
    Fax:    319-365-8443
    E-mail:    sej@shuttleworthlaw.com

## ATTACHMENT A

Notice of Appearance

**PARTIES REPRESENTED:**

Gilbert Gingerich – Plaintiff
Sandra Gingerich – Plaintiff

Jack Wengerd – Plaintiff
Gina Wengerd - Plaintiff

**SHORT CASE CAPTION:**

*Gingerich, et al. v Monsanto Company,* 1:19-cv-00123-LRR-KEM (IAND); and

*Wengerd, et al. v Monsanto Company,* 1:19-cv-00124-LRR-KEM (IAND)