**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff**    | **Defendant** | **District**         | **Civil Action No.**      | **Judge**                            |
|----|------------------|---------------|----------------------|---------------------------|--------------------------------------|
| 1. | Martin Stafford  | Monsanto Co.  | District of Colorado | 1:19-cv-03213-NRN         | Magistrate Judge N. Reid Neureiter   |
| 2. | William Miller   | Monsanto Co.  | District of Hawaii   | 1:19-cv-00613-JAO-RT      | District Judge Jill A. Otake         |

1