BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 3, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Kevin Sean Mahoney, Esq.
MAHONEY LAW FIRM, P.C.
4500 Cherry Creek Drive South
Suite 950
Denver, Colorado 80246
Phone: (303) 987-2210
Email: kevin@mahoneylaw.com

Counsel for Plaintiff in *Stafford v. Monsanto Co.,* 1:19-cv-03213-NRN (D. Colo.).

Brian K. Mackintosh, Esq.
LAW OFFICE OF BRIAN K. MACKINTOSH, LTD.
1003 Bishop Street
Suite 1990
Honolulu, Hawaii 96813
Phone: (808) 781-7229
Email: brian@bkmlaw.com

Counsel for Plaintiff in *Miller v. Monsanto Co.,* 1:19-cv-00613-JAO-RT (D. Haw.).

Respectfully submitted,

Dated: December 3, 2019                 /s/ Joe G. Hollingsworth
                                        Joe G. Hollingsworth, Esq.
                                        (jhollingsworth@hollingsworthllp.com)
                                        HOLLINGSWORTH LLP
                                        1350 I Street, N.W.
                                        Washington, D.C. 20005
                                        Phone: (202) 898-5800
                                        Fax: (202) 682-1639

                                        *Attorneys for Defendant Monsanto Company*