**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Ricky J. McNeil | Monsanto Co. | Northern District of West Virginia (Martinsburg) | 3:19-cv-00164-GMG | Chief District Judge Gina M. Groh |
| **2.** | Michael Seeley, Surviving Spouse and Administrator for the Estate of Gina Seeley | Monsanto Co. | Central District of Illinois (Urbana) | 2:19-cv-02307-CSB-EIL | District Judge Colin Stirling Bruce |

1