**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 4, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

James M. Barber, Esq.
LAW OFFICE OF JAMES M. BARBER
604 Virginia Street East
Charleston, West Virginia 25301
Phone: (304) 342-4616
Email: jmbatwork@aol.com

John D. Hurst, Esq.
MOTLEY RICE, LLC
50 Clay Street
Suite 1
Morgantown, West Virginia 26501
Phone: (304) 413-0456
Email: jhurst@motleyrice.com

Nelson M. Michael, Esq.
LAW OFFICE OF NELSON M. MICHAEL, L.C.
126 East Street
Keyser, West Virginia 26726
Phone: (304) 788-6503
Email: nm@nelsonmichael.com

Co-counsel for Plaintiff in *McNeil v. Monsanto Co.,* 3:19-cv-00164-GMG (N.D.W. Va.).

Edgar L. Howard, Esq.
CHRISTIAN LEGAL SERVICES
1831 170th Street
Hazel Crest, Illinois 60429
Phone: (708) 335-2125
Email: christianlegalserv@att.net

Counsel for Plaintiff in *Seeley v. Monsanto Co.*, 2:19-cv-02307-CSB-EIL (C.D. Ill.).

                                                      Respectfully submitted,

Dated: December 4, 2019                /s/ Joe G. Hollingsworth
                                                 Joe G. Hollingsworth, Esq.
                                                 (jhollingsworth@hollingsworthllp.com)
                                                 HOLLINGSWORTH LLP
                                                 1350 I Street, N.W.
                                                 Washington, D.C. 20005
                                                 Phone: (202) 898-5800
                                                 Fax: (202) 682-1639

                                                 *Attorneys for Defendant Monsanto Company*