BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**In re: Roundup Products Liability Litigation**            MDL No. 2741

## AMENDED PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the notice of potentially related actions electronically filed on December 2, 2019 with the Clerk of the JPML using the CM/ECF system, will send notifications to all counsel of record.

Further, on December 4, 2019, the following was served via regular US mail:

Lana Varney
King & Spalding LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701

*Counsel for Monsanto*

    s/ Robert C. Hilliard
Robert C. Hilliard
HILLIARD MARTINEZ GONZALES LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Tel: (361) 882-1612
Fax: (361) 882-3015
Email:  bobh@hmglawfirm.com