BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:  ROUNDUP PRODUCTS LIABILITY     MDL No. 2741
LITIGATION

*Randy Bodiford v. Monsanto Company,* et al., South Carolina, Case No. 1:19-cv-03133

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on the 5th day of December, 2019, Plaintiff's Notice of Appearance for John E. Tomlinson was filed with the Clerk of the Court by using the Court's electronic filing system, which sends an electronic filing copy to all attorneys of record.

*Counsel for Monsanto Company and*
*Helena Agri-Enterprises, LLC*
Ronald K. Wray, II
James A. Bradshaw
Gallivan White & Boyd, PA
Post Office Box 10589
Greenville, South Carolina 29603
Email: rwray@gwblawfirm.com
dbradshaw@gwblawfirm.com

*Counsel for Browning Farms, Inc.*
Sterling G. Davies
Brett H. Bayne
McAngus, Goudelock & Courie, LLC
Post Office Box 12519
1320 Main Street, 10th Floor (29201)
Columbia, South Carolina 29211
sdavies@mgclaw.com
brett.bayne@mgclaw.com


Dated: December 5, 2019               Respectfully submitted,

                                      */s/ John E. Tomlinson*
                                      John E. Tomlinson
                                      Rhon E. Jones

2

          **BEASLEY, ALLEN, CROW,**
          **METHVIN, PORTIS AND MILES, P.C.**
          Post Office Box 4160
          218 Commerce Street
          Montgomery, Alabama 36103
          Phone: (334) 269-2343
          Fax:    (334) 954-7555
          john.tomlinson@beasleyallen.com
          rhon.jones@beasleyallen.com

OF COUNSEL:

Mark D. Ball, Esq. (Fed ID# 5122)
Neil E. Alger, Esq. (Fed ID# 11903)
Peters Murdaugh Parker Eltzroth & Detrick, PA
101 Mulberry Street East
Post Office Box 457
Hampton, South Carolina 29924
Phone: (803) 943-2111
Fax: (803) 943-3943
nalger@pmped.com

*Attorneys for Plaintiff Randy Bodiford*

2