BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

## SCHEDULE OF ACTIONS

|    | **Plaintiff** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|----------------|--------------|----------------------|-----------|
| 1. | Randy Bodiford | Monsanto Co. and Helena Agri-Enterprises, LLC | District of South Carolina | 1:19-cv-03133 | Judge Joseph F. Anderson, Jr. |