BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

This Filing Relates To The Following Case Only:

*Randy Bodiford v. Monsanto Company, et al., South Carolina, Case No. 1:19-cv-03133*

**PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER 166**

COMES NOW Plaintiff, Randy Bodiford, and pursuant to Rule 7.1 (f) of the Rules of the Judicial Panel on Multidistrict Litigation, respectfully moves the Panel to vacate Conditional Transfer Order No. 166 ("CTO 166"),on the grounds that transfer of the above-referenced action to the United States Northern District of California in the MDL No. 2741, *In Re: ROUNDUP PRODUCTS LIABILITY LITIGATION* is not proper.

As set forth in Plaintiff's Memorandum of Law in support of his Motion to Vacate Conditional Transfer Order, which is incorporated herein by reference, the transfer of the above reference case to MDL No. 2741 would be inefficient and improper because the U.S. District Court does not properly have jurisdiction over Plaintiff's claims.  Additionally, the transfer of this action will not promote efficiency in this litigation as general discovery and a bellwether trial have been completed in the MDL. Because CTO-166 is improper and will not promote efficiency, nor conserve judicial resources, Plaintiff respectfully requests the Panel to vacate CTO-166 and remand this case to Alabama state court.

|  |  |
|---|---|
| Dated:  December 5, 2019 | Respectfully submitted,<br><br>*/s/ John E. Tomlinson*<br>John E. Tomlinson<br>Rhon E. Jones<br>**BEASLEY, ALLEN, CROW,**<br>**METHVIN, PORTIS AND MILES, P.C.**<br>Post Office Box 4160<br>218 Commerce Street<br>Montgomery, Alabama  36103<br>Phone: (334) 269-2343<br>Fax:     (334) 954-7555<br>john.tomlinson@beasleyallen.com<br>rhon.jones@beasleyallen.com |

OF COUNSEL:

Mark D. Ball, Esq. (Fed ID# 5122)
Neil E. Alger, Esq. (Fed ID# 11903)
Peters Murdaugh Parker Eltzroth & Detrick, PA
101 Mulberry Street East
Post Office Box 457
Hampton, South Carolina 29924
Phone: (803) 943-2111
Fax: (803) 943-3943
nalger@pmped.com

*Attorneys for Plaintiff Randy Bodiford*