# Exhibit A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## AIKEN DIVISION

| | | |
|---|---|---|
| RANDY BODIFORD, | ) | Civil Action No.: 1:19-cv-03133-MDL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MONSANTO COMPANY; HELENA AGRI-ENTERPRISES, LLC d/b/a Helena Chemical Co.; and BROWNING FARMS, INC., | ) ) ) ) | **Affidavit of Randy Bodiford** |
| | ) | |
| Defendants. | ) ) | |

PERSONALLY APPEARED BE ME, the undersigned, Randy Bodiford, who, after being duly sworn, deposes and states:

1. I am resident of Barnwell County in the State of South Carolina.

2. Wayne Browning is a resident of Barnwell County in the State of South Carolina.

3. I worked for Wayne Browning and Browning Farms, Inc. (collectively, "Browning Farms") from about 1995 until 2015 when I became sick.

4. During my employment with Browning Farms, I took my instructions and assignments from Wayne Browning.

5. Browning Farms planted, cultivated, and harvested row crops in Barnwell and Allendale Counties.

6. I was the primary tractor operator and farm hand during my employment at Browning Farms.

7. Wayne Browning made all decisions on when, where, and how any field was planted or sprayed.

8. Wayne Browning furnished all equipment, such as tractors, high-boys, sprayers, mixers, trailers, and other equipment that was used in the farming operations.

9. Wayne Browning instructed me to spray crops with Roundup in both Allendale and Barnwell counties.

10. I also used a backpack sprayer without any protective equipment around Wayne Browning's farm when told to do so.

11. I was never warned about any danger from exposure to Roundup.

12. Wayne Browning was able to read the warning labels and I relied on him to warn me of any dangers.

13. Wayne Browning had rubber gloves available for handling pesticides, but no other personal protective equipment was provided and instructed to be used when handling Roundup.

14. I was the primary person that would pour, mix, and create the solution that would then be sprayed on crops.

15. During these farming operations, I would regularly and repeatedly be exposed to Roundup on my hands, arms, face, and neck, as well as, through inhalation and through any open orifices.

16. Wayne Browning instructed me to wash out any used Roundup containers and then haul them to the dump; this was done without any protective equipment.

17. Although I was diagnosed with cancer in 2015, I was not aware of the connection to Roundup until later in my treatment when I saw an advertisement on the television in June of 2018.

2

18. As a direct result of my cancer, I had multiple surgeries that initially resulted in the loss of my mobility; through years of rehabilitation and therapy I now have restored some mobility but it is severely diminished.

19. I use a mobility scooter and can walk short distances with a walker and the assistance of another person.

20. As a direct result of my cancer, I am unable to work and provide for my family.

21. As a direct result of my cancer, I incurred significant and substantial debts for medical bills, personal assistive devices, and other expenses.

22. I do not know how to read or write other than my name. This affidavit was read aloud and verified orally by me.

FURTHER, AFFIANT SAYETH NAUGHT.

RANdY BodiFoRd
Randy Bodiford

SWORN TO AND SUBSCRIBED BEFORE ME;
This 8th day of November, 2019.

Notary Public of South Carolina

My Commission Expires: Dec 6, 2027

GARNETTE S. ALEXANDER
Notary Public, State of South Carolina
My Commission Expires Dec. 6, 2027

3