**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**Schedule of Actions and Short Case Captions**

On Behalf of Plaintiff in the below captioned cases:

*Randy Bodiford. Monsanto Company, et al., South Carolina, Case No. 1:19-cv-03133*