**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE:  ROUNDUP PRODUCTS LIABILITY                    MDL No. 2741
LITIGATION

*Randy Bodiford v. Monsanto Company,* **et al., South Carolina, Case No. 1:19-cv-03133**

**PROOF OF SERVICE**

I hereby certify that on the 5th day of December, 2019, Plaintiff Randy Bodiford filed the

PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-166) and

PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF"S MOTION TO

VACATE CTO 166, with the Panel's electronic filing system, which sends an electronic filing

copy to all attorneys of record.

Dated: December 5, 2019                              Respectfully submitted,

                                                    */s/ John E. Tomlinson*
                                                    John E. Tomlinson
                                                    Rhon E. Jones
                                                    **BEASLEY, ALLEN, CROW,
                                                    METHVIN, PORTIS AND MILES, P.C.**
                                                    Post Office Box 4160
                                                    218 Commerce Street
                                                    Montgomery, Alabama  36103
                                                    Phone: (334) 269-2343
                                                    Fax:    (334) 954-7555
                                                    john.tomlinson@beasleyallen.com
                                                    rhon.jones@beasleyallen.com

OF COUNSEL:

Mark D. Ball, Esq. (Fed ID# 5122)
Neil E. Alger, Esq. (Fed ID# 11903)
Peters Murdaugh Parker Eltzroth & Detrick, PA
101 Mulberry Street East
Post Office Box 457
Hampton, South Carolina  29924
Phone:  (803) 943-2111
Fax:  (803) 943-3943

2

nalger@pmped.com

*Attorneys for Plaintiff Randy Bodiford*