BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Donna Brown and Jerry Brown | Monsanto Co. | Eastern District of Tennessee (Chattanooga) | 1:19-cv-00336-TAV-HBG | District Judge Thomas A. Varlan |
| 2. | Charlotte Cook | Monsanto Co. | Eastern District of Tennessee (Knoxville) | 3:19-cv-00481-TAV-HBG | District Judge Thomas A. Varlan |
| 3. | Gerald Wayne Brown and Joyce L. Brown | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02738-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 4. | Craig T. Campbell | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02752-NCC | Magistrate Judge Noelle C. Collins |
| 5. | Martha L. Reed and Robert E. Reed | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02753-JMB | Magistrate Judge John M. Bodenhausen |
| 6. | Peggy J. McCaughtry and Robert McCaughtry | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02740-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 7. | Christopher Davis and Yuriko Davis | Monsanto Co. | Northern District of Florida (Pensacola) | 3:19-cv-04621-TKW-HTC | District Judge Thomas Kent Wetherell, II |
| 8. | Franklin Geter | Monsanto Co. | Southern District of New York (White Plains) | 7:19-cv-10880-VB | District Judge Vincent L. Briccetti |
| 9. | Bobby L. Smith and Debra Smith | Monsanto Co. | Northern District of Alabama (Southern) | 2:19-cv-01897-GMB | Magistrate Judge Gray M. Borden |