# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 5, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Rachel Abrams, Esq.
LEVIN SIMES ABRAMS, LLP
1700 Montgomery Street
Suite 250
San Francisco, California 94111
Phone: (415) 426-3000
Email: jhurst@motleyrice.com

Andrew Scott Herring, Esq.
COREY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, Alabama 35205
Phone: (205) 271-7136
Email: dherring@coreywatson.com

Co-counsel for Plaintiffs in *Brown v. Monsanto Co.,* 1:19-cv-00336-TAV-HBG (E.D. Tenn.);
*Cook v. Monsanto Co.*, 3:19-cv-00481- TAV-HBG (E.D. Tenn.).

Mathew Crimmins, Esq.
CRIMMINS LAW FIRM, LLC
214 Spring Street
Independence, Missouri 64055
Phone: (816) 974-7220
Email: m.crimmins@crimminslawfirm.com

Wes S. Larsen, Esq.
JAMES AND VERNON, P.A.
1626 Lincoln Way
Coeur d'Alene, Idaho 83814
Phone: (208) 667-0683
Email: wes@jvwlaw.net

Co-counsel for Plaintiffs in *Brown, et al. v. Monsanto Co.,* 4:19-cv-02738-SNLJ (E.D. Mo.);
*Campbell v. Monsanto Co.,* 4:19-cv-02752-NCC (E.D. Mo.); *Reed, et al. v. Monsanto Co.,* 4:19-
cv-02753-JMB (E.D. Mo.); *McCaughtry, et al. v. Monsanto Co.,* 4:19-cv-02740-SNLJ (E.D.
Mo.).

Andrew Thomas Kagan, Esq.
KAGAN LEGAL GROUP
295 Palmas Inn Way
Suite 6
Humacao, PR 00791
Phone: (239) 707-7770
Email: andrew@kaganlegalgroup.com

Counsel for Plaintiffs in *Davis, et al. v. Monsanto Co.*, 3:19-cv-04621-TKW-HTC (N.D. Fla.).

Gregory Saracino, Esq.
SARACINO MORRIS LAW GROUP PLLC
600 Westchester Avenue
Suite 400
Harrison, NY 10528
Phone: (914) 355-3330
Email: gsaracino@smlawgrp.com

Counsel for Plaintiff in *Geter v. Monsanto Co.*, 7:19-cv-10880-VB (S.D.N.Y.).

Donald P. McKenna, Jr., Esq.
HARE WYNN NEWELL & NEWTON LLP
2025 Third Avenue North
Suite 800
Birmingham, AL 35203
Phone: (205) 328-5330
Email: don@hwnn.com

Counsel for Plaintiffs in *Smith, et al. v. Monsanto Co.*, 2:19-cv-01897-GMB (N.D. Ala.).

Dated: December 5, 2019                    Respectfully submitted,

                                           /s/ Joe G. Hollingsworth
                                           Joe G. Hollingsworth, Esq.
                                           (jhollingsworth@hollingsworthllp.com)
                                           HOLLINGSWORTH LLP
                                           1350 I Street, N.W.
                                           Washington, D.C. 20005
                                           Phone: (202) 898-5800
                                           Fax: (202) 682-1639

                                           *Attorneys for Defendant Monsanto Company*