UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                          MDL No. 2741

_____/

## MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-169)

Pursuant to Rule 7.1(f) of the Rules of the Judicial Panel on Multidistrict Litigation Plaintiff Joseph Fazio, respectfully moves the Panel to vacate its Conditional Transfer Order No. 169 transferring *Fazio v. Monsanto Company et al.*, 2:19-CV-826FTM from the Middle District of Florida to the Northern District of California for inclusion in the In re: Roundup Product Liability Litigation (MDL No. 2741). As set forth in the accompanying brief, which is incorporated herein by reference, the objecting Plaintiff respectfully requests that the Panel vacate Conditional Transfer Order (CTO-169) as to Plaintiff Joseph Fazio.

Dated, December 6. 2018

Respectfully submitted,

| | |
|---|---|
| **Balaban Law LLC** | **Stanley G. Swiderski, P.A.** |
| **Attorneys for Plaintiffs** | **Co-Counsel for Plaintiffs** |
| s/Andrew Ramos | s/Stanley Swiderski |
| Andrew S. Ramos, Esq. | Stanley G. Swiderski, Esq., |
| FBN: 118867 | FBN: 377473 |
| Ramos@denverfirm.com | 1930 Tyler Street |
| Roman Balaban, Esq. | Hollywood, Florida, 33020 |
| Roman@denverfirm.com | Tel: 954-966-0700 |
| 8055 East Tufts Avenue, Suite 325 | Fax 954-965-8087 |
| Denver, Colorado 80237 | Swidski@aol.com |
| | Paralegal.sgs@gmail.com |
| Tel:303-377-347433020 | |
| Fax: 303-377-3576 | |

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on December 6, 2019, we served this document via CM/ECF which was electronically delivered to the following parties on the service list:

Anthony N. Upshaw, Esq.
Florida Bar No. 861091
McDERMOTT WILL & EMERY LLP
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131
aupshaw@mwe.com
Tel: 305-329-4431
Fax: 305-675-8031
*Counsel for Monsanto Company and Siteone Landscape Supply, LLC*

Ralph Marchbank Jr., Esq.
Florida Bar No. 305571
Dickinson & Gibbons, P.A., 401
North Cattlemen Road, Suite 300,
Sarasota, FL 34232
Rmarchbank@dglawyers.com
*Counsel for Island Garden Center of Marco Island, Inc*