# U.S. District Court
## Middle District of Florida (Ft. Myers)
### CIVIL DOCKET FOR CASE #: 2:19-cv-00826-JES-NPM

Fazio v. Monsanto Company et al
Assigned to: Judge John E. Steele
Referred to: Magistrate Judge Nicholas P. Mizell
Cause: 28:1332 Diversity-Product Liability

Date Filed: 11/15/2019
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Joseph Fazio**     represented by     **Stanley George Swiderski**
Stanley G. Swiderski, PA
1930 Tyler St.
Hollywood, FL 33020
954-966-0700
Fax: 954-965-8087
Email: SWIDSKI@AOL.COM
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Quigley**
Morrison & Mills, PA
1200 W Platt St Ste 100
Tampa, FL 33606-2136
813/258-3311
Fax: 813/258-3209
Email: rtquigley@morrisonandmills.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Monsanto Company**     represented by     **Asra Annette Chatham**
McDermott, Will & Emery, LLP
Suite 4500
333 SE 2nd Ave
Miami, FL 33131
305/329-4412
Fax: 305/418-7517
Email: achatham@mwe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Melissa Raspall Alvarez**
McDermott, Will & Emery, LLP
Suite 4500
333 SE 2nd Ave
Miami, FL 33131
305/347-6551

Email: malvarez@mwe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Nolan Upshaw**
McDermott, Will & Emery, LLP
Suite 4500
333 SE 2nd Ave
Miami, FL 33131
305/358-3500
Fax: 305/347-6500
Email: aupshaw@mwe.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Island Garden Center of Marco Island, Inc.**

represented by **Ralph L. Marchbank , Jr.**
Dickinson & Gibbons, PA
Suite 300
401 N Cattlemen Rd
Sarasota, FL 34232-6438
941/366-4680
Fax: 941/953-3136
Email: rlmarchbank@dglawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**SiteOne Landscape Supply, LLC**

represented by **Anthony Nolan Upshaw**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2019 | 1 | COMPLAINT and NOTICE OF REMOVAL from Collier County Circuit Court, case number 2019-CA-1276 filed in State Court on 3/29/2019. Filing fee $ 400, receipt number 113A-16150279 filed by Monsanto Company. (Attachments: # 1 State Court COMPLAINT Exhibit 1, # 2 State Court ANSWER Exhibit 1, # 3 State Court Pending Motions Exhibit 1, # 4 State Court Docket Sheet Exhibit 1, # 5 State Court Other Documents Exhibit 1, # 6 Civil Cover Sheet State Exhibit 1, # 7 Exhibit 2, # 8 Exhibit 3, # 9 Exhibit 4, # 10 Federal Civil Cover Sheet, # 11 Corporate Disclosure Statement) (Upshaw, Anthony) (Entered: 11/15/2019) |
| 11/15/2019 | 2 | NEW CASE ASSIGNED to Judge John E. Steele and Magistrate Judge Nicholas P. Mizell. New case number: 2:19-cv-826-FtM-29NPM. (SJB) (Entered: 11/15/2019) |
| 11/15/2019 | 3 | COMPLAINT against Island Garden Center of Marco Island, Inc., Monsanto Company, SiteOne Landscape Supply, LLC with Jury Demand (filed in State Court 3/29/19) filed by Joseph Fazio.(MLS) (Entered: 11/15/2019) |
| 11/15/2019 | 4 | ANSWER and affirmative defenses to 3 Complaint with Jury Demand by Monsanto Company (filed in State Court 4/22/19).(MLS) (Entered: 11/15/2019) |
| 11/15/2019 | 5 | NOTICE to counsel Stanley G. Swiderski of Local Rule 2.01, General Admission to |

| | | |
|---|---|---|
| | | Practice, which states - *No person shall be permitted to appear or be heard as counsel for another in any proceeding in this Court unless first admitted to practice in the Court pursuant to this rule (or heretofore admitted under prior rules of the Court).* Apply for membership to the bar of this Court at www.flmd.uscourts.gov The attorney listed shall file a notice of compliance within fourteen days. Failure to comply with this notice within fourteen days will result in counsel being terminated from the docket sheet without further notice. (Signed by Deputy Clerk). (SPB) (Entered: 11/15/2019) |
| 11/15/2019 | 6 | MOTION to Amend/Correct 3 Complaint by Joseph Fazio (filed in State Court 10/10/19). (Attachments: # 1 Exhibit Proposed Amended Complaint)(MLS) (Entered: 11/15/2019) |
| 11/15/2019 | 7 | MOTION for Vance Andrus to appear pro hac vice by Joseph Fazio (filed in State Court 10/29/19). (MLS) Motions referred to Magistrate Judge Nicholas P. Mizell. (Entered: 11/15/2019) |
| 11/15/2019 | 8 | MOTION for David Wool to appear pro hac vice by Joseph Fazio (filed in State Court 11/14/19). (MLS) Motions referred to Magistrate Judge Nicholas P. Mizell. (Entered: 11/15/2019) |
| 11/15/2019 | 9 | MOTION for Kathryn Forgie to appear pro hac vice by Joseph Fazio (filed in State Court 11/14/19). (MLS) Motions referred to Magistrate Judge Nicholas P. Mizell. (Entered: 11/15/2019) |
| 11/15/2019 | 10 | **STANDING ORDER: Filing of documents that exceed twenty-five pages. Signed by All Divisional Judges on 11/15/2019. (MLS)** (Entered: 11/15/2019) |
| 11/15/2019 | 11 | First MOTION to remand to State Court by All Plaintiffs. (Quigley, Ryan) (Entered: 11/15/2019) |
| 11/15/2019 | 12 | POSSIBLE MDL Tag Along case for MDL Case Number 2741, Information emailed to MDL Panel on 11/15/19, including cover letter, copy of complaint, and docket sheet. (Attachments: # 1 Docket Sheet, # 2 Complaint) (MLS) (Entered: 11/15/2019) |
| 11/15/2019 | 13 | **ORDER taking under advisement 11 Motion to Remand to State Court; denying Request for Emergency Hearing. Plaintiffs shall file a supporting memorandum of legal authority within 7 days. Defendants shall file responses within 14 days of the filing of the memorandum of law. Signed by Judge John E. Steele on 11/15/2019. (RKR)** (Entered: 11/15/2019) |
| 11/18/2019 | 14 | Plaintiff's BRIEF re 11 First MOTION to remand to State Court filed by Joseph Fazio. (Attachments: # 1 Exhibit Exhibits to Brief)(Quigley, Ryan) (Entered: 11/18/2019) |
| 11/21/2019 | 15 | MOTION to stay *All Proceedings Pending JPML Ruling on Transfer to Multidistrict Litigation* by Monsanto Company. (Alvarez, Melissa) (Entered: 11/21/2019) |
| 11/21/2019 | 16 | MEMORANDUM in support re 15 Motion to stay *All Proceedings Pending JPML Ruling on Transfer to Multidistrict Litigation* filed by Monsanto Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Alvarez, Melissa) (Entered: 11/21/2019) |
| 11/22/2019 | 17 | MOTION for Extension of Time to File Response/Reply as to 6 MOTION to Amend/Correct 3 Complaint by Monsanto Company. (Chatham, Asra) Motions referred to Magistrate Judge Nicholas P. Mizell. (Entered: 11/22/2019) |
| 11/25/2019 | 18 | **ENDORSED ORDER. Plaintiff is DIRECTED to respond to 17 Defendant Monsanto Company's Motion for Extension of Time to Respond to Plaintiff's Motion for Leave to Amend Complaint on or before November 27, 2019. Signed by Magistrate Judge Nicholas P. Mizell on 11/25/2019. (HAP)** (Entered: 11/25/2019) |

| | | |
|---|---|---|
| 11/25/2019 | 19 | RESPONSE in Opposition re 15 MOTION to stay *All Proceedings Pending JPML Ruling on Transfer to Multidistrict Litigation* filed by Joseph Fazio. (Swiderski, Stanley) (Entered: 11/25/2019) |
| 11/26/2019 | 20 | NOTICE of filing in Support by Joseph Fazio re 19 Response in Opposition to Motion (Swiderski, Stanley) (Entered: 11/26/2019) |
| 11/26/2019 | 21 | RESPONSE in Opposition re 17 MOTION for Extension of Time to File Response/Reply as to 6 MOTION to Amend/Correct 3 Complaint filed by Joseph Fazio. (Swiderski, Stanley) (Entered: 11/26/2019) |
| 11/26/2019 | 22 | ANSWER and affirmative defenses to 3 Complaint with Jury Demand (filed in State Court 4/22/19) by SiteOne Landscape Supply, LLC.(MLS) (Entered: 11/26/2019) |
| 11/26/2019 | 23 | ANSWER and affirmative defenses to 3 Complaint with Jury Demand (filed in State Court 5/3/19) by Island Garden Center of Marco Island, Inc..(MLS) (Entered: 11/26/2019) |
| 11/26/2019 | 24 | MOTION for leave to file Reply *in support of Motion to Stay* by Monsanto Company. (Alvarez, Melissa) (Entered: 11/26/2019) |
| 11/27/2019 | 25 | **ENDORSED ORDER granting in part and denying in part 17 Defendant Monsanto Company's Motion for Extension of Time to Respond to Plaintiff's Motion for Leave to Amend Complaint. Defendant may respond within seven (7) days after the Court enters an Order on Plaintiff's Motion for Remand. Signed by Magistrate Judge Nicholas P. Mizell on 11/27/2019. (HAP)** (Entered: 11/27/2019) |
| 12/02/2019 | 26 | MEMORANDUM in opposition re 11 Motion to Remand to State Court, 14 Brief - Plaintiff *and Request for Oral Argument* filed by Monsanto Company. (Alvarez, Melissa) (Entered: 12/02/2019) |
| 12/02/2019 | 27 | MEMORANDUM in opposition re 11 Motion to Remand to State Court, 14 Brief - Plaintiff *and Request for Oral Argument - (corrected)* filed by Monsanto Company. (Alvarez, Melissa) (Entered: 12/02/2019) |

| PACER Service Center | |
|---|---|
| Transaction Receipt | |
| 12/06/2019 12:17:17 | |
| **PACER Login:** | ramos.andrew:6084892:0 |
| **Client Code:** | |
| **Description:** | Docket Report |
| **Search Criteria:** | 2:19-cv-00826-JES-NPM |
| **Billable Pages:** | 3 |
| **Cost:** | 0.30 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 150: SCHEDULING ORDER FOR REMAND WAVES 1 AND 2** |

    The Court will prepare the cases in the MDL for transfer back to their home districts in waves grouped by governing state law. The first two waves will each consist of the cases filed in one state selected by the plaintiffs and one state selected by Monsanto. For the first wave, those states are California (the plaintiffs' choice) and Nebraska (Monsanto's choice). For the second wave, those states are Illinois (the plaintiffs' choice) and North Carolina (Monsanto's choice).[1] Cases filed in other states that may be governed by the law of one of these four states will be adjudicated in a later wave, as will cases from these four states that have not yet been transferred to the MDL. The timeline and cases for the first two waves are listed below. The Court will issue a separate order discussing the timeline and procedure for severing multi-plaintiff cases.

---

[1] As noted in the timeline below, if there are any disputes over the governing state law for a particular case, the parties should file a joint letter brief explaining the dispute. Cases that are governed by the law of a state other than the state where they were filed will be moved to a later wave.

Exhibit "B"

Wave 1 Timeline:

| Event | Date |
|---|---|
| Plaintiff Fact Sheets (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | 10 days from entry of this order |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | 10 days from entry of this order |
| Deficiency letter(s) sent. | 4 business days from receipt of Plaintiff Fact Sheet |
| Deadline to cure Plaintiff Fact Sheet deficiencies; the parties may file a consolidated letter brief regarding any disputes about whether a deficiency exists. | 7 days from receipt of deficiency letter |
| Close of fact discovery. | August 16, 2019 |
| Plaintiffs' expert reports due. | August 20, 2019 |
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 1 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | August 30, 2019 |
| Monsanto's expert reports due. | September 3, 2019 |
| Close of expert discovery. | October 1, 2019 |
| Monsanto's *Daubert* and summary judgment briefs due. | October 7, 2019 |
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | October 21, 2019 |
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | November 4, 2019 |
| Plaintiffs' replies re: *Daubert* and summary judgment due. | November 18, 2019 |
| *Daubert* hearing (if necessary). | December 4, 2019 |

Wave 1 Cases:

*Cases transferred to the MDL from California district courts*:

| Plaintiff Name(s) | Member Case Name | Member Case Number | Transferor Court |
|---|---|---|---|
| Carriere, Jerald | Carriere | 3:18-cv-05778 | CA Central District |
| Chavez, Armando Vargas | Chavez | 3:18-cv-04855 | CA Central District |
| Graef, Shaun | Graef | 3:19-cv-02316 | CA Central District |
| Hernandez, Ines | Hernandez | 3:16-cv-05750 | CA Central District |
| Johansing, Peter | Johansing | 3:16-cv-05751 | CA Central District |
| McCall, Teri (individually and as successor in interest for the estate of Anthony McCall); David McCall; Paul McCall; Maggie McCall; Alicia Suarez | McCall | 3:16-cv-05749 | CA Central District |

| Russo, Matteo Anthony | Russo | 3:16-cv-06024 | CA Central District |
|---|---|---|---|
| Sanders, John D. | Sanders | 3:16-cv-05752 | CA Central District |
| Tanner, Frank | Sanders | 3:16-cv-05752 | CA Central District |
| Wooten, Karen; Harley Wooten III; Timothy Wooten, individually and on behalf of the Estate of Harley Wooten | Wooten | 3:17-cv-01735 | CA Central District |
| Galvan, Paul | Galvan | 3:17-cv-00781 | CA Eastern District |
| Mendoza, Yolanda | Mendoza | 3:16-cv-06046 | CA Eastern District |
| Calderon, Jamie Alvarez | Calderon | 3:19-cv-01630 | CA Northern District |
| Ramirez, Robert | Ramirez | 3:19-cv-02224 | CA Northern District |
| Giglio, Emanuel | Giglio | 3:16-cv-05658 | CA Southern District |
| Harris, Anthony | Harris | 3:17-cv-03199 | CA Southern District |
| Hernandez, Ruben | Hernandez | 3:17-cv-07364 | CA Southern District |

*Cases transferred to the MDL from the District of Nebraska:*

| Plaintiff Name(s) | Member Case Name | Member Case Number | Transferor Court |
|---|---|---|---|
| Dickey, Robert L. | Domina | 3:16-cv-05887 | District of Nebraska |
| Domina, Larry E. | Domina | 3:16-cv-05887 | District of Nebraska |
| Janzen, Royce D. | Domina | 3:16-cv-05887 | District of Nebraska |
| Pollard, Frank | Domina | 3:16-cv-05887 | District of Nebraska |
| Sanchez, Sabas | Sanchez | 3:17-cv-03377 | District of Nebraska |

Wave 2 Timeline:

| Event | Date |
|---|---|
| Plaintiff Fact Sheets (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | 21 days from entry of this order |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | 21 days from entry of this order |
| Deficiency letter(s) sent. | 4 business days from receipt of Plaintiff Fact Sheet |
| Deadline to cure Plaintiff Fact Sheet deficiencies. The parties may file a consolidated letter brief regarding any disputes about whether a deficiency exists. | 7 days from receipt of deficiency letter |
| Close of fact discovery. | February 10, 2020 |
| Plaintiffs' expert reports due. | February 17, 2020 |
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 2 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | February 24, 2020 |
| Monsanto's expert reports due. | March 2, 2020 |
| Close of expert discovery. | March 26, 2020 |

| | |
|---|---|
| Monsanto's *Daubert* and summary judgment briefs due. | April 17, 2020 |
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | May 8, 2020 |
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | May 22, 2020 |
| Plaintiffs' replies re: *Daubert* and summary judgment due. | June 5, 2020 |
| *Daubert* hearing (if necessary). | June 24, 2020 |

Wave 2 Cases:

*Cases transferred to the MDL from North Carolina district courts:*

| Plaintiff Name(s) | Member Case Name | Member Case Number | Transferor Court |
|---|---|---|---|
| Green, Tracy | Green | 3:18-cv-05238 | NC Eastern District |
| Prince, William | Prince | 3:17-cv-04737 | NC Eastern District |
| Strickland, Johnny | Strickland | 3:17-cv-03201 | NC Eastern District |
| Gatson, Darryl | Gatson | 3:18-cv-05317 | NC Middle District |
| Frady, Geneva | Frady | 3:19-cv-2076 | NC Western District |
| Logan, Jerry | Logan | 3:18-cv-05239 | NC Western District |
| Seidl, Randall Dean | Seidl | 3:17-cv-00519 | NC Western District |

*Cases transferred to the MDL from Illinois district courts:*

| Plaintiff Name(s) | Member Case Name | Member Case Number | Transferor Court |
|---|---|---|---|
| Cushman, Josh | Cushman | 3:16-cv-06018 | Ill. Southern District |
| Bridgeman, Charles | Bridgeman | 3:16-cv-05785 | Ill. Southern District |
| Harris, Douglas | Harris | 3:16-cv-05786 | Ill. Southern District |
| Patterson, Lynda K. | Patterson | 3:16-cv-05787 | Ill. Southern District |
| Estate of Robert Cochran by Misty Hill, its Administrator | Estate of Robert Cochran | 3:17-cv-03200 | Ill. Southern District |
| O'Neil, Linda; O'Neil, Marvin | O'Neil | 3:17-cv-03378 | Ill. Central District |
| Weddel, Mark | Weddel | 3:17-cv-00783 | Ill. Central District |
| Cooper, Mikle | Cooper | 3:17-cv-02212 | Ill. Central District |
| Ford, Mary | Ford | 3:16-cv-06030 | Ill. Central District |
| Trimpe, Tina | Trimpe | 3:16-cv-06032 | Ill. Central District |
| Pecorelli, Mark | Pecorelli | 3:16-cv-06936 | Ill. Northern District |
| Goodbred, Larry | Goodbred | 3:16-cv-06010 | Ill. Northern District |
| Gibbs, Ricky | Gibbs | 3:16-cv-05652k | Ill. Northern District |
| Delmore-Barton, Karen | Delmore-Barton | 3:18-cv-01427 | Ill. Northern District |
| Martino, Jenni; Martino, Justin | Martino | 3:18-cv-03626 | Ill. Northern District |
| Kapolnek, Jean | Kapolnek | 3:18-cv-04014 | Ill. Northern District |
| Underwood, Louisa | Underwood | 3:18-cv-06805 | Ill. Northern District |
| Peterson, James | Peterson | 3:18-cv-07271 | Ill. Northern District |
| McCrae, Alex; McCrae, Diane | McCrae | 3:19-cv-00925 | Ill. Northern District |

| Karman, Christine | Karman | 3:19-cv-01183 | Ill. Northern District |
| Rehak, Lorraine | Rehak | 3:19-cv-01719 | Ill. Northern District |
| Erb, James | Erb | 3:19-cv-02166 | Ill. Northern District |
| Batherson, Garland | Batherson | 3:19-cv-02167 | Ill. Northern District |
| Smith, Ricky | Smith | 3:19-cv-02168 | Ill. Northern District |
| Schafer, John | Schafer | 3:19-cv-02169 | Ill. Northern District |
| Chatman, Janeil | Chatman | 3:19-cv-02170 | Ill. Northern District |
| Shultz, Nichole | Shultz | 3:19-cv-02190 | Ill. Northern District |
| Bullock, Kevin | Bullock | 3:19-cv-02575 | Ill. Northern District |
| Panichi, Thomas | Panichi | 3:19-cv-02763 | Ill. Northern District |
| Cervantes, Gerard | Cervantes | 3:19-cv-03015 | Ill. Northern District |

**IT IS SO ORDERED.**

Date:   June 14, 2019

Honorable Vince Chhabria
United States District Court