## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on December 6, 2019, we served this document via CM/ECF which was electronically delivered to the following parties on the service list:

Anthony N. Upshaw, Esq.
Florida Bar No. 861091
McDERMOTT WILL & EMERY LLP
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131
aupshaw@mwe.com
Tel: 305-329-4431
Fax: 305-675-8031
*Counsel for Monsanto Company and Siteone Landscape Supply, LLC*

Ralph Marchbank Jr., Esq.
Florida Bar No. 305571
Dickinson & Gibbons, P.A., 401
North Cattlemen Road, Suite 300,
Sarasota, FL 34232
Rmarchbank@dglawyers.com
*Counsel for Island Garden Center of Marco Island, Inc*