## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCT LIABILITY                    MDL No. 2741
LITIGATION

### NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, Plaintiffs hereby notify the Court of the potential tag-along

actions listed on the attached Schedule of Actions. Docket sheets and complaints are attached.


Dated: December 9, 2019                    Respectfully Submitted,

                                           */s/ Robert C. Hilliard*
                                           Robert C. Hilliard
                                           HILLIARD MARTINEZ GONZALES LLP
                                           719 S. Shoreline Blvd.
                                           Corpus Christi, TX 78401
                                           Tel: (361) 882-1612
                                           Fax: (361) 882-3015
                                           Email:  bobh@hmglawfirm.com

                                           *Attorneys for Plaintiffs Margaret Evenson,
                                           Indv. and obo the Estate of Mark A. Evenson,
                                           Karen Sobray, Indv. and obo the Estate of
                                           Author Sobray Jr., Shirley Thacker, Indv.
                                           and obo the Estate of Donald R. Thacker,
                                           Sharon Wright, Indv. and obo the Estate of
                                           Larry Tucker, Marion V. Yarbro, Indv. and
                                           obo the Estate of Robert Lee Yarbo, Richard
                                           D. Adcock, Theresa A. Attea, Dudley G.
                                           Calhoun, Charles Callesto, Alex Chapa,
                                           Arnedra Cook, Mary Gibson, Josephine
                                           Girard, Jon Harding, Judy Helm, Randell
                                           Howell, Elizabeth Kaiser, Agustin Martinez,
                                           Mike McMahon, Jo Moody, Edy Robbins,
                                           Doretta Schoenike, Penny Simpson, Mark
                                           Stevens, Corlie Whitehead v. MONSANTO
                                           COMPANY,    No.    1:19-cv-02226-UNA
                                           (District of Delaware)*