**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**In re: Roundup Products Liability Litigation**  **MDL No. 2741**

**Schedule of Actions**

| Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:** Margaret Evenson, Individually, and on Behalf of the Estate of Mark A. Evenson, Karen Sobray, Individually, and on Behalf of the Estate of Author Sobray Jr., Shirley Thacker, Individually, and on Behalf of the Estate of Donald R. Thacker, Sharon Wright, Individually, and on Behalf of the Estate of Larry Tucker, Marion V. Yarbro, Individually, and on Behalf of the Estate of Robert Lee Yarbo, Richard D. Adcock, Theresa A. Attea, Dudley G. Calhoun, Charles Callesto, Alex Chapa, Arnedra Cook, Mary Gibson, Josephine Girard, Jon Harding, Judy Helm, Randell Howell, Elizabeth Kaiser, Agustin Martinez, Mike McMahon, Jo Moody, Edy Robbins, Doretta Schoenike, Penny Simpson, Mark Stevens, Corlie Whitehead<br><br>**Defendant:** Monsanto Company | District of Delaware | 1:19-cv-2226 | Not yet assigned |