**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**In re: Roundup Products Liability Litigation**     MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing was electronically filed on December 9, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Copies of the foregoing were also served via first class mail on the following counsel:

Lana Varney
King & Spalding
500 W. 2nd Street, Suite 1800
Austin, TX 78701

*Counsel for Monsanto*

Dated: December 9, 2019

/s/ *Robert C. Hilliard*
Robert C. Hilliard
HILLIARD MARTINEZ GONZALES LLP
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Tel: (361) 882-1612
Fax: (361) 882-3015
Email: bobh@hmglawfirm.com

*Attorneys for Plaintiffs Margaret Evenson, Indv. and obo the Estate of Mark A. Evenson, Karen Sobray, Indv. and obo the Estate of Author Sobray Jr., Shirley Thacker, Indv. and obo the Estate of Donald R. Thacker, Sharon Wright, Indv. and obo the Estate of Larry Tucker, Marion V. Yarbro, Indv. and obo the Estate of Robert Lee Yarbo, Richard D. Adcock, Theresa A. Attea, Dudley G. Calhoun, Charles Callesto, Alex Chapa, Arnedra Cook, Mary Gibson, Josephine Girard, Jon Harding, Judy Helm, Randell Howell, Elizabeth Kaiser, Agustin Martinez, Mike McMahon, Jo Moody, Edy Robbins, Doretta Schoenike, Penny Simpson, Mark Stevens, Corlie Whitehead v. MONSANTO COMPANY, No. 1:19-cv-02226-UNA (District of Delaware)*