BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**HELENA AGRI-ENTERPRISES, LLC CORPORATE DISCLOSURE STATEMENT**

**SCHEDULE OF ACTION**

| | Plaintiff | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Randy Bodiford | Monsanto Co. and Helena Agri-Enterprises, LLC | District of South Carolina | 1:19-cv-03133 | Judge Joseph F. Anderson, Jr. |

1