UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                                           MDL No. 2741

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −171)

On October 3, 2016, the Panel transferred 19 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 214 F.Supp.3d 1346 (J.P.M.L. 2016). Since that time, 2,118 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Vince Chhabria.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Chhabria.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 3, 2016, and, with the consent of that court, assigned to the Honorable Vince Chhabria.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 10, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION

MDL No. 2741

### SCHEDULE CTO−171 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **DELAWARE** | | | |
| DE | 1 | 19−01724 | King et al v. Monsanto Company |
| DE | 1 | 19−01759 | Dew et al v. Monsanto Company |
| **FLORIDA MIDDLE** | | | |
| FLM | 2 | 19−00831 | Seager et al v. Monsanto Company |
| FLM | 2 | 19−00836 | Weightman et al v. Monsanto Company |
| FLM | 2 | 19−00837 | D'zugen et al v. Monsanto Company |
| **FLORIDA SOUTHERN** | | | |
| FLS | 1 | 19−24721 | Anderson v. Monsanto Company, Inc. |
| **GEORGIA NORTHERN** | | | |
| GAN | 4 | 19−00273 | Mayfield v. Monsanto Company |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 19−13818 | Round v. Monsanto Company |
| **MASSACHUSETTS** | | | |
| MA | 1 | 19−11979 | Diogo et al v. Monsanto Company |
| MA | 1 | 19−11980 | Inman v. Monsanto Company |
| **MISSOURI EASTERN** | | | |
| MOE | 4 | 19−03090 | Reed v. Monsanto Company et al |
| **NEBRASKA** | | | |
| NE | 8 | 19−00513 | Corbett et al v. Monsanto Company |
| NE | 8 | 19−00516 | Schlingman v. Monsanto Company |
| NE | 8 | 19−00517 | Marr v. Monsanto Company |

NORTH CAROLINA MIDDLE

   NCM     1     19−01153     COCKERHAM et al v. MONSANTO COMPANY et al

PENNSYLVANIA EASTERN

   PAE     2     19−05151     SIMONDS et al v. MONSANTO COMPANY

WASHINGTON EASTERN

   WAE     2     19−00408     Gannon v. Monsanto Company