BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|     | Plaintiff | Defendant | District | Civil Action No. | Judge |
|-----|-----------|-----------|----------|------------------|-------|
| 1.  | Beverly J. Sickler, Individually and as Executrix of the Estate of Philip Stephan Sickler | Monsanto Co. | Northern District of New York (Albany) | 1:19-cv-01356-GTS-DJS | Chief District Judge Glenn T. Suddaby |
| 2.  | Lynn Hergert and Scott Hergert | Monsanto Co. | Western District of Washington (Seattle) | 2:19-cv-01898-RSM | Chief District Judge Ricardo S. Martinez |
| 3.  | Deborah Schorzman | Monsanto Co. | Western District of Washington (Seattle) | 2:19-cv-01910-MAT | Magistrate Judge Mary Alice Theiler |
| 4.  | Jeffrey Mason and Marianne Mason | Monsanto Co. | Western District of Washington (Tacoma) | 3:19-cv-06121-BHS | District Judge Benjamin H. Settle |
| 5.  | Bruce Holden | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02730-AGF | District Judge Audrey G. Fleissig |
| 6.  | George Raby | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02733-JAR | District Judge John A. Ross |
| 7.  | James Donald Casey | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02754-SRC | District Judge Stephen R. Clark |
| 8.  | John Bodie | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02760-JAR | District Judge John Andrew Ross |
| 9.  | David Braun | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02763-SPM | Magistrate Judge Shirley Padmore Mensah |

| 10. | Glenn Moore | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02943-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
|---|---|---|---|---|---|
| 11. | Jeff Kleinberg | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02938-AGF | District Judge Audrey G. Fleissig |
| 12. | Sandra Katte | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02936-HEA | District Judge Henry Edward Autrey |
| 13. | Bryan Johnson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02935-JMB | Magistrate Judge John M. Bodenhausen |
| 14. | Thomas Howe | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02791-AGF | District Judge Audrey G. Fleissig |
| 15. | Alfred Court | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02591-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 16. | Emma Czernia and Shimon Czernia | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02658-PLC | Magistrate Judge Patricia L. Cohen |
| 17. | Harry Davidson and Radine Davidson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02925-HEA | District Judge Henry Edward Autrey |
| 18. | Karen Ponto and James V. Ponto | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03127-SRC | District Judge Stephen R. Clark |
| 19. | Winfield Hall-Baker | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03126-SRC | District Judge Stephen R. Clark |
| 20. | Gloria Smith, individually and on behalf of Benny Mitchell | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02788-SRC | District Judge Stephen R. Clark |
| 21. | Linda Matthus-Shelton | Monsanto Co. | Eastern District of Michigan (Detroit) | 2:19-cv-13453-LVP-EAS | District Judge Linda V. Parker |
| 22. | Philip Glassman and Barbara Glassman | Monsanto Co. | Southern District of Florida (Ft. Lauderdale) | 0:19-cv-62607-DPG | District Judge Darrin P. Gayles |
| 23. | Harold T. Johns and Nicole Johns | Monsanto Co. | Northern District of Alabama (Northeastern) | 5:19-cv-01898-LCB | District Judge Liles C. Burke |

| | | | | | |
|---|---|---|---|---|---|
| 24. | Yashkina Patin, Individually and on behalf of the minor children, KP, KP1, KP2, DP, KP3, KP4, and DP1 | Monsanto Co. | Western District of Louisiana (Lafayette) | 6:19-cv-01396-RRS-PJH | District Judge Robert R. Summerhays |
| 25. | Douglas Mailman | Monsanto Co. | Western District of Washington (Seattle) | 2:19-cv-01908-JCC | District Judge John C. Coughenour |
| 26. | Stephen Fitch and Anne Fitch | Monsanto Co. | Western District of Washington (Seattle) | 2:19-cv-01792-TSZ | District Judge Thomas S. Zilly |
| 27. | Craig Johnson and Dawn Johnson | Monsanto Co. | Western District of Washington (Seattle) | 2:19-cv-01900-JCC | District Judge John C. Coughenour |
| 28. | Richard Hoen | Monsanto Co. | District of Minnesota (DMN) | 0:19-cv-02730-JRT-DTS | Chief Judge John R. Tunheim |
| 29. | William Campbell | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02777-SRC | District Judge Stephen R. Clark |
| 30. | John Calloway | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02776-DDN | Magistrate Judge David D. Noce |
| 31. | Eric Beisner | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02759-NCC | Magistrate Judge Noelle C. Collins |
| 32. | George Martin, individually and on behalf of Estate of Wanda Martin | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02981-SRC | District Judge Stephen R. Clark |
| 33. | LeAnnah Jessop, individually and on behalf of Estate of George M. Jessop | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02972-AGF | District Judge Audrey G. Fleissig |
| 34. | Thomas Conway | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02789-SNLJ | Senior District Judge Stephen N. Limbaugh, Jr. |
| 35. | Eric Hagood | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02790-HEA | District Judge Henry Edward Autrey |
| 36. | Larry Peters and Linda Peters | Monsanto Co. | Northern District of Texas (Dallas) | 3:19-cv-02813-L | District Judge Sam A. Lindsay |