**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 10, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Laura M. Jordan, Esq.
POWERS & SANTOLA LLP
100 Great Oaks Boulevard
Suite 123
Albany, NY 12203
Phone: (518) 465-5995
Email: ljordan@powers-santola.com

Counsel for Plaintiff in *Sickler v. Monsanto Co.*, 1:19-cv-01356-GTS-DJS (N.D.N.Y.).

Sims G. Weymuller, Esq.
Elizabeth Jean McLafferty, Esq.
SCHROETER GOLDMARK & BENDER
810 Third Avenue
Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Email: sims@sgb-law.com
Email: mclafferty@sgb-law.com

Counsel for Plaintiffs in *Hergert, et al. v. Monsanto Co.*, 2:19-cv-01898-RSM (W.D. Wash.); *Schorzman v. Monsanto Co.*, 2:19-cv-01910-MAT (W.D. Wash.); *Mason, et al. v. Monsanto Co.*, 3:19-cv-06121-BHS (W.D. Wash.); *Fitch, et al. v. Monsanto Co.*, 2:19-cv-01792-TSZ (W.D. Wash.); *Mailman v. Monsanto Co.*, 2:19-cv-01908-JCC (W.D. Wash.); *Johnson, et al. v. Monsanto Co.*, 2:19-cv-01900-JCC (W.D. Wash.).

Martin Daniel Crump, Esq.
DAVIS AND CRUMP PC
2601 14th Street
Gulfport, MS 39501
Phone: (228) 863-6000
Email: martin.crump@daviscrump.com

Counsel for Plaintiffs in *Holden v. Monsanto Co.*, 4:19-cv-02730-AGF (E.D. Mo.); *Raby v. Monsanto Co.*, 4:19-cv-02733-JAR (E.D. Mo.); *Casey v. Monsanto Co.*, 4:19-cv-02754-SRC (E.D. Mo.); *Smith v. Monsanto Co.*, 4:19-cv-02788-SRC (E.D. Mo.).

David Matthew Haynie, Esq.
FORESTER HAYNIE PLLC
1701 North Market Street
Suite 210
Dallas, TX 75202
Phone: (214) 210-2100
Email: matthew@foresterhaynie.com

Counsel for Plaintiffs in *Bodie v. Monsanto Co.*, 4:19-cv-02760-JAR (E.D. Mo.); *Braun v. Monsanto Co.*, 4:19-cv-02763-SPM (E.D. Mo.); *Moore v. Monsanto Co.*, 4:19-cv-02943-SNLJ (E.D. Mo.); *Kleinberg v. Monsanto Co.*, 4:19-cv-02938-AGF (E.D. Mo.); *Katte v. Monsanto Co.*, 4:19-cv-02936-HEA (E.D. Mo.); *Johnson v. Monsanto Co.*, 4:19-cv-02935-JMB (E.D. Mo.); *Howe v. Monsanto Co.*, 4:19-cv-02791-AGF (E.D. Mo.); *Campbell v. Monsanto Co.*, 4:19-cv-02777-SRC (E.D. Mo.); *Calloway v. Monsanto Co.*, 4:19-cv-02776-DDN (E.D. Mo.); *Beisner v. Monsanto Co.*, 4:19-cv-02759-NCC (E.D. Mo.); *Martin, et al. v. Monsanto Co.*, 4:19-cv-02981-SRC (E.D. Mo.); *Jessop, et al. v. Monsanto Co.*, 4:19-cv-02972-AGF (E.D. Mo.); *Conway. v. Monsanto Co.*, 4:19-cv-02789-SNLJ (E.D. Mo.); *Hagood v. Monsanto Co.*, 4:19-cv-02790-NAB (E.D. Mo.).

Joe Michael McGreevy, Esq.
KUHLMAN AND LUCAS LLC
4700 Belleview Avenue
Suite 300
Kansas City, MO 64112
Phone: (816) 799-0336
Email: joe@kuhlmanlucas.com

Counsel for Plaintiffs in *Court v. Monsanto Co.*, 4:19-cv-02591-SNLJ (E.D. Mo.); *Czernia, et al. v. Monsanto Co.*, 4:19-cv-02658-PLC (E.D. Mo.); *Davidson, et al. v. Monsanto Co.*, 4:19-cv-02925-HEA (E.D. Mo.); *Ponto, et al. v. Monsanto Co.*, 4:19-cv-03127-SRC (E.D. Mo.); *Hall-Baker v. Monsanto Co.*, 4:19-cv-03126-SRC (E.D. Mo.).

Jerard M. Scanland, Esq.
MUSSIN AND SCANLAND PLLC
13351 Reeck Court
Suite 5
Southgate, MI 48195
Phone: (734) 282-6037
Email: jscanland@milawoffices.com

Counsel for Plaintiff in *Matthus-Shelton v. Monsanto Co.*, 2:19-cv-13453-LVP-EAS (E.D. Mich.).

Jeffrey Louis Haberman, Esq.
SCHLESINGER LAW OFFICE
1212 Southeast Third Avenue
Fort Lauderdale, FL 33316
Phone: (954) 320-9507
Email: jhaberman@schlesingerlaw.com

Counsel for Plaintiffs in *Glassman, et al. v. Monsanto Co.*, 0:19-cv-62607-DPG (S.D. Fla.).

Donald P. McKenna, Jr., Esq.
HARE WYNN NEWELL & NEWTON LLP
2025 Third Avenue North
Suite 800
Birmingham, AL 35203
Phone: (205) 328-5330
Email: don@hwnn.com

Counsel for Plaintiffs in *Johns, et al. v. Monsanto Co.*, 5:19-cv-01898-LCB (N.D. Ala.).

John G. Munoz, Esq.
GARNER & MUNOZ
1010 Common Street
Suite 300
New Orleans, LA 70112
Phone: (504) 581-7070
Email: jgm@g-mlaw.com

Counsel for Plaintiffs in *Patin, et al. v. Monsanto Co.*, 6:19-cv-01396-RRS-PJH (E.D. La.).

Charles H. Johnson, Esq.
LAW OFFICES OF CHARLES H. JOHNSON PA
2599 Mississippi Street
New Brighton, MN 55112
Phone: (651) 633-4442
Email: bdehkes@charlesjohnsonlaw.com

Counsel for Plaintiff in *Hoen v. Monsanto Co.*, 2:19-cv-02730-JRT-DTS (D. Minn.).

James David Walker, Esq.
JIM WALKER & ASSOCIATES PLLC
4925 Greenville Avenue
Dallas, TX 75206
Phone: (214) 227-9812
Email: jim@JimWLaw.com

Counsel for Plaintiffs in *Peters, et al. v. Monsanto Co.,* 3:19-cv-02813-L (N.D. Tex.).

Dated: December 10, 2019                    Respectfully submitted,

                                                        /s/ Joe G. Hollingsworth
                                                        Joe G. Hollingsworth, Esq.
                                                        (jhollingsworth@hollingsworthllp.com)
                                                        HOLLINGSWORTH LLP
                                                        1350 I Street, N.W.
                                                        Washington, D.C. 20005
                                                        Phone: (202) 898-5800
                                                        Fax:    (202) 682-1639

                                                        *Attorneys for Defendant Monsanto Company*