**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**MDL No. 2741 – In re ROUNDUP PRODUCTS LIABILITY LITIGATION**

*D'Aunoy v. Monsanto Company, Et Al, Eastern District of Louisiana,* **Case No. 1:19-cv-13594**

<u>**PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER 169**</u>

As required by Rule 7.1(f) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation ("JPML"), Yvette D'Aunoy ("Plaintiff") files this Motion to Vacate Conditional Transfer Order ("Memorandum"). Plaintiff's attached Memorandum and supporting documentation show that vacatur is the most efficient and fair way to remedy the procedural and substantive defects in Defendant's removal.

        **LANDRY & SWARR, L.L.C.**

        <u>/s/ *PHILIP C. HOFFMAN*</u>
        PHILIP C. HOFFMAN (#32277)
        FRANK J. SWARR (#23322)
        MICKEY P. LANDRY (#22817)
        MATTHEW CLARK (#31102)
        1100 Poydras Street, Suite 2000
        New Orleans, Louisiana 70163
        Telephone:  (504) 299-1214
        Facsimile:  (504) 299-1215
        COUNSEL FOR PLAINTIFF