**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**MDL No. 2741 – In re ROUNDUP PRODUCTS LIABILITY LITIGATION**

*D'Aunoy v. Monsanto Company, Et Al, Eastern District of Louisiana,* **Case No. 1:19-cv-13594**

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on the 25th day of November, 2019, Plaintiff's Notice of Opposition (CTO-169) was filed with the Clerk of the Court by using the Court's electronic filing system, which sends an electronic filing copy to all attorneys of record.

Judy Y. Barrasso
Celeste R. Coco-Ewing
Shaun P. McFall
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Telephone: 504-589-9700
Facsimile: 504-589-9701
Attorneys for Defendant Monsanto Company

Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister,
Weinstock & Bogart
Three Lakeway Center
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002
504-832-3700
Attorney for Harry's Hardware and Ohio Security Insurance

**LANDRY & SWARR, L.L.C.**

/s/ *Philip Hoffman*
PHILIP C. HOFFMAN (#32277)
FRANK J. SWARR (#23322)
MICKEY P. LANDRY (#22817)
MATTHEW CLARK (#31102)
1100 Poydras Street, Suite 2000
New Orleans, Louisiana 70163
Telephone: (504) 299-1214
Facsimile: (504) 299-1215
COUNSEL FOR PLAINTIFF