**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2741 |

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Corporate Disclosure Statement was electronically filed on December 11, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.


Dated: December 11, 2019                  Respectfully submitted,

                                          /s/ Joe G. Hollingsworth
                                          Joe G. Hollingsworth
                                          (jhollingsworth@hollingsworthllp.com)
                                          HOLLINGSWORTH LLP
                                          1350 I Street NW
                                          Washington D.C., 20005
                                          Phone: (202) 898-5800
                                          Fax: (202) 682-1639

                                          *Attorneys for Defendant*
                                          *Monsanto Company*