BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION    MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Marcia Greenberg | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03000-HEA | District Judge Henry Edward Autrey |
| 2. | Cindy Groff, individually and as Representative of the Estate of Rodney Groff, deceased | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02999-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 3. | Lucia Bucio, Individually and as Representative of the Estate of Julio Bucio, deceased | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02993-NAB | Chief Magistrate Judge Nannette A. Baker |
| 4. | S. R., a minor, by his parent, Edith Madrigal | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03001-DDN | Magistrate Judge David D. Noce |
| 5. | RB Omo, Jr. and Alexandra Omo | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-02741-SRC | District Judge Stephen Robert Clark, Sr. |
| 6. | James Halloran | Monsanto Co. | Northern District of Illinois (Chicago) | 1:19-cv-07364 | District Judge Jorge L. Alonso |
| 7. | Gina Fabbri | Monsanto Co. | Northern District of Illinois (Chicago) | 1:19-cv-07365 | District Judge Mary M. Rowland |
| 8. | Janet Kaye | Monsanto Co. | Northern District of Illinois (Chicago) | 1:19-cv-07366 | District Judge Martha M. Pacold |

1

2

| | | | | | |
|---|---|---|---|---|---|
| **9.** | Barbara Hartman | Monsanto Co. | Northern District of Illinois (Chicago) | 1:19-cv-07367 | Senior District Judge Harry D. Leinenweber |
| **10.** | Fred William Hunt (deceased) and Anna Maria Windisch-Hunt Individually and as personal representative | Monsanto Co. | Southern District of Florida (West Palm Beach) | 9:19-cv-81596-DMM | District Judge Donald M. Middlebrooks |