BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 11, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Stephen Michael Cady, Esq.
MOLL LAW GROUP
22 West Washington Street
15th Floor
Chicago, IL 60602
Phone: (312) 462-1700
Email: scady@molllawgroup.com

Counsel for Plaintiffs in *Greenberg v. Monsanto Co.*, 4:19-cv-03000-HEA (E.D Mo.); *Groff v. Monsanto Co.*, 4:19-cv-02999-SNLJ (E.D Mo.); *Bucio v. Monsanto Co.*, 4:19-cv-02993-NAB (E.D Mo.); *S.R. v. Monsanto Co.*, 4:19-cv-03001-DDN (E.D Mo.); *Fabbri v. Monsanto Co.,* 1:19-cv-07365 (N.D. Ill.); *Kaye v. Monsanto Co.,* 1:19-cv-07366 (N.D. Ill.); *Halloran v. Monsanto Co.,* 1:19-cv-07364 (N.D. Ill.); *Hartman v. Monsanto Co.,* 1:19-cv-07367 (N.D. Ill.).

Matthew Crimmins, Esq.
CRIMMINS LAW FIRM LLC
214 South Spring Street
Independence, MO 64055
Phone: (816) 974-7220
Email: m.crimmins@crimminslawfirm.com

Wes S. Larsen, Esq.
JAMES, VERNON & WEEKS PA
1626 Lincoln Way
Coeur d'Alene, ID 83814
Phone: (208) 667-0683
Email: wes@jvwlaw.net

Co-counsel for Plaintiffs in *Omo, et al. v. Monsanto Co.*, 4:19-cv-02741-SRC (E.D Mo.).

1

2

Andrew Thomas Kagan, Esq.
KAGAN LAW FIRM
8191 College Parkway
Suite 303
Fort Meyers, FL 33919
Phone: (239) 466-1161
Email: andrew@kaganlegalgroup.com

Counsel for Plaintiffs in *Hunt, et al. v. Monsanto Co.,* 9:19-cv-81596-DMM (S.D. Fla.).


Dated: December 11, 2019              Respectfully submitted,


                                      /s/ Joe G. Hollingsworth
                                      Joe G. Hollingsworth, Esq.
                                      (jhollingsworth@hollingsworthllp.com)
                                      HOLLINGSWORTH LLP
                                      1350 I Street, N.W.
                                      Washington, D.C. 20005
                                      Phone: (202) 898-5800
                                      Fax:    (202) 682-1639

                                      *Attorneys for Defendant Monsanto Company*