UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

*Pertains to:*  MDL-2741 – In re Roundup Products Liability Litigation
CONDITIONAL TRANSFER ORDER 169 (CTO-169)

NOTICE OF APPEARANCE

Parties Represented:  Yvette D'Aunoy

Short Case Caption:

*D'Aunoy v. Monsanto Company, Et Al, Eastern District of Louisiana,* Case No. 1:19-cv-13594

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| | |
|---|---|
| 12/12/19 | /s/Philip C. Hoffman |
| Date | Signature of Attorney or Designee |

Name and Address of Designated Attorney:  Philip C. Hoffman
Landry & Swarr, LLC
1100 Poydras Street, Suite 2000
New Orleans, LA 70163

Telephone:  (504) 299-1214
Fax:  (504) 299-1215
Email:  phoffman@landryswarr.com