**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**MDL No. 2741 – In re ROUNDUP PRODUCTS LIABILITY LITIGATION**

*D'Aunoy v. Monsanto Company, Et Al, Eastern District of Louisiana,* **Case No. 1:19-cv-13594**

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on the 12th day of December, 2019, Plaintiff's Notice of Appearance was filed with the Clerk of the Court by using the Court's electronic filing system, which sends an electronic filing copy to all attorneys of record.

**LANDRY & SWARR, L.L.C.**

/s/ *Philip Hoffman*
PHILIP C. HOFFMAN (#32277)
FRANK J. SWARR (#23322)
MICKEY P. LANDRY (#22817)
MATTHEW CLARK (#31102)
1100 Poydras Street, Suite 2000
New Orleans, Louisiana 70163
Telephone:  (504) 299-1214
Facsimile:  (504) 299-1215
COUNSEL FOR PLAINTIFF