**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL No. 2741**<br>Case No. 3:16-md-2741 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff, Robert Arms, files the instant Notice of Potential Tag-Along Action to notify the panel of the potential tag-along action listed in the attached Schedule.

The docket sheet and Complaint are also attached.

Dated:  December 12, 2019

Respectfully submitted,

*/s/ Jennifer A. Moore*_____
Jennifer A. Moore
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY 40208
T: (502) 717-4080
F: (502) 717-4086
jennifer@moorelawgroup.com

*Counsel for Plaintiff Robert Arms*