**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE: ROUNDUP PRODUCTS**
**LIABILITY LITIGATION**

**MDL No. 2741**
Case No. 3:16-md-2741

**NOTICE OF POTENTIAL TAG-ALONG ACTION**
**SCHEDULE**

| Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Robert Arms | Monsanto Company | E.D. Tenn. | 3:19-cv-374 | Judge Thomas A. Varlan |