BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL No. 2741** <br> Case No. 3:16-md-2741 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing was served on all interested parties electronically via the Panel's CM/ECF system, and first class mail to the following on December 12, 2019:

Monsanto Company
Corporation Service Company
2908 Poston Ave.
Nashville, TN 37203-1312
(Counsel has not yet appeared)

    Respectfully submitted,

    */s/ Jennifer A. Moore*_____
    Jennifer A. Moore
    MOORE LAW GROUP, PLLC
    1473 South 4th Street
    Louisville, KY 40208
    T: (502) 717-4080
    F: (502) 717-4086
    jennifer@moorelawgroup.com

    *Counsel for Plaintiff Robert Arms*