**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| 1. | Diane L. Siniff | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02905-MSS-AAS | District Judge Mary S. Scriven |
| 2. | Amanda T. Coleman, Individually and as Personal Representative of the Estate of Timothy Colman, Sr., Deceased | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:19-cv-01255-TJC-PDB | District Judge Timothy J. Corrigan |
| 3. | Luz A. Guevara | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-02693-WFJ-TGW | District Judge William F. Jung |
| 4. | Nancy Wojno | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03081-JAR | District Judge John A. Ross |
| 5. | Robert Lewis and Catherine Lewis | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03073 -SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 6. | Robert Wistinghausen and Kimberly Wistinghausen | Monsanto Co. | Northern District of Ohio (Toledo) | 3:19-cv-02661-JJH | District Judge Jeffrey J. Helmick |
| 7. | Kathy M. Opel | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03074-PLC | Magistrate Judge Patricia L. Cohen |