# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

---

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 12, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Jennifer A. Moore, Esq.
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY 40208
Phone: (502) 717-4080
Email: jennifer@moorelawgroup.com

Andrew T. Kagan, Esq.
KAGAN LEGAL GROUP
295 Palmas Inn Way
Suite 6 Palmanova Plaza
Humacao, PR 00791
Phone: (939) 220-2424
Email: andrew@kaganlegalgroup.com

Co-counsel for Plaintiff in *Siniff v. Monsanto Co.,* 8:19-cv-02905-MSS-AAS (M.D. Fla.).

T. Michael Morgan, Esq.
MORGAN & MORGAN, PA
20 North Orange Avenue
Suite 1600
Orlando, FL 32801
Phone: (407) 420-1414
Email: mmorgan@forthepeople.com

G. Katherine Chambers, Esq.
MORGAN & MORGAN, PA
201 North Franklin Street
7th Floor
Tampa, FL 33602
Phone: (813) 223-5505
Email: kathychambers@forthepeople.com

Co-counsel for Plaintiffs in *Coleman, et al. v. Monsanto Co.,* 3:19-cv-01255-TJC-PDB (M.D. Fla.); *Guevara v. Monsanto Co.,* 8:19-cv-02693-WFJ-TGW (M.D. Fla.).

Enrique Elliot Adler, Esq.
ADLER LAW GROUP APLC
402 West Broadway Street
Suite 860
San Diego, CA 92101
Phone: (619) 531-8700
Email: eadler@theadlerfirm.com

Counsel for Plaintiffs in *Wojno v. Monsanto Co.,* 4:19-cv-03081-JAR (E.D. Mo.); *Lewis, et al. v. Monsanto Co.,* 4:19-cv-03073 -SNLJ (E.D. Mo.); *Opel v. Monsanto Co.,* 4:19-cv-03074-PLC (E.D. Mo.).

James G. O'Brien, Esq.
O'BRIEN LAW
3763 Sulphur Spring Road
Ottawa Hills, OH 43606
Phone: (419) 930-6401
Email: jim@obrienlaw.com

Counsel for Plaintiffs in *Wistinghausen, et al. v. Monsanto Co.,* 3:19-cv-02661-JJH (N.D. Ohio).

Dated: December 12, 2019                     Respectfully submitted,


/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant Monsanto Company*