**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**AMENDED PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-along Actions was electronically filed on December 10, 2019 for 36 lawsuits – *Sickler v. Monsanto Co.*, 1:19-cv-01356-GTS-DJS (N.D.N.Y.); *Hergert, et al. v. Monsanto Co.*, 2:19-cv-01898-RSM (W.D. Wash.); *Schorzman v. Monsanto Co.*, 2:19-cv-01910-MAT (W.D. Wash.); *Mason, et al. v. Monsanto Co.*, 3:19-cv-06121-BHS (W.D. Wash.); *Fitch, et al. v. Monsanto Co.*, 2:19-cv-01792-TSZ (W.D. Wash.); *Mailman v. Monsanto Co.*, 2:19-cv-01908-JCC (W.D. Wash.); *Johnson, et al. v. Monsanto Co.*, 2:19-cv-01900-JCC (W.D. Wash.); *Holden v. Monsanto Co.*, 4:19-cv-02730-AGF (E.D. Mo.); *Raby v. Monsanto Co.*, 4:19-cv-02733-JAR (E.D. Mo.); *Casey v. Monsanto Co.*, 4:19-cv-02754-SRC (E.D. Mo.); *Smith v. Monsanto Co.*, 4:19-cv-02788-SRC (E.D. Mo.); *Bodie v. Monsanto Co.*, 4:19-cv-02760-JAR (E.D. Mo.); *Braun v. Monsanto Co.*, 4:19-cv-02763-SPM (E.D. Mo.); *Moore v. Monsanto Co.*, 4:19-cv-02943-SNLJ (E.D. Mo.); *Kleinberg v. Monsanto Co.*, 4:19-cv-02938-AGF (E.D. Mo.); *Katte v. Monsanto Co.*, 4:19-cv-02936-HEA (E.D. Mo.); *Johnson v. Monsanto Co.*, 4:19-cv-02935-JMB (E.D. Mo.); *Howe v. Monsanto Co.*, 4:19-cv-02791-AGF (E.D. Mo.); *Campbell v. Monsanto Co.*, 4:19-cv-02777-SRC (E.D. Mo.); *Calloway v. Monsanto Co.*, 4:19-cv-02776-DDN (E.D. Mo.); *Beisner v. Monsanto Co.*, 4:19-cv-02759-NCC (E.D. Mo.); *Martin, et al. v. Monsanto Co.*, 4:19-cv-02981-SRC (E.D. Mo.); *Jessop, et al. v. Monsanto Co.*, 4:19-cv-02972-AGF (E.D. Mo.); *Conway. v. Monsanto Co.*, 4:19-cv-02789-SNLJ (E.D. Mo.); *Hagood v. Monsanto Co.*, 4:19-cv-02790-NAB (E.D. Mo.); *Court v. Monsanto Co.*, 4:19-cv-02591-SNLJ (E.D. Mo.); *Czernia, et al. v. Monsanto Co.*, 4:19-cv-02658-PLC (E.D. Mo.); *Davidson, et al. v. Monsanto Co.*, 4:19-cv-02925-HEA (E.D. Mo.); *Ponto, et al. v. Monsanto Co.*, 4:19-cv-03127-SRC (E.D. Mo.); *Hall-Baker v. Monsanto Co.*, 4:19-cv-03126-SRC (E.D. Mo.); *Matthus-Shelton v. Monsanto Co.*, 2:19-cv-13453-LVP-EAS (E.D. Mich.); *Glassman, et al. v. Monsanto Co.*, 0:19-cv-62607-DPG (S.D. Fla.); *Johns, et al. v. Monsanto Co.*, 5:19-cv-01898-LCB (N.D. Ala.); *Patin, et al. v. Monsanto Co.*, 6:19-cv-01396-RRS-PJH (W.D. La.); *Hoen v. Monsanto Co.*, 0:19-cv-02730-JRT-DTS (D. Minn.); *Peters, et al. v. Monsanto Co.,* 3:19-cv-02813-L (N.D. Tex.) – with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

The U.S. District Court in *Patin, et al. v. Monsanto Company* was inadvertently misidentified as the Eastern District of Louisiana rather than the Western District of Louisiana in the original Proof of Service, which is hereby amended as follows.

*Patin, et al. v. Monsanto Co.*, 6:19-cv-01396-RRS-PJH (W.D. La.).

The case number in *Hoen v. Monsanto Company* was inadvertently mistyped as 2:19-cv-02730-JRT-DTS rather than 0:19-cv-02730-JRT-DTS in the original Proof of Service, which is hereby amended as follows.

*Hoen v. Monsanto Co.*, 0:19-cv-02730-JRT-DTS (D. Minn.).

Dated: December 12, 2019                Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*