# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received: 12/9/19, 12/10/19, 12/11/19**

**District Court: E.D. Arkansas & W.D. Arkansas**

**Number of Actions: 3**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL