# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received: 12/10/19**

**District Court: W.D. Arkansas**

Number of Actions: 1

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL