**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Glen Nault | Monsanto Co. | Northern District of Illinois (Chicago) | 1:19-cv-08157 | District Judge Mary M. Rowland |
| 2. | Mauno Petajasoja | Monsanto Co. | District of Connecticut (New Haven) | 3:19-cv-01926-VLB | District Judge Vanessa L. Bryant |
| 3. | Eugene L. Aiken, Jr. | Monsanto Co. and John Does 1-100 | Eastern District of Missouri (St. Louis) | 4:19-cv-03103-SNLJ | District Judge Stephen N. Limbaugh, Jr. |