BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 17, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Michael Devin Ditore, Esq.
CORBOY & DEMETRIO, P.C.
33 North Dearborn Street
Suite 2100
Chicago, Il 60602
Phone: (312) 346-3191
Email: mdd@corboydemetrio.com

Counsel for Plaintiff in *Nault v. Monsanto Co.,* 1:19-cv-08157 (N.D. Ill.).

Kelly E. Reardon, Esq.
THE REARDON LAW FIRM, P.C.
160 Hempstead Street
New London, CT 06320
Phone: (860) 442-0444
Email: kreardon@reardonlaw.com

Counsel for Plaintiff in *Petajasoja v. Monsanto Co.,* 3:19-cv-01926-VLB (D. Conn.).

Emily Jo Kirk, Esq.
MCCUNE WRIGHT, LLP
3281 East Guasti Road
Suite 100
Ontario, CA 91761
Phone: (909) 557-1250
Email: ejk@mccunewright.com

Counsel for Plaintiff in *Aiken v. Monsanto Co., et al.,* 4:19-cv-03103-SNLJ (E.D. Mo.).

| | |
|---|---|
| Dated: December 17, 2019 | Respectfully submitted, |

    /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*