# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on December 17, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Emily Jo Kirk, Esq.  
McCune Wright, LLP  
3281 East Guasti Road  
Suite 100  
Ontario, CA 91761  
Phone: (909) 557-1250  
Email: ejk@mccunewright.com

Counsel for Plaintiffs in *Glaze, et al. v. Monsanto Co., et al.*, 4:19-cv-03107-AGF (E.D. Mo.).

Dated: December 17, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth  
Joe G. Hollingsworth, Esq.  
(jhollingsworth@hollingsworthllp.com)  
HOLLINGSWORTH LLP  
1350 I Street, N.W.  
Washington, D.C. 20005  
Phone: (202) 898-5800  
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

1