**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on December 18, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

H. Steven DeBerry, IV, Esq.
DEBERRY LAW FIRM
129 South Coit Street
Florence, SC 29501
Phone: (843) 676-6289
Email: sdeberry@deberrylawfirm.com

Counsel for Plaintiff in *Ward v. Monsanto Co.,* 4:19-cv-03509- MDL (D.S.C.).

Dated: December 18, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

1