BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation (the "Panel"), Moll Law Group hereby writes to notify you of the potential tag-along actions for the plaintiffs listed on the attached Schedule of Action.

Respectfully submitted, this 18th day of December, 2019,

        MOLL LAW GROUP

        By: /s/ Stephen Cady
        Stephen Cady
        Ken Moll
        MOLL LAW GROUP
        22 W Washington Street
        15th Floor
        Chicago, IL 60602
        T: (312) 462-1700
        F: (312) 756-0045
        scady@molllawgroup.com

        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2019, I electronically filed the foregoing document with the Clerk of the Court for the Judicial Panel on Multidistrict Litigation using the CM/ECF system, and furnished a copy by electronic mail to the following parties:

Martin Calhoun
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
mcalhoun@hollingsworthllp.com
**Attorneys for Defendant**
**MONSANTO COMPANY**

        MOLL LAW GROUP

        By: /s/ Stephen Cady
        Stephen Cady
        MOLL LAW GROUP
        22 W Washington Street,
        15th Floor
        Chicago, IL 60602
        T: (312) 462-1700
        F: (312) 756-0045
        scady@molllawgroup.com

        **ATTORNEYS FOR PLAINTIFF**