BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION | MDL NO: 2741 |
|---|---|

**SCHEDULE OF ACTIONS**

| Plaintiff | Defendant | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| William Taylor | Monsanto Company | Eastern District of Missouri | 4:19-cv-3217 | Patricia L. Cohen |
| Michael Malandruccolo | Monsanto Company | Northern District of Illinois | 1:19-cv-8020 | Joan H. Lefkow |
| Sheila Hays | Monsanto Company | Northern District of Illinois | 1:19-cv-8021 | Charles P. Kocoras |
| Joan Roach | Monsanto Company | Eastern District of Missouri | 4:19-cv-3218 | Nannette A. Baker |
| Kevin McInnis | Monsanto Company | Northern District of Illinois | 1:19-cv-8022 | Edmond E. Chang |
| Danny Kelley | Monsanto Company | Northern District of Illinois | 1:19-cv-8024 | John Z. Lee |
| Elizabeth Davis | Monsanto Company | Eastern District of Missouri | 4:19-cv-3219 | Stephen R. Clark |
| Rufus Benson | Monsanto Company | Eastern District of Missouri | 4:19-cv-3221 | Audrey G. Fleissig |

Respectfully submitted, this December 18, 2019

MOLL LAW GROUP

By: */s/ Stephen Cady*
Stephen Cady
Ken Moll
MOLL LAW GROUP
22 W Washington Street, 15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
scady@molllawgroup.com