**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Danny Tullius | Monsanto Co. | Eastern District of California (Sacramento) | 2:19-cv-02299-WBS-DMC | Senior District Judge William B. Shubb |
| **2.** | Laura McCool | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03260-AGF | District Judge Audrey G. Fleissig |
| **3.** | Paul Humphrey and Mary Humphrey | Monsanto Co. | District of Delaware (Wilmington) | 1:19-cv-02274-LPS | Chief District Judge Leonard P. Stark |