## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 19, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Jennifer Ann Moore, Esq.
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY 40208
Phone: (502) 717-4080
Email: jennifer@moorelawgroup.com

Counsel for Plaintiff in *Tullius v. Monsanto Co.,* 2:19-cv-02299-WBS-DMC (E.D. Cal.).

Lauren E. Bronson, Esq.
NEWMAN BRONSON & WALLIS
2300 West Port Plaza Drive
St. Louis, MO 63146
Phone: (314) 878-8200
Email: lbronson@newmanbronson.com

Counsel for Plaintiff in *McCool v. Monsanto Co.,* 4:19-cv-03260-AGF (E.D. Mo.).

Ian Connor Bifferato, Esq.
THE BIFFERATO FIRM, PA
1007 North Orange Street
4th Floor
Wilmington, DE 19801
Phone: (302) 225-7600
Email: cbifferato@tbf.legal

Counsel for Plaintiffs in *Humphrey, et al. v. Monsanto Co.,* 1:19-cv-02274-LPS (D. Del.).

1

Dated: December 19, 2019	Respectfully submitted,

	/s/ Joe G. Hollingsworth
	Joe G. Hollingsworth, Esq.
	(jhollingsworth@hollingsworthllp.com)
	HOLLINGSWORTH LLP
	1350 I Street, N.W.
	Washington, D.C. 20005
	Phone: (202) 898-5800
	Fax:    (202) 682-1639

	*Attorneys for Defendant Monsanto Company*