**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| | Kimber Williamson and Diane Williamson | Monsanto Company, Bayer Corporation, and Bayer, AG | Northern District of Ohio (Toledo) | 3:19-cv-02846-JJH | District Judge Jeffrey J. Helmick |

1