**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on December 23, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Jonathan M. Ashton, Esq.
GALLON, TAKACS, BOISSONEAULT & SCHAFFER
3516 Granite Circle
Toledo, OH 43617
Phone: (419) 843-2001
Email: jashton@gallonlaw.com

Counsel for Plaintiffs in *Williamson, et al. v. Monsanto Co., et al.*, 3:19-cv-02846-JJH (N.D. Ohio).

Undersigned counsel for Monsanto Company also represents Defendant Bayer Corporation in *Williamson, et al. v. Monsanto Co., et al.*, 3:19-cv-02846-JJH (N.D. Ohio), so it is unnecessary to serve copies of the foregoing Notice of Potential Tag-Along Action separately on Bayer Corporation.

Copies of the foregoing were also caused to be served via Fed-Ex on defendant Bayer AG (which has not been served with the summons or complaint in *Williamson, et al. v. Monsanto Co., et al.*, 3:19-cv-02846-JJH (N.D. Ohio)) as follows:

    Bayer AG
    Attn: General Counsel
    Law, Patents & Compliance
    Building Q 26, 1.008
    51368 Leverkusen, Germany

2

Dated: December 23, 2019				Respectfully submitted,

						/s/ Joe G. Hollingsworth
						Joe G. Hollingsworth, Esq.
						(jhollingsworth@hollingsworthllp.com)
						HOLLINGSWORTH LLP
						1350 I Street, N.W.
						Washington, D.C. 20005
						Phone: (202) 898-5800
						Fax:    (202) 682-1639

						*Attorneys for Defendant Monsanto Company*