**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF SUPPLEMENTAL AUTHORITY RE:
PLAINTIFF'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-166)**

Monsanto Company ("Monsanto") hereby submits as Exhibit 1 the attached Order granting Monsanto's Motion to Stay Proceedings Pending the Judicial Panel on Multidistrict Litigation's ruling on transfer of the *Bodiford* case (CTO-166). *See* Ex. 1, Order, *Bodiford v. Monsanto Co., et al.*, 1:19-cv-03133-JFA (D.S.C. Dec. 20, 2019), ECF No. 23, at 4 (noting that "the parties have raised jurisdictional issues in their briefs on remand that are both difficult and likely identical to jurisdictional issues raised in other cases before Judge Chhabria . . . the interests of judicial economy and consistency outweigh the slight delay Plaintiff may experience."). This request supplements the information provided in Monsanto's Opposition to Plaintiff's Motion to Vacate Conditional Transfer Order (CTO-166), ECF No. 1520.

Dated: December 23, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant
Monsanto Company*

1