**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | David A. Taliaferro and Margaret T. Taliaferro | Monsanto Co. | Eastern District of Virginia (Richmond) | 3:19-cv-00908-HEH | Senior District Judge Henry E. Hudson |
| 2. | Thomas I. Fallon and Brigitte B. Fallon | Monsanto Co. | Southern District of New York (White Plains) | 7:19-cv-10659-VB | District Judge Vincent L. Briccetti |
| 3. | Edward H. Johnson and Carolyn S. Weeks | Monsanto Co. | Northern District of Georgia (Atlanta) | 1:19-cv-05554-MHC | District Judge Mark H. Cohen |
| 4. | Michael F. Kearins | Monsanto Co., ABC Corporations and John Does | District of New Jersey (Trenton) | 3:19-cv-21365-AET-TJB | District Judge Anne E. Thompson |
| 5. | Karl Kimura | Monsanto Co. | District of Hawaii (Hawaii) | 1:19-cv-00662-JMS-RT | Chief District Judge J. Michael Seabright |
| 6. | Sigrid Kirschman (Estate of Richard Kirschman, by and through Sigrid Kirschman, Administrator, and Sigrid Kirschman as surviving spouse of Richard Kirschman on behalf of all legal heirs of Richard Kirschman) | Monsanto Co | Eastern District of Missouri (St. Louis) | 4:19-cv-03104-SNLJ | District Judge Stephen N. Limbaugh, Jr. |

1

2

| 7. | Thomas J. Richards and Heather E. Richards | Monsanto Co | Middle District of Florida (Jacksonville) | 3:19-cv-01380-TJC-PDB | District Judge Timothy J. Corrigan |