**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 23, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Robert Emmet Bryne, Esq.
MARTINWREN, P.C.
400 Locust Avenue
Suite I
Charlottesville, VA 22902
Phone: (434) 817-3110
Email: byrne@martinwrenlaw.com

Counsel for Plaintiffs in *Taliaferro, et al. v. Monsanto Co.,* 3:19-cv-00908-HEH (E.D. Va.).

Manuel D. Gomez, Esq.
MANUEL D. GOMEZ & ASSOCIATES, P.C.
225 Broadway
Suite 1010
New York, NY 10007
Phone: (212) 571-2640
Email: manueldgomezesq@gmail.com

Counsel for Plaintiffs in *Fallon, et al. v. Monsanto Co.,* 7:19-cv-10659-VB (S.D.N.Y.).

Ryan Milun, Esq.
THE KILLIAN LAW FIRM, P.C.
555 Route 1 South
Suite 430
Iselin, NJ 08830
Phone: (732) 912-2100
Email: rmilun@tkfpc.com

Counsel for Plaintiff in *Kearins v. Monsanto Co., et al.,* 3:19-cv-21365-AET-TJB (D.N.J.).

Caroline Gray McGlamry, Esq.
Joshua Adam Karr, Esq.
Michael Lee McGlamry, Esq.
N. Kirkland Pope, Esq.
POPE MCGLAMRY, P.C.
3391 Peachtree Road, Northeast
Suite 300
Atlanta, GA 31126
Phone: (404) 523-7706
Email: carolinemcglamry@pmkm.com
Email: joshkarr@pmkm.com
Email: efile@pmkm.com
Email: efile@pmkm.com

Counsel for Plaintiffs in *Johnson, et al. v. Monsanto Co.,* 1:19-cv-05554-MHC (N.D. Ga.).

Denise M. Hevicon, Esq.
Maria F. Penn, Esq.
Michael Jay Green, Esq.
DENISE M. HEVICON, AAL
LAW OFFICE OF MARIA F.PENN, AAL, ALC
841 Bishop Street
Suite 2210
Honolulu, HI 96813
Phone: (808) 523-5751
Email: denise@dmheviconlaw.com
Email: mfpenn@hawaii.rr.com
Email: michaeljgreen@hawaii.rr.com

Co-counsel for Plaintiff in *Kimura v. Monsanto Co.,* 1:19-cv-00662-JMS-RT (D. Haw.).

Martin Daniel Crump, Esq.
DAVIS AND CRUMP, PC
2601 14th Street
Gulfport, MS 39501
Phone: (228) 863-6000
Email: martin.crump@daviscrump.com

Counsel for Plaintiff in *Kirschman v. Monsanto Co.*, 4:19-cv-03104-SNLJ (E.D. Mo.).

Christopher Shakib, Esq.
TERRELL HOGAN, PA
233 East Bay Street
8th Floor
Jacksonville, FL 32202
Phone: (904) 632-2027
Email: shakib@terrellhogan.com

Counsel for Plaintiffs in *Richards, et al. v. Monsanto Co.*, 3:19-cv-01380-TJC-PDB (M.D. Fla.).

Dated: December 23, 2019                     Respectfully submitted,

                                                     /s/ Joe G. Hollingsworth
                                                     Joe G. Hollingsworth, Esq.
                                                     (jhollingsworth@hollingsworthllp.com)
                                                     HOLLINGSWORTH LLP
                                                     1350 I Street, N.W.
                                                     Washington, D.C. 20005
                                                     Phone: (202) 898-5800
                                                     Fax:    (202) 682-1639

                                                     *Attorneys for Defendant Monsanto Company*