**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS           MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| **1.** | Bob Shackelford | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03118-AGF | District Judge Audrey G. Fleissig |
| **2.** | Kathleen Coombs, individually and on behalf of the Estate of Conan Coombs | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03120-SRC | District Judge Stephen R. Clark |
| **3.** | Leontine F. Wascom | Monsanto Co. | Eastern District of Louisiana (New Orleans) | 2:19-cv-14647-SSV-DMD | District Judge Sarah S. Vance |