**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 24, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

David Matthew Haynie, Esq.
FORESTER HAYNIE PLLC
1701 North Market Street
Suite 210
Dallas, TX 75202
Phone: (214) 210-2100
Email: matthew@foresterhaynie.com

Counsel for Plaintiffs in *Shackelford v. Monsanto Co.*, 4:19-cv-03118-AGF (E.D. Mo.); *Coombs v. Monsanto Co.*, 4:19-cv-03120-SRC (E.D. Mo.).

Preston Lee Hayes, Esq.
Ryan Paul Monsour, Esq.
Zachary Rhys Smith, Esq.
CHEHARDY, SHERMAN, WILLIAMS, MURRAY, RECILE, STAKELUM & HAYES, LLC
One Galleria Boulevard
Suite 1100
Metairie, LA 70001
Phone: (504) 833-5600
Email: plh@chehardy.com
Email: rpm@chehardy.com
Email: zrs@chehardy.com

Counsel for Plaintiff in *Wascom v. Monsanto Co.*, 2:19-cv-14647-SSV-DMD (E.D. La.).

2

Dated: December 24, 2019						Respectfully submitted,


							/s/ Joe G. Hollingsworth
							Joe G. Hollingsworth, Esq.
							(jhollingsworth@hollingsworthllp.com)
							HOLLINGSWORTH LLP
							1350 I Street, N.W.
							Washington, D.C. 20005
							Phone: (202) 898-5800
							Fax:    (202) 682-1639

							*Attorneys for Defendant Monsanto Company*