BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION          MDL No. 2741

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, undersigned counsel writes to notify you of the potential tag-along action listed on the attached Schedule of Action. The docket sheet and complaint are attached.

**VARNUM, LLP**
Attorneys for Plaintiff Randall L. Zuiderveen, as Personal Representative of the Estate of Merlin Nelson Zuiderveen

Dated: December 30, 2019

By: /s/*Brion B. Doyle*
Adam J. Brody (P62035)
Brion B. Doyle (P67870)
Seth B. Arthur (P82033)
Business Address, Telephone, and E-mail:
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
ajbrody@varnumlaw.com
bbdoyle@varnumlaw.com
sbarthur@varnumlaw.com

15810324_1.docx