BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS                      MDL No. 2741
LIABILITY LITIGATION


## NOTICE OF POTENTIAL TAG-ALONG ACTION

### SCHEDULE OF ACTIONS

|   | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Randall L. Zuiderveen, as Personal Representative of the Estate of Merlin Nelson Zuiderveen, deceased | Bayer-Monsanto Company | Western District of Michigan | 1:19-cv-01022-JTN-RSK | Janet T. Neff |

**VARNUM, LLP**
Attorneys for Plaintiff, Randall L. Zuiderveen, as Personal Representative of the Estate of Merlin Nelson Zuiderveen, deceased.

Dated:  December 30, 2019

By:  /s/*Brion B. Doyle*
        Adam J. Brody (P62035)
        Brion B. Doyle (P67870)
        Seth B. Arthur (P82033)
Business Address, Telephone, and E-mail:
        Bridgewater Place, P.O. Box 352
        Grand Rapids, MI 49501-0352
        (616) 336-6000
        ajbrody@varnumlaw.com
        bbdoyle@varnumlaw.com
        sbarthur@varnumlaw.com

15389368_1.docx