BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS           MDL No. 2741
LIABILITY LITIGATION

## PROOF OF SERVICE

I hereby certify that on December 30, 2019, I electronically filed the foregoing Notice of Potential Tag-Along Action with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which will send notification to all counsel of record.

**VARNUM, LLP**
Attorneys for Plaintiff, Randall L. Zuiderveen, as Personal Representative of the Estate of Merlin Nelson Zuiderveen, deceased.

Dated: December 30, 2019      By: /s/*Brion B. Doyle*
                                           Adam J. Brody (P62035)
                                           Brion B. Doyle (P67870)
                                           Seth B. Arthur (P82033)
Business Address, Telephone, and E-mail:
         Bridgewater Place, P.O. Box 352
         Grand Rapids, MI 49501-0352
         (616) 336-6000
         ajbrody@varnumlaw.com
         bbdoyle@varnumlaw.com
         sbarthur@varnumlaw.com