**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| | Timothy Norbert Pieper and Mary Kathleen Pieper | Monsanto Co. | District of Nebraska (Omaha) | 8:19-cv-00564-RFR-CRZ | District Judge Robert F. Rossiter, Jr. |