**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Barry Kivor, deceased, and Nancy Kivor, Individually and as Personal Representative | Monsanto Co. | Southern District of Florida (West Palm Beach) | 9:19-cv-81673-RAR | District Judge Rodolfo A. Ruiz |
| 2. | Beverly A. DesRosiers and Mark DesRosiers | Monsanto Co. | Eastern District of Tennessee (Chattanooga) | 1:19-cv-00367 | Unassigned |
| 3. | William Edward Flowers, Sr. | Monsanto Co. | Middle District of Tennessee (Nashville) | 3:19-cv-01123 | District Judge William L. Campbell, Jr. |

1