BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 31, 2019 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Andrew Thomas Kagan, Esq.
KAGAN LAW FIRM
8191 College Parkway
Suite 303
Fort Meyers, FL 33919
Phone: (239) 466-1161
Email: Andrew@kaganlegalgroup.com

Counsel for Plaintiffs in *Kivor, et al. v. Monsanto Co.*, 9:19-cv-81673-RAR (S.D. Fla.).

T. David Hoyle, Esq.
MOTLEY RICE, LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Phone: (843) 216-9000

Jimmy F. Rodgers, Jr., Esq.
SUMMERS, RUFOLO & RODGERS, P.C.
The James Building
735 Broad Street
Suite 800
Chattanooga, TN 37402
Phone: (423) 265-2385
Email: jrodgers@summersfirm.com

Co-counsel for Plaintiffs in *DesRosiers, et al. v. Monsanto Co.*, 1:19-cv-00367 (E.D. Tenn.).

Clifton David Briley, Esq.
BONE, MCALLESTER & NORTON, PLLC
511 Union Street
Suite 1600
Nashville, TN 37219
Phone: (615) 238-6392
Email: dbriley@bonelaw.com

Counsel for Plaintiff in *Flowers v. Monsanto Co.*, 3:19-cv-01123 (M.D. Tenn.).

Dated: December 31, 2019                    Respectfully submitted,

                                                       /s/ Joe G. Hollingsworth
                                                      Joe G. Hollingsworth, Esq.
                                                      (jhollingsworth@hollingsworthllp.com)
                                                      HOLLINGSWORTH LLP
                                                      1350 I Street, N.W.
                                                      Washington, D.C. 20005
                                                      Phone: (202) 898-5800
                                                      Fax:    (202) 682-1639

                                                      *Attorneys for Defendant Monsanto Company*