# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 12/27/19, 12/30/19

**District Court: D. Minnesota**

**Number of Actions: 5**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL