**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Donald Hameister, by and through his Power of Attorney, Pamela Hameister | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03342-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 2. | Sheldon Harrington | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03343-JMB | Magistrate Judge John M. Bodenhausen |
| 3. | Almeita Helton, Individually and as Administratrix of the Estate of James Helton | Monsanto Co. | District of Delaware (Wilmington) | 1:19-cv-02372-UNA | Unassigned |
| 4. | Sharon Osborne, by and through her Power of Attorney Lorna Osborne | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03333-SEP | District Judge Sarah E. Pitlyk |
| 5. | Sandra Phillips, Individually and as Administratrix of the Estate of Norman Phillips | Monsanto Co. | District of Delaware (Wilmington) | 1:19-cv-02373-UNA | Unassigned |
| 6. | Jacquelyn Purner | Monsanto Co | Eastern District of Missouri (St. Louis) | 4:19-cv-03330-SEP | District Judge Sarah E. Pitlyk |
| 7. | Delano Tucker | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03334-SRC | District Judge Stephen R. Clark |