BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | David Concepcion | Monsanto Co. | Eastern District of California (Sacramento) | 2:20-cv-00021-KJM-KJN | Chief District Judge Kimberly J. Mueller |
| 2. | Laura Dalton | Monsanto Co. | Eastern District of California (Sacramento) | 2:20-cv-00023-TLN-AC | District Judge Troy L. Nunley |
| 3. | Alan Huffman | Monsanto Co. | Eastern District of California (Sacramento) | 2:20-cv-00024-JAM-DB | District Judge John A. Mendez |
| 4. | Patrick Hayes Quigley | Monsanto Co. | Eastern District of California (Sacramento) | 2:20-cv-00025-WBS-KJN | Senior District Judge William B. Shubb |
| 5. | Harrill Wayne Smith | Monsanto Co. | Eastern District of California (Sacramento) | 2:20-cv-00026-JAM-EFB | District Judge John A. Mendez |
| 6. | Laurie Wood | Monsanto Co. | Eastern District of California (Sacramento) | 2:20-cv-00028-TLN-EFB | District Judge Troy L. Nunley |
| 7. | William Servadio | Monsanto Co. | Eastern District of California (Sacramento) | 2:20-cv-00015-KJM-CKD | Chief District Judge Kimberly J. Mueller |
| 8. | Trina Applegate | Monsanto Co. | Eastern District of California (Sacramento) | 2:20-cv-00016-TLN-DB | District Judge Troy L. Nunley |
| 9. | Loretta Miller and Guy Miller | Monsanto Co. | Western District of Pennsylvania (Pittsburgh) | 2:19-cv-01052-MJH | District Judge Marilyn J. Horan |

| | | | | | |
|---|---|---|---|---|---|
| 10. | Orlando O Copeland, Administrator of the Estate of Dunston O. Copeland | Monsanto Co. | Southern District of New York (Foley Square) | 1:19-cv-11380-VEC | District Judge Valerie E. Caproni |
| 11. | Pamela Keeney | Monsanto Co. and John Does 1 through 100 inclusive | Eastern District of Missouri (St. Louis) | 4:19-cv-03108-SRC | District Judge Stephen R. Clark |
| 12. | Daniel Monroe | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03344-SNLJ | District Judge Stephen N. Limbaugh, Jr. |