**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on January 7, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Thomas Sims, Esq.
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Email: tsims@baronbudd.com

Counsel for Plaintiffs in *Concepcion v. Monsanto Co.*, 2:20-cv-00021-KJM-KJN (E.D. Cal.); *Dalton v. Monsanto Co.*, 2:20-cv-00023-TLN-AC (E.D. Cal.); *Huffman v. Monsanto Co.*, 2:20-cv-00024-JAM-DB (E.D. Cal.); *Quigley v. Monsanto Co.*, 2:20-cv-00025-WBS-KJN (E.D. Cal.); *Smith v. Monsanto Co.*, 2:20-cv-00026-JAM-EFB (E.D. Cal.); *Wood v. Monsanto Co.*, 2:20-cv-00028-TLN-EFB (E.D. Cal.); *Servadio v. Monsanto Co.*, 2:20-cv-00015-KJM-CKD (E.D. Cal.); *Applegate v. Monsanto Co.*, 2:20-cv-00016-TLN-DB (E.D. Cal.).

David L. Lutz, Esq.
HANDLER, HENNING & ROSENBERG, LLC
1300 Linglestown Road
Suite 2
Harrisburg, PA 17110
Phone: (717) 222-2222
Email: lutz@hhrlaw.com

Counsel for Plaintiffs in *Miller, et al. v. Monsanto Co.*, 2:19-cv-01052 (W.D. Pa.).

Paul D. Rheingold, Esq.
RHEINGOLD, GIUFFRA, RUFFO & PLOTKIN, LLP
113 East 37th Street
New York, NY 10016
Phone: (212) 684-1880
Email: slevin@rheingoldlaw.com

Counsel for Plaintiff in *Copeland v. Monsanto Co.*, 1:19-cv-11380-VEC (S.D.N.Y.).

Emily Jo Kirk, Esq.
MCCUNE WRIGHT AREVALO, LLP
3281 East Guasti Road
Ontario, CA 91761
Phone: (909) 557-1275
Email: ejk@mccunewright.com

Counsel for Plaintiff in *Keeney v. Monsanto Co., et al.*, 4:19-cv-03108-SRC (E.D. Mo.).

Enrique Elliot Adler, Esq.
ADLER LAW GROUP, APLC
402 West Broadway
Suite 860
San Diego, CA 92101
Phone: (619) 531-8700
Email: eadler@theadlerfirm.com

Counsel for Plaintiff in *Monroe v. Monsanto Co.*, 4:19-cv-03344-SNLJ (E.D. Mo.).


Dated: January 7, 2020                    Respectfully submitted,


                                          /s/ Joe G. Hollingsworth
                                          Joe G. Hollingsworth, Esq.
                                          (jhollingsworth@hollingsworthllp.com)
                                          HOLLINGSWORTH LLP
                                          1350 I Street, N.W.
                                          Washington, D.C. 20005
                                          Phone: (202) 898-5800
                                          Fax:    (202) 682-1639

                                          *Attorneys for Defendant Monsanto Company*