**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on January 7, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Perry A. Craft, Esq.
LAW OFFICE OF PERRY A. CRAFT, PLLC
402 BNA Drive
Building 100, Suite 202
Nashville, TN 37217
Phone: (615) 953-3808
Email: perrycraft@craftlegal.com

Counsel for Plaintiff in *Patton v. Monsanto Co.*, 3:19-cv-01079 (M.D. Tenn.).

Dated: January 7, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:   (202) 682-1639

*Attorneys for Defendant Monsanto Company*

1