**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL NO. 2741

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiff writes to notify the Clerk of the Panel of the related action listed in the attached Schedule of Action. The action referred to therein involves common questions of fact and law with the action previously transferred by the Panel to the United States District Court for the Northern District of California pursuant to 28 U.S.C.§ 1407.

Dated: January 7, 2020                    Respectfully submitted,

/s/ Thomas M. Sims
Thomas M. Sims (CA SBN 264174)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
tsims@baronbudd.com

*Counsel for Plaintiff*