**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL NO. 2741

**SCHEDULE OF ACTIONS**

|    | Case Caption | Case No. | Court | Judge |
|----|---|---|---|---|
| 1. | **Plaintiff(s):** Mark Patton<br>**Defendant(s):** Monsanto Company | 3:19-cv-01079 | Middle District of Tennessee | Hon. Judge William L. Campbell, Jr. |

Dated: January 7, 2019

Respectfully submitted,

/s/ Thomas M. Sims
Thomas M. Sims (CA SBN 264174)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
tsims@baronbudd.com

*Counsel for Plaintiff*

1