# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 1/3/20, 1/6/20

**District Court:** D. Minnesota & M.D. Louisiana

**Number of Actions:** 2

**Complaints and Docket Sheets are attached.**

_____
CLERK OF THE PANEL