# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Golden-Collum Memorial Federal Building & U.S. Courthouse
Office of the Clerk
207 N.W. Second Street
Ocala, FL 34475
(352) 369-4860
www.flmd.uscourts.gov

Elizabeth M. Warren  
Clerk of Court

Lisa Fannin  
Operations Supervisor

January 2, 2020

Jeff Luthi, Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, N.E.
Washington, DC 20002-8041

**RE: MDL No. 2741, In re: In re: Roundup Products Liability Litigation**

Dear Mr. Luthi:

Enclosed please find a copy of the docket sheet and complaint for the case listed below. These items are forwarded to you so that this case may be considered as a potential tag-along case in the above referenced litigation.

**Case # 5:19-cv-658-Oc-30PRL    Catanzarite v. Monsanto Company**

If I may be of further assistance, please let me know.

Sincerely,

s/L. Burget
Deputy Clerk

enclosures (as stated)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Golden-Collum Memorial Federal Building & U.S. Courthouse
Office of the Clerk
207 N.W. Second Street
Ocala, FL 34475
(352) 369-4860
www.flmd.uscourts.gov

Elizabeth M. Warren
Clerk of Court

Lisa Fannin
Operations Supervisor

January 2, 2020

Jeff Luthi, Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, N.E.
Washington, DC 20002-8041

**RE: MDL No. 2741, In re: In re: Roundup Products Liability Litigation.**

Dear Mr. Luthi:

Enclosed please find a copy of the docket sheet and complaint for the case listed below. These items are forwarded to you so that this case may be considered as a potential tag-along case in the above referenced litigation.

**Case # 5:19-cv-659-Oc-30PRL    Bussmann v. Monsanto Company**

If I may be of further assistance, please let me know.

Sincerely,

s/L. Burget
Deputy Clerk

enclosures (as stated)