BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Mark Delancellotti | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03384-NCC | Magistrate Judge Noelle C. Collins |
| 2. | Steven Dresh and Sharon Dresh | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03370-DDN | Magistrate Judge David D. Noce |
| 3. | Elaine Izer | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03350-SPM | Magistrate Judge Shirley Padmore Mensah |
| 4. | Susan Kallaus and Lonnie Kallaus | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03351-AGF | District Judge Audrey G. Fleissig |
| 5. | James Karl and Mary Karl | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03352-JAR | District Judge John A. Ross |
| 6. | Cynthia Lahr and Don Lahr | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03371-JAR | District Judge John A. Ross |
| 7. | Catarina Lenig and David Lenig | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03380-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 8. | Cheryl Lombardo | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03353-SRC | District Judge Stephen R. Clark |
| 9. | Andrea A. Lucky | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03372-SRC | District Judge Stephen R. Clark |

| | | | | | |
|---|---|---|---|---|---|
| 10. | Deborah Mardis and William Mardis | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03373-JAR | District Judge John A. Ross |
| 11. | James Masters, by and through his power of attorney, Anne Masters | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03354-PLC | Magistrate Judge Patricia L. Cohen |
| 12. | Jerrell McCathan | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03374-NAB | Chief Magistrate Judge Nannette A. Baker |
| 13. | Robert Miller and Brenda Miller | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03381-SEP | District Judge Sarah E. Pitlyk |
| 14. | Kurt Myers | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03382-NAB | Chief Magistrate Judge Nannette A. Baker |
| 15. | Michael Ricken | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03383-PLC | Magistrate Judge Patricia L. Cohen |
| 16. | Timothy Ryder | Monsanto Co. | District of Delaware (Wilmington) | 1:19-cv-02381-UNA | Unassigned |
| 17. | John Van Meter | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03363-SPM | Magistrate Judge Shirley Padmore Mensah |
| 18. | Ramon Torres and Mary Torres | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03362-JMB | Magistrate Judge John M. Bodenhausen |
| 19. | Rosita Ting, by and through her power of attorney Arlene Julius | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03361-NAB | Chief Magistrate Judge Nannette A. Baker |
| 20. | Michael Smith and Mary Smith | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03360-JAR | District Judge John A. Ross |
| 21. | Terry Watts | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03364-NCC | Magistrate Judge Noelle C. Collins |