**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on January 8, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Enrique Elliot Adler, Esq.
ADLER LAW GROUP, APLC
402 West Broadway
Suite 860
San Diego, CA 92101
Phone: (619) 531-8700
Email: eadler@theadlerfirm.com

Counsel for Plaintiffs in *Delancellotti v. Monsanto Co.*, 4:19-cv-03384-NCC (E.D. Mo.); *Dresh, et al. v. Monsanto Co.*, 4:19-cv-03370-DDN (E.D. Mo.); *Izer v. Monsanto Co.*, 4:19-cv-03350-SPM (E.D. Mo.); *Kallaus, et al. v. Monsanto Co.*, 4:19-cv-03351-AGF (E.D. Mo.); *Karl, et al. v. Monsanto Co.*, 4:19-cv-03352-JAR (E.D. Mo.); *Lahr, et al. v. Monsanto Co.*, 4:19-cv-03371-JAR (E.D. Mo.); *Lenig, et al. v. Monsanto Co.*, 4:19-cv-03380-SNLJ (E.D. Mo.); *Lombardo v. Monsanto Co.*, 4:19-cv-03353-SRC (E.D. Mo.); *Lucky v. Monsanto Co.*, 4:19-cv-03372-SRC (E.D. Mo.); *Mardis, et al. v. Monsanto Co.*, 4:19-cv-03373-JAR (E.D. Mo.); *Masters v. Monsanto Co.*, 4:19-cv-03354-PLC (E.D. Mo.); *McCathan v. Monsanto Co.*, 4:19-cv-03374-NAB (E.D. Mo.); *Miller, et al. v. Monsanto Co.*, 4:19-cv-03381-SEP (E.D. Mo.); *Myers v. Monsanto Co.*, 4:19-cv-03382-NAB (E.D. Mo.); *Ricken v. Monsanto Co.*, 4:19-cv-03383-PLC (E.D. Mo.); *Smith, et al. v. Monsanto Co.*, 4:19-cv-03360-JAR (E.D. Mo.); *Ting v. Monsanto Co.*, 4:19-cv-03361-NAB (E.D. Mo.); *Torres, et al. v. Monsanto Co.*, 4:19-cv-03362-JMB (E.D. Mo.); *Van Meter v. Monsanto Co.*, 4:19-cv-03363-SPM (E.D. Mo.); *Watts v. Monsanto Co.*, 4:19-cv-03364-NCC (E.D. Mo.).

Ian Connor Bifferato, Esq.
THE BIFFERATO FIRM, P.A.
1007 North Orange Street
4th Floor
Wilmington, DE 19801
Phone: (302) 225-7600
Email: cbifferato@tbf.legal

Counsel for Plaintiff in *Ryder v. Monsanto Co.*, 1:19-cv-02381-UNA (D. Del.).

Dated: January 8, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*