BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCT LIABILITY LITIGATION | MDL NO: 2741 |
|---|---|

**SCHEDULE OF ACTIONS**

| Plaintiff | Defendant | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| Gary Grieger | Monsanto Company | Northern District of Illinois | 1:20-cv-146 | Mary M. Rowland |
| Susan Wagner | Monsanto Company | Northern District of Illinois | 1:20-cv-171 | Thomas M. Durkin |
| Fred Oellien | Monsanto Company | Northern District of Illinois | 1:20-cv-148 | Elaine E. Bucklo |
| Karl Eckardt | Monsanto Company | Northern District of Illinois | 1:20-cv-151 | Andrea R. Wood |

Respectfully submitted, this January 9, 2020

MOLL LAW GROUP

By: /s/ Stephen Cady
Stephen Cady
Ken Moll
MOLL LAW GROUP
22 W Washington Street, 15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
scady@molllawgroup.com