BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Johan Newman | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03259-SRC | District Judge Stephen R. Clark |
| 2. | Roger Voorhis | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03311-SPM | Magistrate Judge Shirley Padmore Mensah |
| 3. | Sol Styles | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03238-HEA | District Judge Henry Edward Autrey |
| 4. | Irma Moreno | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03299-DDN | Magistrate Judge David D. Noce |
| 5. | Patrick Cornforth | Monsanto Co. | Southern District of California (San Diego) | 3:19-cv-02394-CAB-MDD | District Judge Cathy Ann Bencivengo |
| 6. | Phillip Jones | Monsanto Co. | Southern District of Ohio (Columbus) | 2:19-cv-05608-SDM-CMV | District Judge Sarah D. Morrison |
| 7. | Gerald Clark | Monsanto Co. | Northern District of Texas (Lubbock) | 5:19-cv-00271-H | District Judge James Wesley Hendrix |
| 8. | Betty J. Lloyd, individually and as Personal Representative of the Estate of Deceased Blaine E. Lloyd | Monsanto Co. | Northern District of Ohio (Toledo) | 3:19-cv-02944-JGC | Senior District Judge James G. Carr |

1

| | | | | | |
|---|---|---|---|---|---|
| 9. | Dan W. Webb and Rachael H. Webb | Monsanto Co. | Northern District of Mississippi (Aberdeen) | 1:19-cv-00212-GHD-DAS | Senior District Judge Glen H. Davidson |
| 10. | Shawnkitta Redd and Douglass Redd | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03357-SEP | District Judge Sarah E. Pitlyk |
| 11. | Randy Schlupp and Laura Schlupp | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03376-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 12. | Ramon Santiago | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03358-AGF | District Judge Audrey G. Fleissig |
| 13. | Allan McDonald and Arleda McDonald | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03355-PLC | Magistrate Judge Patricia L. Cohen |
| 14. | Gary Denson and Juanita Denson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03402-PLC | Magistrate Judge Patricia L. Cohen |
| 15. | Patricia Vandervelde | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03404-JAR | District Judge John A. Ross |
| 16. | Joshua Holmesly and Desiree Holmesly | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03403-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 17. | Lyle Kelsey and Jane Kelsey | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03389-AGF | District Judge Audrey G. Fleissig |
| 18. | Robert Risher and Jeanette Risher | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03388-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 19. | Harlan Rudolf and Cathlynn Rudolf | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03375-AGF | District Judge Audrey G. Fleissig |
| 20. | Jack Delain and Elizabeth Delain | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03347-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 21. | Billy J. Clapp | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03346-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| 22. | Tracy West and Jennifer Kirk | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03366-JMB | Magistrate Judge John M. Bodenhausen |
| 23. | Mary Williams and Michael Williams | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03367-AGF | District Judge Audrey G. Fleissig |

| | | | | | |
|---|---|---|---|---|---|
| **24.** | Anthony Young and Cynthia Young | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03368-AGF | District Judge Audrey G. Fleissig |
| **25.** | Gordon King and Kathy King | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03369-PLC | Magistrate Judge Patricia L. Cohen |
| **26.** | William Schroeder and Bonnie Schroeder | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03377-JAR | District Judge John A. Ross |
| **27.** | Siobhan Canney | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03378-SEP | District Judge Sarah E. Pitlyk |
| **28.** | Priscilla Hall | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03379-JMB | Magistrate Judge John M. Bodenhausen |
| **29.** | George Flores | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03385-AGF | District Judge Audrey G. Fleissig |
| **30.** | David Webber and Kathryn Webber | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03365-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| **31.** | Charles Dyson and Linda Dyson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03348-SEP | District Judge Sarah E. Pitlyk |
| **32.** | Ernest Martinez and Linda Martinez | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03401-AGF | District Judge Audrey G. Fleissig |
| **33.** | Jo Wall | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03391-SRC | District Judge Stephen R. Clark |
| **34.** | Lori Daigle | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03411-JAR | District Judge John A. Ross |