**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on January 9, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Martin Daniel Crump, Esq.
DAVIS AND CRUMP, P.C.
2601 14th Street
Gulfport, MS 39501
Phone: (228) 863-6000
Email: martin.crump@daviscrump.com

Counsel for Plaintiffs in *Newman v. Monsanto Co.*, 4:19-cv-03259-SRC (E.D. Mo.); *Voorhis v. Monsanto Co.*, 4:19-cv-03311-SPM (E.D. Mo.); *Styles v. Monsanto Co.*, 4:19-cv-03238-HEA (E.D. Mo.); *Moreno v. Monsanto Co.*, 4:19-cv-03299-DDN (E.D. Mo.).

Suzanne C. Skolnick, Esq.
SKOLNICK LAW GROUP
2170 South El Camino Real
Suite 215
Oceanside, CA 92054
Phone: (760) 585-7092
Email: suzanne@skolnicklawgroup.com

Counsel for Plaintiff in *Cornforth v. Monsanto Co.*, 3:19-cv-02394-CAB-MDD (S.D. Cal.).

1

David G. Utley, Esq.
COLLINS, ROCHE, UTLEY & GARNER, LLC
520 South Main Street
Suite 2551
Akron, OH 44311
Phone: (330) 247-2205
Email: dutley@cruglaw.com

Counsel for Plaintiff in *Jones v. Monsanto Co.*, 2:19-cv-05608-SDM-CMV (S.D. Ohio).

Terry Bryant, Esq.
LAW OFFICE OF TERRY BRYANT
8584 Katy Freeway
Suite 100
Houston, TX 77024
Phone: (713) 973-2667
Email: terry@terrybryant.com

Counsel for Plaintiff in *Clark v. Monsanto Co.*, 5:19-cv-00271-H (N.D. Tex.).

Wesley D. Merillat, Esq.
LAW OFFICE OF CHARLES E. BOYK
405 Madison Avenue
Suite 1200
Toledo, OH 43604
Phone: (419) 241-8731
Email: wmerillat@charlesboyk-law.com

Counsel for Plaintiff in *Lloyd v. Monsanto Co.*, 3:19-cv-02944-JGC (N.D. Ohio).

Taylor Hamilton Webb, Esq.
TOLLISON LAW FIRM
103 North Lamar Boulevard
Oxford, MS 38655
Phone: (662) 791-9352
Email: taylor@tollisonlaw.com

Counsel for Plaintiffs in *Webb, et al. v. Monsanto Co.*, 1:19-cv-00212-GHD-DAS (N.D. Miss.).

Enrique Elliot Adler, Esq.
ADLER LAW GROUP APLC
402 West Broadway
Suite 860
San Diego, CA 92101
Phone: (619) 531-8700
Email: eadler@theadlerfirm.com

Counsel for Plaintiffs in *West, et al. v. Monsanto Co.,* 4:19-cv-03366-JMB (E.D. Mo.); *Williams, et al. v. Monsanto Co.*, 4:19-cv-03367-AGF (E.D. Mo.); *Young, et al. v. Monsanto Co.,* 4:19-cv-03368-AGF (E.D. Mo.); *King, et al. v. Monsanto Co.,* 4:19-cv-03369-PLC (E.D. Mo.); *Schroeder, et al. v. Monsanto Co.,* 4:19-cv-03377-JAR (E.D. Mo.); *Canney v. Monsanto Co.,* 4:19-cv-03378-SEP (E.D. Mo.); *Hall v. Monsanto Co.,* 4:19-cv-03379-JMB (E.D. Mo.); *Flores v. Monsanto Co.,* 4:19-cv-03385-AGF (E.D. Mo.); *Webber, et al. v. Monsanto Co.,* 4:19-cv-03365-SNLJ (E.D. Mo.); *Dyson, et al. v. Monsanto Co.,* 4:19-cv-03348-SEP (E.D. Mo.); *Martinez, et al. v. Monsanto Co.,* 4:19-cv-03401-AGF (E.D. Mo.); *Wall v. Monsanto Co.,* 4:19-cv-03391-SRC (E.D. Mo.); *Daigle v. Monsanto Co.,* 4:19-cv-03411-JAR (E.D. Mo.); *Redd, et al. v. Monsanto Co.*, 4:19-cv-03357-SEP (E.D. Mo.); *Schlupp, et al. v. Monsanto Co.*, 4:19-cv-03376-SNLJ (E.D. Mo.); *Santiago v. Monsanto Co.*, 4:19-cv-03358-AGF (E.D. Mo.); *McDonald, et al. v. Monsanto Co.*, 4:19-cv-03355-PLC (E.D. Mo.); *Denson, et al. v. Monsanto Co.*, 4:19-cv-03402-PLC (E.D. Mo.); *Vandervelde v. Monsanto Co.*, 4:19-cv-03404-JAR (E.D. Mo.); *Homlesly, et al. v. Monsanto Co.*, 4:19-cv-03403-SNLJ (E.D. Mo.); *Kelsey, et al. v. Monsanto Co.*, 4:19-cv-03389-AGF (E.D. Mo.); *Risher, et al. v. Monsanto Co.*, 4:19-cv-03388-SNLJ (E.D. Mo.); *Rudolf, et al. v. Monsanto Co.*, 4:19-cv-03375-AGF (E.D. Mo.); *Delain, et al. v. Monsanto Co.*, 4:19-cv-03347-SNLJ (E.D. Mo.); *Clapp v. Monsanto Co.*, 4:19-cv-03346-SNLJ (E.D. Mo.).

Dated: January 9, 2020                    Respectfully submitted,


/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*