BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

---

IN RE: ROUNDUP PRODUCTS

LIABILITY LITIGATION                               MDL No: 2741

---

## NOTICE OF POTENTIAL "TAG-ALONG ACTION"

Pursuant to Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff, Karen Porter, hereby provides notice of the following potential "tag-along action" pending in federal district court, which is related to the actions subject to the Multidistrict Litigation in In Re: Roundup Products Liability Litigation, MDL Docket No. 2741. The title of the action is:

> *Karen Porter v. Monsanto Company, et al.*, U.S.D.C., Middle District of Tennessee Civil Action No. 3:19-cv-00792.

Attached as Exhibit A is a true and correct copy of the docket sheet and complaint in the above action. Plaintiff respectfully submits that this action should be considered a "tag-along action" for the purposes of this proceeding and should be transferred to the Honorable Vince Chhabria of the United States District Court for the Northern District of California for coordination or consolidation pursuant to 28 U.S.C. § 1407.

Dated: January 9, 2020                        Respectfully submitted,

                                              /s/    Behram V. Parekh
                                              Behram V. Parekh (SBN 180360)

Kirtland & Packard LLP
1638 S. Pacific Coast Highway
Redondo Beach, CA 90277
T (310) 536-1000 / F (310) 536-1001
bvp@kitlandpackard.com

*Attorneys for Plaintiff*

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE: Roundup Products**
**Liability Litigation**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Potential "Tag-Along Action" was served on all parties in the following cases electronically via ECF, or as indicated below, on January 9, 2020.

Dated this 9 January 2020.

/s/ Behram V. Parekh
Behram V. Parekh (SBN 180360)

Kirtland & Packard LLP
1638 S. Pacific Coast Highway
Redondo Beach, CA 90277
T (310) 536-1000 / F (310) 536-1001
bvp@kitlandpackard.com