3

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE:  Roundup Products
Liability Litigation**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Potential "Tag-Along Action" was served on all parties in the following cases electronically via ECF, or as indicated below, on January 9, 2020.

Dated this 9 January 2020.

/s/ Behram V. Parekh
Behram V. Parekh (SBN 180360)

Kirtland & Packard LLP
1638 S. Pacific Coast Highway
Redondo Beach, CA 90277
T (310) 536-1000 / F (310) 536-1001
bvp@kitlandpackard.com