**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Carolyn T. Gloudemans | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03386-SEP | District Judge Sarah E. Pitlyk |
| 2. | John Dziewa | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03349-SRC | District Judge Stephen R. Clark |