**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on January 10, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Enrique Elliot Adler, Esq.
ADLER LAW GROUP APLC
402 West Broadway
Suite 860
San Diego, CA 92101
Phone: (619) 531-8700
Email: eadler@theadlerfirm.com

Counsel for Plaintiffs in *Gloudemans v. Monsanto Co.,* 4:19-cv-03386-SEP (E.D. Mo.); *Dziewa v. Monsanto Co.,* 4:19-cv-03349-SRC (E.D. Mo.).

Dated: January 10, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*