BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

---

IN RE: ROUNDUP PRODUCTS

LIABILITY LITIGATION                                        MDL No: 2741

---

## AMENDED PROOF OF SERVICE TO

## NOTICE OF POTENTIAL "TAG-ALONG ACTION"

*Karen Porter v. Monsanto Company, et al.*, U.S.D.C., Middle District of Tennessee

Civil Action No. 3:19-cv-00792

## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**IN RE: Roundup Products**
**Liability Litigation**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Potential "Tag-Along Action" was served on all parties in the following cases electronically via ECF, or as indicated below, on January 10, 2020

Monsanto Company
c/o
Eric Lasker (by email)
Hollingsworth, LLP
1350 I Street, NW – Suite 900
Washington D.C. 20005
elasker@hollingsworthLLP.com
T (202) 898-5843

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated this 10 January 2020.

_____
Marti F. Clark, Legal Assistant

Kirtland & Packard LLP
1638 S. Pacific Coast Highway
Redondo Beach, CA 90277
T (310) 536-1000 / F (310) 536-1001
bvp@kitlandpackard.com

Attorneys for Plaintiff Karen Porter