BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Robert Herod and Rochelle Herod | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03387-SRC | District Judge Stephen R. Clark |
| 2. | Richard Hughen, as Special Administrator of The Estate of Carol Hughen | Monsanto Co. and John Does 1-5 | Western District of Arkansas (Fayetteville) | 5:19-cv-05232-TLB | District Judge Timothy L. Brooks |
| 3. | William Robbins, as Special Administrator of The Estate of Helen Robbins | Monsanto Co. and John Does 1-5 | Western District of Arkansas (Fayetteville) | 5:19-cv-05233-PKH | District Judge P.K. Holmes, III |
| 4. | Katherine McBride and Craig Sanslow | Monsanto Co. | Eastern District of Tennessee (Knoxville) | 3:20-cv-00001-TAV-HBG | District Judge Thomas A. Varlan |
| 5. | David Schrum and Hope Schrum | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03359-SRC | District Judge Stephen R. Clark |
| 6. | Heather Murray | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03356-SRC | District Judge Stephen R. Clark |
| 7. | Georgia Ann Duncan and Jay Duncan | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03279-NAB | Magistrate Judge Nannette A. Baker |
| 8. | Todd Wallace | Monsanto Co. and John Does 1-5 | Northern District of Mississippi (Oxford Division) | 3:19-cv-00293-MPM-RP | District Judge Michael P. Mills |

Case MDL No. 2741   Document 1569-1   Filed 01/13/20   Page 2 of 2

2

| | | | | | |
|---|---|---|---|---|---|
| 9. | Timothy J. Dierkes and Mary Dierkes | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03280-AGF | District Judge Audrey G. Fleissig |
| 10. | Henrietta Newsom & Elizabeth Hyde, Individually and on behalf of All Wrongful Death Beneficiaries of James Newsom | Monsanto Co. and John Does 1-5 | Northern District of Mississippi (Oxford Division) | 3:19-cv-00297-DMB-RP | District Judge Debra M. Brown |