**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on January 13, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Enrique Elliot Adler, Esq.
ADLER LAW GROUP APLC
402 West Broadway Street
Suite 860
San Diego, CA 92101
Phone: (619) 531-8700
Email: eadler@theadlerfirm.com

Counsel for Plaintiffs in *Herod, et al. v. Monsanto Co.*, 4:19-03387-SRC (E.D. Mo.); *Murray v. Monsanto Co.*, 4:19-03356-SRC (E.D. Mo.); *Schrum, et al. v. Monsanto Co.*, 4:19-03359-SRC (E.D. Mo.).

Matthew Crimmins, Esq.
CRIMMINS LAW FIRM LLC
214 South Spring Street
Independence, MO 64055
Phone: (816) 974-7220
Email: m.crimmins@crimminslawfirm.com

Counsel for Plaintiffs in *Duncan, et al. v. Monsanto Co.,* 4:19-cv-03279-NAB (E.D. Mo.); *Dierkes, et al. v. Monsanto Co.,* 4:19-cv-03280-AGF (E.D. Mo.).

Kyle Phillip Ludwig, Esq.
LUDWIG LAW FIRM
1 Three Rivers Drive
Little Rock, AR 72223
Phone: (504) 868-7501
Email: kyle@ludwiglawfirm.com

Counsel for Plaintiffs in *Hughen, et al. v. Monsanto Co.*, *et al.,* 5:19-cv-05232-TLB (W.D. Ark.); *Robbins, et al. v. Monsanto Co.*, *et al.,* 5:19-cv-05233-PKH (W.D. Ark.).

Jimmy F. Rodgers, Jr., Esq.
SUMMERS, RUFOLO & RODGERS, P.C.
The James Building
735 Broad Street
Suite 800
Chattanooga, TN 37402
Phone: (423) 265-2385
Email: jrodgers@summersfirm.com

Counsel for Plaintiffs in *McBride, et al. v. Monsanto Co.*, 3:20-cv-00001-TAV-HBG (E.D. Tenn.).

Jason L. Nabors, Esq.
NABORS LAW FIRM
735 Avignon Drive
Ridgeland, MS 39157
Phone: (601) 690-7270
Email: jason@naborslawfirm.com

Counsel for Plaintiffs in *Wallace v. Monsanto Co.*, *et al.,* 3:19-cv-00293-MPM-RP (N.D. Miss.); *Newsom, et al. v. Monsanto Co.*, *et al.,* 3:19-cv-00297-DMP-RP (N.D. Miss.).

Dated: January 13, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*