# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received:** 1/8/20, 1/9/20 & 1/10/20

**District Court: S.D. Mississippi, W.D. Arkansas, E.D. Arkansas & E.D. Washington**

**Number of Actions: 4**

**Complaints and Docket Sheets are attached.**

_____
CLERK OF THE PANEL