# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**
Clerk of Court

**Leslie M. Friedmann**
Fort Myers Division Manager
(239)461-2000

January 8, 2020

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:        Jean Belfleur et al v. Monsanto Company
Case No.   2:20-cv-11-FtM-60MRM

Dear Clerk:

     Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

                Sincerely,

                ELIZABETH M. WARREN
                CLERK

                By: /s/ Dianne Nipper, Deputy Clerk

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**  
Clerk of Court

**Leslie M. Friedmann**  
Fort Myers Division Manager  
(239)461-2000

January 10, 2020

Clerk of the Panel  
Judicial Panel on Multidistrict Litigation  
One Columbus Circle, Northeast  
Federal Judiciary Building  
Room G-255, North Lobby  
Washington, DC 20002

Re:     Patricia Ann Russell v. Monsanto Company  
Case No.     2:20-cv-18-FTM-38NPM

Dear Clerk:

    Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

                    Sincerely,

                    ELIZABETH M. WARREN,  
                    CLERK OF COURTS

                    By: M. Janczewski, Deputy Clerk