**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS    MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Herman Peavy | Monsanto Co. | Northern District of Alabama (Northeastern) | 5:19-cv-02066-LCB | District Judge Liles C. Burke |
| 2. | David J. Carter | Monsanto Co. | Northern District of Alabama (Southern) | 2:19-cv-02102-JHE | Magistrate Judge John H. England, III |
| 3. | Brent McCaleb | Monsanto Co. | Northern District of Alabama (Southern) | 2:19-cv-02097-SGC | Magistrate Judge Staci G. Cornelius |
| 4. | John D. McElvoy | Monsanto Co. | Northern District of Alabama (Northeastern) | 5:19-cv-02048-LCB | District Judge Liles C. Burke |
| 5. | Andrew P. Fant, III | Monsanto Co. | District of South Carolina (Greenville) | 6:19-cv-03476-MDL | Unassigned |