**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on January 16, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Joel Lee DiLorenzo, Esq.
THE DILORENZO LAW FIRM, LLC
505 20th Street North
Suite 1275
Birmingham, AL 35203
Phone: (205) 212-9988
Email: joel@dilorenzo-law.com

Counsel for Plaintiffs in *Peavy v. Monsanto Co.,* 5:19-cv-02066-LCB (N.D. Ala.); *Carter v. Monsanto Co.,* 2:19-cv-02102-JHE (N.D. Ala.); *McCaleb v. Monsanto Co.,* 2:19-cv-02097-SGC (N.D. Ala.); *McElvoy v. Monsanto Co.,* 5:19-cv-02048-LCB (N.D. Ala.).

Thomas David Hoyle, Esq.
William Taylor Carpentier Lacy, Esq.
MOTLEY RICE, LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Phone: (843) 216-9136
Email: dhoyle@motleyrice.com
Email: wlacy@motleyrice.com

Counsel for Plaintiff in *Fant v. Monsanto Co.,* 6:19-cv-03476-MDL (D.S.C.).

Dated: January 16, 2020                    Respectfully submitted,

   /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*