# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 1/13/20, 1/16/20

District Court: D. Arizona

Number of Actions: 18

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL