**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Kenneth Engelking and Lori Engelking | Monsanto Co. | District of Delaware (Wilmington) | 1:20-cv-00044-LPS | Chief District Judge Leonard P. Stark |
| 2. | Jacklyn Lee Anderson | Monsanto Co. | Middle District of Florida (Tampa) | 8:20-cv-00058-WFJ-AAS | District Judge William F. Jung |

1