**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on January 17, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Ian Connor Bifferato, Esq.
THE BIFFERATO FIRM, P.A.
1007 North Orange Street
4th Floor
Wilmington, DE 19801
Phone: (302) 225-7600
Email: cbifferato@tbf.legal

Counsel for Plaintiffs in *Engelking, et al. v. Monsanto Co.,* 1:20-cv-00044-LPS (D. Del.).

Eric D. Roslansky, Esq.
Austin Johnson Grinder, Esq.
THE RUTH LAW TEAM
8600 4th Street North
Saint Petersburg, FL 33733
Phone: (727) 327-3222
Email: eroslansky@getjustice.com
Email: agrinder@getjustice.com

Counsel for Plaintiff in *Anderson v. Monsanto Co.,* 8:20-cv-00058-WFJ-AAS (M.D. Fla.).

1

2

Dated: January 17, 2020 Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*