**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | James Vogel | Monsanto Co. | District of Delaware (Wilmington) | 1:20-cv-00043-RGA | District Judge Richard G. Andrews |
| 2. | Walter Cameron and Donna Cameron | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03399-PLC | Magistrate Judge Patricia L. Cohen |
| 3. | Jerry Klein and Bonnye Klein | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03400-DDN | Magistrate Judge David D. Noce |
| 4. | John Hinkle | Monsanto Co. | District of Nebraska (Omaha) | 8:20-cv-00032-BCB-MDN | District Judge Brian C. Buescher |