BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on January 21, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Ian Connor Bifferato, Esq.
THE BIFFERATO FIRM, P.A.
1007 North Orange Street
4th Floor
Wilmington, DE 19801
Phone: (302) 225-7600
Email: cbifferato@tbf.legal

Counsel for Plaintiff in *Vogel v. Monsanto Co.,* No. 1:20-cv-00043-RGA (D. Del.).

Enrique Elliot Adler, Esq.
ADLER LAW GROUP, APLC
402 West Broadway
Suite 860
San Diego, CA 92101
Phone: (619) 531-8700
Email: eadler@theadlerfirm.com

Counsel for Plaintiffs in *Cameron, et al. v. Monsanto Co.*, No. 4:19-cv-03399-PLC (E.D. Mo.); *Klein, et al. v. Monsanto Co.,* No. 4:19-cv-03400-DDN (E.D. Mo.).

Kevin J. Schneider, Esq.
Sydney M. Huss, Esq.
CLINE, WILLIAMS, WRIGHT, JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
Suite 1900
Lincoln, NE 68508
Phone: (402) 474-6900
Email: kschneider@clinewilliams.com
Email: shuss@clinewilliams.com

Counsel for Plaintiff in *Hinkle v. Monsanto Co.,* No. 8:20-cv-00032-BCB-MDN (D. Neb.).


Dated: January 21, 2020                Respectfully submitted,


                                       /s/ Joe G. Hollingsworth
                                       Joe G. Hollingsworth, Esq.
                                       (jhollingsworth@hollingsworthllp.com)
                                       HOLLINGSWORTH LLP
                                       1350 I Street, N.W.
                                       Washington, D.C. 20005
                                       Phone: (202) 898-5800
                                       Fax:    (202) 682-1639

                                       *Attorneys for Defendant Monsanto Company*