**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

---

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Ronald Keith Snodgrass | Monsanto Co. | District of Nebraska (Omaha) | 8:20-cv-00034-BCB-CRZ | District Judge Brian C. Buescher |
| 2. | Randy Vauthier, as Independent Administrator of the Estate of Phyllis Bunton, Deceased | Monsanto Co. | Southern District of Illinois (East St. Louis) | 3:19-cv-01219-SMY | District Judge Staci M. Yandle |
| 3. | Carol Schlaefer and Paul Linvog | Monsanto Co. | Western District of Washington (Seattle) | 2:20-cv-00098-BJR | Senior District Judge Barbara J. Rothstein |