BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on January 22, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

David A. Domina, Esq.
DOMINA LAW GROUP
2425 South 144th Street
Omaha, NE 68144
Phone: (402) 493-4100
Email: ddomina@dominalaw.com

Counsel for Plaintiff in *Snodgrass v. Monsanto Co.,* No. 8:20-cv-00034-BCB-CRZ (D. Neb.).

Daniel R. Seidman, Esq.
SEIDMAN MARGULIS & FAIRMAN, LLP
10805 Sunset Office Drive
Suite 300
Sunset Hills, MO 63127
Phone: (314) 238-1342
Email: dseidman@seidmanlaw.net

Counsel for Plaintiff in *Vauthier v. Monsanto Co.,* No. 3:19-cv-01219-SMY (S.D. Ill.).

Brian F. Ladenburg, Esq.
STRITMATTER KESSLER KOEHLER MOORE
3600 15th Avenue West
Suite 300
Seattle, WA 98119
Phone: (206) 448-1777
Email: brian@stritmatter.com

Counsel for Plaintiffs in *Schlaefer, et al. v. Monsanto Co.,* No. 2:20-cv-00098-BJR (W.D. Wash.).

2

Dated: January 22, 2020                              Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*