**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Michele Glavanovits | Monsanto Co. | Northern District of Illinois (Chicago) | 1:20-cv-00491 | District Judge Matthew F. Kennelly |
| **2.** | Jack Graves | Monsanto Co. | District of New Mexico (Albuquerque) | 1:19-cv-01191-KK-JHR | Magistrate Judge Kirtan Khalsa |
| **3.** | Joseph A. Haren and Dawn A. Haren | Monsanto Co. | District of Maryland (Greenbelt) | 8:20-cv-00072-PJM | Senior District Judge Peter J. Messitte |
| **4.** | Cathy Perkov | Monsanto Co. | District of Maryland (Baltimore) | 1:20-cv-00105-CCB | District Judge Catherine C. Blake |