## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on January 23, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Kyle R. Kasmarick, Esq.
SYREGELAS & KASMARICK, LLC
19 North Green Street
Chicago, IL 60607
Phone: (312) 243-0900
Email: kkasmarick@syregelaslaw.com

Counsel for Plaintiff in *Glavanovits v. Monsanto Co.,* No. 1:20-cv-00491 (N.D. Ill.).

Albert N. Thiel, Jr., Esq.
WILL FERGUSON & ASSOCIATES
1720 Louisiana Boulevard Northeast
Suite 100
Albuquerque, NM 87110
Phone: (505) 243-5566
Email: al@fergusonlaw.com

Counsel for Plaintiff in *Graves v. Monsanto Co.,* No. 1:19-cv-01191-KK-JHR (D.N.M.).

Aaron L. Moore, Esq.
BEKMAN, MARDER & ADKINS, LLC
300 West Pratt Street
Suite 450
Baltimore, MD 21201
Phone: (410) 539-6633
Email: moore@bmalawfirm.com

Counsel for Plaintiffs in *Haren, et al. v. Monsanto Co.,* No. 8:20-cv-00072-PJM (D. Md.); *Perkov v. Monsanto Co.,* No. 1:20-cv-00105-CCB (D. Md.).

2

Dated: January 23, 2020     Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*