**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION    MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Nicoletta Nicolacopoulos | Monsanto Co. | District of Massachusetts (Boston) | 1:19-cv-12359-LTS | District Judge Leo T. Sorokin |
| **2.** | Wayne Morin and Kathy Morin | Monsanto Co. | District of Massachusetts (Worcester) | 4:19-cv-12361-DHH | Chief Magistrate Judge David H. Hennessy |
| **3.** | Ronnie Horton | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03110-HEA | District Judge Henry Edward Autrey |
| **4.** | Donald C. Hanson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03160-SNLJ | District Judge Stephen N. Limbaugh, Jr. |