# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on January 24, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

David C. Strouss, Esq.
Evan R. Hoffman, Esq.
Jasmine M. Howard, Esq.
THORNTON LAW FIRM LLP
One Lincoln Street
25th Floor
Boston, MA 02111
Phone: (617) 720-1333
Email: dstrouss@tenlaw.com
Email: ehoffman@tenlaw.com
Email: jhoward@tenlaw.com

Counsel for Plaintiffs in *Nicolacopoulos v. Monsanto Co.,* No. 1:19-cv-12359-LTS (D. Mass.); *Morin, et al. v. Monsanto Co.,* No. 4:19-cv-12361-DHH (D. Mass.).

Martin Daniel Crump, Esq.
DAVIS AND CRUMP, P.C.
2601 14th Street
Gulfport, MS 39501
Phone: (228) 863-6000
Email: martin.crump@daviscrump.com

Counsel for Plaintiffs in *Horton v. Monsanto Co.,* No. 4:19-cv-03110-HEA (E.D. Mo.); *Hanson v. Monsanto Co.,* No. 4:19-cv-03160-SNLJ (E.D. Mo.).

Dated: January 24, 2020                               Respectfully submitted,

  /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*