# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received: 1/23/20, 1/24/20**

**District Court: E.D. Louisiana, W.D. New York & E.D. Washington**

**Number of Actions: 4**

**Complaints and Docket Sheets are attached.**

_____
CLERK OF THE PANEL