**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS   MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Howard B. Miller and Linda C. Miller | Monsanto Co. | District of Maryland (Baltimore) | 1:20-cv-00139-RDB | District Judge Richard D. Bennett |
| 2. | Robert Douglas Mulder | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-03207-SCB-CPT | Senior District Judge Susan C. Bucklew |
| 3. | Richard Estil Campbell | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-03191-CEH-CPT | District Judge Charlene Edwards Honeywell |
| 4. | Michael N. Kaup and LaVonne Kaup | Monsanto Co. | District of Nebraska (Omaha) | 8:20-cv-00044-JFB-MDN | Senior District Judge Joseph F. Bataillon |