**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Charles J. Faes | Monsanto Co. and John Does 1-10 | Northern District of New York (Syracuse) | 5:19-cv-01008-DNH-TWD | District Judge David N. Hurd |
| **2.** | Jason J. Connolly | Monsanto Co. and John Does 1-10 | Northern District of New York (Syracuse) | 5:19-cv-01011-GLS-TWD | Senior District Judge Gary L. Sharpe |