**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on January 28, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Michael P. Kenny, Esq.
KENNY & KENNY, PLLC
315 West Fayette Street
Syracuse, NY 13202
Phone: (315) 471-0524
Email: mpkennyesq@msn.com

Counsel for Plaintiffs in *Faes v. Monsanto Co., et al.,* No. 5:19-cv-01008-DNH-TWD (N.D.N.Y.); *Connolly v. Monsanto Co., et al.,* No. 5:19-cv-01011-GLS-TWD (N.D.N.Y.).

Dated: January 28, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*