**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|     | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
| --- | --- | --- | --- | --- | --- |
| 1.  | Maria Creamer, Individually and as Personal Representative of the Estate of Harry Creamer, Deceased | Monsanto Co. | Southern District of Florida (Fort Pierce) | 2:20-cv-14009-RLR | District Judge Robin L. Rosenberg |
| 2.  | Alexander Sarafian and Kara Sarafian | Monsanto Co. | Eastern District of Michigan (Detroit) | 2:19-cv-13601-SJM-RSW | District Judge Stephen J. Murphy, III |