# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on January 28, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

T. Michael Morgan, Esq.
MORGAN & MORGAN, PA
20 North Orange Avenue
Suite 1600
Orlando, FL 32801
Phone: (407) 314-3320
Email: mmorgan@forthepeople.com

Counsel for Plaintiff in *Creamer v. Monsanto Co.,* No. 2:20-cv-14009-RLR (S.D. Fla.).

David B. Timmis, Esq.
VANDEVEER GARZIA
840 West Long Lake Road
Suite 600
Troy, MI 48098
Phone: (248) 312-2800
Email: dtimmis@vgpclaw.com

Counsel for Plaintiffs in *Sarafian, et al. v. Monsanto Co.,* No. 2:19-cv-13601-SJM-RSW (E.D. Mich.).

1

2

Dated: January 28, 2020          Respectfully submitted,

         /s/ Joe G. Hollingsworth
         Joe G. Hollingsworth, Esq.
         (jhollingsworth@hollingsworthllp.com)
         HOLLINGSWORTH LLP
         1350 I Street, N.W.
         Washington, D.C. 20005
         Phone: (202) 898-5800
         Fax:     (202) 682-1639

*Attorneys for Defendant Monsanto Company*