# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**

| | | |
|---|---|---|
| Behn v. Monsanto Company, | ) | |
|     D. Arizona, C.A. No. 2:19-05500 | ) | MDL No. 2741 |

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Behn*) on January 21, 2020. The Panel has now been advised that *Behn* was dismissed in the District of Arizona in a minute order filed on January 23, 2020.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-182" filed on January 21, 2020, is VACATED insofar as it relates to this action.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel