**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on January 29, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Terence Richard Coates, Esq.
Wilbert Benjamin Markovits, Esq.
Justin Charles Walker, Esq.
MARKOVITS, STOCK & DEMARCO, LLC
3825 Edwards Road
Suite 650
Cincinnati, OH 45209
Phone: (513) 651-3700
Email: tcoates@msdlegal.com
Email: bmarkovits@msdlegal.com
Email: jwalker@msdlegal.com

Counsel for Plaintiffs in *Dektas, et al. v. Monsanto Co.,* No. 1:19-cv-01000-DRC-KLL (S.D. Ohio).

Dated: January 29, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*