# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received:** 1/27/20, 1/28/20

**District Court:** W.D. New York

**Number of Actions:** 6

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL