# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received: 1/28/20, 1/29/20**

**District Court: W.D. Arkansas & E.D. Arkansas**

**Number of Actions: 2**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL