# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received: 1/29/20**

**District Court: D. South Carolina & D. Nebraska**

**Number of Actions: 2**

**Complaints and Docket Sheets are attached.**

_____

CLERK OF THE PANEL