**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION  MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | J. Klaren Deem | Monsanto Co. and Does 1 through 100 inclusive | Eastern District of Missouri (St. Louis) | 4:20-cv-00058-SRC | District Judge Stephen R. Clark |
| 2. | Michael Henry Johnson | Monsanto Co. and Does 1 through 100 inclusive | Eastern District of Missouri (St. Louis) | 4:20-cv-00063-JAR | District Judge John A. Ross |
| 3. | Kaye Ann Barry | Monsanto Co. | Middle District of Florida (Tampa) | 8:19-cv-03174-SCB-CPT | Senior District Judge Susan C. Bucklew |
| 4. | Willie Leon Brown | Monsanto Co. | District of Maryland (Greenbelt) | 8:20-cv-00120-DKC | Senior District Judge Deborah K. Chasanow |