# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on January 30, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Emily Jo Kirk, Esq.
MCCUNE WRIGHT AREVALO, LLP
3281 East Guasti Road
Suite 100
Ontario, CA 91761
Phone: (909) 557-1250
Email: ejk@mccunewright.com

Counsel for Plaintiffs in *Deem v. Monsanto Co., et al.*, No. 4:20-cv-00058-SRC (E.D. Mo.); *Johnson v. Monsanto Co., et al.*, No. 4:20-cv-00063-JAR (E.D. Mo.).

G. Katherine Chambers, Esq.
MORGAN & MORGAN, PA
201 North Franklin Street
7th Floor
Tampa, FL 33602
Phone: (813) 223-5505
Email: kathychambers@forthepeople.com

Counsel for Plaintiff in *Barry v. Monsanto Co.,* No. 8:19-cv-03174-SCB-CPT (M.D. Fla.).

Aaron L. Moore, Esq.
BEKMAN, MARDER & ADKINS, LLC
300 West Pratt Street
Suite 450
Baltimore, MD 21201
Phone: (410) 539-6633
Email: moore@bmalawfirm.com

Counsel for Plaintiff in *Brown v. Monsanto Co.,* No. 8:20-cv-00120-DKC (D. Md.).

|  |  |
|---|---|
| Dated: January 30, 2020 | Respectfully submitted, |
|  | /s/ Joe G. Hollingsworth |
|  | Joe G. Hollingsworth, Esq. |
|  | (jhollingsworth@hollingsworthllp.com) |
|  | HOLLINGSWORTH LLP |
|  | 1350 I Street, N.W. |
|  | Washington, D.C. 20005 |
|  | Phone: (202) 898-5800 |
|  | Fax:    (202) 682-1639 |

*Attorneys for Defendant Monsanto Company*