**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Barbara Delane Lukacs | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:19-cv-01486-HES-MCR | Senior District Judge Harvey E. Schlesinger |
| 2. | Wendy Machen, Individually, and as Personal Representative of the Estate of Robert Machen, Jr., Deceased | Monsanto Co. | Southern District of Florida (Fort Pierce) | 2:20-cv-14010-KMM | Chief District Judge Kevin Michael Moore |
| 3. | Rodney Lynn | Monsanto Co. | District of Delaware (Wilmington) | 1:20-cv-00110-RGA | District Judge Richard G. Andrews |
| 4. | George Afanador and Gloria Afanador | Monsanto Co. | District of Delaware (Wilmington) | 1:20-cv-00111-LPS | Chief District Judge Leonard P. Stark |
| 5. | Richard P. Farrell | Monsanto Co. | District of South Carolina (Charleston) | 2:19-cv-03437-MDL | Unassigned |
| 6. | Kevin Mee | Monsanto Co. | District of Idaho (Boise) | 1:20-cv-00031-BLW | Chief District Judge B. Lynn Winmill |
| 7. | James G. Noucas, Jr. and Mary Noucas | Monsanto Co. | District of Delaware (Wilmington) | 1:20-cv-00128-RGA | District Judge Richard G. Andrews |