# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on January 31, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

T. Michael Morgan, Esq.  
G. Katherine Chambers, Esq.  
MORGAN & MORGAN, P.A.  
20 North Orange Avenue  
Suite 1600  
Orlando, FL 32801  
Phone: (407) 420-1414  
Email: mmorgan@forthepeople.com  
Email: kathychambers@forthepeople.com

Counsel for Plaintiffs in *Lukacs v. Monsanto Co.,* No. 3:19-cv-01486-HES-MCR (M.D. Fla.); *Machen v. Monsanto Co.,* No. 2:20-cv-14010-KMM (S.D. Fla.).

Ian Connor Bifferato, Esq.  
THE BIFFERATO FIRM, P.A.  
1007 North Orange Street  
4th Floor  
Wilmington, DE 19801  
Phone: (302) 225-7600  
Email: cbifferato@tbf.legal

Counsel for Plaintiffs in *Lynn v. Monsanto Co.,* No. 1:20-cv-00110-RGA (D. Del.); *Afanador, et al. v. Monsanto Co.,* No. 1:20-cv-00111-LPS (D. Del.); *Noucas, et al. v. Monsanto Co.,* No. 1:20-cv-00128-RGA (D. Del.).

Thomas David Hoyle, Esq.
William Taylor Carpentier Lacy, Esq.
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Phone: (843) 216-9136
Email: dhoyle@motleyrice.com
Email: wlacy@motleyrice.com

Counsel for Plaintiff in *Farrell v. Monsanto Co.,* No. 2:19-cv-03437-MDL (D.S.C.).

Robert K. Beck, Esq.
ROBERT K. BECK & ASSOCIATES
3456 East 17th Street
Suite 215
Idaho Falls, ID 83406
Phone: (208) 524-2664
Email: becklaw@ida.net

Counsel for Plaintiff in *Mee v. Monsanto Co.,* No. 1:20-cv-00031-BLW (D. Idaho).


Dated: January 31, 2020                    Respectfully submitted,


                                           /s/ Joe G. Hollingsworth
                                           Joe G. Hollingsworth, Esq.
                                           (jhollingsworth@hollingsworthllp.com)
                                           HOLLINGSWORTH LLP
                                           1350 I Street, N.W.
                                           Washington, D.C. 20005
                                           Phone: (202) 898-5800
                                           Fax:    (202) 682-1639

                                           *Attorneys for Defendant Monsanto Company*