**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Richard R. Elliott | Monsanto Co. | District of Maryland (Baltimore) | 1:20-cv-00236-ELH | District Judge Ellen L. Hollander |
| **2.** | Harold B. Thomas, Lynn L. Thomas, Debra D. Williams, and Robert L. Thomas, III | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00119-CDP | Senior District Judge Catherine D. Perry |
| **3.** | Diane M. Thomas, Lynn L. Thomas, Debra D. Williams, and Robert L. Thomas, III | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00118-JAR | District Judge John A. Ross |
| **4.** | David Kim Smith and Louise M. Smith | Monsanto Co. | District of Idaho (Moscow) | 3:20-cv-00041-DCN | Chief District Judge David C. Nye |