**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on February 3, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Aaron L. Moore, Esq.
BEKMAN, MARDER & ADKINS, LLC
300 West Pratt Street
Suite 450
Baltimore, MD 21201
Phone: (410) 539-6633
Email: moore@bmalawfirm.com

Counsel for Plaintiff in *Elliott v. Monsanto Co.,* No. 1:20-cv-00236-ELH (D. Md.).

Matthew Crimmins, Esq.
CRIMMINS LAW FIRM, LLC
214 South Spring Street
Independence, MO 64055
Phone: (816) 974-7220
Email: m.crimmins@crimminslawfirm.com

Co-counsel for Plaintiffs in *Thomas, et al. v. Monsanto Co.,* No. 4:20-cv-00119-CDP (E.D. Mo.); *Thomas, et al. v. Monsanto Co.,* No. 4:20-cv-00118-JAR (E.D. Mo.).

Wes S. Larsen, Esq.
JAMES, VERNON & WEEKS, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83814
Phone: (208) 667-0683
Email: wes@jvwlaw.net

Co-counsel for Plaintiffs in *Thomas, et al. v. Monsanto Co.,* No. 4:20-cv-00119-CDP (E.D. Mo.); *Thomas, et al. v. Monsanto Co.,* No. 4:20-cv-00118-JAR (E.D. Mo.).

Wes S. Larsen, Esq.
JAMES, VERNON & WEEKS, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83814
Phone: (208) 667-0683
Email: wes@jvwlaw.net

Counsel for Plaintiffs in *Smith, et al. v. Monsanto Co.,* No. 3:20-cv-00041-DCN (D. Idaho).


Dated: February 3, 2020                    Respectfully submitted,


/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*