# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received: 1/30/20, 1/31/20**

**District Court: W.D. New York and E.D. Arkansas**

**Number of Actions: 3**

**Complaints and Docket Sheets are attached.**

_____

CLERK OF THE PANEL