# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 1/31/20

District Court: S.D. Mississippi

Number of Actions: 1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL