# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:   Roundup Products   MDL No. 2741
Liability Litigation

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation plaintiffs Theresa Imperato and Ernest Warro write to notify you of the potential tag along actions listed on the attached Schedule of Actions.

Docket sheets and complaints are attached.

Sincerely,

*/s/ G. Katherine Chambers*
G. Katherine Chambers (Florida Bar No. 125770)
**MORGAN & MORGAN**
kathychambers@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel.: (813) 223-5505
Facsimile: (813) 222-2434

T. Michael Morgan (Florida Bar No. (062229)
**MORGAN & MORGAN**
mmorgan@forthepeople.com
20 N. Orange Avenue, Suite 1600
Orlando, Florida 32801
Tel.: (407) 420-1414
Facsimile: (407) 245-3389

Andrew Frisch (New York Bar No. 3957115)
**MORGAN & MORGAN**
afrisch@forthepeople.com
8151 Peters Road, 4th Floor
Plantation, FL 33324
Tel.: (813) 223-5505
Facsimile: (813) 222-2434

*Attorneys for Plaintiffs*