# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE:**  Roundup Products Liability Litigation                MDL No. 2741

## SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| **1.** | Theresa Imperato | Monsanto Co. | E.D. New York | 1:19-cv-05457 | Judge I. Leo Glasser |
| **2.** | Ernest Warro | Monsanto Co. | M.D. Florida | 8:19-cv-02144 | Judge Virginia M. Hernandez-Covington |