**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Dr. John Schroeder and Sally Schroeder | Monsanto Co. | District of Nebraska (Omaha) | 8:20-cv-00056-RFR-MDN | District Judge Robert F. Rossiter, Jr. |
| **2.** | Morris Volquardsen and Tracy Volquardsen | Monsanto Co. | District of Nebraska (Omaha) | 8:20-cv-00053-BCB-CRZ | District Judge Brian C. Buescher |