**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| | Otis Lindell Chapman and Kim Chapman | Monsanto Co. | Southern District of Texas (Houston) | 4:19-cv-04698 | Chief District Judge Lee H. Rosenthal |

1