**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on February 5, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Robert L. Collins, Esq.
ROBERT L. COLLINS & ASSOCIATES
P.O. Box 7726
Houston, TX 77270
Phone: (713) 467-8884
Email: firm@robertcollinslaw.com

Counsel for Plaintiffs in *Chapman, et al. v. Monsanto Co.,* No. 4:19-cv-04698 (S.D. Tex.).

Dated: February 5, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

1