**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Josef Pomerantz and Melissa Pomerantz | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03412-SNLJ | District Judge Stephen N. Limbaugh, Jr. |

1