**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on February 6, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Enrique Elliot Adler, Esq.
ADLER LAW GROUP, APLC
402 West Broadway
Suite 860
San Diego, CA 92101
Phone: (619) 531-8700
Email: eadler@theadlerfirm.com

Counsel for Plaintiffs in *Pomerantz, et al. v. Monsanto Co.*, No. 4:19-cv-03412-SNLJ (E.D. Mo.).

Dated: February 6, 2020          Respectfully submitted,

                                        /s/ Joe G. Hollingsworth
                                        Joe G. Hollingsworth, Esq.
                                        (jhollingsworth@hollingsworthllp.com)
                                        HOLLINGSWORTH LLP
                                        1350 I Street, N.W.
                                        Washington, D.C. 20005
                                        Phone: (202) 898-5800
                                        Fax:    (202) 682-1639

                                        *Attorneys for Defendant Monsanto Company*