**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PLAINTIFFS' AND MONSANTO COMPANY'S JOINT MOTION TO TRANSFER TAG-ALONG ACTIONS AND RECONSIDER DETERMINATION THAT CERTAIN ACTION(S) ARE NOT APPROPRIATE FOR INCLUSION IN MDL**

Pursuant to 28 U.S.C. § 1407 and Rules 6.1 and 6.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, plaintiffs Walter Cameron and Jerry Klein and defendant Monsanto Company ("Monsanto") hereby jointly move the Panel to: (a) reconsider its Determination That Action(s) Are Not Appropriate for MDL Transfer ("Determination"), entered on January 23, 2020; and (b) transfer *Cameron, et al. v. Monsanto Co.*, 4:19-cv-03399 (E.D. Mo.) ("*Cameron*") and *Klein, et al. v. Monsanto Co.*, 4:19-cv-03400 (E.D. Mo.) ("*Klein*") to the Northern District of California for consolidated pretrial proceedings in MDL No. 2741. The parties' attached Memorandum shows that transfer of *Cameron* and *Klein* to the Northern District of California for consolidated pretrial proceedings in MDL No. 2741 is appropriate.

Respectfully submitted,

/s/ Elliot Adler
Elliot Adler
(elliotadler@theadlerfirm.com)
ADLER LAW GROUP, APLC
402 W. Broadway, Suite 860
San Diego, CA 92101
Phone: (619) 531-8700
Fax: (619) 342-9600

*Attorneys for Plaintiffs*

2

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant*
*Monsanto Company*

2