BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**PLAINTIFFS' AND MONSANTO COMPANY'S JOINT MOTION TO TRANSFER TAG-ALONG ACTIONS AND RECONSIDER DETERMINATION THAT CERTAIN ACTION(S) ARE NOT APPROPRIATE FOR INCLUSION IN MDL**

**SCHEDULE OF ACTIONS**

| | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Walter Cameron and Donna Cameron | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03399-PLC | Magistrate Judge Patricia L. Cohen |
| 2. | Jerry Klein and Bonnye Klein | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03400-DDN | Magistrate Judge David D. Noce |