**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Joint Motion to Transfer Tag-Along Actions and Reconsider Determination that Certain Action(s) Are Not Appropriate for Inclusion in MDL and Memorandum in Support were electronically filed on February 6, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Dated: February 6, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Joe G. Hollingsworth
　　　　　　　　　　　　　　　　　　　　　　Joe G. Hollingsworth
　　　　　　　　　　　　　　　　　　　　　　(jhollingsworth@hollingsworthllp.com)
　　　　　　　　　　　　　　　　　　　　　　HOLLINGSWORTH LLP
　　　　　　　　　　　　　　　　　　　　　　1350 I Street NW
　　　　　　　　　　　　　　　　　　　　　　Washington D.C., 20005
　　　　　　　　　　　　　　　　　　　　　　Phone: (202) 898-5800
　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 682-1639

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　　*Monsanto Company*