BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　MDL No. 2741
LIABILITY LITIGATION

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, undersigned counsel writes to notify you of the potential tag-along actions listed on the attached Schedule of Actions. The docket sheets and complaints for each action are attached.

**VARNUM, LLP**
Attorneys for Plaintiffs: Joanne L. Ganger and Roger L. Ganger; William Rohr and Kimberly Rohr; and Mark Taylor

Dated: February 6, 2020　　　　By:　/s/*Brion B. Doyle*
　　　　　　　　　　　　　　　　　Adam J. Brody (P62035)
　　　　　　　　　　　　　　　　　Brion B. Doyle (P67870)
　　　　　　　　　　　　　　　　　Seth B. Arthur (P82033)
　　　　　　　　　　　　　Business Address, Telephone, and E-mail:
　　　　　　　　　　　　　　　　　Bridgewater Place, P.O. Box 352
　　　　　　　　　　　　　　　　　Grand Rapids, MI 49501-0352
　　　　　　　　　　　　　　　　　(616) 336-6000
　　　　　　　　　　　　　　　　　ajbrody@varnumlaw.com
　　　　　　　　　　　　　　　　　bbdoyle@varnumlaw.com
　　　　　　　　　　　　　　　　　sbarthur@varnumlaw.com

15974323_1.docx