BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS           MDL No. 2741
LIABILITY LITIGATION

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|   | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Joanne L. Ganger and Roger L. Ganger | Bayer-Monsanto Company | Western District of Michigan – Southern Division | 1:20-cv-00046 | Paul L. Maloney |
| 2. | William Rohr and Kimberly Rohr | Bayer-Monsanto Company | Western District of Michigan – Southern Division | 1:20-cv-00047 | Paul L. Maloney |
| 3. | Mark Taylor | Bayer-Monsanto Company | Western District of Michigan – Southern Division | 1:20-cv-00048 | Paul L. Maloney |

**VARNUM, LLP**
Attorneys for Plaintiffs: Joanne L. Ganger and Roger L. Ganger; William Rohr and Kimberly Rohr; and Mark Taylor

Dated: February 6, 2020

By: /s/*Brion B. Doyle*
     Adam J. Brody (P62035)
     Brion B. Doyle (P67870)
     Seth B. Arthur (P82033)
Business Address, Telephone, and E-mail:
     Bridgewater Place, P.O. Box 352
     Grand Rapids, MI 49501-0352
     (616) 336-6000
     ajbrody@varnumlaw.com
     bbdoyle@varnumlaw.com
     sbarthur@varnumlaw.com

15974280_1.docx