BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

I hereby certify that on February 6, 2020, I electronically filed the foregoing Notice of Potential Tag-Along Action with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which will send notification to all counsel of record. I also served, on February 6, 2020, copies of the documents via First Class Mail, on the following:

Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
*Defendant's Corporate Headquarters*

　　　　　　　　　　　　　　　　　　**VARNUM, LLP**
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs: Joanne L. Ganger and Roger L. Ganger; William Rohr and Kimberly Rohr; and Mark Taylor

Dated:  February 6, 2020　　　　　　By:  /s/*Brion B. Doyle*
　　　　　　　　　　　　　　　　　　　　Adam J. Brody (P62035)
　　　　　　　　　　　　　　　　　　　　Brion B. Doyle (P67870)
　　　　　　　　　　　　　　　　　　　　Seth B. Arthur (P82033)
　　　　　　　　　　　　　　　　　　Business Address, Telephone, and E-mail:
　　　　　　　　　　　　　　　　　　　　Bridgewater Place, P.O. Box 352
　　　　　　　　　　　　　　　　　　　　Grand Rapids, MI 49501-0352
　　　　　　　　　　　　　　　　　　　　(616) 336-6000
　　　　　　　　　　　　　　　　　　　　ajbrody@varnumlaw.com
　　　　　　　　　　　　　　　　　　　　bbdoyle@varnumlaw.com
　　　　　　　　　　　　　　　　　　　　sbarthur@varnumlaw.com

15974293_1.docx