BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Shane Barnard | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03406-AGF | District Judge Audrey G. Fleissig |
| 2. | Timothy Novak | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00026-CDP | Senior District Judge Catherine D. Perry |
| 3. | Allen Kaplan and Cheryl Kaplan | Monsanto Co. | Western District of Washington (Seattle) | 2:20-cv-00035-TSZ | Senior District Judge Thomas S. Zilly |
| 4. | John Salem and Sandra Salem | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:20-cv-00006-MMH-PDB | District Judge Marcia Morales Howard |
| 5. | Armelin Mullisi and Anila Mullisi | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:20-cv-00007-BJD-MCR | District Judge Brian J. Davis |
| 6. | Pamela Jean Chirico | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:20-cv-00009-BJD-JRK | District Judge Brian J. Davis |
| 7. | Derek Dante Dean and Sonya R. Dean | Monsanto Co. | Middle District of Florida (Orlando) | 6:20-cv-00017-WWB-GJK | District Judge Wendy W. Berger |
| 8. | Cara Webster and Daniel Webster | Monsanto Co. | Western District of Pennsylvania (Erie) | 1:20-cv-00004-SPB | District Judge Susan Paradise Baxter |
| 9. | Amy Bryan Brown, individually and as the Administratrix of the Estate of Terry Wayne Brown | Monsanto Co. | Northern District of Alabama (Middle) | 4:20-cv-00145-JEO | Chief Magistrate Judge John E. Ott |

| | | | | | |
|---|---|---|---|---|---|
| **10.** | Ann Carter-Heim | Monsanto Co. | District of Delaware (Wilmington) | 1:20-cv-00119-LPS | Chief District Judge Leonard P. Stark |
| **11.** | Wanda J. Helms and Jerry A. Helms | Monsanto Co. | District of Delaware (Wilmington) | 1:20-cv-00114-RGA | District Judge Richard G. Andrews |
| **12.** | Susan Karugu | Monsanto Co. | District of Delaware (Wilmington) | 1:20-cv-00118-RGA | District Judge Richard G. Andrews |
| **13.** | Joyce DeLuca and Tony DeLuca | Monsanto Co. | District of Maryland (Baltimore) | 1:20-cv-00259-GLR | District Judge George Levi Russell, III |
| **14.** | Eva Moomey | Monsanto Co. | District of New Mexico (Albuquerque) | 1:20-cv-00069-JHR-SCY | Magistrate Judge Jerry H. Ritter |
| **15.** | Estate of Kenzie Elizabeth Murdock, Mandi L. Murdock and Kyle A. Murdock, individually and as Administrator | Monsanto Co. | Western District of Kentucky (Paducah) | 5:20-cv-00023-TBR | Senior District Judge Thomas B. Russell |