**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on February 10, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Martin Daniel Crump, Esq.
DAVIS AND CRUMP, P.C.
2601 14th Street
Gulfport, MS 39501
Phone: (228) 863-6000
Email: martin.crump@daviscrump.com

Counsel for Plaintiffs in *Barnard v. Monsanto Co.,* No. 4:19-cv-03406-AGF (E.D. Mo.); *Novak v. Monsanto Co.,* No. 4:20-cv-00026-CDP (E.D. Mo.).

Elizabeth Jean McLafferty, Esq.
Sims G. Weymuller, Esq.
SCHROETER GOLDMARK & BENDER
810 Third Avenue
Suite 500
Seattle, WA 98104
Phone: (206) 621-8525
Email: mclafferty@sgb-law.com
Email: sims@sgb-law.com

Counsel for Plaintiffs in *Kaplan, et al. v. Monsanto Co.*, No. 2:20-cv-00035-TSZ (W.D. Wash.).

Christopher Shakib, Esq.
TERRELL HOGAN, PA
233 East Bay Street
8th Floor
Jacksonville, FL 32202
Phone: (904) 632-2424
Email: shakib@terrellhogan.com

Counsel for Plaintiffs in *Salem, et al. v. Monsanto Co.*, No. 3:20-cv-00006-MMH-PDB (M.D. Fla.); *Mullisi, et al. v. Monsanto Co.*, No. 3:20-cv-00007-BJD-MCR (M.D. Fla.); *Chirico v. Monsanto Co.*, No. 3:20-cv-00009-BJD-JRK (M.D. Fla.); *Dean, et al. v. Monsanto Co.*, No. 6:20-cv-00017-WWB-GJK (M.D. Fla.).

Patrick W. Murray, Esq.
STEWART, MURRAY & ASSOCIATES LAW GROUP, LLC
437 Grant Street
Suite 600
Pittsburgh, PA 15219
Phone: (412) 765-3345
Email: pmurray24@hotmail.com
Email: pmurray@smalawgroup.com

Counsel for Plaintiffs in *Webster, et al. v. Monsanto Co.,* No. 1:20-cv-00004-SPB (W.D. Pa.).

Donald P. McKenna, Jr., Esq.
HARE WYNN NEWELL & NEWTON LLP
2025 Third Avenue North
Suite 800
Birmingham, AL 35203
Phone: (205) 328-5330
Email: don@hwnn.com

Counsel for Plaintiff in *Brown, et al. v. Monsanto Co.,* No. 4:20-cv-00145-JEO (N.D. Ala.).[*]

---

[*] Plaintiff's name appears as Amy Brown Bryan in the Complaint but appears as Amy Bryan Brown on the court's docket.

Chase Traver Brockstedt, Esq.
Stephen Anthony Spence, Esq.
BAIRD MANDALAS BROCKSTEDT, LLC
1413 Savannah Road
Suite 1
Lewes, DE 19958
Phone: (302) 644-0302
Email: chase@bmbde.com
Email: sas@bmbde.com

Counsel for Plaintiffs in *Carter-Heim v. Monsanto Co.,* No. 1:20-cv-00119-LPS (D. Del.); *Helms, et al. v. Monsanto Co.,* No. 1:20-cv-00114-RGA (D. Del.); *Karugu v. Monsanto Co.,* No. 1:20-cv-00118-RGA (D. Del.).

Aaron L. Moore, Esq.
Ryan S. Perlin, Esq.
BEKMAN, MARDER & ADKINS, LLC
300 West Pratt Street
Suite 450
Baltimore, MD 21201
Phone: (410) 539-6633
Email: moore@bmalawfirm.com
Email: perlin@bmalawfirm.com

Counsel for Plaintiffs in *DeLuca, et al. v. Monsanto Co.,* No. 1:20-cv-00259-GLR (D. Md.).

Albert N. Thiel, Jr., Esq.
WILL FERGUSON & ASSOCIATES
1720 Louisiana Boulevard Northeast
Suite 100
Albuquerque, NM 87110
Phone: (505) 243-5566
Email: al@fergusonlaw.com

Counsel for Plaintiff in *Moomey v. Monsanto Co.,* No. 1:20-cv-00069-JHR-SCY (D.N.M.).

Dennis L. Null, Sr., Esq.
NULL, SAMSON & PAITSEL
423 East Broadway
Mayfield, KY 42066
Phone: (270) 247-5737
Email: nulld@bellsouth.net

Co-counsel for Plaintiffs in *Murdock, et al. v. Monsanto Co.,* No. 5:20-cv-00023-TBR (W.D. Ky.).

Jerome P. Prather, Esq.
William R. Garmer, Esq.
GARMER & PRATHER PLLC
141 North Broadway
Lexington, KY 40507
Phone: (859) 254-9351
Email: jprather@garmerprather.com
Email: bgarmer@garmerprather.com

Co-counsel for Plaintiffs in *Murdock, et al. v. Monsanto Co.,* No. 5:20-cv-00023-TBR (W.D. Ky.).

Dated: February 10, 2020	Respectfully submitted,

	/s/ Joe G. Hollingsworth
	Joe G. Hollingsworth, Esq.
	(jhollingsworth@hollingsworthllp.com)
	HOLLINGSWORTH LLP
	1350 I Street, N.W.
	Washington, D.C. 20005
	Phone: (202) 898-5800
	Fax:    (202) 682-1639

	*Attorneys for Defendant Monsanto Company*