# UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

Daniel J. Lynch, Clerk of Court  Telephone: 603-225-1423
Tracy A. Uhrin, Chief Deputy Clerk  Web: www.nhd.uscourts.gov

February 6, 2020

## MDL – Notice of Filing

Clerk, Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle NE, Rm #G-255, North Lobby
Washington, D.C. 20002-8004

Dear Sir or Madam:

RE: **Notice of Potential MDL Tag-Along Case Filing**
MDL 3:16-md-2741, Roundup Products Liability Litigation
NH Case: Goodwin v. Monsanto Company, 1:20-cv-214-PB

The referenced case has been identified as a potential tag along case that might be appropriate for inclusion with the above-referenced MDL.

For your review, I have attached a copy of the complaint with attachments and docket sheet.

If you have any further questions, please feel free to contact this office.

Very truly yours,

DANIEL J. LYNCH, CLERK

*/s/ Erica DiFabio*
Erica DiFabio
Deputy Clerk

Enclosures

cc. D. Michael Noonan

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
Daniel J. Lynch, Clerk of Court                                    Telephone: 603-225-1423
Tracy A. Uhrin, Chief Deputy Clerk                                 Web: www.nhd.uscourts.gov

February 6, 2020

**MDL – Notice of Filing**

Clerk, Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle NE, Rm #G-255, North Lobby
Washington, D.C. 20002-8004

Dear Sir or Madam:

RE:  **Notice of Potential MDL Tag-Along Case Filing**
MDL 2741, IN RE: Roundup Products Liability Litigation
NH Case Sargent v. Monsanto Company, 1:20-cv-215-LM

The referenced case has been identified as a potential tag along case that might be appropriate for inclusion with the above-referenced MDL.

For your review, I have attached a copy of the complaint with attachments and docket sheet.

If you have any further questions, please feel free to contact this office.

Very truly yours,

DANIEL J. LYNCH, CLERK

/s/ Megan Cahill
Megan Cahill
Deputy Clerk

Enclosures

Cc: D. Michael Noonan, Esq.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
Golden-Collum Memorial Federal Building & U.S. Courthouse
Office of the Clerk
207 N.W. Second Street
Ocala, FL 34475
(352) 369-4860
www.flmd.uscourts.gov

Elizabeth M. Warren
Clerk of Court

Lisa Fannin
Division Manager

February 10, 2020

John W. Nichols, Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, N.E.
Washington, DC 20002-8041

**RE: MDL No. 2741, In re: Roundup Products Liability Litigation**

Dear Mr. Nichols:

    Enclosed please find a copy of the docket sheet and complaint for the case listed below. These items are forwarded to you so that this case may be considered as a potential tag-along case in the above referenced litigation.

    **Case # 5:20-cv-54-Oc-30PRL**    **Plank et al v. Monsanto Company**

If I may be of further assistance, please let me know.

    Sincerely,

    s/L Fannin
    Deputy Clerk

enclosures (as stated)

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received:   2/10/20

District Court: S.D. Mississippi

Number of Actions: 1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL