BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Monica Neale, individually and as personal representative of the Estate of Jessie St. Lawrence | Monsanto Co. | District of Delaware (Wilmington) | 1:20-cv-00121-CFC | District Judge Colm F. Connolly |
| 2. | Ronald Poisker and Karen Poisker | Monsanto Co. | District of Delaware (Wilmington) | 1:20-cv-00112-MN | District Judge Maryellen Noreika |
| 3. | Dorie Powers and David Powers | Monsanto Co. | District of Delaware (Wilmington) | 1:20-cv-00117-LPS | Chief District Judge Leonard P. Stark |
| 4. | Allan Sanders, individually and as personal representative of the Estate of Emily Sanders | Monsanto Co. | District of Delaware (Wilmington) | 1:20-cv-00120-LPS | Chief District Judge Leonard P. Stark |
| 5. | Norman Warrell and Barbara Warrell | Monsanto Co. | District of Delaware (Wilmington) | 1:20-cv-00113-RGA | District Judge Richard G. Andrews |
| 6. | James Collins | Monsanto Co., John Does 1-10, and XYZ Corporations 1-10 | District of New Jersey (Trenton) | 3:20-cv-01367-AET-TJB | Senior District Judge Anne E. Thompson |

1