**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on February 11, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Chase Traver Brockstedt, Esq.
Stephen Anthony Spence, Esq.
BAIRD MANDALAS BROCKSTEDT LLC
1413 Savannah Road
Suite 1
Lewes, DE 19958
Phone: (302) 644-0302
Email: chase@bmbde.com
Email: sas@bmbde.com

Counsel for Plaintiffs in *Neale, et al. v. Monsanto Co.,* No. 1:20-cv-00121-CFC (D. Del.); *Poisker, et al. v. Monsanto Co.,* No. 1:20-cv-00112-MN (D. Del.); *Powers, et al. v. Monsanto Co.,* No. 1:20-cv-00117-LPS (D. Del.); *Sanders, et al. v. Monsanto Co.,* No. 1:20-cv-00120-LPS (D. Del.); *Warrell, et al. v. Monsanto Co.,* No. 1:20-cv-00113-RGA (D. Del.).

Keith J. Roberts, Esq.
BRACH EICHLER LLC
101 Eisenhower Parkway
Roseland, NJ 07068
Phone: (973) 364-5201
Email: kroberts@bracheichler.com

Counsel for Plaintiff in *Collins v. Monsanto Co., et al.,* No. 3:20-cv-01367-AET-TJB (D.N.J.).

Dated: February 11, 2020                                Respectfully submitted,

                                                        /s/ Joe G. Hollingsworth
                                                        Joe G. Hollingsworth, Esq.
                                                        (jhollingsworth@hollingsworthllp.com)
                                                        HOLLINGSWORTH LLP
                                                        1350 I Street, N.W.
                                                        Washington, D.C. 20005
                                                        Phone: (202) 898-5800
                                                        Fax:    (202) 682-1639

                                                        *Attorneys for Defendant Monsanto Company*