BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE:**  Roundup Products Liability Litigation

MDL No.  2741

### NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation plaintiff Lois Rolish writes to notify you of the potential tag along actions listed on the attached Schedule of Actions.

Docket sheets and complaints are attached.

Sincerely,

/s/ Steven N. Williams

Steven N. Williams (California Bar No. 175489)

**Joseph Saveri Law Firm, Inc.**

601 California Street, Suite 1000

San Francisco, California 94108

Telephone:  (415) 500-6800

Fax:  (415) 395-9940

Email: swilliams@saverilawfirm.com

*Counsel for Plaintiff Lois Rolish*

# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**IN RE:** Roundup Products Liability Litigation

MDL No. 2741

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No** | **Judge** |
|----|----------------|----------------|--------------|---------------------|-----------|
| 1. | Lois Rolish | Monsanto Company, Does 1-20 | C.D. California | 2:20-cv-01340-DDP | Honorable Judge Dean D. Pregerson |