**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**SCHEDULE OF POTENTIAL TAG-ALONG ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Lois Rolish | Monsanto Company | Central District of California | 2:20-cv-01340-DDP | District Judge Dean D. Pregerson |

1