BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDSITRICT LITIGATION

| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Related Action were served on all parties in this case electronically via ECF, or as indicated below, on February 11, 2020.

| Plaintiffs | |
|---|---|
| **Lori E. Andrus**<br>ANDRUS ANDERSON LLP<br>155 Montgomery Street<br>Suite 900<br>San Francisco, CA 94104-4115<br>415-986-1400<br>Fax: 415-986-1474<br>Email: lori@andrusanderson.com<br>*LEAD ATTORNEY* | **Mark Etheredge Burton , Jr**<br>Audet and Partners LLP<br>221 Main Street Suite 1460<br>San Francisco, CA 94105<br>415-982-1776<br>Fax: 415-568-2556<br>Email: mburton@audetlaw.com<br>*LEAD ATTORNEY* |
| **Aimee Wagstaff**<br>ANDRUS & WAGSTAFF<br>7171 West Alaska Drive<br>Lakewood, CO 80226<br>303-376-6360<br>Fax: 303-376-6361<br>Email: aimee.wagstaff@ahw-law.com | **Michael J Miller**<br>THE MILLER FIRM LLC<br>The Sherman Building<br>108 Railroad Avenue<br>Orange, VA 22960-5108<br>(540) 672-4224<br>Fax: (540) 672-3055 |

| | |
|---|---|
| **Robin L. Greenwald**<br>WEITZ & LUXENBERG<br>700 Broadway<br>New York, NY 10003<br>212-558-5802<br>Fax: 212-344-5461<br>Email: rgreenwald@weitzlux.com | **Hunter W. Lundy**<br>Lundy Lundy Soileau and South LLP<br>501 Broad Street<br>P O Box 3010<br>Lake Charles, LA 70602<br>337-439-0707<br>Fax: 337-439-1029 |
| **Michael L. Baum**<br>Baum Hedlund Aristei and Goldman, P.C.<br>12100 Wilshire Boulevard<br>Suite 950<br>Los Angeles, CA 90024<br>310-207-3233<br>Fax: 310-820-7444<br>Email: mbaum@baumhedlundlaw.com | **Yvonne M Flaherty**<br>LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN 55401-2159<br>(612) 339-6900<br>Fax: (612) 339-0981 |

| **Defendants** | |
|---|---|
| **Joe G. Hollingsworth**<br>Hollingsworth LLP<br>1350 I Street, N.W.<br>Washington, DC 20005<br>Phone: 202.898.5800<br>Fax: 202.682.1639<br>Email: jhollingsworth@hollingsworthllp.com<br>*DEFENDANT'S LEAD ATTORNEY*<br>*[Defendant MONSANTO COMPANY]* | |

Dated: February 11, 2020

Respectfully submitted,

*/s/ Steven N. Williams*

Steven N. Williams
**Joseph Saveri Law Firm**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
swilliams@saverilawfirm.com

*Counsel for Plaintiff Lois Rolish*