**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Ann Frances Hall, Individually and as Personal Representative of the Estate of Vernon Edlow Hall, Deceased | Monsanto Co. | Northern District of Florida (Tallahassee) | 4:19-cv-00591-MW-CAS | Chief District Judge Mark E. Walker |
| **2.** | Rex A. Gibbs | Monsanto Co. | Central District of Illinois (Rock Island) | 4:19-cv-04220-SLD-JEH | Chief District Judge Sara L. Darrow |