# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on February 12, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Timothy Michael Morgan, Esq.
MORGAN & MORGAN, P.A.
20 North Orange Avenue
Suite 1600
Orlando, FL 32801
Phone: (407) 418-2031
Email: mmorgan@forthepeople.com

Counsel for Plaintiff in *Hall v. Monsanto Co.,* No. 4:19-cv-00591-MW-CAS (N.D. Fla.).

Christopher L. Coffin, Esq.
PENDLEY BAUDIN & COFFIN LLP
1100 Poydras Street
Suite 2505
New Orleans, LA 70163
Phone: (504) 355-0086
Email: coffin@pbclawfirm.com

Counsel for Plaintiff in *Gibbs v. Monsanto Co.,* No. 4:19-cv-04220-SLD-JEH (C.D. Ill.).

Dated: February 12, 2020          Respectfully submitted,

        /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*