**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| | Angelo Bulone | Monsanto Company, Carolina International Sales Company, Inc., Home Depot USA, Inc., and Lowe's Home Centers LLC | District of South Carolina (Charleston) | 2:20-cv-00709-MDL | Unassigned |