**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

---

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on February 13, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Jamie Rae Rutkoski, Esq.
John Daniel Kassel, Esq.
Theile Branham McVey, Esq.
KASSEL MCVEY
1330 Laurel Street
Columbia, SC 29202
Phone:  (803) 256-4242
Email:  jrutkoski@kassellaw.com
Email:  jkassel@kassellaw.com
Email:  tmcvey@kassellaw.com

Counsel for Plaintiff in *Bulone v. Monsanto Co., et al.*, No. 2:20-cv-00709-MDL (D.S.C.).

Matthew T. Richardson, Esq.
Meliah Bowers Jefferson, Esq.
WYCHE PA
807 Gervais Street
Suite 301
Columbia, SC 29201
Phone:  (803) 254-6542
Email:  mrichardson@wyche.com
Email:  mjefferson@wyche.com

Counsel for defendant Home Depot USA, Inc. (which has not entered an appearance in *Bulone v. Monsanto Co., et al.*, No. 2:20-cv-00709-MDL (D.S.C.)).

Copies of the foregoing were also caused to be served via first class mail on defendant Carolina International Sales Company, Inc. (which has not been served with the summons or complaint in *Bulone v. Monsanto Co., et al.*, No. 2:20-cv-00709-MDL (D.S.C.)) as follows:

Keith Beaucamp, Registered Agent
Carolina International Sales Company, Inc.
22 Rue Cezzan
Lavonia, GA 30553

Copies of the foregoing were also caused to be served via first class mail on defendant Lowe's Home Centers LLC (which has not entered an appearance in *Bulone v. Monsanto Co., et al.*, No. 2:20-cv-00709-MDL (D.S.C.)) as follows:

Paul W. Lombardi, Esq.
Corporate Counsel
Lowe's Home Centers LLC
1000 Lowe's Boulevard
NBLGL
Mooresville, NC 28117

Dated: February 13, 2020                    Respectfully submitted,


                                            /s/ Joe G. Hollingsworth
                                            Joe G. Hollingsworth, Esq.
                                            (jhollingsworth@hollingsworthllp.com)
                                            HOLLINGSWORTH LLP
                                            1350 I Street, N.W.
                                            Washington, D.C. 20005
                                            Phone: (202) 898-5800
                                            Fax:    (202) 682-1639

                                            *Attorneys for Defendant Monsanto Company*