BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION     MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| 1. | Roger Maxwell | Monsanto Co. | Western District of Louisiana (Monroe) | 3:20-cv-00146-TAD-KLH | District Judge Terry A. Doughty |
| 2. | Richard H. Hadden, Jr. and Concetta F. Hadden | Monsanto Co. | Western District of Louisiana (Shreveport) | 5:19-cv-01667-TAD-MLH | District Judge Terry A. Doughty |
| 3. | Albert Hays | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00091-SEP | District Judge Sarah E. Pitlyk |
| 4. | Carol Larson | Monsanto Co. | Northern District of Iowa (Cedar Rapids) | 1:20-cv-00001-LRR-KEM | Senior District Judge Linda R. Reade |
| 5. | John Richard McEvoy, Sr. and Sarah Brooks McEvoy | Monsanto Co. | District of South Carolina (Charleston) | 2:20-cv-00046-MDL | Unassigned |
| 6. | Philip W. Roth and Robert V. Boucher | Monsanto Co. | District of Colorado (Denver) | 1:20-cv-00240-SKC | Magistrate Judge S. Kato Crews |
| 7. | Karen Bordner and Rita Livesay, Executrices, and Dennis Maurer, Executor of the Estate of Allen Maurer, Deceased | Monsanto Co. and John Does 1-50 | Eastern District of Pennsylvania (Philadelphia) | 2:20-cv-00186-PBT | District Judge Petrese B. Tucker |