## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on February 18, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

John R. Whaley, Esq.
WHALEY LAW FIRM
6700 Jefferson Highway
Building 12, Suite A
Baton Rouge, LA 70806
Phone: (225) 302-8810
Email: jrwhaley@whaleylaw.com

Counsel for Plaintiff in *Maxwell v. Monsanto Co.,* No. 3:20-cv-00146-TAD-KLH (W.D. La.).

James H. Colvin, Jr., Esq.
Cole Boyett Smith, Esq.
J. Jay Caraway, Esq.
COLVIN SMITH MCKAY & BAYS
900 Market Street
Suite 300
Shreveport, LA 71101
Phone: (318) 429-6770
Email: jcolvin@colvinfirm.com
Email: csmith@colvinfirm.com
Email: jcaraway@colvinfirm.com

Counsel for Plaintiffs in *Hadden, et al. v. Monsanto Co.,* No. 5:19-cv-01667-TAD-MLH (W.D. La.).

Martin Daniel Crump, Esq.
DAVIS AND CRUMP, P.C.
2601 14th Street
Gulfport, MS 39501
Phone: (228) 863-6000
Email: martin.crump@daviscrump.com

Counsel for Plaintiff in *Hays v. Monsanto Co.,* No. 4:20-cv-00091-SEP (E.D. Mo.).

Larry D. Helvey, Esq.
LARRY HELVEY LAW FIRM
2735 First Avenue Southeast
Suite 101
Cedar Rapids, IA 52402
Phone: (319) 362-0421
Email: lhelvey@helveylaw.com

Counsel for Plaintiff in *Larson v. Monsanto Co.,* No. 1:20-cv-00001-LRR-KEM (N.D. Iowa).

James Guy Kennedy, Esq.
PIERCE SLOAN KENNEDY & EARLY LLC
321 East Bay Street
Charleston, SC 29401
Phone: (843) 722-7733
Email: jameskennedy@phswlaw.com

Counsel for Plaintiffs in *McEvoy, et al. v. Monsanto Co.,* No. 2:20-cv-00046-MDL (D.S.C.).

James Christopher McDonough, Esq.
DOWNS MCDONOUGH COWAN & FOLEY LLC
2051 Main Avenue
Durango, CO 81301
Phone: (970) 247-8020
Email: james@swcolaw.com

Counsel for Plaintiffs in *Roth, et al. v. Monsanto Co.,* No. 1:20-cv-00240-SKC (D. Colo.).

Clifford A. Rieders, Esq.
RIEDERS, TRAVIS, HUMPHREY, WATERS & DOHRMANN
161 West Third Street
Williamsport, PA 17701
Phone: (570) 323-8711
Email: crieders@riederstravis.com

Counsel for Plaintiffs in *Bordner, et al. v. Monsanto Co., et al.,* No. 2:20-cv-00186-PBT (E.D. Pa.).

Dated: February 18, 2020						Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*