## U.S. District Court
## Western District of Louisiana (Shreveport)
## CIVIL DOCKET FOR CASE #: 5:19–cv–01667–TAD–MLH

| | |
|---|---|
| Hadden et al v. Monsanto Company Inc<br>Assigned to: Judge Terry A Doughty<br>Referred to: Magistrate Judge Mark L Hornsby<br>Cause: 28:1332 Diversity–Product Liability | Date Filed: 12/23/2019<br>Jury Demand: Plaintiff<br>Nature of Suit: 365 Personal Inj. Prod. Liability<br>Jurisdiction: Diversity |

**Plaintiff**

**Richard H Hadden, Jr**   represented by   **James H Colvin , Jr**
Colvin Smith & McKay (SPORT)
P O Box 1831
Shreveport, LA 71166–1831
318–429–6770
Fax: 318–429–6771
Email: jcolvin@colvinfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cole Boyett Smith**
Colvin Smith & McKay (SPORT)
P O Box 1831
Shreveport, LA 71166–1831
318–429–6770
Fax: 318–429–6771
Email: csmith@colvinfirm.com
*ATTORNEY TO BE NOTICED*

**J Jay Caraway**
Colvin Smith & McKay (SPORT)
P O Box 1831
Shreveport, LA 71166–1831
318–429–6770
Fax: 318–429–6771
Email: jcaraway@colvinfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Concetta F Hadden**   represented by   **James H Colvin , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cole Boyett Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J Jay Caraway**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Monsanto Co Inc**

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 12/23/2019 | 1 | COMPLAINT against Monsanto Company Inc with Jury Demand (Filed on behalf of USA – Filing Fee not required) filed by Richard H Hadden, Jr, Concetta F Hadden.(Attorney James H Colvin, Jr added to party Concetta F Hadden (pty:pla), Attorney James H Colvin, Jr added to party Richard H Hadden, Jr(pty:pla))(aty,Colvin, James) Modified docket text on 12/26/2019 (Bunting, M). (Entered: 12/23/2019) |
| 12/23/2019 | | Judge Terry A Doughty and Magistrate Judge Mark L Hornsby added. (crt,Bunting, M) (Entered: 12/26/2019) |
| 12/26/2019 | | ELECTRONIC PAYMENT of Civil Case filing fee by Concetta F Hadden, Richard H Hadden, Jr. ( Filing Fee: $400, receipt number ALAWDC–4141127) . (aty,Colvin, James) (Entered: 12/26/2019) |
| 12/26/2019 | 2 | CIVIL COVER SHEET by Concetta F Hadden, Richard H Hadden, Jr. (aty,Colvin, James) (Entered: 12/26/2019) |
| 12/26/2019 | 3 | SUMMONS ISSUED as to Monsanto Co Inc (crt,Bunting, M) (Entered: 12/26/2019) |
| 02/18/2020 | 4 | WAIVER OF SERVICE Returned Executed by Richard H Hadden, Jr, Concetta F Hadden. Monsanto Co Inc waiver sent on 1/14/2020, answer due 3/16/2020. (aty,Colvin, James) (Entered: 02/18/2020) |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RICHARD H. HADDEN, JR AND CONCETTA F. HADDEN | CIVIL ACTION NO. 5:19-CV-01667 |
| VERSUS | SECTION |
| MONSANTO COMPANY, INC. | MAGISTRATE |

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come Richard H. Hadden, Jr., and Concetta F. Hadden, husband and wife who are both citizens of the State of Louisiana, and who, with respect, plead the following:

1.

Made defendant herein is Monsanto Company, Inc ("Monsanto"), incorporated under the law of Delaware and headquartered in Missouri.

2.

Jurisdiction is conferred upon this court through 28 U.S.C.A. §1332, more commonly referred to as "diversity jurisdiction," as the plaintiffs and defendants are completely diverse and the amount in controversy exceeds $75,000.

3.

Monsanto is a leading producer of the herbicide, glyphosate, which is sold by Defendant under the brand name, Roundup.

4.

Before the 1990's, when plaintiff, Richard Hadden, began using Roundup, Monsanto engaged in the business of testing, designing, manufacturing, promoting, marketing and selling Roundup, which is defective and unreasonably dangerous to consumers.

5.

In 2015, the International Agency for Research on Cancer ("IARC"), an agency of the World Health Organization, issued an evaluation of glyphosate based upon numerous studies and data related to glyphosate exposure.

6.

The IARC determined that glyphosate is carcinogenic to humans and reported on the cancers most associated with glyphosate exposure including non-Hodgkin's lymphoma.

7.

Prior to 1996, Monsanto engaged in misleading advertising regarding its product, Roundup, concerning its effect on humans and the environment.

8.

In 1996, Monsanto entered into an Assurance of Discontinuance with the New York Attorney General ("NYAG"), ending a lawsuit against it by the NYAG and agreeing to end its false and misleading advertising of Roundup in the state of New York.

9.

Users of Roundup for gardening or other weed control may be exposed to glyphosate by inhalation and dermal contact during mixing, spraying, and cleanup.

10.

Richard Hadden used Roundup extensively at his home and in his management of his family rental properties since the 1990's.

11.

As a result of his continued exposure to Roundup, Mr. Hadden was diagnosed with large B-cell lymphoma in the summer of 2019 and has incurred substantial medical expense in the treatment of his illness.

12.

Mr. Hadden has undergone chemotherapy and other treatment, irreversibly altering his life.

13.

Concetta Hadden was and remains the spouse of Richard Hadden at all times relevant hereto, and Mr. Hadden's cancer and treatment has deprived her of Mr. Hadden's comfort, care, affection, companionship, services and consortium.

**CLAIM FOR LIABILITY UNDER LA. RS 9:800.51 (PRODUCTS LIABILITY)**

Plaintiffs incorporate by reference each and every allegation set forth in the preceding paragraphs.

14.

At all times relevant to this litigation, Monsanto engaged in the business of testing, developing, designing, manufacturing, distributing and selling Roundup, which is defective and unreasonably dangerous to consumers.

15.

The design of Roundup created a carcinogen or toxic chemical unreasonably dangerous for use by humans, who would reasonably be expected to come into contact with glyphosate in mixing, spraying, and cleanup of the Roundup solution.

16.

Roundup, as promoted and marketed by Monsanto, is dangerous to an extent beyond that which should be contemplated by an ordinary consumer and handler of the product.

17.

Alternatively, to the extent that Roundup is not determined to be inherently dangerous, allowing for some use in society and environment, Monsanto failed to give an adequate warning to handlers of the product regarding limited and protected use.

18.

Plaintiffs' pray for such damages as are reasonable under the premises as a result of Richard Hadden's exposure to Roundup, including, but not limited to, reimbursement of medical expenses, pain and suffering, mental anguish, and all such other damages available under either Louisiana or federal law. Mrs. Hadden prays for recovery of all such loss of consortium/services damages to which she is entitled and which this court is competent to grant.

19:

Plaintiffs pray for a trial by jury on all issues raised herein.

WHEREFORE, Plaintiffs pray that, after due proceedings are had, judgment is rendered in their favor and against Monsanto in an amount deemed reasonable by the trier of fact, in addition to legal interest and costs.

Respectfully submitted,

**COLVIN SMITH & MCKAY**

By: __/s/ *James H. Colvin, Jr.*__
JAMES H. COLVIN, Trial Attorney, La Bar Roll #21532
COLE B. SMITH, La. Bar Roll #30063
J. JAY CARAWAY, La. Bar Roll #3867
900 Market Street, Suite 300 (71101)
Post Office Box 1831 (71166-1831)
Shreveport, Louisiana
Telephone: (318) 429-6770
Facsimile: (318) 429-6771

*Attorneys for Plaintiffs, Richard and Concetta Hadden*