UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION                                                            MDL No. 2741

## ORDER DEEMING MOTION MOOT

Before the Panel is a joint motion by plaintiffs and defendant, seeking transfer of the actions on the attached schedule pursuant to 28 U.S.C. § 1407. In their motion, the parties seek transfer of these actions to the Northern District of California for inclusion in the coordinated or consolidated pretrial proceedings ongoing in MDL No. 2741. The actions have since been transferred to the Northern District of California pursuant to a conditional transfer order that became final on February 18, 2020.

IT IS THEREFORE ORDERED that the motion for transfer under 28 U.S.C. § 1407 is DEEMED MOOT.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: ROUNDUP PRODUCTS**
**LIABILITY LITIGATION**                                           MDL No. 2741

## SCHEDULE A

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| MISSOURI EASTERN | | | |
| MOE | 4 | 19-03399 | Cameron et al v. Monsanto Company |
| MOE | 4 | 19-03400 | Klein et al v. Monsanto Company |