**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Timothy Bradbury | Monsanto Co., Bayer Corp., and Blain Supply, Inc. | Northern District of Illinois (Chicago) | 1:20-cv-01173 | District Judge Gary S. Feinerman |

1