**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on February 19, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

David J. Gallagher, Esq.
MOTHERWAY & NAPLETON, LLP
140 South Dearborn Street
Suite 1500
Chicago, IL 60603
Phone: (312) 726-2699
Email: dgallagher@mnlawoffice.com

Counsel for Plaintiff in *Bradbury v. Bayer Corp., et al.*, No. 1:20-cv-01173 (N.D. Ill.).

Copies of the foregoing were also caused to be served via first class mail on defendant Bayer Corporation (which has not entered an appearance in *Bradbury v. Bayer Corp., et al.*, No. 1:20-cv-01173 (N.D. Ill.)) as follows:

Bayer Corporation
Attn: General Counsel
100 Bayer Blvd.
Whippany, NJ 07981

Copies of the foregoing were also caused to be served via first class mail on defendant Blain Supply, Inc. (which has not entered an appearance in *Bradbury v. Bayer Corp., et al.*, No. 1:20-cv-01173 (N.D. Ill.)) as follows:

Bradford S. Purcell, Esq.
PURCELL & WARDROPE CHTD.
10 South LaSalle Street, Suite 1200
Chicago, IL 60603
Phone: (312) 385-2166
Email: bsp@pw-law.com

2

Dated: February 19, 2020               Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

2