**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on February 19, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Brian T. Dailey, Esq.
DAILEY LAW FIRM, PC
36700 Woodward Avenue
Suite 107
Bloomfield Hills, MI 48304
Phone: (312) 927-2611
Email: briandailey@daileylawyers.com

Counsel for Plaintiffs in *Stone, et al. v. Monsanto Co.,* No. 2:20-cv-10314-TGB-APP (E.D. Mich.).

Dated: February 19, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*