

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

**Michael L. McConnell**
**Clerk of Court**

**Telephone: 225-389-3500**
**Facsimile: 225-389-3501**

February 14, 2020

John W. Nichols
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobb
Washington, D.C. 20002-8004

Re: 3:20-cv-00086-BAJ-EWD
Estes v. Monsanto Company

Dear Sir:

Enclosed please find a docket sheet, civil cover sheet and a copy of Complaint filed in the above captioned case. This is a potential multi-district litigation case.

Sincerely,
Michael L. McConnell
Clerk of Court

By: Karri Wilcox
Deputy Clerk

Enclosure
Docket Sheet
Civil Cover Sheet
Complaint

UNITED STATES DISTRICT COURT
Southern District of Iowa

U.S. Courthouse
123 East Walnut Street
Des Moines, Iowa 50309

Clerk of Court's Office
www.iasd.uscourts.gov

Des Moines
Davenport
Council Bluffs

o: 515-284-6248
f : 515-284-6418

February 19, 2020

Mr. John W. Nichols

Judicial Panel on Multidistrict Litigation

Thurgood Marshall Federal Judicial Building

One Columbus Circle, NE

Room G-255, North Lobby

Washington, DC 20002-8004

*In Re:* MDL 2741 Monsanto Company (Roundup).

Dear Mr. Nichols:

Enclosed is a copy of the complaint from the action filed in the Southern District of Iowa, Davenport Division by plaintiff Steven Swift, against defendant Monsanto Company, Inc. Please forward this complaint to the panel for review of a Potential Tag-Along Action to the above entitled MDL case.

Should you have any questions, please do not hesitate to contact this office.

Sincerely,
/s/ Sherry Gates
Deputy Clerk
Phone number 515-284-6163
John S. Courter
CLERK OF COURT

**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

# Notice of Tag-Along from District Court

**Date Received: 2/19/2020**

**District Court: D. Minnesota & E.D. Louisiana**

**Number of Actions: 5**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL