BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Estate of Deloris Marie Personette, by and through her personal representative Marc Personette, Marc Personette, surviving spouse of Deloris Personette, Michael Personette, and Keith Personette | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00241-SPM | Magistrate Judge Shirley Padmore Mensah |
| 2. | Mark Buchanan and Jennifer Buchanan | Monsanto Co. | Middle District of Florida (Tampa) | 8:20-cv-00299-JSM-AAS | Senior District Judge James S. Moody, Jr. |
| 3. | Joseph Griffin-Young | Monsanto Co. | Eastern District of Pennsylvania (Philadelphia) | 2:20-cv-00480-ER | Senior District Judge Eduardo C. Robreno |
| 4. | Michael David Albrecht and Irene Albrecht | Monsanto Co. and John Does 1 through 100 inclusive | Eastern District of Missouri (St. Louis) | 4:20-cv-00114-CDP | Senior District Judge Catherine D. Perry |
| 5. | Michael Finley | Monsanto Co. | District of South Carolina (Charleston) | 2:20-cv-00712-MDL | Unassigned |
| 6. | John George Gorman | Monsanto Co. and John Does 1 through 100 inclusive | Eastern District of Missouri (St. Louis) | 4:20-cv-00212-JAR | District Judge John A. Ross |

1