**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on February 20, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Enrique Elliot Adler, Esq.
ADLER LAW GROUP, APLC
402 West Broadway
Suite 860
San Diego, CA 92101
Phone: (619) 531-8700
Email: eadler@theadlerfirm.com

Counsel for Plaintiffs in *Personette, et al. v. Monsanto Co.*, No. 4:20-cv-00241-SPM (E.D. Mo.).

Eric D. Roslansky, Esq.
Austin Johnson Grinder, Esq.
THE RUTH LAW TEAM
8600 4th Street North
St. Petersburg, FL 33702
Phone: (727) 327-3222
Email: eroslansky@getjustice.com
Email: agrinder@getjustice.com

Counsel for Plaintiffs in *Buchanan, et al. v. Monsanto Co.*, No. 8:20-cv-00299-JSM-AAS (M.D. Fla.).

Terence Matthew Leckman, Esq.
LECKMAN LAW LLC
527 Bethan Road
Elkins Park, PA 19027
Phone: (215) 635-0584
Email: matt@leckmanlaw.com

Counsel for Plaintiff in *Griffin-Young v. Monsanto Co.*, No. 2:20-cv-00480-ER (E.D. Pa.).

Emily Jo Kirk, Esq.
MCCUNE WRIGHT AREVALO, LLP
3281 East Guasti Road
Suite 100
Ontario, CA 91761
Phone: (909) 557-1250
Email: ejk@mccunewright.com

Counsel for Plaintiffs in *Albrecht, et al. v. Monsanto Co., et al.*, No. 4:20-cv-00114-CDP (E.D. Mo.); *Gorman v. Monsanto Co., et al.*, No. 4:20-cv-00212-JAR (E.D. Mo.).

Graham Lee Newman, Esq.
CHAPPELL SMITH AND ARDEN
2801 Devine Street
Suite 300
Columbia, SC 29205
Phone: (803) 929-3600
Email: gnewman@csa-law.com

Counsel for Plaintiff in *Finley v. Monsanto Co.*, No. 2:20-cv-00712-MDL (D.S.C.).

Dated: February 20, 2020                         Respectfully submitted,

                                                  /s/ Joe G. Hollingsworth
                                                  Joe G. Hollingsworth, Esq.
                                                  (jhollingsworth@hollingsworthllp.com)
                                                  HOLLINGSWORTH LLP
                                                  1350 I Street, N.W.
                                                  Washington, D.C. 20005
                                                  Phone: (202) 898-5800
                                                  Fax:    (202) 682-1639

                                                  *Attorneys for Defendant Monsanto Company*