BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Curtiss John Thelen | Monsanto Co. and John Does 1 through 100 inclusive | Eastern District of Missouri (St. Louis) | 4:20-cv-00061-AGF | District Judge Audrey G. Fleissig |
| 2. | James Scott Legros, Sr. | Monsanto Co. and John Does 1 through 100 inclusive | Eastern District of Missouri (St. Louis) | 4:20-cv-00115-DDN | Magistrate Judge David D. Noce |
| 3. | John Warren Moers, individually, and as successor in interest for the Estate of Margaret Ann Moers, deceased | Monsanto Co. and John Does 1 through 100 inclusive | Eastern District of Missouri (St. Louis) | 4:20-cv-00220-AGF | District Judge Audrey G. Fleissig |
| 4. | Karen McCulloch, individually, and as successor in interest for the Estate of James Lewis McCulloch | Monsanto Co. and John Does 1 through 100 inclusive | Eastern District of Missouri (St. Louis) | 4:20-cv-00229-NAB | Chief Magistrate Judge Nannette A. Baker |
| 5. | Roger Wood, individually, and as successor in interest for the Estate of Zena Wood, deceased | Monsanto Co. and John Does 1 through 100 inclusive | Eastern District of Missouri (St. Louis) | 4:20-cv-00201-JMB | Magistrate Judge John M. Bodenhausen |
| 6. | Jesus Evangelista and Isabel Rodriguez | Monsanto Co. | Southern District of Florida (West Palm Beach) | 9:20-cv-80244-KAM | Senior District Judge Kenneth A. Marra |

| | | | | | |
|---|---|---|---|---|---|
| 7. | Linda Burlingame, individually, and as Administratrix of the Estate of Gary Burlingame | Monsanto Co. | District of Delaware (Wilmington) | 1:19-cv-02042-LPS | Chief District Judge Leonard P. Stark |
| 8. | Rebecca Koster | Monsanto Co. and John Does 1 through 100 inclusive | Eastern District of Missouri (St. Louis) | 4:20-cv-00054-JAR | District Judge John A. Ross |
| 9. | Yolanda C. Flores | Monsanto Co. | District of New Mexico (Las Cruces) | 2:20-cv-00119-GJF-CG | Magistrate Judge Gregory J. Fouratt |