# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on February 21, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Emily Jo Kirk, Esq.
MCCUNE WRIGHT AREVALO, LLP
3281 East Guasti Road
Suite 100
Ontario, CA 91761
Phone: (909) 557-1250
Email: ejk@mccunewright.com

Counsel for Plaintiffs in *Thelen v. Monsanto Co., et al.*, No. 4:20-cv-00061-AGF (E.D. Mo.); *Legros v. Monsanto Co., et al.*, No. 4:20-cv-00115-DDN (E.D. Mo.); *Moers v. Monsanto Co., et al.*, No. 4:20-cv-00220-AGF (E.D. Mo.); *McCulloch v. Monsanto Co., et al.*, No. 4:20-cv-00229-NAB (E.D. Mo.); *Wood v. Monsanto Co., et al.*, No. 4:20-cv-00201-JMB (E.D. Mo.); *Koster v. Monsanto Co., et al.*, No. 4:20-cv-00054-JAR (E.D. Mo.).

Yvette M. Trelles, Esq.
TRELLES & BICHLER, LLC
3601 PGA Boulevard
Suite 101
West Palm Beach, FL 33410
Phone: (561) 459-5625
Email: ytrelles@tbinjurylaw.com

Counsel for Plaintiffs in *Evangelista, et al. v. Monsanto Co.*, No. 9:20-cv-80244-KAM (S.D. Fla.).

Ian Connor Bifferato, Esq.
THE BIFFERATO FIRM, P.A.
1007 North Orange Street
4th Floor
Wilmington, DE 19801
Phone: (302) 225-7600
Email: cbifferato@tbf.legal

Counsel for Plaintiff in *Burlingame v. Monsanto Co.,* No. 1:19-cv-02042-LPS (D. Del.).

Rand Nolen, Esq.
FLEMING, NOLEN & JEZ, LLP
2800 Post Oak Boulevard
Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Email: rand_nolen@fleming-law.com

Counsel for Plaintiff in *Flores v. Monsanto Co.,* No. 2:20-cv-00119-GJF-CG (D.N.M.).

Dated: February 21, 2020                        Respectfully submitted,

                                                /s/ Joe G. Hollingsworth
                                                Joe G. Hollingsworth, Esq.
                                                (jhollingsworth@hollingsworthllp.com)
                                                HOLLINGSWORTH LLP
                                                1350 I Street, N.W.
                                                Washington, D.C. 20005
                                                Phone: (202) 898-5800
                                                Fax:    (202) 682-1639

                                                *Attorneys for Defendant Monsanto Company*