**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| | Kelly Scheideman and Cheri Scheideman | Monsanto Co. and John Does 1-100 | Eastern District of Missouri (St. Louis) | 4:20-cv-00248-PLC | Magistrate Judge Patricia L. Cohen |