**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on February 24, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Emily Jo Kirk, Esq.
McCune Wright Arevalo, LLP
3281 East Guasti Road
Suite 100
Ontario, CA 91761
Phone: (909) 557-1250
Email: ejk@mccunewright.com

Counsel for Plaintiffs in *Scheideman, et al. v. Monsanto Co., et al.*, No. 4:20-cv-00248-PLC (E.D. Mo.).

Dated: February 24, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*