BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Janice Lee Vollmar | Monsanto Co. | District of Nebraska (Omaha) | 8:20-cv-00075-JFB-SMB | Senior District Judge Joseph F. Bataillon |
| 2. | Maureen Pearson and James Pearson | Monsanto Co. | District of Nebraska (Omaha) | 8:20-cv-00074-JFB-CRZ | Senior District Judge Joseph F. Bataillon |
| 3. | Brian Short | Monsanto Co. | Eastern District of New York (Central Islip) | 2:19-cv-07286-GRB-ST | District Judge Gary R. Brown |