**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on February 25, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

David A. Domina, Esq.
DOMINA LAW GROUP
2425 South 144th Street
Omaha, NE 68144
Phone: (402) 493-4100
Email: ddomina@dominalaw.com

Counsel for Plaintiffs in *Vollmar v. Monsanto Co.,* No. 8:20-cv-00075-JFB-SMB (D. Neb.); *Pearson, et al. v. Monsanto Co.,* No. 8:20-cv-00074-JFB-CRZ (D. Neb.).

Richard Marian Zgoda, Jr., Esq.
GACOVINO, LAKE & ASSOCIATES, P.C.
270 West Main Street
Sayville, NY 11782
Phone: (631) 543-5400
Email: richard.zgoda.jr@gmail.com

Counsel for Plaintiff in *Short v. Monsanto Co.,* No. 2:19-cv-07286-GRB-ST (E.D.N.Y.).

2

Dated: February 25, 2020                          Respectfully submitted,

                                                      /s/ Joe G. Hollingsworth
                                                      Joe G. Hollingsworth, Esq.
                                                      (jhollingsworth@hollingsworthllp.com)
                                                     HOLLINGSWORTH LLP
                                                     1350 I Street, N.W.
                                                     Washington, D.C. 20005
                                                     Phone: (202) 898-5800
                                                     Fax:     (202) 682-1639

                                                     *Attorneys for Defendant Monsanto Company*