# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received: 2/24/2020 & 2/26/2020**

**District Court: E.D. Louisiana, W.D. New York & E.D. Arkansas**

**Number of Actions: 4**

**Complaints and Docket Sheets are attached.**

_____
Clerk of the Panel

UNITED STATES DISTRICT COURT
Southern District of Iowa



U.S. Courthouse
123 East Walnut Street
Des Moines, Iowa  50309

Clerk of Court's Office
www.iasd.uscourts.gov

Des Moines
Davenport
Council Bluffs

o: 515-284-6248
f : 515-284-6418

February 27, 2020

Mr. John W. Nichols

Judicial Panel on Multidistrict Litigation

Thurgood Marshall Federal Judicial Building

One Columbus Circle, NE

Room G-255, North Lobby

Washington, DC  20002-8004

*In Re:* MDL 2741 Monsanto Company (Roundup).

Dear Mr. Nichols:

Enclosed is a copy of the complaint from the action filed in the Southern District of Iowa, Central Division by plaintiff Bernice A. Linn, against defendant Monsanto Company, Inc. Please forward this complaint to the panel for review of a Potential Tag-Along Action to the above entitled MDL case.

Should you have any questions, please do not hesitate to contact this office.

Sincerely,
/s/ Sherry Gates
Deputy Clerk
Phone number 515-284-6235
John S. Courter
CLERK OF COURT