**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Rusty William Limb | Monsanto Co. | District of Utah (Southern Region) | 4:20-cv-00010-DN-PK | District Judge David Nuffer |
| 2. | Linda D. Griffith and Mark A. Griffith | Monsanto Co. | Northern District of Alabama (Western) | 7:20-cv-00196-LSC | Chief District Judge L. Scott Coogler |

1