BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on February 28, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Brett N. Anderson, Esq.
BLACKBURN & STOLL LC
257 East 200 South
Suite 800
Salt Lake City, UT 84111
Phone: (801) 578-3540
Email: bretta@blackburn-stoll.com

Counsel for Plaintiff in *Limb v. Monsanto Co.,* No. 4:20-cv-00010-DN-PK (D. Utah).

Donald P. McKenna, Jr., Esq.
HARE WYNN NEWELL & NEWTON LLP
2025 Third Avenue North
Suite 800
Birmingham, AL 35203
Phone: (205) 328-5330
Email: don@hwnn.com

Counsel for Plaintiffs in *Griffith, et al. v. Monsanto Co.,* No. 7:20-cv-00196-LSC (N.D. Ala.).

| | |
|---|---|
| Dated: February 28, 2020 | Respectfully submitted, |

    /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*