BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS           MDL No. 2741
LIABILITY LITIGATION

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, undersigned counsel writes to notify you of the potential tag-along actions listed on the attached Schedule of Actions. The docket sheets and complaints for each action are attached.

**VARNUM, LLP**
Attorneys for Plaintiffs: Cynthia A. Havard, as Personal Representative of the Estate of John Richard Hunt, deceased; and Patricia J. Cleland, Personal Representative of the Estate of Donald J. Cleland, deceased; and Jerry DeLisle

Dated: March 2, 2020      By: /s/*Brion B. Doyle*
         Adam J. Brody (P62035)
         Brion B. Doyle (P67870)
         Seth B. Arthur (P82033)
Business Address, Telephone, and E-mail:
         Bridgewater Place, P.O. Box 352
         Grand Rapids, MI 49501-0352
         (616) 336-6000
         ajbrody@varnumlaw.com
         bbdoyle@varnumlaw.com
         sbarthur@varnumlaw.com

16073635_1.docx