BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS               MDL No. 2741
LIABILITY LITIGATION

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS
### SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|----|------------|-----------|----------|------------------|-------|
| 1. | Jerry DeLisle | Bayer-Monsanto Company | Eastern District of Michigan | 5:20-cv-10522-DML-DRG | David M. Lawson (presiding), David R. Grand (referral) |
| 2. | Cynthia A. Havard, as Personal Representative of the Estate of John Richard Hunt, deceased | Bayer-Monsanto Company | Western District of Michigan – Southern Division | 1:20-cv-00150-PLM-SJB | Paul L. Maloney |
| 3. | Patricia J. Cleland, as Personal Representative of the Estate of Donald J. Cleland, deceased | Bayer-Monsanto Company | Western District of Michigan – Southern Division | 1:20-cv-00149-PLM-SJB | Paul L. Maloney |

**VARNUM, LLP**
Attorneys for Plaintiffs: Cynthia A. Havard, as
Personal Representative of the Estate of John
Richard Hunt, deceased; and Patricia J. Cleland,
Personal Representative of the Estate of Donald J.
Cleland, deceased; and Jerry DeLisle

Dated:  March 2, 2020              By:  /s/*Brion B. Doyle*
                                          Adam J. Brody (P62035)
                                          Brion B. Doyle (P67870)
                                          Seth B. Arthur (P82033)
                                   Business Address, Telephone, and E-mail:
                                          Bridgewater Place, P.O. Box 352
                                          Grand Rapids, MI 49501-0352
                                          (616) 336-6000
                                          ajbrody@varnumlaw.com
                                          bbdoyle@varnumlaw.com
                                          sbarthur@varnumlaw.com

16073825_1.docx