BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS       MDL No. 2741
LIABILITY LITIGATION

## PROOF OF SERVICE

I hereby certify that on March 2, 2020, I electronically filed the foregoing Notice of Potential Tag-Along Action with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which will send notification to all counsel of record. I also served, on March 2, 2020, copies of the documents via First Class Mail, on the following:

Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
*Defendant's Corporate Headquarters*

**VARNUM, LLP**
Attorneys for Plaintiffs: Cynthia A. Havard, as Personal Representative of the Estate of John Richard Hunt, deceased; and Patricia J. Cleland, Personal Representative of the Estate of Donald J. Cleland, deceased; and Jerry DeLisle

Dated: March 2, 2020      By: /s/*Brion B. Doyle*
Adam J. Brody (P62035)
Brion B. Doyle (P67870)
Seth B. Arthur (P82033)
Business Address, Telephone, and E-mail:
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
ajbrody@varnumlaw.com
bbdoyle@varnumlaw.com
sbarthur@varnumlaw.com

16079897_1.docx