BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | James L. Thomas | Monsanto Co. | Northern District of Alabama (Southern) | 2:20-cv-00131-GMB | Magistrate Judge Gray M. Borden |
| 2. | Richard P. Warren | Monsanto Co. | Northern District of Georgia (Atlanta) | 1:20-cv-00444-SCJ | District Judge Steve C. Jones |
| 3. | Bernice Katz | Monsanto Co. | Eastern District of Michigan (Detroit) | 2:20-cv-10214-DML-MJH | District Judge David M. Lawson |
| 4. | John T. Stanley | Monsanto Co. and John Does 1-10 | Northern District of New York (Syracuse) | 5:20-cv-00111-TJM-ATB | Senior District Judge Thomas J. McAvoy |
| 5. | Russell Gibson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00209-SRC | District Judge Stephen R. Clark |
| 6. | Donald Salyer | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00224-NCC | Magistrate Judge Noelle C. Collins |
| 7. | Larry Ogletree | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00074-SRC | District Judge Stephen R. Clark |
| 8. | Mary Lou Little | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00068-SRC | District Judge Stephen R. Clark |
| 9. | James M. Robertson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00017-SNLJ | District Judge Stephen N. Limbaugh, Jr. |

| 10. | Markis Smalls | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00237-AGF | District Judge Audrey G. Fleissig |
| 11. | Julius Dubcak | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00252-SEP | District Judge Sarah E. Pitlyk |
| 12. | Davey Lamar Souther | Monsanto Co. | Northern District of Georgia (Gainesville) | 2:20-cv-00047-RWS | Senior District Judge Richard W. Story |
| 13. | Clark Paris | Monsanto Co. | Middle District of Florida (Orlando) | 6:20-cv-00298-RBD-GJK | District Judge Roy B. Dalton, Jr. |
| 14. | Mark D. Stewart and Lisa K. Stewart | Monsanto Co. | Western District of Oklahoma (Oklahoma City) | 5:20-cv-00184-JD | District Judge Jodi W. Dishman |