## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 2, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

William W. Smith, Esq.
SMITH & ALSPAUGH, P.C.
505 North 20th Street
Suite 1100
Birmingham, AL 35203
Phone: (205) 324-8910
Email: wsmith@smithalspaugh.com

Counsel for Plaintiff in *Thomas v. Monsanto Co.,* No. 2:20-cv-00131-GMB (N.D. Ala.).

Adam N. Struletz, Esq.
SPIELMAN LAW GROUP, LLC
6400 Powers Ferry Road Northwest
Suite 200
Atlanta, GA 30339
Phone: (678) 648-2023
Email: astruletz@spielmanhicks.com

Counsel for Plaintiff in *Warren v. Monsanto Co.,* No. 1:20-cv-00444-SCJ (N.D. Ga.).

Jerard M. Scanland, Esq.
MUSSIN AND SCANLAND, PLLC
13351 Reeck Court
Suite 5
Southgate, MI 48195
Phone: (734) 282-6037
Email: jscanland@milawoffices.com

Counsel for Plaintiff in *Katz v. Monsanto Co.,* No. 2:20-cv-10214-DML-MJH (E.D. Mich.).

Michael P. Kenny, Esq.
KENNY & KENNY, PLLC
315 West Fayette Street
Syracuse, NY 13202
Phone: (315) 471-0524
Email: mpkennyesq@msn.com

Counsel for Plaintiff in *Stanley v. Monsanto Co., et al.,* No. 5:20-cv-00111-TJM-ATB (N.D.N.Y.).

Martin Daniel Crump, Esq.
DAVIS AND CRUMP, P.C.
2601 14th Street
Gulfport, MS 39501
Phone: (228) 863-6000
Email: martin.crump@daviscrump.com

Counsel for Plaintiffs in *Gibson v. Monsanto Co.,* No. 4:20-cv-00209-SRC (E.D. Mo.); *Salyer v. Monsanto Co.,* No. 4:20-cv-00224-NCC (E.D. Mo.); *Ogletree v. Monsanto Co.,* No. 4:20-cv-00074-SRC (E.D. Mo.); *Little v. Monsanto Co.,* No. 4:20-cv-00068-SRC (E.D. Mo.); *Robertson v. Monsanto Co.,* No. 4:20-cv-00017-SNLJ (E.D. Mo.); *Smalls v. Monsanto Co.,* No. 4:20-cv-00237-AGF (E.D. Mo.); *Dubcak v. Monsanto Co.,* No. 4:20-cv-00252-SEP (E.D. Mo.).

Caroline Gray McGlamry, Esq.
Joshua Adam Karr, Esq.
Michael Lee McGlamry, Esq.
N. Kirkland Pope, Esq.
POPE MCGLAMRY, P.C.
3391 Peachtree Road Northeast
Suite 300
Atlanta, GA 31126
Phone:  (404) 523-7706
Email:  carolinemcglamry@pmkm.com
Email:  joshkarr@pmkm.com
Email:  mmcglamry@pmkm.com
Email:  efile@pmkm.com

Counsel for Plaintiff in *Souther v. Monsanto Co.,* No. 2:20-cv-00047-RWS (N.D. Ga.).

Kevin A. Malone, Esq.
KRUPNICK CAMPBELL MALONE BUSER SLAMA HANCOCK
12 Southeast 7th Street
Suite 801
Fort Lauderdale, FL 33301
Phone: (954) 763-8181
Email: kmalone@krupnicklaw.com

Counsel for Plaintiff in *Paris v. Monsanto Co.,* No. 6:20-cv-00298-RBD-GJK (M.D. Fla.).

Bradley E. Beckworth, Esq.
James E. Warner, III, Esq.
Jeffrey J. Angelovich, Esq.
NIX PATTERSON LLP
512 North Broadway Avenue
Suite 206
Oklahoma City, OK 73102
Phone: (405) 516-7800
Email: bbeckworth@nixlaw.com
Email: jwarner@nixlaw.com
Email: jangelovich@nixlaw.com

Co-counsel for Plaintiffs in *Stewart, et al. v. Monsanto Co.,* No. 5:20-cv-00184-JD (W.D. Okla.).

Michael Burrage, Esq.
Reggie N. Whitten, Esq.
WHITTEN BURRAGE
512 North Broadway Avenue
Suite 300
Oklahoma City, OK 73102
Phone: (405) 516-7800
Email: mburrage@whittenburragelaw.com
Email: rwhitten@whittenburragelaw.com

Co-counsel for Plaintiffs in *Stewart, et al. v. Monsanto Co.,* No. 5:20-cv-00184-JD (W.D. Okla.).

Dated: March 2, 2020								Respectfully submitted,

									/s/ Joe G. Hollingsworth
									Joe G. Hollingsworth, Esq.
									(jhollingsworth@hollingsworthllp.com)
									HOLLINGSWORTH LLP
									1350 I Street, N.W.
									Washington, D.C. 20005
									Phone: (202) 898-5800
									Fax:    (202) 682-1639

									*Attorneys for Defendant Monsanto Company*