BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**PLAINTIFF'S AND MONSANTO COMPANY'S JOINT MOTION TO TRANSFER TAG-ALONG ACTION AND RECONSIDER DETERMINATION THAT THE LISTED ACTION(S) IS NOT APPROPRIATE FOR INCLUSION IN THIS MDL**

Pursuant to 28 U.S.C. § 1407 and Rules 6.1 and 6.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, plaintiff Josef Pomerantz and defendant Monsanto Company ("Monsanto") hereby jointly move the Panel to: (a) reconsider its Determination That the Listed Action(s) Is Not Appropriate for Inclusion in This MDL ("Determination"), entered on February 7, 2020; and (b) transfer *Pomerantz, et al. v. Monsanto Co.*, 4:19-cv-03412 (E.D. Mo.) ("*Pomerantz*") to the Northern District of California for consolidated pretrial proceedings in MDL No. 2741. The parties' attached Memorandum shows that transfer of *Pomerantz* to the Northern District of California for consolidated pretrial proceedings in MDL No. 2741 is appropriate.

Respectfully submitted,

/s/ Elliot Adler
Elliot Adler
(elliotadler@theadlerfirm.com)
ADLER LAW GROUP, APLC
402 W. Broadway, Suite 860
San Diego, CA 92101
Phone: (619) 531-8700
Fax: (619) 342-9600

*Attorneys for Plaintiffs*

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant
Monsanto Company*