# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S AND MONSANTO COMPANY'S JOINT MOTION TO TRANSFER TAG-ALONG ACTION AND RECONSIDER DETERMINATION THAT THE LISTED ACTION(S) IS NOT APPROPRIATE FOR INCLUSION IN THIS MDL

Pursuant to 28 U.S.C. § 1407 and Rules 6.1 and 6.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, plaintiff Josef Pomerantz and defendant Monsanto Company ("Monsanto") hereby jointly move the Panel to: (a) reconsider its Determination That the Listed Action(s) Is Not Appropriate for Inclusion in This MDL ("Determination"), entered on February 7, 2020; and (b) transfer *Pomerantz, et al. v. Monsanto Co.*, 4:19-cv-03412 (E.D. Mo.) ("*Pomerantz*") to the Northern District of California for consolidated pretrial proceedings in MDL No. 2741.

On February 6, 2020, Monsanto filed a Notice of Potential Tag-Along alerting the Panel that *Pomerantz* was appropriate for inclusion in MDL No. 2741. *See* Notice of Potential Tag-Along, *In re: Roundup Prods. Liab. Litig.*, MDL No. 2741, ECF No. 1618 (J.P.M.L. Feb. 6, 2020). Although the complaint did not specify what form of cancer the plaintiff developed, in its Notice of Potential Tag-Along Action, Monsanto stated that "plaintiffs' counsel have informed Monsanto Company's counsel that this lawsuit involves Hodgkin's lymphoma." *Id.* Although this case does not involve allegations of non-Hodgkin's lymphoma, the Panel has previously determined that cases involving lymphohematopoetic cancers, such as Hodgkin's lymphoma, are appropriate for transfer to MDL No. 2741. *See, e.g.*, Transfer Order, *In re: Roundup Prods.*

*Liab. Litig.*, ECF No. 757 (J.P.M.L. Dec. 6, 2018) (noting that NHL "is an umbrella term that covers a number of different blood cancers").

On February 7, 2020, the Panel declined to transfer *Pomerantz*. Although the Panel did not specify the basis for this decision, plaintiff and Monsanto presume that the Panel denied transfer because the allegations in the complaint did not allow the Panel to determine whether the cancer at issue in in this case is of the type previously transferred to, and appropriate for inclusion in, MDL No. 2741. The parties would also like to bring to the attention of the Panel that the *Pomerantz* complaint is similar to the complaints in two other cases that the Panel recently transferred – *Cameron, et al. v. Monsanto Co.*, 4:19-cv-03399 (E.D. Mo.) and *Klein, et al. v. Monsanto Co.*, 4:19-cv-03400 (E.D. Mo.) – in that they do not allege the specific cancer type at issue, but do, in fact, involve allegations of cancers that are of the types previously transferred to MDL No. 2741. *See* Order Deeming Motion Moot, *In re: Roundup Prods. Liab. Litig.*, MDL No. 2741, ECF No. 1641 (J.P.M.L. Feb. 19, 2020).

Reconsideration of an order denying transfer is appropriate where "recent developments in [the] litigation" or "intervening events" persuade the Panel that transfer "will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation." *See In re Richardson-Merrell, Inc.*, 588 F. Supp. 1448, 1449 (J.P.M.L. 1984) (granting motion to reconsider the Panel's prior order vacating a CTO for these reasons). Moreover, the Multidistrict Litigation Manual has noted that "[w]here there are significant factual or legal developments bearing on the transfer issue, however, a motion for reconsideration would be useful. The clearest example is if facts existing but not known at the time the matter was initially heard became known." Multidistrict Litig. Man. § 4:29 (2019). The information provided here regarding the cancer type at issue in these cases constitutes facts that

were not necessarily known to the Panel when it issued its Determination. In light of this new information, reconsideration is appropriate.

For the reasons stated above, plaintiffs and Monsanto respectfully jointly request that the Panel reconsider its February 7, 2020 Determination and transfer *Pomerantz* to the Northern District of California for consolidated pretrial proceedings in MDL No. 2741.

Dated: March 2, 2020

Respectfully submitted,

/s/ Elliot Adler
Elliot Adler
(elliotadler@theadlerfirm.com)
ADLER LAW GROUP, APLC
402 W. Broadway, Suite 860
San Diego, CA 92101
Phone: (619) 531-8700
Fax: (619) 342-9600

*Attorneys for Plaintiffs*

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant*
*Monsanto Company*