**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**PLAINTIFF'S AND MONSANTO COMPANY'S JOINT MOTION TO TRANSFER TAG-ALONG ACTION AND RECONSIDER DETERMINATION THAT THE LISTED ACTION(S) IS NOT APPROPRIATE FOR INCLUSION IN THIS MDL**

**SCHEDULE OF ACTION**

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|----------------|---------------|--------------|----------------------|-----------|
| 1. | Josef Pomerantz and Melissa Pomerantz | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03412-PLC | District Judge Stephen N. Limbaugh, Jr. |