**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Joint Motion to Transfer Tag-Along Action and Reconsider Determination that the Listed Action(s) Is Not Appropriate for Inclusion in This MDL and Memorandum in Support were electronically filed on March 2, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Dated: March 2, 2020                                  Respectfully submitted,

                                                     /s/ Joe G. Hollingsworth
                                                     Joe G. Hollingsworth
                                                     (jhollingsworth@hollingsworthllp.com)
                                                     HOLLINGSWORTH LLP
                                                     1350 I Street NW
                                                     Washington D.C., 20005
                                                     Phone: (202) 898-5800
                                                     Fax: (202) 682-1639

                                                     *Attorneys for Defendant
                                                     Monsanto Company*