**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Michael J. Caccia and Holly Caccia | Monsanto Co., ABC Corporations 1-10, and John Does 1-10 | District of New Jersey (Camden) | 1:20-cv-01358-NLH-KMW | District Judge Noel L. Hillman |
| 2. | Benjamin Russell Jessup | Monsanto Co. | Northern District of Georgia (Gainesville) | 2:20-cv-00046-RWS | Senior District Judge Richard W. Story |
| 3. | J.C., a minor by and through his parents and guardians, Jarrod Cofrancesco and Rosemarie Cofrancesco | Monsanto Co. | District of New Jersey (Newark) | 2:20-cv-02063-WJM-MF | Senior District Judge William J. Martini |
| 4. | Dona Rawson | Monsanto Co. and Does 1-50 | Central District of California (Los Angeles) | 2:20-cv-01637-GW-PVC | District Judge George H. Wu |