BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

PROOF OF SERVICE

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 3, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Louis J. DeVoto, Esq.
ROSSETTI & DEVOTO, P.C.
20 Brace Road
Suite 115
Cherry Hill, NJ 08034
Phone: (856) 354-0900
Email: ldevoto@rossettidevoto.com

Counsel for Plaintiffs in *Caccia, et al. v. Monsanto Co., et al.,* No. 1:20-cv-01358-NLH-KMW (D.N.J.).

Caroline Gray McGlamry, Esq.
Joshua Adam Karr, Esq.
Michael Lee McGlamry, Esq.
N. Kirkland Pope, Esq.
POPE MCGLAMRY, P.C.
3391 Peachtree Road Northeast
Suite 300
Atlanta, GA 31126
Phone: (404) 523-7706
Email: carolinemcglamry@pmkm.com
Email: joshkarr@pmkm.com
Email: mmcglamry@pmkm.com
Email: kirkpope@popemcglamry.com

Counsel for Plaintiff in *Jessup v. Monsanto Co.,* No. 2:20-cv-00046-RWS (N.D. Ga.).

Christian P. Labletta, Esq.
LABLETTA & WALTERS LLC
200 Barr Harbor Court
Suite 400
Conshohocken, PA 19428
Phone: (610) 828-3339
Email: clabletta@lablettawalters.com

Counsel for Plaintiff in *J.C. v. Monsanto Co.,* 2:20-cv-02063-WJM-MF (D.N.J.).

Charles D. Reiter, Esq.
Robert H. Gruber, Esq.
REITER GRUBER LLP
100 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401
Phone: (310) 496-7799
Email: creiter@reitergruber.com
Email: rgruber@reitergruber.com

Counsel for Plaintiff in *Rawson v. Monsanto Co., et al.,* 2:20-cv-01637-GW-PVC (C.D. Cal.).

Dated: March 3, 2020          Respectfully submitted,

                                             /s/ Joe G. Hollingsworth
                                             Joe G. Hollingsworth, Esq.
                                             (jhollingsworth@hollingsworthllp.com)
                                             HOLLINGSWORTH LLP
                                             1350 I Street, N.W.
                                             Washington, D.C. 20005
                                             Phone: (202) 898-5800
                                             Fax:    (202) 682-1639

                                             *Attorneys for Defendant Monsanto Company*