# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received:** 2/28/2020 & 3/2/2020

**District Court:** E.D. Arkansas, D. South Carolina & D. Minnesota

**Number of Actions:** 4

**Complaints and Docket Sheets are attached.**

_____

CLERK OF THE PANEL

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

| | |
|---|---|
| Elizabeth M. Warren<br>Clerk of Court | Benjamin C. Wynn<br>Orlando Division Manager |

March 2, 2020

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle District of Florida, to be added as a possible tag along action:

    6:20-cv-361-Orl-41EJK        Filed: 2/28/20

If you should have questions or need additional information, please call me at (407) 835-4200.


                            ELIZABETH M. WARREN, CLERK

                            By:     s/D.A., Deputy Clerk

Enclosure

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren					Benjamin C. Wynn
Clerk of Court					Orlando Division Manager

March 3, 2020

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle District of Florida, to be added as a possible tag along action:

    6:20-cv-362-Orl-40GJK       Filed: 2/28/20

If you should have questions or need additional information, please call me at (407) 835-4200.

                ELIZABETH M. WARREN, CLERK

                By:    s/RO, Deputy Clerk

Enclosure