**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                              MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|     | Plaintiff | Defendant | District | Civil Action No. | Judge |
|-----|-----------|-----------|----------|------------------|-------|
| 1. | Glenna Baker, Individually and as Administratrix of the Estate of Tony Baker | Monsanto Co. | District of Delaware (Wilmington) | 1:19-cv-02378-MN | District Judge Maryellen Noreika |
| 2. | John E. Grauley and Marjorie Grauley | Monsanto Co. | Northern District of Georgia (Atlanta) | 1:20-cv-00823-ODE | Senior District Judge Orinda D. Evans |
| 3. | Vincent E. Wallace, as Administrator of the Estate of Charles D. Wallace, and Rosemary Wallace | Monsanto Co. | Southern District of Ohio (Cincinnati) | 1:20-cv-00165-TSB | District Judge Timothy S. Black |
| 4. | Robert S. Webber, Jr. | Monsanto Co. | Southern District of Georgia (Augusta) | 1:20-cv-00029-JRH-BKE | Chief District Judge J. Randal Hall |