**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 4, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Ian Connor Bifferato, Esq.
THE BIFFERATO FIRM, P.A.
1007 North Orange Street
4th Floor
Wilmington, DE 19801
Phone: (302) 225-7600
Email: cbifferato@tbf.legal

Counsel for Plaintiff in *Baker v. Monsanto Co.,* No. 1:19-cv-02378-MN (D. Del.).

Caroline Gray McGlamry, Esq.
Joshua Adam Karr, Esq.
Michael Lee McGlamry, Esq.
N. Kirkland Pope, Esq.
POPE MCGLAMRY, P.C.
3391 Peachtree Road Northeast
Suite 300
Atlanta, GA 31126
Phone:  (404) 523-7706
Email:  carolinemcglamry@pmkm.com
Email:  joshkarr@pmkm.com
Email:  mmcglamry@pmkm.com
Email:  kirkpope@pmkm.com

Counsel for Plaintiffs in *Grauley, et al. v. Monsanto Co.,* No. 1:20-cv-00823-ODE (N.D. Ga.); *Webber v. Monsanto Co.,* No. 1:20-cv-00029-JRH-BKE (S.D. Ga.).

William Henry Blessing, Esq.
THE BLESSING LAW FIRM
119 East Court Street
Suite 500
Cincinnati, OH 45202
Phone: (513) 621-9191
Email: bill@blessing-attorneys.com

Counsel for Plaintiffs in *Wallace, et al. v. Monsanto Co.,* No. 1:20-cv-00165-TSB (S.D. Ohio).

Dated: March 4, 2020                             Respectfully submitted,

                                              /s/ Joe G. Hollingsworth
                                              Joe G. Hollingsworth, Esq.
                                              (jhollingsworth@hollingsworthllp.com)
                                              HOLLINGSWORTH LLP
                                              1350 I Street, N.W.
                                              Washington, D.C. 20005
                                              Phone: (202) 898-5800
                                              Fax:    (202) 682-1639

                                              *Attorneys for Defendant Monsanto Company*