**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Kelsea Rookard Fitzpatrick | Monsanto Co. | Eastern District of Kentucky (Lexington) | 5:20-cv-00082-CHB | District Judge Claria Horn Boom |
| 2. | Oliver Michael Murphy | Monsanto Co. | Middle District of Georgia (Albany) | 1:20-cv-00035-WLS | Senior District Judge W. Louis Sands |