**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 5, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Thomas K. Herren, Esq.
HERREN & ADAMS
148 North Broadway
Lexington, KY 40507
Phone: (859) 254-0024
Email: tom.herren@herrenadams.com

Counsel for Plaintiff in *Fitzpatrick v. Monsanto Co.,* No. 5:20-cv-00082-CHB (E.D. Ky.).

Caroline Gray McGlamry, Esq.
Joshua Adam Karr, Esq.
Michael Lee McGlamry, Esq.
N. Kirkland Pope, Esq.
POPE MCGLAMRY, P.C.
3391 Peachtree Road Northeast
Suite 300
Atlanta, GA 30326
Phone:  (404) 523-7706
Email:  carolinemcglamry@pmkm.com
Email:  joshkarr@pmkm.com
Email:  mmcglamry@pmkm.com
Email:  kirkpope@pmkm.com

Counsel for Plaintiff in *Murphy v. Monsanto Co.,* No. 1:20-cv-00035-WLS (M.D. Ga.).

2

Dated: March 5, 2020 	Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*