# U.S. District Court
## Eastern District of Kentucky (Lexington)
### CIVIL DOCKET FOR CASE #: 5:20−cv−00082−CHB

| | |
|---|---|
| Fitzpatrick v. Monsanto Company | Date Filed: 03/04/2020 |
| Assigned to: Judge Claria Horn Boom | Jury Demand: Both |
| Case in other court: Fayette Circuit Court, 20−CI−541 | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Cause: 28:1441 Petition for Removal− Product Liability | Jurisdiction: Diversity |

**Plaintiff**

**Kelsea Rookard Fitzpatrick**    represented by    **Thomas K. Herren**
Herren & Adams
148 N. Broadway
Lexington, KY 40507
859−254−0024
Fax: 859−254−5991
Email: tom.herren@herrenadams.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Monsanto Company**    represented by    **Carol Dan Browning**
*a Part of Bayer AG*
Stites & Harbison, PLLC − Louisville
400 W. Market Street
Suite 1800
Louisville, KY 40202
502−587−3400
Email: cbrowning@stites.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/04/2020 | 1 | NOTICE OF REMOVAL from Fayette Circuit Court, case number 20−CI−541. ( Filing fee $400; receipt number 0643−4612128), filed by Monsanto Company. (Attachments: # 1 Civil Cover Sheet, # 2 State Court Record)(JLM) (Entered: 03/04/2020) |
| 03/04/2020 | | Conflict Check run. (JLM) (Entered: 03/04/2020) |
| 03/04/2020 | 3 | FRCP 7.1 DISCLOSURE STATEMENT by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. (JLM) (Entered: 03/04/2020) |
| 03/04/2020 | 4 | ANSWER to Complaint with Jury Demand by Monsanto Company.(Browning, Carol) (Entered: 03/04/2020) |
| 03/05/2020 | | ***FILE SUBMITTED TO CHAMBERS of Judge Boom for review: 4 Answer to Complaint (JLM) (Entered: 03/05/2020) |

Filed        20-CI-00541   02/10/2020        Vincent Riggs, Fayette Circuit Clerk

COMMONWEALTH OF KENTUCKY
FAYETTE CIRCUIT COURT
CIVIL BRANCH
4 DIVISION
CIVIL ACTION NO. 20-CI-541

*Electronically Filed*

KELSEA ROOKARD FITZPATRICK                                        PLAINTIFF

V.                                **COMPLAINT**

MONSANTO COMPANY, a Part of
BAYER AG                                                          DEFENDANTS

* * * * * * *

Comes the plaintiff, Kelsea Rookard Fitzpatrick, by and through counsel, and for her cause of action, states:

1. Plaintiff, Kelsea Rookard Fitzpatrick, is a resident of Fayette County, Kentucky.

2. Defendants, Monsanto Company, a part of Bayer AG, is a foreign corporation with its principal office located at 800 North Lindbergh Blvd., Attn: Tax Department, St. Louis, Missouri 63167. Its agent for service of process is: Corporation Service Company, 421 West Main Street, Frankfort, Kentucky 40601.

3. Prior to 2019, the defendants designed, manufactured, marketed, distributed and failed to warn of the dangers of their Roundup weed killer herbicide.

4. Plaintiff has been exposed to extensive amounts of Roundup herbicide during her lifetime, having lived and worked on farms in Central Kentucky, all but two years of her life.

Filed        20-CI-00541   02/10/2020        Vincent Riggs, Fayette Circuit Clerk

5.  At all said times and places, the defendants' Roundup herbicide was being used by first her grandfather and then later farm personnel where she was employed in a reasonably foreseeable manner.

6.  Defendants should be held strictly liable as the designer, manufacturer, distributer and seller of Roundup weed killer herbicide which was defective and unreasonably dangerous to expected users.

7.  Defendants negligently designed, manufactured, marketed and distributed the Roundup weed killer herbicide in such a manner that it created an unreasonable risk of physical harm and injury; this negligence included, but was not limited to, improper and dangerous design, testing and inspection.

8.  Defendants unreasonably failed to warn of the known and foreseeable hazards of the use of Roundup, both before and after the sale of it.

9.  The injuries to the plaintiff, specifically including non-Hodgkins B Cell Lymphoma were directly and proximately caused by the actions and omissions of the defendants.

10. Plaintiff, Kelsea Rookard Fitzpatrick, first discovered the link between Roundup and medical causation of non-Hodgkins B Cell Lymphomas in late 2019, no sooner than November, 2019.

11. As a direct and proximate result of the injuries to the plaintiff, which are permanent and disabling in nature, she is entitled to recover medical, hospital, nursing and rehabilitation care expenses, both in the past and throughout her lifetime; physical pain and mental suffering, both past and future; lost wages and permanent impairment of her power to earn income.

WHEREFORE, plaintiff, Kelsea Rookard Fitzpatrick, demands judgment against the defendants, and each of them, in a sum in excess of any jurisdictional amount of this Court, pre-

2

judgment and post-judgment interest, costs herein expended, trial by jury and any and all other relief to which she may appear entitled.

                Respectfully submitted,

                HERREN LAW, PLLC
                148 N. Broadway
                Lexington, KY  40507
                (859) 254-0024
                (859) 254-5991 (fax)
                tom.herren@herrenadams.com

                */s/ Thomas K. Herren*
                THOMAS K. HERREN
                ATTORNEY FOR PLAINTIFF

c:\documents\tkh\pldgs\fit538.com.docx