# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on March 6, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Jennifer Ann Spellman, Esq.
KUJAWSKI & KUJAWSKI, ESQS.
1637 Deer Park Avenue
Deer Park, NY 11729
Phone: (631) 242-1600
Email: jspellman@bkmklaw.com

Counsel for Plaintiff in *Valdemira v. Monsanto Co.,* No. 2:20-cv-01229-SJF-AYS (E.D.N.Y.).

Dated: March 6, 2020                                Respectfully submitted,

                                                                    /s/ Joe G. Hollingsworth
                                                                    Joe G. Hollingsworth, Esq.
                                                                    (jhollingsworth@hollingsworthllp.com)
                                                                    HOLLINGSWORTH LLP
                                                                    1350 I Street, N.W.
                                                                    Washington, D.C. 20005
                                                                    Phone: (202) 898-5800
                                                                    Fax:    (202) 682-1639

                                                                    *Attorneys for Defendant Monsanto Company*

1