BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS							MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | John Hinnerschietz and Rebecca Hinnerschietz | Monsanto Co. | Eastern District of Pennsylvania (Allentown) | 5:19-cv-05373-JLS | District Judge Jeffrey L. Schmehl |
| 2. | Ara Fermanian | Monsanto Co. | Central District of California (Los Angeles) | 2:20-cv-01615-MWF-AFM | District Judge Michael W. Fitzgerlad |

1