**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 10, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Brian J. McCormick, Jr., Esq.
ROSS FELLER CASEY LLP
1650 Market Street
Suite 3450
Philadelphia, PA 19103
Phone: (215) 231-3740
Email: bmccormick@rossfellercasey.com

Counsel for Plaintiffs in *Hinnerschietz, et al. v. Monsanto Co.,* 5:19-cv-05373-JLS (E.D. Pa.).

Gregory D. Rueb, Esq.
DALIMONTE RUEB STOLLER LLP
515 South Figueroa Street
Suite 1550
Los Angeles, CA 90071
Phone: (925) 375-6843
Email: greg@drlawllp.com

Counsel for Plaintiff in *Fermanian v. Monsanto Co.,* 2:20-cv-01615-MWF-AFM (C.D. Cal.).

2

Dated: March 10, 2020                           Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*