**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| 1. | Margot H. Henson | Monsanto Co. | Northern District of Florida (Tallahassee) | 4:20-cv-00085-MW-MJF | Chief District Judge Mark E. Walker |
| 2. | Susan Conde | Monsanto Co. and John Does I-V | Eastern District of Arkansas (Central Division) | 4:20-cv-00238-KGB | District Judge Kristine G. Baker |
| 3. | Virginia Huffman, Surviving Spouse of Robert Huffman | Monsanto Co. | Middle District of Louisiana (Baton Rouge) | 3:20-cv-00130-JWD-SDJ | District Judge John W. deGravelles |