**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 11, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Dixie Dan Powell, Esq.
POWELL INJURY LAW, P.A.
602 South Main Street
Crestview, FL 32536
Phone: (850) 306-2667
Email: ddp@powellinjurylaw.com

Counsel for Plaintiff in *Henson v. Monsanto Co.,* No. 4:20-cv-00085-MW-MJF (N.D. Fla.).

Gene A. Ludwig, Esq.
Kyle P. Ludwig, Esq.
LUDWIG LAW FIRM, PLC
1217 West Third Street
Little Rock, AR 72201
Phone: (501) 868-7500
Email: gene@ludwiglawfirm.com
Email: kyle@ludwiglawfirm.com

Counsel for Plaintiff in *Conde v. Monsanto Co., et al.,* No. 4:20-cv-00238-KGB (E.D. Ark.).

Colt Justin Fore, Esq.
D. Blayne Honeycutt, Esq.
Hannah Elayne Honeycutt, Esq.
FAYARD & HONEYCUTT
519 Florida Avenue Southwest
Denham Springs, LA 70726
Phone: (225) 664-0304
Email: colt@fayardlaw.com
Email: dbhoneycutt@fayardlaw.com
Email: hannah@fayardlaw.com

Counsel for Plaintiff in *Huffman v. Monsanto Co.,* No. 3:20-cv-00130-JWD-SDJ (M.D. La.).


Dated: March 11, 2020                              Respectfully submitted,


                                                   /s/ Joe G. Hollingsworth
                                                   Joe G. Hollingsworth, Esq.
                                                   (jhollingsworth@hollingsworthllp.com)
                                                   HOLLINGSWORTH LLP
                                                   1350 I Street, N.W.
                                                   Washington, D.C. 20005
                                                   Phone: (202) 898-5800
                                                   Fax:    (202) 682-1639

                                                   *Attorneys for Defendant Monsanto Company*