# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received:** 3/6/2020, 3/9/2020 & 3/10/2020

**District Court:** E.D. Arkansas & E.D. Louisiana

**Number of Actions:** 4

**Complaints and Docket Sheets are attached.**

_____
CLERK OF THE PANEL

# UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
 Daniel J. Lynch, Clerk of Court                                      Telephone: 603-225-1423
 Tracy A. Uhrin, Chief Deputy Clerk                                   Web: www.nhd.uscourts.gov

March 10, 2020

**MDL – Notice of Filing**

Clerk, Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle NE, Rm #G-255, North Lobby
Washington, D.C. 20002-8004

Dear Sir or Madam:

    RE:    **Notice of Potential MDL Tag-Along Case Filing**
           MDL 2741, <u>IN RE: Roundup Products Liability Litigation</u>
           NH Case <u>Nichols v. Monsanto Company,</u> 1:20-cv-322-LM

    The referenced case has been identified as a potential tag along case that might be appropriate for inclusion with the above-referenced MDL.

    For your review, I have attached a copy of the complaint with attachments and docket sheet.

    If you have any further questions, please feel free to contact this office.

Very truly yours,

DANIEL J. LYNCH, CLERK

*/s/ Erica DiFabio*
Erica DiFabio
Deputy Clerk

Enclosures

    Cc: D. Michael Noonan, Esq.

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

ARTHUR JOHNSTON
CLERK OF COURT

Arthur_Johnston@mssd.uscourts.gov

501 E. Court St., Suite 2.500
Jackson, MS  39201

TELEPHONE
601-608-4010

3/10/2020

*Divisions*

SOUTHERN at Gulfport
2012 15th St., Suite 403, Zip 39501

EASTERN at Hattiesburg
701 Main St., Suite 200, Zip 39401

JACKSON & WESTERN at Jackson
501 E. Court St., Suite 2.500 Zip 39201

Mr. John W. Nichols, Clerk
Judicial Panel on Multidistrict Litigation
1 Columbus Circle, N. E.  #G-255
Washington, DC   20002-8000

Re:   MDL  2741
      USDC Civil Action No.3:20-cv-153-HTW-LRA
      Sandifer v. Monsanto Company

Dear Mr. Nichols:

It has come to the attention of the clerk's office that the captioned litigation may involve issues related to Roundup Products Liability Litiation.

If so, this litigation may be subject to the jurisdiction of the Multidistrict Litigation Panel, MDL Panel MDL- 2741

According to the directive of your office, we enclose a copy of the docket sheet, as well as a copy of the complaint and/or notice of removal which has been filed in this cause.  Attorneys for the parties of this action are being notified by NEF.

If we can provide any additional or more specific information concerning the status of this case, we will be pleased to promptly do so.

Yours very truly,

Arthur Johnston, Clerk

By:_____
Deputy Clerk

cc:   Counsel of Record

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren  Benjamin C. Wynn
Clerk of Court  Orlando Division Manager

March 11, 2020

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle District of Florida, to be added as a possible tag along action:

    6:20-cv-435-Orl-31LRH        Filed: 3/10/20

If you should have questions or need additional information, please call me at (407) 835-4200.

                    ELIZABETH M. WARREN, CLERK

                    By:     s/MJ, Deputy Clerk

Enclosure