## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

**IN RE:** ROUNDUP PRODUCTS                           MDL No. 2741
LIABILITY LITIGATION

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Ann M. Behn writes to notify you of the potential tag along action listed on the attached Schedule of Action.

A docket sheet and complaint is attached.

Dated: March 12, 2020                    Respectfully Submitted,

/s/ David J. Diamond
David J. Diamond, Esq. (AZ: 010842)
GOLDBERG & OSBORNE LLP
698 E. Wetmore Rd., Suite 200
Tucson, Arizona 85705
Phone: (520) 620-3975
Fax: (520) 620-3991
Email: ddiamond@goldbergandosborne.com