**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE:** ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**SCHEDULE OF ACTION**

|    | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|----------------|----------------|--------------|----------------------|-----------|
| 1. | Ann M. Behn    | Monsanto Company | USDC AZ     | 2:19-cv-05500        | Judge Steven P. Logan |