**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE:** ROUNDUP PRODUCTS            MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

PLEASE TAKE NOTICE THAT on the 12th day of March, 2020, the following document was electronically sent to the Defendant in care of the Judicial Panel on Multidistrict Litigation's electronic case filing system:

**1.     Notice of Potential Tag Along**

The individual Defendant to receive the above-referenced document includes Monsanto Company.

Dated:  March 12, 2020                    Respectfully Submitted,

/s/ David J. Diamond
David J. Diamond, Esq. (AZ: 010842)
GOLDBERG & OSBORNE LLP
698 E. Wetmore Rd., Suite 200
Tucson, Arizona 85705
Phone: (520) 620-3975
Fax: (520) 620-3991
Email: ddiamond@goldbergandosborne.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 12th day of March, 2020, I electronically filed the foregoing document with the clerk of the court for the Judicial Panel on Multidistrict Litigation, using the electronic case filing system of the Court and a true and correct copy of the foregoing Tag-Along Action, Schedule of Actions, Docket Sheet and Complaint were served via ECF upon the following:

Monsanto Company
c/o Martin C. Calhoun, Esq.
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
(202) 898-5867

                                              /s/ David J. Diamond
                                              David J. Diamond, Esq. (AZ: 010842)
                                              GOLDBERG & OSBORNE LLP
                                              698 E. Wetmore Rd., Suite 200
                                              Tucson, Arizona 85705
                                              Phone: (520) 620-3975
                                              Fax: (520) 620-3991
                                              Email: ddiamond@goldbergandosborne.com