# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

## PLAINTIFF'S AND MONSANTO COMPANY'S JOINT WITHDRAWAL OF MOTION TO TRANSFER TAG-ALONG ACTION (DOCKET NO. 1663)

Plaintiff Josef Pomerantz and defendant Monsanto Company hereby jointly withdraw their Motion to Transfer *Pomerantz, et al. v. Monsanto Co.*, 4:19-cv-03412 (E.D. Mo.), Docket No. 1663, to the Northern District of California for consolidated pretrial proceedings in MDL No. 2741.  That Motion is now moot because the transfer of this case to MDL No. 2741 has been ordered.  *See* Docket No. 1681.

Dated: March 12, 2020

Respectfully submitted,

/s/ Elliot Adler
Elliot Adler
(elliotadler@theadlerfirm.com)
ADLER LAW GROUP, APLC
402 W. Broadway, Suite 860
San Diego, CA 92101
Phone: (619) 531-8700
Fax: (619) 342-9600

*Attorneys for Plaintiffs*

2

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant*
*Monsanto Company*