**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                    MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Joint Withdrawal of Motion to Transfer Tag-Along Action (Docket No. 1663) was electronically filed on March 12, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Dated: March 12, 2020                          Respectfully submitted,

                                               /s/ Joe G. Hollingsworth
                                               Joe G. Hollingsworth
                                               (jhollingsworth@hollingsworthllp.com)
                                               HOLLINGSWORTH LLP
                                               1350 I Street NW
                                               Washington D.C., 20005
                                               Phone: (202) 898-5800
                                               Fax: (202) 682-1639

                                               *Attorneys for Defendant*
                                               *Monsanto Company*

1