**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE:** Roundup Products  
Liability Litigation

MDL No. 2741

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation Plaintiffs Mark Jordan, Nancy Stolipher, and William Weston, write to notify you of the potential tag along actions listed on the attached Schedule of Actions.

Docket sheets and complaints are attached.

Respectfully submitted,

By: /s/ *Rebecca Fredona*
Rebecca Fredona
MOLL LAW GROUP
22 W Washington Street
15th Floor
Chicago, IL 60602
Tel: 312.462.1700
Fax: 312.756.0045
Email: rfredona@molllawgroup.com
         info@molllawgroup.com

*Attorneys for Plaintiffs
Mark Jordan, Nancy Stolipher, and
William Weston*