BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE:** Roundup Products  
Liability Litigation

MDL No. 2741

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

|   | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Mark Jordan | Monsanto Company | N.D. West Virginia | 3:20-cv-00030 | Judge Gina M. Groh |
| 2. | Nancy Stolipher, Individually and as Representative of the Estate of Douglas Stolipher | Monsanto Company | N.D. West Virginia | 3:20-cv-00033 | Judge Gina M. Groh |
| 3. | William Weston | Monsanto Company | N.D. West Virginia | 3:20-cv-00029 | Judge Gina M. Groh |

Respectfully submitted,

By: /s/ *Rebecca Fredona*  
Rebecca Fredona  
MOLL LAW GROUP  
22 W Washington Street 15th Floor  
Chicago, IL 60602  
Tel: 312.462.1700  
Fax: 312.756.0045  
Email: rfredona@molllawgroup.com  
　　　　info@molllawgroup.com  
*Attorneys for Plaintiffs*  
*Mark Jordan, Nancy Stolipher, &*  
*William Weston*