**PROOF OF SERVICE**

This is to certify that the foregoing Notice of Potential Tag-Along Action was served on the following parties via electronic mail in accordance with the Federal Rules of Civil Procedure on March 17, 2020:

Martin Calhoun
Joe G. Hollinsworth
Eric G. Lasker
Hollingsworth, LLP
1350 I Street NW
Washington D.C. 20005
202.898.5800
mcalhoun@hollingsworthllp.com
jhollingsworth@hollingsworthllp.com
elasker@hollingsworthllp.com
Attorneys for Defendant Monsanto Company

    Respectfully submitted,

    By: /s/ *Rebecca Fredona*
    Rebecca Fredona
    MOLL LAW GROUP
    22 W Washington Street
    15th Floor
    Chicago, IL 60602
    Tel: 312.462.1700
    Fax: 312.756.0045
    Email: rfredona@molllawgroup.com
           info@molllawgroup.com

*Attorneys for Plaintiffs*
*Mark Jordan, Nancy Stolipher, and William Weston*