**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Carol Favors | Monsanto Co. | Eastern District of Texas (Tyler) | 6:20-cv-00111-JCB | District Judge J. Campbell Barker |
| 2. | Sharon Bross and Aaron Michael Bross | Monsanto Co. | Middle District of Florida (Orlando) | 6:20-cv-00468-PGB-GJK | District Judge Paul G. Byron |
| 3. | Robert Steven Bryant | Monsanto Co. | Middle District of Georgia (Athens) | 3:20-cv-00014-CAR | District Judge C. Ashley Royal |

1