BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 17, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

John Christian Enochs, Esq.
MORRIS BART, LLC
601 Poydras Street
24th Floor
New Orleans, LA 70130
Phone: (504) 526-1087
Email: jenochs@morrisbart.com

Counsel for Plaintiff in *Favors v. Monsanto Co.,* No. 6:20-cv-00111-JCB (E.D. Tex.).

A. Michael Bross, Esq.
BROSS, BROSS, THOMAS & SAVY, LLC
50 North Grove Street
Merritt Island, FL 32953
Phone: (321) 456-5914
Email: amichaelbrossp@cfl.rr.com

Counsel for Plaintiffs in *Bross, et al. v. Monsanto Co.,* No. 6:20-cv-00468-PGB-GJK (M.D. Fla.).

R. Walker Garrett, Esq.
MORGAN & MORGAN, P.A.
408 12th Street
Suite 200
Columbus, GA 31901
Phone: (706) 478-1907
Email: wgarrett@forthepeople.com

Counsel for Plaintiff in *Bryant v. Monsanto Co.,* No. 3:20-cv-00014-CAR (M.D. Ga.).

Dated: March 17, 2020          Respectfully submitted,

                                          /s/ Joe G. Hollingsworth
                                          Joe G. Hollingsworth, Esq.
                                           (jhollingsworth@hollingsworthllp.com)
                                           HOLLINGSWORTH LLP
                                           1350 I Street, N.W.
                                           Washington, D.C. 20005
                                           Phone: (202) 898-5800
                                           Fax:    (202) 682-1639

                                           *Attorneys for Defendant Monsanto Company*