BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Alice Bolles Economy | Monsanto Co. | Northern District of Georgia (Atlanta) | 1:20-cv-00940-ODE | Senior District Judge Orinda D. Evans |
| 2. | Carl Savory and Karen Savory | Monsanto Co. | Eastern District of Pennsylvania (Philadelphia) | 2:20-cv-01327-PD | District Judge Paul S. Diamond |
| 3. | Jeffrey Michael Farrell | Monsanto Co. | Middle District of Florida (Tampa) | 8:20-cv-00484-MSS-AAS | District Judge Mary S. Scriven |
| 4. | Robert Kenneth Walker | Monsanto Co. | Southern District of Florida (Ft. Lauderdale) | 0:20-cv-60457-AHS | District Judge Raag Singhal |
| 5. | Susan Cooper, Individually and as Representative of the Estate of Michael Cooper, Deceased | Monsanto Co. | Northern District of Illinois (Chicago) | 1:20-cv-01822 | Senior District Judge Harry D. Leinenweber |
| 6. | Margaret Pac, Individually and as Representative of the Estate of Michael Pac, Deceased | Monsanto Co. | Northern District of Illinois (Chicago) | 1:20-cv-01318 | Chief District Judge Rebecca R. Pallmeyer |