**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 18, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Dylan James Hooper, Esq.
MORGAN & MORGAN, PLLC
191 Peachtree Street Northeast
Suite 4200
Atlanta, GA 30306
Phone: (404) 496-7286
Email: dhooper@forthepeople.com

Counsel for Plaintiff in *Economy v. Monsanto Co.,* No. 1:20-cv-00940-ODE (N.D. Ga.).

Robert S. Miller, Esq.
WAPNER, NEWMAN, WIGRIZER, BRECHER AND MILLER, P.C.
2000 Market Street
Suite 2750
Philadelphia, PA 19103
Phone: (215) 569-0900
Email: rmiller@wapnernewman.com

Counsel for Plaintiffs in *Savory, et al. v. Monsanto Co.,* No. 2:20-cv-01327-PC (E.D. Pa.).

2

T. Michael Morgan, Esq.
G. Katherine Chambers, Esq.
MORGAN & MORGAN, PA
20 North Orange Avenue
Suite 1600
Orlando, FL 32801
Phone: (407) 420-1414
Email: mmorgan@forthepeople.com
Email: kathychambers@forthepeople.com

Counsel for Plaintiffs in *Farrell v. Monsanto Co.,* No. 8:20-cv-00484-MSS-AAS (M.D. Fla.); *Walker v. Monsanto Co.,* No. 0:20-cv-60457-AHS (S.D. Fla.).

Rebecca Laine Fredona, Esq.
Kenneth Brian Moll, Esq.
MOLL LAW GROUP
22 West Washington Street
15th Floor
Chicago, IL 60602
Phone: (312) 462-1700
Email: rfredona@molllawgroup.com
Email: kmoll@molllawgroup.com

Counsel for Plaintiffs in *Cooper v. Monsanto Co.,* No. 1:20-cv-01822 (N.D. Ill.); *Pac v. Monsanto Co.,* No. 1:20-cv-01318 (N.D. Ill.).

|  |  |
|---|---|
| Dated: March 18, 2020 | Respectfully submitted, |
|  | /s/ Joe G. Hollingsworth |
|  | Joe G. Hollingsworth, Esq. (jhollingsworth@hollingsworthllp.com) HOLLINGSWORTH LLP 1350 I Street, N.W. Washington, D.C. 20005 Phone: (202) 898-5800 Fax:    (202) 682-1639 |
|  | *Attorneys for Defendant Monsanto Company* |