**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| | James Cal Mayo, Jr., Individually and as Executor of the Estate of Sandra Jones Mayo, Deceased | Monsanto Co. | Northern District of Mississippi (Oxford) | 3:20-cv-00083-MPM-RP | District Judge Michael P. Mills |

1