**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on March 20, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

William Liston, III, Esq.
William Lawrence Deas, Esq.
LISTON & DEAS, PLLC
605 Crescent Boulevard
Suite 200
Ridgeland, MS 39157
Phone: (601) 981-1636
Email: william@listondeas.com
Email: lawrence@listondeas.com

Counsel for Plaintiff in *Mayo v. Monsanto Co.,* No. 3:20-cv-00083-MPM-RP (N.D. Miss.).

Dated: March 20, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*