BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Randy M. Welsh | Monsanto Co. | Western District of Washington (Tacoma) | 3:20-cv-05191-BHS | Senior District Judge Benjamin H. Settle |
| 2. | Tyler Pemble | Monsanto Co. | Northern District of Iowa (Central Division) | 3:20-cv-03004-LRR-KEM | Senior District Judge Linda R. Reade |
| 3. | Lon Peterson | Monsanto Co. | Northern District of Iowa (Central Division) | 3:20-cv-03005-LRR-MAR | Senior District Judge Linda R. Reade |
| 4. | John Renze | Monsanto Co. | Northern District of Iowa (Central Division) | 3:20-cv-03003-LRR-KEM | Senior District Judge Linda R. Reade |
| 5. | Phyllis Swift | Monsanto Co. | Northern District of Iowa (Cedar Rapids) | 1:20-cv-00020-LRR-KEM | Senior District Judge Linda R. Reade |
| 6. | Jay Nakash | Monsanto Co. | Eastern District of New York (Central Islip) | 2:19-cv-07295-GRB-LB | District Judge Gary R. Brown |
| 7. | Francine Hillpot | Monsanto Co. and John Does 1-50 | Eastern District of New York (Brooklyn) | 1:20-cv-00398-FB-RML | Senior District Judge Frederic Block |
| 8. | Mary Cockrell | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00287-NCC | Magistrate Judge Noelle C. Collins |
| 9. | Patricia Warren | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00292-AGF | District Judge Audrey G. Fleissig |
| 10. | Kenneth Catlett | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00347-HEA | District Judge Henry Edward Autrey |

| | | | | | |
|---|---|---|---|---|---|
| **11.** | Donald Stark, Jr., as surviving son of Donald Stark, Sr., for and on behalf of all wrongful death beneficiaries of Donald Stark, Sr. and the Estate of Donald Stark, Sr. | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00332-SRC | District Judge Stephen R. Clark |
| **12.** | Robert Mefford | Monsanto Co. | Western District of Michigan (Southern Division) | 1:20-cv-00139-RJJ-PJG | Chief District Judge Robert J. Jonker |
| **13.** | Phillip Arnt | Monsanto Co. | Western District of Michigan (Northern Division) | 2:20-cv-00020-JTN-MV | District Judge Janet T. Neff |
| **14.** | Deborah Iona | Monsanto Co. | Southern District of Florida (Ft. Lauderdale) | 0:20-cv-60313-KMM | Chief District Judge K. Michael Moore |
| **15.** | Izora Poteet, individually and on behalf of the Estate of J.P. Stewart | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00207-SRC | District Judge Stephen R. Clark |
| **16.** | Larry Williams | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00208-SRC | District Judge Stephen R. Clark |
| **17.** | Elvis Masinovic | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00225-SEP | District Judge Sarah E. Pitlyk |
| **18.** | Reginald Sayles | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00210-SEP | District Judge Sarah E. Pitlyk |
| **19.** | Patrick Finnell | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00226-PLC | Magistrate Judge Patricia L. Cohen |
| **20.** | Jasmine Goodman | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00211-AGF | District Judge Audrey G. Fleissig |
| **21.** | Roscoe Shields | Monsanto Co. | Northern District of Mississippi (Greenville) | 4:20-cv-00040-DMB-RP | District Judge Debra M. Brown |
| **22.** | Melvin G. McCandish | Monsanto Co. | Western District of Louisiana (Monroe) | 3:20-cv-00306-TAD-KLH | District Judge Terry A. Doughty |
| **23.** | Joseph R. Williams, Sr. | Monsanto Co. | Western District of Louisiana (Lafayette) | 6:20-cv-00312-MJJ-PJH | District Judge Michael J. Juneau |

| | | | | | |
|---|---|---|---|---|---|
| **24.** | Danny Ray Singleton, Jr., on behalf of Danny R. Singleton, Sr. | Monsanto Co. | Western District of Louisiana (Monroe) | 3:20-cv-00311-TAD-KLH | District Judge Terry A. Doughty |
| **25.** | Yvonne E. Morgan | Monsanto Co. | Western District of Louisiana (Lake Charles) | 2:20-cv-00310-JDC-KK | District Judge James D. Cain, Jr. |
| **26.** | James Hoffman | Monsanto Co. | District of Minnesota (DMN) | 0:20-cv-00556-PJS-KMM | District Judge Patrick J. Schiltz |
| **27.** | Andrew Andrzejczak | Monsanto Co. and John Does 1-50 | District of New Jersey (Trenton) | 3:20-cv-03013-AET-TJB | Senior District Judge Anne E. Thompson |