BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 23, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Sims G. Weymuller, Esq.
Elizabeth Jean McLafferty, Esq.
SCHROETER GOLDMARK & BENDER
810 Third Avenue
Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Email: sims@sgb-law.com
Email: mclafferty@sgb-law.com

Counsel for Plaintiff in *Welsh v. Monsanto Co.*, No. 3:20-cv-05191-BHS (W.D. Wash.).

Larry D. Helvey, Esq.
LARRY HELVEY LAW FIRM
2735 First Avenue Southeast
Suite 101
Cedar Rapids, IA 52402
Phone: (319) 362-0421
Email: lhelvey@helveylaw.com

Counsel for Plaintiffs in *Pemble v. Monsanto Co.,* No. 3:20-cv-03004-LRR-KEM (N.D. Iowa); *Peterson v. Monsanto Co.,* No. 3:20-cv-03005-LRR-MAR (N.D. Iowa); *Renze v. Monsanto Co.,* No. 3:20-cv-03003-LRR-KEM (N.D. Iowa); *Swift v. Monsanto Co.,* No. 1:20-cv-00020-LRR-KEM (N.D. Iowa).

Edward James Hynes, Esq.
Joseph Lanni, Esq.
THE JACOB D. FUCHSBERG LAW FIRM, LLP
3 Park Avenue
37th Floor
New York, NY 10016
Phone: (212) 398-1532
Email: e.hynes@fuchsberg.com
Email: j.lanni@fuchsberg.com

Counsel for Plaintiff in *Nakash v. Monsanto Co.*, No. 2:19-cv-07295-GRB-LB (E.D.N.Y.).

Brian A. Goldstein, Esq.
CELLINO & BARNES PC
350 Main Street
2500 Main Place Tower
Buffalo, NY 14202
Phone: (716) 566-2287
Email: brian.goldstein@cellinoandbarnes.com

Counsel for Plaintiff in *Hillpot v. Monsanto Co., et al.*, No. 1:20-cv-00398-FB-RML (E.D.N.Y.).

Martin Daniel Crump, Esq.
DAVIS AND CRUMP, P.C.
2601 14th Street
Gulfport, MS 39501
Phone: (228) 863-6000
Email: martin.crump@daviscrump.com

Counsel for Plaintiffs in *Cockrell v. Monsanto Co.,* No. 4:20-cv-00287-NCC (E.D. Mo.); *Warren v. Monsanto Co.,* No. 4:20-cv-00292-AGF (E.D. Mo.); *Catlett v. Monsanto Co.,* No. 4:20-cv-00347-HEA (E.D. Mo.); *Stark, et al. v. Monsanto Co.,* No. 4:20-cv-00332-SRC (E.D. Mo.).

Wesley D. Merillat, Esq.
CHARLES E. BOYK LAW OFFICES, LLC
405 Madison Avenue
Suite 1200
Toledo, OH 43604
Phone: (419) 241-1395
Email: wmerillat@charlesboyk-law.com

Counsel for Plaintiffs in *Mefford v. Monsanto Co.*, No. 1:20-cv-00139-RJJ-PJG (W.D. Mich.); *Arnt v. Monsanto Co.*, No. 2:20-cv-00020-JTN-MV (W.D. Mich.).

Jeffrey Louis Haberman, Esq.
SCHLESINGER LAW OFFICES
1212 Southeast Third Avenue
Fort Lauderdale, FL 3316
Phone: (954) 320-9507
Email: jhaberman@schlesingerlaw.com

Counsel for Plaintiff in *Iona v. Monsanto Co.*, No. 0:20-cv-60313-KMM (S.D. Fla.).

David Matthew Haynie, Esq.
FORESTER HAYNIE PLLC
1701 North Market Street
Suite 210
Dallas, TX 75202
Phone: (214) 210-2100
Email: matthew@foresterhaynie.com

Counsel for Plaintiffs in *Poteet v. Monsanto Co.*, No. 4:20-cv-00207-SRC (E.D. Mo.); *Williams v. Monsanto Co.*, No. 4:20-cv-00208-SRC (E.D. Mo.); *Masinovic v. Monsanto Co.*, No. 4:20-cv-00225-SEP (E.D. Mo.); *Sayles v. Monsanto Co.*, No. 4:20-cv-00210-SEP (E.D. Mo.); *Finnell v. Monsanto Co.*, No. 4:20-cv-00226-PLC (E.D. Mo.); *Goodman v. Monsanto Co.*, No. 4:20-cv-00211-AGF (E.D. Mo.).

John Christian Enochs, Esq.
Betsy J. Barnes, Esq.
Richard Lee Root, Esq.
MORRIS BART, LLC
601 Poydras Street
24th Floor
New Orleans, LA 70130
Phone: (504) 526-1087
Email: jenochs@morrisbart.com
Email: bbarnes@morrisbart.com
Email: rroot@morrisbart.com

Counsel for Plaintiffs in *Shields v. Monsanto Co.,* No. 4:20-cv-00040-DMB-RP (N.D. Miss.); *McCandish v. Monsanto Co.,* No. 3:20-cv-00306-TAD-KLH (W.D. La.); *Williams v. Monsanto Co.,* No. 6:20-cv-00312-MJJ-PJH (W.D. La.); *Singleton v. Monsanto Co.,* No. 3:20-cv-00311-TAD-KLH (W.D. La.); *Morgan v. Monsanto Co.,* No. 2:20-cv-00310-JDC-KK (W.D. La.).

Charles H. Johnson, Esq.
LAW OFFICES OF CHARLES H. JOHNSON, PA
2599 Mississippi Street
New Brighton, MN 55112
Phone: (651) 633-5685
Email: bdehkes@charleshjohnsonlaw.com

Counsel for Plaintiff in *Hoffman v. Monsanto Co.*, No. 0:20-cv-00556-PJS-KMM (D. Minn.).

Lynne M Kizis, Esq.
WILENTZ, GOLDMAN & SPITZER, PA
90 Woodbridge Center Drive
Suite 900
Woodbridge, NJ 07095
Phone: (732) 636-8000
Email: lkizis@wilentz.com

Counsel for Plaintiff in *Andrzejczak v. Monsanto Co., et al.*, No. 3:20-cv-03013-AET-TJB (D.N.J.).

|  |  |
|---|---|
| Dated: March 23, 2020 | Respectfully submitted, |

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*