**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| | Johnetta Scheh, Individually and as Representative of the Estate of Donald Scheh, Deceased and Troy Scheh | Monsanto Co. and Bayer AG | Southern District of Texas (Houston) | 4:20-cv-00451 | District Judge Alfred H. Bennett |

1