**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on March 24, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

James Martin Clauder, Esq.
LAW OFFICES OF J. MARTIN CLAUDER
P.O. Box 171
Gonzales, TX 78629
Phone: (512) 348-7752
Email: mclauder@gmail.com
Email: clauderattorney@gmail.com

Counsel for Plaintiffs in *Scheh, et al. v. Monsanto Co., et al.*, No. 4:20-cv-00451 (S.D. Tex.).

Copies of the foregoing were also caused to be served via Fed-Ex on defendant Bayer AG (which has not been served with the summons or complaint in *Scheh, et al. v. Monsanto Co., et al.*, No. 4:20-cv-00451 (S.D. Tex.)) as follows:

Bayer AG
Attn: General Counsel
Law, Patents & Compliance
Building Q 26, 1.008
51368 Leverkusen, Germany

Dated: March 24, 2020                    Respectfully submitted,


/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:     (202) 682-1639

*Attorneys for Defendant Monsanto Company*