**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| | LaTanya Dotson, Individually and on behalf of the Estate of Judy Dotson | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00204-SEP | District Judge Sarah E. Pitlyk |