**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on March 24, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

David Matthew Haynie, Esq.
FORESTER HAYNIE PLLC
1701 North Market Street
Suite 210
Dallas, TX 75202
Phone: (214) 210-2100
Email: matthew@foresterhaynie.com

Counsel for Plaintiff in *Dotson v. Monsanto Co.*, No. 4:20-cv-00204-SEP (E.D. Mo.).

Dated: March 24, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*