BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Elizabeth Naveaux and Thomas Naveaux | Monsanto Co. | Northern District of Ohio (Toledo) | 3:20-cv-00594-JZ | Senior District Judge Jack Zouhary |
| 2. | Phillip M. Ragazzo, Sr. | Monsanto Co. | Middle District of North Carolina (Durham) | 1:20-cv-00174-WO-JLW | District Judge William L. Osteen, Jr. |
| 3. | Thomas Coltrain and Kathryn Coltrain | Monsanto Co. | Eastern District of North Carolina (Eastern Division) | 4:20-cv-00013-M | District Judge Richard E. Myers, II |
| 4. | Patsy W. Wix, as Personal Representative of the Estate of William Dennis Huskey | Monsanto Co. | District of South Carolina (Spartanburg) | 7:20-cv-01110-MDL | Unassigned |