BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 25, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Jonathan M. Ashton, Esq.
GALLON, TAKACS & BOISSONEAULT, CO., L.P.A.
3516 Granite Circle
Toledo, OH 43617
Phone: (419) 843-2001
Email: jashton@gallonlaw.com

Counsel for Plaintiffs in *Naveaux, et al. v. Monsanto Co.,* No. 3:20-cv-00594-JZ (N.D. Ohio).

Carrie R. Guest, Esq.
Henry Forest Horne, Jr., Esq.
MARTIN & JONES, PLLC
4140 Parklake Avenue
Suite 400
Raleigh, NC 27612
Phone: (919) 821-0005
Email: crg@m-j.com
Email: hfh@m-j.com

Counsel for Plaintiffs in *Ragazzo v. Monsanto Co.,* No. 1:20-cv-00174-WO-JLW (M.D.N.C.); *Coltrain, et al. v. Monsanto Co.,* No. 4:20-cv-00013-M (E.D.N.C.).

Christopher James Moore, Esq.
Alonzo Jonathon Holloway, Esq.
RICHARDSON PATRICK WESTBROOK & BRICKMAN LLC
1730 Jackson Street
Barnwell, SC 29812
Phone: (803) 541-7850
Email: cmoore@rpwb.com
Email: aholloway@rpwb.com

Counsel for Plaintiff in *Wix v. Monsanto Co.,* No. 7:20-cv-01110-MDL (D.S.C.).

Dated: March 25, 2020                    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*