**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                   MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Estate of John Joseph Czernich, Jr., by and through his personal representative Tanya Brown and Tanya Brown, surviving daughter of John Joseph Czernich, Jr., on behalf of herself and all legal heirs of John Joseph Czernich, Jr. | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00329-SRC | District Judge Stephen R. Clark |
| 2. | Estate of Bobby Reed, by and through his personal representative and Pearl Grace Reed, surviving spouse of Bobby Reed, on behalf of herself and all legal heirs of Bobby Reed | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00321-JAR | District Judge John A. Ross |