**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 26, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Patrick N. Keegan, Esq.
KEEGAN AND BAKER LLP
2292 Faraday Avenue
Suite 100
Carlsbad, CA 92008
Phone: (760) 929-9303
Email: pkeegan@keeganbaker.com

Counsel for Plaintiffs in *Czernich, et al. v. Monsanto Co.,* No. 4:20-cv-00329-SRC (E.D. Mo.); *Reed, et al. v. Monsanto Co.,* No. 4:20-cv-00321-JAR (E.D. Mo.).

Dated: March 26, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

1