**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on March 26, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

James Harrison Kemp, Esq.
MANN & KEMP, PLLC
221 West Second Street
Suite 408
Little Rock, AR 72201
Phone: (501) 222-7378
Email: harrison@mannkemp.com

Counsel for Plaintiff in *Duck v. Monsanto Co.*, No. 4:20-cv-00311-LPR (E.D. Ark.).

Dated: March 26, 2020          Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

1