# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received: 3/23/2020 & 3/24/2020**

**District Court: D. Arizona, D. South Carolina, D. Minnesota & M.D. Alabama**

Number of Actions: 9

**Complaints and Docket Sheets are attached.**

*[signature]*

CLERK OF THE PANEL