# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 3/26/2020

**District Court:** D. Minnesota & D. South Carolina

**Number of Actions:** 2

**Complaints and Docket Sheets are attached.**

_____
CLERK OF THE PANEL

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**
Clerk of Court

**Leslie M. Friedmann**
Fort Myers Division Manager
(239)461-2000

March 26, 2020

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re: Wendy Smith, Individually, and a Personal Representative of the Estate of Richard Warren Smith, Deceased, v. Monsanto Company
Case No. 2:20-cv-217-FtM-38NPM

Dear Clerk:

Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

Sincerely,

ELIZABETH M. WARREN, CLERK

By: /s/M. Janczewski, Deputy Clerk

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**
Clerk of Court

**Leslie M. Friedmann**
Fort Myers Division Manager
(239)461-2000

March 26, 2020

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:   Ronald Broadway v. Monsanto Company
Case No.   2:20-cv-218-FtM-38NPM

Dear Clerk:

    Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

    Sincerely,

    ELIZABETH M. WARREN, CLERK

    By: /s/M. Janczewski, Deputy Clerk

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
Golden-Collum Memorial Federal Building & U.S. Courthouse
Office of the Clerk
207 N.W. Second Street
Ocala, FL 34475
(352) 369-4860
www.flmd.uscourts.gov

Elizabeth M. Warren
Clerk of Court

Lisa Fannin
Division Manager

March 27, 2020

John W. Nichols, Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, N.E.
Washington, DC 20002-8041

**RE: MDL No. 2741, In re: In re: Roundup Products Liability Litigation**

Dear Mr. Nichols:

Enclosed please find a copy of the docket sheet and complaint for the case listed below. These items are forwarded to you so that this case may be considered as a potential tag-along case in the above referenced litigation.

**Case # 5:20-cv-121-Oc-30PRL    Bassett v. Monsanto Company**

If I may be of further assistance, please let me know.

Sincerely,

s/L. Burget
Deputy Clerk

enclosures (as stated)