BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION     MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Brenda Faye Carter | Monsanto Co. | Southern District of Georgia (Brunswick) | 2:20-cv-00026-LGW-BWC | District Judge Lisa G. Wood |
| 2. | Jackie Mosteller | Monsanto Co. | Northern District of Georgia (Rome) | 4:20-cv-00058-MLB | District Judge Michael L. Brown |
| 3. | Carol Patterson, Individually and as Personal Representative of the Estate of Albert Patterson, Deceased | Monsanto Co. | Northern District of Georgia (Newnan) | 3:20-cv-00036-TCB | District Judge Timothy C. Batten, Sr. |
| 4. | Maryellen Cosgrove, Individually and as Personal Representative of the Estate of Charles Cosgrove, III, Deceased | Monsanto Co. | Northern District of Georgia (Gainesville) | 2:20-cv-00069-RWS | Senior District Judge Richard W. Story |
| 5. | Anastasia Manchini and Anthony Manchini | Monsanto Co. | District of Massachusetts (Boston) | 1:20-cv-10373-ADB | District Judge Allison D. Burroughs |
| 6. | Stan Brodsky and Ruth Brodsky | Monsanto Co. | District of Delaware (Wilmington) | 1:20-cv-00309-MN | District Judge Maryellen Noreika |
| 7. | Arthur McKinley and Jane McKinley | Monsanto Co. | District of Delaware (Wilmington) | 1:20-cv-00308-RGA | District Judge Richard G. Andrews |
| 8. | James Rothschild and Audrey Rothschild | Monsanto Co. | District of Delaware (Wilmington) | 1:20-cv-00310-CFC | District Judge Colm F. Connolly |