**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2741 |

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 31, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Seth M. Diamond, Esq.
MORGAN & MORGAN
25 Bull Street
Suite 400
Savannah, GA 31401
Phone: (912) 443-1012
Email: sdiamond@forthepeople.com

Counsel for Plaintiff in *Carter v. Monsanto Co.,* No. 2:20-cv-00026-LGW-BWC (S.D. Ga.).

Dylan James Hooper, Esq.
MORGAN & MORGAN
191 Peachtree Street Northeast
Suite 4200
Atlanta, GA 30306
Phone: (404) 496-7286
Email: dhooper@forthepeople.com

Counsel for Plaintiffs in *Mosteller v. Monsanto Co.,* No. 4:20-cv-00058-MLB (N.D. Ga.); *Patterson v. Monsanto Co.,* No. 3:20-cv-00036-TCB (N.D. Ga.); *Cosgrove v. Monsanto Co.,* No. 2:20-cv-00069-RWS (N.D. Ga.).

Steven G. Manchini, Esq.
CUNNINGHAM, MACHANIC, CETLIN, JOHNSON, HARNEY & TENNEY, LLP
220 North Main Street
Suite 301
Natick, MA 01760
Phone: (508) 651-7524
Email: smanchini@cmlaw.net

Counsel for Plaintiffs in *Manchini, et al. v. Monsanto Co.,* No. 1:20-cv-10373-ADB (D. Mass.).

Chase Traver Brockstedt, Esq.
Stephen Anthony Spence, Esq.
BAIRD MANDALAS BROCKSTEDT, LLC
1413 Savannah Road
Suite 1
Lewes, DE 19958
Phone: (302) 644-0302
Email: chase@bmbde.com
Email: sas@bmbde.com

Counsel for Plaintiffs in *Brodsky, et al. v. Monsanto Co.,* No. 1:20-cv-00309-MN (D. Del.);
*McKinley, et al. v. Monsanto Co.,* No. 1:20-cv-00308-RGA (D. Del.); *Rothschild, et al. v. Monsanto Co.,* No. 1:20-cv-00310-CFC (D. Del.).

Dated: March 31, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*