**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| | William Hoffman | Monsanto Co. | District of South Carolina (Anderson) | 8:20-cv-01121-MDL | Unassigned |

1