**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

  In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on April 2, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Graham Lee Newman, Esq.
CHAPPELL SMITH AND ARDEN
2801 Devine Street
Suite 300
Columbia, SC 29205
Phone: (803) 929-3600
Email: gnewman@csa-law.com

Counsel for Plaintiff in *Hoffman v. Monsanto Co.*, No. 8:20-cv-01121-MDL (D.S.C.).

Dated: April 2, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant Monsanto Company*