**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| | Phillip Mowry | Monsanto Co. and Harwell's Green Thumb Nursery, Inc. | Middle District of Alabama (Montgomery) | 2:20-cv-00215-MHT-SMD | Senior District Judge Myron H. Thompson |

1