**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on April 3, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Jamie Austin Johnston, Esq.
JAMIE A. JOHNSTON, PC
509 Cloverdale Road
Suite 101
Montgomery, AL 36106
Phone: (334) 202-9228
Email: jamie@jjohnstonpc.com

Co-counsel for Plaintiff in *Mowry v. Monsanto Co., et al.,* No. 2:20-cv-00215-MHT-SMD (M.D. Ala.).

Jere Locke Beasley, Esq.
John Everett Tomlinson, Esq.
LaBarron Nelson Boone, Esq.
Rhon Eugene Jones, Esq.
BEASLEY ALLEN CROW METHVIN PORTIS & MILES, PC
218 Commerce Street
Montgomery, AL 36104
Phone: (334) 269-2343
Email: jere.beasley@beasleyallen.com
Email: john.tomlinson@beasleyallen.com
Email: labarron.boone@beasleyallen.com
Email: rhon.jones@beasleyallen.com

Co-counsel for Plaintiff in *Mowry v. Monsanto Co., et al.,* No. 2:20-cv-00215-MHT-SMD (M.D. Ala.).

Gerald Carl Swann, Jr., Esq.
William Henry Brittain, II, Esq.
BALL, BALL, MATTHEWS & NOVAK, PA
445 Dexter Avenue
Suite 9045
Montgomery, AL 36104
Phone: (334) 387-7680
Email: gswann@ball-ball.com
Email: bbrittain@ball-ball.com

Counsel for defendant Harwell's Green Thumb Nursery, Inc. in *Mowry v. Monsanto Co., et al.,* No. 2:20-cv-00215-MHT-SMD (M.D. Ala.).

Dated: April 3, 2020  Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*