**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Christopher Howard | Monsanto Co. | Southern District of Texas (Houston) | 4:20-cv-00874 | Senior District Judge Sim Lake |
| 2. | Ted Arndt and Tina Arndt | Monsanto Co. | Central District of Illinois (Peoria) | 1:20-cv-01112-MMM-JEH | Senior District Judge Michael M. Mihm |

1