# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on April 3, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Randal Alan Kauffman, Esq.
HOUSSIERE, DURANT & HOUSSIERE LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056
Phone: (713) 626-3700
Email: rkauffman@hdhtex.com

Counsel for Plaintiff in *Howard v. Monsanto Co.*, No. 4:20-cv-00874 (S.D. Tex.).

Jamie Greer Goldstein, Esq.
ARIAS SANGUINETTI WANG & TORRIJOS
2200 Powell Street
Suite 740
Emeryville, CA 94608
Phone: (510) 629-4877
Email: jamie@aswtlawyers.com

Counsel for Plaintiffs in *Arndt, et al. v. Monsanto Co.*, No. 1:20-cv-01112 (C.D. Ill.).

Dated: April 3, 2020                    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*