# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received:** 4/2/2020, 4/6/2020

**District Court:** W.D. New York, D. North Dakota & D. Minnesota

**Number of Actions:** 3

**Complaints and Docket Sheets are attached.**

*[signature]*

_____
CLERK OF THE PANEL

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren    Benjamin C. Wynn
Clerk of Court    Orlando Division Manager

April 3, 2020

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle District of Florida, to be added as a possible tag along action:

    6:20-cv-568-Orl-22DCI        Filed: 4/2/20

If you should have questions or need additional information, please call me at (407) 835-4200.

        ELIZABETH M. WARREN, CLERK

        By:    s/RO, Deputy Clerk

Enclosure