# BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on April 6, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Laura M. Jordan, Esq.
POWERS & SANTOLA, LLP
100 Great Oaks Boulevard
Suite 123
Albany, NY 12203
Phone: (518) 465-5995
Email: ljordan@powers-santola.com

Counsel for Plaintiff in *Boutelle v. Monsanto Co.*, No. 1:20-cv-00103-GTS-DJS (N.D.N.Y.).

Dated: April 6, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

1