**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS            MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | T. Michael Mahedy | Monsanto Co. | Southern District of Ohio (Cincinnati) | 1:20-cv-00167-TSB | District Judge Timothy S. Black |
| 2. | Wanda Augsburger and Brad Augsburger | Monsanto Co. | Northern District of Ohio (Toledo) | 3:20-cv-00716-JZ | Senior District Judge Jack Zouhary |
| 3. | Gregory Canzoni and Julieann Canzoni | Monsanto Co. | Northern District of Ohio (Toledo) | 3:20-cv-00683-JJH | District Judge Jeffrey J. Helmick |
| 4. | Michael Oehlmann | Monsanto Co. and John Does 1-50 | District of New Jersey (Trenton) | 3:20-cv-03558-AET-TJB | Senior District Judge Anne E. Thompson |
| 5. | Mark Phillips and Debra Phillips | Monsanto Co. | Northern District of Ohio (Toledo) | 3:20-cv-00717-JZ | Senior District Judge Jack Zouhary |