**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on April 7, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Matthew E. Stubbs, Esq.
MONTGOMERY JONSON, LLP
600 Vine Street
Suite 2650
Cincinnati, OH 45202
Phone: (513) 241-4722
Email: mstubbs@mojolaw.com

Counsel for Plaintiff in *Mahedy v. Monsanto Co.*, No. 1:20-cv-00167-TSB (S.D. Ohio).

Jonathan M. Ashton, Esq.
Michael D. Bell, Esq.
GALLON, TAKACS & BOISSONEAULT, CO., L.P.A.
3516 Granite Circle
Toledo, OH 43617
Phone: (419) 843-2001
Email: jashton@gallonlaw.com
Email: mbell@gallonlaw.com

Counsel for Plaintiffs in *Augsburger, et al. v. Monsanto Co.,* No. 3:20-cv-00716-JZ (N.D. Ohio); *Canzoni, et al. v. Monsanto Co.,* No. 3:20-cv-00683-JJH (N.D. Ohio); *Phillips, et al. v. Monsanto Co.,* No. 3:20-cv-00717-JZ (N.D. Ohio).

Lynne M. Kizis, Esq.
WILENTZ, GOLDMAN & SPITZER, PA
90 Woodbridge Center Drive
Suite 900
Woodbridge, NJ 07095
Phone: (732) 636-8000
Email: lkizis@wilentz.com

Counsel for Plaintiff in *Oehlmann v. Monsanto Co., et al.*, No. 3:20-cv-03558-AET-TJB (D.N.J.).

Dated: April 7, 2020                Respectfully submitted,

                                            /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*