**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on April 8, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Jenna Constance Bailey, Esq.
BAILEY LAW FIRM PLLC
4435 East Chandler Boulevard
Suite 200
Phoenix, AZ 85048
Phone: (480) 681-5408
Email: jbailey@baileylawfirmaz.com

Counsel for Plaintiff in *Lewenstein v. Monsanto Co., et al.*, No. 2:20-cv-00688-MTL (D. Ariz.).

Dated: April 8, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*