**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on April 9, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Henry Forest Horne, Jr., Esq.
MARTIN & JONES, PLLC
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603
Phone: (919) 821-0005
Email: hfh@m-j.com

Counsel for Plaintiff in *Long v. Monsanto Co.,* No. 2:20-cv-00019-BO (E.D.N.C.).

Dated: April 9, 2020                               Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*