**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on April 10, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Mark A. Tate, Esq.
Andrew A. Zemany, Esq.
TATE LAW GROUP, LLC
2 East Bryan Street
Suite 600
Savannah, GA 31401
Phone: (912) 234-3030
Email: marktate@tatelawgroup.com
Email: azemany@tatelawgroup.com

Counsel for Plaintiff in *Yarbrough v. Monsanto Co.,* No. 6:20-cv-00037-JRH-CLR (S.D. Ga.).

Dated: April 10, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:     (202) 682-1639

*Attorneys for Defendant Monsanto Company*

1