# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received: 4/7/2020, 4/8/2020**

**District Court: E.D. Louisiana and E.D. Arkansas**

Number of Actions: 3

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL