BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS        MDL No. 2741
LIABILITY LITIGATION

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS
### SCHEDULE OF ACTIONS

|   | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Jeff DeKorte and Sue DeKorte | Bayer-Monsanto Company | Western District of Michigan – Southern Division | 1:20-cv-00296-PLM-SJB | Paul L. Maloney |
| 2. | Elvia Avila | Bayer-Monsanto Company | Western District of Michigan – Southern Division | 1:20-cv-00297-PLM-SJB | Paul L. Maloney |

**VARNUM, LLP**
Attorneys for Plaintiffs: Jeff DeKorte and Sue DeKorte, and Elvia Avila

Dated:  April 10, 2020          By:  /s/*Brion B. Doyle*
    Adam J. Brody (P62035)
    Brion B. Doyle (P67870)
    Seth B. Arthur (P82033)
Business Address, Telephone, and E-mail:
    Bridgewater Place, P.O. Box 352
    Grand Rapids, MI 49501-0352
    (616) 336-6000
    ajbrody@varnumlaw.com
    bbdoyle@varnumlaw.com
    sbarthur@varnumlaw.com

16264010_1.docx