BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS          MDL No. 2741
LIABILITY LITIGATION

### PROOF OF SERVICE

I hereby certify that on April 10, 2020, I electronically filed the foregoing Notice of Potential Tag-Along Action with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which will send notification to all counsel of record.  I also served, on April 10, 2020, copies of the documents via First Class Mail, on the following:

> Monsanto Company
> 800 North Lindbergh Boulevard
> St. Louis, MO 63167
> *Defendant's Corporate Headquarters*

                       **VARNUM, LLP**
                       Attorneys for Plaintiffs: Jeff DeKorte and Sue DeKorte, and Elvia Avila

Dated:  April 10, 2020          By: /s/*Brion B. Doyle*
                                      Adam J. Brody (P62035)
                                      Brion B. Doyle (P67870)
                                      Seth B. Arthur (P82033)
                       Business Address, Telephone, and E-mail:
                                      Bridgewater Place, P.O. Box 352
                                      Grand Rapids, MI 49501-0352
                                      (616) 336-6000
                                      ajbrody@varnumlaw.com
                                      bbdoyle@varnumlaw.com
                                      sbarthur@varnumlaw.com

16263986_1.docx