**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on April 10, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Ramon A. Rasco, Esq.
PODHURST ORSECK PA
1 Southeast Third Avenue
Suite 2300
Miami, FL 33131
Phone: (305) 358-2800
Email: rrasco@podhurst.com

Counsel for Plaintiff in *Colton v. Monsanto Co., et al.*, No. 4:20-cv-00138-AW-MAF (N.D. Fla.).

Copies of the foregoing were also caused to be served via first class mail on defendant Bayer Corporation (which has not entered an appearance in *Colton v. Monsanto Co., et al.*, No. 4:20-cv-00138-AW-MAF (N.D. Fla.)) as follows:

    Bayer Corporation
    Attn: General Counsel
    100 Bayer Blvd.
    Whippany, NJ 07981

Copies of the foregoing were also caused to be served via Fed-Ex on defendant Bayer AG (which has not been served with the summons or complaint in *Colton v. Monsanto Co., et al.*, No. 4:20-cv-00138-AW-MAF (N.D. Fla.)) as follows:

    Bayer AG
    Attn: General Counsel
    Law, Patents & Compliance
    Building Q 26, 1.008
    51368 Leverkusen, Germany

Dated: April 10, 2020                            Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*