**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  　　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Estate of Charlotte Lord, by and through her representative John M. Cole and John M. Cole, surviving spouse of Charlotte Lord on behalf of all legal heirs of Charlotte Lord | Monsanto Co. | District of Massachusetts (Boston) | 1:20-cv-10062-FDS | Chief District Judge F. Dennis Saylor, IV |
| 2. | William Hutchison | Monsanto Co. | Eastern District of Kentucky (Covington) | 2:20-cv-00051-WOB-CJS | Senior District Judge William O. Bertelsman |