**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on April 10, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Kimberly A. Dougherty, Esq.
ANDRUS WAGSTAFF, PC
19 Belmont Street
South Easton, MA 02375
Phone: (508) 230-2700
Email: kim.dougherty@andruswagstaff.com

Counsel for Plaintiffs in *Lord, et al. v. Monsanto Co.,* No. 1:20-cv-10062-FDS (D. Mass.).

Thomas K. Herren, Esq.
HERREN & ADAMS
148 North Broadway
Lexington, KY 40507
Phone: (859) 254-0024
Email: tom.herren@herrenadams.com

Counsel for Plaintiff in *Hutchison v. Monsanto Co.,* No. 2:20-cv-00051-WOB-CJS (E.D. Ky.).

2

Dated: April 10, 2020									Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*