# U.S. District Court
# Eastern District of Kentucky (Covington)
# CIVIL DOCKET FOR CASE #: 2:20−cv−00051−WOB−CJS

Hutchison v. Monsanto Company  
Assigned to: Judge William O. Bertelsman  
Referred to: Magistrate Judge Candace J. Smith  
Case in other court: Grant Circuit Court, 20−CI−00102  
Cause: 28:1332 Diversity−Petition for Removal  

Date Filed: 04/09/2020  
Jury Demand: Both  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity  

**Plaintiff**

**William Hutchison**     represented by     **Thomas K. Herren**  
Herren & Adams  
148 N. Broadway  
Lexington, KY 40507  
859−254−0024  
Fax: 859−254−5991  
Email: tom.herren@herrenadams.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

V.

**Defendant**

**Monsanto Company**     represented by     **Carol Dan Browning**  
*a part of Bayer AG*  
Stites & Harbison, PLLC – Louisville  
400 W. Market Street  
Suite 1800  
Louisville, KY 40202  
502−587−3400  
Email: cbrowning@stites.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  

| Date Filed | # | Docket Text |
|---|---|---|
| 04/09/2020 | 1 | NOTICE OF REMOVAL from Grant Circuit Court, case number 20−CI−00102. ( Filing fee $400; receipt number 0643−4641285), filed by Monsanto Company. (Attachments: # 1 Exhibit 1−State Court Record, # 2 Civil Cover Sheet)(ECO) (Entered: 04/09/2020) |
| 04/09/2020 | 3 | FRCP 7.1 DISCLOSURE STATEMENT by Monsanto Company identifying Corporate Parent Bayer AG for Monsanto Company.. (ECO) (Entered: 04/09/2020) |
| 04/09/2020 | 4 | STANDING REFERRAL ORDER: 1) Case referred to presiding Magistrate Judge to supervise discovery and pretrial proceedings; 2) Magistrate Judge is authorized to conduct all pretrial and status conferences, hold hearings as required, and rule on nondispositive motions. Dispositive motions and motions in limine will be referred by the Clerk of court to the undersigned. Subject to other provisions of law, the final pretrial conference and trial will be before the undersigned, unless the parties agree to a trial by a Magistrate Judge, pursuant to 28 USC § 636(c). Signed by Judge William O. Bertelsman on 6/18/2010.(ECO)cc: COR (Entered: 04/09/2020) |
| 04/09/2020 |  | Conflict Check run. (ECO) (Entered: 04/09/2020) |
| 04/09/2020 | 5 | ANSWER to Complaint with Jury Demand by Monsanto Company.(Browning, Carol) (Entered: 04/09/2020) |
| 04/10/2020 | 6 | ORDER: Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the parties shall confer no later than **April 27, 2020** to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the |

|  |  | case, to make or arrange for the disclosures required by Rule 26(a)(1), and to develop a proposed discovery plan. Such proposed schedule shall be filed no later than **May 4, 2020**. Upon the filing of the proposed schedule, the Court will review the plan and determine whether a preliminary pretrial conference is needed. If the Court determines that a conference is not necessary, a scheduling order will be issued based upon the plan filed by the parties. If the Court determines that a conference should be held, an order scheduling the same shall issue. Signed by Judge William O. Bertelsman on 4/10/2020.(ECO)cc: COR (Entered: 04/10/2020) |
|---|---|---|

COMMONWEALTH OF KENTUCKY
GRANT CIRCUIT COURT
CIVIL BRANCH
___ DIVISION
CIVIL ACTION NO. _____

*Electronically Filed*

WILLIAM HUTCHISON                                                             PLAINTIFF

V.                                    **COMPLAINT**

MONSANTO COMPANY, a Part of
BAYER AG                                                                      DEFENDANTS

\* \* \* \* \* \* \*

Comes the plaintiff, William Hutchison, by and through counsel, and for his cause of action, states:

1. Plaintiff, William Hutchison, is a resident of Grant County, Kentucky.

2. Defendants, Monsanto Company, a part of Bayer AG, is a foreign corporation with its principal office located at 800 North Lindbergh Blvd., Attn: Tax Department, St. Louis, Missouri 63167. Its agent for service of process is: Corporation Service Company, 421 West Main Street, Frankfort, Kentucky 40601.

3. Prior to 2019, the defendants designed, manufactured, marketed, distributed and failed to warn of the dangers of their Roundup weed killer herbicide.

4. Plaintiff has been exposed to extensive amounts of Roundup herbicide during his lifetime, having lived and worked on farms in Grant County, Kentucky most of his life.

5. At all said times and places, the defendants' Roundup herbicide was being used by plaintiff in accordance with defendants' instructions and by farm personnel in a reasonably foreseeable manner.

6. Defendants should be held strictly liable as the designer, manufacturer, distributer and seller of Roundup weed killer herbicide which was defective and unreasonably dangerous to expected users.

7. Defendants negligently designed, manufactured, marketed and distributed the Roundup weed killer herbicide in such a manner that it created an unreasonable risk of physical harm and injury; this negligence included, but was not limited to, improper and dangerous design, testing and inspection.

8. Defendants unreasonably failed to warn of the known and foreseeable hazards of the use of Roundup, both before and after the sale of it.

9. The injuries to the plaintiff, specifically including non-Hodgkins B Cell Lymphoma were directly and proximately caused by the actions and omissions of the defendants.

10. Plaintiff, William Hutchison, first discovered the link between Roundup and medical causation of non-Hodgkins B Cell Lymphomas in late 2019, no sooner than November, 2019.

11. As a direct and proximate result of the injuries to the plaintiff, which are permanent and disabling in nature, he is entitled to recover medical, hospital, nursing and rehabilitation care expenses, both in the past and throughout his lifetime; physical pain and mental suffering, both past and future; lost wages and permanent impairment of his power to earn income.

WHEREFORE, plaintiff, William Hutchison, demands judgment against the defendants, and each of them, in a sum in excess of any jurisdictional amount of this Court, pre-judgment and

2

post-judgment interest, costs herein expended, trial by jury and any and all other relief to which he may appear entitled.

                                          Respectfully submitted,

                                          HERREN LAW, PLLC
                                          148 N. Broadway
                                          Lexington, KY  40507
                                          (859) 254-0024
                                          (859) 254-5991 (fax)
                                          tom.herren@herrenadams.com

                                          <u>/s/ Thomas K. Herren</u>
                                          THOMAS K. HERREN
                                          ATTORNEY FOR PLAINTIFF

c:\documents\tkh\pldgs\hut500.com.docx

3