BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION          MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Renato Singson and Estate of Maria Vida Singson | Monsanto Co. | Eastern District of Michigan (Detroit) | 2:20-cv-10653-SJM-APP | District Judge Stephen J. Murphy, III |
| 2. | George R. Oscar, Jr. and Sandra Oscar | Monsanto Co. | Northern District of Georgia (Gainesville) | 2:20-cv-00065-RWS | Senior District Judge Richard W. Story |
| 3. | Casey Darden and Keisha Darden | Monsanto Co. | Northern District of Georgia (Atlanta) | 1:20-cv-01072-MLB | District Judge Michael L. Brown |
| 4. | Bradley Koen | Monsanto Co. | Western District of Texas (Austin) | 1:20-cv-00241-RP | District Judge Robert Pitman |
| 5. | Emory Moreland, Jr. | Monsanto Co. | Southern District of Georgia (Brunswick) | 2:20-cv-00024-LGW-BWC | District Judge Lisa G. Wood |
| 6. | Lula Banks, Vetonya Taylor, Dabecca Smith and Cynthia Jean Pierre, individually as Wrongful Death Beneficiaries of Willie Banks, deceased; and on behalf of the Estate of Willie Banks, deceased | Monsanto Co. | Southern District of Texas (Houston) | 4:20-cv-00869 | Senior District Judge Kenneth M. Hoyt |
| 7. | John Jones and Edna Jones | Monsanto Co. | Southern District of Texas (Houston) | 4:20-cv-00877 | District Judge Andrew S. Hanen |