**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on April 13, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Alyson L. Oliver, Esq.
OLIVER LAW GROUP, P.C.
1647 West Big Beaver Road
Troy, MI 48084
Phone: (248) 327-6556
Email: notifications@oliverlawgroup.com

Co-counsel for Plaintiffs in *Singson, et al. v. Monsanto Co.,* No. 2:20-cv-10653-SJM-APP (E.D. Mich.).

Rebecca Laine Fredona, Esq.
Kenneth Brian Moll, Esq.
MOLL LAW GROUP
22 West Washington Street
15th Floor
Chicago, IL 60602
Phone: (312) 462-1700
Email: rfredona@molllawgroup.com
Email: kmoll@molllawgroup.com

Co-counsel for Plaintiffs in *Singson, et al. v. Monsanto Co.,* No. 2:20-cv-10653-SJM-APP (E.D. Mich.).

Jonathan Wesley Johnson, Esq.
JONATHAN W. JOHNSON, LLC
2296 Henderson Mill Road
Suite 304
Atlanta, GA 30345
Phone: (404) 298-0795
Email: jwj@jonathanjohnsonatlantalawyer.com

Counsel for Plaintiffs in *Oscar, et al. v. Monsanto Co.,* No. 2:20-cv-00065-RWS (N.D. Ga.); *Darden, et al. v. Monsanto Co.,* No. 1:20-cv-01072-MLB (N.D. Ga.).

Rebecca Ruth Webber, Esq.
Scott M. Hendler, Esq.
HENDLER FLORES LAW, PLLC
1301 West 25th Street
Suite 400
Austin, TX 78705
Phone: (512) 439-3200
Email: rwebber@hendlerlaw.com
Email: shendler@hendlerlaw.com

Counsel for Plaintiff in *Koen v. Monsanto Co.,* No. 1:20-cv-000241-RP (W.D. Tex.).

Paul Michael Scott, Esq.
BROWN, READDICK, BUMGARTNER, CARTER, STRICKLAND & WATKINS, LLP
5 Glynn Avenue
Brunswick, GA 31521
Phone: (912) 264-8544
Email: pscott@brbcsw.com

Co-counsel for Plaintiff in *Moreland v. Monsanto Co.,* No. 2:20-cv-00024-LGW-BWC (S.D. Ga.).

Roy J. Boyd, Jr., Esq.
BOYD LAW FIRM, LLC
1601 Reynolds Street
Brunswick, GA 31520
Phone: (912) 265-5069
Email: roy@royboydlaw.com

Co-counsel for Plaintiff in *Moreland v. Monsanto Co.,* No. 2:20-cv-00024-LGW-BWC (S.D. Ga.).

Charles Rene Houssiere, III, Esq.
Randal Alan Kauffman, Esq.
HOUSSIERE, DURANT & HOUSSIERE LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056
Phone: (713) 626-3700
Email: choussiere@hdhtex.com
Email: rkauffman@hdhtex.com

Counsel for Plaintiffs in *Banks, et al. v. Monsanto Co.*, No. 4:20-cv-00869 (S.D. Tex.); *Jones, et al. v. Monsanto Co.*, No. 4:20-cv-00877 (S.D. Tex.).

Dated: April 13, 2020                    Respectfully submitted,

                                         /s/ Joe G. Hollingsworth
                                         Joe G. Hollingsworth, Esq.
                                         (jhollingsworth@hollingsworthllp.com)
                                         HOLLINGSWORTH LLP
                                         1350 I Street, N.W.
                                         Washington, D.C. 20005
                                         Phone: (202) 898-5800
                                         Fax:    (202) 682-1639

                                         *Attorneys for Defendant Monsanto Company*