# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 4/9/2020

**District Court:** D. North Dakota

**Number of Actions:** 1

**Complaints and Docket Sheets are attached.**

_____

CLERK OF THE PANEL

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**
Clerk of Court

**Leslie M. Friedmann**
Fort Myers Division Manager
(239)461-2000

April 9, 2020

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:        Lawrence Lee Taylor v. Monsanto Company
Case No.   2:20-cv-248-FtM-60MRM

Dear Clerk:

    Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

Sincerely,

ELIZABETH M. WARREN, CLERK

By: /s/M. Janczewski, Deputy Clerk

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Elizabeth M. Warren                                                                                          Benjamin C. Wynn
Clerk of Court                                                                                                  Orlando Division Manager

April 10, 2020

Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building, Room G-255
Washington, DC  20544-0005

Dear Sir or Madam,

Re: MDL-2741

I am enclosing copies of the complaint and docket sheet of a case filed in the Orlando Division of the Middle District of Florida, to be added as a possible tag along action:

    6:20-cv-616-Orl-31LRH              Filed: 4/9/20

If you should have questions or need additional information, please call me at (407) 835-4200.

        ELIZABETH M. WARREN, CLERK

        By:     s/RO, Deputy Clerk

Enclosure