**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS					MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Barbara Comeaux | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00497-NAB | Magistrate Judge Nannette A. Baker |
| 2. | Tony B. Kinney | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:19-cv-03390-SEP | District Judge Sarah E. Pitlyk |

1