**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on April 15, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

David C. Strouss, Esq.
THORNTON LAW FIRM LLP
One Lincoln Street
25th Floor
Boston, MA 02111
Phone: (617) 720-1333
Email: dstrouss@tenlaw.com

Counsel for Plaintiffs in *Cotter, et al. v. Monsanto Co.,* No. 1:20-cv-10143-WGY (D. Mass.).

Dated: April 15, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

1