BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION                    MDL No. 2741

This Filing Relates To The Following Cases Only:

*Phillip Mowry v. Monsanto Company, et al., Alabama Middle, Case No. 2:20-cv-00215*

**PLAINTIFF'S MOTION TO RE-INSTATE CTO-202**

COMES NOW, Plaintiff Phillip Mowry, and respectfully requests the Panel to vacate its Transfer Order dated April 15, 2020, as to *Mowry, Case No. 2:20-cv-00215* referenced above and to re-instate its Conditional Transfer Order 202 to the same. Plaintiff further respectfully requests that the Panel stay the April 15th Transfer Order as to *Mowry* until a determination is made on Plaintiff's Motion to Re-Instate.

The Panel finalized this Order citing that there were no pending Oppositions from any of the Plaintiffs. However, on April 14, 2020, Plaintiff Mowry filed his Notice of Opposition with the MDL No. 2741 in the Northern District of California (Exhibit 1). Due to error, the Notice of Opposition was not filed with the Panel. Plaintiff respectfully requests that the Panel allow submission of his Notice of Opposition (Exhibit 2) for consideration and allow him to proceed with further filings as scheduled.

Dated: April 16, 2019                                    Respectfully submitted,

                                                         */s/ John E. Tomlinson*
                                                         John E. Tomlinson
                                                         Jere L. Beasley
                                                         Rhon E. Jones
                                                         **BEASLEY, ALLEN, CROW,
                                                         METHVIN, PORTIS AND MILES, P.C.**
                                                         Post Office Box 4160

                                                 218 Commerce Street
                                                 Montgomery, Alabama  36103
                                                 Phone: (334) 269-2343
                                                 Fax:     (334) 954-7555
                                                 john.tomlinson@beasleyallen.com
                                                 jere.beasley@beasleyallen.com
                                                 rhon.jones@beasleyallen.com

OF COUNSEL:

Jamie A. Johnston (JOH164)
Jamie A. Johnston, P.C.
509 Cloverdale Road
Suite 101
Montgomery, Alabama 36106
Telephone:  334.202.9228
Facsimile:   334.265.8789
jamie@jjohnstonpc.com

*Attorneys for Plaintiff Phillip Mowry*