**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Christina M. Baker, Executor of the Estate of Ronald D. Baker | Monsanto Co. | Northern District of New York (Binghamton) | 3:20-cv-00263-BKS-ML | District Judge Brenda K. Sannes |
| 2. | Robert H. Mallis, Personal Representative for the Estate of Robert P. Mallis and Virginia H. Mallis | Monsanto Co. | Northern District of Georgia (Atlanta) | 1:20-cv-01035-JPB | District Judge J. P. Boulee |
| 3. | Dell Allen Newman and Rhonda Newman | Monsanto Co. | Eastern District of North Carolina (Eastern Division) | 4:20-cv-00034-FL | District Judge Louise Wood Flanagan |
| 4. | Linda Tiddark and Richard Tiddark, individually, as next of kin for Timothy John Tiddark, deceased | Monsanto Co. and John Does 1-100, inclusive | Eastern District of Missouri (St. Louis) | 4:20-cv-00413-JAR | District Judge John A. Ross |