**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on April 16, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Paul D. Rheingold, Esq.
RHEINGOLD, GIUFFRA, RUFFO & PLOTKIN, LLP
551 Fifth Avenue
29th Floor
New York, NY 10176
Phone: (212) 684-1880
Email: prheingold@rheingoldlaw.com

Counsel for Plaintiff in *Baker v. Monsanto Co.*, No. 3:20-cv-00263-BKS-ML (N.D.N.Y.).

Caroline Gray McGlamry, Esq.
Joshua Adam Karr, Esq.
Michael Lee McGlamry, Esq.
N. Kirkland Pope, Esq.
POPE MCGLAMRY, P.C.
3391 Peachtree Road Northeast
Suite 300
Atlanta, GA 31126
Phone: (404) 523-7706
Email: carolinemcglamry@pmkm.com
Email: joshkarr@pmkm.com
Email: mmcglamry@pmkm.com
Email: kirkpope@pmkm.com

Counsel for Plaintiffs in *Mallis, et al. v. Monsanto Co.,* No. 1:20-cv-01035-JPB (N.D. Ga.).

Christopher S. Edwards, Esq.
Lynwood P. Evans, Esq.
WARD AND SMITH, P.A.
127 Racine Drive
University Corporate Center
Wilmington, NC 28403
Phone: (910) 794-4867
Email: csedwards@wardandsmith.com
Email: lpe@wardandsmith.com

Co-counsel for Plaintiffs in *Newman, et al. v. Monsanto Co.,* No. 4:20-cv-00034-FL (E.D.N.C.).

Joshua Adam Karr, Esq.
Michael Lee McGlamry, Esq.
POPE MCGLAMRY, P.C.
3391 Peachtree Road Northeast
Suite 300
Atlanta, GA 31126
Phone: (404) 523-7706
Email: joshkarr@pmkm.com
Email: mmcglamry@pmkm.com

Co-counsel for Plaintiffs in *Newman, et al. v. Monsanto Co.,* No. 4:20-cv-00034-FL (E.D.N.C.).

Emily Jo Kirk, Esq.
MCCUNE WRIGHT AREVALO, LLP
3281 East Guasti Road
Suite 100
Ontario, CA 91761
Phone: (909) 557-1250
Email: ejk@mccunewright.com

Counsel for Plaintiffs in *Tiddark, et al. v. Monsanto Co., et al.*, No. 4:20-cv-00413-JAR (E.D. Mo.).

Dated: April 16, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*