# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:  Roundup Products  MDL No. 2741
Liability Litigation

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation plaintiff David Walter Rayne writes to notify you of the potential tag along action listed on the attached Schedule of Actions.

Docket sheet and complaint are attached.

Sincerely,

*/s/ G. Katherine Chambers*
G. Katherine Chambers (Florida Bar No. 125770)
**MORGAN & MORGAN**
kathychambers@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel.: (813) 223-5505
Facsimile: (813) 222-2434

T. Michael Morgan (Florida Bar No. (062229)
**MORGAN & MORGAN**
mmorgan@forthepeople.com
20 N. Orange Avenue, Suite 1600
Orlando, Florida 32801
Tel.: (407) 420-1414
Facsimile: (407) 245-3389

*Attorneys for Plaintiffs*