# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE:**  Roundup Products Liability Litigation                                    MDL No.  2741

## SCHEDULE OF ACTIONS

|    | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|----------------|---------------|--------------|----------------------|-----------|
| **1.** | David Walter Rayne | Monsanto Co. | S.D. Florida | 9:20-cv-80575 | Judge Donald M. Middlebrooks |