# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE:   Roundup Products Liability Litigation | MDL No. 2741 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Potential Tag-Along Actions were served on all parties in the following cases electronically via ECF, or as indicated below, on April 17, 2020.

**David Walter Rayne v. Monsanto Co., S.D. Florida, C.A. No. 9:20-cv-80575**

**Served via E-mail**
Joe G. Hollingsworth
*jhollingsworth@hollingsworthllp.com*
Eric G. Lasker
*elasker@hollingsworthllp.com*
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
**Attorneys for Defendant MONSANTO COMPANY**

*/s/ G. Katherine Chambers*
G. Katherine Chambers