**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

  In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on April 17, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Douglas W. Crandall, Esq.
CRANDALL LAW OFFICE
910 West Main Street
Suite 222
Boise, ID 83702
Phone: (208) 343-1211
Email: crandall_law@msn.com

Co-counsel for Plaintiff in *Funk v. Monsanto Co.*, No. 1:20-cv-00094-DCN (D. Idaho).

Michelle R. Points, Esq.
POINTS LAW, PLLC
420 West Main Street
Suite 206
Boise, ID 83702
Phone: (208) 287-3216
Email: mpoints@pointslaw.com

Co-counsel for Plaintiff in *Funk v. Monsanto Co.*, No. 1:20-cv-00094-DCN (D. Idaho).

2

Dated: April 17, 2020                                    Respectfully submitted,

                                                          /s/ Joe G. Hollingsworth
                                                          Joe G. Hollingsworth, Esq.
                                                          (jhollingsworth@hollingsworthllp.com)
                                                          HOLLINGSWORTH LLP
                                                          1350 I Street, N.W.
                                                          Washington, D.C. 20005
                                                          Phone: (202) 898-5800
                                                          Fax:    (202) 682-1639

                                                          *Attorneys for Defendant Monsanto Company*