## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on April 20, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Thomas P. Valet, Esq.  
RAPPAPORT, GLASS, LEVINE & ZULLO LLP  
1355 Motor Parkway  
Islandia, NY 11749  
Phone: (631) 293-2300  
Email: tvalet@rapplaw.com

Counsel for Plaintiffs in *Dai, et al. v. Monsanto Co.*, No. 1:20-cv-00115-CBA-ST (E.D.N.Y.).

Dated: April 20, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth  
Joe G. Hollingsworth, Esq.  
(jhollingsworth@hollingsworthllp.com)  
HOLLINGSWORTH LLP  
1350 I Street, N.W.  
Washington, D.C. 20005  
Phone: (202) 898-5800  
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

1