**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION                MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff**     | **Defendant** | **District**                            | **Civil Action No.**   | **Judge**                                    |
|----|-------------------|---------------|-----------------------------------------|------------------------|----------------------------------------------|
| 1. | Gerald B. May     | Monsanto Co.  | Eastern District of Missouri (St. Louis)| 4:20-cv-00550-NCC      | Magistrate Judge Noelle C. Collins           |
| 2. | Wendell E. Walkup | Monsanto Co.  | Eastern District of Missouri (St. Louis)| 4:20-cv-00549-JMB      | Magistrate Judge John M. Bodenhausen         |