BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

PROOF OF SERVICE

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on April 21, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Christopher P. Welsh, Esq.
WELSH AND WELSH, P.C. L.L.O.
9290 West Dodge Road
Suite 204
Omaha, NE 68114
Phone: (402) 384-8160
Email: cwelsh@welsh-law.com

Counsel for Plaintiffs in *May v. Monsanto Co.*, No. 4:20-cv-00550-NCC (E.D. Mo.); *Walkup v. Monsanto Co.*, No. 4:20-cv-00549-JMB (E.D. Mo.).

Dated: April 21, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*