**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Golden-Collum Memorial Federal Building & U.S. Courthouse
Office of the Clerk
207 N.W. Second Street
Ocala, FL 34475
(352) 369-4860
www.flmd.uscourts.gov

| | |
|---|---|
| Elizabeth M. Warren | Lisa Fannin |
| Clerk of Court | Division Manager |

April 17, 2020

John W. Nichols, Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, N.E.
Washington, DC 20002-8041

**RE: MDL No. 2741, In re: In re: Roundup Products Liability Litigation.**

Dear Mr. Nichols:

    Enclosed please find a copy of the docket sheet and complaint for the case listed below. These items are forwarded to you so that this case may be considered as a potential tag-along case in the above referenced litigation.

    **Case # 5:20-cv-153-Oc-30PRL**    Wagner v. Monsanto Company

If I may be of further assistance, please let me know.

    Sincerely,

    s/L. Burget
    Deputy Clerk

enclosures (as stated)

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received:** 4/17/2020, 4/20/2020

**District Court:** E.D. Kentucky

**Number of Actions:** 2

**Complaints and Docket Sheets are attached.**

Clerk of the Panel