BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION         MDL No. 2741

MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

SCHEDULE OF ACTIONS

|  | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Phil Charleston E. Balabala | Monsanto Co. | Northern District of New York (Albany) | 1:20-cv-00295-DNH-DJS | District Judge David N. Hurd |
| 2. | Dionicio O. Diaz and Ogalis R. Diaz | Monsanto Co. | Southern District of New York (Foley Square) | 1:20-cv-02317-JSR | Senior District Judge Jed S. Rakoff |
| 3. | Bennett Burgida, minor, by his Father and Natural Guardian, Jacob Burgida and Jacob Burgida, individually | Monsanto Co. | Southern District of New York (Foley Square) | 1:20-cv-02316-ER | District Judge Edgardo Ramos |
| 4. | Estate of Rose Kilborn | Monsanto Co. | District of Idaho (Boise) | 1:20-cv-00134-REB | Chief Magistrate Judge Ronald E. Bush |

1