**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on April 23, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Paul D. Rheingold, Esq.
RHEINGOLD, GIUFFRA, RUFFO & PLOTKIN, LLP
551 Fifth Avenue
29th Floor
New York, NY 10176
Phone: (212) 684-1880
Email: prheingold@rheingoldlaw.com

Counsel for Plaintiffs in *Balabala v. Monsanto Co.*, No. 1:20-cv-00295-DNH-DJS (N.D.N.Y.); *Diaz, et al. v. Monsanto Co.*, No. 1:20-cv-02317-JSR (S.D.N.Y.); *Burgida, et al. v. Monsanto Co.*, No. 1:20-cv-02316-ER (S.D.N.Y.).

Michelle R. Points, Esq.
POINTS LAW, PLLC
420 West Main Street
Suite 206
Boise, ID 83702
Phone: (208) 287-3216
Email: mpoints@pointslaw.com

Counsel for Plaintiff in *Kilborn v. Monsanto Co.*, No. 1:20-cv-00134-REB (D. Idaho).

Dated: April 23, 2020					Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*