**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Anthony Catania | Monsanto Co. | Eastern District of New York (Brooklyn) | 1:20-cv-01361-AMD-SJB | District Judge Ann M. Donnelly |
| 2. | Kevin Porteus | Monsanto Co. | Eastern District of New York (Brooklyn) | 1:20-cv-00377-DLI-SMG | Senior District Judge Dora Lizette Irizarry |
| 3. | Andrew C. Simmons | Monsanto Co. | Eastern District of New York (Brooklyn) | 1:20-cv-00823-RPK-RML | District Judge Rachel P. Kovner |
| 4. | Ronald Jecha | Monsanto Co. | District of Nebraska (Omaha) | 8:20-cv-00156-RFR-SMB | District Judge Robert S. Rossiter, Jr. |
| 5. | James F. Parker and Wanda Parker | Monsanto Co. | District of Nebraska (Omaha) | 8:20-cv-00157-JMG-CRZ | Chief District Judge John M. Gerrard |
| 6. | Roy Jabez Love | Monsanto Co. | District of Nebraska (Omaha) | 8:20-cv-00158-LSC-SMB | Senior District Judge Laurie Smith Camp |