**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2741 |

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on April 24, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Thomas P. Valet, Esq.
RAPPAPORT, GLASS, LEVINE & ZULLO LLP
1355 Motor Parkway
Islandia, NY 11749
Phone: (631) 293-2300
Email: tvalet@rapplaw.com

Counsel for Plaintiffs in *Catania v. Monsanto Co.*, No. 1:20-cv-01361-AMD-SJB (E.D.N.Y.); *Porteus v. Monsanto Co.*, No. 1:20-cv-00377-DLI-SMG (E.D.N.Y.); *Simmons v. Monsanto Co.*, No. 1:20-cv-00823-RPK-RML (E.D.N.Y.).

David A. Domina, Esq.
DOMINA LAW GROUP
2425 South 144th Street
Omaha, NE 68144
Phone: (402) 493-4100
Email: ddomina@dominalaw.com

Counsel for Plaintiffs in *Jecha v. Monsanto Co.,* No. 8:20-cv-00156-RFR-SMB (D. Neb.); *Parker, et al. v. Monsanto Co.,* No. 8:20-cv-00157-JMG-CRZ (D. Neb.); *Love v. Monsanto Co.,* No. 8:20-cv-00158-LSC-SMB (D. Neb.).

Dated: April 24, 2020	Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*