

# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Michael L. McConnell**  
**Clerk of Court**

**Telephone: 225-389-3500**  
**Facsimile: 225-389-3501**

April 22, 2020

John W. Nichols  
Clerk of the Panel  
One Columbus Circle, NE  
Thurgood Marshall Federal Judiciary Building  
Room G-255, North Lobb  
Washington, D.C. 20002-8004

Re:  3:20-cv-00243-SDD-EWD  
      Green v. Monsanto Company

Dear Sir:

    Enclosed please find a docket sheet, civil cover sheet and a copy of Complaint filed in the above captioned case. This is a potential multi-district litigation case.

                                        Sincerely,  
                                        Michael L. McConnell  
                                        Clerk of Court

                                    By: _Elisa Clement_____  
                                        Deputy Clerk

Enclosure  
Docket Sheet  
Civil Cover Sheet  
Complaint

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
Daniel J. Lynch, Clerk of Court          Telephone: 603-225-1423
Tracy A. Uhrin, Chief Deputy Clerk       Web: www.nhd.uscourts.gov

April 23, 2020

**MDL – Notice of Filing**

Clerk, Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle NE, Rm #G-255, North Lobby
Washington, D.C. 20002-8004

Dear Sir or Madam:

    RE:    **Notice of Potential MDL Tag-Along Case Filing**
           MDL 2741, IN RE: Roundup Products Liability Litigation
           NH Case: Moore v. Monsanto Company, 1:20-cv-491-JL

    The referenced case has been identified as a potential tag along case that might be appropriate for inclusion with the above-referenced MDL.

    For your review, I have attached a copy of the complaint with attachments and docket sheet.

    If you have any further questions, please feel free to contact this office.

               Very truly yours,

               DANIEL J. LYNCH, CLERK

               */s/ Megan Cahill*
               Megan Cahill
               Deputy Clerk

Enclosures

    Cc: David P. Angueira, Esq.

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received:** 4/23/2020, 4/24/2020

**District Court:** D. Minnesota

**Number of Actions:** 4

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL