**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                        MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

|  | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
|  | Donna Hyman and Mark Hyman | Monsanto Co. | District of Maryland (Baltimore) | 1:20-cv-00996-RDB | District Judge Richard D. Bennett |