# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on April 27, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Dennis F. O'Brien, Esq.  
DENNIS F. O'BRIEN, P.A.  
2012 South Tollgate Road  
Suite 209  
Bel Air, MD 21015  
Phone: (410) 420-7411  
Email: obie26@aol.com

Counsel for Plaintiffs in *Hyman v. Monsanto Co.*, No. 1:20-cv-00996-RDB (D. Md.).

Dated: April 27, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth  
Joe G. Hollingsworth, Esq.  
(jhollingsworth@hollingsworthllp.com)  
HOLLINGSWORTH LLP  
1350 I Street, N.W.  
Washington, D.C. 20005  
Phone: (202) 898-5800  
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*