BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION                                MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|   | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Kelley Cadwallader | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00437-JAR | District Judge John A. Ross |
| 2. | Christopher Holmes | Monsanto Co. | Southern District of Florida (Ft. Lauderdale) | 0:20-cv-60596-RAR | District Judge Rodolfo A. Ruiz |
| 3. | James Bucy | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00441-SRC | District Judge Stephen R. Clark |
| 4. | John Pryor and Deborah Pryor | Monsanto Co. and John Does 1-50 | Eastern District of Pennsylvania (Philadelphia) | 2:20-cv-01463-GEKP | District Judge Gene E. K. Pratter |
| 5. | Tammy Penland, as the Personal Representative of The Estate of Dorothy J. Pertzog, deceased | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:20-cv-00299-TJC-JRK | District Judge Timothy J. Corrigan |
| 6. | Daniel Pritchard | Monsanto Co. | Northern District of Illinois (Chicago) | 1:20-cv-01973 | District Judge Edmond E. Chang |
| 7. | Anna Roy | Monsanto Co. | Western District of Louisiana (Lafayette) | 6:20-cv-00405-RRS-CBW | District Judge Robert R. Summerhays |