# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on April 28, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Martin Daniel Crump, Esq.
DAVIS AND CRUMP, P.C.
2601 14th Street
Gulfport, MS 39501
Phone: (228) 863-6000
Email: martin.crump@daviscrump.com

Counsel for Plaintiffs in *Cadwallader v. Monsanto Co.,* No. 4:20-cv-00437-JAR (E.D. Mo.); *Bucy v. Monsanto Co.,* No. 4:20-cv-00441-SRC (E.D. Mo.).

Jeffrey Louis Haberman, Esq.
SCHLESINGER LAW OFFICES
1212 Southeast Third Avenue
Fort Lauderdale, FL 3316
Phone: (954) 320-9507
Email: jhaberman@schlesingerlaw.com

Counsel for Plaintiff in *Holmes v. Monsanto Co.*, No. 0:20-cv-60596-RAR (S.D. Fla.).

Sasha B. Coffiner, Esq.
RIEDERS, TRAVIS, HUMPHREY, WATERS & DOHRMANN
161 West Third Street
Williamsport, PA 17701
Phone: (570) 323-8711
Email: scoffiner@gmail.com

Counsel for Plaintiffs in *Pryor v. Monsanto Co., et al.*, No. 2:20-cv-01463-GEKP (E.D. Pa.).

Christopher Shakib, Esq.
TERRELL HOGAN, PA
233 East Bay Street
8th Floor
Jacksonville, FL 32202
Phone: (904) 632-2424
Email: shakib@terrellhogan.com

Counsel for Plaintiff in *Penland v. Monsanto Co.*, No. 3:20-cv-00299-TJC-JRK (M.D. Fla.).

Shannon Marie McNulty, Esq.
CLIFFORD LAW OFFICES
120 North LaSalle Street
Suite 3100
Chicago, IL 60602
Phone: (312) 899-9090
Email: smm@cliffordlaw.com

Counsel for Plaintiff in *Pritchard v. Monsanto Co.*, No. 1:20-cv-01973 (N.D. Ill.).

Lawrence J. Centola, III, Esq.
MARTZELL & BICKFORD
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Email: lcentola@mbfirm.com

Counsel for Plaintiff in *Roy v. Monsanto Co.*, No. 6:20-cv-00405-RRS-CBW (W.D. La.).

Dated: April 28, 2020                          Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

2