**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on April 29, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Randal Alan Kauffman, Esq.
HOUSSIERE, DURANT & HOUSSIERE LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056
Phone: (713) 626-3700
Email: rkauffman@hdhtex.com

Counsel for Plaintiff in *Denkins v. Monsanto Co.*, No. 4:20-cv-01479 (S.D. Tex.).

Dated: April 29, 2020                     Respectfully submitted,

                                          /s/ Joe G. Hollingsworth
                                          Joe G. Hollingsworth, Esq.
                                          (jhollingsworth@hollingsworthllp.com)
                                          HOLLINGSWORTH LLP
                                          1350 I Street, N.W.
                                          Washington, D.C. 20005
                                          Phone: (202) 898-5800
                                          Fax:    (202) 682-1639

                                          *Attorneys for Defendant Monsanto Company*