**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Joseph Hamilton and Brenda Hamilton | Monsanto Co. and Does 1-50 | District of Colorado (Denver) | 1:20-cv-01140-CMA-KLM | District Judge Christine M. Arguello |
| 2. | Marie Bernice Dinner and Bruce Dinner | Monsanto Co. and Does 1-50 | District of Colorado (Denver) | 1:20-cv-01139-KLM | Magistrate Judge Kristen L. Mix |