**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on April 30, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Beth Ann Klein, Esq.
KLEIN & FRANK, P.C.
2505 Walnut Street
Suite 100
Boulder, CO 80302
Phone: (303) 448-8884
Email: beth@kleinfrank.com

Counsel for Plaintiffs in *Hamilton v. Monsanto Co., et al.*, No. 1:20-cv-01140-CMA-KLM (D. Colo.); *Dinner v. Monsanto Co., et al.*, No. 1:20-cv-01139-KLM (D. Colo.).

Dated: April 30, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:   (202) 682-1639

*Attorneys for Defendant Monsanto Company*