**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**
Clerk of Court

**Leslie M. Friedmann**
Fort Myers Division Manager
(239)461-2000

April 24, 2020

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:      Cheryl L. Dolenc v. Monsanto Company
Case No.     2:20-cv-299-FtM-38MRM

Dear Clerk:

    Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

                              Sincerely,

                              ELIZABETH M. WARREN,
                              CLERK

                              By: /s/ M. Janczewski

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:**   5/1/2020

**District Court: W.D. Arkansas**

**Number of Actions: 1**

**Complaints and Docket Sheets are attached.**

_____
CLERK OF THE PANEL