BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

**SCHEDULE OF ACTION**

|    | **Plaintiff** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|----------------|--------------|----------------------|-----------|
| 1. | Philip Mowry | Monsanto Co., Harwell's Green Thumb Nursery, Inc. | Middle District of Alabama (M.D. Ala.) | 2:20-cv-00215 | Judge Myron R. Thompson |