**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL No. 2741** |

### Schedule of Actions and Short Case Captions

On Behalf of Plaintiff in the below captioned cases:

*Phillip Mowry v. Monsanto Company, et al., Alabama Middle Case No. 2:20-cv-00215*