BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION      MDL No. 2741

*Phillip Mowry v. Monsanto Company*, et al., Alabama Middle, Case No. 2:20-cv-0215

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Appearance was electronically filed on May 1, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Dated: May 1, 2020          Respectfully submitted,

                                   */s/ John E. Tomlinson*
                                   John E. Tomlinson
                                   Jere L. Beasley
                                   Rhon E. Jones
                                   **BEASLEY, ALLEN, CROW,**
                                   **METHVIN, PORTIS AND MILES, P.C.**
                                   Post Office Box 4160
                                   218 Commerce Street
                                   Montgomery, Alabama 36103
                                   Phone: (334) 269-2343
                                   Fax:    (334) 954-7555
                                   john.tomlinson@beasleyallen.com
                                   jere.beasley@beasleyallen.com
                                   rhon.jones@beasleyallen.com

OF COUNSEL:

Jamie A. Johnston (JOH164)
Jamie A. Johnston, P.C.
509 Cloverdale Road
Suite 101
Montgomery, Alabama 36106
Telephone: 334.202.9228
Facsimile: 334.265.8789
jamie@jjohnstonpc.com

*Attorneys for Plaintiff Phillip Mowry*