**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                      MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| | James T. Yamauchi, Jr. and Charlotte A. Yamauchi | Monsanto Co., Bayer Corp., and Kailua Hardware, Ltd. | District of Hawaii (Hawaii) | 1:20-cv-00199-ACK-WRP | Senior District Judge Alan C. Kay |

1