## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on May 1, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Brian Keith Mackintosh, Esq.
LAW OFFICE OF BRIAN K. MACKINTOSH, LTD.
1003 Bishop Street
Suite 1990
Honolulu, HI 96813
Phone: (808) 781-7229
Email: brian@bkmlaw.com

Counsel for Plaintiffs in *Yamauchi v. Monsanto Co., et al.*, No. 1:20-cv-00199-ACK-WRP (D. Haw.).

Copies of the foregoing were also caused to be served via first class mail on defendant Kailua Hardware, Limited (which has not entered an appearance in *Yamauchi v. Monsanto Co., et al.*, No. 1:20-cv-00199-ACK-WRP (D. Haw.)) as follows:

> Dickson K. Maruyama, Registered Agent
> Kailua Hardware, Ltd.
> 1525 Wilder Avenue, Unit 402
> Honolulu, HI 96822

Copies of the foregoing were also caused to be served via first class mail on defendant Bayer Corporation (which has not entered an appearance in *Yamauchi v. Monsanto Co., et al.*, No. 1:20-cv-00199-ACK-WRP (D. Haw.)) as follows:

> John-Anderson L. Meyer, Esq.
> DENTONS US LLP
> 1001 Bishop Street, Suite 1800
> Honolulu, HI 96813

Dated: May 1, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*