BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

### Schedule of Actions and Short Case Captions

On Behalf of Plaintiff in the below captioned cases:

*Phillip Mowry v. Monsanto Company, et al., Alabama Middle Case No. 2:20-cv-00215*