BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Adam Ward | Monsanto Co. | Western District of Kentucky (Bowling Green) | 1:20-cv-00001-GNS | Chief District Judge Greg N. Stivers |
| **2.** | Patricia Ann Croft-Bailey | Monsanto Co. | Middle District of Georgia (Valdosta) | 7:20-cv-00066-HL | Senior District Judge Hugh Lawson |
| **3.** | Robert Eugene Caldwell | Monsanto Co. | Middle District of Georgia (Columbus) | 4:20-cv-00075-CDL | Chief District Judge Clay D. Land |
| **4.** | Valerie Cichowicz, individually, and as Personal Representative of the Estate of Thomas Cichowicz, deceased | Monsanto Co. | Middle District of Florida (Tampa) | 8:20-cv-00826-JSM-JSS | Senior District Judge James S. Moody, Jr. |
| **5.** | Gerard Daniel Gilroy | Monsanto Co. | Middle District of Florida (Tampa) | 8:20-cv-00699-MSS-AAS | District Judge Mary S. Scriven |
| **6.** | Louie Curklin Jordan | Monsanto Co. | Northern District of Georgia (Rome) | 4:20-cv-00080-SDG | District Judge Steven D. Grimberg |
| **7.** | Kevin P. Kinkead, for himself and as next of kin and on behalf of Billy T. Kinkead, deceased | Monsanto Co. | Eastern District of Tennessee (Greeneville) | 2:20-cv-00082 | Unassigned |