**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 1, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Gary S. Logsdon, Esq.
GARY S. LOGSDON & ASSOCIATES, PSC
101 Main Cross Street
Brownsville, KY 42210
Phone: (270) 597-2134
Email: gary@garylogsdonlaw.com

Co-counsel for Plaintiff in *Ward v. Monsanto Co.*, No. 1:20-cv-00001-GNS (W.D. Ky.).

J. Robert Bell, III, Esq.
Joseph Anthony Osborne, Esq.
OSBORNE & FRANCIS
433 Plaza Real Boulevard
Suite 271
Boca Raton, FL 33432
Phone: (561) 293-2600
Email: rbell@realtoughlawyers.com
Email: josborne@realtoughlawyers.com

Co-counsel for Plaintiff in *Ward v. Monsanto Co.*, No. 1:20-cv-00001-GNS (W.D. Ky.).

R. Walker Garrett, Esq.
MORGAN & MORGAN
408 12th Street
Suite 200
Columbus, GA 31901
Phone: (706) 478-1907
Email: wgarrett@forthepeople.com

Counsel for Plaintiff in *Croft-Bailey v. Monsanto Co.,* No. 7:20-cv-00066-HL (M.D. Ga.); *Caldwell v. Monsanto Co.,* No. 4:20-cv-00075-CDL (M.D. Ga.).

T. Michael Morgan, Esq.
G. Katherine Chambers, Esq.
MORGAN & MORGAN
20 North Orange Avenue
Suite 1600
Orlando, FL 32801
Phone: (407) 420-1414
Email: mmorgan@forthepeople.com
Email: kathychambers@forthepeople.com

Counsel for Plaintiffs in *Cichowicz v. Monsanto Co.,* No. 8:20-cv-00826-JSM-JSS (M.D. Fla.); *Gilroy v. Monsanto Co.,* No. 8:20-cv-00699-MSS-AAS (M.D. Fla.).

Joshua A. Karr, Esq.
Michael L. McGlamry, Esq.
POPE MCGLAMRY, P.C.
3391 Peachtree Road Northeast
Suite 300
Atlanta, GA 30326
Phone: (404) 523-7706
Email: joshkarr@pmkm.com
Email: mmcglamry@pmkm.com

Co-counsel for Plaintiff in *Kinkead v. Monsanto Co.,* No. 2:20-cv-00082 (E.D. Tenn.).

H. Lynn Shoemaker, Esq.
LAW OFFICE OF H. LYNN SHOEMAKER
223 Broad Street
Kingsport, TN 37660
Phone: (423) 247-7171
Email: hlynnshoemaker@gmail.com

Co-counsel for Plaintiff in *Kinkead v. Monsanto Co.,* No. 2:20-cv-00082 (E.D. Tenn.).

Dylan James Hooper, Esq.

MORGAN & MORGAN
191 Peachtree Street Northeast
Suite 4200
Atlanta, GA 30306
Phone: (404) 496-7286
Email: dhooper@forthepeople.com

Counsel for Plaintiff in *Jordan v. Monsanto Co.,* No. 4:20-cv-00080-SDG (N.D. Ga.).

Dated: May 1, 2020                         Respectfully submitted,

                                           /s/ Joe G. Hollingsworth
                                           Joe G. Hollingsworth, Esq.
                                           (jhollingsworth@hollingsworthllp.com)
                                           HOLLINGSWORTH LLP
                                           1350 I Street, N.W.
                                           Washington, D.C. 20005
                                           Phone: (202) 898-5800
                                           Fax:    (202) 682-1639

                                           *Attorneys for Defendant Monsanto Company*