**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| | David Culp and Tina Culp | Monsanto Co. and John Does 1-100 | Eastern District of Missouri (St. Louis) | 4:20-cv-00463-SNLJ | District Judge Stephen N. Limbaugh, Jr. |