**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | James Schuman and Rosemary Schuman | Monsanto Co. | District of Nebraska (Omaha) | 8:20-cv-00175-LSC-CRZ | Senior District Judge Laurie Smith Camp |
| 2. | Barbara Pillen and Keith Pillen | Monsanto Co. | District of Nebraska (Omaha) | 8:20-cv-00174-RFR-CRZ | District Judge Robert F. Rossiter, Jr. |