**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | George Aldoupolis and Helen Aldoupolis | Monsanto Co. | District of Massachusetts (Boston) | 1:20-cv-10542-RGS | District Judge Richard G. Stearns |
| **2.** | David Booth | Monsanto Co. | Northern District of Ohio (Toledo) | 3:20-cv-00964-JZ | Senior District Judge Zack Zouhary |
| **3.** | Silvio Broccoli and Angelana Broccoli | Monsanto Co. and John Does 1-50 | Eastern District of New York (Brooklyn) | 1:20-cv-01670-ARR-VMS | Senior District Judge Allyne R. Ross |
| **4.** | Leslie Hutchison | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00466-SNLJ | District Judge Stephen N. Limbaugh, Jr. |
| **5.** | Norma R. Platt | Monsanto Co. | Northern District of Ohio (Cleveland) | 1:20-cv-00309-DAP | District Judge Dan A. Polster |
| **6.** | Jaroslaw Lukomski | Monsanto Co. | Northern District of Illinois (Chicago) | 1:20-cv-02286 | District Judge John F. Kness |
| **7.** | Lazaro Molina | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00546-JAR | District Judge John A. Ross |
| **8.** | Bonnie Kincell and Margie Vaughn, individually and as representatives of the Estate of Thelma Mitchell, deceased | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00547-JMB | Magistrate Judge John M. Bodenhausen |
| **9.** | Robert Foral, Sr. | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00544-JAR | District Judge John A. Ross |

| 10. | James Hill | Monsanto Co. | Central District of California (Los Angeles) | 2:20-cv-03946-MWF-SK | District Judge Michael W. Fitzgerald |
| --- | --- | --- | --- | --- | --- |
| 11. | Michael Lewis Gothier and Jeri Gothier | Monsanto Co. | District of Nebraska (Omaha) | 8:20-cv-00173-JMG-MDN | Chief District Judge John M. Gerrard |