**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 5, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Laura T. Daly, Esq.
James A. Swartz, Esq.
Alan L. Cantor, Esq.
SWARTZ & SWARTZ, P.C.
Ten Marshall Street
Boston, MA 02108
Phone: (617) 742-1900
Email: ldaly@swartzlaw.com
Email: jswartz@swartzlaw.com
Email: acantor@swartzlaw.com

Counsel for Plaintiffs in *Aldoupolis v. Monsanto Co.*, No. 1:20-cv-10542-RGS (D. Mass.).

James G. O'Brien, Esq.
O'BRIEN LAW
3763 Sulphur Spring Road
Ottawa Hills, OH 43606
Phone: (419) 930-6401
Email: jim@obrien.law

Counsel for Plaintiff in *Booth v. Monsanto Co.*, No. 3:20-cv-00964-JZ (N.D. Ohio).

Brian A. Goldstein, Esq.
CELLINO & BARNES PC
350 Main Street
2500 Main Place Tower
Buffalo, NY 14202
Phone: (716) 566-2287
Email: brian.goldstein@cellinoandbarnes.com

Counsel for Plaintiffs in *Broccoli v. Monsanto Co., et al.*, No. 1:20-cv-01670-ARR-VMS (E.D.N.Y.).

Carl J. Lumley, Esq.
CURTIS HEINZ PC
130 South Bemiston Avenue
Suite 200
St. Louis, MO 63105
Phone: (314) 725-8788
Email: clumley@lawfirmemail.com

Counsel for Plaintiff in *Hutchison v. Monsanto Co.*, No. 4:20-cv-00466-SNLJ (E.D. Mo.).

Steven M. Goldberg, Esq.
LAW OFFICE OF STEVEN M. GOLDBERG
31300 Solon Road
Suite 12
Solon, OH 44139
Phone: (440) 519-9900
Email: steven@smglegal.com

Counsel for Plaintiff in *Platt v. Monsanto Co.*, No. 1:20-cv-00309-DAP (N.D. Ohio).

Rebecca Laine Fredona, Esq.
MOLL LAW GROUP
22 West Washington Street
15th Floor
Chicago, IL 60602
Phone: (312) 462-1700
Email: rfredona@molllawgroup.com

Counsel for Plaintiff in *Lukomski v. Monsanto Co.,* No. 1:20-cv-02286 (N.D. Ill.).

D. Todd Mathews, Esq.
THE GORI LAW FIRM
156 North Main Street
Edwardsville, IL 62025
Phone: (618) 659-9833
Email: todd@gorijulianlaw.com

Counsel for Plaintiffs in *Molina v. Monsanto Co.*, No. 4:20-cv-00546-JAR (E.D. Mo.); *Kincell, et al. v. Monsanto Co.*, No. 4:20-cv-00547-JMB (E.D. Mo.); *Foral v. Monsanto Co.*, No. 4:20-cv-00544-JAR (E.D. Mo.).

Gregory D. Rueb, Esq.
DALIMONTE RUEB STOLLER LLP
515 South Figueroa Street
Suite 1550
Los Angeles, CA 90071
Phone: (925) 375-6843
Email: greg@drlawllp.com

Counsel for Plaintiff in *Hill v. Monsanto Co.*, No. 2:20-cv-03946-MWF-SK (C.D. Cal.).

David A. Domina, Esq.
DOMINA LAW GROUP
2425 South 144th Street
Omaha, NE 68144
Phone: (402) 493-4100
Email: ddomina@dominalaw.com

Counsel for Plaintiffs in *Gothier v. Monsanto Co.,* No. 8:20-cv-00173-JMG-MDN (D. Neb.).

Dated: May 5, 2020               Respectfully submitted,

                                 /s/ Joe G. Hollingsworth
                                 Joe G. Hollingsworth, Esq.
                                 (jhollingsworth@hollingsworthllp.com)
                                 HOLLINGSWORTH LLP
                                 1350 I Street, N.W.
                                 Washington, D.C. 20005
                                 Phone: (202) 898-5800
                                 Fax:    (202) 682-1639

                                 *Attorneys for Defendant Monsanto Company*