# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**

MDL No. 2741

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −207)

On October 3, 2016, the Panel transferred 19 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 214 F.Supp.3d 1346 (J.P.M.L. 2016). Since that time, 2,721 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Vince Chhabria.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Chhabria.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 3, 2016, and, with the consent of that court, assigned to the Honorable Vince Chhabria.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

**May 06, 2020**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION**                                                    MDL No. 2741

### SCHEDULE CTO−207 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **IDAHO** | | | |
| ID | 1 | 20−00134 | Estate of Rose Kilborn v. Monsanto Company |
| **LOUISIANA MIDDLE** | | | |
| LAM | 3 | 20−00243 | Green v. Monsanto Company |
| **MINNESOTA** | | | |
| MN | 0 | 20−00987 | Pohl v. Monsanto Company |
| MN | 0 | 20−00988 | Stratton v. Monsanto Company |
| MN | 0 | 20−01000 | Quade v. Monsanto Company |
| MN | 0 | 20−01001 | Lex v. Monsanto Company |
| **NEBRASKA** | | | |
| NE | 8 | 20−00156 | Jecha v. Monsanto Company |
| NE | 8 | 20−00157 | Parker et al v. Monsanto Company |
| NE | 8 | 20−00158 | Love v. Monsanto Company |
| **NEW HAMPSHIRE** | | | |
| NH | 1 | 20−00491 | Moore v. Monsanto Company |
| **NEW YORK EASTERN** | | | |
| NYE | 1 | 20−00377 | Porteus v. Monsanto Company |
| NYE | 1 | 20−00823 | Simmons v. Monsanto Company |
| NYE | 1 | 20−01361 | Catania v. Monsanto Company |
| **NEW YORK NORTHERN** | | | |
| NYN | 1 | 20−00295 | Balabala v. Monsanto Company |
| **NEW YORK SOUTHERN** | | | |

NYS        1        20−02316        Burgida et al v. Monsanto Company