**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| | Glancie P. Carter, Surviving Spouse and on behalf of William F. Carter | Monsanto Co. | Middle District of Louisiana (Baton Rouge) | 3:20-cv-00272-JWD-RLB | District Judge John W. deGravelles |