**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on May 7, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

D. Blayne Honeycutt, Esq.
Hannah Elayne Honeycutt, Esq.
FAYARD & HONEYCUTT
519 Florida Avenue Southwest
Denham Springs, LA 70726
Phone: (225) 664-0304
Email: dbhoneycutt@fayardlaw.com
Email: hannah@fayardlaw.com

Counsel for Plaintiff in *Carter v. Monsanto Co.,* No. 3:20-cv-00272-JWD-RLB (M.D. La.).

Dated: May 7, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*