**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on May 8, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Aaron L. Moore, Esq.
BEKMAN, MARDER & ADKINS, LLC
300 West Pratt Street
Suite 450
Baltimore, MD 21201
Phone: (410) 539-6633
Email: moore@bmalawfirm.com

Counsel for Plaintiff in *Carpita v. Monsanto Co.,* No. 1:20-cv-01105-SAG (D. Md.).

Dated: May 8, 2020                              Respectfully submitted,

                                                /s/ Joe G. Hollingsworth
                                                Joe G. Hollingsworth, Esq.
                                                (jhollingsworth@hollingsworthllp.com)
                                                HOLLINGSWORTH LLP
                                                1350 I Street, N.W.
                                                Washington, D.C. 20005
                                                Phone: (202) 898-5800
                                                Fax:    (202) 682-1639

                                                *Attorneys for Defendant Monsanto Company*