**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

# Notice of Tag-Along from District Court

**Date Received: 5/11/2020**

**District Court: D. South Carolina & E.D. Louisiana**

**Number of Actions: 2**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL