BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION

## SCHEDULE OF ACTION

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| | William Arsondi, Angela Ashby, Mary Bauer, Brittany Blackstock, Dianna Bloking, Donald Boulware, Lawrence Brooks, Jose Cardona, Gary Chant, Donna Cheever, Anne Cooper, Jill Dadeppo, Eithne Dalton, George Doughty, James Esposito, Lorne Fair, Kevin Finnerty, Phillip Garrett, Leslie Gebow, Timothy Gering, Angela Greeley, Vera Greene, Nancy Hammill, David Hansen, Scott Hassler, Arnold Heredia, Ronald Johnson, Ruth Johnston, Jerome Jones, Linda Josefs, Barbara Langlois, David Laporte, Russell Leonard, April Mabe, Gloria Marshall, Katherine Mccrea, Gail Meier, Joseph Milanese, Timmy Miller, David Moss, Sally Moyer, Donald Mueller, Marian Murphy, Mark Neal, William Oelklaus, | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00635-SRC | District Judge Stephen R. Clark |

1

| | | | | |
|---|---|---|---|---|
| Christina Pease, Linda Pierson, James Restivo, Donna Russell, Susan Russell, Barbara Schaecher, Michael Silbernagel, Richard Smith, Alvin Taylor, Sergio Vasquez, Rebecca Viands-Matthews, Karen Wade, Ronnie Waggy, Eugene Williams, Amber Copeland-Draxten on behalf of Keith Draxten, Jamie Kavelak on behalf of Timothy Kavelak, Linda Olsen on behalf of Diane Pedersen, Patti Vasquez on behalf of Rosemary Phelan, Kenneth Romphf on behalf of Judith Romphf, Debbie Tice on behalf of John Tice, and Mike West on behalf of Dawn West | | | | |