**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on May 13, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Patrick R. Dowd, Esq.
Randall S. Crompton, Esq.
HOLLAND LAW FIRM, LLC
300 North Tucker Boulevard
Suite 801
St. Louis, MO 63101
Phone: (314) 241-8111
Email: pdowd@allfela.com
Email: scrompton@allfela.com

Counsel for Plaintiffs in *Arsondi, et al. v. Monsanto Co.*, No. 4:20-cv-00635-SRC (E.D. Mo.).

Dated: May 13, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:     (202) 682-1639

*Attorneys for Defendant Monsanto Company*