**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION	MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Audrey Sussman and Mitchell Smilowitz | Monsanto Co. | District of Massachusetts (Springfield) | 3:20-cv-10544-MGM | District Judge Mark G. Mastroianni |
| 2. | Henry L. Thomas and Shana Thomas | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:20-cv-00469-TJC-JBT | District Judge Timothy J. Corrigan |