**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 13, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Robert T. Naumes, Jr., Esq.
THE LAW OFFICE OF JEFFREY S. GLASSMAN
One International Place
18th Floor
Boston, MA 02110
Phone: (617) 367-2900
Email: bnaumes@jeffreysglassman.com

Counsel for Plaintiffs in *Sussman, et al. v. Monsanto Co.*, No. 3:20-cv-10544-MGM (D. Mass.).

Paul E. Bueker, Esq.
LAW OFFICES OF FRED TROMBERG
4925 Beach Boulevard
Jacksonville, FL 32207
Phone: (904) 396-5321
Email: pbueker@tromberglaw.com

Counsel for Plaintiffs in *Thomas v. Monsanto Co.*, No. 3:20-cv-00469-TJC-JBT (M.D. Fla.).

| | |
|---|---|
| Dated: May 13, 2020 | Respectfully submitted, |
| | /s/ Joe G. Hollingsworth |
| | Joe G. Hollingsworth, Esq. |
| | (jhollingsworth@hollingsworthllp.com) |
| | HOLLINGSWORTH LLP |
| | 1350 I Street, N.W. |
| | Washington, D.C. 20005 |
| | Phone: (202) 898-5800 |
| | Fax:    (202) 682-1639 |
| | |
| | *Attorneys for Defendant Monsanto Company* |