# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION                      MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | George Hirsberg | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00616-SEP | District Judge Sarah E. Pitlyk |
| 2. | Curtis W. Abbott, IV | Monsanto Co. | Southern District of Ohio (Columbus) | 2:20-cv-01724-SDM-CMV | District Judge Sarah D. Morrison |
| 3. | Douglas A. Gibby | Monsanto Co. | Southern District of Ohio (Columbus) | 2:20-cv-01634-SDM-KAJ | District Judge Sarah D. Morrison |