# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 14, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Adam M. Goffstein, Esq.  
LAW OFFICE OF A. M. GOFFSTEIN  
7777 Bonhomme Avenue  
Suite 1910  
St. Louis, MO 63105  
Phone: (314) 725-5151  
Email: adam@goffsteinlaw.com

Counsel for Plaintiff in *Hirsberg v. Monsanto Co.*, No. 4:20-cv-00616-SEP (E.D. Mo.).

Robert P. Miller, Esq.  
ROURKE AND BLUMENTHAL, LLP  
495 South High Street  
Suite 450  
Columbus, OH 43215  
Phone: (614) 220-9200  
Email: rmiller@randbllp.com

Counsel for Plaintiffs in *Abbott v. Monsanto Co.*, No. 2:20-cv-01724-SDM-CMV (S.D. Ohio); *Gibby v. Monsanto Co.*, No. 2:20-cv-01634-SDM-KAJ (S.D. Ohio).

Dated: May 14, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*