BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

SCHEDULE OF ACTIONS

|  | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Raymond C. Baker and Lois M. Baker | Monsanto Co. | Southern District of New York (Foley Square) | 1:20-cv-03543-RA | District Judge Ronnie Abrams |
| 2. | James Fox and Ruthann Fox | Monsanto Co. | District of Massachusetts (Boston) | 1:20-cv-10532-RGS | District Judge Richard G. Stearns |
| 3. | Nancy Britt | Monsanto Co. and Does 1-50 | Southern District of California (San Diego) | 3:20-cv-00869-L-NLS | District Judge M. James Lorenz |
| 4. | Debra Colbert | Monsanto Co. | District of Massachusetts (Boston) | 1:20-cv-10502-RWZ | Senior District Judge Rya W. Zobel |
| 5. | Joseph Parenteau and Nancy Parenteau | Monsanto Co. | District of Massachusetts (Boston) | 1:20-cv-10480-ADB | District Judge Allison D. Burroughs |
| 6. | William Stanhope and Monica Stanhope | Monsanto Co. | District of Massachusetts (Worcester) | 4:20-cv-40026-TSH | District Judge Timothy S. Hillman |