**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 15, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Paul D. Rheingold, Esq.
RHEINGOLD, GIUFFRA, RUFFO & PLOTKIN, LLP
551 Fifth Avenue
29th Floor
New York, NY 10176
Phone: (212) 684-1880
Email: prheingold@rheingoldlaw.com

Counsel for Plaintiffs in *Baker v. Monsanto Co.*, No. 1:20-cv-03543-RA (S.D.N.Y.).

Erika A. O'Donnell, Esq.
SHEPARD LAW GROUP, P.C.
One Beacon Street
16th Floor
Boston, MA 02108
Phone: (617) 451-9191
Email: eodonnel@shepardlawfirm.com

Counsel for Plaintiffs in *Fox v. Monsanto Co.*, No. 1:20-cv-10532-RGS (D. Mass.); *Colbert v. Monsanto Co.*, No. 1:20-cv-10502-RWZ (D. Mass.); *Parenteau v. Monsanto Co.*, No. 1:20-cv-10480-ADB (D. Mass.); *Stanhope v. Monsanto Co.*, No. 4:20-cv-40026-TSH (D. Mass.).

Tyler Jay Belong, Esq.
HOGUE & BELONG APC
170 Laurel Street
San Diego, CA 92101
Phone: (619) 238-5260
Email: tbelong@hoguebelonglaw.com

Counsel for Plaintiff in *Britt v. Monsanto Co., et al.*, No. 3:20-cv-00869-L-NLS (S.D. Cal.).

Dated: May 15, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant Monsanto Company*