**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Denise Coressel, individually and on behalf of the Estate of James A. Coressel, deceased | Monsanto Co. | Northern District of Ohio (Toledo) | 3:20-cv-01070-JZ | Senior District Judge Jack Zouhary |
| 2. | Cynthia Suonpera and David Suonpera | Monsanto Co. | District of Massachusetts (Boston) | 1:20-cv-10097-RGS | District Judge Richard G. Stearns |

1