BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 18, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

James G. O'Brien, Esq.
O'BRIEN LAW, LLC
405 Madison Avenue
10th Floor
Toledo, OH 43604
Phone: (419) 930-6401
Email: jim@obrien.law

Counsel for Plaintiffs in *Coressel v. Monsanto Co.*, No. 3:20-cv-01070-JZ (N.D. Ohio).

Howard S. Ross, Esq.
ROSS LAW OFFICES, PC
18 East Chestnut Street
Sharon, MA 02067
Phone: (781) 793-0330
Email: info@hrosslaw.com
Email: hrosslaw@gmail.com

Counsel for Plaintiffs in *Suonpera v. Monsanto Co.*, No. 1:20-cv-10097-RGS (D. Mass.).

Dated: May 18, 2020 Respectfully submitted,

<u>/s/ Joe G. Hollingsworth</u>
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*