# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:20−cv−10097−RGS

SUONPERA et al v. Monsanto Company  
Assigned to: Judge Richard G. Stearns  
Cause: 28:1332 Diversity−Product Liability

Date Filed: 01/16/2020  
Jury Demand: Plaintiff  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

**Plaintiff**

**CYNTHIA SUONPERA**    represented by **Howard S. Ross**  
Ross Law Offices, PC  
18 East Chestnut Street  
Sharon, MA 02067  
781−793−0330  
Email: info@hrosslaw.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DAVID SUONPERA**    represented by **Howard S. Ross**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Monsanto Company**    represented by **Richard L. Campbell**  
Shook Hardy & Bacon LLP  
101 Federal Street  
19th Floor  
Boston, MA 02110  
781−910−6809  
Email: rcampbell@shb.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/16/2020 | 1 | COMPLAINT *against All Defendants* against All Plaintiffs Filing fee: $ 400, receipt number 0101−8059725 (Fee Status: Filing Fee paid), filed by CYNTHIA SUONPERA. (Attachments: # 1 Civil Cover Sheet Civil Action Cover Sheet)(Ross, Howard) (Additional attachment(s) added on 1/21/2020: # 2 Category Form) (McKillop, Matthew). (Entered: 01/16/2020) |
| 01/17/2020 | 2 | ELECTRONIC NOTICE of Case Assignment. Judge Richard G. Stearns assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Donald L. Cabell. (Finn, Mary) (Entered: 01/17/2020) |
| 01/17/2020 | 3 | Summons Issued as to Monsanto Company. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (McKillop, Matthew) (Entered: 01/17/2020) |
| 04/08/2020 | 4 | Emergency MOTION for Extension of Time to June 15, 2020 to Serve and file Summons and Complaint upon Defendant *MONSANTO COMPANY* by CYNTHIA SUONPERA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Ross, Howard) (Entered: 04/08/2020) |

| | | |
|---|---|---|
| 04/10/2020 | 5 | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting in part and denying in part 4 Motion for Extension of Time to make service.<br>Rule 4 provides 90 days for service in the unusual circumstances that a party encounters difficulties completing process (i.e., a defendant has moved or resists service). Plaintiff's counsel waited 60 days to commence the procedure. The court will grant plaintiff an additional 30 days, until May 11, 2020, to make proper service on defendant Monsanto Company.<br>(Zierk, Marsha) (Entered: 04/10/2020) |
| 04/10/2020 | 6 | AFFIDAVIT OF SERVICE Executed by CYNTHIA SUONPERA, DAVID SUONPERA. Monsanto Company served on 4/8/2020, answer due 4/29/2020. Acknowledgement filed by CYNTHIA SUONPERA; DAVID SUONPERA. (Attachments: # 1 Exhibit USPS Tracking – Proof of Service)(Ross, Howard) (Entered: 04/10/2020) |
| 05/06/2020 | 7 | MOTION for Default Judgment *FOR FAILURE TO TIMELY RESPOND TO THE PLAINTIFFS' COMPLAINT* as to Monsanto Company by CYNTHIA SUONPERA. (Attachments: # 1 Affidavit of Attorney Howard Ross)(Ross, Howard) (Entered: 05/06/2020) |
| 05/07/2020 | 8 | Judge Richard G. Stearns: ELECTRONIC ORDER entered re 7 Motion. Treated as a motion for entry of default and allowed. (Pacho, Arnold) (Entered: 05/07/2020) |
| 05/07/2020 | 9 | NOTICE: Clerk's ENTRY OF DEFAULT as to Monsanto Company. [Plaintiff is directed to serve the defendant with this Notice and provide proof of service on the docket.] (Pacho, Arnold) (Entered: 05/07/2020) |
| 05/07/2020 | 10 | Judge Richard G. Stearns: ORDER entered. STANDING ORDER on motions for default judgment re 9 Notice: Clerk's Entry of Default. (Pacho, Arnold) (Entered: 05/07/2020) |
| 05/15/2020 | 11 | Joint MOTION to Set Aside Default by Monsanto Company.(Campbell, Richard) (Entered: 05/15/2020) |
| 05/15/2020 | 12 | CORPORATE DISCLOSURE STATEMENT by Monsanto Company. (Campbell, Richard) (Entered: 05/15/2020) |
| 05/18/2020 | 13 | Judge Richard G. Stearns: ELECTRONIC ORDER entered granting 11 Joint Motion to Set Aside Entry of Default. (Pacho, Arnold) (Entered: 05/18/2020) |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA SUONPERA and <br> DAVID SUONPERA <br> Plaintiffs <br><br> vs. <br><br> MONSANTO COMPANY, <br> Defendant | CIVIL ACTION NO. 1:20-cv-10097 |

## **COMPLAINT – JURY TRIAL DEMANDED**

1. The plaintiff, Cynthia Suonpera, at all material times resided in Orleans, Barnstable County, Massachusetts.

2. The plaintiff, David Suonpera, resided with his wife, Cynthia Suonpera, in Orleans, Barnstable County, Massachusetts, at all times material hereto.

3. The defendant, Monsanto Company, is a corporation with its principal place of business at 2270 Ball Drive, St. Louis, Missouri 63146.

4. Jurisdiction is based upon diversity of citizenship (28 U.S.C. Sec. 1332), and the amount in controversy exceeds $75,000.

5. In February 2019, plaintiff Cynthia Suonpera was diagnosed with Non-Hodgkin's Lymphoma of the abdomen. She has been, and is still being, treated for her Non-Hodgkin's Lymphoma at the Cape Cod Hospital in Hyannis, Massachusetts.

6. Plaintiff states that the product "Roundup," manufactured and sold by the defendant Monsanto to the plaintiffs, caused or was a substantial factor in causing Cynthia's Non-Hodgkin's Lymphoma.

1

7. Plaintiff, Cynthia Suonpera, was exposed to Monsanto's Roundup products for all of the years that she and her husband resided at 139 Baker's Pond Road in Orleans, Massachusetts, when the defendant's product, Roundup Weed Killer, was repeatedly used every year to destroy the weeds that would grow through her home's driveway composed of seashells.

8. As a result of the defendant's conduct set forth in the Counts hereinbelow, the plaintiff, Cynthia Suonpera, has to date suffered, and will in the future continue to suffer, severe pain; physical, mental, and emotional distress; shortening of her life expectancy; loss of earnings and earning capacity; and bills for medical and hospital care and treatment thereof.

## COUNT I CYNTHIA SUONPERA V. MONSANTO COMPANY: BREACH OF WARRANTIES

9. The plaintiff restates and incorporates by reference herein Paragraphs 1-8 hereinabove.

10. The plaintiff states that the defendant, Monsanto, breached the warranties imposed upon it by the applicable law, including the breach of the Implied Warranty of Merchantability, the Implied Warranty of Fitness for the Particular Purpose for which this product was marketed and sold; and breach of any and all Express Warranties made by the defendant, and thereby caused or was a substantial factor in causing the plaintiff's resulting pain; suffering; physical, mental, and emotional distress; shortening of her life expectancy; loss of earnings and earning capacity; and bills for medical and hospital care and treatment thereof.

## COUNT II CYNTHIA SUONPERA V. MONSANTO COMPANY:
## VIOLATION OF MASSACHUSETTS GENERAL LAWS CHAPTER 93A

11. The plaintiff restates and incorporates by reference herein Paragraphs 1-8 hereinabove.

12. The defendant, Monsanto, violated M.G.L. c. 93A, in the marketing, manufacturing, selling, designing, distributing and/or testing of the subject product, Roundup, which caused, or was a substantial factor in causing, the plaintiffs' Non-Hodgkin's Lymphoma, and resulting pain, suffering, physical, mental, and emotional distress, shortening of her life expectancy, loss of earnings and earning capacity, and bills for medical and hospital care and treatment thereof.

## COUNT III CYNTHIA SUONPERA V. MONSANTO COMPANY:
## NEGLIGENCE

13. The plaintiff restates and incorporates by reference herein Paragraphs 1-8 hereinabove.

14. The defendant's negligence caused or was a substantial factor in causing plaintiff Cynthia Suonpera's Non-Hodgkin's Lymphoma, and resulting pain; suffering; physical, mental, and emotional distress; shortening of her life expectancy; loss of earnings and earning capacity; and bills for medical and hospital care and treatment thereof.

## COUNT IV. CYNTHIA SUONPERA V. MONSATO COMPANY:
## NEGLIGENT FAILURE TO WARN

15. The plaintiff restates and incorporates by reference herein Paragraphs 1-8 hereinabove.

16. The defendant's negligent failure to warn consumers and purchasers of its product, Roundup, including but not limited to the plaintiffs, caused or was a substantial factor in causing plaintiff Cynthia Suonpera's Non-Hodgkin's Lymphoma, and resulting pain; suffering; physical, mental, and emotional distress; shortening of her life expectancy; loss of earnings and earning capacity; and bills for medical and hospital care and treatment thereof.

## COUNT V: CYNTHIA SUONPERA V. MONSANTO COMPANY: STRICT LIABILITY/UNREASONABLY DANGEROUS PRODUCT/DESIGN DEFECT

17. The plaintiff restates and incorporates by reference herein Paragraphs 1-8 hereinabove.

18. The applicable law regarding STRICT LIABILITY/UNREASONABLY DANGEROUS PRODUCT/DESIGN DEFECT renders the defendant Monsanto Company liable to the plaintiff to compensate her for all damages suffered by her as a result of her exposure to the defendant's product, Roundup.

## COUNT VI. DAVID SUONPERA V. MONSANTO COMPANY: LOSS OF CONSORTIUM

19. The plaintiff David Suonpera hereby restates and incorporates by reference all of the facts and claims set forth hereinabove and states that he, as the husband of Cynthia Suonpera, at all material times, has suffered and will suffer a loss of consortium as a result of the conduct of the defendant Monsanto Company set forth hereinabove.

WHEREFORE, plaintiffs pray judgment against the defendant, together with interest, costs, and double or treble damages, and attorney's fees, as provided by law.

PLAINTIFFS CLAIM TRIAL BY JURY.

                                      Respectfully submitted,
                                      The Plaintiffs, Cynthia and David Suonpera
                                      By their Attorney

                                      Howard S. Ross, Esq.
                                      BBO #429960
                                      Ross Law Offices, P.C.
                                      18 East Chestnut Street
                                      Sharon, MA 02067
                                      (781) 793-0330
                                      (781) 793-0335 Fax

Dated: January 16, 2020                Email: info@hrosslaw.com