**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | John V. Ramuno and Patricia Ramuno | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00617-SPM | Magistrate Judge Shirley Padmore Mensah |
| 2. | Johnny Ray Brown | Monsanto Co. | Middle District of Florida (Tampa) | 8:20-cv-00714-JSM-SPF | Senior District Judge James S. Moody, Jr. |
| 3. | Christopher J. Marchetti and Karen L. Marchetti | Monsanto Co. | Southern District of New York (Foley Square) | 1:20-cv-02185-GBD | District Judge George B. Daniels |
| 4. | Jack Henrich and Marjorie Henrich | Monsanto Co. | Northern District of Iowa (Western Division) | 5:20-cv-04024-LRR-KEM | Senior District Judge Linda R. Reade |