## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

---

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 19, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Matthew Crimmins, Esq.
CRIMMINS LAW FIRM, LLC
214 South Spring Street
Independence, MO 64055
Phone: (816) 974-7220
Email: m.crimmins@crimminslawfirm.com

Counsel for Plaintiffs in *Ramuno v. Monsanto Co.*, No. 4:20-cv-00617-SPM (E.D. Mo.).

T. Michael Morgan, Esq.
G. Katherine Chambers, Esq.
MORGAN & MORGAN, PA
20 North Orange Avenue
Suite 1600
Orlando, FL 32801
Phone: (407) 420-1414
Email: mmorgan@forthepeople.com
Email: kathychambers@forthepeople.com

Counsel for Plaintiff in *Brown v. Monsanto Co.,* No. 8:20-cv-00714-JSM-SPF (M.D. Fla.).

Paul D. Rheingold, Esq.
RHEINGOLD, GIUFFRA, RUFFO & PLOTKIN, LLP
551 Fifth Avenue
29th Floor
New York, NY 10176
Phone: (212) 684-1880
Email: prheingold@rheingoldlaw.com

Counsel for Plaintiffs in *Marchetti v. Monsanto Co.*, No. 1:20-cv-02185-GBD (S.D.N.Y.).

Brian E. Jorde, Esq.
David A. Domina, Esq.
DOMINA LAW GROUP
2425 South 144th Street
Omaha, NE 68144
Phone: (402) 493-4100
Email: bjorde@dominalaw.com
Email: ddomina@dominalaw.com

Co-counsel for Plaintiffs in *Henrich v. Monsanto Co.,* No. 5:20-cv-04024-LRR-KEM (N.D. Iowa).

Joseph J. Heidenreich, Esq.
DRESSELHUIS & HEIDENREICH
100 North Main Street
Odebolt, IA 51458
Phone: (712) 668-2250
Email: d_hlaw@netins.net

Co-counsel for Plaintiffs in *Henrich v. Monsanto Co.,* No. 5:20-cv-04024-LRR-KEM (N.D. Iowa).

Dated: May 19, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*