# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 5/18/2020

**District Court:** D. Minnesota

**Number of Actions:** 4

**Complaints and Docket Sheets are attached.**

_____
CLERK OF THE PANEL