BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION                     MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Ronald Storf | Monsanto Co. | Middle District of Florida (Tampa) | 8:20-cv-01039-TPB-CPT | District Judge Thomas P. Barber |
| 2. | Debra Osborne, Individually and as Personal Representative of the Estate of Josephine Burnett, Deceased | Monsanto Co. | Middle District of Florida (Tampa) | 8:20-cv-00712-SDM-AAS | Chief District Judge Steven D. Merryday |
| 3. | Nancy Portera-Kmiec | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:20-cv-00307-MMH-PDB | District Judge Marcia Morales Howard |
| 4. | Stanley R. Roger | Monsanto Co. | Middle District of Florida (Tampa) | 8:20-cv-01038-JSM-JSS | Senior District Judge James S. Moody, Jr. |
| 5. | Janice S. Hall, Individually and as Personal Representative of the Estate of Sherwood J. Hall, III | Monsanto Co. and Does I-X | District of Idaho (Moscow) | 3:20-cv-00244-DCN | Chief District Judge David C. Nye |
| 6. | Luuana McElrath, as Personal Representative of the Estate of John Stanley McElrath | Monsanto Co., Bayer Corp., and Bayer CropScience LP | Southern District of Florida (Miami) | 1:20-cv-20776-FAM | District Judge Federico A. Moreno |