**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 21, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

T. Michael Morgan, Esq.
G. Katherine Chambers, Esq.
MORGAN & MORGAN, PA
20 North Orange Avenue
Suite 1600
Orlando, FL 32801
Phone: (407) 420-1414
Email: mmorgan@forthepeople.com
Email: kathychambers@forthepeople.com

Counsel for Plaintiffs in *Storf v. Monsanto Co.,* No. 8:20-cv-01039-TPB-CPT (M.D. Fla.); *Osborne, et al. v. Monsanto Co.,* No. 8:20-cv-00712-SDM-AAS (M.D. Fla.); *Portera-Kmiec v. Monsanto Co.,* No. 3:20-cv-00307-MMH-PDB (M.D. Fla.); *Roger v. Monsanto Co.,* No. 8:20-cv-01038-JSM-JSS (M.D. Fla.).

Darrel W. Aherin, Esq.
AHERIN, RICE & ANEGON
1212 Idaho Street
Lewiston, ID 83501
Phone: (208) 746-3646
Email: ara@aralawoffice.com

Counsel for Plaintiffs in *Hall v. Monsanto Co., et al.,* No. 3:20-cv-00244-DCN (D. Idaho).

David Scott Kuczenski, Esq.
Paul K. Schrier, Esq.
SCHRIER LAW GROUP
11098 Biscayne Boulevard
Suite 208
Miami, FL 33161
Phone: (305) 893-5500
Email: david@schrierlawgroup.com
Email: paul@schrierlawgroup.com

Counsel for Plaintiff in *McElrath v. Monsanto Co., et al.*, No. 1:20-cv-20776-FAM (S.D. Fla.).

In this lawsuit, undersigned counsel also represents defendant Bayer CropScience LP and defendant Bayer Corporation (which have not entered appearances in *McElrath v. Monsanto Co., et al.*, No. 1:20-cv-20776-FAM (S.D. Fla.)), so separate service of these papers on those defendants is not required.

Dated: May 21, 2020                             Respectfully submitted,

                                                /s/ Joe G. Hollingsworth
                                                Joe G. Hollingsworth, Esq.
                                                (jhollingsworth@hollingsworthllp.com)
                                                HOLLINGSWORTH LLP
                                                1350 I Street, N.W.
                                                Washington, D.C. 20005
                                                Phone: (202) 898-5800
                                                Fax:    (202) 682-1639

                                                *Attorneys for Defendant Monsanto Company*