**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | William Travis Joiner | Monsanto Co. | Western District of Louisiana (Alexandria) | 1:20-cv-00201-DDD-JPM | Senior District Judge Dee D. Drell |
| 2. | Ray Shedd, Jr. | Monsanto Co. | Southern District of Mississippi (Northern) | 3:20-cv-00311-HTW-LRA | District Judge Henry T. Wingate |

1