**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 22, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Anthony D. Irpino, Esq.
IRPINO, AVIN & HAWKINS
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Email: airpino@irpinolaw.com

Co-counsel for Plaintiff in *Joiner v. Monsanto Co.,* No. 1:20-cv-00201-DDD-JPM (W.D. La.).

Curtis Ray Joseph, Jr., Esq.
WINCHELL & JOSEPH, LLC
2124 Fairfield Avenue
Shreveport, LA 71104
Phone: (318) 221-1600
Email: curtis@wjlawfirm.net

Co-counsel for Plaintiff in *Joiner v. Monsanto Co.,* No. 1:20-cv-00201-DDD-JPM (W.D. La.).

John F. Hawkins, Esq.
HAWKINS LAW, PC
308 East Pearl Street
Suite 102
Jackson, MS 39201
Phone: (601) 969-9692
Email: john@hgattorneys.com

Counsel for Plaintiff in *Shedd v. Monsanto Co.,* No. 3:20-cv-00311-HTW-LRA (S.D. Miss.).

| | |
|---|---|
| Dated: May 22, 2020 | Respectfully submitted, |

                                      /s/ Joe G. Hollingsworth
                                      Joe G. Hollingsworth, Esq.
                                        (jhollingsworth@hollingsworthllp.com)
                                        HOLLINGSWORTH LLP
                                        1350 I Street, N.W.
                                        Washington, D.C. 20005
                                        Phone: (202) 898-5800
                                        Fax:    (202) 682-1639

                                        *Attorneys for Defendant Monsanto Company*