John Raymond Tullos
TULLOS & TULLOS
P.O. Box 74
126 Main Street
Raleigh, MS 39153
Telephone: 601-782-4212
Facsimile: 601-782-4212
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| SYLVIA DELIA HODGE<br><br>Plaintiff,<br><br>vs.<br><br>MONSANTO COMPANY,<br><br>Defendant. | Case No. 3:20cv131 HTW-LRA<br><br>COMPLAINT AND DEMAND FOR JURY TRIAL |

1. Before the United States Judicial Panel on Multidistrict Litigation

MDL NO.2741

Motion for Transfer to MDL 2741

This motion is made pursuant to RULES OF PROCEDURE OF THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION; Rule 6.1

Ms. Hodge filed her complaint against Monsanto Company in the Southern District Of Mississippi in 2019; Case No. 3:20-cv-0031-HTW-LRA, which included a request that it be transferred to MDL No. 2741 in the Northern District of California.

Without more, on March 6, 2020, the Clerk of this Panel entered a determination that Ms. Hodge's complaint was not appropriate for inclusion in the MDL. However, Ms. Hodge's cause of action is appropriate with the MDL, as it involves common question of fact with other actions that have been transferred to the MDL (i.e. substantial exposure to Roundup and a subsequent, life-threatening cancer diagnosis).

Ms. Hodge respectfully requests the Panel transfer her case to MDL 2417 pursuant to Section 1407.