John Raymond Tullos
TULLOS & TULLOS
P.O. Box 74
126 Main Street
Raleigh, MS 39153
Telephone: 601-782-4212
Facsimile: 601-782-4212
Attorneys for Plaintiff

BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| SYLVIA DELIA HODGE<br><br>    Plaintiff,<br><br>vs.<br><br>MONSANTO COMPANY,<br><br>    Defendant. | Case No. 3:20cv131 HTW-LRA<br><br>MDL NO.2741 |

NOTICE OF WITHDRAWAL OF FILING

  That the filing dated5/2652020 being document number 1812 be withdrawn, because of the filing of the wrong event.

## CERTIFICATE OF SERVICE

I, John Raymond Tullos, do hereby certify that I have this day electronically filed a true and correct copy of the above and foregoing Notice of Withdrawal of Filing to the Attorney for the Defendant:

Honorable Martin C. Calhoun
Hollingsworth, LLP
1350 I Street NW
Washington, DC 20005

This the 26th day of May, 2020

JOHN RAYMOND TULLOS