**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on May 26, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Francis Gerald Maples, Esq.
LAW OFFICE OF F. GERALD MAPLES
750 I-10 East Service Road
Suite I
Slidell, LA 70461
Phone: (504) 569-8732
Email: gmaples@fgmapleslaw.com

Counsel for Plaintiff in *Zakaluzny v. Monsanto Co.,* No. 1:20-cv-00008-DDD-JPM (W.D. La.).

Dated: May 26, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:     (202) 682-1639

*Attorneys for Defendant Monsanto Company*