**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | William Beau Ryan and Pamela Ann Ryan | Monsanto Co. | District of Massachusetts (Boston) | 1:20-cv-10513-FDS | Chief District Judge F. Dennis Saylor, IV |
| 2. | Richard O'Loughlin | Monsanto Co. and John Does 1-50 | District of Rhode Island (Providence) | 1:20-cv-00225-JJM-LDA | Chief District Judge John J. McConnell, Jr. |
| 3. | Lisa J. Markham and Douglas G. Markham | Monsanto Co. | Northern District of Alabama (Southern) | 2:20-cv-00707-JHE | Magistrate Judge John H. England, III |
| 4. | Lee L. Dawkins and Susan Dawkins | Monsanto Co. | District of Maryland (Baltimore) | 1:20-cv-01205-RDB | District Judge Richard D. Bennett |

1