**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 28, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

David C. Strouss, Esq.
THORNTON LAW FIRM LLP
One Lincoln Street
25th Floor
Boston, MA 02111
Phone: (617) 720-1333
Email: dstrouss@tenlaw.com

Counsel for Plaintiffs in *Ryan v. Monsanto Co.,* No. 1:20-cv-10513-FDS (D. Mass.).

Peter M. Iascone, Esq.
Gregory P. Sorbello, Esq.
PETER M. IASCONE & ASSOCIATES, LTD.
117 Bellevue Avenue
Newport, RI 02840
Phone: (401) 848-5200
Email: pmiascone.law@gmail.com
Email: gregsorbello@gmail.com

Counsel for Plaintiff in *O'Loughlin v. Monsanto Co., et al.,* No. 1:20-cv-00225-JJM-LDA (D.R.I.).

Donald P. McKenna, Jr., Esq.
HARE WYNN NEWELL & NEWTON LLP
2025 Third Avenue North
Suite 800
Birmingham, AL 35203
Phone: (205) 328-5330
Email: don@hwnn.com

Counsel for Plaintiffs in *Markham v. Monsanto Co.,* No. 2:20-cv-00707-JHE (N.D. Ala.).

Aaron L. Moore, Esq.
Gregory Gene Hopper, Esq.
Ryan S. Perlin, Esq.
BEKMAN, MARDER & ADKINS, LLC
300 West Pratt Street
Suite 450
Baltimore, MD 21201
Phone: (410) 539-6633
Email: moore@bmalawfirm.com
Email: hopper@bmalawfirm.com
Email: perlin@bmalawfirm.com

Counsel for Plaintiffs in *Dawkins v. Monsanto Co.,* No. 1:20-cv-01205-RDB (D. Md.).

Dated: May 28, 2020                          Respectfully submitted,

                                            /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*