BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　MDL No. 2741
LIABILITY LITIGATION

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, undersigned counsel writes to notify you of the potential tag-along actions listed on the attached Schedule of Actions. The docket sheets and complaints for each action are attached.

|  |  |
|---|---|
|  | **VARNUM, LLP**<br>Attorneys for Plaintiffs: Lori Ann Skoog and Jack Skoog Jr.; Ronald Brownlow; Charles F. Dietrich Sr. and Christine M. Dietrich; Alma Statema, individually, as a Personal Representative of the Estate of Raymond F. Statema; Gary Walters and Judith Walters; Ronald Zagel and Kathryn Zagel; and Nicholas Ivone. |
| Dated: May 29, 2020 | By: /s/*Brion B. Doyle*<br>　　Adam J. Brody (P62035)<br>　　Brion B. Doyle (P67870)<br>Business Address, Telephone, and E-mail:<br>　　Bridgewater Place, P.O. Box 352<br>　　Grand Rapids, MI 49501-0352<br>　　(616) 336-6000<br>　　ajbrody@varnumlaw.com<br>　　bbdoyle@varnumlaw.com |

16463203_1.docx