BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS      MDL No. 2741
LIABILITY LITIGATION

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS
### SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendant | District | Civil Action No. | Judge |
|----|------------|-----------|----------|------------------|-------|
| 1. | Lori Ann Skoog and Jack Skoog Jr. | Bayer-Monsanto Company | Western District of Michigan – Southern Division | 1:20-cv-00333-PLM-SJB | Paul L. Maloney |
| 2. | Ronald Brownlow | Bayer-Monsanto Company | Eastern District of Michigan – Southern Division | 2:20-cv-11049-MAG-RSW | |
| 3. | Charles F. Dietrich Sr. and Christine M. Dietrich | Bayer-Monsanto Company | Western District of Michigan – Southern Division | 1:20-cv-00445-PLM-SJB | Paul L. Maloney |
| 4. | Alma Statema, individually, and as Personal Representative of the Estate of Raymond F. Statema | Bayer-Monsanto Company | Western District of Michigan – Southern Division | 1:20-cv-00446-PLM-SJB | Paul L. Maloney |
| 5. | Gary Walters and Judith Walters | Bayer-Monsanto Company | Western District of Michigan – Southern Division | 1:20-cv-00447-PLM-SJB | Paul L. Maloney |
| 6. | Ronald Zagel and Kathryn Zagel | Bayer-Monsanto Company | Western District of Michigan – Southern Division | 1:20-cv-00448-PLM-SJB | Paul L. Maloney |
| 7. | Nicholas Ivone | Bayer-Monsanto Company | Eastern District of Michigan – Southern Division | 2:20-cv-11283-MAG-MJH | Paul L. Maloney |

**VARNUM, LLP**

Attorneys for Plaintiffs: Lori Ann Skoog and Jack Skoog Jr.; Ronald Brownlow; Charles F. Dietrich Sr. and Christine M. Dietrich; Alma Statema, individually and as Personal Representative for the Estate of Raymond F. Statema; Ronald Zagel and Kathryn Zagel; and Nicholas Ivone.

Dated: May 29, 2020

By: /s/*Brion B. Doyle*
    Adam J. Brody (P62035)
    Brion B. Doyle (P67870)
Business Address, Telephone, and E-mail:
    Bridgewater Place, P.O. Box 352
    Grand Rapids, MI 49501-0352
    (616) 336-6000
    ajbrody@varnumlaw.com
    bbdoyle@varnumlaw.com

16463295_1.docx