BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS      MDL No. 2741
LIABILITY LITIGATION

## PROOF OF SERVICE

I hereby certify that on May 29, 2020, I electronically filed the foregoing Notice of Potential Tag-Along Action with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which will send notification to all counsel of record. I also served, on May 29, 2020, copies of the documents via First Class Mail, on the following:

Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
*Defendant's Corporate Headquarters*

**VARNUM, LLP**
Attorneys for Plaintiffs: Lori Ann Skoog and Jack C. Skoog Jr.; Ronald Brownlow; Charles F. Dietrich Sr. and Christine Dietrich; Alma Statema, individually, and as Personal Representative of the Estate of Raymond F. Statema; Gary Walters and Judith Walters; Ronald Zagel and Kathryn Zagel; and Nicholas Ivone

Dated: May 29, 2020

By: /s/*Brion B. Doyle*
     Adam J. Brody (P62035)
     Brion B. Doyle (P67870)
Business Address, Telephone, and E-mail:
     Bridgewater Place, P.O. Box 352
     Grand Rapids, MI 49501-0352
     (616) 336-6000
     ajbrody@varnumlaw.com
     bbdoyle@varnumlaw.com

16463522_1.docx