BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION           MDL No. 2741

*Phillip Mowry v. Monsanto Company,* et al., Alabama Middle, Case No. 2:20-cv-0215

### PROOF OF SERVICE

I hereby certify that on the 29th day of May, 2020, Plaintiff Phillip Mowry filed his Reply to Monsanto Company's Opposition to Plaintiff's Motion to Vacate CTO-202 with the Panel's electronic filing system, which sends an electronic filing copy to all attorneys of record.

Dated:  May 29, 2020                    Respectfully submitted,

*/s/ John E. Tomlinson*
John E. Tomlinson
Jere L. Beasley
Rhon E. Jones
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS AND MILES, P.C.**
Post Office Box 4160
218 Commerce Street
Montgomery, Alabama  36103
Phone: (334) 269-2343
Fax:     (334) 954-7555
john.tomlinson@beasleyallen.com
jere.beasley@beasleyallen.com
rhon.jones@beasleyallen.com

OF COUNSEL:

Jamie A. Johnston (JOH164)
Jamie A. Johnston, P.C.
509 Cloverdale Road
Suite 101
Montgomery, Alabama 36106
Telephone:  334.202.9228
Facsimile:   334.265.8789
jamie@jjohnstonpc.com

*Attorneys for Plaintiff Phillip Mowry*