John Raymond Tullos
TULLOS & TULLOS
P.O. Box 74
126 Main Street
Raleigh, MS 39153
Telephone: 601-782-4212
Facsimile: 601-782-4212
Attorneys for Plaintiff

BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| SYLVIA DELIA HODGE<br><br>  Plaintiff,<br><br>vs.<br><br>MONSANTO COMPANY,<br><br>  Defendant. | Case No. 3:20cv131 HTW-LRA<br><br>MDL NO.2741 |

## WITHDRAWAL OF FILING

That the filing dated 05/26/2020 being document number 1812 be withdrawn, because of the filing of the wrong event.

## CERTIFICATE OF SERVICE

I, John Raymond Tullos, do hereby certify that I have this day mailed, via United States mail, postage prepaid, a true and correct copy of the above and foregoing Answer to Honorable Michael A. Jacob, II, , at the usual business mailing address, 2623 West Oxford Loop, Post Office Box 948, Oxford, Mississippi 3865539114

This the 1st day of June, 2020.

*/s/ John Raymond Tullos*
JOHN RAYMOND TULLOS