**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Ross Buckley | Monsanto Co. | Northern District of Georgia (Atlanta) | 1:19-cv-04745-LMM | District Judge Leigh Martin May |
| **2.** | Betty J. Smith, as Personal Representative of the Estate of Don Daniel, Deceased, and Allie Mae Daniel, Surviving Spouse | Monsanto Co. | Northern District of Florida (Pensacola) | 3:20-cv-05497-MCR-EMT | District Judge M. Casey Rodgers |

1