**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 1, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Robert W. Boatman, Esq.
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Suite 1100
Phoenix, AZ 85016
Phone: (602) 830-8000
Email: rwb@gknet.com

Co-counsel for Plaintiff in *Buckley v. Monsanto Co.,* No. 1:19-cv-04745-LMM (N.D. Ga.).

Stephen Grant Daniel, Esq.
DALIMONTE RUEB STOLLER LLP
225 Ottley Drive Northeast
Suite 110
Atlanta, GA 30324
Phone: (404) 382-7932
Email: buck@drlawllp.com

Co-counsel for Plaintiff in *Buckley v. Monsanto Co.,* No. 1:19-cv-04745-LMM (N.D. Ga.).

Dixie Dan Powell, Esq.
POWELL INJURY LAW, P.A.
602 South Main Street
Crestview, FL 32536
Phone: (850) 306-2667
Email: ddp@powellinjurylaw.com

Counsel for Plaintiffs in *Smith, et al. v. Monsanto Co.,* No. 3:20-cv-05497-MCR-EMT (N.D. Fla.).

Dated: June 1, 2020                                Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*