BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | John Edward Coe and Heather Nicole Coe | Monsanto Co. | Western District of Washington (Seattle) | 2:20-cv-00789-TSZ | Senior District Judge Thomas S. Zilly |
| 2. | Steven Sonnier, Sr., individually, and on behalf of the Estate of Ronald Sonnier, Sr. | Monsanto Co. | Western District of Louisiana (Lafayette) | 6:20-cv-00345-MJJ-CBW | District Judge Michael J. Juneau |