## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 2, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Corrie Johnson Yackulic, Esq.
CORRIE YACKULIC LAW FIRM, PLLC
110 Prefontaine Place South
Suite 304
Seattle, WA 98104
Phone: (206) 787-1915
Email: corrie@cjylaw.com

Counsel for Plaintiffs in *Coe v. Monsanto Co.,* No. 2:20-cv-00789-TSZ (W.D. Wash.).

Ned F. P. Sonnier, Sr., Esq.
LAW OFFICE OF NED SONNIER
111 Park West Drive
Scott, LA 70583
Phone: (337) 504-2404
Email: nsonnier.law@nedsonnier.com

Counsel for Plaintiffs in *Sonnier v. Monsanto Co.,* No. 6:20-cv-00345-MJJ-CBW (W.D. La.).

2

Dated: June 2, 2020                                     Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*