BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Andrew Anastasio | Monsanto Co. | District of Connecticut (New Haven) | 3:19-cv-01559-KAD | District Judge Kari A. Dooley |
| 2. | Martha Keil, Individually and as Representative of the Estate of John Keil, Deceased | Monsanto Co. | Northern District of Illinois (Chicago) | 1:20-cv-02448 | District Judge Sharon Johnson Coleman |
| 3. | James Fischer | Monsanto Co. | Northern District of Illinois (Chicago) | 1:20-cv-02534 | Senior District Judge Elaine E. Bucklo |
| 4. | Colleen Tierney | Monsanto Co. | Northern District of Ohio (Toledo) | 3:20-cv-00967-JZ | Senior District Judge Jack Zouhary |
| 5. | Christopher Lowe | Monsanto Co. | Northern District of Texas (San Angelo) | 6:20-cv-00034-C | Senior District Judge Sam R. Cummings |
| 6. | Bobby Fugitt | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00595-JAR | District Judge John A. Ross |
| 7. | John Ulrich | Monsanto Co. | District of Massachusetts (Boston) | 1:20-cv-10667-JCB | Chief Magistrate Judge Jennifer C. Boal |
| 8. | Rick Kent | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00682-SEP | District Judge Sarah E. Pitlyk |
| 9. | Meena Giri | Monsanto Co. | Eastern District of Pennsylvania (Allentown) | 5:20-cv-01779-JLS | District Judge Jeffrey L. Schmehl |

| | | | | | |
|---|---|---|---|---|---|
| 10. | Estate of Roosevelt Brewton, Jr., by and through his representative, Leland Brewton, and Leland Brewton, son of Roosevelt Brewton on behalf of all legal heirs of Roosevelt Brewton, Jr. | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00651-JMB | Magistrate Judge John M. Bodenhausen |
| 11. | Linda Siler, Personal Representative of the Estate of Gail V. Siler, Deceased | Monsanto Co. | Southern District of Indiana (Indianapolis) | 1:20-cv-01291-TWP-TAB | District Judge Tanya Walton Pratt |
| 12. | John Garner | Monsanto Co. | Western District of Kentucky (Bowling Green) | 1:20-cv-00078-GNS | Chief District Judge Greg N. Stivers |
| 13. | Roger Darrell Shields | Monsanto Co. | Western District of Kentucky (Bowling Green) | 1:20-cv-00083-GNS | Chief District Judge Greg N. Stivers |
| 14. | Valerie Eichenberger and William Eichenberger, individually and as wife and husband | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00517-PLC | Magistrate Judge Patricia L. Cohen |