**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 8, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June, 8 2020 to counsel for Plaintiffs as follows:

Kelly E. Reardon, Esq.
THE REARDON LAW FIRM P.C.
160 Hempstead Street
New London, CT 06320
Phone: (860) 442-0444
Email: kreardon@reardonlaw.com

Counsel for Plaintiff in *Anastasio v. Monsanto Co.,* No. 3:19-cv-01559-KAD (D. Conn.).

Rebecca Laine Fredona, Esq.
MOLL LAW GROUP
22 West Washington Street
15th Floor
Chicago, IL 60602
Phone: (312) 462-1700
Email: rfredona@molllawgroup.com

Counsel for Plaintiffs in *Keil v. Monsanto Co.,* No. 1:20-cv-02448 (N.D. Ill.); *Fischer v. Monsanto Co.,* No. 1:20-cv-02534 (N.D. Ill.).

Wesley D. Merillat, Esq.
LAW OFFICE OF CHARLES E. BOYK
405 Madison Avenue
Suite 1200
Toledo, OH 43604
Phone: (419) 241-1395
Email: wmerillat@charlesboyk-law.com

Counsel for Plaintiff in *Tierney v. Monsanto Co.,* No. 3:20-cv-00967-JZ (N.D. Ohio).

Terry Bryant, Esq.
LAW OFFICE OF TERRY BRYANT
8584 Katy Freeway
Suite 100
Houston, TX 77024
Phone: (713) 973-2667
Email: terry@terrybryant.com

Counsel for Plaintiff in *Lowe v. Monsanto Co.,* No. 6:20-cv-00034-C (N.D. Tex.).

Martin Daniel Crump, Esq.
DAVIS AND CRUMP, P.C.
2601 14th Street
Gulfport, MS 39501
Phone: (228) 863-6000
Email: martin.crump@daviscrump.com

Counsel for Plaintiffs in *Fugitt v. Monsanto Co.,* No. 4:20-cv-00595-JAR (E.D. Mo.); *Kent v. Monsanto Co.,* No. 4:20-cv-00682-SEP (E.D. Mo.); *Brewton v. Monsanto Co.,* No. 4:20-cv-00651-JMB (E.D. Mo.).

Rebecca D. Edmondson, Esq.
LEVINE-PIRO LAW
63 Great Road
Suite 101
Maynard, MA 01754
Phone: (978) 637-2048
Email: deedee@levinepirolaw.com

Counsel for Plaintiff in *Ulrich v. Monsanto Co.,* No. 1:20-cv-10667-JCB (D. Mass.).

Stephen M. Specht, Esq.
GREEN & SCHAFLE LLC
100 South Broad Street
Suite 1218
Philadelphia, PA 19110
Phone: (215) 462-3330
Email: sspecht@greenlegalteam.com

Counsel for Plaintiff in *Giri v. Monsanto Co.,* No. 5:20-cv-01779-JLS (E.D. Pa.).

James Piatt, Esq.
Joseph N. Williams, Esq.
RILEY WILLIAMS & PIATT, LLC
301 Massachusetts Avenue
Suite 300
Indianapolis, IN 46204
Phone: (317) 633-5270
Email: jpiatt@rwp-law.com
Email: jwilliams@rwp-law.com

Counsel for Plaintiff in *Siler v. Monsanto Co.,* No. 1:20-cv-01291-TWP-TAB (S.D. Ind.).

Gary S. Logsdon, Esq.
GARY S. LOGSDON & ASSOCIATES, PSC
101 Main Cross Street
Brownsville, KY 42210
Phone: (270) 597-2134
Email: gary@garylogsdonlaw.com

Co-counsel for Plaintiffs in *Garner v. Monsanto Co.*, No. 1:20-cv-00078-GNS (W.D. Ky.); *Shields v. Monsanto Co.*, No. 1:20-cv-00083-GNS (W.D. Ky.).

J. Robert Bell, III, Esq.
Joseph Anthony Osborne, Esq.
OSBORNE & FRANCIS
433 Plaza Real Boulevard
Suite 271
Boca Raton, FL 33432
Phone: (561) 293-2600
Email: rbell@realtoughlawyers.com
Email: josborne@realtoughlawyers.com

Co-counsel for Plaintiffs in *Garner v. Monsanto Co.*, No. 1:20-cv-00078-GNS (W.D. Ky.); *Shields v. Monsanto Co.*, No. 1:20-cv-00083-GNS (W.D. Ky.).

Matthew Crimmins, Esq.
CRIMMINS LAW FIRM LLC
214 South Spring Street
Independence, MO 64055
Phone: (816) 974-7220
Email: m.crimmins@crimminslawfirm.com

Co-counsel for Plaintiffs in *Eichenberger v. Monsanto Co.,* No. 4:20-cv-00517-PLC (E.D. Mo.).

Stephen Nemec, Esq.
JAMES VERNON PA
1626 Lincoln Way
Coeur d'Alene, ID 83814
Phone: (208) 667-0683
Email: snemec@jvwlaw.net

Co-counsel for Plaintiffs in *Eichenberger v. Monsanto Co.,* No. 4:20-cv-00517-PLC (E.D. Mo.).

Dated: June 8, 2020               Respectfully submitted,


                                  /s/ Joe G. Hollingsworth
                                  Joe G. Hollingsworth, Esq.
                                  (jhollingsworth@hollingsworthllp.com)
                                  HOLLINGSWORTH LLP
                                  1350 I Street, N.W.
                                  Washington, D.C. 20005
                                  Phone: (202) 898-5800
                                  Fax:    (202) 682-1639

                                  *Attorneys for Defendant Monsanto Company*