BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Ronald Mills | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00454-AGF | District Judge Audrey G. Fleissig |
| 2. | James Ray and Melba Ray, individually and as husband and wife | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00455-SEP | District Judge Sarah E. Pitlyk |
| 3. | Mario Ciccarone and Agatha Ciccarone, individually and as husband and wife | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00456-SPM | Magistrate Judge Shirley Padmore Mensah |
| 4. | Carl Palmer and Kathryn Palmer | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00442-HEA | District Judge Henry E. Autrey |
| 5. | John W. Rowe | Monsanto Co. and John Does 1-50 | Middle District of Pennsylvania (Scranton) | 3:20-cv-00508-RDM | District Judge Robert D. Mariani |
| 6. | Paula M. Winer, as Personal Representative of the Estate of Brady Nelson Winer | Monsanto Co. | Northern District of Indiana (South Bend) | 3:20-cv-00451-RLM-MGG | Senior District Judge Robert L. Miller, Jr. |
| 7. | Wesley Tam | Monsanto Co. | Southern District of Florida (Miami) | 1:20-cv-22356-FAM | District Judge Federico A. Moreno |

1