**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 9, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 9, 2020 to counsel for Plaintiffs as follows:

Matthew Crimmins, Esq.
CRIMMINS LAW FIRM LLC
214 South Spring Street
Independence, MO 64055
Phone: (816) 974-7220
Email: m.crimmins@crimminslawfirm.com

Co-counsel for Plaintiffs in *Mills v. Monsanto Co.,* No. 4:20-cv-00454-AGF (E.D. Mo.); *Ray v. Monsanto Co.,* No. 4:20-cv-00455-SEP (E.D. Mo.); *Ciccarone v. Monsanto Co.,* No. 4:20-cv-00456-SPM (E.D. Mo.); *Palmer v. Monsanto Co.,* No. 4:20-cv-00442-HEA (E.D. Mo.).

Stephen Nemec, Esq.
JAMES, VERNON & WEEKS, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83814
Phone: (208) 667-0683
Email: snemec@jvwlaw.net

Co-counsel for Plaintiffs in *Mills v. Monsanto Co.,* No. 4:20-cv-00454-AGF (E.D. Mo.); *Ray v. Monsanto Co.,* No. 4:20-cv-00455-SEP (E.D. Mo.); *Ciccarone v. Monsanto Co.,* No. 4:20-cv-00456-SPM (E.D. Mo.); *Palmer v. Monsanto Co.,* No. 4:20-cv-00442-HEA (E.D. Mo.).

Jonathan J. Bart, Esq.
WILENTZ, GOLDMAN & SPITZER, P.A.
Two Penn Center Plaza
Suite 910
Philadelphia, PA 19102
Phone: (215) 636-4466
Email: jbart@wilentz.com

Counsel for Plaintiff in *Rowe v. Monsanto Co., et al.,* No. 3:20-cv-00508-RDM (M.D. Pa.).

Daniel J. Vanderpool, Esq.
Isaiah P. Vanderpool, Esq.
VANDERPOOL LAW FIRM PC
1801 East Center Street
Warsaw, IN 46580
Phone: (574) 268-9995
Email: dan@vanderpoollaw.net
Email: isaiah@vanderpoollaw.net

Counsel for Plaintiff in *Winer v. Monsanto Co.,* No. 3:20-cv-00451-RLM-MGG (N.D. Ind.).

Forrest Sygman, Esq.
Marlene Collazo, Esq.
LAW OFFICES OF FORREST SYGMAN
7300 North Kendall Drive
Suite 450
Miami, FL 33156
Phone: (305) 661-8955
Email: forrest@sygmanlaw.com
Email: associate@sygmanlaw.com

Counsel for Plaintiff in *Tam v. Monsanto Co.,* No. 1:20-cv-22356-FAM (S.D. Fla.).

Dated: June 9, 2020                              Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*