**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Diane Smith, individually | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00519-AGF | District Judge Audrey G. Fleissig |
| 2. | Frisco Decarlos Guest | Monsanto Co. | Northern District of Alabama (Southern) | 2:20-cv-00236-AKK | District Judge Abdul K. Kallon |

1