**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**AMENDED PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on June 4, 2020, the Notice of Potential Tag-Along Action for *Prestito v. Monsanto Co.,* No. 8:20-cv-00204 (D. Neb.) —which was electronically filed with the Clerk of the JPML using the CM/ECF system on June 10, 2020—was sent via electronic mail to counsel for Plaintiff as follows:

David A. Domina, Esq.
DOMINA LAW GROUP
2425 South 144th Street
Omaha, NE 68144
Phone: (402) 493-4100
Email: ddomina@dominalaw.com

Counsel for Plaintiff in *Prestito v. Monsanto Co.,* No. 8:20-cv-00204 (D. Neb.).

Dated: June 10, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*