**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**SECOND AMENDED PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on June 4, 2020, the Notice of Potential Tag-Along Action for *Harmon v. Monsanto Co., et al.*, No. 1:20-cv-01572-NRN (D. Colo.)—which was electronically filed with the Clerk of the JPML using the CM/ECF system on June 10, 2020—was sent via electronic mail to counsel for Plaintiff as follows:

Terry Rogers, Esq.
TERRY ROGERS ATTORNEY AT LAW
4450 Arapahoe Road
Suite 100
Boulder, CO 80303
Phone: (303) 444-5300
Email: tr@rogerslaw.com

Co-counsel for Plaintiff in *Harmon v. Monsanto Co., et al.,* No. 1:20-cv-01572-NRN (D. Colo.).

Andrew Ramos, Esq.
BALABAN LAW LLC
8055 East Tufts Avenue
Suite 325
Denver, CO 80237
Phone: (303) 377-3474
Email: ramos@denverfirm.com

Co-counsel for Plaintiff in *Harmon v. Monsanto Co., et al.,* No. 1:20-cv-01572-NRN (D. Colo.).

A copy of the Notice of Potential Tag-Along Action for *Harmon v. Monsanto Co., et al.*, No. 1:20-cv-01572-NRN (D. Colo.) was also caused to be served on June 3, 2020 via first class mail on defendant Poudre Valley Co-Operative Ass'n, Inc. (which has not entered an appearance in *Harmon v. Monsanto Co., et al.,* No. 1:20-cv-01572-NRN (D. Colo.)) as follows:

Margaret N. Masters, Esq.
STINNETT MASTERS & MASSEY LLP
2 North Cascade Avenue
Suite 1400
Colorado Springs, CO 80903
Phone: (719) 999-5121
Email: mmasters@stmmlaw.com

Dated: June 10, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*