**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | David Zielinski | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00450-CDP | Senior District Judge Catherine D. Perry |
| 2. | Randall F. Billingsley and Penny J. Billingsley, Husband and Wife | Monsanto Co. | District of Nebraska (Omaha) | 8:20-cv-00218-JMG-SMB | Chief District Judge John M. Gerrard |
| 3. | Rose Zoeller and Kenneth Zoeller, Individually and as Wife and Husband | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00357-PLC | Magistrate Judge Patricia L. Cohen |