# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ARSONDI, ANGELA ASHBY, MARY BAUER, BRITTANY BLACKSTOCK, DIANNA BLOKING, DONALD BOULWARE, LAWRENCE BROOKS, JOSE CARDONA, GARY CHANT, DONNA CHEEVER, ANNE COOPER, JILL DADEPPO, EITHNE DALTON, GEORGE DOUGHTY, JAMES ESPOSITO, LORNE FAIR, KEVIN FINNERTY, PHILLIP GARRETT, LESLIE GEBOW, TIMOTHY GERING, ANGELA GREELEY, VERA GREENE, NANCY HAMMILL, DAVID HANSEN, SCOTT HASSLER, ARNOLD HEREDIA, RONALD JOHNSON, RUTH JOHNSTON, JEROME JONES, LINDA JOSEFS, BARBARA LANGLOIS, DAVID LAPORTE, RUSSELL LEONARD, APRIL MABE, GLORIA MARSHALL, KATHERINE MCCREA, GAIL MEIER, JOSEPH MILANESE, TIMMY MILLER, DAVID MOSS, SALLY MOYER, DONALD MUELLER, MARIAN MURPHY, MARK NEAL, WILLIAM OELKLAUS, CHRISTINA PEASE, LINDA PIERSON, JAMES RESTIVO, DONNA RUSSELL, SUSAN RUSSELL, BARBARA SCHAECHER, MICHAEL SILBERNAGEL, RICHARD SMITH, ALVIN TAYLOR, SERGIO VASQUEZ, REBECCA VIANDS-MATTHEWS, KAREN WADE, RONNIE WAGGY, EUGENE WILLIAMS, AMBER COPELAND-DRAXTEN on behalf of KEITH DRAXTEN, JAMIE KAVELAK on behalf of TIMOTHY KAVELAK, LINDA OLSEN on behalf of DIANE PEDERSEN,  PATTI VASQUEZ on behalf of ROSEMARY PHELAN, KENNETH ROMPHF on behalf of JUDITH ROMPHF, DEBBIE TICE on behalf of JOHN TICE, and MIKE WEST on behalf of DAWN WEST,<br><br>             Plaintiff,<br><br>vs.<br><br>MONSANTO COMPANY,<br><br>             Defendant | MDL NO. 2741<br><br>Case No.: 4:20-cv-635<br><br>JUDGE VINCE CHHABRIA<br><br>MOTION TO REMAND |

## PLAINTIFFS' MOTION TO REMAND

Pursuant to 28 U.S.C. § 1441(c)(2) and for the reasons set forth in Plaintiffs' Memorandum in Support of Motion to Remand, which Plaintiffs incorporate herein by reference, this Court should order severance and remand to the Circuit Court for the Twenty-First Judicial Circuit, St.

Louis County, Missouri the severed claims of the plaintiffs who do not allege injuries arising from exposure to Roundup® - branded products on federal enclaves. Plaintiffs seek such other and further relief as may be just and proper.

Dated: June 11, 2020    Respectfully Submitted,

/s/ Arthur Murray
Arthur Murray
**Murray Law Firm**
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Tel: (504) 525-8100
Fax: (504) 584-5249
Email: amurray@murray-lawfirm.com

*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 11, 2020, a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

/s/ Arthur Murray
Arthur Murray