**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 12, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 12, 2020 to counsel for Plaintiffs as follows:

Matthew Crimmins, Esq.
CRIMMINS LAW FIRM LLC
214 South Spring Street
Independence, MO 64055
Phone: (816) 974-7220
Email: m.crimmins@crimminslawfirm.com

Co-counsel for Plaintiffs in *Hill v. Monsanto Co.,* No. 4:20-cv-00520-NAB (E.D. Mo.); *Miriani v. Monsanto Co.,* No. 4:20-cv-00518-NAB (E.D. Mo.).

Stephen Nemec, Esq.
JAMES, VERNON & WEEKS, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83814
Phone: (208) 667-0683
Email: snemec@jvwlaw.net

Co-counsel for Plaintiffs in *Hill v. Monsanto Co.,* No. 4:20-cv-00520-NAB (E.D. Mo.); *Miriani v. Monsanto Co.,* No. 4:20-cv-00518-NAB (E.D. Mo.).

2

Dated: June 12, 2020							Respectfully submitted,

  /s/ Joe G. Hollingsworth
_____
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*