# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 6/11/2020

**District Court:** E.D. Louisiana

**Number of Actions:** 1

**Complaints and Docket Sheets are attached.**

_____
CLERK OF THE PANEL