BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS   MDL No. 2741
LIABILITY LITIGATION

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Timothy G. Freegard | Monsanto Co. | District of Arizona (Phoenix) | 2:20-cv-01061-SMB | District Judge Susan M. Brnovich |
| 2. | Ralph Hale and Shelly Hale | Monsanto Co. | District of Arizona (Phoenix) | 2:20-cv-01072-SMB | District Judge Susan M. Brnovich |
| 3. | Carlos Segovia | Monsanto Co. | Northern District of Illinois (Chicago) | 1:20-cv-03397 | District Judge Steven C. Seeger |