# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 15, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 15, 2020 to counsel for Plaintiffs as follows:

Daniel Z. Kolomitz, Esq.
Robert W. Boatman, Esq.
Shannon L. Clark, Esq.
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Suite 1100
Phoenix, AZ 85016
Phone: (602) 530-8435
Email: danny.kolomitz@gknet.com
Email: rwb@gknet.com
Email: slc@gknet.com

Counsel for Plaintiffs in *Freegard v. Monsanto Co.,* No. 2:20-cv-01061-SMB (D. Ariz.); *Hale v. Monsanto Co.,* No. 2:20-cv-01072-SMB (D. Ariz.).

Ryan Adam Margulis, Esq.
SEIDMAN MARGULIS & FAIRMAN, LLP
500 Lake Cook Road
Suite 350
Deerfield, IL 60015
Phone: (847) 580-4223
Email: rmargulis@seidmanlaw.net

Counsel for Plaintiff in *Segovia v. Monsanto Co.,* No. 1:20-cv-03397 (N.D. Ill.).

| | |
|---|---|
| Dated: June 15, 2020 | Respectfully submitted, |

   /s/ Joe G. Hollingsworth
_____
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*