**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL-2741 |

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

Pursuant to Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Rules"), Plaintiff David Johnson, by and through the undersigned counsel, hereby give notice to the Clerk of the Judicial Panel on Multidistrict Litigation ("the Panel") of their potential "tag-along" actions as defined in Panel Rule 1.1(h) that were filed in the United States District Court for the Southern District of Georgia, and styled as *David Johnson v. Monsanto Company, a foreign corporation,* Case No. 5:19-cv-00123-LGW-BWC (S.D.GA.). A Schedule of Actions, a file-stamped copy of the Case Docket Sheet, and file-stamped copy of the Complaint is attached hereto.

The tag-along action at issue shares common questions of fact with cases already transferred under Section 1407 and now part of the Multidistrict Litigation, MDL-2741. Specifically, Plaintiff David Johnson alleges he has suffered injuries and cancer as a result of using Roundup, which is at issue in MDL-2741.

No Defendant has yet answered the complaint. No discovery has been taken.

Based on the foregoing, Plaintiff David Johnson respectfully requests that the Panel transfer this tag-along action under Section 1407 to the United States District Court for the Northern District of California, and consolidate it with the other actions pending in MDL-2741.

Respectfully submitted this 15th day of June, 2020.

                                              /s/ M. Brandon Smith
                                              M. Brandon Smith
                                              Georgia Bar No. 141418
                                              bsmith@cssfirm.com
                                              Childers, Schlueter & Smith, LLC
                                              1932 N. Druid Hills Road
                                              Suite 100
                                              Atlanta, Georgia 30319
                                              Tel. (404) 419-9500
                                              Fax (404) 419-9501
                                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2020, a copy of the foregoing NOTICE OF POTENTIAL TAG-ALONG ACTION was filed electronically with the Clerk of the Court for the Judicial Panel on Multidistrict Litigation using the CM/ECF System. Notice of this filing will be sent to all counsel of record registered to receive by electronic service by operation of the court's electronic filing system.

/s/ M. Brandon Smith
M. Brandon Smith
Georgia Bar No. 141418
bsmith@cssfirm.com
Childers, Schlueter & Smith, LLC
1932 N. Druid Hills Road
Suite 100
Atlanta, Georgia 30319
Tel. (404) 419-9500
Fax (404) 419-9501
*Attorneys for Plaintiff*