## Schedule of Actions

*David Johnson v. Monsanto Company, a foreign corporation.*
Southern District of Georgia
Case No. 5:19-cv-00123-LGW-BWC