**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL-2741 |

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

**PROOF OF SERVICE**

THIS IS TO CERTIFY that a true and correct copy of NOTICE OF POTENTIAL TAG-ALONG ACTION was served on the following via the CM/ECF system, email and via U.S. mail:

MONSANTO COMPANY
c/o Corporation Service Company
40 Technology Parkway, #300
Norcross, GA  30092
**Defendants:** Monsanto Company

HOLLINGSWORTH LLP
Joe G. Hollingsworth
Eric G. Lasker
1350 I Street, N.W. Washington, DC 20005
Email: jhollingsworth@hollingsworthllp.com
          elasker@hollingsworthllp.com
**Defendants:** Monsanto Company

Respectfully submitted this 15th day of June, 2020.

/s/ M. Brandon Smith
M. Brandon Smith
Georgia Bar No. 141418
bsmith@cssfirm.com
Childers, Schlueter & Smith, LLC
1932 N. Druid Hills Road
Suite 100
Atlanta, Georgia 30319
Tel. (404) 419-9500
Fax (404) 419-9501
*Attorneys for Plaintiff*