**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS             MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | James R. Gordon | Monsanto Co. | Southern District of Texas (McAllen) | 7:20-cv-00158 | District Judge Ricardo H. Hinojosa |
| 2. | Scott Strickland | Monsanto Co. | District of Arizona (Phoenix) | 2:20-cv-01081-ESW | Magistrate Judge Eileen S. Willett |
| 3. | William Scott | Monsanto Co. | District of Arizona (Phoenix) | 2:20-cv-01082-DLR | District Judge Douglas L. Rayes |