## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 16, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 16, 2020 to counsel for Plaintiffs as follows:

Joel Amos Gordon, Esq.
JOEL AMOS GORDON, ESQ. PLLC
208 South Marienfeld
Midland, TX 79701
Phone: (432) 242-4899
Email: joel@joelgordonlaw.com

Counsel for Plaintiff in *Gordon v. Monsanto Co.,* No. 7:20-cv-00158 (S.D. Tex.).

Daniel Z. Kolomitz, Esq.
Robert W. Boatman, Esq.
Shannon L. Clark, Esq.
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Suite 1100
Phoenix, AZ 85016
Phone: (602) 530-8435
Email: danny.kolomitz@gknet.com
Email: rwb@gknet.com
Email: slc@gknet.com

Counsel for Plaintiffs in *Strickland v. Monsanto Co.,* No. 2:20-cv-01081-ESW (D. Ariz.); *Scott v. Monsanto Co.,* No. 2:20-cv-01082-DLR (D. Ariz.).

1

Dated: June 16, 2020                    Respectfully submitted,


/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:     (202) 682-1639

*Attorneys for Defendant Monsanto Company*