BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

**IN RE**: Roundup Products Liability Litigation          **MDL No.**2741

NOTICE OF POTENTIAL TAG-ALONG ACTION

|    | Plaintiffs | Defendants | District | Civil Action No | Judge |
|----|------------|------------|----------|-----------------|-------|
| 1. | Eugene Jizhak | Monsanto Company; Bayer Ag. | Southern District of California | 3:20-cv-99999 | |