**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on June 18, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 18, 2020 to counsel for Plaintiff as follows:

T. Michael Morgan, Esq.
G. Katherine Chambers, Esq.
MORGAN & MORGAN, PA
20 North Orange Avenue
Suite 1600
Orlando, FL 32801
Phone: (407) 420-1414
Email: mmorgan@forthepeople.com
Email: kathychambers@forthepeople.com

Counsel for Plaintiff in *Tumenas v. Monsanto Co.,* No. 6:20-cv-00860-RBD-DCI (M.D. Fla.).

Dated: June 18, 2020                    Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*