## United States Judicial Panel on Multidistrict Litigation

| | |
|---|---|
| WILLIAM ARSONDI, ANGELA ASHBY, MARY BAUER, BRITTANY BLACKSTOCK, DIANNA BLOKING, DONALD BOULWARE, LAWRENCE BROOKS, JOSE CARDONA, GARY CHANT, DONNA CHEEVER, ANNE COOPER, JILL DADEPPO, EITHNE DALTON, GEORGE DOUGHTY, JAMES ESPOSITO, LORNE FAIR, KEVIN FINNERTY, PHILLIP GARRETT, LESLIE GEBOW, TIMOTHY GERING, ANGELA GREELEY, VERA GREENE, NANCY HAMMILL, DAVID HANSEN, SCOTT HASSLER, ARNOLD HEREDIA, RONALD JOHNSON, RUTH JOHNSTON, JEROME JONES, LINDA JOSEFS, BARBARA LANGLOIS, DAVID LAPORTE, RUSSELL LEONARD, APRIL MABE, GLORIA MARSHALL, KATHERINE MCCREA, GAIL MEIER, JOSEPH MILANESE, TIMMY MILLER, DAVID MOSS, SALLY MOYER, DONALD MUELLER, MARIAN MURPHY, MARK NEAL, WILLIAM OELKLAUS, CHRISTINA PEASE, LINDA PIERSON, JAMES RESTIVO, DONNA RUSSELL, SUSAN RUSSELL, BARBARA SCHAECHER, MICHAEL SILBERNAGEL, RICHARD SMITH, ALVIN TAYLOR, SERGIO VASQUEZ, REBECCA VIANDS-MATTHEWS, KAREN WADE, RONNIE WAGGY, EUGENE WILLIAMS, AMBER COPELAND-DRAXTEN on behalf of KEITH DRAXTEN, JAMIE KAVELAK on behalf of TIMOTHY KAVELAK, LINDA OLSEN on behalf of DIANE PEDERSEN,  PATTI VASQUEZ on behalf of ROSEMARY PHELAN, KENNETH ROMPHF on behalf of JUDITH ROMPHF, DEBBIE TICE on behalf of JOHN TICE, and MIKE WEST on behalf of DAWN WEST,<br><br>       Plaintiffs,<br><br>vs.<br><br>MONSANTO COMPANY,<br><br>       Defendant | Case No.: 4:20-cv-00635<br><br>MDL No. 2741<br><br>NOTICE OF WITHDRAWAL |

## NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO REMAND

On June 11, 2020, Plaintiffs filed a Motion to Remand, Dkt. No. 4 in Case No. 4:20-cv-00635 and Dkt. No 1852 in the JPML Docket for MDL No. 2741.

Plaintiffs now file this Notice to inform the Court that they are withdrawing this

previously filed Motion to Remand. This Motion to Remand was filed incorrectly in this Court. On June 17, 2020, Plaintiffs corrected this by filing in the correct court, the Northern District of California; Case No. 3:20-cv-03597.

Dated: June 18, 2020                     Respectfully submitted,

                                           */s/ Arthur Murray*
                                           Arthur Murray
                                           **Murray Law Firm**
                                           650 Poydras Street, Suite 2150
                                           New Orleans, Louisiana 70130
                                           Tel: (504) 525-8100
                                           Fax: (504) 584-5249
                                           Email: amurray@murray-lawfirm.com

                                           *Attorney for the Plaintiffs*