## United States Judicial Panel on Multidistrict Litigation

| | |
|---|---|
| WILLIAM ARSONDI, ANGELA ASHBY, MARY BAUER, BRITTANY BLACKSTOCK, DIANNA BLOKING, DONALD BOULWARE, LAWRENCE BROOKS, JOSE CARDONA, GARY CHANT, DONNA CHEEVER, ANNE COOPER, JILL DADEPPO, EITHNE DALTON, GEORGE DOUGHTY, JAMES ESPOSITO, LORNE FAIR, KEVIN FINNERTY, PHILLIP GARRETT, LESLIE GEBOW, TIMOTHY GERING, ANGELA GREELEY, VERA GREENE, NANCY HAMMILL, DAVID HANSEN, SCOTT HASSLER, ARNOLD HEREDIA, RONALD JOHNSON, RUTH JOHNSTON, JEROME JONES, LINDA JOSEFS, BARBARA LANGLOIS, DAVID LAPORTE, RUSSELL LEONARD, APRIL MABE, GLORIA MARSHALL, KATHERINE MCCREA, GAIL MEIER, JOSEPH MILANESE, TIMMY MILLER, DAVID MOSS, SALLY MOYER, DONALD MUELLER, MARIAN MURPHY, MARK NEAL, WILLIAM OELKLAUS, CHRISTINA PEASE, LINDA PIERSON, JAMES RESTIVO, DONNA RUSSELL, SUSAN RUSSELL, BARBARA SCHAECHER, MICHAEL SILBERNAGEL, RICHARD SMITH, ALVIN TAYLOR, SERGIO VASQUEZ, REBECCA VIANDS-MATTHEWS, KAREN WADE, RONNIE WAGGY, EUGENE WILLIAMS, AMBER COPELAND-DRAXTEN on behalf of KEITH DRAXTEN, JAMIE KAVELAK on behalf of TIMOTHY KAVELAK, LINDA OLSEN on behalf of DIANE PEDERSEN, PATTI VASQUEZ on behalf of ROSEMARY PHELAN, KENNETH ROMPHF on behalf of JUDITH ROMPHF, DEBBIE TICE on behalf of JOHN TICE, and MIKE WEST on behalf of DAWN WEST,<br><br>      Plaintiffs,<br><br>vs.<br><br>MONSANTO COMPANY,<br><br>      Defendant | Case No.: 4:20-cv-00635<br><br>MDL No. 2741<br><br>PROOF OF SERVICE |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 18, 2020, Plaintiffs' Notice of Withdrawal was filed electronically via the Panel's ECF Filing system. Notice of this filing will be served on all parties of record by operation of the ECF system.

/s/ Arthur Murray
Arthur Murray
**Murray Law Firm**
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Tel: (504) 525-8100
Fax: (504) 584-5249
Email: amurray@murray-lawfirm.com

*Attorney for the Plaintiffs*

DATED: June 18, 2020