# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:**   6/16/2020

**District Court: D. Arizona**

**Number of Actions: 2**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**

Daniel J. Lynch, Clerk of Court                          Telephone: 603-225-1423
Tracy A. Uhrin, Chief Deputy Clerk                     Web: www.nhd.uscourts.gov

June 17, 2020

**MDL – Notice of Filing**

Clerk, Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle NE, Rm #G-255, North Lobby
Washington, D.C. 20002-8004

Dear Sir or Madam:

      RE:    **Notice of Potential MDL Tag-Along Case Filing**
                MDL 2741, IN RE: Roundup Products Liability Litigation
                NH Case Kryger v. Monsanto Company, 1:20-cv-708-LM

      The referenced case has been identified as a potential tag along case that might be appropriate for inclusion with the above-referenced MDL.

      For your review, I have attached a copy of the complaint with attachments and docket sheet.

      If you have any further questions, please feel free to contact this office.

                                              Very truly yours,

                                              DANIEL J. LYNCH, CLERK

                                              */s/ Erica DiFabio*
                                              Erica DiFabio
                                              Deputy Clerk

Enclosures

      Cc: D. Michael Noonan, Esq.