BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION                    MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|   | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | John Born | Monsanto Co. | Northern District of Illinois (Chicago) | 1:20-cv-02924 | District Judge Robert M. Dow, Jr. |
| 2. | Fredda Glatt, individually and as successor in interest to the Estate of Aaron Leon Glatt, Andrew Glatt, and Lisa Glatt | Monsanto Co. and John Does 1-50 | Southern District of California (San Diego) | 3:20-cv-00878-L-RBB | Senior District Judge M. James Lorenz |
| 3. | Danny K. Reed and Gladys M. Reed | Monsanto Co. | Eastern District of Kentucky (Lexington) | 5:20-cv-00252-GFVT | District Judge Gregory F. Van Tatenhove |