## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

---

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 19, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 19, 2020 to counsel for Plaintiffs as follows:

Bryce Thomas Hensley, Esq.
ROMANUCCI & BLANDIN, LLC
321 North Clark Street
Suite 900
Chicago, IL 60654
Phone: (312) 458-1000
Email: bhensley@rblaw.net

Counsel for Plaintiff in *Born v. Monsanto Co.,* No. 1:20-cv-02924 (N.D. Ill.).

Alexander M. Schack, Esq.
Natasha N. Serino, Esq.
Shannon F. Nocon, Esq.
SCHACK LAW GROUP
16870 West Bernardo Drive
Suite 400
San Diego, CA 92127
Phone: (858) 485-6535
Email: alexschack@schacklawgroup.com
Email: natashaserino@schacklawgroup.com
Email: shannonnocon@schacklawgroup.com

Counsel for Plaintiffs in *Glatt v. Monsanto Co., et al.,* No. 3:20-cv-00878-L-RBB (S.D. Cal.).

Brian M. Vines, Esq.
Don McKenna, Esq.
HARE, WYNN, NEWELL & NEWTON, LLP
325 West Main Street
Suite 210
Lexington, KY 40507
Phone: (859) 279-0502
Email: bvines@hwnn.com
Email: don@hwnn.com

Counsel for Plaintiffs in *Reed v. Monsanto Co.,* No. 5:20-cv-00252-GFVT (E.D. Ky.).

Dated: June 19, 2020                      Respectfully submitted,

                                          /s/ Joe G. Hollingsworth
                                          Joe G. Hollingsworth, Esq.
                                          (jhollingsworth@hollingsworthllp.com)
                                          HOLLINGSWORTH LLP
                                          1350 I Street, N.W.
                                          Washington, D.C. 20005
                                          Phone: (202) 898-5800
                                          Fax:    (202) 682-1639

                                          *Attorneys for Defendant Monsanto Company*