BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Otilia Mosqueda | Monsanto Co. | Northern District of Illinois (Chicago) | 1:20-cv-02921 | District Judge Edmond E. Chang |
| 2. | Sondra Poling, Individually and as Administrator of the Estate of James L. Poling | Monsanto Co. | Southern District of Ohio (Dayton) | 3:20-cv-00189-DRC | District Judge Douglas R. Cole |
| 3. | John Webb, Jr. | Monsanto Co. | Eastern District of North Carolina (Northern Division) | 2:20-cv-00032-BO | Chief District Judge Terrence W. Boyle |