**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 22, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 22, 2020 to counsel for Plaintiffs as follows:

Bryce Thomas Hensley, Esq.
ROMANUCCI & BLANDIN, LLC
321 North Clark Street
Suite 900
Chicago, IL 60654
Phone: (312) 458-1000
Email: bhensley@rblaw.net

Counsel for Plaintiff in *Mosqueda v. Monsanto Co.,* No. 1:20-cv-02921 (N.D. Ill.).

Robert P. Miller, Esq.
ROURKE & BLUMENTHAL, LLC
495 South High Street
Suite 450
Columbus, OH 43215
Phone: (614) 220-9200
Email: rmiller@randbllp.com

Counsel for Plaintiffs in *Poling v. Monsanto Co.,* No. 3:20-cv-00189-DRC (S.D. Ohio).

H. Forest Horne, Jr., Esq.
Carolyn R. Guest, Esq.
MARTIN & JONES, PLLC
410 Glenwood Avenue
Suite 200
Raleigh, NC 27603
Phone: (919) 821-0005
Email: hfh@m-j.com
Email: crg@m-j.com

Counsel for Plaintiff in *Webb v. Monsanto Co.,* No. 2:20-cv-00032-BO (E.D.N.C.).

Dated: June 22, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*