**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                      MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

|  | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
|  | Kevin Humphrey | Monsanto Co. and John Does 1-100 inclusive | Eastern District of Missouri (St. Louis) | 4:20-cv-00773-SRC | District Judge Stephen R. Clark |