## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on June 23, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 23, 2020 to counsel for Plaintiff as follows:

Emily Jo Kirk, Esq.
Kristy M. Arevalo, Esq.
MCCUNE WRIGHT AREVALO, LLP
3281 East Guasti Road
Suite 100
Ontario, CA 91761
Phone: (909) 557-1250
Email: ejk@mccunewright.com
Email: kma@mccunewright.com

Co-counsel for Plaintiff in *Humphrey v. Monsanto Co., et al.*, No. 4:20-cv-00773-SRC (E.D. Mo.).

Daniel R. Weltin, Esq.
THE LAW OFFICES OF DANIEL WELTIN
777 Davis Street
Suite 146
San Leandro, CA 94577
Phone: (510) 319-1904
Email: daniel@danielweltin.com

Co-counsel for Plaintiff in *Humphrey v. Monsanto Co., et al.*, No. 4:20-cv-00773-SRC (E.D. Mo.).

1

2

Dated: June 23, 2020            Respectfully submitted,

           /s/ Joe G. Hollingsworth
           Joe G. Hollingsworth, Esq.
           (jhollingsworth@hollingsworthllp.com)
           HOLLINGSWORTH LLP
           1350 I Street, N.W.
           Washington, D.C. 20005
           Phone: (202) 898-5800
           Fax:     (202) 682-1639

*Attorneys for Defendant Monsanto Company*