Corrie J. Yackulic
Corrie Yackulic Law Firm PLLC
110 Prefontaine Place South, Suite 304
Seattle, Washington 98104
Tel. 206.787.1915
Fax. 206.299.9725
Corrie@cjylaw.com

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN EDWARD COE and HEATHER NICOLE COE, *husband and wife and their marital community*,<br><br>*Plaintiffs*,<br>v.<br><br>MONSANTO COMPANY,<br><br>*Defendant*. | No. 2:20-cv-00789-TSZ<br><br>**PLAINTIFFS' FRCP 41 (a)(1)(A)(i) VOLUNTARY DISMISSAL** |

COME NOW Plaintiffs John Edward Coe and Heather Nicole Coe, and hereby give notice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i) that they voluntarily dismiss their claim without prejudice and without costs to any party. Defendant has not yet answered. Under Fed.R.Civ.P. 41 (a)(1)(A), this dismissal of Plaintiffs' claims does not require a court order.

DATED this 16th day of June 2020.

CORRIE YACKULIC LAW FIRM, PLLC

*Corrie J. Yackulic*

_____
Corrie J. Yackulic, WSBA No. 16063
110 Prefontaine Place South, Suite 304
Seattle, WA 98104
Tel. 206.787.1915
corrie@cjylaw.com
*Attorney for Plaintiffs*

FRCP 41 (a)(1)(A) DISMISSAL
PAGE- 1

CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH, SUITE 304
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 787-1915 • FACSIMILE: (206) 299-9725