**MATERN LAW GROUP, PC**
Matthew J. Matern (SBN 159798)
mmatern@maternlawgroup.com
Joshua D. Boxer (SBN 226712)
jboxer@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, CA 90266
Tel: (310) 531-1900
Facsimile: (310) 531-1901

Attorneys for Plaintiff Eugene Jizhak

## BEFORE THE UNITED STATES JUDICIAL

## PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| EUGENE JIZHAK, an individual,<br><br>            Plaintiff,<br><br>     **vs.**<br><br>MONSANTO COMPANY;<br>BAYER AG, and Does 1-50, inclusive,<br><br>            Defendants. | Case No.   MDL 2741<br><br>**NOTICE OF WITHDRAWAL OF FILING** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TO THE CLERK OF THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Eugene Jizhak ("Plaintiff"), by and through his respective counsel of record, hereby withdraws his Notice of Potential Tag-Along Action filed on June 17, 2020. Plaintiff's Notice of Potential Tag-Along Action was filed with the incorrect case number of 3:20-cv-99999. The court requested Plaintiff file a Notice of Withdrawal before re-filing Notice of Potential Tag-along Action.

DATED: June 24, 2020                    Respectfully submitted,

                                        **MATERN LAW GROUP, PC**


                                By:     _____
                                        Matthew J. Matern
                                        Joshua D. Boxer
                                        Attorneys for Plaintiff
                                        EUGENE JIZHAK

BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
**PROOF OF SERVICE**

I am employed in the County of Alameda, State of California.  I am over the age of 18 years, and not a party to this action.  My business address is 1330 Broadway, Suite 428, Oakland, California, 94612.

On June 24, 2020, I served the following document or documents:

**NOTICE OF WITHDRAWAL OF FILING**

☒    **By United States mail.**  I enclosed the documents in a sealed envelope or package addressed to the persons at the address listed below (specify one):

☒    Placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the business's practices for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

| | |
|---|---|
| BAYER AG<br>c/o CSC-Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, California 95833-3505 | Attorneys for Defendants MONSANTO COMPANY, and BAYER AG. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on June 24, 2020, California.

*Amelia Bonilla*
Amelia Bonilla