BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE:** Roundup Products Liability LitigationMDL No.2741

NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1 (a) of the Rules of Procedures for the United States Judicial Panel on Multidistrict Litigation Plaintiff Eugene Jizhak writes to notify you of the potential tag along listed on the attached Schedule of Action.

A docket sheet and complaint is attached.

Respectfully submitted,

MATERN LAW GROUP, PC

Matern J. Matern
mmatern@maternlawgroup.com
Joshua D. Boxer
jboxer@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Tel: 310-531-1900
Fax:310-531-1901

Counsel for Eugene Jizhak