BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

**IN RE**: Roundup Products Liability Litigation**MDL No.**2741

## NOTICE OF POTENTIAL TAG-ALONG ACTION

|     | Plaintiffs     | Defendants                       | District                             | Civil Action No | Judge |
| --- | -------------- | -------------------------------- | ------------------------------------ | --------------- | ----- |
| 1.  | Eugene Jizhak  | Monsanto Company; Bayer Ag.      | Southern District of California      | 3:20-cv-01040   |       |