BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**PROOF OF SERVICE**

I am employed in the County of Alameda, State of California. I am over the age of 18 years, and not a party to this action. My business address is 1330 Broadway, Suite 428, Oakland, California, 94612.

On June 24, 2020, I served the following document or documents:

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the address listed below (specify one):

☒ Placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the business's practices for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

| | |
|---|---|
| BAYER AG<br>c/o CSC-Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, California 95833-3505 | Attorneys for Defendants MONSANTO COMPANY, and BAYER AG. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 24, 2020, California.

*Amelia Bonilla*
Amelia Bonilla