# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received: 6/24/2020 & 6/25/2020**

**District Court: D. South Carolina**

**Number of Actions: 3**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL