**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF OPPOSITION
TO CONDITIONAL TRANSFER ORDER (CTO-219)**

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant Monsanto Company hereby submits this opposition to Conditional Transfer Order (CTO-219) as it relates to the following case: *Loeffler v. Monsanto Company*, 2:20-cv-01062 (D. Ariz.).

Dated: June 26, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorney for Defendant
Monsanto Company*

1