**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS   MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| **1.** | Tammy Lanier, as Surviving Spouse and Administrator of the Estate of Ronnie Lanier, Deceased | Monsanto Co. | Southern District of Georgia (Savannah) | 4:20-cv-00134-WTM-CLR | Senior District Judge William T. Moore, Jr. |
| **2.** | Doyt H. Simcoe | Monsanto Co. | District of Idaho (Boise) | 1:20-cv-00297-CWD | Magistrate Judge Candy W. Dale |
| **3.** | Paul W. Wisniewski and Anna Wisniewski | Monsanto Co. | Southern District of New York (Foley Square) | 1:20-cv-04645-NRB | Senior District Judge Naomi Reice Buchwald |