**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 29, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 29, 2020 to counsel for Plaintiffs as follows:

Ashleigh R. Madison, Esq.
SOUTHEAST LAW, LLC
1703 Abercorn Street
Savannah, GA 31401
Phone: (912) 662-6612
Email: southeastlaw@gmail.com

Counsel for Plaintiffs in *Lanier v. Monsanto Co.*, No. 4:20-cv-00134-WTM-CLR (S.D. Ga.).

Michelle R. Points, Esq.
POINTS LAW, PLLC
190 South Capitol Boulevard
Suite 200
Boise, ID 83702
Phone: (208) 287-3216
Email: mpoints@pointslaw.com

Counsel for Plaintiff in *Simcoe v. Monsanto Co.*, No. 1:20-cv-00297-CWD (D. Idaho).

Paul D. Rheingold, Esq.
RHEINGOLD, GIUFFRA, RUFFO & PLOTKIN, LLP
551 Fifth Avenue
29th Floor
New York, NY 10176
Phone: (212) 684-1880
Email: prheingold@rheingoldlaw.com

Counsel for Plaintiffs in *Wisniewski v. Monsanto Co.*, No. 1:20-cv-04645-NRB (S.D.N.Y.).

2

Dated: June 29, 2020   Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:     (202) 682-1639

*Attorneys for Defendant Monsanto Company*