**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on June 30, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 30, 2020 to counsel for Plaintiffs as follows:

Paul D. Rheingold, Esq.
LAW OFFICE OF PAUL D. RHEINGOLD, PC
5 Manursing Way
Rye, NY 01580
Phone: (914) 967-2215
Email: prheingold@rheingoldlaw.com

Counsel for Plaintiffs in *Diaz v. Monsanto Co.*, No. 1:20-cv-04757-AT (S.D.N.Y.).

Dated: June 30, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

1