# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received: 6/26/20, 6/29/20 & 6/30/20**

**District Court: D. South Carolina & E.D. Louisiana**

**Number of Actions: 5**

**Complaints and Docket Sheets are attached.**

_____

CLERK OF THE PANEL



# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Michael L. McConnell**  
**Clerk of Court**

Telephone: 225-389-3500  
Facsimile: 225-389-3501

June 29, 2020

John W. Nichols  
Clerk of the Panel  
One Columbus Circle, NE  
Thurgood Marshall Federal Judiciary Building  
Room G-255, North Lobb  
Washington, D.C. 20002-8004

Re:   3:20-cv-00411-SDD-EWD  
      Woolfolk v. Monsanto Company

Dear Sir:

  Enclosed please find a docket sheet, civil cover sheet and a copy of Complaint filed in the above captioned case. This is a potential multi-district litigation case.

                    Sincerely,  
                    Michael L. McConnell  
                    Clerk of Court

                    By: *Karri Wilcox*  
                    Deputy Clerk

Enclosure  
Docket Sheet  
Civil Cover Sheet  
Complaint