**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                        MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Jason Cobb and Gretchen Cobb | Monsanto Co. | District of Arizona (Phoenix) | 2:20-cv-01262-JJT, CV-20-01262-PHX-JJT | District Judge John J. Tuchi |
| 2. | Randall Mowen | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00838-NCC | Magistrate Judge Noelle C. Collins |
| 3. | James Fry | Monsanto Co. | Northern District of Iowa (Cedar Rapids) | 1:20-cv-00057-LRR-KEM | Senior District Judge Linda R. Reade |
| 4. | The Estate of Peter Roden, by Executor Nathan Roden | Monsanto Co. | District of Connecticut (New Haven) | 3:20-cv-00857-JBA | Senior District Judge Janet Bond Arterton |

1