**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on July 1, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 1, 2020 to counsel for Plaintiffs as follows:

Jonathan V. O'Steen, Esq.
O'STEEN & HARRISON, PLC
300 West Clarendon Avenue
Suite 400
Phoenix, AZ 85013
Phone: (602) 252-8888
Email: josteen@vanosteen.com

Co-counsel for Plaintiffs in *Cobb v. Monsanto Co.*, No. 2:20-cv-01262-JJT (D. Ariz.), *Cobb v. Monsanto Co.*, CV-20-01262-PHX-JJT (D. Ariz.).

Joshua A. Karr, Esq.
POPE MCGLAMRY, P.C.
3391 Peachtree Road Northeast
Suite 300
Atlanta, GA 30326
Phone: (404) 523-7706
Email: joshkarr@popemcglamry.com

Co-counsel for Plaintiffs in *Cobb v. Monsanto Co.*, No. 2:20-cv-01262-JJT (D. Ariz.), *Cobb v. Monsanto Co.*, CV-20-01262-PHX-JJT (D. Ariz.).

Christopher P. Welsh, Esq.
WELSH & WELSH, P.C., L.L.O.
9290 West Dodge Road
Suite 204
Omaha, NE 68114
Phone: (402) 384-8160
Email: cwelsh@welsh-law.com

Counsel for Plaintiff in *Mowen v. Monsanto Co.*, No. 4:20-cv-00838-NCC (E.D. Mo.).

Larry D. Helvey, Esq.
LARRY HELVEY LAW FIRM
2735 First Avenue Southeast
Suite 101
Cedar Rapids, IA 52402
Phone: (319) 362-0421
Email: lhelvey@helveylaw.com

Counsel for Plaintiff in *Fry v. Monsanto Co.*, No. 1:20-cv-00057-LRR-KEM (N.D. Iowa).

Laura Ann Raymond, Esq.
THE REARDON LAW FIRM, P.C.
160 Hempstead Street
New London, CT 06320
Phone: (860) 442-0444
Email: lraymond@reardonlaw.com

Counsel for Plaintiff in *Roden v. Monsanto Co.*, No. 3:20-cv-00857-JBA (D. Conn.).

|  |  |
|---|---|
| Dated: July 1, 2020 | Respectfully submitted, |
|  | /s/ Joe G. Hollingsworth |
|  | Joe G. Hollingsworth, Esq. (jhollingsworth@hollingsworthllp.com) HOLLINGSWORTH LLP 1350 I Street, N.W. Washington, D.C. 20005 Phone: (202) 898-5800 Fax:    (202) 682-1639 |
|  | *Attorneys for Defendant Monsanto Company* |