# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received: 6/26/2020, 6/30/2020 & 7/1/2020**

**District Court: D. Minnesota & E.D. Kentucky**

**Number of Actions: 3**

**Complaints and Docket Sheets are attached.**

_____

CLERK OF THE PANEL