BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | ) | |
|---|---|---|
| In Re: Roundup Products Liability Litigation | ) ) ) | MDL NO. 2741 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the Plaintiff in the action referenced below hereby notifies the Clerk of the United States Judicial Panel on Multidistrict Litigation of the following potential tag-along action.

| Case Name | Case No. | Court | Judge |
|---|---|---|---|
| *Timothy McCall v. Monsanto Company* | 2:19-cv-00982-AMM | United States District Court for the Northern District of Alabama | District Judge Anna M. Manasco |

A copy of the complaint and corresponding docket sheet are attached hereto as Exhibit 1. As the complaint involves common factual questions with those actions transferred to the Honorable of the Judge Vince Chhabria for the United States District Court for the Northern District of California, the Plaintiff requests inclusion of this action in the multi-district litigation for coordinated pretrial proceedings.

Respectfully submitted,

Dated: July 6, 2020

Richard L. Root Louisiana Bar # 19988
Attorney for the Plaintiff

*/s/ Richard Root*
Morris Bart, LLC
601 Poydras Street
Suite 2400 – Pan American Life Center
New Orleans, LA 70130
(504) 526-1135 Phone
(833) 277-4214 Fax
rroot@morrisbart.com

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In Re: Roundup Products Liability Litigation** ) ) ) ) ) | **MDL NO. 2741** |

**SCHEDULE OF ACTIONS**

| Case Name | Case No. | Court | Judge |
|---|---|---|---|
| *Timothy McCall v. Monsanto Company* | 2:19-cv-00982-AMM | United States District Court for the Northern District of Alabama | District Judge Anna M. Manasco |

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| In Re: Roundup Products Liability Litigation | ) ) ) ) | MDL NO. 2741 |

## PROOF OF SERVICE

I hereby certify that an electronic copy of the foregoing Notice of Potential Tag-Along Action, and attached Complaint and Waiver of Service, were filed in MDL No. 2741 on July 6, 2020, and were served by the Panel's CM/ECF service on all counsel of record and interested parties.

Respectfully submitted,

Dated: July 6, 2020

Rick Root
Attorney for the Plaintiff

*/s/ Rick Root*
Morris Bart, LLC
601 Poydras Street
Suite 2400 – Pan American Life Center
New Orleans, LA 70130
(504) 526-1135 Phone
(833) 277-4214 Fax
rroot@morrisbart.com

# EXHIBIT 1