7/6/2020 Case MDL No. 2741 CM/ECF - U.S. District Court Northern District of Alabama Document 1893-2 Filed 07/06/20 Page 1 of 2

EXHIBIT B

## U.S. District Court
## Northern District of Alabama (Southern)
## CIVIL DOCKET FOR CASE #: 2:19-cv-00982-AMM

| | |
|---|---|
| McCall v. Monsanto Company | Date Filed: 06/24/2019 |
| Assigned to: Judge Anna M Manasco | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-Personal Injury | Nature of Suit: 365 Personal Inj. Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Timothy R. McCall**     represented by     **Christine C Brandt**
MORRIS BART
PAN AMERICAN LIFE CENTER
601 Poydras Street, 24th Florr
New Orleans, LA 70125
504-525-8000
Fax: 504-599-3380
Email: cbrandt@morrisbart.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Monsanto Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2019 | 1 | COMPLAINT against Monsanto Company, filed by Timothy R. McCall. (Attachments: # 1 Civil Cover Sheet)(JLC) (Entered: 06/24/2019) |
| 06/25/2019 | | Filing Fee received in the amount of $400.00, Credit Card receipt_number 1126-3377405, NDAL receipt #B4601098652. (Brandt, Christine) Modified on 6/25/2019 (JLC). (Entered: 06/25/2019) |
| 08/07/2019 | 2 | WAIVER OF SERVICE Returned Executed by Timothy R. McCall. Monsanto Company waiver sent on 7/22/2019, answer due 9/20/2019. (Brandt, Christine) (Entered: 08/07/2019) |
| 03/10/2020 | 3 | ORDER TO SHOW CAUSE. The court notes that Plaintiff returned a waiver of service August 7, 2019, noting defendant's answer was due by September 20, 2019. (Doc. 2). No answer has been filed by the Defendant, nor has Plaintiff applied for entry of default by the Clerk of Court. Plaintiff is directed to show cause in writing by March 20, 2020 why this action should not be dismissed for failure to prosecute. Signed by Judge Karon O Bowdre on 3/10/2020. (FNC) (Entered: 03/10/2020) |
| 03/20/2020 | 4 | MOTION to TRANSFER TO MDL §2741 by Timothy R. McCall. (Attachments: # 1 Exhibit MDL 2741 Transfer Order)(Brandt, Christine) Modified on 3/20/2020 (JLC). (Entered: 03/20/2020) |
| 03/25/2020 | 5 | ORDER DENYING 4 MOTION to Transfer to MDL § 2741. Signed by Judge Karon O Bowdre on 3/25/2020. (JLC) (Entered: 03/25/2020) |

| | | |
|---|---|---|
| 06/03/2020 | 6 | Case Reassigned to Judge Anna M Manasco. Judge Karon O Bowdre no longer assigned to the case. (JLC) (Entered: 06/03/2020) |
| 06/24/2020 | 7 | ORDER- Mr. McCall is ORDERED to show cause on or before July 6, 2020 as to why this action should not be dismissed without prejudice for failure to prosecute. Signed by Judge Anna M Manasco on 6/24/20. (MRR, ) (Entered: 06/24/2020) |
| 06/25/2020 | | Set: Show Cause Response due by 7/6/2020. (MRR, ) (Entered: 06/25/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/06/2020 10:24:47 | | | |
| **PACER Login:** | christinebrandt:5640840:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:19-cv-00982-AMM |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |