**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| **1.** | Christopher White | Monsanto Co. | District of Arizona (Phoenix) | 2:20-cv-01238-DMF, CV-20-01238-PHX-DMF | Magistrate Judge Deborah M. Fine |
| **2.** | Lori Jones and Don Jones | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00845-NCC | Magistrate Judge Noelle C. Collins |
| **3.** | Michael J. Kiss and Bonnie L. Kortes | Monsanto Co. | Northern District of Georgia (Atlanta) | 1:20-cv-02686-WMR | District Judge William M. Ray, II |
| **4.** | Sierra M. Bennett | Monsanto Co. | Middle District of Louisiana (Baton Rouge) | 3:20-cv-00413-BAJ-RLB | District Judge Brian A. Jackson |