**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on July 7, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 7, 2020 to counsel for Plaintiffs as follows:

Daniel Z. Kolomitz, Esq.
Robert W. Boatman, Esq.
Shannon L. Clark, Esq.
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Suite 1100
Phoenix, AZ 85016
Phone: (602) 530-8435
Email: danny.kolomitz@gknet.com
Email: rwb@gknet.com
Email: slc@gknet.com

Counsel for Plaintiff in *White v. Monsanto Co.*, No. 2:20-cv-01238-DMF (D. Ariz.), *White v. Monsanto Co.*, No. CV-20-01238-PHX-DMF (D. Ariz.).

Enrique Elliot Adler, Esq.
ADLER LAW GROUP, APLC
402 West Broadway
Suite 860
San Diego, CA 92101
Phone: (619) 531-8700
Email: eadler@theadlerfirm.com

Counsel for Plaintiffs in *Jones v. Monsanto Co.*, No. 4:20-cv-00845-NCC (E.D. Mo.).

Caroline G. McGlamry, Esq.
Joshua A. Karr, Esq.
Michael L. McGlamry, Esq.
N. Kirkland Pope, Esq.
POPE MCGLAMRY, P.C.
3391 Peachtree Road Northeast
Suite 300
Atlanta, GA 30326
Phone: (478) 737-8718
Email: carolinemcglamry@pmkm.com
Email: joshkarr@pmkm.com
Email: mmcglamry@pmkm.com
Email: kirkpope@pmkm.com

Counsel for Plaintiffs in *Kiss, et al. v. Monsanto Co.,* No. 1:20-cv-02686-WMR (N.D. Ga.).

D. Blayne Honeycutt, Esq.
Hannah Elayne Honeycutt, Esq.
FAYARD & HONEYCUTT
519 Florida Avenue Southwest
Denham Springs, LA 70726
Phone: (225) 664-0304
Email: dbhoneycutt@fayardlaw.com
Email: hannah@fayardlaw.com

Counsel for Plaintiff in *Bennett v. Monsanto Co.,* No. 3:20-cv-00413-BAJ-RLB (M.D. La.).

Dated: July 7, 2020                    Respectfully submitted,


                                       /s/ Joe G. Hollingsworth
                                       Joe G. Hollingsworth, Esq.
                                       (jhollingsworth@hollingsworthllp.com)
                                       HOLLINGSWORTH LLP
                                       1350 I Street, N.W.
                                       Washington, D.C. 20005
                                       Phone: (202) 898-5800
                                       Fax:    (202) 682-1639

                                       *Attorneys for Defendant Monsanto Company*