**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | John R. Beyer | Monsanto Co. and John Does 1-50 | District of New Jersey (Newark) | 2:20-cv-07729-BRM-ESK | District Judge Brian R. Martinotti |
| **2.** | Charles DiMaggio | Monsanto Co. and John Does 1-50 | District of New Jersey (Trenton) | 3:20-cv-07725-AET-TJB | Senior District Judge Anne E. Thompson |
| **3.** | Susan Loring, Individually and as Personal Representative of the Estate of Charles Loring | Monsanto Co. and John Does 1-50 | District of New Jersey (Trenton) | 3:20-cv-07722-AET-TJB | Senior District Judge Anne E. Thompson |