**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on July 8, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 8, 2020 to counsel for Plaintiffs as follows:

Lynne M. Kizis, Esq.
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Suite 900
Woodbridge, NJ 07095
Phone: (732) 636-8000
Email: lkizis@wilentz.com

Counsel for Plaintiffs in *Beyer v. Monsanto Co., et al.*, No. 2:20-cv-07729-BRM-ESK (D.N.J.); *DiMaggio v. Monsanto Co., et al.*, No. 3:20-cv-07725-AET-TJB (D.N.J.); *Loring v. Monsanto Co., et al.*, No. 3:20-cv-07722-AET-TJB (D.N.J.).

Dated: July 8, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*