**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on July 9, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 9, 2020 to counsel for Plaintiffs as follows:

Richard L. Fewell, Jr., Esq.
LAW OFFICES OF RICHARD L. FEWELL, JR.
1315 Cypress Street
West Monroe, LA 71291
Phone: (318) 388-3320
Email: fewelllawrichard@gmail.com

Counsel for Plaintiffs in *Mousa v. Monsanto Co.*, No. 3:20-cv-00184-TAD-KLH (W.D. La.).

Dated: July 9, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*