**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE:** ROUNDUP PRODUCTS
LIABILITY LITIGATION                               **MDL No. 2741**

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance were electronically filed on June 26, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Dated this 10th day of July 2020.

    *Respectfully Submitted,*

    /s/ Robert W. Boatman
Robert W. Boatman
Daniel Z. Kolomitz
GALLAGHER & KENNEDY
2575 E. Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 530-8340
Facsimile: (602) 530-8500
rwb@gknet.com
danny.kolomitz@gknet.com
**Counsel for Plaintiff Lauren Loeffler**