# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 7/7/2020

**District Court:** E.D. Arkansas, E.D. Louisiana & W.D. Kentucky

**Number of Actions:** 5

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

ARTHUR JOHNSTON
CLERK OF COURT

Arthur_Johnston@mssd.uscourts.gov

501 E. Court St., Suite 2.500
Jackson, MS  39201

TELEPHONE
601-608-4010

July 8, 2020

*Divisions*

SOUTHERN at Gulfport
2012 15th St., Suite 403, Zip 39501

EASTERN at Hattiesburg
701 Main St., Suite 200, Zip 39401

JACKSON & WESTERN at Jackson
501 E. Court St., Suite 2.500 Zip 39201

Mr. John W. Nichols, Clerk
Judicial Panel on Multidistrict Litigation
1 Columbus Circle, N. E.  #G-255
Washington, DC   20002-8000

Re:   MDL 2741 In Re: Roundup Products Liability Litigation
      USDC Civil Action No. 5:20-cv-153-KS-MTP
      William Forman vs Monsanto Company

Dear Mr. Nichols:

It has come to the attention of the clerk's office that the captioned litigation may involve issues related to Roundup Products Liability Litigation

If so, this litigation may be subject to the jurisdiction of the Multidistrict Litigation Panel, MDL Panel MDL- 2741

According to the directive of your office, we enclose a copy of the docket sheet, as well as a copy of the complaint and/or notice of removal which has been filed in this cause. Attorneys for the parties of this action are being notified by NEF.

If we can provide any additional or more specific information concerning the status of this case, we will be pleased to promptly do so.

Yours very truly,

Arthur Johnston, Clerk

By:_____
Deputy Clerk

cc:   Counsel of Record