**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S MOTION TO VACATE
CONDITIONAL TRANSFER ORDER**

Pursuant to Rule 7.1(f) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Monsanto moves this Panel to vacate Conditional Transfer Order 219 (CTO-219), ECF No. 1868, as it relates to *Loeffler v. Monsanto Co.*, Case No. 2:20-cv-01062-JJT (D. Ariz. filed June 1, 2020). In support of this motion, Monsanto attaches its Brief in Support of Monsanto Company's Motion to Vacate Conditional Transfer Order.

Dated: July 13, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant
Monsanto Company*