# Exhibit 1

**From:** Kolomitz, Daniel Z. <danny.kolomitz@gknet.com>
**Sent:** Friday, June 19, 2020 5:08 PM
**To:** Calhoun, Martin <MCalhoun@Hollingsworthllp.com>
**Cc:** Clark, Shannon L. <SLC@gknet.com>
**Subject:** Loeffler v. Monsanto: Following Up on Our Call

Hi Mr. Calhoun,

Pursuant to our call, I am writing to confirm that Ms. Loeffler is diagnosed with smoldering multiple myeloma. The disease has not yet progressed to multiple myeloma. All references to Plaintiff's "multiple myeloma" should read as Plaintiff's "smoldering multiple myeloma" in the Complaint, as it is written in paragraph #6 of the Complaint.

Thank you and have a great weekend.

2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016-9225
602-530-8000 | www.gknet.com

**Daniel Z. Kolomitz**
Associate
danny.kolomitz@gknet.com
602-530-8435

This message and any of the attached documents contain information from the law firm of Gallagher & Kennedy, P.A. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.