**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Phyllis Morgenstern | Monsanto Co. | Central District of California (Los Angeles) | 2:20-cv-05686-DMG-E, CV 20-5686-DMG (Ex) | District Judge Dolly M. Gee |
| **2.** | Patrick Porter | Monsanto Co. | Central District of California (Santa Ana) | 8:20-cv-01117-DMG-E, SA CV 20-1117-DMG (Ex) | District Judge Dolly M. Gee |
| **3.** | Richard Louis Zanelli and Edward Zanelli | Monsanto Co. | Central District of California (Santa Ana) | 8:20-cv-01118-DMG-E, SA CV 20-1118-DMG (Ex) | District Judge Dolly M. Gee |