**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on July 15, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 15, 2020 to counsel for Plaintiffs as follows:

Tom G. Antunovich, Esq.
Brian D. Chase, Esq.
BISNAR CHASE LLP
1301 Dove Street
Suite 120
Newport Beach, CA 92660
Phone: (949) 752-2999
Email: tantunovich@bisnarchase.com
Email: bchase@bisnarchase.com

Counsel for Plaintiffs in *Morgenstern v. Monsanto Co.*, No. 2:20-cv-05686-DMG-E (C.D. Cal.), *Morgenstern v. Monsanto Co.*, No. CV 20-5686-DMG (Ex) (C.D. Cal.); *Porter v. Monsanto Co.*, No. 8:20-cv-01117-DMG-E (C.D. Cal.), *Porter v. Monsanto Co.*, No. SA CV 20-1117-DMG (Ex) (C.D. Cal.); *Zanelli v. Monsanto Co.*, No. 8:20-cv-01118-DMG-E (C.D. Cal.), *Zanelli v. Monsanto Co.*, No. SA CV 20-1118-DMG (Ex) (C.D. Cal.).

Dated: July 15, 2020                                        Respectfully submitted,

  /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*