**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL NO. 2741

**SCHEDULE OF ACTIONS**

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Russell Ayers, Suzanne Bayer, Julie Beal, As Representative of the Estate of James Stricklin, Deceased, Lee Eggleston, Teresa Jewell, Edgar Millner, As Representative of the Estate of William Millner, Deceased, Elsie Mulch, James Norton, Amalia Nye, As Representative of the Estate of Stuart Nye, Deceased, Charles Premoe, Eddie Smith and Paul Timberlake | Monsanto | Southern District of Texas, Houston Division | 4:20-cv-02276 | Charles Eskridge |

Dated: July 16, 2020                    Respectfully submitted,

                                            **BRENT COON & ASSOCIATES**
                                            300 Fannin, Suite 200
                                            Houston, Texas 77002
                                            713-225-1682 Telephone
                                            713-225-1785 Facsimile

                               By:  */s/Matthew R. Willis*
                                            MATTHEW R. WILLIS
                                            Texas State Bar No. 21648600
                                            Email: matt.willis@bcoonlaw.com

                                      **ATTORNEYS FOR PLAINTIFFS**

1