**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL NO. 2741

**<u>PROOF OF SERVICE</u>**

I hereby certify that on July 16, 2020, I caused a true and correct copy of the foregoing

**NOTICE OF POTENTIAL TAG-ALONG ACTIONS** for:

*Russell Ayers, et al v. Monsanto Company*
Civil Action No. 4:20-cv-02276 (copy of the COMPLAINT and docket sheet attached as
<u>Exhibit 1</u>)

to be served upon counsel of record via the Multidistrict Litigation CM/ECF Notice of  Electronic

Filing system.

I also served the following Counsel on the attached service list via e-mail if an email

address is indicated or U.S. Mail if no e-mail address is indicated.

Dated: July 16, 2020                     Respectfully submitted,

**BRENT COON & ASSOCIATES**
300 Fannin, Suite 200
Houston, Texas 77002
713-225-1682 Telephone
713-225-1785 Facsimile

By:  ***/s/Matthew R. Willis***
            MATTHEW R. WILLIS
            Texas State Bar No. 21648600
            Email: matt.willis@bcoonlaw.com

            **ATTORNEYS FOR PLAINTIFFS**

1

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL NO. 2741

## SERVICE LIST

**Service via JPML CM/ECF Notification _and_ Email or U.S. Mail, as indicated, to the following:**

| | |
|---|---|
| **HOLLINGSWORTH LLP**<br>Joe G. Hollingsworth<br>1350 I Street, N.W.<br>Washington, D.C.  20005<br>Phone: (202) 898-5800<br>Fax:    (202) 682-1639<br>***Attorneys for Defendant Monsanto Company*** | jhollingsworth@hollingsworthllp.com |