BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Barbara Whaley | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00713-JAR | District Judge John A. Ross |
| 2. | Fernando Aguirre | Monsanto Co. | Northern District of Illinois (Chicago) | 1:20-cv-03776 | District Judge John Robert Blakey |
| 3. | Matthew Olson | Monsanto Co. | Northern District of Illinois (Chicago) | 1:20-cv-03800 | District Judge Mary M. Rowland |
| 4. | Junella Kaup | Monsanto Co. | Southern District of Texas (Victoria) | 6:20-cv-00044 | District Judge Drew B. Tipton |
| 5. | Brenda Murray | Monsanto Co. | Southern District of Texas (Victoria) | 6:20-cv-00045 | District Judge Drew B. Tipton |