**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on July 20, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 20, 2020 to counsel for Plaintiffs as follows:

Joe M. McGreevy, Esq.
KUHLMAN & LUCAS, LLC
4700 Belleview Avenue
Suite 300
Kansas City, MO 64112
Phone: (816) 548-3187
Email: joe@kuhlmanlucas.com

Counsel for Plaintiff in *Whaley v. Monsanto Co.*, No. 4:20-cv-00713-JAR (E.D. Mo.).

Rebecca Laine Fredona, Esq.
Ken Moll, Esq.
MOLL LAW GROUP
22 West Washington Street
15th Floor
Chicago, IL 60602
Phone: (312) 462-1700
Email: rfredona@molllawgroup.com
Email: kmoll@molllawgroup.com

Counsel for Plaintiffs in *Aguirre v. Monsanto Co.,* No. 1:20-cv-03776 (N.D. Ill.); *Olson v. Monsanto Co.,* No. 1:20-cv-03800 (N.D. Ill.).

C. Mark Whitehead, III, Esq.
Katherine D'Aunno-Buchanan, Esq.
THE WHITEHEAD LAW FIRM, LLC
3639 Ambassador Caffery Parkway
Suite 303

Lafayette, LA 70503
Phone: (337) 740-6006
Email: cmw@whiteheadlaw.com
Email: kate@whiteheadlaw.com

Counsel for Plaintiffs in *Kaup v. Monsanto Co.,* No. 6:20-cv-00044 (S.D. Tex.); *Murray v. Monsanto Co.,* No. 6:20-cv-00045 (S.D. Tex.).

Dated: July 20, 2020                                  Respectfully submitted,


                                            /s/ Joe G. Hollingsworth
                                            Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*