**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL Docket No. 2741** |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

1.  Pursuant to Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on

    Multidistrict Litigation, Plaintiff Samuel Frank Favata, hereby notifies the Judicial Panel on

    Multidistrict Litigation of the potential tag-along action listed in the attached Schedule of

    Actions. A courtesy copy of the Complaint and docket sheet are attached hereto as Exhibit

    A.

Dated: July 22, 2020

Respectfully submitted,

/s/: Randi Kassan, Esq.
Randi Kassan, Esq.
SANDERS PHILLIPS GROSSMAN, LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel.: (516) 741-5600
Fax.: (516) 741-0128
rkassan@thesandersfirm.com
*Counsel for Plaintiff Samuel Frank Favata*