**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2741 |

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendants | District | Case No. | Judge |
|----|-----------|------------|----------|----------|-------|
| 1. | SAMUEL FRANK FAVATA | MONSANTO COMPANY | M.D. TENNESSEE | 3:20-cv-00623 | Hon. Judge Eli J. Richardson |

Dated: July 22, 2020

Respectfully submitted,

/s/: Randi Kassan, Esq.
Randi Kassan, Esq.
SANDERS PHILLIPS GROSSMAN, LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel.: (516) 741-5600
Fax.: (516) 741-0128
rkassan@thesandersfirm.com
*Counsel for Plaintiff Samuel Frank Favata*