BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2741 |

     I hereby certify that on July 22, 2020, a copy of the foregoing NOTICE OF POTENTIAL TAG-ALONG ACTION was filed electronically via this Panel's CM/ECF filing system, which will send a notice of electronic filing to all Defendants of Record registered with the CM/ECF system for the case listed on the attached Schedule of Actions.

**SERVICE LIST**

Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639
Attorneys for Defendant Monsanto Company

Dated: July 22, 2020

                                                              Respectfully submitted,

                                                              /s/: Randi Kassan, Esq.
                                                              Randi Kassan, Esq.
                                                              SANDERS PHILLIPS GROSSMAN, LLC
                                                              100 Garden City Plaza, Suite 500
                                                              Garden City, NY 11530
                                                             Tel.: (516) 741-5600
                                                              Fax.: (516) 741-0128
                                                              rkassan@thesandersfirm.com
                                                              *Counsel for Plaintiff Samuel Frank Favata*