**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on July 22, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 22, 2020 to counsel for Plaintiffs as follows:

Kelsey J. Reno, Esq.
Anna J. Villarreal, Esq.
VILLARREAL LAW FIRM, LLC
2 West Main Street
Chillicothe, OH 45601
Phone: (740) 772-4466
Email: kelsey@avlawohio.com
Email: anna@avlawohio.com

Co-counsel for Plaintiffs in *Hopkins v. Monsanto Co.*, No. 3:20-cv-01611-JZ (N.D. Ohio).

David A. Domina, Esq.
DOMINA LAW GROUP
2425 South 144th Street
Omaha, NE 68144
Phone: (402) 493-4100
Email: ddomina@dominalaw.com

Co-counsel for Plaintiffs in *Hopkins v. Monsanto Co.*, No. 3:20-cv-01611-JZ (N.D. Ohio).

2

Dated: July 22, 2020    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

2