**Query** **Reports** **Utilities** **Help** **Log Out**

Cat08,Knepp

# U.S. District Court
## Northern District of Ohio (Toledo)
## CIVIL DOCKET FOR CASE #: 3:20-cv-01611-JZ

Hopkins et al v. Monsanto Company
Assigned to: Judge Jack Zouhary
Case in other court: Lucas County, Ohio Court of Common Pleas,
C-4801-CI-0202002349
Cause: 28:1332 Diversity-Petition for Removal

Date Filed: 07/21/2020
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Harold Hopkins, II**                    represented by   **Anna J. Villarreal**
Villarreal Law Firm, LLC
2 W. Main St.
Chillicothe, OH 45601
740-772-4466
*ATTORNEY TO BE NOTICED*

**David A. Domina**
Domina Law Group
2425 South 144th St.
Omaha, NE 68144
*ATTORNEY TO BE NOTICED*

**Kelsey J. Reno**
Villarreal Law Firm LLC
2 W. Main St.
Chillicothe, OH 45601
740-772-4466
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol Hopkins**                    represented by   **Anna J. Villarreal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David A. Domina**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelsey J. Reno**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Monsanto Company**                                        represented by **John Q. Lewis**
Tucker Ellis - Cleveland
Ste. 1100
950 Main Avenue
Cleveland, OH 44113
216-696-5325
Fax: 216-592-5009
Email: john.lewis@tuckerellis.com
*ATTORNEY TO BE NOTICED*

**Madeline Dennis**
Tucker Ellis - Cleveland
Ste. 1100
950 Main Avenue
Cleveland, OH 44113
216-696-5801
Email: madeline.dennis@tuckerellis.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2020 | 1 | **Notice of Removal** from Lucas County, Ohio Common Pleas Court, case number C-4801-CI-0202002349 with jury demand, Filing fee paid $ 400, receipt number AOHNDC-10119978.. Filed by Monsanto Company. (Attachments: # 1 Exhibit 1 - Lucas County Complaint, # 2 Civil Cover Sheet) (Dennis, Madeline) (Entered: 07/21/2020) |
| 07/21/2020 | 2 | Corporate Disclosure Statement identifying Corporate Parent Bayer, AG for Monsanto Company filed by Monsanto Company. (Dennis, Madeline) (Entered: 07/21/2020) |
| 07/21/2020 | | Judge Jack Zouhary assigned to case. (K,AR) (Entered: 07/21/2020) |
| 07/21/2020 | | Random Assignment of Magistrate Judge pursuant to Local Rule 3.1. In the event of a referral, case will be assigned to Magistrate Judge James R. Knepp, II. (K,AR) (Entered: 07/21/2020) |
| 07/21/2020 | 3 | Magistrate Consent Form issued. (K,AR) (Entered: 07/21/2020) |
| 07/22/2020 | | **Notice** to Attorney Kelsey J. Reno. The Court finds no record of your being admitted to practice in the Northern District of Ohio. Pursuant to LR 83.5, an Application for Admission to Practice or a Motion to be Admitted Pro Hac Vice in this case must be filed within 10 business days. The local rules and the attorney admission application are available on the court's web site at: www.ohnd.uscourts.gov. If you are not the attorney of record in this case, a Motion to Withdraw as Attorney pursuant to LR 83.9 must be filed within 10 business days. (W,Jo) (Entered: 07/22/2020) |
| 07/22/2020 | | **Notice** to Attorney Anna J. Villarreal. The Court finds no record of your being admitted to practice in the Northern District of Ohio. Pursuant to LR 83.5, an Application for Admission to Practice or a Motion to be Admitted Pro Hac Vice in this case must be filed within 10 business days. The local rules and the attorney admission application are available on the court's web site at: www.ohnd.uscourts.gov. If you are not the attorney of record in this case, a Motion to Withdraw as Attorney pursuant to LR 83.9 must be filed within 10 business days. (W,Jo) (Entered: 07/22/2020) |
| 07/22/2020 | | **Notice** to Attorney David A. Domina. The Court finds no record of your being admitted to practice in the Northern District of Ohio. Pursuant to LR 83.5, an Application for Admission to Practice or a Motion to be Admitted Pro Hac Vice in this case must be filed |

within 10 business days. The local rules and the attorney admission application are available on the court's web site at: www.ohnd.uscourts.gov. If you are not the attorney of record in this case, a Motion to Withdraw as Attorney pursuant to LR 83.9 must be filed within 10 business days. (W,Jo) (Entered: 07/22/2020)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/22/2020 15:13:20 | | | |
| PACER Login: | hllp1982 | Client Code: | 1417.0005 |
| Description: | Docket Report | Search Criteria: | 3:20-cv-01611-JZ |
| Billable Pages: | 2 | Cost: | 0.20 |