**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Beth Spector and Chuck Spector | Monsanto Co. | Eastern District of Pennsylvania (Philadelphia) | 2:20-cv-03483-CFK | District Judge Chad F. Kenney |
| 2. | Jennie Burton, Individually and as Personal Representative of the Estate of David Henry Burton, Deceased | Monsanto Co. | Western District of Michigan (Southern Division) | 1:20-cv-00646-PLM-SJB | District Judge Paul L. Maloney |