**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Donnie Leon Powell | Monsanto Co. | Northern District of Texas (Fort Worth) | 4:20-cv-00737-P | District Judge Mark Pittman |
| 2. | Joseph Wallace | Monsanto Co. and Does 1 through 100, inclusive | Southern District of California (San Diego) | 3:20-cv-01235-WQH-AHG | District Judge William Q. Hayes |