**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on July 24, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 24, 2020 to counsel for Plaintiffs as follows:

Vincent Paul Circelli, Esq.
George Parker Young, Esq.
Kelli Larsen Walter, Esq.
CIRCELLI, WALTER & YOUNG, PLLC
500 East 4th Street
Suite 250
Fort Worth, TX 76102
Phone: (682) 703-2319
Email: vinny@cwylaw.com
Email: gpy@cwylaw.com
Email: kelli@cwylaw.com

Counsel for Plaintiff in *Powell v. Monsanto Co.*, No. 4:20-cv-00737-P (N.D. Tex.).

James P. Frantz, Esq.
William B. Shinoff, Esq.
FRANTZ LAW GROUP, APLC
402 West Broadway
Suite 860
San Diego, CA 92101
Phone: (619) 233-5945
Email: jpf@frantzlawgroup.com
Email: wshinoff@frantzlawgroup.com

Counsel for Plaintiff in *Wallace v. Monsanto Co., et al.*, No. 3:20-cv-01235-WQH-AHG (S.D. Cal.).

Dated: July 24, 2020                                   Respectfully submitted,

    /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*