**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on July 27, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 27, 2020 to counsel for Plaintiff as follows:

James H. Cook, Esq.
DUTTON, DANIELS, HINES, KALKHOFF, COOK & SWANSON, PLC
3151 Brockway Road
Waterloo, IA 50704
Phone: (319) 234-4471
Email: jcook@duttonfirm.com

Co-counsel for Plaintiff in *Webb v. Monsanto Co.*, No. 3:20-cv-03032-LRR-KEM (N.D. Iowa).

Darren P. McDowell, Esq.
Matthew R. McCarley, Esq.
Johnathan P. Novak, Esq.
FEARS NACHAWATI LAW FIRM
5473 Blair Road
Dallas, TX 75231
Phone: (214) 890-0711
Email: dmcdowell@fnlawfirm.com
Email: mccarley@fnlawfirm.com
Email: jnovak@fnlawfirm.com

Co-counsel for Plaintiff in *Webb v. Monsanto Co.*, No. 3:20-cv-03032-LRR-KEM (N.D. Iowa).

Service on Valero Energy Corp., Home Depot U.S.A., Inc., Lowe's Home Centers, LLC, Mycenaean Shield, LLC, Chief Ethanol Fuels, Inc., Cargill, Inc., Valero Renewable Fuels Company, LLC, and Pine Lake Corn Processors, LLC is not required because those defendants were dismissed before Monsanto Company removed this lawsuit to federal court.

Dated: July 27, 2020                                Respectfully submitted,

    /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*