# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received: 7/24/2020**

**District Court: W.D. Arkansas**

**Number of Actions: 1**

**Complaints and Docket Sheets are attached.**

_____
CLERK OF THE PANEL