**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on July 28, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 28, 2020 to counsel for Plaintiffs as follows:

Robert S. Miller, Esq.
Jarad L. Silverstein, Esq.
WAPNER, NEWMAN, WIGRIZER, BRECHER & MILLER, P.C.
2000 Market Street
Suite 2750
Philadelphia, PA 19103
Phone: (215) 569-0900
Email: rmiller@wapnernewman.com
Email: jsilverstein@wapnernewman.com

Counsel for Plaintiffs in *Wiley v. Monsanto Co.*, No. 2:20-cv-03475-ER (E.D. Pa.).

Dated: July 28, 2020                      Respectfully submitted,

                                                /s/ Joe G. Hollingsworth
                                                Joe G. Hollingsworth, Esq.
                                                (jhollingsworth@hollingsworthllp.com)
                                                HOLLINGSWORTH LLP
                                                1350 I Street, N.W.
                                                Washington, D.C. 20005
                                                Phone: (202) 898-5800
                                                Fax:    (202) 682-1639

                                                *Attorneys for Defendant Monsanto Company*