**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | | **MDL Docket No. 2741** |

**SCHEDULE OF ACTIONS**

| | Plaintiff | Defendants | District | Case No. | Judge |
|---|---|---|---|---|---|
| **1.** | DAVID LEE FISHER | MONSANTO COMPANY | N.D. MISSISSIPPI | 1:20-cv-00150 | Hon. Judge Sharion Aycock |

Dated: July 28, 2020

Respectfully submitted,

/s/: Randi Kassan, Esq.
Randi Kassan, Esq.
SANDERS PHILLIPS GROSSMAN, LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel.: (516) 741-5600
Fax.: (516) 741-0128
rkassan@thesandersfirm.com
*Counsel for Plaintiff David Lee Fisher*