**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL Docket No. 2741** |
|---|---|---|

## SCHEDULE OF ACTIONS

|    | **Plaintiff** | **Defendants** | **District** | **Case No.** | **Judge** |
|----|---------------|----------------|--------------|--------------|-----------|
| 1. | Carl Masterpole | MONSANTO COMPANY | N.D. NEW YORK | 5:20-CV-00824 | Hon. Judge Frederick J. Scullin, Jr. |
| 2. | Richard Frazita Individually and as Representative of the Estate of Eileen A. Frazita, Deceased | MONSANTO COMPANY | E.D. NEW YORK | 2:20-CV-03237 | Hon. Judge Sandra J. Feuerstein |
| 3. | Paul Glass | MONSANTO COMPANY | D. IDAHO | 1:20-cv-00351 | Hon. Judge Candy W. Dale |
| 4. | Antonino Scolieri | MONSANTO COMPANY | E.D. NEW YORK | 2:20-cv-03211 | Hon. Judge Gary R. Brown |
| 5. | Annette Moncada | MONSANTO COMPANY | E.D. NEW YORK | 1:20-cv-03198 | Hon. Judge Ann M. Donnelly |

Dated: July 29, 2020

Respectfully submitted,

/s/: Randi Kassan, Esq.
Randi Kassan, Esq.
SANDERS PHILLIPS GROSSMAN, LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel.: (516) 741-5600
Fax.: (516) 741-0128
rkassan@thesandersfirm.com

2

*Counsel for Plaintiffs Carl Masterpole, Richard Frazita Individually and as Representative of the Estate of Eileen A. Frazita, Deceased, Paul Glass, Antonino Scolieri and Annette Moncada*