BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2741 |

     I hereby certify a copy of the foregoing NOTICE OF POTENTIAL TAG-ALONG ACTION was filed electronically via this Panel's CM/ECF filing system, which will send a notice of electronic filing to all Defendants of Record registered with the CM/ECF system for the case listed on the attached Schedule of Actions.

**SERVICE LIST**

Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639
Attorneys for Defendant Monsanto Company

Dated: July 29, 2020

     Respectfully submitted,

     <u>/s/: Randi Kassan, Esq.</u>
     Randi Kassan, Esq.
     SANDERS PHILLIPS GROSSMAN, LLC
     100 Garden City Plaza, Suite 500
     Garden City, NY 11530
     Tel.: (516) 741-5600
     Fax.: (516) 741-0128
     rkassan@thesandersfirm.com
     *Counsel for Plaintiffs Carl Masterpole, Richard Frazita Individually and as Representative of the Estate of Eileen A. Frazita, Deceased, Paul Glass, Antonino Scolieri and Annette Moncada*