**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| | Kristin Slagle, Personal Representative of the Estate of Mark Slagle, Deceased, and Individually | Monsanto Co. | District of Nebraska (Omaha) | 8:20-cv-00303-RFR-MDN | District Judge Robert F. Rossiter, Jr. |