**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Gary W. Hoberg | Monsanto Co. | Southern District of New York (Foley Square) | 1:20-cv-05397-VEC | District Judge Valerie E. Caproni |
| 2. | Salome Ochoa | Monsanto Co. | Western District of Texas (El Paso) | 3:20-cv-00215-KC | District Judge Kathleen Cardone |
| 3. | Daniel Jones, Individually and as Personal Representative for the Estate of Patricia J. Jones, Deceased, Dennis Jones, and Holly Jones | Monsanto Co. | Southern District of Texas (Galveston) | 3:20-cv-00248 | District Judge Jeffrey V. Brown |
| 4. | Michael J. Sidwell | Monsanto Co. | District of Utah (Southern Region) | 4:20-cv-00078-DN-PK | District Judge David Nuffer |
| 5. | Ricky Lee Matthews and Nancy Matthews | Monsanto Co. | Middle District of North Carolina (Durham) | 1:20-cv-00669-WO-JLW | District Judge William L. Osteen, Jr. |
| 6. | Sandra Henderson, Individually and on behalf of Joseph Henderson | Monsanto Co. | Eastern District of Michigan (Detroit) | 2:20-cv-11964-PDB-APP | District Judge Paul D. Borman |