**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on July 31, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 31, 2020 to counsel for Plaintiffs as follows:

Paul D. Rheingold, Esq.
PAUL D. RHEINGOLD, PC
5 Manursing Way
Rye, NY 10580
Phone: (646) 759-8813
Email: prheingold@rheingoldlaw.com

Counsel for Plaintiff in *Hoberg v. Monsanto Co.*, No. 1:20-cv-05397-VEC (S.D.N.Y.).

Rand P. Nolen, Esq.
FLEMING, NOLEN & JEZ, LLP
2800 Post Oak Boulevard
Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Email: rand_nolen@fleming-law.com

Counsel for Plaintiffs in *Ochoa v. Monsanto Co.*, No. 3:20-cv-00215-KC (W.D. Tex.); *Jones v. Monsanto Co.*, No. 3:20-cv-00248 (S.D. Tex.).

Rhome Zabriskie, Esq.
ZABRISKIE LAW FIRM, LLC
899 North Freedom Boulevard
Provo, UT 84604
Phone: (801) 375-7680
Email: rhomelawyer@yahoo.com

Co-counsel for Plaintiff in *Sidwell v. Monsanto Co.*, No. 4:20-cv-00078-DN-PK (D. Utah).

1

Rand P. Nolen, Esq.
FLEMING, NOLEN & JEZ, LLP
2800 Post Oak Boulevard
Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Email: rand_nolen@fleming-law.com

Co-counsel for Plaintiff in *Sidwell v. Monsanto Co.*, No. 4:20-cv-00078-DN-PK (D. Utah).

Carrie R. Guest, Esq.
H. Forest Horne, Esq.
MARTIN & JONES, PLLC
410 Glenwood Avenue
Raleigh, NC 27603
Phone: (919) 821-0005
Email: crg@m-j.com
Email: hfh@m-j.com

Counsel for Plaintiffs in *Matthews v. Monsanto Co.,* No. 1:20-cv-00669-WO-JLW (M.D.N.C.).

Aaron G. Durden, Esq.
DURDEN LAW, L.P.A., LLC
10 West Monument Avenue
Dayton, OH 45402
Phone: (937) 461-9400
Email: agdlawyer@aol.com

Counsel for Plaintiffs in *Henderson v. Monsanto Co.,* No. 2:20-cv-11964-PDB-APP (E.D. Mich.).

Dated: July 31, 2020                                Respectfully submitted,


                                                     /s/ Joe G. Hollingsworth
                                                    Joe G. Hollingsworth, Esq.
                                                    (jhollingsworth@hollingsworthllp.com)
                                                    HOLLINGSWORTH LLP
                                                    1350 I Street, N.W.
                                                    Washington, D.C. 20005
                                                    Phone: (202) 898-5800
                                                    Fax:    (202) 682-1639

                                                    *Attorneys for Defendant Monsanto Company*