**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

___

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | **MDL No. 2741** |

___

**PLAINTIFF LOEFFLER'S RESPONSE TO MONSANTO COMPANY'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER**

Pursuant to Rule 7.1(f) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiff Lauren Loeffler hereby responds to Monsanto's Motion to Vacate Conditional Transfer Order 219 (CTO-219), ECF No. 1905, as it relates to *Loeffler v. Monsanto Co.*, Case No. 2:20-cv-01062-JJT (D. Ariz., filed July 7, 2020). In support of her response, Plaintiff Loeffler attaches her Brief in Response to Monsanto Company's Motion to Vacate Conditional Transfer Order.

Dated this 31st day of July 2020.

*Respectfully Submitted,*

    /s/ Robert W. Boatman
Robert W. Boatman
Daniel Z. Kolomitz
GALLAGHER & KENNEDY
2575 E. Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 530-8340
Facsimile: (602) 530-8500
rwb@gknet.com
danny.kolomitz@gknet.com
**Counsel for Plaintiff Lauren Loeffler**