BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

_____

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

_____

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Lauren Loeffler hereby responds to Monsanto's Motion to Vacate Conditional Transfer Order 219 (CTO-219), ECF No. 1905, as it relates to *Loeffler v. Monsanto Co.*, Case No. 2:20-cv-01062-JJT (D. Ariz., filed July 7, 2020). I hereby certify that copies of the foregoing Brief in Response to Monsanto Company's Motion to Vacate Conditional Transfer Order, was electronically filed on July 31, 2020 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Dated this 3rd day of August 2020.

*Respectfully Submitted,*

　　/s/ Robert W. Boatman　　　　　
Robert W. Boatman
Daniel Z. Kolomitz
GALLAGHER & KENNEDY
2575 E. Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 530-8340
Facsimile: (602) 530-8500
rwb@gknet.com
danny.kolomitz@gknet.com
**Counsel for Plaintiff Lauren Loeffler**

8154631v1/29575-0001