**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on August 3, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 3, 2020 to counsel for Plaintiff as follows:

David M. Houliston, Esq.
LAW OFFICES OF DAVID M. HOULISTON
7500 Jefferson Street Northeast
Suite 106
Albuquerque, NM 87109
Phone: (505) 247-1223
Email: david@houlistonlaw.com

Co-counsel for Plaintiff in *Berry v. Monsanto Co.,* No. 1:20-cv-00643-JHR-SCY (D.N.M.).

Michael V. Ciresi, Esq.
Robert J. King, Jr., Esq.
CIRESI CONLIN LLP
225 South 6th Street
Suite 4600
Minneapolis, MN 55402
Phone: (612) 361-8200
Email: mvc@ciresiconlin.com
Email: rjk@ciresiconlin.com

Co-counsel for Plaintiff in *Berry v. Monsanto Co.,* No. 1:20-cv-00643-JHR-SCY (D.N.M.).

1

Dated: August 3, 2020                    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*