**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Frederick N. Schroeder | Monsanto Co. | Eastern District of Pennsylvania (Allentown) | 5:20-cv-03761-JMG | District Judge John M. Gallagher |
| 2. | Ken Knoll | Monsanto Co. | Northern District of Illinois (Chicago) | 1:20-cv-04415 | District Judge John Robert Blakey |
| 3. | Charlene Pianovski | Monsanto Co. | Northern District of Illinois (Chicago) | 1:20-cv-04419 | District Judge John F. Kness |
| 4. | Lily Betance | Monsanto Co. | Northern District of Illinois (Chicago) | 1:20-cv-04418 | District Judge Mary M. Rowland |
| 5. | Steven Gustafson | Monsanto Co. | Northern District of Illinois (Chicago) | 1:20-cv-04414 | District Judge Steven C. Seeger |