## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 4, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 4, 2020 to counsel for Plaintiffs as follows:

Mark C. Atlee, Esq.
ATLEE HALL, LLP
415 North Duke Street
Lancaster, PA 17602
Phone: (717) 393-9596
Email: mcatlee@atleehall.com

Counsel for Plaintiff in *Schroeder v. Monsanto Co.,* No. 5:20-cv-03761-JMG (E.D. Pa.).

Bryce Thomas Hensley, Esq.
ROMANUCCI & BLANDIN, LLC
321 North Clark Street
Suite 900
Chicago, IL 60654
Phone: (312) 458-1000
Email: bhensley@rblaw.net

Counsel for Plaintiffs in *Knoll v. Monsanto Co.,* No. 1:20-cv-04415 (N.D. Ill.); *Pianovski v. Monsanto Co.,* No. 1:20-cv-04419 (N.D. Ill.); *Betance v. Monsanto Co.,* No. 1:20-cv-04418 (N.D. Ill.); *Gustafson v. Monsanto Co.,* No. 1:20-cv-04414 (N.D. Ill.).

Dated: August 4, 2020                              Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*