**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION     MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Kathryn Carchia and Dennis Carchia | Monsanto Co. | District of Massachusetts (Boston) | 1:20-cv-11057-DPW | Senior District Judge Douglas P. Woodlock |
| 2. | Sophie Eordekian | Monsanto Co. | District of Massachusetts (Boston) | 1:20-cv-11058-RGS | District Judge Richard G. Stearns |
| 3. | Steven Tudal and Janet Tudal | Monsanto Co. | District of Massachusetts (Boston) | 1:20-cv-11035-ADB | District Judge Allison D. Burroughs |
| 4. | Joel Rubin and Rachel Rubin | Monsanto Co. | District of Massachusetts (Worcester) | 4:20-cv-11059-DHH | Chief Magistrate Judge David H. Hennessy |