**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 5, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 5, 2020 to counsel for Plaintiffs as follows:

Laura T. Daly, Esq.
James A. Swartz, Esq.
Alan L. Cantor, Esq.
SWARTZ & SWARTZ, P.C.
Ten Marshall Street
Boston, MA 02108
Phone: (617) 742-1900
Email: ldaly@swartzlaw.com
Email: jswartz@swartzlaw.com
Email: acantor@swartzlaw.com

Counsel for Plaintiffs in *Carchia v. Monsanto Co.*, No. 1:20-cv-11057-DPW (D. Mass.); *Eordekian v. Monsanto Co.*, No. 1:20-cv-11058-RGS (D. Mass.); *Tudal v. Monsanto Co.*, No. 1:20-cv-11035-ADB (D. Mass.); *Rubin v. Monsanto Co.*, No. 4:20-cv-11059-DHH (D. Mass.).

Dated: August 5, 2020                                  Respectfully submitted,

                                         /s/ Joe G. Hollingsworth
                                         Joe G. Hollingsworth, Esq.
                                         (jhollingsworth@hollingsworthllp.com)
                                         HOLLINGSWORTH LLP
                                         1350 I Street, N.W.
                                         Washington, D.C. 20005
                                         Phone: (202) 898-5800
                                         Fax:    (202) 682-1639

                                         *Attorneys for Defendant Monsanto Company*