# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Golden-Collum Memorial Federal Building & U.S. Courthouse
Office of the Clerk
207 N.W. Second Street
Ocala, FL 34475
(352) 369-4860
www.flmd.uscourts.gov

Elizabeth M. Warren  
Clerk of Court

Lisa Fannin  
Division Manager

July 31, 2020

John W. Nichols, Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, N.E.
Washington, DC 20002-8041

**RE: MDL No. 27, In re: In re: Roundup Products Liability Litigation**

Dear Mr. Nichols:

Enclosed please find a copy of the docket sheet and complaint for the case listed below. These items are forwarded to you so that this case may be considered as a potential tag-along case in the above referenced litigation.

  **Case # 5:20-cv-347-Oc-30PRL  Gleeson et al v. Monsanto Company**

If I may be of further assistance, please let me know.

       Sincerely,

       s/L. Burget
       Deputy Clerk

enclosures (as stated)

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:   8/4/2020**

**District Court: E.D. Louisiana**

**Number of Actions: 1**

**Complaints and Docket Sheets are attached.**

_____
CLERK OF THE PANEL