**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Richard Anderson | Monsanto Co. | Northern District of Illinois (Chicago) | 1:20-cv-04616 | Chief District Judge Rebecca R. Pallmeyer |
| 2. | Joseph Lindl | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-01001-PLC | Magistrate Judge Patricia L. Cohen |
| 3. | Myron Feldman | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00997-DDN | Magistrate Judge David D. Noce |
| 4. | Tamika Bostic | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00995-SRC | District Judge Stephen R. Clark |
| 5. | David Bischoff | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00994-SEP | District Judge Sarah E. Pitlyk |