**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 7, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 7, 2020 to counsel for Plaintiffs as follows:

Kenneth T. Lumb, Esq.
Michael D. Ditore, Esq.
CORBOY & DEMETRIO, P.C.
33 North Dearborn Street
21st Floor
Chicago, IL 60602
Phone: (312) 346-3191
Email: ktl@corboydemetrio.com
Email: mdd@corboydemetrio.com

Counsel for Plaintiff in *Anderson v. Monsanto Co.,* No. 1:20-cv-04616 (N.D. Ill.).

Charles W. Miller, Esq.
HEYGOOD, ORR & PEARSON
6363 North State Highway 161
Suite 450
Irving, TX 75038
Phone: (214) 237-9001
Email: charles@hop-law.com

Counsel for Plaintiffs in *Lindl v. Monsanto Co.,* No. 4:20-cv-01001-PLC (E.D. Mo.); *Feldman v. Monsanto Co.,* No. 4:20-cv-00997-DDN (E.D. Mo.); *Bostic v. Monsanto Co.,* No. 4:20-cv-00995-SRC (E.D. Mo.); *Bischoff v. Monsanto Co.,* No. 4:20-cv-00994-SEP (E.D. Mo.).

Dated: August 7, 2020	Respectfully submitted,

   /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*