**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Stanley Batts | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00992-SEP | District Judge Sarah E. Pitlyk |
| 2. | Branden Benedict | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-01008-DDN | Magistrate Judge David D. Noce |
| 3. | Gaytha Kraushar, individually and on behalf of Marvin Kraushar | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-01002-RLW | District Judge Ronnie L. White |
| 4. | Andrea Jones | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-01000-SEP | District Judge Sarah E. Pitlyk |
| 5. | David M. Clift and Diane Clift | Monsanto Co. | Southern District of New York (Foley Square) | 1:20-cv-05902-PAE | District Judge Paul A. Engelmayer |

1