**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 10, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 10, 2020 to counsel for Plaintiffs as follows:

Charles W. Miller, Esq.
HEYGOOD, ORR & PEARSON
6363 North State Highway 161
Suite 450
Irving, TX 75038
Phone: (214) 237-9001
Email: charles@hop-law.com

Counsel for Plaintiffs in *Batts v. Monsanto Co.,* No. 4:20-cv-00992-SEP (E.D. Mo.); *Benedict v. Monsanto Co.,* No. 4:20-cv-01008-DDN (E.D. Mo.); *Kraushar v. Monsanto Co.,* No. 4:20-cv-01002-RLW (E.D. Mo.); *Jones v. Monsanto Co.,* No. 4:20-cv-01000-SEP (E.D. Mo.).

Paul D. Rheingold, Esq.
PAUL D. RHEINGOLD, PC
5 Manursing Way
Rye, NY 10580
Phone: (914) 967-2215
Email: prheingold@rheingoldlaw.com

Counsel for Plaintiffs in *Clift v. Monsanto Co.*, No. 1:20-cv-05902-PAE (S.D.N.Y.).

Dated: August 10, 2020               Respectfully submitted,

   /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*