BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL: 2741

MARY ANNE WHITE, AMANDA VIGNONE & JARRET VIGNONE'S NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, plaintiff(s) Mary Anne White, Amanda Vignone and Jarret Vignone hereby notify the Clerk of the Panel of the potential tag-along action listed on the Attached Schedule of Action.

The docket sheet and complaint for the potential tag-along action is attached.

Dated: August 10, 2020

Respectfully Submitted,

/s/ JOSEPHINE M. LUPIS

LUPIS LAW FIRM
98 Cutter Mill Road, Suite 332
Great Neck, New York 11021
Josephine@LupisLawFirm.com
Tel: (516) 570-6636

*Attorneys for Plaintiff(s) Mary Anne White, Amanda Vignone & Jarret Vignone*

1