BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL: 2741

## MARY ANNE WHITE, AMANDA VIGNONE & JARRET VIGNONE'S NOTICE OF POTENTIAL TAG-ALONG ACTION

### SCHEDULE OF ACTION

| Plaintiff | Defendant(s) | District | Civil Action No: | Judge |
|---|---|---|---|---|
| Mary Anne White, Amanda Vignone & Jarret Vignone | Monsanto Company, Home Depot U.S.A, Inc. & Lowes Home Centers, LLC. | Eastern District of New York (Central Islip) | 2:20-cv-00847-SJF-ST | Hon. Sandra J. Feuerstein |

The docket sheet and complaint for the potential tag-along action is attached.

2