BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL: 2741

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on August 10, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 10, 2020 to counsel for Defendants as follows:

**HOLLINGSWORTH LLP**
Martin Calhoun
Brett S. Covington
1350 I Street, NW
Washington, DC 20005
Tel: (202) 898-5867
Email: mcalhoun@Hollingsworthllp.com
bcovington@Hollingsworthllp.com

Counsel for Defendant, Monsanto Company & Lowes Home Centers, LLC. in *White et al., v. Monsanto Co., Home Depot U.S.A. Inc. & Lowes Home Centers, LLC.*, No: 2:20-cv-00847-SJF-ST (E.D.N.Y.)

**MORRIS, MANNING & MARTIN, LLP**
Patrick Lowther
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
Tel: 404-495-3633
Email: plowther@mmmlaw.com

Counsel for Defendant, Home Depot U.S.A., Inc. in *White et al., v. Monsanto Co., Home Depot U.S.A. Inc. & Lowes Home Centers, LLC.*, No: 2:20-cv-00847-SJF-ST (E.D.N.Y.)