# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received:** 8/6/2020

**District Court:** E.D. Louisiana

**Number of Actions:** 1

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL



## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Michael L. McConnell**  **Telephone: 225-389-3500**
**Clerk of Court**  **Facsimile: 225-389-3501**

August 7, 2020

John W. Nichols
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobb
Washington, D.C. 20002-8004

Re:   3:20-cv-00509-BAJ-RLB
      Farmer v. Monsanto Company

Dear Sir:

   Enclosed please find a docket sheet, civil cover sheet and a copy of Complaint filed in the above captioned case. This is a potential multi-district litigation case.

                            Sincerely,
                            Michael L. McConnell
                            Clerk of Court

                            By: _Karri Wilcox_
                            Deputy Clerk

Enclosure
Docket Sheet
Civil Cover Sheet
Complaint