**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Aida Arroyo, as Personal Representative of the Estate of Kelvin Arroyo | Monsanto Co. | District of Massachusetts (Springfield) | 3:20-cv-30118-MGM | District Judge Mark G. Mastroianni |
| 2. | Donald Gene Goodwater and Kathy Goodwater | Monsanto Co. | District of Nebraska (Omaha) | 8:20-cv-00322-BCB-MDN | District Judge Brian C. Buescher |
| 3. | Joan Downs, Individually and as Widower of the Decedent, and Joseph Marquez, as the Executor of the Estate of Donald J. Downs | Monsanto Co. | Northern District of Alabama (Southern) | 2:20-cv-01087-SGC | Magistrate Judge Staci G. Cornelius |
| 4. | Roy Adams and Patsy Adams | Monsanto Co. and John Does 1-50 | Eastern District of Pennsylvania (Philadelphia) | 2:20-cv-03131-PBT | District Judge Petrese B. Tucker |
| 5. | Nathan P. Romano | Monsanto Co. | Northern District of West Virginia (Clarksburg) | 1:20-cv-00198-TSK | District Judge Thomas S. Kleeh |