**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

|                                      | MDL No. 2741 |
| ------------------------------------ | ------------ |
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | |

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 11, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 11, 2020 to counsel for Plaintiffs as follows:

Matthew J. King, Esq.
Taylor LaVallee, Esq.
RAIPHER, P.C.
265 State Street
Springfield, MA 01103
Phone: (413) 746-4400
Email: mjk@raipher.com
Email: tsl@raipher.com

Counsel for Plaintiff in *Arroyo v. Monsanto Co.,* No. 3:20-cv-30118-MGM (D. Mass.).

David A. Domina, Esq.
DOMINA LAW GROUP
2425 South 144th Street
Omaha, NE 68144
Phone: (402) 493-4100
Email: ddomina@dominalaw.com

Counsel for Plaintiffs in *Goodwater v. Monsanto Co.,* No. 8:20-cv-00322-BCB-MDN (D. Neb.).

Don McKenna, Esq.
HARE, WYNN, NEWELL & NEWTON, LLP
2025 Third Avenue North
Birmingham, AL 35203
Phone: (205) 328-5330
Email: don@hwnn.com

Counsel for Plaintiffs in *Downs, et al. v. Monsanto Co.,* No. 2:20-cv-01087-SGC (N.D. Ala.).

1

Clifford A. Rieders, Esq.
Sasha B. Coffiner, Esq.
RIEDERS, TRAVIS, HUMPHREY, WATERS & DOHRMANN
161 West Third Street
Williamsport, PA 17701
Phone: (570) 323-8711
Email: crieders@riederstravis.com
Email: scoffiner@riederstravis.com

Counsel for Plaintiffs in *Adams v. Monsanto Co., et al.*, No. 2:20-cv-03131-PBT (E.D. Pa.).

David J. Romano, Esq.
ROMANO LAW OFFICE, LC
363 Washington Avenue
Clarksburg, WV 26301
Phone: (304) 624-5600
Email: rlo@romanolawwv.com

Counsel for Plaintiff in *Romano v. Monsanto Co.*, No. 1:20-cv-00198-TSK (N.D. W. Va.).


Dated: August 11, 2020                Respectfully submitted,


/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*