**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | David Rodgers | Monsanto Co. | Eastern District of Kentucky (Frankfort) | 3:20-cv-00062-GFVT | District Judge Gregory F. Van Tatenhove |
| 2. | Anthony Testaverde | Monsanto Co. | Eastern District of New York (Central Islip) | 2:20-cv-03002-SJF-AKT | Senior District Judge Sandra J. Feuerstein |
| 3. | Ronnie Dancer | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00322-HEA | District Judge Henry Edward Autrey |
| 4. | Benito Ornelas Gonzalez | Monsanto Co. and Does 1 through 100, Inclusive | Central District of California (Southern Division) | 8:20-cv-01485 | Unassigned |
| 5. | Robert J. Powlick | Monsanto Co. | Middle District of Florida (Tampa) | 8:20-cv-01750-WFJ-JSS | District Judge William F. Jung |
| 6. | Vernon Wachtman and Lillian Wachtman | Monsanto Co. | Northern District of Ohio (Toledo) | 3:20-cv-01783-JJH | District Judge Jeffrey J. Helmick |