## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 12, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 12, 2020 to counsel for Plaintiffs as follows:

Thomas K. Herren, Esq.
HERREN LAW, PLLC
148 North Broadway
Lexington, KY 40507
Phone: (859) 254-0024
Email: tom.herren@herrenadams.com

Counsel for Plaintiff in *Rodgers v. Monsanto Co.*, No. 3:20-cv-00062-GFVT (E.D. Ky.).

Perry D. Silver, Esq.
SILVER & KELMACHTER, LLP
11 Park Place
Suite 1503
New York, NY 10007
Phone: (212) 661-8400
Email: psilver@silverkelmachter.com

Counsel for Plaintiff in *Testaverde v. Monsanto Co.*, No. 2:20-cv-03002-SJF-AKT (E.D.N.Y.).

Martin Daniel Crump, Esq.
DAVIS AND CRUMP, P.C.
2601 14th Street
Gulfport, MS 39501
Phone: (228) 863-6000
Email: martin.crump@daviscrump.com

Counsel for Plaintiff in *Dancer v. Monsanto Co.,* No. 4:20-cv-00322-HEA (E.D. Mo.).

Majid Safaie, Esq.
Brian T. Stuart, Esq.
ARYA LAW CENTER, PC
3187 Red Hill Avenue
Suite 115
Costa Mesa, CA 92626
Phone: (877) 279-2523
Email: majid.safaie@aryalc.com
Email: brian.stuart@aryalc.com

Counsel for Plaintiff in *Gonzalez v. Monsanto Co., et al.,* No. 8:20-cv-01485 (C.D. Cal.).

T. Michael Morgan, Esq.
G. Katherine Chambers, Esq.
MORGAN & MORGAN, PA
20 North Orange Avenue
Suite 1600
Orlando, FL 32801
Phone: (407) 420-1414
Email: mmorgan@forthepeople.com
Email: kathychambers@forthepeople.com

Counsel for Plaintiff in *Powlick v. Monsanto Co.,* No. 8:20-cv-01750-WFJ-JSS (M.D. Fla.).

James G. O'Brien, Esq.
O'BRIEN LAW, LLC
405 Madison Avenue
Tenth Floor
Toledo, OH 43604
Phone: (419) 930-6401
Email: jim@obrien.law

Counsel for Plaintiffs in *Wachtman v. Monsanto Co.,* No. 3:20-cv-01783-JJH (N.D. Ohio).

Dated: August 12, 2020                              Respectfully submitted,

  /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*