# U.S. District Court
## Eastern District of Kentucky (Frankfort)
### CIVIL DOCKET FOR CASE #: 3:20-cv-00062-GFVT

Rodgers v. Monsanto Company  
Assigned to: Judge Gregory F. VanTatenhove  
Case in other court: Franklin Circuit Court, 20-CI-563  
Cause: 28:1441 Petition for Removal- Personal Injury

Date Filed: 08/12/2020  
Jury Demand: Both  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

**Plaintiff**

**David Rodgers**     represented by     **Thomas K. Herren**  
Herren & Adams  
148 N. Broadway  
Lexington, KY 40507  
859-254-0024  
Fax: 859-254-5991  
Email: tom.herren@herrenadams.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Monsanto Company**     represented by     **Carol Dan Browning**  
*a part of* - Bayer AG  
Stites & Harbison, PLLC - Louisville  
400 W. Market Street  
Suite 1800  
Louisville, KY 40202  
502-587-3400  
Email: cbrowning@stites.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/12/2020 | 1 | NOTICE OF REMOVAL filed by Monsanto Company from Franklin Circuit Court, case number 20-CI-563. (Filing fee $400; receipt number 0643-4746412) (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit - State Court Complaint and Summons)(SCD) (Entered: 08/12/2020) |
| 08/12/2020 | 2 | ANSWER to Complaint (Notice of Removal) by Monsanto Company. (SCD) (Entered: 08/12/2020) |
| 08/12/2020 | 3 | FRCP 7.1 DISCLOSURE STATEMENT by Monsanto Company identifying Corporate Parent Bayer AG for Monsanto Company.. (SCD) (Entered: 08/12/2020) |
| 08/12/2020 | | Conflict Check run. (SCD) (Entered: 08/12/2020) |
| 08/12/2020 | | Clerk's Note: Email notification send to MDL Panel (cc: SKV) re possible tag-along case to MDL 2741. (SCD) (Entered: 08/12/2020) |
| 08/12/2020 | | ***FILE SUBMITTED TO CHAMBERS of Judge Van Tatenhove for review: 1 Notice of |

| | | |
|---|---|---|
| | | Removal and 2 Answer to Complaint (Notice of Removal). (SCD) (Entered: 08/12/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/12/2020 16:05:49 | | | |
| **PACER Login:** | hllp1982:2634105:4722683 | **Client Code:** | 1417.0049 |
| **Description:** | Docket Report | **Search Criteria:** | 3:20-cv-00062-GFVT |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

COMMONWEALTH OF KENTUCKY
FRANKLIN CIRCUIT COURT
CIVIL BRANCH
\_\_\_ DIVISION
CIVIL ACTION NO. _____

*Electronically Filed*

DAVID RODGERS                                                                                       PLAINTIFF

V.                                              **COMPLAINT**

MONSANTO COMPANY, a Part of
BAYER AG                                                                                           DEFENDANTS

\* \* \* \* \* \*

Comes the plaintiff, David Rodgers, by and through counsel, and for his cause of action, states:

1. Plaintiff, David Rodgers, is a resident of Franklin County, Kentucky.

2. Defendants, Monsanto Company, a part of Bayer AG, is a foreign corporation with its principal office located at 800 North Lindbergh Blvd., Attn: Tax Department, St. Louis, Missouri 63167. Its agent for service of process is: Corporation Service Company, 421 West Main Street, Frankfort, Kentucky 40601.

3. Prior to 2019, the defendants designed, manufactured, marketed, distributed and failed to warn of the dangers of their Roundup weed killer herbicide.

4. Plaintiff has been exposed to extensive amounts of Roundup herbicide during his lifetime.

5. Defendants should be held strictly liable as the designer, manufacturer, distributer and seller of Roundup weed killer herbicide which was defective and unreasonably dangerous to expected users.

6. Defendants negligently designed, manufactured, marketed and distributed the Roundup weed killer herbicide in such a manner that it created an unreasonable risk of physical harm and injury; this negligence included, but was not limited to, improper and dangerous design, testing and inspection.

7. Defendants unreasonably failed to warn of the known and foreseeable hazards of the use of Roundup, both before and after the sale of it.

8. The injuries to the plaintiff, specifically including non-Hodgkins B Cell Lymphoma were directly and proximately caused by the actions and omissions of the defendants and have manifested in profound vision loss.

9. Plaintiff, David Rodgers, first discovered the link between Roundup and medical causation of non-Hodgkins B Cell Lymphomas in late 2019, no sooner than August 15, 2019.

10. As a direct and proximate result of the injuries to the plaintiff, which are permanent and disabling in nature, he is entitled to recover medical, hospital, nursing and rehabilitation care expenses, both in the past and throughout his lifetime; physical pain and mental suffering, both past and future; lost wages and permanent impairment of his power to earn income.

WHEREFORE, plaintiff, David Rodgers, demands judgment against the defendants, and each of them, in a sum in excess of any jurisdictional amount of this Court, pre-judgment and post-

2

judgment interest, costs herein expended, trial by jury and any and all other relief to which he may appear entitled.

Respectfully submitted,

HERREN LAW, PLLC
148 N. Broadway
Lexington, KY 40507
(859) 254-0024
(859) 254-5991 (fax)
tom.herren@herrenadams.com


*/s/ Thomas K. Herren*
THOMAS K. HERREN
ATTORNEY FOR PLAINTIFF

c:\documents\tkh\pldgs\rod530.com.docx

3