UNITED STATES DISTRICT COURT
Southern District of Iowa



U.S. Courthouse
123 East Walnut Street
Des Moines, Iowa  50309

Clerk of Court's Office
www.iasd.uscourts.gov

Des Moines
Davenport
Council Bluffs

o: 515-284-6248
f : 515-284-6418

August 10, 2020

Mr. John W. Nichols

Judicial Panel on Multidistrict Litigation

Thurgood Marshall Federal Judicial Building

One Columbus Circle, NE

Room G-255, North Lobby

Washington, DC  20002-8004

*In Re:* MDL 2741 Roundup Products Liability Litigation.

Dear Mr. Nichols:

Enclosed is a copy of two complaints from the actions filed in the Southern District of Iowa, Eugene Sjaardema against defendant Monsanto Company and Dennis Sjaardema against Monsanto Company, please forward these complaints to the panel for review of a Potential Tag-Along Action to the above entitled MDL case.

Should you have any questions, please do not hesitate to contact this office.

Sincerely,
/s/ Kellie Watson
Deputy Clerk
Phone number 515-284-6163
John S. Courter
CLERK OF COURT

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received: 8/11/2020, 8/12/2020 & 8/13/2020**

**District Court: W.D. New York & M.D. Alabama**

**Number of Actions: 5**

**Complaints and Docket Sheets are attached.**

_____

CLERK OF THE PANEL