**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Sally Sandler | Monsanto Co. and Does 1-50 | Southern District of California (San Diego) | 3:20-cv-01411-CAB-DEB | District Judge Cathy Ann Bencivengo |
| **2.** | Ridgely L. Jackson and Stefanie L. Grinslade, as Independent Co-administrators of the Estate of David Grinslade, Deceased | Monsanto Co. | Northern District of Illinois (Chicago) | 1:20-cv-04630 | District Judge Gary Feinerman |