**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 14, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 14, 2020 to counsel for Plaintiffs as follows:

John H. Gomez, Esq.
Jessica T. Sizemore-Wetzel, Esq.
GOMEZ TRIAL ATTORNEYS
655 West Broadway
Suite 1700
San Diego, CA 92101
Phone: (619) 237-3490
Email: john@thegomezfirm.com
Email: jessica@thegomezfirm.com

Counsel for Plaintiff in *Sandler v. Monsanto Co., et al.,* No. 3:20-cv-01411-CAB-DEB (S.D. Cal.).

Michael R. Grieco, Esq.
ROMANUCCI & BLANDIN, LLC
321 North Clark Street
Suite 900
Chicago, IL 60654
Phone: (312) 458-1000
Email: mgrieco@rblaw.net

Counsel for Plaintiffs in *Jackson, et al. v. Monsanto Co.,* No. 1:20-cv-04630 (N.D. Ill.).

Dated: August 14, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Joe G. Hollingsworth
　　　　　　　　　　　　　　　　　　　　　Joe G. Hollingsworth, Esq.
　　　　　　　　　　　　　　　　　　　　　(jhollingsworth@hollingsworthllp.com)
　　　　　　　　　　　　　　　　　　　　　HOLLINGSWORTH LLP
　　　　　　　　　　　　　　　　　　　　　1350 I Street, N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　　Phone: (202) 898-5800
　　　　　　　　　　　　　　　　　　　　　Fax:    (202) 682-1639

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Monsanto Company*