BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Wesley Louis Speyrer and Gayle Speyrer | Monsanto Co. | Western District of Louisiana (Lafayette) | 6:20-cv-00854-RRS-PJH | District Judge Robert R. Summerhays |
| **2.** | Deborah Henagan, on behalf of Gloria Moss | Monsanto Co. | Western District of Louisiana (Lake Charles) | 2:20-cv-00890-JDC-KK | District Judge James D. Cain, Jr. |
| **3.** | Thomas Lutsey | Monsanto Co. | Northern District of Illinois (Chicago) | 1:20-cv-04779 | District Judge Sharon Johnson Coleman |
| **4.** | Henry Breymeyer | Monsanto Co. | Central District of Illinois (Urbana) | 2:20-cv-02122-CSB-EIL | District Judge Colin Stirling Bruce |
| **5.** | James Regruth and Tammy Regruth | Monsanto Co. | Southern District of Ohio (Cincinnati) | 1:20-cv-00507-MRB | Senior District Judge Michael R. Barrett |
| **6.** | Gary R. Moore | Monsanto Co. | District of South Carolina (Greenville) | 6:20-cv-02688-MDL | Unassigned |
| **7.** | Alan M. Pickert and Linda Pickert | Monsanto Co. | Middle District of Florida (Jacksonville) | 3:20-cv-00720-BJD-JRK | District Judge Brian J. Davis |
| **8.** | Kara Stockdale, as Personal Representative of the Estate of William G. Stockdale, Deceased, and Marilyn Kay Stockdale, Individually | Monsanto Co. | District of Nebraska (Omaha) | 8:20-cv-00331 | Unassigned |