BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 17, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 17, 2020 to counsel for Plaintiffs as follows:

John C. Enochs, Esq.
Betsy Barnes, Esq.
Richard L. Root, Esq.
MORRIS BART LLC
601 Poydras Street
24th Floor
New Orleans, LA 70130
Phone: (504) 525-8000
Email: jenochs@morrisbart.com
Email: bbarnes@morrisbart.com
Email: rroot@morrisbart.com

Counsel for Plaintiffs in *Speyrer v. Monsanto Co.,* No. 6:20-cv-00854-RRS-PJH (W.D. La.); *Henagan v. Monsanto Co.,* No. 2:20-cv-00890-JDC-KK (W.D. La.).

Kenneth T. Lumb, Esq.
Michael D. Ditore, Esq.
CORBOY & DEMETRIO, P.C.
33 North Dearborn Street
21st Floor
Chicago, IL 60602
Phone: (312) 346-3191
Email: ktl@corboydemetrio.com
Email: mdd@corboydemetrio.com

Counsel for Plaintiff in *Lutsey v. Monsanto Co.,* No. 1:20-cv-04779 (N.D. Ill.).

1

Wesley D. Merillat, Esq.
CHARLES E. BOYK LAW OFFICES, LLC
405 Madison Avenue
Suite 1200
Toledo, OH 43604
Phone: (419) 241-1395
Email: wmerillat@charlesboyk-law.com

Counsel for Plaintiff in *Breymeyer v. Monsanto Co.,* No. 2:20-cv-02122-CSB-EIL (C.D. Ill.).

Gary F. Franke, Esq.
Michael D. O'Neill, Esq.
GARY F. FRANKE CO., L.P.A.
120 East 4th Street
Suite 1040
Cincinnati, OH 45202
Phone: (513) 564-9222
Email: gff@garyfrankelaw.com
Email: mdo@garyfrankelaw.com

Counsel for Plaintiffs in *Regruth v. Monsanto Co.,* No. 1:20-cv-00507-MRB (S.D. Ohio).

Joshua Christian, Esq.
CHRISTIAN & CHRISTIAN, LLC
1007 East Washington Street
Greenville, SC 29601
Phone: (864) 232-7363
Email: jchristian@cclawfirm.com

Co-counsel for Plaintiff in *Moore v. Monsanto Co.,* No. 6:20-cv-02688-MDL (D.S.C.).

Alex C. Davis, Esq.
JONES WARD PLC
1205 East Washington Street
Suite 111
Louisville, KY 40206
Phone: (502) 587-6000
Email: alex@jonesward.com

Co-counsel for Plaintiff in *Moore v. Monsanto Co.,* No. 6:20-cv-02688-MDL (D.S.C.).

Christopher Shakib, Esq.
TERRELL HOGAN & YEGELWEL, P.A.
233 East Bay Street
8th Floor
Jacksonville, FL 32202

Phone: (904) 632-2424
Email: shakib@terrellhogan.com

Counsel for Plaintiffs in *Pickert v. Monsanto Co.*, No. 3:20-cv-00720-BJD-JRK (M.D. Fla.).

David A. Domina, Esq.
DOMINA LAW GROUP
2425 South 144th Street
Omaha, NE 68144
Phone: (402) 493-4100
Email: ddomina@dominalaw.com

Counsel for Plaintiffs in *Stockdale v. Monsanto Co.,* No. 8:20-cv-00331 (D. Neb.).

Dated: August 17, 2020                     Respectfully submitted,


                                           /s/ Joe G. Hollingsworth
                                           Joe G. Hollingsworth, Esq.
                                           (jhollingsworth@hollingsworthllp.com)
                                           HOLLINGSWORTH LLP
                                           1350 I Street, N.W.
                                           Washington, D.C. 20005
                                           Phone: (202) 898-5800
                                           Fax:    (202) 682-1639

                                           *Attorneys for Defendant Monsanto Company*