BEFORE THE JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2741 |
| *Estate of Frank L. Herrington et al. v. Monsanto Company*<br><br>No. 4:20-cv-00641 (E.D. Missouri) | |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

To the Clerk of the Multidistrict Panel:

Pursuant to Rule 6.2(d) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, the undersigned counsel for Plaintiff Ryan Leslie Claxton, individually and as Independent Executor of the Estate of Frank L. Herington, hereby notifies the Panel of the pendency of a potential tag-along action in federal district court, namely:

- *Estate of Frank L. Herrington et al. v. Monsanto Company*, Eastern District of Missouri Case No. 4:20-cv-00641 (this matter is also listed in the attached Schedule of Related Actions)

Transfer of this action is appropriate because it involves common questions of fact with actions previously transferred by the Panel to Judge Vince Chhabria of the United States District Court for the Northern District of California.

Accordingly, the undersigned counsel for the Plaintiff requests that the Panel transfer this matter to Judge Chhabria for coordinated pretrial proceedings as part of MDL 2741.

Page 2

DATED this 19th day of August, 2020.

        JAMES, VERNON & WEEKS, P.A.

        */s/ Wes S. Larsen*_____
        Wes S. Larsen
        1626 Lincoln Way
        Coeur d'Alene, Idaho 83814
        Telephone: (208) 667-0683
        Facsimile: (208) 664-1684
        E-mail: wes@jvwlaw.net
        Attorney for Plaintiff Ryan Leslie Claxton, individually and
        as Independent Executor of the Estate of Frank L. Herrington