BEFORE THE JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2741 |
|---|---|

**SCHEDULE OF RELATED ACTIONS**

| **Plaintiff** | **Defendants** | **Div./City** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|
| **E.D. Missouri** | | | | |
| Ryan Leslie Claxton, individually and as Independent Executor of the Estate of Frank L. Herrington | Monsanto Company | Eastern/St. Louis | 4:20-cv-00641-SRC | Judge Stephen R. Clark |