BEFORE THE JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2741 |
| *Estate of Frank L. Herrington et al. v. Monsanto Company*<br><br>No. 4:20-cv-00641-SRC (E.D. Missouri) | |

## CERTIFICATE OF SERVICE

I, Wes S. Larsen, hereby certify that the Notice of Potential Tag-Along Action regarding the above matter (*Estate of Frank L. Herrington et al. v. Monsanto Company*, Eastern District of Missouri Case No. 4:20-cv-00641-SRC) was served via first-class mail, postage pre-paid, on August 19, 2020 upon the following parties pursuant to R.P.J.P.M.L. 4.1(a):

> MONSANTO COMPANY
> Registered Agent:
> CSC of St. Louis Inc.
> 130 S. Bemiston Avenue, Suite 700
> Clayton, MO 63105

The Notice of Potential Tag-Along Action regarding the above matter was also served via first-class mail, postage pre-paid, on August 19, 2020 upon the following party pursuant to R.P.J.P.M.L. 4.1(b):

> Clerk of Court
> United States District Court
> Eastern District of Missouri
> Eastern Division
> 111 South 10th Street
> St. Louis, MO 63102

Page 2

DATED this 19th day of August, 2020.

>*/s/ Wes S. Larsen*_____
>Wes S. Larsen
>James, Vernon & Weeks, P.A.
>1626 Lincoln Way
>Coeur d'Alene, Idaho 83814
>Telephone: (208) 667-0683
>Facsimile: (208) 664-1684
>E-mail: wes@jvwlaw.net
>Attorney for Plaintiff Ryan Leslie Claxton, individually and as Independent Executor of the Estate of Frank L. Herrington