BEFORE THE JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2741 |
| *Estate of Frank L. Herrington et al. v. Monsanto Company*<br><br>No. 4:20-cv-00641-SRC (E.D. Missouri) | |

## DECLARATION OF WES S. LARSEN

### Re: SERVICE OF PROCESS

1. I am an attorney of record for Plaintiff Ryan Leslie Claxton in this matter, am older than eighteen years of age, am of sound mind, and make this Declaration having personal knowledge of the facts herein contained.

2. This matter (*Estate of Frank L. Herrington et al. v. Monsanto Company*, Eastern District of Missouri Case No. 4:20-cv-00641-SRC) was filed approximately three months ago.

3. Service of process on Defendant Monsanto Company occurred on May 15, 2020.

4. Defendant Monsanto Company has not yet answered the Plaintiff's Complaint, likely because, in the undersigned Declarant's experience, this Defendant typically serves an answer after a tag-along case is transferred into the Roundup MDL.

I certify under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

DATED this 19th day of August, 2020.

                                          */s/ Wes S. Larsen*
                                          Wes S. Larsen

James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur d'Alene, Idaho 83814
Telephone: (208) 667-0683
Facsimile: (208) 664-1684
E-mail: wes@jvwlaw.net
Attorney for Plaintiff Ryan Leslie Claxton, individually and
as Independent Executor of the Estate of Frank L. Herrington