## UNITED STATES DISTRICT COURT
Southern District of Iowa

U.S. Courthouse  
123 East Walnut Street  
Des Moines, Iowa 50309

Clerk of Court's Office  
www.iasd.uscourts.gov



Des Moines  
Davenport  
Council Bluffs

o: 515-284-6248  
f : 515-284-6418

August 18, 2020

Mr. John W. Nichols  
Judicial Panel on Multidistrict Litigation  
Thurgood Marshall Federal Judicial Building  
One Columbus Circle, NE  
Room G-255, North Lobby  
Washington, DC 20002-8004

*In Re:* MDL 2741 Monsanto Company (Roundup)

Dear Mr. Nichols:

Enclosed is a copy of the complaint from the action filed in the Southern District of Iowa, Central Division by plaintiff Sharon Gibson, against defendant Monsanto Company, Inc. Please forward this complaint to the panel for review of a Potential Tag-Along Action to the above entitled MDL case.

Should you have any questions, please do not hesitate to contact this office.

Sincerely,  
/s/ Sherry Gates  
Deputy Clerk  
Phone number 515-284-6235  
John S. Courter  
CLERK OF COURT

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA
OFFICE OF THE CLERK
www.ned.uscourts.gov

**Denise M. Lucks**
Clerk of Court

**Gabriela Acosta**
Chief Deputy Clerk

August 20, 2020

MDL Judicial Panel
Thurgood Marshall Federal Judiciary Building
1 Columbus Circle, NE
Room G255
Washington, DC 20544-0005

Re:   4:20-cv-3097
      Gobber v. Monsanto Company

Dear Sir/Madam:

    We are sending you a copy of the complaint and docket sheet in this case via e-mail. This is an action regarding RoundUp Products Liability Litigation.

Sincerely,

By:   s/ Laura Monsees
      Deputy Clerk

cc:   Counsel of Record (without enclosures)

Approved 12/22/14

\#

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**
www.ned.uscourts.gov

**Denise M. Lucks**
**Clerk of Court**

**Gabriela Acosta**
**Chief Deputy Clerk**

August 24, 2020

MDL Judicial Panel
Thurgood Marshall Federal Judiciary Building
1 Columbus Circle, NE
Room G255
Washington, DC 20544-0005

    Re:    8:20-cv-344
              Urbanek et al v. Monsanto Company
              MDL No. 2741

Dear Sir/Madam:

    We are sending you a copy of the complaint and docket sheet in this case via e-mail. This is an action regarding Roundup Products Liability Litigation.

                                    Sincerely,

                              By:    s/ Laura Monsees
                                    Deputy Clerk

cc:    Counsel of Record (without enclosures)

Approved 12/22/14

\#