**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Ricky Randall | Monsanto Co. and Does 1-50 | Southern District of California (San Diego) | 3:20-cv-01418-W-KSC | Senior District Judge Thomas J. Whelan |
| 2. | Juanita S. Hogg | Monsanto Co. | Northern District of Alabama (Southern) | 2:20-cv-01130-AKK | District Judge Abdul K. Kallon |
| 3. | Jan R. Frye and Carolyn A. Frye | Monsanto Co. | District of Nebraska (Omaha) | 8:20-cv-00345-BCB-CRZ | District Judge Brian C. Buescher |