BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 24, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 24, 2020 to counsel for Plaintiffs as follows:

John H. Gomez, Esq.
Jessica T. Sizemore-Wetzel, Esq.
GOMEZ TRIAL ATTORNEYS
655 West Broadway
Suite 1700
San Diego, CA 92101
Phone: (619) 237-3490
Email: john@thegomezfirm.com
Email: jessica@thegomezfirm.com

Counsel for Plaintiff in *Randall v. Monsanto Co., et al.,* No. 3:20-cv-01418-W-KSC (S.D. Cal.).

Joel L. DiLorenzo, Esq.
THE DILORENZO LAW FIRM, LLC
505 20th Street North
Suite 1275
Birmingham, AL 35203
Phone: (205) 212-9988
Email: joel@dilorenzo-law.com

Counsel for Plaintiff in *Hogg v. Monsanto Co.,* No. 2:20-cv-01130-AKK (N.D. Ala.).

David A. Domina, Esq.
DOMINA LAW GROUP
2425 South 144th Street
Omaha, NE 68144
Phone: (402) 493-4100
Email: ddomina@dominalaw.com

1

Counsel for Plaintiffs in *Frye v. Monsanto Co.,* No. 8:20-cv-00345-BCB-CRZ (D. Neb.).

Dated: August 24, 2020    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*