**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**BAYER CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| | Walter Johnson | Bayer Corp. | Middle District of Florida (Tampa) | 8:20-cv-01973-TPB-CPT, 8:20-cv-01973-T-60CPT | District Judge Thomas P. Barber |

1