**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on August 25, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 25, 2020 to counsel for Plaintiff as follows:

Shane A. Newlands, Esq.
William L. Clark, Esq.
NEWLANDS & CLARK
11161 East State Road 70
Suite 110-168
Lakewood Ranch, FL 34202
Phone: (813) 438-3435
Email: shane@newlandsclark.com
Email: lee@newlandsclark.com

Counsel for Plaintiff in *Johnson v. Bayer Corp.,* No. 8:20-cv-01973-TPB-CPT (M.D. Fla.), *Johnson v. Bayer Corp.,* No. 8:20-cv-01973-T-60CPT (M.D. Fla.).

Dated: August 25, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Bayer Corporation*

1