**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| | Rob Bundy | Monsanto Co. and Bayer Corp. | Middle District of Florida (Tampa) | 8:20-cv-01968-VMC-SPF, 8:20-cv-01968-T-33SPF | Senior District Judge Virginia M. Hernandez Covington |