**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on August 25, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 25, 2020 to all counsel as follows:

Anthony J. Manganiello, III, Esq.
ICARD, MERRILL, CULLIS, TIMM, FUREN & GINSBURG, P.A.
2033 Main Street
Suite 600
Sarasota, FL 34237
Phone: (941) 366-8100
Email: amanganiello@icardmerrill.com

Counsel for Plaintiff in *Bundy v. Monsanto Co., et al.,* No. 8:20-cv-01968-VMC-SPF (M.D. Fla.); *Bundy v. Monsanto Co., et al.,* No. 8:20-cv-01968-T-33SPF (M.D. Fla.).

Anthony N. Upshaw, Esq.
Melissa R. Alvarez, Esq.
MCDERMOTT WILL & EMERY LLP
333 Southeast 2nd Avenue
Suite 4500
Miami, FL 33131
Phone: (305) 358-3500
Email: aupshaw@mwe.com
Email: malvarez@mwe.com

Counsel for defendant Bayer Corporation in *Bundy v. Monsanto Co., et al.,* No. 8:20-cv-01968-VMC-SPF (M.D. Fla.); *Bundy v. Monsanto Co., et al.,* No. 8:20-cv-01968-T-33SPF (M.D. Fla.).

2

Dated: August 25, 2020                              Respectfully submitted,

   /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*