## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

### MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, defendant Monsanto Company hereby notifies the Clerk of the

Panel of the potential tag-along action listed on the attached Schedule of Action.

The docket sheet and complaint for the potential tag-along action are attached.

Dated: August 26, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C.  20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

1