# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received:  8/26/2020

District Court:  E.D. Louisiana

Number of Actions:  1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL