**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Joslyn Ethel Kooi, Individually and as Personal Representative of Douglas Kooi | Monsanto Co. | Western District of Washington (Tacoma) | 3:20-cv-05864 | Unassigned |
| 2. | Kim Bowen, as Successor in Interest for Octavia Renee Powell, Deceased | Monsanto Co. | Eastern District of Pennsylvania (Philadelphia) | 2:20-cv-04038-GJP | District Judge Gerald J. Pappert |