**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 27, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 27, 2020 to counsel for Plaintiffs as follows:

Daniel F. Johnson, Esq.
BRESKIN JOHNSON & TOWNSEND, PLLC
1000 Second Avenue
Suite 3670
Seattle, WA 98104
Phone: (206) 652-8660
Email: djohnson@bjtlegal.com

Co-counsel for Plaintiffs in *Kooi v. Monsanto Co.,* No. 3:20-cv-05864 (W.D. Wash.).

Farzad Rastegar, Esq.
Douglas W. Perlman, Esq.
RASTEGAR LAW GROUP, APC
22760 Hawthorne Boulevard
Suite 200
Torrance, CA 90505
Phone: (310) 961-9600
Email: farzad@rastegarlawgroup.com
Email: douglas@rastegarlawgroup.com

Co-counsel for Plaintiffs in *Kooi v. Monsanto Co.,* No. 3:20-cv-05864 (W.D. Wash.).

Robert S. Miller, Esq.
Jarad L. Silverstein, Esq.
WAPNER, NEWMAN, WIGRIZER, BRECHER & MILLER, P.C.
2000 Market Street
Suite 2750
Philadelphia, PA 19103

Phone: (215) 569-0900
Email: rmiller@wapnernewman.com
Email: jsilverstein@wapnernewman.com

Counsel for Plaintiff in *Bowen v. Monsanto Co.*, No. 2:20-cv-04038-GJP (E.D. Pa.).

Dated: August 27, 2020                              Respectfully submitted,

                                                    /s/ Joe G. Hollingsworth
                                                    Joe G. Hollingsworth, Esq.
                                                    (jhollingsworth@hollingsworthllp.com)
                                                    HOLLINGSWORTH LLP
                                                    1350 I Street, N.W.
                                                    Washington, D.C. 20005
                                                    Phone: (202) 898-5800
                                                    Fax:    (202) 682-1639

                                                    *Attorneys for Defendant Monsanto Company*