**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Elizabeth Reaves, as Special Administratrix of the Estate of Joe Reaves, and on behalf of the Wrongful Death Beneficiaries of Joe Reaves | Monsanto Co. and John Does I-V | Western District of Arkansas (El Dorado) | 1:20-cv-01044-SOH | Chief District Judge Susan O. Hickey |