**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on August 28, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 28, 2020 to counsel for Plaintiffs as follows:

Gene A. Ludwig, Esq.
Kale L. Ludwig, Esq.
Kyle P. Ludwig, Esq.
LUDWIG LAW FIRM, PLC
1217 West Third Street
Little Rock, AR 72201
Phone: (501) 868-7500
Email: gene@ludwiglawfirm.com
Email: kale@ludwiglawfirm.com
Email: kyle@ludwiglawfirm.com

Counsel for Plaintiffs in *Reaves v. Monsanto Co., et al.,* No. 1:20-cv-01044-SOH (W.D. Ark.).

Dated: August 28, 2020         Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*