**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Jack L. Richards, Executor of the Estate of Kathleen L. Richards | Monsanto Co. | Southern District of New York (Foley Square) | 1:20-cv-06638-VM | Senior District Judge Victor Marrero |
| 2. | Lorrie A. Smith and Timothy M. A. Smith | Monsanto Co. | Southern District of New York (Foley Square) | 1:20-cv-06642-VSB | District Judge Vernon S. Broderick |
| 3. | Patsy K. Silvas, on behalf of the Estate of Ernest C. Silvas, Sr. | Monsanto Co. | District of Arizona (Tucson) | 4:20-cv-00325-JR, CV-20-00325-TUC-JR | Magistrate Judge Jacqueline M. Rateau |