**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 1, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 1, 2020 to counsel for Plaintiffs as follows:

Paul D. Rheingold, Esq.
PAUL D. RHEINGOLD, PC
5 Manursing Way
Rye, NY 10580
Phone: (914) 967-2215
Email: prheingold@rheingoldlaw.com

Counsel for Plaintiffs in *Richards v. Monsanto Co.*, No. 1:20-cv-06638-VM (S.D.N.Y.); *Smith v. Monsanto Co.*, No. 1:20-cv-06642-VSB (S.D.N.Y.).

David J. Diamond, Esq.
GOLDBERG & OSBORNE
698 East Wetmore Road
Suite 200
Tucson, AZ 85705
Phone: (520) 620-3975
Email: ddiamond@goldbergandosborne.com

Counsel for Plaintiff in *Silvas v. Monsanto Co.*, No. 4:20-cv-00325-JR (D. Ariz.), *Silvas v. Monsanto Co.*, No. CV-20-00325-TUC-JR (D. Ariz.).

Dated: September 1, 2020                    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*