BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Ramon Tejera | Monsanto Co. | Southern District of Florida (West Palm Beach) | 9:20-cv-81358-RKA | District Judge Roy K. Altman |
| **2.** | Angelo Grillo | Monsanto Co. and John Does 1-50 | Eastern District of New York (Central Islip) | 2:20-cv-02712-GRB-AKT | District Judge Gary R. Brown |
| **3.** | Gary Donaghy | Monsanto Co. | District of Connecticut (New Haven) | 3:20-cv-01240-VAB | District Judge Victor A. Bolden |