**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 2, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 2, 2020 to counsel for Plaintiffs as follows:

Kertch J. Conze, Esq.
LAW OFFICES OF KERTCH CONZE, P.A.
3600 Red Road
Suite 402
Miramar, FL 33025
Phone: (954) 342-9044
Email: conze@conzelaw.com

Counsel for Plaintiff in *Tejera v. Monsanto Co.*, No. 9:20-cv-81358-RKA (S.D. Fla.).

Kevin P. Roddy, Esq.
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Suite 900
Woodbridge, NJ 07095
Phone: (732) 636-8000
Email: kroddy@wilentz.com

Counsel for Plaintiff in *Grillo v. Monsanto Co., et al.*, No. 2:20-cv-02712-GRB-AKT (E.D.N.Y.).

Laura Ann Raymond, Esq.
THE REARDON LAW FIRM, P.C.
160 Hempstead Street
New London, CT 06320
Phone: (860) 442-0444
Email: lraymond@reardonlaw.com

Counsel for Plaintiff in *Donaghy v. Monsanto Co.*, No. 3:20-cv-01240-VAB (D. Conn.).

Dated: September 2, 2020            Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*