# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received:** 9/1/2020 & 9/2/2020

**District Court:** E.D. Arkansas & E.D. Louisiana

**Number of Actions:** 2

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL