BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP                                              MDL No: 2741

PRODUCTS LIABILITY LITIGATION

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation defendant U.S.A. Exterminators writes to notify you of the potential tag along action listed on the attached Schedule of Action.

A docket sheet and complaint are attached.

Dated: New York, New York

September 3, 2020

BELLUCK & FOX, LLP

_____
Kristina Georgiou, Esq.
Attorneys for Plaintiff (s)
546 5th Avenue, 5th Floor
New York, New York 10036
212-681-1575
kgeorgiou@belluckfox.com