**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP

PRODUCTS LIABILITY LITIGATION

MDL No: 2741

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

|    | Plaintiff | Defendants | District | Civil Action No. | Judge |
|----|-----------|------------|----------|------------------|-------|
| 1. | Mitchell Menarchem | Monsanto Company | EDNY | 2:20-cv-03662-JMA-ST | Joan M. Azrack |