# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## PROOF OF SERVICE

I hereby certify that an electronic copy of the forgoing Notice of Potential Tag-Along Action and attached Schedule of Actions and Amended Proof of Service, were filed in MDL No. 2741 and served on the following om September 3, 2020:

Arnold Porter Kaye Scholer LLP
Aaron H Levine, Esq.
Attorneys for Monsanto Company
250 West 55th Street
New York, NY 10019
212-836-7586
Email: Aaron.Levine@arnoldporter.com

Dated: New York, New York
       September 3, 2020

                                            BELLUCK & FOX, LLP

                                            _____
                                            Kristina Georgiou, Esq.
                                            Attorneys for Plaintiff (s)
                                            546 5th Avenue, 5th Floor
                                            New York, New York 10036
                                            212-681-1575
                                            kgeorgiou@belluckfox.com