**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Sandra Goodrich, Administrator of the Estate of James W. Goodrich | Monsanto Co. | Southern District of Ohio (Columbus) | 2:20-cv-04558-SDM-CMV | District Judge Sarah D. Morrison |