**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on September 3, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 3, 2020 to counsel for Plaintiff as follows:

George D. Jonson, Esq.
Matthew E. Stubbs, Esq.
MONTGOMERY JONSON LLP
600 Vine Street
Suite 2650
Cincinnati, OH 45202
Phone: (513) 768-5220
Email: gjonson@mojolaw.com
Email: mstubbs@mojolaw.com

Counsel for Plaintiff in *Goodrich v. Monsanto Co.,* No. 2:20-cv-04558-SDM-CMV (S.D. Ohio).

Dated: September 3, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

1