BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Prabha Baid and Shailesh Baid | Monsanto Co. | District of Massachusetts (Boston) | 1:20-cv-11116-NMG | District Judge Nathaniel M. Gorton |
| 2. | Daniel Brown | Monsanto Co. and Bayer Corp. | District of New Jersey (Newark) | 2:20-cv-06238-JMV-JAD | District Judge John Michael Vazquez |