**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 8, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 8, 2020 to counsel for Plaintiffs as follows:

David C. Strouss, Esq.
Evan R. Hoffman, Esq.
Madeline A. Korber, Esq.
THORNTON LAW FIRM, LLP
One Lincoln Street
Boston, MA 02111
Phone: (617) 720-1333
Email: dstrouss@tenlaw.com
Email: ehoffman@tenlaw.com
Email: mkorber@tenlaw.com

Counsel for Plaintiffs in *Baid v. Monsanto Co.,* No. 1:20-cv-11116-NMG (D. Mass.).

Tayjes Shah, Esq.
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Phone: (540) 672-4224
Email: tshah@millerfirmllc.com

Counsel for Plaintiff in *Brown v. Monsanto Co., et al.,* No. 2:20-cv-06238-JMV-JAD (D.N.J.).

Copies of the foregoing were also caused to be served via first class mail on defendant Bayer Corporation (which has not been served with the summons or complaint in *Brown v. Monsanto Co., et al.,* No. 2:20-cv-06238-JMV-JAD (D.N.J.)) as follows:

1

Bayer Corporation
Attn: General Counsel
100 Bayer Blvd.
Whippany, NJ 07981

Dated: September 8, 2020     Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*