BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Sibley McClure and Samuel McClure | Monsanto Co. and Bayer Corp. | District of New Jersey (Newark) | 2:20-cv-06857-SDW-LDW | District Judge Susan D. Wigenton |
| 2. | Cynthia Nather, Individually, and on behalf of the Estate of Sadie Nather | Monsanto Co. and Bayer Corp. | District of New Jersey (Newark) | 2:20-cv-07497-SDW-LDW | District Judge Susan D. Wigenton |
| 3. | Tyrone Daulton | Monsanto Co. and Bayer Corp. | District of New Jersey (Newark) | 2:20-cv-06807-SDW-LDW | District Judge Susan D. Wigenton |
| 4. | Robert Dow | Monsanto Co. and Bayer Corp. | District of New Jersey (Newark) | 2:20-cv-06980-BRM-JAD | District Judge Brian R. Martinotti |
| 5. | Carolyn Floyd | Monsanto Co. and Bayer Corp. | District of New Jersey (Newark) | 2:20-cv-06832-CCC-ESK | District Judge Claire C. Cecchi |
| 6. | Mark Nolan | Monsanto Co. and Bayer Corp. | District of New Jersey (Newark) | 2:20-cv-06915-BRM-ESK | District Judge Brian R. Martinotti |
| 7. | Vickie Payne-Lauder, on behalf of the Estate of Martin Payne | Monsanto Co. and Bayer Corp. | District of New Jersey (Newark) | 2:20-cv-06194-SDW-LDW | District Judge Susan D. Wigenton |
| 8. | Alan Grimpo | Monsanto Co. and Bayer Corp. | District of New Jersey (Newark) | 2:20-cv-06829-MCA-LDW | District Judge Madeline Cox Arleo |
| 9. | Michael Hoskin and Teresa Hoskin | Monsanto Co. and Bayer Corp. | District of New Jersey (Newark) | 2:20-cv-06850-KSH-CLW | Senior District Judge Katharine S. Hayden |
| 10. | Kenneth Jones and Marjorie Jones | Monsanto Co. and Bayer Corp. | District of New Jersey (Newark) | 2:20-cv-06828-BRM-JAD | District Judge Brian R. Martinotti |

2

| | | | | | |
|---|---|---|---|---|---|
| **11.** | Alan Krupp and Jackie Krupp | Monsanto Co. and Bayer Corp. | District of New Jersey (Newark) | 2:20-cv-05980-ES-MAH | District Judge Esther Salas |
| **12.** | Albert Madaline and Jeanne Madaline | Monsanto Co. and Bayer Corp. | District of New Jersey (Newark) | 2:20-cv-06275-KSH-CLW | Senior District Judge Katharine S. Hayden |
| **13.** | Joseph March | Monsanto Co. and Bayer Corp. | District of New Jersey (Newark) | 2:20-cv-06855-ES-CLW | District Judge Esther Salas |