**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Walter Craig  | Monsanto Co.  | Eastern District of Missouri (St. Louis) | 4:20-cv-00878-SNLJ | Senior District Judge Stephen N. Limbaugh, Jr. |
| 2. | Cheryl Laski  | Monsanto Co.  | Eastern District of Missouri (St. Louis) | 4:20-cv-00879-AGF | District Judge Audrey G. Fleissig |