**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 9, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 9, 2020 to counsel for Plaintiffs as follows:

Patrick N. Keegan, Esq.
KEEGAN & BAKER, LLP
2292 Faraday Avenue
Suite 100
Carlsbad, CA 92008
Phone: (760) 929-9303
Email: pkeegan@keeganbaker.com

Counsel for Plaintiffs in *Craig v. Monsanto Co.,* No. 4:20-cv-00878-SNLJ (E.D. Mo.); *Laski v. Monsanto Co.,* No. 4:20-cv-00879-AGF (E.D. Mo.).

Dated: September 9, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:     (202) 682-1639

*Attorneys for Defendant Monsanto Company*