# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 9/4/2020

**District Court:** W.D. New York

**Number of Actions:** 1

**Complaints and Docket Sheets are attached.**

_____
CLERK OF THE PANEL

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA
OFFICE OF THE CLERK
www.ned.uscourts.gov

**Denise M. Lucks**
Clerk of Court

**Gabriela Acosta**
Chief Deputy Clerk

September 9, 2020

MDL Judicial Panel
Thurgood Marshall Federal Judiciary Building
1 Columbus Circle, NE
Room G255
Washington, DC 20544-0005

    Re:    8:20-cv-362
              Barr et al v. Monsanto Company
              MDL No. 2741

Dear Sir/Madam:

    We are sending you a copy of the complaint and docket sheet in this case via e-mail. This is an action regarding Roundup Products Liability Litigation.

                                      Sincerely,

                                By:    s/ Laura Monsees
                                            Deputy Clerk

cc:    Counsel of Record (without enclosures)

Approved 12/22/14

#

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 | Fax: (402) 661-7387 | Toll Free: (866) 220-4381
Lincoln: (402) 437-1900 | Fax: (402) 437-1911 | Toll Free: (866) 220-4379