**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Mark A. Witsell | Monsanto Co. | District of Hawaii (Hawaii) | 1:20-cv-00380-KJM, CV 20-00380 KJM | Magistrate Judge Kenneth J. Mansfield |
| 2. | Donna Regan and Michael Regan | Monsanto Co. and Bayer Corp. | District of New Jersey (Trenton) | 3:20-cv-05954-AET-TJB | Senior District Judge Anne E. Thompson |