**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 10, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 10, 2020 to counsel for Plaintiffs as follows:

Michael Jay Green, Esq.
MICHAEL JAY GREEN & ASSOCIATES
841 Bishop Street
Suite 2201
Honolulu, HI 96813
Phone: (808) 521-3336
Email: michael@michaeljaygreen.com

Co-counsel for Plaintiff in *Witsell v. Monsanto Co.,* No. 1:20-cv-00380-KJM (D. Haw.), *Witsell v. Monsanto Co.,* No. CV 20-00380 KJM (D. Haw.).

Denise M. Hevicon, Esq.
LAW OFFICES OF DENISE M. HEVICON
841 Bishop Street
Suite 2210
Honolulu, HI 96813
Phone: (808) 523-5751
Email: denise@dmheviconlaw.com

Co-counsel for Plaintiff in *Witsell v. Monsanto Co.,* No. 1:20-cv-00380-KJM (D. Haw.), *Witsell v. Monsanto Co.,* No. CV 20-00380 KJM (D. Haw.).

Maria F. Penn, Esq.
LAW OFFICE OF MARIA F. PENN
841 Bishop Street
Suite 2210
Honolulu, HI 96813
Phone: (808) 523-5751

1

Email: mfpenn@hawaii.rr.com

Co-counsel for Plaintiff in *Witsell v. Monsanto Co.,* No. 1:20-cv-00380-KJM (D. Haw.), *Witsell v. Monsanto Co.,* No. CV 20-00380 KJM (D. Haw.).

Tayjes Shah, Esq.
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Phone: (540) 672-4224
Email: tshah@millerfirmllc.com

Counsel for Plaintiffs in *Regan v. Monsanto Co., et al.,* No. 3:20-cv-05954-AET-TJB (D.N.J.).

Copies of the foregoing were also caused to be served via first class mail on defendant Bayer Corporation (which has not been served with the Summons or Complaint in *Regan v. Monsanto Co., et al.,* No. 3:20-cv-05954-AET-TJB (D.N.J.)) as follows:

    Bayer Corporation
    Attn: General Counsel
    100 Bayer Blvd.
    Whippany, NJ 07981

Dated: September 10, 2020          Respectfully submitted,

                              /s/ Joe G. Hollingsworth
                              Joe G. Hollingsworth, Esq.
                              (jhollingsworth@hollingsworthllp.com)
                              HOLLINGSWORTH LLP
                              1350 I Street, N.W.
                              Washington, D.C. 20005
                              Phone: (202) 898-5800
                              Fax:    (202) 682-1639

                              *Attorneys for Defendant Monsanto Company*