**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Larry Garner | Monsanto Co. | Eastern District of Arkansas (Central Division) | 4:20-cv-00719-SWW | Senior District Judge Susan Webber Wright |
| **2.** | Christina Tovar, Individually and as Executor of the Estate of Apolinar T. Gomez, Gabriela Galvan, Catalina Toscano, and Monica Duarte | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00760-AGF | District Judge Audrey G. Fleissig |
| **3.** | Estate of Alan Field, by and through its personal representative Rachel Field, and Rachel Field, surviving child of Alan Field, on behalf of all legal heirs of Alan Field | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-01217-SNLJ | Senior District Judge Stephen N. Limbaugh, Jr. |

1