**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 14, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 14, 2020 to counsel for Plaintiffs as follows:

Denise Hoggard, Esq.
RAINWATER, HOLT & SEXTON, P.A.
801 Technology Drive
Little Rock, AR 72223
Phone: (501) 868-2500
Email: hoggard@rainfirm.com

Counsel for Plaintiff in *Garner v. Monsanto Co.,* No. 4:20-cv-00719-SWW (E.D. Ark.).

Matthew R. Crimmins, Esq.
Virginia Stevens Crimmins, Esq.
CRIMMINS LAW FIRM, LLC
214 South Spring Street
Independence, MO 64050
Phone: (816) 974-7220
Email: m.crimmins@crimminslawfirm.com
Email: v.crimmins@crimminslawfirm.com

Co-counsel for Plaintiffs in *Tovar, et al. v. Monsanto Co.,* No. 4:20-cv-00760-AGF (E.D. Mo.).

Stephen J. Nemec, Esq.
JAMES, VERNON & WEEKS, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83814
Phone: (208) 667-0683
Email: snemec@jvwlaw.net

Co-counsel for Plaintiffs in *Tovar, et al. v. Monsanto Co.,* No. 4:20-cv-00760-AGF (E.D. Mo.).

1

E. Elliot Adler, Esq.
Ellen N. Adler, Esq.
Amanda J. Wiesner, Esq.
ADLER LAW GROUP, APLC
402 West Broadway
Suite 860
San Diego, CA 92101
Phone: (619) 531-8700
Email: eadler@theadlerfirm.com
Email: enadler@theadlerfirm.com
Email: awiesner@theadlerfirm.com

Counsel for Plaintiffs in *Field v. Monsanto Co.*, No. 4:20-cv-01217-SNLJ (E.D. Mo.).

Dated: September 14, 2020     Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*