**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Gary G. Lindeblad | Monsanto Co. | Eastern District of Washington (Spokane) | 2:20-cv-00267-SMJ | District Judge Salvador Mendoza, Jr. |
| 2. | Livier Chavez and Juan Jose Brown | Monsanto Co. and Does 1 through 1000, inclusive | Central District of California (Los Angeles) | 2:20-cv-08381 | Unassigned |
| 3. | Robert L. Schoenberg | Monsanto Co. | District of Kansas (Kansas City) | 2:20-cv-02451-KHV-JPO | Senior District Judge Kathryn H. Vratil |
| 4. | Adrine Hann | Monsanto Co. | Eastern District of Michigan (Detroit) | 2:20-cv-11859-BAF-APP | Senior District Judge Bernard A. Friedman |
| 5. | Michael DeRobbio | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00418-HEA | District Judge Henry Edward Autrey |
| 6. | Steven Zitzke | Monsanto Co. | Northern District of Illinois (Rockford) | 3:20-cv-50312 | District Judge Thomas M. Durkin |