# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 15, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 15, 2020 to counsel for Plaintiffs as follows:

Jeffrey D. Boyd, Esq.
Deborah M. Nelson, Esq.
NELSON BOYD, PLLC
411 University Street
Suite 1200
Seattle, WA 98101
Phone: (206) 971-7601
Email: boyd@nelsonboydlaw.com
Email: nelson@nelsonboydlaw.com

Co-counsel for Plaintiff in *Lindeblad v. Monsanto Co.,* No. 2:20-cv-00267-SMJ (E.D. Wash.).

Lori E. Andrus, Esq.
Jennie Lee Anderson, Esq.
ANDRUS ANDERSON LLP
155 Montgomery Street
Suite 900
San Francisco, CA 94104
Phone: (415) 986-1400
Email: lori@andrusanderson.com
Email: jennie@andrusanderson.com

Co-counsel for Plaintiff in *Lindeblad v. Monsanto Co.,* No. 2:20-cv-00267-SMJ (E.D. Wash.).

Thomas V. Girardi, Esq.
Christopher T. Aumais, Esq.
Arin Scapa, Esq.
GIRARDI KEESE

1126 Wilshire Boulevard
Los Angeles, CA 90017
Phone: (213) 977-0211
Email: tgirardi@girardikeese.com
Email: caumais@girardikeese.com
Email: ascapa@girardikeese.com

Co-counsel for Plaintiffs in *Chavez, et al. v. Monsanto Co., et al.,* No. 2:20-cv-08381 (C.D. Cal.).

John Abassian, Esq.
FIRST LEGAL SOLUTION APC
16255 Ventura Boulevard
Suite 1205
Encino, CA 91436
Phone: (818) 650-6363
Email: john@flsone.com

Co-counsel for Plaintiffs in *Chavez, et al. v. Monsanto Co., et al.,* No. 2:20-cv-08381 (C.D. Cal.).

William P. Ronan, III, Esq.
THE RONAN LAW FIRM
10740 Nail Avenue
Suite 160
Overland Park, KS 66211
Phone: (913) 652-9937
Email: wpr@theronanlawfirm.com

Counsel for Plaintiff in *Schoenberg v. Monsanto Co.,* No. 2:20-cv-02451-KHV-JPO (D. Kan.).

Jerard M. Scanland, Esq.
MUSSIN & SCANLAND, PLLC
13351 Reeck Court
Suite 5
Southgate, MI 48195
Phone: (734) 282-6037
Email: jscanland@milawoffices.com

Counsel for Plaintiff in *Hann v. Monsanto Co.,* No. 2:20-cv-11859-BAF-APP (E.D. Mich.).

Matthew Haynie, Esq.
J. Forester, Esq.
FORESTER HAYNIE PLLC
400 North Saint Paul Street
Suite 700

Dallas, TX 75201
Phone: (214) 210-2100
Email: matthew@foresterhaynie.com
Email: jay@foresterhaynie.com

Counsel for Plaintiff in *DeRobbio v. Monsanto Co.,* No. 4:20-cv-00418-HEA (E.D. Mo.).

Rebecca Fredona, Esq.
MOLL LAW GROUP
22 West Washington Street
15th Floor
Chicago, IL 60602
Phone: (312) 462-1700
Email: rfredona@molllawgroup.com

Counsel for Plaintiff in *Zitzke v. Monsanto Co.,* No. 3:20-cv-50312 (N.D. Ill.).

Dated: September 15, 2020                    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*