# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE: Roundup Products Liability Litigation**                                MDL No. 2741

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff, Sedrick D. Edwards writes to notify you of the potential tag along action listed on the attached Schedule of Action.

A docket sheet and complaint is attached as Exhibit 1.

Dated: September 17, 2020

/s/ Richard Root
Richard Root, Esq.
Morris Bart, LLC
601 Poydras Street, Suite 2400
New Orleans, LA 70130
Phone (504) 525-8000
Fax (833) 277-4214
email: rroot@morrisbart.com
Counsel for Plaintiff, Sedrick D. Edwards