# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

IN RE: Roundup Products
Liability Litigation                                          MDL No. 2741

### NOTICE OF POTENTIAL TAG-ALONG ACTION
### Schedule of Actions
### September 17, 2020

|    | Plaintiffs | Defendants | District | Civil Action No | Judge |
|----|------------|------------|----------|-----------------|-------|
| 1. | Sedrick Edwards | Monsanto Company | Middle District of Alabama | 2:20cv0225 | Judge R. Austin Huffaker, Jr. |

/s/ Richard Root
Richard Root, Esq.
Morris Bart, LLC
601 Poydras Street, Suite 2400
New Orleans, LA 70130
Phone (504) 525-8000 Fax (833) 277-4214
email: rroot@morrisbart.com
Counsel for Plaintiff, Sedrick D. Edwards