BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2741 |
|---|---|

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on September 17, 2020, a copy of Plaintiff's Notice of Tag-Along Action and Schedule of Actions was electronically filed with the Clerk of the JPML by using the CM/ECF and was served on all counsel or parties via the Court's electronic filing system and/or electronic mail at the following e-mail addresses:

Martin C. Calhoun
Hollingsworth, LLP
1350 I Street NW
Washington, DC 20005
202-898-5867
**MCalhoun@Hollingsworthllp.com**


/s/ Richard Root
Richard Root, Esq.
Morris Bart, LLC
601 Poydras Street, Suite 2400
New Orleans, LA 70130
Phone (504) 525-8000
Fax (833) 277-4214
email: rroot@morrisbart.com
Counsel for Plaintiff, Sedrick D. Edwards