**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on September 21, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 21, 2020 to counsel for Plaintiff as follows:

Wesley D. Merillat, Esq.
CHARLES E. BOYK LAW OFFICES, LLC
1500 Timberwolf Drive
Holland, OH 43528
Phone: (419) 241-1395
Email: wmerillat@charlesboyk-law.com

Counsel for Plaintiff in *Nissen v. Monsanto Co.,* No. 3:20-cv-01867-JZ (N.D. Ohio).

Dated: September 21, 2020                           Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*