**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Juan Garza and Delia Garza[1] | Monsanto Co. | Southern District of Texas (Houston) | 4:20-cv-02228 | District Judge Andrew S. Hanen |
| 2. | Keith Woods and Michae'l Leeca Woods | Monsanto Co. | Southern District of Texas (Houston) | 4:20-cv-02227 | Senior District Judge Ewing Werlein, Jr. |
| 3. | Stephen Russell Story and Julie Story | Monsanto Co. | Southern District of Georgia (Waycross) | 5:20-cv-00126-LGW-BWC | District Judge Lisa G. Wood |

---

[1] The docket sheet for *Garza* (S.D. Tex.) lists an additional plaintiff named "Juan Leeca Garza," although such individual is not referenced in the Complaint. It appears that the reference on the docket sheet to "Juan Leeca Garza" was an inadvertent error, and thus, Monsanto has not listed this individual in the Schedule of Actions seeking transfer of this case to the MDL.

1