**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 22, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 22, 2020 to counsel for Plaintiffs as follows:

Charles R. Houssiere, III, Esq.
Randal A. Kauffman, Esq.
HOUSSIERE, DURANT & HOUSSIERE, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056
Phone: (713) 626-3700
Email: choussiere@hdhtex.com
Email: rkauffman@hdhtex.com

Counsel for Plaintiffs in *Garza v. Monsanto Co.*, No. 4:20-cv-02228 (S.D. Tex.); *Woods v. Monsanto Co.*, No. 4:20-cv-02227 (S.D. Tex.).

Mark A. Tate, Esq.
Andrew A. Zemany, Esq.
TATE LAW GROUP, LLC
25 Bull Street
Second Floor
Savannah, GA 31401
Phone: (912) 234-3030
Email: marktate@tatelawgroup.com
Email: azemany@tatelawgroup.com

Counsel for Plaintiffs in *Story v. Monsanto Co.*, No. 5:20-cv-00126-LGW-BWC (S.D. Ga.).

2

Dated: September 22, 2020    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*