BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION                MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff**       | **Defendant** | **District**                              | **Civil Action No.**      | **Judge**                                   |
|----|---------------------|---------------|-------------------------------------------|---------------------------|---------------------------------------------|
| 1. | Daniel Lindvall     | Monsanto Co.  | Northern District of Georgia (Atlanta)    | 1:20-cv-03853-LMM         | District Judge Leigh Martin May             |
| 2. | Michael McDermott   | Monsanto Co.  | District of Massachusetts (Boston)        | 1:20-cv-11731-DJC         | District Judge Denise J. Casper             |
| 3. | Thomas G. Rogers    | Monsanto Co.  | District of New Mexico (Albuquerque)      | 1:20-cv-00953-SCY-JFR     | Magistrate Judge Steven C. Yarbrough        |
| 4. | Raymond A. Carroll  | Monsanto Co.  | Eastern District of Texas (Lufkin)        | 9:20-cv-00008-RC-ZJH      | Senior District Judge Ron Clark             |