**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2741 |

---

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 23, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 23, 2020 to counsel for Plaintiffs as follows:

Christopher B. Hall, Esq.
Gordon Van Remmen, Esq.
HALL & LAMPROS, LLP
400 Galleria Parkway
Suite 1150
Atlanta, GA 30339
Phone: (404) 876-8100
Email: chall@hallandlampros.com
Email: gordon@hallandlampros.com

Counsel for Plaintiff in *Lindvall v. Monsanto Co.*, No. 1:20-cv-03853-LMM (N.D. Ga.).

Paula S. Bliss, Esq.
BERNHEIM KELLEY BATTISTA BLISS, LLC
4 Court Street
Plymouth, MA 02360
Phone: (617) 865-3642
Email: pbliss@bkbblaw.com

Counsel for Plaintiff in *McDermott v. Monsanto Co.*, No. 1:20-cv-11731-DJC (D. Mass.).

Mark J. Walters, Esq.
Christian P. LaBletta, Esq.
LABLETTA & WALTERS LLC
200 Barr Harbor Drive
Suite 400
Conshohocken, PA 19428
Phone: (610) 828-3339

1

Email: mwalters@lablettawalters.com
Email: clabletta@lablettawalters.com

Co-counsel for Plaintiff in *Rogers v. Monsanto Co.,* 1:20-cv-00953-SCY-JFR (D.N.M.).

Roger Eaton, Esq.
8617 Rio Grande Boulevard Northwest
Los Ranchos, NM 87114
Phone: (505) 264-9116
Email: roger2eaton@gmail.com

Co-counsel for Plaintiff in *Rogers v. Monsanto Co.,* 1:20-cv-00953-SCY-JFR (D.N.M.).

John C. Enochs, Esq.
Betsy Barnes, Esq.
MORRIS BART LLC
601 Poydras Street
24th Floor
New Orleans, LA 70130
Phone: (504) 525-8000
Email: jenochs@morrisbart.com
Email: bbarnes@morrisbart.com

Counsel for Plaintiff in *Carroll v. Monsanto Co.,* No. 9:20-cv-00008-RC-ZJH (E.D. Tex.).


Dated: September 23, 2020                    Respectfully submitted,


                                             /s/ Joe G. Hollingsworth
                                             Joe G. Hollingsworth, Esq.
                                             (jhollingsworth@hollingsworthllp.com)
                                             HOLLINGSWORTH LLP
                                             1350 I Street, N.W.
                                             Washington, D.C. 20005
                                             Phone: (202) 898-5800
                                             Fax:    (202) 682-1639

                                             *Attorneys for Defendant Monsanto Company*