**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Nick Manuel Griego, as Independent Executor of the Estate of Sylvia Lillian Solis, Deceased | Monsanto Co. | Western District of Texas (San Antonio) | 5:20-cv-01136 | Unassigned |