**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on September 24, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 24, 2020 to Plaintiff as follows:

Nick M. Griego
5802 Imperial Topaz
San Antonio, TX 78222
Phone: (210) 845-9802
Email: griegomnick@yahoo.com

*Pro se* Plaintiff in *Griego v. Monsanto Co.,* No. 5:20-cv-01136 (W.D. Tex.).

Dated: September 24, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*