# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on September 28, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 28, 2020 to counsel for Plaintiff as follows:

Peter T. Anderson, Esq.  
KETTERER, BROWNE & ANDERSON  
336 South Main Street  
Bel Air, MD 21014  
Phone: (855) 522-5297  
Email: pete@kbaattorneys.com

Co-counsel for Plaintiff in *Lewis v. Monsanto Co.*, No. 3:20-cv-00378-REP (E.D. Va.).

Joseph A. Osborne, Esq.  
J. Robert Bell, III, Esq.  
OSBORNE & FRANCIS  
433 Plaza Real  
Suite 271  
Boca Raton, FL 33432  
Phone: (561) 293-2600  
Email: josborne@realtoughlawyers.com  
Email: rbell@realtoughlawyers.com

Co-counsel for Plaintiff in *Lewis v. Monsanto Co.*, No. 3:20-cv-00378-REP (E.D. Va.).

2

Dated: September 28, 2020    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*