**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION                     MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | William M. McKemie | Monsanto Co. | Western District of Texas (Austin) | 1:20-cv-00659-RP | District Judge Robert Pitman |
| 2. | Robert Cope | Monsanto Co. | Northern District of Texas (Lubbock) | 5:20-cv-00164-H | District Judge James Wesley Hendrix |