**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 29, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 29, 2020 to counsel for Plaintiffs as follows:

William L. Sciba, III, Esq.
COLE, COLE, EASLEY & SCIBA, P.C.
302 West Forrest Street
Victoria, TX 77901
Phone: (361) 575-0551
Email: wsciba@colefirmservice.com

Co-counsel for Plaintiff in *McKemie v. Monsanto Co.*, No. 1:20-cv-00659-RP (W.D. Tex.).

C. Mark Whitehead, III, Esq.
THE WHITEHEAD LAW FIRM, LLC
3639 Ambassador Caffery Parkway
Suite 303
Lafayette, LA 70503
Phone: (337) 740-6006
Email: cmw@whiteheadlaw.com

Co-counsel for Plaintiff in *McKemie v. Monsanto Co.*, No. 1:20-cv-00659-RP (W.D. Tex.).

Samuel C. Cole, Esq.
COLE, COLE, EASLEY & SCIBA, P.C.
302 West Forrest Street
Victoria, TX 77901
Phone: (361) 575-0551
Email: sam@cceslaw.com

Counsel for Plaintiff in *Cope v. Monsanto Co.*, No. 5:20-cv-00164-H (N.D. Tex.).

Dated: September 29, 2020                    Respectfully submitted,

    /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*