BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2741 |
|---|---|

## SCHEDULE OF ACTIONS

|  | Plaintiff | Defendants | District | Case No. | Judge |
|---|---|---|---|---|---|
| 1. | Héctor M. Toro Rivera | MONSANTO COMPANY | PUERTO RICO | 3:20-cv-01508-WGY | Hon. Judge William G. Young |
| 2. | Damaris Trinidad, Individually and as Representative of the Estate of GLADYS TRINIDAD, Deceased. | MONSANTO COMPANY | SOUTHERN DISTRICT OF NEW YORK | 7:20-cv-08056 | Hon. Judge Kenneth M. Karas |

Dated: September 30, 2020

Respectfully submitted,

/s/: Randi Kassan, Esq.
Randi Kassan, Esq.
SANDERS PHILLIPS GROSSMAN, LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel.: (516) 741-5600
Fax.: (516) 741-0128
rkassan@thesandersfirm.com
*Counsel for Plaintiffs Héctor M. Toro Rivera and Damaris Trinidad, Individually and as Representative of the Estate of GLADYS TRINIDAD, Deceased.*

1