**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION               MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Eric Farrell and Laura Farrell | Monsanto Co. | District of Connecticut (New Haven) | 3:20-cv-01415-KAD | District Judge Kari A. Dooley |
| 2. | Tony Howell | Monsanto Co. | Western District of North Carolina (Asheville) | 1:20-cv-00270-MR-WCM | Chief District Judge Martin Reidinger |