**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 30, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 30, 2020 to counsel for Plaintiffs as follows:

Laura Ann Raymond, Esq.
THE REARDON LAW FIRM, P.C.
160 Hempstead Street
New London, CT 06320
Phone: (860) 442-0444
Email: lraymond@reardonlaw.com

Counsel for Plaintiffs in *Farrell v. Monsanto Co.*, No. 3:20-cv-01415-KAD (D. Conn.).

Janet Ward Black, Esq.
Audrey M. Snyder, Esq.
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, NC 27401
Phone: (336) 333-2244
Email: jwblack@wardblacklaw.com
Email: asnyder@wardblacklaw.com

Counsel for Plaintiff in *Howell v. Monsanto Co.*, No. 1:20-cv-00270-MR-WCM (W.D.N.C.).

2

Dated: September 30, 2020                           Respectfully submitted,

    /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*