**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Joseph Martin Angeleri | Monsanto Co. | Middle District of Florida (Tampa) | 8:20-cv-02050-MSS-CPT, 8:20-cv-02050-T-35CPT | District Judge Mary S. Scriven |
| 2. | Sherry Lee Leslie | Monsanto Co. | Middle District of Florida (Tampa) | 8:20-cv-02211-VMC-AEP, 8:20-cv-02211-T-33AEP | Senior District Judge Virginia M. Hernandez Covington |
| 3. | Steven R. Montgomery and Lauren C. Daspit | Monsanto Co. | Western District of Louisiana (Lafayette) | 6:20-cv-01176-JDC-CBW | District Judge James D. Cain, Jr. |