**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 5, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 5, 2020 to counsel for Plaintiffs as follows:

T. Michael Morgan, Esq.
G. Katherine Chambers, Esq.
MORGAN & MORGAN
20 North Orange Avenue
Suite 1600
Orlando, FL 32801
Phone: (407) 420-1414
Email: mmorgan@forthepeople.com
Email: kathychambers@forthepeople.com

Counsel for Plaintiffs in *Angeleri v. Monsanto Co.,* No. 8:20-cv-02050-MSS-CPT (M.D. Fla.), *Angeleri v. Monsanto Co.,* No. 8:20-cv-02050-T-35CPT (M.D. Fla.); *Leslie v. Monsanto Co.,* No. 8:20-cv-02211-VMC-AEP (M.D. Fla.), *Leslie v. Monsanto Co.,* No. 8:20-cv-02211-T-33AEP (M.D. Fla.).

Kenneth W. DeJean, Esq.
Adam R. Credeur, Esq.
Natalie M. DeJean, Esq.
LAW OFFICES OF KENNETH W. DEJEAN
417 West University Avenue
Lafayette, LA 70502
Phone: (337) 235-5294
Email: kwdejean@kwdejean.com
Email: adam@kwdejean.com
Email: natalie@kwdejean.com

Counsel for Plaintiffs in *Montgomery, et al. v. Monsanto Co.,* No. 6:20-cv-01176-JDC-CBW (W.D. La.).

Dated: October 5, 2020   Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*