**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on October 6, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 6, 2020 to counsel for Plaintiff as follows:

David A. Anderson, Esq.
ANDERSON & ASSOCIATES, P.C.
9247 North Meridian Street
Suite 112
Indianapolis, IN 46260
Phone: (317) 846-6655
Email: andersonlawassoc@sbcglobal.net
Email: david@davidandersonlaw.com

Counsel for Plaintiff in *Piganelli v. Monsanto Co.,* No. 1:20-cv-02580-SEB-MPB (S.D. Ind.).

Dated: October 6, 2020                Respectfully submitted,

                                      /s/ Joe G. Hollingsworth
                                      Joe G. Hollingsworth, Esq.
                                      (jhollingsworth@hollingsworthllp.com)
                                      HOLLINGSWORTH LLP
                                      1350 I Street, N.W.
                                      Washington, D.C. 20005
                                      Phone: (202) 898-5800
                                      Fax:    (202) 682-1639

                                      *Attorneys for Defendant Monsanto Company*

1