# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received: 10/2/2020 & 10/7/2020**

**District Court: E.D. Louisiana & D. Minnesota**

**Number of Actions: 3**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL