**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS	MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Bruce Grabber | Monsanto Co. | District of Arizona (Phoenix) | 2:20-cv-01908-MTL, CV-20-01908-PHX-MTL | District Judge Michael T. Liburdi |
| **2.** | Lisa Dooley | Monsanto Co. | Eastern District of Pennsylvania (Philadelphia) | 2:20-cv-04878-NIQA | District Judge Nitza I. Quinones Alejandro |
| **3.** | Mary E. Penix, individually and on behalf of Willis Lavelle Penix | Monsanto Co. | Western District of Louisiana (Shreveport) | 5:20-cv-01020-SMH-MLH | Chief District Judge S. Maurice Hicks, Jr. |