## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 8, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 8, 2020 to counsel for Plaintiffs as follows:

Matthew K. LaVelle, Esq.
Michael J. LaVelle, Esq.
LAVELLE & LAVELLE, PLC
2728 North 24th Street
Suite A
Phoenix, AZ 85008
Phone: (602) 279-2100
Email: matt@lavelle-lavelle.com
Email: mjl@lavelle-lavelle.com

Counsel for Plaintiff in *Grabber v. Monsanto Co.,* No. 2:20-cv-01908-MTL (D. Ariz.), *Grabber v. Monsanto Co.,* No. CV-20-01908-PHX-MTL (D. Ariz.).

Robert S. Miller, Esq.
Jarad L. Silverstein, Esq.
WAPNER, NEWMAN, WIGRIZER, BRECHER & MILLER, P.C.
2000 Market Street
Suite 2750
Philadelphia, PA 19103
Phone: (215) 569-0900
Email: rmiller@wapnernewman.com
Email: jsilverstein@wapnernewman.com

Counsel for Plaintiff in *Dooley v. Monsanto Co.,* No. 2:20-cv-04878-NIQA (E.D. Pa.).

Tracy W. Houck, Esq.
LAW OFFICE OF TRACY HOUCK, LLC
301 South Bonner

Ruston, LA 71270
Phone: (318) 255-4066
Email: thouck@suddenlinkmail.com

Counsel for Plaintiffs in *Penix v. Monsanto Co.,* No. 5:20-cv-01020-SMH-MLH (W.D. La.).

Dated: October 8, 2020   Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*