**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS             MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Dolores D. Griffin | Monsanto Co. | Northern District of Ohio (Youngstown) | 4:20-cv-02255-BYP | District Judge Benita Y. Pearson |

1