**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on October 13, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 13, 2020 to counsel for Plaintiff as follows:

James M. Kelley, III, Esq.
ELK & ELK CO., LTD.
6105 Parkland Boulevard
Suite 200
Mayfield Heights, OH 44124
Phone: (440) 995-0105
Email: jkelley@elkandelk.com

Co-counsel for Plaintiff in *Griffin v. Monsanto Co.,* No. 4:20-cv-02255-BYP (N.D. Ohio).

Rand P. Nolen, Esq.
FLEMING, NOLEN & JEZ, LLP
2800 Post Oak Boulevard
Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Email: rand_nolen@fleming-law.com

Co-counsel for Plaintiff in *Griffin v. Monsanto Co.,* No. 4:20-cv-02255-BYP (N.D. Ohio).

2

Dated: October 13, 2020                     Respectfully submitted,

   /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*