BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2741 |
|---|---|

## SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendants** | **District** | **Case No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Elsie Ketty Pagán Resto | MONSANTO COMPANY | PUERTO RICO | 3:20-cv-01526-PAD | Hon. Judge Pedro A. Delgado-Hernandez |

Dated: October 15, 2020

Respectfully submitted,

/s/: Randi Kassan, Esq.
Randi Kassan, Esq.
SANDERS PHILLIPS GROSSMAN, LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel.: (516) 741-5600
Fax.: (516) 741-0128
rkassan@thesandersfirm.com
***Counsel for Plaintiff Elsie Ketty Pagán Resto***