**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL Docket No. 2741 |

    I hereby certify a copy of the foregoing NOTICE OF POTENTIAL TAG-ALONG ACTION was filed electronically via this Panel's CM/ECF filing system, which will send a notice of electronic filing to all Defendants of Record registered with the CM/ECF system for the case listed on the attached Schedule of Actions.

**SERVICE LIST**

Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639
Attorneys for Defendant Monsanto Company

Dated: October 15, 2020

    Respectfully submitted,

    <u>/s/: Randi Kassan, Esq.</u>
    Randi Kassan, Esq.
    SANDERS PHILLIPS GROSSMAN, LLC
    100 Garden City Plaza, Suite 500
    Garden City, NY 11530
    Tel.: (516) 741-5600
    Fax.: (516) 741-0128
    rkassan@thesandersfirm.com
    ***Counsel for Plaintiff Elsie Ketty Pagán Resto***