**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on October 15, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 15, 2020 to counsel for Plaintiffs as follows:

Delain L. Deatherage, Esq.
Stephen W. Grace, Esq.
GRACE & RUDY
1019 16th Avenue South
Nashville, TN 37212
Phone: (615) 255-3529
Email: ddeatherage7@yahoo.com
Email: sgrace@sgracelaw.com

Counsel for Plaintiffs in *Redmond v. Monsanto Co.,* No. 3:20-cv-00875 (M.D. Tenn.).


Dated: October 15, 2020                    Respectfully submitted,


/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

1