# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

U.S. Courthouse & Federal Building
Office of the Clerk
2110 First Street, Room 2-194
Fort Myers, FL 33901
(239) 461-2000
www.flmd.uscourts.gov

**Elizabeth M. Warren**  **Leslie M. Friedmann**
Clerk of Court  Fort Myers Division Manager
  (239)461-2000

October 9, 2020

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, Northeast
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re: Ellen Gilberg et al v Monsanto Company
Case No. 2:20-cv-795-FtM-66MRM

Dear Clerk:

Please see the attached copies of the docket sheet and complaint in the above referenced case for your review.

Sincerely,

ELIZABETH M. WARREN
CLERK

By: _____Michele Stress_____