BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Sweedney Grace Hernandez | Monsanto Co. | Eastern District of Pennsylvania (Philadelphia) | 2:20-cv-04910-PBT | District Judge Petrese B. Tucker |
| 2. | Rosanna R. Brammer, Individually and as the Executor for the Estate of Kendall D. Brammer, the surviving spouse of Kendall D. Brammer, on behalf of herself and all legal heirs of Kendall D. Brammer | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-01469-DDN | Magistrate Judge David D. Noce |
| 3. | Larry L. Cudaback and Bonnie J. Cudaback | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-01467-JMB | Magistrate Judge John M. Bodenhausen |
| 4. | Mark C. Leonard and Cynthia Leonard | Monsanto Co. | Eastern District of North Carolina (Eastern Division) | 4:20-cv-00187-BO | Chief District Judge Terrence W. Boyle |
| 5. | Alyne Griffiths | Monsanto Co., Does 1 through 10, inclusive, and Roe Entities 1 through 10, inclusive | District of Nevada (Las Vegas) | 2:20-cv-01917-KJD-DJA | Senior District Judge Kent J. Dawson |