**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 16, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 16, 2020 to counsel for Plaintiffs as follows:

Robert S. Miller, Esq.
Jarad L. Silverstein, Esq.
WAPNER, NEWMAN, WIGRIZER, BRECHER & MILLER, P.C.
2000 Market Street
Suite 2750
Philadelphia, PA 19103
Phone: (215) 569-0900
Email: rmiller@wapnernewman.com
Email: jsilverstein@wapnernewman.com

Counsel for Plaintiff in *Hernandez v. Monsanto Co.,* No. 2:20-cv-04910-PBT (E.D. Pa.).

Christopher P. Welsh, Esq.
WELSH & WELSH, P.C., L.L.O.
9290 West Dodge Road
Suite 204
Omaha, NE 68114
Phone: (402) 384-8160
Email: cwelsh@welsh-law.com

Counsel for Plaintiffs in *Brammer v. Monsanto Co.*, No. 4:20-cv-01469-DDN (E.D. Mo.); *Cudaback v. Monsanto Co.*, No. 4:20-cv-01467-JMB (E.D. Mo.).

Christopher S. Edwards, Esq.
Jeremy M. Wilson, Esq.
WARD AND SMITH, P.A.
127 Racine Drive
Wilmington, NC 28403

1

Phone: (910) 794-4800
Email: csedwards@wardandsmith.com
Email: jw@wardandsmith.com

Co-counsel for Plaintiffs in *Leonard v. Monsanto Co.,* No. 4:20-cv-00187-BO (E.D.N.C.).

Michael L. McGlamry, Esq.
POPE MCGLAMRY, P.C.
3391 Peachtree Road Northeast
Suite 300
Atlanta, GA 30326
Phone: (404) 523-7706
Email: mmcglamry@pmkm.com

Co-counsel for Plaintiffs in *Leonard v. Monsanto Co.,* No. 4:20-cv-00187-BO (E.D.N.C.).

Steven M. Burris, Esq.
BURRIS & THOMAS, LLC
2810 West Charleston Boulevard
Suite F-58
Las Vegas, NV 89102
Phone: (702) 258-6238
Email: sb@steveburrislaw.com

Counsel for Plaintiff in *Griffiths v. Monsanto Co., et al.,* No. 2:20-cv-01917-KJD-DJA (D. Nev.).


Dated: October 16, 2020                    Respectfully submitted,


                                           /s/ Joe G. Hollingsworth
                                           Joe G. Hollingsworth, Esq.
                                           (jhollingsworth@hollingsworthllp.com)
                                           HOLLINGSWORTH LLP
                                           1350 I Street, N.W.
                                           Washington, D.C. 20005
                                           Phone: (202) 898-5800
                                           Fax:    (202) 682-1639

                                           *Attorneys for Defendant Monsanto Company*