**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                    MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Melanie Brantley, Personal Representative of the Estate of Mel Headen, Deceased | Monsanto Co. | Northern District of Alabama (Southern) | 2:20-cv-01644-AMM | District Judge Anna M. Manasco |

1