**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on October 21, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 21, 2020 to counsel for Plaintiff as follows:

Trey J. Malbrough, Esq.
THE MALBROUGH FIRM LLC
2107 Fifth Avenue North
Suite 301
Birmingham, AL 35203
Phone: (205) 701-0707
Email: trey@tmbfirm.com

Counsel for Plaintiff in *Brantley v. Monsanto Co.,* No. 2:20-cv-01644-AMM (N.D. Ala.).

Dated: October 21, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*