**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2741 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on October 22, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 22, 2020 to counsel for Plaintiffs as follows:

Robert S. Miller, Esq.
Jarad L. Silverstein, Esq.
WAPNER, NEWMAN, WIGRIZER, BRECHER & MILLER, P.C.
2000 Market Street
Suite 2750
Philadelphia, PA 19103
Phone: (215) 569-0900
Email: rmiller@wapnernewman.com
Email: jsilverstein@wapnernewman.com

Counsel for Plaintiffs in *Thomas, et al. v. Monsanto Co.,* No. 2:20-cv-04443-TJS (E.D. Pa.).

Dated: October 22, 2020                     Respectfully submitted,

                                            /s/ Joe G. Hollingsworth
                                            Joe G. Hollingsworth, Esq.
                                            (jhollingsworth@hollingsworthllp.com)
                                            HOLLINGSWORTH LLP
                                            1350 I Street, N.W.
                                            Washington, D.C. 20005
                                            Phone: (202) 898-5800
                                            Fax:    (202) 682-1639

                                            *Attorneys for Defendant Monsanto Company*