# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 10/20/2020

**District Court:** 2

**Number of Actions:** E.D. Louisiana

**Complaints and Docket Sheets are attached.**

_____
CLERK OF THE PANEL