**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Lori Steinhart | Monsanto Co. | Southern District of Indiana (Evansville) | 3:20-cv-00164-RLY-MPB | District Judge Richard L. Young |
| **2.** | James Wiley Johnston | Monsanto Co. | Southern District of Indiana (Evansville) | 3:20-cv-00165-RLY-MPB | District Judge Richard L. Young |
| **3.** | John Banet | Monsanto Co. | Southern District of Indiana (Evansville) | 3:20-cv-00167-RLY-MPB | District Judge Richard L. Young |
| **4.** | Mary Schiemann | Monsanto Co. | Northern District of Illinois (Chicago) | 1:20-cv-03906 | District Judge Charles R. Norgle, Sr. |
| **5.** | Albert Baiocchi | Monsanto Co. | Northern District of Illinois (Chicago) | 1:20-cv-05659 | District Judge Edmond E. Chang |
| **6.** | Michael L. Tranter, as Personal Representative of the Heirs and the Estate of Monroe Carey | Monsanto Co. | Southern District of Ohio (Cincinnati) | 1:20-cv-00380-MRB | Senior District Judge Michael R. Barrett |
| **7.** | John T. Clark | Monsanto Co. | Southern District of Ohio (Columbus) | 2:20-cv-04574-ALM-KAJ | Chief District Judge Algenon L. Marbley |
| **8.** | Jeffrey D. Pears, Individually and as Administrator of the Estate of Beth R. Pears, Deceased | Monsanto Co. | Western District of Pennsylvania (Pittsburgh) | 2:20-cv-00699-RJC | District Judge Robert J. Colville |