# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 26, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 26, 2020 to counsel for Plaintiffs as follows:

Gayle Gerling Pettinga, Esq.
GERLING LAW OFFICES
519 Main Street
Evansville, IN 47731
Phone: (812) 423-5251
Email: gayle@gerlinglaw.com

Co-counsel for Plaintiffs in *Steinhart v. Monsanto Co.*, No. 3:20-cv-00164-RLY-MPB (S.D. Ind.); *Johnston v. Monsanto Co.*, No. 3:20-cv-00165-RLY-MPB (S.D. Ind.); *Banet v. Monsanto Co.*, No. 3:20-cv-00167-RLY-MPB (S.D. Ind.).

C. Mark Whitehead, III, Esq.
THE WHITEHEAD LAW FIRM, LLC
3639 Ambassador Caffery Parkway
Suite 303
Lafayette, LA 70503
Phone: (337) 740-6006
Email: cmw@whiteheadfirm.com

Co-counsel for Plaintiffs in *Steinhart v. Monsanto Co.*, No. 3:20-cv-00164-RLY-MPB (S.D. Ind.); *Johnston v. Monsanto Co.*, No. 3:20-cv-00165-RLY-MPB (S.D. Ind.); *Banet v. Monsanto Co.*, No. 3:20-cv-00167-RLY-MPB (S.D. Ind.).

Robert Leyshon, Esq.
THE SKLARE LAW GROUP LTD.
20 North Clark Street
Suite 1450
Chicago, IL 60602

Phone: (312) 782-2308
Email: rleyshon@sklarelaw.com

Counsel for Plaintiff in *Schiemann v. Monsanto Co.*, No. 1:20-cv-03906 (N.D. Ill.).

Rebecca Fredona, Esq.
MOLL LAW GROUP
22 West Washington Street
15th Floor
Chicago, IL 60602
Phone: (312) 462-1700
Email: rfredona@molllawgroup.com

Counsel for Plaintiff in *Baiocchi v. Monsanto Co.,* No. 1:20-cv-05659 (N.D. Ill.).

Steven M. Goldberg, Esq.
GOLDBERG LEGAL CO., LPA
31300 Solon Road
Suite 12
Solon, OH 44139
Phone: (440) 519-9900
Email: steven@goldberglpa.com

Counsel for Plaintiffs in *Tranter v. Monsanto Co.,* No. 1:20-cv-00380-MRB (S.D. Ohio); *Pears v. Monsanto Co.,* No. 2:20-cv-00699-RJC (W.D. Pa.).

Robert D. Erney, Esq.
Mary E. Erney, Esq.
ROBERT D. ERNEY & ASSOCIATES CO., LPA
1654 East Broad Street
Columbus, OH 43203
Phone: (614) 258-6100
Email: robert.erney@erneylaw.com
Email: mary@erneylaw.com

Counsel for Plaintiff in *Clark v. Monsanto Co.,* No. 2:20-cv-04574-ALM-KAJ (S.D. Ohio).

Dated: October 26, 2020                                    Respectfully submitted,

  /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:     (202) 682-1639

*Attorneys for Defendant Monsanto Company*