**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Nancy C. Salas | Monsanto Co., Bayer Corp., Bayer AG, Andrew Jack Conroy, and Home Depot USA, Inc. | Southern District of Florida (Miami) | 1:20-cv-24392-KMW | District Judge Kathleen M. Williams |