**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on October 27, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 27, 2020 to all counsel as follows:

Steven C. Marks, Esq.
Kristina M. Infante, Esq.
PODHURST ORSECK, P.A.
One Southeast 3rd Avenue
Suite 2300
Miami, FL 33131
Phone: (305) 358-2800
Email: smarks@podhurst.com
Email: kinfante@podhurst.com

Counsel for Plaintiff in *Salas v. Monsanto Co., et al.,* No. 1:20-cv-24392-KMW (S.D. Fla.).

Anthony N. Upshaw, Esq.
Melissa R. Alvarez, Esq.
MCDERMOTT WILL & EMERY LLP
333 Southeast 2nd Avenue
Suite 4500
Miami, FL 33131
Phone: (305) 329-4431
Email: aupshaw@mwe.com
Email: malvarez@mwe.com

Counsel for defendant Bayer Corporation in *Salas v. Monsanto Co., et al.,* No. 1:20-cv-24392-KMW (S.D. Fla.).

Daniel J. Santaniello, Esq.
Kelly L. Kesner, Esq.
LUKS, SANTANIELLO, PETRILLO & COHEN
150 West Flagler Street

Suite 2600
Miami, FL 33131
Phone: (305) 377-8900
Email: djs@insurancedefense.net
Email: kkesner@insurancedefense.net
Email: luksmia-pleadings@ls-law.com

Counsel for defendant Home Depot USA, Inc. in *Salas v. Monsanto Co., et al.,* No. 1:20-cv-24392-KMW (S.D. Fla.).

Copies of the foregoing were also caused to be served via Fed-Ex on defendant Bayer AG (which has not been served with the Summons or Complaint in *Salas v. Monsanto Co., et al.,* No. 1:20-cv-24392-KMW (S.D. Fla.)) as follows:

Bayer AG
Attn: General Counsel
Law, Patents & Compliance
Building Q 26, 1.008
51368 Leverkusen, Germany

Defendant Andrew Jack Conroy is represented by Hollingsworth LLP and does not require service.

Dated: October 27, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*