**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Barbara Skonicki | Monsanto Co. | Middle District of Florida (Tampa) | 8:20-cv-02522 | Unassigned |
| **2.** | Robert Drons | Monsanto Co. | Middle District of Florida (Ft. Myers) | 2:20-cv-00854-JLB-NPM | District Judge John L. Badalamenti |

1