**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Paul Cira and Deanna M. Cira | Monsanto Co. | Northern District of Ohio (Toledo) | 3:20-cv-01871-JJH | District Judge Jeffrey J. Helmick |
| 2. | Lewis Smither | Monsanto Co. | Middle District of Florida (Tampa) | 8:20-cv-02528-TPB-SPF, 8:20-cv-2528-T-60SPF | District Judge Thomas P. Barber |
| 3. | Larry Konzny | Monsanto Co. | Middle District of Florida (Ocala) | 5:20-cv-00522-JSM-PRL, 5:20-cv-522-Oc-30PRL | Senior District Judge James S. Moody, Jr. |

1