**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 29, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 29, 2020 to counsel for Plaintiffs as follows:

Robert D. Erney, Esq.
Mary E. Erney, Esq.
ROBERT D. ERNEY & ASSOCIATES CO., LPA
1654 East Broad Street
Columbus, OH 43203
Phone: (614) 258-6100
Email: robert.erney@erneylaw.com
Email: mary@erneylaw.com

Counsel for Plaintiffs in *Cira v. Monsanto Co.,* No. 3:20-cv-01871-JJH (N.D. Ohio).

Jesse N. Bernheim, Esq.
BERNHEIM KELLEY BATTISTA & BLISS, LLC
1936 South Andrews Avenue
Fort Lauderdale, FL 33316
Phone: (954) 866-1111
Email: jbernheim@bkbblaw.com

Co-counsel for Plaintiff in *Smither v. Monsanto Co.*, No. 8:20-cv-02528-TPB-SPF (M.D. Fla.), *Smither v. Monsanto Co.*, No. 8:20-cv-2528-T-60SPF (M.D. Fla.).

Ronald D. Rodman, Esq.
Lauren E. Geraghty, Esq.
FRIEDMAN RODMAN FRANK & ESTRADA, P.A.
3636 West Flagler Street
Miami, FL 33135
Phone: (305) 448-8585
Email: ronrod@frflawgroup.com

Email: lgeraghty@frflawgroup.com

Co-counsel for Plaintiff in *Smither v. Monsanto Co.*, No. 8:20-cv-02528-TPB-SPF (M.D. Fla.), *Smither v. Monsanto Co.*, No. 8:20-cv-2528-T-60SPF (M.D. Fla.).

Jesse N. Bernheim, Esq.
BERNHEIM KELLEY BATTISTA & BLISS, LLC
1936 South Andrews Avenue
Fort Lauderdale, FL 33316
Phone: (954) 866-1111
Email: jbernheim@bkbblaw.com

Counsel for Plaintiff in *Konzny v. Monsanto Co.*, No. 5:20-cv-00522-JSM-PRL (M.D. Fla.), *Konzny v. Monsanto Co.*, No. 5:20-cv-522-Oc-30PRL (M.D. Fla.).

Dated: October 29, 2020                Respectfully submitted,

                                       /s/ Joe G. Hollingsworth
                                       Joe G. Hollingsworth, Esq.
                                       (jhollingsworth@hollingsworthllp.com)
                                       HOLLINGSWORTH LLP
                                       1350 I Street, N.W.
                                       Washington, D.C. 20005
                                       Phone: (202) 898-5800
                                       Fax:    (202) 682-1639

                                       *Attorneys for Defendant Monsanto Company*