**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Barbara C. Davis | Monsanto Co. | Southern District of Indiana (Evansville) | 3:20-cv-00166-RLY-MPB | District Judge Richard L. Young |
| 2. | Benjamin Stroh | Monsanto Co. | Northern District of Iowa (Eastern Waterloo) | 6:20-cv-02066-LRR-KEM | Senior District Judge Linda R. Reade |
| 3. | Craig Wade, Individually and on behalf of the Estate of Chris S. Wade | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-00416-SNLJ | Senior District Judge Stephen N. Limbaugh, Jr. |
| 4. | Hector Quevedo | Monsanto Co. | District of Arizona (Tucson) | 4:20-cv-00407-CKJ-JR, CV-20-407-TUC-CKJ(JR) | Senior District Judge Cindy K. Jorgenson |
| 5. | Mark Roth | Monsanto Co. | Northern District of Illinois (Chicago) | 1:20-cv-05734 | Senior District Judge Charles P. Kocoras |
| 6. | Nancy McGrath | Monsanto Co. | Northern District of Illinois (Chicago) | 1:20-cv-05621 | Senior District Judge Elaine E. Bucklo |
| 7. | Nicole Limberios | Monsanto Co. | Northern District of Ohio (Toledo) | 3:20-cv-02045-JJH | District Judge Jeffrey J. Helmick |