**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 30, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 30, 2020 to counsel for Plaintiffs as follows:

Gayle Gerling Pettinga, Esq.
GERLING LAW OFFICES
519 Main Street
Evansville, IN 47731
Phone: (812) 423-5251
Email: gayle@gerlinglaw.com

Co-counsel for Plaintiff in *Davis v. Monsanto Co.*, No. 3:20-cv-00166-RLY-MPB (S.D. Ind.).

C. Mark Whitehead, III, Esq.
THE WHITEHEAD LAW FIRM, LLC
3639 Ambassador Caffery Parkway
Suite 303
Lafayette, LA 70503
Phone: (337) 740-6006
Email: cmw@whiteheadfirm.com

Co-counsel for Plaintiff in *Davis v. Monsanto Co.*, No. 3:20-cv-00166-RLY-MPB (S.D. Ind.).

Larry D. Helvey, Esq.
LARRY HELVEY LAW FIRM
2735 First Avenue Southeast
Suite 101
Cedar Rapids, IA 52402
Phone: (319) 362-0421
Email: lhelvey@helveylaw.com

Counsel for Plaintiff in *Stroh v. Monsanto Co.*, No. 6:20-cv-02066-LRR-KEM (N.D. Iowa).

Matthew Haynie, Esq.
J. Forester, Esq.
FORESTER HAYNIE PLLC
400 North Saint Paul Street
Suite 700
Dallas, TX 75201
Phone: (214) 210-2100
Email: matthew@foresterhaynie.com
Email: jay@foresterhaynie.com

Co-counsel for Plaintiffs in *Wade v. Monsanto Co.,* No. 4:20-cv-00416-SNLJ (E.D. Mo.).

Darren Wolf, Esq.
Christianne Edlund, Esq.
LAW OFFICE OF DARREN WOLF, P.C.
400 North Saint Paul Street
Suite 700
Dallas, TX 75201
Phone: (214) 346-5355
Email: darren@darrenwolf.com
Email: christianne@darrenwolf.com

Co-counsel for Plaintiffs in *Wade v. Monsanto Co.,* No. 4:20-cv-00416-SNLJ (E.D. Mo.).

Sarah J. Showard, Esq.
SHOWARD LAW FIRM, P.C.
4703 East Camp Lowell Drive
Suite 253
Tucson, AZ 85712
Phone: (520) 622-3344
Email: sjshoward@showardlaw.com

Co-counsel for Plaintiff in *Quevedo v. Monsanto Co.,* No. 4:20-cv-00407-CKJ-JR (D. Ariz.), *Quevedo v. Monsanto Co.,* No. CV-20-407-TUC-CKJ(JR) (D. Ariz.).

Rebecca Fredona, Esq.
MOLL LAW GROUP
22 West Washington Street
15th Floor
Chicago, IL 60602
Phone: (312) 462-1700
Email: rfredona@molllawgroup.com

Co-counsel for Plaintiff in *Quevedo v. Monsanto Co.,* No. 4:20-cv-00407-CKJ-JR (D. Ariz.), *Quevedo v. Monsanto Co.,* No. CV-20-407-TUC-CKJ(JR) (D. Ariz.).

Rebecca Fredona, Esq.
MOLL LAW GROUP
22 West Washington Street
15th Floor
Chicago, IL 60602
Phone: (312) 462-1700
Email: rfredona@molllawgroup.com

Counsel for Plaintiffs in *Roth v. Monsanto Co.,* No. 1:20-cv-05734 (N.D. Ill.); *McGrath v. Monsanto Co.,* No. 1:20-cv-05621 (N.D. Ill.).

Margaret M. Murray, Esq.
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky, OH 44870
Phone: (419) 624-3000
Email: mmm@murrayandmurray.com

Counsel for Plaintiff in *Limberios v. Monsanto Co.,* No. 3:20-cv-02045-JJH (N.D. Ohio).

Dated: October 30, 2020     Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ Joe G. Hollingsworth
　　　　　　　　　　　　　　　　Joe G. Hollingsworth, Esq.
　　　　　　　　　　　　　　　　(jhollingsworth@hollingsworthllp.com)
　　　　　　　　　　　　　　　　HOLLINGSWORTH LLP
　　　　　　　　　　　　　　　　1350 I Street, N.W.
　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　Phone: (202) 898-5800
　　　　　　　　　　　　　　　　Fax:    (202) 682-1639

　　　　　　　　　　　　　　　　*Attorneys for Defendant Monsanto Company*