**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Daniel R. Kail | Monsanto Co. | District of Connecticut (New Haven) | 3:20-cv-01596-JBA | Senior District Judge Janet Bond Arterton |
| 2. | Molly Waldrop | Monsanto Co. | Northern District of Texas (San Angelo) | 6:20-cv-00109-H | District Judge James Wesley Hendrix |

1