# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 2, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on November 2, 2020 to counsel for Plaintiffs as follows:

Samuel M. Leaf, Esq.
THE LAW OFFICE OF SAMUEL M. LEAF, LLC
37 Franklin Street
Suite 2
Westport, CT 06880
Phone: (646) 584-4486
Email: sleaf@samuelmleaf.com

Counsel for Plaintiff in *Kail v. Monsanto Co.*, No. 3:20-cv-01596-JBA (D. Conn.).

Marcus Smith, Esq.
THE SMITH LAW OFFICE, PLLC
P.O. Box 60732
San Angelo, TX 76906
Phone: (325) 716-8211
Email: marcussmithlawyer@protonmail.com

Counsel for Plaintiff in *Waldrop v. Monsanto Co.*, No. 6:20-cv-00109-H (N.D. Tex.).

Dated: November 2, 2020             Respectfully submitted,

                                                /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*