**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION  MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Dennis M. Sunwall and Cynthia Sunwall | Monsanto Co. | Southern District of New York (Foley Square) | 1:20-cv-08737-JPC | District Judge John P. Cronan |
| 2. | Linda Chappell, Individually and as Administratrix of the Estate of Christopher A. Chappell | Monsanto Co. and Lowe's Home Centers, LLC, a wholly owned subsidiary of Lowe's Companies, Inc., d/b/a Lowe's | Western District of Pennsylvania (Pittsburgh) | 2:20-cv-01665-JFC | Senior District Judge Joy Flowers Conti |