**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 4, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on November 4, 2020 to counsel for Plaintiffs as follows:

Paul D. Rheingold, Esq.
PAUL D. RHEINGOLD, PC
5 Manursing Way
Rye, NY 10580
Phone: (914) 967-2215
Email: prheingold@rheingoldlaw.com

Counsel for Plaintiffs in *Sunwall v. Monsanto Co.*, No. 1:20-cv-08737-JPC (S.D.N.Y.).

Kelly L. Enders, Esq.
CAROSELLI BEACHLER & COLEMAN, LLC
20 Stanwix Street
Suite 700
Pittsburgh, PA 15222
Phone: (412) 391-9860
Email: kenders@cbmclaw.com

Counsel for Plaintiffs in *Chappell v. Monsanto Co., et al.*, No. 2:20-cv-01665-JFC (W.D. Pa.).

Defendant Lowe's Home Centers, LLC is represented by Hollingsworth LLP and does not require service.

Dated: November 4, 2020  Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*