**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Paula Pinheiro | Monsanto Co. and Bayer Corp. | District of Arizona (Phoenix) | 2:20-cv-02125-CDB, CV-20-02125-PHX-CDB | Magistrate Judge Camille D. Bibles |
| **2.** | Michael Randy Hayes and Katrina Hayes | Monsanto Co., Red River Specialties, Inc., Red River Specialties, LLC, Sheffield Light & Power, Sheffield Utilities, and Fictitious Defendants 1-210 | Northern District of Alabama (Northwestern) | 3:20-cv-01736-LCB | District Judge Liles C. Burke |