# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 5, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on November 5, 2020 to all counsel as follows:

Michael C. McKay, Esq.
MCKAY LAW, LLC
5635 North Scottsdale Road
Suite 170
Scottsdale, AZ 85250
Phone: (480) 681-7000
Email: mmckay@mckaylaw.us

Counsel for Plaintiff in *Pinheiro v. Monsanto Co., et al.*, No. 2:20-cv-02125-CDB (D. Ariz.), *Pinheiro v. Monsanto Co., et al.*, No. CV-20-02125-PHX-CDB (D. Ariz.).

Defendant Bayer Corporation is represented by Hollingsworth LLP and does not require service.

Trey J. Malbrough, Esq.
THE MALBROUGH FIRM, LLC
2107 Fifth Avenue North
Suite 301
Birmingham, AL 35203
Phone: (205) 701-0707
Email: trey@tmbfirm.com

Co-counsel for Plaintiffs in *Hayes v. Monsanto Co., et al.*, No. 3:20-cv-01736-LCB (N.D. Ala.).

Bennett L. Pugh, Esq.
LAW OFFICE OF BENNETT L. PUGH
300 North Montgomery Avenue
Sheffield, AL 35660
Phone: (205) 901-1116

Email: pughbennett@gmail.com

Co-counsel for Plaintiffs in *Hayes v. Monsanto Co., et al.*, No. 3:20-cv-01736-LCB (N.D. Ala.).

Steve A. Baccus, Esq.
R. Keith Worsham, Esq.
ALMON, MCALISTER, BACCUS & WORSHAM LLC
106 West 3rd Street
Tuscumbia, AL 35674
Phone: (256) 383-4448
Email: sbaccus_2000@yahoo.com
Email: stevebaccus@gmail.com
Email: rkw11111@yahoo.com

Counsel for defendant Sheffield Light & Power in *Hayes v. Monsanto Co., et al.*, No. 3:20-cv-01736-LCB (N.D. Ala.).

Steve A. Baccus, Esq.
R. Keith Worsham, Esq.
ALMON, MCALISTER, BACCUS & WORSHAM LLC
106 West 3rd Street
Tuscumbia, AL 35674
Phone: (256) 383-4448
Email: sbaccus_2000@yahoo.com
Email: stevebaccus@gmail.com
Email: rkw11111@yahoo.com

Counsel for defendant Sheffield Utilities in *Hayes v. Monsanto Co., et al.*, No. 3:20-cv-01736-LCB (N.D. Ala.).

Defendant Red River Specialties, LLC, formerly known as Red River Specialties, Inc., is represented by Hollingsworth LLP and does not require service.

Dated: November 5, 2020                  Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*