**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Martin Velez Rios, Juan Rivera Pagan, Luz M. Rodriguez Sanchez, Carlos M. Plaza Gonzalez, Jose Jimenez Yordan, Rafael Shulze, Jorge Caballero Jimenez, Cecilio Reyes Garced, Eroina Santiago, Luis Antonio Colon, Misael Batista Hernandez, Jose Juan Medina Olivera, Alma M. Alvelo, Gabriel Ocacio Acevedo, Neivida Torres Melendez, Miguel Estrada Gonzalez, Efrain Ortiz Pomales, Ramon Berrios Rivera, for himself and in representation of The Estate of Ramon Berrios, Ramon Galarza Echevaria, for himself and in representation of The Estate of Ramon Antonio Galarza Gonzalez, and Gabriel Rodriguez, for himself and in representation of The Estate of Ana Lydia Acevedo Del Rio | Monsanto Co., John Doe 1 to John Doe 50, and John Doe 51 to John Doe 100 | District of Puerto Rico (San Juan) | 3:20-cv-01198-JAG | Senior District Judge Jay A. Garcia-Gregory |