**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on November 10, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on November 10, 2020 to counsel for Plaintiffs as follows:

Jorge Carazo-Quetglas, Esq.
CARAZO QUETGLAS LAW OFFICES
53 Esmeralda Avenue
Suite 2
Guaynabo, PR 00969
Phone: (787) 707-0588
Email: jorge@jctuayudalegal.com

Counsel for Plaintiffs in *Rios, et al. v. Monsanto Co., et al.*, No. 3:20-cv-01198-JAG (D.P.R.).

Dated: November 10, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*