UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |

NANCY C. SALAS,
a Florida Resident,

    Plaintiff,

vs.

MONSANTO COMPANY, a foreign corporation; BAYER CORPORATION, a foreign corporation; BAYER AG, a foreign corporation; ANDREW JACK CONROY, a Florida resident; and HOME DEPOT U.S.A, INC., a foreign corporation,

    Defendants.
_____/

### PLAINTIFF'S NOTICE OF OPPOSITION TO THE CONDITIONAL TRANSFER ORDER

Plaintiff, Nancy C. Salas, by and through undersigned counsel and pursuant to Rule 7.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("J.P.M.L." or the "Panel"), hereby files this notice of opposition in response to the J.P.M.L.'s Conditional Transfer Order to transfer the action to the United States District Court for the Northern District of California.  *See* D.E. 2065 (the "Transfer Order").  In summary, the Transfer Order should be vacated or stayed, because the instant action—which is currently pending in the District Court for the Southern District of Florida—is due to be dismissed without prejudice.

On September 28, 2020, Plaintiff filed its Complaint against Defendants, Monsanto Company, Bayer AG, Bayer Corporation, Andrew Jack Conroy, and Home Depot U.S.A., Inc.,

(collectively, "Defendants"), in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. *See Nancy C. Salas v. Monsanto Company, et al.*, Case No. 2020-020771-CA-01 (the "Complaint"). On October 26, 2020, Defendants filed a Notice of Removal to the United States District Court for the Southern District of Florida. *See Nancy C. Salas v. Monsanto Company, et al.*, Case No. 1:20-cv-24392 (the "District Court Case").

On October 28, 2020, Plaintiff moved to voluntarily dismiss the District Court Case without prejudice. *See* District Court Case D.E. 7.[1] On November 9, 2020, Defendants Bayer Corporation, Andrew Jack Conroy, Monsanto Company and Home Depot U.S.A., Inc. filed notices of non-opposition to Plaintiff's motion for voluntary dismissal. *See* D.E. 13, D.E. 14. In short, the District Court Case is due to be dismissed and voluntarily closed. All that remains is for the District Court to enter an order of dismissal. Such dismissal would moot the Panel's Transfer Order or at a minimum render it premature.

WHEREFORE, Plaintiff respectfully requests that the Panel vacate the Transfer Order, or stay it pending the District Court's resolution of Plaintiff's motion for voluntary dismissal without prejudice.

Dated: November 10, 2020

Respectfully submitted,

**PODHURST ORSECK, P.A.**
Counsel for Plaintiff
One Southeast 3rd Avenue, Suite 2300
Miami, Florida 33131
(305) 358-2800 / Fax (305) 358-2382

By: */s/ Steven C. Marks*

---

[1] Plaintiff had originally filed a Notice of Voluntary Dismissal. *See* District Court Case D.E. 5. But Defendant Monsanto had earlier filed an Answer to the Complaint in the federal court that same day. Therefore, in an abundance of caution and consistent with the Federal Rules of Civil Procedure, Plaintiff sought to voluntarily dismiss the case by *motion* rather than by notice.

STEVEN C. MARKS
Fla. Bar No. 516414
smarks@podhurst.com
KRISTINA M. INFANTE
Fla. Bar No. 112557
kinfante@podhurst.com

**<u>CERTIFICATE OF SERVICE</u>**

WE HEREBY CERTIFY that on this 10th day of November, 2020, a true and correct copy of the foregoing was served via the Florida portal which will furnish an electronic copy to all counsel of record.

By: */s/ Steven C. Marks*