**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MOTION REQUESTING APPROVAL OF TAG-ALONG ACTION
IN SUPPORT OF NATIONAL BLACK FARMERS ASSOCIATION**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | National Black Farmers Association | Monsanto Co. | Eastern District of Missouri | 4:20-cv-01145 | District Judge Stephen R. Clark |

1