BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Motion Requesting Approval of Tag-along Action in Support of National Black Farmers Association was electronically filed on November 12, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on November 12, 2020 to counsel for Defendants as follows:

**Jeffrey Wilkerson**
WINSTON AND STRAWN LLP - Charlotte
300 S. Tryon St., 16th Floor
Charlotte, NC 28202
704-350-7714
jwilkerson@winston.com

**Booker T. Shaw**
THOMPSON COBURN LLP - St Louis
One US Bank Plaza
505 N. 7th Street, Suite 2700
St. Louis, MO 63101
Telephone: 314-552-6087
Fax: 314-552-7087
bshaw@thompsoncoburn.com

**John J. Rosenthal**
WINSTON AND STRAWN LLP - DC
1400 L Street, N.W.
Washington, DC 20005-3502
Telephone: 202-282-5000
Fax: 202-282-5100
jrosenthal@winston.com

*Attorneys for Defendant Monsanto*

Dated: November 12, 2020

Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher L. Schnieders*
Christopher L. Schnieders       MO # 57725
6731 W. 121st Street, Suite 201
Overland Park, KS 66209
Telephone: 913-246-3860
Fax: 913-312-5841
cschnieders@napolilaw.com

**GOLDSTEIN AND RUSSELL PC**

Thomas C. Goldstein DC # 458365
Eric F. Citron DC # 1001069
7475 Wisconsin Avenue, Suite 850
Bethesda, MD 20814
Telephone: 202-362-0636
Fax: 866-574-2033
tgoldstein@goldsteinrussell.com
ecitron@goldsteinrussell.com

*Attorneys for Plaintiff National Black Farmers Association*