**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Danielle Newman | Monsanto Co. | Western District of Louisiana (Alexandria) | 1:20-cv-00960-DDD-JPM | Senior District Judge Dee D. Drell |
| 2. | Sharlyn Carroll | Monsanto Co. and John Does 1 through 100, inclusive | Eastern District of Missouri (St. Louis) | 4:20-cv-01580-SRC | District Judge Stephen R. Clark |
| 3. | Elouise Jackson | Monsanto Co. and John Does 1 through 100, inclusive | Eastern District of Missouri (St. Louis) | 4:20-cv-01581-SRC | District Judge Stephen R. Clark |
| 4. | Eileen Miller | Monsanto Co. and John Does 1 through 100, inclusive | Eastern District of Missouri (St. Louis) | 4:20-cv-01582-SEP | District Judge Sarah E. Pitlyk |
| 5. | Anastasio Diakogiannakis and Irene Diakogiannakis | Monsanto Co. | District of New Jersey (Trenton) | 3:20-cv-01669-AET-TJB | Senior District Judge Anne E. Thompson |