# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 12, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on November 12, 2020 to counsel for Plaintiffs as follows:

Andrew J. Geiger, Esq.
Allan Berger, Esq.
ALLAN BERGER & ASSOCIATES, P.L.C.
4173 Canal Street
New Orleans, LA 70119
Phone: (504) 486-9481
Email: ageiger@allan-berger.com
Email: aberger@allan-berger.com

Counsel for Plaintiff in *Newman v. Monsanto Co.*, No. 1:20-cv-00960-DDD-JPM (W.D. La.).

Emily J. Kirk, Esq.
Kristy M. Arevalo, Esq.
MCCUNE WRIGHT AREVALO, LLP
3281 East Guasti Road
Suite 100
Ontario, CA 91761
Phone: (909) 557-1250
Email: ejk@mccunewright.com
Email: kma@mccunewright.com

Co-counsel for Plaintiffs in *Carroll v. Monsanto Co., et al.*, No. 4:20-cv-01580-SRC (E.D. Mo.); *Jackson v. Monsanto Co., et al.*, No. 4:20-cv-01581-SRC (E.D. Mo.); *Miller v. Monsanto Co., et al.*, No. 4:20-cv-01582-SEP (E.D. Mo.).

C. Moze Cowper, Esq.
Noel E. Garcia, Esq.
COWPER LAW LLP

10880 Wilshire Boulevard
Suite 1840
Los Angeles, CA 90024
Phone: (877) 529-3707
Email: mcowper@cowperlaw.com
Email: ngarcia@cowperlaw.com

Co-counsel for Plaintiffs in *Carroll v. Monsanto Co., et al.*, No. 4:20-cv-01580-SRC (E.D. Mo.); *Jackson v. Monsanto Co., et al.*, No. 4:20-cv-01581-SRC (E.D. Mo.); *Miller v. Monsanto Co., et al.*, No. 4:20-cv-01582-SEP (E.D. Mo.).

Robert A. Solomon, Esq.
METROLAW.COM
91 Pacific Street
Newark, NJ 07105
Phone: (973) 344-6587
Email: rsolomon@metrolaw.com

Counsel for Plaintiffs in *Diakogiannakis v. Monsanto Co.*, No. 3:20-cv-01669-AET-TJB (D.N.J.).

Dated: November 12, 2020                    Respectfully submitted,

                                            /s/ Joe G. Hollingsworth
                                            Joe G. Hollingsworth, Esq.
                                            (jhollingsworth@hollingsworthllp.com)
                                            HOLLINGSWORTH LLP
                                            1350 I Street, N.W.
                                            Washington, D.C. 20005
                                            Phone: (202) 898-5800
                                            Fax:    (202) 682-1639

                                            *Attorneys for Defendant Monsanto Company*