# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received:** 11/9/2020 & 11/12/2020

**District Court:** D. Minnesota

**Number of Actions:** 2

**Complaints and Docket Sheets are attached.**

_____
Clerk of the Panel

UNITED STATES DISTRICT COURT
Southern District of Iowa

U.S. Courthouse
123 East Walnut Street
Des Moines, Iowa 50309

Des Moines
Davenport
Council Bluffs

Clerk of Court's Office
www.iasd.uscourts.gov

o: 515-284-6248
f : 515-284-6418



November 9, 2020

Mr. John W. Nichols

Judicial Panel on Multidistrict Litigation

Thurgood Marshall Federal Judicial Building

One Columbus Circle, NE

Room G-255, North Lobby

Washington, DC  20002-8004

*In Re:* MDL 2741 Monsanto Company, Inc.

Dear Mr. Nichols:

Enclosed is a copy of the complaint from the action filed in the Southern District of Iowa, Jeffrey Sawyer, et al. against defendant Monsanto Company, Inc. please forward this complaint to the panel for review of a Potential Tag-Along Action to the above entitled MDL case.

Should you have any questions, please do not hesitate to contact this office.

Sincerely,
/s/ Donnell Vance
Deputy Clerk
Phone number 515-323-2862
John S. Courter
CLERK OF COURT