**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                        MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Joseph Holland, Individually and on behalf of the Estate of Rhonda Holland | Monsanto Co. | Western District of Louisiana (Shreveport) | 5:20-cv-01411-SMH-MLH | Chief District Judge S. Maurice Hicks, Jr. |
| 2. | Thomas Smith | Monsanto Co. and Does 1-10 | District of South Dakota (Southern Division) | 4:20-cv-04170-KES | District Judge Karen E. Schreier |

1