**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 13, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on November 13, 2020 to counsel for Plaintiffs as follows:

Andrew J. Geiger, Esq.
Allan Berger, Esq.
ALLAN BERGER & ASSOCIATES, P.L.C.
4173 Canal Street
New Orleans, LA 70119
Phone: (504) 486-9481
Email: ageiger@allan-berger.com
Email: aberger@allan-berger.com

Counsel for Plaintiffs in *Holland v. Monsanto Co.*, No. 5:20-cv-01411-SMH-MLH (W.D. La.).

Aaron D. Eiesland, Esq.
JOHNSON EIESLAND & ROHL TRIAL LAWYERS
4020 Jackson Boulevard
Rapid City, SD 57702
Phone: (605) 348-7300
Email: ae.law@live.com

Co-counsel for Plaintiff in *Smith v. Monsanto Co., et al.*, No. 4:20-cv-04170-KES (D.S.D.).

Steven W. Teppler, Esq.
MANDELBAUM SALSBURG, PC
3 Becker Farm Road
Roseland, NJ 07068
Phone: (646) 946-5659
Email: steppler@lawfirm.ms

Co-counsel for Plaintiff in *Smith v. Monsanto Co., et al.*, No. 4:20-cv-04170-KES (D.S.D.).

1

Dated: November 13, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*