BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S SUPPLEMENTAL INFORMATION IN CONDITIONAL TRANSFER ORDER 243**

Pursuant to Rule 7.1(g) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Monsanto hereby notifies the Panel that *Salas v. Monsanto Co., et al.*, Case No. 1:20-cv-24392-CIV-Williams (S.D. Fla.) has been dismissed without prejudice by the United States District Court for the Southern District of Florida. The order of dismissal is attached. Given that the *Salas* action is no longer pending in the transferor court, the objection to transfer of this matter as a part of Conditional Transfer Order 243 (ECF No. 2073) and the subsequently issued briefing schedule (ECF No. 2074) are moot and should be vacated.

Respectfully submitted,

s/Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant
Monsanto Company*