**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 20-24392-CIV-WILLIAMS**

NANCY C. SALAS,

    Plaintiff,

    v.

MONSANTO COMPANY, *et al.*

    Defendants.
_____/

### ORDER DISMISSING CASE

**THIS MATTER** is before the Court on Plaintiff's motion to voluntarily dismiss complaint without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(2). (DE 7). Because Defendants do not oppose the motion (DE 13; DE 14), Plaintiff's motion is **GRANTED**. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**, each party to bear their own fees and costs. All deadlines and hearings are **CANCELED**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 12th day of November, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE