UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　　　MDL NO. 2741
LIABILITY LITIGATION

NANCY C. SALAS,
a Florida Resident,

    Plaintiff,

vs.

MONSANTO COMPANY, a foreign corporation; BAYER CORPORATION, a foreign corporation; BAYER AG, a foreign corporation; ANDREW JACK CONROY, a Florida resident; and HOME DEPOT U.S.A, INC., a foreign corporation,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING ORDER DISMISSING FEDERAL CASE

    Plaintiff, Nancy C. Salas, by and through undersigned counsel and pursuant to the Rule 10.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("J.P.M.L." or the "Panel"), hereby files a true and correct copy of the Order Dismissing Case that was entered today in the District Court for the Southern District of Florida. *See Nancy C. Salas v. Monsanto Company, et al.*, Case No. 1:20-cv-24392 (the "District Court Case"), D.E. 15, which is attached hereto as Exhibit "A".

    WHEREFORE, Plaintiff respectfully requests that the Panel also enter a dismissal of this case with regards to the J.P.M.L. proceedings.

1

Dated: November 13, 2020

Respectfully submitted,

**PODHURST ORSECK, P.A.**
Counsel for Plaintiff
One Southeast 3rd Avenue, Suite 2300
Miami, Florida 33131
(305) 358-2800 / Fax (305) 358-2382

By: */s/ Steven C. Marks*
  STEVEN C. MARKS
  Fla. Bar No. 516414
  smarks@podhurst.com
  KRISTINA M. INFANTE
  Fla. Bar No. 112557
  kinfante@podhurst.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 20th day of November, 2020, a true and correct copy of the foregoing has been filed with the Clerk of the Court using the State of Florida eFiling Portal, which will furnish an electronic copy to all counsel of record.

By: */s/ Steven C. Marks*