BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION                MDL NO. 2741

## PLAINTIFFS' MOTION TO REINSTATE CTO – 244

1. Conditional Transfer Order 244 (CTO – 244) was finalized on November 16, 2020 in civil action *ALN/3:20-cv-01736.* Counsel for the plaintiffs did not have access to the JPML ECF and tried without success to reach the ECF help desk just after it closed on Friday, November 13, 2020. Undersigned Counsel obtained access to the JPML ECF system today, November 16, 2020 contemporaneously with the finalization of CTO – 244.

2. Prior to entry of CTO – 244, Plaintiffs filed in District Court ALN/3:20-cv-01736 a substantive and meritorious Motion to Remand.

3. Plaintiffs request CTO – 244 be reinstated to allow the filing of the attached Objection to CTO – 244, intended for filing on November 13, 2020.

For the foregoing reasons, the Panel is requested to reinstate CTO – 244 to allow the plaintiffs to submit the attached Objection to Conditional Transfer Order.

**Dated: November 17, 2020**          **/s/Trey J. Malbrough**
Trey J. Malbrough
Bar Number: ASB-2898-R46M
*Attorney for Plaintiffs*
The Malbrough Firm LLC
Age Herald Building
2107 Fifth Avenue North, Suite 301
Birmingham, Alabama 35203
Telephone: (205) 701-0707
Facsimile: (205) 820-0123
Email: trey@tmbfirm.com

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |

## PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Judicial Panel on Multidistrict Litigation, I hereby certify that on November 16, 2020, I caused Plaintiff's Motion to Reinstate Conditional Transfer Order (CTO-244) to be served on all other parties in all involved actions through electronic filing on the CM/ECF system, which provides electronic service notification to all counsel of record registered as CM/ECF users.

| | |
|---|---|
| Halron W. Turner, Esq.<br>Turner, Onderdonk, Kimbrough,<br>Howell, Huggins & Bradley, PA<br>13212 West Central Avenue<br>Post Office Drawer 1389<br>Chatom, AL 36518<br>Email: hwt@tokh.com<br>*Attorneys for Defendants Monsanto Company, Red River Specialties, LLC, & Red River Specialties, Inc.* | Steve A. Baccus, Esq.<br>R. Keith Worsham, Esq.<br>Almon, McAlister, Baccus & Worsham<br>P. O. Box 148<br>Tuscumbia, AL 35674<br>Email: sbaccus_2000@yahoo.com<br>Email: rkw11111@yahoo.com |
| **Dated: November 17, 2020** | **/s/Trey J. Malbrough**<br>Trey J. Malbrough<br>Bar Number: ASB-2898-R46M<br>*Attorney for Plaintiffs*<br>The Malbrough Firm LLC<br>Age Herald Building<br>2107 Fifth Avenue North, Suite 301<br>Birmingham, Alabama 35203<br>Telephone: (205) 701-0707<br>Facsimile: (205) 820-0123<br>Email: trey@tmbfirm.com |