

### BEFORE THE UNITED STATES JUDICIAL PANEL
### ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY        MDL NO. 2741
LITIGATION

### PLAINTIFFS' NOTICE OF OPPOSITION TO CTO – 244

     Pursuant to Rule 7.1(c) of the Judicial Panel on Multidistrict Litigation, the Plaintiffs respectfully notice their opposition to Conditional Transfer Order 244 (CTO – 244) as it pertains to Randy Hayes and Katrina Hayes v. Monsanto, et al., N.D. Alabama, 3:20-cv-01736. The Plaintiffs will file a motion to vacate Conditional Transfer Order 244 (CTO – 244), as to the foregoing action, in accordance with JPML Rule 7.1(f) and any briefing schedule set by the Panel.

| | |
|---|---|
| **Dated: November 16, 2020** | **/s/Trey J. Malbrough** |
| | Trey J. Malbrough |
| | Bar Number: ASB-2898-R46M |
| | *Attorney for Plaintiffs* |
| | The Malbrough Firm LLC |
| | Age Herald Building |
| | 2107 Fifth Avenue North, Suite 301 |
| | Birmingham, Alabama 35203 |
| | Telephone: (205) 701-0707 |
| | Facsimile: (205) 820-0123 |
| | Email: trey@tmbfirm.com |

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |

## PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Judicial Panel on Multidistrict Litigation, I hereby certify that on November 16, 2020, I caused Plaintiff's Notice of Opposition to Conditional Transfer Order 244 (CTO – 244) to be served on all other parties in all involved actions through electronic filing on the CM/ECF system, which provides electronic service notification to all counsel of record registered as CM/ECF users.

| | |
|---|---|
| Halron W. Turner, Esq.<br>Turner, Onderdonk, Kimbrough, Howell, Huggins & Bradley, PA<br>13212 West Central Avenue<br>Post Office Drawer 1389<br>Chatom, AL 36518<br>Email: hwt@tokh.com<br>*Attorneys for Defendants Monsanto Company, Red River Specialties, LLC, & Red River Specialties, Inc.* | Steve A. Baccus, Esq.<br>R. Keith Worsham, Esq.<br>Almon, McAlister, Baccus & Worsham<br>P. O. Box 148<br>Tuscumbia, AL 35674<br>Email: sbaccus_2000@yahoo.com<br>Email: rkw11111@yahoo.com |

| | |
|---|---|
| **Dated: November 16, 2020** | **/s/Trey J. Malbrough**<br>Trey J. Malbrough<br>Bar Number: ASB-2898-R46M<br>*Attorney for Plaintiffs*<br>The Malbrough Firm LLC<br>Age Herald Building<br>2107 Fifth Avenue North, Suite 301<br>Birmingham, Alabama 35203<br>Telephone: (205) 701-0707 |

Facsimile: (205) 820-0123
Email: trey@tmbfirm.com