**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**

    Salas v. Monsanto Company, et al.,         )
        S.D. Florida, C.A. No. 1:20-24392        )        MDL No. 2741

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in this action (*Salas*) on November 3, 2020. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Salas* filed a notice of opposition to the proposed transfer. The Panel has now been advised that, pursuant to a motion for voluntary dismissal, *Salas* was dismissed without prejudice by the Honorable Kathleen M. Williams in an order filed on November 12, 2020.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-243" filed on November 3, 2020, is VACATED insofar as it relates to this action.

                                          FOR THE PANEL:

                                          John W. Nichols
                                          Clerk of the Panel