Jeffery N. Luthi
Clerk of Panel
U.S. Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle ,NE,Room G-255
North Lobby
Washington ,DC,20004-8041

Ralph A. Applegate,
Plaintiff,

versus

Case No:2:18-CV-03363-VC
3:19-CV-06800-VC
October 27, 2020

Monsanto Co.,
Bayer,A.G.,
Defendants,

REMAND

1. 28 U.S. Code 1407, paragraph(a)states in part that " Each action so transferred shall be remanded by panel 'at or before conclusion'of such pretrial proceedings to district from which it was transferred."

2. So as to take care that our constitution and laws are faithfully executed, would this Clerk of this panel kindly remand both cases back to Franklin County(Ohio)Common Pleas Court where both cases originated?

Respectfully submitted
Ralph A. Applegate
Ralph A. Applegate
Pro Se Plaintiff
1544 Zettler Road
Columbus,Ohio 43227
rapplegate48@gmail.com

RECEIVED
CLERK'S OFFICE
2020 NOV 16 AM 11:10
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION