UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION
    Hayes, et al. v. Monsanto Company Corporation, et al.,    )
        N.D. Alabama, C.A. No. 3:20-01736    )    MDL No. 2741

**ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in this action (*Hayes*) on November 6, 2020. In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Hayes* was lifted on November 16, 2020, and the action was transferred to the Northern District of California. On November 16, 2020, plaintiffs in *Hayes* filed a motion to reinstate the CTO. In their motion, plaintiffs, through counsel, state that counsel was unable to obtain access to JPML CM/ECF until November 16, 2020. The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in order to permit plaintiffs to pursue their opposition to transfer. The plaintiffs have provided a copy of their notice of opposition.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-244" filed on November 6, 2020, is REINSTATED insofar as it pertains to this action.

    IT IS FURTHER ORDERED that plaintiffs' Notice of Opposition is accepted for filing as of the date of this order.

FOR THE PANEL:

_____
John W. Nichols
Clerk of the Panel