# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION     MDL NO. 2741

## PLAINTIFFS' NOTICE OF OPPOSITION TO CTO – 244

Pursuant to Rule 7.1(c) of the Judicial Panel on Multidistrict Litigation, the Plaintiffs respectfully notice their opposition to Conditional Transfer Order 244 (CTO – 244) as it pertains to Randy Hayes and Katrina Hayes v. Monsanto, et al., N.D. Alabama, 3:20-cv-01736. The Plaintiffs will file a motion to vacate Conditional Transfer Order 244 (CTO – 244), as to the foregoing action, in accordance with JPML Rule 7.1(f) and any briefing schedule set by the Panel.

**Dated: November 16, 2020**

/s/Trey J. Malbrough
Trey J. Malbrough
Bar Number: ASB-2898-R46M
*Attorney for Plaintiffs*
The Malbrough Firm LLC
Age Herald Building
2107 Fifth Avenue North, Suite 301
Birmingham, Alabama 35203
Telephone: (205) 701-0707
Facsimile: (205) 820-0123
Email: trey@tmbfirm.com