BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION     MDL NO. 2741

## PROOF OF SERVICE

     In accordance with Rule 4.1(a) of the Judicial Panel on Multidistrict Litigation, I hereby certify that on November 16, 2020, I caused Plaintiff's Notice of Opposition to Conditional Transfer Order 244 (CTO – 244) to be served on all other parties in all involved actions through electronic filing on the CM/ECF system, which provides electronic service notification to all counsel of record registered as CM/ECF users.

| | |
|---|---|
| Halron W. Turner, Esq.<br>Turner, Onderdonk, Kimbrough,<br>Howell, Huggins & Bradley, PA<br>13212 West Central Avenue<br>Post Office Drawer 1389<br>Chatom, AL 36518<br>Email: hwt@tokh.com<br>*Attorneys for Defendants Monsanto Company, Red River Specialties, LLC, & Red River Specialties, Inc.* | Steve A. Baccus, Esq.<br>R. Keith Worsham, Esq.<br>Almon, McAlister, Baccus & Worsham<br>P. O. Box 148<br>Tuscumbia, AL 35674<br>Email: sbaccus_2000@yahoo.com<br>Email: rkw11111@yahoo.com |

**Dated: November 16, 2020**     **/s/Trey J. Malbrough**
   Trey J. Malbrough
   Bar Number: ASB-2898-R46M
   *Attorney for Plaintiffs*
   The Malbrough Firm LLC
   Age Herald Building
   2107 Fifth Avenue North, Suite 301
   Birmingham, Alabama 35203
   Telephone: (205) 701-0707

Case MDL No. 2741 Document 2093-1 Filed 11/17/20 Page 2 of 2
Case ALN/3:20-cv-01796 Document 4-1 Filed 11/16/20 Page 3 of 3

- 3 -

Facsimile: (205) 820-0123
Email: trey@tmbfirm.com