**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Ricky Beavers, Jr. | Monsanto Co. (erroneously named in the Complaint as Monsanto, Inc.) and Bayer Corp. (erroneously named in the Complaint as Bayer Co.) | Western District of Washington (Seattle) | 2:20-cv-01269-MJP | Senior District Judge Marsha J. Pechman |

1