**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on November 17, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on November 17, 2020 to all counsel as follows:

Charles L. Meyer, Esq.
LAW OFFICES OF CHARLES MEYER
1000 Second Avenue
Suite 3200
Seattle, WA 98104
Phone: (206) 292-0088
Email: lawofficesofcharleslmeyer@gmail.com

Counsel for Plaintiff in *Beavers v. Bayer Co., et al.*, No. 2:20-cv-01269-MJP (W.D. Wash.).

Jennifer L. Campbell, Esq.
SCHWABE, WILLIAMSON & WYATT, P.C.
1420 5th Avenue
Suite 3400
Seattle, WA 98101
Phone: (206) 622-1711
Email: jcampbell@schwabe.com

Counsel for defendant Bayer Corporation in *Beavers v. Bayer Co., et al.*, No. 2:20-cv-01269-MJP (W.D. Wash.).

Dated: November 17, 2020                                   Respectfully submitted,

   /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:     (202) 682-1639

*Attorneys for Defendant Monsanto Company*