**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Jorge Penalver | Monsanto Co. | Southern District of Florida (Miami) | 1:20-cv-24810-PCH | Senior District Judge Paul C. Huck |

1