**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on November 23, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on November 23, 2020 to counsel for Plaintiff as follows:

Jesse N. Bernheim, Esq.
BERNHEIM KELLEY BATTISTA & BLISS, LLC
1936 South Andrews Avenue
Fort Lauderdale, FL 33316
Phone: (954) 866-1111
Email: jbernheim@bkbblaw.com

Co-counsel for Plaintiff in *Penalver v. Monsanto Co.*, No. 1:20-cv-24810-PCH (S.D. Fla.).

Ronald D. Rodman, Esq.
Lauren E. Geraghty, Esq.
FRIEDMAN RODMAN FRANK & ESTRADA, PA
3636 West Flagler Street
Miami, FL 33135
Phone: (305) 448-8585
Email: ronrod@frflawgroup.com
Email: lgeraghty@frflawgroup.com

Co-counsel for Plaintiff in *Penalver v. Monsanto Co.*, No. 1:20-cv-24810-PCH (S.D. Fla.).

Dated: November 23, 2020                        Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*