BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS                                    MDL No. 2741
LIABILITY LITIGATION

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | John M. Searle | Monsanto Co. | Northern District of Ohio (Toledo) | 3:20-cv-02309-JZ | Senior District Judge Jack Zouhary |
| 2. | Tawfeeq Alamiri | Monsanto Co. | Northern District of Ohio (Toledo) | 3:20-cv-02307-JJH | District Judge Jeffrey J. Helmick |
| 3. | Lynne Lenfestey | Monsanto Co. | Northern District of Ohio (Toledo) | 3:20-cv-02308-JJH | District Judge Jeffrey J. Helmick |
| 4. | Matthew Thompson and Jaimie Thompson | Monsanto Co. | Southern District of Florida (Fort Lauderdale) | 0:20-cv-62046-RAR | District Judge Rodolfo A. Ruiz, II |
| 5. | Timothy M. Bulger and Cynthia Bulger | Monsanto Co. | Northern District of New York (Albany) | 1:20-cv-01169-MAD-DJS | District Judge Mae A. D'Agostino |
| 6. | Steven Russell | Monsanto Co. | Northern District of Illinois (Chicago) | 1:20-cv-06232 | District Judge John Robert Blakey |
| 7. | Paul David Kowalik and Karen Lee Kowalik | Monsanto Co. | Southern District of Texas (Houston) | 4:20-cv-03711 | District Judge Andrew S. Hanen |
| 8. | Jim Sokolowski and Kimberly M'Carver Sokolowski | Monsanto Co. | Southern District of Texas (Houston) | 4:20-cv-03701 | District Judge Andrew S. Hanen |
| 9. | Roy Mott, Individually, and Shirley Mott, Individually and on behalf of the Heirs of Ryan Mott, deceased | Monsanto Co. | Northern District of Texas (Fort Worth) | 4:20-cv-01245-P | District Judge Mark Pittman |

|     |                                                                                                 |                                           |                                                   |                                            |                                          |
|-----|-------------------------------------------------------------------------------------------------|-------------------------------------------|---------------------------------------------------|--------------------------------------------|------------------------------------------|
| 10. | Linda Skov and Erik Skov                                                                        | Monsanto Co.                              | Northern District of Texas (Fort Worth)           | 4:20-cv-01217-P                            | District Judge Mark Pittman              |
| 11. | Glenn Clark, Individually and as Representative of the Estate of Douglas Clark, Deceased        | Monsanto Co.                              | District of Arizona (Tucson)                      | 4:20-cv-00488-RM, CV-20-488-TUC-RM         | District Judge Rosemary Marquez          |
| 12. | Susan Fox, Individually and as Proposed Executrix of the Estate of Thomas Fox, Deceased         | Monsanto Co. and Bayer CropScience, LP    | Eastern District of New York (Central Islip)      | 2:20-cv-04962-JMA-SIL                      | District Judge Joan M. Azrack            |