**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 30, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on November 30, 2020 to counsel for Plaintiffs as follows:

Wesley D. Merillat, Esq.
CHARLES E. BOYK LAW OFFICES, LLC
1500 Timberwolf Drive
Holland, OH 43528
Phone: (419) 241-1395
Email: wmerillat@charlesboyk-law.com

Counsel for Plaintiffs in *Searle v. Monsanto Co.*, No. 3:20-cv-02309-JZ (N.D. Ohio); *Alamiri v. Monsanto Co.*, No. 3:20-cv-02307-JJH (N.D. Ohio); *Lenfestey v. Monsanto Co.*, No. 3:20-cv-02308-JJH (N.D. Ohio).

Jeffrey L. Haberman, Esq.
SCHLESINGER LAW OFFICES, P.A.
1212 Southeast Third Avenue
Fort Lauderdale, FL 33316
Phone: (954) 467-8800
Email: jhaberman@schlesingerlaw.com

Counsel for Plaintiffs in *Thompson v. Monsanto Co.*, No. 0:20-cv-62046-RAR (S.D. Fla.).

Laura M. Jordan, Esq.
POWERS & SANTOLA, LLP
100 Great Oaks Boulevard
Suite 123
Albany, NY 12203
Phone: (518) 465-5995
Email: ljordan@powers-santola.com

Counsel for Plaintiffs in *Bulger v. Monsanto Co.*, No. 1:20-cv-01169-MAD-DJS (N.D.N.Y.).

Rebecca Fredona, Esq.
MOLL LAW GROUP
22 West Washington Street
15th Floor
Chicago, IL 60602
Phone: (312) 462-1700
Email: rfredona@molllawgroup.com

Counsel for Plaintiff in *Russell v. Monsanto Co.*, No. 1:20-cv-06232 (N.D. Ill.).

Charles R. Houssiere, III, Esq.
Randal A. Kauffman, Esq.
HOUSSIERE, DURANT & HOUSSIERE, LLP
1990 Post Oak Boulevard
Suite 800
Houston, TX 77056
Phone: (713) 626-3700
Email: choussiere@hdhtex.com
Email: rkauffman@hdhtex.com

Counsel for Plaintiffs in *Kowalik v. Monsanto Co.*, No. 4:20-cv-03711 (S.D. Tex.); *Sokolowski v. Monsanto Co.*, No. 4:20-cv-03701 (S.D. Tex.).

Andrew D. Sims, Esq.
Mac Smith, Esq.
J. Brison Bursey, Esq.
HARRIS, FINLEY & BOGLE, P.C.
777 Main Street
Suite 1800
Fort Worth, TX 76102
Phone: (817) 870-8700
Email: asims@hfblaw.com
Email: msmith@hfblaw.com
Email: bbursey@hfblaw.com

Counsel for Plaintiffs in *Skov v. Monsanto Co.*, No. 4:20-cv-01217-P (N.D. Tex.); *Mott v. Monsanto Co.*, No. 4:20-cv-01245-P (N.D. Tex.).

Sarah J. Showard, Esq.
SHOWARD LAW FIRM, P.C.
4703 East Camp Lowell Drive
Suite 253
Tucson, AZ 85712
Phone: (520) 622-3344

Email: sjshoward@showardlaw.com

Co-counsel for Plaintiffs in *Clark v. Monsanto Co.,* No. 4:20-cv-00488-RM (D. Ariz.), *Clark v. Monsanto Co.,* No. CV-20-488-TUC-RM (D. Ariz.).

Rebecca Fredona, Esq.
MOLL LAW GROUP
22 West Washington Street
15th Floor
Chicago, IL 60602
Phone: (312) 462-1700
Email: rfredona@molllawgroup.com

Co-counsel for Plaintiffs in *Clark v. Monsanto Co.,* No. 4:20-cv-00488-RM (D. Ariz.), *Clark v. Monsanto Co.*, No. CV-20-488-TUC-RM (D. Ariz.).

Luis F. Ras, Esq.
RAS ASSOCIATES, PLLC
2500 Westchester Avenue
Suite 410
Purchase, NY 10577
Phone: (914) 289-2909
Email: lras@raslawfirm.com

Counsel for Plaintiffs in *Fox v. Monsanto Co., et al.*, No. 2:20-cv-04962-JMA-SIL (E.D.N.Y.).

In this lawsuit, undersigned counsel also represents defendant Bayer CropScience, LP, so separate service of these papers on this defendant is not required.

Dated: November 30, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant Monsanto Company*