**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Sami Khal | Monsanto Co. | District of Nevada (Las Vegas) | 2:20-cv-02179-APG-BNW | District Judge Andrew P. Gordon |
| 2. | Frank LoPiccolo | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-01570-SRC | District Judge Stephen R. Clark |

1