**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 1, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on December 1, 2020 to counsel for Plaintiffs as follows:

Steven M. Burris, Esq.
LAW OFFICES OF STEVEN M. BURRIS
2810 West Charleston Boulevard
Suite F-58
Las Vegas, NV 89102
Phone: (702) 258-6238
Email: sb@steveburrislaw.com

Counsel for Plaintiff in *Khal v. Monsanto Co.*, No. 2:20-cv-02179-APG-BNW (D. Nev.).

E. Elliot Adler, Esq.
Ellen N. Adler, Esq.
Amanda J. Wiesner, Esq.
ADLER LAW GROUP, APLC
402 West Broadway
Suite 860
San Diego, CA 92101
Phone: (619) 531-8700
Email: eadler@theadlerfirm.com
Email: enadler@theadlerfirm.com
Email: awiesner@theadlerfirm.com

Counsel for Plaintiff in *LoPiccolo v. Monsanto Co.*, No. 4:20-cv-01570-SRC (E.D. Mo.).

Dated: December 1, 2020                    Respectfully submitted,

  /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*