**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
      LIABILITY LITIGATION          MDL NO. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance in CTO-244 were served on all parties in this case electronically via ECF, or as indicated below, on December 1, 2020.

  Joe G. Hollingsworth
  HOLLINGSWORTH LLP
  1350 I Street NW
  Washington D.C., 20005
  jhollingsworth@hollingsworthllp.com

  *Attorney for Defendant*
  *Monsanto Company*

**Dated this 1st day of December 1, 2020.**

                                      *Respectfully Submitted,*

                                      **/s/Trey J. Malbrough**
                                      Trey J. Malbrough
                                      Bar Number: ASB-2898-R46M
                                      The Malbrough Firm LLC
                                      Age Herald Building
                                      2107 Fifth Avenue North, Suite 301
                                      Birmingham, Alabama 35203
                                      Telephone: (205) 701-0707
                                      Facsimile: (205) 820-0123
                                      Email: trey@tmbfirm.com
                                      *Counsel for Plaintiffs Michael Randy*
                                      *Hayes and Katrina Hayes*