**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Appearance was electronically filed on December 1, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail to all counsel of record.

Dated: December 1, 2020

Respectfully submitted,

**NAPOLI SHKOLNIK, PLLC**

*/s/ Christopher L. Schnieders*
Christopher L. Schnieders        MO # 57725
6731 W. 121st Street, Suite 201
Overland Park, KS 66209
Telephone: 913-246-3860
Fax: 913-312-5841
cschnieders@napolilaw.com

**GOLDSTEIN AND RUSSELL PC**

Thomas C. Goldstein DC # 458365
Eric F. Citron DC # 1001069
7475 Wisconsin Avenue, Suite 850
Bethesda, MD 20814
Telephone: 202-362-0636
Fax: 866-574-2033
tgoldstein@goldsteinrussell.com
ecitron@goldsteinrussell.com

*Attorneys for Plaintiff National Black Farmers
Association*

*Attorneys for Defendant*