**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2741** |

**PLAINTIFFS' MOTION TO VACATE**

**CONDITIONAL TRANSFER ORDER 244 (CTO – 244)**

As required by Rule 7.1(f) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation ("JPML"), Randy Hayes and Katrina Hayes ("Plaintiffs") file this Motion to Vacate Conditional Transfer Order 244 (CTO – 244), and for the reasons contained in the Memorandum Brief in Support of this Motion, filed contemporaneously herewith, requests the Condition Transfer Order be Vacated and for the Panel grant to the Plaintiffs any other, further, or different relief as to which the Plaintiffs may be entitled.

**Dated: December 2, 2020**          **/s/Trey J. Malbrough**
                                      Trey J. Malbrough
                                      Bar Number: ASB-2898-R46M
                                      *Attorney for Plaintiffs*
                                      The Malbrough Firm LLC
                                      Age Herald Building
                                      2107 Fifth Avenue North, Suite 301
                                      Birmingham, Alabama 35203
                                      Telephone: (205) 701-0707
                                      Facsimile: (205) 820-0123
                                      Email: trey@tmbfirm.com