BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION                                MDL NO. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Memorandum Brief in Support of Motion to Vacate CTO-244 were served on all parties in this case electronically via ECF, or as indicated below, on December 1, 2020.

Joe G. Hollingsworth
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
jhollingsworth@hollingsworthllp.com
*Attorney for Defendant*
*Monsanto Company*

**Dated this 1st day of December 2, 2020.**

*Respectfully Submitted,*

**/s/Trey J. Malbrough**
Trey J. Malbrough
Bar Number: ASB-2898-R46M
The Malbrough Firm LLC
Age Herald Building
2107 Fifth Avenue North, Suite 301
Birmingham, Alabama 35203
Telephone: (205) 701-0707
Facsimile: (205) 820-0123
Email: trey@tmbfirm.com
*Counsel for Plaintiffs Michael Randy Hayes and Katrina Hayes*