BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY           MDL NO. 2741
LITIGATION

### NOTICE OF ERRATA

Plaintiffs respectfully submit this Notice of Errata in order to correct an inadvertent clerical error.  Plaintiff's counsel dated these documents December 1, 2020, when they were filed on December 2, 2020. Plaintiff is concurrently filing the pages that corrects these mistakes and makes no other changes.

Submitted herewith is:

(Ex. 1) - Corrected Page 19 of Plaintiffs' Motion to Vacate CTO-244 (ECF. 11-1, Page 19).

(Ex. 2) - Corrected Proof of Service of Plaintiffs' Motion to Vacate CTO-244 (ECF. 11-2)

Respectfully submitted this 2nd day of December 2020.

/s/**Trey J. Malbrough**
Trey J. Malbrough
Bar Number: ASB-2898-R46M
*Attorney for Plaintiffs*
The Malbrough Firm LLC
Age Herald Building
2107 Fifth Avenue North, Suite 301
Birmingham, Alabama 35203
Telephone: (205) 701-0707
Facsimile: (205) 820-0123
Email: trey@tmbfirm.com