# EXHIBIT 1

## IV. REQUEST FOR RELIEF

For the foregoing reasons, Plaintiffs respectfully request that the Panel grant their Motion and enter an Order (1) vacating the Conditional Transfer Order 244 (CTO – 244) with respect to this cause of action; and (2) granting Plaintiffs such additional relief to which they may be entitled and which the Panel deems proper and just.

Respectfully submitted, this 2nd day of December 2020.

/s/**Trey J. Malbrough**
Trey J. Malbrough
Bar Number: ASB-2898-R46M
*Attorney for Plaintiffs*
The Malbrough Firm LLC
Age Herald Building
2107 Fifth Avenue North, Suite 301
Birmingham, Alabama 35203
Telephone: (205) 701-0707
Facsimile: (205) 820-0123
Email: trey@tmbfirm.com