# EXHIBIT 2

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
      LIABILITY LITIGATION                    MDL NO. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Memorandum Brief in Support of Motion to Vacate CTO-244 were served on all parties in this case electronically via ECF, or as indicated below, on December 2, 2020.

  Joe G. Hollingsworth
  HOLLINGSWORTH LLP
  1350 I Street NW
  Washington D.C., 20005
  jhollingsworth@hollingsworthllp.com
  *Attorney for Defendant*
  *Monsanto Company*

**Dated this 2d day of December 2020.**

                                               *Respectfully Submitted,*

                                               **/s/Trey J. Malbrough**
                                               Trey J. Malbrough
                                               Bar Number: ASB-2898-R46M
                                               The Malbrough Firm LLC
                                               Age Herald Building
                                               2107 Fifth Avenue North, Suite 301
                                               Birmingham, Alabama 35203
                                               Telephone: (205) 701-0707
                                               Facsimile: (205) 820-0123
                                               Email: trey@tmbfirm.com
                                               *Counsel for Plaintiffs Michael Randy*
                                               *Hayes and Katrina Hayes*