**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE: ROUNDUP PRODUCTS
      LIABILITY LITIGATION**            **MDL NO.  2741**

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Errata, and Exhibits thereto, was served on all parties in this case electronically via ECF, or as indicated below, on December 2, 2020.

Joe G. Hollingsworth
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
jhollingsworth@hollingsworthllp.com
*Attorney for Defendant*
*Monsanto Company*

**Dated this 2d  day of December 2020.**

                                      *Respectfully Submitted,*

                                      **/s/Trey J. Malbrough**
                                      Trey J. Malbrough
                                      Bar Number: ASB-2898-R46M
                                      The Malbrough Firm LLC
                                      Age Herald Building
                                      2107 Fifth Avenue North, Suite 301
                                      Birmingham, Alabama 35203
                                      Telephone:  (205) 701-0707
                                      Facsimile:  (205) 820-0123
                                      Email:  trey@tmbfirm.com
                                      *Counsel for Plaintiffs Michael Randy*
                                      *Hayes and Katrina Hayes*