BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION          MDL NO. 2741

## PLAINTIFFS' MOTION FOR LEAVE TO FILE OUT OF TIME

Plaintiffs respectfully submit this Motion for leave to file out of time their Motion to Vacate Conditional Transfer Order and Memorandum of Law in Support (ECF. 11), which was filed on December 2, 2020. The motion was due on December 1, 2020. After unexpected events and computer problems, counsel was unable to file the opposition by midnight EST, though did so by midnight CST. It was not clear that the deadline would be missed until after filing, when the ECF return reflected December 2, 2020.

The length of delay, which does not arise to one business day, does not create danger of prejudice to the non-moving parties, should the Panel grant Plaintiffs' motion. For the foregoing reasons, the Plaintiffs ask that their Motion to Vacate, (ECF 11) be filed 1 hour late.

*Respectfully Submitted,*

**/s/Trey J. Malbrough**
Trey J. Malbrough

*Counsel for Plaintiffs Michael Randy Hayes and Katrina Hayes*

- 2 -

                              Bar Number: ASB-2898-R46M
                              The Malbrough Firm LLC
                              Age Herald Building
                              2107 Fifth Avenue North, Suite 301
                              Birmingham, Alabama 35203
                              Telephone:  (205) 701-0707
                              Facsimile:  (205) 820-0123
                              Email:  trey@tmbfirm.com
                              *Counsel for Plaintiffs Michael Randy*
                              *Hayes and Katrina Hayes*