BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
      LIABILITY LITIGATION          MDL NO. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Motion for Leave to File Out of Time were served on all parties in this case electronically via ECF, or as indicated below, on December 2, 2020.

Joe G. Hollingsworth
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
jhollingsworth@hollingsworthllp.com
*Attorney for Defendant*
*Monsanto Company*

**Dated this 2nd day of December 2, 2020.**

        *Respectfully Submitted,*

        **/s/Trey J. Malbrough**
        Trey J. Malbrough
        Bar Number: ASB-2898-R46M
        The Malbrough Firm LLC
        Age Herald Building
        2107 Fifth Avenue North, Suite 301
        Birmingham, Alabama 35203
        Telephone: (205) 701-0707
        Facsimile: (205) 820-0123
        Email: trey@tmbfirm.com
        *Counsel for Plaintiffs Michael Randy*
        *Hayes and Katrina Hayes*