**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on December 2, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on December 2, 2020 to counsel for Plaintiffs as follows:

Michael Burrage, Esq.
Reggie Whitten, Esq.
WHITTEN BURRAGE
512 North Broadway Avenue
Suite 300
Oklahoma City, OK 73102
Phone: (405) 516-7800
Email: mburrage@whittenburragelaw.com
Email: rwhitten@whittenburragelaw.com

Co-counsel for Plaintiffs in *Grubb v. Monsanto Co.,* No. 5:20-cv-01173-PRW (W.D. Okla.).

Bradley E. Beckworth, Esq.
Jeffrey J. Angelovich, Esq.
Cody L. Hill, Esq.
NIX PATTERSON, LLP
3600 North Capital of Texas Highway
Suite 350
Austin, TX 78746
Phone: (512) 328-5333
Email: bbeckworth@nixlaw.com
Email: jangelovich@nixlaw.com
Email: codyhill@nixlaw.com

Co-counsel for Plaintiffs in *Grubb v. Monsanto Co.,* No. 5:20-cv-01173-PRW (W.D. Okla.).

Eric J. Groves, Esq.
GROVES & ASSOCIATES
3601 North Classen Boulevard
Suite 207
Oklahoma City, OK 73118
Phone: (405) 236-5303
Email: ejg777@aol.com

Co-counsel for Plaintiffs in *Grubb v. Monsanto Co.,* No. 5:20-cv-01173-PRW (W.D. Okla.).

Dated: December 2, 2020                    Respectfully submitted,

   /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:     (202) 682-1639

*Attorneys for Defendant Monsanto Company*