John W. Nichols
Clerk of Panel
U.S. Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle ,N.E. Room G-255
North Lobby
Washington ,DC 20002-8004

Ralph A. Applegate,
    Plaintiff,

                                       United States District Court,
                                       Northern District of Ca.
    versus                           MDL No. 2741
                                       Case Nos:2:18-CV-03363-VC
                                                    3:19-CV-06800-VC
                                       November 24, 2020

Bayer,A.G.,
    Defendant,

## PRO SE PARTY'S MEMORANDUM

I am the plaintiff in this case and I briefly state as follows:

Pro Se will be age 89 on March 2, 2021,and as of September 11,2020 being treated monthly with Brukinsa ,it was $13333.monthly?,for plasma cell dyscrasia(Blood cancer),Waldenstrom Macroglobulinemia.

Settlement demand began December 14, 2017 and Bayer,A.G.deliberatly delayed communication beyond November 24, 2020.

Pro Se proffered proof several times that arsenic is 228 more times toxic than glyphosate.

Federal Justice William R.Shubb,U.S. Dist.Ct., East.Dist of Ca.,June 22, 2020,cemented his basis for proof glyphosate is noncancerous as"Fact remains that every government regulator has found that there was no or insufficient evidence that glyphosate causes cancer." Before that ,on June 22, 2020, Shubb found that Ca.Atty.Gen.Xavier Becerra's proffered information "Does not establish that California knows that glyphosate causes cancer."Judge Halts California Bid for Cancer Warning on Roundup. Internet, November 21, 2020, inter alia.

Pro Se spoke with a James Cancer Center Roundup plaintiff before

November 6,2020,who was secret about his settlement,inter alia.On November 6, 2020, Pro Se spoke with another James Cancer Center Roundup plaintiff who stated he would not soon settle for such a small amount.

Pro Se calculated net settlement amounts for 87498 plaintiff's based on a Bayer,A.G.offered amount of $6,540,000,000., and arrived at $74751.42 which is obviously incorrect because Pro Se does not know what was included in $6,540,000,000.?

There is no doubt, but Pro Se does not claim it, that there is an unconstitutional conspiracy of secrecy for an unethical purpose to maximize 1st set of attorneys fees at $4,360,000,000.,and to minimize 87498 plaintiff's individual net settlement monies at $96,000.

Bayer,A.G., Pro Se sayeth, finally will likely not be indebted to Johnson, Hardeman,and Pilliod's, and 87498 plaintiff's because Justice Shubb is 2nd to infer fact that glyphosate claims were fraudulent, Pro Se was 1st ! "Justice Shubb, June 22, 2020, further rejected influence of recent jury verdicts in cases against Monsanto regarding glyphosate products."

Settlement Master Feinstein has previously been known to have been untrustworthy!

Secretary John W.Nichols is again requested to remand these two(2)cases.

Copies have been placed in a regular mail box to attorney Hollingsworth and to Secretary Nichols on late evening of November 24, 2020.

Signed

*Ralph A. Applegate* (signature)

Ralph A. Applegate
Pro Se
1544 Zettler Road
Columbus,Ohio 43227
914-410-1568

p.2