**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on December 4, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on December 4, 2020 to counsel for Plaintiffs as follows:

Ian Connor Bifferato, Esq.
THE BIFFERATO FIRM, PA
1007 North Orange Street
4th Floor
Wilmington, DE 19801
Phone: (302) 225-7600
Email: cbifferato@tbf.legal

Co-counsel for Plaintiffs in *Lawrence v. Monsanto Co.,* No. 1:20-cv-01341-RGA (D. Del.).

David C. Strouss, Esq.
Evan R. Hoffman, Esq.
Jasmine M. Howard, Esq.
THORNTON LAW FIRM, LLP
One Lincoln Street
Boston, MA 02111
Phone: (617) 720-1333
Email: dstrouss@tenlaw.com
Email: ehoffman@tenlaw.com
Email: jhoward@tenlaw.com

Co-counsel for Plaintiffs in *Lawrence v. Monsanto Co.,* No. 1:20-cv-01341-RGA (D. Del.).

Dated: December 4, 2020                    Respectfully submitted,

   /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*