**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff**              | **Defendant** | **District**                                   | **Civil Action No.**   | **Judge**                                    |
|----|----------------------------|---------------|------------------------------------------------|------------------------|----------------------------------------------|
| 1. | Martin Frye and Wanda Frye | Monsanto Co.  | District of Maryland (Baltimore)               | 1:20-cv-03359-CCB      | District Judge Catherine C. Blake            |
| 2. | James Harold Rawls         | Monsanto Co.  | Middle District of Tennessee (Nashville)       | 3:20-cv-00964          | District Judge William L. Campbell, Jr.      |

1