# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 10, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on December 10, 2020 to counsel for Plaintiffs as follows:

Dennis F. O'Brien, Esq.
DENNIS F. O'BRIEN, P.A.
2012 South Tollgate Road
Suite 209
Bel Air, MD 21015
Phone: (410) 420-7411
Email: obie26@aol.com

Counsel for Plaintiffs in *Frye v. Monsanto Co.*, No. 1:20-cv-03359-CCB (D. Md.).

Perry A. Craft, Esq.
LAW OFFICE OF PERRY A. CRAFT, PLLC
402 BNA Drive
Suite 202
Nashville, TN 37217
Phone: (615) 953-3808
Email: perrycraft@craftlegal.com

Counsel for Plaintiff in *Rawls v. Monsanto Co.*, No. 3:20-cv-00964 (M.D. Tenn.).

Dated: December 10, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*