**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Bonnie Post and John Mechas | Monsanto Co. | Middle District of Florida (Tampa) | 8:20-cv-02866-VMC-CPT | Senior District Judge Virginia M. Hernandez Covington |
| 2. | Luis Arenas and Yairis Arenas | Monsanto Co. | Southern District of Florida (Ft. Lauderdale) | 0:20-cv-62493-WPD | District Judge William P. Dimitrouleas |