**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on December 16, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on December 16, 2020 to counsel for Plaintiff as follows:

Vincent L. Greene, Esq.
Dennis A. Costigan, Esq.
MOTLEY RICE, LLC
55 Cedar Street
Suite 100
Providence, RI 02903
Phone: (401) 457-7730
Email: vgreene@motleyrice.com
Email: dcostigan@motleyrice.com

Co-counsel for Plaintiff in *Carchia v. Monsanto Co.*, No. 1:19-cv-00575-WES-LDA (D.R.I.).

Carl S. Levin, Esq.
GILSTEIN, KINDER & LEVIN, LLP
300 Metro Center Boulevard
Suite 150A
Warwick, RI 02886
Phone: (401) 751-1500
Email: clevin@gklfirm.com

Co-counsel for Plaintiff in *Carchia v. Monsanto Co.*, No. 1:19-cv-00575-WES-LDA (D.R.I.).

Dated: December 16, 2020                    Respectfully submitted,


/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*