**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Appearances and Corporate Disclosure Statements were electronically filed on December 18, 2020 with the Clerk of the JPML using the CM/ECF system and were served on December 22, 2020 via Federal Express and through e-mail to *pro se* plaintiff, as follows:

Ralph A. Applegate
1544 Zettler Rd.
Columbus, OH 43227
rapplegate48@gmail.com

Dated: December 22, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorney for Defendant
Monsanto Company*

1