**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                    MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Suj Sundararaj, M.D. | Monsanto Co. | Northern District of Illinois (Chicago) | 1:20-cv-07705 | District Judge Matthew F. Kennelly |
| 2. | Richard L. Hammett and Mary Hammett | Monsanto Co. and John Does 1-50 | Southern District of California (San Diego) | 3:20-cv-02176-L-AGS | Senior District Judge M. James Lorenz |
| 3. | Charles Porto | Monsanto Co. | Northern District of Iowa (Cedar Rapids) | 1:20-cv-00087-LRR-KEM | Senior District Judge Linda R. Reade |
| 4. | Mark Proctor and Lois L. Proctor | Monsanto Co. | Southern District of Florida (Ft. Lauderdale) | 0:20-cv-62450-AHS | District Judge Raag Singhal |