**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 24, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on December 24, 2020 to counsel for Plaintiffs as follows:

Kenneth T. Lumb, Esq.
Michael D. Ditore, Esq.
Britney R. Pennycook, Esq.
CORBOY & DEMETRIO, P.C.
33 North Dearborn Street
21st Floor
Chicago, IL 60602
Phone: (312) 346-3191
Email: ktl@corboydemetrio.com
Email: mdd@corboydemetrio.com
Email: brp@corboydemetrio.com

Counsel for Plaintiff in *Sundararaj v. Monsanto Co.,* No. 1:20-cv-07705 (N.D. Ill.).

Michael J. Williams, Esq.
CELLINO LAW LLP
350 Main Street
2500 Main Place Tower
Buffalo, NY 14202
Phone: (716) 888-2020
Email: michael.williams@cellinolaw.com

Counsel for Plaintiffs in *Hammett v. Monsanto Co., et al.,* No. 3:20-cv-02176-L-AGS (S.D. Cal.).

James H. Cook, Esq.
DUTTON, DANIELS, HINES, KALKHOFF, COOK & SWANSON, PLC
3151 Brockway Road

1

Waterloo, IA 50701
Phone: (319) 234-4471
Email: jcook@duttonfirm.com

Counsel for Plaintiff in *Porto v. Monsanto Co.*, No. 1:20-cv-00087-LRR-KEM (N.D. Iowa).

Jeffrey L. Haberman, Esq.
SCHLESINGER LAW OFFICES, P.A.
1212 Southeast Third Avenue
Fort Lauderdale, FL 33316
Phone: (954) 467-8800
Email: jhaberman@schlesingerlaw.com

Counsel for Plaintiffs in *Proctor v. Monsanto Co.*, No. 0:20-cv-62450-AHS (S.D. Fla.).

Dated: December 24, 2020                     Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Joe G. Hollingsworth
　　　　　　　　　　　　　　　　　　　　　　　　Joe G. Hollingsworth, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　(jhollingsworth@hollingsworthllp.com)
　　　　　　　　　　　　　　　　　　　　　　　　HOLLINGSWORTH LLP
　　　　　　　　　　　　　　　　　　　　　　　　1350 I Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　　　　　Phone: (202) 898-5800
　　　　　　　　　　　　　　　　　　　　　　　　Fax:    (202) 682-1639

　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Monsanto Company*