**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Linda Kay and Todd Kay | Monsanto Co. | District of South Carolina (Charleston) | 2:20-cv-04302-MDL | Unassigned |