**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on December 28, 2020 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on December 28, 2020 to counsel for Plaintiffs as follows:

Cameron L. Marshall, Esq.
CAMERON L. MARSHALL LAW OFFICE
7 Gamecock Avenue
Suite 707
Charleston, SC 29407
Phone: (843) 795-2298
Email: cameron@attorneymarshall.com

Counsel for Plaintiffs in *Kay v. Monsanto Co.,* No. 2:20-cv-04302-MDL (D.S.C.).

Dated: December 28, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*