**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Monsanto Company and Bayer AG's Opposition to Plaintiff's Motion to Remand were electronically filed on December 28, 2020 with the Clerk of the JPML using the CM/ECF system and were served via United States Postal Service and through e-mail to *pro se* plaintiff, as follows:

Ralph A. Applegate
1544 Zettler Rd.
Columbus, OH 43227
rapplegate48@gmail.com


Dated: December 28, 2020

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorney for Defendant
Monsanto Company*

1