# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received: 12/22/2020, 12/28/2020**

**District Court: E.D. Louisiana & E.D. Arkansas**

**Number of Actions: 2**

**Complaints and Docket Sheets are attached.**

_____
CLERK OF THE PANEL