**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                           MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| **1.** | Ronald Bennett and Rebecca Bennett | Monsanto Co. | Eastern District of North Carolina (Northern Division) | 2:20-cv-00070-FL | District Judge Louise Wood Flanagan |
| **2.** | Peter Gardella and Lila White Gardella | Monsanto Co. | District of Massachusetts (Boston) | 1:20-cv-12251-PBS | District Judge Patti B. Saris |
| **3.** | Elexis McCrillis, Individually and as the Personal Representative of the Estate of Robert McCrillis | Monsanto Co. | District of Massachusetts (Worcester) | 4:20-cv-12250-TSH | District Judge Timothy S. Hillman |