**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on January 4, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on January 4, 2021 to counsel for Plaintiffs as follows:

Marcus Spake, Esq.
STEWART LAW OFFICES, LLC
5550 77 Center Drive
Suite 240
Charlotte, NC 28217
Phone: (704) 521-5000
Email: marcus@stewartlawoffices.net

Co-counsel for Plaintiffs in *Bennett v. Monsanto Co.*, No. 2:20-cv-00070-FL (E.D.N.C.).

Graham L. Newman, Esq.
CHAPPELL, SMITH & ARDEN, P.A.
2801 Devine Street
Suite 300
Columbia, SC 29205
Phone: (803) 929-3600
Email: gnewman@csa-law.com

Co-counsel for Plaintiffs in *Bennett v. Monsanto Co.*, No. 2:20-cv-00070-FL (E.D.N.C.).

Erika A. O'Donnell, Esq.
Michael C. Shepard, Esq.
Michael J. McCann, Esq.
SHEPARD LAW, PC
160 Federal Street
Boston, MA 02110
Phone: (617) 451-9191
Email: eodonnell@shepardlawfirm.com

Email: mshepard@shepardlawfirm.com
Email: mmccann@shepardlawfirm.com

Counsel for Plaintiffs in *Gardella v. Monsanto Co.*, No. 1:20-cv-12251-PBS (D. Mass.); *McCrillis v. Monsanto Co.*, No. 4:20-cv-12250-TSH (D. Mass.).

Dated: January 4, 2021                                Respectfully submitted,

                                                     /s/ Joe G. Hollingsworth
                                                     Joe G. Hollingsworth, Esq.
                                                     (jhollingsworth@hollingsworthllp.com)
                                                     HOLLINGSWORTH LLP
                                                     1350 I Street, N.W.
                                                     Washington, D.C. 20005
                                                     Phone: (202) 898-5800
                                                     Fax:    (202) 682-1639

                                                     *Attorneys for Defendant Monsanto Company*