**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**
www.ned.uscourts.gov

**Denise M. Lucks**
**Clerk of Court**

**Gabriela Acosta**
**Chief Deputy Clerk**

January 4, 2021

MDL Judicial Panel
Thurgood Marshall Federal Judiciary Building
1 Columbus Circle, NE
Room G255
Washington, DC 20544-0005

Re:   8:21-cv-3
   Rohe et al v. Monsanto Company
   MDL No. 2741

Dear Sir/Madam:

   We are sending you a copy of the complaint and docket sheet in this case via e-mail. This is an action regarding RoundUp Products Liability Litigation.

   Sincerely,

   By:   s/ Laura Monsees
      Deputy Clerk

cc:   Counsel of Record (without enclosures)

Approved 12/22/14

\#

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 | Fax: (402) 661-7387 | Toll Free: (866) 220-4381
Lincoln: (402) 437-1900 | Fax: (402) 437-1911 | Toll Free: (866) 220-4379