**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on January 12, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on January 12, 2021 to counsel for Plaintiffs as follows:

David A. Domina, Esq.
DOMINA LAW GROUP
2425 South 144th Street
Omaha, NE 68144
Phone: (402) 493-4100
Email: ddomina@dominalaw.com

Counsel for Plaintiffs in *Swan v. Monsanto Co.,* No. 4:20-cv-00925-HEA (E.D. Mo.).

Dated: January 12, 2021        Respectfully submitted,

        /s/ Joe G. Hollingsworth
        Joe G. Hollingsworth, Esq.
        (jhollingsworth@hollingsworthllp.com)
        HOLLINGSWORTH LLP
        1350 I Street, N.W.
        Washington, D.C. 20005
        Phone: (202) 898-5800
        Fax:    (202) 682-1639

        *Attorneys for Defendant Monsanto Company*