

# VILLARREAL LAW FIRM, LLC

**Anna Villarreal, D.C., J.D.** †
**Aaron M. McHenry, J.D.**
**Kelsey Reno, J.D.**

2 W. Main St.
Chillicothe, OH 45601
P. 740.772.4466
F. 740.772.4467

December 29, 2020

MDL Judicial Panel
Thurgood Marshall Federal Judiciary Building
1 Columbus Circle NE
Room G255
Washington, DC 20544-0005

Re:   In re: Roundup Products Liability Litigation (MDL No. 2741)
      2:20-CV-4212
      Burger v. Monsanto Company

Dear Sir/Madam,

I am sending you a copy of the Complaint and Docket Sheet in this case. This is an action regarding Roundup Products Liability Litigation.

Sincerely,

**Kelsey J. Reno**
Associate Attorney
Villarreal Law Firm
2 W. Main St.
Chillicothe, OH 45601
(740) 772-4466
kelsey@avlawohio.com

KJR
Enclosure

cc:   Clerk of US District Court – Southern District of Ohio – Eastern District (w/o enclosure)