**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                              MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| James Burris | Monsanto Co., Does 1 through 10, inclusive, and Roe Entities 1 through 10, inclusive | District of Nevada (Las Vegas) | 2:21-cv-00068-JAD-BNW | District Judge Jennifer A. Dorsey |