**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on January 14, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on January 14, 2021 to counsel for Plaintiff as follows:

Steven M. Burris, Esq.
LAW OFFICES OF STEVEN M. BURRIS
2810 West Charleston Boulevard
Suite F-58
Las Vegas, NV 89102
Phone: (702) 258-6238
Email: sb@steveburrislaw.com

Counsel for Plaintiff in *Burris v. Monsanto Co., et al.*, No. 2:21-cv-00068-JAD-BNW (D. Nev.).

Dated: January 14, 2021

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

1