**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE:** Roundup Products Liability Litigation

MDL No. 2741

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff, Holly Burger, writes to notify you of the potential tag along action listed on the attached Schedule of Action.

A docket sheet and complaint is attached.

Sincerely,

/s/ *Kelsey J. Reno*
**Kelsey J. Reno**
Associate Attorney
Villarreal Law Firm
2 W. Main St.
Chillicothe, OH 45601
(740) 772-4466
kelsey@avlawohio.com
*Counsel for Plaintiff*

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE:** Roundup Products Liability Litigation

MDL No. 2741

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

|   | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1 | Holly Burger, fkn Holly Steinbrook | Monsanto Company | S.D. Ohio | 2:20-cv-4212 | Hon. Sarah D. Morrison |