BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE:** Roundup Products Liability Litigation

MDL No. 2741

## NOTICE OF POTENTIAL TAG-ALONG ACTION

|   | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1 | Holly Burger, fkn Holly Steinbrook | Monsanto Company | S.D. Ohio | 2:20-cv-4212 | Hon. Sarah D. Morrison |