# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**IN RE:** Roundup Products Liability Litigation

MDL No. 2741

## PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, undersigned Counsel hereby certified that copies of the Original Complaint, Summons, and the foregoing Notice was served on Defendant, Monsanto Company in the following case by Certified U.S. Mail c/o Corporation Service Company 50 W. Broad St. Ste. 1330, Columbus, OH 43215 on January 13, 2021.

Sincerely,

/s/ *Kelsey J. Reno*
**Kelsey J. Reno**
Associate Attorney
Villarreal Law Firm
2 W. Main St.
Chillicothe, OH 45601
(740) 772-4466
kelsey@avlawohio.com
*Counsel for Plaintiff*