**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Robert Wessels | Monsanto Co. | Northern District of Illinois (Chicago) | 1:21-cv-00227 | Senior District Judge Charles P. Kocoras |
| 2. | John LaBrocca | Monsanto Co., Does 1 through 10, inclusive, and Roe Entities 1 through 10, inclusive | District of Nevada (Las Vegas) | 2:21-cv-00073-GMN-BNW | District Judge Gloria M. Navarro |
| 3. | Nacole Kimble | Monsanto Co., Does 1 through 10, inclusive, and Roe Entities 1 through 10, inclusive | District of Nevada (Las Vegas) | 2:21-cv-00070-APG-EJY | District Judge Andrew P. Gordon |
| 4. | Belinda Hill | Monsanto Co., Does 1 through 10, inclusive, and Roe Entities 1 through 10, inclusive | District of Nevada (Las Vegas) | 2:21-cv-00072-GMN-BNW | District Judge Gloria M. Navarro |
| 5. | Ben Embaan | Monsanto Co., Does 1 through 10, inclusive, and Roe Entities 1 through 10, inclusive | District of Nevada (Las Vegas) | 2:21-cv-00071-KJD-EJY | Senior District Judge Kent J. Dawson |