**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on January 15, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on January 15, 2021 to counsel for Plaintiffs as follows:

Kenneth T. Lumb, Esq.
Michael D. Ditore, Esq.
Britney R. Pennycook, Esq.
CORBOY & DEMETRIO, P.C.
33 North Dearborn Street
21st Floor
Chicago, IL 60602
Phone: (312) 346-3191
Email: ktl@corboydemetrio.com
Email: mdd@corboydemetrio.com
Email: brp@corboydemetrio.com

Counsel for Plaintiff in *Wessels v. Monsanto Co.,* No. 1:21-cv-00227 (N.D. Ill.).

Steven M. Burris, Esq.
LAW OFFICES OF STEVEN M. BURRIS
2810 West Charleston Boulevard
Suite F-58
Las Vegas, NV 89102
Phone: (702) 258-6238
Email: sb@steveburrislaw.com

Counsel for Plaintiffs in *LaBrocca v. Monsanto Co., et al.*, No. 2:21-cv-00073-GMN-BNW (D. Nev.); *Kimble v. Monsanto Co., et al.*, No. 2:21-cv-00070-APG-EJY (D. Nev.); *Hill v. Monsanto Co., et al.*, No. 2:21-cv-00072-GMN-BNW (D. Nev.); *Embaan v. Monsanto Co., et al.*, No. 2:21-cv-00071-KJD-EJY (D. Nev.).

1

Dated: January 15, 2021

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*