**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on January 25, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on January 25, 2021 to counsel for Plaintiff as follows:

Patrick L. Sealey, Esq.
HEIDMAN LAW FIRM, P.L.L.C.
1128 Historic Fourth Street
Sioux City, IA 51102
Phone: (712) 255-8838
Email: patrick.sealey@heidmanlaw.com

Counsel for Plaintiff in *Potash v. Monsanto Co.*, No. 5:20-cv-04061-LRR-KEM (N.D. Iowa).

Dated: January 25, 2021     Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*