**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Julie A. Croston, Individually and as Executrix of the Estate of Jonathan Correl Croston | Monsanto Co. and John Does 1-5 | Northern District of West Virginia (Elkins) | 2:21-cv-00003-TSK | District Judge Thomas S. Kleeh |
| 2. | Mark Gallo and Lorena Barone | Monsanto Co. | Eastern District of New York (Central Islip) | 2:20-cv-05130-JMA-AKT | District Judge Joan M. Azrack |
| 3. | Jimmy Pool | Monsanto Co. | Northern District of Illinois (Chicago) | 1:21-cv-00108 | Senior District Judge Marvin E. Aspen |

1