**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on January 28, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on January 28, 2021 to counsel for Plaintiffs as follows:

Hunter B. Mullens, Esq.
C. Brian Matko, Esq.
MULLENS & MULLENS, PLLC
9 North Main Street
Philippi, WV 26416
Phone: (304) 457-9000
Email: hbmullens1@yahoo.com
Email: bmatko@mullensandmullens.com

Counsel for Plaintiffs in *Croston v. Monsanto Co., et al.*, No. 2:21-cv-00003-TSK (N.D. W. Va.).

Todd M. Rubin, Esq.
FINZ & FINZ, P.C.
410 East Jericho Turnpike
Mineola, NY 11501
Phone: (516) 433-3000
Email: trubin@finzfirm.com

Counsel for Plaintiffs in *Gallo, et al. v. Monsanto Co.*, No. 2:20-cv-05130-JMA-AKT (E.D.N.Y.).

Adam J. Zayed, Esq.
Jeremy D. Lee, Esq.
ZAYED LAW OFFICES
195 Springfield Avenue
1st Floor
Joliet, IL 60435

Phone: (815) 726-1616
Email: azayed@zayedlaw.com
Email: jlee@zayedlaw.com

Counsel for Plaintiff in *Pool v. Monsanto Co.*, No. 1:21-cv-00108 (N.D. Ill.).

Dated: January 28, 2021    Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*