**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

| | | |
|---|---|---|
| ARTHUR JOHNSTON<br>CLERK OF COURT<br><br>Arthur_Johnston@mssd.uscourts.gov<br><br>501 E. Court St., Suite 2.500<br>Jackson, MS  39201<br><br>TELEPHONE<br>601-608-4010 | January 27, 2021 | *Divisions*<br><br>SOUTHERN at Gulfport<br>2012 15th St., Suite 403, Zip 39501<br><br>EASTERN at Hattiesburg<br>701 Main St., Suite 200, Zip 39401<br><br>JACKSON & WESTERN at Jackson<br>501 E. Court St., Suite 2.500 Zip 39201 |

Mr. John W. Nichols, Clerk
Judicial Panel on Multidistrict Litigation
1 Columbus Circle, N. E.  #G-255
Washington, DC   20002-8000

Re:   MDL  2741: Roundup Products Liability Litigation
      USDC Civil Action No.  3:21-cv-53-DPJ-FKB
      John W. Bussey, Jr. v. Monsanto Company, Inc., Does 1-10

Dear Mr. Nichols:

It has come to the attention of the clerk's office that the captioned litigation may involve issues related to Roundup Products Libility Litigation

If so, this litigation may be subject to the jurisdiction of the Multidistrict Litigation Panel, MDL Panel MDL- 2741

According to the directive of your office, we enclose a copy of the docket sheet, as well as a copy of the complaint and/or notice of removal which has been filed in this cause.  Attorneys for the parties of this action are being notified by NEF.

If we can provide any additional or more specific information concerning the status of this case, we will be pleased to promptly do so.

Yours very truly,

Arthur Johnston, Clerk

By: _____P. Green_____
          Deputy Clerk

cc:   Counsel of Record