# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|  | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Dana L. Ellerbe | Monsanto Co. | Western District of Louisiana (Monroe) | 3:20-cv-01605-TAD-KLH | District Judge Terry A. Doughty |
| 2. | Jessica Laurel Tate, individually and on behalf of Lee L. Tate | Monsanto Co. | Western District of Louisiana (Shreveport) | 5:20-cv-01604-SMH-MLH | Chief District Judge S. Maurice Hicks, Jr. |
| 3. | Diane Koch, individually and as Administrator of the Estate of James Koch | Monsanto Co. | Northern District of Iowa (Central Division) | 3:20-cv-03062-LRR-KEM | Senior District Judge Linda R. Reade |
| 4. | Brandi Hodgson Troxel | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:20-cv-01704-NAB | Chief Magistrate Judge Nannette A. Baker |
| 5. | Lincoln S. Graubard and Sandra Graubard | Monsanto Co. | Northern District of Ohio (Cleveland) | 1:20-cv-02033-SO | District Judge Solomon Oliver, Jr. |
| 6. | Charles Vanella | Monsanto Co. | Northern District of Illinois (Chicago) | 1:21-cv-00519 | District Judge Steven C. Seeger |