## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on February 1, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on February 1, 2021 to counsel for Plaintiffs as follows:

John C. Enochs, Esq.
Richard L. Root, Esq.
Betsy Barnes, Esq.
MORRIS BART LLC
601 Poydras Street
24th Floor
New Orleans, LA 70130
Phone: (504) 525-8000
Email: jenochs@morrisbart.com
Email: rroot@morrisbart.com
Email: bbarnes@morrisbart.com

Counsel for Plaintiffs in *Ellerbe v. Monsanto Co.,* No. 3:20-cv-01605-TAD-KLH (W.D. La.); *Tate v. Monsanto Co.,* No. 5:20-cv-01604-SMH-MLH (W.D. La.).

Larry D. Helvey, Esq.
LARRY HELVEY LAW FIRM
2735 First Avenue Southeast
Suite 101
Cedar Rapids, IA 52402
Phone: (319) 362-0421
Email: lhelvey@helveylaw.com

Co-counsel for Plaintiffs in *Koch v. Monsanto Co.*, No. 3:20-cv-03062-LRR-KEM (N.D. Iowa).

Neven J. Mulholland, Esq.
JOHNSON, KRAMER, MULHOLLAND, COCHRANE & COCHRANE, P.L.C.
809 Central Avenue

Suite 600
Fort Dodge, IA 50501
Phone: (515) 573-2181
Email: neven.mulholland@johnsonlawia.com

Co-counsel for Plaintiffs in *Koch v. Monsanto Co.*, No. 3:20-cv-03062-LRR-KEM (N.D. Iowa).

D. Todd Mathews, Esq.
THE GORI LAW FIRM
156 North Main Street
Edwardsville, IL 62025
Phone: (618) 659-9833
Email: todd@gorilaw.com

Counsel for Plaintiff in *Troxel v. Monsanto Co.*, No. 4:20-cv-01704-NAB (E.D. Mo.).

Steven M. Goldberg, Esq.
GOLDBERG LEGAL CO., LPA
31300 Solon Road
Suite 12
Solon, OH 44139
Phone: (440) 519-9900
Email: steven@goldberglpa.com

Counsel for Plaintiffs in *Graubard v. Monsanto Co.,* No. 1:20-cv-02033-SO (N.D. Ohio).

Kenneth T. Lumb, Esq.
Michael D. Ditore, Esq.
Britney R. Pennycook, Esq.
CORBOY & DEMETRIO, P.C.
33 North Dearborn Street
21st Floor
Chicago, IL 60602
Phone: (312) 346-3191
Email: ktl@corboydemetrio.com
Email: mdd@corboydemetrio.com
Email: brp@corboydemetrio.com

Counsel for Plaintiff in *Vanella v. Monsanto Co.,* No. 1:21-cv-00519 (N.D. Ill.).

Dated: February 1, 2021                         Respectfully submitted,

                                              /s/ Joe G. Hollingsworth
                                              Joe G. Hollingsworth, Esq.
                                              (jhollingsworth@hollingsworthllp.com)
                                              HOLLINGSWORTH LLP
                                              1350 I Street, N.W.
                                              Washington, D.C. 20005
                                              Phone: (202) 898-5800
                                              Fax:    (202) 682-1639

                                              *Attorneys for Defendant Monsanto Company*