**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Mary Lou McRay, as Executrix of the Estate of Arthur Dewayne McRay | Monsanto Co. and John Does 1-50 | Western District of Kentucky (Louisville) | 3:21-cv-00061-DJH | District Judge David J. Hale |

1