**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on February 3, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on February 3, 2021 to counsel for Plaintiff as follows:

John A. Bahe, Jr., Esq.
BAHE COOK CANTLEY & NEFZGER PLC
312 South 4th Street
Sixth Floor
Louisville, KY 40202
Phone: (502) 587-2002
Email: john@bccnlaw.com

Counsel for Plaintiff in *McRay v. Monsanto Co., et al.*, No. 3:21-cv-00061-DJH (W.D. Ky.).

Dated: February 3, 2021                     Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*