**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Pamela Smith, Individually and as Personal Representative of the Estate of Daniel J. Smith, Deceased | Monsanto Co. | Western District of Oklahoma (Oklahoma City) | 5:21-cv-00062-D | Chief District Judge Timothy D. DeGiusti |
| 2. | Jeffrey D. Huber and Leslie Huber | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:21-cv-00121-HEA | District Judge Henry Edward Autrey |