**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on February 5, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on February 5, 2021 to counsel for Plaintiffs as follows:

R. Ryan Deligans, Esq.
Lane R. Neal, Esq.
DURBIN, LARIMORE & BIALICK
920 North Harvey
Oklahoma City, OK 73102
Phone: (405) 235-9584
Email: rdeligans@dlb.net
Email: lneal@dlb.net

Counsel for Plaintiffs in *Smith v. Monsanto Co.*, No. 5:21-cv-00062-D (W.D. Okla.).

Christopher P. Welsh, Esq.
WELSH & WELSH, P.C., L.L.O.
9290 West Dodge Road
Suite 204
Omaha, NE 68114
Phone: (402) 384-8160
Email: cwelsh@welsh-law.com

Counsel for Plaintiffs in *Huber v. Monsanto Co.*, No. 4:21-cv-00121-HEA (E.D. Mo.).

Dated: February 5, 2021                              Respectfully submitted,

    /s/ Joe G. Hollingsworth
    Joe G. Hollingsworth, Esq.
    (jhollingsworth@hollingsworthllp.com)
    HOLLINGSWORTH LLP
    1350 I Street, N.W.
    Washington, D.C. 20005
    Phone: (202) 898-5800
    Fax:    (202) 682-1639

    *Attorneys for Defendant Monsanto Company*