# BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

---

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on February 8, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on February 8, 2021 to counsel for Plaintiff as follows:

Christopher P. Welsh, Esq.
WELSH & WELSH, P.C., L.L.O.
9290 West Dodge Road
Suite 204
Omaha, NE 68114
Phone: (402) 384-8160
Email: cwelsh@welsh-law.com

Counsel for Plaintiff in *Achterhof v. Monsanto Co.*, No. 4:21-cv-00143-HEA (E.D. Mo.).

Dated: February 8, 2021                    Respectfully submitted,


/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*