UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

February 5, 2021

J. T. Noblin
CLERK

501 E. Court St., Suite 2.500
Jackson, MS 39201

<u>Mailing Address</u>:
   P. O. Box 23552
   Jackson, MS  39225-3552

TELEPHONE
(601) 608-4000

*DIVISIONS*
   SOUTHERN at Gulfport
   2012 15th Street, Suite 403
   Zip 39501

   HATTIESBURG at Hattiesburg
   701 Main St., Suite 200 Zip 39401

   JACKSON at Jackson (601) 608-4000
   501 E. Court St., Suite 2.500
   Zip 39201

   EASTERN & WESTERN at Jackson
   501 E. Court St., Suite 2.500
   Zip 39201

Mr. John W. Nichols, Clerk
Judicial Panel on Multidistrict Litigation
1 Columbus Circle, N. E.  #G-255
Washington, DC   20002-8000

Re:   MDL - 2741 – Roundup Products Liability Litigation

      Civil Action No. 3:21-cv-92-HTW-LGI

Dear Mr. Nichols:

It has come to the attention of the clerk's office that the captioned litigation may involve issues related to:   Roundup Products Liability Litigation.

If so, this litigation may be subject to the jurisdiction of the Multidistrict Litigation Panel, MDL Panel.

According to the directive of your office, we enclose a copy of the docket sheet, as well as a copy of the complaint and/or notice of removal which has been filed in this cause.  Attorneys for the parties of this action are being notified by NEF.

If we can provide any additional or more specific information concerning the status of this case, we will be pleased to promptly do so.

Yours very truly,

Arthur Johnston, Clerk

By: *N. Dean*
Deputy Clerk

cc:   Counsel of Record