# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received: 2/10/2021**

**District Court:  D. Minnesota**

**Number of Actions:  1**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL