**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on February 11, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on February 11, 2021 to counsel for Plaintiffs as follows:

Tom G. Antunovich, Esq.
Brian D. Chase, Esq.
BISNAR CHASE LLP
1301 Dove Street
Suite 120
Newport Beach, CA 92660
Phone: (949) 752-2999
Email: tantunovich@bisnarchase.com
Email: bchase@bisnarchase.com

Counsel for Plaintiffs in *Martinez v. Monsanto Co.*, No. 5:21-cv-00114-JGB-SP (C.D. Cal.).

Dated: February 11, 2021

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

1