# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

## PROOF OF SERVICE

　　　　In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on February 16, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on February 16, 2021 to counsel for Plaintiff as follows:

Jason A. Ott, Esq.
DAILEY LAW FIRM, P.C.
30 North LaSalle Street
Suite 3200
Chicago, IL 60602
Phone: (312) 765-7191
Email: jason@daileylawyers.com

Counsel for Plaintiff in *Robinette v. Monsanto Co.*, No. 1:20-cv-07656 (N.D. Ill.).

Dated: February 16, 2021　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Joe G. Hollingsworth
　　　　　　　　　　　　　　　　　　　　Joe G. Hollingsworth, Esq.
　　　　　　　　　　　　　　　　　　　　(jhollingsworth@hollingsworthllp.com)
　　　　　　　　　　　　　　　　　　　　HOLLINGSWORTH LLP
　　　　　　　　　　　　　　　　　　　　1350 I Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　Phone: (202) 898-5800
　　　　　　　　　　　　　　　　　　　　Fax:　 (202) 682-1639

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Monsanto Company*