# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION

## SCHEDULE OF ACTION

| Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Andy Bond | Monsanto Co. | District of Idaho (Boise) | 1:20-cv-00548-DCN | Chief District Judge David C. Nye |

1