BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on February 17, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on February 17, 2021 to counsel for Plaintiff as follows:

Michelle R. Points, Esq.
POINTS LAW, PLLC
420 West Main Street
Suite 206
Boise, ID 83702
Phone: (208) 287-3216
Email: mpoints@pointslaw.com

Counsel for Plaintiff in *Bond v. Monsanto Co.*, No. 1:20-cv-00548-DCN (D. Idaho).

Dated: February 17, 2021

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*