# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 2/17/2021

**District Court:** D. North Dakota

**Number of Actions:** 1

**Complaints and Docket Sheets are attached.**

*[signature]*
CLERK OF THE PANEL