**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Cary J. Spencer | Monsanto Co. | District of Idaho (Boise) | 1:21-cv-00057-DCN | Chief District Judge David C. Nye |
| **2.** | David Petrie and Felicia Petrie | Monsanto Co. and Does 1-50, inclusive | Central District of California (Los Angeles) | 2:21-cv-01221-JVS-RAO, 2:21-cv-01221 JVS (RAOx) | Senior District Judge James V. Selna |