BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on February 18, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on February 18, 2021 to counsel for Plaintiffs as follows:

Daniel W. Bower, Esq.
MORRIS BOWER & HAWS PLLC
12550 West Explorer Drive
Suite 100
Boise, ID 83713
Phone: (208) 345-3333
Email: dbower@morrisbowerhaws.com

Co-counsel for Plaintiff in *Spencer v. Monsanto Co.*, No. 1:21-cv-00057-DCN (D. Idaho).

Rand P. Nolen, Esq.
FLEMING, NOLEN & JEZ, LLP
2800 Post Oak Boulevard
Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Email: rand_nolen@fleming-law.com

Co-counsel for Plaintiff in *Spencer v. Monsanto Co.*, No. 1:21-cv-00057-DCN (D. Idaho).

Lee A. Cirsch, Esq.
Sean T. Cook, Esq.
Donald James Aaron Brock, Esq.
BROCK AND GONZALES LLP
6701 Center Drive West
Suite 610
Los Angeles, CA 90045
Phone: (310) 294-9595

Email: lc@brockgonzales.com
Email: sc@brockgonzales.com
Email: ab@brockgonzales.com

Counsel for Plaintiffs in *Petrie v. Monsanto Co., et al.*, No. 2:21-cv-01221-JVS-RAO (C.D. Cal.), *Petrie v. Monsanto Co., et al.*, No. 2:21-cv-01221 JVS (RAOx) (C.D. Cal.).

Dated: February 18, 2021                             Respectfully submitted,

                                                    /s/ Joe G. Hollingsworth
                                                    Joe G. Hollingsworth, Esq.
                                                    (jhollingsworth@hollingsworthllp.com)
                                                    HOLLINGSWORTH LLP
                                                    1350 I Street, N.W.
                                                    Washington, D.C. 20005
                                                    Phone: (202) 898-5800
                                                    Fax:    (202) 682-1639

                                                    *Attorneys for Defendant Monsanto Company*