UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FIRST AMENDMENT TO THE HEARING SESSION ORDER
AND ATTACHED SCHEDULE FILED FEBRUARY 17, 2021

IT IS ORDERED that the Hearing Session Order and attached Schedule filed by the United States Judicial Panel on Multidistrict Litigation on February 17, 2021, are amended to add the following action on Schedule B (matters designated for consideration without oral argument) of the Schedule for the hearing session on March 25, 2021, in Washington, DC.

**MDL No. 2741 -  IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION**

Defendant's motion for reconsideration of the Panel's transfer of the following action to the United States District Court for the Northern District of California:

<u>Eastern District of Missouri</u>

National Black Farmers Association v. Monsanto Company, C.A. No. 4:20-01145

FOR THE PANEL:

John W. Nichols
Clerk of the Panel