**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**RK HOLDINGS, LLP'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| David Hinkle and Mary Lou Hinkle | Bayer, RK Holdings, LLP, and Rural King Supply Store No. 25 (Muncie, Indiana) | Southern District of Indiana (Indianapolis) | 1:21-cv-00384-JRS-MJD | District Judge James R. Sweeney, II |