**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on February 23, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on February 23, 2021 to counsel for Plaintiffs as follows:

Scott L. Starr, Esq.
Jasmine E. Schlick, Esq.
STARR AUSTEN & MILLER, LLP
201 South Third Street
Logansport, IN 46947
Phone: (574) 722-6676
Email: starr@starrausten.com
Email: jasmine@starrausten.com

Counsel for Plaintiffs in *Hinkle v. Bayer, et al.*, No. 1:21-cv-00384-JRS-MJD (S.D. Ind.).

In addition to naming RK Holdings, LLP as a defendant, the Complaint names two purported defendants – "Bayer" and "Rural King Supply Store No. 25 (Muncie, Indiana)" – but they are not legal entities in their own right and are not capable of being sued, so service on those non-existent defendants is not possible and not required. Moreover, defendant RK Holdings, LLP (which is filing these tagging papers) owns and operates Rural King Supply Store No. 25 (Muncie, Indiana), so that is an additional reason why service on that store is not required. Undersigned counsel represents Monsanto Company, which is erroneously named as "Bayer" in the Complaint and which is a real defendant in interest in *Hinkle v. Bayer, et al.*, No. 1:21-cv-00384-JRS-MJD (S.D. Ind.), so that is an additional reason why service on the non-existent entity "Bayer" is not required.

1

2

Dated: February 23, 2021                                  Respectfully submitted,

    /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant RK Holdings, LLP*