**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Estate of Joseph Wallace, by and through its personal representative Elizabeth Wallace, and Elizabeth Wallace, surviving spouse of Joseph Wallace | Monsanto Co. and Does 1 through 100, inclusive | Southern District of California (San Diego) | 3:21-cv-00288-AJB-KSC | District Judge Anthony J. Battaglia |
| 2. | Owen A. Mattingly | Monsanto Co. | Western District of Kentucky (Louisville) | 3:21-cv-00121-RGJ | District Judge Rebecca Grady Jennings |
| 3. | Patrick Crabtree | Monsanto Co. | Northern District of Texas (Fort Worth) | 4:20-cv-01192-O | District Judge Reed C. O'Connor |
| 4. | Spencer L. Prince and Tamara Prince | Monsanto Co. | District of Utah (Northern) | 1:20-cv-00134-TC | Senior District Judge Tena Campbell |