**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on February 24, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on February 24, 2021 to counsel for Plaintiffs as follows:

James P. Frantz, Esq.
William B. Shinoff, Esq.
FRANTZ LAW GROUP, APLC
402 West Broadway
San Diego, CA 92101
Phone: (619) 233-5945
Email: jpf@frantzlawgroup.com
Email: wshinoff@frantzlawgroup.com

Counsel for Plaintiffs in *Wallace v. Monsanto Co., et al.*, No. 3:21-cv-00288-AJB-KSC (S.D. Cal.).

Joseph H. Mattingly, III, Esq.
JOSEPH H. MATTINGLY, III, PLLC
104 West Main Street
Lebanon, KY 40033
Phone: (270) 692-1718
Email: joe@mattinglylawoffices.com

Counsel for Plaintiff in *Mattingly v. Monsanto Co.*, No. 3:21-cv-00121-RGJ (W.D. Ky.).

Bryan A. Fitts, Esq.
FITTS LAW FIRM
4801 Richmond Avenue
Houston, TX 77027
Phone: (713) 871-1670
Email: bfitts@fittslawfirm.com

Counsel for Plaintiff in *Crabtree v. Monsanto Co.*, No. 4:20-cv-01192-O (N.D. Tex.).

Kelly H. Macfarlane, Esq.
KELLY H. MACFARLANE, PLLC
257 East 200 South
Suite 410
Salt Lake City, UT 84111
Phone: (801) 364-3724
Email: kelly@macfarlanelegalworks.com

Counsel for Plaintiffs in *Prince v. Monsanto Co.*, No. 1:20-cv-00134-TC (D. Utah).

| | |
|---|---|
| Dated: February 24, 2021 | Respectfully submitted, |
| | /s/ Joe G. Hollingsworth |
| | Joe G. Hollingsworth, Esq. |
| | (jhollingsworth@hollingsworthllp.com) |
| | HOLLINGSWORTH LLP |
| | 1350 I Street, N.W. |
| | Washington, D.C. 20005 |
| | Phone: (202) 898-5800 |
| | Fax:    (202) 682-1639 |
| | |
| | *Attorneys for Defendant Monsanto Company* |