**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on February 26, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on February 26, 2021 to counsel for Plaintiffs as follows:

David A. Jagolinzer, Esq.
James L. Ferraro, Jr., Esq.
THE FERRARO LAW FIRM, P.A.
600 Brickell Avenue
Suite 3800
Miami, FL 33131
Phone: (305) 375-0111
Email: daj@ferrarolaw.com
Email: jjr@ferrarolaw.com

Counsel for Plaintiffs in *May v. Monsanto Co.*, No. 1:21-cv-10268-RWZ (D. Mass.).

Dated: February 26, 2021

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*

1