**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| **1.** | Roy Rodgers | Monsanto Co. and John Does 1-50 | District of the Virgin Islands (St. Croix) | 1:21-cv-00010-WAL-GWC | Chief District Judge Wilma A. Lewis |
| **2.** | Diana Hanshew-Barrett | Monsanto Co. | Middle District of Florida (Tampa) | 8:21-cv-00426-CEH-TGW | District Judge Charlene Edwards Honeywell |