## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 1, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on March 1, 2021 to counsel for Plaintiffs as follows:

Lee J. Rohn, Esq.
LEE J. ROHN AND ASSOCIATES, LLC
1108 King Street
Suite 3
Christiansted, VI 00820
Phone: (340) 778-8855
Email: lee@rohnlaw.com

Counsel for Plaintiff in *Rodgers v. Monsanto Co., et al.*, No. 1:21-cv-00010-WAL-GWC (D.V.I.).

Eric D. Roslansky, Esq.
Austin J. Grinder, Esq.
THE RUTH LAW TEAM
8600 4th Street North
St. Petersburg, FL 33733
Phone: (727) 327-3222
Email: eroslansky@getjustice.com
Email: agrinder@getjustice.com
Email: roundup-service@getjustice.com

Counsel for Plaintiff in *Hanshew-Barrett v. Monsanto Co.*, No. 8:21-cv-00426-CEH-TGW (M.D. Fla.).

Dated: March 1, 2021						Respectfully submitted,

      /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:     (202) 682-1639

*Attorneys for Defendant Monsanto Company*