**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                          MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Davis W. Dickerson and Linda L. Dickerson | Monsanto Co. | District of Nebraska (Omaha) | 8:21-cv-00080-RFR-SMB | District Judge Robert F. Rossiter, Jr. |

1