**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on March 2, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on March 2, 2021 to counsel for Plaintiffs as follows:

David A. Domina, Esq.
DOMINA LAW GROUP
2425 South 144th Street
Omaha, NE 68144
Phone: (402) 493-4100
Email: ddomina@dominalaw.com

Counsel for Plaintiffs in *Dickerson v. Monsanto Co.,* No. 8:21-cv-00080-RFR-SMB (D. Neb.).

Dated: March 2, 2021

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*