# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|   | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Jodi Fuqua, individually and on behalf of Joe Harold Dosier | Monsanto Co. | Eastern District of Texas (Marshall) | 2:21-cv-00002-JRG | Chief District Judge Rodney Gilstrap |
| 2. | Edward B. Shipman | Monsanto Co. | Western District of Arkansas (El Dorado) | 1:21-cv-01007-SOH | Chief District Judge Susan O. Hickey |