BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 4, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on March 4, 2021 to counsel for Plaintiffs as follows:

John C. Enochs, Esq.
Betsy Barnes, Esq.
MORRIS BART LLC
601 Poydras Street
24th Floor
New Orleans, LA 70130
Phone: (504) 525-8000
Email: jenochs@morrisbart.com
Email: bbarnes@morrisbart.com

Counsel for Plaintiffs in *Fuqua v. Monsanto Co.,* No. 2:21-cv-00002-JRG (E.D. Tex.).

Harrison Kemp, Esq.
MANN & KEMP
221 West Second Street
Suite 408
Little Rock, AR 72201
Phone: (501) 222-7378
Email: harrison@mannkemp.com

Counsel for Plaintiff in *Shipman v. Monsanto Co.,* No. 1:21-cv-01007-SOH (W.D. Ark.).

Dated: March 4, 2021                              Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*