**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, defendant Monsanto Company hereby notifies the Clerk of the

Panel of the potential tag-along actions listed on the attached Schedule of Actions.

The docket sheets and complaints for the potential tag-along actions are attached.


Dated: March 5, 2021                    Respectfully submitted,

                                        /s/ Joe G. Hollingsworth
                                        Joe G. Hollingsworth, Esq.
                                        (jhollingsworth@hollingsworthllp.com)
                                        HOLLINGSWORTHLLP
                                        1350 I Street, N.W.
                                        Washington, D.C.  20005
                                        Phone: (202) 898-5800
                                        Fax:    (202) 682-1639

                                        *Attorneys for Defendant Monsanto Company*

1