**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Randy Brown | Monsanto Co. | Central District of Illinois (Rock Island) | 4:21-cv-04015-SLD-JEH | Chief District Judge Sara Darrow |
| 2. | Daniel Armstrong | Monsanto Co. | District of Massachusetts (Boston) | 1:21-cv-10293-ADB | District Judge Allison D. Burroughs |