## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2741 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 5, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on March 5, 2021 to counsel for Plaintiffs as follows:

Robert T. Rosenstiel, Esq.
WINSTEIN, KAVENSKY & CUNNINGHAM, LLC
224 18th Street
Rock Island, IL 61204
Phone: (309) 794-1515
Email: rrosenstiel@wkclawfirm.com

Counsel for Plaintiff in *Brown v. Monsanto Co.,* No. 4:21-cv-04015-SLD-JEH (C.D. Ill.).

James A. Swartz, Esq.
Alan L. Cantor, Esq.
Laura T. Daly, Esq.
SWARTZ & SWARTZ, P.C.
10 Marshall Street
Boston, MA 02108
Phone: (617) 742-1900
Email: jswartz@swartzlaw.com
Email: acantor@swartzlaw.com
Email: ldaly@swartzlaw.com

Counsel for Plaintiff in *Armstrong v. Monsanto Co.*, No. 1:21-cv-10293-ADB (D. Mass.).

Dated: March 5, 2021                                          Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*