**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on March 11, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on March 11, 2021 to counsel for Plaintiffs as follows:

Wes S. Larsen, Esq.
JAMES, VERNON & WEEKS, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83814
Phone: (208) 667-0683
Email: wes@jvwlaw.net

Counsel for Plaintiffs in *Ward v. Monsanto Co.,* No. 1:21-cv-00099-BLW (D. Idaho).

Dated: March 11, 2021                              Respectfully submitted,

                                                   /s/ Joe G. Hollingsworth
                                                   Joe G. Hollingsworth, Esq.
                                                   (jhollingsworth@hollingsworthllp.com)
                                                   HOLLINGSWORTH LLP
                                                   1350 I Street, N.W.
                                                   Washington, D.C. 20005
                                                   Phone: (202) 898-5800
                                                   Fax:    (202) 682-1639

                                                   *Attorneys for Defendant Monsanto Company*