BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

**MONSANTO'S REPLY TO NATIONAL BLACK FARMER'S ASSOCIATION'S RESPONSE TO MOTION TO RECONSIDER**

Plaintiff, the National Black Farmers' Association ("NBFA"), now asserts in its opposition to reconsideration that its complaint is "limited to claims related to Roundup causing non-Hodgkin's lymphoma and similar haematopoietic cancers." ECF No. 2226 at 1. But that is not what its complaint says.[1] Nonetheless, Monsanto takes the NBFA at its word—and presumes that whatever court ultimately adjudicates this case will too—that the NBFA intends to constructively amend its complaint in this regard by way of its briefing and will not and cannot pursue any contradictory claim or assertion in this action.

But the NBFA's opposition only addresses some of the issues before this Panel. Monsanto's motion also argued that the transfer of the NBFA case would introduce procedural inefficiencies by disrupting the state-by-state process established in the MDL and introducing other unique procedural and jurisdictional issues. *See* ECF No. 2207 at 5–7. The NBFA's opposition does not address these arguments. Instead, since Monsanto's motion for reconsideration was filed, the NBFA has only confirmed these concerns by filing a Motion to Enter Scheduling Order in the MDL, arguing that this case is a "unique effort to secure injunctive relief" which warrants "its own discovery track" and a separate bench trial. *See* Plaintiffs Motion to Enter

---

[1] NBFA's assertion that Monsanto is misreading its complaint is curious, as the Complaint directly and repeatedly refers to alleged health effects *other than* NHL and similar haematopoietic cancers. *E.g.*, Compl. ¶¶ 54, 56, 62, 77, 96, 125.

1

Scheduling Order at 7, *In re Roundup Prods. Liab. Litig.*, 3:16-md-02741-vc (N.D. Cal. filed Feb. 24, 2021), ECF No. 12638.  The NBFA thus seeks to keep this case separate from the other MDL cases and pursue a distinct discovery track and separate bench trial (hardly the efficiencies envisioned by MDL transfer).  This is an admission that this case is fundamentally different in kind than the actions currently before the MDL.

This Panel recently held in an analogous case that transfer to the MDL was inappropriate, despite factual overlap between the action to be transferred and the MDL, where "any possible overlapping discovery and pretrial proceeding [would] be overshadowed by the unique claims, allegations, and procedures presented."  Order Vacating Conditional Transfer Order at 2, *In re Ahern Rentals, Inc. Trade Secret Litig.*, MDL No. 2945 (J.P.M.L. filed Feb. 4, 2021), ECF No. 132.  For the reasons explained in Monsanto's motion for reconsideration, the same is true here.

The NBFA's opposition closes by suggesting some nefarious intent in Monsanto by vaguely alluding to supposed inconsistencies between its position here and the terms of a settlement agreement now before Judge Chhabria for preliminary approval.  This is not the forum for consideration of that settlement, and it is neither necessary nor efficient to provide an overview of the workings of that agreement here—which is more than a hundred pages long, with dozens of carefully defined terms, and is already being extensively briefed in other proceedings.  Suffice it to say that the NBFA's description of that settlement agreement is wrong.  And while the NBFA attacks Monsanto's intentions, it bears questioning the NBFA's own intentions—why does the NBFA want to be in the MDL when it has itself argued that the procedural mechanisms established there do not fit this case?  Perhaps it is not coincidental that the NBFA's counsel also represent personal-injury claimants seeking to negotiate their own settlements in other cases.

Dated: March 11, 2021                                  Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street NW
Washington D.C., 20005
Phone: (202) 898-5800
Fax: (202) 682-1639
*Attorneys for Defendant*
*Monsanto Company*