# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Monsanto Company's Reply to National Black Farmers Association's Response to Motion to Reconsider was electronically filed on March 11, 2021 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Dated: March 11, 2021

Respectfully submitted,

/s/ Joe G. Hollingsworth

Joe G. Hollingsworth  
(jhollingsworth@hollingsworthllp.com)  
HOLLINGSWORTH LLP  
1350 I Street NW  
Washington D.C., 20005 Phone: (202) 898-5800  
Fax: (202) 682-1639  
*Attorney for Defendant*  
*Monsanto Company*