**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on March 12, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on March 12, 2021 to counsel for Plaintiff as follows:

Kenneth T. Lumb, Esq.
Michael D. Ditore, Esq.
Britney R. Pennycook, Esq.
CORBOY & DEMETRIO, P.C.
33 North Dearborn Street
Chicago, IL 60602
Phone: (312) 346-3191
Email: ktl@corboydemetrio.com
Email: mdd@corboydemetrio.com
Email: brp@corboydemetrio.com

Counsel for Plaintiff in *Pecora v. Monsanto Co.,* No. 1:21-cv-01391 (N.D. Ill.).

Dated: March 12, 2021

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*