**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Sue Coffman, as Personal Representative of the Estate of Kevin Coffman, Deceased | Monsanto Co., The Valley Fertilizer and Chemical Company, and Costco Wholesale Corporation | Eastern District of Virginia (Richmond) | 3:21-cv-00175-MHL | District Judge M. Hannah Lauck |

1