**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on March 17, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on March 17, 2021 to all counsel as follows:

Ryan C. Posey, Esq.
POSEY LEBOWITZ PLLC
3221 M Street, NW
Washington, DC 20007
Phone: (202) 643-2525
Email: rposey@poseylebowitz.com

Counsel for Plaintiff in *Coffman v. Monsanto Co., et al.,* No. 3:21-cv-00175-MHL (E.D. Va.).

W. Barry Montgomery, Esq.
KPM LAW
901 Moorefield Park Drive
Suite 200
Richmond, VA 23236
Phone: (804) 320-6300
Email: barry.montgomery@kpmlaw.com

Counsel for defendant The Valley Fertilizer and Chemical Company in *Coffman v. Monsanto Co., et al.,* No. 3:21-cv-00175-MHL (E.D. Va.).

In this lawsuit, undersigned counsel also represents defendant Costco Wholesale Corporation, so separate service of these papers on this defendant is not required.

2

Dated: March 17, 2021                                  Respectfully submitted,

   /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*