# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received:** 3/19/21, 3/23/21

**District Courts:** D. Minnesota, E.D. Louisiana & E.D. Arkansas

**Number of Actions:** 3

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL