

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

**Michael L. McConnell**                                              **Telephone: 225-389-3500**
**Clerk of Court**                                                    **Facsimile: 225-389-3501**

March 23, 2021

John W. Nichols
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobb
Washington, D.C. 20002-8004

Re:    3:21-CV-168-BAJ-EWD
       Kelly v. Monsanto Company

Dear Sir:

        Enclosed please find a docket sheet, civil cover sheet and a copy of Complaint filed in the
above captioned case. This is a potential multi-district litigation case.

                                             Sincerely,
                                             Michael L. McConnell
                                             Clerk of Court

                                             By: _____
                                             Deputy Clerk

Enclosure
Docket Sheet
Complaint and Civil Cover Sheet

777 FLORIDA STREET •SUITE 139 • BATON ROUGE, LA 70801-1712