**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Charles Seaman | Monsanto Company | Middle District of Florida | 8:21-cv-00566-WFJ-SPF | Judge William F. Jung Referred to: Magistrate Judge Sean P. Flynn |
| 2. | Jeffrey R. Westfall, e al | Monsanto Co. | Northern District of Ohio, Eastern Division | 1:20-cv-02119-JG | Judge James G. Gwin |