**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 25, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on March 25, 2021 to counsel for Plaintiffs as follows:

Austin J. Grinder, Esquire
Eric D. Roslansky, Esquire
THE RUTH LAW TEAM
P.O. Box 16847
St Petersburg, FL 33733-6847
Phone: (727) 327-3222
Email: agrinder@getjustice.com
       Eroslansky@getjustice.com

Counsel for Plaintiff in *Seaman v. Monsanto Co., et al.*, No. 8:21-cv-566-WFJ-SPF

Brian C. Lee
Lee, Fadel & Beyer, LLC
The Bridge Building
18500 Lake Road, Suite 300
Rocky River, Ohio 44116
Phone: (440) 333-2050
Email: blee@leefadebeyer.com

Counsel for Plaintiffs in *Westfall v. Monsanto Co.*, No. 1:20-cv-2119.

Dated: March 25, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*