# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Golden-Collum Memorial Federal Building & U.S. Courthouse
Office of the Clerk
207 N.W. Second Street
Ocala, FL 34475
(352) 369-4860
www.flmd.uscourts.gov

Elizabeth M. Warren                                                                                         Lisa Fannin
Clerk of Court                                                                                           Division Manager

March 31, 2021

John W. Nichols, Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
Suite G-255 North
One Columbus Circle, N.E.
Washington, DC 20002-8041

**RE: MDL No. 2741, In re: In Re:  Roundup Product Liability**

Dear Mr. Nichols:

  Enclosed please find a copy of the docket sheet and complaint for the case listed below. These items are forwarded to you so that this case may be considered as a potential tag-along case in the above referenced litigation.

  **Case # 5:21-cv-190-Oc-30PRL  Ghaznavi et al v. Monsanto Company, Inc**

If I may be of further assistance, please let me know.

        Sincerely,

        s/L. Burget
        Deputy Clerk

enclosures (as stated)