**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Vivian L. Dominique, et al. | Monsanto Co. and Bayer AG | USDC Northern District of Ohio, Western Division | 3:21-cv-00678-JRK | Judge James R. Knepp II |
| **2** | Nancy C. Salas | Monsanto Company et al. | USDC Southern District of Florida, Miami Division | 1:21-cv-21217-MGC | Judge Marcia G. Cooke |
| **3** | Anthony Hoffman, et al. | Monsanto Company | USDC Southern District of Alabama, Southern Division | 1:21-cv-00142-WS-C | District Judge William H. Steele Referred to Magistrate Judge William E. Cassady |