## UNITED STATES DISTRICT COURT
### Southern District of Iowa

| | | |
|---|---|---|
| U.S. Courthouse | | Des Moines |
| 123 East Walnut Street | | Davenport |
| Des Moines, Iowa 50309 | | Council Bluffs |
| Clerk of Court's Office | | o: 515-284-6248 |
| www.iasd.uscourts.gov | | f : 515-284-6418 |



April 1, 2021

Mr. John W. Nichols

Judicial Panel on Multidistrict Litigation

Thurgood Marshall Federal Judicial Building

One Columbus Circle, NE

Room G-255, North Lobby

Washington, DC 20002-8004

*In Re:* MDL 2741 Monsanto Company (Roundup)

Dear Mr. Nichols:

Enclosed is a copy of the complaint from the action filed in the Southern District of Iowa, Central Division by plaintiff Andrew Chindlund, against defendant Monsanto Company, Inc. Please forward this complaint to the panel for review of a Potential Tag-Along Action to the above entitled MDL case.

Should you have any questions, please do not hesitate to contact this office.

Sincerely,
/s/ Sherry Gates
Deputy Clerk
Phone number 515-284-6235
John S. Courter
CLERK OF COURT