# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Kathy Ann Campbell, et al. | Monsanto Company | USDC Western District of Kentucky at Bowling Green | 1:20-cv-00165-GNS | Chief Judge Greg N. Stivers |
| 2. | Dorothy Pawlak, Executor of the Estate of Robert Pawlak | Monsanto Company | USDC Southern District of Illinois | 3:20-cv-00919-MAB | Magistrate Judge Mark A. Beatty |