**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on April 5, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on April 5, 2021 to counsel for Plaintiffs as follows:

Nancy E.S. Calloway
P.O. Box 457
Elkton, KY 24440
(270) 265-2322
Fax: (270) 265-2377
Email: callowaylaw@bellsouth.net

Counsel for Plaintiff in *Kathy Ann Campbell, And as Administratrix of the Estate of David Andrew Campbell,* No. 1:20-cv-00165-GNS (W.D. Ky.)

Ronald A. Roth
Roth Law Offices, LLC
2421 Corporate Centre Dr., Ste. 200
Granite City, IL 62040
(618) 931-5000
Fax: (618) 931-6474
raroth@rothlaw.com

Counsel for Plaintiff in *Dorothy Pawlak, Executor of the Estate of Robert Pawlak;* No. 3:20-cv-00919-MAB (S. IL)

Service on Bayer AG is not required in *Dorothy Pawlak, Executor of the Estate of Robert Pawlak;* No. 3:20-cv-00919-MAB as Bayer AG has been dismissed (Dkt. No. 26).

2

Dated: April 5, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*

2