# U.S. District Court
## Southern District of Illinois (East St. Louis)
## CIVIL DOCKET FOR CASE #: 3:20-cv-00919-MAB

Pawlak v. Bayer AG
Assigned to: Magistrate Judge Mark A. Beatty
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 09/11/2020
Jury Demand: None
Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability
Jurisdiction: Diversity

**Plaintiff**

**Dorothy Pawlak**
*Executor of the Estate of Robert Pawlak, deceased*

represented by **Ronald A. Roth**
Roth Law Offices, LLC
Generally Admitted
2421 Corporate Centre Drive
Suite 200
Granite City, IL 62040
618-931-5000
Fax: 618-931-6474
Email: raroth@rothlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bayer AG**

**Defendant**

**Monsanto Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/11/2020 | 1 | COMPLAINT against Bayer AG, filed by Dorothy Pawlak.(Roth, Ronald) (Entered: 09/11/2020) |
| 09/11/2020 | 2 | Summons Requested. (Roth, Ronald) (Entered: 09/11/2020) |
| 09/11/2020 | 3 | NOTICE by Dorothy Pawlak re 1 Complaint *Civil Cover Sheet* (Roth, Ronald) (Entered: 09/11/2020) |
| 09/11/2020 | | Filing fee: $ 400, receipt number 0754-4278308 (lmb) (Entered: 10/15/2020) |
| 09/14/2020 | 4 | NOTICE OF INITIAL ASSIGNMENT TO A U.S. MAGISTRATE JUDGE: This case has been randomly assigned to United States Magistrate Judge Mark A. Beatty pursuant to Administrative Order No. 257. The parties are advised that their consent is required if the assigned Magistrate Judge is to conduct all further proceedings in the case, including trial and final entry of judgment pursuant to 28 U.S.C. 636(c) and Federal Rule of Civil Procedure 73. As set forth in Administrative Order No. 257, each party will be required to file a Notice and Consent to Proceed Before a Magistrate Judge Jurisdiction form indicating consent or nonconsent to the jurisdiction of the assigned Magistrate Judge. If all parties do not consent to the Magistrate Judge's jurisdiction, the case will be randomly |

| | | |
|---|---|---|
| | | assigned to a district judge for all further proceedings and the parties cannot later consent to reassignment of the case to a magistrate judge. The parties are further advised that they are free to withhold consent without adverse substantive consequences. Within 21 days of this Notice, the following party or parties must file the attached form indicating consent to proceed before the assigned Magistrate Judge or an affirmative declination to consent: Dorothy Pawlak. A link regarding the magistrate judges in this district is attached for your convenience: http://www.ilsd.uscourts.gov/documents/BenefitsofConsent.pdf. All future documents must bear case number 20-cv-919-MAB. Consent due by 10/5/2020 (tba) (Entered: 09/14/2020) |
| 09/14/2020 | 5 | Summons Issued as to Bayer AG. Original mailed to Attorney Ronald A. Roth. (tba) (Entered: 09/14/2020) |
| 09/14/2020 | 6 | NOTICE OF ACTION re 1 Complaint filed by Dorothy Pawlak.See Local Rule 83.1(f). In all cases filed in, removed to, or transferred to this court, all attorneys, including government attorneys, shall file a written entry of appearance before addressing the court. Attorney Ronald Roth does not have a Notice of Appearance on file in this case. (tba)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 09/14/2020) |
| 09/14/2020 | 7 | NOTICE of Appearance by Ronald A. Roth on behalf of Dorothy Pawlak (Roth, Ronald) (Entered: 09/14/2020) |
| 09/30/2020 | 9 | NOTICE OF MODIFICATION re 8 Notice (Other) filed by Dorothy Pawlak. Filer used incorrect event. The correct event that should have been used is Consent/Non-Consent to U.S. Magistrate Judge. For future reference, go to Civil > Other Documents > Consent/Non-Consent to U.S. Magistrate Judge. Docket entry has been corrected to show the correct event. This notice is for informational purposes and therefore no action is required.(tba)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 09/30/2020) |
| 10/13/2020 | 10 | JURISDICTIONAL ORDER: This matter is before the Court sua sponte on the issue of federal subject matter jurisdiction. *See Foster v. Hill*, 497 F.3d 695, 696-97 (7th Cir. 2007) ("It is the responsibility of a court to make an independent evaluation of whether subject matter jurisdiction exists in every case."). Plaintiff Dorothy Pawlak filed this suit on her own behalf and as executor of the estate of her deceased husband Robert Pawlak (Doc. 1). The complaint alleges that Plaintiff is a "resident of Madison County, Illinois" and so was her husband prior to his death (Doc. 1). However, "residence and citizenship are not synonyms and it is the latter that matters for purpose of diversity jurisdiction." *Meyerson v. Harrah's E. Chicago Casino*, 299 F.3d 616, 617 (7th Cir. 2002). Accordingly, Plaintiff is ORDERED to file an Amended Complaint on or before October 27, 2020 that clearly sets forth the information needed to establish the citizenship of the parties for the purposes of diversity jurisdiction. If Plaintiff fails to file an Amended Complaint in the manner and time prescribed or if, after reviewing it, the Court finds that Plaintiff does not properly establish subject matter jurisdiction, the Court may dismiss the action for lack of jurisdiction. Signed by Magistrate Judge Mark A. Beatty on 10/13/20. (klh2)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 10/13/2020) |
| 10/14/2020 | 11 | AMENDED COMPLAINT against Bayer AG, filed by Dorothy Pawlak.(Roth, Ronald) (Entered: 10/14/2020) |
| 12/10/2020 | 12 | Summons Returned Unexecuted by Dorothy Pawlak as to Bayer AG. (Roth, Ronald) (Entered: 12/10/2020) |
| 12/10/2020 | 13 | MOTION for Order to*Appoint Special Process Server* by Dorothy Pawlak. (Roth, Ronald) (Entered: 12/10/2020) |

| 12/15/2020 | 14 | ORDER GRANTING 13 Motion for Order to Appoint Special Process Server. Plaintiff requests the appointment of a special process server for the purpose of serving Defendant Bayer AG, which is a German corporation (Doc. 1). It is ORDERED that Crowe Foreign Services (located at 1020 SW Taylor Street, Suite 240, Portland, Oregon 97205) is APPOINTED as Special Process Server for the purpose of serving Defendant Bayer AG in Germany in accordance with Federal Rule of Civil Procedure 4(f). Signed by Magistrate Judge Mark A. Beatty on 12/15/20. (klh2)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 12/15/2020) |
| 12/17/2020 | 15 | Summons Requested. (Roth, Ronald) (Entered: 12/17/2020) |
| 12/22/2020 | 16 | Summons Issued as to Bayer AG. Original mailed to Attorney Ronald A. Roth. (tba) (Entered: 12/22/2020) |
| 02/04/2021 | 17 | MOTION for Leave to File *MOTION FOR LEAVE TO AMEND* by Dorothy Pawlak. (Roth, Ronald) (Entered: 02/04/2021) |
| 02/05/2021 | 18 | ORDER GRANTING 17 Motion for Leave to File Amended Complaint. Plaintiff shall file her amended complaint to add Monsanto Company as a Defendant. Plaintiff must serve Monsanto in accordance with Federal Rule of Civil Procedure 4 by March 8, 2021. Signed by Magistrate Judge Mark A. Beatty on 2/5/21. (klh2)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 02/05/2021) |
| 02/05/2021 | 19 | AMENDED COMPLAINT *Second Amended Complaint* against Monsanto & Bayer AG, filed by Dorothy Pawlak.(Roth, Ronald) Modified on 2/8/2021 (tba). (Entered: 02/05/2021) |
| 02/05/2021 | 20 | Summons Requested. (Roth, Ronald) (Entered: 02/05/2021) |
| 02/08/2021 | 21 | NOTICE OF MODIFICATION re 19 Amended Complaint filed by Dorothy Pawlak. The docket entry has been updated to list both defendants to the amended complaint. No further action required by the filer. (tba)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 02/08/2021) |
| 02/09/2021 | 22 | Summons Issued as to Monsanto Company and original mailed to Attorney Roth. (kek) (Entered: 02/09/2021) |
| 03/19/2021 | 23 | STRICKEN WAIVER OF SERVICE Returned Executed by Dorothy Pawlak. Monsanto Company waiver sent on 3/19/2021, answer due 5/18/2021. (Roth, Ronald) Modified on 3/22/2021 (tba). (Entered: 03/19/2021) |
| 03/22/2021 | 24 | NOTICE STRIKING ELECTRONICALLY FILED DOCUMENTS striking 23 Waiver of Service Executed filed by Dorothy Pawlak. Filer had the incorrect date the document was sent. Filer will need to re-file the document with the correct date the Service was sent. (tba)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 03/22/2021) |
| 03/22/2021 | 25 | WAIVER OF SERVICE Returned Executed by Dorothy Pawlak. Monsanto Company waiver sent on 2/19/2021, answer due 4/20/2021. (Roth, Ronald) (Entered: 03/22/2021) |
| 03/22/2021 | 26 | NOTICE of Voluntary Dismissal by Dorothy Pawlak (Roth, Ronald) (Entered: 03/22/2021) |

**PACER Service Center**

**Transaction Receipt**

| 04/05/2021 09:28:53 | | | |
|---|---|---|---|
| **PACER Login:** | sh0019sh:2634072:0 | **Client Code:** | 31943.356965 rhb |
| **Description:** | Docket Report | **Search Criteria:** | 3:20-cv-00919-MAB |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

DOROTHY PAWLAK,                          )
Executor of the Estate of Robert         )
Pawlak, deceased,                        )
                                         )
            Plaintiff,                   )
                                         )    No. 3:20-cv-00919 - MAB
      v.                                 )
                                         )
BAYER AG,                                )
                                         )
and                                      )
                                         )
MONSANTO COMPANY                         )
**Serve: Illinois Corporation Service**  )
**     801 Adlai Stevenson Drive**       )
**     Springfield, IL 62703**           )
                                         )
                                         )
            Defendants.                  )

## SECOND AMENDED COMPLAINT

## COUNT I - WRONGFUL DEATH

Comes now Plaintiff, Dorothy Pawlak, on her own behalf and as Executor of the Estate of Robert Pawlak, deceased, by and through her attorney, Ronald A. Roth of the Roth Law Offices, LLC, and for Count I of her Second Amended Complaint against Bayer AG, states as follows:

1. Robert Pawlak was a resident of Madison County, Illinois, until his death on January 14, 2020, and was a citizen of the State of Illinois.

2. His wife, Dorothy Pawlak, is the Executor of his Estate and brings this action on its behalf. She is also a resident of Madison County, Illinois, and a citizen of the State of Illinois.

3. For many years, Robert Pawlak used Roundup, a product manufactured by the Monsanto Corporation.

4. In 2018, Monsanto was acquired by Bayer AG of Leverkusen, Germany. Bayer is a foreign corporation with its principal place of business in Leverkusen, Germany. Bayer's acquisition of Monsanto included all of its assets and all of its liabilities.

5. In 2015, Robert Pawlak contracted Non-Hodgkins Lymphoma as a result of long term exposure to Roundup, a product originally manufactured by Monsanto and then after its acquisition by Bayer, manufactured by Bayer.

6. Roundup was unreasonably dangerous and defective because it causes Non-Hodgkins Lymphoma.

7. Mr. Pawlak died of Non-Hodgkins Lymphoma on January 4, 2020.

8. As a result of Mr. Pawlak's death, his wife, Dorothy Pawlak and his daughter, Kimberly M. Dodge, have suffered a loss of society and the companionship of Mr. Pawlak. In addition, Mrs. Pawlak has loss of consortium and the services of her late husband.

WHEREFORE, Plaintiff prays judgment against Defendant, Bayer AG, in the sum of One Million Five Hundred Thousand Dollars ($1,500,000.00) plus costs of suit.

## COUNT II - Survival Action

Comes now Plaintiff, Dorothy Pawlak, on her own behalf and as Executor of the Estate of Robert Pawlak, deceased, by and through her attorney, Ronald A. Roth of the Roth Law Offices, LLC, and for Count II of her Second Amended Complaint against Bayer AG, states as follows:

1. Robert Pawlak was a resident of Madison County, Illinois, until his death on January 14, 2020, and was a citizen of the State of Illinois.

2. His wife, Dorothy Pawlak, is the Executor of the Estate and brings this action on his behalf. She is also a resident of Madison County, Illinois, and a citizen of the State of Illinois.

3. For many years, Robert Pawlak used Roundup, a product manufactured by the Monsanto

Corporation.

4. In 2018, Monsanto was acquired by Bayer AG of Leverkusen, Germany. Bayer is a foreign corporation with its principal place of business in Leverkusen, Germany. Bayer's acquisition of Monsanto included all of its assets and all of its liabilities.

5. As a result of said exposure, Robert Pawlak contracted Non-Hodgkins Lymphoma as a result of said long term exposure to Roundup, a product originally manufactured by Monsanto and then after its acquisition by Bayer, manufactured by Bayer.

6. Roundup was unreasonably dangerous and defective because it causes, among other things, Non-Hodgkins Lymphoma.

7. Robert Pawlak suffered severe pain, disability and loss of normal life since contracting his Non-Hodgkins Lymphoma and had expended large sums of money in endeavoring to be treated for this condition.

WHEREFORE, Plaintiff prays judgment against Defendant, Bayer AG, in the sum of One Million Dollars ($1,000,000.00) plus costs of suit.

## COUNT III - Injury to Dorothy Pawlak

Comes now Plaintiff, Dorothy Pawlak on her own behalf, by and through her attorney, Ronald A. Roth of the Roth Law Offices, LLC, and for Count III of her Second Amended Complaint against Bayer AG, states as follows:

1. Dorothy Pawlak is a resident of Madison County, Illinois, and a citizen of the State of Illinois.

2. For many years, Dorothy Pawlak was exposed Roundup, a product manufactured by the Monsanto Corporation, although she was unaware of the exposure to this product as the product was bought by her late husband, Robert Pawlak.

3. Roundup is a product manufactured by Monsanto Corporation.

4. In 2018, Monsanto was acquired by Bayer AG of Leverkusen, Germany. Bayer is a foreign corporation with its principal place of business in Leverkusen, Germany. Bayer's acquisition of Monsanto included all of its assets and all of its liabilities.

5. In 2017, Dorothy Pawlak was diagnosed as having bladder cancer. She did not know the cause of the bladder cancer and had not been advised of the cause of the bladder cancer by her physician. Therefore, she did not learn of the cause of her bladder cancer, i.e., Roundup, until 2020.

6. Roundup is unreasonably dangerous and defective because it causes bladder cancer.

7. As a result, Plaintiff, Dorothy Pawlak, has suffered severe pain, disability and loss of a normal life. She has incurred substantial medical expenses in attempting to be treated for this condition.

WHEREFORE, Plaintiff prays judgment against Defendant, Bayer AG, in the sum of One Million Dollars ($1,000,000.00) plus costs of suit.

## COUNT IV

Comes now Plaintiff, Dorothy Pawlak on her own behalf, by and through her attorney, Ronald A. Roth of the Roth Law Offices, LLC, and for Count IV of her Second Amended Complaint against Monsanto Company, states as follows:

1. Robert Pawlak was a resident of Madison County, Illinois, until his death on January 14, 2020, and was a citizen of the State of Illinois.

2. His wife, Dorothy Pawlak, is the Executor of his Estate and brings this action on its behalf. She is also a resident of Madison County, Illinois, and a citizen of the State of Illinois.

3. For many years, Robert Pawlak used Roundup, a product manufactured by the Monsanto Corporation.

4. Monsanto manufactured the product. Monsanto was at that time a corporation with its principal place of business in St. Louis, Missouri. Monsanto remains liable for this claim.

5. In 2015, Robert Pawlak contracted Non-Hodgkins Lymphoma as a result of long term exposure to Roundup, a product originally manufactured by Monsanto and then after its acquisition by Bayer, manufactured by Bayer.

6. Roundup was unreasonably dangerous and defective because it causes Non-Hodgkins Lymphoma.

7. Mr. Pawlak died of Non-Hodgkins Lymphoma on January 4, 2020.

8. As a result of Mr. Pawlak's death, his wife, Dorothy Pawlak and his daughter, Kimberly M. Dodge, have suffered a loss of society and the companionship of Mr. Pawlak. In addition, Mrs. Pawlak has loss of consortium and the services of her late husband.

WHEREFORE, Plaintiff prays judgment against Defendant, Monsanto Company, in the sum of One Million Five Hundred Thousand Dollars ($1,500,000.00) plus costs of suit.

## COUNT V

Comes now Plaintiff, Dorothy Pawlak, on her own behalf and as Executor of the Estate of Robert Pawlak, deceased, by and through her attorney, Ronald A. Roth of the Roth Law Offices, LLC, and for Count V of her Second Amended Complaint against Monsanto Company, states as follows:

1. Robert Pawlak was a resident of Madison County, Illinois, until his death on January 14, 2020, and was a citizen of the State of Illinois.

2. His wife, Dorothy Pawlak, is the Executor of the Estate and brings this action on his behalf. She is also a resident of Madison County, Illinois, and a citizen of the State of Illinois.

3. For many years, Robert Pawlak used Roundup, a product manufactured by the Monsanto

Corporation.

4. Monsanto manufactured the product. Monsanto was at that time a corporation with its principal place of business in St. Louis, Missouri. Monsanto remains liable for this claim.

5. As a result of said exposure, Robert Pawlak contracted Non-Hodgkins Lymphoma as a result of said long term exposure to Roundup, a product originally manufactured by Monsanto and then after its acquisition by Bayer, manufactured by Bayer.

6. Roundup was unreasonably dangerous and defective because it causes, among other things, Non-Hodgkins Lymphoma.

7. Robert Pawlak suffered severe pain, disability and loss of normal life since contracting his Non-Hodgkins Lymphoma and had expended large sums of money in endeavoring to be treated for this condition.

WHEREFORE, Plaintiff prays judgment against Defendant, Monsanto Company, in the sum of One Million Dollars ($1,000,000.00) plus costs of suit.

## COUNT VI

Comes now Plaintiff, Dorothy Pawlak on her own behalf, by and through her attorney, Ronald A. Roth of the Roth Law Offices, LLC, and for Count VI of her Second Amended Complaint against Monsanto Company, states as follows:

1. Dorothy Pawlak is a resident of Madison County, Illinois, and a citizen of the State of Illinois.

2. For many years, Dorothy Pawlak was exposed Roundup, a product manufactured by the Monsanto Corporation, although she was unaware of the exposure to this product as the product was bought by her late husband, Robert Pawlak.

3. Roundup is a product manufactured by Monsanto Corporation.

4.  Monsanto manufactured the product.  Monsanto was at that time a corporation with its principal place of business in St. Louis, Missouri.  Monsanto remains liable for this claim.

5.  In 2017, Dorothy Pawlak was diagnosed as having bladder cancer.  She did not know the cause of the bladder cancer and had not been advised of the cause of the bladder cancer by her physician.  Therefore, she did not learn of the cause of her bladder cancer, i.e., Roundup, until 2020.

6.  Roundup is unreasonably dangerous and defective because it causes bladder cancer.

7.  As a result, Plaintiff, Dorothy Pawlak, has suffered severe pain, disability and loss of a normal life.  She has incurred substantial medical expenses in attempting to be treated for this condition.

WHEREFORE, Plaintiff prays judgment against Defendant, Monsanto Company, in the sum of One Million Dollars ($1,000,000.00) plus costs of suit.

/s/Ronald A. Roth
Ronald A. Roth #03122075
Roth Law Offices, LLC
2421 Corporate Centre Dr., Ste. 103
Granite City, IL 62040
#618/931-5000
Fax #618/931-6474
raroth@rothlaw.com
Attorney for Plaintiff