**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTION**

**SCHEDULE OF ACTION**

| Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Consuelo E. Kelly-Leppert, individually and as heir at law of Michael Joseph Kelly, now deceased | Monsanto Co. | Eastern District of Missouri (St. Louis) | 4:21-cv-00369-SRC | District Judge Stephen R. Clark |

1