**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on April 5, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on April 5, 2021 to counsel for Plaintiffs as follows:

Andrew B. Protzman, Esq.
Brandon Kerns, Esq.
KANSAS CITY INJURY LAW GROUP
1100 Main Street
Suite 2120
Kansas City, MO 64105
Phone: (816) 499-8877
Email: andy@kcilg.com
Email: brandon@kcilg.com

Counsel for Plaintiffs in *Kelly-Leppert v. Monsanto Co.,* No. 4:21-cv-00369-SRC (E.D. Mo.).

Dated: April 5, 2021

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax:    (202) 682-1639

*Attorneys for Defendant Monsanto Company*