**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**AMENDED PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that this Amended Proof of Service, electronically filed on April 7, 2021 with the clerk of the JPML using the CM/ECF system, and the April 1 Notice of Potential Tag-Along Actions (Dkt. No. 2253) were sent via electronic mail on April 7, 2021 to all counsel as follows:

James G. O'Brien
O'Brien Law, LLC
405 Madison Avenue 10th Floor
Toledo, OH 43604
(419) 930-6401
Fax: (419) 930-6403
Email: jim@obrien.law

Counsel for Plaintiff in *Vivian L. Dominique, Individually and on behalf of Estate of Floyd Dominique*; No. 3:21-cv-00678-JRK.

Ryan J. Canon
Richard L. Root
Betsy Barnes
John C. Enochs
Morris Bart LLC
1712 15th Street, Ste. 300
Gulfport, Mississippi 39501
(228) 276-0312
Fax (833) 277-4214
rcannon@morrisbart.com
bbarnes@morrisbart.com
rroot@morrisbart.com
jenochs@morrisbart.com

Counsel for Plaintiff Anthony Hoffman, et al; in *Anthony Hoffman as Special Administrator on Behalf of David Kimpel*; No. 1:21-cv-00142.

1

Steven C. Marks
Kristina M. Infante
PODHURST ORSECK, P.A.
One Southeast 3rd Avenue, Suite 2300
Miami, Florida 33131
(305) 358-2800
Fax: (305) 358-2382
Email: smarks@podhurst.com
Email: kinfante@podhurst.com

Counsel for Plaintiff in *Nancy C. Salas v. Monsanto Company, et al.*; No. 1:21-cv-21217.

Anthony N. Upshaw
Melissa R. Alvarez
McDERMOTT WILL & EMERY LLP
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131
(305) 329-4431
Fax: (305) 675-8031

Counsel for Defendants Monsanto Company, Bayer Corporation, Andrew Jack Conroy, KLI Shell Lumber & Hardware, LLC, and Orlando Valdes; in *Nancy C. Salas v. Monsanto Company, et al.:* No. 1:21-cv-21217.

Kelly L. Kesner
LUKS, SANTANIELLO, PETRILLO & COHEN
150 West Flager Street, Suite 2600
Miami, FL 33130
(305) 377-8900
Fax: (305) 377-8901
KKesner@insurancedefense.net

Counsel for Defendant Home Depot U.S.A., Inc.; in *Nancy C. Salas v. Monsanto Company, et al.;* No. 1:21-cv-21217.

Service on Transform SR Development LLC d/b/a Kmart and Jose Luis Martinez-Alvarez in *Nancy C. Salas v. Monsanto Company, et al.;* No. 1:21-cv-21217 is not required because those defendants were dismissed before Monsanto Company removed this lawsuit to federal court.

Copies of the foregoing were also caused to be served via Fed-Ex on defendant Bayer AG (which has not been served with the Summons or Complaint in *Nancy C. Salas v. Monsanto Company, et al.;* No. 1:21-cv-21217, or in *Vivian L. Dominique, Individually and on behalf of Estate of Floyd Dominique;* No. 3:21-cv-00678-JRK) as follows:

Bayer AG
Attn: General Counsel
Law, Patents & Compliance
Building Q 26, 1.008
51368 Leverkusen, Germany

Dated: April 7, 2021                                          Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:     (713) 227-9508

*Attorneys for Defendant Monsanto Company*