**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Mark Stackhouse et al. | Monsanto Company, Inc. | USDC Northern District of Ohio, Eastern Division | 1:21-cv-00613-DAP | Assigned to: Judge Dan Aaron Polster |
| 2. | Paul Leath | Monsanto Co. | USDC Central District of California (Southern Division – Santa Ana) | 8:21-cv-00633-JLS-JDE | Assigned to Judge Josephine L. Staton Referred to: Magistrate Judge John D. Early |