**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on April 7, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on April 7, 2021 to counsel for Plaintiff as follows:

Margaret M. Murray
Murray & Murray
111 East Shoreline Drive
P.O. Box 19
Sandusky, OH 44871-0019
(419) 624-3000
Fax: (419) 624-0707
Email: mmm@murrayandmurray.com

Counsel for *Mark Stackhouse, Executor of the Estate of Walter Stackhouse, Deceased* v. Monsanto company, Inc., No. 1:21-cv-00613-DAP (N.D. OH)

Paul Mankin
Law Office of L. Paul Mankin
4655 Cass St., Ste. 410
San Diego, CA 92109
(800) 219-3577
Fax: (323) 207-3885
Email: pmankin@paulmankin.com

Counsel for Plaintiff in *Paul Leath v. Monsanto Company*, No. 8:21-cv-00633 (C.D. CA).

Dated: April 7, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*