**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Donald Rutledge | Monsanto, et al. | USDC Northern District of IL, Eastern Division | 1:21-cv-01919 | Honorable Mary M. Rowland |
| 2. | Russell Bennett | Monsanto, et al. | USDC Northern District of IL, Eastern Division | 1:21-cv-01910 | Honorable B. Gottschall |
| 3. | Marcia Moreno | Monsanto, et al. | USDC Northern District of IL, Eastern Division | 1:21-cv-01914 | No Yet Assigned |