## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## AMENDED PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Amended Proof of Service and Amended Schedule of Actions to the Notice of Potential Tag-Along Actions electronically filed on April 12, 2012, was electronically filed on April 14, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on April 14, 2021 to counsel as follows:

John D. Cooney
Cooney & Conway
120 N. LaSalle Street, Suite 3000
Chicago, IL 60602-2415
(2312) 236-6166
jcooney@cooneyconway.com

Counsel for Plaintiff in *Donald Rutledge v. Monsanto et al.*, 1:21-cv-01909 (N.D. IL), *Russell Bennett v. Monsanto et al.*, 1:21-cv-01910 (N.D. IL), and *Marcia Moreno v. Monsanto et al.*, 1:21-cv-01914 (N.D. IL).

Riley C. Mendoza
Peter F. O'Neill
Shook, Hardy & Bacon LLC
111 South Wacker Dr., Suite 4700
Chicago, IL. 60606
(312) 704-7700
(312) 558-1195 – Fax
rmendoza@shb.com
pfoneill@shb.com

Counsel for Defendants Monsanto Company (incorrectly named in the Complaint as "Monsanto"); Akzo Nobel Incorporated; Nouryon Surface Chemistry LLC (incorrectly named in the Complaint as "Nouryan Surface Chemicals"), f/k/a Akzo Nobel Surface Chemistry LLC (incorrectly named in the Complaint as "Akzo Surface Chemistry LLC"); Nouryon Functional Chemicals LLC (incorrectly named in the Complaint as "Nouryan Functional Chemicals LLC"), f/k/a Akzo Nobel Functional Chemicals LLC; and Nouryon Chemicals LLC (incorrectly named

in the Complaint as "Nouryan Chemicals LLC"), f/k/a Starfruit US Merger Sub 1 LLC, which was successor in interest to Akzo Nobel Chemicals LLC.

Dated: April 14, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs

Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:     (713) 227-9508

*Attorneys for Defendant Monsanto Company*