BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S AMENDED NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Donald Rutledge | Monsanto, Akzo Nobel Incorporated, Akzo Surface Chemistry LLC, Akzo Nobel Functional Chemicals LLC, Akzo Nobel Chemicals LLC, Nouryan Chemicals LLC, Nouryan Functional Chemicals LLC, Nouryan Surface Chemicals, | USDC Northern District of IL, Eastern Division | 1:21-cv-01909 | Honorable Mary M. Rowland |
| 2. | Russell Bennett | Monsanto, Akzo Nobel Incorporated, Akzo Surface Chemistry LLC, Akzo Nobel Chemicals LLC, Nouryan Chemicals LLC, Nouryan Functional Chemicals LLC, Nouryan Surface | USDC Northern District of IL, Eastern Division | 1:21-cv-01910 | Honorable Charlene Edwards Honeywell |

| | | | | | |
|---|---|---|---|---|---|
| | | Chemicals, Akzo Nobel Functional Chemicals LLC, | | | |
| 3. | Marcia Moreno | Monsanto, Akzo Nobel Incorporated, Akzo Surface Chemistry LLC, Akzo Nobel Functional Chemicals LLC, Akzo Nobel Chemicals LLC, Nouryan Chemicals LLC, Nouryan Functional Chemicals LLC, Nouryan Surface Chemicals | USDC Northern District of IL, Eastern Division | 1:21-cv-01914 | Honorable Robert M. Dow, Jr. |