**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Katrina Rose | Monsanto Company and John Does 1-50 | USDC District of New Mexico (Albuquerque) | 1:21-cv-00340-KK-LF | Assigned to: Magistrate Judge Kirtan Khalsa Referred to: Magistrate Judge Laura Fashing |