# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on April 14, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on April 14, 2021 to counsel for Plaintiff as follows:

Margaret Moses Branch  
Branch Law Firm  
2025 Rio Grande Blvd., NW  
Albuquerque, NM 87104  
(505) 243-3500  
Email: mbranch@branchlawfirm.com

Paul M. Dominguez  
The Dominguez Law Firm, LLC  
PO Box 10865  
Albuquerque, NM 87184  
(505) 850-5854  
Fax: (505) 796-5107  
Email: paul@dominguez.law

Counsel for Plaintiff in *Katrina Rose v. Monsanto Co.,* No. 1:21-cv-00340-KK-LF (NM).

Dated: April 14, 2021    Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:   (713) 227-9508

*Attorneys for Defendant Monsanto Company*