**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant Monsanto Company hereby notifies the Clerk of the Panel of the potential tag-along actions listed on the attached Schedule of Actions.

The docket sheets and complaints for the potential tag-along actions are attached.

Dated: April 16, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*