**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Frank Toman and Judy Toman | Monsanto Company and John Does 1-50 | USDC for the District of Kansas | 6:21-cv-01028-JAR-KGG | Assigned to: Chief District Judge Julie A. Robinson Referred to: Magistrate Judge Kenneth G. Gale |
| 2. | Gerald Manley Shook Jr. and Cheryl Marie Shook | Monsanto Company | USDC for the Western District of North Carolina | 1:21-cv-00087-MR-WCM | Assigned to: Chief Judge Martin Reidinger Referred to: Magistrate Judge W. Carleton Metcalf |