**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on April 16, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on April 16, 2021 to counsel for Plaintiffs as follows:

Randall K. Rathbun
Depew Gillen Rathbun & McInteer, LC
8301 East 21st Street North, Suite 450
Wichita, KS 67206-2936
(316) 262-4000, Ext 108
Fax: (316) 265-3819
Email: randy@depewgillen.com

Counsel for Plaintiffs in *Toman v. Monsanto Company,* No. 6:21-cv-01028-JAR-KGG (KS).

David A. Domina
Domina Law Group
2425 S. 14th Street
Omaha, NE 68114
(402) 493-4100
Fax: (402) 493-9782
Email: dad@dominalaw.com

John C. Hensley, Jr.
John C. Hensley, Jr., P.C.
366 Merrimon Avenue
Asheville, NC 28801
(828) 225-3737
Fax: (838-225-3736
jhensley@hc-firm.com

1

Counsel for Plaintiffs in *Shook v. Monsanto Company,* No. 1:21-cv-00087-MR-WCM (W.D. NC)

Dated: April 16, 2021    Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713)  227-8008
Fax:    (713)  227-9508

*Attorneys for Defendant Monsanto Company*