**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on April. 19, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on April 19, 2021 to counsel for Plaintiff as follows:

Jason A. Ott
Brian T. Dailey
Dailey Law Firm, P.C.
30 N. LaSalle St., Suite 3200
Chicago, IL 60602
(312) 765-7191
Email: jason@daileylawyers.com
Email: briandailey@daileylawyers.com

Counsel for Plaintiff in *Alassaf v. Monsanto Company*, No. 1:21-cv-01995 (N.D. IL).

2

Dated: April 19, 2021                                  Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*