BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                          MDL No. 2741

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiffs write to notify you of the potential tag along action listed on the attached Schedule of Action. The action referred to herein involves common questions of fact regarding injury claims involving Roundup®-branded herbicides.

The docket sheet and complaint are attached hereto as **Exhibit A**.

Dated: April 20, 2021

                                                  Respectfully submitted,

By:    /s/ I. Josh Jacobs
          I. Josh Jacobs
          Missouri Bar No. 67723
          KIRKENDALL DWYER LLP
          605 W. 47th Street, Suite 208
          Kansas City, MO 64112
          Tel: 913-981-2524
          Fax: 913-347-0019
          jjacobs@kirkendalldwyer.com

By:    /s/ Alexander Dwyer
          Alexander G. Dwyer
          Texas Bar No. 24054271
          Andrew F. Kirkendall
          Texas Bar No. 24050882
          Erin M. Wood
          Texas Bar No. 24073064
          KIRKENDALL DWYER LLP
          4343 Sigma Rd, STE 200
          Dallas, TX 75244

          Tel: 214-271-4027
          Fax: 214-253-0629
          ad@kirkendalldwyer.com
          ak@kirkendalldwyer.com
          ewood@kirkendalldwyer.com

By: */s/ Fletcher V. Trammell*

    Fletcher V. Trammell
    Texas Bar No. 24042053
    Melissa Binstock Ephron
    Texas Bar No. 24101518
    TRAMMELL, PC
    3262 Westheimer Rd., Ste. 423
    Houston, TX 77098
    Tel: (800) 405-1740
    Fax: (800) 532-0992
    fletch@trammellpc.com
    melissa@trammellpc.com

    **ATTORNEYS FOR PLAINTIFFS**