**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION**                                                    MDL No. 2741

**SCHEDULE OF ACTIONS**

| Plaintiffs | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| John Frederick, Lynn Tierney, Paul Paulson, Mollie Norman, Jim Flatt, Jill Estes, Melody Burbage, Laura Branham, Darryl Stanger, Robert Vanbuhler, Kenneth McGill, Jennifer Roling, Jody Jacobs, Lisa Willhite, Randall Crewz, John Lahaye Jr., Gerald Brown, Michael Muzechuk, Marjorie Hunter, Matthew Long, Karen Poling, Andrew Gilbert, Terry Frerman, Leigh Oliver, Raquel Davis, James Garrity, Kenneth James, Thomas Moore, Richard Sivley, Anthony King, Robert Moberg, Gregory Johnson, Diane Shiley, | Monsanto Company | U. S. District Court Eastern Dist. of Missouri (St. Louis) | 4:20CV1508 | Judge Ronnie L. White |

| | | | | |
|---|---|---|---|---|
| Cecelia Rogers,<br>Jonni Masella,<br>Sherry Hohl,<br>Cynthia Crady,<br>Joella Gonterman,<br>Robin Smith,<br>Wanda Yobert,<br>Leona Barnes,<br>William Cline,<br>Nancy Ford,<br>Mary Hunt,<br>Frank Taylor,<br>Jason Burton,<br>Eleanore Mongin,<br>Norma Pearson,<br>Aaron Lyons,<br>Brenda Odum,<br>Carol Conrad,<br>Paula Gomez,<br>Tony Ross,<br>Bonnie Lynn,<br>Sandra Draper,<br>Jack Ashwood,<br>Ruth Jones,<br>Kay Clark,<br>Marilyn Davis,<br>Dorothy Inman,<br>Sandra All,<br>Mark Hogue,<br><br>Tunja Whitley,<br>individually and on<br>behalf of, Marques<br>Whitley,<br><br>Lynn Button,<br>individually and on<br>behalf of, Rush<br>Button,<br><br>Tanya Naumenko,<br>individually and on<br>behalf of, George<br>Anderson, | | | | |

| | | | | |
|---|---|---|---|---|
| Linda Stine, individually and on behalf of, James Stine,<br><br>John D'ambrosio, individually and on behalf of, Michael D'ambrosio,<br><br>Geraldine Reed, individually and on behalf of, Lillian Arthur,<br><br>Lisa Rainer, individually and on behalf of, John Rainer,<br><br>John Quintana, individually and on behalf of, Fernando Quintana,<br><br>Christine Briere, individually and on behalf of, Sandra Mcewan,<br><br>Nellie Brooks, individually and on behalf of, James Brooks,<br><br>Marcia Brown, individually and on behalf of, Wesley Brown,<br><br>Bill Hoover, individually and on behalf of, Joseph Hoover, | | | | |

| | | | | |
|---|---|---|---|---|
| Gail Novak, individually and on behalf of, Niles Novak,<br><br>Carroll Jernigan, individually and on behalf of, Constance Jernigan,<br><br>Dennis Green, individually and on behalf of, Sally Green,<br><br>John Powers, individually and on behalf of, Alberta Powers,<br><br>Virginia Whitaker, Individually and On Behalf Of, Derrek Whitaker,<br><br>Maureen Woltmann, individually and on behalf of, Edward Woltmann,<br><br>Katherine Smith, individually and on behalf of, Craig Smith,<br><br>John Powers, individually and on behalf of, Alberta Powers,<br><br>Angela Biersteker, individually and on behalf of Jon Biersteker, | | | | |

4

| | | | | |
|---|---|---|---|---|
| Judy Perkowski, individually and on behalf of, Edward Perkowski,<br><br>Doris Martinez, individually and on behalf of, Modesto Rodriguez,<br><br>Pernecia Hull, individually and on behalf of, Jimmy Hull,<br><br>Mary Vail, individually and on behalf of, Elvis Vail,<br><br>Ida White, individually and on behalf of, William White,<br><br>Marilyn Smith, individually and on behalf of, Merle Smith,<br><br>Peggy Potter, individually and on behalf of, Robert Potter | | | | |