BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                                                  MDL No. 2741

**PROOF OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Potential Tag Along Action listed on the attached Schedule of Actions and this Certificate of Service was served by electronic service on April 20, 2021 to the following:

Erik L. Hansell
HUSCH BLACKWELL LLP - St Louis
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105
Tel: 314-480-500
Fax: 314-480-1505
Email: erik.hansell@huschblackwell.com
**ATTORNEY FOR MONSANTO COMPANY**

Clerk of Court
U.S. District Court
Eastern District Of Missouri
111 South 10th Street
St. Louis, Mo 63102

                                                                   */s/ Fletch Trammell*
                                                                   Fletch Trammell