UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA
OFFICE OF THE CLERK
www.ned.uscourts.gov

Denise M. Lucks
Clerk of Court

Gabriela Acosta
Chief Deputy Clerk

April 21, 2021

MDL Judicial Panel
Thurgood Marshall Federal Judiciary Building
1 Columbus Circle, NE
Room G255
Washington, DC 20544-0005

Re:   8:21-cv-164
      Wilson, M.D. et al v. Monsanto Company
      MDL No. 2741

Dear Sir/Madam:

We are sending you a copy of the complaint and docket sheet in this case via e-mail. This is an action regarding Roundup Products Liabiltiy Litigation.

Sincerely,

By:   s/ Laura Monsees
      Deputy Clerk

cc:   Counsel of Record (without enclosures)

Approved 12/22/14

\#

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 | Fax: (402) 661-7387 | Toll Free: (866) 220-4381
Lincoln: (402) 437-1900 | Fax: (402) 437-1911 | Toll Free: (866) 220-4379

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**
www.ned.uscourts.gov

**Denise M. Lucks**
Clerk of Court

**Gabriela Acosta**
Chief Deputy Clerk

April 21, 2021

MDL Judicial Panel
Thurgood Marshall Federal Judiciary Building
1 Columbus Circle, NE
Room G255
Washington, DC 20544-0005

Re: 8:21-cv-167
Zach et al v. Monsanto Company
MDL No. 2741

Dear Sir/Madam:

We are sending you a copy of the complaint and docket sheet in this case via e-mail. This is an action regarding Roundup Products Liability Litigation.

Sincerely,

By: s/ Laura Monsees
Deputy Clerk

cc: Counsel of Record (without enclosures)

Approved 12/22/14

#