**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Joe D. Harrison | Monsanto Company | USDC Eastern District of Oklahoma (Muskogee) | 6:21-cv-00109-JFH | Assigned to District Judge John F. Heil, III |
| 2. | Mary Gail Barry | Monsanto Company | USDC Southern District of New York | 7:21-cv-03325-PMH | Assigned to Judge Philip M. Halpern |
| 3. | Marcus Fitz and Jeffrey Fitz | Monsanto Company | USDC Southern District of New York | 7:21-cv-03320-KMK | Assigned to Judge Kenneth M. Karas |