**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on April 23, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on April 23, 2021 to counsel for Plaintiffs as follows:

Michael Burrage
Reggie N. Whitten
Whitten Burrage
512 N. Broadway, Ste. 300
Oklahoma City, OK 73102
(405) 516-7800
Fax: (405) 516-7859
Email: mburrage@whittenburragelaw.com
Email: rwhitten@whittenburragelaw.com

Cody L. Hill
Nix Patterson & Roach, LLP
3600 N. Capital of Texas Hwy., Ste B350
Austin, TX 78746
(512) 328-5333
Fax: (512) 328-5335
Email: codyhill@nixlaw.com

Counsel for Plaintiff in *Harrison v. Monsanto Company*, No. 6:21-cv-00109-JFH (E.D. OK).

Richard John Deponto
Bailly and McMillan, LLP
Suite 410
244 Westchester Ave.
White Plains, NY 10604
(914) 224-2299
Fax: (914) 684-9108
Email: rdeponto@bandmlaw.com

Counsel for Plaintiff in *Barry v. Monsanto Company,* No. 7:21-cv-03325-PMH (S.D. NY).

John Joseph Bailly
Richard John Deponto
Bailly and McMillan, LLP
Suite 410
244 Westchester Ave.
White Plains, NY 10604
(914) 224-2299
Fax: (914) 684-9108
Email: jbailly@bandmlaw.com
Email: rdeponto@bandmlaw.com

Counsel for Plaintiffs in *Fitz v. Monsanto Company;* No. 7:21-cv-03320-KMK (S.D. NY).

Dated: April 23, 2021                    Respectfully submitted,

                                                    /s/ Jennise W. Stubbs
                                                    Jennise W. Stubbs
                                                    (jstubbs@shb.com)
                                                    SHOOK, HARDY & BACON L.L.P.
                                                    600 Travis Street, Suite 3400
                                                    Houston, TX  77002-2926
                                                    Phone: (713) 227-8008
                                                    Fax:    (713) 227-9508

                                                    *Attorneys for Defendant Monsanto Company*