UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS           MDL NO. 2741
LIABILITY LITIGATION

NANCY C. SALAS,                    S.D. Fla. Case No.
                                   1:21-cv-21217
    Plaintiff,

vs.

MONSANTO COMPANY; BAYER
CORPORATION; BAYER AG; ANDREW
JACK CONROY; HOME DEPOT U.S.A, INC.;
KLI SHELL LUMBER & HARDWARE, LLC;
and ORLANDO VALDES,

    Defendants.
_____/

PLAINTIFF'S MOTION TO VACATE
THE CONDITIONAL TRANSFER ORDER (CTO-264)

    Plaintiff, Nancy C. Salas, by and through undersigned counsel and pursuant to Rule 7.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, hereby files this motion to vacate the Conditional Transfer Order transferring this action to the United States District Court for the Northern District of California. *See* D.E. 2258 (the "CTO").

    In summary, the federal courts lack jurisdiction over this action. This action was initially filed in state court in Florida, and Monsanto wrongfully removed it to federal court. Plaintiff intends to move to remand this action back to state court, and Plaintiff's deadline to file said motion in the District Court for the Southern District of Florida is April 29, 2021. Accordingly, Plaintiff respectfully submits that transfer of this case to the MDL proceeding would be premature pending

the resolution of the remand motion, and that it would promote judicial economy to vacate or stay the CTO until such time as the Southern District of Florida rules on Plaintiff's motion to remand. Plaintiff therefore respectfully requests that the CTO be vacated, or at a minimum stayed pending the resolution of the remand motion.

Plaintiff's brief in support of vacating the CTO, filed concurrently with this motion, expands upon Ms. Salas' viable claims against Florida defendants Mr. Conroy, Mr. Valdes and KLI. Monsanto's removal of this action was untimely and failed to meet its heavy burden of establishing that all three Florida defendants were fraudulently joined. Accordingly, Ms. Salas will soon move to remand this action. Vacating or staying the transfer of this action to the MDL pending the resolution will promote judicial economy and will not meaningfully prejudice any of the parties to this action.

WHEREFORE, Plaintiff respectfully requests that this Court vacate the CTO or, in the alternative, stay transfer of this action pending the resolution of Plaintiff's anticipated motion to remand this action back to state court.

Dated: April 27, 2021

Respectfully submitted,

**PODHURST ORSECK, P.A.**
Counsel for Plaintiff
One Southeast 3rd Avenue, Suite 2300
Miami, Florida 33131
(305) 358-2800 / Fax (305) 358-2382

By: */s/ Steven C. Marks*
STEVEN C. MARKS
Fla. Bar No. 516414
smarks@podhurst.com
KRISTINA M. INFANTE
Fla. Bar No. 112557
kinfante@podhurst.com
PABLO ROJAS

Fla. Bar No. 1022427  
projas@podhurst.com

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on this 27th day of April, 2021, a true and correct copy of the foregoing was served via ECF which will furnish an electronic copy to all counsel of record: Anthony N. Upshaw, Esq. (aupshaw@mwe.com) and Melissa R. Alvarez, Esq. (malvarez@mwe.com), MCDERMOTT WILL & EMERY, LLP, *Counsel for Monsanto Company, Bayer Corporation, Bayer AG, Andrew Jack Conroy, KLI Shell Lumber & Hardware, and Orlando Valdes*; and Daniel J. Santaniello, Esq. and Kelly L. Kesner, Esq. (luksmia-pleadings@LS-Law.com), LUKS, SANTANIELLO, PETRILLO & COHEN, *Counsel for Home Depot U.S.A., Inc.*

By: */s/ Steven C. Marks*

**Podhurst** Orseck **P.A.**
One SE Third Avenue, Suite 2300, Miami, FL 33131 • Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346      www.podhurst.com