UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION         MDL NO. 2741

NANCY C. SALAS,                        S.D. Fla. Case No. 1:21-cv-21217

    Plaintiff,

vs.

MONSANTO COMPANY; BAYER CORPORATION; BAYER AG; ANDREW JACK CONROY; HOME DEPOT U.S.A, INC.; KLI SHELL LUMBER & HARDWARE, LLC; and ORLANDO VALDES,

    Defendants.
_____/

## PLAINTIFF'S SCHEDULE OF ACTIONS

Plaintiff, Nancy C. Salas, by and through undersigned counsel and pursuant to Rule 6.1(b)(ii) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, hereby files this Schedule of Actions and lists the following:

  A. The complete name of the action, listing the full name of each party included:

    Nancy C. Salas v. Monsanto Company, Bayer Corporation, Bayer AG; Andrew Jack Conroy; Home Depot U.S.A., Inc.; KLI Shell Lumber & Hardware, LLC; and Orlando Valdes.

  B. The district court and division where the action is pending:

    Southern District of Florida, Miami Division

  C. The civil action number of the action:

Case No.: 1:21-cv-21217-MGC

D. The name of the judge assigned to the action:

The Honorable Marcia G. Cooke.

Dated: April 27, 2021

Respectfully submitted,

**PODHURST ORSECK, P.A.**
Counsel for Plaintiff
One Southeast 3rd Avenue, Suite 2300
Miami, Florida 33131
(305) 358-2800 / Fax (305) 358-2382

By: /s/ *Steven C. Marks*
STEVEN C. MARKS
Fla. Bar No. 516414
smarks@podhurst.com
KRISTINA M. INFANTE
Fla. Bar No. 112557
kinfante@podhurst.com
PABLO ROJAS
Fla. Bar No. 1022427
projas@podhurst.com

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 27th day of April, 2021, a true and correct copy of the foregoing was served via ECF which will furnish an electronic copy to all counsel of record: Anthony N. Upshaw, Esq. (aupshaw@mwe.com) and Melissa R. Alvarez, Esq. (malvarez@mwe.com), MCDERMOTT WILL & EMERY, LLP, *Counsel for Monsanto Company, Bayer Corporation, Bayer AG, Andrew Jack Conroy, KLI Shell Lumber & Hardware, and Orlando Valdes*; and Daniel J. Santaniello, Esq. and Kelly L. Kesner, Esq. (luksmia-

2

**Podhurst** Orseck **P.A.**
One SE Third Avenue, Suite 2300, Miami, FL 33131 • Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346    www.podhurst.com

pleadings@LS-Law.com), LUKS, SANTANIELLO, PETRILLO & COHEN, *Counsel for Home Depot U.S.A., Inc.*

By: */s/ Steven C. Marks*

3

**Podhurst** Orseck **P.A.**
One SE Third Avenue, Suite 2300, Miami, FL 33131 • Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346   www.podhurst.com