# Exhibit C

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| NANCY C. SALAS,<br><br>    Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, *et al.*,<br><br>    Defendants. | Case No._____ |

**DECLARATION OF ORLANDO VALDES**

I, Orlando Valdes, declare as follows:

1. I am over the age of eighteen. If I were called to testify, I could and would competently testify to the statements set forth in this declaration. This declaration is based on my personal knowledge and my review of the Complaint filed by Nancy Salas in the personal injury lawsuit that she filed against several defendants, including KLI Shell Lumber & Hardware, LLC ("KLI Shell") and me. I am KLI Shell's Chief Executive Officer. I submit this declaration in support of Monsanto Company's Notice of Removal.

2. In her Complaint, Ms. Salas alleges that she used Roundup®-branded herbicides from approximately 2004 to 2014 and that she purchased those products from certain stores, including KLI Shell's store located at 102265 Overseas Highway, Key Largo, Florida. The Complaint also alleges that, "[a]t all times material," I was employed by KLI Shell as its owner and CEO. Based on those allegations, the Complaint alleges that KLI Shell and I are liable to Ms. Salas for injuries that she claims were caused by her use of Roundup®-branded herbicides.

3. As discussed below, those allegations regarding KLI Shell and me clearly are not, and cannot be, correct.

4. Before March 2017, KLI Shell did not have any ownership interest in – and did not have any role in managing, running, or operating – the store located at 102265 Overseas Highway, Key Largo, Florida (the "Overseas Highway Store"). Before March 2017, I did not work at – and did not have any role in managing, running, or operating – the Overseas Highway Store. Before March 2017, I did not have any ownership interest in: (a) the Overseas Highway Store; or (b) in any company with an ownership interest in that store.

5. In March 2017, KLI Shell acquired the Overseas Highway Store through an asset purchase agreement with the company that owned the store ("the Seller"). I was involved in that asset purchase in my capacity as Chief Executive Officer of KLI Shell. The closing date of that asset purchase (March 24, 2017) was long after Ms. Salas allegedly stopped using Roundup®-branded herbicides in 2014.

6. If Ms. Salas purchased any Roundup®-branded herbicides from the Overseas Highway Store before the closing date of that asset purchase transaction, KLI Shell did not assume or otherwise become responsible for any actual or potential liabilities related to her purchases of those products; any such actual or potential liabilities remained with the Seller. When KLI Shell acquired the Overseas Highway Store through that asset purchase transaction, the Seller and KLI Shell agreed that KLI Shell did not assume or otherwise become responsible for any of the Seller's obligations or liabilities arising out of, based upon or resulting from any actions, suits, claims or proceedings, whether in law or equity, pending or threatened, based upon any transactions or occurrences or acts or omissions of the Seller or its agents, representatives, employees or shareholder on or prior to the closing date. The Seller and KLI Shell also agreed that KLI Shell did not assume or otherwise become responsible for any of the Seller's obligations or liabilities for any civil liability (including punitive damages, if any) imposed upon the Seller on account of

2

any fraudulent, criminal, intentional, willful or negligent acts or omissions of the Seller or its agents, representatives, employees, or shareholder.

7. In my personal capacity, I did not assume or otherwise become responsible for any of the Seller's obligations or actual or potential liabilities.

8. Thus, KLI Shell and I have never had any control over – or any connection whatsoever to – the Roundup®-branded herbicides that allegedly caused Ms. Salas' injuries.

9. KLI Shell and I have never had any role in or involvement with designing, manufacturing, packaging, assembling, creating, or obtaining regulatory approval for any kind of Roundup®-branded herbicide. KLI Shell and I have never had any role in or involvement with determining what language should be included in labelling, or what warnings should be provided, for any kind of Roundup®-branded herbicide. KLI Shell and I have never had any role in or involvement with developing advertisements or commercials for any kind of Roundup®-branded herbicides or determining the content of any such advertisements or commercials.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 29, 2021 at Miami, Florida

Orlando J. Valdes
Orlando Valdes