# Exhibit D

# ALABAMA VEGETATION MANAGEMENT SOCIETY
## ANNUAL MEETING AGENDA
### FEBRUARY 25th & FEBRUARY 26th, 2020
### TUSCALOOSA, ALABAMA

## TUESDAY, FEBRUARY 25, 2020

| Time | Event |
|---|---|
| 7:00 AM | Registration and Continental Breakfast with Exhibitors sponsored by **Corteva Agriscience** |
| 7:30 AM | Welcome, Board Nominations and Recognition of the AVMS Scholarship Winner — Doug Standridge – President |
| 8:00 AM | Using Drones For Fire Ant Control — Dr. Fudd Graham – Auburn University |
| 8:30 AM | How To Avoid Mixing Errors — Dr. Fred Whitford – Purdue University |
| 9:45 AM | Break with Exhibitors sponsored by **BurfordsTree** |
| 10:45 AM | Key Note Speaker — Andy Phillips |
| 11:45 AM | Lunch Sponsored by: Alabama 811, Bayer VMBurford's Tree, Corteva Agriscience, Helena Agri, Naturchem, PowerGrid Services, Southern Line Contractors, Inc |

## TUESDAY, FEBRUARY 25, 2020

| Time | Event |
|---|---|
| 1:00 PM | ADAI SCAN IN |
| 1:15 PM | Guidelines for Pesticide Communications with the Media — Dr. Fred Whitford – Purdue University |
| 2:15 PM | New Technology for Utility and Highway Right of Way Vegetation Management — Dr. John Byrd – Mississippi State University |
| 3:00 PM | Break with Exhibitors sponsored by **Bayer VM Naturchem** |
| 3:30 PM | Chosen vs. Forced Risks Related to Pesticide Use — Kim Brown – LSU AgCenter |
| 4:15 PM | Glyphosate Regulatory Update — Jack Conroy – Bayer Crop Sciences |
| 5:00 PM | Adjourn — ADAI SCAN OUT |

## WEDNESDAY, FEBRUARY 26, 2020

| Time | Event |
|---|---|
| 7:00 AM | ADAI SCAN IN: Continental Breakfast with Exhibitors Sponsored by **Alabama 811** |
| 7:00 AM | Non-denominational Devotion upstairs in the Lackey Room: Michael Kelley |
| 7:30 AM | Pesticide Safety Issues — Kim Brown – LSU AgCenter |
| 8:15 AM | What Can You Say About Round Up Safety? — Dr. John Byrd – Mississippi State University |
| 9:00 AM | Break with Exhibitors sponsored by **Helena Agri** (Silent Auction Closes at 9:40) |
| 9:45 AM | Pollinator Topic — Dr. Scott Flynn – Corteva Agriscience |
| 10:45 AM | Utility Safety IssuesMichael Kelley - AREA |
| 11:30 AM | Silent Auction Results — AVMS Business Meeting |
| NOON | Adjourn — ADAI SCAN OUT |

**Thanks for Attending: Have a Safe Journey Home**

# 2020 Alabama Vegetation Management Society Annual Conference – Speaker Biographies

**Dr. Fudd Graham** holds a B.S. in Animal Science and a Ph.D. in Entomology. Currently he is employed by the Auburn University Department of Entomology and Plant Pathology as a coordinator of the Alabama Fire Ant Program and the Pesticide Safety Education Program. He enjoys being introduced as just an "old hippie".

**Andy Phillips** is currently a Tuscaloosa native with Demopolis roots. Phillips cemented himself as one of the all-time greats in the University of Alabama baseball program history, posting a .356 career batting average with 61 home runs. He is one of three Alabama players with 50 home runs and 200 RBI's and still holds the SEC record with a 36-game hitting streak. Andy was selected by the New York Yankees in the seventh-round of the 1999 MLB draft. He made his major league debut in 2004 when, in his first big league at bat, he hit a home run over the Green Monster at Fenway park. Andy has always been greatly involved in leadership roles whether it be Fellowship of Christian Athletes or the local Church. He has a passion to see people come to a relationship with Christ and reach their full potential.

**Dr. Fred Whitford** received his B.S. in Wildlife Management from Louisiana Tech University and his M.S. and Ph.D. in Entomology from Iowa State University. While his prior professional activities include lab and field research, regulatory work, and extension outreach, he currently holds the position of Coordinator for the Purdue Pesticides Programs of the Purdue Cooperative Extension Service.

**Dr. John Byrd** serves as an extension and research professor at Mississippi State University in the Department of Plant and Soil Sciences. His focus is on weed control in non-croplands and forages. He has authored numerous publications addressing weed control in various agricultural and home environments. His hobbies include collecting "cats".

**Kim Brown** has been the Pesticide Safety Education Coordinator for the LSU AgCenter since 2012. She earned her B.S. from Auburn University in Agronomy and her M.S. from Louisiana State University in Plant, Soils and Environmental Science. With the LSU AgCenter she is responsible for training commercial pesticide applicators, assisting county agents with private pesticide applicator trainings, updating study materials and exam materials in the state of Louisiana. Prior to working for the LSU AgCenter, Kim was the assistant pesticide safety education coordinator at Auburn University. Kim is currently serving as the American Association of Pesticide Safety Educators President.

**Jack Conroy** graduated from Florida Southern College with a B.S. in Agricultural Business Administration specializing in Citrus production. He started work with Monsanto in May of 1993 in Product Development and in 2012 became National Account Manager for the Roundup business in the Southeast focusing on retail sales and promoting Roundup brands. He joined the Bayer Vegetation Management group in April 2019 where he works with Dr. Frank Wong and Bayer ES Regulatory Affairs to help develop factual and educational material to help Bayer customers and Bayer defend the proper use of all herbicides.

**Dr. Scott Flynn** grew up working on a small family farm in Irvine, Ky that primarily produced tobacco and cattle. He received a B.S. in Agriculture and a Business Minor from Eastern Kentucky University, a M.S. in Plant and Soil Science from the University of Kentucky, and a Ph.D. in Crop Production and Physiology from Iowa State University. He currently works for Corteva Agriscience as the Integrated Field Science Zonal Biology Leader for Pasture and Land Management in North America. Over his career, his research has studied the economic benefits of weed control and has focused on the development of new herbicide products to improve broadleaf weed and brush control in forage and industrial vegetation management systems.

**Michael Kelley** has served at the Alabama Rural Electric Association (AREA) since early 2006 where his primary focus has been to conduct monthly safety meetings and RESAP inspections for Alabama's 22 member cooperatives, as well as cooperatives in Florida. Prior to moving to AREA, he served as a line man and safety coordinator in the Utility Industry. He has coordinated with Alabama and other states during times of disaster; his restoration campaigns include Hurricanes Katrina, Gustav, and Rita.