UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |

| | |
|---|---|
| NANCY C. SALAS, | S.D. Fla. Case No. 1:21-cv-21217 |
|     Plaintiff, | |
| vs. | |
| MONSANTO COMPANY; BAYER CORPORATION; BAYER AG; ANDREW JACK CONROY; HOME DEPOT U.S.A, INC.; KLI SHELL LUMBER & HARDWARE, LLC; and ORLANDO VALDES, | |
|     Defendants. _____/ | |

**PLAINTIFF'S PROOF OF SERVICE**

Plaintiff, Nancy C. Salas, by and through undersigned counsel and pursuant to Rule 6.1(b)(iii) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, hereby files this Proof of Service and provides the following:

    A. A service list listing the full name of each party included on the district court's docket sheet and the complaint:

        <u>Plaintiff, Nancy C. Salas</u>
        Represented by:
        Steven C. Marks, Esq.
        smarks@podhurst.com
        Kristina M. Infante, Esq.
        kinfante@podhurst.com
        Pablo Rojas, Esq.
        projas@podhurst.com
        PODHURST ORSECK, PA

One SE 3rd Avenue, Suite 2300
Miami, FL 33131
Tel: 305-358-2800

Defendants, Monsanto Company, Bayer Corporation, Bayer AG, Andrew Jack Conroy, KLI Shell Lumber, and Orlando Valdes
Represented by:
Anthony N. Upshaw, Esq.
aupshaw@mwe.com
Melissa Alvarez, Esq.
malvarez@mwe.com
MCDERMOTT WILL & EMERY
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131
Tel: 305-347-6551

Defendant, Home Depot, U.S.A., Inc.
Represented by:
Daniel J. Santaniello, Esq.
djs@insurancedefense.net
Kelly L. Kesner, Esq.
kkesner@insurancedefense.net
LUKS, SANTANIELLO, PETRILLO, & JONES
150 W. Flagler Street, Suite 2600
Miami, FL 33130
Tel: 305-379-8900

Dated: April 27, 2021

Respectfully submitted,

**PODHURST ORSECK, P.A.**
Counsel for Plaintiff
One Southeast 3rd Avenue, Suite 2300
Miami, Florida 33131
(305) 358-2800 / Fax (305) 358-2382

By: */s/ Steven C. Marks*
    STEVEN C. MARKS
    Fla. Bar No. 516414
    smarks@podhurst.com
    KRISTINA M. INFANTE
    Fla. Bar No. 112557

2

kinfante@podhurst.com  
PABLO ROJAS  
Fla. Bar No. 1022427  
projas@podhurst.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 27th day of April, 2021, a true and correct copy of the foregoing was served via ECF which will furnish an electronic copy to all counsel of record: Anthony N. Upshaw, Esq. (aupshaw@mwe.com) and Melissa R. Alvarez, Esq. (malvarez@mwe.com), MCDERMOTT WILL & EMERY, LLP, *Counsel for Monsanto Company, Bayer Corporation, Bayer AG, Andrew Jack Conroy, KLI Shell Lumber & Hardware, and Orlando Valdes*; and Daniel J. Santaniello, Esq. and Kelly L. Kesner, Esq. (luksmia-pleadings@LS-Law.com), LUKS, SANTANIELLO, PETRILLO & COHEN, *Counsel for Home Depot U.S.A., Inc.*

By: */s/ Steven C. Marks*_____

**Podhurst** Orseck **P.A.**
One SE Third Avenue, Suite 2300, Miami, FL 33131 • Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346   www.podhurst.com