## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

### PROOF OF SERVICE

WE HEREBY CERTIFY that on the 28th day of April 2021, a true and correct copy of the Notice of Appearance (Docket No. 2286) and Corporate Disclosure (Docket No.: 2287) were served via ECF which will furnish an electronic copy to all counsel of record as follows:

Steven C. Marks
Kristina M. Infante
PODHURST ORSECK, P.A.
One Southeast 3rd Avenue, Suite 2300
Miami, Florida 33131
(305) 358-2800
Fax: (305) 358-2382
Email: smarks@podhurst.com
Email: kinfante@podhurst.com

Counsel for Plaintiff in *Nancy C. Salas v. Monsanto Company, et al.*; No. 1:21-cv-21217.

Anthony N. Upshaw
Melissa R. Alvarez
McDERMOTT WILL & EMERY LLP
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131
(305) 329-4431
Fax: (305) 675-8031

Counsel for Defendants Monsanto Company, Bayer Corporation, Andrew Jack Conroy, KLI Shell Lumber & Hardware, LLC, and Orlando Valdes; in *Nancy C. Salas v. Monsanto Company, et al.*: No. 1:21-cv-21217.

Kelly L. Kesner
Daniel J. Santaniello
LUKS, SANTANIELLO, PETRILLO & COHEN
150 West Flager Street, Suite 2600
Miami, FL 33130
(305) 377-8900

Fax: (305) 377-8901
KKesner@insurancedefense.net

Counsel for Defendant Home Depot U.S.A., Inc.; in *Nancy C. Salas v. Monsanto Company, et al.;* No. 1:21-cv-21217.

Copies of the foregoing were also caused to be served via Fed-Ex on defendant Bayer AG (which has not been served with the Summons or Complaint in *Nancy C. Salas v. Monsanto Company, et al.;* No. 1:21-cv-21217, as follows:

Bayer AG
Attn: General Counsel
Law, Patents & Compliance
Building Q 26, 1.008
51368 Leverkusen, Germany

Dated: April 28, 2021                    Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*