**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on May 3, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on May 3, 2021 to counsel as follows:

Nathan A. Duncan
Brandon J. Baxter
PECK HADFIELD BAXTER & MOORE LLC
399 N. Main St., Ste. 300
Logan, UT 84321
(435) 787-9700
Email: nduncan@peckhadfield.com
Email: bbaxter@peckhadfield.com

Counsel for Plaintiff in *Poulsen v. Monsanto Company, et al.,* No. 1:21-cv-00066-JNP (UT).

David R. Rudd
HUSCH BLACKWELL LLP
299 S. Main St., Ste. 1300
Salt Lake City, UT 84111
(801) 656-2285
Fax: (802) 656-2281
Email: david.rudd@huschblackwell.com

Counsel for Bayer Corporation in *Poulsen v. Monsanto Company, et al.,* No. 1:21-cv-00066-JNP (UT).

Bayer AG
Attn: General Counsel
Law, Patents & Compliance
Building Q 26, 1.008
51368 Leverkusen, Germany
Phone Number: Number 011492143046668

1

Copies of the foregoing were also caused to be served via UPS International on defendant Bayer AG in *Poulsen v. Monsanto Company, et al.,* No. 1:21-cv-00066-JNP (UT).

Dated: May 3, 2021                     Respectfully submitted,

                                       /s/ Jennise W. Stubbs
                                       _____
                                       Jennise W. Stubbs
                                       (jstubbs@shb.com)
                                       SHOOK, HARDY & BACON L.L.P.
                                       600 Travis Street, Suite 3400
                                       Houston, TX  77002-2926
                                       Phone: (713) 227-8008
                                       Fax:    (713) 227-9508

                                       *Attorneys for Defendant Monsanto Company*