**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Michael Gilliland and Dana Gilliland | Monsanto Company | USDC District of Arizona | 4:21-cv-00155-JCH | Assigned to: Judge John C Hinderaker |
| 2. | Philip Bradley and Lisa Minardi | Monsanto Company | USDC Eastern District of Pennsylvania | 2:21-cv-01834-CDJ | Assigned to Honorable C. Darnell Jones, II |