**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions were electronically filed on May 4, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on May 4, 2021 to counsel as follows:

Frank Verderame
Nicholas Anthony Verderame
PLATTNER VERDERAME PC
316 E Flower St.
Phoenix, AZ 85012
602-266-2002
Fax: 602-266-6908
Email: fverderame@pvazlaw.com
Email: nverderame@pvazlaw.com

Counsel for Plaintiffs in *Gilliland et al v. Monsanto Company,* No. 4:21-cv-00155-JCH (AZ).

Carrie R. Capouellez
LOPEZ MCHUGH LLP
214 Flynn Avenue
Moorestown, NJ 08057
856-273-8500
Email: ccapouellez@lopezmchugh.com

Counsel for Plaintiffs in *Bradley v. Monsanto Company,* No.: 2:21-cv-01834-CDJ (E.D. PA.)

1

2

Dated: May 4, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*