# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 5, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on May 5, 2021 to counsel for Plaintiffs as follows:

Christopher P. Welsh  
WELSH AND WELSH PC LLO  
9290 W. Dodge Rd.  
Suite 204  
Omaha, NE 68114  
(402) 384-8160  
Fax: (402) 384-8211  
Email: cwelsh@welsh-law.com

Counsel for Plaintiffs in *Dobberpuhl v. Monsanto Company*, No. 4:21-cv-00471-NAB (E.D. MO).

Dated: May 5, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs  
Jennise W. Stubbs  
(jstubbs@shb.com)  
SHOOK, HARDY & BACON L.L.P.  
600 Travis Street, Suite 3400  
Houston, TX 77002-2926  
Phone: (713) 227-8008  
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*

1