**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Henry Medugno and Marlene Medugno | Monsanto Company | USDC District of Massachusetts | 1:21-cv-10284-LTS | Assigned to: District Judge Leo T. Sorokin |