# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 6, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on May 6, 2021 to counsel for Plaintiffs as follows:

David C. Strouss  
Thornton Law Firm LLP  
One Lincoln Street, 25th Flr.  
100 Summer Street  
Boston, MA 02111  
(617) 720-1333  
Fax: (617) 720-2445  
Email: dstrouss@tenlaw.com

Counsel for Plaintiffs in *Medugno v. Monsanto Company*, No. 1:21-cv-10284-LTS (MA).

Dated: May 6, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs  
Jennise W. Stubbs  
(jstubbs@shb.com)  
SHOOK, HARDY & BACON L.L.P.  
600 Travis Street, Suite 3400  
Houston, TX 77002-2926  
Phone: (713) 227-8008  
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*

1