**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1 | Barbara Johnson | Monsanto Company | USDC Eastern District of Missouri | 4:21-cv-00316-NAB | Assigned to: Magistrate Judge Nannette A. Baker |
| 2 | Dennis Morgenweck | Monsanto Company | USDC Eastern District of Missouri | 4:21-cv-00317-RLW | Assigned to: District Judge Ronnie L. White |
| 3 | Roger Dean O'Dell | Monsanto Company | USDC Southern District of West Virginia | 5:21-cv-00266 | Assigned to: Judge Frank W. Volk |