**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 7, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on May 7, 2021 to counsel for Plaintiffs as follows:

Lee Paul Mankin, IV
LAW OFFICE OF L PAUL MANKIN IV
4655 Cass St.
Suite 410
San Diego, CA 92109-2810
(415) 505-5996
Fax: (323) 207-3885
Email: pmankin@paulmankin.com

Counsel for Plaintiff in *Johnson v. Monsanto Company*, No. 4:21-cv-00316-NAB (E.D. MO) and for Plaintiff in *Morgenweck v. Monsanto Company*, No. 4:21-cv-00317-RLW (E.D. MO).

Charles Edward Amos, II
THE SEGAL LAW FIRM
810 Kanawha Boulevard, East
Charleston, WV 25301
(304) 344-9100
Fax: (304) 344-9105
Email: edward.amos@segal-law.com

John David Hurst
MOTLEY RICE
Suite 1
50 Clay Street
Morgantown, WV 26501
(304) 413-0457
Fax: (843) 216-9440
Email: jhurst@motleyrice.com

1

Counsel for Plaintiff in *O'Dell v. Monsanto Company,* No. 5:21-cv-00266 (S.D. WV).

Dated: May 7, 2021                                         Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*