

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Michael L. McConnell**  
**Clerk of Court**

Telephone: 225-389-3500  
Facsimile: 225-389-3501

May 7, 2021

John W. Nichols  
Clerk of the Panel  
One Columbus Circle, NE  
Thurgood Marshall Federal Judiciary Building  
Room G-255, North Lobb  
Washington, D.C. 20002-8004

Re:     3:21-cv-00260-BAJ-EWD  
          Aguillard v. Monsanto Company

Dear Sir:

     Enclosed please find a docket sheet, civil cover sheet and a copy of Complaint filed in the above captioned case. This is a potential multi-district litigation case.

                                           Sincerely,  
                                           Michael L. McConnell  
                                           Clerk of Court

                                           By: *Nicole' L. Toups*  
                                           Deputy Clerk

Enclosure  
Docket Sheet  
Complaint and Civil Cover Sheet