BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:

ROUNDUP PRODUCTS LIABILITY LITIGATION

This document relates to:

Renae L. Kirsch, Executrix of the Estate of John C. Kirsch, deceased, et al. v. Monsanto Co., Case No. 3:18-cv-00064-VC

CASE NO. PAE/5:17-cv-05396

MDL NO. 2741

## NOTICE TO WITHDRAWAL

An Amended Complaint was filed today in error to Case Number: PAE/5:17-cv-05396, at Docket No. 4. Kindly remove the document from the docket. I offer my sincere apologies.

Respectfully submitted,

Dated: May 11, 2021

By: _____
Daniel E. P. Bausher / Atty ID #29980
STEVENS & LEE
111 North Sixth Street
Reading, PA 19603
Phone: (610) 478-2207
Fax: (610) 988-0802
Email: deb@stevenslee.com

Jeffrey D. Bukowski / Atty ID #76102
Smith / Bukowski
14133 Kutztown Road
Fleetwood, PA 19522-1300
Phone: (610) 685-1600
Fax: (610) 685-1300
Email: jbukowski@smithbukowski.com

*Attorneys for Plaintiff,*
*Renae L. Kirsch,*
*Executrix of the Estate of John C. Kirsch, and*
*Renae L. Kirsch, individually, in her own right*

SL1 1693116v1 111294.00001

## CERTIFICATE OF SERVICE

I, DANIEL E. P. BAUSHER, ESQUIRE, certify that on this date the foregoing Notice to Withdraw Document was filed electronically and served electronically through the CM/ECF system and by email.

> Hollingsworth LLP
> Joe G. Hollingsworth, Esq.
> Eric G. Lasker, Esq.
> 1350 I Street, NW
> Washington, DC 20005
> email: jhollingsworth@hollingsworthllp.com
> email: elasker@hollingsworthllp.com

Date: May 11, 2021                    _____

SL1 1693116v1 111294.00001