BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION  MDL No. 2741

## SCHEDULE OF ACTIONS

|  | Plaintiffs | Counsel for Plaintiff | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|---|
| 1. | John Gibb | **Derriel C. McCorvey**<br>McCorvey Law, L.L.C.<br>P.O. Box 2473<br>102 Versailles Blvd.<br>Suite 620<br>Lafayette, LA 70502<br>337-291-2431<br>Fax: 337-291-2433<br>Email:<br>derriel@mccorveylaw.com<br>*LEAD ATTORNEY* | Monsanto Company | Northern District of Georgia (Gainesville) | 2:21-cv-00034-SCJ | Hon. Steve C. Jones |