BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | § § § | MDL NO. 2741 |

## PROOF OF SERVICE

I hereby certify that on May 13, 2021, I electronically filed the foregoing Notice of Potential Tag-Along Actions with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which sent notifications to all Counsel of record. Also on May 13, 2021, I served copies of the documents via First Class Mail on the following:

Monsanto Company
800 North Lindbergh Boulevard
St. Louis, MO 63167
Tel: 314-694-1000
*Defendant's Corporate Headquarters*

Also on May 13, 2021, I served copies of the documents via email on the following:

**Derriel C. McCorvey**
McCorvey Law, L.L.C.
P.O. Box 2473
102 Versailles Blvd.
Suite 620
Lafayette, LA 70502
337-291-2431
Fax: 337-291-2433
Email: derriel@mccorveylaw.com
*Counsel for Plaintiff John Gibb*

Dated: May 13, 2021                                  /s/ Aimee H. Wagstaff
                                                     Aimee H. Wagstaff