# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 5/13/2021

**District Court:** E.D. Arkansas

**Number of Actions:** 1

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL