BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE:** Roundup Products
Liability Litigation

MDL No. 2741

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation Plaintiff Joseph Smothers, writes to notify you of the potential tag along actions listed on the attached Schedule of Actions.

Docket sheets and complaints are attached as exhibits.

Dated May 18, 2021

Respectfully submitted,

By: /s/ *Rebecca Fredona*
Rebecca Fredona
MOLL LAW GROUP
22 W Washington Street
15th Floor
Chicago, IL 60602
Tel: 312.462.1700
Fax: 312.756.0045
Email: rfredona@molllawgroup.com
info@molllawgroup.com

*Attorneys for Plaintiff*
*Joseph Smothers*

1