# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE:** Roundup Products　　　　　　　　　　　　　　　　　　　MDL No. 2741
Liability Litigation

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS
## SCHEDULE OF ACTIONS

|    | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|----|------------|------------|----------|------------------|-------|
| 1. | Joseph Smothers | Monsanto Company | District of Colorado | 1:21-cv-1105 | Magistrate Kato Crews |

Respectfully submitted,
By: */s/ Rebecca Fredona*
Rebecca Fredona
MOLL LAW GROUP
22 W Washington Street
15th Floor
Chicago, IL 60602
Tel: 312.462.1700
Fax: 312.756.0045
Email: rfredona@molllawgroup.com
info@molllawgroup.com
*Attorneys for Plaintiff*
*Joseph Smothers*