## CERTIFICATE OF SERVICE

This is to certify that the foregoing Notice of Potential Tag-Along Action was served on

the following parties via electronic mail in accordance with the Federal Rules of Civil Procedure

on May 18, 2021:

Martin Calhoun
Joe G. Hollinsworth
Eric G. Lasker
Hollingsworth, LLP
1350 I Street NW
Washington D.C. 20005
T: 202.898.5867
mcalhoun@hollingsworthllp.com
jhollingsworth@hollingsworthllp.com
elasker@hollingsworthllp.com
Attorneys for Defendant Monsanto Company

Respectfully submitted,

By: /s/ *Rebecca Fredona*
Rebecca Fredona
MOLL LAW GROUP
22 W Washington Street
15th Floor
Chicago, IL 60602
Tel: 312.462.1700
Fax: 312.756.0045
Email: rfredona@molllawgroup.com
        info@molllawgroup.com

*Attorneys for Plaintiff*
*Joseph Smothers*