BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Estate of Theodore Matuski by and through his personal representative Nina Matuski; and Nina Matusik, surviving spouse of Theodore Matuski on behalf of all legal heirs of Theodore Matuski | Monsanto Company | USDC Eastern District of Missouri | 4:21-cv-00190-RLW | Assigned to: District Judge Ronnie L. White |
| 2. | Ellen Fisher | Monsanto Company | USDC Eastern District of Missouri | 4:21-cv-00252 | Assigned to: Magistrate Judge Noelle C. Collins |
| 3. | Michael Walter | Monsanto Company | USDC Eastern District of Missouri | 4:21-cv-00301-CDP | Assigned to: District Judge Catherine D. Perry |
| 4. | Deborah Graham, on behalf of the Estate of Augustine Nwandu and on behalf of all wrongful death beneficiaries of Augustine Nwandu, and as parent and legal guardian for and on behalf of M.N., a minor and surviving child of Augustine | Monsanto Company | USDC Eastern District of Missouri | 4:20-cv-00247-SEP | Assigned to: District Judge Sarah E. Pitlyk |

|    | Nwandu, and Augustine Nwandu |    |    |    |    |
|----|------------------------------|----|----|----|----|
| 5. | Courtney Zollinger | Monsanto Company, Bayer AG, and Bayer Corporation | USDC District of Utah | 1:21-cv-00072-HCN-DBP | Assigned to: Judge Howard C. Nielson, Jr. Referred to: Magistrate Judge Dustin B. Pead |