**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 19, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on May 19, 2021 to counsel for as follows:

Enrique Elliot Adler
ADLER LAW GROUP APLC
402 W. Broadway
Suite 860
San Diego, CA 92101
(619) 531-8700
Fax: (619) 342-9600
eadler@theadlerfirm.com

Counsel for Plaintiffs in *Matuski v. Monsanto Company*, No. 4:21-cv-00190-RLW (E.D. MO), Plaintiff in *Fisher v. Monsanto Company,* No. 4:21-cv-00252-NCC (E.D. MO), and Plaintiff in *Walter v. Monsanto Company,* No. 4:21-cv-00301-CDP (E.D. MO).

Martin Daniel Crump
DAVIS AND CRUMP PC
2601 14th St.
Gulfport, MS 39501
(228) 863-6000
Fax: (228) 864-0907
Email: martin.crump@daviscrump.com

Counsel for Plaintiff in *Graham v. Monsanto Company,* No.: 4:20-cv-00247-SEP (E.D. MO).

1

Nathan A. Duncan
PECK HADFIELD BAXTER & MOORE LLC
399 N. Main St., Ste. 300
Logan, UT 84321
(435) 787-9700
Email: nduncan@peckhadfield.com

Counsel for Plaintiff in *Zollinger v. Monsanto Company, et al.* No.: 1:21-cv-00072-HCN-DBP (N.D. UT).

Bayer AG
Attn: General Counsel
Law, Patents & Compliance
Building Q 26, 1.008
51368 Leverkusen, Germany
Phone Number: Number 011492143046668

Copies of the foregoing were caused to be served via UPS International on defendant Bayer AG in *Zollinger v. Monsanto Company, et al.* No.: 1:21-cv-00072-HCN-DBP (N.D. UT).

Bayer Corporation
100 Bayer Boulevard
Whippany, NJ 07981
(862) 404-3000

Copies of the foregoing were also caused to be served via UPS on Defendant Bayer Corporation in *Zollinger v. Monsanto Company, et al.* No.: 1:21-cv-00072-HCN-DBP (N.D. UT).

Dated: May 19, 2021                    Respectfully submitted,

                                       /s/ Jennise W. Stubbs
                                       Jennise W. Stubbs
                                       (jstubbs@shb.com)
                                       SHOOK, HARDY & BACON L.L.P.
                                       600 Travis Street, Suite 3400
                                       Houston, TX 77002-2926
                                       Phone: (713) 227-8008
                                       Fax:    (713) 227-9508

                                       *Attorneys for Defendant Monsanto Company*