**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Sally Mann-Cox | Monsanto Company | USDC Middle District of Florida | 8:21-cv-01094-CEH-JSS | Assigned to: Judge Charlene Edwards Honeywell Referred to: Magistrate Judge Julie S. Sneed |

1