**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 20, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on May 20, 2021 to counsel for Plaintiff as follows:

Eric D. Roslansky
Austin Johnson Grinder
THE RUTH LAW TEAM
8600 4th Street N.
P.O. Box 16847
St. Petersburg, FL 33733-6847
(727) 327-3222
Email: eroslansky@getjustice.com
Email: agrinder@getjustice.com

Julie E. Lamkin
Robert T. Naumes
THE LAW OFFICES OF JEFFREY S. GLASSMAN, LLC
One International Place, Suite 1810
Boston, MA 02110
(617) 367-2900
Email: jlamkin@jeffreysglassman.com
Email: rnaumes@jeffreyglassman.com

Counsel for Plaintiff in *Mann-Cox v. Monsanto Company*, No. 8:21-cv-01094-CEH-JSS (M.D. FL).


2

Dated: May 20, 2021                                         Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:     (713) 227-9508

*Attorneys for Defendant Monsanto Company*