**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                    MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Tamika Laboy, Individually and as Personal Representative of the Estate of Nazire Laboy | Monsanto Company | USDC District of New Jersey | 1:21-cv-10769-JHR-MJS | Assigned to: Judge Joseph H. Rodriguez  Referred to: Magistrate Judge Matthew J. Skahill |