**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 24, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on May 24, 2021 to counsel for Plaintiff as follows:

Mark S. Harrison
HARRISON & CHRISTOS
1306 River Avenue
Suite 11
Lakewood, NJ 08701
(732) 367-7808
Fax: (732) 367-2633
Email: marksharrisonesq@aol.com

Counsel for Plaintiff in *Laboy v. Monsanto Company*, No. 1:21-cv-10769-JHR-MJS (NJ).

Dated: May 24, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*

1