**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 25, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on May 25, 2021 to counsel for Plaintiff as follows:

Adam David Breit
Cam F. Justice
JUSTICE LAW
8551 W. Sunrise Blvd.
Suite 300
Plantation, FL 33322
(954) 515-5656
Fax: (954) 515-5657
Email: abreit@justiceinjurylawyer.com
Email: cjustice@justiceinjurylawyer.com

Counsel for Plaintiff in *Adams v. Monsanto Company*, No. 0:21-cv-61074-AHS (D.S. FL).

Dated: May 25, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*