**UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**



# Notice of Tag-Along from District Court

**Dates Received: 5/26/21 & 5/27/21**

**District Court:  E.D. Louisiana**

**Number of Actions:  3**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL