**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Allison V. Miller | Monsanto Company, Bayer AG and Bayer corporation | USDC Middle District of Florida | 6:21-cv-00783-CEM-LRH | Assigned to: Judge Carlos E. Mendoza Referred to: Magistrate Judge Leslie R. Hoffman |