## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 28, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on May 28, 2021 to counsel for Plaintiff as follows:

Eric Christopher Hayden
Richard D. Schuler
SCHULER, HALVORSON, WEISSER, ZOELLER & OVERBACK, P.A.
1615 Forum Place
Suite 4-D
West Palm Beach, FL 33401
(561) 689-8180
Fax: (833) 969-0199
Email: ehayden@shw-law.com
Email: rschuler@shw-law.com

Counsel for Plaintiff in *Miller v. Monsanto Company, et al.*, No. 6:21-cv-00783-CEM-LRH (M.D. FL).

Bayer AG
Attn: General Counsel
Law, Patents & Compliance
Building Q 26, 1.008
51368 Leverkusen, Germany
Phone Number: Number 011492143046668

Copies of the foregoing were also caused to be served via UPS International on defendant Bayer AG in *Miller v. Monsanto Company, et al.;* No. 6:21-cv-00783-CEM-LRH  (M.D. FL).

Bayer Corporation
100 Bayer Blvd.
Whippany, NJ 07981
(862) 404-3000

Copies of the foregoing were also caused to be served via UPS on defendant Bayer AG in *Miller v. Monsanto Company, et al.;* No. 6:21-cv-00783-CEM-LRH  (M.D. FL).


Dated: May 28, 2021                                  Respectfully  submitted,


                                                     /s/ Jennise  W. Stubbs
                                                     Jennise  W. Stubbs
                                                     (jstubbs@shb.com)
                                                     SHOOK, HARDY & BACON L.L.P.
                                                     600 Travis Street, Suite 3400
                                                     Houston, TX  77002-2926
                                                     Phone: (713) 227-8008
                                                     Fax:    (713) 227-9508

                                                     *Attorneys for Defendant Monsanto Company*