**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Marta J. Hebert | Monsanto Company | USDC Eastern District of Missouri | 4:21-cv-00577-DDN | Assigned to: Magistrate Judge David D. Noce |
| 2. | Duane W. Hutchinson and Bernita L. Hutchinson | Monsanto Company | USDC Eastern District of Missouri | 4:21-cv-00578-JMB | Assigned to: Magistrate Judge John M. Bodenhausen |
| 3. | Karis Yenzer, Individually and as the Special Administrator for the Estate of Douglas W. Yenzer | Monsanto Company | USDC Eastern District of Missouri | 4:21-cv-00579-NAB | Assigned to: Magistrate Judge Nannette A. Baker |