**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 2, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 2, 2021 to counsel for Plaintiffs as follows:

Christopher P. Welsh
WELSH AND WELSH PC LLO
9290 W. Dodge Rd.
Suite 204
Omaha, NE 68114
(402) 384-8160
Fax: (402) 384-8211
Email: cwelsh@welsh-law.com

Counsel for Plaintiff in *Hebert v. Monsanto Company;* No. 4:21-cv-00577-DDN (E.D. MO), Counsel for Plaintiff in *Hutchinson et al. v. Monsanto Company;* No. 4:21-cv-00578-JMB and Counsel for Plaintiffs in *Yenzer et al. v. Monsanto Company;* No. 4:21-cv-00579-NAB (E.D. MO).

Dated: June 2, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*