**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Gilbert P. Pellerin, Sr. and Deborah S. Pellerin | Monsanto Co. | USDC Western District of Louisiana | 6:21-cv-01252-RRS-CBW | Assigned to: Judge Robert R. Summerhays Referred to: Magistrate Judge Carol B. Whitehurst |