**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 4, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 4, 2021 to counsel for Plaintiffs as follows:

Kenneth W. DeJean
Adam Russell Credeur
Natalie Marie DeJean
LAW OFFICES OF KENNETH W. DEJEAN
P.O. Box 4325
Lafayette, LA 70502
(337) 235-5294
Fax: (337) 235-1095
Email: kwdejean@kwdejean.com
Email: adam@kwdejean.com
Email: Natalie@kwdejean.com

Counsel for Plaintiffs in *Pellerin et al. v. Monsanto Co.*, No. 6:21-cv-01252-RRS-CBW (W.D. LA).

Dated: June 4, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*