**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Denise Blau | Monsanto Company, Inc. | USDC Northern District of Illinois | 1:21-cv-03035 | Assigned to: Honorable Andrea R. Wood |
| 2. | David Herman | Monsanto Company | USDC Eastern District of Missouri | 4:21-cv-00619-RLW | Assigned to District Judge Ronnie L. White |
| 3. | A.H., a minor by and through the parents & guardians, Patrick Higgins and Jennifer Higgins | Monsanto Company | USDC for the District of New Jersey | 2:21-cv-11889-MCA-AME | Assigned to: Judge Madeline Cox Arleo Referred to: Magistrate Judge Andre M. Espinosa |
| 4. | Michael Laursen | Monsanto Company | USDC Eastern District of Missouri | 4:21-CV-00612-DDN | Assigned to Magistrate Judge David D. Noce |
| 5. | Jennifer Strachan | Monsanto Company | USDC Eastern District of Missouri | 4:21-cv-00613-HEA | Assigned to District Judge Henry Edward Autrey |