**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 9, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 9, 2021 to counsel for Plaintiffs as follows:

Bryce Thomas Hensley
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street
Suite 900
Chicago, IL 60654
(312) 458-1000
Email: bhensley@rblaw.net

Counsel for Plaintiff in *Blau v. Monsanto Company, Inc*., No. 1:21-cv-03035 (N.D. IL).

Christopher P. Welsh
WELSH AND WELSH PC LLO
9290 W. Dodge Rd.
Suite 204
Omaha, NE 68114
(402) 384-8160
Fax: (402) 384-8211
Email: cwelsh@welsh-law.com

Counsel for Plaintiff in *Herman v. Monsanto Company,* No.4:21-cv-00619-RLW (E.D. MO),
Counsel for Plaintiff in *Laursen v. Monsanto Company,* No. 4:21-cv-00612-DDN (E.D. MO) and
Counsel for Plaintiff in *Strachan v. Monsanto Company,* No. 4:21-cv-00613-HEA (E.D. MO).

Christian P. Labletta
LABLETTA & WALTERS LLC
200 Barr Harbor Drive
Suite 400
Conshohocken, PA 19428
(610) 828-3339
Email: clabletta@ablettawalters.com

Counsel for Plaintiffs in *Higgins v. Monsanto Company,* No. 2:21-cv-11889-MCA-AME (NJ).

Dated: June 9, 2021                    Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*