**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Virginia Brown | Monsanto Company and John Does 1-50 | USDC District of New Mexico | 1:21-cv-00534-JFR-GJF | Assigned to: Magistrate Judge John F. Robbenhaar Referred to: Magistrate Judge Gregory J. Fouratt |
| 2. | Lee A. Hueschen | Monsanto Company | USDC District of Nebraska | 8:21-cv-00221-JFB-CRZ | Assigned to: Senior Judge Joseph F. Bataillon Referred to: Magistrate Judge Cheryl R. Zwart |