**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 11, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 11, 2021 to counsel for Plaintiffs as follows:

Margaret M. Branch
BRANCH LAW FIRM
2025 Rio Grande Blvd NW
Albuquerque, NM 87104
505-243-3500
Fax: 505-243-3534
Email: mbranch@branchlawfirm.com

Counsel for Plaintiff in *Brown v. Monsanto Company et al.*, No. 1:21-cv-00534- JFR-GJF (NM).

David A. Domina
DOMINA LAW GROUP
2425 South 144th Street
Omaha, NE 68144-3267
(402) 493-4100
Fax: (402) 493-9782
Email: ddomina@dominalaw.com

Counsel for Plaintiff in *Hueschen v. Monsanto Company* No. 8:21-cv-00221-JFB-CRZ (NE).

1

Dated: June 11, 2021                                Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*