**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Laura Plazak Independent Administrator of the Estate of Susan Spirato, Deceased | Monsanto Company | USDC Northern District of Illinois | 1:21-cv-02493 | Assigned to: Honorable Martha M. Pacold Referred to: Honorable Jeffrey Cummings |
| 2. | Robert Kieta | Monsanto Company | USDC Northern District of Illinois | 1:21-cv-02498 | Assigned to: Honorable Charles R. Norgle, Sr |