# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 17, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 17, 2021 to counsel for Plaintiffs as follows:

Kenneth Thomas Lumb  
Britney Pennycook  
Michael Devin Ditore  
CORBOY & DEMETRIO  
33 North Dearborn Street  
Suite 2100  
Chicago, IL 60602  
(312) 346-3191  
Email: ktl@corboydemetrio.com  
Email: brp@corboydemetrio.com  
Email: mdd@corboydemetrio.com  

Counsel for Plaintiff in *Plazak v. Monsanto Company;* 1:21-cv-02493 (N.D. IL).

Britney Pennycook  
Kenneth Thomas Lumb  
CORBOY & DEMETRIO  
33 North Dearborn Street  
21st Floor  
Chicago, IL 60602  
(312) 346-3191  
Email: brp@corboydemetrio.com  
Email: ktl@corboydemetrio.com  

Counsel for Plaintiff in *Kieta v. Monsanto Company* No. 1:21-cv-02498 (N.D. IL).

1

Dated: June 17, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*