**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Catherine Lincourt | Monsanto Company | USDC Northern District of New York | 5:21-cv-00367-GLS-TWD | Assigned to: Senior Judge Gary L. Sharpe Referred to: Magistrate Judge Therese Wiley Dancks |