**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 21, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 21, 2021 to counsel for Plaintiff as follows:

Kelsey W. Shannon
LYNN LAW FIRM, LLP M&T Bank Building
101 South Salina Street, Suite 750
Syracuse, NY 13202
315-474-1267
Fax: 315-474-4514
Email: kshannon@lynnlaw.com

Counsel for Plaintiff in *Lincourt v. Monsanto Company*, No. 5:21-cv-00367-GLS-TWD (N.D. NY).

Dated: June 21, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*

1