**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Brett Beckfield | Monsanto Company | USDC Northern District of Iowa | 3:21-cv-03006-LRR-KEM | Assigned to: Judge Linda R Reade Referred to: Chief Magistrate Judge Kelly K.E. Mahoney |
| 2. | Cecil Gene Smith | Monsanto Company | USDC Western District of Arkansas | 1:21-cv-01029-SCH | Assigned to: Honorable Susan O. Hickey |