## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 22, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 22, 2021 to counsel for Plaintiffs as follows:

James H Cook
DUTTON BRAUN STAACK HELLMAN
3151 Brockway Road
PO Box 810
Waterloo, IA 50704
319 234 4471
Email: jcook@duttonfirm.com

Counsel for Plaintiff in *Beckfield v. Monsanto Company*, No. 3:21-cv-03006-LRR-KEM. (N.D. IA).

James Harrison Kemp
MANN & KEMP, PLLC
221 West Second Street
Suite 408
AR
Little Rock, AR 72201
501-519-0186
Fax: 501-222-7478
Email: harrison@mannkemp.com

Counsel for Plaintiff in *Smith v. Monsanto Company*, No. 1:21-cv-01029-SOH (W.D. AK).

1

Dated: June 22, 2021                                  Respectfully submitted,

/s/ Jennise W. Stubbs
---
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*