**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 24, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 24, 2021 to counsel for Plaintiff as follows:

John Keith Blincow, Jr
BLINCOW GRIFFIN
126 Meeting Street
Charleston, SC 29401
843-872-6779
Email: jblincow@blincowgriffin.com

Counsel for Plaintiff in *Reiser v. Bayer Corporation*, No. 9:21-cv-01907-MDL (SC).

Dated: June 24, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Bayer Corporation*

1