# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received: 6/22/21, 6/24/21**

**District Court: E.D. Louisiana & W.D. New York**

**Number of Actions: 2**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL