**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 25, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 25, 2021 to counsel for Plaintiffs as follows:

George Demetrios Jonson
Matthew E Stubbs
MONTGOMERY JONSON LLP
600 Vine Street
Suite 2650
Cincinnati, OH 45202
513-768-5220
Fax: 513-768-9220
Email: gjonson@mojolaw.com
Email: mstubbs@mojolaw.com

Counsel for Plaintiff in *Sizemore v. Monsanto Company:* No. 1:21-cv-00090-WAL-MWM (S.D. OH).

Dated: June 25, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*