**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                   MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| **1.** | Ronald W Sizemore and Jane Sizemore | Monsanto Company | USDC Southern District of Ohio | 3:21-cv-00049-MJN-SLO | Assigned to: Judge Michael J. Newman Referred to: Magistrate Judge Sharon L. Ovington |

1