# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 28, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 28, 2021 to counsel for Plaintiffs as follows:

George Demetrios Jonson
Matthew E Stubbs
MONTGOMERY JONSON LLP
600 Vine Street
Suite 2650
Cincinnati, OH 45202
513-768-5220
Fax: 513-768-9220
Email: gjonson@mojolaw.com
Email: mstubbs@mojolaw.com

Counsel for Plaintiff in *Sizemore v. Monsanto Company:* No. 3:21-cv-00049-MJN-SLO (S.D. OH).

Dated: June 28, 2021

Respectfully  submitted,

/s/ Jennise W. Stubbs

Jennise  W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713)  227-8008
Fax:     (713)  227-9508

*Attorneys for Defendant Monsanto Company*

2