**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                    MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|-----------|-----------|----------|------------------|-------|
| **1.** | Robin Hayes and Patrick Hayes | Monsanto Company | USDC, Central District of Illinois | 3:21-cv-03130-SEM-TSH | Assigned to: Judge Sue E. Myerscough Referred to: Magistrate Judge Tom Schanzle-Haskins |
| **2.** | Richard Dufrene | Monsanto Company | USDC, Eastern District of Louisiana | 2:21-cv-01257-ILRL-DMD | Assigned to: Judge Ivan L.R. Lemelle Referred to: Magistrate Judge Dana Douglas |