**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 29, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 29, 2021 to counsel for Plaintiffs as follows:

**Carolyn Suzanne Daley**
POWER ROGERS LLP
55th FLoor
70 W Madison Street
Chicago, IL 60602
312-236-9382
Fax: 312-236-0920
Email: cdaley@powerrogers.com

Counsel for Plaintiff in *Hayes v. Monsanto Company*, No. 3:21-cv- 03130-SEM-TSH (C.D. IL).

**John C. Enochs**
Morris Bart, LLC (New Orleans)
Pan American Life Center
601 Poydras St.
24th Floor
New Orleans, LA 70130
(504) 599-1087
Email: jenochs@morrisbart.com

Counsel for Plaintiff in *Dufrene v. Monsanto Company,* No. 2:21-cv-01257-ILRL-DMD (E.D. LA).

Dated: June 29, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*