UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received:** 6/25/21 & 6/28/21

**District Courts:** W.D. New York & D. Minnesota

**Number of Actions:** 4

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL