# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant Monsanto Company hereby notifies the Clerk of the Panel of the potential tag-along actions listed on the attached Schedule of Actions.

The docket sheets and complaints for the potential tag-along actions are attached.

Dated: June 30, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs  
Jennise W. Stubbs  
(jstubbs@shb.com)  
SHOOK, HARDY & BACON L.L.P.  
600 Travis Street, Suite 3400  
Houston, TX  77002-2926  
Phone: (713) 227-8008  
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*

1