**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Tammy Kenney | Monsanto Company | USDC Middle District of Louisiana | 3:21-cv-00375-BAJ-SDJ | Assigned to: Judge Brian A. Jackson Referred to: Magistrate Judge Scott D. Johnson |