**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 30, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 30, 2021 to counsel for Plaintiff as follows:

John C. Enochs
MORRIS BART, LLC
601 Poydras Street
24th Floor
New Orleans, LA 70130
504-599-1087
Email: jenochs@morrisbart.com

Counsel for Plaintiff in *Kenney v. Monsanto Co.*, No. 3:21-cv-00375-BAJ-SDJ (M.D. LA)

Dated: June 30, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*