# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION                                      MDL No. 2741

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

| Ex. | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1 | Stephen Beko | Monsanto Company | Central District of California | 8:21-cv-00678-DMG-E | Dolly M. Gee |
| 2 | Gwen DeSantis | Monsanto Company | Central District of California | 2:21-cv-03297-DMG-E | Dolly M. Gee |
| 3 | Mariola Niescierowicz | Monsanto Company | Central District of California | 2:21-cv-03299-DMG-E | Dolly M. Gee |
| 4 | Edward Otte | Monsanto Company | Central District of California | 2:21-cv-03301-DMG-E | Dolly M. Gee |
| 5 | Fernando Camarena | Monsanto Company | Central District of California | 2:21-cv-03296-DMG-E | Dolly M. Gee |
| 6 | Jennifer Orellana | Monsanto Company | Eastern District of California | 1:21-cv-00615-DAD-JLT | Dale A. Drozd |
| 7 | Richard Mau | Monsanto Company | Eastern District of California | 2:21-cv-00687-KJM-CKD | Kimberly J. Mueller |
| 8 | Ralph Wright | Monsanto Company | Eastern District of California | 1:21-cv-00642-AWI-JLT | Anthony W. Ishii |