# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**IN RE: ROUNDUP PRODUCTS**

**LIABILITY LITIGATION**                                              **MDL No. 2741**

## NOTICE OF POTENTIAL TAG-ALONG
## ACTION

I, Beau Goodrick, Esq., hereby certify that, on June 30, 2021, I electronically filed a true and correct copy of the foregoing Notice of Potential Tag-Along Actions and exhibits with the United States Judicial Panel on Multidistrict Litigation using the CM/ECF system, which sent notifications to all Counsel of Record. Also on June 30, 2021, I caused to be served copies of the documents via First Class Mail on the following:

Monsanto Company
800 North Lindbergh Boulevard
St. Louis, Missouri 63167
T: 314-694-1000
*Defendant's Corporate Headquarters*

DATED: June 30, 2021         **OWEN, PATTERSON & OWEN, LLP**

*/s/Beau Goodrick, Esq.*
Beau Goodrick, Esq. (CSB #311097)
bgoodrick@opolaw.com
23822 W. Valencia Boulevard, Suite 303
Valencia, California 91355
(661) 799-3899
(661) 799-2774/FAX
E-service address: litigation@opolaw.com
*Attorney for Plaintiffs*