BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　　MDL 2741
PRODUCTS LIABILITY LITIGATION

## CERTIFICATE OF SERVICE

I, Thor P. Glenn, state that I have, on this 1st day of July, 2021, mailed and e-mailed a true and correct copy of Plaintiffs Notice of Withdrawal of Potential Tag-Along Action. The foregoing document was sent, via USPS First Class Mail and E-Mail, to the following registered agents:

Jennise W. Stubbs
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
Email: jstubbs@shb.com
Attorneys for Defendant MONSANTO COMPANY

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

July 1, 2021　　　　　　　　　　　　　　　/s/Alyson Oliver
　　　　　　　　　　　　　　　　　　　　OLIVER LAW GROUP PC
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Carl Agosta
　　　　　　　　　　　　　　　　　　　　1647 W. Big Beaver Road
　　　　　　　　　　　　　　　　　　　　Troy, MI 48084
　　　　　　　　　　　　　　　　　　　　(248) 327-6556
　　　　　　　　　　　　　　　　　　　　notifications@oliverlawgroup.com