**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| **1.** | Maragret Ann Murphree, Personal Representative of the Estate of Norman Clark Murphree, deceased | Sheffield Light & Power Co, Sheffield Utilities, Monsanto Company, Red River Specialties Inc, and Red River Specialties LLC | USDC; Northern District of Alabama | 3:21-cv-00901-LCB | Assigned to: Judge Liles C Burke |