**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on July 2, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 2, 2021 to counsel for Plaintiff as follows:

Bennett L Pugh
LAW OFFICE OF BENNETT L. PUGH
300 North Montgomery Avenue
Sheffield, AL 35660
205-901-1116
Email: pughbennett@gmail.com

Trey Joseph Malbrough
MALBROUGH FIRM, LLC
P.O. Box 531383
Birmingham, AL 35253
205-747-8351
Fax: 205-820-0123
Email: trey@tmbfirm.com

Counsel for Plaintiff in *Murphree v. Sheffield Light & Power Co, et al.*, No. 3:21-cv-00901-LCB (N.D. Ala.).

Steve A. Baccus, Esq.
ALMON, MCALISTER, BACCUS & WORSHAM LLC
106 West 3rd Street
Tuscumbia, AL 35674
Phone: (256) 383-4448
Email: sbaccus_2000@yahoo.com
Email: stevebaccus@gmail.com

Counsel for purported defendants "Sheffield Utilities" and "Sheffield Light & Power Co." in

1

*Murphree v. Sheffield Light & Power Co, et al.*, No. 3:21-cv-00901-LCB (N.D. Ala.).[1]

Defendant Red River Specialties, LLC, formerly known as Red River Specialties, Inc., is represented by undersigned counsel and therefore does not require service.

Dated: July 2, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*

---

[1] "Sheffield Utilities" and "Sheffield Light & Power Co." appear to be defunct and/or non-existent entities that are not capable of being sued in this lawsuit and are not capable of being served (no registered agent for service of process). Those two purported defendants have not entered appearances in *Murphree v. Sheffield Light & Power Co, et al., No. 3:21-cv-00901-LCB* (N.D. Ala.) or in the Alabama state court lawsuit that Monsanto removed to the United States District Court for the Northern District of Alabama. Monsanto is serving Mr. Baccus with these papers because plaintiff's counsel attempted to serve the Summons and Complaint for the Alabama state court lawsuit on an Alabama address for the City of Sheffield, which is represented by Mr. Baccus. By serving these papers on Mr. Baccus, Monsanto does not concede: (a) that plaintiff's counsel properly served "Sheffield Utilities" and "Sheffield Light & Power Co."; or (b) that they are legal entities capable of being sued in this case.

2