**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on July 6, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 6, 2021 to counsel for Plaintiff as follows:

John Q. Lewis
Madeline Dennis
O'BRIEN LAW
405 Madison Avenue
Toledo, OH 43604
419-930-6401
Fax: 419-930-6403
Email: jim@obrien.law

Counsel for Plaintiff in *Perry v. Monsanto Company, et al.*, No. 3:21-cv-00288-JZ (N.D. OH).

Bayer AG
Attn: General Counsel
Law, Patents & Compliance
Building Q 26, 1.008
51368 Leverkusen, Germany
Phone Number: 011492143046668

Copies of the foregoing were also caused to be served via UPS International on defendant Bayer AG in *Perry v. Monsanto Company, et al.*, No. 3:21-cv-00288-JZ (N.D. OH).

1

Dated: July 6, 2021                                   Respectfully submitted,

                                                      /s/ Jennise W. Stubbs
                                                      Jennise W. Stubbs
                                                      (jstubbs@shb.com)
                                                      SHOOK, HARDY & BACON L.L.P.
                                                      600 Travis Street, Suite 3400
                                                      Houston, TX  77002-2926
                                                      Phone: (713) 227-8008
                                                      Fax:    (713) 227-9508

                                                      *Attorneys for Defendant Monsanto Company*