UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 7/2/2021

District Court: E.D. Louisiana & D. Minnesota

Number of Actions:  4

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL