**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Amended Proof of Service regarding the Notice of Potential Tag-Along Action, Docket No. 2369 was electronically filed on July 8, 2021, with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 8, 2021 to counsel for Plaintiff as follows:

James G. O'Brien
O'BRIEN LAW
10TH Floor
405 Madison Avenue
Toledo, OH 43604
419/930-6401
Fax: 419/930-6403
Email: jim@obrien.law

Counsel for Plaintiff in *Perry v. Monsanto Company, et al.*, No. 3:21-cv-00288-JZ (N.D. OH).

Bayer AG
Attn: General Counsel
Law, Patents & Compliance
Building Q 26, 1.008
51368 Leverkusen, Germany
Phone Number: Number 011492143046668

Copies of the foregoing were also caused to be served via UPS International on defendant Bayer AG in *Perry v. Monsanto Company, et al.*, No. 3:21-cv-00288-JZ (N.D. OH).

Dated: July 6, 2021                                          Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*