UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 7/7/2021

District Court: D. Minnesota & E.D. Louisiana

Number of Actions:  2

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL