**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on July 12, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 12, 2021 to counsel for Plaintiffs as follows:

Erica S Phillips
ROSSMAN LAW GROUP
737 N 7th St
Boise, ID 83702
(208) 331-2030
Fax: 1-208-342-2170
Email: ephillips@rossmanlaw.com

Matthew G Gunn
Eric S Rossman
ROSSMAN LAW GROUP, PLLC
350 N. 9th Street
Suite 500
Boise, ID 83702
208-331-2030
Email: mgunn@rossmanlaw.com
Email: erossman@rossmanlaw.com

Counsel for Plaintiffs in *Holt, et al. v. Monsanto Company*, No. 1:21-cv-00258-REP (ID).

1

Dated: July 12, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*