**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION**

IN RE: Roundup Products Liability
Litigation                                                                                    MDL No. 2741

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Brian Webb writes to notify you of the potential tag along action listed on the attached Schedule of Actions.

The docket sheet and complaint for the potential tag-along action is attached.

Dated: July 15, 2021
Respectfully Submitted,

/s/ S. Ann Saucer
S. Ann Saucer
Texas Bar No. 00797885
Louisiana Bar No. 21368
asaucer@fnlawfirm.com
Darren P. McDowell
Texas Bar No. 24025520
dmcdowell@fnlawfirm.com
Matthew R. McCarley
Texas Bar No. 24041426
mccarley@fnlawfirm.com
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

*Counsel for Plaintiff Brian Webb*