**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION**

**IN RE: Roundup Products Liability
Litigation**                                                    **MDL No. 2741**

## NOTICE OF POTENTIAL TAG-ALONG ACTION
## SCHEDULE OF ACTIONS

|   | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|-----------|-----------|----------|------------------|-------|
| 1. | Scott Gilmore, Julio Ezcurra, Sherry Hanna, Kristy Williams, Amanda Boyette, James Weeks, Anthony Jewell, and Paul Taylor | Monsanto Company | D. Delaware | 1:20-cv-01085-MN | Judge Maryellen Noreika |