BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION

IN RE: Roundup Products Liability
Litigation                                                                                   MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on July 15, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 15, 2021 to counsel for all parties in the action as follows:

| | |
|---|---|
| William J. Rhodunda, Jr.<br>Chandra Joan Williams<br>Rhodunda Williams & Kondraschow<br>1521 Concord Pike, Suite 205<br>Wilmington, DE 19803<br>Tel.: (302) 576-2000<br>Fax: (302) 576-2004<br>bill@rawlaw.com<br>chandra@rawlaw.com | Gillian L. Wade<br>Marc A. Castaneda<br>Sara D. Avila<br>Milstein Jackson Fairchild & Wade, LLP<br>10250 Constellation Boulevard<br>14th Floor<br>Los Angeles, California 90067<br>Tel.: (310) 396-9600<br>Fax: (310) 396-9635<br>gwade@mjfwlaw.com<br>mcastaneda@mjfwlaw.com<br>savila@mjfwlaw.com |

Counsel for Plaintiffs Scott Gilmore, Julio Ezcurra, Sherry Hanna, Kristy Williams, Amanda Boyette, James Weeks, Anthony Jewell, and Paul Taylor in *Gilmore v. Monsanto Company,* 1:20-cv-01085-MN

| | |
|---|---|
| Kelly E. Farnan<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>Suite 600<br>920 N. King Street<br>Wilmington, DE 19801<br>Tel. (302) 651-7705<br>farnan@rlf.com | John J. Rosenthal<br>Winston & Strawn LLP<br>1901 L. Street NW<br>Washington, D.C. 20036<br>jrosenthal@winston.com<br><br>Jeff Wilkerson<br>Winston & Strawn LLP<br>300 South Tyron Street, 16th Floor<br>Charlotte, NC 28202<br>jwilkerson@winston.com |

*Counsel for Monsanto Company*

Cortlan S. Hitch
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE 19801
Tel.: (302) 888-6988
Fax: (302) 571-1750
chitch@morrisjames.com

Patrick J. Stueve, Esq.
Todd E. Hilton, Esq.
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel. (816) 714-7110
stueve@stuevesiegel.com
hilton@stuevesiegel.com

Don M. Downing, Esq.
Gretchen A. Garrison, Esq.
Gray, Ritter & Graham, P.C.
701 Market St., Ste. 800
St. Louis, Mo 63101
Tel. (314) 345-2006
ddowning@grgpc.com
ggarrison@grgpc.com

*Counsel for Intervenors Ryan Tomlinson and Carol Richardson*

Dated: July 15, 2021

Respectfully Submitted,

/s/ S. Ann Saucer
S. Ann Saucer
Texas Bar No. 00797885
Louisiana Bar No. 21368
asaucer@fnlawfirm.com
Darren P. McDowell
Texas Bar No. 24025520
dmcdowell@fnlawfirm.com
Matthew R. McCarley
Texas Bar No. 24041426
mccarley@fnlawfirm.com
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

*Counsel for Plaintiff Brian Webb*