**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Diane E. Warholak *as Administratrix of the Estate of James T. Warholak, Deceased* | Monsanto Company, Bayer Corporation and Bayer AG | USDC Western District of Pennsylvania | 2:21-cv-00675-WSH | Assigned to: Judge W. Scott Hardy |
| 2. | Michael Lookingland | Monsanto Company | USDC Northern District of Illinois | 1:21-cv-03818 | Assigned to: Honorable Jorge L. Alonso |