BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on July 19, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 19, 2021 to counsel for Plaintiff as follows:

Devin C O'Leary
Jonathan M. Stewart
Patrick Murray
STEWART, MURRAY & ASSOCIATES LAW GROUP, LLC
114 Smithfield St.
Pittsburgh, PA 15222
412-765-3345
Fax: 412-765-3346
Email: doleary@smt.legal
Email: jstewart@smalawgroup.com
Email: pmurray@smalawgroup.com

Counsel for Plaintiff in *Warholak v. Monsanto Company., et al.*, No. 2:21-cv-00675-WSH (W.D. PA)

Bayer AG
Attn: General Counsel
Law, Patents & Compliance
Building Q 26, 1.008
51368 Leverkusen, Germany
Phone Number: Number 011492143046668

Copies of the foregoing were also caused to be served via UPS International on defendant Bayer AG (which has not been served with the Summons or Complaint) in *Warholak v. Monsanto Company, et al.;* No. 2:21-cv-00675-WSH (W.D. PA)

1

2

Bayer Corporation
100 Bayer Boulevard
Whippany, NJ 07981

Copies of the foregoing were also caused to be served via Fed-Ex on defendant Bayer Corporation (which has not been served with the Summons or Complaint) in *Warholak v. Monsanto Company, et al.;* No. 2:21-cv-00675-WSH (W.D. PA)

Kenneth T. Lumb
Michael D. Ditore
Britney R. Pennycook
CORBOY & DEMETRIO, P.C.
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
(312) 346-3191
Email: KTL@CorboyDemetrio.com
Email: MDD@CorboyDemetrio.com
Email: BRP@CorboyDemetrio.com

Counsel for Plaintiff in *Lookingland v. Monsanto Company., et al.*, No. 1:21-cv-03818 (N.D. IL)

Dated: July 19, 2021                     Respectfully submitted,

                                          /s/ Jennise W. Stubbs
                                          ------------------------------
                                          Jennise W. Stubbs
                                          (jstubbs@shb.com)
                                          SHOOK, HARDY & BACON L.L.P.
                                          600 Travis Street, Suite 3400
                                          Houston, TX 77002-2926
                                          Phone: (713) 227-8008
                                          Fax:    (713) 227-9508

                                          *Attorneys for Defendant Monsanto Company*