# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 7/19/21

District Court:  2

Number of Actions:  D. Minnesota

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL