**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Charles Ferrington and Tammy Ferrington | Monsanto Co. | USDC Western District of Louisiana | 1:21-cv-02086-DCJ-JPM | Assigned to: Judge David C Joseph Referred to: Magistrate Judge Joseph H L Perez-Montes |
| 2. | Ronald D. Foreman | Monsanto Company | USDC Northern District of Ohio | 3:21-cv-01355-JGC | Assigned to: Judge James G. Carr |