## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on July 21, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 21, 2021 to counsel for Plaintiffs as follows:

Merritt Elizabeth Cunningham
Michael G Stag
STAG LIUZZA
365 Canal St Ste 2850
New Orleans, LA 70130
504-593-9600
Fax: 504-593-9601
Email: mcunningham@stagliuzza.com
Email: mstag@stagliuzza.com

Hannah Beth Salter
CARDONE LAW FIRM
829 Baronne St
New Orleans, LA 70113
504-522-3333
Fax: 504-581-7651
Email: hbs@cardonelaw.com

Counsel for Plaintiffs in *Ferrington, et al. v. Monsanto Co.*, No. 1:21-cv-02086-DCJ-JPM (W.D. LA).

Jonathan M. Ashton
GALLON, TAKACS & BOISSONEAULT
1450 Arrowhead Drive
Maumee, OH 43617
419-843-2001
Fax: 419-843-8022
Email: jashton@gallonlaw.com

1

Counsel for Plaintiff in *Foreman v. Monsanto Company*, No. 3:21-cv-01355-JGC  (N.D. OH.).

Dated: July 21, 2021

Respectfully  submitted,

/s/ Jennise  W. Stubbs

Jennise  W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713)  227-8008
Fax:    (713)  227-9508

*Attorneys for Defendant Monsanto Company*