BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Anousheh Sabouri, an individual and successor in interest to decedent Mike Esfahanian and E.S., a minor and successor in interest to decedent Mike Esfahanian, by and through her Guardian Ad Litem, Anousheh Sabouri | Monsanto Corporation and Does 1 through 100 | USDC; Central District of California | 2:21-cv-05524-DSF-AFM | Assigned to Judge Dale S. Fischer Referred to: Magistrate Judge Alexander F. MacKinnon |
| 2. | Ronald Leibel | Monsanto | USDC; District of Utah | 2:21-cv-00292-DBP | Assigned to: Magistrate Judge Dustin B. Pead |
| 3. | Estate of Mary Caterino, by and through her personal representative Angela Caterino and Angela Caterino, surviving heir of Mary Caterino on behalf of all legal heirs of Mary Caterino | Monsanto Company | USDC; Eastern District of Missouri | 4:21-cv-00444-SRC | Assigned to: District Judge Stephen R. Clark |
| 4. | Bernice Williams | Monsanto Company | USDC; Eastern District of Tennessee | 3:21-cv-00235-TRM-DCP | Assigned to: District Judge Travis R. McDonough Referred to: Magistrate |

|    |                          |                     |                            |                            | Judge Debra C. Poplin |
|----|--------------------------|---------------------|----------------------------|----------------------------|-----------------------|
| 5. | Joseph Kealiinohomoku    | Monsanto Company    | USDC; District of Nevada   | 2:21-cv-00701-RFB-EJY      | Assigned to: Judge Richard F. Boulware, II Referred to: Magistrate Judge Elayna J. Youchah |