**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on July 22, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 22, 2021 to counsel for Plaintiffs as follows:

Katherine Katy Melik-Stepanyan
Haytham Faraj
LAW OFFICES OF HAYTHAM FARAJ
8605 Santa Monica Boulevard, Suite 44953
West Hollywood, CA 90069
323/463-9200
Fax: 202/280-1039
Email: katie@farajlaw.com
Email: haytham@farajlaw.com

Counsel for Plaintiffs in *Sabouri, et al. v. Monsanto Co., et al.*, No. 2:21-cv-05524-DSF-AFM (C.D. CA.).

Nancy A. Mismash
ROBERT J. DEBRY & ASSOCIATES
4252 S. 700 E.
Salt Lake City, UT 84107
801/262-8915
Email: nmismash@robertdebry.com

Counsel for Plaintiff in *Leibel v. Monsanto*, No. 2:21-cv-00292-DBP (UT.).

Enrique Elliot Adler
ADLER LAW GROUP APLC
402 W. Broadway, Suite 860
San Diego, CA 92101
619/531-8700

1

Fax: 619/342-9600
Email: eadler@theadlerfirm.com

Counsel for Plaintiffs in *Caterino, et al. v. Monsanto Company*, No. 4:21-cv-00444-SRC (E.D. MO.).

Steve E. Fox
LAW OFFICES OF FOX AND FARMER
8900 Executive Park Drive
Knoxville, TN 37923
865/531-9400
Fax: 865/531-3394
Email: steve@foxandfarmer.com

Counsel for Plaintiff in *Williams. v. Monsanto Company*, No. 3:21-cv-00235-TRM-DCP (E.D. TN.).

Joseph F. Schmitt
LERNER & ROWE INJURY ATTORNEYS
4795 S. Durango Drive
Las Vegas, NV 89147
702/877-1500
Fax: 702/967-2529
Email: jschmitt@glenlerner.com

*Counsel for Plaintiff in Kealiinohomoku v. Monsanto Company,* No. 2:21-cv-00701-RFB-EJY (NV.).

Dated: July 22, 2021                                             Respectfully submitted,

                                                                 /s/ Jennise W. Stubbs
                                                                 Jennise W. Stubbs
                                                                 (jstubbs@shb.com)
                                                                 SHOOK, HARDY & BACON L.L.P.
                                                                 600 Travis Street, Suite 3400
                                                                 Houston, TX 77002-2926
                                                                 Phone: (713) 227-8008
                                                                 Fax:   (713) 227-9508

                                                                 *Attorneys for Defendant Monsanto Company*