# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on July 26, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 26, 2021 to counsel for Plaintiff as follows:

Rebecca Laine Fredona
MOLL LAW GROUP
22 W Washington St
15th Floor
Chicago, IL 60602
(312)462-1700
Email: rfredona@molllawgroup.com

Counsel for Plaintiff in *Siddiqui v. Monsanto Company*, No. 1:21-cv-03845 (N.D. IL.).


Dated: July 26, 2021　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　/s/ Jennise W. Stubbs
　　　　　　　　　　　　　　　　　　　　　Jennise W. Stubbs
　　　　　　　　　　　　　　　　　　　　　(jstubbs@shb.com)
　　　　　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.
　　　　　　　　　　　　　　　　　　　　　600 Travis Street, Suite 3400
　　　　　　　　　　　　　　　　　　　　　Houston, TX 77002-2926
　　　　　　　　　　　　　　　　　　　　　Phone: (713) 227-8008
　　　　　　　　　　　　　　　　　　　　　Fax:　 (713) 227-9508

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Monsanto Company*