BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION

IN RE: Roundup Products Liability Litigation

MDL No. 2741

## MOTION TO TRANSFER
## SCHEDULE OF ACTIONS

|  | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Scott Gilmore, Julio Ezcurra, Sherry Hanna, Kristy Williams, Amanda Boyette, James Weeks, Anthony Jewell, and Paul Taylor | Monsanto Company | D. Delaware | 1:20-cv-01085-MN | Judge Maryellen Noreika |
| 2. | Brian Webb | Monsanto | N.D. California | 3:20-cv-05624-VC | Judge Vince Chhabria |