**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION**

**IN RE: Roundup Products Liability
Litigation**                                                      **MDL No. 2741**

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, I hereby certify that the foregoing Motion to Transfer and

attachments were electronically filed on July 27, 2021, with the Clerk of the JPML using the

CM/ECF system and copies were sent via electronic mail on July 27, 2021 to counsel for all parties

as follows:

*Gilmore v. Monsanto Company,* D. Delaware, Case No. 1:20-cv-01085-MN

William J. Rhodunda, Jr.
Chandra Joan Williams
Rhodunda Williams & Kondraschow
1521 Concord Pike, Suite 205
Wilmington, DE 19803
Tel.: (302) 576-2000
Fax: (302) 576-2004
bill@rawlaw.com
chandra@rawlaw.com

Gillian L. Wade
Marc A. Castaneda
Sara D. Avila
Milstein Jackson Fairchild & Wade, LLP
10250 Constellation Boulevard
14th Floor
Los Angeles, California 90067
Tel.: (310) 396-9600
Fax: (310) 396-9635
gwade@mjfwlaw.com
mcastaneda@mjfwlaw.com
savila@mjfwlaw.com

Counsel for Plaintiffs Scott Gilmore, Julio Ezcurra, Sherry Hanna, Kristy Williams,
Amanda Boyette, James Weeks, Anthony Jewell, and Paul Taylor

Kelly E. Farnan
Richards, Layton & Finger, PA
One Rodney Square
Suite 600
920 N. King Street

Wilmington, DE 19801
Tel. (302) 651-7705
farnan@rlf.com

John J. Rosenthal
Winston & Strawn LLP
1901 L. Street NW
Washington, D.C. 20036
jrosenthal@winston.com

Jeff Wilkerson
Winston & Strawn LLP
300 South Tyron Street, 16th Floor
Charlotte, NC 28202
jwilkerson@winston.com

Counsel for Monsanto Company

Cortlan S. Hitch
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE 19801
Tel.: (302) 888-6988
Fax: (302) 571-1750
chitch@morrisjames.com

Don M. Downing, Esq.
Gretchen A. Garrison, Esq.
Gray, Ritter & Graham, P.C.
701 Market St., Ste. 800
St. Louis, Mo 63101
Tel. (314) 345-2006
ddowning@grgpc.com
ggarrison@grgpc.com

Patrick J. Stueve, Esq.
Todd E. Hilton, Esq.
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel. (816) 714-7110
stueve@stuevesiegel.com
hilton@stuevesiegel.com

Counsel for Intervenors Ryan Tomlinson and Carol Richardson

*Webb v. Monsanto Company*, N.D. California, Case No. 3:20-cv-05624-VC

Matthew Ryan McCarley
Darren Patrick McDowell
FEARS NACHAWATI, PLLC
5473 Blair Road

2

Dallas, TX 75231
Tel. 214 890-0711
Fax: 214 890-0712
mccarley@fnlawfirm.com
dmcdowell@fnlawfirm.com

James H Cook
Dutton Braun Staack Hellman
3151 Brockway Rd.
P.O. Box 810
Waterloo, IA 50704
319-234-4471
Fax: 319-234-8029
jcook@duttonfirm.com

Counsel for Brian Webb

Joe Gregory Hollingsworth
HOLLINGSWORTH LLP
1350 I Street, N.W.
Suite 900
Washington, DC 20005-7204
202-898-5800
Fax: 202-682-1639
jhollingsworth@hollingsworthllp.com

Jason M Craig
Ahlers & Cooney, P.C.
100 Court Ave
Suite 600
Des Moines, IA 50309
515 246 0372
jcraig@ahlerslaw.com

Counsel for Monsanto Company

Dated: July 27, 2021

Respectfully Submitted,

*/s/ N. Majed Nachawati*
N. Majed Nachawati (TX SBN: 24038319)
mn@fnlawfirm.com
S. Ann Saucer (LA SBN: 21368; TX: 00797885)
asaucer@fnlawfirm.com
Michael Gorwitz (MN SBN: 0400362)
mgorwitz@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712

*Fears Nachawati, PLLC is counsel of record for Movant Brian Webb*