BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ROUNDUP<br>PRODUCTS LIABILITY<br>LITIGATION | §<br>§<br>§ | MDL NO. 2741 |

## WITHDRAWAL OF FILING

The undersigned hereby withdraws their motion filed on July 27, 2021 (ECF No. 2397), which was filed under the wrong event. The undersigned will refile the same motion under the correct event.

Dated: July 28, 2021

Respectfully Submitted,

/s/ N. Majed Nachawati
N. Majed Nachawati (TX SBN: 24038319)
mn@fnlawfirm.com
S. Ann Saucer (LA SBN: 21368; TX: 00797885)
asaucer@fnlawfirm.com
Michael Gorwitz (MN SBN: 0400362)
mgorwitz@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712

*Fears Nachawati, PLLC is counsel of record for Movant Brian Webb*