BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION

IN RE: Roundup Products Liability
Litigation  					MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Withdrawal of Filing and this Proof of Service were served by Email on July 28, 2021 to the following:

*Gilmore v. Monsanto Company,* D. Delaware, Case No. 1:20-cv-01085-MN

VIA EMAIL

William J. Rhodunda, Jr.
Chandra Joan Williams
Rhodunda Williams & Kondraschow
1521 Concord Pike, Suite 205
Wilmington, DE 19803
Tel.: (302) 576-2000
Fax: (302) 576-2004
bill@rawlaw.com
chandra@rawlaw.com

Gillian L. Wade
Marc A. Castaneda
Sara D. Avila
Milstein Jackson Fairchild & Wade, LLP
10250 Constellation Boulevard
14th Floor
Los Angeles, California 90067
Tel.: (310) 396-9600
Fax: (310) 396-9635
gwade@mjfwlaw.com
mcastaneda@mjfwlaw.com
savila@mjfwlaw.com

*Counsel for Plaintiffs Scott Gilmore, Julio Ezcurra, Sherry Hanna, Kristy Williams, Amanda Boyette, James Weeks, Anthony Jewell, and Paul Taylor*

Kelly E. Farnan
Richards, Layton & Finger, PA
One Rodney Square
Suite 600
920 N. King Street
Wilmington, DE 19801
Tel. (302) 651-7705
farnan@rlf.com

John J. Rosenthal
Winston & Strawn LLP
1901 L. Street NW
Washington, D.C. 20036
jrosenthal@winston.com

Jeff Wilkerson
Winston & Strawn LLP
300 South Tyron Street, 16th Floor
Charlotte, NC 28202
jwilkerson@winston.com

*Counsel for Monsanto Company*

| | |
|---|---|
| Cortlan S. Hitch<br>Morris James LLP<br>500 Delaware Ave<br>Ste 1500<br>Wilmington, DE 19801<br>Tel.: (302) 888-6988<br>Fax: (302) 571-1750<br>chitch@morrisjames.com | Patrick J. Stueve, Esq.<br>Todd E. Hilton, Esq.<br>Stueve Siegel Hanson LLP<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Tel. (816) 714-7110<br>stueve@stuevesiegel.com<br>hilton@stuevesiegel.com |

Don M. Downing, Esq.
Gretchen A. Garrison, Esq.
Gray, Ritter & Graham, P.C.
701 Market St., Ste. 800
St. Louis, Mo 63101
Tel. (314) 345-2006
ddowning@grgpc.com
ggarrison@grgpc.com

*Counsel for Intervenors Ryan Tomlinson and Carol Richardson*

| | |
|---|---|
| Dated: July 28, 2021 | Respectfully Submitted,<br><br>*/s/ N. Majed Nachawati*<br>N. Majed Nachawati (TX SBN: 24038319)<br>mn@fnlawfirm.com<br>S. Ann Saucer (LA SBN: 21368; TX: 00797885)<br>asaucer@fnlawfirm.com<br>Michael Gorwitz (MN SBN: 0400362)<br>mgorwitz@fnlawfirm.com<br>**FEARS NACHAWATI, PLLC**<br>5473 Blair Road<br>Dallas, Texas 75231<br>Telephone: (214) 890-0711<br>Facsimile: (214) 890-0712<br><br>*Fears Nachawati, PLLC is counsel of record for Movant Brian Webb* |