BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | § § § | MDL NO. 2741 |

**MOTION TO TRANSFER *GILMORE V. MONSANTO* TO MDL 2741 PURSUANT TO 28 USC § 1407**

Pursuant to 28 U.S.C. § 1407 and Rules 7.1(b)(i) and 6.1 of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Movant Brian Webb respectfully moves this Panel for an order transferring *Gilmore v Monsanto Co.* to MDL 2741 and would respectfully show as follows:

1. *Gilmore v. Monsanto Co.*, No. 1:20-cv-01085-MN is an action currently pending in the United States District Court for the District of Delaware.

2. Movant filed a Notice of Potential Tag-Along Action in MDL 2741 on July 15, 2021. Dkt. 2381.

3. The Clerk of the Panel determined *Gilmore* was not appropriate for inclusion in the MDL. Dkt. 2384

4. Transfer of *Gilmore* action to MDL 2741 is appropriate for the reasons more fully articulated in the attached brief.

WHEREFORE, Movant respectfully requests that this Panel issue an order transferring the *Gilmore* action to the Northern District of California for inclusion in MDL No. 2741 before the Honorable Vince Chhabria.

Dated: July 28, 2021                    Respectfully Submitted,

*/s/ N. Majed Nachawati*
N. Majed Nachawati (TX SBN: 24038319)
mn@fnlawfirm.com

1

S. Ann Saucer (LA SBN: 21368; TX: 00797885)
asaucer@fnlawfirm.com
Michael Gorwitz (MN SBN: 0400362)
mgorwitz@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712

*Fears Nachawati, PLLC is counsel of record for Movant Brian Webb*