278a609712b8f807

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION**

**IN RE: Roundup Products Liability
Litigation**                                                                    **MDL No. 2741**

**MOTION TO TRANSFER
SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Scott Gilmore, Julio Ezcurra, Sherry Hanna, Kristy Williams, Amanda Boyette, James Weeks, Anthony Jewell, and Paul Taylor | Monsanto Company | D. Delaware | 1:20-cv-01085-MN | Judge Maryellen Noreika |

1