BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION

IN RE: Roundup Products Liability
Litigation                                                                                          MDL No. 2741

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Motion to Transfer, Schedule of Actions, attachments, and this Proof of Service were served by Email or First Class Mail on July 28, 2021 to the following:

*Gilmore v. Monsanto Company,* D. Delaware, Case No. 1:20-cv-01085-MN

VIA FIRST CLASS MAIL

Court of Clerk
United States District Court
844 North King St Unit 18
Wilmington, DE 19801-3570

VIA EMAIL

| | |
|---|---|
| William J. Rhodunda, Jr. | Gillian L. Wade |
| Chandra Joan Williams | Marc A. Castaneda |
| Rhodunda Williams & Kondraschow | Sara D. Avila |
| 1521 Concord Pike, Suite 205 | Milstein Jackson Fairchild & Wade, LLP |
| Wilmington, DE 19803 | 10250 Constellation Boulevard |
| Tel.: (302) 576-2000 | 14th Floor |
| Fax: (302) 576-2004 | Los Angeles, California 90067 |
| bill@rawlaw.com | Tel.: (310) 396-9600 |
| chandra@rawlaw.com | Fax: (310) 396-9635 |
| | gwade@mjfwlaw.com |
| | mcastaneda@mjfwlaw.com |
| | savila@mjfwlaw.com |

*Counsel for Plaintiffs Scott Gilmore, Julio Ezcurra, Sherry Hanna, Kristy Williams, Amanda Boyette, James Weeks, Anthony Jewell, and Paul Taylor*

| | |
|---|---|
| Kelly E. Farnan<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>Suite 600<br>920 N. King Street<br>Wilmington, DE 19801<br>Tel. (302) 651-7705<br>farnan@rlf.com | John J. Rosenthal<br>Winston & Strawn LLP<br>1901 L. Street NW<br>Washington, D.C. 20036<br>jrosenthal@winston.com<br><br>Jeff Wilkerson<br>Winston & Strawn LLP<br>300 South Tyron Street, 16th Floor<br>Charlotte, NC 28202<br>jwilkerson@winston.com |

*Counsel for Monsanto Company*

| | |
|---|---|
| Cortlan S. Hitch<br>Morris James LLP<br>500 Delaware Ave<br>Ste 1500<br>Wilmington, DE 19801<br>Tel.: (302) 888-6988<br>Fax: (302) 571-1750<br>chitch@morrisjames.com | Patrick J. Stueve, Esq.<br>Todd E. Hilton, Esq.<br>Stueve Siegel Hanson LLP<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Tel. (816) 714-7110<br>stueve@stuevesiegel.com<br>hilton@stuevesiegel.com |

Don M. Downing, Esq.
Gretchen A. Garrison, Esq.
Gray, Ritter & Graham, P.C.
701 Market St., Ste. 800
St. Louis, Mo 63101
Tel. (314) 345-2006
ddowning@grgpc.com
ggarrison@grgpc.com

*Counsel for Intervenors Ryan Tomlinson and Carol Richardson*

| | |
|---|---|
| Dated: July 28, 2021 | Respectfully Submitted,<br><br>*/s/ N. Majed Nachawati*<br>N. Majed Nachawati (TX SBN: 24038319)<br>mn@fnlawfirm.com<br>S. Ann Saucer (LA SBN: 21368; TX: 00797885)<br>asaucer@fnlawfirm.com<br>Michael Gorwitz (MN SBN: 0400362)<br>mgorwitz@fnlawfirm.com<br>**FEARS NACHAWATI, PLLC**<br>5473 Blair Road<br>Dallas, Texas 75231<br>Telephone: (214) 890-0711<br>Facsimile: (214) 890-0712<br><br>*Fears Nachawati, PLLC is counsel of record for Movant Brian Webb* |