**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION                                    MDL No. 2741

---

*Anousheh Sabouri, et al. v. Monsanto Corporation, et al.,* C.D. Cal No. 2:21-CV-05524-DSF-GJS

**MOTION TO REINSTATE CONDITIONAL TRANSFER ORDER (CTO-280)**

**I.      INTRODUCTION**

On Friday, July 30, 2021 at 7:52 p.m. PST, pursuant to Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiffs, ANOUSHEH SABOURI, an individual and successor in interest to decedent Mike Esfahanian and S. E., a minor and successor in interest to decedent Mike Esfahanian, by and through her Guardian Ad Litem, SHIRIN SABOURI (collectively hereinafter "Plaintiffs") fax filed their Notice of Opposition to Conditional Transfer Order (CTO-280) for the transfer of the above-captioned action as a "tag-along action," Exhibit "1". A copy of the Notice was filed with the central district court via Case Management/Electronic Case Files ("ECF") on July 30, 2021 at 5:53 p.m. PST, Exhibit "2".

Plaintiffs' counsel submitting the objection filing via facsimile, rather than through ECF, because Plaintiffs' counsel learned at the time of filing that its firm was not registered with the MDL court for ECF filing. Immediately upon learning of the issue, on Friday, July 30th, Plaintiffs' counsel reached out to the JPML help desk to register with the MDL court for electronic filing, Exhibit "3". In said email, Plaintiffs' counsel informed the JPML help desk of the issues with ECF and advised that she would be submitting the Notice of Opposition to

Conditional Transfer Order via facsimile to ensure that the objection filing was timely. *Id.* Unfortunately, it appears that the fax filed objection was never delivered and/or received by the Clerk of the Panel and Conditional Transfer Order 280 was finalized on August 2, 2021.

At 8:03 a.m. PST today, Monday, August 2, 2021, Plaintiffs' counsel contacted the Clerk of the Panel's office after receiving the CTO finalization notification to inquire as to the status of the fax filing. Plaintiffs' counsel spoke with two clerk's assistants who advised Plaintiffs' counsel to file the instant motion for the Panel's consideration.

## II.    CONCLUSION

Based on the foregoing, Plaintiffs' respectfully request that the Panel reinstate Conditional Transfer Order-280 to allow Plaintiffs to file their Notice of Opposition to Conditional Transfer Order (CTO-280) via ECF and obtain a briefing schedule. As of Monday morning, August 2, 2021, Plaintiffs have remedied the issue with the MDL ECF registration and are now capable of filing the objection, and all future MDL filings, with the ECF system.

                                    Respectfully Submitted,

DATED: August 2, 2021           **THE LAW OFFICES OF HAYTHAM FARAJ**


                                By: /s/ Haytham Faraj
                                Haytham Faraj, Esq. (SBN 291416)
                                **THE LAW OFFICES OF HAYTHAM FARAJ**
                                8605 Santa Monica Blvd., Suite 44953
                                West Hollywood, California 90069-4109
                                Telephone:    (323) 463-9200
                                Facsimile:    (202) 280-1039
                                Email:  service@farajlaw.com

**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

*Anousheh Sabouri, et al. v. Monsanto Corporation, et al.,* C.D. Cal No. 2:21-CV-05524-DSF-GJS

**CERTIFICATE OF SERVICE**

I hereby certify that Plaintiffs' MOTION TO REINSTATE CONDITIONAL TRANSFER ORDER (CTO-280) was electronically filed on August 2, 2021.

DATED: August 2, 2021         **THE LAW OFFICES OF HAYTHAM FARAJ**


                              By: /s/ Haytham Faraj
                                  HAYTHAM FARAJ, ESQ.
                                  Attorneys for Plaintiffs