EXHIBIT 1



Katherine Melik-Stepanyan <katie@farajlaw.com>

## ATTN: Clerk of the Panel - MDL No. 2741 - IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION
1 message

---

**Katherine Melik-Stepanyan** <katie@farajlaw.com>  Fri, Jul 30, 2021 at 7:52 PM
To: 12025022888@fax.vonagebusiness.com

ATTN: John W. Nichols, Clerk of the Panel
MDL No. 2741 - IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION
*Anousheh Sabouri, et al. v. Monsanto Corporation, et al*., C.D. Cal No. 2:21-CV-05524-DSF-GJS
NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-280)


--


**Katie Melik-Stepanyan**
Trial Lawyer


Direct: 818-426-0888

Email: katie@farajlaw.com

www.farajlaw.com

📄 **SABOURI - NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (TO MDL PANEL).pdf**
188K

BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 2741

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

*Anousheh Sabouri, et al. v. Monsanto Corporation, et al.,* C.D. Cal No. 2:21-CV-05524-DSF-GJS

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-280)**

Pursuant to Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiffs, ANOUSHEH SABOURI, an individual and successor in interest to decedent Mike Esfahanian and SOFIA ESFAHANIAN, a minor and successor in interest to decedent Mike Esfahanian, by and through her Guardian Ad Litem, ANOUSHEH SABOURI (collectively hereinafter "Plaintiffs") files her Notice of Opposition to Conditional Transfer Order (CTO-280) for the transfer of the above-captioned action as a "tag-along action."

DATED: July 30, 2021         **THE LAW OFFICES OF HAYTHAM FARAJ**

By: _____
HAYTHAM FARAJ, ESQ.
Attorneys for Plaintiffs

1

NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-280)

BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 2741

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

*Anousheh Sabouri, et al. v. Monsanto Corporation, et al.,* C.D. Cal No. 2:21-CV-05524-DSF-GJS

**CERTIFICATE OF SERVICE**

I hereby certify that Plaintiffs' Notice of Opposition to Conditional Transfer Order (CTO-28)- was fax filed on July 30, 2021 to the Clerk of the Panel, fax (202) 502-2888.

DATED: July 30, 2021        **THE LAW OFFICES OF HAYTHAM FARAJ**

By: _____
HAYTHAM FARAJ, ESQ.
Attorneys for Plaintiffs

2

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-280)**