EXHIBIT 2

Haytham Faraj, Esq. (SBN 291416)
Katherine K. Melik-Stepanyan, Esq. (SBN 315015)
**THE LAW OFFICES OF HAYTHAM FARAJ**
8605 Santa Monica Blvd., Suite 44953
West Hollywood, California 90069-4109
Telephone:(323) 463-9200
Facsimile: (202) 280-1039
Email: service@farajlaw.com

Attorneys for Plaintiffs, ANOUSHEH SABOURI
and S. E., a minor by and through
her GAL, ANOUSHEH SABOURI

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANOUSHEH SABOURI, an individual and successor in interest to decedent Mike Esfahanian; S. E., an minor and successor in interest to decedent Mike Esfahanian, by and through her Guardian Ad Litem, ANOUSHEH SABOURI,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, a corporation;<br>and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO.: 2:21-CV-05524-DSF-GJS<br><br>**PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-280) WITH JUDICIAL PANEL ON MULTIDISTRICT LITIGATION; EXHIBIT "1"** |

## PLAINTIFFS' NOTICE OF OPPOSITION TO CONDITIONAL

## TRANSFER ORDER (CTO-280) WITH JUDICIAL PANEL ON

## MULTIDISTRICT LITIGATION

Plaintiffs, ANOUSHEH SABOURI, an individual and successor in interest

to decedent Mike Esfahanian and SOFIA ESFAHANIAN, a minor and successor

1

in interest to decedent Mike Esfahanian, by and through her Guardian Ad Litem, ANOUSHEH SABOURI (collectively hereinafter "Plaintiffs") oppose the transfer of the case captioned above to the United States District Court for the Central District of California, under 28 U.S.C.A. § 1407, as conditionally ordered by the Judicial Panel on Multidistrict Litigation on July 23, 2021.

Plaintiffs have filed an Opposition to Conditional Transfer Order (CTO-280) with the Judicial Panel on Multidistrict Litigation, objecting to the transfer of the this case as a "tag-along action" pursuant to Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Exhibit "1".

Pursuant to Judicial Panel on Multidistrict Litigation Rule 7.1(f), a Motion to Vacate the Conditional Transfer Order and a brief in support of such motion will be duly filed.

DATED: July 30, 2021          **THE LAW OFFICES OF HAYTHAM FARAJ**


                                                  By: /s/ Haytham Faraj
                                                  HAYTHAM FARAJ, ESQ.
                                                  Attorneys for Plaintiffs

# EXHIBIT 1

BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 2741

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

*Anousheh Sabouri, et al. v. Monsanto Corporation, et al.,* **C.D. Cal No. 2:21-CV-05524-DSF-GJS**

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-280)**

Pursuant to Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiffs, ANOUSHEH SABOURI, an individual and successor in interest to decedent Mike Esfahanian and SOFIA ESFAHANIAN, a minor and successor in interest to decedent Mike Esfahanian, by and through her Guardian Ad Litem, ANOUSHEH SABOURI (collectively hereinafter "Plaintiffs") files her Notice of Opposition to Conditional Transfer Order (CTO-280) for the transfer of the above-captioned action as a "tag-along action."

DATED: July 30, 2021                **THE LAW OFFICES OF HAYTHAM FARAJ**

By: /s/ Haytham Faraj
HAYTHAM FARAJ, ESQ.
Attorneys for Plaintiffs

1
**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-280)**

BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 2741

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

*Anousheh Sabouri, et al. v. Monsanto Corporation, et al.,* **C.D. Cal No. 2:21-CV-05524-DSF-GJS**

**CERTIFICATE OF SERVICE**

I hereby certify that Plaintiffs' Notice of Opposition to Conditional Transfer Order (CTO-28)- was electronically filed on July 30, 2021. A courtesy paper copy pursuant to Rule 3.2 (d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation will be served via personal service onto the Clerk of the Panel within one business day on Monday, August 2, 2021.

DATED: July 30, 2021           **THE LAW OFFICES OF HAYTHAM FARAJ**


                               By: /s/ Haytham Faraj
                                   HAYTHAM FARAJ, ESQ.
                                   Attorneys for Plaintiffs

2

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-280)**

INVOLVED COUNSEL LIST (CTO-280)
MDL NO. 2741

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION

Ryan S. Killian
Shook, Hardy & Bacon L.L.P.
600 Travis St, Ste 3400
Houston, TX 77002-2926
Email: rkillian@shb.com
*Attorney for Defendant, Monsanto Company*

3

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-280)**