EXHIBIT 3



Katherine Melik-Stepanyan <katie@farajlaw.com>

---

### Registration Request to File with the JPML
1 message

---

**Katherine Melik-Stepanyan** <katie@farajlaw.com>  Fri, Jul 30, 2021 at 6:42 PM
To: JPML-Helpdesk@jpml.uscourts.gov
Cc: Stephanie Herrick <stephanie@farajlaw.com>

Good evening,

I am attempting to file a Notice of Opposition to a Conditional Transfer Order with the JPML but I do not have the option file --- only query and reports. I am going to fax the filing to the Clerk as a precautionary measure to ensure that the filing is timely.

Can you please assist with providing the registration information that is needed to submit the filing and access ECF for the JPML? Please let me know if you need additional information on my end to complete this process.

Thank you very much for your time and assistance in this matter.

Best,

Katie

--



**Katie Melik-Stepanyan**
Trial Lawyer

Direct: 818-426-0888

Email: katie@farajlaw.com

www.farajlaw.com