BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 2, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 2, 2021 to counsel for Plaintiff as follows:

James David Walker
JIM WALKER & ASSOCIATES, PLLC
4925 Greenville Ave.
Suite 200
Dallas, TX 75206
214-227-9812
Fax: 972-434-3052
Email: Jim@JimWLaw.com

Counsel for Plaintiff in *Norman v. Monsanto Company*, No. 4:21-cv-00870-Y (N.D.TX.).

Dated: August 2, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*