BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 2741

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

*Anousheh Sabouri, et al. v. Monsanto Corporation, et al.,* C.D. Cal No. 2:21-CV-05524-DSF-GJS

**CERTIFICATE OF SERVICE**

I hereby certify that Plaintiffs' Notice of Opposition to Conditional Transfer Order (CTO-28)- was fax filed on July 30, 2021 to the Clerk of the Panel, fax (202) 502-2888.

DATED: July 30, 2021         **THE LAW OFFICES OF HAYTHAM FARAJ**

By: _____
HAYTHAM FARAJ, ESQ.
Attorneys for Plaintiffs