# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received:** 7/30/21 & 8/2/21

**District Court:** D. Minnesota

**Number of Actions:** 3

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL