BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION

IN RE: Roundup Products Liability
Litigation                                                                                      MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice of Appearance were served by Email on August 9, 2021 to the following:

*Gilmore v. Monsanto Company,* D. Delaware, Case No. 1:20-cv-01085-MN

VIA EMAIL

William J. Rhodunda, Jr.
Chandra Joan Williams
Rhodunda Williams & Kondraschow
1521 Concord Pike, Suite 205
Wilmington, DE 19803
Tel.: (302) 576-2000
Fax: (302) 576-2004
bill@rawlaw.com
chandra@rawlaw.com

Gillian L. Wade
Marc A. Castaneda
Sara D. Avila
Milstein Jackson Fairchild & Wade, LLP
10250 Constellation Boulevard
14th Floor
Los Angeles, California 90067
Tel.: (310) 396-9600
Fax: (310) 396-9635
gwade@mjfwlaw.com
mcastaneda@mjfwlaw.com
savila@mjfwlaw.com

*Counsel for Plaintiffs Scott Gilmore, Julio Ezcurra, Sherry Hanna, Kristy Williams, Amanda Boyette, James Weeks, Anthony Jewell, and Paul Taylor*

Kelly E. Farnan
Richards, Layton & Finger, PA
One Rodney Square
Suite 600
920 N. King Street
Wilmington, DE 19801
Tel. (302) 651-7705
farnan@rlf.com

John J. Rosenthal
Winston & Strawn LLP
1901 L. Street NW
Washington, D.C. 20036
jrosenthal@winston.com

Jeff Wilkerson
Winston & Strawn LLP
300 South Tyron Street, 16th Floor
Charlotte, NC 28202
jwilkerson@winston.com

*Counsel for Monsanto Company*

Cortlan S. Hitch
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE 19801
Tel.: (302) 888-6988
Fax: (302) 571-1750
chitch@morrisjames.com

Patrick J. Stueve, Esq.
Todd E. Hilton, Esq.
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel. (816) 714-7110
stueve@stuevesiegel.com
hilton@stuevesiegel.com

Don M. Downing, Esq.
Gretchen A. Garrison, Esq.
Gray, Ritter & Graham, P.C.
701 Market St., Ste. 800
St. Louis, Mo 63101
Tel. (314) 345-2006
ddowning@grgpc.com
ggarrison@grgpc.com

*Counsel for Intervenors Ryan Tomlinson and Carol Richardson*

Dated: August 9, 2021

Respectfully Submitted,

*/s/ N. Majed Nachawati*
N. Majed Nachawati (TX SBN: 24038319)
mn@fnlawfirm.com
S. Ann Saucer (LA SBN: 21368; TX: 00797885)
asaucer@fnlawfirm.com
Michael Gorwitz (MN SBN: 0400362)
mgorwitz@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712

*Fears Nachawati, PLLC is counsel of record for Movant Brian Webb*