**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Larry Hanson and Judith Hanson | Monsanto Company, Inc. | USDC Central District of Illinois | 2:21-cv-02112-CSB-EIL | Assigned to: Judge Colin Stirling Bruce Referred to: Magistrate Judge Eric I. Long |
| 2. | Gisela Sparkman an Individual and on behalf of The Estate of George Sparkman, deceased | **Monsanto Company and Does 1-50** | USDC Southern District of California | 3:21-cv-01336-TWR-BLM | Assigned to: Judge Todd W. Robinson Referred to: Magistrate Judge Barbara Lynn Major |