# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 9, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 9, 2021 to counsel for Plaintiffs as follows:

David B Timmis  
David Q Houbeck  
VANDEVEER GARZIA PC  
Suite 600  
840 W Long Lake Road  
Troy, MI 48098  
248-312-2901  
248-312-2800  
Fax: 248-879-0042  
Email: dtimmis@vgpclaw.com  
Email: dhoubeck@vgpclaw.com  

Counsel for Plaintiff in *Hanson et al. v. Monsanto Company*, Inc. No. 2:21-cv-02112-CSB-EIL (C.D.IL).

John H. Gomez  
GOMEZ TRIAL ATTORNEYS  
655 West Broadway  
Suite 1700  
San Diego, CA 92101  
(619) 237-3490  
Fax: (619) 237-3496  
Email: john@thegomezfirm.com  

Counsel for Plaintiff in *Sparkman v. Monsanto Company, et al.* No. 3:21-cv-01336-TWR-BLM (S.D. CA).

1

Dated: August 9, 2021                                   Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*