**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**



# Notice of Tag-Along from District Court

**Date Received:** 8/9/21

**District Court:** 2

**Number of Actions:**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL