## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE**: ROUNDUP PRODUCTS          MDL 2741
PRODUCTS LIABILITY LITIGATION

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation Plaintiff Carl Agosta notifies you of the potential tag along action listed on the attached Schedule of Action.

A docket sheet and complaint is attached.

Respectfully Submitted,

August 12, 2021

*/s/Alyson Oliver*
OLIVER LAW GROUP PC
Attorneys for Plaintiff Carl Agosta
1647 W. Big Beaver Road
Troy, MI 48084
(248) 327-6556
notifications@oliverlawgroup.com

**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**IN RE**: ROUNDUP PRODUCTS             MDL 2741
PRODUCTS LIABILITY LITIGATION

### NOTICE OF POTENTIAL TAG-ALONG ACTION

| Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Carl Agosta | Monsanto Company, Inc. | Eastern District of Michigan | 2:21-cv-11407 | George Caram Steeh |

Respectfully Submitted,

August 12, 2021

*/s/Alyson Oliver*
OLIVER LAW GROUP PC
Attorneys for Plaintiff Carl Agosta
1647 W. Big Beaver Road
Troy, MI 48084
(248) 327-6556
notifications@oliverlawgroup.com