# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE**: ROUNDUP PRODUCTS PRODUCTS LIABILITY LITIGATION | MDL 2741 |

## CERTIFICATE OF SERVICE

I, Thor P. Glenn, state that I have, on this 12th day of August, 2021, mailed and e-mailed a true and correct copy of Plaintiffs Notice of Potential Tag-Along Action. The foregoing document was sent, via USPS First Class Mail and E-Mail, to the following registered agents:

Jennise W. Stubbs
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
Email: jstubbs@shb.com
Attorneys for Defendant MONSANTO COMPANY

                                                      Respectfully Submitted,

August 12, 2021                      */s/Alyson Oliver*
                                                      OLIVER LAW GROUP PC
                                                      Attorneys for Plaintiff Carl Agosta
                                                      1647 W. Big Beaver Road
                                                      Troy, MI 48084
                                                      (248) 327-6556
                                                      notifications@oliverlawgroup.com