BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) | MDL No. 2741 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that I caused a copy of the foregoing Notice of Appearance to be served upon counsel of record in this action via the CM/ECF system on August 12, 2021, including on the following parties:

***Gilmore v. Monsanto Company,*** **D. Delaware, Case No. 1:20-cv-01085-MN**

N. Majed Nachawati
mn@fnlawfirm.com
S. Ann Saucer
asaucer@fnlawfirm.com
Michael Gorwitz
mgorwitz@fnlawfirm.com
**Fears Nachawati, PLLC**
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712

*Counsel of Record for Movant Brian Webb*

Kelly E. Farnan
**Richards, Layton & Finger, PA**
One Rodney Square, Suite 600
920 N. King Street Wilmington, DE 19801
Tel. (302) 651-7705
farnan@rlf.com

John J. Rosenthal
**Winston & Strawn LLP**
1901 L. Street NW Washington, D.C. 20036
jrosenthal@winston.com

Jeff Wilkerson

**Winston & Strawn LLP**
300 South Tyron Street, 16th Floor
Charlotte, NC 28202
jwilkerson@winston.com

*Counsel for Monsanto Company*

William J. Rhodunda, Jr.
Chandra Joan Williams
**Rhodunda Williams & Kondraschow 1**
521 Concord Pike, Suite 205
Wilmington, DE 19803
Tel.: (302) 576-2000
Fax: (302) 576-2004
bill@rawlaw.com
chandra@rawlaw.com

Gillian L. Wade
Sara D. Avila
Marc A. Castaneda
**Milstein Jackson Fairchild & Wade, LLP**
10990 Wilshire Boulevard, Suite 800
Los Angeles, CA 90024
Tel.: (310) 396-9600
Fax: (310) 396-9635
gwade@mjfwlaw.com
mcastaneda@mjfwlaw.com
savila@mjfwlaw.com

*Counsel for Plaintiffs Scott Gilmore, Julio Ezcurra, Sherry Hanna, Kristy Williams, Amanda Boyette, James Weeks, Anthony Jewell, and Paul Taylor*

Dated: August 12, 2021                    Respectfully Submitted,

                                          /s/ Don M. Downing

                                          **GRAY, RITTER & GRAHAM, P.C.**

                                          Don M. Downing, Esq.
                                          Gretchen Garrison, Esq.
                                          701 Market Street, Suite 800
                                          St. Louis, Missouri 63101
                                          Telephone: (314) 241-5620
                                          Facsimile: (314) 241-4140
                                          ddowning@grgpc.com
                                          ggarrison@grgpc.com

                                          **STUEVE SIEGEL HANSON LLP**

Patrick J. Stueve, Esq.
Todd Hilton, Esq.
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
stueve@stuevesiegel.com
hilton@stuevesiegel.com

***Counsel for Proposed Intervenors***