**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Corporate Disclosure Statement was electronically filed on August 12, 2021 with the Clerk of the JPML using the CM/ECF system, which will send notifications to all counsel of record.

Dated: August 12, 2021

Respectfully submitted,

/s/ *Rakesh Kilaru*
Rakesh Kilaru
(rkilaru@wilkinsonstekloff.com)
WILKINSON STEKLOFF LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:   (202) 847-4046
Fax:   (202) 847-4005

*Counsel for Monsanto Company*