# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 12, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 12, 2021 to counsel for Plaintiff as follows:

Brian A. Goldstein  
CELLINO LAW LLP  
2500 Main Place Tower  
350 Main Street  
Buffalo, NY 14202-3725  
716-888-2020  
Fax: 716-259-2020  
Email: brian.goldstein@cellinolaw.com

Counsel for Plaintiff in *Duff, et al. v. Monsanto Company*, et al. No. 3:21-cv-00506-RGJ (W.D. KY).


Dated: August 12, 2021                                Respectfully submitted,


                                                     /s/ Jennise W. Stubbs

Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*