**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Supplemental Information was electronically filed on August 17, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 17, 2021 to counsel for Plaintiffs as follows:

Haytham Faraj
Katherine K. Melik-Stepanyan
THE LAW OFFICES OF HAYTHAM FARAJ
8605 Santa Monica Blvd., Suite 44953
West Hollywood, California 90069-4109
Phone (323) 463-9200
Email: haytham@farajlaw.com
Email: katie@farajlaw.com

Counsel for Plaintiff in *Sabouri, et al. v. Monsanto Company, et al.*, No. 2:21-cv-05524 (C.D. CA.).

Dated: August 17, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*