# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 17, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 17, 2021 to counsel for Plaintiff as follows:

Kenneth C. Apicella
DROST, GILBERT, ANDREW & APICELLA, LLC
4811 Emerson
Suite 110
Palatine, IL 60067
8479346000
Email: kca@dgaalaw.com

Counsel for Plaintiff in *Goranson v. Monsanto Company*, No. 1:21-cv-04321 (N.D. IL.).

Dated: August 17, 2021          Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*

1