Haytham Faraj, Esq. (SBN 291416)
Katherine K. Melik-Stepanyan, Esq. (SBN 315015)
**THE LAW OFFICES OF HAYTHAM FARAJ**
8605 Santa Monica Blvd., Suite 44953
West Hollywood, California 90069-4109
Telephone: (323) 463-9200
Facsimile: (202) 280-1039
Email: service@farajlaw.com

Attorneys for Plaintiffs, ANOUSHEH SABOURI
and S.E., a minor by and through
her GAL, SHIRIN SABOURI

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANOUSHEH SABOURI, an individual and successor in interest to decedent Mike Esfahanian; S. E., a minor and successor in interest to decedent Mike Esfahanian, by and through her Guardian Ad Litem, ANOUSHEH SABOURI,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY et al.,<br><br>Defendants. | CASE NO.: 2:21-cv-05524<br><br>**NOTICE OF DISMISSAL** |

Pursuant to Rule 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure, Plaintiff, ANOUSHEH SABOURI, an individual and successor in interest to decedent Mike Esfahanian and Plaintiff, S.E., a minor and successor in interest to decedent Mike Esfahanian, by and through her Guardian Ad Litem, SHIRIN SABOURI (collectively hereinafter "Plaintiffs"), by and through counsel, hereby

1

**PLAINTIFFS' NOTICE OF DISMISSAL**

give notice that all claims asserted against all defendants in the above-captioned action are voluntarily dismissed without prejudice.

The basis for Plaintiffs' voluntarily dismissed without prejudice is that on August 3, 2021, Plaintiffs filed their First Amended Complaint pursuant to Federal Rules of Civil Procedure Rule 15 (a)(1)(B), naming WILBUR-ELLIS COMPANY, LLC, a California limited liability corporation (hereinafter "Wilbur-Ellis") and CHEVRON CORPORATION, a corporation (hereinafter "Chevron") as Defendants.

Both Wilbur-Ellis and Chevron are California corporate defendants. Thus, Plaintiffs' First Amended Complaint defeats this Court's diversity jurisdiction and the district court lacks subject matter jurisdiction.

Plaintiffs will file their complaint in Los Angeles County Superior Court.

DATED: August 16, 2021      **THE LAW OFFICES OF HAYTHAM FARAJ**

By: /s/ Haytham Faraj
HAYTHAM FARAJ, ESQ.
Attorneys for Plaintiffs, ANOUSHEH SABOURI and S.E., a minor