UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**

| | | |
|---|---|---|
| Anousheh Sabouri, et al. v. Monsanto Corporation, et al., | ) | |
| C.D. California, C.A. No. 2:21-05524 | ) | MDL No. 2741 |

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Anousheh*) on July 23, 2021. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Anousheh* filed a notice of opposition to the proposed transfer. The Panel has been advised that, pursuant to a notice of voluntary dismissal without prejudice, *Anousheh* was dismissed in the Central District of California on August 16, 2021.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-280" filed on July 23, 2021, is VACATED insofar as it relates to this action.

FOR THE PANEL:

_____
John W. Nichols
Clerk of the Panel