**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Marylnn Fisher | Monsanto Company | USDC Northern District of Illinois | 1:21-cv-04393 | Assigned to: Honorable Jorge L. Alonso |