# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 19, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 19, 2021 to counsel for Plaintiff as follows:

Daniel Robert Seidman  
SEIDMAN MARGULIS & FAIRMAN, LLP  
10805 Sunset Office Dr., Ste. 300  
Sunset Hills, MO 63127  
(314) 238-1342  
Email: dseidman@seidmanlaw.net

Counsel for Plaintiff in *Fisher v. Monsanto Company,* No. 1:21-cv-04393 (N.D. IL.).

Dated: August 19, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs  
Jennise W. Stubbs  
(jstubbs@shb.com)  
SHOOK, HARDY & BACON L.L.P.  
600 Travis Street, Suite 3400  
Houston, TX 77002-2926  
Phone: (713) 227-8008  
Fax:   (713) 227-9508

*Attorneys for Defendant Monsanto Company*