BEFORE THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE: ROUNDUP | ) | |
| PRODUCTS LIABILITY | ) | MDL No. 2741 |
| LITIGATION | ) | |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that I caused a copy of *Tomlinson* Plaintiffs' Joinder/Response To Motion To Transfer *Gilmore V. Monsanto* To MDL 2741 Pursuant To 28 U.S.C. § 1407 to be served upon counsel of record in this action via the CM/ECF system on August 19, 2021, including on the following parties:

*Gilmore v. Monsanto Company,* **D. Delaware, Case No. 1:20-cv-01085-MN**

N. Majed Nachawati
mn@fnlawfirm.com
S. Ann Saucer
asaucer@fnlawfirm.com
Michael Gorwitz
mgorwitz@fnlawfirm.com
**Fears Nachawati, PLLC**
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712

*Counsel of Record for Movant Brian Webb*

Kelly E. Farnan
**Richards, Layton & Finger, PA**
One Rodney Square, Suite 600
920 N. King Street Wilmington, DE 19801
Tel. (302) 651-7705
farnan@rlf.com

John J. Rosenthal
**Winston & Strawn LLP**
1901 L. Street NW Washington, D.C. 20036
jrosenthal@winston.com

Jeff Wilkerson
**Winston & Strawn LLP**
300 South Tyron Street, 16th Floor
Charlotte, NC 28202
jwilkerson@winston.com

*Counsel for Monsanto Company*

William J. Rhodunda, Jr.
Chandra Joan Williams
**Rhodunda Williams & Kondraschow**
521 Concord Pike, Suite 205
Wilmington, DE 19803
Tel.: (302) 576-2000
Fax: (302) 576-2004
bill@rawlaw.com
chandra@rawlaw.com

Gillian L. Wade
Sara D. Avila
Marc A. Castaneda
**Milstein Jackson Fairchild & Wade, LLP**
10990 Wilshire Boulevard, Suite 800
Los Angeles, CA 90024
Tel.: (310) 396-9600
Fax: (310) 396-9635
gwade@mjfwlaw.com
mcastaneda@mjfwlaw.com
savila@mjfwlaw.com

*Counsel for Plaintiffs Scott Gilmore, Julio Ezcurra, Sherry Hanna, Kristy Williams, Amanda Boyette, James Weeks, Anthony Jewell, and Paul Taylor*

Date: August 19, 2021                    Respectfully submitted,

**GRAY, RITTER & GRAHAM, P.C.**

*/s/ Don M. Downing*
Don M. Downing, Mo. Bar #30405
701 Market Street, Suite 800
St. Louis, Missouri 63101
Telephone: (314) 241-5620
Facsimile: (314) 241-4140
ddowning@grgpc.com


and

**STUEVE SIEGEL HANSON LLP**
Patrick J. Stueve, Mo. Bar #37682
Todd E. Hilton, Mo. Bar #51388
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
hilton@stuevesiegel.com
stueve@stuevesiegel.com