## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTI-DISTRICT LITIGATION

**IN RE: Roundup Products Liability**
**Litigation**                                                   **MDL No. 2741**

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing B**RIEF IN**

**OPPOSITION TO MOTION TO TRANSFER GILMORE V. MONSANTO TO MDL 2741**

**PURSUANT TO 28 USC § 1407** weas served on all parties in the following cases electronically

via ECF on August 19, 2021 to the following:

*Gilmore v. Monsanto Company,* **D. Delaware, Case No. 1:20-cv-01085-MN**

<u>VIA CM/ECF</u>

William J. Rhodunda, Jr.
Chandra Joan Williams
Rhodunda Williams & Kondraschow
1521 Concord Pike, Suite 205
Wilmington, DE 19803
Tel.: (302) 576-2000
Fax: (302) 576-2004
bill@rawlaw.com
chandra@rawlaw.com

*Counsel for Plaintiffs Scott Gilmore, Julio Ezcurra, Sherry Hanna, Kristy Williams,*
*Amanda Boyette, James Weeks, Anthony Jewell, and Paul Taylor*

| | |
|---|---|
| Kelly E. Farnan | John J. Rosenthal |
| Richards, Layton & Finger, PA | Winston & Strawn LLP |
| One Rodney Square | 1901 L. Street NW |
| Suite 600 | Washington, D.C. 20036 |
| 920 N. King Street | jrosenthal@winston.com |
| Wilmington, DE 19801 | |
| Tel. (302) 651-7705 | Jeff  Wilkerson |
| farnan@rlf.com | Winston & Strawn LLP |
| | 300 South Tyron Street, 16th Floor |
| | Charlotte, NC 28202 |
| | jwilkerson@winston.com |

*Counsel for Monsanto Company*

1

Cortlan S. Hitch
Morris James LLP
500 Delaware Ave
Ste 1500
Wilmington, DE 19801
Tel.: (302) 888-6988
Fax: (302) 571-1750
chitch@morrisjames.com

Patrick J. Stueve, Esq.
Todd E. Hilton, Esq.
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel. (816) 714-7110
stueve@stuevesiegel.com
hilton@stuevesiegel.com

Don M. Downing, Esq.
Gretchen A. Garrison, Esq.
Gray, Ritter & Graham, P.C.
701 Market St., Ste. 800
St. Louis, Mo 63101
Tel. (314) 345-2006
ddowning@grgpc.com
ggarrison@grgpc.com

*Counsel for Intervenors Ryan Tomlinson and Carol Richardson*

N. Majed Nachawati
mn@fnlawfirm.com
S. Ann Saucer
asaucer@fnlawfirm.com
Michael Gorwitz
mgorwitz@fnlawfirm.com
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712

*Counsel of Record for Movant Brian Webb*

Dated: August 19, 2021

Respectfully Submitted,

*/s/ Gillian L. Wade*
Gillian L. Wade
Sara D. Avila
Marc A. Castaneda
Milstein Jackson Fairchild & Wade, LLP
10990 Wilshire Boulevard, Suite 800,
Los Angeles, CA 90024
Tel.: (310) 396-9600
Fax: (310) 396-9635
gwade@mjfwlaw.com
mcastaneda@mjfwlaw.com
savila@mjfwlaw.com