BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Defendant Monsanto Company's Opposition to Transfer for Coordinated and Consolidated Pretrial Proceedings Pursuant to 28 USC § 1407 was electronically filed on August 19, 2021 with the Clerk of the Panel using the CM/ECF system, which will send notifications to all counsel of record, including on the following parties:

*Counsel for Plaintiff-Movant Brian Webb*

N. Majed Nachawati
S. Ann Saucer
Michael Gorwitz
FEARS NACHAWATI, PLLC
5473 Blair Road
Dallas, TX 75231
Tel: (214) 890-0711
Fax: (214) 890-0712
mn@fnlawfirm.com
asaucer@fnlawfirm.com
mgorwitz@fnlawfirm.com

*Counsel for Plaintiffs Scott Gilmore, Julio Ezcurra, James Weeks, Amanda Boyette, Anthony Jewell, Paul Taylor, Sherry Hanna, and Kristy Williams*

Gillian L. Wade
Sara D. Avila
Marc A. Castaneda
MILSTEIN JACKSON FAIRCHILD & WADE, LLP
10990 Wilshire Boulevard, Suite 800
Los Angeles, CA 90024

Tel: (310) 396-9600
Fax: (310) 396-9635
gwade@mjfwlaw.com
savila@mjfwlaw.com
mcastaneda@mjfwlaw.com

*Counsel for Ryan Tomlinson and Carol Richardson*

Don M. Downing
Gretchen Garrison
GRAY, RITTER & GRAHAM, P.C.
701 Market Street, Suite 800
St. Louis, MO 63101
Tel: (314) 241-5620
Fax: (314) 241-4140
ddowning@grgpc.com
ggarrison@grgpc.com

Patrick J. Steuve
Todd Hilton
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
steuve@steuvesiegel.com
hilton@steuvesiegel.com

Dated: August 19, 2021

Respectfully submitted,

/s/ *Rakesh Kilaru*
Rakesh Kilaru
rkilaru@wilkinsonstekloff.com
**WILKINSON STEKLOFF LLP**
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4046
Fax: (202) 847-4005

*Counsel for Monsanto Company*