**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Daniel Dray | Monsanto Company and Does 1 - 502741 | USDC Southern District of California | 3:21-cv-01411-BEN-LL | Assigned to: Judge Roger T. Benitez  Referred to: Magistrate Judge Linda Lopez |

1