# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 20, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 20, 2021 to counsel for Plaintiff as follows:

John H. Gomez  
GOMEZ TRIAL ATTORNEYS  
655 West Broadway  
Suite 1700  
San Diego, CA 92101  
(619)237-3490  
Fax: (619)237-3496  
Email: john@thegomezfirm.com

Counsel for Plaintiff in *Dray v. Monsanto Company et al.,* No. 3:21-cv-01411-BEN-LL (S.D. CA.).

Dated: August 20, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs  
Jennise W. Stubbs  
(jstubbs@shb.com)  
SHOOK, HARDY & BACON L.L.P.  
600 Travis Street, Suite 3400  
Houston, TX 77002-2926  
Phone: (713) 227-8008  
Fax: (713) 227-9508

*Attorneys for Defendant Monsanto Company*