**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**AMENDED SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Daniel Dray | Monsanto Company and Does 1 - 50 | USDC Southern District of California | 3:21-cv-01411-BEN-LL | Assigned to: Judge Roger T. Benitez Referred to: Magistrate Judge Linda Lopez |

1