**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 20, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 20, 2021 to counsel for Plaintiff as follows:

John H. Gomez
GOMEZ TRIAL ATTORNEYS
655 West Broadway
Suite 1700
San Diego, CA 92101
(619)237-3490
Fax: (619)237-3496
Email: john@thegomezfirm.com

Counsel for Plaintiff in *Dray v. Monsanto Company et al.,* No. 3:21-cv-01411-BEN-LL (S.D. CA.).

Dated: August 20, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*

1