**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

### MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant Monsanto Company hereby notifies the Clerk of the Panel of the potential tag-along actions listed on the attached Schedule of Actions.

*William C. Marr v. Monsanto Company* (0:21-cv-01555) (MN), was tagged by the District Court on 07/07/21, (Dkt. No.: 2370). The Clerk of the Panel determined this action was not appropriate for inclusion in the MDL on 07/07/2021, (Dkt. No. 2371). *Richard Asztalos v. Monsanto Company* (0:21-cv-01621) (MN), and *Jeffrey W. Brettler v. Monsanto Company* were tagged by the District Court on 07/16/2021 (Dkt. No.: 2382). The Clerk of the Panel determined those actions were not appropriate for inclusion in the MDL on 07/19/21, (Dkt. No. 2384). *Glenda B. Mackey v. Monsanto Company*, (0:21-cv-01600) (MN), was tagged by the District Court on 08/11/21, (Dkt. No. 2418). The Clerk of the Panel determined this action was not appropriate for inclusion in the MDL on 08/11/21 (Dkt. No. 2419). Plaintiffs in all of the above cases have now filed Amended Complaints on 08/18/21, revising the injuries to lymphoma, which makes them appropriate for inclusion in the MDL.

The docket sheets and amended complaints for the potential tag-along actions are attached.

Dated: August 20, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*