# BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | William C. Marr | Monsanto Company | USDC District of Minnesota | 0:21-cv-01555-ECT-BRT | Assigned to: Judge Eric C. Tostrud Referred to: Magistrate Judge Becky R. Thorson |
| 2. | Richard Asztalos | Monsanto Company | USDC District of Minnesota | 0:21-cv-01621-JRT-ECW | Assigned to: Chief Judge John R. Tunheim Referred to: Magistrate Judge Elizabeth Cowan Wright |
| 3. | Jeffrey W. Brettler | Monsanto Company | USDC District of Minnesota | 0:21-cv-01620-MJD-TNL | Assigned to: Judge Michael J. Davis Referred to: Magistrate Judge Tony N. Leung |
| 4. | Glenda B. Mackey | Monsanto Company | USDC District of Minnesota | 0:21-cv-01600-WMW-TNL | Assigned to: Judge Wilhelmina M. Wright Referred to: Magistrate Judge Tony N. Leung |