**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 20, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 20, 2021 to counsel for Plaintiffs as follows:

Charles H Johnson
LAW OFFICES OF CHARLES H. JOHNSON, PA
2599 Mississippi St
New Brighton, MN 55112
651-633-5685
Fax: 651-633-4442
Email: bdehkes@charleshjohnsonlaw.com

Counsel for Plaintiffs in *Marr v. Monsanto Company*, No.: 0:21-cv-01555-ECT-BRT (MN), *Asztalos v. Monsanto Company,* No.: 0:21-cv-01621-JRT-ECW, *Brettler v. Monsanto Company,* No.: 0:21-cv-01620-MJD-TNL, and *Mackey v. Monsanto Company,* No.: 0:21-cv-01600-WMW-TNL.

Dated: August 20, 2021                                  Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*