

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Michael L. McConnell**  
**Clerk of Court**

Telephone: 225-389-3500  
Facsimile: 225-389-3501

August 20, 2021

John W. Nichols  
Clerk of the Panel  
One Columbus Circle, NE  
Thurgood Marshall Federal Judiciary Building  
Room G-255, North Lobb  
Washington, D.C. 20002-8004

Re:   3:21-cv-00467-JWD-RLB  
       Tucker v. Monsanto Company

Dear Sir:

   Enclosed please find a docket sheet, civil cover sheet and a copy of Complaint filed in the above captioned case. This is a potential multi-district litigation case.

                                        Sincerely,  
                                        Michael L. McConnell  
                                        Clerk of Court

                                        By: *Erika L. Williams*  
                                        Deputy Clerk

Enclosure  
Docket Sheet  
Complaint and Civil Cover Sheet