# EXHIBIT 1

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:16-md-02741-VC

In re Roundup Products Liability Litigation  
Assigned to: Judge Vince Chhabria  
Case in other court: 9th Circuit, 17-16427  
U.S. Court of Appeals for the Ninth Circuit, 21-16228  
Cause: 28:1332 Diversity-Product Liability

Date Filed: 10/04/2016  
Jury Demand: Both  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2020 | 11042 | MOTION for Settlement *Motion for Preliminary Approval of Class Settlement, Appointment of Interim Class and Subclass Counsel, Direction of Notice under Fed. R. Civ P. 23(e), Scheduling of a Fairness Hearing, and Stay of the Filing and Prosecution of Roundup-Related Actions by Settlement Class Members* filed by Jerry Agtarap, John Elko, Dexter Owens, Robert Ramirez. Responses due by 7/8/2020. Replies due by 7/15/2020. (Attachments: # 1 Declaration of Elizabeth J. Cabraser, # 2 Exhibit A to Cabraser Declaration - Settlement Agreement w/ Exhibits 1-10, # 3 Exhibit B to Cabraser Declaration - Wolf Garretson Qualifications, # 4 Exhibit C to Cabraser Declaration - Verus Qualifications, # 5 Exhibit D to Cabraser Declaration - LCHB Credentials, # 6 Exhibit E to Cabraser Declaration - Dugan Credentials, # 7 Exhibit F to Cabraser Declaration - Issacharoff Credentials, # 8 Exhibit G to Cabraser Declaration - Audet Credentials, # 9 Exhibit H to Cabraser Declaration - Benedetto Credentials, # 10 Exhibit I to Cabraser Declaration - Form of Escrow Agreement, # 11 Declaration of Shannon R. Wheatman, Ph.D., # 12 Exhibit A to Wheatman Declaration - Wheatman C.V., # 13 Exhibit B to Wheatman Declaration - Kinsella C.V., # 14 Exhibit C to Wheatman Declaration - Publication Notice, # 15 Exhibit D to Wheatman Declaration - Detailed Notice, # 16 Declaration of James Messina, # 17 Exhibit A to Messina Declaration - Messina C.V., # 18 Exhibit B to Messina Declaration - Key Research Findings)(Cabraser, Elizabeth) (Filed on 6/24/2020) (Entered: 06/24/2020) |
| 06/24/2020 | 11043 | **CONDITIONAL TRANSFER ORDER (CTO -218)by MDL Panel on 6/24/20. (asS, COURT STAFF) (Filed on 6/24/2020) (Entered: 06/24/2020)** |
| 06/24/2020 | 11044 | Administrative Motion to File Under Seal *Exhibit 3 to the Settlement Agreement* filed by Jerry Agtarap, John Elko, Dexter Owens, Robert Ramirez. (Attachments: # 1 Declaration of Elizabeth J. Cabraser, # 2 Proposed Order, # 3 Exhibit 3 to the Settlement Agreement)(Cabraser, Elizabeth) (Filed on 6/24/2020) (Entered: 06/24/2020) |
| 06/24/2020 | 11045 | NOTICE of Appearance by Robert Lawrence Lieff (Lieff, Robert) (Filed on 6/24/2020) (Entered: 06/24/2020) |
| 06/24/2020 | 11046 | NOTICE of Appearance by Steven Eliott Fineman (Fineman, Steven) (Filed on 6/24/2020) (Entered: 06/24/2020) |
| 06/24/2020 | 11047 | NOTICE of Appearance by Samuel Issacharoff (Issacharoff, Samuel) (Filed on 6/24/2020) (Entered: 06/24/2020) |
| 06/24/2020 | 11048 | NOTICE of Appearance by Kevin R. Budner (Budner, Kevin) |

| | | |
|---|---|---|
| 02/04/2021 | 12529 | **PRETRIAL ORDER NO. 226: REQUIRING COUNSEL TO REFILE THE MOTION FOR PRELIMINARY APPROVAL. Signed by Judge Vince Chhabria on 2/4/2021.** (vclc3S, COURT STAFF) (Filed on 2/4/2021) (Entered: 02/04/2021) |
| 02/04/2021 | 12530 | OPPOSITION/RESPONSE (re 12394 MOTION PLAINTIFFS CO-LEAD COUNSELS NOTICE OF MOTION AND MOTION TO SUPPLEMENT PRE-TRIAL ORDER 12: COMMON BENEFIT FUND ORDER TO ESTABLISH A HOLD BACK PERCENTAGE re 161 Order ) filed byShirley Roybal. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Menzies, Karen) (Filed on 2/4/2021) (Entered: 02/04/2021) |
| 02/04/2021 | 12531 | MOTION for Settlement *for Preliminary Approval of Proposed Class Settlement, Appointment of Interim Class and Subclass Counsel, Direction of Notice Under Fed. R. Civ P. 23(e), Scheduling of a Fairness Hearing, and Stay of the Filing and Prosecution of Roundup-Related Actions by Settlement Class Members* filed by Jerry Agtarap, Kabe Cain, John Elko, Dexter Owens, Robert Ramirez, Aaron Sheller. Motion Hearing set for 3/18/2021 02:00 PM in San Francisco, Courtroom 04, 17th Floor before Judge Vince Chhabria. Responses due by 2/18/2021. Replies due by 2/25/2021. (Attachments: # 1 Declaration of Elizabeth J. Cabraser, # 2 Exhibit A to Cabraser Declaration - Settlement Agreement and Exs. 1-12, # 3 Exhibit B to Cabraser Declaration - Class Counsel Credentials, # 4 Exhibit C to Cabraser Declaration - Form of Escrow Agreement, # 5 Declaration of Shannon R. Wheatman, # 6 Exhibit A to Wheatman Declaration - Wheatman C.V., # 7 Exhibit B to Wheatman Declaration - Kinsella C.V., # 8 Exhibit C to Wheatman Declaration - Publication Notice, # 9 Exhibit D to Wheatman Declaration - Long-Form Notice, # 10 Declaration of James Messina, # 11 Exhibit A to Messina Declaration - Messina C.V., # 12 Exhibit B to Messina Declaration - Key Research Findings, # 13 Declaration of Matthew L. Garretson re DAGP, # 14 Exhibit A to Garretson Declaration - Wolf Garretson Qualifications, # 15 Declaration of Mark Eveland, # 16 Exhibit A to Mark Eveland Declaration - Verus Credentials, # 17 Declaration of Matthew Garretson re Lien Resolution Program, # 18 Declaration of Amit R. Mehta, # 19 Exhibit A to Mehta Declaration - Mehta C.V., # 20 Declaration of Jessica B. Horewitz, # 21 Exhibit A to Horewitz Declaration - Horewitz C.V.)(Cabraser, Elizabeth) (Filed on 2/4/2021) (Entered: 02/04/2021) |
| 02/04/2021 | 12532 | OPPOSITION/RESPONSE (re 12394 MOTION PLAINTIFFS CO-LEAD COUNSELS NOTICE OF MOTION AND MOTION TO SUPPLEMENT PRE-TRIAL ORDER 12: COMMON BENEFIT FUND ORDER TO ESTABLISH A HOLD BACK PERCENTAGE re 161 Order ) *Opposition* filed byKENNETH BAUCOM, DIANE MONTGOMERY, WILLIAM RINAMAN, TERESA WADE, MARK WASILESKI. (Burke, Daniel) (Filed on 2/4/2021) (Entered: 02/04/2021) |
| 02/04/2021 | 12533 | OPPOSITION/RESPONSE (re 12394 MOTION PLAINTIFFS CO-LEAD COUNSELS NOTICE OF MOTION AND MOTION TO SUPPLEMENT PRE-TRIAL ORDER 12: COMMON BENEFIT FUND ORDER TO ESTABLISH A HOLD BACK PERCENTAGE re 161 Order ) filed byPendley, Baudin & Coffin, LLP. (Coffin, Christopher) (Filed on 2/4/2021) (Entered: 02/04/2021) |
| 02/04/2021 | 12534 | OPPOSITION/RESPONSE (re 12394 MOTION PLAINTIFFS CO-LEAD COUNSELS NOTICE OF MOTION AND MOTION TO SUPPLEMENT PRE-TRIAL ORDER 12: COMMON BENEFIT FUND ORDER TO ESTABLISH A HOLD BACK PERCENTAGE re 161 Order ) filed byPendley, Baudin & Coffin, LLP. (Coffin, Christopher) (Filed on 2/4/2021) (Entered: 02/04/2021) |
| 02/05/2021 | 12535 | STIPULATION *Regarding Applicable State Law* filed by Linda O'Neil, Marvin O'Neil, The Estate of Robert Cochran by Misty Hill, its Administrator. (O'Brien, James) (Filed on 2/5/2021) (Entered: 02/05/2021) |

| | | |
|---|---|---|
| | | Alvarez, James Alvarez. (Attachments: # 1 Proposed Order)(Diamond, David) (Filed on 3/3/2021) (Entered: 03/03/2021) |
| 03/03/2021 | 12664 | OPPOSITION/RESPONSE (re 12531 MOTION for Settlement *for Preliminary Approval of Proposed Class Settlement, Appointment of Interim Class and Subclass Counsel, Direction of Notice Under Fed. R. Civ P. 23(e), Scheduling of a Fairness Hearing, and Stay of the Filing and Prosecution* ) *Notice of Joinder and Joinder in Objections and Opposition Brief of Movants Represented by the Motherway & Napleton Law Firm to the Motion for Preliminary Approval of Proposed Class Settlement, Appointment of Interim Class Subclass Counsel, Direction of Notice Under Fed R. Civ. P. 23(E), Scheduling of a Fairness Hearing, and Stay of the Filing and Prosecution of Roundup-Related Actions by Settlement Class Members* filed byRobert Rawson. (Attachments: # *1* Certificate/Proof of Service)(Gallagher, David) (Filed on 3/3/2021) (Entered: 03/03/2021) |
| 03/03/2021 | 12665 | NOTICE by Jerry Agtarap, Kabe Cain, John Elko, Dexter Owens, Robert Ramirez, Aaron Sheller re 12531 MOTION for Settlement *for Preliminary Approval of Proposed Class Settlement, Appointment of Interim Class and Subclass Counsel, Direction of Notice Under Fed. R. Civ P. 23(e), Scheduling of a Fairness Hearing, and Stay of the Filing and Prosecution - Notice of Filing Amendment to Class Action Settlement Agreement* (Attachments: # *1* Exhibit A - Amendment to Class Action Settlement Agreement)(Cabraser, Elizabeth) (Filed on 3/3/2021) (Entered: 03/03/2021) |
| 03/03/2021 | 12666 | NOTICE of Appearance by David Freeman Engstrom *for Objectors Arnold & Itkin LLP and Kline & Specter, P.C.* (Engstrom, David) (Filed on 3/3/2021) (Entered: 03/03/2021) |
| 03/03/2021 | 12740 | **Minute Entry for proceedings held before Judge Vince Chhabria: Motion Hearing held via Zoom on 3/3/2021 re 12394 PLAINTIFFS CO-LEAD COUNSELS' NOTICE OF MOTION AND MOTION TO SUPPLEMENT PRE-TRIAL ORDER 12: COMMON BENEFIT FUND ORDER TO ESTABLISH A HOLD BACK PERCENTAGE re 161 Order filed by John D. Sanders.**<br><br>**The Court heard oral argument and took the matter under submission. A written ruling will be issued.**<br><br>**Total Time in Court: 2 hours 36 minutes.**<br>**Court Reporter: Ana Dub.**<br>**Plaintiff Attorneys: Aimee Wagstaff, Robin Greenwald, and Michael Miller.**<br>**Defendant Attorney: William Hoffman.**<br>**Objector Attorneys: Jeffry Lamken, Eric Citron, Behram Parekh, and Melissa Ephron.**<br><br>***(This is a text-only entry generated by the court. There is no document associated with this entry.)* (knmS, COURT STAFF) (Date Filed: 3/3/2021) (Entered: 03/08/2021)** |
| 03/04/2021 | 12667 | TRANSCRIPT ORDER for proceedings held on 3/3/2021 before Judge Vince Chhabria by Monsanto Company, for Court Reporter Ana Dub. (Stekloff, Brian) (Filed on 3/4/2021) (Entered: 03/04/2021) |
| 03/04/2021 | 12668 | Certificate of Interested Entities by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[Plaintiff Michael Potash]* (Hollingsworth, Joe) (Filed on 3/4/2021) (Entered: 03/04/2021) |
| 03/04/2021 | 12669 | Corporate Disclosure Statement by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[Plaintiff Michael Potash]* (Hollingsworth, Joe) |

| | | |
|---|---|---|
| | | court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text-only entry generated by the court. There is no document associated with this entry.)*(knmS, COURT STAFF) (Filed on 4/2/2021) (Entered: 04/02/2021) |
| 04/02/2021 | 12901 | OPPOSITION/RESPONSE (re 12793 MOTION to Exclude Expert Testimony *of Dr. William Sawyer* ) filed byRandall Dean Seidl. (Attachments: # 1 Declaration William Sutton, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Sutton, William) (Filed on 4/2/2021) (Entered: 04/02/2021) |
| 04/02/2021 | 12902 | OPPOSITION/RESPONSE (re 12837 MOTION to Exclude the Testimony of Dr. Christopher Portier Under Rule 702 and Request to Take Discovery Deposition ) filed byRandall Dean Seidl. (Attachments: # 1 Declaration Robin Greenwald, # 2 Exhibit 1, # 3 Exhibit 2)(Sutton, William) (Filed on 4/2/2021) (Entered: 04/02/2021) |
| 04/05/2021 | 12903 | *Monsanto Company's* ANSWER to Complaint with Jury Demand *[Plaintiff Andy Bond]* byMonsanto Company. (Walker-Stubbs, Jennise) (Filed on 4/5/2021) (Entered: 04/05/2021) |
| 04/05/2021 | 12904 | Certificate of Interested Entities by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[Plaintiff Andy Bond]* (Walker-Stubbs, Jennise) (Filed on 4/5/2021) (Entered: 04/05/2021) |
| 04/05/2021 | 12905 | Corporate Disclosure Statement by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[Plaintiff Andy Bond]* (Walker-Stubbs, Jennise) (Filed on 4/5/2021) (Entered: 04/05/2021) |
| 04/06/2021 | 12906 | *Monsanto Company's* ANSWER to Complaint with Jury Demand *[Plaintiff David Petrie, et al.]* byMonsanto Company. (Walker-Stubbs, Jennise) (Filed on 4/6/2021) (Entered: 04/06/2021) |
| 04/06/2021 | 12907 | Certificate of Interested Entities by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[Plaintiff David Petrie et al.]* (Walker-Stubbs, Jennise) (Filed on 4/6/2021) (Entered: 04/6/2021) |
| 04/06/2021 | 12908 | Corporate Disclosure Statement by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[Plaintiff David Petrie et al.]* (Walker-Stubbs, Jennise) (Filed on 4/6/2021) (Entered: 04/06/2021) |
| 04/06/2021 | 12909 | **CONDITIONAL TRANSFER ORDER (CTO-263) by MDL Panel on 4/5/2021. (wsnS, COURT STAFF) (Filed on 4/6/2021) (Entered: 04/06/2021)** |
| 04/06/2021 | 12910 | Declaration of Rebecca Fredona in Support of 12894 MOTION to Strike *General Opinions of Defendant's Case Specific Experts* filed byGerard Cervantes, Christine Karman, Mark Pecorelli, James Peterson, Lorraine Rehak, John Schafer. (Attachments: # 1 Exhibit Ex. 1, # 2 Exhibit Ex. 2, # 3 Exhibit Ex. 3, # 4 Exhibit Ex. 4, # 5 Exhibit Exx. 5, # 6 Exhibit Ex. 6, # 7 Exhibit Ex. 7, # 8 Exhibit Ex. 8, # 9 Exhibit Ex. 9, # 10 Exhibit Ex. 10, # 11 Exhibit Ex. 11, # 12 Exhibit Ex. 12, # 13 Exhibit Ex. 13, # 14 Exhibit Ex. 14, # 15 Exhibit Ex. 15, # 16 Exhibit Ex. 16, # 17 Exhibit Ex. 17, # 18 Exhibit Ex. 18, # 19 Exhibit Ex. 19, # 20 Exhibit Ex. 20, # 21 Exhibit Ex. 21, # 22 Exhibit Ex. 22, # 23 Exhibit Ex. 23, # 24 Exhibit Ex. 24)(Related document(s) 12894 ) (Fredona, Rebecca) (Filed on 4/6/2021) (Entered: 04/06/2021) |
| 04/07/2021 | 12911 | REPLY (re 12531 MOTION for Settlement *for Preliminary Approval of Proposed Class Settlement, Appointment of Interim Class and Subclass Counsel, Direction of* |

| | | |
|---|---|---|
| | | *Notice Under Fed. R. Civ P. 23(e), Scheduling of a Fairness Hearing, and Stay of the Filing and Prosecution ) filed by*Jerry Agtarap, Kabe Cain, John Elko, Dexter Owens, Robert Ramirez, Aaron Sheller. (Attachments: # 1 Exhibit A - Amended Settlement Agreement w/Exhibits 1-12, # 2 Exhibit B - Redlines Against Settlement Agreement at Doc. 12531-12, # 3 Declaration of John C. Coffee, Jr., # 4 Declaration of Arthur R. Miller, # 5 Declaration of Andrew D. Bradt, # 6 Declaration of Scott Dodson, # 7 Supplemental Declaration of Amit R. Mehta, # 8 Declaration of Jeremy J. Wieck, # 9 Declaration of Robert Ramirez, # 10 Declaration of Aaron Sheller, # 11 Declaration of Kabe Cain)(Cabraser, Elizabeth) (Filed on 4/7/2021) (Entered: 04/07/2021) |
| 04/08/2021 | 12912 | ERRATA re 12911 Reply to Opposition/Response,,, *[#9] Declaration of Robert Ramirez* by Jerry Agtarap, Kabe Cain, John Elko, Dexter Owens, Robert Ramirez, Aaron Sheller. (Attachments: # 1 Declaration of Robert Ramirez)(Cabraser, Elizabeth) (Filed on 4/8/2021) (Entered: 04/08/2021) |
| 04/09/2021 | 12913 | ADMINISTRATIVE MOTION Remove Case from Wave 3 List filed by DAVID HOLMEN. Responses due by 4/13/2021. (Attachments: # 1 Proposed Order and Stipulation)(Sink, Robert) (Filed on 4/9/2021) (Entered: 04/09/2021) |
| 04/09/2021 | 12914 | *Monsanto Company's* ANSWER to Complaint with Jury Demand *[Plaintiff Audrey Kingstad]* byMonsanto Company. (Walker-Stubbs, Jennise) (Filed on 4/9/2021) (Entered: 04/09/2021) |
| 04/09/2021 | 12915 | Certificate of Interested Entities by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[Plaintiff Audrey Kingstad]* (Walker-Stubbs, Jennise) (Filed on 4/9/2021) (Entered: 04/09/2021) |
| 04/09/2021 | 12916 | Corporate Disclosure Statement by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[Plaintiff Audrey Kingstad]* (Walker-Stubbs, Jennise) (Filed on 4/9/2021) (Entered: 04/09/2021) |
| 04/09/2021 | 12917 | **ORDER GRANTING PUBLIC CITIZEN'S REQUEST TO FILE AMICUS BRIEF AND APPEAR AT THE HEARING ON THE MOTION FOR PRELIMINARY APPROVAL. Signed by Judge Vince Chhabria on 4/9/2021. (vclc3S, COURT STAFF) (Filed on 4/9/2021) (Entered: 04/09/2021)** |
| 04/11/2021 | 12918 | **ORDER by Judge Vince Chhabria granting (12913) Motion to Remove Holmen Case from Wave 3. Associated Cases: 3:16-md-02741-VC, 3:19-cv-05040-VC. (vclc3S, COURT STAFF) (Filed on 4/11/2021) (Entered: 04/11/2021)** |
| 04/12/2021 | 12919 | CLERK'S NOTICE VACATING THE FURTHER CASE MANAGEMENT CONFERENCE SET FOR 4/14/2021, BASED ON THE DISMISSAL OF CASE 21-CV-00966-VC, National Black Farmers Association v. Monsanto Company. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (knmS, COURT STAFF) (Filed on 4/12/2021) (Entered: 04/12/2021) |
| 04/12/2021 | 12920 | NOTICE of Appearance by Jonathan Nace (Nace, Jonathan) (Filed on 4/12/2021) (Entered: 04/12/2021) |
| 04/13/2021 | 12921 | *Monsanto Company's* ANSWER to Complaint with Jury Demand *[Plaintiff Antonio Perillo]* byMonsanto Company. (Walker-Stubbs, Jennise) (Filed on 4/13/2021) (Entered: 04/13/2021) |
| 04/13/2021 | 12922 | Certificate of Interested Entities by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[Plaintiff Antonio Perillo]* (Walker-Stubbs, Jennise) (Filed on 4/13/2021) (Entered: 04/13/2021) |
| 04/13/2021 | 12923 | Corporate Disclosure Statement by Monsanto Company identifying Other Affiliate Bayer AG for Monsanto Company. *[Plaintiff Antonio Perillo]* (Walker-Stubbs, |