# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCOTT GILMORE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-1085-MN |
| | ) | |
| MONSANTO COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO STAY RELATED PROCEEDINGS

Concurrently with Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and for Certification of the Class for the Purposes of Settlement, Plaintiffs and Defendant Monsanto jointly move the Court to issue a stay of all pending or future state and federal proceedings asserting Released Claims and to enjoin Settlement Class Members from initiating, maintaining, or participating in such proceedings until this Court conducts a final fairness hearing and determines whether to grant final approval of the proposed settlement. The grounds and support for this motion are set forth in more detail in the supporting memorandum filed concurrently herewith.

Dated: June 11, 2021

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

John J. Rosenthal
WINSTON & STRAWN LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 282-5785
jrosenthal@winston.com

Jeff Wilkerson
WINSTON & STRAWN LLP
300 S. Tryon St., 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7714
jwilkerson@winston.com

*Counsel for Defendant*

<u>/s/ William J. Rhodunda</u>
William J. Rhodunda, Jr. (#2774)
Chandra J. Williams (#4907)
RHODUNDA WILLIAMS & KONDRASCHOW
Brandywine Plaza West
1521 Concord Pike, Suite 205
Wilmington, DE 19803
Bill@rawlaw.com
Chandra@rawlaw.com

Gillian L. Wade (admitted pro hac vice)
Marc A. Castaneda (admitted pro hac vice)
Sara D. Avila (admitted pro hac vice)
MILSTEIN, JACKSON,
FAIRCHILD & WADE, LLP
10990 Wilshire Boulevard, 8th Floor
Los Angeles, CA 90024
Telephone: (310) 396-9600
Fax: (310) 396-9635
gwade@mjfwlaw.com
mcastaneda@mjfwlaw.com
savila@mjfwlaw.com

*Counsel for Plaintiffs*