BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION

IN RE: Roundup Products Liability Litigation

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing *Consolidated Reply Brief in Support of Motion to Transfer Gilmore v. Monsanto to MDL 2741 Pursuant to 28 USC § 1407* were served electronically via the CM/ECF system on August 26, 2021 to the following:

*Gilmore v. Monsanto Company,* **D. Delaware, Case No. 1:20-cv-01085-MN**

| | |
|---|---|
| William J. Rhodunda, Jr.<br>Chandra Joan Williams<br>Rhodunda Williams & Kondraschow<br>1521 Concord Pike, Suite 205<br>Wilmington, DE 19803<br>Tel.: (302) 576-2000<br>Fax: (302) 576-2004<br>bill@rawlaw.com<br>chandra@rawlaw.com | Gillian L. Wade<br>Marc A. Castaneda<br>Sara D. Avila<br>Milstein Jackson Fairchild & Wade, LLP<br>10250 Constellation Boulevard<br>14th Floor<br>Los Angeles, California 90067<br>Tel.: (310) 396-9600<br>Fax: (310) 396-9635<br>gwade@mjfwlaw.com<br>mcastaneda@mjfwlaw.com<br>savila@mjfwlaw.com |

*Counsel for Plaintiffs Scott Gilmore, Julio Ezcurra, Sherry Hanna, Kristy Williams, Amanda Boyette, James Weeks, Anthony Jewell, and Paul Taylor*

| | |
|---|---|
| Kelly E. Farnan<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>Suite 600<br>920 N. King Street<br>Wilmington, DE 19801<br>Tel. (302) 651-7705<br>farnan@rlf.com | John J. Rosenthal<br>Winston & Strawn LLP<br>1901 L. Street NW<br>Washington, D.C. 20036<br>jrosenthal@winston.com<br><br>Jeff Wilkerson<br>Winston & Strawn LLP<br>300 South Tyron Street, 16th Floor<br>Charlotte, NC 28202<br>jwilkerson@winston.com |

*Counsel for Monsanto Company*

| | |
|---|---|
| Cortlan S. Hitch<br>Morris James LLP<br>500 Delaware Ave<br>Ste 1500<br>Wilmington, DE 19801<br>Tel.: (302) 888-6988<br>Fax: (302) 571-1750<br>chitch@morrisjames.com | Patrick J. Stueve, Esq.<br>Todd E. Hilton, Esq.<br>Stueve Siegel Hanson LLP<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Tel. (816) 714-7110<br>stueve@stuevesiegel.com<br>hilton@stuevesiegel.com |

Don M. Downing, Esq.
Gretchen A. Garrison, Esq.
Gray, Ritter & Graham, P.C.
701 Market St., Ste. 800
St. Louis, Mo 63101
Tel. (314) 345-2006
ddowning@grgpc.com
ggarrison@grgpc.com

*Counsel for Intervenors Ryan Tomlinson and Carol Richardson*

Dated: August 26, 2021          Respectfully Submitted,

/s/ N. Majed Nachawati
N. Majed Nachawati (TX SBN: 24038319)
mn@fnlawfirm.com
S. Ann Saucer (LA SBN: 21368; TX: 00797885)
asaucer@fnlawfirm.com
Michael Gorwitz (MN SBN: 0400362)
mgorwitz@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Telephone: (214) 890-0711
Facsimile: (214) 890-0712

*Fears Nachawati, PLLC is counsel of record for Movant Brian Webb*