# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Karen Murtha and Brian Murtha | Monsanto Company | USDC Northern District of Illinois | 1:21-cv-04571 | Assigned to: Honorable Joan H. Lefkow |
| 2. | Linda Mary Vogl | Bayer Corporation and John Does 1-50 | USDC South Dakota | 1:21-cv-01018-CBK | Assigned to: U.S. District Judge Charles B. Kornmann |
| 3. | Patrick Hill | Monsanto Company | USDC Minnesota | 0:21-cv-01926-SRN-HB | Assigned to: Judge Susan Richard Nelson  Referred to: Magistrate Judge Hildy Bowbeer |
| 4. | Thomas F. Goeldel | Monsanto Company | USDC Minnesota | 0:21-cv-01923 | Not Yet Assigned |
| 5. | Donald L. Dixon | Monsanto Company | USDC Minnesota | 0:21-cv-01921-NEB-HB | Assigned to: Judge Nancy E. Brasel  Referred to: Magistrate Judge Hildy Bowbeer |
| 6. | Don A. Smith | Monsanto Company, Inc. | USDC Northern District of Illinois | 1:21-cv-04343 | Assigned to: Honorable Manish S. Shah |