**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**AMENDED PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Amended Proof of Service regarding the Notice of Potential Tag-Along Action, filed August 27, 2021, Docket No. 2454, was electronically filed on August 31, 2021, with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 31, 2021 to counsel for Plaintiff and via UPS on Bayer Corporation as follows:

Kenneth T. Lumb
Britney R. Pennycook
Michael D. Ditore
CORBOY & DEMETRIO, P.C.
33 North Dearborn Street, 21st Floor
Chicago, Illinois  60602
312/346-3191
Email:  ktl@corboydemetrio.com
Email:  brp@corboydemetrio.com
Email:  mdd@corboydemetrio.com

Counsel for Plaintiffs in *Murtha v. Monsanto Company* No. 1:21-cv-04571 (N.D.IL.).

D. Allen Hossley
HOSSLEY & EMBRY, LLP
515 South Vine Avenue
Tyler, TX 75702
(903) 526-1772
Fax: (903) 526-1773
Email:  allen@hossleyembry.com

Counsel for Plaintiffs in *Vogl v. Monsanto Company* No. 1:21-cv-01018 (SD.).

Bryce Thomas Hensley
ROMANUCCI & BLANDIN, LLC
321 N Clark Street
Suite 900
Chicago, IL 60654
(312) 458-1000
Email: bhensley@rblaw.net

Counsel for Plaintiffs in *Smith v. Monsanto Company, Inc.,* No. 1:21-cv-04343 (N.D. IL.).

Charles H Johnson
LAW OFFICES OF CHARLES H. JOHNSON, PA
2599 Mississippi St
New Brighton, MN 55112
651-633-5685
Fax: 651-633-4442
Email: bdehkes@charleshjohnsonlaw.com

Counsel for Plaintiffs in *Hill v. Monsanto Company,* No. 0:21-cv-01926 (MN.), *Goeldel v. Monsanto Company,* No. 0:21-cv-01923 (MN.), and *Dixon v. Monsanto Company,* No. 0:21-cv-01921 (MN.).

Bayer Corporation
100 Bayer Boulevard
Whippany, NJ 07981

Copies of the foregoing were also caused to be served via UPS on defendant Bayer Corporation in *Vogl v. Monsanto Company* No. 1:21-cv-01018 (SD.).

Dated: August 31, 2021                          Respectfully submitted,


/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*