**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|  | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Janene Cruikshank, *Personal Representative of Estate of Max W. Cruikshank II, Deceased, and Individually estate of Max W. Cruikshank, II* | Monsanto Company | USDC District of Nebraska | 8:21-cv-00337-BCB-SMB | Assigned to: Judge Brian C. Buescher Referred to: Magistrate Judge Susan M. Bazis |
| 2. | Scott Sekulich and Kristin Sekulich | Monsanto Company | USDC Northern District of Illinois | 1:21-cv-04430 | Assigned to: Honorable Charles P. Kocoras |
| 3. | Augustus Abel and Sandra Abel | Monsanto Company and Bayer AG | USDC Southern District of Ohio | 2:21-cv-04288-JLG-CMV | Assigned to: Judge James L. Graham Referred to: Magistrate Judge Chelsey M. Vascura |