**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 31, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 31, 2021 to counsel for Plaintiff as follows:

David A. Domina
DOMINA LAW GROUP
2425 South 144th Street
Omaha, NE 68144-3267
(402) 493-4100
Fax: (402) 493-9782
Email: ddomina@dominalaw.com

Counsel for Plaintiffs in *Cruikshank, et al. v. Monsanto Company*, No. 3:21-cv-00337-BCB-SMB. (NE.)

Chloe Schultz
WISE MORRISSEY LLC
161 N. Clark
Suite 3250
Chicago, IL 60601
(312) 580-2040
Email: cjs@wisemorrissey.com

Counsel for Plaintiffs in *Sekulich, et al. v. Monsanto Company*, No. 1:21-cv-04430 (N.D. IL.).

1

Daniel O'Connell
James G. O'Brien
O'BRIEN LAW LLC
405 Madison Ave., 10th Floor
Toledo, Ohio 43604
(419) 260-4520
(419) 930-6401
Email: dan@obrien.law
Email: jim@obrien.law

Counsel for Plaintiffs in *Abel, et al. v. Monsanto Company*, et al. No. 2:21-cv-04288 JLG-CMV (S.D. OH.).

Bayer AG
Attn: General Counsel
Law, Patents & Compliance
Building Q 26, 1.008
51368 Leverkusen, Germany
Phone Number: Number 011492143046668

Copies of the foregoing were also caused to be served via UPS International on defendant Bayer AG (which has not been served with the Summons or Complaint in *Abel, et al. v. Monsanto Company, et al.*; No. 2:21-cv-04288-JLG-CMV (S.D. OH.)).

Dated: September 1, 2021

                        Respectfully submitted,

                        /s/ Jennise W. Stubbs
                        Jennise W. Stubbs
                        (jstubbs@shb.com)
                        SHOOK, HARDY & BACON L.L.P.
                        600 Travis Street, Suite 3400
                        Houston, TX 77002-2926
                        Phone: (713) 227-8008
                        Fax:   (713) 227-9508

                        *Attorneys for Defendant Monsanto Company*