**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 9, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 9, 2021 to counsel for Plaintiffs as follows:

Patrick N. Keegan
KEEGAN AND BAKER LLP
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008
760-929-9303
Fax: 760-929-9260
Email: pkeegan@keeganbaker.com

Counsel for Plaintiff in *Penny et al. v. Monsanto Company*, No. 4:20-cv-00318-AGF (E.D. MO.).

Dated: September 9, 2021                    Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*