**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION
MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Robert Levy and Susan Levy | Monsanto Company | USDC Southern District of Florida | 0:21-cv-61672-WPD | Assigned to: Judge William P. Dimitrouleas  Referred to: Magistrate Judge Lurana S. Snow |