**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                      MDL No. 2741
LIABILITY LITIGATION

**BAYER CROPSCIENCE HOLDING, INC.'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Dr. William Horner | Bayer AG and Bayer Cropscience Holding Inc. | USDC of South Dakota | 4:21-cv-04152-KES | Assigned to: U.S. District Judge Karen E. Schreier |