# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 16, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 16, 2021 to counsel for Plaintiff as follows:

Derek A. Nelsen  
Eric T. Preheim  
FULLER, WILLIAMSON, NELSEN & PREHEIM, LLP  
7521 S. Louise Ave.  
Sioux Falls, SD 57108  
(605) 333-0003  
Fax: (605) 333-0007  
Email: dnelsen@fullerandwilliamson.com  
Email: epreheim@fullerandwilliamson.com  

Counsel for Plaintiff in *Horner v. Bayer AG et al*, No. 4:21-cv-04152-KES (SD.).

Bayer AG  
Attn: General Counsel  
Law, Patents & Compliance  
Building Q 26, 1.008  
51368 Leverkusen, Germany  
Phone Number: Number 011492143046668

Copies of the foregoing were also caused to be served via UPS International on defendant Bayer AG in Horner v. Bayer AG et al, No. 4:21-cv-04152-KES (SD.).

2

Dated: September 16, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Bayer Cropscience Holding Inc.*