**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 16, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 16, 2021 to counsel for Plaintiff as follows:

Richard K. Latimer
Room 205
222 Main Street
Falmouth, MA 02540
508-548-7006
Fax: 508-548-7008
Email: rklaw@meganet.net

Counsel for Plaintiff in *Andrews v. Monsanto Co., et al.*, No. 1:21-cv-11375-RGS (MA)

Dated: September 16, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*