BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Amended Notice of Potential Tag-Along Action was electronically filed on September 17, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 17, 2021 to counsel for Plaintiff as follows:

Derek A. Nelsen
Eric T. Preheim
FULLER, WILLIAMSON, NELSEN & PREHEIM, LLP
7521 S. Louise Ave.
Sioux Falls, SD 57108
(605) 333-0003
Fax: (605) 333-0007
Email: dnelsen@fullerandwilliamson.com
Email: epreheim@fullerandwilliamson.com

Counsel for Plaintiff in *Horner v. Bayer AG et al*, No. 4:21-cv-04152-KES (SD.).

Bayer AG
Attn: General Counsel
Law, Patents & Compliance
Building Q 26, 1.008
51368 Leverkusen, Germany
Phone Number: Number 011492143046668

Copies of the foregoing were also caused to be served via UPS International on defendant Bayer AG in Horner v. Bayer AG et al, No. 4:21-cv-04152-KES (SD.).

1

2

Dated: September 17, 2021　　　　　　　　Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Bayer Cropscience Holding Inc.*