# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION                    MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | David Robert Jones | Monsanto Company | USDC Northern District of New York | 6:21-cv-00982-GLS-TWD | Assigned to: Senior Judge Gary L. Sharpe Referred to: Magistrate Judge Therese Wiley Dancks |
| 2. | Naomi Swanson | Monsanto Company and Does 1-50 | USDC Northern District of Georgia | 1:21-cv-01799-ELR | Assigned to: Judge Eleanor L. Ross |
| 3. | Argentina Komarmy Individually and on the Behalf of the Estate of Joseph Komarmy | Monsanto Company | USDC Southern District of Florida | 1:21-cv-23191-BB | Assigned to: Judge Beth Bloom |