BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 21, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 21, 2021 to counsel for Plaintiffs as follows:

James J. Bilsborrow
SEEGER WEISS LLP
55 Challenger Road - 6th Floor
Ridgefield Park, NJ 07660
212-584-0755
Email: jbilsborrow@seegerweiss.com

Counsel for Plaintiff in *Jones v. Monsanto Company,* No. 6:21-cv-00982 (N.D. NY).

Nathan Edward Fitzpatrick
THE FITZPATRICK FIRM, LLC
14 Lenox Pointe
Atlanta, GA 30324
678-607-5550
Fax: 404-920-4766
Email: nate@atlantasattorneys.com

Counsel for Plaintiff in *Swanson v. Monsanto Company et al.*, No. 1:21-cv-01799-ELR (N.D. GA).

1

Mark Jurgen Heise
Luis Eduardo Suarez
Patricia Melville
HEISE SUAREZ MELVILLE, P.A.
1600 Ponce De Leon Boulevard
Suite 1205
Coral Gables, FL 33134
305-800-4476
Email: mheise@hsmpa.com
Email: lsuarez@hsmpa.com
Email: pmelville@hsmpa.com

Bradford Rothwell Sohn
THE BRAD SOHN LAW FIRM PLLC
1600 Ponce De Leon Boulevard
Suite 1205
Miami, FL 33134
786-708-9750
Fax: 305-397-0650
Email: brad@bradsohnlaw.com

Counsel for Plaintiffs in *Komarmy, et al. v. Monsanto Company.*, No. 1:21-cv-23191-BB (S.D. FL).

Dated: September 21, 2021          Respectfully submitted,

                                   /s/ Jennise W. Stubbs
                                   Jennise W. Stubbs
                                   (jstubbs@shb.com)
                                   SHOOK, HARDY & BACON L.L.P.
                                   600 Travis Street, Suite 3400
                                   Houston, TX 77002-2926
                                   Phone: (713) 227-8008
                                   Fax:   (713) 227-9508

                                   *Attorneys for Defendant Monsanto Company*