BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re Roundup Products Litigation                                MDL No. 2741

MA/1:21-cv-11375

ROBERT ANDREWS,
Plaintiff

vs.

MONSANTO COMPANY
Defendant

### NOTICE OF APPEARANCE

**To the Clerk:**

Please enter my appearance as the attorney for Robert Andrews, as the Plaintiff in the above referenced matter. I acknowledge receipt of the Conditional Transfer Order dated 09/21/2021.

Dated:   09/28/2021                              For the Plaintiff Robert Andrews
                                                  By his Attorney,

                                                  /S/ *Richard K. Latimer*
                                                  Richard K. Latimer, Mass. BBO #287840
                                                  222 Main Street, Suite 204
                                                  Falmouth, MA  02540
                                                  (508) 548-7006
                                                  rklaw@meganet.net

### CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system via an upgraded PACER account, and will therefore be sent electronically to the registered participants in the action, as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those participants identified as non-registered participants, on this 28th day of September, 2021.

/S/ *Richard K. Latimer*
Richard K. Latimer, BBO #287840