**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**
www.ned.uscourts.gov

**Denise M. Lucks**
Clerk of Court

**Gabriela Acosta**
Chief Deputy Clerk

September 30, 2021

MDL Judicial Panel
Thurgood Marshall Federal Judiciary Building
1 Columbus Circle, NE
Room G255
Washington, DC 20544-0005

Re: 8:21cv385
Lois M. Todd-Meyer et al v. Monsanto Company
MDL No. 2741

Dear Sir/Madam:

We are sending you a copy of the complaint and docket sheet in this case via e-mail. This is an action regarding Roundup Products. Liability Litigation.

Sincerely,

By: s/ Tiwauna Lawrence
Deputy Clerk

cc: Counsel of Record (without enclosures)

Approved 12/22/14