# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 11, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 11, 2021 to counsel for Plaintiff as follows:

Jennifer R Scullion  
SEEGER WEISS LLP  
55 Challenger Road  
Ste 6th Floor  
Ridgefield Park, NJ 07660  
973-639-9100  
Email: jscullion@seegerweiss.com

Counsel for Plaintiff in *Kirby v. Monsanto Company,* No. 2:21-cv-01824-KJM-CKD (E.D. CA.).

Dated: October 11, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs  
Jennise W. Stubbs  
(jstubbs@shb.com)  
SHOOK, HARDY & BACON L.L.P.  
600 Travis Street, Suite 3400  
Houston, TX 77002-2926  
Phone: (713) 227-8008  
Fax: (713) 227-9508

*Attorneys for Defendant Monsanto Company*

1