# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received:** 10/8/21, 10/12/21

**District Court:** D. Minnesota

**Number of Actions:** 5

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL