**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION    MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Marita Renteria | Monsanto Company and SIDCO Corporation | USDC District of New Mexico | 2:21-cv-00994-GBW-SMV | Assigned to: Magistrate Judge Gregory B. Wormuth Referred to: Magistrate Judge Stephan M. Vidmar |