**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 14, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 14, 2021 to counsel for Plaintiff as follows:

Feliz A. Rael
Attorney at Law
505 Marquette NW, suite 1300
Albuquerque, NM 87102
505-610-5991
Fax: 505-938-2301
Email: frael@swcp.com

Anthony K. Bruster
Christopher Johnson
John C. Hull
BRUSTER PLLC
680 N. Carroll Ave., Suite 110
Southlake, Texas 76092
(817) 601-9564
Fax: (817) 796-2929
Email: akbruster@brusterpllc.com
Email: cjohnson@brusterpllc.com
Email: jhull@brusterpllc.com

1

Darren P. McDowell
Matthew R. McCarley
FEARS NACHAWATI LAW FIRM
5473 Blair Road
Dallas, Texas 75231
(214) 890-0711
Fax: (214) 890-0712
Email: dmcdowell@fnlawfirm.com
Email: mccarley@fnlawfirm.com

Counsel for Plaintiff in *Renteria v. Monsanto Company et al.*, No.. 2:21-cv-00994-GBW-SMV (NM.)

Kenneth L. Beal
BRIDGFORTH & BEAL
PO Box 725
Las Cruces, NM 88004
(505) 526-5511
Fax: 505-526-8635
Email: klbealoffice@gmail.com

Counsel for SIDCO Corporation in *Renteria v. Monsanto Company et al.*, No.. 2:21-cv-00994-GBW-SMV (NM.)

Dated: October 14, 2021            Respectfully submitted,

                                   /s/ Jennise W. Stubbs
                                   Jennise W. Stubbs
                                   (jstubbs@shb.com)
                                   SHOOK, HARDY & BACON L.L.P.
                                   600 Travis Street, Suite 3400
                                   Houston, TX  77002-2926
                                   Phone: (713) 227-8008
                                   Fax:    (713) 227-9508

                                   *Attorneys for Defendant Monsanto Company*