UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received:** 10/13/21, 10/14/21

**District Court:** D. Minnesota

**Number of Actions:** 4

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL