# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE**:  ROUNDUP PRODUCTS　　　　　　MDL 2741
PRODUCTS LIABILITY LITIGATION

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation Plaintiff Kevin Allen notifies you of the potential tag along action listed on the attached Schedule of Action.

A docket sheet and complaint are attached.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

August 12, 2021　　　　　　　　　　*/s/Alyson Oliver*
　　　　　　　　　　　　　　　　　　OLIVER LAW GROUP PC
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Kevin Allen
　　　　　　　　　　　　　　　　　　1647 W. Big Beaver Road
　　　　　　　　　　　　　　　　　　Troy, MI 48084
　　　　　　　　　　　　　　　　　　(248) 327-6556
　　　　　　　　　　　　　　　　　　notifications@oliverlawgroup.com

# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE**: ROUNDUP PRODUCTS  
PRODUCTS LIABILITY LITIGATION

MDL 2741

## NOTICE OF POTENTIAL TAG-ALONG ACTION

| Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Kevin Allen | Monsanto Company, Inc. | Eastern District of Michigan | 2:21-cv-12411 | Stephen J. Murray III |

Respectfully Submitted,

October 15, 2021

*/s/Alyson Oliver*  
OLIVER LAW GROUP PC  
Attorneys for Plaintiff Kevin Allen  
1647 W. Big Beaver Road  
Troy, MI 48084  
(248) 327-6556  
notifications@oliverlawgroup.com