# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE**: ROUNDUP PRODUCTS            MDL 2741
PRODUCTS LIABILITY LITIGATION

## CERTIFICATE OF SERVICE

I, Douglas Hufnagel, state that I have, on this 15th day of October, 2021, mailed and e-mailed a true and correct copy of Plaintiffs Notice of Potential Tag-Along Action. The foregoing document was sent, via Certified USPS First Class Mail and E-Mail, to the following registered agents:

Jennise W. Stubbs
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
Email: jstubbs@shb.com
Attorneys for Defendant MONSANTO COMPANY

                                               Respectfully Submitted,

October 15, 2021                    */s/Alyson Oliver*
                                          OLIVER LAW GROUP PC
                                          Attorneys for Plaintiff Kevin Allen
                                          1647 W. Big Beaver Road
                                          Troy, MI 48084
                                          (248) 327-6556
                                          notifications@oliverlawgroup.com