BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION                                          MDL No. 2741

## NOTICE OF OPPOSITION (CTO-292)

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Marita Renteria respectfully submits this opposition to conditional transfer order (CTO-292) as it relates to the following case:

*Renteria v. Monsanto Company et al,* **2:21-cv-00994-GBW-SMV (D. New Mexico)**

Dated: October 15, 2021

                                                   Respectfully Submitted,

                                                   */s/ Anthony K. Bruster*
                                                   Anthony K. Bruster
                                                   New Mexico Bar No. 20283
                                                   Christopher Johnson
                                                   New Mexico Bar No. 153605
                                                   John C. Hull
                                                   Texas Bar No. 24050791
                                                   BRUSTER PLLC
                                                   680 N. Carroll Ave., Suite 110
                                                   Southlake, Texas 76092
                                                   Telephone: (817) 601-9564
                                                   Facsimile: (817) 796-2929
                                                   akbruster@brusterpllc.com
                                                   cjohnson@brusterpllc.com
                                                   jhull@brusterpllc.com

                                                 *Counsel for Marita Renteria*