BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION                                MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Notice were served on all parties in the following case electronically via ECF, or as indicated below, on October 15, 2021.

*Renteria v. Monsanto Company et al,* **2:21-cv-00994-GBW-SMV (D. New Mexico)**

| **Served via ECF** | **Served via ECF** |
|---|---|
| Kenneth L. Beal | Jennise W. Stubbs |
| Bridgforth & Beal | SHOOK HARDY & BACON LLP |
| PO Box 725 | 600 Travis Street |
| Las Cruces, NM 88004 | Suite 3400 |
| (505) 526-5511 | Houston, TX 77002-2926 |
| 505-526-8635 (fax) | (713) 227-8008 |
| klbealoffice@gmail.com | 713-227-9508 (fax) |
| | jstubbs@shb.com |
| *Counsel for Defendant SIDCO Corporation* | *Counsel for Defendant Chevron U.S.A. Inc.* |

Dated: October 15, 2021                Respectfully Submitted,

*/s/ Anthony K. Bruster*
Anthony K. Bruster
New Mexico Bar No. 20283
Christopher Johnson
New Mexico Bar No. 153605
John C. Hull
Texas Bar No. 24050791
BRUSTER PLLC
680 N. Carroll Ave., Suite 110
Southlake, Texas 76092
Telephone: (817) 601-9564
Facsimile: (817) 796-2929

akbruster@brusterpllc.com
cjohnson@brusterpllc.com
jhull@brusterpllc.com

*Counsel for Marita Renteria*
