**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS                                   MDL No. 2741
LIABILITY LITIGATION

---

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Scott Sonnier | Monsanto Co | USDC Western District of Louisiana | 6:21-cv-03545-RRS-CBW | Assigned to: Judge Robert R Summerhays Referred to: Magistrate Judge Carol B Whitehurst |