# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 19, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 19, 2021 to counsel for Plaintiff as follows:

C Mark Whitehead, III  
WHITEHEAD LAW FIRM (LAF)  
P O Box 81007  
Lafayette, LA 70598  
337-740-6006  
Fax: 337-740-6002  
Email: cmw@whiteheadfirm.com

Counsel for Plaintiff in *Sonnier v. Monsanto Co.,* No. 6:21-cv- 03545-RRS-CBW (W.D. LA).

Dated: October 19, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs  
Jennise W. Stubbs  
(jstubbs@shb.com)  
SHOOK, HARDY & BACON L.L.P.  
600 Travis Street, Suite 3400  
Houston, TX 77002-2926  
Phone: (713) 227-8008  
Fax:   (713) 227-9508

*Attorneys for Defendant Monsanto Company*