BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| DR. WILLIAM HORNER,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, INC. and<br>BAYER CROPSCIENCE HOLDING, INC.,<br><br>Defendants. | MDL No. 2741<br>MDL Case No. 3:21-cv-07744-VC<br>(SD Case No. 4:21-cv-04152-KES)<br><br>**WITHDRAWAL OF DOCKET 2504** |

Dr. William Horner, through counsel, hereby withdraws his Amended Complaint and Demand for Jury Trial (Doc. 2504) per the Clerk's request. Dr. Horner will refile the Amended Complaint under the California case.

Dated:  October 20, 2021.

FULLER, WILLIAMSON, NELSEN
& PREHEIM, LLP

  /s/ Derek A. Nelsen
Derek A. Nelsen
Eric T. Preheim
7521 South Louise Avenue
Sioux Falls, SD 57108
(605) 333-0003
dnelsen@fullerandwilliamson.com
epreheim@fullerandwilliamson.com
  *Attorneys for Plaintiff*