## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 20, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 20, 2021 to counsel for Plaintiff as follows:

Jeffrey M Berzowski
DiRENZO & BOMIER LLC
Two Neenah Center - Ste 701
PO Box 788
Neenah, WI 54957-0788
920-725-8464
Fax: 920-725-8568
Email: jberzowski@direnzolaw.com

Counsel for Plaintiff in *Hess v. Monsanto Company*, No. 1:21-cv-01194-WCG (E.D. WI.).

Dated: October 20, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*

1

2