# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 21, 2021 with the Clerk of the JPML using the CM/ECF system and was sent Certified Mail, Return Receipt Requested, on October 21, 2021 to Plaintiff as follows:

Brian Martin  
1129 SUNSET CLIFFS BLVD  
SAN DIEGO, CA 92107  
985-801-9188  
PRO SE

Pro Se Plaintiff in *Martin v. Monsanto Company et al.*, No. 2:21-cv-01340-JLR (W.D. WA.).

Bayer Corporation  
100 Bayer Boulevard  
Whippany, NJ 07981

Copies of the foregoing were also caused to be served via UPS on defendant Bayer Corporation in *Martin v. Monsanto Company, et al.;* No. 2:21-cv-01340-JLR (W.D. WA.).

Dated: October 21, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*