# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Dates Received: 10/15/21, 10/18/21, 10/19/21 & 10/20/21

District Court:  D. Minnesota

Number of Actions: 7

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL