**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Joseph Oscar Schaeffer | Roundup [*sic*], Monsanto Technology, LLC and Monsanto Company | USDC Eastern District of California | 2:21-cv-01963-KJM-DB | Assigned to: Chief District Judge Kimberly J. Mueller Referred to: Magistrate Judge Deborah Barnes |