BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 25, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 25, 2021 to counsel for Plaintiff as follows:

Erik E. Child
CHILD & JACKSON, PLC
101 Parkshore Drive Suite 205
Folsom, CA 95630
916-932-2170
Fax: 916-932-2171
Email: echild@childjackson.com

Counsel for Plaintiff in *Schaeffer v. Monsanto Co., et al.*, No. 2:21-cv-01963-KJM-DB (E.D. CA.).

Although the Complaint names "Roundup" as one of the defendants, that is obviously a mistake. As the rest of the Complaint shows, the product at issue here is an herbicide with the brand name "Roundup." Monsanto has, *inter alia,* manufactured, distributed and sold Roundup®-branded herbicides. However, there is no corporation, company, or other kind of defendant capable of being sued (or served) that is named "Roundup."

Monsanto Technology, LLC
2711 Centerville Rd., Ste. 400
Wilmington, DE 19808
(314) 694-1000

Copies of the foregoing were also caused to be served via UPS on defendant Monsanto Technology, LLC.

1

Dated: October 25, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*