**Query    Reports    Utilities    Help    Log Out**

CIVIL

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
### CIVIL DOCKET FOR CASE #: 2:21-cv-01963-KJM-DB

| | |
|---|---|
| Schaeffer v. Roundup et al | Date Filed: 10/22/2021 |
| Assigned to: Chief District Judge Kimberly J. Mueller | Jury Demand: Both |
| Referred to: Magistrate Judge Deborah Barnes | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Case in other court: Placer County Superior Court, S-CV-0046916 | Jurisdiction: Diversity |
| Cause: 28:1441 Petition for Removal- Personal Injury | |

**Plaintiff**

**Joseph Oscar Schaeffer**     represented by **Erik E. Child**
Child & Jackson, A Professional Law Corporation
101 Parkshore Drive Suite 205
Folsom, CA 95630
916-932-2170
Fax: 916-932-2171
Email: echild@childjackson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Roundup**
*[sic]*

**Defendant**

**Monsanto Technology, LLC**

**Defendant**

**Monsanto Company**     represented by **Samuel Zachary Fayne**
Arnold & Porter Kaye Scholer LLP
Three Embarcadero Center
10th Floor
San Francisco, CA 94111
415-471-3100
Fax: 415-471-3400
Email:

zachary.fayne@arnoldporter.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/22/2021 | 1 | NOTICE of REMOVAL from Placer County Superior Court, case number S-CV-0046916 by Monsanto Company . (Filing fee $ 402, receipt number ACAEDC-9888027) (Attachments: # 1 Exhibit 1, # 2 Civil Cover Sheet)(Fayne, Samuel). (Entered: 10/22/2021) |
| 10/22/2021 | 2 | CORPORATE DISCLOSURE STATEMENT by Defendant Monsanto Company. (Fayne, Samuel) (Entered: 10/22/2021) |
| 10/22/2021 | 3 | CIVIL NEW CASE DOCUMENTS ISSUED; Initial Scheduling Conference set for 2/24/2022 at 02:30 PM in Courtroom 3 (KJM) before Chief District Judge Kimberly J. Mueller. (Attachments: # 1 Standing Order, # 2 Consent Form, # 3 VDRP) (Kaminski, H) (Entered: 10/22/2021) |
| 10/22/2021 | 4 | CERTIFICATE of SERVICE by Monsanto Company re 1 Notice of Removal. (Fayne, Samuel) (Entered: 10/22/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/25/2021 07:40:12 | | | |
| **PACER Login:** | sh0019sh | **Client Code:** | 31943.356965 |
| **Description:** | Docket Report | **Search Criteria:** | 2:21-cv-01963-KJM-DB |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |



# Notice of Service of Process

null / ALL
Transmittal Number: 23899410
Date Processed: 10/11/2021

| | |
|---|---|
| Primary Contact: | Anne Troupis (Monsanto)<br>Bayer U.S. LLC<br>800 N Lindbergh Blvd<br>Saint Louis, MO 63167-1000 |
| Entity: | Monsanto Company<br>Entity ID Number  2282193 |
| Entity Served: | Monsanto Company |
| Title of Action: | Schaeffer, Joseph Oscar  vs. Roundup |
| Matter Name/ID: | Schaeffer, Joseph Oscar  vs. Roundup (11633691) |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Product Liability |
| Court/Agency: | Placer County Superior Court, CA |
| Case/Reference No: | SCV0046916 |
| Jurisdiction Served: | California |
| Date Served on CSC: | 10/08/2021 |
| Answer or Appearance Due: | 10/25/2021 |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Erik E. Child<br>916-932-2170 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** Roundup; Monsanto Technology, LLC; Monsanto
**(AVISO AL DEMANDADO):** Company and Does 1-50

**YOU ARE BEING SUED BY PLAINTIFF:** Joseph Oscar Schaeffer
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**ELECTRONICALLY FILED**
Superior Court of California,
County of Placer
06/25/2021 at 11:57:33 AM
By: Mavis Anderson, Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
(El nombre y dirección de la corte es):
Superior Court of California, County of Placer
10820 Justice Center Drive
Roseville, California 95678

**CASE NUMBER:** (Número del Caso): S-CV-0046916

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Erik E. Child, Esq.
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
CHILD & JACKSON, A PROFESSIONAL LAW CORPORATION
101 Parkshore Drive, Ste. 205, Folsom, CA 95630          916-932-2170

DATE: 6-25-21          Clerk, by M.Anderson, Deputy
(Fecha)               (Secretario)                    (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):
3. ☒ on behalf of (specify): Monsanto Company
   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☒ by personal delivery on (date): 10/8/2021

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Erik E. Child, Esq.  SBN: 195104<br>CHILD & JACKSON, A PROFESSIONAL LAW CORPORATION<br>101 Parkshore Drive, Ste., 205<br>FOLSOM, CA 95630<br>TELEPHONE NO: 916-932-2170   FAX NO. (Optional): 916-932-2171<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff, Joseph Oscar Schaeffer | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Placer<br>06/25/2021 at 11:57:33 AM<br>By: Mavis Anderson, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF PLACER
 STREET ADDRESS: 10820 Justice Center Drive
 MAILING ADDRESS: 10820 Justice Center Drive
 CITY AND ZIP CODE: Roseville, 95678
 BRANCH NAME: Howard G. Gibson Courthouse

PLAINTIFF: Joseph Oscar Schaeffer

DEFENDANT: Roundup; Monsanto Technology, LLC; Monsanto Company

[X] DOES 1 TO  50

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
  [ ] AMENDED (Number):
Type (check all that apply):
 [X] MOTOR VEHICLE    [X] OTHER (specify): Product Liability; Strict liability
 [X] Property Damage    [ ] Wrongful Death
 [X] Personal Injury    [X] Other Damages (specify): Negligence

Jurisdiction (check all that apply):
 [ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded  [ ] does not exceed $10,000
          [ ] exceeds $10,000, but does not exceed $25,000
 [X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
 [ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER:
S-CV-0046916

1. Plaintiff (name or names): Joseph Oscar Schaeffer
   alleges causes of action against defendant (name or names): Roundup; Monsanto Technology, LLc; Monsanto Company

2. This pleading, including attachments and exhibits, consists of the following number of pages: 6

3. Each plaintiff named above is a competent adult.
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Page 1 of 3
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

PLD-PI-001

| SHORT TITLE: Schaeffer vs. Roundup, et al. | CASE NUMBER: S-CV-0046916 |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☐ except defendant (name): Roundup
      (1) [X] a business organization, form unknown
      (2) [X] a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. [X] except defendant (name): Monsanto Company
      (1) [X] a business organization, form unknown
      (2) [X] a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. [X] except defendant (name): Monsanto Technology, LLC
      (1) [X] a business organization, form unknown
      (2) [X] a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [X] Doe defendants (specify Doe numbers): 1-50 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. [X] Doe defendants (specify Doe numbers): 1-50 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. [X] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [X] injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: Schaeffer vs. Roundup, et al. | CASE NUMBER: S-CV-0046916 |
|---|---|

10. The following causes of action are attached and the statements above apply to each. *(each complaint must have one or more causes of action attached):*
   a. [ ] Motor Vehicle
   b. [X] General Negligence
   c. [ ] Intentional Tort
   d. [X] Products Liability
   e. [ ] Premises Liability
   f. [X] Other *(specify):* Strict Liability

11. Plaintiff has suffered
   a. [X] wage loss
   b. [X] loss of use of property
   c. [X] hospital and medical expenses
   d. [X] general damage
   e. [X] property damage
   f. [X] loss of earning capacity
   g. [X] other damage *(specify):* Any and all the Court deems just and proper.

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [X] compensatory damages
      (2) [ ] punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) [X] according to proof
      (2) [ ] in the amount of: $

15. [X] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):* All paragraphs.

Date: 06-24-2021

Erik F. Child, Esq.
(TYPE OR PRINT NAME)                        ▶ _____
                                              (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]   **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**   Page 3 of 3

PLD-PI-001(5)

| SHORT TITLE: Schaeffer vs. Roundup, et al. | CASE NUMBER: S-CV-0046916 |
|---|---|

| __First__ (number) | CAUSE OF ACTION—Products Liability | Page __4__ |
|---|---|---|

ATTACHMENT TO [X] Complaint  [ ] Cross - Complaint
(Use a separate cause of action form for each cause of action.)

Plaintiff (name): Joseph Oscar Schaeffer

Prod. L-1. On or about (date): June 28, 2019,   plaintiff was injured by the following product:
RoundUp Weed Killer

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
    [X] used in the manner intended by the defendants.
    [X] used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
    [X] purchaser of the product.   [X] user of the product.
    [ ] bystander to the use of the product.   [ ] other (specify):

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L-4. [X]  Count One—Strict liability of the following defendants who
    a. [X] manufactured or assembled the product (names): Roundup; Monsanto Technology, LLC; Monsanto Company
        [ ] Does __1__ to __50__
    b. [X] designed and manufactured component parts supplied to the manufacturer (names): Roundup; Monsanto Technology, LLC; Monsanto Company
        [X] Does __1__ to __50__
    c. [X] sold the product to the public (names): Roundup; Monsanto Technology, LLC; Monsanto Company
        [X] Does __1__ to __50__

Prod. L-5. [X] Count Two—Negligence of the following defendants who owed a duty to plaintiff (names): Roundup; Monsanto Technology, LLC; Monsanto Company
    [X] Does __1__ to __50__

Prod. L-6. [X] Count Three—Breach of warranty by the following defendants (names): Roundup; Monsanto Technology, LLC; Monsanto Company
    [X] Does __1__ to __50__
    a. [X] who breached an implied warranty
    b. [X] who breached an express warranty which was
        [X] written   [X] oral

Prod. L-7. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
    [ ] listed in Attachment-Prod. L-7 [X] as follows: Roundup; Monsanto Technology, LLC; Monsanto Company

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

CAUSE OF ACTION—Products Liability

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

PLD-PI-001(2)

| SHORT TITLE: Schaeffer vs. Roundup, et al. | CASE NUMBER: S-CV-0046916 |
|---|---|

| Second | CAUSE OF ACTION—General Negligence | Page 3 |
|---|---|---|
| (number) | | |

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

(Use a separate cause of action form for each cause of action.)

GN-1. Plaintiff (name): Joseph Oscar Schaeffer

alleges that defendant (name): Roundup; Monsanto Technology, LLC; Monsanto Company

[X] Does 1 to 50

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on (date): On or about June 28, 2019

at (place): 4129 Pleasant Hill Road, in the City of Lincoln, County of Placer, CA.

(description of reasons for liability):

Plaintiff realleges and incorporates herein by references each and every allegation in the first cause of action in the Plaintiff's complaint as therein alleged, as fully and completely as if repeated verbatim herein. Plaintiff alleges that Defendants negligently owned, designed, distributed, tested, maintained, manufactured, developed, designed, displayed, promoted and sold their products in such a manner and at such a time where the Defendants knew, or through their exercise of reasonable care should have known, that said negligence conduct and dangerous product would have likely cause injuries to Plaintiff.

Plaintiff was exposed to the dangers of Monsanto RoundUp Weed Killer after decades of using the product on Plaintiff's 5-acre orchard. Plaintiff's property was covered in heavy brushes and he used RoundUp to maintain his property. Plaintiff followed the necessary steps and precautions when using Defendants' product, i.e., hat, facial covering, ear protection and body covering yet Plaintiff was still exposed to the dangers of Roundup. As a result of Defendant's product, Plaintiff now suffers from B-Cell Lymphoma stage four cancer. Plaintiff has no family history of cancer and was otherwise healthy when he was diagnosed with B-Cell Lymphoma cancer known to be caused by RoundUp.

As a direct and proximate result of the actions of the Defendants, as herein above alleged, the Defendants caused Plaintiff serious physical, mental, and emotional injuries to Plaintiff's detriment and damage.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) (Rev. January 1, 2007)

CAUSE OF ACTION—General Negligence

Page 1 of 1
Code of Civil Procedure 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

MC-025

| SHORT TITLE: Schaeffer vs. Roundup, et al. | CASE NUMBER: S-CV-0046916 |
|---|---|

ATTACHMENT (Number): ____One____

(This Attachment may be used with any Judicial Council form.)

## THIRD CAUSE OF ACTION – STRICT LIABILITY

ATTACHMENT TO COMPLAINT

Plaintiff: Joseph Oscar Schaefer

Alleges that Defendant(s): Roundup; Monsanto Technology, LLC; Monsanto Company and Does 1- to 50

Was the legal (proximate) cause to damages to plaintiff. By the following acts or omissions to act, defendant negligently caused damage to plaintiff on or about June 28, 2019 at 4129 Pleasant Hill Road, in the City of Lincoln, County of Placer, CA.

Plaintiff realleges and incorporates herein by references each and every allegation in the first and second causes of actions in the Plaintiff's complaint as therein alleged, as fully and completely as if repeated verbatim herein. Plaintiff alleges that Defendants negligently owned, designed, distributed, tested, maintained, manufactured, developed, designed, displayed, promoted and sold their products in such a manner and at such a time where the Defendants knew, or through their exercise of reasonable care should have known, that said negligence conduct and dangerous product would have likely cause injuries to Plaintiff.

Plaintiff was exposed to the dangers of Monsanto RoundUp Weed Killer after decades of using the product on Plaintiff's 5-acre orchard. Plaintiff's property was covered in heavy brushes and he used RoundUp to maintain his property. Plaintiff followed the necessary steps and precautions when using Defendants' product, i.e., hat, facial covering, ear protection and body covering yet Plaintiff was still exposed to the dangers of Roundup. As a result of Defendant's product, Plaintiff now suffers from B-Cell Lymphoma stage four cancer. Plaintiff has no family history of cancer and was otherwise healthy when he was diagnosed with B-Cell Lymphoma cancer known to be caused by RoundUp.

As a direct and proximate result of the actions of the Defendants, as herein above alleged, the Defendants caused Plaintiff serious physical, mental, and emotional injuries to Plaintiff's detriment and damage.

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page __6__ of __6__
(Add pages as required)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

ATTACHMENT
to Judicial Council Form

www.courtinfo.ca.gov
Westlaw Doc & Form Builder

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Erik E. Child, Esq.                    SBN: 195104<br>CHILD & JACKSON, A PROFESSIONAL LAW CORPORATION<br>101 Parkshore Drive, Ste., 205, Folsom, CA 95630<br>TELEPHONE NO.: 916-932-2170    FAX NO.: 916-932-2171<br>ATTORNEY FOR (Name): Plaintiff: Joseph Oscar Schaeffer | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Placer<br>06/25/2021 at 11:57:33 AM<br>By: Mavis Anderson, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF PLACER:
STREET ADDRESS: 10820 Justice Center Drive
MAILING ADDRESS: 10820 Justice Center Drive
CITY AND ZIP CODE: Roseville, 95678
BRANCH NAME: Howard G. Gibson Courthouse

CASE NAME: Schaeffer vs. Roundup, et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: S-CV-0046916 |
|---|---|---|
| [X] Unlimited (Amount demanded exceeds $25,000) [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[X] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is  [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action (specify): Product Liability; General Negligence; Strict Liability
5. This case [ ] is  [X] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 06-24-2021

Erik E. Child, Esq.
(TYPE OR PRINT NAME)                                    ▶ /s/ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov<br>Westlaw Doc & Form Builder |

CM-010

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
  Auto (22)–Personal Injury/Property Damage/Wrongful Death
  Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/ Wrongful Death
  Product Liability *(not asbestos or toxic/environmental)* (24)
  Medical Malpractice (45)
    Medical Malpractice– Physicians & Surgeons
    Other Professional Health Care Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business Practice (07)
  Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
  Defamation (e.g., slander, libel) (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice *(not medical or legal)*
  Other Non-PI/PD/WD Tort (35)

**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
    Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/ Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections Case
  Insurance Coverage *(not provisionally complex)* (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
  Eminent Domain/Inverse Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court Case Matter
    Writ–Other Limited Court Case Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment *(non-domestic relations)*
    Sister State Judgment
    Administrative Agency Award *(not unpaid taxes)*
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-harassment)*
    Mechanics Lien
    Other Commercial Complaint Case *(non-tort/non-complex)*
    Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
  Partnership and Corporate Governance (21)
  Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition

CM-010 [Rev. July 1, 2007]   **CIVIL CASE COVER SHEET**   Page 2 of 2

# Superior Court of the State of California
## In and For The County of Placer

CASE NO. S-CV-0046916

## A CASE MANAGEMENT CONFERENCE HAS BEEN SCHEDULED:

DATE: October 25, 2021
TIME: ☒ 2:00 P.M. If your case number starts with "S-CV"
☐ 2:30 P.M. If your case number starts with "S-CV" and is deemed Complex
☐ 3:00 P.M. If your case number starts with "M-CV"
DEPT: 40 - 10820 Justice Center Drive, Roseville, California

### IF YOU DO NOT HAVE AN ATTORNEY, READ THIS:

The judge does **not** decide whether you win or lose your case at this court date. If you do not file an "Answer," or other "responsive pleading," you will automatically lose this case, usually before this court date. The Answer or responsive pleading must be given to the court clerk within 30 days of the day you received the Summons, along with a filing fee or application for waiver of court fees.

You can get free help filling out your Answer or responsive pleading at the court's Legal Help Center. For more information or to schedule an appointment, go to the court's website at www.placer.courts.ca.gov and select "Legal Help Center."

### INFORMATION ABOUT CASE MANAGEMENT CONFERENCES:

15 calendar days before the Case Management Conference, you must file and serve a completed Case Management Statement (CM-110).

You do not need to come to court for the first Case Management Conference. You can see the court's proposed orders 12 calendar days before the Case Management Conference on the court's website, www.placer.courts.ca.gov. Select "Tentative Rulings and Calendar Notes," then "Civil Case Management Conference." If you do not have Internet access, call the court at 916-408-6000 to get the information.

**The court does not provide a court reporter** at Case Management Conferences or Law & Motion hearings. If you want the proceedings reported, you must provide your own court reporter at your own expense.

**IF YOU WANT TO APPEAR BY TELEPHONE,** you must schedule your telephonic appearance through the court's website, www.placer.courts.ca.gov. Select "Telephonic Appearance System." For more information on the telephonic appearance system, please visit our "How to" guide on the website. YOU MUST PAY ONLINE TO USE THIS SERVICE UNLESS YOU HAVE BEEN GRANTED A FEE WAIVER BY THE COURT.

Superior Court of California, County of Placer
Form No. PL-CV901
Effective 09-18-2014
www.placer.courts.ca.gov

*- DO NOT FILE WITH THE COURT-*
*-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -*

CIV-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: 916-932-2170 | FOR COURT USE ONLY |
|---|---|---|
| Erik E. Child, Esq. <br> CHILD & JACKSON, A PROFESSIONAL LAW <br> 101 Parkshore Drive, Ste., 205; Folsom, CA 95630 <br> fax number: 916-932-2171    email: <br> ATTORNEY FOR (name): Plaintiff, Joseph Oscar Schaeffer | SBN: 195104 | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** PLACER
STREET ADDRESS: 10820 Justice Center Drive
MAILING ADDRESS: 10820 Justice Center Drive
CITY AND ZIP CODE: Roseville, 95678
BRANCH NAME: Howard G. Gibson Courthouse

PLAINTIFF: Joseph Oscar Schaeffer
DEFENDANT: Roundup; Monsanto Technology, LLC; Monsanto Company

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

CASE NUMBER: SCV0046916

To (name of one defendant only): Roundup
Plaintiff (name of one plaintiff only): Joseph Oscar Schaeffer
seeks damages in the above-entitled action, as follows:

                                                                                                                        AMOUNT
1. **General damages**
   a. [X] Pain, suffering, and inconvenience ......................................................................... $ 500,000.00
   b. [X] Emotional distress ................................................................................................. $ 500,000.00
   c. [X] Loss of consortium ................................................................................................ $ 500,000.00
   d. [ ] Loss of society and companionship (wrongful death actions only) ........................ $ _____
   e. [ ] Other (specify) .................................................................................................... $ _____
   f. [ ] Other (specify) .................................................................................................... $ _____
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [X] Medical expenses (to date) ................................................................................... $ 500,000.00
   b. [X] Future medical expenses (present value) ............................................................ $ 500,000.00
   c. [X] Loss of earnings (to date) .................................................................................... $ 500,000.00
   d. [X] Loss of future earning capacity (present value) .................................................... $ 500,000.00
   e. [X] Property damage .................................................................................................. $ 500,000.00
   f. [ ] Funeral expenses (wrongful death actions only) ................................................... $ _____
   g. [ ] Future contributions (present value) (wrongful death actions only) ...................... $ _____
   h. [ ] Value of personal service, advice, or training (wrongful death actions only) ........ $ _____
   i. [ ] Other (specify) .................................................................................................... $ _____
   j. [ ] Other (specify) .................................................................................................... $ _____
   k. [ ] Continued on Attachment 2.k.

3. [ ] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify).. $ _____
   when pursuing a judgment in the suit filed against you.

Date: 6-24-21

Erik E. Child, Esq.
(TYPE OR PRINT NAME)                                              ► _(signature)_
                                                                  (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)
(Proof of service on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

CIV-050

| PLAINTIFF: Joseph Oscar Schaeffer | CASE NUMBER: |
|---|---|
| DEFENDANT: Roundup; Monsanto Technology, LLC; Monsanto Company | |

**PROOF OF SERVICE**

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ☐ Statement of Damages  ☐ Other *(specify):*

   b. on *(name):*
   c. by serving ☐ defendant  ☐ other *(name and title or relationship to person served):*

   d. ☐ by delivery  ☐ at home  ☐ at business
      (1) date:
      (2) time:
      (3) address:

   e. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box):*
   a. ☐ **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**
   d. ☐ **Mail and acknowledgment service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) **(Attach completed acknowledgment of receipt.)**
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**
   f. ☐ Other *(specify code section):*
      ☐ additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☐ Not a registered California process server
   e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:
▶ _____
         (SIGNATURE)

Date:
▶ _____
         (SIGNATURE)

CIV-050 [Rev. January 1, 2007]

**PROOF OF SERVICE**
**(Statement of Damages)**

Page 2 of 2
Code of Civil Procedure §§ 425.11, 425.115

CIV-050

- DO NOT FILE WITH THE COURT-
-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Erik E. Child, Esq.<br>CHILD & JACKSON, A PROFESSIONAL LAW<br>101 Parkshore Drive, Ste., 205; Folsom, CA 95630<br>fax number: 916-932-2171   email:<br>ATTORNEY FOR (name): Plaintiff, Joseph Oscar Schaeffer | 916-932-2170<br>SBN: 195104 | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF PLACER
STREET ADDRESS: 10820 Justice Center Drive
MAILING ADDRESS: 10820 Justice Center Drive
CITY AND ZIP CODE: Roseville, 95678
BRANCH NAME: Howard G. Gibson Courthouse

PLAINTIFF: Joseph Oscar Schaeffer
DEFENDANT: Roundup; Monsanto Technology, LLC; Monsanto Company

| STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | CASE NUMBER:<br>SCV0046916 |
|---|---|

To (name of one defendant only): Monsanto Technology, LLC
Plaintiff (name of one plaintiff only): Joseph Oscar Schaeffer
seeks damages in the above-entitled action, as follows:

AMOUNT

1. **General damages**
   a. [x] Pain, suffering, and inconvenience ........................................................ $ 500,000.00
   b. [x] Emotional distress. ................................................................................ $ 500,000.00
   c. [x] Loss of consortium ................................................................................ $ 500,000.00
   d. [ ] Loss of society and companionship (wrongful death actions only) ....... $ _____
   e. [ ] Other (specify) ..................................................................................... $ _____
   f. [ ] Other (specify) ..................................................................................... $ _____
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [x] Medical expenses (to date) .................................................................. $ 500,000.00
   b. [x] Future medical expenses (present value) ........................................... $ 500,000.00
   c. [x] Loss of earnings (to date) ................................................................... $ 500,000.00
   d. [x] Loss of future earning capacity (present value) ................................. $ 500,000.00
   e. [x] Property damage ................................................................................ $ 500,000.00
   f. [ ] Funeral expenses (wrongful death actions only) ............................... $ _____
   g. [ ] Future contributions (present value) (wrongful death actions only) ... $ _____
   h. [ ] Value of personal service, advice, or training (wrongful death actions only) ... $ _____
   i. [ ] Other (specify) ..................................................................................... $ _____
   j. [ ] Other (specify) ..................................................................................... $ _____
   k. [ ] Continued on Attachment 2.k.

3. [ ] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify).. $ _____
   when pursuing a judgment in the suit filed against you.

Date: 6-24-21

Erik E. Child, Esq.
(TYPE OR PRINT NAME)                                    ▶  (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

STATEMENT OF DAMAGES
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

CIV-050

| PLAINTIFF: Joseph Oscar Schaeffer | CASE NUMBER: |
|---|---|
| DEFENDANT: Roundup; Monsanto Technology, LLC; Monsanto Company | |

**PROOF OF SERVICE**

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ☐ Statement of Damages   ☐ Other *(specify):*
   b. on *(name):*
   c. by serving ☐ defendant   ☐ other *(name and title or relationship to person served):*

   d. ☐ by delivery   ☐ at home   ☐ at business
      (1) date:
      (2) time:
      (3) address:

   e. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box):*
   a. ☐ **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**
   d. ☐ **Mail and acknowledgment service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) **(Attach completed acknowledgment of receipt.)**
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**
   f. ☐ Other *(specify code section):*
      ☐ additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☐ Not a registered California process server
   e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:
▶ _____
(SIGNATURE)

Date:
▶ _____
(SIGNATURE)

CIV-050 [Rev. January 1, 2007]

**PROOF OF SERVICE**
**(Statement of Damages)**

Page 2 of 2
Code of Civil Procedure §§ 425.11, 425.115

CIV-050

**- DO NOT FILE WITH THE COURT-**
**--UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Erik E. Child, Esq.<br>CHILD & JACKSON, A PROFESSIONAL LAW<br>101 Parkshore Drive, Ste., 205; Folsom, CA 95630<br>fax number: 916-932-2171    email:<br>ATTORNEY FOR (name): Plaintiff, Joseph Oscar Schaeffer | 916-932-2170<br>SBN: 195104 | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF PLACER
STREET ADDRESS: 10820 Justice Center Drive
MAILING ADDRESS: 10820 Justice Center Drive
CITY AND ZIP CODE: Roseville, 95678
BRANCH NAME: Howard G. Gibson Courthouse

PLAINTIFF: Joseph Oscar Schaeffer
DEFENDANT: Roundup; Monsanto Technology, LLC; Monsanto Company

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

CASE NUMBER: SCV0046916

To (name of one defendant only): Monsanto Company
Plaintiff (name of one plaintiff only): Joseph Oscar Schaeffer
seeks damages in the above-entitled action, as follows:

AMOUNT

1. **General damages**
   a. [X] Pain, suffering, and inconvenience ............................................................. $ 500,000.00
   b. [X] Emotional distress ........................................................................................ $ 500,000.00
   c. [X] Loss of consortium ....................................................................................... $ 500,000.00
   d. [ ] Loss of society and companionship (wrongful death actions only) ............. $ _____
   e. [ ] Other (specify) ............................................................................................. $ _____
   f. [ ] Other (specify) ............................................................................................. $ _____
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [X] Medical expenses (to date) ........................................................................ $ 500,000.00
   b. [X] Future medical expenses (present value) .................................................. $ 500,000.00
   c. [X] Loss of earnings (to date) .......................................................................... $ 500,000.00
   d. [X] Loss of future earning capacity (present value) ......................................... $ 500,000.00
   e. [X] Property damage ........................................................................................ $ 500,000.00
   f. [ ] Funeral expenses (wrongful death actions only) ........................................ $ _____
   g. [ ] Future contributions (present value) (wrongful death actions only) ........... $ _____
   h. [ ] Value of personal service, advice, or training (wrongful death actions only) ... $ _____
   i. [ ] Other (specify) ............................................................................................. $ _____
   j. [ ] Other (specify) ............................................................................................. $ _____
   k. [ ] Continued on Attachment 2.k.

3. [ ] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify).. $ _____
   when pursuing a judgment in the suit filed against you.

Date: 6-24-21

Erik E. Child, Esq.
(TYPE OR PRINT NAME)

▶ (signature)
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

CIV-050

| PLAINTIFF: Joseph Oscar Schaeffer | CASE NUMBER: |
|---|---|
| DEFENDANT: Roundup; Monsanto Technology, LLC; Monsanto Company | |

## PROOF OF SERVICE

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ☐ Statement of Damages   ☐ Other *(specify):*
   b. on *(name):*
   c. by serving ☐ defendant   ☐ other *(name and title or relationship to person served):*
   d. ☐ by delivery   ☐ at home   ☐ at business
      (1) date:
      (2) time:
      (3) address:
   e. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box):*
   a. ☐ **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**
   d. ☐ **Mail and acknowledgment service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) **(Attach completed acknowledgment of receipt.)**
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**
   f. ☐ Other *(specify code section):*
      ☐ additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☐ Not a registered California process server
   e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:

▶ _____
(SIGNATURE)

Date:

▶ _____
(SIGNATURE)

CIV-050 [Rev. January 1, 2007]

**PROOF OF SERVICE**
**(Statement of Damages)**

Page 2 of 2
Code of Civil Procedure §§ 425.11, 425.115