**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 26, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 26, 2021 to counsel for Plaintiff as follows:

Andrew J. Shamis
SHAMIS & GENTILE, P.A.
Suite 705
14 NE 1st Avenue
Miami, FL 33132
305-479-2299
Fax: 786-623-0915
Email: ashamis@shamisgentile.com

Counsel for Plaintiff in *Darty v. Monsanto Company*, No. 1:21-cv-04266-ELR. (N.D. GA.).

Dated: October 26, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*