**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Aleksandr Romanov and Sviatlana Voranava | Monsanto Company and John Doe 1-50 | USDC District of New Jersey | 3:21-cv-19177-MAS-LHG | Assigned to: Judge Michael A. Shipp Referred to: Magistrate Judge Lois H. Goodman |