# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 28, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 28, 2021 to counsel for Plaintiffs as follows:

Brandon S. Finz  
FINZ & FINZ, P.C.  
410 East Jericho Tpke.  
Mineola, NY 11501  
516-433-3000  
Email: bfinz@finzfirm.com

Counsel for Plaintiffs in *Romanov et al. v. Monsanto Company, et al.*, No. 3:21-cv-19177-MAS-LHG (N.J.)

Dated: October 28, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs  
Jennise W. Stubbs  
(jstubbs@shb.com)  
SHOOK, HARDY & BACON L.L.P.  
600 Travis Street, Suite 3400  
Houston, TX 77002-2926  
Phone: (713) 227-8008  
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*