**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 29, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 29, 2021 to counsel for Plaintiff as follows:

Ashleigh Ruth Madison
SOUTHEAST LAW LLC
1703 ABERCORN ST
SAVANNAH, GA 31401
912-662-6612
Fax: 877-417-2943
Email: southeastlaw@gmail.com

Counsel for Plaintiff in *Ragan v. Monsanto Company,* No. 1:21-cv- 00161-LAG (M.D. GA.).

Dated: October 29, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*