**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Corporate Disclosure Statement was electronically filed on November 1, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on November 1, 2021 to counsel as follows:

Feliz A Rael
Attorney at Law
505 Marquette NW, suite 1300
Albuquerque, NM 87102
505-610-5991
Fax: 505-938-2301
Email: frael@swcp.com

Anthony K. Bruster
Christopher Johnson
John C. Hull
BRUSTER PLLC
680 N. Carroll Ave., Suite 110
Southlake, Texas 76092
(817) 601-9564
Fax: (817) 796-2929
Email: akbruster@brusterpllc.com
Email: cjohnson@brusterpllc.com
Email: jhull@brusterpllc.com

2

Darren Pl. McDowell
Matthew R. McCarley
FEARS NACHAWATI LAW FIRM
5473 Blair Road
Dallas, Texas 75231
(214) 890-0711
Fax: (214) 890-0712
Email: dmcdowell@fnlawfirm.com
Email: mccarley@fnlawfirm.com

Counsel for Plaintiff.

Kenneth L. Beal
BRIDGEFORTH & BEAL
PO Box 725
Las Cruces, NM 88004
(505) 526-5511
Fax: 505-526-8635
Email: klbealoffice@gmail.com

Counsel for SIDCO Corporation.

Dated: November 1, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs

Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*