**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION**  **MDL No. 2741**

## SCHEDULE OF ACTIONS

| Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Marita Renteria | Monsanto Company and SIDCO Corporation | D. New Mexico | 2:21-cv-00994-GBW-SMV | Assigned to: Magistrate Judge Gregory B. Wormuth<br><br>Referred to: Magistrate Judge Stephan M. Vidmar |