**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Susan Almeida | Monsanto Company | USDC District of Massachusetts | 1:21-cv-11346-LTS | Assigned to: District Judge Leo T. Sorokin |
| 2. | Maurice Plourde | Monsanto Company | USDC District of Massachusetts | 1:21-cv-11344-RGS | Assigned to: Judge Richard G. Stearns |