# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 1, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on November 1, 2021 to counsel for Plaintiffs as follows:

Julie E. Lamkin
LAW OFFICES OF JEFFREY S. GLASSMAN
One International Place, 18th Flr.
Boston, MA 02110
617-367-2900
Email: jlamkin@jeffreysglassman.com

Counsel for Plaintiff in *Almeida v. Monsanto Company*, No. 1:21-cv-11346-LTS (MA.) and Counsel for Plaintiff in *Plourde v. Monsanto Company*, No. 1:21-cv-11344-RGS (MA.)

Dated: November 1, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*

1