**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 4, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on November 4, 2021 to counsel for Plaintiff as follows:

Daniel Robert Seidman
SEIDMAN MARGULIS & FAIRMAN, LLP
10805 Sunset Office Dr., Ste. 300
Sunset Hills, MO 63127
(314) 238-1342
Email: dseidman@seidmanlaw.net

Counsel for Plaintiff in *Denenberg v. Monsanto Company*, No. 1:21-cv-05888 (N.D. IL.).

Dated: November 4, 2021                    Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*