**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| 1. | Albert Fattakhov | Monsanto Company, Bayer AG and Bayer CropScience Holding Inc. | USDC Eastern District of New York | 1:21-cv-05834-ARR-VMS | Assigned to: Judge Allyne R. Ross  Referred to: Magistrate Judge Vera M. Scanlon |
| 2. | David Barnhart | Monsanto Company | USDC Southern District of Texas | 2:21-cv-00259 | Assigned to: Judge Nelva Gonzales Ramos |