**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 11, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on November 11, 2021 to counsel for Plaintiffs as follows:

Alexander G. Cabeceiras
DEREK SMITH LAW GROUP, PLLC
One Penn Plaza
Suite 4905
New York, NY 10119
860-978-7710
Email: alexc@dereksmithlaw.com

Counsel for Plaintiff in *Fattakhov v. Monsanto Company, et al.*, No. 1:21-cv-05834-ARR-VMS (E.D. NY.).

C. Mark Whitehead
THE WHITEHEAD LAW FIRM LLC
3639 Ambassador Caffery Parkway
Lafayette, LA 70503
337-740-6006
Fax: 337-205-7754
Email: cmw@whiteheadlaw.com

Byron Miles Buchanan
THE BUCHANAN LAW OFFICE P.C.
1002 Gemini Street
Suite 225C
Houston, TX 77058
713-936-0783
Fax: 17135830444
Email: byron@thebuchananlawoffice.com

1

Counsel for Plaintiff in *Barnhart v. Monsanto Company,* No. 2:21-cv- 00259 (S.D. TX.).

Bayer AG
Attn: General Counsel
Law, Patents & Compliance
Building Q 26, 1.008
51368 Leverkusen, Germany
Phone Number: Number 011492143046668

Copies of the foregoing were also caused to be served via UPS International on defendant Bayer AG in *Fattakhov v. Monsanto Company, et al.*, No. 1:21-cv-05834-ARR-VMS (E.D. NY.).

Bayer CropScience Holding Inc.
100 Bayer Rd
Pittsburgh, PA 15205-9707
412-777-2000

Copies of the foregoing were also caused to be served via UPS on defendant Bayer CropScience Holding Inc. in *Fattakhov v. Monsanto Company, et al.*, No. 1:21-cv-05834-ARR-VMS (E.D. NY.).

| | |
|---|---|
| Dated: November 11, 2021 | Respectfully submitted, |
| | /s/ Jennise W. Stubbs |
| | Jennise W. Stubbs |
| | (jstubbs@shb.com) |
| | SHOOK, HARDY & BACON L.L.P. |
| | 600 Travis Street, Suite 3400 |
| | Houston, TX 77002-2926 |
| | Phone: (713) 227-8008 |
| | Fax: (713) 227-9508 |
| | |
| | *Attorneys for Defendant Monsanto Company* |