**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 12, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on November 12, 2021 to counsel for Plaintiffs as follows:

Andrew S. Ashby
Maxwell Kent Thelen
Seth Lowry
Ashby, Thelen, & Lowry
445 Franklin Gateway SE
Marietta, GA 30067
404-777-7771
Fax: 404-777-7772
Email: drew@ashbyfirm.com
Email: max@atllaw.com
Email: seth@ashbyfirm.com

Shirin M. Vesely
Trenam Kemker
200 Central Avenue, Suite 1600
St. Petersburg, FL 33731-0057
727-896-7171
svesely@trenam.com

Counsel for Plaintiffs in *King v. Monsanto Co.*, No. 1:21-cv- 04542-WMR (N.D. GA.).

1

Dated: November 12, 2021                Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*