**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Gene Whitlow Wyatt | Monsanto Company | USDC Southern District of Ohio | 2:21-cv-05358-JLG-KAJ | Assigned to: Judge James L. Graham  Referred to: Magistrate Judge Kimberly A. Jolson |

1