**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 18, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on November 18, 2021 to counsel for Plaintiff as follows:

Robert P Miller
ROURKE AND BLUMENTHAL
495 South High Street
Suite 450
Columbus, OH 43215
614-220-9200
Email: rmiller@randbllp.com

Counsel for Plaintiff in *Wyatt v. Monsanto Company* No. 2:21-cv-05358-JLG-KAJ (S.D. OH.).

Dated: November 18, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax: (713) 227-9508

*Attorneys for Defendant Monsanto Company*