**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 23, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on November 23, 2021 to counsel for Plaintiff as follows:

Hendrick Vandamme
VANDAMME LAW FIRM
46 Trinity Place, 3rd Floor
New York
New York, NY 10016
212-641-0613
Fax: 212-918-0729
Email: hendrick@vandamme-law.com

Counsel for Plaintiff in *Saunders v. Monsanto Company, et al.*, No. 1:21-cv-05978-ENV-RER

Dated: November 23, 2021                 Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*

1