**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Timothy Muise | Monsanto Company | USDC District of Massachusetts | 1:21-cv-11828-RGS | Assigned to: Judge Richard G. Stearns |
| 2. | Juliana Fuller | Monsanto Company and John Does 1 through 100 inclusive | USDC Eastern District of Missouri | 4:21-cv-01358-RLW | Assigned to: District Judge Ronnie L. White |
| 3. | Robert Lyster | Monsanto Company and John Does 1 through 100 inclusive | USDC Eastern District of Missouri | 4:21-cv-01356-SEP | Assigned to: District Judge Sarah E. Pitlyk |
| 4. | Martha Quinones | Monsanto Company and John Does 1 through 100 inclusive | USDC Eastern District of Missouri | 4:21-cv-01359-SRC | Assigned to: District Judge Stephen R. Clark |