# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 1, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on December 1, 2021 to counsel for Plaintiffs as follows:

Julie E. Lamkin
LAW OFFICES OF JEFFREY S. GLASSMAN
One International Place, 18th Flr.
Boston, MA 02110
617-367-2900
Email: jlamkin@jeffreysglassman.com

Counsel for Plaintiff in *Muise v. Monsanto Company*, No. 1:21-cv-11828-RGS (MA.).

Emily Jo Kirk
MCCUNE WRIGHT LLP - Ontario
3281 East Guasti Rd.
Suite 100
Ontario, CA 91761
909-557-1250
Fax: 909-557-1275
Email: ejk@mccunewright.com

Counsel for Plaintiff in *Fuller v. Monsanto Company, et al.*, No. 4:21-cv-01358-RLW (E.D. MO.). Counsel for Plaintiff in *Lyster v. Monsanto Company, et al.,* No.: 4:21-cv-01356-SEP (E.D. MO.). And Counsel for Plaintiff in *Quinones v. Monsanto Company, et al.,* No. 4:21-cv-01359-SRC (E.D. MO.).

Dated: December 1, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*