# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 3, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on December 3, 2021 to counsel for Plaintiff as follows:

Boris Treyzon
Joseph Robert Finnerty
Michael P Kelly
Robert William Finnerty
ABIR COHEN TREYZON SALO LLP
16001 Ventura Boulevard Suite 200
Encino, CA 91436
424-288-4367
Fax: 424-288-4368
Email: btreyzon@actslaw.com
Email: jfinnerty@actslaw.com
Email: mkelly@actslaw.com
Email: rfinnerty@actslaw.com

Counsel for Plaintiff in *Hunter v. Monsanto Company, et al.*, No. 2:21-cv-08619-MRW (C.D. CA.).

Bayer Corporation
100 Bayer Boulevard
Whippany, NJ 07981

Copies of the foregoing were also caused to be served via UPS on defendant Bayer Corporation in *Hunter v. Monsanto Company, et al.*, No. 2:21-cv-08619-MRW (C.D. CA.).

Dated: December 3, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs

Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*

2