**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | David Seleroe | Monsanto Company | USDC Northern District of Iowa | 5:21-cv-04043-LRR-KEM | Assigned to: Judge Linda R Reade Referred to: Chief Magistrate Judge Kelly K.E. Mahoney |
| 2. | Alma Rosales | Monsanto Company | USDC District of South Carolina | 2:21-cv-01895-MDL | Not Yet Assigned |
| 3. | Brent L. Graves and Barbara Graves | Monsanto Company | USDC District of South Dakota | 4:21-cv-04208-KES | Assigned to: U.S. District Judge Karen E. Schreier |
| 4. | Bakri El-Hakam and Mary El-Hakam | Monsanto Company Inc., Bayer AG and Bayer Corporation | USDC Southern District of Texas | 4:21-cv-03917 | Assigned to: Judge Kenneth M Hoyt |