**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 9, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on December 9, 2021 to counsel for Plaintiffs as follows:

Natalie Hein
WELCH LAW FIRM PC
1299 Farnam Street
Suite 1220
Omaha, NE 68102
402 341 1200
Email: natalie@welchlawfirm.com

Counsel for Plaintiff in *Seleroe v. Monsanto Company*, No. 5:21-cv-04043-LRR-KEM (N.D. IA).

Blake Garrett Abbott
Eric Poulin
Roy T Willey, IV
ANASTOPOULO LAW FIRM LLC
32 Ann Street
Unit B
Charleston, SC 29403
843-614-8888
Email: blake@akimlawfirm.com
Email: eric@akimlawfirm.com
Email: roy@akimlawfirm.com

Jarrett Walker Withrow
GAFFNEY LEWIS LLC
3700 Forest Drive
Suite 400
Columbia, SC 29204
803-790-8838
Fax: 803-791-8841
Email: jwithrow@gaffneylewis.com

Counsel for Plaintiff in *Rosales v. Monsanto Company*, No. 2:21-cv- 01895-MDL (S.C.).

Lon J. Kouri
MAY & JOHNSON, P.C.
PO Box 88738
Sioux Falls, SD 57109-8738
336-2565
Fax: 336-2604
Email: lkouri@mayjohnson.com

Counsel for Plaintiffs in *Graves, et al. v. Monsanto Company*, No. 4:21-cv-04208-KES (S.D.).

Leila Mariam El-Hakam
MATIAS J. ADROGUE, PLLC
1629 W. Alabama St.
Houston, TX 77006
713-425-7270
Fax: 713-425-7271
Email: LME@MJALAWYER.COM

Counsel for Plaintiffs in *El-Hakam, et al. v. Monsanto Company, Inc. et al.*, No. 4:21-cv-03917 (S.D. TX).

Bayer AG
Attn: General Counsel
Law, Patents & Compliance
Building Q 26, 1.008
51368 Leverkusen, Germany
Phone Number: Number 011492143046668


Copies of the foregoing were also caused to be served via UPS International on defendant Bayer AG in *El-Hakam, et al. v. Monsanto Company et al.*, No. 4:21-cv-03917 (S.D. TX).

Bayer Corporation
100 Bayer Boulevard
Whippany, NJ 07981
862/404-3000

Copies of the foregoing were also caused to be served via UPS on defendant Bayer Corporation in *El-Hakam, et al. v. Monsanto Company et al.*, No. 4:21-cv-03917 (S.D. TX).

Dated: December 9, 2021                     Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*