**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 14, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on December 14, 2021 to counsel for Plaintiff as follows:

Eric D. Roslansky
Austin Johnson Grinder
THE RUTH LAW TEAM
8600 4th St N
PO Box 16847
St Petersburg, FL 33733-6847
727-327-3222
Email: eroslansky@getjustice.com
Email: Email: agrinder@getjustice.com

Counsel for Plaintiff in *Pease v. Monsanto Company*, No. 8:21-cv-02817-MSS-CPT (M.D. FL.).

Dated: December 14, 2021                                   Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*