## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:   12/20/21**

**District Court: M.D. Alabama**

**Number of Actions: 1**

**Complaints and Docket Sheets are attached.**

_____

CLERK OF THE PANEL