**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Michael Perez and Linda Perez | Monsanto Company | USDC Middle District of Florida | 6:21-cv-02070-RBD-LRH | Assigned to: Judge Roy B. Dalton, Jr. Referred to: Magistrate Judge Leslie R. Hoffman |