**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 21, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on December 21, 2021 to counsel for Plaintiff as follows:

Jeffrey L. Haberman
SCHLESINGER LAW OFFICES, PA
1212 SE 3rd Ave
Ft Lauderdale, FL 33316
Email: JHaberman@schlesingerlaw.com

Counsel for Plaintiffs in *Perez v. Monsanto Company*, No. 6:21-cv-02070-RBD-LRH (M.D. FL.).

Dated: December 21, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*