**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 23, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on December 23, 2021 to counsel for Plaintiff as follows:

Paula S. Bliss
JUSTICE LAW COLLABORATIVE, LLC
19 Belmont Street
South Easton, MA 02375
508-230-2700
Email: pbliss@bkbblaw.com

Counsel for Plaintiff in *Sullivan v. Monsanto Company,* No. 1:21-cv-12113-DJC (MA.).

Dated: December 23, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:     (713) 227-9508

*Attorneys for Defendant Monsanto Company*