# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 27, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on December 27, 2021 to counsel for Plaintiff as follows:

Areg A. Sarkissian  
SARKISSIAN LAW GROUP  
Encino Office Park 1  
6345 Balboa Blvd., Ste. 114  
Encino, CA 91316

Counsel for Plaintiff in *Sarkissian v. Monsanto Company, et al*, No. 2:21-cv-09903 (C.D. CA.).

Dated: December 27, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs  
Jennise W. Stubbs  
(jstubbs@shb.com)  
SHOOK, HARDY & BACON L.L.P.  
600 Travis Street, Suite 3400  
Houston, TX 77002-2926  
Phone: (713) 227-8008  
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*

1