**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**AMENDED PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the Notice of Potential Tag-Along Actions, Dkt. No. 2741, was electronically filed on December 27, 2021 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on December 27, 2021 to counsel for Plaintiff as follows:

Areg A. Sarkissian
SARKISSIAN LAW GROUP
Encino Office Park 1
6345 Balboa Blvd., Ste. 114
Encino, CA 91316
areg@sarkissianlawgroup.com

Counsel for Plaintiff in *Sarkissian v. Monsanto Company, et al*, No. 2:21-cv-09903 (C.D. CA.).

Dated: December 28, 2021

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:     (713) 227-9508

*Attorneys for Defendant Monsanto Company*