# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:**   12/28/21

**District Court:** D. South Carolina

Number of Actions: 1

**Complaints and Docket Sheets are attached.**

C<small>LERK OF THE</small> P<small>ANEL</small>