**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Peter Ginkel  | Monsanto Company and John Does 1-50 | USDC District of New Jersey | 2:21-cv-20718-SDW-AME | Assigned to: Judge Susan D. Wigenton Referred to: Magistrate Judge Andre M. Espinosa |

1