BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on January 7, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on January 7, 2022 to counsel for Plaintiffs as follows:

Kenneth W DeJean
Adam Russell Credeur
Natalie Marie DeJean
LAW OFFICES OF KENNETH W. DeJEAN
P O Box 4325
Lafayette, LA 70502
337-235-5294
Fax: 337-235-1095
Email: kwdejean@kwdejean.com
Email: adam@kwdejean.com
Email: natalie@kwdejean.com

Counsel for Plaintiffs in *LeBlanc, Jr, et al v. Monsanto Co.*, No. 6:21-cv-04440-RRS-CBW (W.D. LA.).

| | |
|---|---|
| Dated: January 7, 2022 | Respectfully submitted, |

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:     (713) 227-9508

*Attorneys for Defendant Monsanto Company*