**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**



# Notice of Tag-Along from District Court

**Date Received: 1/7/22**

**District Court: D. Arizona**

**Number of Actions: 3**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL