DTE,STD

# U.S. District Court
## DISTRICT OF ARIZONA (Tucson Division)
### CIVIL DOCKET FOR CASE #: 4:21-cv-00490-JCH

| | |
|---|---|
| Grissom v. Monsanto Company | Date Filed: 11/29/2021 |
| Assigned to: Judge John C Hinderaker | Jury Demand: None |
| Cause: 28:1332 Diversity-Product Liability | Nature of Suit: 540 Prisoner: Mandamus & Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Karl M Grissom**　　　　　　　　　represented by　**Karl M Grissom**
#344904
TUCSON-AZ-TUCSON-ASPC-MANZANITA
MANZANITA UNIT
P.O. BOX 24401
TUCSON, AZ 85734
PRO SE

V.

**Defendant**

**Monsanto Company**
*named as Round Up - Chemical*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/29/2021 | 1 | COMPLAINT filed by Karl M Grissom. (3 pages) (Attachments: # 1 Envelope) (JAM) (Entered: 11/30/2021) |
| 11/29/2021 | 2 | This case has been assigned to the Honorable John C Hinderaker. All future pleadings or documents should bear the correct case number: CV-21-490-TUC-JCH. Notice of Availability of Magistrate Judge to Exercise Jurisdiction form attached. (JAM) (Entered: 11/30/2021) |
| 12/06/2021 | 3 | ORDERED: The Complaint (Doc. 1 ) is dismissed for failure to file on a court-approved form. Plaintiff has 30 days from the date this Order is filed to file a first amended complaint in compliance with this Order. If Plaintiff fails to file an amended complaint within 30 days, the Clerk of Court must, without further notice, enter a judgment of dismissal of this action without prejudice and deny any pending unrelated motions as moot. Within 30 days of the date this Order is filed, Plaintiff must either pay the $350.00 filing fee and $52.00 administrative fee or file a complete Application to Proceed In Forma Pauperis and a certified six-month trust account statement. If Plaintiff fails to either pay the $350.00 filing fee and $52.00 administrative fee or file a complete Application to Proceed |

| | | |
|---|---|---|
| | | In Forma Pauperis within 30 days, the Clerk of Court must enter a judgment of dismissal of this action without prejudice and without further notice to Plaintiff and deny any pending unrelated motions as moot. The Clerk of Court must mail Plaintiff a court-approved form for filing a civil rights complaint by a prisoner and a court-approved form for filing an Application to Proceed In Forma Pauperis (Non-Habeas). Signed by Judge John C Hinderaker on 12/3/2021. (ARC) (Entered: 12/06/2021) |
| 12/15/2021 | [4](#) | Mail Returned as Undeliverable. Mail sent to Karl M Grissom. Reason for return: Return to Sender- Name and Number Do Not Match. Document number 3. (ARC) (Entered: 12/16/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/11/2022 06:38:25 | | | |
| **PACER Login:** | cdorsey12:5189134:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:21-cv-00490-JCH |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**

42 USC 1983

para 9 set - Clareification

FILED ___ LODGED
___ RECEIVED ___ COPY
NOV 29 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CV-21-490-TUC-JCH

(Roudd up - chemical)
Round liabilitly litigation
parkensin Diease)

MDL - 16 - 2741 -

- Karl M Grissom

Tucson AZ 85734
ADOC - ASPC - complex

need to File / transfer
to northern District of
California - U.S

11-6-21

need legal counsel
6th amendment - US

- Wilkinson, Walsh,
    Eskovitz PLLC
- Wash DC 20036

- Latham / Watkins PLLC
   Wash DC 20004

Hollingworth - PLLC
   Wash DC 20005


Karl Grissom

11-8-21

Karl Grissom ADOC-
ASPC-

- 24 # motion to proceesed Forma pauperis

- 29 #1 Amicus Curiaes Brief -

- MDL- 16-2741

- 9TH circuit- Round up
Liailibility litigation 7
paraquat / parkensan illness

- Karl Grissom
Tucson AZ 85734
Ariz prison

INMATE MAIL; ARIZONA DEPARTMENT OF CORRECTIONS
Inmate: Karl M Grisson
ADC#: 344740
Arizona State Prison Complex: Tucson
Unit: Tucson
City: PBX 24401 Tucson AZ 85734

RECEIVED
NOV 29 2021
CLERK'S OFFICE
U.S. DISTRICT COURT

US District Court Clerk
US Courthouse 1500
405 W Congress St
Tucson, AZ 85701



PHOENIX AZ 852
22 NOV 2021 PM 10 L

85701-509899