DTE,STD

# U.S. District Court
## DISTRICT OF ARIZONA (Tucson Division)
## CIVIL DOCKET FOR CASE #: 4:21-cv-00494-JGZ

| | |
|---|---|
| Cammilletti v. Monsanto Company | Date Filed: 12/02/2021 |
| Assigned to: Judge Jennifer G Zipps | Jury Demand: None |
| Related Cases: 2:05-cv-00419-EHC-DKD | Nature of Suit: 540 Prisoner: Mandamus & Other |
| 2:19-cv-03336-DJH--DMF | Jurisdiction: Federal Question |
| 2:20-cv-02150-DJH-DMF | |
| Cause: 28:1332 Diversity-Product Liability | |

**Plaintiff**

**Adolph Rocco Cammilletti**   represented by   **Adolph Rocco Cammilletti**
#149924
TUCSON-AZ-TUCSON-ASPC-MANZANITA
3-B-13
MANZANITA UNIT
P.O. BOX 24401
TUCSON, AZ 85734
PRO SE

V.

**Defendant**

**Monsanto Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2021 | 1 | COMPLAINT filed by Adolph Rocco Cammilletti. (2 pages) (Attachments: # 1 Envelope)(JAM) (Entered: 12/02/2021) |
| 12/02/2021 | 2 | This case has been assigned to the Honorable Jennifer G Zipps. All future pleadings or documents should bear the correct case number: CV-21-494-TUC-JGZ. Notice of Availability of Magistrate Judge to Exercise Jurisdiction form attached. (JAM) (Entered: 12/02/2021) |
| 12/15/2021 | 3 | ORDER: Within 30 days of the date this Order is filed, Plaintiff must either pay the $350.00 filing fee and $52.00 administrative fee or file a complete Application to Proceed In Forma Pauperis and a certified six-month trust account statement. If Plaintiff fails to either pay or file a complete Application to Proceed In Forma Pauperis within 30 days, the Clerk of Court must enter a judgment of dismissal of this action without prejudice and without further notice to Plaintiff and deny any pending unrelated motions as moot. Plaintiff's "File For Round Up Litigation case 19-162741" (Doc. 1 ) is dismissed for failure to file on a court-approved form. Plaintiff has 30 days from the date this Order is filed to file an |

| | | |
|---|---|---|
| | | amended complaint. If Plaintiff fails to file an amended complaint within 30 days, the Clerk of Court must, without further notice, enter a judgment of dismissal of this action without prejudice and deny any pending unrelated motions as moot. The Clerk of Court must mail Plaintiff a court-approved form for filing an Application to Proceed In Forma Pauperis (Non-Habeas) and a civil rights complaint by a prisoner. Signed by Judge Jennifer G Zipps on 12/15/21. (See attached Order for complete details)(JAM) (Entered: 12/15/2021) |
| 12/27/2021 | 4 | First AMENDED COMPLAINT (titled: Original Complaint) against Monsanto Company filed by Adolph Rocco Cammilletti. (7 pages)(MYE) (Entered: 12/28/2021) |
| 12/27/2021 | 5 | APPLICATION for Leave to Proceed In Forma Pauperis by Adolph Rocco Cammilletti. (2 pages) (MYE) (Entered: 12/28/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/11/2022 05:56:00 | | | |
| **PACER Login:** | cdorsey12:5189134:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:21-cv-00494-JGZ |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**

Adolph R Camilletti, 148924
Name and Prisoner/Booking Number

MANZANITA
Place of Confinement

PO Bx 24401
Mailing Address

Tucson, AZ 85734
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 27 2021

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Adolph R Cammilletti
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Monstanto Comp,
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 4·21 CV 00494
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: 8TH / 14TH US. Const.

2. Institution/city where violation occurred: Ariz Dept Correction Tucson

Revised 3/11/16

1

550/555

## B. DEFENDANTS

1. Name of first Defendant: __Monsanto Corp__. The first Defendant is employed as: __CEO__ at __Northern California__
   (Position and Title)                           (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
   as: _____ at _____
   (Position and Title)                           (Institution)

3. Name of third Defendant: _____. The third Defendant is employed
   as: _____ at _____
   (Position and Title)                           (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed
   as: _____ at _____
   (Position and Title)                           (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☒ Yes   ☐ No

(2.) If yes, how many lawsuits have you filed? __one__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Adolph Cammilletti__ v. __David Shinn__
      2. Court and case number: __CV20-02150 - PHX - DJH - DMF__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Still pending__

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

↑ Fill out

2

### D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: __14TH amendment__

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☑ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _exposure to pfmg gust, has cause me cancer - since ?_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _Cancer, physical pain, mental Health._

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I? ☑ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☑ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: 8T4 amendment.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Cruel treatment to a person, exposure to Round up weed killer - paraquat cause Cancer. Diagnosis date (

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Cancer, physical pain / suffering mental Health

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**COUNT III**

1. State the constitutional or other federal civil right that was violated: __14TH amendment__

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   not being an attorney and into Arizona prison, I am having difficulties to file this Round up weed killer class action tort claim to having cancer from exposure to paraquat.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Cancer, physical pain, suffering mental health.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

### E. REQUEST FOR RELIEF

State the relief you are seeking: _money damages for any cancer will be determined By Attorneys and Courts of dollar amount?_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12-18-21__
DATE

X _Adolph Cammilletti_
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

Cammilletti, A. #149924

**DEC 0 3 2021**

# Valleywise Health

# CT CHEST W IV CONTRAST

**Cammilletti, Adolph**
MRN: 0034509299, Legal Sex: Male, 8/16/1956 (65 yrs), Outpatient
Accession #: 3715087

## Final Result
EXAM DESCRIPTION: CT CHEST W IV CONTRAST
ACCESSION: 3715087
EXAM DATE: 12/2/2021 7:19
CLINICAL HISTORY: spiculated lesion in right upper lobe
COMPARISON: 11/10/2021

TECHNIQUE:
Axial CT imaging of the chest with multiplanar reformation (MPR) after the administration of
intravenous contrast

Contrast Dose: Administered 75.0 ml of OMNIPAQUE 350 mg/ml
Radiation Dose: CTDIvol: 14.4 mGy. DLP: 498 mGy-cm.

FINDINGS:
LUNGS: Redemonstrated 1.9 cm right upper lobe spiculated lesion (2, 45) with surrounding
fibrocystic changes.
LYMPH NODES: No lymphadenopathy.
HEART: Normal.
MEDIASTINUM: Normal.
VISUALIZED ABDOMEN: Normal.
BONES: Normal.

IMPRESSION:
Redemonstrated right upper lobe suspicious lesion, spiculated with surrounding fibrocystic
changes. No local involvement or thoracic lymphadenopathy. Tissue sampling may be considered
for definitive diagnosis.

Signed by Albert T Roh, MD on 12/2/2021 2:33 PM

## Appointment Info
Exam Date
12/2/2021

Department
Valleywise Health Medical Center:
Computed Tomography
602-344-1300
2601 E. Roosevelt St.
Phoenix AZ 85008-4973

## Reason for Exam
spiculated lesion in right upper lobe

## Diagnosis
Lesion of right lung

## Providers
Ordering Provider
Mary E Redwine, NP
520-574-0024
10000 S Wilmot Rd
Tucson AZ 85734

Attending Provider
Notlisted Referral
602-344-5011
2601 E Roosevelt St
Phoenix AZ 85008

---

Do you want a lung biopsy. This may be a tumor. The only way to know if its cancer is with a biopsy. Submit an HNR to me please to let me know what you want to do. I allready went thew treatments and may have to go thew more, as thay now found some Lesion on my Lung,

Redwine, M
Nurse Practitioner

Cammilletti, Adolph MRN: 0034509299 ACC: 3715087 CT CHEST W IV CONTRAST    Page 1 of 1

In the US District court of Arizona

Adloph Rocco ~~Cammiletti~~
Cammilletti
VS

monsanto company

- File - for
- Round up -
- litigation -
- case 19-16274 1
- (paraquat)

FILED ✓   LODGED
RECEIVED   COPY
DEC 2 2021
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

- toxic chemical in Round
- up weed killer,
- For cancer non-Hodgskins
- Lymphofpn..

Good cause
showing

11-26-21

sign x Adolph Cammillett

certification of service

Adolph R Cammilletti

ADC - # 149924

POBx 24401 - Manzanita
Tucson, AZ 85734

cc U.S District Court
   clerk - Tucson
 - U.S. court House 1500  } send
                            to
405 W congress st
Tucson, AZ 85701

11 - 26 - 21

Sign-X Adolph Cammilletti

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate Adolph Cammilleti
ADC# 145924 Bed 3-B-13
Arizona State Prison Complex Tucson
Unit Manzanita P.O. Box 24401
City Tucson AZ 25734



PHOENIX AZ 852
30 NOV 2021 PM 9 L

RECEIVED
DEC - 2 2021
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. Court House, 1500
U.S. District Court Clerk Tucson
405 W. Congress Street
Tucson, AZ 85701

85701-505899