DTE,STD

# U.S. District Court
## DISTRICT OF ARIZONA (Tucson Division)
## CIVIL DOCKET FOR CASE #: 4:21-cv-00462-JCH

| | |
|---|---|
| Peasley v. Monsanto Company<br>Assigned to: Judge John C Hinderaker<br>Related Cases: 3:15-cv-08290-JJT--DMF<br>3:19-cv-08353-JJT<br>3:21-cv-08165-JJT--DMF<br>Cause: 28:1332 Diversity-Product Liability | Date Filed: 11/12/2021<br>Jury Demand: None<br>Nature of Suit: 540 Prisoner: Mandamus & Other<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **James Peasley** | represented by | **James Peasley**<br>#035790<br>TUCSON-AZ-TUCSON-ASPC-MANZANITA<br>MANZANITA UNIT<br>P.O. BOX 24401<br>TUCSON, AZ 85734<br>PRO SE |

V.

**Defendant**

**Monsanto Company**
*named as Round up products*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/12/2021 | 1 | *COMPLAINT filed by James Peasley. (3 pages) (Attachments: # 1 Envelope) (MYE) (Additional attachment(s) added on 11/16/2021: # 2 Complaint (Correct version with case number)) (MYE). *Modified on 11/16/2021 (MYE). (Entered: 11/15/2021) |
| 11/12/2021 | 2 | This case has been assigned to the Honorable John C Hinderaker. All future pleadings or documents should bear the correct case number: CV-21-462-TUC-JCH. Notice of Availability of Magistrate Judge to Exercise Jurisdiction form attached. (MYE) (Entered: 11/15/2021) |
| 11/19/2021 | 3 | ORDER: IT IS ORDERED within 30 days of the date this Order is filed, Plaintiff must either pay $350 filing fee and $52 administrative fee, or file a complete Application to Proceed In Forma Pauperis and a certified 6-month trust account statement. Failure to comply will result in a judgment of dismissal of this action without prejudice, without further notice to Plaintiff and denial of any pending unrelated motions as moot. Clerk must mail Plaintiff a court-approved form for filing an Application to Proceed In Forma Pauperis (Non-Habeas) and |

| | | |
|---|---|---|
| | | the court-approved form for filing a civil rights complaint by a prisoner. Signed by Judge John C Hinderaker on 11/19/21.(BAC) (Entered: 11/19/2021) |
| 11/29/2021 | 4 | APPLICATION for Leave to Proceed In Forma Pauperis by James Peasley. (2 pages) (BAC) (Entered: 11/30/2021) |
| 11/29/2021 | 5 | AFFIDAVIT by Plaintiff James Peasley. (2 pages) (BAC) (Entered: 11/30/2021) |
| 11/30/2021 | 6 | AMENDED COMPLAINT against Monsanto Company filed by James Peasley. (6 pages)(DLC) (Entered: 12/01/2021) |
| 12/03/2021 | 7 | ORDER DENYING without prejudice Plaintiff's 4 Motion for Leave to Proceed In Forma Pauperis. Within 30 days of the date this Order is filed, Plaintiff must either pay the $350 filing fee and $52 administrative fee or file a new complete Application to Proceed In Forma Pauperis and a certified 6-month trust account statement. Failure to comply will result in a judgment of dismissal of this action without prejudice, without further notice to Plaintiff and denial of any pending unrelated motions as moot. Clerk must mail Plaintiff a court-approved form for filing an Application to Proceed In Forma Pauperis (Non-Habeas). Signed by Judge John C Hinderaker on 12/3/21. (BAC) (Entered: 12/03/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/11/2022 05:53:51 | | | |
| **PACER Login:** | cdorsey12:5189134:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:21-cv-00462-JCH |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**

James Peasley 035790
Name and Prisoner/Booking Number

Manzanita - Tucson
Place of Confinement

PBx 24401
Mailing Address

Tucson AZ 85734
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
                      FILED _____ LODGED
                      RECEIVED _____ COPY

                      NOV 30 2021

                      CLERK U S DISTRICT COURT
                      DISTRICT OF ARIZONA
                      BY _____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

James Peasley,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Monsanto Company,
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 4:21 cv00462
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to: 2.
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☑ Other: 9th circuit - MDC 16 2741

2. Institution/city where violation occurred: Kingman Arizona

### B. DEFENDANTS

1. Name of first Defendant: Monsanto Co. The first Defendant is employed as: ?c (Position and Title) at Califoring (Institution).

2. Name of second Defendant: _____. The second Defendant is employed as: _____ (Position and Title) at _____ (Institution).

3. Name of third Defendant: _____. The third Defendant is employed as: _____ (Position and Title) at _____ (Institution).

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ (Position and Title) at _____ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

### C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

    a. First prior lawsuit:
       1. Parties: _____ v. _____
       2. Court and case number: _____
       3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

    b. Second prior lawsuit:
       1. Parties: _____ v. _____
       2. Court and case number: _____
       3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

    c. Third prior lawsuit:
       1. Parties: _____ v. _____
       2. Court and case number: _____
       3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: _8th amendment parkenson diease - para quat - Round up._

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   _After being expose to round up weed killer for over 20 years or more as a Farm worker in Arizona 2012 I was Diagnosis with parkenson diease._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _parkenson diease, physical pain, mental impairment, un-able to write, I use assistances from others._

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: 14TH amendment Due process.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   not Being an Attorney or able to obtain legal counsiel, and Being in Arizona prison, to litiggate this class action case, I am asking this court to tranfer my case to Northern District of California. In Good FAITH to the 9TH circuit MDL-19-C62741 paraguat

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Frustretion, mental Anguish, Headaches, parkenson dicese

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

**COUNT III**

1. State the constitutional or other federal civil right that was violated: __6TH amendment / Jurisdiction__.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☒ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   I need an attorney to represent me into this class action lawsuit against monsanto co- that caused my parkenson diesse from paraquat after 20 plus- year exposure to this very deadly toxic- chemical. In good cause showing.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   parkenson deese, mental impairment, phyical pain / suffering.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking: what ever the MDL-panel and the Attorneys / courts involved will award me for my physical illness By paraquat-chemical.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11-26-21
DATE

James Peesley
SIGNATURE OF PLAINTIFF

A-Friend in prison
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

In the US District
Court of Arizona
District - US

| James Peasley | Case MDC-16 2741 |
|---|---|
| US | Northern District of California |
| Round up products | |

FILED ___ LODGED
RECEIVED ___ COPY
NOV 12 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

- Round up liability litigation panel - paraquat

- request a claim / transfer from Arizona to California.

In Good FAITH

42 USC 1983 - civil fed

11-8-21

James Peasley - AZ
ADC- 035790 - Tucson

- Edwin Hardeman

  US

- Monsanto Company -

  U.S District Court
  Northern California -

  San Francisco CA
  94119

- Wilkinson, Walsh, (20036)

  Eskovitz - PLLC

- Latham - Watkin PLCC (20004)

- Hollingsworth PLLC (20004)

- Wash DC (20001 / 20005)

{ Assist Legal counsel
  6th amendment.

James Peesley  035290
           APC

- re- Round up Liability Litigation

- Case # MDL - 16-2741 -

northern California District. -paraquat parkenson- illness

9th. circuit
- 19-16255 -
- 19-16636 - 10-28-2020
- 19-16708 - 10-28-2020
- 19-16255 - 10-28-2020

11-8-21

James Peasley -ADOC
035790 - AZ -ASPC



INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate: Jones, Wasley
DC#: 035740
Arizona State Prison Complex: Tucson
Unit: Rby 24401
City: Tucson AZ 85734

RECEIVED
NOV 12 2021
CLERK'S OFFICE
U.S. DISTRICT COURT

PHOENIX AZ 852
9 NOV 2021 PM 4
Barn Swallow
FOREVER USA

85701-509899

U-S District Court Clerk
Courthouse - US 1500
405 W Congress St
Tucson Az 85701

In the US District
Court of Arizona
District - US

James Peasley | Case MDC-162741

US | - northern District of California

Round up - products | CV-21-462-TUC-JCH

- Round up liability litigation panel - para quat

- request a claim / transfer from Arizona to California.

In Good Faith

42 USC 1983 - civil Fed

11-8-21

James Peasley - AZ
ADC- 035790 - Tucson

- Edwin Hardeman

   US
- Monsanto Company

U.S District Court
northern California

San Francisco CA
                      94119

- Wilkinson, Walsh, (20036)
   Eskovitz - PLLC

- Latham - Watkin PLLC (20004)
- Hollingsworth PLLC (20004)
- Wash DC (20001 / 20005)

Assist Legal counsel
6th amendment.

James Peesley  035290
           APC

- re- Round up Liability Litigation

- Case # MDL - 16-2741 -

northern California District. - paraquat parkinson- illness

9th. circuit
- 19- 16255 -
- 19- 16636 - 10-28-2020
- 19-16708 - 10-28-2020
- 19-16255 - 10-28-2020

11-8-21

James Peasley - ADOC
035790 - AZ - ASPC