**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Connie Occhipinti and Stuart Hurry | Monsanto Company | USDC Middle District of Florida | 8:22-cv-00027-KKM-AAS | Assigned to: Judge Kathryn Kimball Mizelle Referred to: Magistrate Judge Amanda Arnold Sansone |