**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Shelby Dickerson *Individually and as Executor of the Estate of Richard Dickerson* | Monsanto Company and John Does 1-50 | USDC Eastern District of Virginia | 2:21-cv-00671-MSD-RJK | Assigned to: Chief District Judge Mark S. Davis Referred to: Magistrate Judge Robert J. Krask |
| 2. | Linda Bennett | Monsanto Company and John Does 1-50 | USDC District of New Jersey | 3:22-cv-00112-FLW-TJB | Assigned to: Chief Judge Freda L. Wolfson Referred to: Magistrate Judge Tonianne J. Bongiovanni |