# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on January 20, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on January 20, 2022 to counsel for Plaintiffs as follows:

Paul A. Weykamp  
LAW OFFICES OF PAUL A. WEYKAMP  
16 Stenersen Lane  
Suite 2  
Hunt Valley, MD 21030  
(410) 584-0660  
Fax: (410) 584-1005  
Email: pweykamp@weykamplaw.net

Counsel for Plaintiffs in *Dickerson, et al. v. Monsanto Company, et al.*, No. 2:21-cv-00671-MSD-RJK (E.D. VA.).

Lynne M. Kizis  
Darren M. Gelber  
WILENTZ, GOLDMAN & SPITZER, PA  
90 WOODBRIDGE CENTER DRIVE  
SUITE 900  
PO BOX 10  
WOODBRIDGE, NJ 07095  
(732) 636-8000  
Email: lkizis@wilentz.com  
Email: dgelber@wilentz.com

Counsel for Plaintiff in *Bennett v. Monsanto Company, et al.*, No. 3:22-cv-00112-FLW-TJB (N.J.).

1

Dated: January 20, 2022                         Respectfully submitted,

/s/ Jennise W. Stubbs
_____
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*