**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | [~~PROPOSED~~] ORDER SUBSTITUTING DAVID J. DICKENS AS CO-LEAD COUNSEL FOR MICHAEL J MILLER |
| *All Cases* | |

On Motion of Co-Lead Counsel Robin Greenwald and Aimee Wagstaff, with the concurrence of Nancy Miller, Esquire of the Miller Firm, LLC it is hereby ordered that David Dickens is substituted as Co-Lead Counsel for Plaintiffs in place of Michael J. Miller, deceased.

Date: January 14, 2022 _____

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

[~~PROPOSED~~] ORDER SUBSTITUTING DAVID DICKENS AS CO-LEAD COUNSEL