BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on January 25, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on January 25, 2022 to counsel for Plaintiff as follows:

Steven M. Goldberg
LAW OFFICE OF STEVEN M. GOLDBERG
Ste. 12
31300 Solon Road
Solon, OH 44139
440-519-9900
Fax: 887-464-4652
Email: steven@smglegal.com

Counsel for Plaintiff in *Terrell v. Monsanto Company, Inc.* No. 1:21-cv-02326-JG (N.D. OH).

Dated: January 25, 2022

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*

1