**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Richard Colucci | Monsanto Company | USDC Southern District of New York | 7:22-cv-00007-CS | Assigned to: Judge Cathy Seibel |
| 2. | Carl J. Kamm, III *Individually and as Executor of the Estate of Deceased* Carl J. Kamm, II | Monsanto Company, Bayer Corporation and Bayer AG | USDC Northern District of Ohio | 1:22-cv-00044-DAP | Assigned to: Judge Dan Aaron Polster |