# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on January 26, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on January 26, 2022 to counsel for Plaintiffs as follows:

Thomas Paul Valet
RAPPAPORT, GLASS, LEVINE & ZULLO
1355 Motor Parkway 11749
Islandia, NY 11741
631-293-2300
Fax: 631-293-2918
TValet@Rapplaw.com

Counsel for Plaintiff in *Colucci v. Monsanto Company*, No. 7:22-cv-00007-CS (S.D. NY.).

Jonathan M. Ashton
GALLON, TAKACS & BOISSONEAULT
1450 Arrowhead Drive
Maumee, OH 43617
419-843-2001
Fax: 419-843-8022
Email: jashton@gallonlaw.com

Counsel for Plaintiff in *Kamm v. Monsanto Company, et al.* No. 1:22-cv-00044-DAP (N.D. OH.).

Bayer AG
Attn: General Counsel
Law, Patents & Compliance
Building Q 26, 1.008
51368 Leverkusen, Germany
Phone Number: Number 011492143046668

1

Copies of the foregoing were also caused to be served via UPS International on defendant Bayer AG in *Kamm v. Monsanto Company, et al.* No. 1:22-cv-00044-DAP (N.D. OH.).

Bayer Corporation
100 Bayer Boulevard
Whippany, NJ 07981
862/404-3000

Copies of the foregoing were also caused to be served via UPS on defendant Bayer Corporation in *Kamm v. Monsanto Company, et al.* No. 1:22-cv-00044-DAP (N.D. OH.).

Dated: January 26, 2022                    Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*