# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received: 1/31/22**

**District Court: W.D. New York**

**Number of Actions: 1**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL