# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on February 7, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on February 7, 2022 to counsel for Plaintiff as follows:

Drew David Sarrett  
CONSUMER LITIGATION ASSOCIATES, PC  
626 East Broad Street  
Suite 300  
Richmond, VA 23219  
804-905-9900  
Fax: 757-930-3662  
Email: drew@clalegal.com

Counsel for Plaintiff in *Lane v. Monsanto Company*, No. 3:22-cv-00074-DJN (E.D. VA.).

Dated: February 7, 2022

Respectfully submitted,

/s/ Jennise W. Stubbs  
Jennise W. Stubbs  
(jstubbs@shb.com)  
SHOOK, HARDY & BACON L.L.P.  
600 Travis Street, Suite 3400  
Houston, TX 77002-2926  
Phone: (713) 227-8008  
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*