**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Angela Holder Bray *individually and as Personal Representative of the Estate of Deceased* Elizabeth A. Holder | Monsanto Company | USDC Eastern District of Tennessee | 1:22-cv-00019-TAV-SKL | Assigned to: District Judge Thomas A Varlan Referred to: Magistrate Judge Susan K Lee |
| 2. | Mark Estruch | Monsanto Company and John Does 1-50 | USDC Western District of New York | 6:22-cv-06043-DGL | Assigned to: Hon. David G. Larimer |

1