# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on February 9, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on February 9, 2022 to counsel for Plaintiffs as follows:

Thomas David Hoyle  
MOTLEY RICE LLC  
28 Bridgeside Blvd  
Mount Pleasant, SC 29464  
843-216-9136  
Fax: 843-216-9450  
Email: dhoyle@motleyrice.com

Jimmy F Rodgers, Jr  
SUMMERS, RUFOLO & RODGERS, P.C.  
The James Building  
735 Broad Street, Suite 800  
Chattanooga, TN 37402  
423-265-2385  
Fax: 423-266-5211  
Email: jrodgers@summersfirm.com

Counsel for Plaintiffs in *Bray et al. v. Monsanto Company*, No. 1:22-cv-00019-TAV-SKL (E.D. TN.).

Brian A. Goldstein  
CELLINO LAW LLP  
2500 Main Place Tower  
350 Main Street  
Buffalo, NY 14202  
716-888-2020  
Fax: 716-259-2020  
Email: brian.goldstein@cellinolaw.com

1

Counsel for Plaintiff in *Estruch* v. *Monsanto Company, et al*, No. 6:22-cv-06043-DGL (W.D. NY.)

Dated: February 9, 2022

Respectfully submitted,

/s/ Jennise W. Stubbs

Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*