**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on February 11, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on February 11, 2022 to counsel for Plaintiff as follows:

James G. O'Brien
O'BRIEN LAW
10th Floor
405 Madison Avenue
Toledo, OH 43604
419-930-6401
Fax: 419-930-6403
Email: jim@obrien.law

Counsel for Plaintiff in *Bowe v. Monsanto Company et al.*, No. 3:22-cv-00240-JRK (N.D. OH).

Bayer AG
Attn: General Counsel
Law, Patents & Compliance
Building Q 26, 1.008
51368 Leverkusen, Germany
Phone Number: Number 011492143046668

Copies of the foregoing were also caused to be served via UPS International on defendant Bayer AG in *Bowe v. Monsanto Company et al.*, No. 3:22-cv-00240-JRK (N.D. OH).

2

Dated: February 11, 2022                           Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*