**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Sofia Manukyan | Monsanto Company and Does 1 through 100 | USDC Central District of California | 2:22-cv-01033-FLA-AGR | Assigned to: Judge Fernando L. Aenlle-Rocha Referred to: Magistrate Judge Alicia G. Rosenberg |