BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on February 16, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on February 16, 2022 to counsel for Plaintiff as follows:

Areg Allen Sarkissian
SARKISSIAN LAW GROUP
Encino Office Park 1
6345 Balboa Boulevard Suite 114
Encino, CA 91316
818-827-5199
Email: areg@sarkissianlawgroup.com

Counsel for Plaintiff in *Manukyan v. Monsanto Company et al.*, No. 2:22-cv- 01033-FLA-AGR (C.D. CA.)

Dated: February 16, 2022

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*

1