**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on February 18, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on February 18, 2022 to counsel for Plaintiff as follows:

Kelly E. Reardon
THE REARDON LAW FIRM P.C.
160 Hempstead Street
New London, CT 06320
860-442-0444
Email: kreardon@reardonlaw.com

Counsel for Plaintiff in *Sullivan v. Monsanto Company*, No. 3:22-cv-00249-SRU (CT.).


Dated: February 18, 2022                    Respectfully submitted,


/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*