# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received:** 2/22/22, 2/23/22 & 2/24/22

**District Court:** E.D. Louisiana

**Number of Actions:** 5

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL