# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Dates Received: 2/23/22

District Court: D. South Carolina

Number of Actions: 1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL