**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Jeffrey Scott Crisp and Vickie Crisp | Monsanto Company | USDC Western District of Kentucky | 4:22-cv-00011-JHM-HBB | Assigned to: Senior Judge Joseph H. McKinley, Jr Referred to: Magistrate Judge H. Brent Brennenstuhl |

1