**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | MDL No. 2741 |

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on February 25, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on February 25, 2022 to counsel for Plaintiffs as follows:

Robert A. Cooley
425 W. Fifth Street
Owensboro, KY 42301
270-685-5586
Fax: 270-685-5294
Email: rcooley446@aol.com

Counsel for Plaintiffs in *Crisp et al. v. Monsanto Company*, No. 4:22-cv-00011-JHM-HBB (W.D. KY.).

Dated: February 25, 2022                              Respectfully submitted,

 

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*