# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 2/25/22

**District Court:** E.D. Louisiana

**Number of Actions:** 2

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL