**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Terrisa Paggett *Individually & on Behalf of Terry Richards* | Monsanto Co | USDC Western District of Louisiana | 3:22-cv-00510-TAD-KDM | Assigned to: Judge Terry A Doughty Referred to: Magistrate Judge Kayla D McClusky |
| 2. | Annie Washington | Monsanto Co | USDC Western District of Louisiana | 5:22-cv-00542-SMH-KDM | Assigned to: Chief Judge S Maurice Hicks, Jr Referred to: Magistrate Judge Kayla D McClusky |
| 3. | Hobert Woodall | Monsanto Co | USDC Western District of Louisiana | 2:22-cv-00546-JDC-KK | Assigned to: Judge James D Cain, Jr Referred to: Magistrate Judge Kathleen Kay |