BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 2, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on March 2, 2022 to counsel for Plaintiffs as follows:

John C Enochs
Betsy J Barnes
Richard Lee Root
MORRIS BART (NO)
601 Poydras St Ste 2400
New Orleans, LA 70130-6036
504-599-1087
Fax: 504-599-3392
Email: jenochs@morrisbart.com
Email: bbarnes@morrisbart.com
Email: rroot@morrisbart.com

Counsel for Plaintiff in *Paggett v. Monsanto Co.*, No. 3:22-cv-00510-TAD-KDM (W.D. LA.).

John C Enochs
Betsy J Barnes
Richard Lee Root
MORRIS BART (NO)
601 Poydras St Ste 2400
New Orleans, LA 70130-6036
504-599-1087
Fax: 504-599-3392
Email: jenochs@morrisbart.com
Email: bbarnes@morrisbart.com
Email: rroot@morrisbart.com

Counsel for Plaintiff in *Washington v. Monsanto Co.*, No. 5:22-cv-00542-SMH-KDM (W.D. LA.).

John C Enochs
Betsy J Barnes
Richard Lee Root
MORRIS BART (NO)
601 Poydras St Ste 2400
New Orleans, LA 70130-6036
504-599-1087
Fax: 504-599-3392
Email: jenochs@morrisbart.com
Email: bbarnes@morrisbart.com
Email: rroot@morrisbart.com

Counsel for Plaintiff in *Woodall v. Monsanto Co.*, No. 2:22-cv- 00546-JDC-KK (W.D. LA.).

Dated: March 2, 2022                     Respectfully submitted,

                                         /s/ Jennise W. Stubbs
                                         Jennise W. Stubbs
                                         (jstubbs@shb.com)
                                         SHOOK, HARDY & BACON L.L.P.
                                         600 Travis Street, Suite 3400
                                         Houston, TX  77002-2926
                                         Phone: (713) 227-8008
                                         Fax:    (713) 227-9508

                                         *Attorneys for Defendant Monsanto Company*