**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 4, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on March 4, 2022 to counsel for Plaintiff as follows:

Nathan A. Duncan
Brandon J. Baxter
PECK BAXTER WATKINS & BAILEY LLC
399 N Main St Ste. 300
Logan, UT 84321
435-787-9700
Email: nduncan@peckbaxter.com
Email: bbaxter@peckhadfield.com

Counsel for Plaintiff in *Carter v. Monsanto Company et al.*, No. 1:22-cv-00030-JNP (UT.).

Bayer Corporation
100 Bayer Boulevard
Whippany, NJ 07981
862/404-3000

Copies of the foregoing were also caused to be served via UPS on defendant Bayer Corporation (which has not been served with the Summons or Complaint) in *Carter v. Monsanto Company et al.*, No. 1:22-cv-00030-JNP (UT.).

Dated: March 4, 2022  Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*