BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 9, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on March 9, 2022 to counsel for Plaintiffs as follows:

Jerome P. Prather
GARMER & PRATHER PLLC
141 N. Broadway
Lexington, KY 40507
859-254-9351
Fax: 859-233-9769
Email: jprather@garmerprather.com

Michael M. Pitman
HAVERSTOCK, BELL & PITMAN
211 S. 12th Street
P. O. Box 1075
Murray, KY 42071-1913
270-753-1694
Fax: 270-753-2053
Email: dawn@haverstocklaw.com

Counsel for Plaintiff in *Mohler et al. v. Monsanto Company*, No. 5:22-cv-00031-TBR (W.D. KY.).

Dated: March 9, 2022

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*