**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | John Edward Coe and Heather Nicole Coe | Monsanto Company | USDC Western District of Washington | 2:22-cv-00248-JLR | Assigned to: Judge James L. Robart |
| 2. | William Mellon | Monsanto Company | USDC Middle District of Florida | 8:22-cv-00220-WFJ-TGW | Assigned to: Judge William F. Jung Referred to: Magistrate Judge Thomas G. Wilson |