## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 10, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on March 10, 2022 to counsel for Plaintiffs as follows:

Corrie Johnson Yackulic
CORRIE YACKULIC LAW FIRM, PLLC
110 Prefontaine Place South\
Ste. 304
Seattle, WA 98104
206-787-1915
Fax: 206-299-9725
Email: corrie@cjylaw.com

Counsel for Plaintiff in *Coe et al. v. Monsanto Company*, No. 2:22-cv-00248-JLR (W.D. WA.).

Austin Johnson Grinder
Eric D. Roslansky
THE RUTH LAW TEAM
8600 4th St N
PO Box 16847
St Petersburg, FL 33733-6847
727-327-3222
Fax: 727-323-7720
Email: agrinder@getjustice.com
Email: eroslansky@getjustice.com

Counsel for Plaintiff in *Mellon v. Monsanto Company*, No. 2:22-cv-00220-WFJ-TGW (M.D. FL.).

Dated: March 10, 2022                    Respectfully  submitted,

                                         /s/ Jennise W. Stubbs
                                         Jennise  W. Stubbs
                                         (jstubbs@shb.com)
                                         SHOOK, HARDY & BACON L.L.P.
                                         600 Travis Street, Suite 3400
                                         Houston, TX  77002-2926
                                         Phone: (713)  227-8008
                                         Fax:     (713)  227-9508

                                         *Attorneys for Defendant Monsanto Company*