# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In Re: Roundup Products Liability Litigation                           MDL No. 2741

### NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff David Jelonek writes to notify you of the potential tag along action in the case of *Jelonek v. Monsanto Company, et. al.* (Docket No.: 0:22-cv-60200), currently pending in the Southern District of Florida before Judge Cecilia M. Altonaga.

Enclosed is a docket report, civil cover sheet and complaint.

Most respectfully,

/s/ Brandon S. Finz
BRANDON S. FINZ, ESQ.
FINZ & FINZ, P.C.
*Attorneys for Plaintiff David Jelonek*
410 East Jericho Turnpike
Mineola, New York 11501
Tel.: (516) 433-3000
Fax: (516) 433-3001
Email: bfinz@finzfirm.com
Our File No.: 220057