BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In Re: Roundup Products Liability Litigation                                       MDL No. 2741

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Complaint was served on all parties in the following case electronically as indicated below on March 10, 2022.

**David Jelonek v. Monsanto Company and John Does 1-50, S.D. Fla No.: 22-60200**

**Served via Email**
Jennise W. Stubbs, Esq.
Shook, Hardy & Bacon L.L.P.
600 Travis Street, Suite 3400
Houston, Texas 77002
Telephone: (713) 227-8008
Fax: (713) 227-9508
Email: jstubbs@shb.com
Counsel for Monsanto Company


Dated: March 11, 2022

                Most respectfully,

                /s/ Brandon S. Finz
                BRANDON S. FINZ, ESQ.
                FINZ & FINZ, P.C.
                *Attorneys for Plaintiff David Jelonek*
                410 East Jericho Turnpike
                Mineola, New York 11501
                Tel.: (516) 433-3000
                Fax: (516) 433-3001
                Email: bfinz@finzfirm.com
                Our File No.: 220057