BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In Re: Roundup Products Liability Litigation                          MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Notice of Potential Tag-Along Action was electronically filed on March 11, 2022 with the Clerk of the JPML using the CM/ECF system and served on all parties in the following case via email as indicated below on March 14, 2022.

**David Jelonek v. Monsanto Company and John Does 1-50, S.D. Fla No.: 22-60200**

**Served via Email**
Jennise W. Stubbs, Esq.
Shook, Hardy & Bacon L.L.P.
600 Travis Street, Suite 3400
Houston, Texas 77002
Telephone: (713) 227-8008
Fax: (713) 227-9508
Email: jstubbs@shb.com
Counsel for Monsanto Company

Dated: March 14, 2022

                       Most respectfully,

                       /s/ Brandon S. Finz
                       BRANDON S. FINZ, ESQ.
                       FINZ & FINZ, P.C.
                       *Attorneys for Plaintiff David Jelonek*
                       410 East Jericho Turnpike
                       Mineola, New York 11501
                       Tel.: (516) 433-3000
                       Fax: (516) 433-3001
                       Email: bfinz@finzfirm.com
                       Our File No.: 220057