**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Enver Bokhari | Monsanto Company and John Does 1 - 50 | USDC Eastern District of New York | 2:22-cv-00821-JMA-SIL | Assigned to: Judge Joan M. Azrack Referred to: Magistrate Judge Steven I. Locke |

1