**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 15, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on March 15, 2022 to counsel for Plaintiff as follows:

Kevin M. Berry
WILENTZ, GOLDMAN & SPITZER, P.A.
14 Wall Street
Suite 6B
New York, NY 10005
212-267-3828
Fax: 732-726-6593
Email: kberry@wilentz.com

Counsel for Plaintiff in *Bokhari v. Monsanto Company et al.*, No. 2:21-cv-00821-JMA-SIL (E.D. NY.).

Dated: March 15, 2022

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*

1