BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|   | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Ronald Jochim and Belita Cowan | Monsanto Company | District of Columbia | 1:22-cv-00564-CKK | Colleen Kollar-Kotelly |
| 2. | Bruce Lack and Erendira Lack | Monsanto Company | Western District of Michigan—Southern Division | 1:22-cv-00188 | Paul L. Maloney |

**VARNUM, LLP**
Attorneys for Plaintiffs Ronald Jochim and Belita Cowan and Bruce Lack and Erendira Lack

Dated: March 23, 2022

By: /s/*Brion B. Doyle*
Adam J. Brody (P62035)
Brion B. Doyle (P67870)
Seth B. Arthur (P82033)
Business Address, Telephone, and E-mail:
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
ajbrody@varnumlaw.com
bbdoyle@varnumlaw.com
sbarthur@varnumlaw.com

15972735_1.docx