**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Laura Davis *agent of* Executor of the Elizabeth V. DeKleine, Deceased | Monsanto Company and John 1-50 Does | USDC District of New Jersey | 2:22-cv-01703-MCA-MAH | Assigned to: Judge Madeline Cox Arleo Referred to: Magistrate Judge Michael A. Hammer |
| 2. | Anousheh Sabouri *an individual and successor in interest to decedent Mike Esfahanian and* S. E. *a minor and successor in interest to decedent Mike Esfahanian, by and through her Guardian Ad Litem,* SHIRIN SABOURI | Monsanto Company, Wilbur-Ellis Company LLC and Does 1 through 100 | USDC Central District of California | 2:22-cv-01986 | Not yet assigned |