**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 28, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on March 28, 2022 to counsel for Plaintiffs as follows:

Steven Robert Lehr
LAW OFFICES OF STEVEN ROBERT LEHR, PC
33 Clinton Road
Suite 100
West Caldwell, NJ 07006
Telephone: (973) 575-8002
Email: slehr@lehrlaw.com

Counsel for Plaintiff in *Davis v. Monsanto Company et al.*, No. 2:22-cv-01703-MCA-MAH (D. NJ.).

Haytham Faraj
THE LAW OFFICES OF HAYTHAM FARAJ
8605 Santa Monica Blvd., Suite 44953
West Hollywood, CA 90069-4109
Telephone: 323-463-9200
Facsimile: 202-280-1039
Email: Service@farajlaw.com

Counsel for Plaintiff in *Sabouri et al. v. Monsanto Company et al.* 2:22-cv-01986 (C.D. CA.).

Joshua D. Cools
Craig J. Erickson
EVANS FEARS & SCHUTTERT LLP
4440 Von Karman Avenue, Suite 250
Newport Beach, California 92660
Telephone: (949) 301-9463
Facsimile: (949) 966-0706
Email: jcools@efstriallaw.com
Email: cerickson@efstriallaw.com

Steven R. Platt
PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN, P.C.
555 S. Flower St., 30th Floor
Los Angeles, CA 90071-2440
Telephone: (213) 683-6500
Facsimile: (213) 683-6669
Email: splatt@pmcos.com

Counsel for Wilbur-Ellis Company LLC in *Sabouri et al. v. Monsanto Company et al.* 2:22-cv-01986 (C.D. CA.).

Dated: March 28, 2022                   Respectfully submitted,

                                        /s/ Jennise W. Stubbs
                                        ─────────────────────────
                                        Jennise W. Stubbs
                                        (jstubbs@shb.com)
                                        SHOOK, HARDY & BACON L.L.P.
                                        600 Travis Street, Suite 3400
                                        Houston, TX 77002-2926
                                        Phone: (713) 227-8008
                                        Fax:    (713) 227-9508

                                        *Attorneys for Defendant Monsanto Company*