**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 31, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on March 31, 2022 to counsel as follows:

Daniel J. Farnsworth , Jr.
FARNSWORTH LAW OFFICES
211 Pettigru Street
Greenville, SC 29601
864-250-9119
Email: dan@Farnsworthlawoffices.com

Counsel for Plaintiff in *Hensley v. Monsanto Company et al.*, No. 4:22-cv-00020-TTC (W.D. VA.).

Terrence L. Graves
SANDS ANDERSON PC
P.O. Box 1998
Richmond, VA 23218-1998
804-783-7276
Fax: 804-783-7291
tgraves@sandsanderson.com

Counsel for Defendant Naturchem Inc. in *Hensley v. Monsanto Company et al.*, No. 4:22-cv-00020-TTC (W.D. VA.).

Dated: March 31, 2022

Respectfully submitted,

/s/ Jennise W. Stubbs

Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax: (713) 227-9508

*Attorneys for Defendant Monsanto Company*