**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Matthew Shrum | Monsanto Company | USDC Western District of Texas | 1:22-cv-00218-LY | Assigned to: Judge Lee Yeakel |
| 2. | Steven Clausen | Monsanto Company and John Does 1 through 100 inclusive | USDC Eastern District of Missouri | 4:22-cv-00084-CDP | Assigned to: District Judge Catherine D. Perry |
| 3. | Joseph Johnson | Monsanto Company and John Does 1 through 100 inclusive | USDC Eastern District of Missouri | 4:22-cv-00275-SRC | Assigned to: District Judge Stephen R. Clark |