**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 31, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on March 31, 2022 to counsel for Plaintiffs as follows:

Bryant A. Fitts
FITTS LAW FIRM, PLLC
4801 Richmond Avenue
Houston, TX 77027
7138711670
Fax: 7135831492
Email: bfitts@fittslawfirm.com

Counsel for Plaintiff in *Shrum v. Monsanto Company;* 1:22-cv-00218-LY (W.D. TX).

Emily Jo Kirk
MCCUNE WRIGHT LLP - Ontario
3281 East Guasti Rd.
Suite 100
Ontario, CA 91761
909-557-1250
Fax: 909-557-1275
Email: ejk@mccunewright.com

Counsel for Plaintiff in *Clausen v. Monsanto Company et al.*; 4:22-cv- 00084-CDP (E.D. MO.).

2

Emily Jo Kirk
MCCUNE WRIGHT LLP - Ontario
3281 East Guasti Rd.
Suite 100
Ontario, CA 91761
909-557-1250
Fax: 909-557-1275
Email: ejk@mccunewright.com

Counsel for Plaintiff in *Johnson v. Monsanto Company et al.*; 4:22-cv-00275-SRC (E.D. MO.).

Dated: March 31, 2022                    Respectfully submitted,

                                         /s/ Jennise W. Stubbs
                                         Jennise W. Stubbs
                                         (jstubbs@shb.com)
                                         SHOOK, HARDY & BACON L.L.P.
                                         600 Travis Street, Suite 3400
                                         Houston, TX  77002-2926
                                         Phone: (713) 227-8008
                                         Fax:    (713) 227-9508

                                         *Attorneys for Defendant Monsanto Company*