## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

IN RE: ROUNDUP PRODUCTS                                            MDL No. 2741
LIABILITY LITIGATION

---

### MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant Monsanto Company hereby notifies the Clerk of the Panel of the potential tag-along actions listed on the attached Schedule of Actions.

The docket sheets and complaints for the potential tag-along actions are attached.

Dated: March 31, 2022                        Respectfully submitted,

                                             /s/ Jennise W. Stubbs
                                             Jennise W. Stubbs
                                             (jstubbs@shb.com)
                                             SHOOK, HARDY & BACON L.L.P.
                                             600 Travis Street, Suite 3400
                                             Houston, TX  77002-2926
                                             Phone: (713) 227-8008
                                             Fax:    (713) 227-9508

                                             *Attorneys for Defendant Monsanto Company*