**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                   MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Robin Halen Millsap | Monsanto Company and John Does 1 through 100 inclusive | USDC Eastern District of Missouri | 4:22-cv-00083-SEP | Assigned to: District Judge Sarah E. Pitlyk |
| 2. | David Reno | Monsanto Company and John Does 1 through 100 inclusive | USDC Eastern District of Missouri | 4:22-cv-00277-RLW | Assigned to: District Judge Ronnie L. White |
| 3. | Marie Sullivan | Monsanto Company and John Does 1 through 100 inclusive | USDC Eastern District of Missouri | 4:22-cv-00278-AGF | Assigned to: District Judge Audrey G. Fleissig |