# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 31, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on March 31, 2022 to counsel for Plaintiffs as follows:

Emily Jo Kirk
MCCUNE WRIGHT LLP - Ontario
3281 East Guasti Rd.
Suite 100
Ontario, CA 91761
909-557-1250
Fax: 909-557-1275
Email: ejk@mccunewright.com

Counsel for Plaintiff in *Millsap v. Monsanto Company et al.;* 4:22-cv-00083-SEP (E.D. MO.).

Emily Jo Kirk
MCCUNE WRIGHT LLP - Ontario
3281 East Guasti Rd.
Suite 100
Ontario, CA 91761
909-557-1250
Fax: 909-557-1275
Email: ejk@mccunewright.com

Counsel for Plaintiff in *Reno v. Monsanto Company et al.;* 4:22-cv-00277-RLW (E.D. MO.).

Emily Jo Kirk
MCCUNE WRIGHT LLP - Ontario
3281 East Guasti Rd.
Suite 100
Ontario, CA 91761
909-557-1250
Fax: 909-557-1275
Email: ejk@mccunewright.com

Counsel for Plaintiff in *Sullivan v. Monsanto Company et al*.; 4:22-cv-00278-AGF (E.D. MO.).

Dated: March 31, 2022                                Respectfully submitted,

                                                     /s/ Jennise W. Stubbs
                                                     Jennise W. Stubbs
                                                     (jstubbs@shb.com)
                                                     SHOOK, HARDY & BACON L.L.P.
                                                     600 Travis Street, Suite 3400
                                                     Houston, TX  77002-2926
                                                     Phone: (713) 227-8008
                                                     Fax:    (713) 227-9508

                                                     *Attorneys for Defendant Monsanto Company*