**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | William Wilson | Monsanto Co | USDC Western District of Louisiana | 3:22-cv-00857-TAD-KDM | Assigned to: Judge Terry A Doughty Referred to: Magistrate Judge Kayla D McClusky |
| 2. | Aaron A. Von Rentzell and Jennifer A. Von Rentzell | Monsanto Company | USDC District of Nebraska | 8:22-cv-00124-RFR-CRZ | Assigned to: Chief Judge Robert F. Rossiter, Jr. Referred to: Magistrate Judge Cheryl R. Zwart |