**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on April 7, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on April 7, 2022 to counsel for Plaintiffs as follows:

John C Enochs
Richard Lee Root
MORRIS BART
601 Poydras St. Ste. 2400
New Orleans, LA 70130-6036
504-599-1087
Fax: 504-599-3392
Email: jenochs@morrisbart.com
Email: rroot@morrisbart.com

Counsel for Plaintiff in *Wilson v. Monsanto Co.*, No. 3:22-cv-00857-TAD-KDM (W.D. LA.).

David A. Domina
DOMINA LAW GROUP
2425 South 144th Street
Omaha, NE 68144-3267
(402) 493-4100
Fax: (402) 493-9782
Email: ddomina@dominalaw.com

Counsel for Plaintiff in *Von Rentzell et al. v. Monsanto Company,* No. 8:22-cv-00124-RFR-CRZ (D. Neb.).

1

Dated: April 7, 2022

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*