**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Patrick J. Ricci | Monsanto Company and John Does 1-50 | USDC District of New Jersey | 3:22-cv-01912-MAS-LHG | Assigned to: Judge Michael A. Shipp Referred to: Magistrate Judge Lois H. Goodman |
| 2. | Jerry Allemann and Lynn Allemann | Monsanto Company | USDC District of Nebraska | 8:22-cv-00127-JFB-CRZ | Assigned to: Senior Judge Joseph F. Bataillon Referred to: Magistrate Judge Cheryl R. Zwart |