**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on April 11, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on April 11, 2022 to counsel for Plaintiff as follows:

Lynne M. Kizis
WILENTZ, GOLDMAN & SPITZER, PA
90 Woodbridge Center Drive
Suite 900
PO Box 10
Woodbridge, NJ 07095
(732) 636-8000
Email: lkizis@wilentz.com

Counsel for Plaintiff in *Ricci v. Monsanto Company et al.*, No. 3:21-cv-01912-MAS-LHG (D. N.J.).

David A. Domina
DOMINA LAW GROUP
2425 South 144th Street
Omaha, NE 68144-3267
(402) 493-4100
Fax: (402) 493-9782
Email: ddomina@dominalaw.com

Counsel for Plaintiff in *Allemann et al v. Monsanto Company*, No. 8:22-cv-00127-JFB-CRZ (D. Neb.).

| | |
|---|---|
| Dated: April 11, 2022 | Respectfully submitted, |

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*