**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                      MDL No. 2741
LIABILITY LITIGATION

### MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant Monsanto Company hereby notifies the Clerk of the Panel of the potential tag-along actions listed on the attached Schedule of Actions.

The docket sheets and complaints for the potential tag-along actions are attached.

Dated: April 12, 2022                Respectfully submitted,

                                     /s/ Jennise W. Stubbs
                                     Jennise W. Stubbs
                                     (jstubbs@shb.com)
                                     SHOOK, HARDY & BACON L.L.P.
                                     600 Travis Street, Suite 3400
                                     Houston, TX  77002-2926
                                     Phone: (713) 227-8008
                                     Fax:    (713) 227-9508

                                     *Attorneys for Defendant Monsanto Company*