**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Madeline A. Magner | Monsanto Company and John Does 1-50 | USDC District of New Jersey | 3:22-cv-01443-MAS-LHG | Assigned to: Judge Michael A. Shipp Referred to: Magistrate Judge Lois H. Goodman |

1