**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Jeanette Garavito Dallen *as the Personal Representative of the Estate of : Dallen, Russell M, Jr. on behalf of the Estate and Survivors* | Monsanto Company | USDC Southern District of Florida | 0:22-cv-60727-AHS | Assigned to: Judge Raag Singhal |

1