**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on April 13, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on April 13, 2022 to counsel for Plaintiff as follows:

John J. Spittler, Jr.
SPITTLER & READ
1865 Brickell Avenue
Suite TH-5
Miami, FL 33129
305-860-9992
Fax: 786-513-0370
Email: jjs@spittlerlaw.com

Counsel for Plaintiff in *Dallen v. Monsanto Company,* No. 0:22-cv-60727-AHS (S.D. FL.).

Dated: April 13, 2022

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*