**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on April 21, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on April 21, 2022 to counsel for Plaintiff as follows:

Dennis F O Brien
DENNIS F O BRIEN PA
2014 S. Tollgate Road
Suite 209
Bel Air, MD 21015
14104207411
Fax: 14104206647
Email: obie26@aol.com

Counsel for Plaintiff in *Birmingham v. Monsanto Company*, No. 1:21-cv-00799-ADC (D. MD.).

Dated: April 21, 2022

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*

1