**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Carl Arnold   | Monsanto Company and John Does 1-50 | USDC District of New Jersey | 3:22-cv-02096-MAS-LHG | Assigned to: Judge Michael A. Shipp Referred to: Magistrate Judge Lois H. Goodman |

1