**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS                                         MDL No. 2741
LIABILITY LITIGATION

---

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on April 25, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on April 25, 2022 to counsel for Plaintiff as follows:

Lynne M. Kizis
WILENTZ, GOLDMAN & SPITZER, PA
90 Woodbridge Center Drive
Suite 900
PO Box 10
Woodbridge, NJ 07095
(732) 636-8000
Email: lkizis@wilentz.com

Counsel for Plaintiff in *Arnold v. Monsanto Company et al.*, No. 3:22-cv-02096-MAS-LHG (D. N.J.).

Dated: April 25, 2022                                         Respectfully submitted,

                                                                         /s/ Jennise W. Stubbs
                                                                        Jennise W. Stubbs
                                                                        (jstubbs@shb.com)
                                                                         SHOOK, HARDY & BACON L.L.P.
                                                                         600 Travis Street, Suite 3400
                                                                         Houston, TX 77002-2926
                                                                         Phone: (713) 227-8008
                                                                         Fax:    (713) 227-9508

                                                                         *Attorneys for Defendant Monsanto Company*