BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| In re: Roundup Products Liability Litigation | |
|---|---|
| | MDL Docket No. 2741 |

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

1. Pursuant to Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Jacqueline Audiino individually and as Representative of the Estate of Joseph Audiino, deceased, hereby notifies the Judicial Panel on Multidistrict Litigation of the potential tag-along action listed in the attached Schedule of Actions.  A courtesy copy of the Complaint and docket sheet are attached hereto as Exhibit A.

2. Pursuant to Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Henry Melchiona, hereby notifies the Judicial Panel on Multidistrict Litigation of the potential tag-along action listed in the attached Schedule of Actions.  A courtesy copy of the Complaint and docket sheet are attached hereto as Exhibit B.

3. Pursuant to Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Rosabell Albarran Ramirez, hereby notifies the Judicial Panel on Multidistrict Litigation of the potential tag-along action listed in the attached Schedule of Actions.  A courtesy copy of the Complaint and docket sheet are attached hereto as Exhibit C.

4. Pursuant to Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Joanne Ambrose, hereby notifies the Judicial Panel on Multidistrict Litigation of the potential tag-along action listed in the attached Schedule of

Actions.  A courtesy copy of the Complaint and docket sheet are attached hereto as Exhibit D.

5. Pursuant to Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff ROY WADE, individually and as Representative of the Estate of JUDITH WADE, deceased, hereby notifies the Judicial Panel on Multidistrict Litigation of the potential tag-along action listed in the attached Schedule of Actions.  A courtesy copy of the Complaint and docket sheet are attached hereto as Exhibit E.

6. Pursuant to Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Brenda Coffman, Individually and as Representative of the Estate of Russell Brandenburg, deceased, hereby notifies the Judicial Panel on Multidistrict Litigation of the potential tag-along action listed in the attached Schedule of Actions.  A courtesy copy of the Complaint and docket sheet are attached hereto as Exhibit F.

Dated: April 26, 2022

Respectfully submitted,

s/ Randi Kassan
Randi Kassan
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Phone: 516-741-5600
rkassan@thesandersfirm.com
***Counsel for Plaintiffs Jacqueline Audiino individually and as Representative of the Estate of Joseph Audiino, deceased, Henry Melchiona, Rosabell Albarran Ramirez, Joanne Ambrose, ROY WADE, individually and as Representative of the***

*Estate of JUDITH WADE, deceased,*
*Brenda Coffman, Individually and as*
*Representative of the Estate of Russell*
*Brandenburg, deceased*