BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| In re: Roundup Products Liability Litigation | MDL Docket No. 2741 |
|---|---|

## SCHEDULE OF ACTIONS

|    | **Plaintiff** | **Defendants** | **District** | **Case No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Jacqueline Audiino, individually and as Representative of the Estate of Joseph Audiino, deceased | Monsanto Company | E.D. New York | 2:22-cv-02321-GRB-AYS | Hon. Judge Gary R. Brown |
| 2. | Henry Melchiona | Monsanto Company | E.D. New York | 2:22-cv-02268-AMD-ARL | Hon. Judge Ann M Donnelly |
| 3. | Rosabell Albarran Ramirez | Monsanto Company | D. Puerto Rico | 3:22-cv-01172-ADC | Hon. Judge Aida M. Delgado-Colon |
| 4. | Joanne Ambrose | Monsanto | N.D. Illinois | 1:22-cv-01706 | Hon. Judge Matthew F. Kennelly |
| 5. | ROY WADE, individually and as Representative of the Estate of JUDITH WADE, deceased | Monsanto | E.D. Texas | 9:22-cv-00055-MJT | Hon. Judge Michael J. Truncale |
| 6. | Brenda Coffman Individually and as Representative of the Estate | Monsanto | S.D. Ohio | 1:22-cv-00168-TSB | Hon. Timothy S. Black |

| | Plaintiff | Defendants | District | Case No. | Judge |
|---|---|---|---|---|---|
| | of Russell Brandenburg, deceased | | | | |

Dated: April 26, 2022

Respectfully submitted,

s/ Randi Kassan
Randi Kassan
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Phone: 516-741-5600
rkassan@thesandersfirm.com
*Counsel for Plaintiffs Jacqueline Audiino individually and as Representative of the Estate of Joseph Audiino, deceased, Henry Melchiona, Rosabell Albarran Ramirez, Joanne Ambrose, ROY WADE, individually and as Representative of the Estate of JUDITH WADE, deceased, Brenda Coffman, Individually and as Representative of the Estate of Russell Brandenburg, deceased*

2