# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| In re: Roundup Products Liability Litigation | MDL Docket No. 2741 |
|---|---|

    I hereby certify that a copy of the foregoing NOTICE OF POTENTIAL TAG-ALONG ACTIONS was filed electronically via this Panel's CM/ECF filing system, which will send a notice of electronic filing to all Defendants of Record registered with the CM/ECF system in the above-captioned matter and by Federal Express to the defendant below.

MONSANTO COMPANY
800 N. Lindbergh Blvd.
St. Louis, MO 63167

Dated: April 26, 2022

Respectfully submitted,

s/ Randi Kassan

Randi Kassan
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Phone: 516-741-5600
rkassan@thesandersfirm.com
*Counsel for Plaintiffs Jacqueline Audiino individually and as Representative of the Estate of Joseph Audiino, deceased, Henry Melchiona, Rosabell Albarran Ramirez, Joanne Ambrose, ROY WADE, individually and as Representative of the Estate of JUDITH WADE, deceased, Brenda Coffman, Individually and as Representative of the Estate of Russell Brandenburg, deceased*