**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Mary Rachel Bowen | Monsanto Company | USDC Southern District of Texas | 4:22-cv-01372 | Assigned to: Judge Sim Lake |
| 2. | Billie June Jacobs | Monsanto Company, Inc. | USDC Middle District of North Carolina | 1:22-cv-00283-WO-JEP | Assigned to: Judge William L. Osteen, Jr. Referred to: Magistrate Judge Joi Elizabeth Peake |