BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 5, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on May 5, 2022 to counsel for Plaintiffs as follows:

Cristina Yadira Hernandez
FITTS LAW FIRM
4801 Richmond Ave.
Houston, TX 77027
713-871-1670
Fax: 281-583-1492
Email: chernandez@fittslawfirm.com

Counsel for Plaintiff in *Bowen v. Monsanto Company*, No. 4:22-cv-01372 (S.D. TX.).

Audrey M. Snyder
Janet Ward Black
WARD BLACK LAW
208 W. Wendover Ave.
Greensboro, NC 27401
336-333-2244
Fax: 336-379-9415
Email: asnyder@wardblacklaw.com
Email: jwblack@wardblacklaw.com

Paula S. Bliss
BERNHEIM KELLEY BATTISTA & BLISS, LLC
4 Court Street
Plymouth, MA 02360
617-865-3642
Fax: 617-830-0712
Email: pbliss@realjustice.com

1

Counsel for Plaintiff in Jacobs *v. Monsanto Company, Inc.*, No. 1:22-cv- 00283-WO-JEP (M.D. N.C.).

Dated: May 5, 2022    Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*