**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Joseph T. Loughran | Monsanto Company and John Does 1-50 | USDC District of New Jersey | 3:22-cv-02220-MAS-LHG | Assigned to: Judge Michael A. Shipp Referred to: Magistrate Judge Lois H. Goodman |
| 2. | Charles M. Pierrot | Monsanto Company and John Does 1-50 | USDC District of New Jersey | 3:22-cv-02221-MAS-LHG | Assigned to: Judge Michael A. Shipp Referred to: Magistrate Judge Lois H. Goodman |
| 3. | Henrietta Valinoti | Monsanto Company and John Does 1-50 | USDC District of New Jersey | 3:22-cv-02219-MAS-LHG | Assigned to: Judge Michael A. Shipp Referred to: Magistrate Judge Lois H. Goodman |