**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 6, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on May 6, 2022 to counsel for Plaintiffs as follows:

Lynne M. Kizis
WILENTZ, GOLDMAN & SPITZER, PA
90 Woodbridge Center Drive
Suite 900
PO Box 10
Woodbridge, NJ 07095
(732) 636-8000
Email: lkizis@wilentz.com

Counsel for Plaintiff in *Loughran v. Monsanto Company et al.,* No. 3:22-cv-02220-MAS-LHG (D. N.J.).

Lynne M. Kizis
WILENTZ, GOLDMAN & SPITZER, PA
90 Woodbridge Center Drive
Suite 900
PO Box 10
Woodbridge, NJ 07095
(732) 636-8000
Email: lkizis@wilentz.com

Counsel for Plaintiff in *Pierrot v. Monsanto Company et al.,* No. 3:22-cv-02221-MAS-LHG (D. N.J.).

Lynne M. Kizis
WILENTZ, GOLDMAN & SPITZER, PA
90 Woodbridge Center Drive
Suite 900
PO Box 10
Woodbridge, NJ 07095
(732) 636-8000
Email: lkizis@wilentz.com

Counsel for Plaintiff in *Valinoti v. Monsanto Company et al.*, No. 3:22-cv-02219-MAS-LHG (D. N.J.).

Dated: May 6, 2022                                    Respectfully submitted,

                                                                        /s/ Jennise W. Stubbs
                                                                        Jennise W. Stubbs
                                                                        (jstubbs@shb.com)
                                                                        SHOOK, HARDY & BACON L.L.P.
                                                                        600 Travis Street, Suite 3400
                                                                        Houston, TX  77002-2926
                                                                        Phone: (713) 227-8008
                                                                        Fax:    (713) 227-9508

                                                                        *Attorneys for Defendant Monsanto Company*