BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Jennifer Kohlhoff | Monsanto Company | USDC Southern District of Georgia | 2:22-cv-00036-LGW-BWC | Assigned to: Judge Lisa G. Wood<br>Referred to: Magistrate Judge Benjamin W. Cheesbro |
| 2. | Leon Pelz | Monsanto Company | USDC District of New Jersey | 2:22-cv-02021-MCA-CLW | Assigned to: Judge Madeline Cox Arleo<br>Referred to: Magistrate Judge Cathy L. Waldor |
| 3. | Howard H. Yoder and Louise E. Yoder | Bayer AG and Monsanto Company | USDC Southern District of Ohio | 2:22-cv-02122-ALM-EPD | Assigned to: Chief Judge Algenon L. Marbley<br>Referred to: Magistrate Judge Elizabeth Preston Deavers |