BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 11, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on May 11, 2022 to counsel for Plaintiffs as follows:

Andrea S. Hirsch
HERMAN GERELL, LLP
230 Peachtree St., NW
Suite 2260
Atlanta, GA 30303
678-362-4444
Email: ahirsch@hermangerel.com

Counsel for Plaintiff in *Kohlhoff v. Monsanto Company*, No. 2:22-cv-00036-LGW-BWC (S.D. GA.).

Thomas P. Valet
RAPPAPORT GLASS LEVINE & ZULLO LLP
1355 Motor Parkway
Islandia, NY 11749
631-697-0135
Email: tvalet@rapplaw.com

Counsel for Plaintiff in *Pelz v. Monsanto Company*, No. 2:22-cv-02021-MCA-CLW (D. NJ.).

James Griffin O'Brien
O'Brien Law, LLC
405 Madison Ave., 10th Floor
Toledo, OH 43604
419-930-6401
Fax: 419-930-6403
Email: jim@obrien.law

Counsel for Plaintiff in *Yoder et al. v. Monsanto Company et al.*, No. 2:22-cv-02122-ALM-EPD (S.D. OH.).

Bayer AG
Attn: General Counsel
Law, Patents & Compliance
Building Q 26, 1.008
51368 Leverkusen, Germany
Phone Number: Number 011492143046668

Copies of the foregoing were also caused to be served via UPS International on defendant Bayer AG in *Yoder et al. v. Monsanto Company et al.*, No. 2:22-cv-02122-ALM-EPD (S.D. OH.).

Dated: May 11, 2022                               Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*