**BEFORE THE UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re: Roundup Products Liability Litigation** | **MDL Docket No. 2741** |

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

1. Pursuant to Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Michael Jones, hereby notifies the Judicial Panel on Multidistrict Litigation of the potential tag-along action listed in the attached Schedule of Actions.  A courtesy copy of the Complaint and docket sheet are attached hereto as Exhibit A.

2. Pursuant to Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff William Cornell, hereby notifies the Judicial Panel on Multidistrict Litigation of the potential tag-along action listed in the attached Schedule of Actions.  A courtesy copy of the Complaint and docket sheet are attached hereto as Exhibit B.

3. Pursuant to Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Susan Rein, hereby notifies the Judicial Panel on Multidistrict Litigation of the potential tag-along action listed in the attached Schedule of Actions.  A courtesy copy of the Complaint and docket sheet are attached hereto as Exhibit C.

Dated: May 12, 2022

                                                    Respectfully submitted,

                                                    s/ Randi Kassan

Randi Kassan
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Phone: 516-741-5600
rkassan@thesandersfirm.com
***Counsel for Plaintiffs Michael Jones,
William Cornell and Susan Rein***