**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| In re: Roundup Products Liability Litigation | MDL Docket No. 2741 |
|---|---|

**SCHEDULE OF ACTIONS**

|  | Plaintiff | Defendants | District | Case No. | Judge |
|---|---|---|---|---|---|
| **1.** | Michael Jones | Monsanto Company | S.D. Florida | 9:22-cv-80718-DMM | Hon. Judge Donald M. Middlebrooks |
| **2.** | William Cornell | Monsanto Company | S.D. Florida | 2:22-cv-14167 | Hon. Judge Aileen M. Cannon |
| **3.** | Susan Rein | Monsanto Company | S.D. Florida | 9:22-cv-80719-AHS | Hon. Judge Raag Singhal |

Dated: May 12, 2022

Respectfully submitted,

s/ Randi Kassan
Randi Kassan
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Phone: 516-741-5600
rkassan@thesandersfirm.com
***Counsel for Plaintiffs Michael Jones,
William Cornell and Susan Rein***