**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS   MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Alzonia Dennis | Monsanto Company | USDC District of New Jersey | 2:22-cv-02534-SDW-JBC | Assigned to: Judge Susan D. Wigenton<br>Referred to: Magistrate Judge James B. Clark |

1