**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                              MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 13, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on May 13, 2022 to counsel for Plaintiff as follows:

Patrick Luff
LUFF LAW FIRM, PLLC
10440 N. Central Expressway
Suite 950
Dallas, TX 75231
469-607-5822
Email: luff@lufflaw.com

Counsel for Plaintiff in *Dennis v. Monsanto Company*, No. 2:22-cv-02534-SDW-JBC (D. N.J.)>

Dated: May 13, 2022                                              Respectfully submitted,

                                                                /s/ Jennise W. Stubbs
                                                            Jennise W. Stubbs
                                                            (jstubbs@shb.com)
                                                            SHOOK, HARDY & BACON L.L.P.
                                                            600 Travis Street, Suite 3400
                                                            Houston, TX 77002-2926
                                                            Phone: (713) 227-8008
                                                            Fax:   (713) 227-9508

                                                           *Attorneys for Defendant Monsanto Company*