BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| In re: Roundup Products Liability Litigation | |
|---|---|
| | MDL Docket No. 2741 |

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

1. Pursuant to Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Linda Aguiar, individually and as Representative of the Estate of Bernice Hiland, deceased, hereby notifies the Judicial Panel on Multidistrict Litigation of the potential tag-along action listed in the attached Schedule of Actions. A courtesy copy of the Complaint and docket sheet are attached hereto as Exhibit A.

Dated: May 17, 2022

    Respectfully submitted,

    s/ Randi Kassan
    Randi Kassan
    MILBERG COLEMAN BRYSON
    PHILLIPS GROSSMAN, PLLC
    100 Garden City Plaza, Suite 500
    Garden City, NY 11530
    Phone: 516-741-5600
    rkassan@thesandersfirm.com
    ***Counsel for Plaintiff Linda Aguiar, individually and as Representative of the Estate of Bernice Hiland, deceased***