BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| In re: Roundup Products Liability Litigation | MDL Docket No. 2741 |
|---|---|

## SCHEDULE OF ACTIONS

|    | Plaintiff | Defendants | District | Case No. | Judge |
|---|---|---|---|---|---|
| 1. | Linda Aguiar, individually and as Representative of the Estate of Bernice Hiland, deceased | Monsanto Company | M.D. Tennessee | 3:22-cv-00358 | Hon. Judge William L. Campbell, Jr. |

Dated: May 17, 2022

Respectfully submitted,

s/ Randi Kassan
Randi Kassan
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Phone: 516-741-5600
rkassan@thesandersfirm.com
***Counsel for Plaintiff Linda Aguiar, individually and as Representative of the Estate of Bernice Hiland, deceased***

1