# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| In re: Roundup Products Liability Litigation | MDL Docket No. 2741 |
|---|---|

    I hereby certify that a copy of the foregoing NOTICE OF POTENTIAL TAG-ALONG ACTIONS was filed electronically via this Panel's CM/ECF filing system, which will send a notice of electronic filing to all Defendants of Record registered with the CM/ECF system in the above-captioned matter and by Federal Express to the defendant below.

MONSANTO COMPANY
800 N. Lindbergh Blvd.
St. Louis, MO 63167

Dated: May 17, 2022

                                                 Respectfully submitted,

                                                 <u>s/ Randi Kassan</u>
                                               Randi Kassan
                                               MILBERG COLEMAN BRYSON
                                               PHILLIPS GROSSMAN, PLLC
                                               100 Garden City Plaza, Suite 500
                                               Garden City, NY 11530
                                               Phone: 516-741-5600
                                               rkassan@thesandersfirm.com
                                               ***Counsel for Plaintiff Linda Aguiar, individually and as Representative of the Estate of Bernice Hiland, deceased***