**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | John Vaughn | Monsanto Company, Bayer Atkiengescellschaft *doing business as* Bayer AG and John Doe | USDC Middle District of Tennessee | 3:22-cv-00357 | Assigned to: Chief Judge Waverly D. Crenshaw, Jr Referred to: Magistrate Judge Jeffery S. Frensley |
| 2. | Michael Ezzell and Sue Ezzell | Monsanto Company and Does 1 through 15 | USDC Central District of California | 8:22-cv-01001 | Not Yet Assigned |