BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 18, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on May 18, 2022 to counsel for Parties as follows:

Thomas F. Mink, II
MINK & DUKE, PLLC
P O Box 198742
Nashville, TN 37219-8742
(615) 256-0138
Fax: (615) 730-5997
Email: tmink@tfmlawadr.com

Counsel for Plaintiff in *Vaughn v. Monsanto Company et al.*, No. 3:22-cv-00357 (M.D.TN).

Peter Q. Ezzell
LAW OFFICES OF PETER Q. EZZELL
134 Westwind Mall
Marina del Ray, CA 90292
(310) 709-2125
Email: ezzellp@gmail.com

Counsel for Plaintiff in *Ezzell et al. v. Monsanto Company, et al.* No. 8:22-cv-01001(C.D. CA.).

Bayer AG
Attn: General Counsel
Law, Patents & Compliance
Building Q 26, 1.008
51368 Leverkusen, Germany
Phone Number: Number 011492143046668

Copies of the foregoing were also caused to be served via UPS International on defendant Bayer AG in *Vaughn v. Monsanto Company et al.*, No. 3:22-cv-00357 (M.D.TN).

Dated: May 18, 2022               Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*