ACCO

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:22-cv-01001

Ezzell et al v. Monsanto Company et al  
Assigned to:  
Case in other court: Orange County Superior Court, 30-02022-01252601-CU-  
Cause: 28:1332 Diversity-Product Liability

Date Filed: 05/17/2022  
Jury Demand: None  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

**Plaintiff**

Michael Ezzell     represented by   **Michael Ezzell**  
PRO SE

**Plaintiff**

Sue Ezzell     represented by   **Sue Ezzell**  
PRO SE

V.

**Defendant**

Monsanto Company     represented by   **Ryan S Killian**  
Shook Hardy and Bacon LLP  
600 Travis Street Suite 3400  
Houston, TX 77002  
713-227-8008  
Fax: 713-227-9508  
Email: rkillian@shb.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

Does 1 through 15

| Date Filed | # | Docket Text |
|---|---|---|
| 05/17/2022 | 1 | NOTICE OF REMOVAL from Orange County Superior Court, case number 30-2022-01252601-CU-PL-CJC Receipt No: ACACDC-33313637 - Fee: $402, filed by Defendant Monsanto Company. (Attachments: # 1 Exhibit Exhibits 1-6) (Attorney Ryan S Killian added to party Monsanto Company(pty:dft))(Killian, Ryan) (Entered: 05/17/2022) |
| 05/17/2022 | 2 | CIVIL COVER SHEET filed by Defendant Monsanto Company. (Killian, Ryan) (Entered: 05/17/2022) |
| 05/17/2022 | 3 | CERTIFICATE of Interested Parties filed by Defendant Monsanto Company, identifying Monsanto Company, Bayer AG. (Killian, Ryan) (Entered: 05/17/2022) |
| 05/17/2022 | 4 | CORPORATE DISCLOSURE STATEMENT filed by Defendant Monsanto Company |

| | | |
|---|---|---|
| | | identifying Bayer AG as Corporate Parent. (Killian, Ryan) (Entered: 05/17/2022) |
| 05/17/2022 | 5 | PROOF OF SERVICE filed by Defendant Monsanto Company, re Civil Cover Sheet (CV-71) 2 , Certificate/Notice of Interested Parties 3 , Notice of Removal (Attorney Civil Case Opening), 1 , Corporate Disclosure Statement 4 served on May 17, 2022. (Killian, Ryan) (Entered: 05/17/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/18/2022 08:13:56 | | | |
| **PACER Login:** | sh0019sh | **Client Code:** | 31943.356965 rhb |
| **Description:** | Docket Report | **Search Criteria:** | 8:22-cv-01001 End date: 5/18/2022 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

| | |
|---|---|
| 1 | **SHOOK, HARDY & BACON L.L.P** |
| 2 | Ryan S. Killian |
| | CA Bar No. 294512 |
| 3 | 600 Travis Street, Suite 3400 |
| | Houston, TX 77002-2026 |
| 4 | Telephone: (713) 227-8008 |
| | Facsimile: (713) 227-9508 |
| 5 | Email: rkillian@shb.com |
| 6 | *Attorneys for Defendant* |
| | *MONSANTO COMPANY* |

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| Michael Ezzell and Sue Ezzell, <br><br> Plaintiffs, <br><br> v. <br><br> MONSANTO COMPANY and DOES 1 through 15, <br><br> Defendants | Case No.: 8:22-cv-1001 <br><br> **DEFENDANT MONSANTO COMPANY'S NOTICE OF REMOVAL** <br><br> [Removal from Superior Court of California, County of Orange, Case No. 30-2022-01252601-CU-PL-CJC] |

By filing this Notice of Removal and related papers, Defendant Monsanto Company ("Monsanto") hereby removes this lawsuit to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 (and any other applicable laws). In accordance with Section 1446(a), Monsanto provides the following statement of grounds for removal.

## Introduction

1. In this products liability lawsuit, Plaintiffs Michael Ezzell and Sue Ezzell seek damages for cancer – chronic lymphatic leukemia ("CLL") – allegedly caused by exposure to Monsanto's Roundup®-branded herbicides, which have glyphosate as their active ingredient. For decades, farmers have used glyphosate-

based herbicides to increase crop yields, and home-owners, landscaping companies, and local government agencies have used these herbicides for highly effective weed control. Glyphosate is one of the most thoroughly studied herbicides in the world, and glyphosate-based herbicides have received regulatory approval in more than 160 countries. Since 1974, when Monsanto first introduced a Roundup®-branded, glyphosate-based herbicide to the marketplace, the United States Environmental Protection Agency repeatedly has approved the sale of such herbicides without cancer warnings and repeatedly has concluded that glyphosate does not cause cancer – including as recently as 2020. Nevertheless, Plaintiffs allege that Mr. Ezzell developed cancer caused by exposure to Monsanto's glyphosate-based herbicides.

2. As discussed in more detail below, Monsanto removes this lawsuit because this Court has subject matter jurisdiction based on diversity of citizenship. Plaintiffs are citizens of California. For purposes of diversity jurisdiction, Monsanto is deemed to be a citizen of Missouri (where its principal place of business is located) and Delaware (Monsanto's state of incorporation). Accordingly, complete diversity of citizenship exists in this case as required by 28 U.S.C. § 1332. The statutory amount-in-controversy requirement is also satisfied because Plaintiffs seek damages for cancer allegedly caused by exposure to Monsanto's Roundup®-branded herbicides.

**Background And Procedural History**

3. Plaintiffs commenced this lawsuit in the Superior Court of the State of California for the County of Orange by filing a Complaint, captioned *Michael Ezzell, Sue Ezzell v. Monsanto Company, et al.*, case number 30-2022-01252601-CU-PL-CJC, on or about March 30, 2022 (the "State Court Action").

4. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Summons and Complaint served upon Monsanto in the State Court Action (and

1 | other filings available from the state court's files) are attached as **Exhibits 1-5.** Plaintiffs seek damages for CLL allegedly caused by exposure to Monsanto's Roundup®-branded herbicides. *See, e.g.*, Complaint at 3–4.

5. Monsanto has denied Plaintiffs' allegations. A true and correct copy of Monsanto's Answer is attached as **Exhibit 6.**

### Basis For Removal – Diversity Jurisdiction

6. Based on the allegations in the Complaint, Plaintiffs are, and were at the time the State Court Action was filed, California residents and citizens. *See* Complaint at 4.

7. Monsanto is, and was at the time the State Court Action was filed, a corporation incorporated under the laws of the State of Delaware, with its principal place of business in the State of Missouri. Thus, Monsanto is deemed to be a citizen of Missouri and Delaware, for purposes of federal diversity jurisdiction.

8. The Complaint seeks compensatory and punitive damages based on the allegations that Monsanto's Roundup®-branded herbicides caused Mr. Ezzell to develop cancer (CLL). Therefore, it is plausible from the face of the Complaint that Plaintiffs seek damages in excess of $75,000, exclusive of interest and costs, which satisfies the jurisdictional amount-in-controversy requirement. 28 U.S.C. § 1332(a); *see Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81, 89 (2014) ("[A] defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold."); *see also Ross v. First Family Fin. Servs., Inc.*, No. 2:01CV218-P-B, 2002 WL 31059582, at *8 (N.D. Miss. Aug. 29, 2002) ("[U]nspecified claims for punitive damage sufficiently serve to bring the amount in controversy over the requisite jurisdictional threshold set out in 28 U.S.C. § 1332."). In fact, numerous other lawsuits seeking damages for NHL allegedly caused by Roundup®-branded herbicides have been filed against

Monsanto in other federal courts asserting jurisdiction under Section 1332(a) and alleging damages in excess of $75,000, exclusive of interest and costs.

9. In sum, this Court has original subject matter jurisdiction over this action based on Section 1332(a) because there is complete diversity of citizenship between Plaintiffs and Monsanto, and the amount in controversy exceeds $75,000, exclusive of interest and costs.[1]

## Procedural Requirements

10. The Superior Court of Orange County, California is located within the Central District of California. Therefore, removal to this Court satisfies the venue requirement of 28 U.S.C. § 1446(a).

11. Monsanto received notice of process in the State Court Action on April 20, 2022. This Notice of Removal is timely because it is being filed within 30 days of April 20, 2022. See 28 U.S.C. § 1446(b)(1).

12. The written notice required by 28 U.S.C. § 1446(d) will be promptly filed in the Superior Court of Orange County, California and will be promptly served on Plaintiffs.

13. Monsanto does not waive any defenses and expressly reserves its right to raise any and all defenses in subsequent proceedings.

14. If any question arises as to the propriety of this removal, Monsanto requests the opportunity to present written and oral argument in support of removal.

---

[1] The citizenship of "Doe" defendants must be disregarded when determining whether this lawsuit is removable based on Section 1332(a). *See* 28 U.S.C. § 1441(b)(1).

## Conclusion

For the foregoing reasons, Monsanto removes this lawsuit to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 (and any other applicable laws).

DATED: May 17, 2022        Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

BY: */s/Ryan S. Killian*
    Ryan S. Killian
    CA Bar No. 294512
    600 Travis Street, Suite 3400
    Houston, TX 77002-2926
    Telephone: (713) 227-8008
    Facsimile: (713) 227-9508
    Email: rkillian@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

## **CERTIFICATE OF SERVICE**

I certify that on the 17th of May 2022, I electronically transmitted the foregoing Monsanto Company's Notice of Removal to the Clerk of the Court using the ECF system for filing and transmittal of a true and correct copy of the foregoing document was served electronically or by another manner as authorized by Fed. R. Civ. P. 5.

*/s/ Ryan S. Killian*
Ryan S. Killian

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Peter Q Ezzell   SBN 53497<br>Law Offices of Peter Q Ezzell<br>134 Westwind Mall, Marina del Rey<br>CA 90292<br>TELEPHONE NO.: 310 709 2125   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): ezzellp@gmail.com<br>ATTORNEY FOR (Name): Plaintiffs | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 W Civic Center Drive.
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana 92701
BRANCH NAME: Central

PLAINTIFF: Michael Ezzell, Sue Ezzell
DEFENDANT: Monsanto Company
[x] DOES 1 TO 15

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE   [x] OTHER (specify): Product Liability
[ ] Property Damage   [ ] Wrongful Death
[x] Personal Injury   [ ] Other Damages (specify):

CASE NUMBER: 30-2022-01252601-CU-PL-CJC

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
  Amount demanded [ ] does not exceed $10,000
  [ ] exceeds $10,000, but does not exceed $25,000
[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
  [ ] from limited to unlimited
  [ ] from unlimited to limited

**Assigned for All Purposes**
Judge Derek W. Hunt

1. Plaintiff (name or names): Michael Ezzell, Sue Ezzell
   alleges causes of action against defendant (name or names):
   Monsanto Company, Does 1-15
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

3-002

PLD-PI-001

| SHORT TITLE: Michael Ezzell v Monsanto Company | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.
5. Each defendant named above is a natural person
   a. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):
   
   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.
6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1-5   were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 6-15   are persons whose capacities are unknown to plaintiff.
7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: Michael Ezzell v. Monsanto Company | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

   a. ☐ Motor Vehicle
   b. ☐ General Negligence
   c. ☐ Intentional Tort
   d. ☒ Products Liability
   e. ☐ Premises Liability
   f. ☒ Other *(specify):*
      Loss of Consortium as to Sue Ezzell

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☒ other damage *(specify):*
      As to Sue Ezzell, loss of Society, support, and affection

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.
    Money damages for contracting Chronic Lymphatic Leukemia diagnosed April 8, 2020

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☒ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☐ according to proof
      (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
    6

Date: 03/23/2022

Peter Ezzell
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007] — **COMPLAINT—Personal Injury, Property Damage, Wrongful Death** — Page 3 of 3


3-004

| | PLD-PI-001(5) |
|---|---|
| SHORT TITLE:<br>Michael Ezzell, Sue Ezzell v Monsanto Company | CASE NUMBER: |

First _____ **CAUSE OF ACTION—Products Liability**   Page ___4___
    (number)

ATTACHMENT TO ☐ Complaint ☐ Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Michael Ezzell

Prod. L-1. On or about *(date):* 1992-2013    plaintiff was injured by the following product:
Roundup, purchased from Home Depot, Tustin throughout those years for his home in Laguna Beach, CA from which he developed Chronic Lymphatic Leukemia, diagnosed April 8, 2020

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
☐ used in the manner intended by the defendants.
☑ used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
☑ purchaser of the product.   ☐ user of the product.
☐ bystander to the use of the product.   ☐ other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:
Prod. L-4. ☑ **Count One—Strict liability** of the following defendants who
   a. ☑ manufactured or assembled the product *(names):*
      Monsanto Company
         ☑ Does One to Five
   b. ☐ designed and manufactured component parts supplied to the manufacturer *(names):*

         ☐ Does _____ to _____
   c. ☐ sold the product to the public *(names):*


         ☐ Does _____ to _____

Prod. L-5. ☑ **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*
      Monsanto Company
         ☑ Does Six to Ten

Prod. L-6. ☑ **Count Three—Breach of warranty** by the following defendants *(names):*
      Monsanto Company
         ☑ Does Eleven to Fifteen
      a. ☑ who breached an implied warranty
      b. ☐ who breached an express warranty which was
            ☑ written   ☐ oral

Prod. L-7. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
      ☐ listed in Attachment-Prod. L-7 ☑ as follows:
      Plaintiff Michael Ezzell purchased defendant's Roundup product in Orange County, CA beginning 1992 and contracted Chronic Lymphatic Leukemia, diagnosed 04/20

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]   **CAUSE OF ACTION—Products Liability**   Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov