## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS                                                      MDL No. 2741
LIABILITY LITIGATION

### MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, defendant Monsanto Company hereby notifies the Clerk of the

Panel of the potential tag-along actions listed on the attached Schedule of Actions.

The docket sheets and complaints for the potential tag-along actions are attached.


Dated: May 19, 2022                              Respectfully submitted,

                                                 /s/ Jennise W. Stubbs
                                                 Jennise W. Stubbs
                                                 (jstubbs@shb.com)
                                                 SHOOK, HARDY & BACON L.L.P.
                                                 600 Travis Street, Suite 3400
                                                 Houston, TX  77002-2926
                                                 Phone: (713) 227-8008
                                                 Fax:    (713) 227-9508

                                                 *Attorneys for Defendant Monsanto Company*