**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 19, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on May 19, 2022 to counsel for Plaintiffs as follows:

Patrick Allen Luff
FEARS NACHAWATI PLLC
5473 Blair Road
Dallas, TX  75231
214/890-0711
Email: luff@lufflaw.com

Counsel for Plaintiffs in *Parry et al. v. Monsanto Company*, No. 7:22-cv-00160 (S.D. TX.).

Dated: May 19, 2022

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*