**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS			MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Kimberly Samra and Michael Samra | Monsanto Company | USDC District of New Jersey | 3:22-cv-01358-GC-LHG | Assigned to: Judge Georgette Castner Referred to: Magistrate Judge Lois H. Goodman |
| 2. | Bilha Carmiel | Monsanto Company and John Does 1-50 | USDC District of New Jersey | 3:22-cv-02813-MAS-LHG | Assigned to: Judge Michael A. Shipp Referred to: Magistrate Judge Lois H. Goodman |