# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Dates Received: 5/20/22, 5/23/22 & 5/24/22

District Court: D. Minnesota

Number of Actions: 8

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL