**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS                                              MDL No. 2741
LIABILITY LITIGATION

---

**PROOF OF SERVICE**

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 24, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on May 24, 2022 to counsel for Plaintiffs as follows:

Eric D. Roslansky
Austin Johnson Grinder
THE RUTH LAW TEAM
8600 4th St N
PO Box 16847
St Petersburg, FL 33733-6847
727-327-3222
Fax: 727-323-7720
Email: eroslansky@getjustice.com
Email: agrinder@getjustice.com

Counsel for Plaintiffs in *Roman et al. v. Monsanto Company*, No. 6:22-cv-00873-PGB-LHP (M.D. FL.).

Dated: May 24, 2022								Respectfully submitted,

        /s/ Jennise W. Stubbs
_____
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*