# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received: 5/24/22**

**District Court: E.D. Louisiana**

**Number of Actions: 1**

Complaints and Docket Sheets are attached.

_____
CLERK OF THE PANEL