**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| In re: Roundup Products Liability Litigation | |
|---|---|
| | MDL Docket No. 2741 |

**NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

1. Pursuant to Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Steven B. John, hereby notifies the Judicial Panel on Multidistrict Litigation of the potential tag-along action listed in the attached Schedule of Actions. A courtesy copy of the Complaint and docket sheet are attached hereto as Exhibit A.

Dated: June 2, 2022

                                                 Respectfully submitted,

                                                 s/ Randi Kassan
                                                 Randi Kassan
                                                 MILBERG COLEMAN BRYSON
                                                 PHILLIPS GROSSMAN, PLLC
                                                 100 Garden City Plaza, Suite 500
                                                 Garden City, NY 11530
                                                 Phone: 516-741-5600
                                                 rkassan@thesandersfirm.com
                                                 ***Counsel for Plaintiff Steven B. John***