BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| **In re: Roundup Products Liability Litigation** | |
|---|---|
| | MDL Docket No. 2741 |

## SCHEDULE OF ACTIONS

|  | Plaintiff | Defendants | District | Case No. | Judge |
|---|---|---|---|---|---|
| **1.** | Steven B. John | Monsanto Company | E.D. California | 2:22-cv-00938-KJM-CKD | Hon. Judge Kimberly J. Mueller |

Dated: June 2, 2022

Respectfully submitted,

s/ Randi Kassan

Randi Kassan
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Phone: 516-741-5600
rkassan@thesandersfirm.com
***Counsel for Plaintiff Steven B. John***