**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**



# Notice of Tag-Along from District Court

**Dates Received: 5/27/22, 6/1/22**

**District Court: D. Minnesota**

**Number of Actions: 3**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL