**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Johnny Wood | Monsanto Company | USDC Northern District of Texas | 3:22-cv-01093-B | Assigned to: Judge Jane J. Boyle |
| 2. | Richard Yant and Lori Yant | Monsanto Company and Bayer Corporation | USDC Northern District of Ohio | 3:22-cv-00915-JJH | Assigned to: Judge Jeffrey J. Helmick |