**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 2, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 2, 2022 to counsel for Plaintiffs as follows:

Ben C Martin
MARTIN BAUGHMAN PLLC
3141 Hood Street, Ste. 600
Dallas, TX 75219
214-761-6614
Fax: 214-744-7590
Email: bmartin@martinbaughman.com

Counsel for Plaintiff in *Wood v. Monsanto Company*, No. 3:22-cv-01093-B (N.D. TX.).

Jonathan M. Ashton
GALLON, TAKACS & BOISSONEAULT
1450 Arrowhead Drive
Maumee, OH 43617
419-843-2001
Fax: 419-843-8022
Email: jashton@gallonlaw.com

Counsel for Plaintiffs in *Yant et al. v. Monsanto Company et al.*, No. 3:22-cv-00915-JJH (N.D. OH.)

Bayer Corporation
100 Bayer Boulevard
Whippany, NJ 07981
862/404-3000

Copies of the foregoing were also caused to be served via UPS on defendant Bayer Corporation in *Yant et al. v. Monsanto Company et al.*, No. 3:22-cv-00915-JJH (N.D. OH.)

1

Dated: June 2, 2022                           Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*