**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Richard Straub | Monsanto Company and Unknown Parties *named as John Does I-V and Jane Does I-V, individually and as husbands and wives; Doe Corporations I-V; Doe Partnerships I-V; Doe Legal Entities I-V; and Doe Organizations I-V* | USDC District of Arizona | 4:22-cv-00103-RCC | Assigned to: Senior Judge Raner C. Collins |