**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 7, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 7, 2022 to counsel for Plaintiff as follows:

Andrea Elisabeth Watters
WATTERS & WATTTERS PLLC
4729 E Sunrise Dr., Ste. 458
Tucson, AZ 85718
520-323-5910
Fax: 520-323-5912
Email: andrea@watterslaw.com

Counsel for Plaintiff in *Straub v. Monsanto Company et al.*, No. 4:22-cv-00103-RCC (Dist. AZ.).

Dated: June 7, 2022

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*