**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Karen R. Brown Individually and as Personal Representative of the Estate of Michael J. Brown | Monsanto Company, Bayer Corporation, Bayer AG and Does 1-10 | USDC District of Montana | 9:22-cv-00099-DLC-KLD | Assigned to: Judge Dana L. Christensen Referred to: Magistrate Judge Kathleen L. DeSoto |
| 2. | John Luby, Jr., Bridget Luby, Berry Chase Peterson and Kathy Peterson | Naylors Farm and Ranch Supply Inc. and Monsanto Company | USDC Southern District of Texas | 2:22-cv-00124 | Assigned to: Judge Nelva Gonzales Ramos |