**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | David P. Sweet | Monsanto Company | USDC District of Massachusetts | 1:22-cv-10883-FDS | Assigned to: Chief Judge F. Dennis Saylor, IV |