**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 9, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 9, 2022 to counsel for Plaintiff as follows:

Julie E. Lamkin
LAW OFFICES OF JEFFREY S. GLASSMAN
One International Place, 18th Floor
Boston, MA 02110
617-367-2900
Email: jlamkin@jeffreysglassman.com

Counsel for Plaintiff in *Sweet v. Monsanto Company,* No. 1:22-cv-1:22-cv-10883-FDS. (Dist. MA.).

Dated: June 9, 2022                     Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*