**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**AMENDED PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Amended Proof of Service was electronically filed on June 10, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 10, 2022 to counsel for Plaintiffs as follows:

Dylan McFarland
James E. Roberts
William Adam Duerk
KNIGHT NICASTRO MACKAY, LLC
283 W. Front St.
Suite 203
Missoula, MT 59802
406-206-5747
Fax: 816-396-6233
Email: mcfarland@knightnicastro.com
Email: roberts@knightnicastro.com
Email: duerk@knightnicastro.com

Thad A. Huse
HUSE LAW OFFICE, P.C.
430 Ryman
PO Box 7796
Missoula, MT 59807
406-541-4040
Email: thuse@huselaw.com

Counsel for Plaintiff in *Brown v. Monsanto Company et al.*, No. 9:22-cv-00099-DLC-KLD (Dist. MT.).

Ernest W. Boyd, Jr.
BUTCH BOYD LAW FIRM
2905 Sackett St
Houston, TX 77098
713-589-8477

Fax: 713-589-8563
Email: butchboyd@butchboydlawfirm.com

Counsel for Plaintiffs in *Luby et al. v. Monsanto Company et al*, No. 2:22-cv-00124 (S.D. TX.).

Bayer AG
Attn: General Counsel
Law, Patents & Compliance
Building Q 26, 1.008
51368 Leverkusen, Germany
Phone Number: Number 011492143046668

Copies of the foregoing were also caused to be served via UPS International on defendant Bayer AG in *Brown v. Monsanto Company et al.,* No. 9:22-cv-00099-DLC-KLD (Dist. MT.).

Bayer Corporation
100 Bayer Boulevard
Whippany, NJ 07981
862/404-3000

Copies of the foregoing were also caused to be served via UPS on defendant Bayer Corporation in *Brown v. Monsanto Company et al.*, No. 9:22-cv-00099-DLC-KLD (Dist. MT.).

Sonila Themeli
Ryan S Killian
SHOOK, HARDY & BACON L.L.P.
600 Travis Street
Suite 3400
Houston, TX 77002
713-227-8008
Fax: 713-227-9508
Email: sthemeli@shb.com
Email: rkillian@shb.com

Counsel for Defendant Naylors Farm and Ranch Supply Inc. in *Luby et al. v. Monsanto Company et al.*, No. 2:22-cv-00124 (S.D. TX.).

Dated: June 10, 2022					Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*