**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                        MDL No. 2741
LIABILITY LITIGATION

**AMENDED PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Amended Proof of Service was electronically filed on June 10, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 10, 2022 to counsel for Plaintiff as follows:

Julie E. Lamkin
LAW OFFICES OF JEFFREY S. GLASSMAN
One International Place, 18th Floor
Boston, MA 02110
617-367-2900
Email: jlamkin@jeffreysglassman.com

Counsel for Plaintiff in *Sweet v. Monsanto Company,* No. 1:22-cv-10883-FDS. (Dist. MA.).

Dated: June 10, 2022                                   Respectfully submitted,

                                                      /s/ Jennise W. Stubbs
                                                      Jennise W. Stubbs
                                                      (jstubbs@shb.com)
                                                      SHOOK, HARDY & BACON L.L.P.
                                                      600 Travis Street, Suite 3400
                                                      Houston, TX 77002-2926
                                                      Phone: (713) 227-8008
                                                      Fax:    (713) 227-9508

                                                      *Attorneys for Defendant Monsanto Company*