## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received: 6/7/22, 6/9/22**

**District Court: D. Minnesota**

**Number of Actions: 4**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL