**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|  | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Ramon Caban-Brizzie | Monsanto Company | USDC District of Puerto Rico | 3:22-cv-01171-FAB | Assigned to: Senior Judge Francisco A. Besosa |
| 2. | Vickie Hall Stevens Personal Representative of the Estate of Robert Stevens, and as Spouse | Monsanto Company | USDC Middle District of Florida | 8:22-cv-01293-CEH-JSS | Assigned to: Judge Charlene Edwards Honeywell Referred to: Magistrate Judge Julie S. Sneed |

1