**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

　　　　In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 13, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 13, 2022 to counsel for Plaintiffs as follows:

Douglas H. Sanders
SANDERS PHILLIPS GROSSMAN, LLC
B7 Tabonuco
Suite 801
Guaynabo, PR 00968
787/331-1140 x 8100
Fax: 516/750-1204
Email: dsanders@thesandersfirm.com

Counsel for Plaintiff in *Caban-Brizzie v. Monsanto Company*, No. 3:22-cv-01171-FAB (Dist. P.R.).

Eric D. Roslansky, Esq.
Austin J. Grinder, Esq.
THE RUTH LAW TEAM
8600 4th Street North
P.O. Box 16847
St. Petersburg, FL 33733-6847
Phone: (727) 327-3222
Fax: 727/323-7720
Email: eroslansky@getjustice.com
Email: agrinder@getjustice.com
Email: roundup-service@getjustice.com

Counsel for Plaintiff in *Stevens v. Monsanto Company*, No. 8:22-cv-01293-CEH-JSS (M.D. FL.).

1

2

Dated: June 13, 2022						Respectfully submitted,

								/s/ Jennise W. Stubbs
								Jennise W. Stubbs
								(jstubbs@shb.com)
								SHOOK, HARDY & BACON L.L.P.
								600 Travis Street, Suite 3400
								Houston, TX  77002-2926
								Phone: (713) 227-8008
								Fax:    (713) 227-9508

								*Attorneys for Defendant Monsanto Company*

2