**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Michael Rutherford | Monsanto Company and John Does 1-50 | USDC District of New Jersey | 2:22-cv-03320-CCC-CLW | Assigned to: Judge Claire C. Cecchi Referred to: Magistrate Judge Cathy L. Waldor |