**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 15, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 15, 2022 to counsel for Plaintiff as follows:

Lynne M. Kizis
WILENTZ, GOLDMAN & SPITZER, PA
90 Woodbridge Center Drive
Suite 900
PO BOX 10
Woodbridge, NJ 07095
(732) 636-8000
Email: lkizis@wilentz.com

Counsel for Plaintiff in *Rutherford v. Monsanto Company, et al.*, No. 2:22-cv-03320-CCC-CLW (Dist. N.J.).

Dated: June 15, 2022 Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*

1