# BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 16, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 16, 2022 to counsel for Plaintiff as follows:

Randi Alyson Kassan
MILBERG COLEMAN BRYSON
PHILIPS GROSSMAN, PLLC
100 Garden City Plaza
Suite 500
Garden City NY 11530
516/741-5600
Fax: Not a member
Email: rkassan@thesandersfirm.com

Counsel for Plaintiff in *Pessis v. Monsanto Company*, No. 1:22-cv-03132 (N.D. IL.).

Dated: June 16, 2022

Respectfully submitted,

/s/ Jennise W. Stubbs

Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*