**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| **1.** | Stephanie Holsapple | Monsanto Company | USDC Southern District of Mississippi | 3:22-cv-00312-DPJ-FKB | Assigned to: Chief District Judge Daniel P. Jordan, III Referred to: Magistrate Judge F. Keith Ball |