**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 23, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 23, 2022 to counsel for Plaintiff as follows:

John C. Enochs
MORRIS BART, P.L.C. - New Orleans
Pan American Life Center
601 Poydras St., 24th Floor
New Orleans, LA 70130-6036
504-525-8000
Fax: 833-277-4214
Email: jenochs@morrisbart.com

Counsel for Plaintiff in *Holsapple v. Monsanto Company.*, No.: 3:22-cv-00312-DPJ-FKB (S.D. MS.).

Dated: June 23, 2022                                 Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*

1