**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| **In re: Roundup Products Liability Litigation** | MDL Docket No. 2741 |
|---|---|

**SCHEDULE OF ACTIONS**

|  | Plaintiff | Defendants | District | Case No. | Judge |
|---|---|---|---|---|---|
|  | Edward Green | Monsanto Company | E.D. New York | 2:22-cv-03564 | Hon. Judge Gary R. Brown |

Dated: June 24, 2022

Respectfully submitted,

s/ Randi Kassan
Randi Kassan
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Phone: 516-741-5600
rkassan@thesandersfirm.com
***Counsel for Plaintiff Edward Green***

1