**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re: Roundup Products Liability Litigation** | **MDL Docket No. 2741** |

      I hereby certify that a copy of the foregoing NOTICE OF POTENTIAL TAG-ALONG ACTIONS was filed electronically via this Panel's CM/ECF filing system, which will send a notice of electronic filing to all Defendants of Record registered with the CM/ECF system in the above-captioned matter and by Federal Express to the defendant below.

MONSANTO COMPANY
800 N. Lindbergh Blvd.
St. Louis, MO 63167

Dated: June 24, 2022

                                                                       Respectfully submitted,

                                                                       s/ Randi Kassan
                                                                       Randi Kassan
                                                                       MILBERG COLEMAN BRYSON
                                                                       PHILLIPS GROSSMAN, PLLC
                                                                       100 Garden City Plaza, Suite 500
                                                                       Garden City, NY 11530
                                                                       Phone: 516-741-5600
                                                                       rkassan@thesandersfirm.com
                                                                       ***Counsel for Plaintiff Edward Green***