**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Charles Fredric Reid | Monsanto Company | USDC Middle District of North Carolina | 1:22-cv-00462-UA-LPA | Assigned to: Unassigned Referred to: Magistrate Judge L. Patrick Auld |
| 2. | Joyce Hutchinson Dunaway | Monsanto Company *A Part of Bayer AG* | USDC Eastern District of Kentucky | 5:22-cv-00168-KKC | Assigned to: Judge Karen K. Caldwell |