BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 27, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 27, 2022 to counsel for Plaintiffs as follows:

Matthew E. Lee
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
900 W. Morgan Street
Raleigh, NC 27603
919-600-5000
Fax: 919-600-5035
Email: mlee@milberg.com

Counsel for Plaintiff in *Reid v. Monsanto Company*, No. 1:22-cv-00462-UA-LPA (M.D. N.C.).

Don A. Pisacano
MILLER, GRIFFIN & MARKS, P.S.C.
271 W. Short Street
Suite 600, Security Trust Building
Lexington, KY 40507-1292
859-255-6676
Email: pisacano@kentuckylaw.com

Thomas K. Herren
HERREN LAW, PLLC
148 N. Broadway
Lexington, KY 40507
859-254-0024
Fax: 859-254-5991
Email: tom.herren@herrenadams.com

Counsel for Plaintiff in *Dunaway v. Monsanto Company*, 5:22-cv-00168-KKC (E.D. KY.).

1

Bayer AG
Attn: General Counsel
Law, Patents & Compliance
Building Q 26, 1.008
51368 Leverkusen, Germany
Phone Number: Number 011492143046668

Copies of the foregoing were also caused to be served via UPS International on defendant Bayer AG (which has not been served with the Summons or Complaint in *Dunaway v. Monsanto Company*, 5:22-cv-00168-KKC (E.D. KY.).

Dated: June 27, 2022     Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:   (713) 227-9508

*Attorneys for Defendant Monsanto Company*