# U.S. District Court
## Eastern District of Kentucky (Lexington)
## CIVIL DOCKET FOR CASE #: 5:22-cv-00168-KKC

Dunaway v. Monsanto Company  
Assigned to: Judge Karen K. Caldwell  
Case in other court: Fayette Circuit Court, 22-ci-1520  
Cause: 28:1442 Petition for Removal

Date Filed: 06/24/2022  
Jury Demand: Both  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

**Plaintiff**

**Joyce Hutchinson Dunaway**     represented by    **Don A. Pisacano**  
Miller, Griffin & Marks, P.S.C.  
271 W. Short Street  
Suite 600, Security Trust Building  
Lexington, KY 40507-1292  
859-255-6676  
Email: pisacano@kentuckylaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Thomas K. Herren**  
Herren Law, PLLC  
148 N. Broadway  
Lexington, KY 40507  
859-254-0024  
Fax: 859-254-5991  
Email: tom.herren@herrenadams.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Monsanto Company**     represented by    **Carol Dan Browning**  
*A Part of Bayer AG*  
Stites & Harbison, PLLC - Louisville  
400 W. Market Street  
Suite 1800  
Louisville, KY 40202  
502-587-3400  
Email: cbrowning@stites.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/24/2022 | 1 | NOTICE OF REMOVAL from Fayette Circuit Court, case number 22-ci-1520. ( Filing fee |

| | | |
|---|---|---|
| | | $402; receipt number AKYEDC-5297466), filed by Monsanto Company. (Attachments: # 1 Exhibit 1-State Court Record, # 2 Civil Cover Sheet)(JER) (Entered: 06/24/2022) |
| 06/24/2022 | 3 | NOTICE OF DEFICIENCY RE: FAILURE TO FILE FRCP 7.1 DISCLOSURES to counsel of record, Carol Dan Browning. 1 Notice of Removal has been filed by Monsanto Company without the required Rule 7.1 Disclosure statement. Rule 7.1 Disclosures must be filed within fourteen (14) calendar days. Failure to file the Disclosure Statement will cause the case to be submitted to the presiding judge for further action. cc: COR (JER) (Entered: 06/24/2022) |
| 06/24/2022 | | Conflict Check run. (JER) (Entered: 06/24/2022) |
| 06/24/2022 | 4 | FRCP 7.1 DISCLOSURE STATEMENT by Monsanto Company identifying Corporate Parent Bayer AG for Monsanto Company.. (Browning, Carol) (Entered: 06/24/2022) |
| 06/24/2022 | 5 | ANSWER to Complaint with Jury Demand by Monsanto Company.(Browning, Carol) (Entered: 06/24/2022) |
| 06/24/2022 | | ***FILE SUBMITTED TO CHAMBERS of Judge Caldwell for review: 5 Answer to Complaint (JLM) (Entered: 06/24/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/27/2022 11:37:14 | | | |
| **PACER Login:** | sh0019sh | **Client Code:** | 31943.356965 rhb |
| **Description:** | Docket Report | **Search Criteria:** | 5:22-cv-00168-KKC |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### LEXINGTON DIVISION

| | |
|---|---|
| JOYCE HUTCHINSON DUNAWAY,<br><br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>Defendant. | Case No. _____ |

### DEFENDANT MONSANTO COMPANY'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 (and any other applicable laws), Defendant Monsanto Company ("Monsanto"), hereby gives notice of removal of this action, captioned *Joyce Hutchinson Dunaway v. Monsanto Company, a Part of Bayer AG*, bearing Case Number 22-CI-01520, from the Fayette Circuit Court, Fayette County, Kentucky to this Court. Pursuant to 28 U.S.C. § 1446(a), Monsanto provides the following statement of grounds for removal.

### Introduction

1. In this products liability lawsuit, Plaintiff Joyce Hutchinson Dunaway sues Monsanto for injuries allegedly caused by Monsanto's Roundup®-branded herbicides, which have glyphosate as their active ingredient. For decades, farmers have used glyphosate-based herbicides to increase crop yields, and home-owners, landscaping companies, and local government agencies have used these herbicides for highly effective weed control. Glyphosate is one of the most thoroughly studied herbicides in the world, and glyphosate-based herbicides have received regulatory approval in more than 160 countries. Since 1974, when Monsanto first introduced a Roundup®-branded herbicide to the marketplace, the United States Environmental Protection

Agency repeatedly has concluded that glyphosate does not cause cancer. Nevertheless, Plaintiff alleges that exposure to Monsanto's Roundup®-branded, glyphosate-based herbicides caused her cancer — specifically, non-Hodgkin's lymphoma ("NHL").

2.  This is one of many lawsuits that have been filed against Monsanto involving Roundup®-branded herbicides. A multidistrict litigation ("MDL") proceeding is pending in the United States District Court for the Northern District of California, before the Honorable Vince G. Chhabria, pursuant to 28 U.S.C. § 1407. *See In re Roundup Prods. Liab. Litig.*, No. 3:16-md-02741-VC (N.D. Cal.); *In re Roundup Prods. Liab. Litig.*, MDL No. 2741, 214 F. Supp. 3d 1346 (J.P.M.L. 2016).

3.  As discussed in more detail below, Monsanto removes this lawsuit because this Court has subject matter jurisdiction based on diversity of citizenship. Plaintiff is a citizen of Kentucky. For purposes of diversity jurisdiction, Monsanto is deemed to be a citizen of Missouri (where its principal place of business is located) and Delaware (Monsanto's state of incorporation). Accordingly, complete diversity of citizenship exists in this case as required by 28 U.S.C. § 1332. The statutory amount-in-controversy requirement is also satisfied because Plaintiff seeks damages for cancer (NHL) allegedly caused by exposure to Monsanto's Roundup®-branded herbicides.

## Background and Procedural History

4.  On or around May 31, 2022, Plaintiff commenced this lawsuit in the Circuit Court for Fayette County, Kentucky by filing a complaint, captioned *Joyce Hutchinson Dunaway v. Monsanto Company, a Part of Bayer AG*, Case Number 22-CI-01520 (the "Commonwealth Court Action").

5.  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Summons and Complaint (and other pleadings) served in the Commonwealth Court Action are attached

2

collectively as **Exhibit 1.** Plaintiff seeks compensatory and punitive damages based on the allegation that Monsanto's Roundup®-branded herbicides caused her NHL. *See* Complaint ¶¶ 3–11.

### Basis For Removal — Diversity Jurisdiction

6. Plaintiff is, and was at the time the Commonwealth Court Action was filed, a resident and citizen of the Commonwealth of Kentucky. *See* Complaint ¶ 1.

7. Monsanto is, and was at the time the Commonwealth Court Action was filed, a corporation incorporated under the laws of the State of Delaware, with its principal place of business in the State of Missouri. *See* Complaint ¶ 2. Thus, Monsanto is deemed to be a citizen of Missouri and Delaware, for purposes of federal diversity jurisdiction.

8. The Complaint seeks damages for cancer (NHL) allegedly caused by exposure to Monsanto's Roundup®-branded herbicides. Plaintiff describes her alleged injuries as "permanent and disabling in nature" and states that "she is entitled to recover medical, hospital, nursing and rehabilitation care expenses, both in the past and throughout her lifetime; physical pain and mental suffering, both past and future; lost wages and permanent impairment of her power to earn income." *See* Complaint ¶ 11. Plaintiff thus seeks damages in excess of $75,000, exclusive of interest and costs, which satisfies the jurisdictional amount-in-controversy requirement. 28 U.S.C. § 1332(a); *see Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81, 89 (2014) ("[A] defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold.").

9. In sum, this Court has original subject matter jurisdiction over this action based on § 1332(a) because there is complete diversity of citizenship and the amount in controversy exceeds $75,000, exclusive of costs and interest.

**Procedural Requirements**

10. The Fayette Circuit Court, Fayette County, Kentucky, is located within the Eastern District of Kentucky. Therefore, removal to this Court satisfies the venue requirements of 28 U.S.C. § 1446(a).

11. Monsanto received notice of process on June 6, 2022. This Notice of Removal is timely, in accordance with 28 U.S.C. § 1446(b)(1), because it is being filed within 30 days of June 6, 2022.

12. The written notice required by 28 U.S.C. § 1446(d) will be promptly filed in the Circuit Court for Fayette County, Kentucky and will be promptly served on Plaintiff.

13. Monsanto does not waive any defenses and expressly reserves its right to raise any and all defenses in future proceedings.

14. If any question arises as to the propriety of this removal, Monsanto requests the opportunity to present written and oral argument in support of removal.

**Conclusion**

For the foregoing reasons, Monsanto removes this lawsuit to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 (and any other applicable laws).

Dated: June 24, 2022                    Respectfully submitted,


                                        By: */s/ Carol Dan Browning*
                                            Carol Dan Browning
                                            **STITES & HARBISON PLLC**
                                            400 West Market Street
                                            Suite 1800
                                            Louisville, KY 40202-3352
                                            Telephone: (502) 587-3400
                                            E-mail: cbrowning@stites.com

                                        *Counsel for Defendant Monsanto Company*

## **CERTIFICATE OF SERVICE**

On June 24, 2022, I electronically filed this document through the ECF system, and I mailed this document and the notice of electronic filing, U.S. Mail, postage prepaid, to:

> Thomas K. Herren
> HERREN LAW, PLLC
> 148 N. Broadway
> Lexington, K 40507
>
> Don A. Pisacano
> MILLER GRIFFIN & MARKS, PSC
> Security Trust Building
> 271 W. Short Street, Suite 600
> Lexington, KY 40507
>
> Counsel for Plaintiff

>> */s/ Carol Dan Browning*
>> Carol Dan Browning

# EXHIBIT 1



# Notice of Service of Process

null / ALL
Transmittal Number: 25030345
Date Processed: 06/07/2022

| | |
|---|---|
| **Primary Contact:** | Anne Troupis (Monsanto)<br>Bayer U.S. LLC<br>800 N Lindbergh Blvd<br>Saint Louis, MO 63167-1000 |

| | |
|---|---|
| **Entity:** | Monsanto Company<br>Entity ID Number 2282193 |
| **Entity Served:** | Monsanto Company, a Part of Bayer AG |
| **Title of Action:** | Hutchinson Dunaway, Joyce vs. Monsanto Company |
| **Matter Name/ID:** | Hutchinson Dunaway, Joyce vs. Monsanto Company (12409019) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Product Liability |
| **Court/Agency:** | Fayette County Circuit Court, KY |
| **Case/Reference No:** | 22-CI-01520 |
| **Jurisdiction Served:** | Kentucky |
| **Date Served on CSC:** | 06/06/2022 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Herren Law, PLLC<br>859-254-0024 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

| AOC-E-105 Sum Code: CI | | Case #: 22-CI-01520 |
|---|---|---|
| Rev. 9-14 |  | Court: **CIRCUIT** |
| Commonwealth of Kentucky Court of Justice  Courts.ky.gov | | County: **FAYETTE** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plantiff,* DUNAWAY, JOYCE HUTCHINSON VS. MONSANTO COMPANY, A PART OF BA, *Defendant*

TO: **MONSANTO COMPANY, A PART OF BAYER AG**
**C/O CORPORATION SERVICE COMPANY**
**421 WEST MAIN STREET**
**FRANKFORT, KY 40601**

Memo: Related party is MONSANTO COMPANY, A PART OF BAYER AG

The Commonwealth of Kentucky to Defendant:
**MONSANTO COMPANY, A PART OF BAYER AG**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*/s/ Vincent Riggs*
Fayette Circuit Clerk
Date: **5/31/2022**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____

Served By _____

Title _____

Summons ID: 466646231802070@00001080950
CIRCUIT: 22-CI-01520 Certified Mail
DUNAWAY, JOYCE HUTCHINSON VS. MONSANTO COMPANY, A PART OF BA



Page 1 of 1

 

COMMONWEALTH OF KENTUCKY
FAYETTE CIRCUIT COURT
CIVIL BRANCH
___ DIVISION
CIVIL ACTION NO. _____

*Electronically Filed*

JOYCE HUTCHINSON DUNAWAY                                          PLAINTIFF

V.                          **COMPLAINT**

MONSANTO COMPANY, a Part of
BAYER AG                                                          DEFENDANTS

* * * * * * *

    Comes the plaintiff, Joyce Hutchinson Dunaway, by and through counsel, and for her cause of action, states:

1. Plaintiff, Joyce Hutchinson Dunaway, is a resident of Fayette County, Kentucky.

2. Defendants, Monsanto Company, a part of Bayer AG, is a foreign corporation with its principal office located at 800 North Lindbergh Blvd., Attn: Tax Department, St. Louis, Missouri 63167. Its agent for service of process is: Corporation Service Company, 421 West Main Street, Frankfort, Kentucky 40601.

3. Prior to 2019, the defendants designed, manufactured, marketed, distributed and failed to warn of the dangers of their Roundup weed killer herbicide.

4. Plaintiff has been exposed to extensive amounts of Roundup herbicide during her lifetime, having used Roundup weed killer herbicide in her yard.

5. Defendants should be held strictly liable as the designer, manufacturer, distributer and seller of Roundup weed killer herbicide which was defective and unreasonably dangerous to expected users.



6. Defendants negligently designed, manufactured, marketed and distributed the Roundup weed killer herbicide in such a manner that it created an unreasonable risk of physical harm and injury; this negligence included, but was not limited to, improper and dangerous design, testing and inspection.

7. Defendants unreasonably failed to warn of the known and foreseeable hazards of the use of Roundup, both before and after the sale of it.

8. The injuries to the plaintiff, specifically including non-Hodgkins B Cell Lymphoma were directly and proximately caused by the actions and omissions of the defendants.

9. Plaintiff, Joyce Hutchinson Dunaway, first discovered the link between Roundup and medical causation of non-Hodgkins B Cell Lymphomas in late 2021.

11. As a direct and proximate result of the injuries to the plaintiff, which are permanent and disabling in nature, she is entitled to recover medical, hospital, nursing and rehabilitation care expenses, both in the past and throughout her lifetime; physical pain and mental suffering, both past and future; lost wages and permanent impairment of her power to earn income.

WHEREFORE, plaintiff, Joyce Hutchinson Dunaway, demands judgment against the defendants, and each of them, in a sum in excess of any jurisdictional amount of this Court, pre-judgment and post-judgment interest, costs herein expended, trial by jury and any and all other relief to which she may appear entitled.

Respectfully submitted,

HERREN LAW, PLLC
148 N. Broadway
Lexington, KY  40507
(859) 254-0024
(859) 254-5991 (fax)
tom.herren@herrenadams.com

and

2

Don A. Pisacano (Bar ID #83645)
Miller Griffin & Marks, PSC
Security Trust Building
271 W. Short Street, Suite 600
Lexington, KY 40507
(859) 255-6676
pisacano@kentuckylaw.com

*/s/ Thomas K. Herren*
THOMAS K. HERREN (Bar ID #31500)
ATTORNEYS FOR PLAINTIFF

c:\documents\tkh\pldgs\dun541.com.docx

3



Vincent Riggs, Fayette Circuit Clerk
120 N. Limestone, Room C-103
Lexington, KY 40507-1152



**USPS CERTIFIED MAIL**

9236 0901 9403 8378 2100 78

Case Number: 22-CI-01520

**Restricted Delivery**
MONSANTO COMPANY, A PART OF BAYER AG
C/O CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT, KY 40601



### KCOJ eFiling Cover Sheet

Case Number: 22-CI-01520
Envelope Number: 4666462
Package Retrieval Number: 466646231802070@00001080950
Service by: Certified Mail
Service Fee: $ 0.00
Postage Fee: $ 13.33

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

Presiding Judge: HON. THOMAS L. TRAVIS (622370)

Page 1 of 1   Generated: 6/1/2022 8:38:48 AM

Package : 000001 of 000010



**CERTIFIED MAIL**™

NEOPOST
06/01/2022
US POSTAGE $013.53


ZIP 40601
041M11456493

4060131815 C003

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Joyce Hutchinson Dunaway

**(b)** County of Residence of First Listed Plaintiff: Fayette County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Thomas K. Herren Herren Law, PLLC 148 N. Broadway
Lexington, KY 40507 859-254-0024

## DEFENDANTS
Monsanto Company

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Carol Dan Browning Sites & Harbison, PLLC
400 W. Market Street, Suite 1800 Louisville KY 40202

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- [x] 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**CIVIL RIGHTS**
- 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty

**Other:**
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332,1441, and 1446
Brief description of cause:
Product liability lawsuit

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE: 06/24/2022

SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____