**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                      MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|     | Plaintiff | Defendant | District | Civil Action No. | Judge |
|-----|-----------|-----------|----------|------------------|-------|
| **1.** | Mark H. Trimmer | Monsanto Company | USDC District of Rhode Island | 1:22-cv-00227-MSM-LDA | Assigned to: District Judge Mary S. McElroy Referred to: Magistrate Judge Lincoln D. Almond |