**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 29, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 29, 2022 to counsel for Plaintiff as follows:

Albin Moser
LAW OFFICES OF ALBIN MOSER, P.C.
166 Valley Street Bldg. 6M #103
Providence, RI 02909
401-861-2100
Fax: 401-415-0423
Email: amoser@albinmoser.com

Counsel for Plaintiff(s) in *Trimmer v. Monsanto Company*, No. 1:22-cv-00227-MSM-LDA (Dist. R.I.).

Dated: June 29, 2022                              Respectfully submitted,

                                                                /s/ Jennise W. Stubbs
                                                                Jennise W. Stubbs
                                                                (jstubbs@shb.com)
                                                               SHOOK, HARDY & BACON L.L.P.
                                                               600 Travis Street, Suite 3400
                                                               Houston, TX 77002-2926
                                                               Phone: (713) 227-8008
                                                               Fax:    (713) 227-9508

                                                               *Attorneys for Defendant Monsanto Company*