UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **JOINT STIPULATION** |
| *Jeffrey Westfall et al. v. Monsanto Co., Case No. 1:20-cv-02119* | |

1. Plaintiffs, Jeffrey and Lorraine Westfall, by and through undersigned counsel, filed the above-captioned case in the Northern District Court of Ohio, alleging their injuries occurred in the State of Ohio (northern district).

2. On January 14, 2022, this Court issued an order stating that the parties in Wave 4 are to file a stipulation identifying the governing state law by June 30, 2022, is the applicable state law is undisputed.

3. Undersigned counsel for Monsanto and counsel for Wave IV Plaintiffs Jeffrey and Lorraine Westfall agree and stipulate that the governing state law in the above-captioned case is the law of Ohio.

DATED: July 1, 2022.

                                                       Respectfully submitted,

                                                       */s/ Brian C. Lee*
                                                       Brian C. Lee, Esq.
                                                       The Lee Law Firm, LLC
                                                       1109 Carnegie Avenue, Floor 2
                                                       Cleveland, Ohio 44115
                                                       O: (216)699-7444
                                                       F: (216)359-1289
                                                       brian@theleelawfirmllc.com
                                                       *Attorney for Plaintiffs*

/s/ Anthony Martinez
Anthony Martinez
SHOOK, HARDY & BACON LLP
2555 Grand Bvld.
Kansas City, Missouri 64108
Telephone: (816) 559-2683
Fax: (816) 421-5547
amartinez@shb.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Brian C. Lee, hereby certify that on July 1, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Brian C. Lee
Brian C. Lee, Esq.