**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Gregory Capesius | Monsanto Company | USDC Northern District of Iowa | 5:22-cv-04033-LRR-KEM | Assigned to: Judge Linda R Reade<br>Referred to: Chief Magistrate Judge Kelly K.E. Mahoney |