**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on July 1, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 1, 2022 to counsel for Plaintiff as follows:

Larry F. Woods
LARRY F. WOODS LAW OFFICE
24 N Frederick Ave
Oelwein, IA 50662
319 283 3204
Fax: 319 283 9193
Email: lfwoods@trxinc.com

Counsel for Plaintiff in *Capesius v. Monsanto Company*, No.: 5:22-cv-04033-LRR-KEM (N.D. IA.).

Dated: July 1, 2022

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*