**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ]  MDL No. 2741 |
| | ]  Case No. 3:16-md-02741-VC |
| This document relates to: | ]  **NOTICE OF WITHDRAWAL** |
| *Jeffrey Westfall et al. v. Monsanto Co.,* *Case No. 1:20-cv-02119* | ] |

Plaintiffs, Jeffrey and Lorraine Westfall, by and through undersigned counsel, hereby formally withdraw the Joint Stipulation (ECF 2778) filed on July 1, 2022.  The document was improperly filed herein and was meant to be filed with the Northern District of California.

DATED: July 6, 2022.

Respectfully submitted,

*/s/ Brian C. Lee*
Brian C. Lee, Esq.
The Lee Law Firm, LLC
1109 Carnegie Avenue, Floor 2
Cleveland, Ohio 44115
O: (216)699-7444
F: (216)359-1289
brian@theleelawfirmllc.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Brian C. Lee, hereby certify that on July 6, 2022, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record as well as sending electronic service copies to Anthony Martinez, SHOOK, HARDY & BACON LLP, counsel for Defendant at amartinez@shb.com.

*/s/ Brian C. Lee*
Brian C. Lee, Esq.