**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Michael DeMarmels | Monsanto Company, Bayer Corporation and Bayer AG | USDC Southern District of New York | 7:22-cv-00221-VB | Assigned to: Judge Vincent L. Briccetti |
| 2. | Whitney Neighbors | Monsanto Company | USDC Eastern District of Missouri | 4:22-cv-00504-SEP | Assigned to: District Judge Sarah E. Pitlyk |