**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on July 6, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 6, 2022 to counsel for Plaintiffs as follows:

Vilma Blankowitz
LAW OFFICE OF VILMA BLANKOWITZ
24 Continental Road
Warwick, NY 10990
845-544-7443
Fax: 845-533-1727
Email: vilmablankowitz@gmail.com

Counsel for Plaintiff in *DeMarmels v. Monsanto Company et al.*, No. 7:22- cv-00221-VB (S.D. N.Y.).

Zane T. Cagle
THE CAGLE LAW FIRM LLC
500 N. Broadway
Suite 1605
St. Louis, MO 63102
314-241-1700
Fax: 314-241-1738
Email: zane@caglellc.com

Counsel for Plaintiff in *Neighbors v. Monsanto Company*, No. 4:22-cv-00504-SEP (E.D. MO.).

Bayer AG
Attn: General Counsel
Law, Patents & Compliance
Building Q 26, 1.008
51368 Leverkusen, Germany
Phone Number: Number 011492143046668

1

Copies of the foregoing were also caused to be served via UPS International on defendant Bayer AG in *DeMarmels v. Monsanto Company et al.*, No. 7:22- cv-00221-VB (S.D. N.Y.).

Bayer Corporation
100 Bayer Boulevard
Whippany, NJ 07981
862/404-3000

Copies of the foregoing were also caused to be served via UPS on defendant Bayer Corporation in *DeMarmels v. Monsanto Company et al.*, No. 7:22- cv-00221-VB (S.D. N.Y.).

Dated: July 6, 2022                           Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*