BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Linda Wilson | Monsanto Company and John Does 1-100 inclusive | USDC Eastern District of Missouri | 4:22-cv-00692-NCC | Assigned to: Magistrate Judge Noelle C. Collins |
| 2. | Faith Gibson and Edward Gibson | Monsanto Company | USDC Middle District of Florida | 2:22-cv-00395-JES-NPM | Assigned to: Judge John E. Steele Referred to: Magistrate Judge Nicholas P. Mizell |