**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on July 12, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 12, 2022 to counsel for Plaintiffs as follows:

Emily Jo Kirk
MCCUNE WRIGHT LLP - Ontario
3281 East Guasti Rd.
Suite 100
Ontario, CA 91761
909-557-1250
Fax: 909-557-1275
Email: ejk@mccunewright.com

Counsel for Plaintiff in *Wilson v. Monsanto Company et al.*, No. 4:22-cv-00692-NCC (E.D. MO.).

Austin Johnson Grinder
Eric D. Roslansky
THE RUTH LAW TEAM
8600 4th St N
PO Box 16847
St Petersburg, FL 33733-6847
727-327-3222
Fax: 727-323-7720
Email: agrinder@getjustice.com
Email: eroslansky@getjustice.com

Counsel for Plaintiffs in *Gibson v. Monsanto Company*, No. 2:22-cv-00395-JES-NPM (M.D. FL.).

2

Dated: July 12, 2022                                   Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*