**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on July 14, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 14, 2022 to counsel for Plaintiffs as follows:

Eric D. Roslansky
THE RUTH LAW TEAM
8600 4th Street North
P.O. Box 16847
St. Petersburg, FL 33733
727-327-3222
Fax: 727-323-7720
Email: eroslansky@getjustice.com

Counsel for Plaintiffs in *Haley v. Monsanto Company*, No. 5:22-cv-00221-MTT (M.D. GA.).

Dated: July 14, 2022                Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*

1