**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| In re: Roundup Products Liability Litigation | |
|---|---|
| | **MDL Docket No. 2741** |

**NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

1.  Pursuant to Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on

    Multidistrict Litigation, Plaintiff Daniel Cook, individually and as Representative of the

    Estate of Carolyn Walter deceased, hereby notifies the Judicial Panel on Multidistrict

    Litigation of the potential tag-along action listed in the attached Schedule of Actions.  A

    courtesy copy of the Complaint and docket sheet are attached hereto as Exhibit A.

2.  Pursuant to Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on

    Multidistrict Litigation, Plaintiff Carol Weigel individually and as Representative of the

    Estate of Lyle Weigel, deceased, hereby notifies the Judicial Panel on Multidistrict Litigation

    of the potential tag-along action listed in the attached Schedule of Actions.  A courtesy copy

    of the Complaint and docket sheet are attached hereto as Exhibit B.

Dated: July 15, 2022

                                                  Respectfully submitted,

                                                  s/ Randi Kassan
                                                  Randi Kassan
                                                  MILBERG COLEMAN BRYSON
                                                  PHILLIPS GROSSMAN, PLLC
                                                  100 Garden City Plaza, Suite 500
                                                  Garden City, NY 11530
                                                  Phone: 516-741-5600
                                                  rkassan@thesandersfirm.com
                                                  ***Counsel for Plaintiffs Daniel Cook,
                                                  individually and as Representative of the
                                                  Estate of Carolyn Walter and Carol Weigel***

*individually and as Representative of the*
*Estate of Lyle Weigel, deceased*