BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| In re: Roundup Products Liability Litigation | MDL Docket No. 2741 |
|---|---|

## SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendants** | **District** | **Case No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Daniel Cook, individually and as Representative of the Estate of Carolyn Walter, deceased | Monsanto Company | E.D. Missouri | 4:22-cv-00756 | TBD |
| 2. | Carol Weigel individually and as Representative of the Estate of Lyle Weigel, deceased | Monsanto Company | E.D. Missouri | 4:22-cv-00749-HEA | Hon. Judge Henry Edward Autrey |

Dated: July 15, 2022

Respectfully submitted,

s/ Randi Kassan
Randi Kassan
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Phone: 516-741-5600
rkassan@thesandersfirm.com
***Counsel for Plaintiffs Daniel Cook, individually and as Representative of the Estate of Carolyn Walter and Carol Weigel individually and as Representative of the Estate of Lyle Weigel, deceased***