**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Mary Metz Shaffer Individually and as the Administratrix of the Estate of Robert H. Shaffer | Bayer Corporation, Monsanto Company and Lowe's Home Improvement, LLC | USDC Middle District of Pennsylvania | 3:22-cv-01108-KM | Assigned to: Chief MJ Karoline Mehalchick |