**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on July 15, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 15, 2022 to counsel for Plaintiff as follows:

Jason R. Ohliger
Nicholas J. McIntyre
ZIMMERMAN & OHLIGER, LLC
410 Broad Street
Milford, PA 18337
570-296-7300
Fax: 570-296-8600
Email: ohliger@tristatetrial.com
Email: nmcintyre@tristatetrial.com

Counsel for Plaintiff in *Shaffer v. Bayer Corporation, et al.*, No. 3:22-cv-01108-KM (M.D. PA.).

Bayer Corporation
100 Bayer Boulevard
Whippany, NJ 07981
862/404-3000

Copies of the foregoing were also caused to be served via UPS on defendant Bayer Corporation in *Shaffer v. Bayer Corporation, et al.*, No. 3:22-cv-01108-KM (M.D. PA.).

Erin Leffler
Joseph H. Blum
Katelyn A. Romeo
Nicolai A. Schurko
Shook, Hardy & Bacon, L.L.P.
Two Commerce Square
2001 Market Street
Suite 3000

Philadelphia, PA 19103
215-278-2555
Email: eleffler@shb.com
Email: jblum@shb.com
Email: kromeo
Email: nschurko@shb.com

Counsel for Defendant Lowe's Home Improvement, LLC in *Shaffer v. Bayer Corporation, et al.*, No. 3:22-cv-01108-KM (M.D. PA.).

Dated: July 15, 2022

                                                  Respectfully submitted,

                                                  /s/ Jennise W. Stubbs
                                                  Jennise W. Stubbs
                                                  (jstubbs@shb.com)
                                                  SHOOK, HARDY & BACON L.L.P.
                                                  600 Travis Street, Suite 3400
                                                  Houston, TX 77002-2926
                                                  Phone: (713) 227-8008
                                                  Fax:    (713) 227-9508

                                                  *Attorneys for Defendant Monsanto Company*