BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| In re: Roundup Products Liability Litigation | MDL Docket No. 2741 |
|---|---|

## SCHEDULE OF ACTIONS

|  | Plaintiff | Defendants | District | Case No. | Judge |
|---|---|---|---|---|---|
| 1. | Beverly Hudnall | Monsanto Company | S.D. Mississippi | 3:22-cv-00416-CWR-LGI | Hon. Judge Carlton W. Reeves |

Dated: July 25, 2022

Respectfully submitted,

s/ Randi Kassan
Randi Kassan
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Phone: 516-741-5600
rkassan@thesandersfirm.com
***Counsel for Plaintiff Beverly Hudnall***

1