**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: Roundup Products Liability Litigation | MDL Docket No. 2741 |

      I hereby certify that a copy of the foregoing NOTICE OF POTENTIAL TAG-ALONG ACTION was filed electronically via this Panel's CM/ECF filing system, which will send a notice of electronic filing to all Defendants of Record registered with the CM/ECF system in the above-captioned matter and by Federal Express to the defendant below.

MONSANTO COMPANY
800 N. Lindbergh Blvd.
St. Louis, MO 63167

Dated: July 25, 2022

                                                    Respectfully submitted,

                                                    s/ Randi Kassan

                                                  Randi Kassan
                                                  MILBERG COLEMAN BRYSON
                                                  PHILLIPS GROSSMAN, PLLC
                                                  100 Garden City Plaza, Suite 500
                                                  Garden City, NY 11530
                                                  Phone: 516-741-5600
                                                  rkassan@thesandersfirm.com
                                                  ***Counsel for Plaintiff Beverly Hudnall***