# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Dates Received: 7/27/22, 7/28/22**

**District Court: D. Minnesota**

**Number of Actions: 2**

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL