**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Jeremy Hutchings and Jessica Hutchings | Monsanto Company and John Does 1 through 100 inclusive | USDC Eastern District of Missouri | 4:22-cv-00772-DDN | Assigned to: Magistrate Judge David D. Noce |