**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS                                    MDL No. 2741
LIABILITY LITIGATION

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 1, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 1, 2022 to counsel for Plaintiffs as follows:

Emily Jo Kirk
MCCUNE WRIGHT LLP
3281 East Guasti Rd.
Suite 100
Ontario, CA 91761
909-557-1250
Fax: 909-557-1275
Email: ejk@mccunewright.com

Counsel for Plaintiffs in *Hutchings v. Monsanto Company et al.*, No. 4:22-cv-00772-DDN (E.D. MO.).

Dated: August 1, 2022                            Respectfully submitted,

                                                 /s/ Jennise W. Stubbs
                                                 Jennise W. Stubbs
                                                 (jstubbs@shb.com)
                                                 SHOOK, HARDY & BACON L.L.P.
                                                 600 Travis Street, Suite 3400
                                                 Houston, TX 77002-2926
                                                 Phone: (713) 227-8008
                                                 Fax:   (713) 227-9508

                                                 *Attorneys for Defendant Monsanto Company*

1