**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**BAYER CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Miguel Prieto-Rodriguez and Maria del Pilar Gonzalez-Urrutia | Bayer Corp. | USDC District of Puerto Rico | 3:22-cv-01367-SCC | Assigned to: Judge Silvia L. Carreno-Coll |

1