**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                      MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 3, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 3, 2022 to counsel for Plaintiffs as follows:

Rafael G. Martínez Géigel
RAFAEL G. MARTINEZ GEIGEL
RUA Número 8831
G.P.O. Box 366252
San Juan, P.R. 00936-6252
787-568-1879
rgmglaw@gmail.com

Counsel for Plaintiffs in *Prieto-Rodriguez et al. v. Bayer Corp.*, No. 3:22-cv-01367 (Dist. P.R.).

Dated: August 3, 2022                          Respectfully submitted,

                                               /s/ Jennise W. Stubbs
                                               Jennise W. Stubbs
                                               (jstubbs@shb.com)
                                               SHOOK, HARDY & BACON L.L.P.
                                               600 Travis Street, Suite 3400
                                               Houston, TX 77002-2926
                                               Phone: (713) 227-8008
                                               Fax:    (713) 227-9508

                                               *Attorneys for Defendant Bayer Corporation*