**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

  In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 3, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 3, 2022 to counsel for Plaintiff as follows:

Scott M. Hendler
HENDLER FLORES LAW PLLC
901 South MoPac Expressway
Building 1, Suite 300
Austin, TX 78746
(512) 439-3200
Fax: (512) 439-3201
Email: shendler@hendlerlaw.com

Counsel for Plaintiff in *Ruiz v. Monsanto Company*, No. 1:21-cv-00771 (W.D. TX).

Dated: August 3, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Jennise W. Stubbs
　　　　　　　　　　　　　　　　　　　　Jennise W. Stubbs
　　　　　　　　　　　　　　　　　　　　(jstubbs@shb.com)
　　　　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.
　　　　　　　　　　　　　　　　　　　　600 Travis Street, Suite 3400
　　　　　　　　　　　　　　　　　　　　Houston, TX 77002-2926
　　　　　　　　　　　　　　　　　　　　Phone: (713) 227-8008
　　　　　　　　　　　　　　　　　　　　Fax:　 (713) 227-9508

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Monsanto Company*