**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**AMENDED PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Amended Proof of Service to Defendant's Notice of Potential Tag-Along Actions, Dkt. No.: 2809, was electronically filed on August 4, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 4, 2022 to counsel for Plaintiff as follows:

Scott M. Hendler
HENDLER FLORES LAW PLLC
901 South MoPac Expressway
Building 1, Suite 300
Austin, TX 78746
(512) 439-3200
Fax: (512) 439-3201
Email: shendler@hendlerlaw.com

Counsel for Plaintiff in *Ruiz v. Monsanto Company*, No. 1:22-cv-00771 (W.D. TX).

Dated: August 4, 2022

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*