**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Michael Teston | Monsanto Company | USDC Northern District of Georgia | 1:22-cv-02911-JPB | Assigned to: Judge J. P. Boulee |
| 2. | Elizabeth Greenwood | Monsanto Company | USDC Eastern District of Pennsylvania | 2:22-cv-02944-TJS | Assigned to: Honorable Timothy J. Savage |