**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 8, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 8, 2022 to counsel for Plaintiffs as follows:

Christina Diane Crow
JINKS, CROW, & DICKSON, P.C.
P.O. Box 350
219 Prairie Street North
Union Springs, AL 36089
334-738-4225
Email: ccrow@jinkslaw.com

Robert Glenn Ballard
ROBERT G. BALLARD, P.C.
Suite 700
One Glenlake Parkway
Atlanta, GA 30328
770-455-1818
Email: robballard@earthlink.net

Counsel for Plaintiff in *Teston v. Monsanto Company*, No. 1:22-cv-02911-JPB (N.D. GA.)

Rosemary Pinto
FELDMAN AND PINTO
30 South 15th Street, 15th Floor
PHILADELPHIA, PA 19102
215-546-2604
Email: rpinto@feldmanpinto.com

Counsel for Plaintiff in *Greenwood v. Monsanto Company*, No. 2:22-cv-02944-TJS (E.D. PA.)

Dated: August 8, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Jennise W. Stubbs
　　　　　　　　　　　　　　　　　　　　Jennise W. Stubbs
　　　　　　　　　　　　　　　　　　　　(jstubbs@shb.com)
　　　　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.
　　　　　　　　　　　　　　　　　　　　600 Travis Street, Suite 3400
　　　　　　　　　　　　　　　　　　　　Houston, TX  77002-2926
　　　　　　　　　　　　　　　　　　　　Phone: (713) 227-8008
　　　　　　　　　　　　　　　　　　　　Fax:    (713) 227-9508

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Monsanto Company*