**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS             MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Laurie Lampert | Monsanto Company | USDC Middle District of Florida | 8:22-cv-01796-JSM-TGW | Assigned to: Judge James S. Moody, Jr Referred to: Magistrate Judge Thomas G. Wilson |

1