**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS                             MDL No. 2741
LIABILITY LITIGATION

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 10, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 10, 2022 to counsel for Plaintiff as follows:

Eric D. Roslansky
Austin Johnson Grinder
THE RUTH LAW TEAM
8600 4th St N
PO Box 16847
St Petersburg, FL 33733-6847
727-327-3222
Email: eroslansky@getjustice.com
Email: agrinder@getjustice.com

Counsel for Plaintiff in *Lampert v. Monsanto Company*, No. 8:22-cv-01796-JSM-TGW (M.D. FL.)

Dated: August 10, 2022                       Respectfully submitted,

                                                           /s/ Jennise W. Stubbs
                                                           Jennise W. Stubbs
                                                           (jstubbs@shb.com)
                                                           SHOOK, HARDY & BACON L.L.P.
                                                           600 Travis Street, Suite 3400
                                                           Houston, TX 77002-2926
                                                           Phone: (713) 227-8008
                                                           Fax:    (713) 227-9508

                                                           *Attorneys for Defendant Monsanto Company*