**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 15, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 15, 2022 to counsel for Plaintiff as follows:

Nathan A Duncan
Brandon J. Baxter
PECK BAXTER WATKINS & BAILEY LLC
399 N. Main St. Ste 300
Logan, UT 84321
435-787-9700
Fax: 435-787-2455
Email: nduncan@peckbaxter.com
Email: bbaxter@peckbaxter.com

Counsel for Plaintiff in *Price v. Monsanto Company, Inc., et al.*, No. 1:22-cv-00051-JCB (Dist. of UT.).

Bayer Corporation
100 Bayer Boulevard
Whippany, NJ 07981
862/404-3000

Copies of the foregoing were also caused to be served via UPS on defendant Bayer Corporation in *Price v. Monsanto Company, Inc., et al.*, No. 1:22-cv-00051-JCB (Dist. of UT.).

1

Dated: August 15, 2022

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*