UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 8/16/22

District Court: D. Minnesota

Number of Actions: 1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL