**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS             MDL No. 2741
LIABILITY LITIGATION

---

**PROOF OF SERVICE**

       In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 18, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 18, 2022 to counsel for Plaintiff as follows:

Julie E. Lamkin
LAW OFFICES OF JEFFREY S. GLASSMAN
One International Place, 18th Flr.
Boston, MA 02110
617-367-2900
Email: jlamkin@jeffreysglassman.com

Counsel for Plaintiff in *Solomon v. Monsanto Company*, No. 1:22-cv-11328-IT (Dist. of MA)


Dated: August 18, 2022                 Respectfully submitted,

                                                   /s/ Jennise W. Stubbs
                                                   Jennise W. Stubbs
                                                   (jstubbs@shb.com)
                                                   SHOOK, HARDY & BACON L.L.P.
                                                   600 Travis Street, Suite 3400
                                                   Houston, TX 77002-2926
                                                   Phone: (713) 227-8008
                                                   Fax:    (713) 227-9508

                                                   *Attorneys for Defendant Monsanto Company*