# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Dates Received: 8/23/22, 8/24/22

District Court: E.D. Louisiana

Number of Actions: 3

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL