**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | John Thomas | Monsanto Company | USDC Eastern District of Texas | 2:22-cv-00325-JRG | Assigned to: District Judge Rodney Gilstrap |
| 2. | James C. Thompson, Jr. and Suzanne Thompson | Monsanto Company | USDC Eastern District of Pennsylvania | 2:22-cv-03350-RBS | Assigned to: Honorable R. Barclay Surrick |
| 3. | Randall Bentley | Monsanto Co. | USDC Western District of Louisiana | 3:22-cv-02203-DCJ-KDM | Assigned to: Judge David C Joseph Referred to: Magistrate Judge Kayla D McClusky |