BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 25, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 25, 2022 to counsel for Plaintiffs as follows:

John Christian Enochs
MORRIS BART, LLC
601 Poydras Street, FL 24
New Orleans, LA 70130
504-526-1087
Fax: 888-277-4214
Email: jenochs@morrisbart.com

Counsel for Plaintiff in *Thomas v. Monsanto Company*, No. 2:22-cv-00325-JRG (E.D. TX.).

Mark C. Atlee
ATLEE HALL, LLP
415 North Duke Street
Lancaster, PA 17602
717-393-9596
Email: mcatlee@atleehall.com

Counsel for Plaintiffs in *Thompson et al. v. Monsanto Company*, 2:22-cv-03350-RBS (E.D. PA.).

Andrew Jason Geiger
Allan Berger
ALLAN BERGER & ASSOC.
4173 Canal St
New Orleans, LA 70119
504-486-9481
Fax: 504-483-8130
Email: ageiger@allan-berger.com
Email: aberger@allan-berger.com

Counsel for Plaintiff in *Bentley v. Monsanto Co.*, 3:22-cv-02203-DCJ-KDM  (W.D. LA.).

Dated: August 25, 2022

                                                Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*