**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 30, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on March 30, 2022 to counsel for Plaintiff as follows:

Jessica S Williams
John H. Gomez
GOMEZ TRIAL ATTORNEYS
655 West Broadway Suite 1700
San Diego, CA 92101
619-237-3490
Fax: 619-237-3496
Email: jwilliams@thegomezfirm.com
Email: jgomez@thegomezfirm.com

Counsel for Plaintiff in *Wasson v. Monsanto Company*, No. 5:22-cv-01363-SHK (C.D. CA.).

Dated: August 30, 2022

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:   (713) 227-9508

*Attorneys for Defendant Monsanto Company*