**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS   MDL No. 2741
LIABILITY LITIGATION

**BAYER CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Robert E. Hammons *Administrator of the Estate of* Robert Wayne Hammons | Bayer Corporation | USDC Eastern District of Kentucky | 6:22-cv-00158-CHB-EBA | Assigned to: Judge Claria Horn Boom Referred to: Magistrate Judge Edward B. Atkins |

1