**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 30, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 30, 2022 to counsel for Plaintiff as follows:

E. Liddell Vaughn
ANDERSON & VAUGHN
517 W. Ormsby Avenue
Louisville, KY 40201
502-637-3335
Fax: 502-637-2774
Email: lv@avaattorneys.com

Counsel for Plaintiff in *Hammons v. Bayer Corporation*, No. 6:22-cv-00158-CHB-EBA (E.D. KY.).

Dated: August 30, 2022                                Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Bayer Corporation*