**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Chad Sorrell and Christine Sorrell | Monsanto Company | USDC Eastern District of North Carolina | 5:22-cv-00168-FL | Assigned to: District Judge Louise Wood Flanagan |

1