## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 1, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 1, 2022 to counsel for Plaintiffs as follows:

Lindsay S. Stevens
GOMEZ TRIAL ATTORNEYS
655 W. Broadway
Suite 1700
San Diego, CA 92101
619-237-3490
Fax: 619-237-3496
Email: lstevens@thegomezfirm.com

Ann C. Ochsner
WHITLEY LAW FIRM
2424 Glenwood Avenue, Suite 201
Raleigh, NC 27608
800-785-5000
Fax: 919-785-3729
Email: aco@whitleylawfirm.com

Counsel for Plaintiffs in *Sorrell et al. v. Monsanto Company*, No. 5:22-cv-00168-FL (E.D. NC.).

2

Dated: September 1, 2022                                           Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*