UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 9/1/22

District Court: E.D. Louisiana

Number of Actions: 1

Complaints and Docket Sheets are attached.

_____
CLERK OF THE PANEL