**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS                                   MDL No. 2741
LIABILITY LITIGATION

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 6, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 6, 2022 to counsel for Plaintiff as follows:

John C Enochs
Richard Lee Root
MORRIS BART (NO)
601 Poydras St. Ste. 2400
New Orleans, LA 70130-6036
504-599-1087
Fax: 504-599-3392
Email: jenochs@morrisbart.com
Email: rroot@morrisbart.com

Counsel for Plaintiff in *Frost v. Monsanto Co.*, No. 3:22-cv-03634-TAD-KDM (W.D. LA.).

Dated: September 6, 2022                    Respectfully submitted,

                                            /s/ Jennise W. Stubbs
                                            ─────────────────────────
                                            Jennise W. Stubbs
                                            (jstubbs@shb.com)
                                            SHOOK, HARDY & BACON L.L.P.
                                            600 Travis Street, Suite 3400
                                            Houston, TX 77002-2926
                                            Phone: (713) 227-8008
                                            Fax:   (713) 227-9508

                                            *Attorneys for Defendant Monsanto Company*