**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Virginia Howard *individually and on behalf of the Estate of Walter Howard* | Monsanto Company | USDC Eastern District of Missouri | 4:22-cv-00924-SPM | Assigned to: Magistrate Judge Shirley Padmore Mensah |

1