**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

---

**PROOF OF SERVICE**

　　　In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 7, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 7, 2022 to counsel for Plaintiff as follows:

David Matthew Haynie
FORESTER HAYNIE PLLC
400 N. St. Paul Street
Suite 700
Dallas, TX 75201
214-210-2100
Email: matthew@foresterhaynie.com

Counsel for Plaintiff in *Howard v. Monsanto Company*, 4:22-cv-00924-SPM (E.D. MO.).

Dated: September 7, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Jennise W. Stubbs
　　　　　　　　　　　　　　　　　　　　Jennise W. Stubbs
　　　　　　　　　　　　　　　　　　　　(jstubbs@shb.com)
　　　　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.
　　　　　　　　　　　　　　　　　　　　600 Travis Street, Suite 3400
　　　　　　　　　　　　　　　　　　　　Houston, TX 77002-2926
　　　　　　　　　　　　　　　　　　　　Phone: (713) 227-8008
　　　　　　　　　　　　　　　　　　　　Fax:　 (713) 227-9508

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Monsanto Company*