**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS					MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 8, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 8, 2022 to counsel for Plaintiffs as follows:

Austin J. Grinder
Eric D. Roslansky
THE RUTH LAW TEAM
P.O. Box 16847
St. Petersburg, FL 33733-6847
727-327-3222
Email: agrinder@getjustice.com
Email: eroslansky@getjustice.com

Counsel for Plaintiffs in *Wolff v. Monsanto Company*, No. 5:22-cv-00111-BJB (W.D. KY.).

Dated: September 8, 2022			Respectfully submitted,

                                            /s/ Jennise W. Stubbs
                                            Jennise W. Stubbs
                                            (jstubbs@shb.com)
                                            SHOOK, HARDY & BACON L.L.P.
                                            600 Travis Street, Suite 3400
                                            Houston, TX 77002-2926
                                            Phone: (713) 227-8008
                                            Fax:   (713) 227-9508

                                            *Attorneys for Defendant Monsanto Company*

1