UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 9/13/22

District Court: D. Minnesota

Number of Actions: 2

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL