**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Faiz Fazal and Laila Fazal | Monsanto Company | USDC Eastern District of North Carolina | 5:22-cv-00308-BO-BM | Assigned to: District Judge Terrence W. Boyle Referred to: Magistrate Judge Brian S. Meyers |

1