# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 21, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 21, 2022 to counsel for Plaintiffs as follows:

Carolyn R. Guest
MARTIN & JONES PLLC
4140 Parklake Avenue, Suite 400
Raleigh, NC 27612
919-821-0005
Fax: 919-863-6086
Email: crg@m-j.com

Counsel for Plaintiffs in *Fazal et al. v. Monsanto Company*, No. 5:22-cv-00308-BO-BM (E.D. N.C.).

Dated: September 21, 2022          Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:   (713) 227-9508

*Attorneys for Defendant Monsanto Company*

1