**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | David Katz and Marjorie Katz | Monsanto Company | USDC Southern District of Florida | 9:22-cv-81455-DMM | Assigned to: Judge Donald M. Middlebrooks |
| 2. | Nicole Soltyka, individually and As personal representative of the Estate of Anthony Soltyka | Monsanto Company | USDC District of Maryland | 8:22-cv-02100-GJH | Assigned to: Judge George Jarrod Hazel |