**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS            MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 22, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 22, 2022 to counsel for Plaintiffs as follows:

Eric Daniel Roslansky
The Ruth Law Team
P.O. Box 16847
St Petersburg, FL 33733
727-327-3222
Fax: 727-323-7720
Email: eroslansky@beltzruth.com

Counsel for Plaintiffs in *Katz et al. v. Monsanto Company*, No. 9:22-cv-81455-DMM (S.D. FL.).

Jonathan Barry Nace
NIDEL & NACE, PLLC
One Church Street
Suite 802
Rockville, MD 20850
202-780-5153
Email: jon@nidellaw.com

Counsel for Plaintiff in *Soltyka v. Monsanto Company*, No. 8:22-cv-02100-GJH (Dist. MD.).

Dated: September 22, 2022　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Jennise W. Stubbs
　　　　　　　　　　　　　　　　　　　Jennise W. Stubbs
　　　　　　　　　　　　　　　　　　　(jstubbs@shb.com)
　　　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.
　　　　　　　　　　　　　　　　　　　600 Travis Street, Suite 3400
　　　　　　　　　　　　　　　　　　　Houston, TX  77002-2926
　　　　　　　　　　　　　　　　　　　Phone: (713) 227-8008
　　　　　　　　　　　　　　　　　　　Fax:    (713) 227-9508

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Monsanto Company*