UNITED STATES DISTRICT COURT
Southern District of Iowa



| U.S. Courthouse | Des Moines |
| --- | --- |
| 123 East Walnut Street | Davenport |
| Des Moines, Iowa 50309 | Council Bluffs |
| Clerk of Court's Office | o: 515-284-6248 |
| www.iasd.uscourts.gov | f : 515-284-6418 |

September 19, 2022

Mr. John W. Nichols
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judicial Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC  20002-8004

*In Re:* MDL 2741 Roundup Products Liability Litigation

Dear Mr. Nichols:

Enclosed is a copy of the complaint from the action filed in the Southern District of Iowa, Besser v. Monsanto Company, please forward this complaint to the panel for review of a Potential Tag-Along Action to the above-entitled MDL case.

Should you have any questions, please do not hesitate to contact this office.

Sincerely,
/s/ Kellie Watson
Deputy Clerk
Phone number 515-284-6163
John S. Courter
CLERK OF COURT