## UNITED STATES DISTRICT COURT
### DISTRICT OF NEBRASKA
### OFFICE OF THE CLERK
www.ned.uscourts.gov

**Denise M. Lucks**
Clerk of Court

**Gabriela Acosta**
Chief Deputy Clerk

September 21, 2022

MDL Judicial Panel
Thurgood Marshall Federal Judiciary Building
1 Columbus Circle, NE
Room G255
Washington, DC 20544-0005

Re:   4:22cv3212
      Maaske v. Monsanto Company
      USDC CAND MDL 2471

Dear Sir/Madam:

We are sending you a copy of the complaint and docket sheet in this case via e-mail. This is an action regarding Roundup Products Liabilities Litigation.

Sincerely,

By:   s/ Juliana Sanchez
      Deputy Clerk

cc:   Counsel of Record (without enclosures)

Approved 12/22/14

\#

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 | Fax: (402) 661-7387 | Toll Free: (866) 220-4381
Lincoln: (402) 437-1900 | Fax: (402) 437-1911 | Toll Free: (866) 220-4379