**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Adam J Lafrance | Monsanto Company, Inc. | USDC Eastern District of Michigan | 2:22-cv-11245-SJM-EAS | Assigned to: District Judge Stephen J. Murphy, III Referred to: Magistrate Judge Elizabeth A. Stafford |