**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 23, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 23, 2022 to counsel for Plaintiff as follows:

Christopher M. Drouillard
LAW OFFICES OF CHRISTOPHER M. DROUILLARD PLC
722 Notre Dame
Grosse Pointe, MI 48230
734-422-2000
Email: ltg8r2@gmail.com

Counsel for Plaintiff in *Lafrance v. Monsanto Company, Inc.* No. 2:22-cv-11245-SJM-EAS (E.D. MI.).

| | |
|---|---|
| Dated: September 23, 2022 | Respectfully submitted, |
| | /s/ Jennise W. Stubbs |
| | Jennise W. Stubbs (jstubbs@shb.com) SHOOK, HARDY & BACON L.L.P. 600 Travis Street, Suite 3400 Houston, TX 77002-2926 Phone: (713) 227-8008 Fax: (713) 227-9508 |
| | *Attorneys for Defendant Monsanto Company* |

1