**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff          | Defendant          | District                           | Civil Action No.      | Judge                                                       |
|----|--------------------|--------------------|------------------------------------|-----------------------|-------------------------------------------------------------|
| 1. | Stephen Curry      | Monsanto Company   | USDC District of Massachusetts     | 1:22-cv-11649-DLC     | Assigned to: Magistrate Judge Donald L. Cabell              |
| 2. | Teresa Sue Kimball | Monsanto Company   | USDC Eastern District of Missouri  | 4:22-cv-00797-HEA     | Assigned to: District Judge Henry Edward Autrey             |