**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS                                          MDL No. 2741
LIABILITY LITIGATION

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 7, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 7, 2022 to counsel for Plaintiff as follows:

Larry F Woods
LARRY F. WOODS LAW OFFICE
24 N Frederick Ave
Oelwein, IA 50662
319 283 3204
Email: lfwoods@trxinc.com

Counsel for Plaintiff in *Mast v. Monsanto Company,* No. 5:22-cv-04050-LRR-KEM  (N.D. IA.).


Dated: October 7, 2022

                                        Respectfully submitted,


                                        /s/ Jennise W. Stubbs
                                        _____
                                        Jennise W. Stubbs
                                        (jstubbs@shb.com)
                                        SHOOK, HARDY & BACON L.L.P.
                                        600 Travis Street, Suite 3400
                                        Houston, TX  77002-2926
                                        Phone: (713) 227-8008
                                        Fax:    (713) 227-9508

                                        *Attorneys for Defendant Monsanto Company*

1