**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Shanda Lamar an individual and successor in interest to decedent Derrick Lamar | Monsanto Company and Does 1 through 100 | USDC Middle District of Florida | 3:22-cv-00694-TJC-MCR | Assigned to: Judge Timothy J. Corrigan Referred to: Magistrate Judge Monte C. Richardson |