**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 10, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 10, 2022 to counsel for Plaintiff as follows:

Haytham Faraj
THE LAW OFFICES OF HAYTHAM FARAJ
8605 Santa Monica Blvd., Suite 44953
West Hollywood, CA 90069
323-463-9200
Email: service@farajlaw.com

Counsel for Plaintiff in *Lamar v. Monsanto Company, et al.*, No. 3:22-cv-00694-TJC-MCR (M.D. FL.).

Dated: October 10, 2022                                       Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*