# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Dates Received: 10/11/22 & 10/12/22

District Court: D. Minnesota

Number of Actions: 3

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL