**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Charles D. Johnson | Monsanto Company | USDC Eastern District of Missouri | 4:22-cv-00793-NAB | Assigned to: Magistrate Judge Nannette A. Baker |
| 2. | Benny Williams | Monsanto Company | USDC Eastern District of Missouri | 4:22-cv-00792-SRC | Assigned to: District Judge Stephen R. Clark |
| 3. | Dan Rowland and Phyllis Rowland | Monsanto Company, Orchard Supply Hardware and Does 1 through 100 inclusive | USDC Central District of California | 5:22-cv-01793-JGB-KK | Assigned to: Judge Jesus G. Bernal Referred to: Magistrate Judge Kenly Kiya Kato |