**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 14, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 14, 2022 to counsel for Plaintiffs as follows:

Lee Paul Mankin, IV
LAW OFFICE OF L PAUL MANKIN IV
4655 Cass St
Suite 410
San Diego, CA 92109-2810
800-219-3577
Fax: 323-207-3885
Email: pmankin@paulmankin.com

Counsel for Plaintiff in *Johnson v. Monsanto Company*, No. 4:22-cv-00793-NAB (E.D. MO.).

Lee Paul Mankin, IV
LAW OFFICE OF L PAUL MANKIN IV
4655 Cass St
Suite 410
San Diego, CA 92109-2810
415-505-5996
Fax: 323-207-3885
Email: pmankin@paulmankin.com

Counsel for Plaintiff in *Williams v. Monsanto Company*, No. 4:22-cv-00792-SRC (E.D. MO.).

Mark P. Robinson, Jr.
Jennifer Maureen Collins
ROBINSON CALCAGNIE INC
19 Corporate Plaza Drive
Newport Beach, CA 92660
949-720-1288
Fax: 949-720-1292
Email: mrobinson@robinsonfirm.com

Counsel for Plaintiffs in *Rowland v. Monsanto Company et al*, No. 5:22-cv-01793-JGB-KK (C.D. CA.).

Orchard Supply Hardware
Address unknown

The above entity has not been served nor filed an answer or otherwise entered an appearance in the State Court Action in *Rowland v. Monsanto Company et al*, No. 5:22-cv-01793-JGB-KK (C.D. CA.). Additionally although the Complaint names the defendant as "Orchard Supply Hardware, a corporation," the complete name of that entity was "Orchard Supply Hardware Stores Corporation." That company's name was changed to OSH 1 Liquidating Corporation in September 2013. **OSH 1 Liquidating Corporation dissolved in December 2016.**

Dated: October 14, 2022                     Respectfully submitted,

                                            /s/ Jennise W. Stubbs
                                            Jennise W. Stubbs
                                            (jstubbs@shb.com)
                                            SHOOK, HARDY & BACON L.L.P.
                                            600 Travis Street, Suite 3400
                                            Houston, TX 77002-2926
                                            Phone: (713) 227-8008
                                            Fax:    (713) 227-9508

                                            *Attorneys for Defendant Monsanto Company*