**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff**   | **Defendant**       | **District**                        | **Civil Action No.**     | **Judge**                                              |
|----|-----------------|---------------------|-------------------------------------|--------------------------|--------------------------------------------------------|
| 1. | Clarice Jackson | Monsanto Company    | USDC Eastern District of Missouri   | 4:22-cv-00799-SRC        | Assigned to: District Judge Stephen R. Clark           |