**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 17, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 17, 2022 to counsel for Plaintiff as follows:

Lee Paul Mankin, IV
LAW OFFICE OF L PAUL MANKIN IV
4655 Cass St
Suite 410
San Diego, CA 92109-2810
415-505-5996
Fax: 323-207-3885
Email: pmankin@paulmankin.com

Counsel for Plaintiff in *Jackson v. Monsanto Company*, No. 4:22-cv-00799-SRC (E.D. MO.).

Dated: October 17, 2022                Respectfully submitted,

                                       /s/ Jennise W. Stubbs
                                       Jennise W. Stubbs
                                       (jstubbs@shb.com)
                                       SHOOK, HARDY & BACON L.L.P.
                                       600 Travis Street, Suite 3400
                                       Houston, TX 77002-2926
                                       Phone: (713) 227-8008
                                       Fax:   (713) 227-9508

                                       *Attorneys for Defendant Monsanto Company*