**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Anna Rohloff | Monsanto Company | USDC Northern District of Ohio | 3:22-cv-01978-JRK | Assigned to: Judge James R. Knepp II |
| 2. | Rick Johnson | Monsanto Company | USDC Northern District of Ohio | 4:22-cv-01977-JRA | Assigned to: Judge John R. Adams |