**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS                                              MDL No. 2741
LIABILITY LITIGATION

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 3, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on November 3, 2022 to counsel for Plaintiffs as follows:

Wesley D. Merillat
LAW OFFICE OF CHARLES E. BOYK
1500 Timberwolf Dr.
Holland, OH 43528
419-241-1395
Fax: 419-241-8731
Email: wmerillat@charlesboyk-law.com

Counsel for Plaintiff in *Rohloff v. Monsanto Company*, No. 3:22-cv-01978-JRK (N.D. OH.).

Wesley D. Merillat
LAW OFFICE OF CHARLES E. BOYK
1500 Timberwolf Dr.
Holland, OH 43528
419-241-1395
Fax: 419-241-8731
Email: wmerillat@charlesboyk-law.com

Counsel for Plaintiff in *Johnson v. Monsanto Company*, No. 4:22-cv-01977-JRA (N.D. OH.).

Dated: November 3, 2022                    Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*