**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Robert Austin | Monsanto Company | USDC Central District of California | 2:22-cv-07973-JFW-RAO | Assigned to: Judge John F. Walter  Referred to: Magistrate Judge Rozella A. Oliver |
| 2. | Bruce Sengstaken and Barbara Sengstaken | Monsanto Company | USDC Middle District of Florida | 8:22-cv-02434-KKM-AEP | Assigned to: Judge Kathryn Kimball Mizelle  Referred to: Magistrate Judge Anthony E. Porcelli |
| 3. | Gerard Casey | Monsanto Company | USDC District of Massachusetts | 4:22-cv-40117-LTS | Assigned to: District Judge Leo T. Sorokin |