**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 7, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on November 7, 2022 to counsel for Plaintiffs as follows:

Tomislav George Antunovich
Brian D Chase
BISNAR CHASE LLP
1301 Dove Street Suite 120
Newport Beach, CA 92660
949-752-2999
Fax: 949-752-2777
Email: tantunovich@bisnarchase.com
Email: bchase@bisnarchase.com

Counsel for Plaintiff in *Austin v. Monsanto Company*, No. 2:22-cv-07973-JFW-RAO (C.D. Cal.).

Shirin M. Vesely
TRENAM LAW
200 Central Avenue
Suite 1600
St. Petersburg, FL 33701
727-824-6143
Email: svesely@trenam.com

1

John D. Goldsmith
TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS
Suite 2700
101 E Kennedy Blvd
Tampa, FL 33602
813-223-7474
Fax: 813/229-6553
Email: jgoldsmith@trenam.com

Counsel for Plaintiffs in *Sengstaken et al. v. Monsanto Company*, No. 8:22-cv-02434 (M.D. Fla.).

Julie E. Lamkin
LAW OFFICES OF JEFFREY S. GLASSMAN
One International Place, 18th Flr.
Boston, MA 02110
617-367-2900
Email: jlamkin@jeffreysglassman.com

Counsel for Plaintiff in *Casey v. Monsanto Company*, No. 4:22-cv-40117 (D. Mass.).

Dated: November 8, 2022                    Respectfully submitted,


                                           /s/ Jennise W. Stubbs
                                           Jennise W. Stubbs
                                           (jstubbs@shb.com)
                                           SHOOK, HARDY & BACON L.L.P.
                                           600 Travis Street, Suite 3400
                                           Houston, TX 77002-2926
                                           Phone: (713) 227-8008
                                           Fax:   (713) 227-9508

                                           *Attorneys for Defendant Monsanto Company*