**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Michelle Melendez *Administratrix of the Estate of Peter Armando Melendez a/k/a Pedro Armando Melendez* | Monsanto Company and John Does 1-50 | USDC Middle District of Florida | 8:22-cv-02466-KKM-JSS | Assigned to: Judge Kathryn Kimball Mizelle Referred to: Magistrate Judge Julie S. Sneed |

1