**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| **1.** | Leland Adams | Monsanto Company, Bayer Corporation and Does *1 thorugh 300, inclusive* | USDC Central District of California | 2:22-cv-07609-JFW-PLA | Assigned to: Judge John F. Walter Referred to: Magistrate Judge Paul L. Abrams |