UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Dates Received: 11/10/22 & 11/14/22

District Court: D. Minnesota

Number of Actions: 2

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL