**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Steven Coppess and April Coppess | Monsanto Company | USDC Southern District of Ohio | 2:22-cv-03524-SDM-KAJ | Assigned to: Judge Sarah D. Morrison Referred to: Magistrate Judge Kimberly A. Jolson |