## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 15, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on November 15, 2022 to counsel for Plaintiffs as follows:

Matthew E Stubbs
MONTGOMERY JONSON LLP
600 Vine Street
Ste 2650
Cincinnati, OH 45202
513-241-4722
Fax: 513-768-9244
Email: mstubbs@mojolaw.com

Counsel for Plaintiffs in *Coppess et al. v. Monsanto Company;* 2:22-cv-03524-SDM-KAJ (S.D. OH.).

Dated: November 15, 2022                           Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*

1