**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Nerio W. Pioppi (misspelled as Nerio W. Poppi on the docket sheet) | Monsanto Company | USDC District of Massachusetts | 4:22-cv-40106-WGY | Assigned to: Judge William G. Young |