**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 17, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on November 17, 2022 to counsel for Plaintiff as follows:

Charles F. Proctor
PROCTOR & PROCTOR LAW FIRM
249 Main Street
Oxford, MA 01540-0263
508-987-2626
Fax: 508-987-3250
Email: cproctor@charter.net

Counsel for Plaintiff in *Poppi v. Monsanto Company*, No. 4:22-cv-40106-WGY (Dist. of MA.).

Dated: November 17, 2022                Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*