**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS					MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| 1. | Glen Pope | Monsanto Company | USDC Western District of Oklahoma | 5:22-cv-00888-SLP | Assigned to: Judge Scott L. Palk |
| 2. | Susan Levine an Individual, and on behalf of the Estate of Richard Douglas King | Monsanto Company | USDC Southern District of California | 3:22-cv-01723-AJB-AGS | Assigned to: Judge Anthony J. Battaglia Referred to: Magistrate Judge Andrew G. Schopler |