**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 17, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on November 17, 2022 to counsel for Plaintiffs as follows:

Ryan M Oldfield
DURBIN LARIMORE & BIALICK, PC
920 N Harvey
Oklahoma City, OK 73102
405-235-9584
Fax: 405-235-0551
Email: roldfield@dlb.net

Counsel for Plaintiff in *Pope v. Monsanto Company,* No. 5:22-cv-00888-SLP (W.D. OK.).

Jessica Suzanne Williams
John H. Gomez
GOMEZ TRIAL ATTORNEYS
655 W. Broadway
Suite 1700
San Diego, CA 92101
619-237-3490
Fax: 619-237-3496
Email: jwilliams@thegomezfirm.com
Email: john@thegomezfirm.com

Counsel for Plaintiff in *Levine v. Monsanto Company*, No. 3:22-cv-01723-AJB-AGS (S.D. CA.).

Dated: November 17, 2022  Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*