# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 11/18/22

**District Court:** D. Minnesota

**Number of Actions:** 1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL