**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| **1.** | Janet Hartley | Monsanto Company | USDC Eastern District of Michigan | 2:22-cv-12637-BAF-JJCG | Assigned to: District Judge Bernard A. Friedman Referred to: Magistrate Judge Jonathan J.C. Grey |
| **2.** | Brandon White | Monsanto Company | USDC Western District of Michigan | 1:22-cv-01019-PLM-SJB | Assigned to: District Judge Paul L. Maloney Referred to: Magistrate Judge Sally J. Berens |