**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 21, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on November 21, 2022 to counsel for Plaintiffs as follows:

Wesley D. Merillat
CHARLES E. BOYK LAW OFFICES, LLC
405 Madison Ave.
Suite 1200
Toledo, OH 43604
419-241-1395
Fax: 419-241-8731
Email: wmerillat@charlesboyk-law.com

Counsel for Plaintiff in *Hartley v. Monsanto Company*, No. 2:22-cv-12637 (E.D. MI.).

Wesley D. Merillat
CHARLES E. BOYK LAW OFFICES, LLC
1500 Timberwolf Drive
Holland, OH 43528
419-241-1395
Fax: 419-241-8731
Email: wmerillat@charlesboyk-law.com

Counsel for Plaintiff in *White v. Monsanto Company,* No. 1:22-cv-01019-PLM-SJB (W.D. MI.).

1

Dated: November 21, 2022	Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*