**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Fredric L Sinder | Monsanto Company and Bayer Corporation | USDC Southern District of Ohio | 3:22-cv-00338-WHR-CHG | Assigned to: Judge Walter H. Rice Referred to: Magistrate Judge Caroline H. Gentry |
| 2. | Paul Schrag | Monsanto Company, Bayer AG, Bayer Corporation, Home Depot U.S.A., Inc., Walmart Inc., The Scotts Company LLC | USDC Southern District of Florida | 1:22-cv-23855-BB | Assigned to: Judge Beth Bloom |