**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on November 28, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on November 28, 2022 to counsel for Plaintiff as follows:

Fredric L. Sinder
*Pro Se*
6025 Gentry Woods Dr.
Dayton, OH 45459
fred@sinder.us

Copies of the foregoing were also caused to be served via Certified Mail, Return Receipt Requested on *Pro Se* Plaintiff in *Sinder v. Monsanto Company., et al.*, No. 3:22-cv-00338 (S.D. OH.).

Bayer Corporation
100 Bayer Boulevard
Whippany, NJ 07981
862/404-3000

Copies of the foregoing were also caused to be served via UPS on defendant Bayer Corporation in *Sinder v. Monsanto Company., et al.*, No. 3:22-cv-00338 (S.D. OH.).

Kristina Marie Infante
Pablo Rojas
Steven Craig Marks
PODHURST ORSECK PA
One SE 3rd Avenue
Suite 2300
Miami, FL 33131
305-358-2800
Fax: 305-358-2382
Email: kinfante@podhurst.com

Email: projas@podhurst.com (Inactive)
Email: smarks@podhurst.com

Counsel for Plaintiff in *Schrag v. Monsanto Company, et al.*, No. 1:22-cv-23855 –BB (S.D. FL.).

Bayer AG
Attn: General Counsel
Law, Patents & Compliance
Building Q 26, 1.008
51368 Leverkusen, Germany
Phone Number: Number 011492143046668

Copies of the foregoing were also caused to be served via UPS International on defendant Bayer AG in *Schrag v. Monsanto Company, et al.*, No. 1:22-cv-23855 –BB (S.D. FL.).

Bayer Corporation
100 Bayer Boulevard
Whippany, NJ 07981
862/404-3000

Copies of the foregoing were also caused to be served via UPS on defendant Bayer Corporation in *Schrag v. Monsanto Company, et al.*, No. 1:22-cv-23855 –BB (S.D. FL.).

Lawrence Hugh Kunin
MORRIS MANNING & MARTIN
Atlanta Financial Center
3343 Peachtree Road NE
Suite 1600
Atlanta, GA 30326
404-233-7000
Fax: 365-9532
Email: lhk@mmmlaw.com

Counsel for Defendant Home Depot U.S.A., Inc. in *Schrag v. Monsanto Company, et al.,* No. 1:22-cv-23855 –BB (S.D. FL.).

Daniel J. Healy
ANDERSON KILL LLP
1717 Pennsylvania Avenue NW, Suite 200
Washington, DC 20006
202-416-6500

Counsel for Defendant Walmart Inc. in *Schrag v. Monsanto Company, et al.*, No. 1:22-cv-23855 –BB (S.D. FL.).

Sarah Elizabeth Morgado
JONES DAY
6409 Garden Avenue
West Palm Beach, FL 33405
(561) 531-0402
Email: smorgado@jonesday.com

Counsel for Defendant The Scotts Company LLC, in *Schrag v. Monsanto Company, et al.,* No. 1:22-cv-23855 –BB (S.D. FL.).

Dated: November 28, 2022  Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*