

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Michael L. McConnell**                                                                             **Telephone: 225-389-3500**
**Clerk of Court**                                                                                       **Facsimile: 225-389-3501**

November 28th, 2022

John W. Nichols
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobb
Washington, D.C. 20002-8004
PANELMDL@jpml.uscourts.gov

Re:    3:22-cv-00909-JWD-RLB
          Guerin v. Monsanto Company

Dear Sir:

      Enclosed please find a docket sheet, civil cover sheet and a copy of Complaint filed in the above captioned case. This is a potential multi-district litigation case.

                                                          Sincerely,
                                                           Michael L. McConnell
                                                           Clerk of Court

                                                      By: _____
                                                           Deputy Clerk

Sent via email to PANELMDL@jpml.uscourts.gov
with the Docket Sheet, Complaint and Civil Cover Sheet