**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**AMENDED PROOF OF SERVICE**

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Amended Notice of Potential Tag-Along Actions (Dkt. No. 2925) was electronically filed on December 1, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on December 1, 2022 to counsel for Defendant as follows:

Melissa R. Alvarez
Anthony Nolan Upshaw
McDERMOTT WILL & EMERY
333 S.E. 2 Avenue
Suite 4500
Miami, FL 33131
305-347-6551
Fax: 305-468-6574
305-347-6540
Fax: 305-675-8031
Email: malvarez@mwe.com
Email: aupshaw@mwe.com

Counsel for Defendant Bayer Corporation in *Schrag v. Monsanto Company, et al.,* No. 1:22-cv-23855-BB (S.D. FL.).

Dated: December 1, 2022				Respectfully submitted,

				/s/ Jennise W. Stubbs
				Jennise W. Stubbs
				(jstubbs@shb.com)
				SHOOK, HARDY & BACON L.L.P.
				600 Travis Street, Suite 3400
				Houston, TX  77002-2926
				Phone: (713) 227-8008
				Fax:    (713) 227-9508

				*Attorneys for Defendant Monsanto Company*