**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                     MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Norma Jean Shelton | Monsanto Co. | USDC Western District of Louisiana | 1:22-cv-05998-TAD-JPM | Assigned to: Judge Terry A Doughty Referred to: Magistrate Judge Joseph H L Perez-Montes |