**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 1, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on December 1, 2022 to counsel for Plaintiff as follows:

Andrew Jason Geiger
Allan Berger
ALLAN BERGER & ASSOC.
4173 Canal St
New Orleans, LA 70119
504-486-9481
Fax: 504-483-8130
Fax: 504-483-2201
Email: ageiger@allan-berger.com
Email: aberger@allan-berger.com

Counsel for Plaintiff in *Shelton v. Monsanto Co.,* No. 1:22-cv-05998-TAD-JPM (W.D. LA).

Dated: December 1, 2022                                Respectfully submitted,

                                                                                /s/ Jennise W. Stubbs
                                                                                Jennise W. Stubbs
                                                                                (jstubbs@shb.com)
                                                                                SHOOK, HARDY & BACON L.L.P.
                                                                                600 Travis Street, Suite 3400
                                                                                Houston, TX  77002-2926
                                                                                Phone: (713) 227-8008
                                                                                Fax:    (713) 227-9508

                                                                                *Attorneys for Defendant Monsanto Company*