# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 12/1 & 12/2

**District Court:** E.D. Louisiana & D. Minnesota

**Number of Actions:** 2

**Complaints and Docket Sheets are attached.**

_____
CLERK OF THE PANEL