**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS                                           MDL No. 2741
LIABILITY LITIGATION

---

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Mark P. Orsborne and Tracey H. Orsborne (misspelled as Mark P. Osborne and Tracey H. Osborne on the Docket Sheet) | Monsanto Company | USDC District of Massachusetts | 4:22-cv-11989-LTS | Assigned to: District Judge Leo T. Sorokin |