**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 5, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on December 5, 2022 to counsel for Plaintiffs as follows:

Rafael Colmenares
LAW OFFICES OF MICHAEL P. JOYCE, P.C.
1 International Place
Suite 840
Boston, MA 02110
617-720-1222
Email: rcolmenares@mpjoycelaw.com

Counsel for Plaintiffs in *Osborne et al., v. Monsanto Company*, No. 4:22-cv-11989-LTS (Dist. of MA)

Dated: December 5, 2022

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*

1