**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                                      MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Joseph Arceneaux | Monsanto Co. | USDC Western District of LA | 6:22-cv-06063-RRS-CBW | Assigned to: Judge Robert R Summerhays Referred to: Magistrate Judge Carol B Whitehurst |
| 2. | Ronald A. Jones | Monsanto Co. | USDC Western District of LA | 6:22-cv-06084-SMH-CBW | Assigned to: Chief Judge S Maurice Hicks, Jr Referred to: Magistrate Judge Carol B Whitehurst |