**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 6, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on December 6, 2022 to counsel for Plaintiffs as follows:

John C Enochs
Betsy J Barnes
MORRIS BART (NO)
601 Poydras St., Ste. 2400
New Orleans, LA 70130-6036
504-599-1087
Fax: 504-599-3392
504-525-8000
Fax: 504-617-7721
Email: jenochs@morrisbart.com
Email: bbarnes@morrisbart.com

Counsel for Plaintiff in *Arceneaux v. Monsanto Co.* No. 6:22-cv-06063-RRS-CBW (W.D. LA.).

John C Enochs
Betsy J Barnes
MORRIS BART (NO)
601 Poydras St., Ste. 2400
New Orleans, LA 70130-6036
504-599-1087
Fax: 504-599-3392
504-525-8000
Fax: 504-617-7721
Email: jenochs@morrisbart.com
Email: bbarnes@morrisbart.com

Counsel for Plaintiff in *Jones v. Monsanto Co.*, 6:22-cv-06084-SMH-CBW (W.D. LA).

Dated: December 6, 2022

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*