# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS                                    MDL No. 2741
LIABILITY LITIGATION

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, defendant Monsanto Company hereby notifies the Clerk of the

Panel of the potential tag-along actions listed on the attached Schedule of Actions.

The docket sheets and complaints for the potential tag-along actions are attached.


Dated: December 8, 2022                    Respectfully submitted,

                                           /s/ Jennise W. Stubbs
                                           Jennise W. Stubbs
                                           (jstubbs@shb.com)
                                           SHOOK, HARDY & BACON L.L.P.
                                           600 Travis Street, Suite 3400
                                           Houston, TX  77002-2926
                                           Phone: (713) 227-8008
                                           Fax:    (713) 227-9508

                                           *Attorneys for Defendant Monsanto Company*