**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                     MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 8, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on December 8, 2022 to counsel for Plaintiffs as follows:

Corrie Johnson Yackulic
CORRIE YACKULIC LAW FIRM, PLLC
110 PREFONTAINE PLACE SOUTH
STE 304
SEATTLE, WA 98104
206-787-1915
Fax: 206-299-9725
Email: corrie@cjylaw.com

Counsel for Plaintiffs in *Hendrickson et al. v. Monsanto Company*, No. 3:22-cv-05932-MLP (W.D. WA.).

Dated: December 8, 2022                    Respectfully submitted,

                                           /s/ Jennise W. Stubbs
                                           Jennise W. Stubbs
                                           (jstubbs@shb.com)
                                           SHOOK, HARDY & BACON L.L.P.
                                           600 Travis Street, Suite 3400
                                           Houston, TX  77002-2926
                                           Phone: (713) 227-8008
                                           Fax:    (713) 227-9508

                                           *Attorneys for Defendant Monsanto Company*

1