**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 9, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on December 9, 2022 to counsel for Plaintiff as follows:

Charles W. Miller
HEYGOOD AND ORR - Irving
6363 N. State Highway 161
Suite 450
Irving, TX 75038
214-237-9001
Fax: 214-237-9002
Email: charles@hop-law.com

Counsel for Plaintiff in *Tyler v. Monsanto Company*, No. 4:22-cv-01242-AGF (E.D. MO.).

Dated: December 9, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Jennise W. Stubbs
　　　　　　　　　　　　　　　　　　　　Jennise W. Stubbs
　　　　　　　　　　　　　　　　　　　　(jstubbs@shb.com)
　　　　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.
　　　　　　　　　　　　　　　　　　　　600 Travis Street, Suite 3400
　　　　　　　　　　　　　　　　　　　　Houston, TX 77002-2926
　　　　　　　　　　　　　　　　　　　　Phone: (713) 227-8008
　　　　　　　　　　　　　　　　　　　　Fax:    (713) 227-9508

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Monsanto Company*