**UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**



# Notice of Tag-Along from District Court

Date Received: **12/14/22**

District Court:**LAE**

Number of Actions:**1**

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL