BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Michael Kuhn | Monsanto Company, Bayer Corporation and John Doe Defendants 1-5 | USDC Northern District of Mississippi | 4:22-cv-00171-SA-DAS | Assigned to: District Judge Sharion Aycock Referred to: Magistrate Judge David A. Sanders |
| 2. | Amy Sammons *as Administrator of the Estate of Douglas Victor Sammons and Individually* | Monsanto Company | USDC Northern District of New York | 1:22-cv-01223-GTS-ML | Assigned to: U.S. District Judge Glenn T. Suddaby Referred to: Magistrate Judge Miroslav Lovric |
| 3. | Christopher Pratt and Oksana Zhurenko Pratt | Monsanto Company | USDC Middle District of Florida | 8:22-cv-02523-VMC-SPF | Assigned to: Judge Virginia M. Hernandez Covington Referred to: Magistrate Judge Sean P. Flynn |