**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 14, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on December 14, 2022 to counsel for Plaintiffs as follows:

Jason L. Nabors
NABORS LAW FIRM
P.O. Box 1334
Ridgeland, MS 39158
(601) 690-7270
Fax: 601-300-2975
Email: jason@naborslawfirm.com

Robert A. Malouf
ROBERT MALOUF LAW OFFICES
441 Northpark Drive, Suite C
Ridgeland, MS 39157
(601) 613-1577
Email: ramalo@aol.com

Counsel for Plaintiff in *Kuhn v. Monsanto Company et al.*, No. 4:22-cv-00171-SA-DAS (N.D. MS.).

Bayer Corporation
100 Bayer Boulevard
Whippany, NJ 07981
(862) 404-3000

Copies of the foregoing were also caused to be served via UPS on defendant Bayer Corporation in *Kuhn v. Monsanto Company et al.*, No. 4:22-cv-00171-SA-DAS (N.D. MS.).

Harris Marks
BELLUCK & FOX LLP
546 Fifth Avenue, 5th Floor
New York, NY 11241-1017
(212) 681-1575
Email: hmarks@belluckfox.com

Counsel for Plaintiffs in *Sammons et al v. Monsanto Company*, No. 1:22-cv-01223-GTS-ML (N.D. NY.).

Eric D. Roslansky
Austin Johnson Grinder
THE RUTH LAW TEAM
8600 4th St N
PO Box 16847
St Petersburg, FL 33733-6847
(727) 327-3222
Fax: (727) 323-7720
Email: eroslansky@getjustice.com
Email: agrinder@getjustice.com

Counsel for Plaintiffs in *Pratt et al v. Monsanto Company,* No. 8:22-cv-02523-VMC-SPF (M.D. FL.).

| | |
|---|---|
| Dated: December 14, 2022 | Respectfully submitted, |
| | /s/ Jennise W. Stubbs |
| | Jennise W. Stubbs (jstubbs@shb.com) |
| | SHOOK, HARDY & BACON L.L.P. |
| | 600 Travis Street, Suite 3400 |
| | Houston, TX  77002-2926 |
| | Phone: (713) 227-8008 |
| | Fax:    (713) 227-9508 |
| | |
| | *Attorneys for Defendant Monsanto Company* |