**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 22, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on December 22, 2022 to counsel for Plaintiffs as follows:

Peter D. Friday
Friday & Cox LLC
1405 McFarland Road
Pittsburgh, PA 15216
(412) 561-4290
Email: pfriday@fridaylaw.com

Counsel for Plaintiffs in *Curtin et al v. Monsanto Co., et al.*, No. 2:22-cv-01635-WSS (W.D. PA.).

Bayer AG
Attn: General Counsel
Law, Patents & Compliance
Building Q 26, 1.008
51368 Leverkusen, Germany
Phone Number: Number 011492143046668

Copies of the foregoing were also caused to be served via UPS International on defendant Bayer AG in *Curtin et al v. Monsanto Co., et al.*, No. 2:22-cv-01635-WSS (W.D. PA.).

Bayer Corporation
100 Bayer Boulevard
Whippany, NJ 07981
862/404-3000

Copies of the foregoing were also caused to be served via UPS on defendant Bayer Corporation in *Curtin et al v. Monsanto Co., et al.*, No. 2:22-cv-01635-WSS (W.D. PA.).

Dated: December 22, 2022                            Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:     (713) 227-9508

*Attorneys for Defendant Monsanto Company*