**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|     | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
| --- | --- | --- | --- | --- | --- |
| 1.  | Gregory S. Cilli | Monsanto Company, Bayer U.S., LLC and Does 1 through 100 | USDC Southern District of California | 3:22-cv-02037-BEN-DDL | Assigned to: Judge Roger T. Benitez Referred to: Magistrate Judge David D. Leshner |

1