**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 23, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on December 23, 2022 to counsel for Plaintiff as follows:

Michael Alan Feldman
The Feldman Law Group
3636 4th Avenue
Suite 200
San Diego, CA 92103
619-297-5811
Fax: 619-600-5318
Email: veronica@sdlawyernow.com

Counsel for Plaintiff in *Cilli v. Monsanto Company, et al.*, No. 3:22-cv-02037-BEN-DDL (S.D. CA.).

Bayer U.S., LLC
100 Bayer Boulevard
Whippany, NJ 07981
862/404-3000

Copies of the foregoing were also caused to be served via UPS on defendant Bayer U.S., LLC in *Cilli v. Monsanto Company, et al.*, No. 3:22-cv-02037-BEN-DDL (S.D. CA.).

Dated: December 23, 2022						Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*