**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                    MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| **1.** | Hope Presley Blackwell *individually and on behalf of Charles A. Presley* | Monsanto Company | USDC Northern District of Mississippi | 4:22-cv-00179-DMB-DAS | Assigned to: District Judge Debra M. Brown Referred to: Magistrate Judge David A. Sanders |