**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS                                    MDL No. 2741
LIABILITY LITIGATION

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on December 27, 2022 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on December 27, 2022 to counsel for Plaintiff as follows:

John Christian Enochs
MORRIS BART, LLC
601 Poydras Street
#24 FL
New Orleans, LA 70130
504-526-1087
Fax: 833-277-4214
Email: jenochs@morrisbart.com

Counsel for Plaintiff in *Blackwell v. Monsanto Company.*, No. 4:22-cv-00179-DMB-DAS (N.D. MS.).

 Dated: December 27, 2022                     Respectfully submitted,


                                             /s/ Jennise W. Stubbs
                                             Jennise W. Stubbs
                                             (jstubbs@shb.com)
                                             SHOOK, HARDY & BACON L.L.P.
                                             600 Travis Street, Suite 3400
                                             Houston, TX  77002-2926
                                             Phone: (713) 227-8008
                                             Fax:    (713) 227-9508

                                             *Attorneys for Defendant Monsanto Company*