**UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**



# Notice of Tag-Along from District Court

Date Received: **12/28/22**

District Court:**MN**

Number of Actions:**1**

Complaints and Docket Sheets are attached.

/CLERK OF THE PANEL