**UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**



# Notice of Tag-Along from District Court

Date Received: **1/3/23**

District Court**:LAE**

Number of Actions:**1**

Complaints and Docket Sheets are attached.

*/s/ John Nichols*
CLERK OF THE PANEL