BEFORE THE UNITED STATES JUDICIAL PANEL ON

MULTIDISTRICT LITIGATION

| In re: Roundup Products Liability Litigation | MDL Docket No. 2741 |
|---|---|

## SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendants** | **District** | **Case No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Paula Alegi, Individually and as Representative of the Estate of Rose Marie Alegi, Deceased | Monsanto Company | District of Massachusetts | 1:23-cv-10015 | TBD |

Dated: January 4, 2023

Respectfully submitted,

s/ Randi Kassan
Randi Kassan
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Phone: 516-741-5600
rkassan@milberg.com
***Counsel for Plaintiff Paula Alegi, Individually and as Representative of the Estate of Rose Marie Alegi, Deceased***