BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Roundup Products Liability Litigation | MDL Docket No. 2741 |

      I hereby certify that a copy of the foregoing NOTICE OF POTENTIAL TAG-ALONG ACTION was filed electronically via this Panel's CM/ECF filing system, which will send a notice of electronic filing to all Defendants of Record registered with the CM/ECF system in the above-captioned matter and by Federal Express to the defendant below.

MONSANTO COMPANY
800 N. Lindbergh Blvd.
St. Louis, MO 63167

Dated: January 4, 2023

      Respectfully submitted,

      s/ Randi Kassan

      Randi Kassan
      MILBERG COLEMAN BRYSON
      PHILLIPS GROSSMAN, PLLC
      100 Garden City Plaza, Suite 500
      Garden City, NY 11530
      Phone: 516-741-5600
      rkassan@milberg.com
      ***Counsel for Plaintiff Paula Alegi, Individually and as Representative of the Estate of Rose Marie Alegi, Deceased***