# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:23-cv-10015-WGY

Alegi et al v. Monsanto Company  
Assigned to: Judge William G. Young  
Case in other court: USDC CAND, 16-MD-2741-VC  
Cause: 28:1332 Diversity-Product Liability

Date Filed: 01/04/2023  
Jury Demand: Plaintiff  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

**Plaintiff**

**Rose Marie Alegi**  
*Estate of Rose Marie Alegi*

represented by **Randi A. Kassan**  
Milberg Coleman Bryson Phillips Grossman, LLC  
100 Garden City Plaza  
Suite 500  
Garden City, NY 11530  
516-741-5600  
Fax: 516-741-0128  
Email: rkassan@milberg.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paula Alegi**  
*Individually and as Representative of the Estate of Rose Marie Alegi, Deceased*

represented by **Randi A. Kassan**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Monsanto Company**

[Email All Attorneys]  
[Email All Attorneys and Additional Recipients]

| Date Filed | # | Docket Text |
|---|---|---|
| 01/04/2023 | 1 | COMPLAINT against Monsanto Company Filing fee: $ 402, receipt number AMADC-9652541 (Fee Status: Filing Fee paid), filed by Paula Alegi, Rose Marie Alegi. (Attachments: # 1 Civil Cover Sheet, # 2 Category Form, # 3 Summons)(Kassan, Randi) (Entered: 01/04/2023) |
| 01/04/2023 | 2 | ELECTRONIC NOTICE of Case Assignment. Judge William G. Young assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Donald L. Cabell. (Finn, Mary) (Entered: 01/04/2023) |

| 01/04/2023 | [3](#) | Summons Issued as to Monsanto Company. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (de Oliveira, Flaviana) (Entered: 01/04/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/05/2023 10:58:57 | | | |
| **PACER Login:** | sholley1 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:23-cv-10015-WGY |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |