**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Douglas Weaver | Monsanto Company, Inc. | USDC Eastern District of Michigan | 2:22-cv-12895-LJM-APP | Assigned to: District Judge Laurie J. Michelson Referred to: Magistrate Judge Anthony P. Patti |

1