# BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS                                          MDL No. 2741
LIABILITY LITIGATION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on January 11, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on January 11, 2023 to counsel for Plaintiff as follows:

Alyson L. Oliver
OLIVER LAW GROUP PC
50 W. Big Beaver Rd.
Ste 200
Troy, MI 48084
248-327-6556
Fax: 248-436-3385
Email: notifications@oliverlawgroup.com

Counsel for Plaintiff in *Weaver v. Monsanto Company, Inc.*, No. 2:22-cv-12895-LJM-APP (E.D. MI.).


Dated: January 11, 2023                    Respectfully submitted,


                                           /s/ Jennise W. Stubbs
                                           Jennise W. Stubbs
                                           (jstubbs@shb.com)
                                           SHOOK, HARDY & BACON L.L.P.
                                           600 Travis Street, Suite 3400
                                           Houston, TX  77002-2926
                                           Phone: (713) 227-8008
                                           Fax:    (713) 227-9508

                                           *Attorneys for Defendant Monsanto Company*

1