**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Alexzandria Harrington | Monsanto Company | USDC District of Massachusetts | 3:22-cv-30164-MGM | Assigned to: Judge Mark G. Mastroianni |
| 2. | Wayne Cromack | Monsanto Company | USDC District of Massachusetts | 3:22-cv-10003-KAR | Assigned to: Magistrate Judge Katherine A. Robertson |