**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on January 23, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on January 23, 2023 to counsel for Plaintiffs as follows:

Julie E. Lamkin
LAW OFFICES OF JEFFREY S. GLASSMAN
One International Place, 18th Flr.
Boston, MA 02110
617-367-2900
Email: jlamkin@jeffreysglassman.com

Counsel for Plaintiff in *Harrington v. Monsanto Company*, No. 3:22-cv-30164-MGM (Dist. MA)

Paula S. Bliss
Justice Law Collaborative, LLC
210 Washington Street
North Easton, MA 02356
508-230-2700
Email: paula@justicelc.com

Counsel for Plaintiff in *Cromack v. Monsanto Company*, No. 3:22-cv-10003-KAR (Dist. MA)

2

Dated: January 23, 2023						Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:     (713) 227-9508

*Attorneys for Defendant Monsanto Company*

2