BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Amirk Aulakh and Tejwant Aulakh | Monsanto Company | UDSC Eastern District of California | 1:23-cv-00097-ADA-EPG | Assigned to: District Judge Ana de Alba Referred to: Magistrate Judge Erica P. Grosjean |