**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on January 24, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on January 24, 2023 to counsel for Plaintiffs as follows:

Joseph S. Farzam
JOSEPH FARZAM LAW FIRM
11766 Wilshire Blvd
Suite 280
Los Angeles, CA 90025
310-226-6890
Email: hilda@farzamlaw.com

Counsel for Plaintiffs in *Aulakh v. Monsanto Company,* No. 1:23-cv-00097-ADA-EPG (E.D. CA.).

Dated: January 24, 2023

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*