**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on January 31, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on January 31, 2023 to counsel for Plaintiff as follows:

Eric S Rossman
ROSSMAN LAW GROUP PLLC
350 N. 9th Street
Suite 500
Boise, ID 83702
(208) 331-2030
Fax: 1-208-947-2424
Email: erossman@rossmanlaw.com

Counsel for Plaintiff in *Vincent v. Monsanto Company*, No. 1:22-cv-00523-CWD (Dist. of ID.)

Dated: January 31, 2023                     Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*

1