BEFORE THE UNITED STATES JUDICIAL PANEL ON

MULTIDISTRICT LITIGATION

| In re: Roundup Products Liability Litigation | MDL Docket No. 2741 |
|---|---|

## SCHEDULE OF ACTIONS

|    | **Plaintiff** | **Defendants** | **District** | **Case No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Christopher Aitkens | Monsanto Company | Eastern District of Missouri | 4:23-cv-00116-RLW | District Judge Ronnie L. White |
| **2.** | Larry Bennett | Monsanto Company | Eastern District of Missouri | 4:23-cv-00118-RLW | District Judge Ronnie L. White |

Dated: February 2, 2023

Respectfully submitted,

s/ Randi Kassan
Randi Kassan
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Phone: 516-741-5600
rkassan@milberg.com
***Counsel for Plaintiffs Christopher Aitkens and Larry Bennett***