## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| In re: Roundup Products Liability Litigation | MDL Docket No. 2741 |
|---|---|

    I hereby certify that a copy of the foregoing NOTICE OF POTENTIAL TAG-ALONG ACTION was filed electronically via this Panel's CM/ECF filing system, which will send a notice of electronic filing to all Defendants of Record registered with the CM/ECF system in the above-captioned matter and by Federal Express to the defendant below.

MONSANTO COMPANY
800 N. Lindbergh Blvd.
St. Louis, MO 63167

Dated: February 2, 2023

Respectfully submitted,

s/ Randi Kassan
Randi Kassan
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Phone: 516-741-5600
rkassan@milberg.com
***Counsel for Plaintiffs Christopher Aitkens and Larry Bennett***