## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| JAMES A. HEUBERGER,  Plaintiff, v. MONSANTO COMPANY,  Defendant. | MDL No.  16-md-02741 |

### PLAINTIFF'S NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the Plaintiff hereby notifies the Clerk of the Panel of the potential tag-along action.  The docket sheet and complaint for the potential tag-along action are attached.

Date:   February 3, 2023

Respectfully Submitted,

/s/ *James H. Cook*
James H. Cook, Esq., AT0001622
Dutton, Daniels, Hines, Kalkhoff,
Cook & Swanson, PLC
3151 Brockway Rd.
P.O. Box 810
Waterloo, IA  50701
Tel:  319-234-4471
Email:  jcook@duttonfirm.com

Counsel for Plaintiff