## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| JAMES A. HEUBERGER, | |
| Plaintiff, | MDL No.  16-md-02741 |
| v. | |
| MONSANTO COMPANY, | |
| Defendant. | |

## PLAINTIFF'S NOTICE OF POTENTIAL TAG-ALONG ACTION
## SCHEDULE OF ACTIONS

| Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|
| James Heuberger | Monsanto Company | USDC Northern District of Iowa | 3:23-cv-03001 | Assigned to Judge Linda R. Reade Referred to: Chief Magistrate Judge Kelly K. E. Mahoney |

Date:  February 3, 2023

Respectfully Submitted,

/s/  *James H. Cook*

James H. Cook, Esq., AT0001622
Dutton, Daniels, Hines, Kalkhoff,
Cook & Swanson, PLC
3151 Brockway Rd.
P.O. Box 810
Waterloo, IA  50701
Tel:  319-234-4471
Email:  jcook@duttonfirm.com

Counsel for Plaintiff