BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| JAMES A. HEUBERGER, | |
| Plaintiff, | MDL No. 16-md-02741 |
| v. | |
| MONSANTO COMPANY, | |
| Defendant. | |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the Notice of Potential Tag-Along Action was electronically filed on February 3, 3023 with the Clerk of JPML using the CM/ECF system and was sent via electronic mail on February 3, 2023 to counsel for Defendant as follows:

Jennise W. Stubbs
Shook, Hardy & Bacon L.L.P.
600 Travis Street, Ste 3400
Houston, TX  77002-2926
Phone:  713-227-8008
Attorneys for Defendant Monsanto Company


DATED:  February 3, 2023

                                                   *James H. Cook*
                                                   James H. Cook, Esq., AT0001622
                                                   Dutton, Daniels, Hines, Kalkhoff,
                                                   Cook & Swanson, PLC
                                                   3151 Brockway Rd.
                                                   P.O. Box 810
                                                   Waterloo, IA  50701
                                                   Tel:  319-234-4471
                                                   Email:  jcook@duttonfirm.com
                                                   Counsel for Plaintiff