**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS            MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Melody Locklair | Monsanto Company | USDC Middle District of Florida | 8:23-cv-00015-SCB-JSS | Assigned to: Judge Susan C. Bucklew Referred to: Magistrate Judge Julie S. Sneed |
| 2. | Tamatha Anthony | Monsanto Company | USDC Northern District of Alabama | 7:23-cv-00131-ACA | Assigned to: Judge Annemarie Carney Axon |

1