**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on February 6, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on February 6, 2023 to counsel for Plaintiffs as follows:

Eric D. Roslansky
Austin Johnson Grinder
THE RUTH LAW TEAM
8600 4th St N
PO Box 16847
St Petersburg, FL 33733-6847
727-327-3222
Fax: 727-323-7720
Email: eroslansky@getjustice.com
Email: agrinder@getjustice.com

Counsel for Plaintiff in *Locklair v. Monsanto Company*, No. 8:23-cv-00015-SCB-JSS. (M.D. FL.).

Ryan Canon
MORRIS BART
63 S. Royal Street, Ste. 902
Mobile, AL 36602
228-276-0312
Fax: 866-851-7331
Email: rcanon@morrisbart.com

Counsel for Plaintiff in *Anthony v. Monsanto Company,* No. 7:23-cv- 00131-ACA (N.D. AL.)

1

Dated: February 6, 2023

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:     (713) 227-9508

*Attorneys for Defendant Monsanto Company*