BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Chris Munday and Lynn Munday | Monsanto Company | USDC Middle District of Georgia | 1:23-cv-00010-LAG | Assigned to: US District Judge Leslie Abrams Gardner |
| 2. | William Danowski and Michele Danowski | Monsanto Company | USDC Middle District of Florida | 8:23-cv-00045-WFJ-JSS | Assigned to: Judge William F. Jung Referred to: Magistrate Judge Julie S. Sneed |
| 3. | Kathleen Hirvela | Monsanto Company | USDC Middle District of Florida | 8:23-cv-00185-CEH-MRM | Assigned to: Judge Charlene Edwards Honeywell Referred to: Magistrate Judge Mac R. McCoy |
| 4. | Susan Wiggins, *Individually and as wrongful death representative on behalf of Scott Wiggins* | Monsanto Company Inc. | USDC District of Wyoming | 2:23-cv-00017-ABJ | Assigned to: Honorable Alan B Johnson Referred to: Honorable Kelly H Rankin |

1