BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS			MDL No. 2741
LIABILITY LITIGATION

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on February 7, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on February 7, 2023 to counsel for Plaintiffs as follows:

Eric D. Roslansky
THE RUTH LAW TEAM
P.O. Box 16847
St. Petersburg, FL 33733
727-327-3222
Fax: 727-323-7720
Email: eroslansky@getjustice.com

Counsel for Plaintiffs in *Munday et al. v. Monsanto Company*, No. 1:23-cv-00010-L(M.D. GA.).

Eric D. Roslansky, Esq.
Austin J. Grinder, Esq.
THE RUTH LAW TEAM
8600 4th Street North
P.O. Box 16847
St. Petersburg, FL 33733-6847
Phone: (727) 327-3222
Fax: 727-323-7720
Email: eroslansky@getjustice.com
Email: agrinder@getjustice.com
Email: roundup-service@getjustice.com

Counsel for Plaintiffs in *Danowski et al. v. Monsanto Company*, No. 8:23-cv-00045-WFJ-JSS (M.D. Fla.).

Eric D. Roslansky, Esq.
Austin J. Grinder, Esq.
THE RUTH LAW TEAM
8600 4th Street North
P.O. Box 16847
St. Petersburg, FL 33733-6847
Phone: (727) 327-3222
Fax: 727-323-7720
Email: eroslansky@getjustice.com
Email: agrinder@getjustice.com
Email: roundup-service@getjustice.com

Counsel for Plaintiff in *Hirvela v. Monsanto Company,* No. 8:23-cv-00185-CEH-MRM (M.D. Fla.).

Kaden B Canfield
EDWARDS LAW OFFICE
107736 N US Highway 90 Suite 109
PO Box 5345
Etna, WY 83118
307/883-2222
Fax: 307/883-0555
Email: kaden@edwardslawofficepc.com

Counsel for Plaintiff in *Wiggins v. Monsanto Company,* Inc., No. 2:23-cv-00017-ABJ (Dist. WY).

| | |
|---|---|
| Dated: February 7, 2023 | Respectfully submitted, |
| | /s/ Jennise W. Stubbs |
| | Jennise W. Stubbs |
| | (jstubbs@shb.com) |
| | SHOOK, HARDY & BACON L.L.P. |
| | 600 Travis Street, Suite 3400 |
| | Houston, TX  77002-2926 |
| | Phone: (713) 227-8008 |
| | Fax:    (713) 227-9508 |
| | |
| | *Attorneys for Defendant Monsanto Company* |