**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Christopher Defelice | Monsanto Company | USDC Middle District of Florida | 8:22-cv-02957-TPB-CPT | Assigned to: Judge Thomas P. Barber Referred to: Magistrate Judge Christopher P. Tuite |
| 2. | Sally Levy and Larry Levy | Monsanto Company | USDC Southern District of Florida | 9:22-cv-81326-AMC | Assigned to: Judge Aileen M. Cannon |