**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                           MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on February 7, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on February 7, 2023 to counsel for Plaintiffs as follows:

Eric D. Roslansky, Esq.
Austin J. Grinder, Esq.
THE RUTH LAW TEAM
8600 4th Street North
P.O. Box 16847
St. Petersburg, FL 33733-6847
Phone: (727) 327-3222
Fax: 727-323-7720
Email: eroslansky@getjustice.com
Email: agrinder@getjustice.com
Email: roundup-service@getjustice.com

Counsel for Plaintiff in *Defelice v. Monsanto Company*, No. 8:22-cv-02957-TPB-CPT (M.D. FL.).

Eric D. Roslansky, Esq.
THE RUTH LAW TEAM
8600 4th Street North
St. Petersburg, FL 33733
Phone: (727) 327-3222
Email: eroslansky@getjustice.com
Email: roundup-service@getjustice.com
Email: eroslansky@belzruth.com

Counsel for Plaintiffs in *Levy v. Monsanto Company*, No. 9:22-cv-81326-AMC (S.D. FL.).

Dated: February 7, 2023

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:     (713) 227-9508

*Attorneys for Defendant Monsanto Company*