**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

---

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff**  | **Defendant**      | **District**                       | **Civil Action No.** | **Judge**                                         |
|----|----------------|--------------------|------------------------------------|----------------------|---------------------------------------------------|
| 1. | Lawrence Ross  | Monsanto Company   | USDC Northern District of Illinois | 1:23-cv-00493        | Assigned to: Honorable Ronald A. Guzman           |

1