**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on February 15, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on February 15, 2023 to counsel for Plaintiff as follows:

Florina Bandula
Richard J. Rosenblum
MDR LAW LLC
180 N. LaSalle St. Suite 3650
Chicago, IL 60601
(312) 229-5555
Email: florinab@mdr-law.com
Email: rich@mdr-law.com

Counsel for Plaintiff in *Ross v. Monsanto Company,* No. 1:23-cv-00493 (N.D. IL.).

Dated: February 15, 2023　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Jennise W. Stubbs
　　　　　　　　　　　　　　　　　　Jennise W. Stubbs
　　　　　　　　　　　　　　　　　　(jstubbs@shb.com)
　　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.
　　　　　　　　　　　　　　　　　　600 Travis Street, Suite 3400
　　　　　　　　　　　　　　　　　　Houston, TX  77002-2926
　　　　　　　　　　　　　　　　　　Phone: (713) 227-8008
　　　　　　　　　　　　　　　　　　Fax:     (713) 227-9508

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Monsanto Company*

1