**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Kevin Lee     | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00134-JAR | Assigned to: District Judge John A. Ross |
| 2. | Davis Foster  | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00112-HEA | Assigned to: District Judge Henry Edward Autrey |

1