**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Thomas Goddard | Monsanto Company | USDC Eastern District of Missouri | 4:22-cv-01205-AGF | Assigned to: District Judge Audrey G. Fleissig |
| 2. | Steven A. Shaffer and Bethany Shaffer | Monsanto Company | USDC Northern District of Illinois | 1:23-cv-00892 | Assigned to: Honorable Robert W. Gettleman |
| 3. | Vetril Holbrook | Monsanto Company | USDC Western District of North Carolina | 5:23-cv-00013-KDB-DCK | Assigned to: District Judge Kenneth D. Bell Referred to: Magistrate Judge David Keesler |