**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

---

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on February 16, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on February 16, 2023 to counsel for Plaintiffs as follows:

David Matthew Haynie
FORESTER HAYNIE PLLC
400 N. St. Paul Street
Suite 700
Dallas, TX 75201
214-210-2100
Email: matthew@foresterhaynie.com

Counsel for Plaintiff in *Goddard v. Monsanto Company*, No. 4:22-cv-01205-AGF (E.D. MO.).

Wade P. Callahan
ARENDS & CALLAHAN
10129 South Western Avenue
Chicago, IL 60643
(773) 298-1500
Email: wade@arendscallahan.com

Counsel for Plaintiffs in *Shaffer et al. v. Monsanto Company*, No. 1:23-cv-00892 (N.D. IL.).

Jessica S. Williams
GOMEZ TRIAL ATTORNEYS
655 West Broadway
Ste 1700
San Diego, CA 92101
619-237-3490
Fax: 619-237-3496
Email: jwilliams@thegomezfirm.com

Case MDL No. 2741   Document 3012-2   Filed 02/16/23   Page 2 of 2

Sarah Bain Stump
WHITLEY LAW FIRM
3301 Benson Drive, Ste. 120
Raleigh, NC 27609
919-785-5000
Fax: 919-785-3729
Email: sbd@whitleylawfirm.com

Counsel for Plaintiff in *Holbrook v. Monsanto Company*, No. 5:23-cv-00013-KDB-DCK (W.D. N.C.).

Dated: February 16, 2023

        Respectfully submitted,

        /s/ Jennise W. Stubbs
        Jennise W. Stubbs
        (jstubbs@shb.com)
        SHOOK, HARDY & BACON L.L.P.
        600 Travis Street, Suite 3400
        Houston, TX  77002-2926
        Phone: (713) 227-8008
        Fax:    (713) 227-9508

        *Attorneys for Defendant Monsanto Company*