UNITED STATES DISTRICT COURT
Southern District of Iowa

U.S. Courthouse
123 East Walnut Street
Des Moines, Iowa  50309

Clerk of Court's Office
www.iasd.uscourts.gov

Des Moines
Davenport
Council Bluffs

o: 515-284-6248
f : 515-284-6418

February 17, 2023

Mr. John W. Nichols
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judicial Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC  20002-8004

*In Re:* MDL 2741 Roundup Products Liability Litigation

Dear Mr. Nichols:

Enclosed is a copy of the complaint from the action filed in the Southern District of Iowa, Bricker v Monsanto Company, please forward this complaint to the panel for review of a Potential Tag-Along Action to the above-entitled MDL case.

Should you have any questions, please do not hesitate to contact this office.

Sincerely,
/s/ Kellie Watson
Deputy Clerk
Phone number 515-284-6163
John S. Courter
CLERK OF COURT