## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| In re: Roundup Products Liability Litigation | MDL Docket No. 2741 |
|---|---|

## NOTICE OF POTENTIAL TAG-ALONG ACTION

1. Pursuant to Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Ernesto Portuondo, hereby notifies the Judicial Panel on Multidistrict Litigation of the potential tag-along action listed in the attached Schedule of Actions.  A courtesy copy of the Complaint and docket sheet are attached hereto as Exhibit A.

2. Pursuant to Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Laurie Portuondo, hereby notifies the Judicial Panel on Multidistrict Litigation of the potential tag-along action listed in the attached Schedule of Actions.  A courtesy copy of the Complaint and docket sheet are attached hereto as Exhibit B.

Dated: February 22, 2023

Respectfully submitted,

s/ Randi Kassan
Randi Kassan
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Phone: 516-741-5600
rkassan@milberg.com
**Counsel for Plaintiffs Ernesto Portuondo and Laurie Portuondo**