**BEFORE THE UNITED STATES JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION**

| **In re: Roundup Products Liability Litigation** | |
|---|---|
| | **MDL Docket No. 2741** |

**SCHEDULE OF ACTIONS**

|   | **Plaintiff** | **Defendants** | **District** | **Case No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Ernesto Portuondo | Monsanto Company | Southern District of Florida | 1:23-cv-20679 | TBD |
| **2.** | Laurie Portuondo | Monsanto Company | Southern District of Florida | 1:23-cv-20682 | TBD |

Dated: February 22, 2023

Respectfully submitted,

s/ Randi Kassan
Randi Kassan
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Phone: 516-741-5600
rkassan@milberg.com
***Counsel for Plaintiffs Ernesto Portuondo and Laurie Portuondo***