## BEFORE THE UNITED STATES JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Roundup Products Liability Litigation | MDL Docket No. 2741 |

      I hereby certify that a copy of the foregoing NOTICE OF POTENTIAL TAG-ALONG ACTION was filed electronically via this Panel's CM/ECF filing system, which will send a notice of electronic filing to all Defendants of Record registered with the CM/ECF system in the above-captioned matter and by Federal Express to the defendant below.

MONSANTO COMPANY
800 N. Lindbergh Blvd.
St. Louis, MO 63167

Dated: February 22, 2023

                                                Respectfully submitted,

                                                s/ Randi Kassan

                                                Randi Kassan
                                                MILBERG COLEMAN BRYSON
                                                PHILLIPS GROSSMAN, PLLC
                                                100 Garden City Plaza, Suite 500
                                                Garden City, NY 11530
                                                Phone: 516-741-5600
                                                rkassan@milberg.com
                                                ***Counsel for Plaintiffs Ernesto Portuondo***
                                                ***Laurie Portuondo***