**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                                     MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---|---|---|---|---|
| 1. | Janet Spindle *individually, and as successor in interest for the estate of Martin Lynn Pitts, deceased* | Monsanto Company and John Does *1 through 100 inclusive* | USDC Eastern District of Missouri | 4:23-cv-00065-NCC | Assigned to: Magistrate Judge Noelle C. Collins |
| 2. | Lanny Smith | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00182-JBM | Assigned to: Magistrate Judge John M. Bodenhausen |

1