**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on February 22, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on February 22, 2023 to counsel for Plaintiffs as follows:

Emily Jo Kirk
MCCUNE LAW GROUP - Edwardsville
231 North Main Street
Ste. 20
Edwardsville, IL 62025
(909) 557-1250
Fax: (909) 557-1275
Email: ejk@mccunewright.com

Counsel for Plaintiff in *Spindle v. Monsanto Company*, No. 4:23-cv-00065-NCC (E.D. MO.).

David Matthew Haynie
FORESTER HAYNIE PLLC
400 N. St. Paul Street
Suite 700
Dallas, TX 75201
214-210-2100
Email: matthew@foresterhaynie.com

Counsel for Plaintiff in *Smith v. Monsanto Company*, No. 4:23-cv-00182-JMB (E.D. MO.).

1

Dated: February 22, 2023                     Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*
