**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Withdrawal of the Notice of Potential Tag Along [Dkt. No. 3023, filed on February 27, 2023], was electronically filed on February 28, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on February 28, 2023 to counsel for Plaintiffs as follows:

Nathan A, Duncan
Brandon J. Baxter
PECK BAXTER WATKINS & BAILEY LLC
399 N. Main St. Ste. 300
Logan, UT 84321
435-787-9700
Fax: 435-787-2455
Email: nduncan@peckbaxter.com
Email: bbaxter@peckbaxter.com

Counsel for Plaintiff in *Glenn v. Monsanto Company*, No. 2:23-cv-00115-RJS (Dist. of UT.).

Eric D. Roslansky, Esq.
Austin J. Grinder, Esq.
THE RUTH LAW TEAM
8600 4th Street North
P.O. Box 16847
St. Petersburg, FL 33733
Phone: (727) 327-3222
Email: eroslansky@getjustice.com
Email: agrinder@getjustice.com
Email: roundup-service@getjustice.com

Counsel for Plaintiffs in *Plummer et al. v. Monsanto Company*, No. 8:23-cv-00417-CEH-SPF (M.D. Fla.).

2

Eric D. Roslansky, Esq.
Austin J. Grinder, Esq.
THE RUTH LAW TEAM
8600 4th Street North
P.O. Box 16847
St. Petersburg, FL 33733
Phone: (727) 327-3222
Email: eroslansky@getjustice.com
Email: agrinder@getjustice.com
Email: roundup-service@getjustice.com

Counsel for Plaintiff in *Marchica v. Monsanto Company*, No. 8:23-cv-00416-CEH-AEP (M.D. Fla.).

Dated: February 28, 2023

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:     (713) 227-9508

*Attorneys for Defendant Monsanto Company*