**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                                      MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Earl Glenn | Monsanto Company | USDC District of Utah | 1:23-cv-00018-RJS | Assigned to: Judge Robert J. Shelby |
| 2. | Robert Plummer and Nancy Plummer | Monsanto Company | USDC Middle District of Florida | 8:23-cv-00417-CEH-SPF | Assigned to: Judge Charlene Edwards Honeywell Referred to: Magistrate Judge Sean P. Flynn |
| 3. | Frank Marchica | Monsanto Company | USDC Middle District of Florida | 8:23-cv-00416-CEH-AEP | Assigned to: Judge Charlene Edwards Honeywell Referred to: Magistrate Judge Anthony E. Porcelli |