**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Richard Von Staden and Susan Von Staden | Monsanto Company | USDC Middle District of Florida | 5:23-cv-00133-TJC-PRL | Assigned to: Judge Timothy J. Corrigan Referred to: Magistrate Judge Philip R. Lammens |