**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS             MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

       In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 2, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on March 2, 2023 to counsel for Plaintiffs as follows:

Austin Johnson Grinder
THE RUTH LAW TEAM
8600 4th St N
PO Box 16847
St Petersburg, FL 33733-6847
727-327-3222
Fax: 727-323-7720
Email: agrinder@getjustice.com

Counsel for Plaintiffs in *Von Staden et al. v. Monsanto Company*, No. 5:23-cv-00133-TJC-PRL (M.D. FL.).

Dated: March 2, 2023            Respectfully submitted,

                                               /s/ Jennise W. Stubbs
                                               Jennise W. Stubbs
                                               (jstubbs@shb.com)
                                               SHOOK, HARDY & BACON L.L.P.
                                               600 Travis Street, Suite 3400
                                               Houston, TX  77002-2926
                                               Phone: (713) 227-8008
                                               Fax:    (713) 227-9508

                                               *Attorneys for Defendant Monsanto Company*