## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE:** ROUNDUP PRODUCTS LIABILITY LITIGATION        **MDL No.** 2741

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Appearance was served by electronic mail on February 24, 2023 to the following:

Jennise W. Stubbs
Shook, Hardy & Bacon LLP
600 Travis Street, Ste. 3400
Houston, TX 77002-2926
jstubbs@shb.com

Lori E. Andrus
Andrus Anderson LLP
155 Montgomery Street, Ste. 900
San Francisco, CA 94104
lori@andrusanderson.com

Riley C. Mendoza
Shook, Hardy & Bacon LLP
111 South Wacker Drive, Ste. 4700
Chicago, IL 60606
rmendoza@shb.com

Mark Etheredge Burton, Jr.
Audet and Partners LLP
221 Main Street, Ste. 1460
San Francisco, CA 94105
mburton@audetlaw.com

Respectfully submitted,
Wade Callahan, Attorney


/s/Wade Callahan

Attorney for Plaintiffs, Steven A. Shaffer and Bethany Shaffer

*Shaffer, et.al. v. Monsanto Company,* N.D. Illinois, 1:23-CV-00892


Atty. No. 6285861
Wade Callahan
Arends & Callahan
10129 S. Western Ave.
Chicago, IL 60643
(773) 298-1500
wade@arendscallahan.com
ac.19424