**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS            MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 8, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on March 8, 2023 to counsel for Plaintiff as follows:

David Matthew Haynie
FORESTER HAYNIE PLLC
400 N. St. Paul Street
Suite 700
Dallas, TX 75201
214-210-2100
Email: matthew@foresterhaynie.com

Counsel for Plaintiff in *Laury v. Monsanto Company*, No.: 4:23-cv-00248-JAR (E.D. MO.).

Dated: March 8, 2023

                                                  Respectfully submitted,

                                                  /s/ Jennise W. Stubbs
                                                  Jennise W. Stubbs
                                                  (jstubbs@shb.com)
                                                  SHOOK, HARDY & BACON L.L.P.
                                                  600 Travis Street, Suite 3400
                                                  Houston, TX 77002-2926
                                                  Phone: (713) 227-8008
                                                  Fax:   (713) 227-9508

                                                  *Attorneys for Defendant Monsanto Company*

1