BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION         MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Guy Henry | Monsanto Company | USDC Eastern District of Louisiana | 2:23-cv-00870-GGG-KWR | Assigned to: Judge Greg Gerard Guidry Referred to: Magistrate Judge Karen Wells Roby |
| 2. | Cornell Perkins | Monsanto Company | USDC Eastern District of Louisiana | 2:23-cv-00871-NJB-JVM | Assigned to: Chief Judge Nannette Jolivette Brown Referred to: Magistrate Judge Janis van Meerveld |

1