**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 10, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on March 10, 2023 to counsel for Plaintiffs as follows:

John C. Enochs
Betsy J. Barnes
MORRIS BART, LLC
601 Poydras Street
24th Floor
New Orleans, LA 70130
504-526-1087
504-599-3234
Fax: 833-277-4214
Email: jenochs@morrisbart.com
Email: bbarnes@morrisbart.com

Counsel for Plaintiff in *Henry v. Monsanto Company*, No. 2:23-cv-00870-GGG-KWR (E.D. LA.).

John C. Enochs
Betsy J. Barnes
MORRIS BART, LLC
601 Poydras Street
24th Floor
New Orleans, LA 70130
504-526-1087
504-599-3234
Fax: 833-277-4214
Email: jenochs@morrisbart.com
Email: bbarnes@morrisbart.com

Counsel for Plaintiff in *Perkins v. Monsanto Company,* No. 2:23-cv-00871-NJB-JVM (E.D. LA.).

Dated: March 10, 2023

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*