**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                       MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Deborah Brown | Monsanto Company and John Does 1-50 | USDC Eastern District of New York | 2:23-cv-01979-JMA-SIL | Assigned to: Judge Joan M. Azrack  Referred to: Magistrate Judge Steven I. Locke |