**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 16, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on March 16, 2023 to counsel for Plaintiff as follows:

Brian A. Goldstein
GOLDSTEIN GRECO, P.C.
2354 Wehrle Drive
Buffalo, NY 14221
844-716-4653
Fax: 716-568-9090
Email: bg@goldsteingreco.com

Counsel for Plaintiff in *Brown v. Monsanto Company, et al.*, No. 2:23-cv-01979-JMA-SIL (E.D. NY.).

Dated: March 16, 2023

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*