**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                   MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial
Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-
Along Actions was electronically filed on March 17, 2023 with the Clerk of the JPML using the
CM/ECF system and was sent via electronic mail on March 17, 2023 to counsel for Plaintiff as
follows:

Lynne M. Kizis
WILENTZ, GOLDMAN & SPITZER, PA
90 Woodbridge Center Drive
Suite 900
P.O. Box 10
Woodbridge, NJ 07095
(732) 636-8000
Email: lkizis@wilentz.com

Counsel for Plaintiff in *Feit v. Monsanto Company, et al.*, No. 3:23-cv-01284-MAS-LHG (Dist.
NJ.).

 Dated: March 17, 2023                          Respectfully submitted,

                                                /s/ Jennise W. Stubbs
                                                Jennise W. Stubbs
                                                (jstubbs@shb.com)
                                                SHOOK, HARDY & BACON L.L.P.
                                                600 Travis Street, Suite 3400
                                                Houston, TX  77002-2926
                                                Phone: (713) 227-8008
                                                Fax:    (713) 227-9508

                                                *Attorneys for Defendant Monsanto Company*