**BEFORE THE UNITED STATES JUDICIAL PANEL ON**

**MULTIDISTRICT LITIGATION**

| In re: Roundup Products Liability Litigation | |
|---|---|
| | **MDL Docket No. 2741** |

## SCHEDULE OF ACTIONS

| | Plaintiff | Defendants | District | Case No. | Judge |
|---|---|---|---|---|---|
| **1.** | Renee Y. Emelander, individually and as Representative of the Estate of Rita Y. Kidwell, deceased | Monsanto Company | Eastern District of Missouri | 4:23-cv-00358-HEA | Hon. Judge Henry Edward Autrey |
| **2.** | Sumner Lipman | Monsanto Company | Middle District of Florida | 2:23-cv-00203 | Hon. Judge Sheri Polster Chappell |

Dated: March 23, 2023

Respectfully submitted,

s/ Randi Kassan
Randi Kassan
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Phone: 516-741-5600
rkassan@milberg.com
*Counsel for Plaintiffs Renee Y. Emelander, individually and as Representative of the Estate of Rita Y. Kidwell, deceased and Sumner Lipman*