BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Roundup Products Liability Litigation | MDL Docket No. 2741 |

      I hereby certify that a copy of the foregoing NOTICE OF POTENTIAL TAG-ALONG ACTION was filed electronically via this Panel's CM/ECF filing system, which will send a notice of electronic filing to all Defendants of Record registered with the CM/ECF system in the above-captioned matter and was sent via electronic mail on March 23, 2023 to counsel for Defendant as follows:

Jenise W. Stubbs
Shook, Hardy & Bacon L.L.P.
600 Travis Street, Ste 3400
Houston, TX 77002
P: (713) 227-8008
jstubbs@shb.com

Attorneys for Defendant Monsanto Company

Dated: March 23, 2023

                Respectfully submitted,

                s/ Randi Kassan

                Randi Kassan
                MILBERG COLEMAN BRYSON
                PHILLIPS GROSSMAN, PLLC
                100 Garden City Plaza, Suite 500
                Garden City, NY 11530
                Phone: 516-741-5600
                rkassan@milberg.com
                ***Counsel for Plaintiffs Renee Y. Emelander, individually and as Representative of the Estate of Rita Y. Kidwell, deceased and Sumner Lipman***