**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| **1.** | Kathleen Jackson *as Personal Representative of the Estate of Eddie Ray Jackson, deceased* | Monsanto Company | USDC Middle District of Florida | 8:23-cv-00515-KKM-JSS | Assigned to: Judge Kathryn Kimball Mizelle Referred to: Magistrate Judge Julie S. Sneed |
| **2.** | Gerald Lenhart *individually and as personal representative of the Estate of Deceased Judith Lenhart* | Monsanto Company | USDC Northern District of Ohio | 3:23-cv-00588-JRK | Assigned to: Judge James R. Knepp II |