**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 23, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on March 23, 2023 to counsel for Plaintiffs as follows:

Joseph A. Osborne
James Robert Bell
OSBORNE & ASSOCIATES LAW FIRM P.A.
Suite 271
433 Plaza Real Blvd.
Boca Raton, FL 33432-3945
561/293-2600
Fax: 561/923-8100
Email: josborne@realtoughlawyers.com
rbell@realtoughlawyers.com

Counsel for Plaintiff in *Jackson v. Monsanto Company,* No. 8:23-cv-00515-KKM-JSS (M.D. FL.).

Wesley D. Merillat
LAW OFFICE OF CHARLES E. BOYK
1500 Timberwolf Dr.
Holland, OH 43528
419-241-1395
Fax: 419-241-8731
Email: wmerillat@charlesboyk-law.com

Counsel for Plaintiff in *Lenhart v. Monsanto Company*, No. 3:23-cv-00588-JRK (N.D. OH.).

Dated: March 23, 2023                    Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:     (713) 227-9508

*Attorneys for Defendant Monsanto Company*