# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 3/27/23

District Court: MN

Number of Actions: 1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL