**UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**



# Notice of Tag-Along from District Court

Date Received: 3/29/23

District Court: NYW

Number of Actions: 3

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL