**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

---

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Ernest Caranci and Carmela Caranci | Monsanto Company, Penn Hardware, Inc., and Penn Hardware Two, Inc. | USDC Eastern District of Pennsylvania | 2:23-cv-01234 | Not Yet Assigned |

1