**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 30, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on March 30, 2023 to counsel for Plaintiffs as follows:

Thomas R. Kline, Esq.
Tobi L. Millrood, Esq.
Lorraine H. Donnelly, Esq.
Helen A. Lawless, Esq.
Christopher A. Gomez, Esq.
Melissa A. Merk, Esq.
KLINE & SPECTER, P.C.
1525 Locust Street, 18th Floor
Philadelphia, PA 19102

Counsel for Plaintiffs in *Caranci et al.v. Monsanto Company, et al.*, No. 2:23-cv-01234 (E.D. PA).

2

Dated: March 30, 2023                                    Respectfully submitted,

                                                   /s/ Jennise W. Stubbs
                                                   Jennise W. Stubbs
                                                   (jstubbs@shb.com)
                                                   SHOOK, HARDY & BACON L.L.P.
                                                   600 Travis Street, Suite 3400
                                                   Houston, TX  77002-2926
                                                   Phone: (713) 227-8008
                                                   Fax:    (713) 227-9508

                                                   *Attorneys for Defendant Monsanto Company*