BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on March 30, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on March 30, 2023 to counsel for Plaintiffs as follows:

Thomas R. Kline, Esq.
KLINE & SPECTER, P.C.
1525 Locust Street, 18th Floor
Philadelphia, PA 19102
Email: thomas.kline@klinespecter.com

Counsel for Plaintiffs in *Caranci et al.v. Monsanto Company, et al.*, No. 2:23-cv-01234 (E.D. PA).

Joseph H. Blum
SHOOK, HARDY & BACON, L.L.P.
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA 19103
215-575-3115
Fax: 215-278-2594
Email: jblum@shb.com

Counsel for Defendant Penn Hardware Two, Inc.in *Caranci et al.v. Monsanto Company, et al.*, No. 2:23-cv-01234 (E.D. PA).

Penn Hardware, Inc.

Service on Penn Hardware, Inc. is not required as this entity has not been served or made an appearance in *Caranci et al.v. Monsanto Company, et al.*, No. 2:23-cv-01234 (E.D. PA). Moreover, as shown in Monsanto Company's Notice of Removal, Penn Hardware, Inc. does not exist and has not existed since 1986.

1

2

Dated: March 30, 2023                                  Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*