**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                               MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Alphonso Faso | Monsanto Company and John Does 1-50 | USDC Southern District of New York | 1:23-cv-02620-JLR | Assigned to: Judge Jennifer L. Rochon |
| 2. | Yuzef Muladzhanov | Monsanto Company and John Does 1-50 | USDC Eastern District of New York | 1:23-cv-02404-TAM | Assigned to: Judge Diane Gujarati |

1