**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**AMENDED PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Amended Proof of Service pertaining to Dkt. 3061, was electronically filed on April 3, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on April 3, 2023 to counsel for Plaintiffs as follows:

Brian Alan Goldstein
GOLDSTEIN GRECO, P.C.
2354 Wehrle Drive
Buffalo, NY 14221
844-716-4653
Email: bg@goldsteingreco.com

Counsel for Plaintiff in *Faso v. Monsanto Company, et al.*, No. 1:23-cv-02620 (S.D. NY.).

Brian A. Goldstein
GOLDSTEIN GRECO, P.C.
2354 Wehrle Drive
Buffalo, NY 14221
844-716-4653
Email: bg@goldsteingreco.com

Counsel for Plaintiff in *Proctor v. Monsanto Company et al.*, No. 1:23-cv-00279-EAW (W.D. NY.).

Brian A. Goldstein
GOLDSTEIN GRECO, P.C.
2354 Wehrle Drive
Buffalo, NY 14221
844-716-4653
Email: bg@goldsteingreco.com

Counsel for Plaintiff in *Muladzhanov v. Monsanto Company et al.*, No. 1:23-cv-02404 (E.D. NY.).

Dated: April 3, 2023

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:     (713) 227-9508

*Attorneys for Defendant Monsanto Company*