**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**AMENDED PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Amended Proof of Service pertaining to Dkt. 3061 and Dkt. 3063, was electronically filed on April 3, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on April 3, 2023 to counsel for Plaintiffs as follows:

Brian Alan Goldstein
GOLDSTEIN GRECO, P.C.
2354 Wehrle Drive
Buffalo, NY 14221
844-716-4653
Email: bg@goldsteingreco.com

Counsel for Plaintiff in *Faso v. Monsanto Company, et al.*, No. 1:23-cv-02620 (S.D. NY.).

Brian A. Goldstein
GOLDSTEIN GRECO, P.C.
2354 Wehrle Drive
Buffalo, NY 14221
844-716-4653
Email: bg@goldsteingreco.com

Counsel for Plaintiff in *Muladzhanov v. Monsanto Company et al.*, No. 1:23-cv-02404 (E.D. NY.).

1

2

Dated: April 3, 2023

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*

2