**UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**



# Notice of Tag-Along from District Court

Date Received: **4/4/23**

District Court: MN

Number of Actions: 1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL