**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff**     | **Defendant**       | **District**                       | **Civil Action No.**     | **Judge**                                     |
|----|-------------------|---------------------|------------------------------------|--------------------------|-----------------------------------------------|
| 1. | Kip Miller        | Monsanto Company    | USDC Northern District of Ohio     | 3:23-cv-00595-JRK        | Assigned to: Judge James R. Knepp II          |
| 2. | Edward Spychala   | Monsanto Company    | USDC Northern District of Ohio     | 3:23-cv-00596-JGC        | Assigned to: Judge James G. Carr              |

1