**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Darrell Bailey and Hanna Bailey | Monsanto Company | USDC Middle District of Florida | 8:23-cv-00743-CEH-JSS | Assigned to: Judge Charlene Edwards Honeywell Referred to: Magistrate Judge Julie S. Sneed |
| 2. | David A. Colburn and Marion Joyce Colburn | Monsanto Company | USDC Western District of Pennsylvania | 2:23-cv-00516-WSH | Assigned to: Judge W. Scott Hardy |

1