**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on April 7, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on April 7, 2023 to counsel for Plaintiffs as follows:

Eric D. Roslansky
Austin Johnson Grinder
THE RUTH LAW TEAM
8600 4th St N
PO Box 16847
St Petersburg, FL 33733-6847
727-327-3222
Fax: 727-323-7720
Email: eroslansky@getjustice.com
Email: agrinder@getjustice.com

Counsel for Plaintiffs in *Bailey et al. v. Monsanto Company*, No. 8:23-cv-00743-CEH-JSS (M.D. FL.).

Jonathan M. Stewart
Patrick Murray
STEWART, MURRAY & ASSOCIATES LAW GROUP, LLC
114 Smithfield St.
Pittsburgh, PA 15222
412-765-3345
Fax: 412-765-3346
Email: jstewart@smalawgroup.com
Email: pmurray@smalawgroup.com

Counsel for Plaintiffs in *Colburn et al. v. Monsanto Company*, No. 2:23-cv-00516-WSH (W.D. PA.).

Dated: April 7, 2023					Respectfully submitted,

									/s/ Jennise W. Stubbs
									Jennise W. Stubbs
									(jstubbs@shb.com)
									SHOOK, HARDY & BACON L.L.P.
									600 Travis Street, Suite 3400
									Houston, TX  77002-2926
									Phone: (713) 227-8008
									Fax:    (713) 227-9508

									*Attorneys for Defendant Monsanto Company*