BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Thomas Hill | Monsanto Company and John Does 1-50 | USDC Eastern District of New York | 2:23-cv-02403-JMA-LGD | Assigned to: Judge Joan M. Azrack Referred to: Magistrate Judge Lee G. Dunst |
| 2. | Sami Bati | Monsanto Company and John Does 1-50 | USDC Northern District of New York | 5:23-cv-00397-GTS-TWD | Assigned to: U.S. District Judge Glenn T. Suddaby Referred to: Magistrate Judge Therese Wiley Dancks |
| 3. | Charles Ditoro and Dorothy Ditoro | Monsanto Company | USDC Southern District of Florida | 2:23-cv-14012-AMC | Assigned to: Judge Aileen M. Cannon |