**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on April 7, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on April 7, 2023 to counsel for Plaintiffs as follows:

Brian A. Goldstein
GOLDSTEIN GRECO, P.C.
2354 Wehrle Drive
Buffalo, NY 14221
844-716-4653
Email: bg@goldsteingreco.com

Counsel for Plaintiff in *Hill v. Monsanto Company, et al.*, No. 2:23-cv-02403-JMA-LGD (E.D. NY.).

Brian A. Goldstein
GOLDSTEIN GRECO, P.C.
2354 Wehrle Drive
Buffalo, NY 14221
844-716-4653
Email: bg@goldsteingreco.com

Counsel for Plaintiff in *Bati v. Monsanto Company et al.*, No. 5:23-cv-00397-GTS-TWD (N.D. NY.).

Eric Daniel Roslansky
THE RUTH LAW TEAM
P.O. Box 16847
St Petersburg, FL 33733
727-327-3222
Fax: 727-323-7720
Email: eroslansky@beltzruth.com

Counsel for Plaintiffs in *Ditoro v. Monsanto Company*, No. 2:23-cv-14012-AMC (S.D. FL.).

Dated: April 7, 2023     Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*