**UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**



# Notice of Tag-Along from District Court

Date Received : **4/7/23**

District Court: **MN**

Number of Actions: **1**

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL