**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Jeannie M. Bosch | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00184-AGF | Assigned to: District Judge Audrey G. Fleissig |
| 2. | Becky Bernardo | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00187-SPM | Assigned to: Magistrate Judge Shirley Padmore Mensah |
| 3. | Richard S. Smith | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00177-SPM | Assigned to: Magistrate Judge Shirley Padmore Mensah |