**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Ruby Akins | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00208-SPM | Assigned to: Magistrate Judge Shirley Padmore Mensah |
| 2. | Marcia Smith | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00222-SEP | Assigned to: District Judge Sarah E. Pitlyk |
| 3. | Dennis Newberry | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00220-AGF | Assigned to: District Judge Audrey G. Fleissig |
| 4. | Robert Vigilante | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00210-HEA | Assigned to: District Judge Henry Edward Autrey |