**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|---------------------|-----------|
| 1. | Michael Bartholomew, Kelli Bartholomew, Haley Bartholomew and Aaron Bartholomew | Monsanto Company and Bayer AG | USDC Northern District of Iowa | 5:23-cv-04021 | Not Yet Assigned |
| 2. | Ray B Vonahn and Misty Brewster | Monsanto Company and Bayer AG | USDC Northern District of Iowa | 5:23-cv-04020 | Not Yet Assigned |

1