BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

PROOF OF SERVICE

　　　　In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on April 11, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on April 11, 2023 to counsel for Plaintiffs as follows:

Steven D Hamilton
HAMILTON LAW FIRM
606 Ontario Street
PO Box 188
Storm Lake, IA 50588
712 732 2842
Email: steve@hamiltonlawfirmpc.com

Counsel for Plaintiffs in *Bartholomew et al. v. Monsanto Company et al.*, No. 5:23-cv-04021 (N.D. IA.).

Mary C Hamilton
HAMILTON LAW FIRM
606 Ontario Street
PO Box 188
Storm Lake, IA 50588
712 732 2842
Email: mary@hamiltonlawfirmpc.com

Counsel for Plaintiffs in *Vonahn et al. v. Monsanto Company et al.*, No. 5:23-cv-04020 (N.D. IA.).

Bayer AG
Attn: General Counsel
Law, Patents & Compliance
Building Q 26, 1.008
51368 Leverkusen, Germany
Phone Number: Number 011492143046668

Copies of the foregoing were also caused to be served via UPS International on defendant Bayer AG in *Bartholomew et al. v. Monsanto Company et al.*, No. 5:23-cv-04021 (N.D. IA.) and in *Vonahn et al. v. Monsanto Company et al.*, No. 5:23-cv-04020 (N.D. IA.).

Dated: April 11, 2023                              Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*