**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Tracy Dean Walker | Monsanto Company | USDC Eastern District of Missouri | 4:22-cv-01310-SRC | Assigned to: Chief District Judge Stephen R. Clark |
| **2.** | David Derrick | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00238-NCC | Assigned to: Magistrate Judge Noelle C. Collins |
| **3.** | Jeffrey Jolin | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00242-JMB | Assigned to: Magistrate Judge John M. Bodenhausen |