**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                          MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on April 12, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on April 12, 2023 to counsel for Plaintiffs as follows:

David Matthew Haynie
FORESTER HAYNIE PLLC
400 N. St. Paul Street
Suite 700
Dallas, TX 75201
214-210-2100
Email: matthew@foresterhaynie.com

Counsel for Plaintiff in *Walker v. Monsanto Company*, No. 4:22-cv-01310-SRC (E.D. MO.).

Lee Paul Mankin, IV
LAW OFFICE OF PAUL MANKIN APC
4655 Cass Street
Suite 410
San Diego, CA 92109-2810
415-505-5996
Email: pmankin@paulmankin.com

Counsel for Plaintiff in *Derrick v. Monsanto Company*, No. 4:23-cv-00238-NCC (E.D. MO.).

Lee Paul Mankin, IV
LAW OFFICE OF PAUL MANKIN APC
4655 Cass Street
Suite 410
San Diego, CA 92109-2810
415-505-5996
Email: pmankin@paulmankin.com

Counsel for Plaintiff in *Jolin v. Monsanto Company*, No. 4:23-cv-00242-JMB (E.D. MO.).

Dated: April 12, 2023                            Respectfully submitted,

                                                 /s/ Jennise W. Stubbs
                                                 Jennise W. Stubbs
                                                 (jstubbs@shb.com)
                                                 SHOOK, HARDY & BACON L.L.P.
                                                 600 Travis Street, Suite 3400
                                                 Houston, TX  77002-2926
                                                 Phone: (713) 227-8008
                                                 Fax:    (713) 227-9508

                                                 *Attorneys for Defendant Monsanto Company*