**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Nancy Moon | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00296-SPM | Assigned to: Magistrate Judge Shirley Padmore Mensah |
| 2. | Susan Peabody | Monsanto Company | USDC Eastern District of Missorui | 4:23-cv-00374-RLW | Assigned to: District Judge Ronnie L. White |