**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS             MDL No. 2741
LIABILITY LITIGATION

---

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on April 14, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on April 14, 2023 to counsel for Plaintiffs as follows:

Lee Paul Mankin, IV
LAW OFFICE OF PAUL MANKIN APC
4655 Cass Street
Suite 410
San Diego, CA 92109-2810
415-505-5996
Email: pmankin@paulmankin.com

Counsel for Plaintiff in *Moon v. Monsanto Company,* No. 4:23-cv-00296-SPM (E.D. MO.).

Lee Paul Mankin, IV
LAW OFFICE OF PAUL MANKIN APC
4655 Cass Street
Suite 410
San Diego, CA 92109-2810
415-505-5996
Email: pmankin@paulmankin.com

Counsel for Plaintiff in *Peabody v. Monsanto Company*, No. 4:23-cv-00374-RLW (E.D. MO.).

Dated: April 14, 2023								Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*

2