**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Berniece R. Zenz *On behalf of the Estate of Deceased* Leo L. Zenz and Berniece R. Zenz *Individually* | Monsanto Company and Bayer AG | USDC Northern District of Ohio | 3:23-cv-00760-JRK | Assigned to: Judge James R. Knepp II |

1