BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on April 18, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on April 18, 2023 to counsel for Plaintiffs as follows:

James Griffin O'Brien
BEY LAW
Ste. 3200
191 Peachtree Street
Atlanta, GA 30303
404-344-4448
Email: jim@obrien.law

Counsel for Plaintiffs in *Zenz et al. v. Monsanto Company, et al.*, No. 3:23-cv-00760-JRK (N.D. OH.).

Bayer AG
Attn: General Counsel
Law, Patents & Compliance
Building Q 26, 1.008
51368 Leverkusen, Germany
Phone Number: Number 011492143046668

Copies of the foregoing were also caused to be served via UPS International on defendant Bayer AG in *Zenz et al. v. Monsanto Company, et al.,* No. 3:23-cv-00760-JRK (N.D. OH.).

Dated: April 18, 2023   Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*