**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Erlinda Weathersby | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00412-NCC | Assigned to: Magistrate Judge Noelle C. Collins |
| 2. | Kathleen Call | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00398-RHH | Assigned to: Magistrate Judge Rodney H. Holmes |
| 3. | Allison Birdstraw | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00372-JMB | Assigned to: Magistrate Judge John M. Bodenhausen |
| 4. | Genevieve King | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00373-SRW | Assigned to: Magistrate Judge Stephen R. Welby |