**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Marilyn Adler | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00423-SEP | Assigned to: District Judge Sarah E. Pitlyk |
| 2. | Kenneth Ritcheson | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00414-SRW | Assigned to: Magistrate Judge Stephen R. Welby |