# BEFORE THE UNITED STATES JUDICIAL PANEL ON

# MULTIDISTRICT LITIGATION

| In re: Roundup Products Liability Litigation | MDL Docket No. 2741 |

## SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendants** | **District** | **Case No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Joann Lamb | Monsanto Company | Southern District Court of Indiana | 4:23-cv-00064 | Judge Tanya Walton Pratt |

Dated: April 26, 2023

Respectfully submitted,

s/ Randi Kassan
Randi Kassan
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Phone: 516-741-5600
rkassan@milberg.com
***Counsel for Plaintiff Joann Lamb***