## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| In re: Roundup Products Liability Litigation | MDL Docket No. 2741 |
|---|---|

    I hereby certify that a copy of the foregoing NOTICE OF POTENTIAL TAG-ALONG ACTION was filed electronically via this Panel's CM/ECF filing system, which will send a notice of electronic filing to all Defendants of Record registered with the CM/ECF system in the above-captioned matter and was sent via electronic mail to counsel for Defendant as follows:

Jenise W. Stubbs
Shook, Hardy & Bacon L.L.P.
600 Travis Street, Ste 3400
Houston, TX 77002
P: (713) 227-8008
jstubbs@shb.com

Attorneys for Defendant Monsanto Company

Dated: April 26, 2023

                                                                Respectfully submitted,

                                                                s/ Randi Kassan

Randi Kassan
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Phone: 516-741-5600
rkassan@milberg.com
***Counsel for Plaintiff Joann Lamb***