**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Jorja Harris | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00471-SRC | Assigned to: Chief District Judge Stephen R. Clark |
| 2. | Lisa Pagliaro | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00451-SRC | Assigned to: Chief District Judge Stephen R. Clark |

1