**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Guy Haberman | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00496-HEA | Assigned to: District Judge Henry Edward Autrey |
| **2.** | Roy Flynn | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00509-HEA | Assigned to: District Judge Henry Edward Autrey |
| **3.** | Edward Ledet | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00501-JMB | Assigned to: Magistrate Judge John M. Bodenhausen |