**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Lorraine Schank and Michael Schank | Monsanto Company, Nouryon Surface Chemistry LLC, Nouryon Chemicals LLC and Nouryon USA LLC | USDC Eastern District of Pennsylvania | 2:23-cv-01751 | Not Yet Assigned |