**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

　　　　In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 5, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on May 5, 2023 to counsel for Plaintiffs as follows:

Thomas R. Kline
Tobi L. Milrood
Lorraine H. Donnelly
KLINE & SPECTER, P.C.
1525 Locust St., 19th Fl.
Philadelphia, PA 19102
215/772-1000
215/772-1359 – Fax
Email: Tom.kline@klinespecter.com
Email: Tobi.milrood@klinespecter.com
Email: Lorraine.donnelly@klinespecter.com

Jason A. Itkin
Kurt B. Arnold
Noah M. Wexler
John Benjamin Bireley
ARNOLD & ITKIN LLP
6009 Memorial Drive
Houston TX  77007
888/493-1629
Email: jitkin@arnolditkin.com
Email: karnold@arnolditkin.com
Email: nwexler@arnolditkin.com
Email: jbireley@arnolditkin.com

Counsel for Plaintiffs in *Schank et al. v. Monsanto Company et al.* 2:23-cv-01751 (E.D. PA.).

1

Joseph H. Blum
SHOOK, HARDY AND BACON, L.L.P.
Two Commerce Square
2001 Market Street, Suite 3000
PHILADELPHIA, PA 19103
215-575-3115
Fax: 215-278-2594
Email: jblum@shb.com

Albert G. Bixler
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Two Liberty Place, 22nd Floor 50 South
16th Street Philadelphia, PA 19102
(215) 851-8400
Email: Abixler@eckertseamans.com

Counsel for Defendants Nouryon Surface Chemistry LLC, Nouryon Chemicals LLC, and Nouryon USA LLC in *Schank et al. v. Monsanto Company et al.* 2:23-cv-01751 (E.D. PA.).

|  |  |
|---|---|
| Dated: May 5, 2023 | Respectfully submitted, |
|  | /s/ Jennise W. Stubbs |
|  | Jennise W. Stubbs |
|  | (jstubbs@shb.com) |
|  | SHOOK, HARDY & BACON L.L.P. |
|  | 600 Travis Street, Suite 3400 |
|  | Houston, TX  77002-2926 |
|  | Phone: (713) 227-8008 |
|  | Fax:    (713) 227-9508 |
|  | |
|  | *Attorneys for Defendant Monsanto Company* |