**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Ariana Lopez *individually and as the successor in interest to the Estate of Estela Moreno*, Gerado Lopez Moreno, and Omar Alonso Hernandez | Monsanto Company | USDC Central District of California | 2:23-cv-01988-SB-SK | Assigned to: Judge Stanley Blumenfeld, Jr Referred to: Magistrate Judge Steve Kim |
| 2. | Sarah M Harris, *wife and Co-Executor of the Estate of Braxont B. Harris, Sr., deceased,* and Braxton B Harris, Jr., *son, and Co-Executor of the Estate of Braxton B. Harris, Sr., deceased* | Monsanto Company | USDC Northern District of Alabama | 1:23-cv-00391-SGC | Assigned to: Magistrate Judge Staci G Cornelius |
| 3. | Kim Link | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00532-SPM | Assigned to: Magistrate Judge Shirley Padmore Mensah |
| 4. | Sandra Schob | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00531-PLC | Assigned to: Magistrate Judge Patricia L. Cohen |

1