**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 9, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on May 9, 2023 to counsel for Plaintiffs as follows:

Daniel E Sobelsohn
SOBELSOHN LAW FIRM
16027 Ventura Boulevard Suite 502
Encino, CA 91436
310-775-0504
Fax: 818-530-4342
Email: daniel@sobelsohnlawfirm.com

Counsel for Plaintiffs in *Lopez et al. v. Monsanto Company*, No. 2:23-cv-01988-SB-SK (C.D. CA.).

Douglas Brett Turnbull
TURNBULL LAW FIRM
2 20th St. N. Suite 1600
Suite 200
Birmingham, AL 35203
205-831-5040
Email: bturnbull@turnbullfirm.com

Counsel for Plaintiffs in *Harris et al. v. Monsanto Company*, No 1:23-cv-00391-SGC (N.D. AL.).

Lee Paul Mankin, IV
LAW OFFICE OF PAUL MANKIN APC
4655 Cass Street
Suite 410
San Diego, CA 92109-2810
415-505-5996
Email: pmankin@paulmankin.com

Counsel for Plaintiff in *Link v. Monsanto Company,* No. 4:23-cv-00532-SPM (E.D. MO.).

Lee Paul Mankin, IV
LAW OFFICE OF PAUL MANKIN APC
4655 Cass Street
Suite 410
San Diego, CA 92109-2810
415-505-5996
Email: pmankin@paulmankin.com

Counsel for Plaintiff in *Schob v. Monsanto Company,* No. 4:23-cv-00531-PLC (E.D. MO.).

Dated: May 9, 2023                                              Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*