### UNITED STATES JUDICIAL PANEL ON
### MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received: 5/9/23

District Court:LAE

Number of Actions: 1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL