**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant Monsanto Company hereby notifies the Clerk of the Panel of the potential tag-along actions listed on the attached Schedule of Actions.

The docket sheets and complaints for the potential tag-along actions are attached.

| | |
|---|---|
| Dated: May 11, 2023 | Respectfully submitted, |
| | /s/ Jennise W. Stubbs |
| | Jennise W. Stubbs |
| | (jstubbs@shb.com) |
| | SHOOK, HARDY & BACON L.L.P. |
| | 600 Travis Street, Suite 3400 |
| | Houston, TX  77002-2926 |
| | Phone: (713) 227-8008 |
| | Fax:    (713) 227-9508 |
| | |
| | *Attorneys for Defendant Monsanto Company* |