**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Douglas Locsin | Monsanto Company | USDC Eastern District of California | 2:23-cv-00426-JAM-KJN | Assigned to: Senior Judge John A. Mendez Referred to: Magistrate Judge Kendall J. Newman |
| 2. | Silas Strickland | Monsanto Company | USDC Southern District of Georgia | 5:23-cv-00031-LGW-BWC | Assigned to: Judge Lisa G. Wood Referred to: Magistrate Judge Benjamin W. Cheesbro |