**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 11, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on May 11, 2023 to counsel for Plaintiffs as follows:

Joseph Angelo
GALE, ANGELO, JOHNSON & PATRICK, P.C.
1430 Blue Oaks Blvd., Suite 250
Roseville, CA 95747
916-290-7778
Email: jangelo@gajplaw.com

Counsel for Plaintiff in *Locsin v. Monsanto Company*, No. 2:23-cv-00426-JAM-KJN (E.D. CA.).

Franklin Sean Simmons
SEAN SIMMONS-Attorney at Law
846 Alice Street
Waycross, GA 31501
912-548-1755
Fax: 912-809-2635
Email: seansimmonsattyatlaw@gmail.com

John Bell Manly
MANLY SHIPLEY
P.O. Box 10840
Savannah, GA 31412
912-495-5360
Fax: 844-362-4952
Email: john@manlyshipley.com

Counsel for Plaintiff in *Strickland v. Monsanto Company,* No. 5:23-cv-00031-LGW-BWC (S.D. GA.)

1

Dated: May 11, 2023  Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*