**UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**



# Notice of Tag-Along from District Court

Date Received: 5/11/23

District Court: MOE

Number of Actions: 2

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL