**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff**    | **Defendant**       | **District**                        | **Civil Action No.**   | **Judge**                                              |
|----|------------------|---------------------|-------------------------------------|------------------------|--------------------------------------------------------|
| 1. | Brian Danilecki  | Monsanto Company    | USDC District of Massachusetts      | 1:23-cv-10913-FDS      | Assigned to: Chief Judge F. Dennis Saylor, IV          |
| 2. | Mary Kane        | Monsanto Company    | USDC Eastern District of Missouri   | 4:23-cv-00607-JAR      | Assigned to: District Judge John A. Ross               |

1