**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 15, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on May 15, 2023 to counsel for Plaintiffs as follows:

Julie E. Lamkin
LAW OFFICES OF JEFFREY S. GLASSMAN
One International Place, 18th Flr.
Boston, MA 02110
617-367-2900
Email: jlamkin@jeffreysglassman.com

Counsel for Plaintiff in *Danilecki v. Monsanto Company*, No. 1:23-cv-10913-FDS (Dist. of MA.)

Daniel Seidman
SEIDMAN AND MARGULIS
10805 Sunset Office Dr.
Suite 300
Sunset Hills, MO 63119
314-238-1342
Fax: 224-603-8345
Email: dseidman@seidmanlaw.net

Counsel for Plaintiff in *Kane v. Monsanto Company,* No. 4:23-cv-00607-JAR (E.D. MO.)

2

Dated: May 15, 2023                                          Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*

2