**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Ross Gottstein and Sheri Gottstein | Monsanto Company | USDC Middle District of Florida | 8:23-cv-01074-SDM-SPF | Assigned to: Judge Steven D. Merryday Referred to: Magistrate Judge Sean P. Flynn |

1