**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS                       MDL No. 2741
LIABILITY LITIGATION

---

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|    | **Plaintiff**   | **Defendant**       | **District**                        | **Civil Action No.**   | **Judge**                                              |
|----|-----------------|---------------------|-------------------------------------|------------------------|--------------------------------------------------------|
| 1. | Irina Baranova  | Monsanto Company    | USDC Eastern District of Missouri   | 4:23-cv-00110-SRW      | Assigned to: Magistrate Judge Stephen R. Welby         |

1