**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | Plaintiff | Defendant | District | Civil Action No. | Judge |
|----|-----------|-----------|----------|------------------|-------|
| 1. | Jerry Pridgen and Lanette Harper Pridgen | Monsanto Company | USDC Eastern District of North Carolina | 5:23-cv-00254-BO-KS | Assigned to: District Judge Terrence W. Boyle Referred to: Magistrate Judge Kimberly A. Swank |