**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 25, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on May 25, 2023 to counsel for Plaintiffs as follows:

Lindsay S. Stevens
GOMEZ TRIAL ATTORNEYS
755 Front Street
San Diego, CA 92101
619-237-3490
Fax: 619-237-3496
Email: lstevens@thegomezfirm.com

Sarah B. Stump
WHITLEY LAW FIRM
3301 Benson Drive, Ste. 120
Raleigh, NC 27609
919-785-5000
Fax: 919-785-3729
Email: sbd@whitleylawfirm.com

Counsel for Plaintiffs in *Pridgen, et al. v. Monsanto Company,* No. 5:23-cv-00254-BO-KS (E.D. N.C.).

Dated: May 25, 2023                                       Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*