**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Norton Westbrook and Susie Westbrook | Monsanto Company | USDC Middle District of Florida | 5:23-cv-00322-JSM-PRL | Assigned to: Judge James S. Moody, Jr Referred to: Magistrate Judge Philip R. Lammens |