**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | David Lubischer and Ronda Lubischer | Monsanto Company, Bayer Corporation and Bayer AG | USDC Western District of Pennsylvania | 2:23-cv-00300-NR | Assigned to: Judge J. Nicholas Ranjan |
| 2. | John Michael Golling and Sandra Lee Golling | Monsanto Company | USDC Western District of Washington | 3:23-cv-05464-BHS | Assigned to: Judge Benjamin H. Settle |