**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on May 31, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on May 31, 2023 to counsel for Plaintiffs as follows:

Peter D. Friday
FRIDAY & COX LLC
1405 McFarland Road
Pittsburgh, PA 15216
(412) 561-4290
Email: pfriday@fridaylaw.com

Counsel for Plaintiffs in *Lubischer et al. v. Monstanto Company et al.,* No. 2:23-cv-00300 (W.D. PA.).

Bayer Corporation
100 Bayer Boulevard
Whippany, NJ 07981

Copies of the foregoing were also caused to be served via UPS on defendant Bayer Corporation in *Lubischer et al. v. Monstanto Company et al.,* No. 2:23-cv-00300 (W.D. PA.).

Bayer AG
Attn: General Counsel
Law, Patents & Compliance
Building Q 26, 1.008
51368 Leverkusen, Germany
Phone Number: Number 011492143046668

Copies of the foregoing were also caused to be served via UPS International on defendant Bayer AG in *Lubischer et al. v. Monstanto Company et al.,* No. 2:23-cv-00300 (W.D. PA.).

1

The only remaining defendant in *Lubischer et al. v. Monstanto Company et al.,* No. 2:23-cv-00300 (W.D. PA.), is Monsanto Company, which is erroneously identified in the caption as "Monstanto Company."

Corrie Johnson Yackulic
CORRIE YACKULIC LAW FIRM, PLLC
110 Prefontaine Place South
Ste. 304
Seattle, WA 98104
206-787-1915
Fax: 206-299-9725
Email: corrie@cjylaw.com

Counsel for Plaintiffs in *Golling et al. v. Monsanto Company,* No.: 3:23-cv-05464 (W.D. WA.).

Dated: May 31, 2023                                   Respectfully submitted,

                                                      /s/ Jennise W. Stubbs
                                                      Jennise W. Stubbs
                                                      (jstubbs@shb.com)
                                                      SHOOK, HARDY & BACON L.L.P.
                                                      600 Travis Street, Suite 3400
                                                      Houston, TX  77002-2926
                                                      Phone: (713) 227-8008
                                                      Fax:    (713) 227-9508

                                                      *Attorneys for Defendant Monsanto Company*