**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Nikki Besse | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00250-JAR | Assigned to: District Judge John A. Ross |
| 2. | Carol Butts | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00256-HEA | Assigned to: District Judge Henry Edward Autrey |
| 3. | David Griffith | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00259-NCC | Assigned to: Magistrate Judge Noelle C. Collins |
| 4. | Garry Gilbert | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00258-SEP | Assigned to: District Judge Sarah E. Pitlyk |

1