BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS                             MDL No. 2741
LIABILITY LITIGATION

PROOF OF SERVICE

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions were electronically filed on June 13, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 13, 2023 to counsel for Plaintiffs as follows:

Anthony Ifediba
Corey M. Masuca
IFEDIBA LAW GROUP PC
1220 16th Avenue South
Birmingham, AL 35205
205-933-1515
Fax: 205-933-5959
Email: aifediba@ifedibalaw.com
Email: cmasuca@ifedibalaw.com

Counsel for Plaintiff in *Besse v. Monsanto Company,* No. 4:23-cv-00250-JAR (E.D. MO.).

Anthony Ifediba
Corey M. Masuca
IFEDIBA LAW GROUP PC
1220 16th Avenue South
Birmingham, AL 35205
205-933-1515
Fax: 205-933-5959
Email: aifediba@ifedibalaw.com
Email: cmasuca@ifedibalaw.com

Counsel for Plaintiff in *Butts v. Monsanto Company*, No. 4:23-cv-00256-HEA (E.D. MO.).

Anthony Ifediba
Corey M. Masuca
IFEDIBA LAW GROUP PC
1220 16th Avenue South
Birmingham, AL 35205
205-933-1515
Fax: 205-933-5959
Email: aifediba@ifedibalaw.com
Email: cmasuca@ifedibalaw.com

Counsel for Plaintiff in *Griffith v. Monsanto Company*, No. 4:23-cv-00259-NCC (E.D. MO.).

Anthony Ifediba
Corey M. Masuca
IFEDIBA LAW GROUP PC
1220 16th Avenue South
Birmingham, AL 35205
205-933-1515
Fax: 205-933-5959
Email: aifediba@ifedibalaw.com
Email: cmasuca@ifedibalaw.com

Counsel for Plaintiff in *Gilbert v. Monsanto Company*, No. 4:23-cv-00258-SEP (E.D. MO.).

Dated: June 13, 2023                    Respectfully submitted,

                                        /s/ Jennise W. Stubbs
                                        Jennise W. Stubbs
                                        (jstubbs@shb.com)
                                        SHOOK, HARDY & BACON L.L.P.
                                        600 Travis Street, Suite 3400
                                        Houston, TX  77002-2926
                                        Phone: (713) 227-8008
                                        Fax:    (713) 227-9508

                                        *Attorneys for Defendant Monsanto Company*