UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

Date Received:  6/13/23

District Court: NYW

Number of Actions:  1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL