**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**



# Notice of Tag-Along from District Court

Date Received:   6/15/23

District Court: NYW

Number of Actions:   1

Complaints and Docket Sheets are attached.

CLERK OF THE PANEL