**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Betty Gunn | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00260-JMB | Assigned to: Magistrate Judge John M. Bodenhausen |
| 2. | Daniel Boucher | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00255-SPM | Assigned to: Magistrate Judge Shirley Padmore Mensah |
| 3. | Michael Briggs | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00253-NCC | Assigned to: Magistrate Judge Noelle C. Collins |
| $. | Carl Faulkner | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00257-PLC | Assigned to: Magistrate Judge Patricia L. Cohen |