## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:** 6/15/23

**District Court:** NYW

**Number of Actions:** 1

**Complaints and Docket Sheets are attached.**

*Tiffaney D. Pete*
CLERK OF THE PANEL