BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Thomas Hinkson | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00610-JMB | Assigned to: Magistrate Judge John M. Bodenhausen |
| 2. | Nancy Jenkins | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00611-SPM | Assigned to: Magistrate Judge Shirley Padmore Mensah |
| 3. | Darlene Luther | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00612-SRW | Assigned to: Magistrate Judge Stephen R. Welby |
| 4. | Ira Means | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00613-RHH | Assigned to: Magistrate Judge Rodney H. Holmes |
| 5. | Paul Nadeau | Monsanto Company | USDC Eastern District of Missouri | 4:23-CV-00614-HEA | Assigned to: District Judge Henry Edward Autrey |