**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 29, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 29, 2023 to counsel for Plaintiffs as follows:

Anthony Ifediba
Corey M. Masuca
IFEDIBA LAW GROUP PC
1220 16th Avenue South
Birmingham, AL 35205
205-933-1515
Fax: 205-933-5959
Email: aifediba@ifedibalaw.com
Email: cmasuca@ifedibalaw.com

Counsel for Plaintiff in *Hinkson v. Monsanto Company*, No. 4:23-cv-00610-JMB (E.D. MO.).

Anthony Ifediba
Corey M. Masuca
IFEDIBA LAW GROUP PC
1220 16th Avenue South
Birmingham, AL 35205
205-933-1515
Fax: 205-933-5959
Email: aifediba@ifedibalaw.com
Email: cmasuca@ifedibalaw.com

Counsel for Plaintiff in *Jenkins v. Monsanto Company,* No. 4:23-cv-00611-SPM (E.D. MO.).

2

Anthony Ifediba
Corey M. Masuca
IFEDIBA LAW GROUP PC
1220 16th Avenue South
Birmingham, AL 35205
205-933-1515
Fax: 205-933-5959
Email: aifediba@ifedibalaw.com
Email: cmasuca@ifedibalaw.com

Counsel for Plaintiff in *Luther v. Monsanto Company,* No. 4:23-cv-00612-SRW (E.D. MO.).

Anthony Ifediba
Corey M. Masuca
IFEDIBA LAW GROUP PC
1220 16th Avenue South
Birmingham, AL 35205
205-933-1515
Fax: 205-933-5959
Email: aifediba@ifedibalaw.com
Email: cmasuca@ifedibalaw.com

Counsel for Plaintiff in *Means v. Monsanto Company,* No. 4:23-cv-00613-RHH (E.D. MO.).

Anthony Ifediba
Corey M. Masuca
IFEDIBA LAW GROUP PC
1220 16th Avenue South
Birmingham, AL 35205
205-933-1515
Fax: 205-933-5959
Email: aifediba@ifedibalaw.com
Email: cmasuca@ifedibalaw.com

Counsel for Plaintiff in *Nadeau v. Monsanto Company,* No. 4:23-cv-00614-HEA (E.D. MO.).

Dated: June 29, 2023 Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*