BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

SCHEDULE OF ACTIONS

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Rebecca Nelson | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00615-JMB | Assigned to: Magistrate Judge John M. Bodenhausen |
| 2. | James Phelps | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00616-JAR | Assigned to: District Judge John A. Ross |
| 3. | Suzanna Powell | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00617-RHH | Assigned to: Magistrate Judge Rodney H. Holmes |
| 4. | Cherie Rhoades | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00618-HEA | Assigned to: District Judge Henry Edward Autrey |
| 5. | Darlene Robertson | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00619-RLW | Assigned to: District Judge Ronnie L. White |