**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

　　　　In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on June 30, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 30, 2023 to counsel for Plaintiffs as follows:

Anthony Ifediba
Corey M. Masuca
IFEDIBA LAW GROUP PC
1220 16th Avenue South
Birmingham, AL 35205
205-933-1515
Fax: 205-933-5959
Email: aifediba@ifedibalaw.com
Email: cmasuca@ifedibalaw.com

Counsel for Plaintiff in *Nelson v. Monsanto Company*, No. 4:23-cv-00615-JMB (E.D. MO.).

Anthony Ifediba
Corey M. Masuca
IFEDIBA LAW GROUP PC
1220 16th Avenue South
Birmingham, AL 35205
205-933-1515
Fax: 205-933-5959
Email: aifediba@ifedibalaw.com
Email: cmasuca@ifedibalaw.com

Counsel for Plaintiff in *Phelps v. Monsanto Company*, No. 4:23-cv-00616-JAR (E.D. MO.).

Anthony Ifediba
Corey M. Masuca
IFEDIBA LAW GROUP PC
1220 16th Avenue South
Birmingham, AL 35205
205-933-1515
Fax: 205-933-5959
Email: aifediba@ifedibalaw.com
Email: cmasuca@ifedibalaw.com

Counsel for Plaintiff in *Powell v. Monsanto Company*, No. 4:23-cv-00617-RHH (E.D. MO.).

Anthony Ifediba
Corey M. Masuca
IFEDIBA LAW GROUP PC
1220 16th Avenue South
Birmingham, AL 35205
205-933-1515
Fax: 205-933-5959
Email: aifediba@ifedibalaw.com
Email: cmasuca@ifedibalaw.com

Counsel for Plaintiff in *Rhoades v. Monsanto Company*, No. 4:23-cv-00618-HEA (E.D. MO.).

Anthony Ifediba
Corey M. Masuca
IFEDIBA LAW GROUP PC
1220 16th Avenue South
Birmingham, AL 35205
205-933-1515
Fax: 205-933-5959
Email: aifediba@ifedibalaw.com
Email: cmasuca@ifedibalaw.com

Counsel for Plaintiff in *Robertson v. Monsanto Company*, No. 4:23-cv-00619-RLW (E.D. MO.).

Dated: June 30, 2023					Respectfully submitted,

							/s/ Jennise W. Stubbs
							Jennise W. Stubbs
							(jstubbs@shb.com)
							SHOOK, HARDY & BACON L.L.P.
							600 Travis Street, Suite 3400
							Houston, TX  77002-2926
							Phone: (713) 227-8008
							Fax:    (713) 227-9508

							*Attorneys for Defendant Monsanto Company*