**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                         MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, defendant Monsanto Company hereby notifies the Clerk of the

Panel of the potential tag-along actions listed on the attached Schedule of Actions.

The docket sheets and complaints for the potential tag-along actions are attached.

Dated: July 3, 2023                                    Respectfully submitted,

                                                       /s/ Jennise W. Stubbs

                                                       Jennise W. Stubbs
                                                       (jstubbs@shb.com)
                                                       SHOOK, HARDY & BACON L.L.P.
                                                       600 Travis Street, Suite 3400
                                                       Houston, TX  77002-2926
                                                       Phone: (713) 227-8008
                                                       Fax:    (713) 227-9508

                                                       *Attorneys for Defendant Monsanto Company*