BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Kathleen Roesky | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00620-SRW | Assigned to: Magistrate Judge Stephen R. Welby |
| 2. | John Shock | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00622-RHH | Assigned to: Magistrate Judge Rodney H. Holmes |
| 3. | Clifford Vanlandingham | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00623-HEA | Assigned to: District Judge Henry Edward Autrey |
| 4. | James White | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00624-HEA | Assigned to: District Judge Henry Edward Autrey |
| 5. | Stephanie Wiedman | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00625-RLW | Assigned to: District Judge Ronnie L. White |