**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on July 3, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 3, 2023 to counsel for Plaintiffs as follows:

Anthony Ifediba
Corey M. Masuca
IFEDIBA LAW GROUP PC
1220 16th Avenue South
Birmingham, AL 35205
205-933-1515
Fax: 205-933-5959
Email: aifediba@ifedibalaw.com
Email: cmasuca@ifedibalaw.com

Counsel for Plaintiff in *Roesky v. Monsanto Company*, No. 4:23-cv-00620-SRW (E.D. MO.).

Anthony Ifediba
Corey M. Masuca
IFEDIBA LAW GROUP PC
1220 16th Avenue South
Birmingham, AL 35205
205-933-1515
Fax: 205-933-5959
Email: aifediba@ifedibalaw.com
Email: cmasuca@ifedibalaw.com

Counsel for Plaintiff in *Shock v. Monsanto Company*, No. 4:23-cv-00622-RHH (E.D. MO.).

1

Anthony Ifediba
Corey M. Masuca
IFEDIBA LAW GROUP PC
1220 16th Avenue South
Birmingham, AL 35205
205-933-1515
Fax: 205-933-5959
Email: aifediba@ifedibalaw.com
Email: cmasuca@ifedibalaw.com

Counsel for Plaintiff in *Vanlandingham v. Monsanto Company*, No. 4:23-cv- 00623-HEA (E.D. MO.).

Anthony Ifediba
Corey M. Masuca
IFEDIBA LAW GROUP PC
1220 16th Avenue South
Birmingham, AL 35205
205-933-1515
Fax: 205-933-5959
Email: aifediba@ifedibalaw.com
Email: cmasuca@ifedibalaw.com

Counsel for Plaintiff in *White v. Monsanto Company*, No. 4:23-cv- 00624-HEA (E.D. MO.).

Anthony Ifediba
Corey M. Masuca
IFEDIBA LAW GROUP PC
1220 16th Avenue South
Birmingham, AL 35205
205-933-1515
Fax: 205-933-5959
Email: aifediba@ifedibalaw.com
Email: cmasuca@ifedibalaw.com

Counsel for Plaintiff in *Wiedman v. Monsanto Company*, No. 4:23-cv-00625-RLW (E.D. MO.).

Dated: July 3, 2023

                              Respectfully submitted,

                              /s/ Jennise W. Stubbs
                              Jennise W. Stubbs
                              (jstubbs@shb.com)
                              SHOOK, HARDY & BACON L.L.P.
                              600 Travis Street, Suite 3400
                              Houston, TX  77002-2926
                              Phone: (713) 227-8008
                              Fax:    (713) 227-9508

                              *Attorneys for Defendant Monsanto Company*