BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

### SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Gloria Wood | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00626-SRW | Assigned to: Magistrate Judge Stephen R. Welby |
| 2. | Winston Wright | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00627-SEP | Assigned to: District Judge Sarah E. Pitlyk |
| 3. | Isabel Shackleford | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00621-CDP | Assigned to: District Judge Catherine D. Perry |