BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on July 6, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 6, 2023 to counsel for Plaintiffs as follows:

Anthony Ifediba
Corey M. Masuca
IFEDIBA LAW GROUP PC
1220 16th Avenue South
Birmingham, AL 35205
205-933-1515
Fax: 205-933-5959
Email: aifediba@ifedibalaw.com
Email: cmasuca@ifedibalaw.com

Counsel for Plaintiff in *Wood v. Monsanto Company,* No. 4:23-cv-00626-SRW (E.D. MO.).

Anthony Ifediba
Corey M. Masuca
IFEDIBA LAW GROUP PC
1220 16th Avenue South
Birmingham, AL 35205
205-933-1515
Fax: 205-933-5959
Email: aifediba@ifedibalaw.com
Email: cmasuca@ifedibalaw.com

Counsel for Plaintiff in *Wright v. Monsanto Company*, No. 4:23-cv-00627-SEP (E.D. MO.).

1

Anthony Ifediba
Corey M. Masuca
IFEDIBA LAW GROUP PC
1220 16th Avenue South
Birmingham, AL 35205
205-933-1515
Fax: 205-933-5959
Email: aifediba@ifedibalaw.com
Email: cmasuca@ifedibalaw.com

Counsel for Plaintiff in *Shackleford v. Monsanto Company*, No. 4:23-cv-00621-CDP (E.D. MO.).

Dated: July 6, 2023                                             Respectfully submitted,

                                                                /s/ Jennise W. Stubbs
                                                                Jennise W. Stubbs
                                                                (jstubbs@shb.com)
                                                                SHOOK, HARDY & BACON L.L.P.
                                                                600 Travis Street, Suite 3400
                                                                Houston, TX  77002-2926
                                                                Phone: (713) 227-8008
                                                                Fax:    (713) 227-9508

                                                                *Attorneys for Defendant Monsanto Company*