**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|----|---------------|---------------|--------------|----------------------|-----------|
| 1. | Robert Buntz and Janice Buntz | Monsanto Company | USDC Western District of Wisconsin | 3:23-cv-00409-JDP | Assigned to: District Judge James D. Peterson Referred to: Magistrate Judge Stephen L. Crocker |
| 2. | Richard Holleman | Monsanto Company | USDC Eastern District of Missouri | 4:23-cv-00782-SPM | Assigned to: Magistrate Judge Shirley Padmore Mensah |

1