**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                               MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on July 10, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 10, 2023 to counsel for Plaintiffs as follows:

Genevieve Mary Zimmerman
Meshbesher & Spence, Ltd.
1616 Park Avenue
Minneapolis, MN 55404
612-339-9121 x303
Fax: 612-339-9188
Email: gzimmerman@meshbesher.com

Counsel for Plaintiffs in *Buntz et al. v. Monsanto Company*, No. 3:23-cv-00409-JDP (W.D. WI.).

Lee Paul Mankin , IV
LAW OFFICE OF PAUL MANKIN APC
4655 Cass Street
Suite 410
San Diego, CA 92109-2810
415-505-5996
Email: pmankin@paulmankin.com

Counsel for Plaintiffs in *Holleman v. Monsanto Company*, No. 4:23-cv- 00782-SPM (E.D. MO.).

Dated: July 10, 2023

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:     (713) 227-9508

*Attorneys for Defendant Monsanto Company*