BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

**IN RE:** Roundup Products Liability Litigation                    **MDL No.** 2741

NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1 (a) of the Rules of Procedures for the United States Judicial Panel on Multidistrict Litigation Plaintiff Juan Delgado Zarate writes to notify you of the potential tag along listed on the attached Schedule of Action.

A docket sheet and complaint is attached.

Respectfully submitted,

MATERN LAW GROUP, PC

Matern J. Matern
Joshua D. Boxer
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266

Counsel for Juan Delgado Zarate