BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

**IN RE**: Roundup Products Liability Litigation                                    MDL No.2741

NOTICE OF POTENTIAL TAG-ALONG ACTION

|    | Plaintiff | Defendants | District | Civil Action No | Judge |
|----|-----------|------------|----------|-----------------|-------|
| 1. | Juan Delgado Zarate | Monsanto Company | Eastern District of California | 2:23-CV-00991-WBS-DB | William B. Shubb |