BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION                MDL No. 2741

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on July 11, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via mail on July 11, 2023 to Counsel for Defendant as follows:

| MONSANTO COMPANY<br>800 N. Lindbergh Blvd<br>Saint Louis, MO 63167 | CA Registered Corporate Agent<br>MONSANTO COMPANY |
|---|---|
| MONSANTO COMPANY<br>c/o CSC-Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, California 95833-3505 | Defendant MONSANTO COMPANY |

Dated: July 11, 2023                                Respectfully submitted,

/s/ Joshua D. Boxer
Joshua D. Boxer
(jboxer@maternlawgroup.com )
MATERN LAW GROUP, P.C
1230 Rosecrans Ave, Suite 200
Manhattan Beach, CA  90266
Phone: (310) 531-1900
Fax:    (310) 531-1901

*Attorney for Plaintiff Juan Delgado Zarate*