# United States District Court

Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

| | | |
|---|---|---|
| John S. Brubaker, Clerk | July 13, 2023 | TELEPHONE:<br>CIVIL (336) 332-6030<br>CRIMINAL (336) 332-6020<br>ADMIN (336) 332-6015 |

Ms. Tiffaney D. Pete, Clerk
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Re: MDL -2741 IN RE: Roundup Products Liability Litigation

Dear Mrs. Pete:

     For your consideration as a potential "tag-along" action, we have enclosed copies of the docket sheet and complaint for the following case filed July 13, 2023, in the Middle District of North Carolina: M.D.N.C. Case No. 1:23cv00578; HARMS et al v. MONSANTO COMPANY.

                                            Sincerely,

                                            John S. Brubaker, Clerk

                                            By:    /s/ Alexis Bowers
                                                              Deputy Clerk

JSB/ab

Enclosures