**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE:** Roundup Products Liability Litigation                    **MDL No.**2741

**NOTICE OF ERRATA REGARDING NOTICE OF
POTENTIAL TAG-ALONG ACTION**

TO THIS HONORABLE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that on July 11, 2023 Plaintiff Juan Delgado Zarate (Plaintiff) filed a Notice of Potential Tag-Along ("Notice"). As a result of a clerical error, the emails for each attorney were omitted.

Therefore, Plaintiff respectfully attaches as, Exhibit "1" to this Notice of Errata, a corrected notice of potential Tag-Along bearing the date of July 14, 2023.

Respectfully submitted,

MATERN LAW GROUP, PC

Matern J. Matern
mmatern@maternlawgroup.com
Joshua D. Boxer
jboxer@maternlawgroup.com
MATERN LAW GROUP, PC
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Phone: (310) 531-1900
Fax: (310) 531-1901

Counsel for Juan Delgado Zarate

EXHIBIT 1

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE:** Roundup Products Liability Litigation                    **MDL No.**2741

**CORRECTED NOTICE OF POTENTIAL TAG-ALONG ACTION**

In accordance with Rule 7.1 (a) of the Rules of Procedures for the United States Judicial

Panel on Multidistrict Litigation Plaintiff Juan Delgado Zarate writes to notify you of the

potential tag along listed on the attached Schedule of Action.

A docket sheet and complaint is attached.


Respectfully submitted,

MATERN LAW GROUP, PC

Matern J. Matern
mmatern@maternlawgroup.com
Joshua D. Boxer
jboxer@maternlawgroup.com
MATERN LAW GROUP, PC
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Phone: (310) 531-1900
Fax: (310) 531-1901

Counsel for Juan Delgado Zarate