BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

PROOF OF SERVICE RE NOTICE OF ERRATA

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Errata regarding Notice of Potential Tag- Along Actions was electronically filed on July 14, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via mail on July 14, 2023 to Counsel for Defendant as follows:

| | |
|---|---|
| MONSANTO COMPANY<br>800 N. Lindbergh Blvd<br>Saint Louis, MO 63167 | CA Registered Corporate Agent MONSANTO COMPANY |
| MONSANTO COMPANY<br>c/o CSC-Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, Suite 150N<br>Sacramento, California 95833-3505 | Defendant MONSANTO COMPANY |

Dated: July 14, 2023                     Respectfully submitted,

/s/ Joshua D. Boxer
Joshua D. Boxer
(jboxer@maternlawgroup.com )
MATERN LAW GROUP, P.C
1230 Rosecrans Ave, Suite 200
Manhattan Beach, CA  90266
Phone: (310) 531-1900
Fax:     (310) 531-1901

*Attorney for Plaintiff Juan Delgado Zarate*

1