BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| In re: Roundup Products Liability Litigation | MDL Docket No. 2741 |
|---|---|

### SCHEDULE OF ACTIONS

|    | **Plaintiff** | **Defendants** | **District** | **Case No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Melissa Hardman | Monsanto Company | W.D. Wisconsin | 3:23-cv-00469 | Hon. Judge William M. Conley |
| 2. | Gregory Smith | Monsanto Company | E.D. Missouri | 4:23-cv-00900 | Hon. Judge Stephen R. Welby |

Dated: July 19, 2023

Respectfully submitted,

/s/: Randi Kassan, Esq.
Randi Kassan, Esq.
Milberg Coleman Bryson Phillips Grossman, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel.: (516) 741-5600
Fax.: (516) 741-0128
rkassan@milberg.com
***Counsel for Plaintiffs Melissa Hardman and Gregory Smith***