BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Roundup Products Liability Litigation | MDL Docket No. 2741 |

      I hereby certify that a copy of the foregoing NOTICE OF POTENTIAL TAG-ALONG ACTIONS was filed electronically via this Panel's CM/ECF filing system, which will send a notice of electronic filing to all Defendants of Record registered with the CM/ECF system in the above-captioned matter and was sent via electronic mail to Counsel for Defendant as follows:

Jenise W. Stubbs
Shook, Hardy & Bacon L.L.P.
600 Travis Street, Ste 3400
Houston, TX 77002
P: (713) 227-8008
jstubbs@shb.com

Dated: July 19, 2023

                                                                                                                    Respectfully submitted,

                                                                                                                   /s/: Randi Kassan, Esq.
                                                                                                                   Randi Kassan, Esq.
                                                                                                                   MILBERG COLEMAN BRYSON
                                                                                                                   PHILLIPS GROSSMAN, PLLC
                                                                                                                   100 Garden City Plaza, Suite 500
                                                                                                                   Garden City, NY 11530
                                                                                                                   Tel.: (516) 741-5600
                                                                                                                   Fax.: (516) 741-0128
                                                                                                                   rkassan@milberg.com
                                                                   ***Counsel for Plaintiffs Melissa Hardman***
                                                                  ***and Gregory Smith***