**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Janeiece Yvonne Mistich, Russell Mistich, Christine Howell, Christopher Mistich, Jeffery Raymond Mistich and Raymond Mistich | Monsanto Company and Harry's Hardware, Inc. | USDC Eastern District of Louisiana | 2:23-cv-02653-GGG-DPC | Assigned to: Judge Greg Gerard Guidry Referred to: Magistrate Judge Donna Phillips Currault |