**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                          MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on July 21, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 21, 2023 to counsel for Plaintiffs as follows:

Jeremiah Boling
BOLING LAW FIRM LLC
1100 Poydras Street, Suite 2900
New Orleans, LA 70163
Telephone: (504) 615-6309
Fax: (504) 369-3421

Counsel for Plaintiffs in *Mistich et al. v. Monsanto Company et al.*, No. 2:23-cv-02653-GGG-DPC (E.D. LA.).

Gregory S. Chernack
HOLLINGSWORTH LLP
1350 I Street, NW
Washington, DC 20005
Telephone: (202) 898-5815
Fax: (202) 682-1639
gchernack@hollingsworth.com

Judy Y. Barrasso
Shaun P. McFall
BARRASSO USDIN KUPPERMAN FREEMAN & SARVER
909 Poydras Street, Suite 2350
New Orleans, LA 70112
Telephone: (504) 589-9700
Fax: (504) 589-9701
jbarrasso@barrassousdin.com
smcfall@barrassousdin.com

Counsel for Defendant Harry's Hardware, Inc. in *Mistich et al. v. Monsanto Company (et al.)*, No. 2:23-cv-02653-GGG-DPC (E.D. LA.).

Dated: July 21, 2023

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*