**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                    MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| **1.** | Patricia Bergstresser *Personal Representative of the Estate of Allen R. Seedorff, deceased estate of* Allen R. Seedorff | Monsanto Company | USDC Western District of Michigan | 1:23-cv-00413-PLM-SJB | Assigned to: District Judge Paul L. Maloney Referred to: Magistrate Judge Sally J. Berens  (events as ordered) |
| **2.** | Timothy Collier and Donna Collier | Monsanto Company | USDC Middle District of Florida | 6:23-cv-01306-CEM-RMN | Assigned to: Judge Carlos E. Mendoza Referred to: Magistrate Judge Robert M. Norway |