**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on July 25, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on July 25, 2023 to counsel for Plaintiffs as follows:

Brion Bannon Doyle
VARNUM RIDDERING SCHMIDT & HOWLETT LLP
Bridgewater Place
333 Bridge St., NW
P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
Email: bbdoyle@varnumlaw.com

Counsel for Plaintiffs in *Bergstresser, et al. v. Monsanto Company,* No. 1:23-cv-00413-PLM-SJB (W.D. MI.).

Eric D. Roslansky
Austin Johnson Grinder
THE RUTH LAW TEAM
8600 4th St N
PO Box 16847
St Petersburg, FL 33733-6847
727-327-3222
Fax: 727-323-7720
Email: eroslansky@getjustice.com
Email: agrinder@getjustice.com

Counsel for Plaintiffs in *Collier, et al. v. Monsanto Company*, No. 6:23-cv-01306-CEM-RMN (M.D. FL.).

2

Dated: July 25, 2023                                  Respectfully submitted,

                                                      /s/ Jennise W. Stubbs
                                                    Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*

2