# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**IN RE:** Roundup Products Liability Litigation                    MDL No.  2741

## NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation Plaintiff Robert Jarrell writes to notify you of the potential tag along action listed on the attached Schedule of Action.

A docket sheet and complaint is attached.

Dated: July 27, 2023                    Respectfully submitted,

<u>/s/ Kyle C. Usner</u>
Galen M. Hair (LA Bar# 32865)
Kyle C. Usner (LA Bar# 38923)
HAIR SHUNNARAH TRIAL ATTORNEYS
3540 S. I-10 Service Rd. W., Ste 300
Metairie, LA 70001
Ph: 504-684-5200
Fax: 504-613-6351
usner@hairshunnarah.com
hair@hairshunnarah.com

*Counsel for Plaintiff*