# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE:** Roundup Products Liability Litigation                    MDL No.  2741

## NOTICE OF POTENTIAL TAG-ALONG ACTION

## SCHEDULE OF ACTIONS

|  | Plaintiff | Defendant | District | Civil Action Number | Judge |
|---|---|---|---|---|---|
| 1. | Robert Jarrell | Monsanto Company | W.D. Louisiana | 2:23-cv-00960 | Judge James D Cain, Jr |