AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

ROBERT JARRELL )
Plaintiff )
v. ) Civil Action No. 2:23−CV−00960−JDC−KK
) Judge James D Cain, Jr
MONSANTO CO )
Defendant )

**SUMMONS IN A CIVIL ACTION**

To:
**Monsanto Co**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Kyle Christopher Usner**
**Hair Shunnarah Trial Attorneys**
**3540 S I−10 Service Rd W Ste 300**
**Metairie, LA 70001**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __7/21/2023__  __/s/ − Tony R. Moore__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:23−CV−00960−JDC−KK
**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Monsanto Co** was received by me on *(date)* _____July 21, 2023_____.

- I personally served the summons on **Monsanto Co** at *(place)* _____  _____ on *(date)* _____ ; or

- I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* __Hannah Carras__, who is designated by law to accept service of process on behalf of *(name of organization)* __Corporation Service Company for Monsanto Co._____ on *(date)* __July 25, 2023__; or

- I returned the summons unexecuted because _____ _____ ; or

- Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __7/27/2023__                                       _____
                                                         *Server's signature*

                                                         __Timothy Couch   IPS FA LA__
                                                         *Printed name and title*

                                                         __1100 Poydras Street  New Orleans, LA 70163__
                                                         *Server's address*

Additional information regarding attemped service, etc: