# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IN RE:** Roundup Products Liability Litigation          MDL No. 2741

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Notice of Potential Tag-Along Action was served on all parties in the following cases as indicated below, on July 31, 2023.

**Robert Jarrell v. Monsanto Company, W.D. Louisiana, 2:23-cv-00960**

**Served via First Class Mail**
**(Counsel has not yet appeared)**
Monsanto Company
c/o Corporation Service Company,
Registered Agent
501 Louisiana Ave.
Baton Rouge, LA 70802

Dated: July 31, 2023

Respectfully submitted,

/s/ Kyle C. Usner
Galen M. Hair (LA Bar# 32865)
Kyle C. Usner (LA Bar# 38923)
HAIR SHUNNARAH TRIAL ATTORNEYS
3540 S. I-10 Service Rd. W., Ste 300
Metairie, LA 70001
Ph: 504-684-5200
Fax: 504-613-6351
usner@hairshunnarah.com
hair@hairshunnarah.com

*Counsel for Plaintiff Robert Jarrell*