**BEFORE THE UNITED STATES JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS** | MDL No. 2741 |
| **LIABILITY LITIGATION** | |
| **CIVIL NO.'s** | 1:23-cv-248 & 1:23-cv-285 |

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation plaintiffs Arville Mangoba and William Adams write to notify you of the potential tag along action listed on the attached Schedule of Action.

The docket sheets and complaints are attached as Exhibit 1, 2, 3, and 4.

DATED:   August 3, 2023

 

            Sincerely,

            /s/ Alyssa R. Segawa
            L. RICHARD DeROBERTIS
            ILANA K. WAXMAN
            ALLISON M. AOKI
            ALYSSA R. SEGAWA
            CHRISTOPHER L. JOHNSON
            *Counsel for Plaintiffs*

**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION						MDL No. 2741

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

|   | Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Arville Mangoba | Monsanto Company | District of Hawaii | 1:23-cv-248 | Judge Rom Trader |
| 2. | William Adams | Monsanto Company | District of Hawaii | 1:23-cv-285 | Judge Rom Trader |

/s/ Alyssa R. Segawa
ALYSSA R. SEGAWA
820 Mililani Street, Suite 505
Honolulu, Hawai`i  96813-2935
Telephone:  (808) 597-1400
Facsimile:  (808) 591-2608
alyssa.segawa@galiherlaw.com
Attorney for Plaintiffs Arville Mangoba
& William Adams