BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| CIVIL NO.'s | 1:23-cv-248 & 1:23-cv-285 |

PROOF OF SERVICE [RE: NOTICE OF POTENTIAL TAG-ALONG ACTION]

I hereby certify that, on August 3, 2023, a true and correct copy of Plaintiff's *Notice of Potential Tag Along Action* was served on the below counsel via the methods indicated:

| COUNSEL SERVED | EMAIL | USPS |
|---|---|---|
| PAUL ALSTON, ESQ.<br>JOHN-ANDERSON L. MEYER, ESQ.<br>GLENN T. MELCHINGER, ESQ.<br>Dentons US LLP<br>1001 Bishop Street, Suite 1800<br>Honolulu, Hawaii 96813<br>Attorneys for Defendant Monsanto Company | __X__ | |

DATED:   August 3, 2023

/s/ Alyssa R. Segawa
ALYSSA R. SEGAWA
820 Mililani Street, Suite 505
Honolulu, Hawai`i 96813-2935
Telephone: (808) 597-1400
Facsimile: (808) 591-2608
alyssa.segawa@galiherlaw.com
Attorney for Plaintiffs Arville Mangoba & William Adams