# BEFORE THE UNITED STATES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741

IN RE: ROUNDUP PRODUCTS

LIABILITY LITIGATION

### MONSANTO COMPANY'S NOTICE OF OPPOSITION
### TO CONDITIONAL TRANSFER ORDER (CTO-413)

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant Monsanto Company hereby submits this Notice of Opposition to Conditional Transfer Order (CTO-413) in its entirety. More specifically, Monsanto Company objects to the transfer of both cases listed on the Schedule CTO-413 – Tag-Along Actions: *Mangoba v. Monsanto Company*, No. 23-00248 (D. Hi.), and *Adams v. Monsanto Company*, No. 23-00285 (D. Hi.). Accordingly, "the Clerk of the Panel shall not transmit the transfer order to the clerk of the transferee district court, but shall notify the parties of the briefing schedule." J.P.M.L. R. 7.1(c).

DATED: August 8, 2023

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

BY: */s/ Jennise W. Stubbs*
    Jennise W. Stubbs
    600 Travis Street, Suite 3400
    Houston, TX 77002-2926
    Telephone: (713) 227-8008
    Facsimile: (713) 227-9508
    Email: jstubbs@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*