BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| In re: Roundup Products Liability Litigation | MDL Docket No. 2741 |
|---|---|

### NOTICE OF POTENTIAL TAG-ALONG ACTIONS

1. Pursuant to Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Carolyn Canaday hereby notifies the Judicial Panel on Multidistrict Litigation of the potential tag-along action listed in the attached Schedule of Actions. A courtesy copy of the Complaint and docket sheet are attached hereto as Exhibit A.

2. Pursuant to Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Kelly Bohland hereby notifies the Judicial Panel on Multidistrict Litigation of the potential tag-along action listed in the attached Schedule of Actions. A courtesy copy of the Complaint and docket sheet are attached hereto as Exhibit B.

Dated: August 11, 2023

Respectfully submitted,

/s/: Randi Kassan, Esq.
Randi Kassan, Esq.
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel.: (516) 741-5600
Fax.: (516) 741-0128
rkassan@milberg.com
**Counsel for Plaintiffs Carolyn Canaday and Kelly Bohland**