BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| In re: Roundup Products Liability Litigation | MDL Docket No. 2741 |

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendants** | **District** | **Case No.** | **Judge** |
|----|---------------|----------------|--------------|--------------|-----------|
| 1. | Carolyn Canaday | Monsanto Company | E.D. Missouri | 4:23-cv-00967 | Hon. Judge John M. Bodenhausen |
| 2. | Kelly Bohland | Monsanto Company | E.D. Missouri | 4:23-cv-00977 | Hon. Judge Shirley Padmore Mensah |

Dated: August 11, 2023

Respectfully submitted,

/s/: Randi Kassan, Esq.
Randi Kassan, Esq.
Milberg Coleman Bryson Phillips Grossman, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel.: (516) 741-5600
Fax.: (516) 741-0128
rkassan@milberg.com
***Counsel for Plaintiffs Carolyn Canaday and Kelly Bohland***

1