## BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Roundup Products Liability Litigation | MDL Docket No. 2741 |

      I hereby certify that a copy of the foregoing NOTICE OF POTENTIAL TAG-ALONG ACTIONS was filed electronically via this Panel's CM/ECF filing system, which will send a notice of electronic filing to all Defendants of Record registered with the CM/ECF system in the above-captioned matter and was sent via electronic mail to Counsel for Defendant as follows:

Jenise W. Stubbs
Shook, Hardy & Bacon L.L.P.
600 Travis Street, Ste 3400
Houston, TX 77002
P: (713) 227-8008
jstubbs@shb.com

Dated: August 11, 2023

                                            Respectfully submitted,

                                            /s/: Randi Kassan, Esq.
                                            Randi Kassan, Esq.
                                            MILBERG COLEMAN BRYSON
                                            PHILLIPS GROSSMAN, PLLC
                                            100 Garden City Plaza, Suite 500
                                            Garden City, NY 11530
                                            Tel.: (516) 741-5600
                                            Fax.: (516) 741-0128
                                            rkassan@milberg.com
                                            ***Counsel for Plaintiffs Carolyn Canaday***
                                            ***and Kelly Bohland***