BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

## MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS

## SCHEDULE OF ACTIONS

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Phillip Arnold | Monsanto Company | USDC Northern District of Florida | 4:23-cv-00347-MW-MAF | Assigned to: Chief Judge Mark E. Walker Referred to: Magistrate Judge Martin A. Fitzpatrick |
| 2. | Andrea Bourgeois | Monsanto Co | USDC Western District of Louisiana | 6:23-cv-01052-SMH-CBW | Assigned to: Judge S Maurice Hicks, Jr Referred to: Magistrate Judge Carol B Whitehurst |
| 3. | Brian Decker | Monsanto Company | USDC Northern District of Iowa | 1:23-cv-00060-LRR-KEM | Assigned to: Judge Linda R Reade Referred to: Chief Magistrate Judge Kelly K.E. Mahoney |