**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 16, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 16, 2023 to counsel for Plaintiffs as follows:

Austin J. Grinder
THE RUTH LAW TEAM
PO BOX 16847
St Petersburg, FL 33733
727-327-3222
Email: agrinder@getjustice.com

Counsel for Plaintiff in *Arnold v. Monsanto Company,* No. 4:23-cv-00347-MW-MAF (N.D. FL.).

John C Enochs
Betsy J. Barnes
MORRIS BART
601 Poydras St., Ste. 2400
New Orleans, LA 70130-6036
504-526-1087
Fax: 833-277-4214
Email: jenochs@morrisbart.com
Email: bbarnes@morrisbart.com

Counsel for Plaintiff in *Bourgeois v. Monsanto Co.,* No. 6:23-cv-01052-SMH-CBW (W.D. LA.)

2

James H Cook
Dutton Braun Staack Hellman
3151 Brockway Road
PO Box 810
Waterloo, IA 50704
319 234 4471
Email: jcook@duttonfirm.com

Counsel for Plaintiff in *Decker v. Monsanto Company,* No. 1:23-cv-00060-LRR-KEM (N.D. IA.).

Dated: August 16, 2023                    Respectfully submitted,

                                                             /s/ Jennise W. Stubbs
                                                             Jennise W. Stubbs
                                                             (jstubbs@shb.com)
                                                             SHOOK, HARDY & BACON L.L.P.
                                                             600 Travis Street, Suite 3400
                                                             Houston, TX  77002-2926
                                                             Phone: (713) 227-8008
                                                             Fax:    (713) 227-9508

                                                             *Attorneys for Defendant Monsanto Company*