**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

**Michael L. McConnell**  Telephone: 225-389-3500
**Clerk of Court**  Facsimile: 225-389-3501

August 17, 2023

Tiffaney D. Pete
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobb
Washington, D.C. 20002-8004

Re: 3:23-cv-735-BAJ-RLB
Litchfield v. Monsanto Company

Dear Clerk:

    Attached please find a copy of Complaint and docket sheet in the above captioned case. This is a potential multi-district litigation case.

    Sincerely,
    Michael L. McConnell
    Clerk of Court

Cc: Notice sent to the Panel via NEF