BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: ROUNDUP PRODUCTS**                           MDL No. 2741
**LIABILITY LITIGATION**

**CIVIL NO.'s**                                                   1:23-cv-339

### NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation plaintiff Francis Infante write to notify you of the potential tag along action listed on the attached Schedule of Action.

The docket sheet and complaint are attached as Exhibit 1.

DATED: August 22, 2023

                                               Sincerely,

                                               /s/ Alyssa R. Segawa
                                               L. RICHARD DeROBERTIS
                                               ILANA K. WAXMAN
                                               ALLISON M. AOKI
                                               ALYSSA R. SEGAWA
                                               CHRISTOPHER L. JOHNSON
                                               *Counsel for Plaintiffs*

**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**NOTICE OF POTENTIAL TAG-ALONG ACTION**

| Plaintiffs | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|
| Francis Infante | Monsanto Company | District of Hawaii | 1:23-cv-339 | Judge Wes Reber Porter |

/s/ Alyssa R. Segawa
ALYSSA R. SEGAWA
820 Mililani Street, Suite 505
Honolulu, Hawai`i  96813-2935
Telephone:  (808) 597-1400
Facsimile:  (808) 591-2608
alyssa.segawa@galiherlaw.com
Attorney for Plaintiff Francis Infante