BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

CIVIL NO.'s                                           1:23-cv-339

PROOF OF SERVICE [RE: NOTICE OF POTENTIAL TAG-ALONG ACTION]

I hereby certify that, on August 22, 2023, a true and correct copy of Plaintiff's *Notice of Potential Tag Along Action* was served on the below counsel via the methods indicated:

| COUNSEL SERVED | EMAIL | USPS |
| --- | --- | --- |
| PAUL ALSTON, ESQ.<br>JOHN-ANDERSON L. MEYER, ESQ.<br>GLENN T. MELCHINGER, ESQ.<br>Dentons US LLP<br>1001 Bishop Street, Suite 1800<br>Honolulu, Hawaii  96813<br>Attorneys for Defendant Monsanto Company | __X__ | |

DATED:   August 22, 2023

/s/ Alyssa R. Segawa
ALYSSA R. SEGAWA
820 Mililani Street, Suite 505
Honolulu, Hawai`i  96813-2935
Telephone:  (808) 597-1400
Facsimile:  (808) 591-2608
alyssa.segawa@galiherlaw.com
Attorney for Plaintiff Francis Infante