## UNITED STATES JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION



# Notice of Tag-Along from District Court

**Date Received:**  8/23/23

**District Court:** LAE

**Number of Actions:**  2

**Complaints and Docket Sheets are attached.**

*Tiffaney D. Pete*
CLERK OF THE PANEL