**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF APPEARANCE**

**SCHEDULE OF ACTIONS**

|   | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Arville Mangoba | Monsanto Company | USDC District of Hawaii | 1:23-CV-00248 | Assigned to: Senior Judge Helen Gillmor Referred to: Magistrate Judge Rom Trader |
| **2.** | William Adams | Monsanto Company | USDC District of Hawaii | 1:23-cv-00285- | Assigned to: Senior Judge Helen Gillmor Referred to: Magistrate Judge Rom Trader |

1