**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Appearance was electronically filed on August 23, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 23, 2023 to counsel for Plaintiff as follows:

Allison Mina Aoki
Alyssa R Segawa
Christopher L. Johnson
Ilana Kananipiliokala Waxman
L. Richard DeRobertis
DeROBERTISs & WAXMAN LLP
820 Mililani St Ste 505
Honolulu, HI 96813
808-597-1400
Fax: 808-534-1420
Email: allison.aoki@galiherlaw.com
Email: alyssa.segawa@galiherlaw.com
Email: cjohnson@waterskraus.com
Email: ilana.waxman@galiherlaw.com
Email: richard.derobertis@galiherlaw.com

Peter Andrew Kraus
WATERS & KRAUS LLP
3141 Hood Street, Suite 700
Dallas, TX 75219
(214) 357-6244
Fax: (214) 357-7252
Email: kraus@waterskraus.com

Counsel for Plaintiff in *Mangoba v. Monsanto Company,* No. 1:23-cv-00248-HG-RT (D. HI.).

Allison Mina Aoki
Alyssa R Segawa
Christopher L. Johnson
Ilana Kananipiliokala Waxman
L. Richard DeRobertis
DeROBERTISs & WAXMAN LLP
820 Mililani St Ste 505
Honolulu, HI 96813
808-597-1400
Fax: 808-534-1420
Email: allison.aoki@galiherlaw.com
Email: alyssa.segawa@galiherlaw.com
Email: cjohnson@waterskraus.com
Email: ilana.waxman@galiherlaw.com
Email: richard.derobertis@galiherlaw.com

Peter Andrew Kraus
WATERS & KRAUS LLP
3141 Hood Street, Suite 700
Dallas, TX 75219
(214) 357-6244
Fax: (214) 357-7252
Email: kraus@waterskraus.com

Counsel for Plaintiff in *Adams v. Monsanto Company,* No. 1:23-cv-00285-LEK-RT (D. HI.).

| | |
|---|---|
| Dated: August 23, 2023 | Respectfully submitted, |
| | /s/ Jennise W. Stubbs |
| | Jennise W. Stubbs |
| | (jstubbs@shb.com) |
| | SHOOK, HARDY & BACON L.L.P. |
| | 600 Travis Street, Suite 3400 |
| | Houston, TX  77002-2926 |
| | Phone: (713) 227-8008 |
| | Fax:    (713) 227-9508 |
| | |
| | *Attorneys for Defendant Monsanto Company* |