**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff**    | **Defendant**       | **District**              | **Civil Action No.** | **Judge**                                                                                              |
|----|------------------|---------------------|---------------------------|----------------------|--------------------------------------------------------------------------------------------------------|
| 1. | Arville Mangoba  | Monsanto Company    | USDC District of Hawaii   | 1:23-CV-00248        | Assigned to: Senior Judge Helen Gillmor Referred to: Magistrate Judge Rom Trader |
| 2. | William Adams    | Monsanto Company    | USDC District of Hawaii   | 1:23-cv-00285-       | Assigned to: Senior Judge Helen Gillmor Referred to: Magistrate Judge Rom Trader |

1