**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Corporate Disclosure Statement was electronically filed on August 23, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 23, 2023 to counsel for Plaintiff as follows:

Allison Mina Aoki  
Alyssa R Segawa  
Christopher L. Johnson  
Ilana Kananipiliokala Waxman  
L. Richard DeRobertis  
DeROBERTISs & WAXMAN LLP  
820 Mililani St Ste 505  
Honolulu, HI 96813  
808-597-1400  
Fax: 808-534-1420  
Email: allison.aoki@galiherlaw.com  
Email: alyssa.segawa@galiherlaw.com  
Email: cjohnson@waterskraus.com  
Email: ilana.waxman@galiherlaw.com  
Email: richard.derobertis@galiherlaw.com  

Peter Andrew Kraus  
WATERS & KRAUS LLP  
3141 Hood Street, Suite 700  
Dallas, TX 75219  
(214) 357-6244  
Fax: (214) 357-7252  
Email: kraus@waterskraus.com  

Counsel for Plaintiff in *Mangoba v. Monsanto Company*, No. 1:23-cv-00248-HG-RT (D. HI.).

Allison Mina Aoki
Alyssa R Segawa
Christopher L. Johnson
Ilana Kananipiliokala Waxman
L. Richard DeRobertis
DeROBERTISs & WAXMAN LLP
820 Mililani St Ste 505
Honolulu, HI 96813
808-597-1400
Fax: 808-534-1420
Email: allison.aoki@galiherlaw.com
Email: alyssa.segawa@galiherlaw.com
Email: cjohnson@waterskraus.com
Email: ilana.waxman@galiherlaw.com
Email: richard.derobertis@galiherlaw.com

Peter Andrew Kraus
WATERS & KRAUS LLP
3141 Hood Street, Suite 700
Dallas, TX 75219
(214) 357-6244
Fax: (214) 357-7252
Email: kraus@waterskraus.com

Counsel for Plaintiff in *Adams v. Monsanto Company,* No. 1:23-cv-00285-LEK-RT (D. HI.).

Dated: August 23, 2023                    Respectfully submitted,

                                          /s/ Jennise W. Stubbs
                                          Jennise W. Stubbs
                                          (jstubbs@shb.com)
                                          SHOOK, HARDY & BACON L.L.P.
                                          600 Travis Street, Suite 3400
                                          Houston, TX  77002-2926
                                          Phone: (713) 227-8008
                                          Fax:    (713) 227-9508

                                          *Attorneys for Defendant Monsanto Company*