BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2741

IN RE: ROUNDUP PRODUCTS

LIABILITY LITIGATION

## MONSANTO COMPANY'S MOTION TO VACATE
## CONDITIONAL TRANSFER ORDER (CTO-413)

Pursuant to Rule 7.1(f) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Monsanto moves this Panel to vacate Conditional Transfer Order (CTO-413) as it relates to both cases listed on the Schedule CTO-413 – Tag-Along Actions: *Mangoba v. Monsanto Company*, No. 23-00248 (D. Hi.), and *Adams v. Monsanto Company*, No. 23-00285 (D. Hi.). In support of this motion, Monsanto attaches its Brief in Support of Monsanto Company's Motion to Vacate Conditional Transfer Order.

DATED:  August 23, 2023

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

BY: */s/ Jennise W. Stubbs*
    Jennise W. Stubbs
    Ryan S. Killian
    600 Travis Street, Suite 3400
    Houston, TX 77002-2926
    Telephone:  (713) 227-8008
    Facsimile:  (713) 227-9508
    Email:  jstubbs@shb.com
           rkillian@shb.com

*Attorneys for Defendant
MONSANTO COMPANY*