# APPENDIX
## PCB + Roundup Cases Filed By Plaintiffs' Counsel

| Case Filed | Court | Plaintiff | Case Number |
|---|---|---|---|
| 08/27/2019 | MO - Circuit Court - City of St. Louis | Brazell, Jeanne, et al. | 1922-CC11327 |
| 08/27/2019 | MO - Circuit Court - City of St. Louis | Brooks, Marilyn C., et al. | 1922-CC11335 |
| 08/27/2019 | MO - Circuit Court - City of St. Louis | Catalinotto, Jack, et al. | 1922-CC11367 |
| 08/27/2019 | MO - Circuit Court - City of St. Louis | Chara, Debora, et al. | 1922-CC11368 |
| 08/27/2019 | MO - Circuit Court - City of St. Louis | Clark, Greg, et al. | 1922-CC11340 |
| 08/27/2019 | MO - Circuit Court - City of St. Louis | Colt, Alice, et al. | 1922-CC11364 |
| 08/27/2019 | MO - Circuit Court - City of St. Louis | Croce, Robert, et al. | 1922-CC11331 |
| 08/27/2019 | MO - Circuit Court - City of St. Louis | Duncan, John, et al. | 1922-CC11357 |
| 08/27/2019 | MO - Circuit Court - City of St. Louis | Forman, Jeremiah, et al. | 1922-CC11330 |
| 08/27/2019 | MO - Circuit Court - City of St. Louis | Kostan, James T., et al. | 1922-CC11366 |
| 08/27/2019 | MO - Circuit Court - City of St. Louis | Luker, Connie, et al. | 1922-CC11365 |
| 08/27/2019 | MO - Circuit Court - City of St. Louis | Martinez, Carmen, et al. | 1922-CC11370 |
| 08/27/2019 | MO - Circuit Court - City of St. Louis | McGuire, Kevin, et al. | 1922-CC11349 |
| 08/27/2019 | MO - Circuit Court - City of St. Louis | Myers, David, et al. | 1922-CC11344 |
| 08/27/2019 | MO - Circuit Court - City of St. Louis | Parazoo, Arthur L., et al. | 1922-CC11363 |
| 08/27/2019 | MO - Circuit Court - City of St. Louis | Pavageau, James, et al. | 1922-CC11362 |
| 08/27/2019 | MO - Circuit Court - City of St. Louis | Peavy, Darla, et al. | 1922-CC11348 |
| 08/27/2019 | MO - Circuit Court - City of St. Louis | Robb, Paul, et al. | 1922-CC11345 |
| 08/27/2019 | MO - Circuit Court - City of St. Louis | Sagun, Robert, et al. | 1922-CC11334 |
| 08/27/2019 | MO - Circuit Court - City of St. Louis | Sander, Marc, et al. | 1922-CC11329 |
| 08/27/2019 | MO - Circuit Court - City of St. Louis | Selig, Jamie, et al. | 1922-CC11339 |
| 08/27/2019 | MO - Circuit Court - City of St. Louis | Tucker, Randy, et al. | 1922-CC11347 |
| 09/11/2019 | MO - Circuit Court - City of St. Louis | Cordle, Dawn | 1922-CC11475 |
| 10/14/2019 | MO - Circuit Court - City of St. Louis | Butler, David, et al. | 1922-CC11712 |
| 10/15/2019 | MO - Circuit Court - City of St. Louis | Andrews, Linda, et al. | 1922-CC11750 |
| 10/18/2019 | IL - Circuit Court - Cook County | Evard, Michael, et al. | 2019-L-011574 |
| 11/21/2019 | MO - Circuit Court - City of St. Louis | Rotbart, Richard, et al. | 1922-CC12066 |
| 12/02/2019 | MO - Circuit Court - City of St. Louis | Robinson, Ewanna, et al. | 1922-CC12129 |
| 12/11/2019 | MO - Circuit Court - City of St. Louis | Jones, Margaret F., et al. | 1922-CC12216 |
| 12/11/2019 | MO - Circuit Court - City of St. Louis | Wilkinson, David R., et al. | 1922-CC12212 |
| 12/12/2019 | MO - Circuit Court - City of St. Louis | Bakalchuck, Stewart, et al. | 1922-CC12226 |
| 12/12/2019 | MO - Circuit Court - City of St. Louis | Grove, Nicole, et al. | 1922-CC12222 |
| 12/13/2019 | MO - Circuit Court - City of St. Louis | DiVackey, Antoinette M., et al. | 1922-CC12233 |
| 12/17/2019 | MO - Circuit Court - City of St. Louis | Barry, Joseph, et al. | 1922-CC12242 |
| 12/17/2019 | MO - Circuit Court - City of St. Louis | Dunbar-Flores, Carolynn Rene, et al. | 1922-CC12241 |
| 12/17/2019 | MO - Circuit Court - City of St. Louis | Johnson, Kenya, et al. | 1922-CC12243 |

| | | | |
|---|---|---|---|
| 12/20/2019 | MO - Circuit Court - City of St. Louis | Branstetter, Jack B., et al. | 1922-CC12308 |
| 01/15/2020 | MO - Circuit Court - City of St. Louis | Nicholson, Vicky | 2022-CC00101 |
| 02/05/2020 | MO - Circuit Court - City of St. Louis | Kramer, Gary | 2022-CC00254 |
| 02/14/2020 | MO - Circuit Court - City of St. Louis | Godwin, Stephen, et al. | 2022-CC00323 |
| 05/12/2020 | MO - Circuit Court - St. Louis County | Tibbetts, Daniel, et al. | 20SL-CC02676 |
| 06/05/2020 | MO - Circuit Court - St. Louis County | Marceau, Steven, et al. | 20SL-CC03089 |
| 06/29/2020 | MO - Circuit Court - St. Louis County | Peattie, James, et al. | 20SL-CC03346 |
| 07/31/2020 | MO - Circuit Court - St. Louis County | Biswanger, Bill F., et al. | 20SL-CC03981 |
| 08/13/2020 | MO - Circuit Court - St. Louis County | Proffer, Randy, et al. | 20SL-CC04171 |
| 08/20/2020 | MO - Circuit Court - St. Louis County | Hillman, Kenneth | 20SL-CC04274 |
| 09/11/2020 | MO - Circuit Court - St. Louis County | Levinsky, Michael | 20SL-CC04760 |
| 10/19/2020 | MO - Circuit Court - St. Louis County | Raymond, Michael, et al. | 20SL-CC05242 |
| 10/20/2020 | MO - Circuit Court - St. Louis County | Ford, Ray A. | 20SL-CC05273 |
| 11/03/2020 | HI - Circuit Court - Second Circuit | Buettner, Judy | 2CCV-20-0000311 |
| 11/03/2020 | HI - Circuit Court - Second Circuit | Lavarre, Pamela S. | 2CCV-20-0000312 |
| 11/03/2020 | HI - Circuit Court - Second Circuit | Sunaoka, Rodney I. | 3CCV-20-0000410 |
| 11/03/2020 | HI - Circuit Court - Third Circuit | Caravalho, Dudley | 3CCV-20-0000411 |
| 11/12/2020 | MO - Circuit Court - St. Louis County | Seibert, II, John R. | 20SL-CC05664 |
| 11/13/2020 | HI - Circuit Court - First Circuit | Ching, Gordon | 1CCV-20-0001526 |
| 11/13/2020 | HI - Circuit Court - First Circuit | Weir, William | 1CCV-20-0001527 |
| 11/13/2020 | HI - Circuit Court - Third Circuit | Inaba, Alan Z. | 3CCV-20-0000424 |
| 11/24/2020 | MO - Circuit Court - St. Louis County | Moellendorf, Clarence E., et al. | 20SL-CC05795 |
| 12/02/2020 | MO - Circuit Court - St. Louis County | Peavler, Jr., Henry E., et al. | 20SL-CC05926 |
| 12/04/2020 | MO - Circuit Court - St. Louis County | Oehler, Timothy, et al. | 20SL-CC05927 |
| 12/08/2020 | HI - Circuit Court - First Circuit | Faria, Owen | 1CCV-20-0001624 |
| 12/08/2020 | HI - Circuit Court - First Circuit | Gonsalves, John R. | 1CCV-20-0001625 |

| | | | |
|---|---|---|---|
| 12/08/2020 | HI - Circuit Court - First Circuit | Kimura, Glenn T. | 1CCV-20-0001628 |
| 12/08/2020 | HI - Circuit Court - First Circuit | Mendes, Wilja J. | 1CCV-20-0001629 |
| 12/08/2020 | HI - Circuit Court - First Circuit | Peters, Leonard A. | 1CCV-20-0001630 |
| 12/09/2020 | MO - Circuit Court - St. Louis County | Bering, Wolfgang, et al. | 20SL-CC06007 |
| 12/09/2020 | MO - Circuit Court - St. Louis County | Williams, Michael E. | 20SL-CC05996 |
| 12/15/2020 | MO - Circuit Court - St. Louis County | Hays, Marlon U., et al. | 20SL-CC06042 |
| 12/16/2020 | MO - Circuit Court - St. Louis County | Dawson, Debbie, et al. | 20SL-CC06084 |
| 12/17/2020 | MO - Circuit Court - St. Louis County | Alvarez, Enrique, et al. | 20SL-CC06098 |
| 12/22/2020 | MO - Circuit Court - St. Louis County | Beaulieu, Gerard P., et al. | 20SL-CC06230 |
| 01/04/2021 | MO - Circuit Court - St. Louis County | Irwin, Dale E., et al. | 21SL-CC00018 |
| 01/11/2021 | MO - Circuit Court - St. Louis County | Azpell-Mullen, Germaine S., et al. | 21SL-CC00102 |
| 02/02/2021 | MO - Circuit Court - St. Louis County | Greenfield, Paula, et al. | 21SL-CC00497 |
| 03/04/2021 | MO - Circuit Court - St. Louis County | Severin, Mark G. | 21SL-CC01014 |
| 05/26/2021 | MO - Circuit Court - St. Louis County | Wirtanen, Allan R., et al. | 21SL-CC02352 |
| 06/01/2021 | MO - Circuit Court - St. Louis County | Pechilis, Paul A., et al. | 21SL-CC02499 |
| 06/02/2021 | MO - Circuit Court - St. Louis County | Alu, Richard M., et al. | 21SL-CC02510 |
| 06/03/2021 | MO - Circuit Court - St. Louis County | Wormser, Steven, et al. | 21SL-CC02512 |
| 06/24/2021 | MO - Circuit Court - St. Louis County | Stevens, James D. | 21SL-CC02823 |
| 07/30/2021 | MO - Circuit Court - St. Louis County | Leftwich, Gemma, et al. | 21SL-CC03442 |
| 08/23/2021 | MO - Circuit Court - St. Louis County | Dahlke, Leslie M. | 21SL-CC03840 |
| 08/26/2021 | MO - Circuit Court - St. Louis County | Florendo, Elnora L., et al. | 21SL-CC03916 |
| 08/27/2021 | MO - Circuit Court - St. Louis County | Wadsworth, Tommy, et al. | 21SL-CC03961 |
| 09/01/2021 | MO - Circuit Court - St. Louis County | Vanderwarker, Zachary, et al. | 21SL-CC04107 |

| 09/03/2021 | MO - Circuit Court - St. Louis County | Jumper, Jeffrey S., et al.[6] | 21SL-CC04139 |
|---|---|---|---|
| 09/17/2021 | MO - Circuit Court - St. Louis County | Armstrong, Anna F., et al. | 21SL-CC04376 |
| 09/30/2021 | MO - Circuit Court - St. Louis County | Moberly, Laura, et al. | 21SL-CC04632 |
| 03/15/2022 | MO - Circuit Court - St. Louis County | Toussaint, Caroline, et al. | 22SL-CC01741 |
| 06/10/2022 | MO - Circuit Court - St. Louis County | Losordo, Mark, et al. | 22SL-CC02919 |
| 09/30/2022 | MO - Circuit Court - St. Louis County | Scroggs, Daryl R., et al. | 22SL-CC04253 |
| 10/03/2022 | IL - Circuit Court - Cook County | Martin-Ahmed, Sonia | 2022-L-008926 |
| 12/07/2022 | MO - Circuit Court - St. Louis County | Foti, Roger J., et al. | 22SL-CC05152 |
| 03/15/2023 | MO - Circuit Court - St. Louis County | Sulvetta, Dave, et al. | 23SL-CC01156 |
| 05/23/2023 | MO - Circuit Court - St. Louis County | Spry, Jr., Marvin O., et al. | 23SL-CC02136 |
| 06/01/2023 | HI - Circuit Court - Third Circuit | Doss, Michael | 3CCV-23-0000210 |
| 06/09/2023 | HI - USDC for the District of HI | Mangoba, Arville | 1:23-cv-00248 |
| 06/20/2023 | HI - Circuit Court - First Circuit | Imamura, Wendale | 1CCV-23-0000807 |
| 06/20/2023 | HI - USDC for the District of HI | Adams, William | 1:23-cv-00285 |
| 06/23/2023 | HI - Circuit Court - First Circuit | Miguel, Leopoldo | 1CCV-23-0000823 |
| 07/21/2023 | HI - USDC for the District of HI | Infante, Francis | 1:23-cv-00339-SOM-WRP |
| 07/21/2023 | HI - Circuit Court - First Circuit | Jensen, Randy | 1CCV-23-0000955 |
| 07/21/2023 | HI - Circuit Court - Second Circuit | Kobayashi, Paula | 2CCV-23-0000207 |

---

[6] Plaintiff Mangoba is one of thirty plaintiffs in the *Jumper* case.