**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|    | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Russell Semon | Monsanto Co. | USDC Western District of Louisiana | 5:23-cv-01125-SMH-MLH | Assigned to: Judge S Maurice Hicks, Jr Referred to: Magistrate Judge Mark L Hornsby |

1