BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 24, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 24, 2023 to counsel for Plaintiff as follows:

Betsy J Barnes
John C Enochs
MORRIS BART
601 Poydras St Ste 2400
New Orleans, LA 70130-6036
504-525-8000
Fax: 504-617-7721
504-526-1087
Fax: 833-277-4214
Email: bbarnes@morrisbart.com
Email: jenochs@morrisbart.com

Counsel for Plaintiff in *Semon v. Monsanto Co,* No. 5:23-cv-01125-SMH-MLH (W.D. LA.).

| | |
|---|---|
| Dated: August 24, 2023 | Respectfully submitted, |

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*