**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**BAYER CORPORATION'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | JaRon Shawn La'V Teague | Bayer-Bayer eT, AL. | USDC Western District of Kentucky | 3:22-cv-00594-BJB-CHL | Assigned to: Judge Benjamin Beaton Referred to: Magistrate Judge Colin H. Lindsay |

1