**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on August 24, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail and UPS on August 24, 2023 to PRO Se Plaintiff as follows:

JaRon Shawn La'V Teague
c/o Lisa Boyd
101 North Shawnee Terrace
Louisville, KY 40212
502/303-4661
Teaguejaron@gmail.com

PRO SE Plaintiff in *Teague v. Bayer-Bayer et al.;* No. 3:22-cv-00594-BJB-CHL (W.D. KY.).

Dated: August 24, 2023

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Bayer Corporation*