CASREF,PRO SE NON-P,SUB009

# U.S. District Court
# Western District of Kentucky (Louisville)
# CIVIL DOCKET FOR CASE #: 3:22-cv-00594-BJB-CHL

Teague v. Bayer-Bayer eT, AL.                          Date Filed: 11/07/2022
Assigned to: Judge Benjamin Beaton                     Jury Demand: Plaintiff
Referred to: Magistrate Judge Colin H. Lindsay         Nature of Suit: 365 Personal Inj. Prod.
Demand: $125,000,000                                   Liability
Cause: 28:1331 Fed. Question                           Jurisdiction: Federal Question

**Plaintiff**

**JaRon Shawn La'V Teague**          represented by   **JaRon Shawn La'V Teague**
                                                      c/o Lisa Boyd
                                                      101 North Shawnee Terrace
                                                      Louisville, KY 40212
                                                      PRO SE

V.

**Defendant**

**Bayer-Bayer eT, AL.**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 11/07/2022 | 1 | COMPLAINT against Bayer-Bayer eT, AL., (No Filing Fee Paid), filed by JaRon Shawn La'V Teague.(Attachments: # 1 Appendix Cover Sheet, # 2 Appendix A, # 3 Appendix B, # 4 Appendix C, # 5 Appendix D, # 6 Appendix E, # 7 Appendix F, # 8 Appendix G, # 9 Appendix H, # 10 Appendix I, # 11 Appendix J, # 12 Appendix K, # 13 Appendix L, # 14 Appendix M, # 15 Summons Tendered, # 16 Change of Address) (CDL) (Additional attachment(s) added on 11/15/2022: # 17 Summons TENDERED 11/14/2022) (DeW). (Entered: 11/08/2022) |
| 11/07/2022 | 2 | MOTION for Leave to Proceed in forma pauperis by Plaintiff JaRon Shawn La'V Teague. (Attachments: # 1 Affidavit non-prisoner application to proceed w_o prepayment of fees and affidavit, # 2 Affidavit sworn affidavit of indigency) (CDL) (Entered: 11/08/2022) |
| 11/07/2022 | 3 | Case Assignment (Random Selection): Case Assigned to Judge Benjamin Beaton. (CDL) (Entered: 11/08/2022) |
| 11/08/2022 | 4 | NOTICE ON SUMMONS re: DN 1 Complaint (incomplete summons). (CDL) (Entered: 11/08/2022) |
| 11/14/2022 | 5 | NOTICE of filing Tendered Summonses by JaRon Shawn La'V Teague re 4 Notice on Summons. (DeW) (Entered: 11/15/2022) |
| 12/08/2022 | 6 | ORDER: The Court grants the Plaintiff's application to proceed without prepayment of fees (DN 2 ). cc: Plaintiff-pro se (SMJ) (Entered: 12/08/2022) |

| 07/24/2023 | 7 | MEMORANDUM: The Court dismisses Plaintiff's claims under the First, Fifth, Sixth, Eighth, and Fourteenth Amendments for failure to state a claim upon which relief may be granted and will allow Plaintiff's claim that he was injured by Defendants' allegedly defective product to continue. The Court will enter a separate Order regarding service. cc: Plaintiff (pro se), Defendants (JM) (Entered: 07/24/2023) |
|---|---|---|
| 07/24/2023 | 8 | ORDER: The Clerk of Court shall issue summons for Defendant "Bayer-Bayer" by way of the U.S. Marshals Service in accordance with Rule 4 of the Federal Rules of Civil Procedure. Plaintiff has 90 days from the entry date of this Order within which to move to amend his complaint to identify the names of the Jane and John Doe Defendants or show good cause for his failure to do so. Additionally, the Court refers this matter to Magistrate Judge Lindsay under 28 U.S.C. § 636(b) (1)(A) for hearing and determining all pretrial matters, including non-dispositive motions. Judge Lindsay may conduct a settlement conference in this matter at any time. cc: Plaintiff (pro se) w/ copy of Pro Se Handbook, Defendant, CHL (CM) (JM) (Entered: 07/24/2023) |
| 07/24/2023 | 9 | Summons Issued as to Bayer-Bayer eT, AL.. **Summons have been issued and delivered to the USM via email per procedures (Copy of complaint and Orders (DN 7 and 8 ) have been included within the summons packet).** (Attachments: # 1 USM form 285) (JM) (Entered: 07/24/2023) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/24/2023 10:34:12 | | | |
| **PACER Login:** | sh0019sh | **Client Code:** | 31943.356965 rhb |
| **Description:** | Docket Report | **Search Criteria:** | 3:22-cv-00594-BJB-CHL |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky

_JARo___ \  __Mund L. Reasua__
Plaintiff

v.                    Civil Action No.  3 2 2 c v - 5 9 4 - B J B

_Baler-Bayer_ _et al_
Defendant

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Bayer-Bayer = inc.,
100 Bayer Blvd. Whippany, NJ  07981

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jarrod Shawn L. Reasur
101 North Shawnee Tanner
Louisville, KY 40211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  7/24/2023

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ :

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

3

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JAKON SHAWN LA*V TEAGUE                                         PLAINTIFF

v.                                              CIVIL ACTION NO. 3:22-cv-594-BJB

BAYER-BAYER et al.                                             DEFENDANTS

## ORDER

By Memorandum Opinion entered today, the Court allowed Plaintiff's *pro se* diversity-

jurisdiction claim that he was injured by Defendants' allegedly defective product to continue

against Defendants.

The Court **ORDERS**:

(1) the Clerk of Court **shall issue summons and effect service of process** on Defendant

"Bayer-Bayer" by way of the U.S. Marshals Service in accordance with Rule 4 of the Federal

Rules of Civil Procedure. *See* Fed. R. Civ. P. 4(c)(3).

(2) As to the Jane and John Doe Defendants, the Court advises that Federal Rule of Civil

Procedure 4 provides, in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—
> on motion or on its own after notice to the plaintiff—must dismiss the action
> without prejudice against that defendant or order that service be made within a
> specified time. But if the plaintiff shows good cause for the failure, the court must
> extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Because the Court is required to screen the complaint prior to service, the

Court will count the 90 days from the date of this Order. Accordingly, Plaintiff has 90 days from

the entry date of this Order within which to move to amend his complaint to identify the names

of the Jane and John Doe Defendants or show good cause for his failure to do so. Plaintiff is put

on notice that his failure to meet the requirements of the Federal Rules of Civil Procedure could result in dismissal of his claims against the Jane and John Doe Defendants.[1]

(3) The parties shall serve upon opposing parties, or their counsel, a copy of each document filed in this action as required by the Federal Rules of Civil Procedure, including a certificate of service, if required.  *See* Fed. R. Civ. P. 5.

(4) Plaintiff must provide written notice of any change of address to the Clerk of Court and to Defendants' counsel.  *See* Local Rule 5.3(e).

(5) Plaintiff's failure to notify the Clerk of any address change or failure to comply with this or any subsequent Order of the Court may result in a dismissal of this case.

(6) The Court REFERS this matter to Magistrate Judge Colin H. Lindsay pursuant to 28 U.S.C. § 636(b)(1)(A) for resolution of all litigation-planning issues, entry of scheduling orders, consideration of any scheduling amendments, and resolution of all nondispositive matters, including discovery issues. The Court further authorizes Judge Lindsay to conduct one or more settlement conferences in this matter.

(7) The Court DIRECTS the Clerk to send to Plaintiff a copy of the *Pro Se* Handbook.

Date:   July 24, 2023

Benjamin Beaton, District Judge
United States District Court

cc:   Plaintiff, *pro se*
      Defendants
      Magistrate Judge Lindsay
B213.009

---

[1] This Order does not constitute a determination that Plaintiff's claims against any later named Defendant would be timely.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE _Western_ DISTRICT OF _Kentucky_
_____ DIVISION

**FILED**

JAMES J. VILT, JR. – CLERK

*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

NOV 07 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

_Jason Shawn La'uerla
Teague_

Complaint for a Civil Case

Case No. _____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

-against-

_Bayer-Hayer et. al._

*(Write the full name of each defendant who is
being sued.  If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**I.    The Parties to This Complaint**

A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.

| | |
|---|---|
| Name | JARON SHAWN LA'VR KTIA JENSOE |
| Street Address | 101 Alsma SHAWNEE TERRACR |
| City and County | LOUISVILLE, KENTUCKY 40212 |
| State and Zip Code | Kentucky 40212 |
| Telephone Number | 1-502-307-4661 |
| E-mail Address | Jeasue JARONEUS mail.com |

B.    The Defendant(s)

Provide the information below for each defendant named in the complaint,
whether the defendant is an individual, a government agency, an organization, or
a corporation. For an individual defendant, include the person's job or title (if
known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Bayer - Bayer et al |
| Job or Title (if known) | Round up Dursion |
| Street Address | 100 BAYer BLVd, |
| City and County | WHippany |
| State and Zip Code | New Jersy 07981 |
| Telephone Number | N/A |
| E-mail Address (if known) | N/A |

Defendant No. 2

| | |
|---|---|
| Name | N/A |
| Job or Title (if known) | N/A |
| Street Address | N/A |
| City and County | N/A |

2

State and Zip Code _____ N/A _____

Telephone Number _____ N/A _____

E-mail Address _____ N/A _____
(if known)

Defendant No. 3

Name _____ N/A _____

Job or Title _____ N/A _____
(if known)

Street Address _____ N/A _____

City and County _____ N/A _____

State and Zip Code _____ N/A _____

Telephone Number _____ N/A _____

E-mail Address _____ N/A _____
(if known)

Defendant No. 4

Name _____ N/A _____

Job or Title _____ N/A _____
(if known)

Street Address _____ N/A _____

City and County _____ N/A _____

State and Zip Code _____ N/A _____

Telephone Number _____ N/A _____

E-mail Address _____ N/A _____
(if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two
types of cases can be heard in federal court: cases involving a federal question and cases
involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising
under the United States Constitution or federal laws or treaties is a federal question case.
Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another
State or nation and the amount at stake is more than $75,000 is a diversity of citizenship
case.  In a diversity of citizenship case, no defendant may be a citizen of the same State
as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question   *LAW Suit*     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*This is a CIVIL LAW Suit for Round up causing my multiple myeloma cancer (whichever applies this section of B.*

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual    *See section A.*

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _Jane/John Doe_, is a citizen of the State of *(name)* _New Jersey_. Or is a citizen of *(foreign nation)* _N/A_.

4

ii.    If the defendant is a corporation:

The defendant, *(name)* _BAYER - BAYER_ _CO. AC._ is
incorporated under the laws of the State of *(name)*
_NEW JERSEY_, and has its principal place of
business in the State of *(name)* _NEW JERSEY_. Or is
incorporated under the laws of *(foreign nation)*
_N/A_, and has its principal place of
business in *(name)* _N/A_.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain):*

_$125 MILLION MONETARY DAMAGES_
_PUNITIVE DAMAGES AWARDED IN SECOND_
_PHASE BY JURY AND OR SETTLEMENT_

III.   **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

_SEE ATTACHED TYPED PAGE (S)(B)_
_TITLED STATEMENT OF CLAIM_

5

## III.  Statement of Claim

Comes now the Plaintiff JaRon Teague, Pro'se

On or about the month of February 2022 I the Plaintiff was diagnosed with cancer Id as Multiple Myeloma. I the plaintiff state a claim that he belongs to the same class of individuals got their cancer from roundup product and received Monetary Relief as well as Punitive damages guaranteed pursuant to and for all purposes of Our Great United States Constitutional 1st, 5th, 6th, 8th, and 14th Amendments.

From on or about March 1984 up through November 1989 I was employed with Louisville Kentucky Jefferson County Board of Education (JCPS) as a grounds keeper of 120 + different Schools and (JCPS) various buildings. Later I transferred to Janitorial services which also required I the plaintiff to use round up, as a result see appendix before and after cancer attached # 1 (p. 1 & 2).

Note: I had my name legally changed in Jefferson County Louisville, Kentucky on or about March 1990, from Arnold Derrick Tharpe-to- JaRon Shawn La'vickta Teague dob 02/29/1964 & SS# xxx-xx-2966. See Legal court document appendix # 2 (p. 1 & 2).

Proof of my employment intertwined in with I the Plaintiff use of round up while employed, these records can be obtained at:

> Attention: Open Records Coordinator
> Room # 321
> 3332 Newburg Road
> Louisville, KY 40218
> Tel: 1-502-485-3584
> Fax: 1-502-313-2706
> open.records@jefferson.kyschools.us

I the Plaintiff state constitutional claims into this Honorable court pursuant to and for all purposes of USCA 1st, 5th, 6th, 8th and 14th amendments, as follows:

Under the 1st, 5th, 6th & 14th access to this court, were

5 (2)

Under the 8th the defendants round up product has inflicted cruel and unusual punishment in i the plaintiff entire lively hood, in which they have civilly confessed their product was defective.

( 6 )

Case MDL No. 2741   Document 3212-3   Filed 08/24/23   Page 14 of 19
Case 3:22-cv-00594-BJB-CHL   Document 1   Filed 11/07/22   Page 8 of 15   PageID 8

11



12

Before my cancer
About 243 lbs



Jean Cooper and 5 others          1 share

Send          Share

Appendix #1
1 of 2

13

AFTer my cancer
161 165



Appendix # 1
2 OF 2

No. _____90P0247_____

JEFFERSON DISTRICT COURT

PROBATE COURT

**FILED IN CLERK'S OFFICE**

MAY 1 1 1990

TONY MILLER, CLERK

By _____ D.C.

In Re Matter
of ARNOLD DERRICK TRAAPE
101 N. Shavano Terrace
Louisville, Kentucky 40213

### PETITION FOR NAME CHANGE

Comes the petitioner, ARNOLD DERRICK TRAAPE, by counsel, and respectfully moves the Court for an ORDER changing his name from ARNOLD DERRICK TRAAPE to JA RON SHAWN LA VICKYA TEAGUE. In support of the petition, the petitioner states as follows:

1. The petitioner's original name as given to him at birth is ARNOLD DERRICK TRAAPE. The petitioner desires to change his name to JA RON SHAWN LA VICKYA TEAGUE.

2. The petitioner is (25) years of age.

3. The petitioner was born on Feb. 29, 1964 in Louisville, KY.

4. The petitioner currently resides in Louisville (Jefferson County) Kentucky.

WHEREFORE, the petitioner prays for an ORDER changing his name from ARNOLD DERRICK TRAAPE to JA RON SHAWN LA VICKYA TEAGUE and that such Order be duly recorded by the Kentucky Department of Vital Statistics upon receipt of a certified copy.

_____
ARNOLD DERRICK TRAAPE

This petition prepared and tendered by G. Denise DeBerry, Attorney at Law, Suite 490, Kort Block Building, 730 W. Main Street in Louisville, Kentucky 28710202.

_____
G. DENISE DEBERRY
ATTORNEY AT LAW
COUNSEL FOR PETITIONER

Appendix "2"
1 of 9

**FILED IN CLERK'S OFFICE**

MAY 11 1990

TONY MILLER CLERK

No. _____   By _____   DC

JEFFERSON DISTRICT COURT
PROBATE COURT

In the matter
of ARNOLD DERRICK THARPE
730 W. Shangri Terrace
Smithville, Kentucky 70262

**ORDER**

Motion having been made, a proper petition having been filed with this Court, and it appearing that all the conditions of KRS Chapter 401 having been complied with; and this Court being sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the full name of ARNOLD DERRICK THARPE is hereby changed to _____

This ORDER shall go effective immediately, and the Kentucky Department of Vital Statistics is directed, upon receipt of an attested or certified copy of this Order, to make said change in their records according to law.

_____ (signature)
JUDGE   5-1-90

This Order Tendered by:
Attorney G. Julian Murray

Appendix 3
3 of 3

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_See ATTACHED Typed PAGE (h)(A) Titled Relief_

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-7, 2022

Signature of Plaintiff

Printed Name of Plaintiff   DARON S L GASKIN

### B.   For Attorneys

Date of signing: 11-7, 2022

6