**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Deborah Sanders *Individually and as a Personal Representative of the Estate of JAKE SANDERS, Deceased* | Monsanto Company, Bayer Corporation, Albaugh, LLC and Does 1-10 | USDC District of Montana | 9:23-cv-00092-DLC-KLD | Assigned to: Judge Dana L. Christensen Referred to: Magistrate Judge Kathleen L. DeSoto |

1