# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS                              MDL No. 2741
LIABILITY LITIGATION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on August 25, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on August 25, 2023 to counsel for Plaintiffs as follows:

Dylan McFarland
William Adam Duerk
KNIGHT NICASTRO MACKAY, LLC
283 W. Front St.
Suite 203
Missoula, MT 59802
406-206-5747
406-546-0881
Fax: 816-396-6233
Email: mcfarland@knightnicastro.com
Email: duerk@knightnicastro.com

Counsel for Plaintiffs in *Sanders et al. v. Monsanto Company et al.*, No. 9:23-cv-00092-DLC-KLD (D. MT.).

Bayer Corporation
100 Bayer Boulevard
Whippany, NJ 07981

Copies of the foregoing were also caused to be served via UPS on defendant Bayer Corporation in *Adler et al. v. Monsanto Company et al.*, No. 9:23-cv-00092-DLC-KLD (D. MT.).

Ian McIntosh
CROWLEY FLECK PLLP
1915 S. 19th Avenue
P.O. Box 10969
Bozeman, MT 59719-0969
406/556-1430
imcintosh@crowleyfleck.com

Counsel for Defendant Albaugh, LLC in *Sanders et al. v. Monsanto Company et al.*, No. 9:23-cv-00092-DLC-KLD (D. MT.).

Dated: August 25, 2023　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Jennise W. Stubbs
　　　　　　　　　　　　　　　　　　　　Jennise W. Stubbs
　　　　　　　　　　　　　　　　　　　　(jstubbs@shb.com)
　　　　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.
　　　　　　　　　　　　　　　　　　　　600 Travis Street, Suite 3400
　　　　　　　　　　　　　　　　　　　　Houston, TX  77002-2926
　　　　　　　　　　　　　　　　　　　　Phone: (713) 227-8008
　　　　　　　　　　　　　　　　　　　　Fax:    (713) 227-9508

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Monsanto Company*