**BEFORE THE UNITED STATES**

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. 2741

IN RE: ROUNDUP PRODUCTS

LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF OPPOSITION
TO CONDITIONAL TRANSFER ORDER (CTO-417)**

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant Monsanto Company hereby submits this Notice of Opposition to Conditional Transfer Order (CTO-417). More specifically, Monsanto Company objects to the transfer of one case listed on the Schedule CTO-417 – Tag-Along Action: *Infante v. Monsanto Company, et al.*, No. 23-00339 (D. HI).[1] Accordingly, "the Clerk of the Panel shall not transmit the transfer order to the clerk of the transferee district court, but shall notify the parties of the briefing schedule." J.P.M.L. R. 7.1(c).

DATED: August 25, 2023

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

BY: */s/ Jennise W. Stubbs*
Jennise W. Stubbs
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
Email: jstubbs@shb.com

*Attorneys for Defendant
MONSANTO COMPANY*

---

[1] Monsanto Company previously advised the Panel that *Infante* raises the same issue as the cases at issue in its Motion to Vacate CTO-413. *See* Monsanto Company's Brief in Support of Motion to Vacate CTO-413 at 4 n.4, MDL No. 2741, ECF No. 3208-1.