BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Michael Calloway | Monsanto Company and John Does 1 through 100 inclusive | USDC Eastern District of Missouri | 4:23-cv-00992-JSD | Assigned to: Magistrate Judge Joseph S. Dueker |
| 2. | Kenzie Bryant | Monsanto Company | USDC Southern District of Texas | 4:23-cv-03177 | Assigned to: Judge George C Hanks, Jr |
| 3. | Mendel Brookner and Pamela Brookner | Monsanto Company | USDC Southern District of Florida | 0:23-cv-61067-RS | Assigned to Judge Rodney smith |