BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS MDL No. 2741
LIABILITY LITIGATION

PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 6, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 6, 2023 to counsel for Plaintiffs as follows:

Emily Jo Kirk
MCCUNE LAW GROUP
3281 E. Guasti Rd.
Suite 100
Ontario, CA 91761
909-557-1250
Email: ejk@mccunewright.com

Counsel for Plaintiff in *Calloway v. Monsanto Company (et al.)*, No. 4:23-cv-00992-JSD (E.D. MO.).

Randal Alan Kauffman
HOUSSIERE DURANT HOUSSIERE
1990 Post Oak Blvd
Ste. 800
Houston, TX 77056
713-626-3700
Fax: 713-626-3709
Email: rkauffman@hdhtex.com

Counsel for Plaintiff in *Bryant v. Monsanto Company*, No. 4:23-cv-03177 (S.D. TX.).

Jesse Nisan Bernheim
BERNHEIM KELLEY BATTISTA & BLISS
FL
110 SE 6th Street, Suite 1719
Fort Lauderdale, FL 33301
954-866-1111

Email: JBernheim@realjustice.com

Counsel for Plaintiffs in *Brookner et al. v. Monsanto Company,* No. 0:23-cv-61067 (S.D. FL.).

Dated: September 6, 2023

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*