**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                          MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Jerrad Bergeret, Shalee Bergeret and Shane Bergeret *individually, as next of kin for Dennis Bergeret, deceased* | Monsanto Company, Eric Bergeret, David Bergeret, Doe Bergeret and John does 1 through 100 inclusive | USDC Eastern District of Missouri | 4:23-cv-01052-SRC | Assigned to: Chief District Judge Stephen R. Clark |