**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on September 7, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 7, 2023 to counsel for Plaintiffs as follows:

Emily Jo Kirk
MCCUNE LAW GROUP
3291 E. Guasti Rd.
Suite 100
Ontario, CA 91761
909-557-1250
Email: ejk@mccunewright.com

Counsel for Plaintiffs in *Bergeret v. Monsanto Company et al.,* No. 4:23-cv-01052-SRC (E.D. MO.).

Eric Bergeret
Unable to serve as contact information unknown to Defendant Monsanto and sued as a nominal Defendant only.

David Bergeret
Unable to serve as contact information unknown to Defendant Monsanto and sued as a nominal Defendant only.

Dated: September 7, 2023                    Respectfully submitted,

                                            /s/ Jennise W. Stubbs
                                            Jennise W. Stubbs
                                            (jstubbs@shb.com)
                                            SHOOK, HARDY & BACON L.L.P.
                                            600 Travis Street, Suite 3400
                                            Houston, TX  77002-2926
                                            Phone: (713) 227-8008
                                            Fax:    (713) 227-9508

                                            *Attorneys for Defendant Monsanto Company*