BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| CIVIL NO.'s | 1:23-cv-248 & 1:23-cv-285 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that, on September 13, 2023, a true and correct copy of *Plaintiffs' Response to Defendant Monsanto Company's Motion to Vacate Conditional Transfer Order (CTO – 413)* was electronically filed with the Clerk of the JPML using the CM/ECF system and was served on the below counsel via the methods indicated:

| COUNSEL SERVED | EMAIL | USPS |
|---|---|---|
| PAUL ALSTON, ESQ.<br>JOHN-ANDERSON L. MEYER, ESQ.<br>GLENN T. MELCHINGER, ESQ.<br>Dentons US LLP<br>1001 Bishop Street, Suite 1800<br>Honolulu, Hawaii  96813<br>Attorneys for Defendant Monsanto Company | X | |
| JENNISE W. STUBBS, ESQ.<br>RYAN S. KILLIAN, ESQ.<br>Shook, Hardy & Bacon LLP<br>600 Travis Street, Suite 3400<br>Houston, Texas  77002<br>Attorneys for Defendant Monsanto Company | X | |

DATED:   September 13, 2023

                         /s/ Alyssa R. Segawa
                         ALYSSA R. SEGAWA
                         820 Mililani Street, Suite 505
                         Honolulu, Hawai`i  96813-2935
                         Telephone:  (808) 597-1400
                         Facsimile:  (808) 591-2608
                         alyssa.segawa@galiherlaw.com
                         Attorney for Plaintiffs Arville Mangoba
                         & William Adams