BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Dorothy Elizabeth Allen | Monsanto Company | USDC Southern District of CA | 3:23-cv-01606-JES-WVG | Assigned to: District Judge James E. Simmons, Jr Referred to: Magistrate Judge William V. Gallo |

1