**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on September 15, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 15, 2023 to counsel for Plaintiff as follows:

Cristina Murillo
John H. Gomez
GOMEZ TRIAL ATTORNEYS
755 Front Street
San Diego, CA 92101
619-237-3490
Fax: 619-237-3496
Email: cristina@getgomez.com
Email: john@thegomezfirm.com

Counsel for Plaintiff in *Allen v. Monsanto Company,* No.: 3:23-cv-01606-JES-WVG (S.D. CA.).

Dated: June 14, 2023                                Respectfully submitted,

                                                                /s/ Jennise W. Stubbs
                                                                Jennise W. Stubbs
                                                                (jstubbs@shb.com)
                                                                SHOOK, HARDY & BACON L.L.P.
                                                                600 Travis Street, Suite 3400
                                                                Houston, TX  77002-2926
                                                                Phone: (713) 227-8008
                                                                Fax:    (713) 227-9508

                                                                *Attorneys for Defendant Monsanto Company*