**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. 2741

IN RE: ROUNDUP PRODUCTS

LIABILITY LITIGATION

**MONSANTO COMPANY'S MOTION TO VACATE**
**CONDITIONAL TRANSFER ORDER (CTO-417)**

Pursuant to Rule 7.1(f) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Monsanto moves this Panel to vacate Conditional Transfer Order (CTO-417) as it relates to one case listed on the Schedule CTO-417 – Tag-Along Actions: *Infante v. Monsanto Company*, No. 23-00339 (D. Hi.). In support of this motion, Monsanto attaches its Brief in Support of Monsanto Company's Motion to Vacate Conditional Transfer Order.

DATED: September 15, 2023

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

BY: */s/ Jennise W. Stubbs*
    Jennise W. Stubbs
    Ryan S. Killian
    600 Travis Street, Suite 3400
    Houston, TX 77002-2926
    Telephone: (713) 227-8008
    Facsimile: (713) 227-9508
    Email: jstubbs@shb.com
            rkillian@shb.com

*Attorneys for Defendant*
*MONSANTO COMPANY*