**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                           MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Motion to Vacate Conditional Transfer Order (CTO 417) was electronically filed on September 15, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 15, 2023 to counsel for Plaintiff as follows:

Allison Mina Aoki
Alyssa R Segawa
Christopher L. Johnson
Ilana Kananipiliokala Waxman
L. Richard DeRobertis
DeROBERTIS & WAXMAN LLP
820 Mililani St Ste 505
Honolulu, HI 96813
808-597-1400
Fax: 808-534-1420
Email: allison.aoki@galiherlaw.com
Email: alyssa.segawa@galiherlaw.com
Email: cjohnson@waterskraus.com
Email: ilana.waxman@galiherlaw.com
Email: richard.derobertis@galiherlaw.com

Peter Andrew Kraus
WATERS & KRAUS LLP
3141 Hood Street, Suite 700
Dallas, TX 75219
(214) 357-6244
Fax: (214) 357-7252
Email: kraus@waterskraus.com

Counsel for Plaintiff in *Infante v. Monsanto Company et al.*, No. 1:23-cv-00339-SOM-WRP (D. HI.).

1

2

Dated: September 15, 2023                     Respectfully submitted,

/s/ Jennise W. Stubbs
_____
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:     (713) 227-9508

*Attorneys for Defendant Monsanto Company*