**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS                         MDL No. 2741
LIABILITY LITIGATION

---

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant Monsanto Company hereby notifies the Clerk of the Panel of the potential tag-along actions listed on the attached Schedule of Actions.

The docket sheets and complaints for the potential tag-along actions are attached.

Dated: September 20, 2023                      Respectfully submitted,

                                               /s/ Jennise W. Stubbs
                                               Jennise W. Stubbs
                                               (jstubbs@shb.com)
                                               SHOOK, HARDY & BACON L.L.P.
                                               600 Travis Street, Suite 3400
                                               Houston, TX  77002-2926
                                               Phone: (713) 227-8008
                                               Fax:    (713) 227-9508

                                               *Attorneys for Defendant Monsanto Company*

1