**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Stephanie Marrone | Monsanto Company and John Does 1-50 | USDC of New Jersey | 3:23-cv-20361-MAS-JBD | Assigned to: Judge Michael A. Shipp Referred to: Magistrate Judge J. Brendan Day |