**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS                                             MDL No. 2741
LIABILITY LITIGATION

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on September 20, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on September 20, 2023 to counsel for Plaintiff as follows:

LYNNE M. KIZIS
WILENTZ, GOLDMAN & SPITZER, PA
90 Woodbridge Center Drive, Suite 900
PO Box 10
Woodbridge, NJ 07095
(732) 636-8000
Email: lkizis@wilentz.com

Counsel for Plaintiff *Marrone v. Monsanto Company, et al.*, No. 3:23-cv-20361-MAS-JBD (Dist. N.J.).


 Dated: September 20, 2023                         Respectfully submitted,


                                                  /s/ Jennise W. Stubbs
                                                  _____
                                                  Jennise W. Stubbs
                                                  (jstubbs@shb.com)
                                                  SHOOK, HARDY & BACON L.L.P.
                                                  600 Travis Street, Suite 3400
                                                  Houston, TX  77002-2926
                                                  Phone: (713) 227-8008
                                                  Fax:    (713) 227-9508

                                                  *Attorneys for Defendant Monsanto Company*


1