**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| **1.** | Vincent Lapone | Monsanto Company and John Does 1-50 | USDC District of New Jersey | 2:23-cv-20364-CCC-JBC | Assigned to: Judge Claire C. Cecchi  Referred to: Magistrate Judge James B. Clark |