BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS       MDL No. 2741
LIABILITY LITIGATION

## PROOF OF SERVICE

    In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on October 2, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 2, 2023 to counsel for Plaintiff as follows:

Peter D. Friday
Alicia Dawn Loy
Brian Shane Anderson
FRIDAY & C0X LLC
1405 McFarland Road
Pittsburgh, PA 15216
(412) 561-4290
Fax: 412-461-4291
Email: pfriday@fridaylaw.com
Email: aloy@fridaylaw.com
Email: banderson@fridaylaw.com

Counsel for Plaintiff in *Brown v. Monsanto Company, et al.*, No. 2:23-cv-01610-MJH (W.D. PA.).

Bayer Corporation
100 Bayer Boulevard
Whippany, NJ 07981
(862) 404-3000

Copies of the foregoing were also caused to be served via UPS on defendant Bayer Corporation in *Brown v. Monsanto Company, et al.*, No. 2:23-cv-01610-MJH (W.D. PA.).

Bayer AG
Attn: General Counsel
Law, Patents & Compliance
Building Q 26, 1.008
51368 Leverkusen, Germany
Phone Number: Number 011492143046668

Copies of the foregoing were also caused to be served via UPS International on defendant Bayer AG in *Brown v. Monsanto Company, et al.*, No. 2:23-cv-01610-MJH (W.D. PA.).

Dated: October 2, 2023                                Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*