**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS                                                               MDL No. 2741

LIABILITY LITIGATION

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing *Notice of Appearance* was electronically filed on October 11, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 11, 2023 to counsel for Defendants as follows:

Jennise W. Stubbs
Ryan S. Killian
Shook, Hardy & Bacon L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
Email: jstubbs@shb.com
           rkillian@shb.com
*Attorneys for Defendant*
MONSANTO COMPANY

Counsel for Defendant in *Infante v. Monsanto Company et al.*, No. 1:23-cv-00339-SOM-WRP (D. HI.).

DATED:  October 11, 2023.

                Respectfully submitted,

                GALIHER DeROBERTIS & WAXMAN

                */s/ Alyssa R. Segawa*
                Ilana Waxman
                Ilana.waxman@galiherlaw.com
                Alyssa Segawa
                Alyssa.segawa@galiherlaw.com
                Allison Aoki
                Allison.aoki@galiherlaw.com
                820 Mililani Street, Suite 505
                Honolulu, HI  96813
                Telephone: 808-597-1400
                Fax: 808-591-2608