## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on October 12, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 12, 2023 to counsel for Plaintiff as follows:

Matthew B. Crane
FORD & CRANE PLLC
333 E. Main Street, #451
Lehi, UT 84043
801-331-8668
Email: matthew.crane@fordcranelaw.com

Counsel for Plaintiff in *Jolley v. Monsanto Company, et al.*, No. 2:23-cv-00683-JCB (Dist. UT.).

Bayer Corporation
100 Bayer Boulevard
Whippany, NJ 07981
(862) 404-3000

Copies of the foregoing were also caused to be served via UPS on defendant Bayer Corporation in *Jolley v. Monsanto Company, et al.*, No. 2:23-cv-00683-JCB (Dist. UT.).

Dated: October 12, 2023

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX 77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*