**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Reply in Support of Motion to Vacate Conditional Transfer Order (CTO 417) was electronically filed on October 13, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 13, 2023 to counsel for Plaintiff as follows:

Allison Mina Aoki
Alyssa R Segawa
Christopher L. Johnson
Ilana Kananipiliokala Waxman
L. Richard DeRobertis
DeROBERTIS & WAXMAN LLP
820 Mililani St Ste 505
Honolulu, HI 96813
808-597-1400
Fax: 808-534-1420
Email: allison.aoki@galiherlaw.com
Email: alyssa.segawa@galiherlaw.com
Email: cjohnson@waterskraus.com
Email: ilana.waxman@galiherlaw.com
Email: richard.derobertis@galiherlaw.com

Peter Andrew Kraus
WATERS & KRAUS LLP
3141 Hood Street, Suite 700
Dallas, TX 75219
(214) 357-6244
Fax: (214) 357-7252
Email: kraus@waterskraus.com

Counsel for Plaintiff in *Infante v. Monsanto Company et al.*, No. 1:23-cv-00339-SOM-WRP (D. HI.).

Dated: October 13, 2023                    Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*