**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS                                         MDL No. 2741
LIABILITY LITIGATION

---

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant Monsanto Company hereby notifies the Clerk of the Panel of the potential tag-along actions listed on the attached Schedule of Actions.

The docket sheets and complaints for the potential tag-along actions are attached.


Dated: October 16, 2023                    Respectfully submitted,

                                           /s/ Jennise W. Stubbs
                                           ―――――――――――――――――――
                                           Jennise W. Stubbs
                                           (jstubbs@shb.com)
                                           SHOOK, HARDY & BACON L.L.P.
                                           600 Travis Street, Suite 3400
                                           Houston, TX  77002-2926
                                           Phone: (713) 227-8008
                                           Fax:     (713) 227-9508

                                           *Attorneys for Defendant Monsanto Company*