**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 16, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 16, 2023 to counsel for Plaintiffs as follows:

William P. Smith
WILLIAM P. SMITH LEGAL SERIVCES
1863 Oakmount Road
Cleveland, OH 44121
216-789-1978
Fax: 216-831-9525
Email: attorneywilliamsmith@yahoo.com

William A. Carlin
CARLIN & CARLIN
Ste. 305
29325 Chagrin Blvd.
Pepper Pike, OH 44122
216-831-4935
Fax: 216-831-9526
Email: wcarlinesq@aol.com

Counsel for Plaintiffs in *Kanaga, et al. v. Monsanto Company*, No. 1:23-cv-01882-JG (N.D. OH.).

Dated: October 16, 2023

Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*