Query   Reports   Utilities   Help   Log Out

Cat08,Grimes

**U.S. District Court**
**NORTHERN DISTRICT OF OHIO (Cleveland)**
**CIVIL DOCKET FOR CASE #: 1:23-cv-01882-JG**

Kanaga et al. v. Monsanto Company
Assigned to: Judge James S. Gwin
Case in other court: Northern District of California, MDL No. 2741
Cause: 28:1332 Diversity-Product Liability

Date Filed: 09/27/2023
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Glenn Kanaga**                                    represented by   **William P. Smith**
                                                                     William P. Smith Legal Services
                                                                     1863 Oakmount Road
                                                                     Cleveland, OH 44121
                                                                     216-789-1978
                                                                     Fax: 216-831-9525
                                                                     Email: attorneywilliamsmith@yahoo.com
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **William A. Carlin**
                                                                     Carlin & Carlin
                                                                     Ste. 305
                                                                     29325 Chagrin Blvd.
                                                                     Pepper Pike, OH 44122
                                                                     216-831-4935
                                                                     Fax: 216-831-9526
                                                                     Email: wcarlinesq@aol.com
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darcie Kanaga**                                   represented by   **William A. Carlin**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **William P. Smith**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Monsanto Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/27/2023 | 1 | Short Form **Complaint** with jury demand against All Defendants. Filing fee paid $ 402, Receipt number AOHNDC-12200710. Filed by Glenn Kanaga. (Attachments: # 1 Civil Cover Sheet) (Carlin, William) (Entered: 09/27/2023) |
| 09/27/2023 |  | Judge James S. Gwin assigned to case. (H,Ch) (Entered: 09/27/2023) |
| 09/27/2023 |  | Random Assignment of Magistrate Judge pursuant to Local Rule 3.1. In the event of a referral, case will be assigned to Magistrate Judge James E. Grimes Jr. (H,Ch) (Entered: 09/27/2023) |
| 09/27/2023 | 2 | Magistrate Consent Form issued. Summons not provided and was not issued. (H,Ch) (Entered: 09/27/2023) |

**PACER Service Center**

**Transaction Receipt**

| 10/16/2023 11:42:36 | | | |
|---|---|---|---|
| **PACER Login:** | sh0019sh | **Client Code:** | 31943.356965 rhb |
| **Description:** | Docket Report | **Search Criteria:** | 1:23-cv-01882-JG |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS | : | MDL No.  2741 |
| LIABILITY LITIGATION | : | |
| | : | |
| | : | Case No. |
| | : | |
| This document relates to: | : | |
| | : | |
| GLENN AND DARCIE KANAGA | : | |
| 11562 Sunny Dr. | : | |
| Warrensville Heights, Ohio 44128 | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| MONSANTO COMPANY, | :: | |
| | : | |
| Defendant | | |

---

### SHORT FORM COMPLAINT

---

1.      This case is brought on behalf of plaintiffs Glenn and Darcie Kanaga.

2.      This case is brought against Defendant Monsanto Company ("Monsanto").

3.      Plaintiffs first filed this case against Monsanto in the United States District Court for the Northern District of Ohio.

4.      Plaintiffs incorporate by reference, as if fully alleged herein, the allegations contained in *Fredrick Smith, et al v. Monsanto Company* Case No. 5:16-cv-00726-PA-KK, other than the 13 and 111-121.

5.      Plaintiffs resided in Warrensville Heights, Ohio, at the time of filing the original Complaint against Monsanto.

6.      Plaintiffs currently reside in Warrensville Heights, Ohio.

7.      Plaintiffs resided in Mentor, Ohio, at the time of Glenn Kanaga's original diagnosis of Hodgkins Lymphoma ("H. L.") in 1984.

8.      Plaintiff Glenn Kanaga received medical treatment for his HL at Lake County Memorial Hospital, and also subsequently at Cleveland Clinic in Cleveland, Ohio.

9.      Jurisdiction is proper based on diversity under 28 U.S.C. §1332 because Plaintiffs are citizens are Ohio, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10.     Plaintiff Glenn Kanaga alleges injury from his exposure to Defendant's Roundup products.

11.     Plaintiff was first exposed Monsanto's Round up products approximately from 1980 to 1984.  Plaintiff sprayed Round up for schools while employed at the Lake County Grounds Department.  Plaintiff cut grass, pulled weeds and sprayed Roundup throughout his employment with Lake County Ground Department commencing in Spring through Fall and each subsequent season through 1984.

12.      Plaintiff Glenn Kanaga was first diagnosed with HL in 1984, and after being diagnosed with lymphoma was subjected to extensive radiation and extensive chemotherapy treatments which resulted in damage to multiple organ systems, including the removal of his spleen and significant heart damage.

13.     Plaintiff then started Kanaga Landscaping and unknown to Plaintiff that Roundup had caused his injuries, he continued to cut grass, pull weeds and spray significant amounts of

Roundup for his clients from 1987 to 2015.

14.     Plaintiff also worked at Hathaway Brown High School cutting grass, pulling weeds and spraying Roundup from 1996 to 2008.

15.     Plaintiff Kanaga had extensive exposure to Roundup through Gounds Inc. at Andrews Academy from 2008 to 2014.

16.     On April 18th, 2007, Plaintiff had quadruple bypass that his physicians have opined were another sequelae of treatment for HL.

17.     In 2014, Plaintiff Glenn Kanaga had Coronary Artery Bypass Graft and a heart valve was replaced with a cow valve which was directly caused by the cancer, radiation, and its sequela.

18.     In July 2018, Plaintiff Glenn Kanaga, developed acute pulmonary inflammation and was treated for 33 days in the hospital and presently still has chronic pulmonary obstructions which was proximately caused by the Roundup, cancer, radiation and its sequelae.

19.     For the past 6 years, the Plaintiff has been immunologically compromised and is spending considerable time in the hospital with multiple organ system failures and is no longer capable of working due to exposure to Roundup, treatment for HL and its sequelae.

20.     Plaintiff Glenn Kanaga has an identical twin who has never been exposed to Roundup and has never had a medical problem nor has he ever been diagnosed with any disease.

21.     As a direct and proximate cause of the negligence of Defendants and its agents and/or employees, Plaintiff Glenn Kanaga sustained a permanent physical deformity and permanent injuries in accordance with O.R.C. §2315.1(A)(B)(3) so there is no limitation on the amount of compensatory damages that represent damages for non-economic loss.

22. Since 2004, Darcie Kanaga was the spouse of Glenn Kanaga and brings a loss of consortium claim.

23. The Plaintiffs bring these claims against Monsanto under the following theories of liability: strict liability, design defect; strict liability, failure to warn; negligence; breach of express warranty; breach of implied warranties.

Respectfully submitted,

*/s/ William A. Carlin*
WILLIAM A. CARLIN (0009144)
29325 Chagrin Blvd., Suite 305
Pepper Pike, Ohio 44122
Tel: 216/831-4935; Fax: 216/831-9526
wcarlinesq@aol.com

&

William P. Smith (0084956)
William P. Smith Legal Services LLC
1863 Oakmount Road
South Euclid, Ohio 44121
Phone (216) 789-1978; Fax (216) 831-9526
Email: attorneywilliamSmith@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 27th, 2023, electronically filed the foregoing with the clerk of the United States District Court, Northern District of Ohio using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ William A. Carlin*
WILLIAM A. CARLIN (0009144)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Glenn and Darcie Kanaga

**DEFENDANTS**

Monsanto Company

**(b)** County of Residence of First Listed Plaintiff    Cuyahoga
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
William A. Carlin, Esq.
29325 Chagrin Blvd. #305
Beaver Cliv, OH 44122

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☐ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☒ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☒ 367 Health Care/ Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | **IMMIGRATION** | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 462 Naturalization Application | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 465 Other Immigration Actions | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
Products Liability

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
10,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER MDL #74

DATE _____   SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

I.  Civil Categories: (Please check one category only.)

   1. [✔] General Civil
   2. [ ] Administrative Review/Social Security
   3. [ ] Habeas Corpus Death Penalty

*If under Title 28, §2255, name the SENTENCING JUDGE: _____

CASE NUMBER: _____

II.  **RELATED OR REFILED CASES** See LR 3.1 which provides in pertinent part: "If an action is filed or removed to this Court and assigned to a District Judge after which it is discontinued, dismissed or remanded to a State court, and subsequently refiled, it shall be assigned to the same Judge who received the initial case assignment without regard to the place of holding court in which the case was refiled. Counsel or a party without counsel shall be responsible for bringing such cases to the attention of the Court by responding to the questions included on the Civil Cover Sheet."

This action: [✔] is **RELATED** to another **PENDING** civil case [ ] is a **REFILED** case [ ] was **PREVIOUSLY REMANDED**

If applicable, please indicate on page 1 in section VIII, the name of the Judge and case number.

III.  In accordance with Local Civil Rule 3.8, actions involving counties in the Eastern Division shall be filed at any of the divisional offices therein. Actions involving counties in the Western Division shall be filed at the Toledo office. For the purpose of determining the proper division, and for statistical reasons, the following information is requested.

ANSWER ONE PARAGRAPH ONLY. ANSWER PARAGRAPHS 1 THRU 3 IN ORDER. UPON FINDING WHICH PARAGRAPH APPLIES TO YOUR CASE, ANSWER IT AND STOP.

(1)  **Resident defendant.** If the defendant resides in a county within this district, please set forth the name of such county

COUNTY: _____
Corporation. For the purpose of answering the above, a corporation is deemed to be a resident of that county in which it has its principal place of business in that district.

(2)  **Non-Resident defendant.** If no defendant is a resident of a county in this district, please set forth the county wherein the cause of action arose or the event complained of occurred.

COUNTY: Cuyahoga County

(3)  **Other Cases.** If no defendant is a resident of this district, or if the defendant is a corporation not having a principal place of business within the district, and the cause of action arose or the event complained of occurred outside this district, please set forth the county of the plaintiff's residence.

COUNTY: Cuyahoga

IV.  The Counties in the Northern District of Ohio are divided into divisions as shown below. After the county is determined in Section III, please check the appropriate division.

**EASTERN DIVISION**

[ ] AKRON     (Counties: Carroll, Holmes, Portage, Stark, Summit, Tuscarawas and Wayne)
[✔] CLEVELAND     (Counties: Ashland, Ashtabula, Crawford, Cuyahoga, Geauga, Lake, Lorain, Medina and Richland)
[ ] YOUNGSTOWN     (Counties: Columbiana, Mahoning and Trumbull)

**WESTERN DIVISION**

[ ] TOLEDO     (Counties: Allen, Auglaize, Defiance, Erie, Fulton, Hancock, Hardin, Henry, Huron, Lucas, Marion, Mercer, Ottawa, Paulding, Putnam, Sandusky, Seneca, VanWert, Williams, Wood and Wyandot)