**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

|  | **Plaintiff** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Kari Dagny Louise Green *as Surviving Spouse and as administrator of the estate of* Brian Leroy Green, Deceased | Monsanto Company | USDC Northern District of Georgia | 1:23-cv-04826-MLB | Assigned to: Judge Michael L. Brown |