**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS　　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

  In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions was electronically filed on October 23, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 23, 2023 to counsel for Plaintiffs as follows:

John Calhoun Harris, Jr.
LAW OFFICE OF JOHN CALHOUN HARRIS, JR.
Suite 1120
1001 Summit Blvd.
Atlanta, GA 30319
404-460-1550
Fax: 404-460-1560
Email: cal@poolehuffman.com

Counsel for Plaintiffs in *Green, et al. v. Monsanto Company,* No. 1:23-cv-04826-MLB (N.D. GA.).

Dated: October 23, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Jennise W. Stubbs
　　　　　　　　　　　　　　　　　　　　Jennise W. Stubbs
　　　　　　　　　　　　　　　　　　　　(jstubbs@shb.com)
　　　　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.
　　　　　　　　　　　　　　　　　　　　600 Travis Street, Suite 3400
　　　　　　　　　　　　　　　　　　　　Houston, TX  77002-2926
　　　　　　　　　　　　　　　　　　　　Phone: (713) 227-8008
　　　　　　　　　　　　　　　　　　　　Fax:　  (713) 227-9508

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Monsanto Company*