**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**PROOF OF SERVICE**

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on October 25, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on October 25, 2023 to counsel for Plaintiff as follows:

Kaitlyn Syring Neufeld
LUFF LAW FIRM
10440 N. Central Expressway
Suite 950
Dallas, TX 75231
469-607-5822
Email: kneufeld@lufflaw.com

Counsel for Plaintiff in *Stratton v. Monsanto Company,* No. 4:23-cv-01314-HEA (E.D. NO.).


Dated: October 25, 2023
                                Respectfully submitted,

                                  /s/ Jennise W. Stubbs
                                  Jennise W. Stubbs
                                  (jstubbs@shb.com)
                                  SHOOK, HARDY & BACON L.L.P.
                                  600 Travis Street, Suite 3400
                                  Houston, TX  77002-2926
                                  Phone: (713) 227-8008
                                  Fax:    (713) 227-9508

                                  *Attorneys for Defendant Monsanto Company*