BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on November 1, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on November 1, 2023 to counsel for Plaintiff as follows:

Steven Carroll Ruth
THE RUTH LAW TEAM
842 Raymond Avenue
Suite 200
St. Paul, MN 55114
651-222-2408
Email: bairhugger@getjustice.com

Steven Carroll Ruth
THE RUTH LAW TEAM
P.O. Box 16847
St. Petersburg, FL 33733-6847
727-327-3222
Email: sruth@getjustice.com

Counsel for Plaintiff in *Sieve v. Monsanto Company,* No. 0:23-cv-03340-DWF-JFD (Dist. of MN.).

2

Dated: November 1, 2023                    Respectfully submitted,

/s/ Jennise W. Stubbs
Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:    (713) 227-9508

*Attorneys for Defendant Monsanto Company*