**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on November 6, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on November 6, 2023 to counsel for Plaintiffs as follows:

Alexander Alvarez
Law Office of Alexander Alvarez
8900 SW 107th Avenue
Suite 301
Miami, FL 33176
305-598-2000
Fax: 786-228-4890
Email: alex@aalvarezlawfirm.com

Daniel J. DiMatteo
Juan Pablo Bauta, II
The Ferraro Law Firm
600 Brickell Avenue, Suite 3800
Miami, FL 33131
305-375-0111
Fax: 305-379-6222
Email: djd@ferrarolaw.com
Email: ddimatteo@ferrarolaw.com
Email: jpb@ferrarolaw.com
Email: jbauta@ferrarolaw.com

Michael A. Alvarez
Phillip Edward Holden
The Alvarez Law Firm
355 Palermo Avenue
Coral Gables, FL 33134
305-444-7675
Fax: 444-0075
Email: Michael@talf.law
Email: phillip@talf.law

Nicholas Israel Reyes
Xavier Navarro
The Alvarez Law Firm
3251 Ponce de Leon Boulevard
Coral Gables, FL 33134
305-444-7675
Fax: 305-444-0075
Email: nick@talf.law
Email: xavier@talf.law

Counsel for Plaintiff in *Hernandez v. Monsanto Company,* No.: 0:23-cv-62095-DMM (S.D.FL.).

Dated: November 6, 2023

                                                                               Respectfully submitted,

                                                                               /s/ Jennise W. Stubbs
                                                                               Jennise W. Stubbs
                                                                               (jstubbs@shb.com)
                                                                               SHOOK, HARDY & BACON L.L.P.
                                                                               600 Travis Street, Suite 3400
                                                                               Houston, TX  77002-2926
                                                                               Phone: (713) 227-8008
                                                                               Fax:    (713) 227-9508

                                                                               *Attorneys for Defendant Monsanto Company*