**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS MDL No. 2741
LIABILITY LITIGATION

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, defendant Monsanto Company hereby notifies the Clerk of the Panel of the potential tag-along actions listed on the attached Schedule of Actions.

The docket sheets and complaints for the potential tag-along actions are attached.

Dated: November 9, 2023 Respectfully submitted,

 /s/ Jennise W. Stubbs
 Jennise W. Stubbs
 (jstubbs@shb.com)
 SHOOK, HARDY & BACON L.L.P.
 600 Travis Street, Suite 3400
 Houston, TX  77002-2926
 Phone: (713) 227-8008
 Fax:    (713) 227-9508

 *Attorneys for Defendant Monsanto Company*