**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS  　　　　　　　　　　　　　MDL No. 2741
LIABILITY LITIGATION

**PROOF OF SERVICE**

     In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Action was electronically filed on November 9, 2023 with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on November 9, 2023 to counsel for Plaintiffs as follows:

Genevieve Mary Zimmerman
MESHBESHER & SPENCE, LTD.
1616 Park Avenue
Minneapolis, MN 55404
612-339-9121 x303
Fax: 612-339-9188
Email: gzimmerman@meshbesher.com

Counsel for Plaintiff in *Schwartz v. Monsanto Company,* No. 3:23-cv-00769-WMC (W.D. WI.).

Dated: November 9, 2023　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Jennise W. Stubbs
　　　　　　　　　　　　　　　　　　Jennise W. Stubbs
　　　　　　　　　　　　　　　　　　(jstubbs@shb.com)
　　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.
　　　　　　　　　　　　　　　　　　600 Travis Street, Suite 3400
　　　　　　　　　　　　　　　　　　Houston, TX  77002-2926
　　　　　　　　　　　　　　　　　　Phone: (713) 227-8008
　　　　　　　　　　　　　　　　　　Fax:    (713) 227-9508

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Monsanto Company*

1