## UNITED STATES DISTRICT COURT
Southern District of Iowa

U.S. Courthouse  
123 East Walnut Street  
Des Moines, Iowa  50309  

Clerk of Court's Office  
www.iasd.uscourts.gov  

Des Moines  
Davenport  
Council Bluffs  

o: 515-284-6248  
f : 515-284-6418  

November 14, 2023

Tiffaney D. Pete  
Judicial Panel on Multidistrict Litigation  
Thurgood Marshall Federal Judicial Building  
One Columbus Circle, NE  
Room G-255, North Lobby  
Washington, DC  20002-8004  

*In Re:* MDL 2741 Roundup Products Liability Litigation

Dear Ms. Pete:

Enclosed is a copy of the complaint from the action filed in the Southern District of Iowa, Baetsle v. Monsanto Company, please forward this complaint to the panel for review of a Potential Tag-Along Action to the above-entitled MDL case.

Should you have any questions, please do not hesitate to contact this office.

Sincerely,  
/s/ Susan Lancaster  
Deputy Clerk  
Phone number 563-884-7610  
John S. Courter  
CLERK OF COURT