**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

**MONSANTO COMPANY'S NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

**SCHEDULE OF ACTIONS**

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Ronald Scott Alexander | Monsanto Company | USDC Western District of Texas | 5:26-cv-03485 | Not Yet Assigned |
| 2. | Leonard McCarty | Monsanto Company | USDC Southern District of Texas | 2:26-cv-00154 | Assigned to: Judge David S Morales |

1