**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE: ROUNDUP PRODUCTS                                          MDL No. 2741
LIABILITY LITIGATION

---

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that the foregoing Notice of Potential Tag-Along Actions were electronically filed on June 1, 2026 with the Clerk of the JPML using the CM/ECF system and was sent  via electronic mail on June 1, 2026 to counsel for Plaintiffs as follows:

Shelly Hutson Chambers
Clayton A. Clark
Michael Moreland
CLARK, LOVE & HUTSON, PLLC
440 Louisiana Street, Suite 1700
Houston, TX 77002
713-757-1400
Fax: 713-759-1217
Email: schambers@triallawfirm.com
Email: cclark@triallawfirm.com
Email: MMoreland@triallawfirm.com

Attorney for Plaintiff in *Alexander v. Monsanto Company,* 5:26-cv-03485 (W.D. TX.)

Shelly Hutson Chambers
Clayton A. Clark
William Michael Moreland
CLARK, LOVE & HUTSON, PLLC
440 Louisiana Street
Ste 1700
Houston, TX 77002
713-757-1400
Fax: 713-759-1217
Email: schambers@triallawfirm.com
Email: cclark@triallawfirm.com
Email: MMoreland@triallawfirm.com

Attorney for Plaintiff in *McCarty v. Monsanto Company,* 2:26-cv-00154 (S.D. TX.)

1

Dated: June 1, 2026

Respectfully submitted,


/s/ Jennise W. Stubbs

Jennise W. Stubbs
(jstubbs@shb.com)
SHOOK, HARDY & BACON L.L.P.
600 Travis Street, Suite 3400
Houston, TX  77002-2926
Phone: (713) 227-8008
Fax:   (713) 227-9508

*Attorneys for Defendant Monsanto Company*