**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**This Document Relates To:**
*King et al. v. Monsanto Co.*, **No. 4:26-cv-00813**

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

Pursuant to Rule 7.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Defendant Monsanto Company submits this notice of opposition to Conditional Transfer Order No. 578 (CTO-578) as it pertains to the following action:

*King et al. v. Monsanto Co.*, **No. 4:26-cv-00813**

Pursuant to Rule 7.1(g) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation and any briefing schedule set by the Panel, Defendant will timely file a motion to vacate the Conditional Transfer Order (CTO-578) and a supporting brief.

Dated:  June 4, 2026                                        Respectfully submitted,

*/s/Carrie M. Reilly*
Carrie M. Reilly
Elaine P. Golin
Jeffrey M. Wintner
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, New York 10019
212-403-1000
cmreilly@wlrk.com
epgolin@wlrk.com
jmwintner@wlrk.com

1

Alan E. Rothman
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
212-839-5941
arothman@sidley.com

James F. Bennett
**DOWD BENNETT LLP**
7676 Forsyth Blvd., Ste. 1900
St. Louis, Missouri 63105
314-880-7300
jbennett@dowdbennett.com

Daniel W. Nelson
Derek K. Kraft
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street N.W.
Washington, D.C. 20036
202-887-3687
dnelson@gibsondunn.com
dkraft@gibsondunn.com

*Attorneys for Defendant*