**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

MDL No. 2741

**IN RE:** Roundup Products
Liability Litigation

**NOTICE OF OPPOSITION (CTO-578)**

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiffs Randall King, Scott Butterfield, Robert Koehler, Michael Merx, and Bruce Waldman submit this opposition to conditional transfer order (CTO-578) as it relates to the following case.

**King et al. v. Monsanto Company, E.D. Missouri, 4:26-cv-00813-HEA**

Respectfully submitted,

Dated: June 4, 2026

s/ Christopher A. Seeger
Christopher A. Seeger
David R. Buchanan
Steven J. Daroci
SEEGER WEISS LLP
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
973-639-9100
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com
sdaroci@seegerweiss.com

*Attorneys for Plaintiffs Randall King, Scott
Butterfield, and Bruce Waldman and
Lead Counsel for the Putative Missouri Class*

Joseph F. Rice
Frederick C. Baker
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
843.216.9000
jrice@motleyrice.com
fbaker@motleyrice.com

Fidelma Fitzpatrick
MOTLEY RICE LLC

40 Westminster St., 5th Floor
Providence, RI 02903
401.457.7700
ffitzpatrick@motleyrice.com

John Eddie Williams, Jr.
John Boundas
WILLIAMS HART BOUNDAS, LLP
8441 Gulf Freeway #600,Houston, TX 77017
713-497-1729
jwilliams@whlaw.com
jboundas@whlaw.com

Peter A. Kraus #65668
Charles Siegel
WATERS KRAUS PAUL & SIEGEL
3141 Hood Street
Suite 700
Dallas, TX 75219
(214) 357-6244
kraus@waterskraus.com
siegel@waterskraus.com

*Attorneys for Plaintiffs Randall King, Scott
Butterfield, and Bruce Waldman and Counsel for
the Putative Missouri Class*

Eric D. Holland
Patrick R. Dowd
HOLLAND LAW FIRM
211 North Broadway
Suite 2625
St. Louis, MO 63102
eholland@hollandtriallawyers.com
pdowd@hollandtriallawyers.com

*Attorneys for Plaintiffs Robert Koehler, Michael
Merx, and Lead Counsel for the Putative Missouri
Class*

Michael Ketchmark
KETCHMARK & MCCREIGHT, P.C.
11161 Overbrook Rd. #210
Leawood, KS 66211
mike@ketchmclaw.com

2

*Attorneys for Plaintiffs Robert Koehler, Michael
Merx, and Counsel for the Putative Missouri Class*

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

MDL No. 2741

**IN RE:** Roundup Products
Liability Litigation

**NOTICE OF OPPOSITION (CTO-578)**

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict litigation, I hereby certify that the foregoing Notice of Opposition was filed electronically on June 4, 2026, with the Clerk of the JPML using the CM/ECF system and was sent via electronic mail on June 4, 2026, to Counsel for Monsanto and Counsel for Objectors as follows:

James F. Bennett
DOWD BENNETT LLP
7676 Forsyth Blvd.
Suite 1900
St. Louis, MO 63105
jbennett@dowdbennett.com

Elaine P. Golin
Jeffrey M. Wintner
Carrie M. Reilly
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
EPGolin@wlrk.com
JMWintner@wlrk.com
CMReilly@wlrk.com

Daniel W. Nelson
Derek K. Kraft
GIBSON, DUNN & CRUTCHER LLP
1700 M Street N.W.
Washington, D.C. 20036
dnelson@gibsondunn.com
dkraft@gibsondunn.com

Brian L. Stekloff
Rakesh Kilaru
WILKINSON STEKLOFF

2001 M Street, NW
10th Floor
Washington, D.C. 20036
bstekloff@wilkinsonstekloff.com
rkilaru@wilkinsonstekloff.com

*Counsel for Monsanto Company*

Ashley Keller
KELLER POSTMAN LLC
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Ph: 312-741-5220
ack@kellerpostman.com

R. Prescott Sifton, Jr.,
FRAZER PLC
30 Burton Hills Blvd., Ste. 450
Nashville, TN 37215
Ph: (615)647-6464
scott@frazer.law

*Counsel for Objectors*

Dated: June 4, 2026

Respectfully submitted,

s/ Christopher A. Seeger
Christopher A. Seeger
David R. Buchanan
Steven J. Daroci
SEEGER WEISS LLP
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
973-639-9100
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com
sdaroci@seegerweiss.com

*Attorneys for Plaintiffs Randall King, Scott
Butterfield, and Bruce Waldman and
Lead Counsel for the Putative Missouri Class*

Joseph F. Rice
Frederick C. Baker
MOTLEY RICE LLC

2

28 Bridgeside Blvd.
Mount Pleasant, SC 29464
843.216.9000
jrice@motleyrice.com
fbaker@motleyrice.com

Fidelma Fitzpatrick
MOTLEY RICE LLC
40 Westminster St., 5th Floor
Providence, RI 02903
401.457.7700
ffitzpatrick@motleyrice.com


John Eddie Williams, Jr.
John Boundas
WILLIAMS HART BOUNDAS, LLP
8441 Gulf Freeway #600,Houston, TX 77017
713-497-1729
jwilliams@whlaw.com
jboundas@whlaw.com

Peter A. Kraus #65668
Charles Siegel
WATERS KRAUS PAUL & SIEGEL
3141 Hood Street
Suite 700
Dallas, TX 75219
(214) 357-6244
kraus@waterskraus.com
siegel@waterskraus.com

*Attorneys for Plaintiffs Randall King, Scott Butterfield, and Bruce Waldman and Counsel for the Putative Missouri Class*

Eric D. Holland
Patrick R. Dowd
HOLLAND LAW FIRM
211 North Broadway
Suite 2625
St. Louis, MO 63102
eholland@hollandtriallawyers.com
pdowd@hollandtriallawyers.com

3

*Attorneys for Plaintiffs Robert Koehler, Michael Merx, and Lead Counsel for the Putative Missouri Class*

Michael Ketchmark
KETCHMARK & MCCREIGHT, P.C.
11161 Overbrook Rd. #210
Leawood, KS 66211
mike@ketchmclaw.com

*Attorneys for Plaintiffs Robert Koehler, Michael Merx, and Counsel for the Putative Missouri Class*

4