**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |

**This Document Relates To:**

*King, et al. v. Monsanto Company*, E.D. Missouri, Cause No. 4:26-cv-00813

### PLAINTIFFS' SUPPLEMENTAL INFORMATION TO THE PANEL CONCERNING CTO-578

Pursuant to Panel Rule 7.1(g), counsel for Plaintiffs respectfully submits this notice of supplemental information regarding CTO-578, which Plaintiffs and Defendant have opposed and as to which Plaintiffs' motion to vacate is currently due on June 22, 2026.

On June 17, 2026, the United States District Court for the Eastern District of Missouri issued an Opinion, Memorandum and Order and Order of Remand remanding the above-referenced action to state court. Because the action is no longer pending before its transferor district court, it cannot be transferred under 28 U.S.C. § 1407, and CTO-578 is accordingly moot as to this case. Copies of the District Court's Opinion, Memorandum and Order and Order of Remand are attached as Exhibits A and B, respectively.

Respectfully submitted,

Dated: June 17, 2026

s/ Christopher A. Seeger
Christopher A. Seeger
David R. Buchanan
Steven J. Daroci
SEEGER WEISS LLP
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
973-639-9100
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com
sdaroci@seegerweiss.com

*Attorneys for Plaintiffs Randall King, Scott
Butterfield, and Bruce Waldman and
Lead Counsel for the Putative Missouri Class*

Joseph F. Rice
Frederick C. Baker
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
843.216.9000
jrice@motleyrice.com
fbaker@motleyrice.com

Fidelma Fitzpatrick
MOTLEY RICE LLC
40 Westminster St., 5th Floor
Providence, RI 02903
401.457.7700
ffitzpatrick@motleyrice.com

John Eddie Williams, Jr.
John Boundas
WILLIAMS HART BOUNDAS, LLP
8441 Gulf Freeway #600,Houston, TX 77017
713-497-1729
jwilliams@whlaw.com
jboundas@whlaw.com

Peter A. Kraus #65668
Charles Siegel
WATERS KRAUS PAUL & SIEGEL
3141 Hood Street
Suite 700
Dallas, TX 75219
(214) 357-6244
kraus@waterskraus.com
siegel@waterskraus.com

*Attorneys for Plaintiffs Randall King, Scott
Butterfield, and Bruce Waldman and Counsel for
the Putative Missouri Class*

Eric D. Holland
Patrick R. Dowd
HOLLAND LAW FIRM
211 North Broadway

Suite 2625
St. Louis, MO 63102
eholland@hollandtriallawyers.com
pdowd@hollandtriallawyers.com

*Attorneys for Plaintiffs Robert Koehler, Michael Merx, and Lead Counsel for the Putative Missouri Class*

Michael Ketchmark
KETCHMARK & McCREIGHT, P.C.
11161 Overbrook Rd. #210
Leawood, KS 66211
mike@ketchmclaw.com

*Attorneys for Plaintiffs Robert Koehler, Michael Merx, and Counsel for the Putative Missouri Class*

# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RANDALL KING, et al., on behalf of )
themselves and others similarly situated )
)
Plaintiffs, )        No. 4:26-CV-813 HEA
)
v. )
)
MONSANTO COMPANY )
)
Defendants. )

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Remand, [Doc.
No, 12] and Plaintiff's Motion to Remand, [Doc. No. 25]. For the reasons set forth
below, the Motions will be granted.

This matter was removed from the Circuit Court for the City of St. Louis by
Craig Boylan, David Childress, Zavier Estrada, Lori Ann Fain, Donna Mason,
Frederick O'Neill, Edward Rankin, William Robbins, William Szabo, and Patricia
Veal, who are self-styled "Objector Defendants." These "Objectors" claim this
Court's jurisdiction is based on 28 U.S.C. § 1332(d). Both Plaintiff and Defendant
have moved to remand the action.

On February 17, 2026, Plaintiffs filed a putative class action against
Monsanto in the Circuit Court of the City of St. Louis, Missouri, *King v. Monsanto*

*Co.*, No. 2622-CC00325, seeking approval of a proposed nationwide class settlement of Roundup-related claims. The Class Action Petition names five individual Plaintiffs and a single Defendant, Monsanto.

On March 4, 2026, the Missouri court entered a Preliminary Approval Order, directed a nationwide notice program, and set deadlines for opt-outs and objections, with a final approval hearing scheduled for July 9, 2026. The Missouri court expressly stated that it had made no final decision on approval and that objectors could raise their arguments through the objection and final-approval process. See Exhibit 2 to Objectors' Notice of Removal ("NOR") at 3–4.

On May 21, 2026, Objectors filed objections in the Missouri court and, the next day, filed the Notice of Removal in this Court. Objectors have also filed a motion to stay proceedings in this Court pending a ruling on transfer to the MDL.

The Objectors attempt to "realign" themselves as defendants in this case classify themselves as "the true defendants" because according to them, they are the only ones who oppose the relief that the named parties want, that being a settlement of class action Round Up claims.

Removal of an action by people who are not defendants in the action is not authorized. Section 1441(a) of Title 28 states that an action "may be removed by *the defendant or the defendants*." 28 U.S.C. § 1441(a).(emphasis added). The text "specifically limits the ability to remove to the 'defendant or the defendants,' and

2

contains no language allowing mistakenly omitted parties, wrongly excluded parties, or any other type of non-defendant to remove an action to federal court." *Sharma v. HSI Asset Loan Obligation Tr. 2007-1 by Deutsche Bank Nat'l Tr. Co.*, 23 F.4th 1167, 1170 (9th Cir. 2022). Objectors are not defendants in the action and have no basis upon which to remove it. The Corut, therefore lacks jurisdiction and the case must be remanded

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Remand, [Doc. No, 12] and Plaintiff's Motion to Remand, [Doc. No. 25] are granted.

**IT IS FURHTER ORDERED** that this matter is remanded to the Circuit Court for the City of St. Louis, Missouri.

An appropriate Order of Remand will accompany this Opinion, Memorandum and Order.

Dated this 17th day of June, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

3

# Exhibit B

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RANDALL KING, et al., on behalf of themselves and others similarly situated | ) ) ) | |
| Plaintiffs, | ) ) | No. 4:26-CV-813 HEA |
| v. | ) ) ) | |
| MONSANTO COMPANY | ) ) | |
| Defendants. | ) | |

## <u>ORDER OF REMAND</u>

In accordance with the Opinion, Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that the Clerk of the Court is directed to remand this case to the 22st Judicial Circuit, State of Missouri.

Dated this 17th day of June, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE