**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

**This Document Relates To:**
*King et al. v. Monsanto Co.*, No. 4:26-cv-00813

### DEFENDANT'S NOTICE OF FILING SUPPLEMENTAL INFORMATION

Pursuant to Rules 6.1(f) and 7.1(h) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Defendant Monsanto Company respectfully submits this Notice advising the Panel that the United States District Court for the Eastern District of Missouri has remanded the above referenced matter to the 22nd Judicial Circuit, State of Missouri.  Accordingly, the above referenced matter can no longer be transferred under 28 U.S.C. § 1407 and CTO-578 is therefore moot and should be vacated.[1]

A copy of the remand order is attached as Exhibit 1.


Dated:  June 17, 2026

Respectfully submitted,

*/s/Carrie M. Reilly*
Carrie M. Reilly
Elaine P. Golin
Jeffrey M. Wintner
**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, New York 10019
212-403-1000
cmreilly@wlrk.com

---

[1] A notice of appeal has been filed in the district court.  Notice of Appeal, *King* v. *Monsanto Co.* (E.D. Mo. June 17, 2026), ECF No. 95.  This notice does not operate to stay the remand, *see Coburn* v. *Kroger Co.*, No. 4:23CV1399 HEA, 2024 WL 4564215, at *1–2 (E.D. Mo. Oct. 24, 2024), or affect the mootness of the CTO which should be vacated.

1

epgolin@wlrk.com
jmwintner@wlrk.com

Alan E. Rothman
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
212-839-5941
arothman@sidley.com

James F. Bennett
**DOWD BENNETT LLP**
7676 Forsyth Blvd., Ste. 1900
St. Louis, Missouri 63105
314-880-7300
jbennett@dowdbennett.com

Daniel W. Nelson
Derek K. Kraft
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street N.W.
Washington, D.C. 20036
202-887-3687
dnelson@gibsondunn.com
dkraft@gibsondunn.com

*Attorneys for Defendant*