**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**

| | | |
|---|---|---|
| King, et al. v. Monsanto Company, | ) | |
| E.D. Missouri, C.A. No. 4:26-00813 | ) | MDL No. 2741 |

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action on May 28, 2026. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs and defendant filed separate notices of opposition to the proposed transfer order. The Panel has been informed that the action was remanded to the 22nd Judicial Circuit, State of Missouri by the Honorable Henry Edward Autrey in an order filed on June 17, 2026.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-578" filed on May 28, 2026, is VACATED.

FOR THE PANEL:

Jessica D. Birnbaum
Clerk of the Panel